UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Lexington

11/17/2021

Case Number: 5:21-cv-289-REW

To:
Iwana Rademakers
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Rd.
Ste. 800
Dallas, TX 75252

-------------------------------------

You have filed a pleading in our Court in the above-styled action. Upon searching our records we cannot locate records indicating your admission to practice in the United States District Court, Eastern District of Kentucky. Local Rule 83 of the Joint Local Rules for the United States Courts of the Eastern and Western Districts of Kentucky sets forth the procedure for admission, a copy of which is enclosed with an Application for Admission, or the procedure to practice pro hac vice.

Please complete the information and return it to our office within 30 days. If you can provide documentation to reflect that you have been admitted to practice in our Court or if you have any questions, please contact the Clerk's Office.

Thank you for your assistance in this matter.

Robert R. Carr, Clerk

By: ***James E. Reeder***
Deputy Clerk