**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **JAMES ZOLL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 5:21cv00289-REW-MAS** |
| **v.** | ) | |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON AND THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2, Iwana Rademaekers, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company[1] and states as follows:

1. I am licensed to practice law in the State of Texas. I am an attorney in good standing who actively practices law in the State of Texas and am in good standing with the Supreme Court of Texas. Attached is a Certificate of Good Standing from that court.

2. I am also a member in good standing of the bars of the following Federal Courts:

- Eastern, Northern, Western, and Southern Districts of Texas
- Western District of Oklahoma

[1] The correct name of the Defendant in this action is The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston was the issuer of the relevant life insurance policy. However, the name of the entity "Lincoln Life Assurance Company of Boston" was changed to "The Lincoln National Life Insurance Company" after it merged with The Lincoln National Life Insurance Company. Accordingly, "The Lincoln National Life Insurance Company" is the correct Defendant in this action.

- Eastern and Western Districts of Arkansas
- District of Colorado
- Western District of Tennessee
- District of North Dakota
- District of New Mexico
- Eastern and Western Districts of Wisconsin
- U.S. Courts of Appeals for the 4th, 5th, 8th, 9th, 10th, and 11th Circuits.

3. There have been no disciplinary proceedings by any disciplinary authority or any court, or any criminal charges instituted against me.

4. By my signature below, I hereby consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. The prescribed fee is enclosed herewith and I have completed on-line electronic case filing training.

WHEREFORE, the undersigned counsel, on behalf of Defendants, requests that the court enter an order allowing Iwana Rademaekers admission pro hac vice to appear on behalf of and represent Defendants, Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company, in the above-captioned matter.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Elizabeth A. Thornsbury
Philip G. Fairbanks
Email: elizabeth@austinmehr.com
Email: pgf@austinmehr.com

November 17, 2021 — Date

/s/ Iwana Rademaekers
Iwana Rademaekers