UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| JAMES ZOLL,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 5:21-CV-289-REW-MAS<br><br>ORDER |

*** *** *** ***

Judge Wier referred this case to the undersigned for, among other things, jurisdictional assessment and schedule development (through the filing of dispositive motions). [DE 4].

Accordingly, pursuant to Fed. R. Civ. P. 16 and 26, the Court **ORDERS** as follows:

1) Within twenty-one (21) days from the date of service of this Order, the parties, by counsel, shall meet, either in person or by telephone, as required by Rule 26(f) to discuss the possibilities for a prompt settlement or resolution of the case and to develop a proposed discovery plan and to make or arrange for the disclosures required by Fed. R. Civ. P. 26(a)(1).

2) Within ten (10) days after the meeting, the parties shall file a joint status report containing:

   a) the discovery plan; in formulating their plan, the parties should consider the Court's belief that discovery should last between three and five months;

   b) the parties' views as to whether the matter is suitable for alternative dispute resolution;

c) the parties' estimate of the time necessary to file pretrial motions;

d) the parties' estimate as to the probable length of trial;

e) the dates mutually convenient for trial; and

f) the parties' decision as to whether they consent to the jurisdiction of a United States Magistrate Judge for all purposes, including trial, pursuant to 28 U.S.C. § 636(c).

Entered this the 14th day of January, 2022.

**Signed By:**
**Matthew A. Stinnett** MAS
**United States Magistrate Judge**