**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | | |
|---|---|---|
| **JAMES ZOLL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 5:21-CV-289-REW-MAS** |
| **v.** | ) | |
| | ) | **SCHEDULING ORDER** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

*** *** *** ***

Judge Wier referred this matter to the undersigned for evaluating the existence of federal subject-matter jurisdiction and establishing a scheduling order through the dispositive motion deadlines. [DE 4]. The Court has determined jurisdiction is proper under 28 U.S.C. § 1331 because this is an ERISA case. [*See* DE 1]. Having carefully considered the parties' joint Rule 26(f) report [DE 10], the Court **ORDERS** as follows:

1) Not later than 10 days from the date of this Order, the parties shall exchange any information required by Rule 26(a)(1) which has not previously been exchanged.

2) Defendant will produce to Plaintiff and file in the record the Administrative Record in this case no later than **March 21, 2022**. Plaintiff shall advise Defendant of any objections to the Administrative Record by **May 13, 2022**.

3) Any motions to amend pleadings and join additional parties by Plaintiff shall be filed no later than **May 1, 2022**. Defendant shall file any motions to amend pleadings and join additional parties by **June 1, 2022.**

4) That the parties shall complete all fact discovery by **June 28, 2022**. In any instance, a party using a form of discovery that allows a response time under the rules shall calculate and account for appropriate response time, within the discovery deadline, in serving that method of discovery. Supplementation of discovery pursuant to Rule 26(e)(1) shall be due within thirty (30) days of the discovery of new information.

5) Plaintiff and Defendants shall file all dispositive briefs by **July 28, 2022.** Response briefs by either party shall be filed by **August 11, 2022.** All reply briefs shall be filed by **August 25, 2022.**

6) Discovery disputes shall be resolved as set forth in Paragraph 5 of Judge Wier's Standing Case Management and Referral Order

7) Motion practice shall be governed by Local Rule 7.1 except as otherwise provided in this order. Failure to respond to a motion shall be grounds for the Court to conclude that any arguments in opposition thereto have been waived. *See Humphrey v. U.S. Attorney Gen. Office*, No. 07-3740, 2008 WL 2080512 (6th Cir. May 15, 2008).

8) As the parties agree that the Court will resolve this ERISA action on cross dispositive motions, no pretrial schedule or trial date is necessary.

Entered this the 8th day of March, 2022.

**Signed By:**
**Matthew A. Stinnett** MAS
**United States Magistrate Judge**