**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 8560503 Claim Last Updated 10/05/2021 Printed On 11/12/2021

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | JAMES D ZOLL | SSN | | Birth Date | |
| Address | | Salary Amount $ | 4950.40 | Mode | M |
| | | Date of Hire | 05/08/1989 | | |
| | | Last Work Date | 07/13/2018 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc PRODUCTION GROUP LEADER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 11/28/2018 |
| Disability Date | 07/19/2018 | Close Date | 01/17/2021 | Reopen Date | |
| Sick Days Left | 182 | Max Ben Date | 12/21/2033 | RTW FT / PT | |
| Ben Begin Date | 01/17/2019 | Apprv Thru Date | 01/16/2021 | Gross Ben $ | |

Diagnosis 1 Code/Desc M25.512 Pain in left shoulder

Diagnosis 2 Code/Desc M54.5 Low back pain

Policyholder Information

Customer ID 06 - 066619 TOYOTA MOTOR ENGINEERING & MAN

Subsidiary TKY0 TOYOTA TEMA KENTUCKY

Location HI140000 TEMA

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2013

Class 1B ALL ACTIVE FULL-TIME AND PART-TIME TEAM MEMBERS OF TOYOTA MOTORS EN

Waiting Period: New/Mode-Current/Mode 6 Month 6 Month Days in WRKWK

Elimination Period: Days/Type 180 Injury COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit 24 Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 1B | 11/08/1989 |
| PD | 01 | STD | 02 | 05/08/1989 |

Additional Information:





EXHIBIT

3

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 6048215 Claim Last Updated 11/28/2018 Printed On 11/12/2021

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | JAMES D ZOLL | SSN | | Birth Date | |
| Address | | Salary Amount $ | 2284.80 | Mode | B |
| | | Date of Hire | 05/08/1989 | | |
| | | Last Work Date | 07/13/2018 | | |
| | | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc PRODUCTION GROUP LEADER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 07/20/2018 |
| Disability Date | 07/19/2018 | Close Date | 01/17/2019 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 01/16/2019 | RTW FT / PT | |
| Ben Begin Date | 07/19/2018 | Apprv Thru Date | 01/16/2019 | Gross Ben $ | |

Diagnosis 1 Code/Desc S62.9 Unspecified fracture of wrist and hand

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 06 - 066619 TOYOTA MOTOR ENGINEERING & MAN

Subsidiary TKY0 TOYOTA TEMA KENTUCKY

Location HI140000 TEMA

Symb PD Numeral 01 Product STD Funding ASO Bank N Calcs Y Cntr Eff 01/01/2015

Class 02 ALL ACTIVE, FULL-TIME AND PART-TIME HOURLY TEAM MEMBERS OF TOYOTA MC

Waiting Period: New/Mode-Current/Mode 0 0 Days in WRKWK 5

Elimination Period: Days/Type 0 Injury COLA: Mode/Duration

Successive Period: Period/Mode 60 Day SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 1B | 11/08/1989 |
| PD | 01 | STD | 02 | 05/08/1989 |

Additional Information:

**ote Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info
Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt
Tasks

Claim

**Claim ve t eave m er** 8560503 **ommo atio m er**

**ote t pe**

Primary Sort Order

Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: 11/10/2021 - ODGAARD, EDITH CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER IN UIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : LTR to Other
Other Subject : ATTY
Text: 10/12/2021 - PACHECO, KATIE RESENT CLOSURE LTR VIA EMAIL TO MEHR, FAIRBANKS & PETERSON

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: 10/06/2021 - VALLIERE, TAWNYA ISSUED VENDOR PAYMENT IN THE AMT OF $5617.50 PAYABLE TO RRS (EXAMWORKS) FOR PSYCHIATRY PEER REVIEW. INVOICE 65939-1 DATED: 07/16/2021.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Appeal
Other Subject : OUT
Text: 10/05/2021 - VALLIERE, TAWNYA MAINTAIN DENIAL BEYOND 01/16/2021. THE REVIEW OF THE FILE AND THE INFORMATION RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DETERMINATION. NOTIFIED ATTY.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Appeal
Other Subject : STATUS
Text: 10/01/2021 - VALLIERE, TAWNYA CLAIM FILE UNDER REVIEW

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Voc Rehab
Other Subject : APPEAL TSA MEMO
Text: 09/27/2021 - HALL, NICOLE RCVD REFERRAL FOR APPEAL TSA AS UPDATED MEDICAL INFORMATION HAS BEEN OBTAINED. COMPLETED TSA MEMORANDUM AND PLACED REPORT IN S1 WITH NOTIFICATION TO ARC. THREE ALT OCC S REMAIN VIABLE.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 9/24/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HALL, NICOLE ANN. CLAIM/AS EVENT IS PENDING REVIEW.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: 09/21/2021 - HERTERICH, KIMBERLY INVOICE DATED 9/17/2021 FROM RELIABLE REVIEW SERVICES INV 68580-1 IN THE AMT OF $157.50 FOR PEER REVIEW BY ERIC CHAVEZ WITH A SPECIALTY IN PSYCHIATRY. INVOICE PAID IN FULL.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 9/16/2021 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Appeal
Other Subject : STATUS
Text: 09/16/2021 - VALLIERE, TAWNYA RESULTS OF PM&R PEER ADDENDUM RECEIVED. ADDITIONAL REFERRAL MADE AT THIS TIME TO VOC FOR TSA UPDATE. ALSO STILL AWAITING RESULTS OF PSYCHIATRY PEER ADDENDUM.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : IME 08/31/21
Text: 09/09/2021 - VALLIERE, TAWNYA ATTY SUBMITTED IME REPORT DATED 08/31/2021 BY DR. JAMES OWEN TO BE INCLUDED IN APPEAL REVIEW - FORWARDED TO VENDOR TO BE INCLUDED IN ADDENDUM REVIEW WHICH IS CURRENTLY IN PROGRESS

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Appeal
Other Subject : STATUS
Text: 09/08/2021 - VALLIERE, TAWNYA REFERRAL MADE FOR PM&R AND PSYCHIATRY PEER ADDENDUMS AWAITING RESULTS.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject : RTR RESPONSE REC D
Text: 08/25/2021 - VALLIERE, TAWNYA REC D LETTER FROM ATTY ELIZABETH THORNSBURY DATED 08/23/2021 IN RESPONSE TO PEER REVIEWS COMPLETED IN CONNECTION WITH THE APPEAL REVIEW. ALSO INCLUDED WAS A COPY OF THE SSA DECISION NOTICE DATED 06/03/2020.

**ote**
Claim/Event/Leave: 8560503
NoteSubject : Other Called
Other Subject : ATTY
Text: 08/25/2021 - VALLIERE, TAWNYA RETRIEVED V/M LEFT BY ATTY ELIZABETH THORNSBURY AT 4:24 PM ON 8/20/21 WHILE ARC WAS OUT OF THE OFFICE. SHE STATED SHE WAS CALLING TO ADVISE SHE DOES INTEND TO SENT A RESPONSE TO THE PEER REVIEW. SHE ADVISED THE RESPONSE WILL BE SUBMITTED BY 08/23/21 BEFORE ARC RETURNS TO THE OFFICE ON WEDNESDAY. SHE INVITED A CALL BACK TO 859-225-3731 WITH ANY UESTIONS.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: 08/06/2021 - HERTERICH, KIMBERLY INVOICE DATED 8/2/2021 FROM RELIABLE REVIEW SERVICES INV 66704-1 IN THE AMT OF $157.50 FOR PEER REVIEW BY FARGO KHOURY WITH A SPECIALTY IN PM&R. INVOICE PAID IN FULL.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Appeal
Other Subject : STATUS
Text: 08/03/2021 - VALLIERE, TAWNYA COPY OF CLINICAL AND VOCATIONAL REVIEWS SENT TO ATTY FOR REVIEW AND RESPONSE WITHIN 21 DAYS, BY 08/24/2021

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Peer Review
Other Subject : REC D
Text: 08/03/2021 - VALLIERE, TAWNYA REC D RESULTS OF PM&R PEER ADDENDUM - SAVED TO DOC LIST

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Appeal
Other Subject : STATUS
Text: 07/30/2021 - VALLIERE, TAWNYA AWAITING RESULTS OF PM&R PEER ADDENDUM FOLLOWING RECEIPT OF RESPONSE FROM AP - KNOX.

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : Voc Rehab
Other Subject : APPEAL TSA
Text: 07/30/2021 - HALL, NICOLE RCVD REFERRAL FOR APPEAL TSA AS UPDATED MEDICAL INFORMATION HAS BEEN OBTAINED. COMPLETED TSA AND PLACED REPORT IN S1 WITH NOTIFICATION TO ARC. ALTERNATE OCCUPATIONS WERE IDENTIFIED.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 7/29/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HALL, NICOLE ANN. CLAIM/AS EVENT IS PENDING REVIEW.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Medical Status
Other Subject : DR. CRAIG KNOX
Text: 07/23/2021 - VALLIERE, TAWNYA REC D RESPONSE LETTER FROM DR. CRAIG KNOX WITH LEXINGTON NEUROLOGY DATED 07/22/2021 - SENT RE UEST TO VENDOR FOR PEER TO REVIEW AND COMMENT ON THE RESPONSE FROM DR. KNOX.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 7/20/2021 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Appeal
Other Subject : STATUS
Text: 07/20/2021 - VALLIERE, TAWNYA RESULTS OF PM&R AND PSYCHIATRY PEER REVIEWS RECEIVED FROM RRS. ADDITIONAL REFERRAL MADE AT THIS TIME TO VOC FOR AN UPDATED TSA.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: 07/20/2021 - VALLIERE, TAWNYA ISSUED VENDOR PAYMENT IN THE AMT OF $5617.50 PAYABLE TO RRS FOR PM&R PEER REVIEW, INVOICE 65940-1 DATED: 07/15/2021 07/20/2021 - ARVENITIS, KERRY VENDOR PAYMENT RELEASED.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject : FILE COPY
Text: 07/08/2021 - KEEFER, DAWN FILE COPY RE UEST FOR ALL NON-CORRESPONDENCE IN THE DOC LIST HAS BEEN COMPLETED FOR CLAIM 8560503 VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED CSR RELIABLERS.COM

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 7/6/2021 - REFERRED TO RELIABLE REVIEW SERVICES FOR PEER REVIEW.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject : FILE COPY
Text: 07/06/2021 - KEEFER, DAWN COMPLETE FILE COPY RE UEST HAS BEEN COMPLETED FOR CLAIM 8560503 6048215 VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED ELIZABETH AUSTINMEHR.COM

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: 07/02/2021 - VALLIERE, TAWNYA PRESCREEN COMPLETED. CODING IS ACCURATE. LTD FI ERISA. CLAIM FILED 07/20/2018. JD ON FILE. AUTH ON FILE. CLAIM DENIED NOT TD ANY OCC, DATE OF DENIAL WAS 01/17/2021. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 07/16/2021.LETTER OF APPEAL RECEIVED 06/25/2021. ATTORNEY REPRESENTED. ACTION PLAN: DETERMINATION FOR PHYSICIAN LEVEL REVIEW WITH PM&R AND PSYCHIATRY REFERRALS IN PROCESS.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject : FILE COPY
Text: 07/02/2021 - VALLIERE, TAWNYA SENT RE UEST TO ADMIN FOR FILE COPY, COVER LETTER, AND LTD POLICY TO BE

Text: 07/02/2021 - VALLIERE, TAWNYA SENT RE UEST TO ADMIN FOR FILE COPY, COVER LETTER, AND LTD POLICY TO BE SENT TO ATTY ELIZABETH THORNSBURY AS PER HER RE UEST DATED 06/17/2021.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: 06/30/2021 - AVERILL, REBECCA ASSIGNED TO TAWNYA VALLIERE

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 6/29/2021 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Appeals
Other Subject :
Text: 06/29/2021 - KELLEY, CHRISTINE SCORE REFERRAL TO ARU

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject : MGR REVIEW
Text: 06/29/2021 - MASSARO, TIFFANY AGREE W/CS RECOMMENDATION TO REFER TO ARU

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject :
Text: 04/30/2021 - KELLEY, CHRISTINE RE UEST EMAILED FOR COPY OF FILE TO BE SENT TO ATTORNEY

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject :
Text: 04/30/2021 - KELLEY, CHRISTINE RCVD LOR AND AUTH ASKING FOR A COPY OF THE FILE. ELIZABETH THORNSBURY OF MEHR, FAIRBANKS & PETERSON 859-225-3731, F 859-225-3830

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject : MGR REVIEW
Text: 12/29/2020 - MASSARO, TIFFANY AGREE W/CS RECOMMENDATION TO CLOSE FOR NOT TD ANY OCC

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Closed
Other Subject : NOT TD AO
Text: 12/29/2020 - PACHECO, KATIE 52 YOM-PRODUCTION GROUP LEADER AT TEMA. OCC IS MEDIUM. DXS ARE PAIN IN LEFT ACROMIOCLAVICULAR JOINT, S/P ROTATOR CUFF REPAIR, LOW BACK PAIN, CUBITAL TUNNEL SYNDROME, LEFT, OTHER INTERVERTEBRAL DISC DISPLACEMENT, LUMBAR REGION, CERVICAL SPINAL STENOSIS. PER PMR PEER REVIEW, THE TM HAS SUPPORTED RESTRICTIONS OF STANDING: UP TO 30 MINUTES AT A TIME AND FOR A TOTAL OF 3 HOURS PER DAY WALKING: UP TO 30 MINUTES AT A TIME AND FOR A TOTAL OF 3 HOURS PER DAY LIFTING: OCCASIONALLY UP TO 10 LBS. RUE OCCASIONALLY UP TO 5 LBS. LUE CARRYING: OCCASIONALLY UP TO 10 LBS. RUE OCCASIONALLY UP TO 5 LBS. LUE PUSHING: OCCASIONALLY UP TO 10 LBS. RUE OCCASIONALLY UP TO 5 LBS. LUE PULLING: OCCASIONALLY UP TO 10 LBS. RUE OCCASIONALLY UP TO 5 LBS. LUE CLIMBING STAIRS: OCCASIONALLY STOOPING: OCCASIONALLY KNEELING: OCCASIONALLY CROUCHING: OCCASIONALLY CRAWLING: NEVER SITTING: CONSTANTLY UP TO1 HOUR AT A TIME FOR A TOTAL OF 8 HOURS PER DAY REACHING: OCCASIONALLY OVERHEAD/BELOW WAIST LEVEL, DESK/WAIST LEVEL LUE UNRESTRICTED ALLLEVELS RUE USING LOWER EXTREMITIES FOR FOOT CONTROLS: UNRESTRICTED FINE MANIPULATION: FRE UENTLY LUE UNRESTRICTED RUE SIMPLE AND FIRM GRASPING: FRE UENTLY LUE UNRESTRICTED RUE. THE RECOMMENDED RESTRICTIONS ABOVE ARE INDICATED FROM PRESENT AND BEYOND WITH RE-ASSESSMENT ON OR AROUND 6/1/21. OCCS IDENTIFIED IN TSA PROVIDE REASONABLE WAGE. THEREFORE, DCM RECOMMENDS BENEFITS CONTINUED THRU OWN OCC DURATION 1/16/2021 AND CLOSED1/17/2021 AS TM IS NOT TD AO. REFERRED TO MGR FOR REVIEW.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Voc Rehab
Other Subject : TSA REPORT
Text: 12/27/2020 - SCUNGIO, VANESSA TSA REPORT SUMMARY: THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS THAT ARE WITHIN EMPLOYEE S PHYSICAL ABILITIES AND WITHIN THEIR IDENTIFIED SKILL LEVEL. THE FOLLOWING ARE EXAMPLES OF OCCUPATIONS EMPLOYEE COULD PERFORM: TABLE WORKER, COMPACT ASSEMBLER. IN ADDITIONAL TO THE IDENTIFIED OCCUPATIONS DURING THE OASYS SEARCH, BASED ON MY VOCATIONAL EXPERTISE AND

LABOR MARKET SURVEY RESEARCH, EMPLOYEE WOULD HAVE THE ABILITY TO PERFORM: GATE GUARD (372.667-030) AND INFORMATION CLERK (237.367-022). THIS WOULD BE BASED ON THEIR TRANSFERABLE COMMUNICATION AND TIME MANAGEMENT SKILLS AS WELL AS AND IDENTIFIED FUNCTION. THE OCCUPATIONS EXCEED, MEET OR ARE WITHIN A REASONABLE RANGE OF THEIR GAINFUL AMOUNT OF$2,970 IN THE NATIONAL ECONOMY. I HAVE NOT MET WITH THE EMPLOYEE FOR THE PURPOSE OF THIS REVIEW. ALL OPINIONS ARE BASED ON REVIEW OF VOCATIONAL INFORMATION, MEDICAL RECORDS AND RESOURCES NOTED.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 12/22/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO SCUNGIO, VANESSA. CLAIM/AS EVENT IS PENDING REVIEW.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 12/18/2020 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: 12/18/2020 - YEREMIAN, KEVORK INVOICE RECEIVED ON 12/18/2020 AND DATED 12/17/2020 FROM GENEX. INV BOCA 97760, IN THE AMOUNT OF $660.00 FOR PEER REVIEW PERFORMED BY JOHN Z ZHENG, DO WITH A SPECIALTY OF PMR/PAIN MANAGEMENT. PAID INVOICE IN FULL

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Voc Rehab
Other Subject :
Text: 12/18/2020 - KELLEY, CHRISTINE SCORE REFERRAL FOR TSA

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Restrictions/Limitations
Other Subject :
Text: 12/18/2020 - KELLEY, CHRISTINE STANDING: UP TO 30 MINUTES AT A TIME AND FOR A TOTAL OF 3 HOURS PER DAY WALKING: UP TO 30 MINUTES AT A TIME AND FOR A TOTAL OF 3 HOURS PER DAY LIFTING: OCCASIONALLY UP TO 10 LBS. RUE OCCASIONALLY UP TO 5 LBS. LUE CARRYING: OCCASIONALLY UP TO 10 LBS. RUE OCCASIONALLY UP TO 5 LBS. LUE PUSHING: OCCASIONALLY UP TO 10 LBS. RUE OCCASIONALLY UP TO 5 LBS. LUE PULLING: OCCASIONALLY UP TO 10 LBS. RUE OCCASIONALLY UP TO 5 LBS. LUE CLIMBING STAIRS: OCCASIONALLY STOOPING: OCCASIONALLY KNEELING: OCCASIONALLY CROUCHING: OCCASIONALLY CRAWLING: NEVER SITTING: CONSTANTLY UP TO1 HOUR AT A TIME FOR A TOTAL OF 8 HOURS PER DAY REACHING: OCCASIONALLY OVERHEAD/BELOW WAIST LEVEL, DESK/WAIST LEVEL LUE UNRESTRICTED ALLLEVELS RUE USING LOWER EXTREMITIES FOR FOOT CONTROLS: UNRESTRICTED FINE MANIPULATION: FRE UENTLY LUE UNRESTRICTED RUE SIMPLE AND FIRM GRASPING: FRE UENTLY LUE UNRESTRICTED RUE THE RECOMMENDED RESTRICTIONS ABOVE ARE INDICATED FROM PRESENT AND BEYOND WITH RE-ASSESSMENT ON OR AROUND 6/1/21.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject :
Text: 12/07/2020 - KELLEY, CHRISTINE MEDICAL RECORDS SECURELY EMAILED TO 3RD PARTY FOR REVIEW

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : NEURO
Text: 12/07/2020 - KELLEY, CHRISTINE OVN AND DIAGNOSTICS 11/23/2020 NEURO

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 12/2/2020 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Managed Care
Other Subject :
Text: 11/28/2020 - KELLEY, CHRISTINE CRT REFERRAL FOR FFR IN PREP FOR CID IN JAN 2021

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject :
Text: 11/28/2020 - KELLEY, CHRISTINE 6/4/2020 - 11/11/2020 PT NOTES AND VARIOUS AP NOTES

**ote**
Claim/Event/Leave: 8560503
NoteSubject : EE Called
Other Subject : LVM/DCM RTC
Text: 11/12/2020 - PACHECO, KATIE TM CALLING FOR ADCM. LVM ASKING FOR A C/B. DCM RTC TO TM AT TM WANTED TO KNOW WHAT ADCM HAS RECD FOR MED RECS FROM APS AND WHAT HASN T RECD. DCM AGREED. DCM SAID THAT HAS RECS FROM HACKETTTHRU 9/21 BUT IF TM HAS SEEN HIM AFTER THAT, THEN WE NEED THOSE RECS. TM U/S. NO RECS FROM LAMB OR SWAYZE OR KORT PT YET. TM SAID SAW AN OLD AP FROM 2 YEARS AGO FOR CARPAL TUNNEL BUT WILL PROVIDE THAT INFO TO ADCM. SAID THAT WILL F/U WITH AP LAMB AND SWAYZE ON RECS. SAID THAT HAS A BOOKS WORTH OF PT TX NOTES FROM KORT PT THAT CAN MAIL IN TO ADCM AND ALSO HAS PHARMACY RECS. DCM U/S, SAID WILL NOTIFY ADCM OF THIS UPDATE. TM THANKED HAD NF C/E.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : HACKETT
Text: 10/22/2020 - KELLEY, CHRISTINE OVN 7/27/2020 - 9/21/2020

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Action Plan
Other Subject : N&P DEC 2020
Text: 10/12/2020 - KELLEY, CHRISTINE DR. HACKETT, DR. LAMB, DR. SWAYZE, AND KORT PHYSICAL THERAPY DAY 30- 11/10/2020, DAY 45 11/25/2020, DAY 75 12/24/2020

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : LTR to EE
Other Subject :
Text: 10/12/2020 - KELLEY, CHRISTINE N&P LETTER TO TM. DAY 30 - 11/10/2020, DAY 45 11/25/2020, DAY 75 12/24/2020

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : LTR to AP
Other Subject : MEDICAL RE UEST
Text: 10/12/2020 - KELLEY, CHRISTINE CONTACTED DR. HACKETT, DR. LAMB, DR. SWAYZE, AND KORT PHYSICAL THERAPY FOR MEDICAL RECORDS. - RE UEST - PROVIDER - MEDICAL

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject :
Text: 10/12/2020 - KELLEY, CHRISTINE RCVD UPDATED FORMS FROM TM CIF, CSS, A AND AUTH

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : LTR to EE
Other Subject :
Text: 09/09/2020 - KELLEY, CHRISTINE C

**R ote**
Claim/Event/Leave: 8560503
NoteSubject : OP/SS
Other Subject : OVP PAID IN FULL
Text: 08/11/2020 - FARROW, JADENE RECEIVED PAYMENT IN THE AMOUNT OF $28036.53. OVP PAID IN FULL. CLOSED REFERRAL.

**R ote**
Claim/Event/Leave: 8560503
NoteSubject : OP/SS
Other Subject : PAYMENT UPDATE
Text: 07/24/2020 - FARROW, JADENE EMAIL FROM VENDOR, F/U SET FROM: WENDY RENO WRENO ADVOCATOR.COM SENT: FRIDAY, JULY 24, 2020 1:39 PM TO: FARROW, JADENE H JADENE.FARROW LFG.COM SUBJECT: JAMES ZOLL 8560503 THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER. GOOD AFTERNOON JADENE, PLEASE BE ADVISED THE ABOVE CLAIMANT PROVIDED AUTHORIZATION TO OUR OFFICE TO CONDUCT THE EFT TODAY FOR THE FULL REIMBURSEMENT AMOUNT OF $28,036.53.ONCE THE FUNDS HAVE CLEARED WE WILL FORWARD PAYMENT TO YOUR OFFICE AS SOON POSSIBLE. PLEASE LET ME KNOW IF YOU HAVE ANY UESTIONS. BEST REGARDS, WENDY RENO WENDY RENO SENIOR REIMBURSEMENT FACILITATION SPECIALIST

RENO SENIOR REIMBURSEMENT FACILITATION SPECIALIST

**R ote**
Claim/Event/Leave: 8560503
NoteSubject : OP/SS
Other Subject : PHONE CALL
Text: 07/24/2020 - FARROW, JADENE EE CALLED RE: OVP. ADVISED HIS RETRO CAME IN. ASKED UESTIONS ABOUT OVP, PRORATIONS, ETC. SUGGESTED I CAN SEND HIM THE CALC WS FOR REVIEW. ADVISED HE WOULD BE CALLING TAG TO SET UP PAYMENT. FRA ADVISED SHE WILL BE EMAILING TAG AS WELL, THEY CAN SET UP PAYMENT. EMAIL TO EE WITH WORKSHEET. F/U SET.

**ote**
Claim/Event/Leave: 8560503
NoteSubject : Called EE
Other Subject :
Text: 06/23/2020 - KELLEY, CHRISTINE RTNED TM S CALL - ANSWERED ALL UESTIONS REGARDING SSD OP AND HOW THE CLAIM PROCESS IS GOING FORWARD. DISCUSSED CID IN JAN 2021 AND WHAT THAT ENTAILS

**R ote**
Claim/Event/Leave: 8560503
NoteSubject : OP/SS
Other Subject : OVP CREATED
Text: 06/23/2020 - FARROW, JADENE THE OVERPAYMENT DUE IS $28,036.53 FOR THE PERIOD OF 05/17/19 THRU 06/16/20. CLAIMANT WAS ORIGINALLY PAID $38,613.12. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD HAVE BEEN PAID $6,076.59. DETAILED OP LETTER SENT TO CLAIMANT AND OVERPAYMENT INFORMATION EMAILED TO VENDOR. FOLLOW UP SET FOR REPAYMENT. ATTORNEY FEES WERE CREDITED IN THE AMOUNT OF $4,500.00. RECOVERY STRATEGY: CLAIMANT ELECTED EFT WITH TAG AND LINCOLN.

**ote**
Claim/Event/Leave: 8560503
NoteSubject : Called EE
Other Subject :
Text: 06/22/2020 - KELLEY, CHRISTINE RTNED TM S CALL. LM ASKING FOR RTN CALL IF HE STILL HAD UESTIONS

**R ote**
Claim/Event/Leave: 8560503
NoteSubject : OP/SS
Other Subject : AWARD INFO
Text: 06/22/2020 - FARROW, JADENE AWARD LETTER RECD FROM TAG. DOE 6/1/2019 $2596.00, 12/2019 $2638.00 COLA. RETRO OF $31404.00 WITHHELD, W/ $4500.00 ATTORNEY FEES DEDUCTED. NO ELIG DEPS. APPLIED SSDB OFFSET OF $2596.00. SET F/U TASK TO COMPLETE CALC.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO JADENE FARROW.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: TAG COVERLETTER AND NOA IN DOC LIST

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Other
Other Subject :
Text: 06/19/2020 - KELLEY, CHRISTINE SCORE REFERRAL TO FRS FOR OVERPAYMENT CALC

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Social Security
Other Subject :
Text: 06/19/2020 - KELLEY, CHRISTINE RCVD NOA AND COVER LETTER FORM TAG - DOE 6/1/20219 - INITIAL AMOUNT $2596.00/ RETRO BENEFIT $31,404

**R ote**
Claim/Event/Leave: 8560503
NoteSubject : OP/SS
Other Subject : NOA
Text: 06/19/2020 - RIVERA YAGNICH, CAMILLE INFORMATION RECEIVED TODAY FROM SOCIAL SECURITY VENDOR THAT CLAIMANT HAS BEEN AWARDED THEIR NOA FOR SS IN FINANCIAL REVIEW SERVICES 1-888-437-7611 THE AWARD INFO

WILL APPEAR IN DOC LIST WITHIN 5 BUSINESS DAYS FROM THE SCANNING FACILITY IN LONDON KENTUCKY. AN EMAIL HAS BEEN SENT TO THE APPROPRIATE CASE MANAGER TO REFER THE SSDI FILE TO FINANCIAL REVIEW SERVICES, IF APPROPRIATE WITHIN 3-5 BUSINESS DAYS TO ALLOW THE FINANCIAL SPECIALIST TO PREPARE

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : PT AND OT RECORDS
Text: 06/08/2020 - KELLEY, CHRISTINE OT AND PT RECORDS 7/25/19 - 4/21/2020

**ote**

Claim/Event/Leave: 8560503
NoteSubject : Called EE
Other Subject :
Text: 05/29/2020 - KELLEY, CHRISTINE TM CALLED - HAS A CD WITH MEDICAL RECORDS FROM PT. ADVISED HE CAN PRINT OUT THE INFO AND SUBMIT IT HIMSELF OR HE CAN SEND THE CD WITH THE PASSWORD TO THE PO BOX. HE ALSO HIS SSD HEARING 5/28/2020. HOPING TO HEAR SOON.

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : KORT & SWAYZE
Text: 05/21/2020 - KELLEY, CHRISTINE PT EVAL, OVN AND SSD PROOF

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : KY BONE AND JOINT
Text: 05/08/2020 - KELLEY, CHRISTINE 4/10/2020 OVN

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject :
Text: 05/08/2020 - KELLEY, CHRISTINE EMAIL FROM TM RECENTLY SAW MY PAIN MANAGEMENT DOCTOR ON MAY 4TH, 2020 AT 10 A.M., WITH CHRIS SWAYZE. THE GOVERNOR HAS JUST RECENTLY LIFTED RESTRICTIONS WITH ONE ON ONE VISITS WITH DOCTORS. I GOT A PHYSICAL THERAPY PRESCRIPTION (ENCLOSED) FOR 1. LEFT SHOULDER PAIN WITH IONTOPHORESIS TREATMENT AND 2. LOW BACK PAIN. MY CURRENT PHYSIC THERAPY PLACE, CARDINAL VALLEY OUTPATIENT P.T., IS STILL CLOSED SINCE MID MARCH. I HAVE BEEN DOING HOME EXERCISES DAILY THAT CARDINAL VALLEY HAS SENT OUT. I HAD TO FIND ANOTHER PHYSICAL THERAPY PLACE TO GET TREATMENT, DUE TO SEVERAL WITH CLOSURES. DUE TO COVID19. I AM GOING TO KORT ON BEAUMONT CIRCLE ON MAY 11TH AT 4 P.M. TO START PHYSICAL THERAPY AT NEW PLACE.

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : KY BONE AND JOINT
Text: 05/08/2020 - KELLEY, CHRISTINE OP REPORT DATED 12/20/19 AND FORM FROM PROVIDER - HAS NOT BEEN ABLE TO ATTEND PT DUE TO COVID 19

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : Action Plan
Other Subject : N&P JULY 2020
Text: 04/28/2020 - KELLEY, CHRISTINE DAY 30 - 5/27/2020, DAY 45 6/11/2020, DAY 75 7/10/2020

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : LTR to EE
Other Subject :
Text: 04/28/2020 - KELLEY, CHRISTINE N&P LETTER TO TM DAY 30 - 5/27/2020, DAY 45 6/11/2020, DAY 75 7/10/2020

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : LTR to AP
Other Subject :
Text: 04/28/2020 - KELLEY, CHRISTINE 2ND RE FOR PT AND OT RECORDS

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : LTR to AP
Other Subject :
Text: 03/30/2020 - KELLEY, CHRISTINE MED RE FOR PT RECORDS

C ote
Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject :
Text: 03/30/2020 - KELLEY, CHRISTINE RTW W RESTRICTIONS NOTE, PT PROGRESS NOTE - R&L NO PUSH, PULL LIFT OVER 2 LBS WITH LEFT ARM

C ote
Claim/Event/Leave: 8560503
NoteSubject : Social Security
Other Subject :
Text: 03/30/2020 - KELLEY, CHRISTINE SSA HEARING 5/28/2020

ote
Claim/Event/Leave: 8560503
NoteSubject : EE Called
Other Subject :
Text: 03/18/2020 - KELLEY, CHRISTINE TM CALLED - THE PT FACILITY IS CLOSING AT LEAST THRU 3/30/2020. STATED HE WILL HAVE AN ALJ HEARING 5/28/2020 HE TYPICALLY FAXES THE INFO INTO US BUT THE LIBRARY IS CLOSED. HE WILL SEND IN THE DOCS VIA EMAIL.

C ote
Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : HACKETT
Text: 02/19/2020 - KELLEY, CHRISTINE OV NOTE 2/5/2020 AND OOW NOTE - CAN RTW WITH NO USE OF LEFT UPPER EXTREMITY OVER 2 LBS NO PUSH PULL OR LIFTING

C ote
Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : HACKETT
Text: 01/16/2020 - KELLEY, CHRISTINE POST OP OV NOTE 1/6//2020 - LEFT SHOULDER ARTHROSCOPY ON 12/20/19 - REFERRAL TO PT AND FUV IN 1 MONTH S/P ROTATOR CUFF REPAIR

C ote
Claim/Event/Leave: 8560503
NoteSubject : LTR to AP
Other Subject : HACKET
Text: 01/16/2020 - KELLEY, CHRISTINE RE FOR MEDICAL FROM 12/1/19 TO PRESENT

C ote
Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : HACKETT
Text: 01/14/2020 - KELLEY, CHRISTINE TM SENT INFO FROM SX. PICTURES, CANNOT TELL WHAT THEY ARE, PT REFERRAL WHICH INDICATES R SHOULDER CAPSULAR RELEASET AND DISTAL CLAVICAL EXCISION. NOV DATE 2/5/2020

C ote
Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : KY BOEN AND JOINT
Text: 01/05/2020 - KELLEY, CHRISTINE TM SENT IN D/C INSTRUCTIONS FROM HIS PROCEDURE ON 12/20/2019 - VERY DIFFICULT TO READ - FUV ON 1/6/2020

ote
Claim/Event/Leave: 8560503
NoteSubject : Called AP
Other Subject : HACKETT
Text: 12/27/2019 - KELLEY, CHRISTINE CALLED DR HACKET S OFFICE. S/W HEATHER. SHE CONFIRMED SX ON 12/20/2019 BUT DOESN T HAVE ANY OP NOTES YET SO COULD NOT SAY WHAT PROCEDURE WAS DONE. HE HAS NOT HAD A FOLLOW UP YET.

ote
Claim/Event/Leave: 8560503
NoteSubject : Called AP
Other Subject : HACKET
Text: 12/24/2019 - KELLEY, CHRISTINE ATTEMPTED TO REACH DR. HACKETT S OFFICE TO CONFIRM SX. OFFICE IS CLOSED.

C ote
Claim/Event/Leave: 8560503
NoteSubject : Action Plan
Other Subject : RTW OO MAR 2020
Text: 12/09/2019 - PACHECO, KATIE LDW: 7/13/16 (PER TM DURING STD II) DOD: 7/19/16 TM BROKE HAND WHILE HIKING. PER RECENT MED INFO RECD. TM IS TO HAVE SX ON 12/20/19 WITH AP HACKETT AND HAS R&LS OF NO

PUSHING/PULL/LIFTING OVER5 LBS WITH LEFT UPPER EXTREMITY. THEREFORE REASONABLE TO CONTINUE LTD BENEFITS AS TM HAS R&LS THAT PRECLUDE HIM FROM MED OO AND ESCALATION OF CARE TO GET SX DONE WHICH SHOWS SEVERITY OF CX. DCM TO F/U AFTER SX TO GET UPDATED TX PLANS.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : HACKETT
Text: 12/09/2019 - PACHECO, KATIE RECD CF OF SURGERY SCHEDULED FOR 12/20/19 AND OOW NOTE STATING THAT TM HAS R&LS OF NO PUSHIN/PULL/LIFTING OVER5 LBS WITH LEFT UPPER EXTREMITY.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : HACKETT
Text: 11/05/2019 - KELLEY, CHRISTINE KY BONE AND JOINT - OV NOTE 11/4/2019 - REFERRAL FOR MRI - OOW NOTE. NO PUSHING, PULLING OR LIFTING OVER 5 LBS W THE LEFT UE

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : GISH
Text: 09/11/2019 - KELLEY, CHRISTINE ESI PROCEDURE NOTE 8/23/2019

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Social Security
Other Subject : TAG
Text: 08/23/2019 - KELLEY, CHRISTINE RECON DENIED 8/18/2019 - RE UEST FOR ALJ FILED

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : GISH
Text: 08/21/2019 - KELLEY, CHRISTINE OV AND PROCEDURE NOTES 6/24/2019 - 7/16/2019

**ote**
Claim/Event/Leave: 8560503
NoteSubject : EE Called
Other Subject :
Text: 08/20/2019 - KELLEY, CHRISTINE WILL HAVE AN ESI ON CERVICAL AREA ON 8/23/2019, DR. GISH. CONTINUES TO DO PT FOR HIS NECK AND SHOULDER WHICH SEEMS TO BE HELPING BUT SEEMS TO BE TRIGGING HIS MIGRAINES. MAY HAVE SURGERY, BUT THEY ARE STILL JUST IN THETALKING STATES.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Social Security
Other Subject : TAG
Text: 07/11/2019 - KELLEY, CHRISTINE RECON FILLED 7/9/2019 INITIAL APP DENIED 6/22

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : HACKETT
Text: 07/08/2019 - KELLEY, CHRISTINE OVN 6/26/2019

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : HACKETT
Text: 07/05/2019 - KELLEY, CHRISTINE OV NOTES AND MRI S 5/15/19 - 6/26/19

**ote**
Claim/Event/Leave: 8560503
NoteSubject : EE Called
Other Subject :
Text: 07/03/2019 - KELLEY, CHRISTINE TM CALLED WITH UPDATE. HAD AN MRI. SHOWS BULGING DISC AT C6-C7. WILL HAVE ESI DONE ON 7/16/2019. DR. HACKET THINKS HE HAS ARTHRITIS IN HIS SHOULDER AND NECK. WILL BE STARTING PT ON BOTH. WIL HAVE FUV WITH DR. HACKETIN MED AUG. 8/16 HE THINKS. SSD WAS DENIED AT THE INITIAL APPLICATION. IS APPEALING.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd

Other Subject : HACKET
Text: 05/17/2019 - KELLEY, CHRISTINE KY BONE AND JOINT OV NOTES 5/8/19 - 5/16/2019

**ote**
Claim/Event/Leave: 8560503
NoteSubject : EE Called
Other Subject :
Text: 05/15/2019 - KELLEY, CHRISTINE EE CALLED AND STATED HE IS SEEING DR HACKET NOW. LINKED PROVIDERS UPDATED. NOV 6/26/2019. THINKS HE MAY HAVE ARTHRITIS IN HIS AC JOINT. HE IS ALSO SEEING A NEUROLOGIST FOR HIS MIGRAINES AND NECK. HE WILL SEND OVERTHE RECORDS HER HAS.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Social Security
Other Subject : TAG
Text: 04/30/2019 - KELLEY, CHRISTINE INITIAL APP FILED 4/29/2019

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : BEGLEY PA
Text: 04/09/2019 - KELLEY, CHRISTINE OV NOTE, PT NOTES, OOW NOTE - NO LIFTING OVER 5LBS

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF CHANGE BENEFIT END DATE OR SUSPEND BENEFITS HAS BEEN RECEIVED AND ASSIGNED TO KRISTEN SPRINGMEIER.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: 04/04/2019 - SPRINGMEIER, KRISTEN PER CLAIM NOTE 19 RECEIVED REFERRAL TO CHANGE BEN END DATE IN ERROR. NO FURTHER ACTION TAKEN BY PS AT THIS TIME. REJECTED REFERRAL.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR CHANGE BENEFIT END DATE OR SUSPEND BENEFITS. BEN END:12/21/2033 COMMENTS: ANY OCC APPROVED

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to SS Vendor
Other Subject : SCORE REFERRAL
Text: 4/3/2019 - REFERRED TO THE ADVOCATOR GROUP AS SS ADVOCATE.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to SS Vendor
Other Subject : PSR IN ERROR
Text: 04/03/2019 - KELLEY, CHRISTINE ACCIDENTALLY REFERRED THIS CLAIM IN ERROR TO PSR THIS CLAIM HAS NOT CURRENTLY BEEN APPROVED FOR ANY OCC. PLEASE DO NOT EXTEND PAYMENT DATE BEYOND 1/16/2021

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : LTR to EE
Other Subject :
Text: 04/03/2019 - KELLEY, CHRISTINE ENCOURAGE TO FILE FOR SSD - DAY 45 5/17/2019

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to SS Vendor
Other Subject : TAG
Text: 04/03/2019 - KELLEY, CHRISTINE SCORE REFERRAL TO TAG

**ote**
Claim/Event/Leave: 8560503
NoteSubject : Called EE
Other Subject :
Text: 04/03/2019 - KELLEY, CHRISTINE RTNED CALL. HE HAD OV AND IS STILL HAVING A LOT OF PAIN IN HIS SHOULDER. BEEN REFERRED FOR MORE PT AND NOW DRY NEEDELING FOR PAIN. HIS NOV IS 6/5/2019. TOLD HIM WE HAVE TO GET

BEEN REFERRED FOR MORE PT AND NOW DRY NEEDELING FOR PAIN. HIS NOV IS 6/5/2019. TOLD HIM WE HAVE TO GET THE SSD PROCESS STARTED, ILL REFER HIMTO TAG FOR ASSISTANCE. EXPLAINED THE PROCESS. HE WILL SEND THE MEDICAL RECORD OVER WHEN GET GETS THEM, HE THINKS HE WILL HAVE THEM ON FRI

**ote**

Claim/Event/Leave: 8560503
NoteSubject : Called EE
Other Subject :
Text: 04/03/2019 - KELLEY, CHRISTINE CALLED TM FOR UPDATE ON OV 4/2/2019

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : LEXINGTON CLINC
Text: 02/22/2019 - KELLEY, CHRISTINE RCVD OV SUMMARY FROM 2/19/2019, PT SCHEDULE THRU 2/28 AND OOW NOTE WITH R&L S. NOV 4/2/2019

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject : ADD DD
Text: 01/18/2019 - PILAR, SARAH ACCT ROUTING

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject : DD APP
Text: 01/17/2019 - KELLEY, CHRISTINE RCVD DD APPLICATION. FORWARDED TO PATRICIA WRIGHT FOR PROCESSING

**ote**

Claim/Event/Leave: 8560503
NoteSubject : EE Called
Other Subject :
Text: 01/15/2019 - KELLEY, CHRISTINE TM RTNED MY CALL. DID AN MRI THE END OF DEC. SX AND SUTURES ARE HOLDING, NO NEW TEARS. STILL GOING TO PT 2X PER WEEK. WILL HAVE NOV ON 2/19/2019. THINKS HE WILL BE RELEASED TO RTW IN MARCH. WILL BE SENDING IN THEDD APPLCIATION ADN THE NOTE HE RECEIVED FROM HIS LAST OV

**ote**

Claim/Event/Leave: 8560503
NoteSubject : Called EE
Other Subject :
Text: 01/14/2019 - KELLEY, CHRISTINE CALLED FOR AN UPDATE AFTER THE OV 1/4/2019 TX/RTW PLAN. LM FOR RTN CALL

**ote**

Claim/Event/Leave: 8560503
NoteSubject : Called EE
Other Subject : ADVISED OF APPROVAL
Text: 12/20/2018 - KELLEY, CHRISTINE CALLED TM AND LM ADVISING OF APPROVAL, APPROVAL LETTER, BBD AND CHECK PROCESSES. ASKED HIM TO CALL ME AFTER HIS OV ON 1/4/2019 OR SOONER IF HE HAD ANY UESTIONS OR CONCERNS

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : LTR to EE
Other Subject :
Text: 12/20/2018 - KELLEY, CHRISTINE APPROVAL LETTER WITH FORMS SENT TO TM

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : Approved
Other Subject : MGR REVIEW
Text: 12/20/2018 - DIGIANDOMENICO, ROBERT AGREE WITH DETERMINATION RATIONALE TO APPROVE LTD CLAIM AS MEDICAL DOCUMENTATION PROVIDED SUPPORTS IMPAIRMENT OO AT TEMA

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : Action Plan
Other Subject : RTW OO FEB 2019
Text: 12/20/2018 - KELLEY, CHRISTINE 49 YOM-PRODUCTION GROUP LEADER AT TEMA. JD RE UESTED. EDOP: 1/1/15 DOH: 5/8/89 TM IS ELIGIBLE FOR LTD 1B PER ELIG FEED- NO BU. 100% ER CONTRIBUTORY 6 MONTHS OF CONT. ACTIVE EMPLOYMENT-EDOC: 3/26/12. BENEFIT IS E UAL TO 60% OF BME. BME: $4,950.40 TO BE VERIFIED BY PS. LDW: 7/13/16 (PER TM DURING STD II) DOD: 7/19/16 TM BROKE HAND WHILE HIKING. LTD EP IS THE GREATER OF: THE END OF THE STD BENEFITS OR 180 DAYS LTD BBD: 1/17/2019. PRE-X IS 3/12 AND INVESTIGATION IS NOT WARRANTED AS DOD DID NOT OCCUR WITHIN 12 MONTHS FROM EDOC. TRANSFER PROVISION: BENEFIT PERCENTAGES UNDER CURRENT POLICY ARE THE SAME AS PRIOR POLICY, AS SUCH TRANSFER PROVISION DOES NOT APPLY TM WENT OOW DUE TO A LEFT WRIST FXTHEN FOUND TORN ROTATOR CUFF RE UIRING ARTHROSCOPIC REPAIR ON 9/17/2018. DX: LEFT WRIST

FRACTURE (S52.5), LEFT WRIST SURGERY ON 7/26/18. LEFT SHOULDER FULL THICKNESS SUPRASPINATUS TEAR (M75.1) AND SEVERE BICIPITAL TENOSYNOVITIS. ARTHROSCOPIC REPAIR 9/17/2018. AP: DR. UMANSKY (HAND SURGEON), DR. WILKES (DID SHOULDER SX) MR ON FILE: FRENCH HOSPITAL/MEDICAL CTR 7/19/208 7/23/2018, DR. UMANSKY OV 8/8/2018, COMMONWEALTH HAND THERAPY 7/31/18-8/14/18, OOW NOTES STD BENEFITS ARE APPROVED THROUGH 12/9/2018. STD MAX 1/16/2018. TM WAS TO START PT FOR BOTH THE WRIST AND THE SHOULDER ON 10/23/2018. PER NCM REVIEW ON 10/24/2018, R&L S OF LESS THAN SEDENTARY ARE REASONABLE AND SUPPORTED DUE TO ROTATOR CUFF REPAIR, WRIST FRACTURE, TO ALLOW TIME FOR HEALING OF THE SHOULDER AND THERAPY WHICH STARTED ON 10/23/18. STRENGTHENING ACTIVITY DOES NOT START UNTIL APPROXIMATELY 12 WEEKS POST OP. 12 WEEKS IS 1/14/2019. THEREFORE, RECOMMENDING APPROVAL OF LTD BENEFITS BASED ON BBD 1/17/19. TM HAS NOV W DR WILKES ON 1/4/2019. IF HE IS RELEASED TO RTW THAT DATE, TEMA WILL RE UIRE WORK HARDENING/WORK CONDITIONION. WILL FOLLOW UP AFTER NOV FOR RTW PLAN. TO MANAGER1 FOR REVIEW.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject :
Text: 12/20/2018 - KELLEY, CHRISTINE MRI 12/18/2018 - FUV 1/8/2019

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject : FORMS
Text: 12/20/2018 - KELLEY, CHRISTINE RCVD FORMS FROM TM TEE, SSRA, FI , AUTH, CIF, A ,

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject : INITIAL BENEFIT CALC
Text: 12/20/2018 - GOODRICH, KAYLA SET UP SCHEDULED PAYMENT BASED ON ELIGIBILITY EFFECTIVE 04/02/2018 - $59,404.80 ANNUAL / 12 $4,950.40 MONTHLY. THE BENEFIT IS 60% OR $2,970.24. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Other
Other Subject : PAYMENT SERVICES
Text: 12/19/2018 - GOODRICH, KAYLA EMAIL TO DCM TO REVIEW LTD BBD PER POLICY

**ote**
Claim/Event/Leave: 8560503
NoteSubject : EE Called
Other Subject :
Text: 12/19/2018 - KELLEY, CHRISTINE SPOKE TO TM REGARDING THE FORMS. ANSWERED ALL UESTIONS. HE WILL BE FAXING THEN IN TODAY.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO KAYLA GOODRICH.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**C ote**
Claim/Event/Leave: 8560503
NoteSubject : Ref to Other
Other Subject : PSR
Text: 12/18/2018 - KELLEY, CHRISTINE SCORE REFERRAL FOR INITIAL PAYMENT CALC

**ote**
Claim/Event/Leave: 8560503
NoteSubject : EE Called
Other Subject : RTNED MY CALL
Text: 12/04/2018 - KELLEY, CHRISTINE DOB: AGE: 49 Y/O/M DOH: 5/8/89 PHONE: ADDRESS VERIFIED / UPDATED EMAIL VERIFIED SPOUSES DOB: N/A ANY DEPENDENTS UNDER 19 N/A OTHER JOB/SOURCE OF INCOME N/A LDW: 7/13/2018WHAT HAPPENED ON THE LDW: COMPANY SHUT DOWN WAS ON VACATION AND FELL HIKING HX OF CONDITION, ANY PREVIOUS TIME OOW FOR SAME CONDITION N/A COMORBIDS: ANXIETY AND DEPRESSING, HIGH CHOLESTEROL TAKING MEDS FOR ALL PAST/UPCOMING OV/TESTING HAND SC ON 12/7/2018, NOV SHOULDER SX 12/19 DR. TREVOR WILKES. WHAT DO YOU DO THROUGHOUT THE DAY ERTW PLAN HAVE NOT DISCUSSED RTW PLANS AT THIS

POINT. MAY BE ADDRESSED AS OF THE OV ON 12/19/2018. POSSIBLY THE END OF DECEMBER CURRENT TREATMENT PLAN /MEDICATIONS GOING TO PT FOR SHOULDER, FINISHED PT ON HIS HAND ABOUT 2 WEEKS AGO BUT MAY NEED MORE. ALL TREATING PROVIDERS TREVOR WILKES SHOULDER SX, DR. STEPHEN UMANSKY FOR HAND. EXPLAINED THE STD CLAIM CURRENTLY APPROVED THRU MAX BENEFIT DATE OF 1/16/2019. ADVISED I HAVE SENT OUT THE LTD FORMS THAT I NEED TO HAVE HIM COMPLETE AND RETURN TO ME ASAP. EXPLAINED THE DIFFERENCE BETWEEN OWN JOB IN STD AND OWN OCC WITHIN TOYOTA IN LTD. EXPLAINED CID, CHECK PROCESS AND NEED TO FILEFOR SSD IF APPROVED AND OOW FOR 12 MONTHS. PROVIDED MY CONTACT INFO AND ADVISED TO CONTACT ME WITH ANY UESTION OR CONCERNS. NF

**ote**

Claim/Event/Leave: 8560503
NoteSubject : Initial EE Interview
Other Subject : 2ND ATTEMPT
Text: 12/03/2018 - KELLEY, CHRISTINE CALLED FOR INITIAL INTERVIEW. LM FOR RTN CALL

**ote**

Claim/Event/Leave: 8560503
NoteSubject : Initial EE Interview
Other Subject :
Text: 11/29/2018 - KELLEY, CHRISTINE CALLED FOR INITIAL INTERVIEW. LM FOR RTN CALL

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : Med Records Rcvd
Other Subject : COMMONWEALTH HAND TH
Text: 11/28/2018 - TORRES, NICK 07/31/18 THRU 08/23/18

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : LTR to EE
Other Subject : ACK W FORMS
Text: 11/28/2018 - KELLEY, CHRISTINE ACK LETTER WITH LTD FORMS SENT TO TM N&P DUE 1/11/2019

**C ote**

Claim/Event/Leave: 8560503
NoteSubject : Action Plan
Other Subject : LTD PENDING
Text: 11/28/2018 - KELLEY, CHRISTINE 49 YOM-PRODUCTION GROUP LEADER AT TEMA. JD RE UESTED. EDOP: 1/1/15 DOH: 5/8/89 TM IS ELIGIBLE FOR LTD 1B PER ELIG FEED- NO BU. 100% ER CONTRIBUTORY 6 MONTHS OF CONT. ACTIVE EMPLOYMENT-EDOC: 3/26/12. BENEFIT IS E UAL TO 60% OF BME. BME: $4,950.40 TO BE VERIFIED BY PS. LDW: 7/13/16 (PER TM DURING STD II) DOD: 7/19/16 TM BROKE HAND WHILE HIKING. LTD EP IS THE GREATER OF: THE END OF THE STD BENEFITS OR 180 DAYS LTD BBD: 1/17/2019. PRE-X IS 3/12 AND INVESTIGATION IS NOT WARRANTED AS DOD DID NOT OCCUR WITHIN 12 MONTHS FROM EDOC. TRANSFER PROVISION: BENEFIT PERCENTAGES UNDER CURRENT POLICY ARE THE SAME AS PRIOR POLICY, AS SUCH TRANSFER PROVISION DOES NOT APPLY TM WENT OOW DUE TO A LEFT WRIST FXTHEN FOUND TORN ROTATOR CUFF RE UIRING ARTHROSCOPIC REPAIR ON 9/17/2018. DX: LEFT WRIST FRACTURE (S52.5), LEFT WRIST SURGERY ON 7/26/18. LEFT SHOULDER FULL THICKNESS SUPRASPINATUS TEAR (M75.1) AND SEVERE BICIPITAL TENOSYNOVITIS. ARTHROSCOPIC REPAIR 9/17/2018. AP: DR. UMANSKY (HAND SURGEON), DR. WILKES (DID SHOULDER SX) MR ON FILE: FRENCH HOSPITAL/MEDICAL CTR 7/19/208 7/23/2018, DR. UMANSKY OV 8/8/2018, COMMONWEALTH HAND THERAPY 7/31/18-8/14/18, OOW NOTES STD BENEFITS ARE APPROVED THROUGH 12/9/2018. STD MAX 1/16/2018. TM WAS TO START PT FOR BOTH THE WRIST AND THE SHOULDER ON 10/23/2018. PER NCM REVIEW ON 10/24/2018, R&L S OF LESS THAN SEDENTARY ARE REASONABLE AND SUPPORTED DUE TO ROTATOR CUFF REPAIR, WRIST FRACTURE, TO ALLOW TIME FOR HEALING OF THE SHOULDER AND THERAPY WHICH STARTED ON 10/23/18. STRENGTHENING ACTIVITY DOES NOT START UNTIL APPROXIMATELY 12 WEEKS POST OP. 12 WEEKS IS 1/14/2019. THEREFORE, REASONABLE TO EXTEND THRU STD MAX BENEFIT DATE OF 1/16/2019NEXT STEPS: SEND ACK LETTER WITH LTD FORMS/N&P, INTERVIEW, OBTAIN UPDATED MEDICAL INCLUDING PT NOTES, UPON RECEIPT OF MR, REFER FOR MEDICAL REVIEW TO DETERMINE LTD ELIG FOR 1/17/19.

**ote Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim
**Claim ve t eave m er** 6048215 **ommo atio m er**
**ote t pe**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : eSignature
Other Subject : Document Signed

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Extended Benefits
Other Subject : STD MAX AND CLOSE
Text: 11/28/2018 - KELLEY, CHRISTINE PER NCM REVIEW ON 10/24/2018, R&L S OF LESS THAN SEDENTARY ARE REASONABLE AND SUPPORTED DUE TO ROTATOR CUFF REPAIR, WRIST FRACTURE, TO ALLOW TIME FOR HEALING OF THE SHOULDER AND THERAPY WHICH STARTED ON 10/23/18. STRENGTHENING ACTIVITY DOES NOT START UNTIL APPROXIMATELY 12 WEEKS POST OP. 12 WEEKS IS 1/14/2019. THEREFORE, REASONABLE TO EXTEND THRU STD MAX BENEFIT DATE OF 1/16/2019 AND CLOSE CLAIM FOR MAX DURATION/TO LTD

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Escalation
Other Subject : REVIEW
Text: 11/28/2018 - PACHECO, KATIE AGREE WITH ESCALATION TO LTD

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Escalation
Other Subject : TOO SEVERE
Text: 11/28/2018 - TORRES, NICK 50 YOM, LDW 07/13/2018 DOD 07/19/2018 MBD 01/16/2019, DX LEFT L WRIST FRACTURE, TM AWARE OF ESCALATION,. JD R ST D, AUTH FORM RE UESTED, MOST CURRENT MEDICAL ON FILE. EE CONDITION IS NOT IMPROVING TM CONTINUING TO NEED TREATMENT UNTIL UNK DATE. DCM TO ESCALATE TO LTD

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : eSignature
Other Subject : Document Re uested

**ote**
Claim/Event/Leave: 6048215
NoteSubject : Called EE
Other Subject : VM
Text: 11/28/2018 - TORRES, NICK LEFT VM RECEIVED MR, TM GOING TO CONT TO TREAT, DCM WILL BE ESCALATING TO LTD

**ote**
Claim/Leave: 6048215
Episode : 1
Nurse Name: MILLAY, JULIA
Service : 16670164
Service Date: 10/25/2018
Activity: PHONE CONTACT, CLAIMS
Contact Information: CLAIMS, NICK, TORRES
Note Type: INFORMATION OBTAINED DESC
Text: NCM RECEIVED CONFIRMATION FROM THE DCM THAT NO FURTHER NCM ACTION IS NEEDED, FILE REMOVED FROM NCM ASSIGNMENT.

**ote**
Claim/Event/Leave: 6048215
NoteSubject : Called EE
Other Subject : VM
Text: 10/24/2018 - TORRES, NICK APPROVE THRU 12/09/18 LEFT VM

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Action Plan
Other Subject : EXTEND
Text: 10/24/2018 - TORRES, NICK PER LMPCP OKAY TO EXTEND THRU 12/09/18 AND DCM TO FU ON RTW STATUS OR ESCALAATE

**ote**
Claim/Leave: 6048215
Episode : 1
Nurse Name: MILLAY, JULIA
Service : 16669392
Service Date: 10/24/2018
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, NICK, TORRES
Note Type: INFORMATION OBTAINED DESC
Text: THE CLMT PRESENTED WITH A LEFT WRIST FRACTURE (S52.5), THE CLMT UNDERWENT LEFT WRIST SURGERY ON 7/26/18 (NO OPERATIVE NOTE IN MEDICAL) PERFORMED BY DR. UMANSKY (HAND SURGEON). OCCUPATIONAL THERAPY INITIAL EVAL IS DATED 7/31/18 THE MOST RECENT THERAPY NOTEIS DATED 8/16/18. RECORDS REPORT LEFT SHOULDER FULL THICKNESS SUPRASPINATUS TEAR (M75.1) AND SEVERE BICIPITAL TENOSYNOVITIS (INFLAMMATION OF THE TENDON SHEATH WHERE MUSCLE CONNECTS TO BONE). THE CLMT UNDERWENT A LEFT SHOULDER ROTATOR CUFF REPAIR ON 9/17/18 PERFORMED BY DR. TREVOR WILKES. THE CLMT REPORTS THAT HE STARTED PHYSICAL THERAPY FOR THE SHOULDER AND THE WRIST ON 10/23/18. BASED ON MEDICAL EVIDENCE R&L S OF LESS THAN SEDENTARY ARE REASONABLE AND SUPPORTED THROUGH APPROXIMATELY 12/9/18 DUE TO ROTATOR CUFF REPAIR, WRIST FRACTURE, TO ALLOW TIME FOR HEALING OF THE SHOULDER AND THERAPY WHICH STARTED ON 10/23/18. STRENGTHENING ACTIVITY DOES NOT START UNTIL APPROXIMATELY 12 WEEKS POST OP. IF THERE IS NO RETURN TO WORK AT THAT TIME THE DCM SHOULD OBTAIN MEDICAL RECORDS FROM DR. WILKES, DR. UMANSKY, IMAGING RESULTS, THERAPY RECORDS, ONGOING TREATMENT PLAN, R&L S AND ERTW DATE. DCM NOTIFIED.

**ote**
Claim/Event/Leave: 6048215
NoteSubject : EE Called
Other Subject : STATUS
Text: 10/23/2018 - TORRES, NICK EXPLAINED CLAIM HAS BEEN SENT FOR REVIEW TM STARTED PT TODAY 10/23/18 FOR SHOULDER AND WRIST NOV 11/27/18 WITH DR. WILKES 12/07/418 WITH DR. NOMANSKY. (FROM SAME OFFICE) . THANKED. NF .

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Ref to Managed Care
Other Subject : TOO MDS
Text: 10/22/2018 - TORRES, NICK PLEASE REVIEW MEDICAL PROVIDED TO DETERMINE IF SX/DXS ARE OF SEVERITY TO WARRANT ONGOING R/LS BEYOND 10/23/18, IF SO, PLEASE PROVIDE AN APPROPRIATE DURATION. PLEASE CONTACT APS IF NEEDED FOR ANY CLARIFICATION.

**ote**
Claim/Event/Leave: 6048215
NoteSubject : EE Called
Other Subject : CSU
Text: 10/18/2018 - ROTHERY, BRITTANY EE CALLED TO CHECK STATUS CSR ADV APPRVD THRU 10/23. EE ACK & CX PPWK HE EMAILED WAS RCVD. CSR CX YES, ADCM TO RVW. EE ACK & PROVIDED UPDATE GOING TO START PHYSICAL THERAPY ON 10/23/18 AND WILL HAVE FOLLOW UP WITH DRAROUND DECEMBER, UNSURE OF SPECIFIC DATE. CSR ADV WILL NOTIFY ADCM. EE ACK & HAD NF THNKD & ENDED CALL. EMAILED ADCM

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : LTR to AP
Other Subject : LEXINGTON CLINIC
Text: 10/16/2018 - TORRES, NICK SNET MR RE UEST

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Action Plan
Other Subject : EXTEND
Text: 10/16/2018 - TORRES, NICK CLAIM CURRENTLY APPROVED THRU 10/16/18 PER MDG GUIDELINES , OPTIMUM DAYS FOR A TORN ROTATOR CUFF ON A MEDIUM JOB TYPE IS 42 DAYS, DCM FINDS IT REASONABLE TO EXTEND THRU 10/23/18 AND DCM TO RE UEST MR FOR ADD L EXTENSION.

**ote**
Claim/Event/Leave: 6048215
NoteSubject : EE Called
Other Subject : ACD CALL
Text: 10/16/2018 - DIEHL, CHASITY EE CALLED TO ADVISE HE HAS NOT BEEN RELEASED TO RTW, HAS NOV 10/17 WITH SURGEON AND WILL BE STARTING PT. DCM ACK AND ADVISED WILL FORWARD INFO TO ADCM. THANKED. CC

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Other
Other Subject : VENDOR PAYMNEN
Text: 09/25/2018 - MUELLER, JAC UELINE INVOICE RECEIVED ON 09/17/2018 AND DATED 08/10/2018 FROM MEDICOPY INV 12437101 IN THE AMOUNT OF $41.56 FOR MEDICAL RECORDS FROM LEXINGTON CLINIC INVOICE PAID IN FULL.

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Med Records Rcvd
Other Subject : WILKES
Text: 09/24/2018 - TORRES, NICK 09/17/18 ORTHOPEDIC SHOULDER POST OP HOME INSTRUCTIONS

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : FMLA
Other Subject : RE UEST END DATE CHG
Text: THE RE UESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Action Plan
Other Subject : EXTEND
Text: 09/18/2018 - TORRES, NICK CLAIM CURRENTLY APPROVED THRU 09/24/18, TM HAD SX TO REPAIR TORN ROTATOR CUFF ON 09/17/18 PER MDG ALLOWING AN OPTIUMUM OF 42 DAYS FOR MEDIUM JOB TYPE, DCM FINDS IT REASONABLE TO EXTEND CLAIM THRU 10/16/18

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Other
Other Subject : PR DURATION
Text: 09/07/2018 - WHETSTONE, KIEL REVIEWED CLAIM FOR DURATION. AGREE WITH CURRENT DURATION.

**ote**
Claim/Event/Leave: 6048215
NoteSubject : EE Called
Other Subject : STATUS
Text: 09/05/2018 - TORRES, NICK TM WANTED TO KNOW STATUS OF CLAIM HE HAS SX ON 09/17/18 FOR TORN ROTATOR CUFF. EXPLAINED CLAIM APPROVED THRU 09/24/18, DCM TO CF SX THEN EXTEND FROM THERE. NF

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Action Plan
Other Subject : EXTEND
Text: 09/04/2018 - TORRES, NICK CLAIMC URRENTLY APPROVED THRU 09/09/18, DCM FINDS IT REASONABLE TO EXTEND THRU 09/24/18 AND DCM TO FU TO CX PROCEUDURE 09/17/18

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : FMLA
Other Subject : RE UEST END DATE CHG
Text: THE RE UESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Med Records Rcvd
Other Subject : LEXINGTON CLINIC
Text: 09/04/2018 - TORRES, NICK PROCEDURE FOR LEFT ARTHROSCOPIC ROTATOR CUFF WILL TAKE PLACE ON 09/17/18

**ote**

ote
Claim/Event/Leave: 6048215
NoteSubject : Called EE
Other Subject : STATUS
Text: 08/15/2018 - TORRES, NICK EXPLAINED TO TM THAT CLAIM HAS EXTENDED THRU 09/09/18, TM UNDERSTOOD. THANKED. NF .

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : FMLA
Other Subject : RE UEST END DATE CHG
Text: THE RE UESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Action Plan
Other Subject : EXTEND
Text: 08/15/2018 - TORRES, NICK CLAIM CURRENTLY APPOVED THRU 08/12/18 - MRI SHOWED THAT TM HAS A TORN ROTATOR CUFF MAY POSSIBLY HAVE SX DCM FINDS IT REASONABLE TO EXTEND CLAIM THRU 09/09/18 DCM TO FU FOR RTW STATUS

**ote**
Claim/Event/Leave: 6048215
NoteSubject : Called EE
Other Subject : 8/14/18
Text: 08/14/2018 - GARCIA, EVANGELINA PC TO TM TO CONFIRM RTW DATE. TM SAID THAT HE FAXED AND EMAILED OVER MEDICAL AND LEFT DCM A VOICE MAIL MESSAGE LETTING DCM KNOW THAT HE HAS NOT RTW AND LOV WITH DR WAS 8/8/18 AND ORDERED AN MRI WHICH HE HAD DONE ON 8/9/18 AND WAS TOLD MRI SHOWS THAT HE HAS A LEFT ROTATOR CUFF TEAR AND HAS AN APPOINTMENT WITH DR ON 8/16/18. TM SAID THAT IS GOING TO PHYSICAL THERAPY 3X A WEEK AND HAS A F/UP VISIT ON 9/5/18 TO FIND OUT MORE ON ERTW DATE. ASKED TM IF HE WANTS TEXT NOTIFICATIONS SENT TO HIM. TM SAID YES. LET TM KNOW THAT I WILL GIVE THIS INFORMATION TO HIS DCM AND ONCE DCM MAKES A DETERMINATION ON EXTENDING CLAIM TM WILL REC A TEXT OR IF DCM HAS ADDITIONAL UESTIONS DCM WILL CALL HIM BACK. TM THANKED ME. CALL CONCLUDED.

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Med Records Rcvd
Other Subject : CABINET FOR HEALTH
Text: 08/14/2018 - TORRES, NICK PRESCRIPTION LIST

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : FMLA
Other Subject : RE UEST END DATE CHG
Text: THE RE UESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Action Plan
Other Subject : EXTEND
Text: 07/30/2018 - TORRES, NICK CLAIM CURRENTLY APPROVED THRU 07/30/18, TM RECENTY HAD SX ON HAND, NOV 08/08/18, TM RESTRICTED FOR AT LEAST TWO WEEKS , DCM WILL EXTEND THRU 08/12/18, DCM TO FU ON RTW STATUS

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : eSignature
Other Subject : Document Expired

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : eSignature
Other Subject : Document Will Expire

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : eSignature
Other Subject : Document Not Signed Day 5

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : eSignature
Other Subject : Document Signed

**ote**
Claim/Event/Leave: 6048215
NoteSubject : EE Called
Other Subject : STATUS
Text: 07/25/2018 - TORRES, NICK TM WILL HAVE SX ON 07/26/18 SURGEON DR. UMANSKY P 859-258-8566 TM WILL FAX IN DISCHARGE PW, RECOVERY ABOUT 8 WEEKS THANKED. NF

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : eSignature
Other Subject : Document Re uested

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Action Plan
Other Subject : APPROVED
Text: 07/24/2018 - TORRES, NICK 27 YOM TM, MEDIUM JOB TEAM MEMBER IN ASSESMBLY CONSIST OF PICKING, BENDING, LIFTING, LOT OF WALKING. LDW 07/13/2018, DOD 07/19/18. AP CF DX OF RADIAL FRACTURE WHICH OCCURRED ON 07/19/18. EP IS 0 DAYS FOR INJURY, THUS BBD 07/19/2018. TM IS CLASS 2 WHO SHOULD RECEIVE 65%. PAY $ 2284.80. EE DOH AND EDOC IS 05/08/1989, AS EWP IS 0 DAYS. DATE OF PLAN IS 1/1/15. BASED ON MR CF TM IS SUFFERING FROM A RADIAL FRACTURE, DCM FIND IT APPROPRIATE TO APPROVE FROM DOD 07/19/2018THRU 7/30/18 AND DCM F/UP TO CF SX ON 07/26/18

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : FMLA
Other Subject : RE UEST END DATE CHG
Text: THE RE UESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Med Records Rcvd
Other Subject : FRENCH HOSPTAIL MED
Text: 07/24/2018 - TORRES, NICK 07/19/18 THRU 07/23/18 SX SVCHEDULED FOR 07/26/18

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Action Plan
Other Subject : EXTEND
Text: 07/23/2018 - TORRES, NICK PLACED ON N&P MISSING MEDICAL

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : Notice/Proof Review
Other Subject :
Text: 07/23/2018 - TORRES, NICK SENT EE LTR, RE UESTED MR FROM AP FROM DOD TO PRESENT DUE 08/6/18

**C ote**
Claim/Event/Leave: 6048215
NoteSubject : eSignature
Other Subject : Document Re uested

**ote**
Claim/Event/Leave: 6048215
NoteSubject : Called AP
Other Subject : ZIEGLER
Text: 07/23/2018 - TORRES, NICK KAY: XFRED TO MR - ONLY ACCEPTED BY MAIL WITH AUTH FORM

**ote**
Claim/Event/Leave: 6048215
NoteSubject : Initial EE Interview

Other Subject : ACD
Text: 07/23/2018 - HAWKINS, REBECCA EE CALLED AND CFCF SCHEDULED FOR LEFT HAND SX 7/26/18 TO PUT IN A PLATE DUE TO MULTIPLE FX , CF PCP DR. ZIEGLER AND SXN IS DR. STEVEN UMANSKY 859-258-8566, LDW 7/13/18, WAS ON HOLIDAY PAY 7/14/18 - 7/20/18 BUT INJURY HAPPENED 7/19/18 - FELL WHILE HIKING (NO THIRD PARTY INVOLVED). EE CF UNSURE OF ERTW. DCM WILL NOTIFY ADCM OF INFO AND MOST LIKELY ADCM WILL NEED TO TOUCH BASED WITH AP TO GATHER MORE DETAILS ON DX. EE ACK NF S CC

**ote**

Claim/Event/Leave: 6048215
NoteSubject : Called AP
Other Subject : ZIEGLER
Text: 07/23/2018 - TORRES, NICK LEFT DCM CONTACT INFO OBTAINED F ON AUTO SERVICE 859-258-6438

**ote**

Claim/Event/Leave: 6048215
NoteSubject : Called EE
Other Subject : VM
Text: 07/23/2018 - TORRES, NICK P 1 IS A WORK LINE , TM NOT IN. P 2 LEFT VM WITH ADCM CONTACT INFO

**C ote**

Claim/Event/Leave: 6048215
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 07/14/2018 AND THE LEAVE END DATE IS 07/29/2018.

**ote**

Claim/Event/Leave: 6048215
NoteSubject : Prior Claim
Other Subject :
Text: 07/23/2018 - WOODS, NIKOLE PLS INVESTIGATE

**C ote**

Claim/Event/Leave: 6048215
NoteSubject : Telephonic Intake
Other Subject : REPORTED CLAIM NOTE
Text: JA.SHEMON ERTW UNK

**C ote**

Claim/Event/Leave: 6048215
NoteSubject : Telephonic Intake
Other Subject : MEDICAL CONDITION
Text: L WRIST FRACTURE

| | |
|---|---|
| **From:** | Jeff Williamson |
| **To:** | DisabilityDocuments; |
| **Subject:** | RE: James D.Zoll Claim #6048215, 7/26/18 Hand Surgery |
| **Date:** | Sunday, July 29, 2018 7:33:23 PM |

Nick Torres



**ZOLL, JAMES D (id #21795182, dob: [redacted]**

ORTHO WORK STATUS

Work Comp Ins Carrier:
Case Manager:
Case #:
Telephone:
Fax:
Address:

☐ REGULAR DUTY

☒ UNABLE TO RETURN
☒ For 3 days then modified duty
☐ For 1 week
☐ Until follow up appointment

☒ MODIFIED DUTY AS DESCRIBED BELOW:
☐ No driving commercial vehicles
☐ No prolonged standing and walking
☐ No climbing
☐ No prolonged sitting
☐ No work near moving machinery
☐ Physical/Occupational Therapy
☒ Limited use of the ☒ LEFT ☐ RIGHT ☒ ARM ☐ LEG
☒ Keep stitches clean and dry
☒ Can only work in splint
☒ No repetitive gripping
☐ Sit down work only
☐ No overhead work with arm
☒ No pushing, pulling, lifting, gripping 5 lbs
☐ No shoulder movement at above shoulder height

☒ OTHER: If modified duty is not available, patient is to remain out of work until follow up appointment

MMI: ☐ Yes ☐ No Projected MMI Date:

F/U Appointment: ____ days 2 weeks ____ Months ☐ PRN Other:

Stephen C Umansky

Electronically Signed by: STEPHEN C UMANSKY, MD

ZOLL, JAMES D (id #21795182, dob: [redacted]

**Stephen C Umansky, MD**
Diplomate American Board of Orthopaedic Surgeons
Certificate of Added Qualifications in Surgery of the Hand
Member American Society for Surgery of the Hand

**Brandon Devers, MD**
Diplomate American Board of Orthopaedic Surgeons
Fellowship Accredited Orthopaedic Hand Surgeon
Candidate Member American Society for Surgery of the Hand

**Michelle L. Derbin, PA-C**
Hand Surgery

## HAND SURGERY POSTOPERATIVE INSTRUCTIONS

You may have a large dressing that is intended to reduce motion and prevent swelling. ***Unless otherwise instructed, leave this dressing on until your follow-up appointment.*** Please elevate your hand and arm (higher than your heart) for the next 24-72 hours, in order to reduce pain and swelling. If your hand throbs when you bring it down, you need to elevate it longer. If your fingers are free, you are encouraged to move them as much as possible, make a full fist and then open the fingers fully. Limit lifting to no more than five pounds on the side of your surgery.

If you have had brachial plexus block block, please wear the sling you will be given **only until the block wears off.** Continuing to wear the sling may cause significant stiffness and swelling in the hands and fingers

You may experience some temporary numbness in your fingers and slight drainage on the dressing. This is not unusual. **The sutures (stitches) should be removed at your follow-up appointment; occasionally we may leave them in longer.** Until that time you must **keep the dressings dry.** If you have been instructed to change your dressings, it is ok to get your wound wet with soap and water in the shower, but no soaking the wound in the bath, pool, etc. Following showering pat wound dry and cover with a clean dressing

☒ Please call (859) 447-8600 to schedule a therapy appointment for 3-5 days after your surgery. → Tuesday at 11:30

☐ No therapy appointment is necessary.

Your follow-up visit is on 08/08/2018 at 2:30P with Michelle Derbin PA-C at 700 Bob-O-Link . If one was not made, please call the office, 859-258-8566, during regular business hours.

**ADDITIONAL INSTRUCTIONS:** Please do the following **IF CHECKED:**

☒ Leave dressings / splint in place until follow-up or you are seen in therapy. Call if they get wet, or if you have any other concerns.

☐ You may change your dressing to a light gauze dressing in 3 days; no Band-Aid or Telfa - the gauze allows it to "breathe" and is more absorbent. You can get your wound wet with soap and water while showering, but no soaking, baths or pools, etc. Do not put ointment or peroxide on it. Let air get to it to help it heal.

If you have concerns, please do not hesitate to call. Some things to watch for include excessive bleeding or draining from the wound, fever greater than 101°, excessive pain, change in temperature (hot or cold), change in color (pale or very red), or persistent numbness for more than 24 hours in the operative hand. An on-call provider can be reached 24 hours a day at (859) 258-8566 or (859) 258-4000.

Responsible party signature X

Reviewed by S Snedeker

Nick Torres,
See attached photos of documentation from James' surgery on 7/26/18.

Sent from Yahoo Mail for iPhone

**From:** Jeff Williamson
**To:** DisabilityDocuments; Zolltar
**Subject:** Re: James D.Zoll Claim #6048215, 7/26/18 Hand Surgery
**Date:** Tuesday, August 14, 2018 10:12:17 PM

---

Nick Torres..... See further info



Attn: Nick Torres
From: James D. Zoll
RE: Disability Claim #6048215
FAX: 603-334-7094
PAGE: 1 of [illegible]

F/u with hand surgeon
Dr. UMansky on 9/5/18

MRI scan on Shoulder
Dagnosis: Full thickness rotator cuff tear - left
See Dr Trevor Wilkes
8/21/18

...PORTS MEDICINE

...8239

| Appointment | Dept./Address | Phone |
|---|---|---|
| RECHECK STEPHEN C UMANSKY, MD | LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE 700 BOB-O-LINK DR LEXINGTON, KY 40504-3758 | (859) 258-4000 |

8/13/2018

WebPT : Upcoming Appointments

Commonwealth Hand Therapy
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

COMMONWEALTH HAND THERAPY

## Upcoming appointments for Zoll, James D.

| Date | Case | Time | Therapist | Reminder |
|---|---|---|---|---|
| Tuesday, August 14th, 2018 | L ORIF Distal Radius Fx | 01:30 pm | KMM | Sent |
| Thursday, August 16th, 2018 | L ORIF Distal Radius Fx | 01:30 pm | KMM | Scheduled |
| Monday, August 20th, 2018 | L ORIF Distal Radius Fx | 01:00 pm | KMM | Scheduled |
| Tuesday, August 21st, 2018 | L ORIF Distal Radius Fx | 01:00 pm | KMM | Scheduled |
| Thursday, August 23rd, 2018 | L ORIF Distal Radius Fx | 01:00 pm | KMM | Scheduled |



Commonwealth Hand Therapy
330 Waller Ave Ste 275

# KY - Lexington Clinic

LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756.
Phone: (859) 258-4000 Fax:(859) 258-8239

JAMES ZOLL
DOB:
Patient ID: 21795182

Upcoming Appointments

| Date | Time | Appointment | Dept./Address | Phone |
|---|---|---|---|---|
| 09/05/2018 | 01:40 PM | RECHECK STEPHEN C UMANSKY, MD | LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE 700 BOB-O-LINK DR LEXINGTON, KY 40504-3756. | (859) 258-4000 |



ZOLL, JAMES D (id #21795182, dob: 12/22/1968)

# Referral Order

08/10/2018

| To Provider | From Provider |
| --- | --- |
| TREVOR WILKES MD<br><br>700 BOB-O-LINK DR<br>LEXINGTON, KY 40504<br>Phone:<br>Phone: (859) 258-4000<br>Fax:<br>Fax: (859) 258-8239 | JOHN P ZIEGLER, MD<br>Provider NPI:1912959248<br>FAMILY MEDICINE ANDOVER<br>3099 HELMSDALE PLACE<br>LEXINGTON, KY 40509-2213<br>Phone: (859) 258-6401<br>Fax: (859) 258-6438 |

## Referral Order Information

| | |
| --- | --- |
| Diagnosis | Full thickness rotator cuff tear - Left<br>ICD-10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic |
| Order Name | Orders included: 1<br><br>Full thickness rotator cuff tear - Left<br>ICD-10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic<br>• ORTHOPEDIC SURGERY REFERRAL<br>Schedule Within: provider's discretion<br><br>Urgency: 2 weeks<br>Reason for Referral: rot cuff tear--Dr Wilkes<br>Appointment Date: 08/21/2018<br>Appointment Time: 9:30 |
| Notes | |

## Patient Information

| | |
| --- | --- |
| Patient Name | ZOLL, JAMES D |
| Patient SSN | [redacted] |
| Sex - DOB - Age | M [redacted] |
| Address | 91 [redacted] |
| Phone | H: [redacted]<br>W:<br>M: |
| Primary Insurance | BCBS-KY (PPO)<br>ID: TOAAN1314861<br>Group: 003320100TEAP064<br>Policy Holder: ZOLL, JAMES D<br><br>Eligibility: Member is eligible. (Verified 08/07/2018) |
| Secondary Insurance | None recorded. |

Electronically Signed by: JOHN P ZIEGLER, MD



Sent from Yahoo Mail for iPhone

On Thursday, August 9, 2018, 9:05 PM, Jeff Williamson <jeffwilliamson70@yahoo.com> wrote:

Nick Torres

ATTN Nick Torres

Disability Claim #

604 8215

Sent from Yahoo Mail for iPhone

On Sunday, July 29, 2018, 7:32 PM, Jeff Williamson <jeffwilliamson70@yahoo.com> wrote:

Nick Torres

Nick Torres,
See attached photos of documentation from James' surgery on 7/26/18.

Sent from Yahoo Mail for iPhone

**From:** Jeff Williamson
**To:** DisabilityDocuments; Zolltar
**Subject:** Re: James D.Zoll Claim #6048215, 7/26/18 Hand Surgery
**Date:** Thursday, August 09, 2018 9:07:06 PM

Nick Torres



NEW LEXINGTON CLINIC PSC • 700 BOB-O-LINK DR. LEXINGTON KY 40504 3736

**ZOLL, JAMES D (id #21795182, dob: [redacted]**

ORTHO WORK STATUS

Work Comp Ins Carrier:
Case Manager:
Case #:
Telephone:
Fax:
Address:

☐ REGULAR DUTY

☒ UNABLE TO RETURN
☐ *For 3 days then modified duty*
☐ *For 1 week*
☒ Until follow up appointment: Continuing PT No lifting over 5lbs with left Hand

☐ MODIFIED DUTY AS DESCRIBED BELOW:
☐ *No driving commercial vehicles*
☐ No prolonged standing and walking
☐ No climbing
☐ No prolonged sitting
☐ No work near moving machinery
☐ Physical/Occupational Therapy
☐ Limited use of the ☐ LEFT ☐ RIGHT ☐ ARM ☐ LEG
☐ Keep stitches clean and dry
☐ Can only work in splint
☐ No repetitive gripping
☐ Sit down work only
☐ No overhead work with arm
☐ No pushing, pulling, lifting, gripping 5 lbs
☐ No shoulder movement at above shoulder height

☐ *OTHER: If modified duty is not available, patient is to remain out of work until follow up appointr*

*MMI:* ☐ Yes ☐ No Projected MMI Date:

F/U Appointment: ____ days ____ weeks ____ Months ☐ PRN Other:

Michelle Derbin, PA-C

Electronically Signed by: MICHELLE L DERBIN, PA-C, PASUP

Commonwealth Hand Therapy

# KY - Lexington Clinic

LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756.
Phone: (859) 258-4000 Fax:(859) 258-8239

JAMES ZOLL
DOB:
Patient ID: 21795182

Upcoming Appointments

| Date | Time | Appointment | Dept./Address | Phone |
|---|---|---|---|---|
| 09/05/2018 | 01:40 PM | RECHECK STEPHEN C UMANSKY, MD | LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE 700 BOB-O-LINK DR LEXINGTON, KY 40504-3756. | (859) 258-400 |

Sent from Yahoo Mail for iPhone

On Sunday, July 29, 2018, 7:32 PM, Jeff Williamson <jeffwilliamson70@yahoo.com> wrote:

Nick Torres

Nick Torres,
See attached photos of documentation from James’ surgery on 7/26/18.

Sent from Yahoo Mail for iPhone

# ELECTRONIC MEDICAL RECORD

## ZOLL, JAMES D

07/25/2019 - 10/31/2019

ENCOMPASS MRN: 537631


** NOTICE **

The information contained in this transmission belonging to the sender is privileged and confidential and/or protected health information (PHI) and may be subject to protection under the law, including the Health Insurance Portability and Accountability Act of 1996, as amended (HIPAA). This information is intended for the use of the individual or entity to which it addressed to. The authorized recipient of this information is hereby notified that any use,dissemination, distribution, printing or copying of this document is strictly prohibited and may be subject to criminal or civil penalties.
The recipient of this information is required to destroy the information after its stated need has been fulfilled, unless otherwise required by law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken on the contents of the information contained in this transmission is strictly PROHIBITED. If you have received this document in error, please notify the sender immediately to arrange return of the information contained in this transmission.

Protect
Patient
Information

**1 - Admission**

**15 - Physician Orders**

**33 - Allergies**

**34 - Allergy History**

**35 - IView**

**107 - DOC - Therapy**
111 - PT Certification Letter-Text 7/25/2019 16:37 EDT
114 - OP PT Daily Documentation - Text 10/31/2019 09:41 EDT
120 - OP PT Daily Documentation - Text 10/29/2019 12:51 EDT
127 - OP PT Daily Documentation - Text 10/24/2019 14:22 EDT
134 - OP PT Daily Documentation - Text 10/21/2019 12:48 EDT
141 - OP PT Daily Documentation - Text 10/17/2019 12:47 EDT
146 - OP PT Daily Documentation - Text 10/15/2019 12:48 EDT
152 - OP PT Daily Documentation - Text 10/10/2019 13:34 EDT
158 - OP PT Daily Documentation - Text 10/7/2019 13:33 EDT
165 - OP PT Daily Documentation - Text 9/25/2019 12:45 EDT
173 - OP PT Daily Documentation - Text 9/23/2019 12:50 EDT
179 - OP PT Daily Documentation - Text 9/20/2019 14:19 EDT
183 - OP PT Daily Documentation - Text 9/18/2019 14:19 EDT
187 - OP PT Daily Documentation - Text 9/12/2019 13:30 EDT
191 - OP PT Daily Documentation - Text 9/9/2019 14:20 EDT
196 - OP PT Daily Documentation - Text 9/5/2019 14:16 EDT
201 - OP PT Daily Documentation - Text 9/3/2019 12:46 EDT
207 - OP PT Daily Documentation - Text 8/29/2019 12:55 EDT
214 - OP PT Daily Documentation - Text 8/26/2019 13:35 EDT
220 - OP PT Daily Documentation - Text 8/21/2019 14:17 EDT
225 - OP PT Daily Documentation - Text 8/19/2019 12:49 EDT
232 - OP PT Daily Documentation - Text 8/15/2019 13:37 EDT
238 - OP PT Daily Documentation - Text 8/12/2019 12:55 EDT
243 - OP PT Daily Documentation - Text 8/8/2019 13:45 EDT
247 - OP PT Daily Documentation - Text 8/6/2019 10:20 EDT
253 - OP PT Daily Documentation - Text 8/1/2019 09:38 EDT
259 - OP PT Daily Documentation - Text 7/29/2019 15:06 EDT
265 - OP PT Evaluation - Text 7/25/2019 12:46 EDT
273 - OP PT Progress Note/ DC Assessment- Text 11/4/2019 18:00 EST
277 - OP PT Progress Note/ DC Assessment- Text 10/24/2019 16:33 EDT
280 - OP PT Progress Note/ DC Assessment- Text 9/25/2019 21:02 EDT
283 - OP PT Progress Note/ DC Assessment- Text 8/29/2019 12:45 EDT
286 - OP PT Missed Treatments - Text 8/5/2019 14:31 EDT

**287 - Therapy Documentation**

**290 - Coding Summary**

**292 - Phone Messages**
293 - Phone Message/Call 9/25/2019 21:04 EDT

**295 - Miscellaneous**

# Encompass Electronic Medical Record Definitions

**The following terminology and definitions may be helpful when reviewing this medical record. Please contact your Encompass Health point of contact with any further questions.**

## *Notes Section*

- Authentication Information - includes Authenticated By and Authenticated date/time. The authentication status indicates whether the document has been signed by a person with signature privileges. A person who does not have signature privileges has submitted an unauthenticated document. A document becomes authenticated when a person with signature privileges signs the document.
- Performed Information - includes Performed By and Performed date/time
- Result Status- the status of the document (for example, Modified, Auth Verified)
- Review Information - includes Reviewed By and Reviewed date/time
- Signed Information - includes Signed By and Signed date/time. Clinical Documents permits users to “sign” documents even if they do not have full signature privileges.

## *Medication Administration Section*

- Administered Date and Time - The administered date and time (event end date/time)
- Charted Date and Time - The time the result was entered into the system
- Medication Name - The name of the order (parent order name)

## *Orders Section*

- Order Start/Date Time: The date and time the order is scheduled to start
- Order Date/Time: The actual date and time of the original order
  - Order Date/Time in bold reflects the date/time the SYSTEM initiated the admission rule. The “Entered By” Date/Time reflects the time the SYSTEM pushes out the future tasks.
- Order Status: Status of the order in the system (for example ordered, suspended)
  - The orders printed with “dispatched” indicated are lab orders. This is related to the lab interface meaning the order has been dispatched to the lab system. “Dispatched” is also indicated with the orders section of the electronic medical record.
- Department Status: Status of the order in the department (for example a laboratory culture with an order status of ordered will have a department status of In Process once the order is received and started within Laboratory)

- Catalog Type: Catalog type code (for example, Lab, Pharmacy, Radiology)
- Activity Type: Activity type code
- Ordering Physician: Name of the physician who placed this order
- Consulting Physician: Name of the physician who consulted on this order
- End-State Date/Time: Date and time that the order process was stopped or completed
- End-State Reason: Reason the order was discontinued, cancelled or void
- Order Details: Any detailed information associated with the order (the clinical display line information)
- Order Comment: Textual response of the order being placed
- Data Entry Personnel: Person who placed the order
- Action Type: The type of action taken on a specific order (for example, Modify, Review, Discontinue).
- Action Date/Time: Date and time that the action for the order was stopped or completed.
- Action Personnel: Name of the person performing the action.
- Responsible Provider: Name of the provider who initiated the action.
- Supervising Provider: The supervising provider is a physician that is responsible to over-see and cosign orders for nurse practitioner/mid level/resident physician. The supervising physician is required based on privilege set-up for the user entering orders.
- Communication Type: Method by which the order was placed (for example, written or verbal).
    - Discern Expert is an order communication type. This order communication type indicates a “rule” is tied to that order that triggers a task for a clinician. Admission rules include but are not exclusive to: Admission Adult History, Nursing Admission FIM, and IP OT Admission FIM. Orders generated from a rule are not always entered by a clinician. These orders may be entered by the SYSTEM to generate a task for a clinician, as a reminder to complete documentation.
- Order Details: Specific information about each order, commonly called the clinical display line (CDL).
- Review Information: Orders may require a review by the Nurse, Doctor, or Pharmacist.
- Order Comment: Textual response that was added based on the action for the order. If an order comment was removed in an action, the phrase Comments removed would be displayed. If the order comment was not modified since the previous action, no text would be displayed.
- Documented medications - Medications taken by patient at home (recorded or home medications)
- Inpatient - Medications ordered during Inpatient encounter (normal)
- Outpatient - Medications ordered during Outpatient encounter (satellite)
- Prescription - Medications ordered at time of discharge (prescription or discharge)
- Order Start/Date Time: The date and time the order was started
- Order Status: Status of the order in the system (for example ordered, suspended)

- Clinical Category: Grouping of orderables into categories of care (for example medications, continuous solution, etc.)
- Medication Order Type: Type of medication
- End-State Date/Time: Date and time that the order process was stopped or completed
- End-State Reason: Reason the order was discontinued, cancelled or void
- Ordering Physician: Name of the physician who placed this order
- Consulting Physician: Name of the physician who consulted on this order
- Order Details: Any detailed information associated with the order (the clinical display line information)
- Order Comment: Textual response of the order being placed
- Entered By: Person who placed the order
- Entered Date/Time: The date and time the person entered the order into the system.

### *Diagnoses & Problems Section*

The three Problem types are:

- Classification: Indicates the categorization of the problem such as Dietary, Medical, and Nursing
- Confirmation: Indicates the level of verification of the problem such as Confirmed, Possible and Probable
- Life Cycle Status: Indicates the current status of the problem Active, Canceled, and Resolved

*Admission*

*** Auth (Verified) ***

DEBORAH K. HAMILTON, MD
*FAMILY MEDICINE*
BAXTER NAPIER, MD
*FAMILY MEDICINE*

LEXINGTON CLINIC ANDOVER
3099 HELMSDALE PLACE
LEXINGTON, KY 40509
PHONE: (859) 258-6401

MAMATA MAJMUNDAR, MD
*FAMILY MEDICINE*
JOHN ZIEGLER, MD
*FAMILY MEDICINE*

Fax: (859) 258-6438

For Zoll, D. Dave Date 9/19/2014

℞ Address

| PRESCRIPTION | MG/CC | QUAN | REFILLS | |
|---|---|---|---|---|
| 1℞ P.T - Eval + treat | | | 0 | 1 |
| - Consider McKenzie | | | 2 | 3 |
| | | | 4 | 5 |
| 2℞ - teach HEP | | | 0 | 1 |
| Dx - (L) Lumbar pain - | | | 2 | 3 |
| | | | 4 | 5 |
| 3℞ recurrent flares | | | 0 | 1 |
| | | | 2 | 3 |
| | | | 4 | 5 |

Repetatur: 0 - 1 - 2 - 3 - 4 - 5 PRN

KY LIC No. [signature] MD

DEA #

Clinic # 04049204 (01/29/2014)

*** Auth (Verified) ***

Commonwealth Pain Associates PLLC • 101 Prosperous Place, LEXINGTON KY 40509-1836

ZOLL, JAMES (id #133754, dob:

# Referral Order

08/23/2019

| To Provider | From Provider |
|---|---|
| Phone:<br>Fax: | BRANDON GISH, MD<br>Lexington<br>101 Prosperous Place Suite 300<br>LEXINGTON, KY 40509-1836<br>Phone: (859) 275-5229<br>Fax: (859) 977-2683 |

## Referral Order Information

| | |
|---|---|
| Diagnosis | • Left rotator cuff syndrome<br>ICD-10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic |
| Order Name | Orders included: 1<br><br>Left rotator cuff syndrome<br>ICD-10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic<br>• PHYSICAL THERAPY REFERRAL<br>Schedule Within: provider's discretion<br><br>Evaluate & Treat: Cervical radiculopathy and left shoulder rotator cuff syndrome - dry needle therapy if indicated |
| Notes | |

## Patient Information

| | |
|---|---|
| Patient Name | ZOLL, JAMES |
| Sex - DOB - Age | M 50yo |
| Address | |
| Phone | H:<br>W:<br>M: |
| Primary Insurance | BCBS-KY (PPO)<br>ID: TOAAN1314861<br>Group: 003320100TEAP064<br>Policy Holder: ZOLL, JAMES D |
| Secondary Insurance | None recorded. |

Electronically Signed by: BRANDON GISH, MD

BRANDON GISH, MD

*** Auth (Verified) ***

CARDINAL HILL® REHABILITATION HOSPITAL

ZOLL, JAMES D
DOB (M) DR: GISH, BRANDON
AGE: OUT ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

# Outpatient therapy cancellation policy and smoking policy

## Cancellation policy

In order to maximize your progress, it is critical that you attend all scheduled sessions. Arriving late or missing appointments impair your ability to progress, disrupts staff schedules, limits other patient's ability to get an appointment and may affect your insurance coverage.

- If you must cancel an appointment, please call **859.246.8925** as soon as possible to reschedule.
- We will make every effort to reschedule the appointment to another day in the week.
- Not showing up (no show, no call to inform facility) for a total of 2 (two) appointments may result in discharge from therapy services.
- Once discharged from therapy services, you will need a new order for therapy from your physician.
- Failure to comply with therapy appointments may affect your insurance coverage. There are often time limits or expiration dates with insurance coverage.

## Responsibility for valuables / personal property

- We strongly recommend that you leave valuables at home. Cardinal Hill Rehabilitation Hospital is not responsible for any personal items which may be lost or stolen during your visit.

## Smoke and tobacco free campus

JZ Cardinal Hill Rehabilitation Hospital is dedicated to maintaining a smoke/tobacco free campus. Patients and visitors will not be permitted to smoke anywhere on our campus including the parking lot and private vehicles. Violation of the policy may cause a patient to be discharged from the outpatient program.

JZ I have been informed of the above policies.

James Zoll
Patient/Responsible Party Signature — Date 7/25/19

If a patient is unable to consent or is a minor, complete the following :
Patient ( is a minor ______ years of age) or (is unable to consent because ________________)

____________________
Signature of Parent/Legal Guardian or Closest Relative — Date ________

Jayde Blair
Signature of Admitting Representative or Witness — Date 7-25-19 12:45

©2019 Encompass Health Corporation Revised 11/8/17

*** Auth (Verified) ***

E N C O M P A S S   H E A L T H   O U T P A T I E N T   F A C E S H E E T

Patient#:0000168539 Med Rec#:000537631-552-001 Regis Date: 7/25/19 Time: 12:38
Locatn: HOSPITAL OUTPATIENT Pat Type: O Med Serv:ORO Subspc:ORT FC:BC
3rd Prty Med Rec#: Discharge Date:

P A T I E N T

Name: ZOLL, JAMES D — Suffix:
DOB: — Age:050
Gender: M — Martial Status: U
Address: — Race: UN
Address:
City/St:
Phone:

G U A R A N T O R — D O C T O R   I N F O R M A T I O N

Name: ZOLL, JAMES D — Suffix:
Address: — Referring:GISH, BRANDON
Address: — Admitting:GISH, BRANDON
City/St: — Attending:GISH, BRANDON
Phone: — PCP/Family
Relationship: 01PATIENT IS INSURED

E M E R G E N C Y   C O N T A C T S

Name:
Relationship:
Phone:
Work Phone:
Cell Phone:

E M P L O Y E R — DATES OF ONSET/INJURY

Name: — 05 7/15/18
Addr: — 11 7/15/18
Addr:
City,St:
Phone:
Occupation:

I N S U R A N C E

| | P R I M A R Y | S E C O N D A R Y | T E R T I A R Y |
|---|---|---|---|
| Ins. Name: | ANTHEM BLUE ACCESS/P | | |
| Address 1: | PO BOX 105187 | | |
| Address 2: | | | |
| City: | ATLANTA | | |
| St/Zip: | GA 30348 | | |
| Phone: | (800)676-2583 | | |
| Policy#: | TOAAN1314861 | | |
| Group#: | 003320100 | | |
| Auth#: | | | |
| HICN#: | | | |

Complaint: OTS-ORTHO-NECK AND SHOULDER
Discipline:PT

C O M M E N T S

Admission Clerk Initials : LMB

*** Auth (Verified) ***

CARDINAL HILL® REHABILITATION HOSPITAL

ZOLL, JAMES D
DOB (M) DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)
Patient identification

# Consent to treatment
# (Outpatient Department)

Patient name:________________________ M.R.#________

Welcome! This form is designed to make sure you have the information you need to make an informed decision about being treated at this hospital Outpatient Department.

Our admitting staff, case managers, and other administrators will be happy to help you get all the information you need in order to enable you to provide us with your informed consent to be treated at our hospital Outpatient Department.

1. **Consent to Medical Treatment.** As patient, agent of patient, or guarantor, I hereby consent to being treated at Cardinal Hill Rehabilitation Hospital (the "Hospital").

   I authorize employees of the Hospital to treat me while I am a patient. ("Employees"). Employees of the Hospital include therapists, nurses, and other clinicians who work under the clinical supervision of qualified and licensed clinicians.

   I authorize practitioners who hold a license, certificate, or other such legal credentials as required by a Licensure Entity to provide me healthcare services within the scope of his or her State license while I am a patient. ("Independent Practitioners") Independent Practitioners are not employed by the hospital and include, but are not limited to, physicians, nurse practitioners, physician assistants, psychologists, and podiatrists, in addition to clinical students, residents and fellows providing care under the appropriate clinical supervision.

   I authorize treatment that includes examinations, treatments, and/or diagnostic procedures under the direction of an Independent Practitioner as may be necessary for my medical care at the Hospital including, without limitation, specialized therapies, pain management, and other treatments and interventions under the general and specific instructions of an Independent Practitioner(s).

   I further consent to the presence of medical, nursing, and other healthcare practitioners who are not Employees or Independent Practitioners and who may not be directly involved in my medical treatment and care but who serve in educational or training functions. I acknowledge that I may be required to sign additional consent forms for certain specific medical treatments or procedures to ensure that I have received all the information I need to make an informed decision.

2. **Desire for Resuscitative Measures.** Services in an outpatient rehabilitation therapy setting are generally performed to enhance or improve the patient's quality of life. Therefore, it is the Hospital's policy that if you suffer a cardiac or respiratory arrest or other life-threatening situation while you are under our care, resuscitative measures will be initiated, 911 will be called, and you will be transported to an acute care hospital as appropriate in the clinical judgment of emergency responders.

©2018 Encompass Health Corporation
Revised 6/23/19

*** Auth (Verified) ***

ZOLL, JAMES D
DOB: (M) DR: GISH, BRANDON
AGE: 60Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

We respect your right to make decisions regarding your medical care. If you have an advance directive that you wish to be followed should a higher level of care be required, we request that you bring a copy of your advance directive with you to each visit. In the event that you must be transported to an acute care hospital, a copy of your advance directive will be provided to emergency responders to be taken with you.

JZ
Initials

**I acknowledge that, in the event of a cardiac or respiratory arrest or other life-threatening situation, resuscitative measures will be initiated, 911 will be called and I will be transported to an acute care hospital as appropriate in the clinical judgment of emergency responders.**

3. **No Guaranteed Outcome.** I understand that the practice of medicine and the delivery of healthcare services are not exact sciences, and I acknowledge that no guarantee has been made to me as to the effect, result, or outcome of any examination or treatment I may receive at the Hospital. I acknowledge that the Hospital is not responsible for any consequences of my failure to follow the instructions of any Employee or Independent Practitioner who provides me care and/or treatment while I am receiving treatment at the Hospital.

4. **Financial Agreement.** I understand that I am obligated to pay the Hospital's usual and customary charges for all services I received at the Hospital Outpatient Department. I understand that failure to pay these charges within 120 days of receipt of the bill may result in a referral to an agency or attorney for collection. If my account is referred to a collection agency or attorney, I agree to pay the reasonable attorney fees and collection expenses associated with these collection efforts. I understand that I may be asked to sign a separate financial agreement for all amounts not covered under an insurance policy, healthcare service plan, and/or managed care program or by any other third party payor. I also understand that it is my responsibility to pursue resolutions for benefit reductions or non-payment by insurers or third party payors.

JZ
Initials

**I acknowledge that, if I am a member of a healthcare service plan or covered under a managed care plan, it is my responsibility to provide the Hospital the name of the plan, my primary care physician's name and telephone number, confirmation of eligibility under the plan, and any other relevant information.**

5. **Assignment of Benefits.** I hereby irrevocably assign and transfer directly to the Hospital all rights provided by any insurer or third party payor for services I received during my stay at the Hospital Outpatient Department. I understand that I am responsible for providing the Hospital with information necessary to allow the Hospital to bill my insurance carrier or other provider of medical benefits. I understand I may be financially responsible for payment of any charges not paid by insurance or other third party, including if I have no insurance or coverage is denied or coverage is terminated during the course of my outpatient admission. I further understand the Hospital is not responsible for filing any claims or collecting any insurance benefits on my behalf. I also understand that the Hospital is not responsible for negotiating a settlement on a disputed claim, and that I may be responsible for the timely payment of my account(s) related to the services I received at the Hospital Outpatient Department. I certify that the information given by me in applying for, or assigning, payment to any third party payers, including Medicare or Medicaid, is correct. I agree to request payment from all third party payers, including authorized Medicare or Medicaid benefits, be paid to the Hospital Outpatient Department on my behalf for services I received at the Hospital Outpatient Department. I authorize the Hospital to release information about me if necessary to receive payment for services I received while at the Hospital Outpatient Department.

ZOLL, JAMES D
DOB (M) DR: GISH, BRANDON
AGE 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

6. **Consent to Testing.** I understand that the law may allow for testing in the event a healthcare worker is exposed to blood or bodily fluids to ensure that the healthcare worker has not been put at risk for a communicable disease for which he or she may need treatment. If a healthcare worker is exposed to a communicable disease, I consent to Hospital team members drawing my blood and running tests for communicable diseases. I understand that I will not be responsible for the cost of this testing and that I can choose whether or not I want to be informed of the test results.

7. **Patient Valuables.** We recommend that you leave valuables at home. The Hospital is not responsible for any personal valuables that may be lost, left behind, or stolen during your course of treatment.

8. **Consent to Photograph.** This consent authorizes the Hospital to photograph or otherwise take images of me and/or parts of my body for purposes of identification, diagnosis, treatment (including wound care), payment and healthcare operations of the Hospital. Any photographs or other images taken will become part of my medical record. The Hospital will not use such photographs or images for any other purpose without my specific written authorization.

9. **Patient Rights and Responsibilities.** As our patient, you have the right to safe, respectful and dignified care at all times. You will receive services and care that are medically suggested and within the Hospital's services, its stated mission, and required law and regulation. We ask that you recognize and respect the rights of other patients, families and staff. Threats, violence or harassment of other patients and Hospital Employees and staff will not be tolerated.

JZ
Initials

**I acknowledge that upon admission I was provided a written copy of the Patient's Rights and Responsibilities statement informing me of my rights and responsibilities while receiving services at the Hospital.**

10. **Disclosure of Health Information.** Agree or Restrict. HIPAA allows you to restrict the use and/or disclosure of health information to your current health plan if your medical services or products are paid for in full as "out of pocket" expenses.

JZ
Initials

**I hereby request a restriction as described above on the use and/or disclosure of my health information to my current health plan. I understand that this request requires payment for the medical services I received while in the Hospital in full as an out of pocket expense.**

**Name of Health Plan Restricted from Use/Disclosure:** ______

**Name of Subscriber:** ______

**Policy Number:** ______

*** Auth (Verified) ***

ZOLL, JAMES D
DOB: (M) DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)
Patient identification

**I hereby acknowledge that prior to my receiving treatment at the Hospital Outpatient Department, I have read and understand this Consent to Treatment. By my signature below, I accept all terms and conditions. If I am executing this document on behalf of this patient, I certify that I have the authority to execute this form on behalf of the patient.**

James Zoll
Patient signature

Personal representative/Family member signature

Personal representative/Family member (print)

7/25/19
Date

12:45
Time

Witness signature

Page 4 of 4

REORDER # EH-FM-550OP

CARDINAL HILL® REHABILITATION HOSPITAL

ZOLL, JAMES D
DOB: (M) DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

# Acknowledgement of receipt of Notice of Privacy Practices*

**You may refuse to sign this acknowledgement**

The Hospital will use and disclose your personal health information to treat you, to receive payment for the care we provide, and for the other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care.

We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies about your personal health information. The terms of the notice may change with time and we will always post the current notice at our hospitals and have copies for distribution.

I, ______________________________, have received a copy of this hospital's Notice of Privacy Practices.

James Zoll
Please print name

James Zoll
Signature

______________________________
Relationship to patient

7/25/19 12:45 p.m.
Date/Time

**For Office Use Only**

I attempted to obtain written acknowledgement of receipt of our Notice of Privacy Practices, but the acknowledgement could not be obtained because:

- ☐ Individual refused to sign
- ☐ Communications barriers prohibited obtaining the acknowledgement
- ☐ An emergency situation prevented us from obtaining acknowledgement
- ☐ Other (please specify) ______________________________

Kayde Blair
Signature

7-25-19 12:45
Date/Time

**THE PATIENT IS ENTITLED TO A COPY OF THIS ACKNOWLEDGEMENT**

Include completed acknowledgement in the patient's Medical Record

©2018 Encompass Health Corporation
Revised 11/18/15

REORDER # EH-FM-453pt2

CARDINAL HILL REHABILITATION HOSPITAL
ENCOMPASS HEALTH
Outpatient Information Record/History Assessment

ZOLL, JAMES D
DOB (M) DR: GISH, BRANDON
AGE: OUT ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

GENERAL INFORMATION

| Name: James (Jimmy) Zoll | To be completed by therapists on subsequent visits as change occurs. | |
|---|---|---|
| DOB:<br>Sex: Male ☑ Female ☐ Marital Status: ☑ Single ☐ Married ☐ Widowed<br>Daytime phone:<br>Home phone:<br>Address:<br>City: State: Zip:<br>Name of parent/guardian/caregiver: Self<br>Relationship: Phone:<br>Primary Care Physician: Dr. Ziegler<br>Phone: 859-258-6401 Fax:<br>Emergency Contact: Rebecca Young<br>Relationship: Daughter Phone: 859-230-2088 | | |
| Known Allergies: ☑ None ☐ Yes | | |
| Adverse Reactions to Medications: ☑ None ☐ Yes | | |

Is your condition due to: ☐ Auto Accident ☑ Fall ☐ Work Injury ☐ Other
What is the problem that brings you to therapy: A/C Joint Arthritis (Problem) and Slipped Disc C6-C7
Numbness in Left hand and weakness in left arm

Are there any cultural or religious beliefs that may impact your care? ☐ Yes ☑ No Please explain:
At the present time, would you say your health is (choose one of the following) ☐ Excellent ☐ Very good ☑ Fair ☐ Poor
Is there anything we need to know that is not covered on this form?

What are your goals for therapy: Feel better again and do activities with both hands

75-206 090408

2050 Versailles Road ■ Lexington, KY 40504 ■ (859) 254-5701 ■ www.cardinalhill.org

*** Auth (Verified) ***

| Current Problem | Yes | No | Comments | To be completed by therapist on subsequent visits as change occurs. Updates with therapists initials/date/time |
|---|---|---|---|---|
| Bowel/Bladder | | ✓ | | |
| Headaches | ✓ | | Migraines (Chronic) | |
| Blurry/double vision/dizziness | | ✓ | | |
| Shortness of breath | | ✓ | | |
| Smoking/alcohol/drugs | | ✓ | | |
| Sleeping/fatigue | | ✓ | | |
| Weight loss/gain | | ✓ | | |
| Nausea/vomiting | | ✓ | | |
| Skin/swelling | | ✓ | | |
| Chest pain | | ✓ | | |
| Falls/near falls | | ✓ | | |
| Other | | ✓ | | |

| Medical/Surgical History | Yes | No | Comments | To be completed by therapist on subsequent visits as change occurs. Updates with therapists initials/date/time |
|---|---|---|---|---|
| Respiratory/COPD/asthma/TB | | ✓ | | |
| High/low blood pressure | | ✓ | | |
| Heart disease/attack/pacemaker | | ✓ | | |
| Circulation/vascular | | ✓ | | |
| Arthritis/osteoporosis/joint replacement | ✓ | | Shoulder, Neck, Wrist, Hand | |
| Pregnancy | | ✓ | | |
| Diabetes Mellitus | | ✓ | | |
| Cancer | | ✓ | | |
| Kidney/urinary/intestinal trauma | | ✓ | | |
| Epilespy/seizures | | ✓ | | |
| Stomach/gastrointestinal | | ✓ | | |
| Neurological conditions/stroke | ✓ | | Tremors, | |
| Head or spinal cord injury | ✓ | | C3-C4, C6-C7, lumbar | |
| Psychiatric history/depression | ✓ | | Anxiety, Depression | |
| Other | | | | |

Surgeries/hospitalizations (include dates) Left wrist & radial fractures (Wrist Plate) July 2018, Two massive repairs in left shoulder Sept 2018

In the event of an emergency what hospital would you want to be transferred to? Central Baptist

ZOLL, JAMES D
DOB: (M) DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631 (ACT)

75-206 090408

2050 Versailles Road ■ Lexington, KY 40504 ■ (859) 254-5701 ■ www.cardinalhill.org

ZOLL, JAMES D
DOB: (M) DR: GISH, BRANDON
AGE: ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

| Current Medications | | |
|---|---|---|
| | | To be completed by therapists on subsequent visits as change occurs. |
| Prescription Drugs/Herbal Supplements/OTC Drugs | Dosage/Frequency | Updated Prescription Drugs/Herbal Supplements/OTC Drugs |
| Dicoflecanac | Twice | |
| Kloninpin 1mg | 1 to 2 daily | |
| Pristiq | 1 daily | |
| Tizidine | 1 bedtime | |
| Topamax | 3 bedtime | |
| Sumatriptan | When needed | |
| Amitriptyline | 1 bedtime | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

In order to reach your optimum rehabilitation, it is essential that you follow your physician's prescribed treatment and the treatment plan established by your therapist. If you must cancel an appointment, please notify us as soon as possible so that we can reschedule your missed appointment within the week. We appreciate notification of cancellations 24 hours prior to scheduled appointments; this allows us to utilize your appointment time for other patients. We are obligated to record all cancellations and no shows in your medical record. If you are covered by worker's compensation, we are obligated to report cancelled and no show appointments to your insurance carrier.

☐ Patient/Caregiver unable to complete form; information reviewed and completed by therapist. ____________ (initial)

Name of person completing form: James Zoll Date: 7/25/18

| Clinical Signatures/Title/Initials: | Date/Time: | Clinical Signatures/Title/Initials: | Date/Time: |
|---|---|---|---|
| [signature], PT | 7/25/19 13:40 | | |

75-206 090408

2050 Versailles Road ■ Lexington, KY 40504 ■ (859) 254-5701 ■ www.cardinalhill.org

*** Auth (Verified) ***

Commonwealth Pain Associates PLLC • 101 Prosperous Place, LEXINGTON KY 40509-1836

ZOLL, JAMES (id #133754, dob:

# Referral Order

07/16/2019

| To Provider | From Provider |
|---|---|
| Phone:<br>Fax: | BRANDON GISH, MD<br>Lexington<br>101 Prosperous Place Suite 300<br>LEXINGTON, KY 40509-1836<br>Phone: (859) 275-5229<br>Fax: (859) 977-2683 |

## Referral Order Information

| | |
|---|---|
| Diagnosis | Cervical radiculopathy<br>ICD-10: M54.12: Radiculopathy, cervical region |
| Order Name | Orders included: 1<br><br>Cervical radiculopathy<br>ICD-10: M54.12: Radiculopathy, cervical region<br>• PHYSICAL THERAPY REFERRAL<br>Schedule Within: provider's discretion<br><br>Evaluate & Treat: cervical radiculopathy, neck pain, and shoulder pain |
| Notes | |

## Patient Information

| | |
|---|---|
| Patient Name | ZOLL, JAMES |
| Sex - DOB - Age | M 50yo |
| Address | |
| Phone | H:<br>W:<br>M: |
| Primary Insurance | BCBS-KY (PPO)<br>ID: TOAAN1314861<br>Group: 003320100TEAP064<br>Policy Holder: ZOLL, JAMES D |
| Secondary Insurance | None recorded. |

Electronically Signed by: BRANDON GISH, MD

BRANDON GISH, MD

## *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 3/30/20 11:45:00 AM CDT, Stop date 3/30/20 11:45:00 AM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information: Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 3/25/20 11:45:00 AM CDT, Stop date 3/25/20 11:45:00 AM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information: Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 3/23/20 11:45:00 AM CDT, Stop date 3/23/20 11:45:00 AM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information: Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 3/18/20 11:45:00 AM CDT, Stop date 3/18/20 11:45:00 AM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information: Doctor Cosign: Not Required | | |

## *Physician Orders*

| | | |
|---|---|---|
| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 2/19/20 11:45:00 AM CST, Stop date 1/20/20 3:46:31 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Cancel | Action Date/Time: 1/20/2020 16:46 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| | | |
|---|---|---|
| Order: **PT Updated Certification Letter** | | |
| Order Date/Time: 11/20/2019 06:00 CST | | |
| Catalog Type: Patient Care | Activity Type: Communication Orders | |
| Ordering Physician: SYSTEM | | |
| Order Details: 11/20/19 6:00:47 AM CST, Stop date 11/20/19 6:00:47 AM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 11/20/2019 06:00 CST | Action Personnel: SYSTEM |
| Communication Type: Discern Expert | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 10/24/2019 15:16 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 10/31/19 8:30:00 AM CDT, Stop date 10/31/19 9:38:23 AM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 10/24/2019 15:16 EDT | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 10/31/2019 09:38 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 10/31/2019 10:38 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 10/24/2019 15:15 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 10/29/19 11:45:00 AM CDT, Stop date 10/29/19 1:00:19 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 10/24/2019 15:15 EDT | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 10/29/2019 12:53 EDT | Action Personnel: Arseneau DPT,Julie |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 10/29/2019 14:00 EDT | Action Personnel: Arseneau DPT,Julie |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 9/25/2019 13:44 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 10/24/19 1:15:00 PM CDT, Stop date 10/24/19 3:29:20 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 9/25/2019 13:44 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 10/24/2019 14:22 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 10/24/2019 16:29 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 9/25/2019 13:44 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 10/21/19 11:45:00 AM CDT, Stop date 10/22/19 2:08:47 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 9/25/2019 13:44 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 10/21/2019 12:51 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 10/22/2019 15:08 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 9/25/2019 13:44 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 10/17/19 11:45:00 AM CDT, Stop date 10/17/19 1:59:19 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 9/25/2019 13:44 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 10/17/2019 12:52 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 10/17/2019 14:59 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 9/25/2019 13:44 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 10/15/19 11:45:00 AM CDT, Stop date 10/15/19 12:42:23 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 9/25/2019 13:44 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 10/15/2019 12:52 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 10/15/2019 13:42 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 9/12/2019 14:29 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 10/10/19 12:30:00 PM CDT, Stop date 10/10/19 3:27:55 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 9/12/2019 14:29 EDT | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 10/10/2019 13:32 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 10/10/2019 16:27 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 9/12/2019 14:29 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 10/7/19 12:30:00 PM CDT, Stop date 10/7/19 4:58:25 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 9/12/2019 14:29 EDT | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 10/7/2019 13:33 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 10/7/2019 17:58 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 9/12/2019 14:29 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 9/25/19 11:45:00 AM CDT, Stop date 9/25/19 8:00:43 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 9/12/2019 14:29 EDT | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 9/25/2019 12:47 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 9/25/2019 21:00 EDT | Action Personnel: Hale PT,Angela |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 9/12/2019 14:29 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 9/23/19 11:45:00 AM CDT, Stop date 9/23/19 5:12:58 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 9/12/2019 14:29 EDT | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 9/23/2019 12:52 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 9/23/2019 18:12 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 8/26/2019 14:19 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 9/20/19 1:15:00 PM CDT, Stop date 9/20/19 2:17:11 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 8/26/2019 14:19 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Modify | Action Date/Time: 9/12/2019 14:23 EDT | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 9/20/2019 14:21 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 9/20/2019 15:17 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT Updated Certification Letter** | | |
|---|---|---|
| Order Date/Time: 9/19/2019 06:00 CDT | | |
| Catalog Type: Patient Care | Activity Type: Communication Orders | |
| Ordering Physician: SYSTEM | | |
| Order Details: 9/19/19 6:00:28 AM CDT, Stop date 9/25/19 8:02:10 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 9/19/2019 06:00 CDT | Action Personnel: SYSTEM |
| Communication Type: Discern Expert | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 9/25/2019 21:02 EDT | Action Personnel: Hale PT,Angela |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 8/26/2019 14:19 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 9/18/19 1:15:00 PM CDT, Stop date 9/18/19 3:16:28 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 8/26/2019 14:19 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Modify | Action Date/Time: 9/12/2019 14:20 EDT | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 9/18/2019 14:25 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 9/18/2019 16:16 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 8/26/2019 14:19 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 9/12/19 12:30:00 PM CDT, Stop date 9/12/19 1:35:39 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 8/26/2019 14:19 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 9/12/2019 13:22 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 9/12/2019 14:35 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| | | |
|---|---|---|
| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
| Order Date/Time: 8/26/2019 14:19 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 9/9/19 1:15:00 PM CDT, Stop date 9/10/19 10:41:24 AM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 8/26/2019 14:19 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 9/9/2019 14:21 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 9/10/2019 11:41 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| | | |
|---|---|---|
| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
| Order Date/Time: 8/26/2019 14:19 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 9/5/19 1:15:00 PM CDT, Stop date 9/5/19 3:11:01 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 8/26/2019 14:19 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 9/5/2019 14:20 EDT | Action Personnel: Zencka Admission Representative,Arianne |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 9/5/2019 16:11 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

*Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 8/26/2019 14:19 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 9/3/19 11:45:00 AM CDT, Stop date 9/4/19 3:01:45 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 8/26/2019 14:19 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 9/3/2019 12:51 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 9/4/2019 16:01 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 8/26/2019 14:19 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 8/29/19 11:45:00 AM CDT, Stop date 8/29/19 1:27:04 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 8/26/2019 14:19 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 8/29/2019 12:52 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 8/29/2019 14:27 EDT | Action Personnel: Caudill DPT, Stephanie |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

# *Physician Orders*

| | | |
|---|---|---|
| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
| Order Date/Time: 7/25/2019 13:36 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 8/26/19 12:30:00 PM CDT, Stop date 8/26/19 1:37:57 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 7/25/2019 13:36 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 8/26/2019 13:42 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 8/26/2019 14:37 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| | | |
|---|---|---|
| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
| Order Date/Time: 7/25/2019 13:36 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 8/21/19 1:15:00 PM CDT, Stop date 8/21/19 2:24:51 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 7/25/2019 13:36 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Modify | Action Date/Time: 8/15/2019 13:33 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 8/21/2019 14:21 EDT | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 8/21/2019 15:24 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 7/25/2019 13:36 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 8/19/19 11:45:00 AM CDT, Stop date 8/19/19 1:18:59 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 7/25/2019 13:36 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 8/19/2019 12:49 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 8/19/2019 14:18 EDT | Action Personnel: Tackett PTA,Ashton |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 7/25/2019 13:36 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 8/15/19 12:30:00 PM CDT, Stop date 8/15/19 1:41:23 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 7/25/2019 13:36 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 8/15/2019 13:32 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 8/15/2019 14:41 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

# *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 7/25/2019 13:36 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 8/12/19 11:45:00 AM CDT, Stop date 8/12/19 2:59:51 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 7/25/2019 13:36 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 8/12/2019 12:54 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 8/12/2019 15:59 EDT | Action Personnel: Tackett PTA,Ashton |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 7/25/2019 13:36 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 8/8/19 12:30:00 PM CDT, Stop date 8/9/19 1:04:30 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 7/25/2019 13:36 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 8/8/2019 13:39 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 8/9/2019 14:04 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| | | |
|---|---|---|
| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
| Order Date/Time: 8/5/2019 10:32 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 8/6/19 9:15:00 AM CDT, Stop date 8/6/19 10:10:36 AM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 8/5/2019 10:32 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 8/6/2019 10:15 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 8/6/2019 11:10 EDT | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| | | |
|---|---|---|
| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
| Order Date/Time: 7/25/2019 13:36 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 8/5/19 11:45:00 AM CDT, Stop date 8/5/19 1:31:57 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 7/25/2019 13:36 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Cancel | Action Date/Time: 8/5/2019 14:31 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 7/25/2019 13:36 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 8/1/19 8:30:00 AM CDT, Stop date 8/1/19 12:02:56 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 7/25/2019 13:36 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 8/1/2019 09:37 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 8/1/2019 13:02 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 7/25/2019 13:36 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 7/29/19 2:00:00 PM CDT, Stop date 7/29/19 3:29:57 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 7/25/2019 13:36 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 7/29/2019 15:01 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 7/29/2019 16:29 EDT | Action Personnel: Tackett PTA,Ashton |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

# *Physician Orders*

| | | |
|---|---|---|
| Order: **Cert Letter PT Create -Send** | | |
| Order Date/Time: 7/25/2019 15:37 CDT | | |
| Catalog Type: Patient Care | Activity Type: Communication Orders | |
| Ordering Physician: SYSTEM | | |
| Order Details: 7/25/19 3:37:19 PM CDT, Stop date 7/25/19 3:38:15 PM CDT | | |
| Order Comment: This order was added by Discern Expert | | |
| Action Type: Order | Action Date/Time: 7/25/2019 15:37 CDT | Action Personnel: SYSTEM |
| Communication Type: Discern Expert | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 7/25/2019 16:38 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| | | |
|---|---|---|
| Order: **Cert Letter PT Signed -Received** | | |
| Order Date/Time: 7/25/2019 15:37 CDT | | |
| Catalog Type: Patient Care | Activity Type: Communication Orders | |
| Ordering Physician: SYSTEM | | |
| Order Details: 7/25/19 3:37:19 PM CDT, Stop date 7/29/19 9:57:54 AM CDT | | |
| Order Comment: This order was added by Discern Expert | | |
| Action Type: Order | Action Date/Time: 7/25/2019 15:37 CDT | Action Personnel: SYSTEM |
| Communication Type: Discern Expert | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 7/29/2019 10:57 EDT | Action Personnel: Tackett PTA,Ashton |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| | | |
|---|---|---|
| Order: **PT OTS Orthopedic Evaluation and Treatment 0196** | | |
| Order Date/Time: 7/18/2019 15:46 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 7/25/19 11:45:00 AM CDT, Stop date 7/25/19 3:37:19 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 7/18/2019 15:46 EDT | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Reviewed | | |
| Action Type: Activate | Action Date/Time: 7/25/2019 12:16 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information: | | |
| Action Type: Complete | Action Date/Time: 7/25/2019 16:37 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information: | | |

## *Allergies*

| Substance | Allergy Type | Reaction Symptom | Reaction Status | Estimated Onset | Reviewed Date/Time |
|---|---|---|---|---|---|
| No Known Medication Allergies | Allergy | | Active | | 7/25/2019 12:49 EDT |

## *Allergy History*

| Substance: **No Known Medication Allergies**<br>Recorded Date/Time | |
|---|---|
| 7/25/2019 12:49 EDT | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 7/25/2019 12:49 EDT; **Reviewed By:** Hensley PT,Jennifer |

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 11/4/2019<br>18:00 EST<br>Hensley PT,Jennifer | 11/4/2019<br>18:00 EST<br>Hensley PT,Jennifer |
|---|---|---|---|
| Procedure | Reference Range | | |
| PT Long Term Goal #1 | | See Below [T136] | - |
| PT Long Term Goal #1 Status | | Not met | - |
| PT Long Term Goal #1 Comment | | See Below [T165] | - |
| PT Long Term Goal #2 | | See Below [T186] | - |
| PT Long Term Goal #2 Status | | Goal met | - |
| PT Long Term Goal #2 Date Met | | 10/24/2019 | - |
| PT Long Term Goal #2 Comment | | 10/24: 34 | - |
| PT Long Term Goal #3 | | See Below [T215] | - |
| PT Long Term Goal #3 Status | | Not met | - |
| PT Long Term Goal #3 Comment | | See Below [T244] | - |
| PT Long Term Goal #4 | | See Below [T265] | - |
| PT Long Term Goal #4 Status | | Not met | - |
| PT Long Term Goal #4 Comment | | See Below [T278] | - |
| PT Long Term Goal #5 | | See Below [T283] | - |
| PT Long Term Goal #5 Status | | Not met | - |
| PT Long Term Goal #5 Comment | | 10/24: 26 | - |
| PT Long Term Goal #6 | | See Below [T296] | - |
| PT Long Term Goal #6 Status | | Not met | - |
| PT Long Term Goal #6 Comment | | 10/31: 2. 10/24: 3/10 | - |
| Other PT Short Term Goal #1 | | See Below [T313] | - |
| Other PT Short Term Goal #1 Status | | Not met | - |
| Other PT Short Term Goal #1 Comment | | See Below [T346] | - |
| Other PT Short Term Goal #2 | | See Below [T369] | - |
| Other PT Short Term Goal #2 Status | | Goal met | - |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 | - |
| Other PT Short Term Goal #2 Comment | | See Below [T402] | - |
| Other PT Short Term Goal #3 | | See Below [T433] | - |
| Other PT Short Term Goal #3 Status | | Goal met | - |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 | - |
| Additional Information PT | | See Below [T494] | See Below [T495] |

Textual Results

T136: 11/4/2019 18:00 EST (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T165: 11/4/2019 18:00 EST (PT Long Term Goal #1 Comment)
10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT

T186: 11/4/2019 18:00 EST (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T215: 11/4/2019 18:00 EST (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.


Lincoln/Zoll 0127

## *IView*

Textual Results

T244: 11/4/2019 18:00 EST (PT Long Term Goal #3 Comment)
10/31: 50 psi. 10/29: 42#. 10/24: NT. 9/25 Continued limitation in L grip

T265: 11/4/2019 18:00 EST (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T278: 11/4/2019 18:00 EST (PT Long Term Goal #4 Comment)
10/24: moderate limitation to flexion, all other within minimal limitations

T283: 11/4/2019 18:00 EST (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T296: 11/4/2019 18:00 EST (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T313: 11/4/2019 18:00 EST (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T346: 11/4/2019 18:00 EST (Other PT Short Term Goal #1 Comment)
10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T369: 11/4/2019 18:00 EST (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T402: 11/4/2019 18:00 EST (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T433: 11/4/2019 18:00 EST (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T494: 11/4/2019 18:00 EST (Additional Information PT)
10/24: Mr. Zoll is completing his HEP and managing his neck and back symptoms. He has had limited progress with shoulder motion and strength. He has reached maximum functional potential for L shoulder at this time. He follows up with MD on 11/4 to discuss surgical intervention. He will likely be discharged from skilled PT if surgical intervention is indicated. He will let us know after his MD appointment whether to continue with all POC's or discontinue therapy if surgery is indicated.

11/4: Pt's MD appointment went well. He is having an MRI and likely surgical intervention. He is okay for discharge from skilled PT until after surgical intervention. MD will re-order when appropriate.

T495: 11/4/2019 18:00 EST (Additional Information PT)
10/24: Mr. Zoll is completing his HEP and managing his neck and back symptoms. He has had limited progress with shoulder motion and strength. He has reached maximum functional potential for L shoulder at this time. He follows up with MD on 11/4 to discuss surgical intervention. He will likely be discharged from skilled PT if surgical intervention is indicated. He will let us know after his MD appointment whether to continue with all POC's or discontinue therapy if surgery is indicated.

11/4: Pt's MD appointment went well. He is having an MRI and likely surgical intervention. He is okay for discharge from skilled PT until after surgical intervention. MD will re-order when appropriate.

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 7/25/2019
FIN#: 168539 Discharge Date: 10/31/2019
DOB/Age/Gender: 51 years Male Attending Phys:

*IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 10/31/2019<br>09:41 EDT<br>Hensley PT,Jennifer |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | See Below [T1] |
| PT Treatment Recommendations | | See Below [T5] |
| Ed-Exercise Program | | See Below [T17 R2] |
| Primary Pain Location | | Shoulder |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T137] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T166] |
| PT Long Term Goal #2 | | See Below [T187] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 10/24/2019 |
| PT Long Term Goal #2 Comment | | 10/24: 34 |
| PT Long Term Goal #3 | | See Below [T216] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T245] |
| PT Long Term Goal #4 | | See Below [T266] |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #4 Comment | | See Below [T279] |
| PT Long Term Goal #5 | | See Below [T284] |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #5 Comment | | 10/24: 26 |
| PT Long Term Goal #6 | | See Below [T297] |
| PT Long Term Goal #6 Status | | Progressing, continue |
| PT Long Term Goal #6 Comment | | 10/31: 2. 10/24: 3/10 |
| Other PT Short Term Goal #1 | | See Below [T314] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T347] |
| Other PT Short Term Goal #2 | | See Below [T370] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T403] |
| Other PT Short Term Goal #3 | | See Below [T434] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |

# IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 10/31/2019<br>09:41 EDT<br>Hensley PT,Jennifer |
|---|---|---|
| Procedure | Reference Range | |
| PT Therapeutic Exercise #2 | | Other: sidelying shldr ER |
| PT Therapeutic Exercise Performed #2 | | No |
| PT Therapeutic Exercise #2 Repetition | | 15 reps, L |
| PT Therapeutic Exercise #2 Resistance | | AROM |
| PT Therapeutic Exercise #2 Comment | | for strength |
| PT Therapeutic Exercise #3 | | See Below [T466] |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Repetition | | x10 reps each direction |
| PT Therapeutic Exercise #3 Resistance | | AROM |
| PT Therapeutic Exercise #3 Comment | | See Below [T474] |
| PT Therapeutic Exercise #4 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Repetition | | 3 min |
| PT Therapeutic Exercise #4 Comment | | flex/scaption |
| PT Therapeutic Exercise #5 | | Other: Table slides |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Repetition | | 15 reps |
| PT Therapeutic Exercise #5 Comment | | flex/abd |
| PT Therapeutic Exercise #6 | | Other: wall slides |
| PT Therapeutic Exercise Performed #6 | | No |
| PT Therapeutic Exercise #6 Repetition | | 10 |
| PT Therapeutic Exercise #6 Comment | | See Below [T482] |
| PT Therapeutic Exercise #7 | | See Below [T488] |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Repetition | | 10x:05 |
| PT Therapeutic Exercise #8 | | Other: high/mid/low rows |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 15 reps each |
| PT Therapeutic Exercise #8 Resistance | | green tband |
| PT Therapeutic Exercise #8 Comment | | issued HEP |
| PT Therapeutic Exercise #9 | | Other: 3 way chet press |
| PT Therapeutic Exercise Performed #9 | | No |
| PT Therapeutic Exercise #9 Repetition | | 15 repsa each |
| PT Therapeutic Exercise #9 Resistance | | greent band |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T496] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

## *IView*

Textual Results

T1: 10/31/2019 09:41 EDT (Teaching Method)
Demonstration, Explanation, Printed materials

T5: 10/31/2019 09:41 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex

T17: 10/31/2019 09:41 EDT (Ed-Exercise Program)
Verbalizes understanding, Demonstrates

T137: 10/31/2019 09:41 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T166: 10/31/2019 09:41 EDT (PT Long Term Goal #1 Comment)
10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT

T187: 10/31/2019 09:41 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T216: 10/31/2019 09:41 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T245: 10/31/2019 09:41 EDT (PT Long Term Goal #3 Comment)
10/31: 50 psi. 10/29: 42#. 10/24: NT. 9/25 Continued limitation in L grip

T266: 10/31/2019 09:41 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T279: 10/31/2019 09:41 EDT (PT Long Term Goal #4 Comment)
10/24: moderate limitation to flexion, all other within minimal limitations

T284: 10/31/2019 09:41 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T297: 10/31/2019 09:41 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T314: 10/31/2019 09:41 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T347: 10/31/2019 09:41 EDT (Other PT Short Term Goal #1 Comment)
10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T370: 10/31/2019 09:41 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T403: 10/31/2019 09:41 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T434: 10/31/2019 09:41 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T466: 10/31/2019 09:41 EDT (PT Therapeutic Exercise #3)
Other: supine, reverse codmans (cw/ccw)

T474: 10/31/2019 09:41 EDT (PT Therapeutic Exercise #3 Comment)
for strength. *Pain increase noted.

T482: 10/31/2019 09:41 EDT (PT Therapeutic Exercise #6 Comment)
flex/scaption - cues for scapular mechanics

T488: 10/31/2019 09:41 EDT (PT Therapeutic Exercise #7)
Other: shoulder isoms: all planes

T496: 10/31/2019 09:41 EDT (Additional Information PT)


**Lincoln/Zoll 0131**

## *IView*

Textual Results
T496: 10/31/2019 09:41 EDT (Additional Information PT)
Mr. Zoll is completing his HEP and managing his neck and back symptoms. He has had limited progress with shoulder motion and strength. He has reached maximum functional potential for L shoulder at this time. He follows up with MD on 11/4 to discuss surgical intervention. He will likely be discharged from skilled PT if surgical intervention is indicated. He will let us know after his MD appointment whether to continue with all POC's or discontinue therapy if surgery is indicated.

Result Comments
R2: Ed-Exercise Program
written HEP issued for scapular strengthening.

| | Recorded Date<br>Recorded Time<br>Recorded By | 10/29/2019<br>12:51 EDT<br>Arseneau DPT,Julie |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below [T6] |
| Ed-Exercise Program | | See Below [T18] |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Right |
| Manual Therapy Activity #1 Type | | See Below [T26] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below [T50] |
| Manual Therapy Activity #1 Comment | | See Below [T75] |
| Manual Therapy Activity #2 Type | | See Below [T97] |
| Manual Therapy Activity #2 Performed | | No |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below [T119] |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| Manual Therapy Activity #4 Type | | Other: Dry Needling |
| Manual Therapy Activity #4 Performed | | No |
| Manual Therapy Activity #4 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #4 Rationale | | Decrease spasm, Desensitization |
| Manual Therapy Activity #4 Comment | | See Below [T131] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T138] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T167] |
| PT Long Term Goal #2 | | See Below [T188] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 10/24/2019 |

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 10/29/2019<br>12:51 EDT<br>Arseneau DPT,Julie |
|---|---|---|
| Procedure | Reference Range | |
| PT Long Term Goal #2 Comment | | 10/24: 34 |
| PT Long Term Goal #3 | | See Below [T217] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T246] |
| PT Long Term Goal #4 | | See Below [T267] |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #4 Comment | | See Below [T280] |
| PT Long Term Goal #5 | | See Below [T285] |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #5 Comment | | 10/24: 26 |
| PT Long Term Goal #6 | | See Below [T298] |
| PT Long Term Goal #6 Status | | Progressing, continue |
| PT Long Term Goal #6 Comment | | 10/24: 3/10 |
| Other PT Short Term Goal #1 | | See Below [T315] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T348] |
| Other PT Short Term Goal #2 | | See Below [T371] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T404] |
| Other PT Short Term Goal #3 | | See Below [T435] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |
| PT Therapeutic Exercise #2 | | Other: sidelying shldr ER |
| PT Therapeutic Exercise Performed #2 | | No |
| PT Therapeutic Exercise #2 Repetition | | 15 reps, L |
| PT Therapeutic Exercise #2 Resistance | | AROM |
| PT Therapeutic Exercise #2 Comment | | for strength |
| PT Therapeutic Exercise #3 | | See Below [T467] |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Repetition | | x10 reps each direction |
| PT Therapeutic Exercise #3 Resistance | | AROM |
| PT Therapeutic Exercise #3 Comment | | See Below [T475] |
| PT Therapeutic Exercise #4 | | Other: Pulleys |

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 10/29/2019<br>12:51 EDT<br>Arseneau DPT,Julie |
|---|---|---|
| Procedure | Reference Range | |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Repetition | | 3 min |
| PT Therapeutic Exercise #4 Comment | | flex/scaption |
| PT Therapeutic Exercise #5 | | Other: Table slides |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Repetition | | 15 reps |
| PT Therapeutic Exercise #5 Comment | | flex/abd |
| PT Therapeutic Exercise #6 | | Other: wall slides |
| PT Therapeutic Exercise Performed #6 | | No |
| PT Therapeutic Exercise #6 Repetition | | 10 |
| PT Therapeutic Exercise #6 Comment | | See Below [T483] |
| PT Therapeutic Exercise #7 | | See Below [T489] |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Repetition | | 10x:05 |
| PT Therapeutic Exercise #8 | | Other: high/mid/low rows |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 15 reps each |
| PT Therapeutic Exercise #8 Resistance | | green tband |
| PT Therapeutic Exercise #9 | | Other: 3 way chet press |
| PT Therapeutic Exercise Performed #9 | | No |
| PT Therapeutic Exercise #9 Repetition | | 15 repsa each |
| PT Therapeutic Exercise #9 Resistance | | greent band |
| Post Treatment Numeric Pain Rating Scale | | 5 = Moderate pain |
| Additional Information PT | | See Below [T497] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T6: 10/29/2019 12:51 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex

T18: 10/29/2019 12:51 EDT (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching, Needs practice/supervision

T26: 10/29/2019 12:51 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T50: 10/29/2019 12:51 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T75: 10/29/2019 12:51 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

## *IView*

Textual Results

T97: 10/29/2019 12:51 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T119: 10/29/2019 12:51 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T131: 10/29/2019 12:51 EDT (Manual Therapy Activity #4 Comment)
Pt verified location of treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN.

T138: 10/29/2019 12:51 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T167: 10/29/2019 12:51 EDT (PT Long Term Goal #1 Comment)
10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT

T188: 10/29/2019 12:51 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T217: 10/29/2019 12:51 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T246: 10/29/2019 12:51 EDT (PT Long Term Goal #3 Comment)
10/29: 42#. 10/24: NT. 9/25 Continued limitation in L grip

T267: 10/29/2019 12:51 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T280: 10/29/2019 12:51 EDT (PT Long Term Goal #4 Comment)
10/24: moderate limitation to flexion, all other within minimal limitations

T285: 10/29/2019 12:51 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T298: 10/29/2019 12:51 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T315: 10/29/2019 12:51 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T348: 10/29/2019 12:51 EDT (Other PT Short Term Goal #1 Comment)
10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T371: 10/29/2019 12:51 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T404: 10/29/2019 12:51 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T435: 10/29/2019 12:51 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T467: 10/29/2019 12:51 EDT (PT Therapeutic Exercise #3)
Other: supine, reverse codmans (cw/ccw)

T475: 10/29/2019 12:51 EDT (PT Therapeutic Exercise #3 Comment)
for strength. *Pain increase noted.

T483: 10/29/2019 12:51 EDT (PT Therapeutic Exercise #6 Comment)
flex/scaption - cues for scapular mechanics

T489: 10/29/2019 12:51 EDT (PT Therapeutic Exercise #7)
Other: shoulder isoms: all planes

*IView*

Textual Results

T497: 10/29/2019 12:51 EDT (Additional Information PT)
Pt responding to cervical retraction with pt overpressure with improved shoulder abduction ROM to 143 degrees today (from 134 deg pre-treatment). Pain unchanged. Trialed progressing to cervical ext, but not tolerated well with pt reporting slight lightheadedness. Resolved with discontinuation of exercise. Pt instructed to continue cervical retractions with overpressure and 5 sec hold. Pain slightly increased from 4/10 to 5/10 after performing scap stab exercise. Pt to follow up with MD on 11/4 regarding clavicular scrap. Will continue to progress pt as tolerated to meet goals.

| | Recorded Date | 10/24/2019 |
|---|---|---|
| | Recorded Time | 16:33 EDT |
| | Recorded By | Hensley PT,Jennifer |
| Procedure | Reference Range | |
| PT Long Term Goal #1 | | See Below [T139] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T168] |
| PT Long Term Goal #2 | | See Below [T189] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 10/24/2019 |
| PT Long Term Goal #2 Comment | | 10/24: 34 |
| PT Long Term Goal #3 | | See Below [T218] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T247] |
| PT Long Term Goal #4 | | See Below [T268] |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #4 Comment | | See Below [T281] |
| PT Long Term Goal #5 | | See Below [T286] |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #5 Comment | | 10/24: 26 |
| PT Long Term Goal #6 | | See Below [T299] |
| PT Long Term Goal #6 Status | | Progressing, continue |
| PT Long Term Goal #6 Comment | | 10/24: 3/10 |
| Other PT Short Term Goal #1 | | See Below [T316] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T349] |
| Other PT Short Term Goal #2 | | See Below [T372] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T405] |
| Other PT Short Term Goal #3 | | See Below [T436] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Additional Information PT | | See Below [T498] |

## *IView*

Textual Results

T139: 10/24/2019 16:33 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T168: 10/24/2019 16:33 EDT (PT Long Term Goal #1 Comment)
10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT

T189: 10/24/2019 16:33 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T218: 10/24/2019 16:33 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T247: 10/24/2019 16:33 EDT (PT Long Term Goal #3 Comment)
10/24: NT. 9/25 Continued limitation in L grip

T268: 10/24/2019 16:33 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T281: 10/24/2019 16:33 EDT (PT Long Term Goal #4 Comment)
10/24: moderate limitation to flexion, all other within minimal limitations

T286: 10/24/2019 16:33 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T299: 10/24/2019 16:33 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T316: 10/24/2019 16:33 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T349: 10/24/2019 16:33 EDT (Other PT Short Term Goal #1 Comment)
10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T372: 10/24/2019 16:33 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T405: 10/24/2019 16:33 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T436: 10/24/2019 16:33 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T498: 10/24/2019 16:33 EDT (Additional Information PT)
Mr. Zoll has made good progress with shoulder ABD and trunk AROM, functional mobility, and strength in some planes. He continues to be limited by AC joint pain with shoulder flex that continues to be limited. He has a notable improvement in back pain and is progressing well. He follows up with orthopedist 11/4/2019 and will continue therapy until then and will follow his recommendations. Pt reports that surgical intervention has been discussed.

| | | |
|---|---|---|
| | Recorded Date | 10/24/2019 |
| | Recorded Time | 14:22 EDT |
| | Recorded By | Hensley PT,Jennifer |
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below [T7] |
| Left Shoulder Abduction AROM | | 147 |
| Left Shoulder Flexion AROM | | 127 |

Lincoln/Zoll 0138



## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 10/24/2019<br>14:22 EDT<br>Hensley PT,Jennifer |
|---|---|---|
| Procedure | Reference Range | |
| Manual Therapy Activity #1 Type | | See Below [T27] |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Rationale | | See Below [T51] |
| Manual Therapy Activity #1 Comment | | See Below [T76] |
| Manual Therapy Activity #2 Type | | See Below [T98] |
| Manual Therapy Activity #2 Performed | | No |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below [T120] |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| Manual Therapy Activity #4 Type | | Other: Dry Needling |
| Manual Therapy Activity #4 Performed | | Yes |
| Manual Therapy Activity #4 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #4 Rationale | | Decrease spasm, Desensitization |
| Manual Therapy Activity #4 Comment | | See Below [T132] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T140] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T169] |
| PT Long Term Goal #2 | | See Below [T190] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 10/24/2019 |
| PT Long Term Goal #2 Comment | | 10/24: 34 |
| PT Long Term Goal #3 | | See Below [T219] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T248] |
| PT Long Term Goal #4 | | See Below [T269] |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #4 Comment | | See Below [T282] |
| PT Long Term Goal #5 | | See Below [T287] |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #5 Comment | | 10/24: 26 |
| PT Long Term Goal #6 | | See Below [T300] |
| PT Long Term Goal #6 Status | | Progressing, continue |
| PT Long Term Goal #6 Comment | | 10/24: 3/10 |
| Other PT Short Term Goal #1 | | See Below [T317] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T350] |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 10/24/2019<br>14:22 EDT<br>Hensley PT,Jennifer |
|---|---|---|
| Procedure | Reference Range | |
| Other PT Short Term Goal #2 | | See Below [T373] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T406] |
| Other PT Short Term Goal #3 | | See Below [T437] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below [T499] |
| Pre Treatment Numeric Pain Rating Scale: | | 3 |
| Document UE Range in Degrees | | Yes |
| Lt Elbow Extension Strength Rehab | | 5 |
| Lt Elbow Flexion Strength Rehab | | 4+ |
| Lt Shoulder Abduct Strength Rehab | | 4 |
| Lt Shoulder External Rot Strength Rehab | | 5 |
| Lt Shoulder Flexion Strength Rehab | | 4 |
| Lt Shoulder Internal Rot Strength Rehab | | 3+ |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T7: 10/24/2019 14:22 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex

T27: 10/24/2019 14:22 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T51: 10/24/2019 14:22 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T76: 10/24/2019 14:22 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T98: 10/24/2019 14:22 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T120: 10/24/2019 14:22 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T132: 10/24/2019 14:22 EDT (Manual Therapy Activity #4 Comment)
Pt verified location of treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN.

T140: 10/24/2019 14:22 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T169: 10/24/2019 14:22 EDT (PT Long Term Goal #1 Comment)
10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT

## *IView*

Textual Results

T190: 10/24/2019 14:22 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T219: 10/24/2019 14:22 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T248: 10/24/2019 14:22 EDT (PT Long Term Goal #3 Comment)
10/24: NT. 9/25 Continued limitation in L grip

T269: 10/24/2019 14:22 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T282: 10/24/2019 14:22 EDT (PT Long Term Goal #4 Comment)
10/24: moderate limitation to flexion, all other within minimal limitations

T287: 10/24/2019 14:22 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T300: 10/24/2019 14:22 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T317: 10/24/2019 14:22 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T350: 10/24/2019 14:22 EDT (Other PT Short Term Goal #1 Comment)
10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T373: 10/24/2019 14:22 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T406: 10/24/2019 14:22 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T437: 10/24/2019 14:22 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T499: 10/24/2019 14:22 EDT (Additional Information PT)
Mr. Zoll has made good progress with shoulder ABD and trunk AROM, functional mobility, and strength in some planes. He continues to be limited by AC joint pain with shoulder flex that continues to be limited. He has a notable improvement in back pain and is progressing well. He follows up with orthopedist 11/4/2019 and will continue therapy until then and will follow his recommendations. Pt reports that surgical intervention has been discussed.

| | | |
|---|---|---|
| | Recorded Date | 10/21/2019 |
| | Recorded Time | 12:48 EDT |
| | Recorded By | Fifield PTA,Patrick |
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below [T8] |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below [T28] |
| Manual Therapy Activity #1 Rationale | | See Below [T52] |

## *IView*

| | Recorded Date | 10/21/2019 |
|---|---|---|
| | Recorded Time | 12:48 EDT |
| | Recorded By | Fifield PTA,Patrick |
| Procedure | Reference Range | |
| Manual Therapy Activity #1 Comment | | See Below [T77] |
| Manual Therapy Activity #2 Type | | See Below [T99] |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below [T121] |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| Manual Therapy Activity #4 Type | | Other: Dry Needling |
| Manual Therapy Activity #4 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #4 Rationale | | Decrease spasm, Desensitization |
| Manual Therapy Activity #4 Comment | | See Below [T133] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T141] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T170] |
| PT Long Term Goal #2 | | See Below [T191] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #3 | | See Below [T220] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T249] |
| PT Long Term Goal #4 | | See Below [T270] |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #5 | | See Below [T288] |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #6 | | See Below [T301] |
| PT Long Term Goal #6 Status | | Progressing, continue |
| Activity #1 Type of Modality | | Ultrasound |
| Modality Activity #1 Performed | | No |
| Modality Activity #1 Body Region | | left shoulder |
| Modality Activity #1 Settings | | 50%, 1.0 W/cm2 |
| Modality Activity #1 Minutes | | 12 |
| Activity #2 Type of Modality | | See Below [T309] |
| Modality Activity #2 Performed | | Yes |
| Modality Activity #2 Body Region | | left shoulder |
| Modality Activity #2 Settings | | 80-150 pps |
| Modality Activity #2 Minutes | | 15 |
| Modality Activity #2 Response | | See Below [T312] |
| Modality Activity #2 Comments | | w/moist heat |
| Other PT Short Term Goal #1 | | See Below [T318] |

## *IView*

| | Recorded Date | 10/21/2019 |
|---|---|---|
| | Recorded Time | 12:48 EDT |
| | Recorded By | Fifield PTA,Patrick |
| Procedure | Reference Range | |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T351 |
| Other PT Short Term Goal #2 | | See Below T374 |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below T407 |
| Other PT Short Term Goal #3 | | See Below T438 |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |
| PT Therapeutic Exercise #2 | | Other: sidelying shldr ER |
| PT Therapeutic Exercise Performed #2 | | No |
| PT Therapeutic Exercise #2 Repetition | | 15 reps, L |
| PT Therapeutic Exercise #2 Resistance | | AROM |
| PT Therapeutic Exercise #2 Comment | | for strength |
| PT Therapeutic Exercise #3 | | See Below T468 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Repetition | | x10 reps each direction |
| PT Therapeutic Exercise #3 Resistance | | AROM |
| PT Therapeutic Exercise #3 Comment | | See Below T476 |
| PT Therapeutic Exercise #4 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Repetition | | 3 min |
| PT Therapeutic Exercise #4 Comment | | flex/scaption |
| PT Therapeutic Exercise #5 | | Other: Table slides |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Repetition | | 15 reps |
| PT Therapeutic Exercise #5 Comment | | flex/abd |
| PT Therapeutic Exercise #6 | | Other: wall slides |
| PT Therapeutic Exercise Performed #6 | | No |
| PT Therapeutic Exercise #6 Repetition | | 10 |
| PT Therapeutic Exercise #6 Comment | | See Below T484 |
| PT Therapeutic Exercise #7 | | See Below T490 |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Repetition | | 10x:05 |

## IView

| | | |
|---|---|---|
| | Recorded Date | 10/21/2019 |
| | Recorded Time | 12:48 EDT |
| | Recorded By | Fifield PTA,Patrick |
| Procedure | Reference Range | |
| PT Therapeutic Exercise #8 | | Other: high/mid/low rows |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 15 reps each |
| PT Therapeutic Exercise #8 Resistance | | green tband |
| PT Therapeutic Exercise #9 | | Other: 3 way chet press |
| PT Therapeutic Exercise Performed #9 | | Yes |
| PT Therapeutic Exercise #9 Repetition | | 15 repsa each |
| PT Therapeutic Exercise #9 Resistance | | greent band |
| Post Treatment Numeric Pain Rating Scale | | 2 |
| Additional Information PT | | See Below [T500] |
| Pre Treatment Numeric Pain Rating Scale: | | 3 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T8: 10/21/2019 12:48 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex

T28: 10/21/2019 12:48 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T52: 10/21/2019 12:48 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T77: 10/21/2019 12:48 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T99: 10/21/2019 12:48 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T121: 10/21/2019 12:48 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T133: 10/21/2019 12:48 EDT (Manual Therapy Activity #4 Comment)
Pt verified location of treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN.

T141: 10/21/2019 12:48 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T170: 10/21/2019 12:48 EDT (PT Long Term Goal #1 Comment)
9/25 Continued decrease in L UE MMT

T191: 10/21/2019 12:48 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T220: 10/21/2019 12:48 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T249: 10/21/2019 12:48 EDT (PT Long Term Goal #3 Comment)
9/25 Continued limitation in L grip

## IView

Textual Results
T270: 10/21/2019 12:48 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.
T288: 10/21/2019 12:48 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.
T301: 10/21/2019 12:48 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.
T309: 10/21/2019 12:48 EDT (Activity #2 Type of Modality)
Electrical stimulation, unattended
T312: 10/21/2019 12:48 EDT (Modality Activity #2 Response)
Pain decreased, Positive response to treatment
T318: 10/21/2019 12:48 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.
T351: 10/21/2019 12:48 EDT (Other PT Short Term Goal #1 Comment)
10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex
T374: 10/21/2019 12:48 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.
T407: 10/21/2019 12:48 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each
T438: 10/21/2019 12:48 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.
T468: 10/21/2019 12:48 EDT (PT Therapeutic Exercise #3)
Other: supine, reverse codmans (cw/ccw)
T476: 10/21/2019 12:48 EDT (PT Therapeutic Exercise #3 Comment)
for strength. *Pain increase noted.
T484: 10/21/2019 12:48 EDT (PT Therapeutic Exercise #6 Comment)
flex/scaption - cues for scapular mechanics
T490: 10/21/2019 12:48 EDT (PT Therapeutic Exercise #7)
Other: shoulder isoms: all planes
T500: 10/21/2019 12:48 EDT (Additional Information PT)
James hasn't had a huge change with shoulder pain or ROM. Pain level is still around 3/10 and is about the same. Trialed estim to left shoulder with decreased pain from 3/10 to 2/10. May benefit from dry needling again to release tight muscle.

| | | |
|---|---|---|
| | Recorded Date | 10/17/2019 |
| | Recorded Time | 12:47 EDT |
| | Recorded By | Fifield PTA,Patrick |
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below [T9] |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |

Lincoln/Zoll 0145



## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 10/17/2019<br>12:47 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T142 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T171 |
| PT Long Term Goal #2 | | See Below T192 |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #3 | | See Below T221 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below T250 |
| PT Long Term Goal #4 | | See Below T271 |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #5 | | See Below T289 |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #6 | | See Below T302 |
| PT Long Term Goal #6 Status | | Progressing, continue |
| Other PT Short Term Goal #1 | | See Below T319 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T352 |
| Other PT Short Term Goal #2 | | See Below T375 |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below T408 |
| Other PT Short Term Goal #3 | | See Below T439 |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below T501 c1 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T9: 10/17/2019 12:47 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex

T142: 10/17/2019 12:47 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T171: 10/17/2019 12:47 EDT (PT Long Term Goal #1 Comment)
9/25 Continued decrease in L UE MMT

T192: 10/17/2019 12:47 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 7/25/2019
FIN#: 168539 Discharge Date: 10/31/2019
DOB/Age/Gender: 51 years Male Attending Phys:

## *IView*

Textual Results

T221: 10/17/2019 12:47 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T250: 10/17/2019 12:47 EDT (PT Long Term Goal #3 Comment)
9/25 Continued limitation in L grip

T271: 10/17/2019 12:47 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T289: 10/17/2019 12:47 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T302: 10/17/2019 12:47 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T319: 10/17/2019 12:47 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T352: 10/17/2019 12:47 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T375: 10/17/2019 12:47 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T408: 10/17/2019 12:47 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T439: 10/17/2019 12:47 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T501: 10/17/2019 12:47 EDT (Additional Information PT)
James is responding to manual stretching to shoulder and scapula with improved shoulder ROM. ROM improved from 140 to 150 deg. after stretching. ROM is improving but minimal change with pain in shoulder. James reports no changes in pain since starting dry needling continue 2 more visits to assess benefits.

Corrected Results

c1: Additional Information PT
Textual result corrected on 10/17/2019 17:34 EDT by Hensley PT, Jennifer
James is responding to manual stretching to shoulder and scapula with improved shoulder ROM. ROM improved from 140 to 150 deg. after stretching. ROM is improving but minimal change with pain in shoulder.

| | Recorded Date<br>Recorded Time<br>Recorded By | 10/17/2019<br>12:47 EDT<br>Hensley PT,Jennifer |
|---|---|---|
| Procedure | Reference Range | |
| Manual Therapy Activity #1 Type | | See Below [T29] |
| Manual Therapy Activity #1 Rationale | | See Below [T53] |
| Manual Therapy Activity #1 Comment | | See Below [T78] |
| Manual Therapy Activity #2 Type | | See Below [T100] |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below [T122] |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| Manual Therapy Activity #4 Type | | Other: Dry Needling |

## *IView*

| Procedure | Reference Range | Recorded Date 10/17/2019<br>Recorded Time 12:47 EDT<br>Recorded By Hensley PT,Jennifer |
|---|---|---|
| Manual Therapy Activity #4 Performed | | Yes |
| Manual Therapy Activity #4 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #4 Rationale | | Decrease spasm, Desensitization |
| Manual Therapy Activity #4 Comment | | See Below T134 |

Textual Results

T29: 10/17/2019 12:47 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T53: 10/17/2019 12:47 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T78: 10/17/2019 12:47 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T100: 10/17/2019 12:47 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T122: 10/17/2019 12:47 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T134: 10/17/2019 12:47 EDT (Manual Therapy Activity #4 Comment)
Pt verified location of treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN.

| Procedure | Reference Range | Recorded Date 10/15/2019<br>Recorded Time 12:48 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below T10 |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below T30 |
| Manual Therapy Activity #1 Rationale | | See Below T54 |
| Manual Therapy Activity #1 Comment | | See Below T79 |
| Manual Therapy Activity #2 Type | | See Below T101 |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below T123 |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 10/15/2019<br>12:48 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| PT Long Term Goal #1 | | See Below [T143] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T172] |
| PT Long Term Goal #2 | | See Below [T193] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #3 | | See Below [T222] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T251] |
| PT Long Term Goal #4 | | See Below [T272] |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #5 | | See Below [T290] |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #6 | | See Below [T303] |
| PT Long Term Goal #6 Status | | Progressing, continue |
| Activity #1 Type of Modality | | Ultrasound |
| Modality Activity #1 Performed | | Yes |
| Modality Activity #1 Body Region | | left shoulder |
| Modality Activity #1 Settings | | 50%, 1.0 W/cm2 |
| Modality Activity #1 Minutes | | 12 |
| Modality Activity #1 Response | | Positive response to treatment |
| Other PT Short Term Goal #1 | | See Below [T320] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T353] |
| Other PT Short Term Goal #2 | | See Below [T376] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T409] |
| Other PT Short Term Goal #3 | | See Below [T440] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T502 c2] |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results
T10: 10/15/2019 12:48 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex
T30: 10/15/2019 12:48 EDT (Manual Therapy Activity #1 Type)

## *IView*

Textual Results

T30: 10/15/2019 12:48 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T54: 10/15/2019 12:48 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T79: 10/15/2019 12:48 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T101: 10/15/2019 12:48 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T123: 10/15/2019 12:48 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T143: 10/15/2019 12:48 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T172: 10/15/2019 12:48 EDT (PT Long Term Goal #1 Comment)
9/25 Continued decrease in L UE MMT

T193: 10/15/2019 12:48 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T222: 10/15/2019 12:48 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T251: 10/15/2019 12:48 EDT (PT Long Term Goal #3 Comment)
9/25 Continued limitation in L grip

T272: 10/15/2019 12:48 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T290: 10/15/2019 12:48 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T303: 10/15/2019 12:48 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T320: 10/15/2019 12:48 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T353: 10/15/2019 12:48 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T376: 10/15/2019 12:48 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T409: 10/15/2019 12:48 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T440: 10/15/2019 12:48 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T502: 10/15/2019 12:48 EDT (Additional Information PT)
Trialed US to left shoulder to help decrease inflammation and pain associated with movement. Some decrease in symptoms after with pain level decreased from 5/10 to 4/10. Responded well to stretching to left scap and shoulder with increased mobility. Initiated dry needling with informed consent signed. No changes in pain after initial dry needling session. No adverse reactions noted.

Lincoln/Zoll 0150



*IView*

Corrected Results
c2: Additional Information PT
Textual result corrected on 10/17/2019 17:38 EDT by Hensley PT, Jennifer
Trialed US to left shoulder to help decrease inflammation and pain associated with movement. Some decrease in symptoms after with pain level decreased from 5/10 to 4/10. Responded well to stretching to left scap and shoulder with increased mobility.

| | Recorded Date<br>Recorded Time<br>Recorded By | 10/15/2019<br>12:48 EDT<br>Hensley PT,Jennifer |
|---|---|---|
| Procedure | Reference Range | |
| Manual Therapy Activity #4 Type | | Other: Dry Needling |
| Manual Therapy Activity #4 Performed | | Yes |
| Manual Therapy Activity #4 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #4 Rationale | | See Below T130 |
| Manual Therapy Activity #4 Comment | | See Below T135 |

Textual Results
T130: 10/15/2019 12:48 EDT (Manual Therapy Activity #4 Rationale)
Decrease edema, Decrease spasm, Desensitization, Improve circulation
T135: 10/15/2019 12:48 EDT (Manual Therapy Activity #4 Comment)
Pt gave written informed consent and verified location of treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN.

| | Recorded Date<br>Recorded Time<br>Recorded By | 10/10/2019<br>13:34 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below T11 |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Manual Therapy Activity #1 Type | | See Below T31 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below T55 |
| Manual Therapy Activity #1 Comment | | See Below T80 |
| Manual Therapy Activity #2 Type | | See Below T102 |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below T124 |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T144 |
| PT Long Term Goal #1 Status | | Progressing, continue |

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 10/10/2019<br>13:34 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| PT Long Term Goal #1 Comment | | See Below T173 |
| PT Long Term Goal #2 | | See Below T194 |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #3 | | See Below T223 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below T252 |
| PT Long Term Goal #4 | | See Below T273 |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #5 | | See Below T291 |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #6 | | See Below T304 |
| PT Long Term Goal #6 Status | | Progressing, continue |
| Other PT Short Term Goal #1 | | See Below T321 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T354 |
| Other PT Short Term Goal #2 | | See Below T377 |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below T410 |
| Other PT Short Term Goal #3 | | See Below T441 |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below T503 |
| Pre Treatment Numeric Pain Rating Scale: | | 3 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T11: 10/10/2019 13:34 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex

T31: 10/10/2019 13:34 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T55: 10/10/2019 13:34 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T80: 10/10/2019 13:34 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T102: 10/10/2019 13:34 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

## *IView*

Textual Results
T124: 10/10/2019 13:34 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes
T144: 10/10/2019 13:34 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.
T173: 10/10/2019 13:34 EDT (PT Long Term Goal #1 Comment)
9/25 Continued decrease in L UE MMT
T194: 10/10/2019 13:34 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.
T223: 10/10/2019 13:34 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.
T252: 10/10/2019 13:34 EDT (PT Long Term Goal #3 Comment)
9/25 Continued limitation in L grip
T273: 10/10/2019 13:34 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.
T291: 10/10/2019 13:34 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.
T304: 10/10/2019 13:34 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.
T321: 10/10/2019 13:34 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.
T354: 10/10/2019 13:34 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex
T377: 10/10/2019 13:34 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.
T410: 10/10/2019 13:34 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each
T441: 10/10/2019 13:34 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.
T503: 10/10/2019 13:34 EDT (Additional Information PT)
Continued with ther ex and manual stretching to right scapula and shoulder. Improved ROM after stretching but increased pain noted above 150 deg flexion. He's making progress with manual stretching so will continue with this.

| | | |
|---|---|---|
| | Recorded Date | 10/7/2019 |
| | Recorded Time | 13:33 EDT |
| | Recorded By | Fifield PTA,Patrick |
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below [T12] |
| Ed-Exercise Program | | Teachback successful, Ed. Needed |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below [T32] |

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 7/25/2019
FIN#: 168539 Discharge Date: 10/31/2019
DOB/Age/Gender: 51 years Male Attending Phys:

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 10/7/2019<br>13:33 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Rationale | | See Below T56 |
| Manual Therapy Activity #1 Comment | | See Below T81 |
| Manual Therapy Activity #2 Type | | See Below T103 |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below T125 |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T145 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T174 |
| PT Long Term Goal #2 | | See Below T195 |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #3 | | See Below T224 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below T253 |
| PT Long Term Goal #4 | | See Below T274 |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #5 | | See Below T292 |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #6 | | See Below T305 |
| PT Long Term Goal #6 Status | | Progressing, continue |
| Other PT Short Term Goal #1 | | See Below T322 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T355 |
| Other PT Short Term Goal #2 | | See Below T378 |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below T411 |
| Other PT Short Term Goal #3 | | See Below T442 |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 10/7/2019<br>13:33 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| PT Therapeutic Exercise #2 | | Other: sidelying shldr ER |
| PT Therapeutic Exercise #2 Repetition | | 15 reps, L |
| PT Therapeutic Exercise #2 Resistance | | AROM |
| PT Therapeutic Exercise #2 Comment | | for strength |
| PT Therapeutic Exercise #3 | | See Below T469 |
| PT Therapeutic Exercise #3 Repetition | | x10 reps each direction |
| PT Therapeutic Exercise #3 Resistance | | AROM |
| PT Therapeutic Exercise #3 Comment | | See Below T477 |
| PT Therapeutic Exercise #4 | | Other: Pulleys |
| PT Therapeutic Exercise #4 Repetition | | 3 min |
| PT Therapeutic Exercise #4 Comment | | flex/scaption |
| PT Therapeutic Exercise #5 | | Other: Table slides |
| PT Therapeutic Exercise #5 Repetition | | 15 reps |
| PT Therapeutic Exercise #5 Comment | | flex/abd |
| PT Therapeutic Exercise #6 | | Other: wall slides |
| PT Therapeutic Exercise #6 Repetition | | 10 |
| PT Therapeutic Exercise #6 Comment | | See Below T485 |
| PT Therapeutic Exercise #7 | | See Below T491 |
| PT Therapeutic Exercise #7 Repetition | | 10x:05 |
| PT Therapeutic Exercise #8 | | Other: high/mid/low rows |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 15 reps each |
| PT Therapeutic Exercise #8 Resistance | | green tband |
| PT Therapeutic Exercise #9 | | Other: 3 way chet press |
| PT Therapeutic Exercise Performed #9 | | Yes |
| PT Therapeutic Exercise #9 Repetition | | 15 repsa each |
| PT Therapeutic Exercise #9 Resistance | | greent band |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below T504 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results
T12: 10/7/2019 13:33 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex
T32: 10/7/2019 13:33 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization
T56: 10/7/2019 13:33 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

## *IView*

Textual Results

T81: 10/7/2019 13:33 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T103: 10/7/2019 13:33 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T125: 10/7/2019 13:33 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T145: 10/7/2019 13:33 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T174: 10/7/2019 13:33 EDT (PT Long Term Goal #1 Comment)
9/25 Continued decrease in L UE MMT

T195: 10/7/2019 13:33 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T224: 10/7/2019 13:33 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T253: 10/7/2019 13:33 EDT (PT Long Term Goal #3 Comment)
9/25 Continued limitation in L grip

T274: 10/7/2019 13:33 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T292: 10/7/2019 13:33 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T305: 10/7/2019 13:33 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T322: 10/7/2019 13:33 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T355: 10/7/2019 13:33 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T378: 10/7/2019 13:33 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T411: 10/7/2019 13:33 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T442: 10/7/2019 13:33 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T469: 10/7/2019 13:33 EDT (PT Therapeutic Exercise #3)
Other: supine, reverse codmans (cw/ccw)

T477: 10/7/2019 13:33 EDT (PT Therapeutic Exercise #3 Comment)
for strength. *Pain increase noted.

T485: 10/7/2019 13:33 EDT (PT Therapeutic Exercise #6 Comment)
flex/scaption - cues for scapular mechanics

T491: 10/7/2019 13:33 EDT (PT Therapeutic Exercise #7)
Other: shoulder isoms: all planes

T504: 10/7/2019 13:33 EDT (Additional Information PT)
James is making progress with his low back. He's performing standing retractions in standing which is managing his symptoms. Focused on left shoulder with STM and stretching to help increase ROM and increase scap

# IView

Textual Results
T504: 10/7/2019 13:33 EDT (Additional Information PT)
stabilization. ROM at 150 deg. flexion and abd after therapy today. Will progress as tolerated towards goals. Pt. went on vaction to Disney and walked many miles without increased low back pain.

| | Recorded Date<br>Recorded Time<br>Recorded By | 9/25/2019<br>21:02 EDT<br>Hale PT,Angela | 9/25/2019<br>21:01 EDT<br>Hale PT,Angela |
|---|---|---|---|
| Procedure | Reference Range | | |
| Prior Cognitive-Communication Skills | | - | Independent (I) |
| Prior Instrumental ADL Level | | - | Independent (I) |
| Prior ADL/Self Care Status | | - | Independent (I) |
| Prior Indoor Mobility Status | | - | Independent (I) |
| Prior Outdoor Mobility Status | | - | Independent (I) |
| Prior Stairs Status | | - | Independent (I) |
| PT Long Term Goal #1 | | See Below T146 | See Below T147 |
| PT Long Term Goal #1 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T175 | See Below T176 |
| PT Long Term Goal #2 | | See Below T196 | See Below T197 |
| PT Long Term Goal #2 Status | | Goal met | Goal met |
| PT Long Term Goal #2 Date Met | | 8/29/2019 | 8/29/2019 |
| PT Long Term Goal #3 | | See Below T225 | See Below T226 |
| PT Long Term Goal #3 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below T254 | See Below T255 |
| PT Long Term Goal #4 | | See Below T275 | See Below T276 |
| PT Long Term Goal #4 Status | | Initial | Initial |
| PT Long Term Goal #5 | | See Below T293 | See Below T294 |
| PT Long Term Goal #5 Status | | Initial | Initial |
| PT Long Term Goal #6 | | See Below T306 | See Below T307 |
| PT Long Term Goal #6 Status | | Initial | Initial |
| Other PT Short Term Goal #1 | | See Below T323 | See Below T324 |
| Other PT Short Term Goal #1 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T356 | See Below T357 |
| Other PT Short Term Goal #2 | | See Below T379 | See Below T380 |
| Other PT Short Term Goal #2 Status | | Goal met | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below T412 | See Below T413 |
| Other PT Short Term Goal #3 | | See Below T443 | See Below T444 |
| Other PT Short Term Goal #3 Status | | Goal met | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 | 8/29/2019 |
| Additional Information PT | | See Below T505 | See Below T506 |

Textual Results
T146: 9/25/2019 21:02 EDT (PT Long Term Goal #1)

*IView*

Textual Results

T146: 9/25/2019 21:02 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T147: 9/25/2019 21:01 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T175: 9/25/2019 21:02 EDT (PT Long Term Goal #1 Comment)
9/25 Continued decrease in L UE MMT

T176: 9/25/2019 21:01 EDT (PT Long Term Goal #1 Comment)
9/25 Continued decrease in L UE MMT

T196: 9/25/2019 21:02 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T197: 9/25/2019 21:01 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T225: 9/25/2019 21:02 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T226: 9/25/2019 21:01 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T254: 9/25/2019 21:02 EDT (PT Long Term Goal #3 Comment)
9/25 Continued limitation in L grip

T255: 9/25/2019 21:01 EDT (PT Long Term Goal #3 Comment)
9/25 Continued limitation in L grip

T275: 9/25/2019 21:02 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T276: 9/25/2019 21:01 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T293: 9/25/2019 21:02 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T294: 9/25/2019 21:01 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T306: 9/25/2019 21:02 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T307: 9/25/2019 21:01 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T323: 9/25/2019 21:02 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T324: 9/25/2019 21:01 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T356: 9/25/2019 21:02 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T357: 9/25/2019 21:01 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T379: 9/25/2019 21:02 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T380: 9/25/2019 21:01 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T412: 9/25/2019 21:02 EDT (Other PT Short Term Goal #2 Comment)

## *IView*

Textual Results

T412: 9/25/2019 21:02 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T413: 9/25/2019 21:01 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T443: 9/25/2019 21:02 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T444: 9/25/2019 21:01 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T505: 9/25/2019 21:02 EDT (Additional Information PT)
Patient with improved L shoulder flexion at 135 and abduction 154. He also has improved C-spine AROM. He continues to be limited by neck pain and poor posture. He was issued a supine neck support and was able to demonstrate correct use. He was evaluated for low back pain today with decreased Lumbar ROM, decreased L LE MMT and increased score on Revised Oswestry. He demonstrates improved ROM and LE MMT after prone laying, however it increased C-spine pain. He was trialed with standing extension and was able to perform with no increase in back pain and no C-spine pain increase and was issued for home. He will benefit from continued skilled PT services for the L shoulder and goals were added for Low back. Plan to continue skilled PT 2 X per week X 4 weeks to improve ROM, MMT and I with walking.

T506: 9/25/2019 21:01 EDT (Additional Information PT)
Patient with improved L shoulder flexion at 135 and abduction 154. He also has improved C-spine AROM. He continues to be limited by neck pain and poor posture. He was issued a supine neck support and was able to demonstrate correct use. He was evaluated for low back pain today with decreased Lumbar ROM, decreased L LE MMT and increased score on Revised Oswestry. He demonstrates improved ROM and LE MMT after prone laying, however it increased C-spine pain. He was trialed with standing extension and was able to perform with no increase in back pain and no C-spine pain increase and was issued for home. He will benefit from continued skilled PT services for the L shoulder and goals were added for Low back. Plan to continue skilled PT 2 X per week X 4 weeks to improve ROM, MMT and I with walking.

| | Recorded Date<br>Recorded Time<br>Recorded By | 9/25/2019<br>12:49 EDT<br>Hale PT,Angela | 9/25/2019<br>12:45 EDT<br>Hale PT,Angela |
|---|---|---|---|
| Procedure | Reference Range | | |
| Teaching Method | | - | See Below T2 |
| Primary Pain Location | | Neck | - |
| Primary Pain Radiation | | Yes | - |
| Primary Pain Radiation Characteristics | | L shoulder and into the hand | - |
| Primary Pain Duration | | See Below T25 | - |
| Left Grip Strength Trial 1 | | 40 | - |
| Left Grip Strength Trial 2 | | 45 | - |
| Left Grip Strength Trial 3 | | 42 | - |
| Left Hand Grip Strength | | 42.3 | - |
| Mean for Age,Gender Left Hand Grip | | 101.9 lbs | - |
| Lt Ankle Dorsiflexion Strength Rehab | | 4 | - |

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 9/25/2019<br>12:49 EDT<br>Hale PT,Angela | 9/25/2019<br>12:45 EDT<br>Hale PT,Angela |
|---|---|---|---|
| Procedure | Reference Range | | |
| Lt Hip Flexion Strength Rehab | | 4 | - |
| Lt Knee Extension Strength Rehab | | 4 | - |
| Rt Ankle Dorsiflexion Strength Rehab | | 4+ | - |
| Rt Hip Flexion Strength Rehab | | 4+ | - |
| Rt Knee Extension Strength Rehab | | 4+ | - |
| PT Plan/Goals Established w Pt/Caregiver | | Yes | - |
| PT Long Term Goal #1 | | See Below [T148] | - |
| PT Long Term Goal #1 Status | | Progressing, continue | - |
| PT Long Term Goal #1 Comment | | - | See Below [T177] |
| PT Long Term Goal #2 | | See Below [T198] | - |
| PT Long Term Goal #2 Status | | Goal met | - |
| PT Long Term Goal #2 Date Met | | 8/29/2019 | - |
| PT Long Term Goal #3 | | See Below [T227] | - |
| PT Long Term Goal #3 Status | | Progressing, continue | - |
| PT Long Term Goal #3 Comment | | - | See Below [T256] |
| PT Long Term Goal #4 | | - | See Below [T277] |
| PT Long Term Goal #4 Status | | - | Initial |
| PT Long Term Goal #5 | | - | See Below [T295] |
| PT Long Term Goal #5 Status | | - | Initial |
| PT Long Term Goal #6 | | - | See Below [T308] |
| PT Long Term Goal #6 Status | | - | Initial |
| Other PT Short Term Goal #1 | | See Below [T325] | - |
| Other PT Short Term Goal #1 Status | | Progressing, continue | - |
| Other PT Short Term Goal #1 Comment | | See Below [T358] | - |
| Other PT Short Term Goal #2 | | See Below [T381] | - |
| Other PT Short Term Goal #2 Status | | Goal met | - |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 | - |
| Other PT Short Term Goal #2 Comment | | See Below [T414] | - |
| Other PT Short Term Goal #3 | | See Below [T445] | - |
| Other PT Short Term Goal #3 Status | | Goal met | - |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 | - |
| Post Treatment Numeric Pain Rating Scale | | 6 | - |
| Additional Information PT | | - | See Below [T507] |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain | - |
| Lt Elbow Extension Strength Rehab | | 4 | - |
| Lt Elbow Flexion Strength Rehab | | 4+ | - |
| Lt Shoulder Abduct Strength Rehab | | 4+ | - |
| Lt Shoulder Flexion Strength Rehab | | 4+ [R8] | - |
| Previous Hand Dominance PT | | Right | - |

Lincoln/Zoll 0160

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 9/25/2019<br>12:49 EDT<br>Hale PT,Angela | 9/25/2019<br>12:45 EDT<br>Hale PT,Angela |
|---|---|---|---|
| Procedure | Reference Range | | |
| Current Hand Dominance PT | | Right | - |

Textual Results

T2: 9/25/2019 12:45 EDT (Teaching Method)
Demonstration, Explanation, Printed materials

T25: 9/25/2019 12:49 EDT (Primary Pain Duration)
Low Back - Center to L 2/10 4/10 at worst . No radicular symptoms. Worse - walking, turning in bed, general movement Better - laying on stomach * after low back 6/10

T148: 9/25/2019 12:49 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T177: 9/25/2019 12:45 EDT (PT Long Term Goal #1 Comment)
9/25 Continued decrease in L UE MMT

T198: 9/25/2019 12:49 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T227: 9/25/2019 12:49 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T256: 9/25/2019 12:45 EDT (PT Long Term Goal #3 Comment)
9/25 Continued limitation in L grip

T277: 9/25/2019 12:45 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T295: 9/25/2019 12:45 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T308: 9/25/2019 12:45 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T325: 9/25/2019 12:49 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T358: 9/25/2019 12:49 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T381: 9/25/2019 12:49 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T414: 9/25/2019 12:49 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T445: 9/25/2019 12:49 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T507: 9/25/2019 12:45 EDT (Additional Information PT)
Patient with improved L shoulder flexion at 135 and abduction 154. He also has improved C-spine AROM. He continues to be limited by neck pain and poor posture. He was issued a supine neck support and was able to demonstrate correct use. He was evaluated for low back pain today with decreased Lumbar ROM, decreased L LE MMT and increased score on Revised Oswestry. He demonstrates improved ROM and LE MMT after prone laying, however it increased C-spine pain. He was trialed with standing extension and was able to perform with no increase in back pain and no C-spine pain increase and was issued for home. He will benefit from continued

## IView

Textual Results
T507: 9/25/2019 12:45 EDT (Additional Information PT)
skilled PT services for the L shoulder and goals were added for Low back. Plan to continue skilled PT 2 X per week X 4 weeks to improve ROM, MMT and I with walking.

Result Comments
R8: Lt Shoulder Flexion Strength Rehab
pain

| | Recorded Date<br>Recorded Time<br>Recorded By | 9/23/2019<br>12:50 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Primary Pain Location | | Shoulder |
| Manual Therapy Activity #1 Type | | See Below [T33] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below [T57] |
| Manual Therapy Activity #1 Comment | | See Below [T82] |
| Manual Therapy Activity #2 Type | | See Below [T104] |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below [T126] |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T149] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T178] |
| PT Long Term Goal #2 | | See Below [T199] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 8/29/2019 |
| PT Long Term Goal #3 | | See Below [T228] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T257] |
| Other PT Short Term Goal #1 | | See Below [T326] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T359] |
| Other PT Short Term Goal #2 | | See Below [T382] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T415] |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 9/23/2019<br>12:50 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Other PT Short Term Goal #3 | | See Below [T446] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |
| PT Therapeutic Exercise #2 | | Other: sidelying shldr ER |
| PT Therapeutic Exercise Performed #2 | | No |
| PT Therapeutic Exercise #2 Repetition | | 15 reps, L |
| PT Therapeutic Exercise #2 Resistance | | AROM |
| PT Therapeutic Exercise #2 Comment | | for strength |
| PT Therapeutic Exercise #3 | | See Below [T470] |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Repetition | | x10 reps each direction |
| PT Therapeutic Exercise #3 Resistance | | AROM |
| PT Therapeutic Exercise #3 Comment | | See Below [T478] |
| PT Therapeutic Exercise #4 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Repetition | | 3 min |
| PT Therapeutic Exercise #4 Comment | | flex/scaption |
| PT Therapeutic Exercise #5 | | Other: Table slides |
| PT Therapeutic Exercise Performed #5 | | Yes |
| PT Therapeutic Exercise #5 Repetition | | 15 reps |
| PT Therapeutic Exercise #5 Comment | | flex/abd |
| PT Therapeutic Exercise #6 | | Other: wall slides |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 10 |
| PT Therapeutic Exercise #6 Comment | | See Below [T486] |
| PT Therapeutic Exercise #7 | | See Below [T492] |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Repetition | | 10x:05 |
| PT Therapeutic Exercise #8 | | Other: high/mid/low rows |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 15 reps each |
| PT Therapeutic Exercise #8 Resistance | | green tband |
| PT Therapeutic Exercise #9 | | Other: 3 way chet press |
| PT Therapeutic Exercise Performed #9 | | Yes |

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 9/23/2019<br>12:50 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| PT Therapeutic Exercise #9 Repetition | | 15 repsa each |
| PT Therapeutic Exercise #9 Resistance | | greent band |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T508] |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T33: 9/23/2019 12:50 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T57: 9/23/2019 12:50 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T82: 9/23/2019 12:50 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T104: 9/23/2019 12:50 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T126: 9/23/2019 12:50 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T149: 9/23/2019 12:50 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T178: 9/23/2019 12:50 EDT (PT Long Term Goal #1 Comment)
8/29/19: please see MMT section.

T199: 9/23/2019 12:50 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T228: 9/23/2019 12:50 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T257: 9/23/2019 12:50 EDT (PT Long Term Goal #3 Comment)
8/29//19: 56.7#. 8/26: Left: 40#

T326: 9/23/2019 12:50 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T359: 9/23/2019 12:50 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T382: 9/23/2019 12:50 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T415: 9/23/2019 12:50 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T446: 9/23/2019 12:50 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T470: 9/23/2019 12:50 EDT (PT Therapeutic Exercise #3)

## IView

Textual Results
T470: 9/23/2019 12:50 EDT (PT Therapeutic Exercise #3)
Other: supine, reverse codmans (cw/ccw)
T478: 9/23/2019 12:50 EDT (PT Therapeutic Exercise #3 Comment)
for strength. *Pain increase noted.
T486: 9/23/2019 12:50 EDT (PT Therapeutic Exercise #6 Comment)
flex/scaption - cues for scapular mechanics
T492: 9/23/2019 12:50 EDT (PT Therapeutic Exercise #7)
Other: shoulder isoms: all planes
T508: 9/23/2019 12:50 EDT (Additional Information PT)
Continued with STM and stretching to cervical spine and left shoulder. Noted tightness in left UT's and scalenes today. Pain level decreased after STM to cervical muscles. Added scap stabilization exercises for shoulder mobility and strength. PT to assess back next session.

| | Recorded Date<br>Recorded Time<br>Recorded By | 9/20/2019<br>14:19 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Manual Therapy Activity #1 Type | | See Below T34 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below T58 |
| Manual Therapy Activity #1 Comment | | See Below T83 |
| Manual Therapy Activity #2 Type | | See Below T105 |
| Manual Therapy Activity #2 Performed | | No |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below T127 |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T150 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T179 |
| PT Long Term Goal #2 | | See Below T200 |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 8/29/2019 |
| PT Long Term Goal #3 | | See Below T229 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below T258 |
| Other PT Short Term Goal #1 | | See Below T327 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T360 |

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 9/20/2019<br>14:19 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Other PT Short Term Goal #2 | | See Below [T383] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T416] |
| Other PT Short Term Goal #3 | | See Below [T447] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below [T509] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T34: 9/20/2019 14:19 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T58: 9/20/2019 14:19 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T83: 9/20/2019 14:19 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T105: 9/20/2019 14:19 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T127: 9/20/2019 14:19 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T150: 9/20/2019 14:19 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T179: 9/20/2019 14:19 EDT (PT Long Term Goal #1 Comment)
8/29/19: please see MMT section.

T200: 9/20/2019 14:19 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T229: 9/20/2019 14:19 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T258: 9/20/2019 14:19 EDT (PT Long Term Goal #3 Comment)
8/29//19: 56.7#. 8/26: Left: 40#

T327: 9/20/2019 14:19 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T360: 9/20/2019 14:19 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T383: 9/20/2019 14:19 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

## *IView*

Textual Results
T416: 9/20/2019 14:19 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each
T447: 9/20/2019 14:19 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.
T509: 9/20/2019 14:19 EDT (Additional Information PT)
James is having some improvement with cervical ROM and shoulder flexion ROM. Cervical rotation at 80 deg, bilaterally and shoulder flexion at 145 deg. Trialed AC joint mobilizations today to improve shoulder motion. Some decreased pain symptoms noted with motion. Brought new order for low back pain.

| | Recorded Date<br>Recorded Time<br>Recorded By | 9/18/2019<br>14:19 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Primary Pain Location | | Neck |
| Manual Therapy Activity #1 Type | | See Below T35 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below T59 |
| Manual Therapy Activity #1 Comment | | See Below T84 |
| Manual Therapy Activity #2 Type | | See Below T106 |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below T128 |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T151 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T180 |
| PT Long Term Goal #2 | | See Below T201 |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 8/29/2019 |
| PT Long Term Goal #3 | | See Below T230 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below T259 |
| Other PT Short Term Goal #1 | | See Below T328 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T361 |
| Other PT Short Term Goal #2 | | See Below T384 |
| Other PT Short Term Goal #2 Status | | Goal met |

# IView

| Procedure | Reference Range | Recorded Date 9/18/2019<br>Recorded Time 14:19 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below T417 |
| Other PT Short Term Goal #3 | | See Below T448 |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below T510 |
| Pre Treatment Numeric Pain Rating Scale: | | 3 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T35: 9/18/2019 14:19 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T59: 9/18/2019 14:19 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T84: 9/18/2019 14:19 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T106: 9/18/2019 14:19 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd.  and L shldr into retraction and downward rotation

T128: 9/18/2019 14:19 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T151: 9/18/2019 14:19 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T180: 9/18/2019 14:19 EDT (PT Long Term Goal #1 Comment)
8/29/19:  please see MMT section.

T201: 9/18/2019 14:19 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T230: 9/18/2019 14:19 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T259: 9/18/2019 14:19 EDT (PT Long Term Goal #3 Comment)
8/29//19:  56.7#.  8/26: Left: 40#

T328: 9/18/2019 14:19 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T361: 9/18/2019 14:19 EDT (Other PT Short Term Goal #1 Comment)
8/29/19:  139 deg flexion, 127 deg abduction.  8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T384: 9/18/2019 14:19 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T417: 9/18/2019 14:19 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed   8/19: B c. rot: 85 deg each

## *IView*

Textual Results

T448: 9/18/2019 14:19 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T510: 9/18/2019 14:19 EDT (Additional Information PT)
James presented today with increased low back pain and bent over posture. Reports back pain at 7/10. Instructed to get checked out by MD if it continues. Continued with STM to left UT's to help decrease muscle tightness and improve left shoulder ROM. Pt. in so much pain from low back he wasn't able to perform scap stab exercises in standing. Will progress strength and mobility as tolerated.

| | | |
|---|---|---|
| | Recorded Date | 9/12/2019 |
| | Recorded Time | 13:30 EDT |
| | Recorded By | Fifield PTA,Patrick |
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Manual Therapy Activity #1 Type | | See Below [T36] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below [T60] |
| Manual Therapy Activity #1 Comment | | See Below [T85] |
| Manual Therapy Activity #2 Type | | See Below [T107] |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below [T129] |
| Manual Therapy Activity #3 Performed | | Yes |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| Other PT Short Term Goal #1 | | See Below [T329] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T362] |
| Other PT Short Term Goal #2 | | See Below [T385] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T418] |
| Other PT Short Term Goal #3 | | See Below [T449] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T511] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T36: 9/12/2019 13:30 EDT (Manual Therapy Activity #1 Type)

## IView

Textual Results

T36: 9/12/2019 13:30 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T60: 9/12/2019 13:30 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T85: 9/12/2019 13:30 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T107: 9/12/2019 13:30 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T129: 9/12/2019 13:30 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T329: 9/12/2019 13:30 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T362: 9/12/2019 13:30 EDT (Other PT Short Term Goal #1 Comment)
8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T385: 9/12/2019 13:30 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T418: 9/12/2019 13:30 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T449: 9/12/2019 13:30 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T511: 9/12/2019 13:30 EDT (Additional Information PT)
Continued with STM and stretching to left UT and shoulder to increase mobility and help improve pain symptoms. Trialed spray andstretch to trigger point on left UT/scalenes. Decreased TTP after treatement. Reviewed isometrics to clarify proper technique. Will progress towards goals as tolerated.

| | Recorded Date<br>Recorded Time<br>Recorded By | 9/9/2019<br>14:20 EDT<br>Hensley PT,Jennifer |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | See Below T3 |
| Ed-Exercise Program | | See Below T19 R3 |
| Manual Therapy Activity #1 Type | | See Below T37 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below T61 |
| Manual Therapy Activity #1 Comment | | See Below T86 |
| Manual Therapy Activity #2 Type | | See Below T108 |
| Manual Therapy Activity #2 Performed | | No |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T152 |
| PT Long Term Goal #1 Status | | Progressing, continue |

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 7/25/2019
FIN#: 168539 Discharge Date: 10/31/2019
DOB/Age/Gender: 51 years Male Attending Phys:

*IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 9/9/2019<br>14:20 EDT<br>Hensley PT,Jennifer |
|---|---|---|
| Procedure | Reference Range | |
| PT Long Term Goal #1 Comment | | See Below [T181] |
| PT Long Term Goal #2 | | See Below [T202] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 8/29/2019 |
| PT Long Term Goal #3 | | See Below [T231] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T260] |
| Other PT Short Term Goal #1 | | See Below [T330] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T363] |
| Other PT Short Term Goal #2 | | See Below [T386] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T419] |
| Other PT Short Term Goal #3 | | See Below [T450] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |
| PT Therapeutic Exercise #2 | | Other: sidelying shldr ER |
| PT Therapeutic Exercise Performed #2 | | No |
| PT Therapeutic Exercise #2 Repetition | | 15 reps, L |
| PT Therapeutic Exercise #2 Resistance | | AROM |
| PT Therapeutic Exercise #2 Comment | | for strength |
| PT Therapeutic Exercise #3 | | See Below [T471] |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Repetition | | x10 reps each direction |
| PT Therapeutic Exercise #3 Resistance | | AROM |
| PT Therapeutic Exercise #3 Comment | | See Below [T479] |
| PT Therapeutic Exercise #4 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Repetition | | 3 min |
| PT Therapeutic Exercise #4 Comment | | flex/scaption |
| PT Therapeutic Exercise #5 | | Other: Table slides |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Repetition | | 15 reps |

Lincoln/Zoll 0171



## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 9/9/2019<br>14:20 EDT<br>Hensley PT,Jennifer |
|---|---|---|
| Procedure | Reference Range | |
| PT Therapeutic Exercise #5 Comment | | flex/abd |
| PT Therapeutic Exercise #6 | | Other: wall slides |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 10 |
| PT Therapeutic Exercise #6 Comment | | See Below [T487] |
| PT Therapeutic Exercise #7 | | See Below [T493] |
| PT Therapeutic Exercise Performed #7 | | Yes |
| PT Therapeutic Exercise #7 Repetition | | 10x:05 |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T512] |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T3: 9/9/2019 14:20 EDT (Teaching Method)
Demonstration, Explanation, Printed materials

T19: 9/9/2019 14:20 EDT (Ed-Exercise Program)
Verbalizes understanding, Demonstrates

T37: 9/9/2019 14:20 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T61: 9/9/2019 14:20 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T86: 9/9/2019 14:20 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T108: 9/9/2019 14:20 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T152: 9/9/2019 14:20 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T181: 9/9/2019 14:20 EDT (PT Long Term Goal #1 Comment)
8/29/19: please see MMT section.

T202: 9/9/2019 14:20 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T231: 9/9/2019 14:20 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T260: 9/9/2019 14:20 EDT (PT Long Term Goal #3 Comment)
8/29//19: 56.7#. 8/26: Left: 40#

T330: 9/9/2019 14:20 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T363: 9/9/2019 14:20 EDT (Other PT Short Term Goal #1 Comment)

## *IView*

Textual Results

T363: 9/9/2019 14:20 EDT (Other PT Short Term Goal #1 Comment)
8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T386: 9/9/2019 14:20 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T419: 9/9/2019 14:20 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T450: 9/9/2019 14:20 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T471: 9/9/2019 14:20 EDT (PT Therapeutic Exercise #3)
Other: supine, reverse codmans (cw/ccw)

T479: 9/9/2019 14:20 EDT (PT Therapeutic Exercise #3 Comment)
for strength. *Pain increase noted.

T487: 9/9/2019 14:20 EDT (PT Therapeutic Exercise #6 Comment)
flex/scaption - cues for scapular mechanics

T493: 9/9/2019 14:20 EDT (PT Therapeutic Exercise #7)
Other: shoulder isoms: all planes

T512: 9/9/2019 14:20 EDT (Additional Information PT)
Mr. Zoll tolerated shoulder exercise progression well with decreased pain following shoulder isometrics. Issued for HEP. He needs max dues to decrease upper trap overrecruitment with wall slides. Discussed importance of shoulder blade and neck posture with shoulder activities and how muscle fatigue can affect it.

Result Comments

R3: Ed-Exercise Program
shoulder isometrics issued for home, discussed intensity as tolerated

| | Recorded Date<br>Recorded Time<br>Recorded By | 9/5/2019<br>14:16 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Manual Therapy Activity #1 Type | | See Below [T38] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Technique | | Trigger point release |
| Manual Therapy Activity #1 Rationale | | See Below [T62] |
| Manual Therapy Activity #1 Comment | | See Below [T87] |
| Manual Therapy Activity #2 Type | | See Below [T109] |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T153] |
| PT Long Term Goal #1 Status | | Progressing, continue |

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 9/5/2019<br>14:16 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| PT Long Term Goal #1 Comment | | See Below [T182] |
| PT Long Term Goal #2 | | See Below [T203] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 8/29/2019 |
| PT Long Term Goal #3 | | See Below [T232] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T261] |
| Other PT Short Term Goal #1 | | See Below [T331] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T364] |
| Other PT Short Term Goal #2 | | See Below [T387] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T420] |
| Other PT Short Term Goal #3 | | See Below [T451] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T513] |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T38: 9/5/2019 14:16 EDT (Manual Therapy Activity #1 Type)
Myofascial/Soft tissue mobilization

T62: 9/5/2019 14:16 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T87: 9/5/2019 14:16 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to BUTs, CPSMs, Pecs, Biceps.

T109: 9/5/2019 14:16 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T153: 9/5/2019 14:16 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T182: 9/5/2019 14:16 EDT (PT Long Term Goal #1 Comment)
8/29/19: please see MMT section.

T203: 9/5/2019 14:16 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T232: 9/5/2019 14:16 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T261: 9/5/2019 14:16 EDT (PT Long Term Goal #3 Comment)

## *IView*

Textual Results

T261: 9/5/2019 14:16 EDT (PT Long Term Goal #3 Comment)
8/29//19: 56.7#. 8/26: Left: 40#

T331: 9/5/2019 14:16 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T364: 9/5/2019 14:16 EDT (Other PT Short Term Goal #1 Comment)
8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T387: 9/5/2019 14:16 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T420: 9/5/2019 14:16 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T451: 9/5/2019 14:16 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T513: 9/5/2019 14:16 EDT (Additional Information PT)
James is making progress with left shoulder ROM and strength. His ROM has improved after stretching but pain is about the same. Noted increased neck pain in left UT's. Trialed kinesiotape to left shoulder to help decrease pain and support shoulder muscles.

| | | |
|---|---|---|
| | Recorded Date | 9/3/2019 |
| | Recorded Time | 12:46 EDT |
| | Recorded By | Fifield PTA,Patrick |
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Manual Therapy Activity #1 Type | | See Below T39 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Technique | | Trigger point release |
| Manual Therapy Activity #1 Rationale | | See Below T63 |
| Manual Therapy Activity #1 Comment | | See Below T88 |
| Manual Therapy Activity #2 Type | | See Below T110 |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T154 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T183 |
| PT Long Term Goal #2 | | See Below T204 |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 8/29/2019 |
| PT Long Term Goal #3 | | See Below T233 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below T262 |

Lincoln/Zoll 0175

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 9/3/2019<br>12:46 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Other PT Short Term Goal #1 | | See Below [T332] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T365] |
| Other PT Short Term Goal #2 | | See Below [T388] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T421] |
| Other PT Short Term Goal #3 | | See Below [T452] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |
| PT Therapeutic Exercise #2 | | Other: sidelying shldr ER |
| PT Therapeutic Exercise Performed #2 | | No |
| PT Therapeutic Exercise #2 Repetition | | 15 reps, L |
| PT Therapeutic Exercise #2 Resistance | | AROM |
| PT Therapeutic Exercise #2 Comment | | for strength |
| PT Therapeutic Exercise #3 | | See Below [T472] |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Repetition | | x10 reps each direction |
| PT Therapeutic Exercise #3 Resistance | | AROM |
| PT Therapeutic Exercise #3 Comment | | See Below [T480] |
| PT Therapeutic Exercise #4 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Repetition | | 3 min |
| PT Therapeutic Exercise #5 | | Other: Table slides |
| PT Therapeutic Exercise Performed #5 | | Yes |
| PT Therapeutic Exercise #5 Repetition | | 15 reps |
| PT Therapeutic Exercise #5 Comment | | flex/abd |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below [T514] |
| Pre Treatment Numeric Pain Rating Scale: | | 3 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results
T39: 9/3/2019 12:46 EDT (Manual Therapy Activity #1 Type)

## *IView*

Textual Results

T39: 9/3/2019 12:46 EDT (Manual Therapy Activity #1 Type)
Myofascial/Soft tissue mobilization

T63: 9/3/2019 12:46 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T88: 9/3/2019 12:46 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to BUTs, CPSMs, Pecs, Biceps.

T110: 9/3/2019 12:46 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T154: 9/3/2019 12:46 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T183: 9/3/2019 12:46 EDT (PT Long Term Goal #1 Comment)
8/29/19: please see MMT section.

T204: 9/3/2019 12:46 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T233: 9/3/2019 12:46 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T262: 9/3/2019 12:46 EDT (PT Long Term Goal #3 Comment)
8/29//19: 56.7#. 8/26: Left: 40#

T332: 9/3/2019 12:46 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T365: 9/3/2019 12:46 EDT (Other PT Short Term Goal #1 Comment)
8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T388: 9/3/2019 12:46 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T421: 9/3/2019 12:46 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T452: 9/3/2019 12:46 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T472: 9/3/2019 12:46 EDT (PT Therapeutic Exercise #3)
Other: supine, reverse codmans (cw/ccw)

T480: 9/3/2019 12:46 EDT (PT Therapeutic Exercise #3 Comment)
for strength. *Pain increase noted.

T514: 9/3/2019 12:46 EDT (Additional Information PT)
Mr. Zoll is making progress with shoulder motion and mobility. Focused on left scapular mobility and shoulder ROM with stretching and STM. Increased pain at endrange flexion and abduction. Added pulleys and table slides to increase shoulder ROM. Added to HEP.

| | Recorded Date<br>Recorded Time<br>Recorded By | 8/29/2019<br>12:55 EDT<br>Caudill DPT,Stephanie | 8/29/2019<br>12:45 EDT<br>Caudill DPT,Stephanie |
|---|---|---|---|
| Procedure | Reference Range | | |
| Teaching Method | | Explanation | - |
| Left Shoulder Abduction AROM | | 127 | - |
| Left Shoulder Flexion AROM | | 139 | - |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 8/29/2019<br>12:55 EDT<br>Caudill DPT,Stephanie | 8/29/2019<br>12:45 EDT<br>Caudill DPT,Stephanie |
|---|---|---|---|
| Procedure | Reference Range | | |
| Primary Pain Location | | Shoulder | - |
| Primary Pain Laterality | | Left | - |
| Left Grip Strength Trial 1 | | 50 | - |
| Left Grip Strength Trial 2 | | 65 | - |
| Left Grip Strength Trial 3 | | 55 | - |
| Left Hand Grip Strength | | 56.7 | - |
| Mean for Age,Gender Left Hand Grip | | 101.9 lbs | - |
| Manual Therapy Activity #1 Type | | See Below [T40] | - |
| Manual Therapy Activity #1 Performed | | Yes | - |
| Manual Therapy Activity #1 Technique | | Trigger point release | - |
| Manual Therapy Activity #1 Rationale | | See Below [T64] | - |
| Manual Therapy Activity #1 Comment | | See Below [T89] | - |
| Manual Therapy Activity #2 Type | | See Below [T111] | - |
| Manual Therapy Activity #2 Performed | | Yes | - |
| Manual Therapy Activity #2 Rationale | | Increase range of motion | - |
| Manual Therapy Activity #2 Comment | | client supine and sidelying | - |
| PT Plan/Goals Established w Pt/Caregiver | | Yes | - |
| PT Long Term Goal #1 | | See Below [T155] | See Below [T156] |
| PT Long Term Goal #1 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T184] | See Below [T185] |
| PT Long Term Goal #2 | | See Below [T205] | See Below [T206] |
| PT Long Term Goal #2 Status | | Goal met | Goal met |
| PT Long Term Goal #2 Date Met | | 8/29/2019 | 8/29/2019 |
| PT Long Term Goal #3 | | See Below [T234] | See Below [T235] |
| PT Long Term Goal #3 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T263] | See Below [T264] |
| Activity #1 Type of Modality | | Cold packs | - |
| Modality Activity #1 Performed | | No | - |
| Modality Activity #1 Body Region | | Neck and L shoulder | - |
| Modality Activity #1 Minutes | | 10 | - |
| Activity #2 Type of Modality | | See Below [T310] | - |
| Modality Activity #2 Performed | | Yes | - |
| Modality Activity #2 Body Region | | L shoulder | - |
| Modality Activity #2 Settings | | IFC | - |
| Modality Activity #2 Minutes | | 15 | - |
| Other PT Short Term Goal #1 | | See Below [T333] | See Below [T334] |
| Other PT Short Term Goal #1 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T366] | See Below [T367] |
| Other PT Short Term Goal #2 | | See Below [T389] | See Below [T390] |

## IView

| Procedure | Recorded Date<br>Recorded Time<br>Recorded By<br>Reference Range | 8/29/2019<br>12:55 EDT<br>Caudill DPT,Stephanie | 8/29/2019<br>12:45 EDT<br>Caudill DPT,Stephanie |
|---|---|---|---|
| Other PT Short Term Goal #2 Status | | Goal met | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T422] | See Below [T423] |
| Other PT Short Term Goal #3 | | See Below [T453] | See Below [T454] |
| Other PT Short Term Goal #3 Status | | Goal met | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 3 | - |
| Additional Information PT | | See Below [T515] | See Below [T516] |
| Right Grip Strength Trial 1 | | 100 | - |
| Right Grip Strength Trial 2 | | 110 | - |
| Right Grip Strength Trial 3 | | 100 | - |
| Right Hand Grip Strength | | 103.3 | - |
| Mean for Age,Gender Right Hand Grip | | 113.6 lbs | - |
| Pre Treatment Numeric Pain Rating Scale: | | 3 | - |
| Document UE Range in Degrees | | Yes | - |
| Lt Elbow Extension Strength Rehab | | 5 | - |
| Lt Elbow Flexion Strength Rehab | | 4+ | - |
| Lt Shoulder Abduct Strength Rehab | | 2+ | - |
| Lt Shoulder Flexion Strength Rehab | | 2+ | - |
| Lt Wrist Extension Strength Rehab | | 5 | - |
| Lt Wrist Flexion Strength Rehab | | 5 | - |
| Rt Elbow Extension Strength Rehab | | 5 | - |
| Rt Elbow Flexion Strength Rehab | | 5 | - |
| Rt Shoulder Abduction Strength Rehab | | 5 | - |
| Rt Shoulder Flexion Strength Rehab | | 5 | - |
| Rt Wrist Extension Strength Rehab | | 5 | - |
| Rt Wrist Flexion Strength Rehab | | 5 | - |
| Previous Hand Dominance PT | | Right | - |
| Current Hand Dominance PT | | Right | - |

Textual Results
T40: 8/29/2019 12:55 EDT (Manual Therapy Activity #1 Type)
Myofascial/Soft tissue mobilization
T64: 8/29/2019 12:55 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation
T89: 8/29/2019 12:55 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to BUTs, CPSMs, Pecs, Biceps.
T111: 8/29/2019 12:55 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation
T155: 8/29/2019 12:55 EDT (PT Long Term Goal #1)

## IView

Textual Results

T155: 8/29/2019 12:55 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.
T156: 8/29/2019 12:45 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.
T184: 8/29/2019 12:55 EDT (PT Long Term Goal #1 Comment)
8/29/19: please see MMT section.
T185: 8/29/2019 12:45 EDT (PT Long Term Goal #1 Comment)
8/29/19: please see MMT section.
T205: 8/29/2019 12:55 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.
T206: 8/29/2019 12:45 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.
T234: 8/29/2019 12:55 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.
T235: 8/29/2019 12:45 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.
T263: 8/29/2019 12:55 EDT (PT Long Term Goal #3 Comment)
8/29//19: 56.7#. 8/26: Left: 40#
T264: 8/29/2019 12:45 EDT (PT Long Term Goal #3 Comment)
8/29//19: 56.7#. 8/26: Left: 40#
T310: 8/29/2019 12:55 EDT (Activity #2 Type of Modality)
Electrical stimulation, unattended
T333: 8/29/2019 12:55 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.
T334: 8/29/2019 12:45 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.
T366: 8/29/2019 12:55 EDT (Other PT Short Term Goal #1 Comment)
8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex
T367: 8/29/2019 12:45 EDT (Other PT Short Term Goal #1 Comment)
8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex
T389: 8/29/2019 12:55 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.
T390: 8/29/2019 12:45 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.
T422: 8/29/2019 12:55 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each
T423: 8/29/2019 12:45 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each
T453: 8/29/2019 12:55 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.
T454: 8/29/2019 12:45 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.
T515: 8/29/2019 12:55 EDT (Additional Information PT)

## *IView*

Textual Results

T515: 8/29/2019 12:55 EDT (Additional Information PT)
Mr. Zoll demonstrates improved strength and ROM. He reports improved tolerance to functional activities. He will benefit from continued physical therapy 2x/week for 4 weeks for therapeutic exercise, manual therapy, and patient education to work towards remaining goals.

T516: 8/29/2019 12:45 EDT (Additional Information PT)
Mr. Zoll demonstrates improved strength and ROM. He reports improved tolerance to functional activities. He will benefit from continued physical therapy 2x/week for 4 weeks for therapeutic exercise, manual therapy, and patient education to work towards remaining goals.

| | Recorded Date<br>Recorded Time<br>Recorded By | 8/26/2019<br>13:35 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Manual Therapy Activity #1 Type | | See Below [T41] |
| Manual Therapy Activity #1 Technique | | Trigger point release |
| Manual Therapy Activity #1 Rationale | | See Below [T65] |
| Manual Therapy Activity #1 Comment | | See Below [T90] |
| Manual Therapy Activity #2 Type | | See Below [T112] |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below [T116] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T157] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below [T207] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #3 | | See Below [T236] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | 8/26: Left: 40# |
| Other PT Short Term Goal #1 | | See Below [T335] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T368] |
| Other PT Short Term Goal #2 | | See Below [T391] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T424] |
| Other PT Short Term Goal #3 | | See Below [T455] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T517] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |

Lincoln/Zoll 0181



## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 8/26/2019<br>13:35 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T41: 8/26/2019 13:35 EDT (Manual Therapy Activity #1 Type)
Manual traction, Myofascial/Soft tissue mobilization

T65: 8/26/2019 13:35 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T90: 8/26/2019 13:35 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to BUTs, CPSMs, Pecs, Biceps. SOR followed by cervical retraction with 2 sets of 10x:10.

T112: 8/26/2019 13:35 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T116: 8/26/2019 13:35 EDT (Manual Therapy Activity #2 Comment)
client supine and sidelying *PROM measurements taken here

T157: 8/26/2019 13:35 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T207: 8/26/2019 13:35 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T236: 8/26/2019 13:35 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T335: 8/26/2019 13:35 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T368: 8/26/2019 13:35 EDT (Other PT Short Term Goal #1 Comment)
8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T391: 8/26/2019 13:35 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T424: 8/26/2019 13:35 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours.
Red flags reviewed 8/19: B c. rot: 85 deg each

T455: 8/26/2019 13:35 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T517: 8/26/2019 13:35 EDT (Additional Information PT)
Continued with cervical retractions in supine to help improve cervical symptoms. Less shoulder pain noted with retractions today sec. to injection. Instructed to continue with retractions at home. Performed manual stretching to left shoulder to increase shoulder mobility.

| | Recorded Date<br>Recorded Time<br>Recorded By | 8/21/2019<br>14:17 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 8/21/2019<br>14:17 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Primary Pain Location | | Neck |
| Manual Therapy Activity #1 Type | | See Below [T42] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Technique | | Trigger point release |
| Manual Therapy Activity #1 Rationale | | See Below [T66] |
| Manual Therapy Activity #1 Comment | | See Below [T91] |
| Manual Therapy Activity #2 Type | | See Below [T113] |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below [T117] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T158] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below [T208] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #3 | | See Below [T237] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| Activity #1 Type of Modality | | Cold packs |
| Modality Activity #1 Performed | | No |
| Modality Activity #1 Body Region | | Neck and L shoulder |
| Modality Activity #1 Minutes | | 10 |
| Activity #2 Type of Modality | | See Below [T311] |
| Modality Activity #2 Performed | | Yes |
| Modality Activity #2 Body Region | | cervical spine |
| Modality Activity #2 Settings | | 80-150 pps |
| Modality Activity #2 Minutes | | 15 |
| Modality Activity #2 Comments | | w/ hot pack |
| Other PT Short Term Goal #1 | | See Below [T336] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | 8/6: 125 deg. left shoulder flex |
| Other PT Short Term Goal #2 | | See Below [T392] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T425] |
| Other PT Short Term Goal #3 | | See Below [T456] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below [T518] |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

## *IView*

Textual Results

T42: 8/21/2019 14:17 EDT (Manual Therapy Activity #1 Type)
Manual traction, Myofascial/Soft tissue mobilization

T66: 8/21/2019 14:17 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T91: 8/21/2019 14:17 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to BUTs, CPSMs, Pecs, Biceps. SOR followed by cervical retraction with 2 sets of 10x:10.

T113: 8/21/2019 14:17 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T117: 8/21/2019 14:17 EDT (Manual Therapy Activity #2 Comment)
client supine and sidelying *PROM measurements taken here

T158: 8/21/2019 14:17 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T208: 8/21/2019 14:17 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T237: 8/21/2019 14:17 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T311: 8/21/2019 14:17 EDT (Activity #2 Type of Modality)
Electrical stimulation, unattended

T336: 8/21/2019 14:17 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T392: 8/21/2019 14:17 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T425: 8/21/2019 14:17 EDT (Other PT Short Term Goal #2 Comment)
8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T456: 8/21/2019 14:17 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T518: 8/21/2019 14:17 EDT (Additional Information PT)
Mr. Zoll is still having shoulder and neck pain that hasn't resolved. He saw Shoulder MD on Tuesday and said he might need a clavicular shaving to help with hsoulder pain. Trialed Estim with moist heat to cervical spine to decrease pain and help improve overall tolerance to activity. Pain level reduced to 3/10 from 6/10 after modalities. Pt. to be reassessed next session.

| | | |
|---|---|---|
| | Recorded Date | 8/19/2019 |
| | Recorded Time | 12:49 EDT |
| | Recorded By | Tackett PTA,Ashton |
| Procedure | Reference Range | |
| Barriers to Learning | | None evident |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below [T13] |
| Left Shoulder Abduction PROM | | 135 |
| Left Shoulder Abduction ROM Comment | | empty end feel |
| Left Shoulder Flexion PROM | | 160 |
| Left Shoulder Flexion ROM Comment | | empty end feel |

## IView

| | Recorded Date | 8/19/2019 |
|---|---|---|
| | Recorded Time | 12:49 EDT |
| | Recorded By | Tackett PTA,Ashton |
| Procedure | Reference Range | |
| Primary Pain Location | | Neck |
| Primary Pain Laterality | | Left |
| Primary Pain Radiation | | Yes |
| Primary Pain Radiation Characteristics | | L posterior shldr |
| Manual Therapy Activity #1 Type | | See Below T43 |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Technique | | Trigger point release |
| Manual Therapy Activity #1 Rationale | | See Below T67 |
| Manual Therapy Activity #1 Comment | | See Below T92 |
| Manual Therapy Activity #2 Type | | See Below T114 |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | See Below T115 |
| Manual Therapy Activity #2 Comment | | See Below T118 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| Other PT Short Term Goal #1 | | See Below T337 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | 8/6: 125 deg. left shoulder flex |
| Other PT Short Term Goal #2 | | See Below T393 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T426 |
| Other PT Short Term Goal #3 | | See Below T457 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |
| PT Therapeutic Exercise #2 | | Other: sidelying shldr ER |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 15 reps, L |
| PT Therapeutic Exercise #2 Resistance | | AROM |
| PT Therapeutic Exercise #2 Comment | | for strength |
| PT Therapeutic Exercise #3 | | See Below T473 |
| PT Therapeutic Exercise Performed #3 | | Yes |
| PT Therapeutic Exercise #3 Repetition | | x10 reps each direction |
| PT Therapeutic Exercise #3 Resistance | | AROM |
| PT Therapeutic Exercise #3 Comment | | See Below T481 |
| Post Treatment Numeric Pain Rating Scale | | 6 |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 8/19/2019<br>12:49 EDT<br>Tackett PTA,Ashton |
|---|---|---|
| Procedure | Reference Range | |
| Additional Information PT | | See Below [T519] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Document UE Range in Degrees | | Yes |
| Lt Shoulder Abduct Strength Rehab | | 3+ |
| Lt Shoulder Flexion Strength Rehab | | 3+ |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T13: 8/19/2019 12:49 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex

T43: 8/19/2019 12:49 EDT (Manual Therapy Activity #1 Type)
Manual traction, Myofascial/Soft tissue mobilization

T67: 8/19/2019 12:49 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T92: 8/19/2019 12:49 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to BUTs, CPSMs, Pecs, Biceps. SOR followed by cervical retraction with 2 sets of 10x:10.

T114: 8/19/2019 12:49 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T115: 8/19/2019 12:49 EDT (Manual Therapy Activity #2 Response)
Other: increased muscle guarding noted and empty end feel

T118: 8/19/2019 12:49 EDT (Manual Therapy Activity #2 Comment)
client supine and sidelying *PROM measurements taken here

T337: 8/19/2019 12:49 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T393: 8/19/2019 12:49 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T426: 8/19/2019 12:49 EDT (Other PT Short Term Goal #2 Comment)
8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T457: 8/19/2019 12:49 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T473: 8/19/2019 12:49 EDT (PT Therapeutic Exercise #3)
Other: supine, reverse codmans (cw/ccw)

T481: 8/19/2019 12:49 EDT (PT Therapeutic Exercise #3 Comment)
for strength. *Pain increase noted.

T519: 8/19/2019 12:49 EDT (Additional Information PT)
*Client with MD appt today; PTA wrote note-see chart copy.

PTA believes client is cont'ing to benefit from supine c. retractions, but minimially. PTA cont'd treatment with focus on L UE strength ther-ex and manual for L UE ROM. Client's pain seems to be a primary limitation in regards to L UE mobility throughout treatment.

## *IView*

Textual Results
T519: 8/19/2019 12:49 EDT (Additional Information PT)

Client with increased pain post session to 6/10 (from 4/10) and possibly from manual stretching on LUE. Client declined ice post session for pain control.

Next session PT to see client.

| | | |
|---|---|---|
| | Recorded Date | 8/15/2019 |
| | Recorded Time | 13:37 EDT |
| | Recorded By | Hensley PT,Jennifer |
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| Primary Pain Location | | Neck |
| Manual Therapy Activity #1 Type | | See Below T44 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Technique | | Trigger point release |
| Manual Therapy Activity #1 Rationale | | See Below T68 |
| Manual Therapy Activity #1 Comment | | See Below T93 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T159 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below T209 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #3 | | See Below T238 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| Activity #1 Type of Modality | | Cold packs |
| Modality Activity #1 Performed | | Yes |
| Modality Activity #1 Body Region | | Neck and L shoulder |
| Modality Activity #1 Minutes | | 10 |
| Other PT Short Term Goal #1 | | See Below T338 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | 8/6: 125 deg. left shoulder flex |
| Other PT Short Term Goal #2 | | See Below T394 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T427 |
| Other PT Short Term Goal #3 | | See Below T458 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |
| PT Therapeutic Exercise #2 | | Upper extremity passive range |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 8/15/2019<br>13:37 EDT<br>Hensley PT,Jennifer |
|---|---|---|
| Procedure | Reference Range | |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 15 |
| PT Therapeutic Exercise #2 Comment | | Flex/ABD/IR/ER |
| PT Therapeutic Exercise #3 | | Upper extremity stretching |
| PT Therapeutic Exercise Performed #3 | | Yes |
| PT Therapeutic Exercise #3 Repetition | | 6' |
| PT Therapeutic Exercise #3 Comment | | Teres, Pec, and Biceps |
| Post Treatment Numeric Pain Rating Scale | | 1 |
| Additional Information PT | | See Below [T520] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T44: 8/15/2019 13:37 EDT (Manual Therapy Activity #1 Type)
Manual traction, Myofascial/Soft tissue mobilization

T68: 8/15/2019 13:37 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T93: 8/15/2019 13:37 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to BUTs, CPSMs, Pecs, Biceps. SOR followed by cervical retraction with 2 sets of 10x:10.

T159: 8/15/2019 13:37 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T209: 8/15/2019 13:37 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T238: 8/15/2019 13:37 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T338: 8/15/2019 13:37 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T394: 8/15/2019 13:37 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T427: 8/15/2019 13:37 EDT (Other PT Short Term Goal #2 Comment)
8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed

T458: 8/15/2019 13:37 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T520: 8/15/2019 13:37 EDT (Additional Information PT)
Mr. Zoll was able to show improvement in ROM, grip strength, pain, and headache reduction with cervical retractions in supine. He had good pain reduction with manual cervical distraction, shoulder PROM and stretching to teres and biceps, and ice after treatment session.

## IView

| | | |
|---|---|---|
| | Recorded Date | 8/12/2019 |
| | Recorded Time | 12:55 EDT |
| | Recorded By | Tackett PTA,Ashton |
| Procedure | Reference Range | |
| Barriers to Learning | | None evident |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | Re-check baselines |
| Ed-Body Mechanics | | See Below [T15 R1] |
| Ed-Exercise Program | | See Below [T20 R4] |
| Primary Pain Location | | Neck |
| Manual Therapy Activity #1 Type | | See Below [T45] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Technique | | Trigger point release |
| Manual Therapy Activity #1 Rationale | | See Below [T69] |
| Manual Therapy Activity #1 Response | | Positive response to treatment |
| Manual Therapy Activity #1 Comment | | ct. supine |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| Other PT Short Term Goal #1 | | See Below [T339] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | 8/6: 125 deg. left shoulder flex |
| Other PT Short Term Goal #2 | | See Below [T395] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T428] |
| Other PT Short Term Goal #3 | | See Below [T459] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below [T521] |
| Pre Treatment Numeric Pain Rating Scale: | | 3 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T15: 8/12/2019 12:55 EDT (Ed-Body Mechanics)
Verbalizes understanding, Demonstrates, Needs further teaching

T20: 8/12/2019 12:55 EDT (Ed-Exercise Program)
Verbalizes understanding, Demonstrates, Teachback successful

T45: 8/12/2019 12:55 EDT (Manual Therapy Activity #1 Type)
Myofascial/Soft tissue mobilization, Other: STM to B occiputs and manual cervical distraction (6x30 sec holds)

T69: 8/12/2019 12:55 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T339: 8/12/2019 12:55 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T395: 8/12/2019 12:55 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

## IView

Textual Results
T428: 8/12/2019 12:55 EDT (Other PT Short Term Goal #2 Comment)
8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed
T459: 8/12/2019 12:55 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.
T521: 8/12/2019 12:55 EDT (Additional Information PT)
Client was 10 min late for session. Client reports increased headaches since starting therapy. PTA had client attempt rep. c. retraction (derrangement reduciton exercise) in a gravity eliminating position (supine) today to see effect on pain control; Client tolerated well in clinic and to cont. with ex at home for HEP at this time.

PTA applied ice to client's c.spine post session, x10 min in supine position for pain control-no charge for service. Client with cont'd 3/10 pain post session.

PT to see client next session.

Result Comments
R1: Ed-Body Mechanics
posture
R4: Ed-Exercise Program
supine c. retraction

| | Recorded Date<br>Recorded Time<br>Recorded By | 8/8/2019<br>13:45 EDT<br>Hensley PT,Jennifer |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| Primary Pain Location | | Head |
| Primary Pain Laterality | | Bilateral |
| Primary Pain Radiation | | Yes |
| Primary Pain Radiation Characteristics | | See Below T24 |
| Manual Therapy Activity #1 Type | | See Below T46 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below T70 |
| Manual Therapy Activity #1 Comment | | See Below T94 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T160 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below T210 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #3 | | See Below T239 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #1 | | See Below T340 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | 8/6: 125 deg. left shoulder flex |
| Other PT Short Term Goal #2 | | See Below T396 |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 8/8/2019<br>13:45 EDT<br>Hensley PT,Jennifer |
|---|---|---|
| Procedure | Reference Range | |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T429] |
| Other PT Short Term Goal #3 | | See Below [T460] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Post Treatment Numeric Pain Rating Scale | | 2 |
| Additional Information PT | | See Below [T522] |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T24: 8/8/2019 13:45 EDT (Primary Pain Radiation Characteristics)
Headache between the eyes and forehead and neck pain

T46: 8/8/2019 13:45 EDT (Manual Therapy Activity #1 Type)
Manual stretch, Myofascial/Soft tissue mobilization

T70: 8/8/2019 13:45 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T94: 8/8/2019 13:45 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to B CPSMs, UTs, MTs, scalenes, SCM, L pec and bicep. He received gentle stretching into retraction/downward rotation. He received trigger point release to L UT and scalenes and SOR.

T160: 8/8/2019 13:45 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T210: 8/8/2019 13:45 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T239: 8/8/2019 13:45 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T340: 8/8/2019 13:45 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T396: 8/8/2019 13:45 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T429: 8/8/2019 13:45 EDT (Other PT Short Term Goal #2 Comment)
7/29:Improvements noted post rep c. retraction; Client to cont with rep ex x10 reps, 4x/day. POsture education initiated

T460: 8/8/2019 13:45 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T522: 8/8/2019 13:45 EDT (Additional Information PT)
Significant improvements in cervical and headache pain.

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 8/6/2019<br>10:20 EDT<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Manual Therapy Activity #1 Type | | See Below T47 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below T71 |
| Manual Therapy Activity #1 Response | | See Below T74 |
| Manual Therapy Activity #1 Comment | | See Below T95 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T161 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below T211 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #3 | | See Below T240 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #1 | | See Below T341 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | 8/6: 125 deg. left shoulder flex |
| Other PT Short Term Goal #2 | | See Below T397 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T430 |
| Other PT Short Term Goal #3 | | See Below T461 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below T523 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T47: 8/6/2019 10:20 EDT (Manual Therapy Activity #1 Type)
Manual stretch, Myofascial/Soft tissue mobilization

T71: 8/6/2019 10:20 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T74: 8/6/2019 10:20 EDT (Manual Therapy Activity #1 Response)
Positive response to treatment, Other: Left Shoulder ROM improved

T95: 8/6/2019 10:20 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to B CPSMs, UTs, MTs, scalenes, SCM, L pec and bicep. He received gentle stretching into retraction/downward rotation. He received trigger point release to L UT and scalenes and SOR.

T161: 8/6/2019 10:20 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

## *IView*

Textual Results

T211: 8/6/2019 10:20 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T240: 8/6/2019 10:20 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T341: 8/6/2019 10:20 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T397: 8/6/2019 10:20 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T430: 8/6/2019 10:20 EDT (Other PT Short Term Goal #2 Comment)
7/29:Improvements noted post rep c. retraction; Client to cont with rep ex x10 reps, 4x/day. POsture education initiated

T461: 8/6/2019 10:20 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T523: 8/6/2019 10:20 EDT (Additional Information PT)
James continues to respond to cervical retractions with slightly improved shoulder flexion and grip strength on left. Instructed to continue with retractions at home. Responded to STM to Left UT and scapula to help decrease tightness and mobility. Will benefit from skilled therapy to progress neck and shoulder mobility.

| | Recorded Date<br>Recorded Time<br>Recorded By | 8/1/2019<br>09:38 EDT<br>Hensley PT,Jennifer |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| Ed-Exercise Program | | See Below [T21 R5] |
| Primary Pain Location | | Neck |
| Primary Pain Laterality | | Left |
| Primary Pain Radiation | | Yes |
| Primary Pain Radiation Characteristics | | into left shoulder |
| Manual Therapy Activity #1 Type | | See Below [T48] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below [T72] |
| Manual Therapy Activity #1 Comment | | See Below [T96] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T162] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below [T212] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #3 | | See Below [T241] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #1 | | See Below [T342] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #2 | | See Below [T398] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 8/1/2019<br>09:38 EDT<br>Hensley PT,Jennifer |
|---|---|---|
| Procedure | Reference Range | |
| Other PT Short Term Goal #2 Comment | | See Below [T431] |
| Other PT Short Term Goal #3 | | See Below [T462] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T524] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T21: 8/1/2019 09:38 EDT (Ed-Exercise Program)
Verbalizes understanding, Demonstrates

T48: 8/1/2019 09:38 EDT (Manual Therapy Activity #1 Type)
Manual stretch, Myofascial/Soft tissue mobilization

T72: 8/1/2019 09:38 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T96: 8/1/2019 09:38 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to B CPSMs, UTs, MTs, scalenes, SCM, L pec and bicep. He received gentle stretching into retraction/downward rotation. He received trigger point release to L UT and scalenes and SOR.

T162: 8/1/2019 09:38 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T212: 8/1/2019 09:38 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T241: 8/1/2019 09:38 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T342: 8/1/2019 09:38 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T398: 8/1/2019 09:38 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T431: 8/1/2019 09:38 EDT (Other PT Short Term Goal #2 Comment)
7/29:Improvements noted post rep c. retraction; Client to cont with rep ex x10 reps, 4x/day. POsture education initiated

T462: 8/1/2019 09:38 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T524: 8/1/2019 09:38 EDT (Additional Information PT)
Mr. Zoll did not have a headache after treatment session today. He continues to benefit from cervical retractions without overpressure with increased shoulder ROM without headache. He continues to have significant muscle guarding in the Left UT, scalenes, SCM, pecs, and biceps. Discussed dry needling, but pt reports that he didn't have much relief with it last time.

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 7/25/2019
FIN#: 168539 Discharge Date: 10/31/2019
DOB/Age/Gender: 51 years Male Attending Phys:

## *IView*

Result Comments
R5: Ed-Exercise Program
Discussed importance of cervical retractions continued as long as headaches do not increase

| | Recorded Date | 7/29/2019 |
|---|---|---|
| | Recorded Time | 15:06 EDT |
| | Recorded By | Tackett PTA,Ashton |
| Procedure | Reference Range | |
| Barriers to Learning | | None evident |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | Progress as client tolerates |
| Ed-Body Mechanics | | See Below [T16 R1] |
| Ed-Exercise Program | | See Below [T22 R6] |
| Primary Pain Location | | Neck |
| Primary Pain Laterality | | Left |
| Primary Pain Radiation | | Yes |
| Primary Pain Radiation Characteristics | | L shldr |
| Manual Therapy Activity #1 Type | | See Below [T49] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Technique | | Trigger point release |
| Manual Therapy Activity #1 Rationale | | See Below [T73] |
| Manual Therapy Activity #1 Response | | Positive response to treatment |
| Manual Therapy Activity #1 Comment | | ct. seated post ther-ex |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| Other PT Short Term Goal #1 | | See Below [T343] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #2 | | See Below [T399] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T432] |
| Other PT Short Term Goal #3 | | See Below [T463] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T525] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results
T16: 7/29/2019 15:06 EDT (Ed-Body Mechanics)

## *IView*

Textual Results

T16: 7/29/2019 15:06 EDT (Ed-Body Mechanics)
Verbalizes understanding, Demonstrates, Needs further teaching

T22: 7/29/2019 15:06 EDT (Ed-Exercise Program)
Verbalizes understanding, Demonstrates, Teachback successful

T49: 7/29/2019 15:06 EDT (Manual Therapy Activity #1 Type)
Manual stretch, Myofascial/Soft tissue mobilization, Other: STM to B upper/mid traps region and manual stretch of B shldrs into retraction/downward rotation

T73: 7/29/2019 15:06 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T343: 7/29/2019 15:06 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T399: 7/29/2019 15:06 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T432: 7/29/2019 15:06 EDT (Other PT Short Term Goal #2 Comment)
7/29:Improvements noted post rep c. retraction; Client to cont with rep ex x10 reps, 4x/day. POsture education initiated

T463: 7/29/2019 15:06 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T525: 7/29/2019 15:06 EDT (Additional Information PT)
Client demo'd improvement in c. ROM/L shldr flex ROM post rep c. retractions, and PTA instructed client cont with ex, x10 reps, 4x/day for derangement reduction method at this time.

Client with overall poor psoture, and PTA recommends cont'd education to increase client I in this areas for pain control.

Client with cont'd pain of 4/10 post session, so PTA applied ice to client's c.spine for pain control, x10 min-no charge for service.

Result Comments

R1: Ed-Body Mechanics
posture

R6: Ed-Exercise Program
c. retractions

| | Recorded Date<br>Recorded Time<br>Recorded By | 7/25/2019<br>16:37 EDT<br>Hensley PT,Jennifer | 7/25/2019<br>12:46 EDT<br>Hensley PT,Jennifer |
|---|---|---|---|
| Procedure | Reference Range | | |
| Teaching Method | | - | See Below [T4] |
| Living Situation | | - | Home independently |
| Left Shoulder Abduction AROM | | - | 112 |
| Left Shoulder Flexion AROM | | - | 125 |
| Right Shoulder Abduction AROM | | - | 186 |
| Right Shoulder Flexion AROM | | - | 172 |
| Detail Areas of Responsibilities | | - | See Below [T14] |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 7/25/2019<br>16:37 EDT<br>Hensley PT,Jennifer | 7/25/2019<br>12:46 EDT<br>Hensley PT,Jennifer |
|---|---|---|---|
| Procedure | Reference Range | | |
| Prior Cognitive-Communication Skills | | - | Independent (I) |
| Prior Instrumental ADL Level | | - | Independent (I) |
| Prior ADL/Self Care Status | | - | Independent (I) |
| Prior Indoor Mobility Status | | - | Independent (I) |
| Prior Outdoor Mobility Status | | - | Independent (I) |
| Prior Stairs Status | | - | Independent (I) |
| Lives In | | - | Single level home |
| Ed-Exercise Program | | - | See Below [T23 R7] |
| Primary Pain Location | | - | Neck |
| Primary Pain Laterality | | - | Left |
| Primary Pain Radiation | | - | Yes |
| Primary Pain Radiation Characteristics | | - | L shoulder and into head |
| Left Grip Strength Trial 1 | | - | 45 |
| Left Grip Strength Trial 2 | | - | 50 |
| Left Grip Strength Trial 3 | | - | 49 |
| Left Hand Grip Strength | | - | 48 |
| Mean for Age,Gender Left Hand Grip | | - | 101.9 lbs |
| PT Plan/Goals Established w Pt/Caregiver | | - | Yes |
| PT Long Term Goal #1 | | See Below [T163 O1] | See Below [T164] |
| PT Long Term Goal #1 Status | | Initial [O1] | Initial |
| PT Long Term Goal #2 | | See Below [T213 O1] | See Below [T214] |
| PT Long Term Goal #2 Status | | Initial [O1] | Initial |
| PT Long Term Goal #3 | | See Below [T242 O1] | See Below [T243] |
| PT Long Term Goal #3 Status | | Initial [O1] | Initial |
| Other PT Short Term Goal #1 | | See Below [T344 O1] | See Below [T345] |
| Other PT Short Term Goal #1 Status | | Initial [O1] | Initial |
| Other PT Short Term Goal #2 | | See Below [T400 O1] | See Below [T401] |
| Other PT Short Term Goal #2 Status | | Initial [O1] | Initial |
| Other PT Short Term Goal #3 | | See Below [T464 O1] | See Below [T465] |
| Other PT Short Term Goal #3 Status | | Initial [O1] | Initial |
| Post Treatment Numeric Pain Rating Scale | | - | 2 |
| Additional Information PT | | See Below [T526 O1] | See Below [T527] |
| Right Grip Strength Trial 1 | | - | 113 |
| Right Grip Strength Trial 2 | | - | 103 |
| Right Grip Strength Trial 3 | | - | 95 |
| Right Hand Grip Strength | | - | 103.7 |
| Mean for Age,Gender Right Hand Grip | | - | 113.6 lbs |
| Pre Treatment Numeric Pain Rating Scale: | | - | 3 |
| Document UE Range in Degrees | | - | Yes |

Lincoln/Zoll 0197



## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 7/25/2019<br>16:37 EDT<br>Hensley PT,Jennifer | 7/25/2019<br>12:46 EDT<br>Hensley PT,Jennifer |
|---|---|---|---|
| Procedure | Reference Range | | |
| Lt Elbow Extension Strength Rehab | | - | 4- |
| Lt Elbow Flexion Strength Rehab | | - | 4+ |
| Lt Shoulder Abduct Strength Rehab | | - | 2+ |
| Lt Shoulder Flexion Strength Rehab | | - | 2+ |
| Lt Wrist Extension Strength Rehab | | - | 4 |
| Lt Wrist Flexion Strength Rehab | | - | 4- |
| Rt Elbow Extension Strength Rehab | | - | 5 |
| Rt Elbow Flexion Strength Rehab | | - | 5 |
| Rt Shoulder Abduction Strength Rehab | | - | 5 |
| Rt Shoulder Flexion Strength Rehab | | - | 5 |
| Rt Wrist Extension Strength Rehab | | - | 5 |
| Rt Wrist Flexion Strength Rehab | | - | 4+ |
| Previous Hand Dominance PT | | - | Right |
| Current Hand Dominance PT | | - | Right |

Textual Results

T4: 7/25/2019 12:46 EDT (Teaching Method)
Demonstration, Explanation, Printed materials

T14: 7/25/2019 12:46 EDT (Detail Areas of Responsibilities)
Difficulty carrying heavy objects in kitchen, grocery shop, drive, swim Has been off work since fall in 2018 Likes to hike and be outdoors

T23: 7/25/2019 12:46 EDT (Ed-Exercise Program)
Verbalizes understanding, Demonstrates

T163: 7/25/2019 16:37 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T164: 7/25/2019 12:46 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T213: 7/25/2019 16:37 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T214: 7/25/2019 12:46 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T242: 7/25/2019 16:37 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T243: 7/25/2019 12:46 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T344: 7/25/2019 16:37 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T345: 7/25/2019 12:46 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T400: 7/25/2019 16:37 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

## *IView*

Textual Results

T401: 7/25/2019 12:46 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T464: 7/25/2019 16:37 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T465: 7/25/2019 12:46 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T526: 7/25/2019 16:37 EDT (Additional Information PT)
Mr. Zoll has a 1 year history of LUE pain and a longer history of neck pain. He reports that 1 year ago he fell and that increased his neck/shoulder pain, headaches, and his hand numbness. He has decreased CROM, shoulder ROM, LUE and grip strength. He responded with improved ROM, pain, and tingling with postural correction and slouch overcorrect. He is a good candidate for skilled PT would benefit from skilled PT for manual therapy, derangement reduction activities, and postural education. He has tried dry needling in the past, but may benefit from another trial. He is of moderate complexity due to the variable nature condition, past medical history, and severity of impairment.

T527: 7/25/2019 12:46 EDT (Additional Information PT)
Mr. Zoll has a 1 year history of LUE pain and a longer history of neck pain. He reports that 1 year ago he fell and that increased his neck/shoulder pain, headaches, and his hand numbness. He has decreased CROM, shoulder ROM, LUE and grip strength. He responded with improved ROM, pain, and tingling with postural correction and slouch overcorrect. He is a good candidate for skilled PT would benefit from skilled PT for manual therapy, derangement reduction activities, and postural education. He has tried dry needling in the past, but may benefit from another trial. He is of moderate complexity due to the variable nature condition, past medical history, and severity of impairment.

Result Comments

R7: Ed-Exercise Program
importance of posture, slouch over-correct exercise, red flags reviewed

Order Comments

O1: Cert Letter PT Create - Send
This order was added by Discern Expert

## DOC - Therapy

DOCUMENT NAME: PT Certification Letter-Text
SERVICE DATE/TIME: 9/25/2019 21:01 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hale PT,Angela (9/25/2019 21:01 EDT)
SIGN INFORMATION: Taylor MD,PhD,Robert (9/26/2019 06:42 EDT); Hale PT, Angela (9/25/2019 21:01 EDT)

**PT Updated Certification Letter Entered On: 09/25/2019 21:02 EDT**
**Performed On: 09/25/2019 21:01 EDT by Hale PT, Angela**

**Physician Certification**
*Date of Birth :* EST
*PT Date of Injury or Surgery :* 07/01/2018 EDT
*Date of Eval PT :* 07/25/2019 EDT
*Number of Visits This Interval :* 19
*Dear Physician :* Thank you for your referral. Below is the patient information for the stated interval of treatment. Please review, modify (if necessary), sign, and return. Thank you.
*PT Certification Interval Start :* 09/25/2019 EDT
*POC Valid Through - PT :* 11/27/2019 EST
*PT Ordering Physician's Name :* Dr. Gish
Lexington Clinic Interventional Pain
*Staff Physician Signature :* The physician's electronic signature noted above indicates approval of the documented Plan of Care for the stated interval.
*Physician Signature Required :* Yes

Hale PT, Angela - 09/25/2019 21:01 EDT

**Problem List**

(As Of: 09/25/2019 21:02:09 EDT)

Diagnoses(Active)

Radiculopathy, cervical region — *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Balance Training - 97112, Community Work Re-integration - 97537, Gait Training - 97116, Group Therapy - 97150, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Stair Training - 97116, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*PT Certification Letter Complete :* Yes

## DOC - Therapy

Hale PT, Angela - 09/25/2019 21:01 EDT

**Outpatient Review**
*Rehab Potential Physical Therapy :* Good

Hale PT, Angela - 09/25/2019 21:01 EDT

Prior Functional Level Grid
*ADL/Self Care :* Independent (I)
*Indoor Mobility :* Independent (I)
*Outdoor Mobility :* Independent (I)
*Stairs :* Independent (I)
*Instrumental ADL :* Independent (I)
*Prior Cognitive-Communication Skills :* Independent (I)

Hale PT, Angela - 09/25/2019 21:01 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Hale PT, Angela - 09/25/2019 21:01 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Initial |
| *Date Met :* | | 08/29/2019 EDT | | |
| *Comments :* | 9/25 Continued decrease in L UE MMT | | 9/25 Continued limitation in L grip | |
| | Hale PT, Angela - 09/25/2019 21:01 EDT | Hale PT, Angela - 09/25/2019 21:01 EDT | Hale PT, Angela - 09/25/2019 21:01 EDT | Hale PT, Angela - 09/25/2019 21:01 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Initial | Initial |
| *Date Met :* | | |
| *Comments :* | | |

## *DOC - Therapy*

| | | |
|---|---|---|
| | Hale PT, Angela - 09/25/2019 21:01 EDT | Hale PT, Angela - 09/25/2019 21:01 EDT |

*LTG Documentation :* Yes

Hale PT, Angela - 09/25/2019 21:01 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Hale PT, Angela - 09/25/2019 21:01 EDT | Hale PT, Angela - 09/25/2019 21:01 EDT | Hale PT, Angela - 09/25/2019 21:01 EDT |

**Positioning Goals and Plan**

*Patient Stated Goals :* to be able to swim
to be able to use both hands

Hale PT, Angela - 09/25/2019 21:01 EDT

**Recommendations/Summary of Progress**

*Necessity of the Services Provided :* -
*Functional Progression w/ Objective Improvements :* --
*Justification of Need :* -
*Additional Information PT :* Patient with improved L shoulder flexion at 135 and abduction 154. He also has improved C-spine AROM. He continues to be limited by neck pain and poor posture. He was issued a supine neck support and was able to demonstrate correct use. He was evaluated for low back pain today with decreased Lumbar ROM, decreased L LE

*DOC - Therapy*

MMT and increased score on Revised Oswestry. He demonstrates improved ROM and LE MMT after prone laying, however it increased C-spine pain. He was trialed with standing extension and was able to perform with no increase in back pain and no C-spine pain increase and was issued for home. He will benefit from continued skilled PT services for the L shoulder and goals were added for Low back. Plan to continue skilled PT 2 X per week X 4 weeks to improve ROM, MMT and I with walking.

Hale PT, Angela - 09/25/2019 21:01 EDT

## DOC - Therapy

DOCUMENT NAME: PT Certification Letter-Text
SERVICE DATE/TIME: 7/25/2019 16:37 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (7/25/2019 16:37 EDT)
SIGN INFORMATION: Taylor MD,PhD,Robert (7/25/2019 17:02 EDT); Hensley PT, Jennifer (7/25/2019 16:37 EDT)

**PT Initial Certification Letter Entered On: 07/25/2019 16:38 EDT**
**Performed On: 07/25/2019 16:37 EDT by Hensley PT, Jennifer**

**Physician Certification**
*Date of Birth :* EST
*PT Date of Injury or Surgery :* 07/01/2018 EDT
*Date of Eval PT :* 07/25/2019 EDT
*Number of Visits This Interval :* 1
*Dear Physician :* Thank you for your referral. Below is the patient information for the stated interval of treatment. Please review, modify (if necessary), sign, and return. Thank you.
*PT Certification Interval Start :* 07/25/2019 EDT
*POC Valid Through - PT :* 09/26/2019 EDT
*PT Ordering Physician's Name :* Dr. Gish
Lexington Clinic Interventional Pain
*Staff Physician Signature :* The physician's electronic signature noted above indicates approval of the documented Plan of Care for the stated interval.
*Physician Signature Required :* Yes

Hensley PT, Jennifer - 07/25/2019 16:37 EDT

**Problem List**

(As Of: 07/25/2019 16:38:14 EDT)

Diagnoses(Active)

Radiculopathy, cervical region — *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*PT Certification Letter Complete :* Yes

Hensley PT, Jennifer - 07/25/2019 16:37 EDT

## *DOC - Therapy*

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Hensley PT, Jennifer - 07/25/2019 16:37 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Initial | Initial | Initial |
| | Hensley PT, Jennifer - 07/25/2019 16:37 EDT | Hensley PT, Jennifer - 07/25/2019 16:37 EDT | Hensley PT, Jennifer - 07/25/2019 16:37 EDT |

*LTG Documentation :* Yes

Hensley PT, Jennifer - 07/25/2019 16:37 EDT

**Short Term Goals**
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Initial | Initial | Initial |
| | Hensley PT, Jennifer - 07/25/2019 16:37 EDT | Hensley PT, Jennifer - 07/25/2019 16:37 EDT | Hensley PT, Jennifer - 07/25/2019 16:37 EDT |

**Recommendations/Summary of Progress**
*Additional Information PT :* Mr. Zoll has a 1 year history of LUE pain and a longer history of neck pain. He reports that 1 year ago he fell and that increased his neck/shoulder pain, headaches, and his hand numbness. He has decreased CROM, shoulder ROM, LUE and grip strength. He responded with improved ROM, pain, and tingling with postural correction and slouch overcorrect. He is a good candidate for skilled PT would benefit from skilled PT for manual therapy, derangement reduction activities, and postural education. He has tried dry needling in the past, but may benefit from another trial. He is of moderate complexity due to the variable nature condition, past medical history, and severity of impairment.

*DOC - Therapy*

Hensley PT, Jennifer - 07/25/2019 16:37 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 10/31/2019 09:41 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (10/31/2019 09:41 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (10/31/2019 09:41 EDT)

**OP PT Daily Documentation Entered On: 10/31/2019 10:38 EDT**
**Performed On: 10/31/2019 09:41 EDT by Hensley PT, Jennifer**

**Review/Treatments Provided**
*Total Number of Visits PT :* 27
*Total Number of Authorized Visits PT :* 31
*Authorization Valid Through (PT): :* 11/30/2019 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 11/27/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Reassess Mobility :* No
*Documented Pain (new) :* Yes, able to self report pain
*Update Cognition/Comm Func Status PT :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

**Subjective Report**
*Subjective Report :* Pt reports that he feels that he is still having the same pain over the AC joint. He reports that his back is much better. He has been working on his neck and having injections and that seems to be improving. However, it doesn't affect the shoulder pain much. He follows up with the MD on 11/4 for shoulder pain and will be discussing surgical intervention.

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

**Rapid Pain Assessment**
*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 4
*Best Pain in Last 2 Weeks :* 2
*Worst Pain in Last 2 Weeks :* 6

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

<u>Rapid Pain Assessment OP Grid</u>

| | Secondary Pain |
|---|---|

## DOC - Therapy

| | |
|---|---|
| *Location :* | Neck |
| *Pain Scale :* | 2 |
| | Hensley PT, Jennifer - 10/31/2019 09:41 EDT |

**Long Term Goals**
*PT Patient,Caregiver Goal :* to be able to swim
to be able to use both hands

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Date Met :* | | 10/24/2019 EDT | | |
| *Comments :* | 10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT | 10/24: 34 | 10/31: 50 psi. 10/29: 42#. 10/24: NT. 9/25 Continued limitation in L grip | 10/24: moderate limitation to flexion, all other within minimal limitations |
| | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Date Met :* | | |
| *Comments :* | 10/24: 26 | 10/31: 2. 10/24: 3/10 |

## *DOC - Therapy*

| | | |
|---|---|---|
| | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT |

*IP PT LTG Documentation :* Yes

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT |

**Therapeutic Exercise**

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: AROM scap retraction | Other: sidelying shldr ER | Other: supine, reverse codmans (cw/ccw) | Other: Pulleys |
| *Exercise Performed :* | Yes | No | No | No |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Repetition/Time :* | x20 reps | 15 reps, L | x10 reps each direction | 3 min |
| *Resist or Assist :* | seated | AROM | AROM | |
| *Comment :* | for scap stab/postural awareness | for strength | for strength. *Pain increase noted. | flex/scaption |
| | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: Table slides | Other: wall slides | Other: shoulder isoms: all planes | Other: high/mid/low rows |
| *Exercise Performed :* | No | No | No | Yes |
| *Repetition/Time :* | 15 reps | 10 | 10x:05 | 15 reps each |
| *Resist or Assist :* | | | | green tband |
| *Comment :* | flex/abd | flex/scaption - cues for scapular mechanics | | issued HEP |
| | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT |

| | Exercise 9 |
|---|---|
| *Exercise :* | Other: 3 way chet press |
| *Exercise Performed :* | No |
| *Repetition/Time :* | 15 repsa each |
| *Resist or Assist :* | greent band |
| *Comment :* | |
| | Hensley PT, Jennifer - 10/31/2019 09:41 EDT |

## *DOC - Therapy*

*Therapeutic Exercise Grid Updated :* Yes

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Demonstrates
(Comment: written HEP issued for scapular strengthening. [Hensley PT, Jennifer - 10/31/2019 09:41 EDT] )
*Physical Therapy Plan of Care :* Verbalizes understanding

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

*Teaching Method :* Demonstration, Explanation, Printed materials

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

**Assessment**

*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex
*OP Patient Impairments/Limitations-PT :* Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Hensley PT, Jennifer - 10/31/2019 09:41 EDT
(As Of: 10/31/2019 10:38:22 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Mr. Zoll is completing his HEP and managing his neck and back symptoms. He has had limited progress with shoulder motion and strength. He has reached maximum functional potential for L shoulder at this time. He follows up with MD on 11/4 to discuss surgical intervention. He will likely be discharged from skilled PT if surgical intervention is indicated. He will let us know after his MD appointment whether to continue with all POC's or discontinue therapy if surgery is indicated.

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 3
*OP PT Therapeutic Exercise Minutes :* 40
*PT Total Treatment Minutes :* 40
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

## *DOC - Therapy*

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 10/29/2019 12:51 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Arseneau DPT,Julie (10/29/2019 13:40 EDT)
SIGN INFORMATION: Arseneau DPT,Julie (10/29/2019 13:40 EDT)

**OP PT Daily Documentation Entered On: 10/29/2019 13:05 EDT**
**Performed On: 10/29/2019 12:51 EDT by Arseneau DPT, Julie**

**Review/Treatments Provided**
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes

Arseneau DPT, Julie - 10/29/2019 13:06 EDT

*Total Number of Visits PT :* 26
*Total Number of Authorized Visits PT :* 31
*Authorization Valid Through (PT): :* 11/30/2019 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes

Arseneau DPT, Julie - 10/29/2019 12:54 EDT

*Therapy Certification Date :* POC Valid Through - PT: 11/27/19

Arseneau DPT, Julie - 10/29/2019 13:40 EDT

*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right

Arseneau DPT, Julie - 10/29/2019 12:54 EDT

**Subjective Report**
*Subjective Report :* Pt reports that he is going to see a specialist next week and get a cortisone injection in the neck.

Arseneau DPT, Julie - 10/29/2019 12:54 EDT

**Rapid Pain Assessment**
*Primary Pain Laterality :* Right
*Post Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

Arseneau DPT, Julie - 10/29/2019 13:40 EDT

*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 4

Arseneau DPT, Julie - 10/29/2019 12:54 EDT

**Long Term Goals**
*PT Patient,Caregiver Goal :* to be able to swim

## *DOC - Therapy*

to be able to use both hands

Arseneau DPT, Julie - 10/29/2019 12:54 EDT
Arseneau DPT, Julie - 10/29/2019 12:54 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Date Met :* | | 10/24/2019 EDT | | |
| *Comments :* | 10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT | 10/24: 34 | 10/29: 42#. 10/24: NT. 9/25 Continued limitation in L grip | 10/24: moderate limitation to flexion, all other within minimal limitations |
| | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 13:06 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Date Met :* | | |
| *Comments :* | 10/24: 26 | 10/24: 3/10 |
| | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT |

*IP PT LTG Documentation :* Yes

Arseneau DPT, Julie - 10/29/2019 12:54 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Arseneau DPT, Julie - 10/29/2019 13:40 EDT

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: AROM scap retraction | Other: sidelying shldr ER | Other: supine, reverse codmans (cw/ccw) | Other: Pulleys |
| *Exercise Performed :* | No | No | No | No |
| *Repetition/Time :* | x20 reps | 15 reps, L | x10 reps each direction | 3 min |
| *Resist or Assist :* | seated | AROM | AROM | |
| *Comment :* | for scap stab/postural awareness | for strength | for strength. *Pain increase noted. | flex/scaption |
| | Arseneau DPT, Julie - 10/29/2019 13:40 EDT | Arseneau DPT, Julie - 10/29/2019 13:40 EDT | Arseneau DPT, Julie - 10/29/2019 13:40 EDT | Arseneau DPT, Julie - 10/29/2019 13:40 EDT |

## *DOC - Therapy*

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: Table slides | Other: wall slides | Other: shoulder isoms: all planes | Other: high/mid/low rows |
| *Exercise Performed :* | No | No | No | Yes |
| *Repetition/Time :* | 15 reps | 10 | 10x:05 | 15 reps each |
| *Resist or Assist :* | | | | green tband |
| *Comment :* | flex/abd | flex/scaption - cues for scapular mechanics | | |
| | Arseneau DPT, Julie - 10/29/2019 13:40 EDT | Arseneau DPT, Julie - 10/29/2019 13:40 EDT | Arseneau DPT, Julie - 10/29/2019 13:40 EDT | Arseneau DPT, Julie - 10/29/2019 13:06 EDT |

| | Exercise 9 |
|---|---|
| *Exercise :* | Other: 3 way chet press |
| *Exercise Performed :* | No |
| *Repetition/Time :* | 15 repsa each |
| *Resist or Assist :* | greent band |
| *Comment :* | |
| | Arseneau DPT, Julie - 10/29/2019 13:40 EDT |

**Manual Therapy**
*PT Manual Therapy Grid Updated :* Yes

Arseneau DPT, Julie - 10/29/2019 13:40 EDT

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 | Activity 4 |
|---|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes | Other: Dry Needling |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Activity Performed :* | Yes | No | No | No |
| *Region :* | | | Other: left UT/scalenes | Left Shoulder, Left scapula |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | | Decrease spasm, Desensitization |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch. | client supine and sidelying | | Pt verified location of treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN. |
| | Arseneau DPT, Julie - 10/29/2019 13:06 EDT | Arseneau DPT, Julie - 10/29/2019 13:40 EDT | Arseneau DPT, Julie - 10/29/2019 13:40 EDT | Arseneau DPT, Julie - 10/29/2019 13:40 EDT |

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Needs further teaching, Needs practice/supervision
*Pain Control :* Verbalizes understanding, Needs further teaching, Needs practice/supervision

Arseneau DPT, Julie - 10/29/2019 13:40 EDT

*Teaching Method :* Demonstration, Explanation
*Education Narrative Notes :* see assessment

Arseneau DPT, Julie - 10/29/2019 13:40 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=127, abd: 134 deg | L shoulder flex 135 deg, 138 deg. abd |
| | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 13:06 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *With Pain :* | No | Yes | Yes | Yes |
| *Pre-ROM :* | 65 | 55 | 22 | 37 |
| | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | No |
| *Pre-ROM :* | 87 | 77 |
| | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 4 | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|---|
| *Spinal Motions :* | Cervical retraction | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | pt overpressure | slouch overcorrect x10 reps | X 10 | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Sitting | Supine |
| *Symptoms During Treatment :* | No effect | Decreases | Centralizing | Increases |
| *Symptoms Post Treatment :* | | Better | No effect | No worse |
| *Mechanical Response :* | increased shoulder abd ROM (143 deg) | L shldr flex: 120 deg, psot | No change- good technique | no changes in ROM |
| *Comment :* | | not performed | performed 1st | not performed |
| | Arseneau DPT, Julie - 10/29/2019 13:06 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 13:06 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT |

**Assessment**

*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex
*OP Patient Impairments/Limitations-PT :* Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Arseneau DPT, Julie - 10/29/2019 13:40 EDT
(As Of: 10/29/2019 14:00:18 EDT)

Diagnoses(Active)

## *DOC - Therapy*

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Arseneau DPT, Julie - 10/29/2019 13:40 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Pt responding to cervical retraction with pt overpressure with improved shoulder abduction ROM to 143 degrees today (from 134 deg pre-treatment). Pain unchanged. Trialed progressing to cervical ext, but not tolerated well with pt reporting slight lightheadedness. Resolved with discontinuation of exercise. Pt instructed to continue cervical retractions with overpressure and 5 sec hold. Pain slightly increased from 4/10 to 5/10 after performing scap stab exercise. Pt to follow up with MD on 11/4 regarding clavicular scrap. Will continue to progress pt as tolerated to meet goals.

Arseneau DPT, Julie - 10/29/2019 13:40 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 29
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 10
*PT Total Treatment Minutes :* 39
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Arseneau DPT, Julie - 10/29/2019 13:40 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 10/24/2019 14:22 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (10/24/2019 14:22 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (10/24/2019 14:22 EDT)

**OP PT Daily Documentation Entered On: 10/24/2019 16:29 EDT**
**Performed On: 10/24/2019 14:22 EDT by Hensley PT, Jennifer**

**Review/Treatments Provided**
*Total Number of Visits PT :* 25
*Total Number of Authorized Visits PT :* 31
*Authorization Valid Through (PT): :* 11/30/2019 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 11/27/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**Subjective Report**
*Subjective Report :* Pt reports that he feels like he's getting better motion. But he is still having shoulder AC pain. He reports that the exercises increase his shoulder pain. Pt reports that on Tuesday night he rolled out of bed and fell on R shoulder, but it feels okay now.

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**Rapid Pain Assessment**
*Pre Treatment Numeric Pain Rating Scale: :* 3
*Post Treatment Numeric Pain Rating Scale: :* 3
*Best Pain in Last 2 Weeks :* 2
*Worst Pain in Last 2 Weeks :* 6

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

Rapid Pain Assessment OP Grid

| | Secondary Pain |
|---|---|
| *Location :* | Lower back |
| *Duration :* | Best=1<br>Worst=3 |

## *DOC - Therapy*

| | |
|---|---|
| *Pain Scale :* | 1 |
| | Hensley PT, Jennifer - 10/24/2019 14:22 EDT |

**Long Term Goals**
*PT Patient,Caregiver Goal :* to be able to swim
to be able to use both hands

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Date Met :* | | 10/24/2019 EDT | | |
| *Comments :* | 10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT | 10/24: 34 | 10/24: NT. 9/25 Continued limitation in L grip | 10/24: moderate limitation to flexion, all other within minimal limitations |
| | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Date Met :* | | |
| *Comments :* | 10/24: 26 | 10/24: 3/10 |
| | Hensley PT, Jennifer - | Hensley PT, Jennifer - |

## *DOC - Therapy*

| | 10/24/2019 14:22 EDT | 10/24/2019 14:22 EDT |
|---|---|---|

*IP PT LTG Documentation :* Yes

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 | Activity 4 |
|---|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes | Other: Dry Needling |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Activity Performed :* | No | No | No | Yes |
| *Region :* | | | Other: left UT/scalenes | Left Shoulder, Left scapula |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | | Decrease spasm, Desensitization |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch. | client supine and sidelying | | Pt verified location of treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN. |
| | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT |

*PT Manual Therapy Grid Updated :* Yes
Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**Education**
Physical Therapy Education Grid
*Physical Therapy Plan of Care :* Verbalizes understanding
Hensley PT, Jennifer - 10/24/2019 14:22 EDT

*Teaching Method :* Explanation
Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**UE ROM/Strength**
*Document UE Range in Degrees :* Yes
Hensley PT, Jennifer - 10/24/2019 14:22 EDT

Left Upper Extremity Strength Grid
*Shoulder Flexion :* 4
*Shoulder Abduction :* 4
*Shoulder External Rotation :* 5
*Shoulder Internal Rotation :* 3+
*Elbow Flexion :* 4+
*Elbow Extension :* 5
Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**UE ROM Degrees**
Left Upper Extremity Detailed ROM Grid

## *DOC - Therapy*

| | Left Shoulder Flexion Range | Left Shoulder Abduction Range |
|---|---|---|
| *Active :* | 127 degrees | 147 degrees |
| | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT |

**Quick DASH**
*Open a tight or new jar :* Moderate Difficulty
*Do heavy household chores :* Mild difficulty
*Carry a shopping bag or briefcase :* Moderate Difficulty
*Wash your back :* Mild difficulty
*Use a knife to cut food :* No Difficulty
*Rec activities where you take arm force/impact :* Moderate Difficulty
*During past week arm interfered :* Mild difficulty
*During past week limited in regular :* Mild difficulty
*Please rate severity of arm, shoulder :* Moderate Difficulty
*Please rate severity tingling :* Moderate Difficulty
*During past week, difficulty sleeping :* Mild difficulty
*QuickDASH Disability/Symptoms Score :* 34
*Quick Dash Comments :* IE=77

8/29/19: 41
9/25/19 41
10/24: 34
*#Please rate severity of symptoms :* 1
*#During the past wk interfered w/social :* 1
*#Rec activities w/ force :* 1
*#Do heavy household chores (wash walls) :* 1
*#Carry a shopping bag :* 1
*#Activities Rated :* 11
*#Please rate severity of tingling :* 1
*#During past wk limited in work :* 1
*#Use a knife to cut food :* 1
*#Open a tight or new jar :* 1
*#Wash your back :* 1
*#During past week difficulty sleep :* 1

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**Revised Oswestry Pain Questionnaire**
*PT Pain intensity :* The pain comes and goes and is very mild.
*PT Personal Care :* I do not normally change my way of washing or dressing even though it causes some pain.
*PT Lifting :* Pain prevents me from lifting heavy weights but I can mange light to medium weights if they are convenienetly positioned.
*PT Walking :* Pain prevents me from walking more than one mile.
*PT Sitting :* I can sit in any chair as long as I like without pain.

## DOC - Therapy

*PT Standing :* I cannot stand for longer than one hour without increasing pain.
*PT Sleeping :* I get pain in bed, but it does not prevent me from sleeping.
*PT Social Life :* Pain has no significant effect on my social life apart from limiting my more energetic interests, e.g., dancing, etc.
*PT Traveling :* I get some pain while traveling, but none of my usual forms of travel make it any worse.
*PT Changing Degree of Pain :* My pain fluctuates, but overall is definitely getting better.
*PT Number of DTAs :* 10
*PT Pain Intensity Score :* 26

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**Assessment**
*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex
*OP Patient Impairments/Limitations-PT :* Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Hensley PT, Jennifer - 10/24/2019 14:22 EDT
(As Of: 10/24/2019 16:29:19 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Balance Training - 97112, Community Work Re-integration - 97537, Gait Training - 97116, Group Therapy - 97150, Hot/Cold - 97010, Iontophoresis - 97033, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Stair Training - 97116, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Mr. Zoll has made good progress with shoulder ABD and trunk AROM, functional mobility, and strength in some planes. He continues to be limited by AC joint pain with shoulder flex that continues to be limited. He has a notable improvement in back pain and is progressing well. He follows up with orthopedist 11/4/2019 and will continue therapy until then and will follow his recommendations. Pt reports that surgical intervention has been discussed.

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**OP PT Time Spent With Patient**
*OP PT Physical Performance Test :* 2
*OP PT Physical Performance Test MInutes :* 25
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 14
*PT Total Treatment Minutes :* 39
*OP PT Total (All Units) :* 3

## *DOC - Therapy*

*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 10/21/2019 12:48 EDT
RESULT STATUS: Modified
PERFORM INFORMATION: Fifield PTA,Patrick (10/22/2019 15:04 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (11/11/2019 09:10 EST); Fifield PTA, Patrick (10/22/2019 15:04 EDT)

**OP PT Daily Documentation Entered On: 10/21/2019 13:30 EDT**
**Performed On: 10/21/2019 12:48 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 24
*Total Number of Authorized Visits PT :* 31
*Authorization Valid Through (PT): :* 11/30/2019 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 10/21/2019 12:51 EDT
*Therapy Certification Date :* POC Valid Through - PT: 11/27/19
Fifield PTA, Patrick - 11/11/2019 09:10 EST
~~{ [POC Valid Through - PT: 11/27/19 ] - previously charted by Fifield PTA, Patrick at 10/22/2019 15:04 EDT};~~
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes
*Modalities :* Yes
Fifield PTA, Patrick - 10/21/2019 12:51 EDT

**Subjective Report**
*Subjective Report :* "My shoulder hasn't changes a whole lot. It still hurts at the top and it's about the same.'
Fifield PTA, Patrick - 10/22/2019 15:04 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 2
Fifield PTA, Patrick - 10/22/2019 15:04 EDT
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 3

## *DOC - Therapy*

Fifield PTA, Patrick - 10/21/2019 12:51 EDT

**Long Term Goals**
*PT Patient,Caregiver Goal :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 10/21/2019 12:51 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Comments :* | 9/25 Continued decrease in L UE MMT | | 9/25 Continued limitation in L grip | |
| | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | | |
| | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT |

*IP PT LTG Documentation :* Yes

Fifield PTA, Patrick - 10/21/2019 12:51 EDT

**Short Term Goals**
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder | Pt to demo >75 deg CROM | Pt to report <60 on quick DASH for |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| | flex/ABD AROM for improved overhead reaching. | rotation R with no >3/10 pain for improved head turning while backing up vehicle. | improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Fifield PTA, Patrick - 10/22/2019 15:04 EDT

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: AROM scap retraction | Other: sidelying shldr ER | Other: supine, reverse codmans (cw/ccw) | Other: Pulleys |
| *Exercise Performed :* | No | No | No | Yes |
| *Repetition/Time :* | x20 reps | 15 reps, L | x10 reps each direction | 3 min |
| *Resist or Assist :* | seated | AROM | AROM | |
| *Comment :* | for scap stab/postural awareness | for strength | for strength. *Pain increase noted. | flex/scaption |
| | Fifield PTA, Patrick - 10/22/2019 15:04 EDT | Fifield PTA, Patrick - 10/22/2019 15:04 EDT | Fifield PTA, Patrick - 10/22/2019 15:04 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT |

## *DOC - Therapy*

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: Table slides | Other: wall slides | Other: shoulder isoms: all planes | Other: high/mid/low rows |
| *Exercise Performed :* | No | No | No | Yes |
| *Repetition/Time :* | 15 reps | 10 | 10x:05 | 15 reps each |
| *Resist or Assist :* | | | | green tband |
| *Comment :* | flex/abd | flex/scaption - cues for scapular mechanics | | |
| | Fifield PTA, Patrick - 10/22/2019 15:04 EDT | Fifield PTA, Patrick - 10/22/2019 15:04 EDT | Fifield PTA, Patrick - 10/22/2019 15:04 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT |

| | Exercise 9 |
|---|---|
| *Exercise :* | Other: 3 way chet press |
| *Exercise Performed :* | Yes |
| *Repetition/Time :* | 15 repsa each |
| *Resist or Assist :* | greent band |
| *Comment :* | |
| | Fifield PTA, Patrick - 10/21/2019 12:51 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 | Activity 4 |
|---|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes | Other: Dry Needling |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Activity Performed :* | | Yes | | |
| *Region :* | | | Other: left UT/scalenes | Left Shoulder, Left scapula |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | | Decrease spasm, Desensitization |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch. | client supine and sidelying | | Pt verified location of treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN. |
| | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 10/21/2019 12:51 EDT

**Modalities**

*PT Modalities Grid Updated :* Yes

Fifield PTA, Patrick - 10/22/2019 15:04 EDT

Modalities Grid

| | Activity 2 | Activity 1 |
|---|---|---|
| *Modality :* | Electrical stimulation, unattended | Ultrasound |
| *Activity Performed :* | Yes | No |
| *Body Region :* | left shoulder | left shoulder |
| *Settings :* | 80-150 pps | 50%, 1.0 W/cm2 |
| *Minutes :* | 15 minute | 12 minute |
| *Response :* | Pain decreased, Positive response to treatment | |
| *Comments :* | w/moist heat | |
| | Fifield PTA, Patrick - | Fifield PTA, Patrick - |

## *DOC - Therapy*

| | 10/22/2019 15:04 EDT | 10/22/2019 15:04 EDT |
|---|---|---|

**Education**
Physical Therapy Education Grid
*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding
Fifield PTA, Patrick - 10/22/2019 15:04 EDT
*Teaching Method :* Explanation
Fifield PTA, Patrick - 10/22/2019 15:04 EDT

**Assessment**
*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex
*OP Patient Impairments/Limitations-PT :* Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good
Fifield PTA, Patrick - 10/21/2019 12:51 EDT
(As Of: 10/21/2019 13:30:07 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Balance Training - 97112, Community Work Re-integration - 97537, Gait Training - 97116, Group Therapy - 97150, Hot/Cold - 97010, Iontophoresis - 97033, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Stair Training - 97116, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes
Fifield PTA, Patrick - 10/21/2019 12:51 EDT

**Recommendations/Summary of Progress**
*Additional Information :* James hasn't had a huge change with shoulder pain or ROM. Pain level is still around 3/10 and is about the same. Trialed estim to left shoulder with decreased pain from 3/10 to 2/10. May benefit from dry needling again to release tight muscle.
Fifield PTA, Patrick - 10/22/2019 15:04 EDT

**OP PT Time Spent With Patient**
*OP PT Manual Therapy Minutes :* 10
Fifield PTA, Patrick - 11/11/2019 09:10 EST
*OP PT Unattended E-Stim Units :* 1
*OP PT Unattended E-Stim Minutes :* 15
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15

## *DOC - Therapy*

Fifield PTA, Patrick - 10/22/2019 15:04 EDT

*OP PT Manual Therapy Units :* 1

~~{ [10 ] - previously charted by Fifield PTA, Patrick at 10/22/2019 15:04 EDT};~~

*PT Total Treatment Minutes :* 40

~~{ [30 ] - previously charted by Fifield PTA, Patrick at 10/22/2019 15:04 EDT};~~

*OP PT Total (All Units) :* 3

Fifield PTA, Patrick - 11/11/2019 09:10 EST

~~{ [12 ] - previously charted by Fifield PTA, Patrick at 10/22/2019 15:04 EDT};~~

*Correct Perf On/Start Time Documented :* Yes

*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 10/22/2019 15:04 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 10/17/2019 12:47 EDT
RESULT STATUS: Modified
PERFORM INFORMATION: Fifield PTA,Patrick (10/17/2019 14:55 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (10/17/2019 17:34 EDT); Fifield PTA, Patrick (10/17/2019 14:55 EDT)

**OP PT Daily Documentation Entered On: 10/17/2019 13:30 EDT**
**Performed On: 10/17/2019 12:47 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Manual Therapy/ Massage :* Yes
Hensley PT, Jennifer - 10/17/2019 17:34 EDT
*Total Number of Visits PT :* 23
*Total Number of Authorized Visits PT :* 31
*Authorization Valid Through (PT): :* 11/30/2019 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 10/17/2019 12:52 EDT
*Therapy Certification Date :* POC Valid Through - PT: 11/27/19
Hensley PT, Jennifer - 10/17/2019 17:34 EDT
~~{ [POC Valid Through - PT: 11/27/19 ] - previously charted by Fifield PTA, Patrick at 10/17/2019 14:55 EDT};~~
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
Fifield PTA, Patrick - 10/17/2019 12:52 EDT

**Subjective Report**
*Subjective Report :* "The dry needling felt OK. My shoulder is about the same though."
Fifield PTA, Patrick - 10/17/2019 14:55 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 3
Fifield PTA, Patrick - 10/17/2019 14:55 EDT
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 4
Fifield PTA, Patrick - 10/17/2019 12:52 EDT

## *DOC - Therapy*

**Long Term Goals**
*PT Patient,Caregiver Goal :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 10/17/2019 12:52 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Comments :* | 9/25 Continued decrease in L UE MMT | | 9/25 Continued limitation in L grip | |
| | Fifield PTA, Patrick - 10/17/2019 12:52 EDT | Fifield PTA, Patrick - 10/17/2019 12:52 EDT | Fifield PTA, Patrick - 10/17/2019 12:52 EDT | Fifield PTA, Patrick - 10/17/2019 12:52 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | | |
| | Fifield PTA, Patrick - 10/17/2019 12:52 EDT | Fifield PTA, Patrick - 10/17/2019 12:52 EDT |

*IP PT LTG Documentation :* Yes

Fifield PTA, Patrick - 10/17/2019 12:52 EDT

**Short Term Goals**
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM | Pt to demo >75 deg CROM rotation R with no | Pt to report <60 on quick DASH for |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | for improved overhead reaching. | >3/10 pain for improved head turning while backing up vehicle. | improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 10/17/2019 12:52 EDT | Fifield PTA, Patrick - 10/17/2019 12:52 EDT | Fifield PTA, Patrick - 10/17/2019 12:52 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 | Activity 4 |
|---|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes | Other: Dry Needling |
| *Activity Performed :* | | | | Yes |
| *Region :* | | | Other: left UT/scalenes | Left Shoulder, Left scapula |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | | Decrease spasm, Desensitization |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He | client supine and sidelying | | Pt verified location of treatment. He received IDN using sterile 1" needles and clean |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | received downward rotation/retraction mobilization and stretch. | | | technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN. |
| | Hensley PT, Jennifer - 10/17/2019 17:34 EDT | Hensley PT, Jennifer - 10/17/2019 17:34 EDT | Hensley PT, Jennifer - 10/17/2019 17:34 EDT | Hensley PT, Jennifer - 10/17/2019 17:34 EDT |

*PT Manual Therapy Grid Updated :* Yes

Hensley PT, Jennifer - 10/17/2019 17:34 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 10/17/2019 14:55 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 10/17/2019 14:55 EDT

**Assessment**

*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex
*OP Patient Impairments/Limitations-PT :* Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 10/17/2019 14:55 EDT
(As Of: 10/17/2019 14:59:18 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Balance Training - 97112, Community Work Re-integration - 97537, Gait Training - 97116, Group Therapy - 97150, Hot/Cold - 97010, Iontophoresis - 97033, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Stair Training - 97116, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 10/17/2019 14:55 EDT

**Recommendations/Summary of Progress**

## *DOC - Therapy*

*Additional Information PT :* James is responding to manual stretching to shoulder and scapula with improved shoulder ROM. ROM improved from 140 to 150 deg. after stretching. ROM is improving but minimal change with pain in shoulder. James reports no changes in pain since starting dry needling continue 2 more visits to assess benefits.

Hensley PT, Jennifer - 10/17/2019 17:34 EDT

~~{ [James is responding to manual stretching to shoulder and scapula with improved shoulder ROM. ROM improved from 140 to 150 deg. after stretching. ROM is improving but minimal change with pain in shoulder. ] - previously charted by Fifield PTA, Patrick at 10/17/2019 14:55 EDT};~~

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15

Fifield PTA, Patrick - 10/17/2019 14:55 EDT

*OP PT Manual Therapy Units :* 3

~~{ [2 ] - previously charted by Fifield PTA, Patrick at 10/17/2019 14:55 EDT};~~

*OP PT Manual Therapy Minutes :* 41

~~{ [30 ] - previously charted by Fifield PTA, Patrick at 10/17/2019 14:55 EDT};~~

*PT Total Treatment Minutes :* 56

~~{ [45 ] - previously charted by Fifield PTA, Patrick at 10/17/2019 14:55 EDT};~~

*OP PT Total (All Units) :* 4

Hensley PT, Jennifer - 10/17/2019 17:34 EDT

~~{ [3 ] - previously charted by Fifield PTA, Patrick at 10/17/2019 14:55 EDT};~~

*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 10/17/2019 14:55 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 10/15/2019 12:48 EDT
RESULT STATUS: Modified
PERFORM INFORMATION: Fifield PTA,Patrick (10/15/2019 12:55 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (10/17/2019 17:38 EDT); Fifield PTA, Patrick (10/15/2019 12:55 EDT)

**OP PT Daily Documentation Entered On: 10/15/2019 13:42 EDT**
**Performed On: 10/15/2019 12:48 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 22
*Total Number of Authorized Visits PT :* 31
*Authorization Valid Through (PT): :* 11/30/2019 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 10/15/2019 12:55 EDT
*Therapy Certification Date :* POC Valid Through - PT: 11/27/19
Hensley PT, Jennifer - 10/17/2019 17:38 EDT
~~{ [POC Valid Through - PT: 11/27/19 ] - previously charted by Fifield PTA, Patrick at 10/15/2019 12:55 EDT};~~
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes
*Modalities :* Yes
Fifield PTA, Patrick - 10/15/2019 12:55 EDT

**Subjective Report**
*Subjective Report :* "My shoulder is hurting a litle more today. My low back is good though."
Fifield PTA, Patrick - 10/15/2019 12:55 EDT

**Rapid Pain Assessment**
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
*Post Treatment Numeric Pain Rating Scale: :* 4
Fifield PTA, Patrick - 10/15/2019 12:55 EDT

**Long Term Goals**

## *DOC - Therapy*

*PT Patient,Caregiver Goal :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 10/15/2019 12:55 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Comments :* | 9/25 Continued decrease in L UE MMT | | 9/25 Continued limitation in L grip | |
| | Fifield PTA, Patrick - 10/15/2019 12:55 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | | |
| | Fifield PTA, Patrick - 10/15/2019 12:55 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT |

*IP PT LTG Documentation :* Yes

Fifield PTA, Patrick - 10/15/2019 12:55 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved | Pt to demo >75 deg CROM rotation R with no >3/10 pain for | Pt to report <60 on quick DASH for improved functional activity. |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | overhead reaching. | improved head turning while backing up vehicle. | |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 10/15/2019 12:55 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT |

**Manual Therapy**
Manual Therapy/Massage Grid

| | Activity 4 | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|---|
| *Type :* | Other: Dry Needling | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes |
| *Activity Performed :* | Yes | | Yes | No |
| *Region :* | Left Shoulder, Left scapula | | | Other: left UT/scalenes |
| *Rationale :* | Decrease edema, Decrease spasm, Desensitization, Improve circulation | Increase range of motion, Relaxation | Increase range of motion | |
| *Comments :* | Pt gave written informed consent and verified location of | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, | client supine and sidelying | |

*DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| | treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN. | and Pecs. He received downward rotation/retraction mobilization and stretch. | | |
| | Hensley PT, Jennifer - 10/17/2019 17:38 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 10/15/2019 12:55 EDT

**Modalities**

Modalities Grid

| | Activity 1 |
|---|---|
| *Modality :* | Ultrasound |
| *Activity Performed :* | Yes |
| *Body Region :* | left shoulder |
| *Settings :* | 50%, 1.0 W/cm2 |
| *Minutes :* | 12 minute |
| *Response :* | Positive response to treatment |
| | Fifield PTA, Patrick - 10/15/2019 12:55 EDT |

*PT Modalities Grid Updated :* Yes

Fifield PTA, Patrick - 10/15/2019 12:55 EDT

**Education**

Physical Therapy Education Grid

*Physical Therapy Plan of Care :* Verbalizes understanding
(Comment: Risks, benefits and procedures of IDN. Informed consent signed. [Hensley PT, Jennifer - 10/17/2019 17:38 EDT] )

Hensley PT, Jennifer - 10/17/2019 17:38 EDT

*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding
*Teaching Method :* Explanation

## *DOC - Therapy*

Fifield PTA, Patrick - 10/15/2019 12:55 EDT

**Assessment**
*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex
*OP Patient Impairments/Limitations-PT :* Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 10/15/2019 12:55 EDT
(As Of: 10/15/2019 13:42:23 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Balance Training - 97112, Community Work Re-integration - 97537, Gait Training - 97116, Group Therapy - 97150, Hot/Cold - 97010, Iontophoresis - 97033, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Stair Training - 97116, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 10/15/2019 12:55 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Trialed US to left shoulder to help decrease inflammation and pain associated with movement. Some decrease in symptoms after with pain level decreased from 5/10 to 4/10. Responded well to stretching to left scap and shoulder with increased mobility. Initiated dry needling with informed consent signed. No changes in pain after initial dry needling session. No adverse reactions noted.

Hensley PT, Jennifer - 10/17/2019 17:38 EDT
~~{ [Trialed US to left shoulder to help decrease inflammation and pain associated with movement. Some decrease in symptoms after with pain level decreased from 5/10 to 4/10. Responded well to stretching to left scap and shoulder with increased mobility.~~
~~] - previously charted by Fifield PTA, Patrick at 10/15/2019 12:55 EDT};~~

**OP PT Time Spent With Patient**
*OP PT Ultrasound Units :* 1
*OP PT Ultrasound Minutes :* 12

Fifield PTA, Patrick - 10/15/2019 12:55 EDT

*OP PT Manual Therapy Units :* 2
~~{ [1 ] - previously charted by Fifield PTA, Patrick at 10/15/2019 12:55 EDT};~~
*OP PT Manual Therapy Minutes :* 29
~~{ [15 ] - previously charted by Fifield PTA, Patrick at 10/15/2019 12:55 EDT};~~
*PT Total Treatment Minutes :* 41
~~{ [27 ] - previously charted by Fifield PTA, Patrick at 10/15/2019 12:55 EDT};~~
*OP PT Total (All Units) :* 3

## *DOC - Therapy*

Hensley PT, Jennifer - 10/17/2019 17:38 EDT
~~{ [2 ] - previously charted by Fifield PTA, Patrick at 10/15/2019 12:55 EDT};~~

*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 10/15/2019 12:55 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 10/10/2019 13:34 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (10/10/2019 16:11 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (10/10/2019 16:11 EDT)

**OP PT Daily Documentation Entered On: 10/10/2019 14:21 EDT**
**Performed On: 10/10/2019 13:34 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 21
Fifield PTA, Patrick - 10/10/2019 13:39 EDT
*Total Number of Authorized Visits PT :* 31
*Authorization Valid Through (PT): :* 11/30/2019 EST
Fifield PTA, Patrick - 10/10/2019 16:11 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 10/10/2019 13:39 EDT
*Therapy Certification Date :* POC Valid Through - PT: 11/27/19
Fifield PTA, Patrick - 10/10/2019 16:11 EDT
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes
Fifield PTA, Patrick - 10/10/2019 13:39 EDT

**Subjective Report**
*Subjective Report :* "I think I'm going to have surgery on my shoulder. It's still hurting when I raise it up."
Fifield PTA, Patrick - 10/10/2019 16:11 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 3
Fifield PTA, Patrick - 10/10/2019 16:11 EDT
*Pre Treatment Numeric Pain Rating Scale: :* 3
Fifield PTA, Patrick - 10/10/2019 13:39 EDT

**Long Term Goals**
*PT Patient,Caregiver Goal :* to be able to swim
to be able to use both hands
Fifield PTA, Patrick - 10/10/2019 13:39 EDT

## *DOC - Therapy*

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Comments :* | 9/25 Continued decrease in L UE MMT | | 9/25 Continued limitation in L grip | |
| | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | | |
| | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT |

*IP PT LTG Documentation :* Yes

Fifield PTA, Patrick - 10/10/2019 13:39 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while | Pt to report <60 on quick DASH for improved functional activity. |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | | backing up vehicle. | |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes |
| *Activity Performed :* | Yes | Yes | No |
| *Region :* | | | Other: left UT/scalenes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction | client supine and sidelying | |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| | mobilization and stretch. | | |
| | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 16:11 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 10/10/2019 13:39 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful

*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 10/10/2019 16:11 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 10/10/2019 16:11 EDT

**Lumbar Mechanical Diagnosis**

Lumbar Mechanical Dx Grid

| | Movement Loss Lumbar Flexion | Movement Loss Lumbar Extension | Movement Loss Lumbar Sideglide Left | Movement Loss Lumbar Sideglide Right |
|---|---|---|---|---|
| *Deficits :* | Moderate | Moderate | Moderate | Minimal |
| *With Pain :* | Yes | No | Yes | No |
| *Pre-ROM :* | | 23 | | |
| *Post-ROM :* | | 38 | | |
| | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT |

Lumbar Mechanical Diagnosis Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Spinal Motions :* | Lumbar extension | Lumbar extension |
| *Testing Position :* | Prone | Standing |
| *Symptoms During Treatment :* | Decreases | No effect |
| *Symptoms Post Treatment :* | Better | No effect |
| *Mechanical Response :* | improved lumbar ext and L LE MMT | No change |
| *Comment :* | increased neck pain | |

## *DOC - Therapy*

| | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT |
|---|---|---|

**Assessment**
*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex
*OP Patient Impairments/Limitations-PT :* Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 10/10/2019 16:11 EDT
(As Of: 10/10/2019 16:27:54 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Balance Training - 97112, Community Work Re-integration - 97537, Gait Training - 97116, Group Therapy - 97150, Hot/Cold - 97010, Iontophoresis - 97033, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Stair Training - 97116, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 10/10/2019 16:11 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Continued with ther ex and manual stretching to right scapula and shoulder. Improved ROM after stretching but increased pain noted above 150 deg flexion. He's making progress with manual stretching so will continue with this.

Fifield PTA, Patrick - 10/10/2019 16:11 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 30
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 15
*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 10/10/2019 16:11 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 10/7/2019 13:33 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (10/7/2019 17:58 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (10/7/2019 17:58 EDT)

**OP PT Daily Documentation Entered On: 10/07/2019 14:25 EDT**
**Performed On: 10/07/2019 13:33 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 20
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 10/07/2019 13:38 EDT
*Therapy Certification Date :* POC Valid Through - PT: 11/27/19
Fifield PTA, Patrick - 10/07/2019 17:58 EDT
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Reassess Mobility :* No
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes
Fifield PTA, Patrick - 10/07/2019 13:38 EDT

**Subjective Report**
*Subjective Report :* "My back has been feeling good. My shoulder is bothering me the most right now."
Fifield PTA, Patrick - 10/07/2019 17:41 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4
Fifield PTA, Patrick - 10/07/2019 17:41 EDT
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 4
Fifield PTA, Patrick - 10/07/2019 13:38 EDT

**Long Term Goals**
Long Term Goals PT IP

## *DOC - Therapy*

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Comments :* | 9/25 Continued decrease in L UE MMT | | 9/25 Continued limitation in L grip | |
| | Fifield PTA, Patrick - 10/07/2019 17:41 EDT | Fifield PTA, Patrick - 10/07/2019 17:41 EDT | Fifield PTA, Patrick - 10/07/2019 17:41 EDT | Fifield PTA, Patrick - 10/07/2019 17:41 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | | |
| | Fifield PTA, Patrick - 10/07/2019 17:41 EDT | Fifield PTA, Patrick - 10/07/2019 17:41 EDT |

*IP PT LTG Documentation :* Yes

Fifield PTA, Patrick - 10/07/2019 17:41 EDT

*PT Patient,Caregiver Goal :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 10/07/2019 13:38 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head | Pt to report <60 on quick DASH for improved functional activity. |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| | overhead reaching. | turning while backing up vehicle. | |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

**Therapeutic Exercise**

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: AROM scap retraction | Other: sidelying shldr ER | Other: supine, reverse codmans (cw/ccw) | Other: Pulleys |
| *Exercise Performed :* | | | | |
| *Repetition/Time :* | x20 reps | 15 reps, L | x10 reps each direction | 3 min |
| *Resist or Assist :* | seated | AROM | AROM | |
| *Comment :* | for scap stab/postural awareness | for strength | for strength. *Pain increase noted. | flex/scaption |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: Table slides | Other: wall slides | Other: shoulder isoms: all planes | Other: high/mid/low rows |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Exercise Performed :* | | | | Yes |
| *Repetition/Time :* | 15 reps | 10 | 10x:05 | 15 reps each |
| *Resist or Assist :* | | | | green tband |
| *Comment :* | flex/abd | flex/scaption - cues for scapular mechanics | | |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

| | Exercise 9 |
|---|---|
| *Exercise :* | Other: 3 way chet press |
| *Exercise Performed :* | Yes |
| *Repetition/Time :* | 15 repsa each |
| *Resist or Assist :* | greent band |
| *Comment :* | |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

*Therapeutic Exercise Grid Updated :* Yes

Fifield PTA, Patrick - 10/07/2019 13:38 EDT

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes |
| *Activity Performed :* | No | Yes | No |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Region :* | | | Other: left UT/scalenes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch. | client supine and sidelying | |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 10/07/2019 13:38 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Teachback successful, Ed. Needed

*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 10/07/2019 17:41 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 10/07/2019 17:41 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=135, abd: 154 deg | L shoulder 140 deg. flexion |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | No | Yes | Yes | Yes |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Pre-ROM :* | 70 | 60 | 30 | 40 |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | No |
| *Pre-ROM :* | 85 | 90 |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | X 10 | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Supine |
| *Symptoms During Treatment :* | Decreases | Centralizing | Increases |
| *Symptoms Post Treatment :* | Better | No effect | No worse |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | No change- good technique | no changes in ROM |
| *Comment :* | not performed | | not performed |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

**Assessment**
*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex
*OP Patient Impairments/Limitations-PT :* Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 10/07/2019 17:41 EDT
(As Of: 10/07/2019 17:48:47 EDT)

Diagnoses(Active)

## *DOC - Therapy*

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Balance Training - 97112, Community Work Re-integration - 97537, Gait Training - 97116, Group Therapy - 97150, Hot/Cold - 97010, Iontophoresis - 97033, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Stair Training - 97116, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 10/07/2019 17:41 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* James is making progress with his low back. He's performing standing retractions in standing which is managing his symptoms. Focused on left shoulder with STM and stretching to help increase ROM and increase scap stabilization. ROM at 150 deg. flexion and abd after therapy today. Will progress as tolerated towards goals. Pt. went on vaction to Disney and walked many miles without increased low back pain.

Fifield PTA, Patrick - 10/07/2019 17:41 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 13
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*PT Total Treatment Minutes :* 43
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 10/07/2019 17:41 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 9/25/2019 12:45 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hale PT,Angela (9/25/2019 20:46 EDT)
SIGN INFORMATION: Hale PT,Angela (9/25/2019 20:46 EDT)

**OP PT Daily Documentation Entered On: 09/25/2019 13:32 EDT**
**Performed On: 09/25/2019 12:45 EDT by Hale PT, Angela**

**Review/Treatments Provided**
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
Hale PT, Angela - 09/25/2019 20:46 EDT

*Total Number of Visits PT :* 19
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
Hale PT, Angela - 09/25/2019 12:49 EDT

**Subjective Report**
*Subjective Report :* Patient reports that his migraines are down to 1-2 X per week and aren't as chronically as bad. He reports that he sometimes has problems at night.

** PATIENT WITH NEW ORDER FOR BACK PAIN
*Low back started 1.5 weeks ago with no trauma . He reports episodes in the past but they are usually far apart about 6 months ago. MRI Scan reports degenerative and bone spurs. No pain meds over the last 4 days.
Hale PT, Angela - 09/25/2019 20:46 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 6
Hale PT, Angela - 09/25/2019 13:38 EDT

*Primary Pain Location :* Neck
*Primary Pain Radiation :* Yes
*Primary Pain Radiation Characteristics :* L shoulder and into the hand
Hale PT, Angela - 09/25/2019 12:49 EDT

*Primary Pain Duration :* Low Back - Center to L

## *DOC - Therapy*

2/10
4/10 at worst . No radicular symptoms.
Worse - walking, turning in bed, general movement
Better - laying on stomach

* after low back 6/10

Hale PT, Angela - 09/25/2019 13:38 EDT

*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
*Best Pain in Last 2 Weeks :* 1
*Worst Pain in Last 2 Weeks :* 6

Hale PT, Angela - 09/25/2019 12:49 EDT

**Long Term Goals**
Long Term Goals

| | Long Term Goal 1 | Long Term Goal 3 | Long Term Goal 4 | Long Term Goal 5 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. |
| *Status :* | Progressing, continue | Progressing, continue | Initial | Initial |
| *Date Met :* | | | | |
| *Comments :* | 9/25 Continued decrease in L UE MMT | 9/25 Continued limitation in L grip | | |
| | Hale PT, Angela - 09/25/2019 20:46 EDT | Hale PT, Angela - 09/25/2019 20:46 EDT | Hale PT, Angela - 09/25/2019 20:46 EDT | Hale PT, Angela - 09/25/2019 20:46 EDT |

| | Long Term Goal 6 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Patient will report back pain 1/10 at worst to improve I with walking. | Pt to report <40 on Quick DASH for improved functional activity. |
| *Status :* | Initial | Goal met |
| *Date Met :* | | 08/29/2019 EDT |
| *Comments :* | | |
| | Hale PT, Angela - 09/25/2019 20:46 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT |

*LTG Documentation :* Yes

Hale PT, Angela - 09/25/2019 20:46 EDT

*Patient/Caregiver Goals :* to be able to swim

to be able to use both hands

Hale PT, Angela - 09/25/2019 12:49 EDT

**Short Term Goals**
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT |

**Education**
Physical Therapy Education Grid
*Pain Control :* Verbalizes understanding, Demonstrates, Teachback successful, Needs further teaching (Comment: see narrative [Hale PT, Angela - 09/25/2019 20:46 EDT] )

Hale PT, Angela - 09/25/2019 20:46 EDT

*Teaching Method :* Demonstration, Explanation, Printed materials
*Education Narrative Notes :* Perform standing extension 8-10 X every 2 hours. Use R UE to support neck. Educated when to modify or discontinue.

Hale PT, Angela - 09/25/2019 20:46 EDT

**Cervical/Thoracic Mechanical Diagnosis**
Cervical/Thoracic Mechanical Dx Grid

| | Activity 2 | Activity 3 | Activity 1 |
|---|---|---|---|
| *Spinal Motions :* | Cervical retraction | Cervical retraction | |

## DOC - Therapy

| | | | |
|---|---|---|---|
| *Spinal Movement :* | X 10 | supine x10 reps | slouch overcorrect x10 reps |
| *Testing Position :* | Sitting | Supine | Sitting |
| *Symptoms During Treatment :* | Centralizing | Increases | Decreases |
| *Symptoms Post Treatment :* | No effect | No worse | Better |
| *Mechanical Response :* | No change- good technique | no changes in ROM | L shldr flex: 120 deg, psot |
| *Comment :* | ~~[IN ERROR]~~ { ~~[not performed] - previously charted by Hale PT, Angela at 09/25/2019 12:49 EDT};~~ | not performed | not performed |
| | Hale PT, Angela - 09/25/2019 20:46 EDT | Hale PT, Angela - 09/25/2019 20:46 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT |

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment |
|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=135, abd: 154 deg |
| | Hale PT, Angela - 09/25/2019 12:49 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | No | Yes | Yes | Yes |
| *Pre-ROM :* | 70 | 60 | 30 | 40 |
| | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | No |

## DOC - Therapy

| | | |
|---|---|---|
| *Pre-ROM :* | 85 | 90 |
| | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT |

**Lumbar Mechanical Diagnosis**

Lumbar Mechanical Diagnosis Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Spinal Motions :* | Lumbar extension | Lumbar extension |
| *Testing Position :* | Prone | Standing |
| *Symptoms During Treatment :* | Decreases | No effect |
| *Symptoms Post Treatment :* | Better | No effect |
| *Mechanical Response :* | improved lumbar ext and L LE MMT | No change |
| *Comment :* | increased neck pain | |
| | Hale PT, Angela - 09/25/2019 20:46 EDT | Hale PT, Angela - 09/25/2019 20:46 EDT |

Lumbar Mechanical Dx Grid

| | Movement Loss Lumbar Flexion | Movement Loss Lumbar Extension | Movement Loss Lumbar Sideglide Left | Movement Loss Lumbar Sideglide Right |
|---|---|---|---|---|
| *Deficits :* | Moderate | Moderate | Moderate | Minimal |
| *With Pain :* | Yes | No | Yes | No |
| *Pre-ROM :* | | 23 | | |
| *Post-ROM :* | | 33 | | |
| | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT |

**UE ROM/Strength**

Left Upper Extremity Strength Grid

*Shoulder Flexion :* 4+
(Comment: pain [Hale PT, Angela - 09/25/2019 20:46 EDT] )
*Shoulder Abduction :* 4+
*Elbow Flexion :* 4+
*Elbow Extension :* 4

Hale PT, Angela - 09/25/2019 12:49 EDT

## DOC - Therapy

**LE ROM/Strength**
Left Lower Extremity Strength Grid
*Hip Flexion :* 4
*Knee Extension :* 4
*Ankle Dorsiflexion :* 4

Hale PT, Angela - 09/25/2019 12:49 EDT

Right Lower Extremity Strength Grid
*Hip Flexion :* 4+
*Knee Extension :* 4+
*Ankle Dorsiflexion :* 4+

Hale PT, Angela - 09/25/2019 12:49 EDT

**Quick DASH**
*Open a tight or new jar :* Mild difficulty
*Do heavy household chores :* Moderate Difficulty
*Carry a shopping bag or briefcase :* Moderate Difficulty
*Wash your back :* Mild difficulty
*Use a knife to cut food :* Mild difficulty
*Rec activities where you take arm force/impact :* Severe difficulty
*During past week arm interfered :* Mild difficulty
*During past week limited in regular :* Moderate Difficulty
*Please rate severity of arm, shoulder :* Moderate Difficulty
*Please rate severity tingling :* Moderate Difficulty
*During past week, difficulty sleeping :* Mild difficulty
*QuickDASH Disability/Symptoms Score :* 41
*Quick Dash Comments :* IE=77

8/29/19: 41
9/25/19 41
*#Please rate severity of symptoms :* 1
*#During the past wk interfered w/social :* 1
*#Rec activities w/ force :* 1
*#Do heavy household chores (wash walls) :* 1
*#Carry a shopping bag :* 1
*#Activities Rated :* 11
*#Please rate severity of tingling :* 1
*#During past wk limited in work :* 1
*#Use a knife to cut food :* 1
*#Open a tight or new jar :* 1
*#Wash your back :* 1
*#During past week difficulty sleep :* 1

Hale PT, Angela - 09/25/2019 12:49 EDT

**UE Function**
*Left Grip Strength Trial 1 :* 40 lb
*Left Grip Strength Trial 2 :* 45 lb
*Left Grip Strength Trial 3 :* 42 lb
*Left Hand Grip Strength :* 42.3 lb

## *DOC - Therapy*

*Mean for Age,Gender Left Hand Grip :* 101.9 lbs

Hale PT, Angela - 09/25/2019 12:49 EDT

**Revised Oswestry Pain Questionnaire**
*PT Pain intensity :* The pain is severe but comes and goes.
*PT Personal Care :* Washing and dressing increases the pain and I find it necessary to change my way of doing it.
*PT Lifting :* I can lift only very light weights at the most.
*PT Walking :* Pain prevents me from walking more than one mile.
*PT Sitting :* I can sit in any chair as long as I like without pain.
*PT Standing :* I cannot stand for longer than 1/2 hour without increasing pain.
*PT Sleeping :* I get pain in bed, but it does not prevent me from sleeping.
*PT Social Life :* Pain has no significant effect on my social life apart from limiting my more energetic interests, e.g., dancing, etc.
*PT Traveling :* I get extra pain while traveling, but it does not compel me to seek alternative forms of travel.
*PT Changing Degree of Pain :* My pain fluctuates, but overall is definitely getting better.
*PT Number of DTAs :* 10
*PT Pain Intensity Score :* 44

Hale PT, Angela - 09/25/2019 12:49 EDT

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Hale PT, Angela - 09/25/2019 12:49 EDT
(As Of: 09/25/2019 13:32:19 EDT)

Diagnoses(Active)

| | |
|---|---|
| Radiculopathy, cervical region | *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hale PT, Angela - 09/25/2019 12:49 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Patient with improved L shoulder flexion at 135 and abduction 154. He also has improved C-spine AROM. He continues to be limited by neck pain and poor posture. He was issued a supine neck support and was able to demonstrate correct use. He was evaluated for low back pain today with decreased Lumbar ROM, decreased L LE MMT and increased score on Revised Oswestry. He demonstrates improved ROM and LE MMT after prone laying, however it increased C-spine pain. He was trialed with standing extension and was able to perform with no increase in back pain and no C-spine pain increase and was issued for home. He will benefit from continued skilled PT services for

*DOC - Therapy*

the L shoulder and goals were added for Low back. Plan to continue skilled PT 2 X per week X 4 weeks to improve ROM, MMT and I with walking.

Hale PT, Angela - 09/25/2019 20:46 EDT

**OP PT Time Spent With Patient**
*OP PT Re-Eval Units :* 1
*OP PT Re-Eval Minutes :* 30
*OP PT Physical Performance Test :* 1
*OP PT Physical Performance Test MInutes :* 14
*OP PT Total Treatment Timed Minutes :* 14 minute
*OP PT Total Units (Timed) :* 1 units
*OP PT Total Treatment Untimed Minutes :* 30 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 44
*OP PT Total (All Units) :* 2
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Hale PT, Angela - 09/25/2019 20:46 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 9/23/2019 12:50 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (9/23/2019 18:08 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (9/23/2019 18:08 EDT)

**OP PT Daily Documentation Entered On: 09/23/2019 13:34 EDT**
**Performed On: 09/23/2019 12:50 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 18
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 09/23/2019 12:53 EDT
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
Fifield PTA, Patrick - 09/23/2019 18:08 EDT
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes
Fifield PTA, Patrick - 09/23/2019 12:53 EDT

**Subjective Report**
*Subjective Report :* "My back is feeling better but I have a migraine and neck pain from the weather change."
Fifield PTA, Patrick - 09/23/2019 18:08 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4
Fifield PTA, Patrick - 09/23/2019 18:08 EDT
*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 6
Fifield PTA, Patrick - 09/23/2019 12:53 EDT

**Long Term Goals**
*LTG Documentation :* Yes
Fifield PTA, Patrick - 09/23/2019 18:08 EDT

## *DOC - Therapy*

*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 09/23/2019 12:53 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/29/2019 EDT | |
| *Comments :* | 8/29/19: please see MMT section. | | 8/29//19: 56.7#. 8/26: Left: 40# |
| | Fifield PTA, Patrick - 09/23/2019 12:53 EDT | Fifield PTA, Patrick - 09/23/2019 12:53 EDT | Fifield PTA, Patrick - 09/23/2019 12:53 EDT |

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | Fifield PTA, Patrick - 09/23/2019 12:53 EDT | Fifield PTA, Patrick - 09/23/2019 12:53 EDT | Fifield PTA, Patrick - 09/23/2019 12:53 EDT |

**Therapeutic Exercise**

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: AROM scap retraction | Other: sidelying shldr ER | Other: supine, reverse codmans (cw/ccw) | Other: Pulleys |
| *Exercise Performed :* | No | No | No | No |
| *Repetition/Time :* | x20 reps | 15 reps, L | x10 reps each direction | 3 min |
| *Resist or Assist :* | seated | AROM | AROM | |
| *Comment :* | for scap stab/postural awareness | for strength | for strength. *Pain increase noted. | flex/scaption |
| | Fifield PTA, Patrick - 09/23/2019 18:08 EDT | Fifield PTA, Patrick - 09/23/2019 18:08 EDT | Fifield PTA, Patrick - 09/23/2019 18:08 EDT | Fifield PTA, Patrick - 09/23/2019 18:08 EDT |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: Table slides | Other: wall slides | Other: shoulder isoms: all planes | Other: high/mid/low rows |
| *Exercise Performed :* | Yes | Yes | No | Yes |
| *Repetition/Time :* | 15 reps | 10 | 10x:05 | 15 reps each |
| *Resist or Assist :* | | | | green tband |
| *Comment :* | flex/abd | flex/scaption - cues for scapular mechanics | | |
| | Fifield PTA, Patrick - 09/23/2019 18:08 EDT | Fifield PTA, Patrick - 09/23/2019 18:08 EDT | Fifield PTA, Patrick - 09/23/2019 18:08 EDT | Fifield PTA, Patrick - 09/23/2019 12:53 EDT |

| | Exercise 9 |
|---|---|

## *DOC - Therapy*

| | |
|---|---|
| *Exercise :* | Other: 3 way chet press |
| *Exercise Performed :* | Yes |
| *Repetition/Time :* | 15 repsa each |
| *Resist or Assist :* | greent band |
| *Comment :* | |
| | Fifield PTA, Patrick - 09/23/2019 12:53 EDT |

*Therapeutic Exercise Grid Updated :* Yes

Fifield PTA, Patrick - 09/23/2019 12:53 EDT

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes |
| *Activity Performed :* | Yes | Yes | No |
| *Region :* | | | Other: left UT/scalenes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch. | client supine and sidelying | |
| | Fifield PTA, Patrick - | Fifield PTA, Patrick - | Fifield PTA, Patrick - |

## *DOC - Therapy*

| | 09/23/2019 12:53 EDT | 09/23/2019 12:53 EDT | 09/23/2019 12:53 EDT |
|---|---|---|---|

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 09/23/2019 12:53 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 09/23/2019 12:53 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 09/23/2019 12:53 EDT

**Assessment**

*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 09/23/2019 12:53 EDT
(As Of: 09/23/2019 13:35:00 EDT)

Diagnoses(Active)

| | |
|---|---|
| Radiculopathy, cervical region | *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 09/23/2019 12:53 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Continued with STM and stretching to cervical spine and left shoulder. Noted tightness in left UT's and scalenes today. Pain level decreased after STM to cervical muscles. Added scap stabilization exercises for shoulder mobility and strength. PT to assess back next session.

Fifield PTA, Patrick - 09/23/2019 18:08 EDT

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 25
*OP PT Total Treatment Timed Minutes :* 40 minute
*OP PT Total Units (Timed) :* 3 units

## *DOC - Therapy*

*PT Total Treatment Minutes :* 40
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 09/23/2019 18:08 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 9/20/2019 14:19 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (9/20/2019 14:22 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (9/20/2019 14:22 EDT)

**OP PT Daily Documentation Entered On: 09/20/2019 15:17 EDT**
**Performed On: 09/20/2019 14:19 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 17
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

**Subjective Report**
*Subjective Report :* "My back is doing some better. My neck and shoulder are still painful."

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

**Rapid Pain Assessment**
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 3

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength | Pt to report <40 on Quick DASH | Pt to demo >100 psi L grip strength |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| | for improved lifting of pots/pans for improved cooking. | for improved functional activity. | for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/29/2019 EDT | |
| *Comments :* | 8/29/19: please see MMT section. | | 8/29//19: 56.7#. 8/26: Left: 40# |
| | Fifield PTA, Patrick - 09/20/2019 14:22 EDT | Fifield PTA, Patrick - 09/20/2019 14:22 EDT | Fifield PTA, Patrick - 09/20/2019 14:22 EDT |

*LTG Documentation :* Yes

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 09/20/2019 14:22 EDT | Fifield PTA, Patrick - 09/20/2019 14:22 EDT | Fifield PTA, Patrick - 09/20/2019 14:22 EDT |

## *DOC - Therapy*

**Manual Therapy**
Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes |
| *Activity Performed :* | Yes | No | No |
| *Region :* | | | Other: left UT/scalenes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch. | client supine and sidelying | |
| | Fifield PTA, Patrick - 09/20/2019 14:22 EDT | Fifield PTA, Patrick - 09/20/2019 14:22 EDT | Fifield PTA, Patrick - 09/20/2019 14:22 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

**Education**
Physical Therapy Education Grid
*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

## *DOC - Therapy*

Fifield PTA, Patrick - 09/20/2019 14:22 EDT
(As Of: 09/20/2019 15:17:11 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* James is having some improvement with cervical ROM and shoulder flexion ROM. Cervical rotation at 80 deg, bilaterally and shoulder flexion at 145 deg. Trialed AC joint mobilizations today to improve shoulder motion. Some decreased pain symptoms noted with motion. Brought new order for low back pain.

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 27
*OP PT Total Treatment Timed Minutes :* 42 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 42
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 9/18/2019 14:19 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (9/18/2019 16:09 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (9/18/2019 16:09 EDT)

**OP PT Daily Documentation Entered On: 09/18/2019 15:06 EDT**
**Performed On: 09/18/2019 14:19 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Manual Therapy/*
*Massage :* Yes

Fifield PTA, Patrick - 09/18/2019 16:09 EDT

*Total Number of Visits PT :* 16
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes

Fifield PTA, Patrick - 09/18/2019 14:26 EDT

*Therapy Certification Date :* POC Valid Through - PT: 09/26/19

Fifield PTA, Patrick - 09/18/2019 16:09 EDT

*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right

Fifield PTA, Patrick - 09/18/2019 14:26 EDT

**Subjective Report**
*Subjective Report :* "I woke up Friday and my back was really painful. It's been bad over the weekend. My shoulder and neck are a little better."

Fifield PTA, Patrick - 09/18/2019 14:26 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 3

Fifield PTA, Patrick - 09/18/2019 16:09 EDT

*Primary Pain Location :* Neck
*Pre Treatment Numeric Pain Rating Scale: :* 3

Fifield PTA, Patrick - 09/18/2019 14:26 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim

to be able to use both hands

Fifield PTA, Patrick - 09/18/2019 14:26 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/29/2019 EDT | |
| *Comments :* | 8/29/19: please see MMT section. | | 8/29//19: 56.7#. 8/26: Left: 40# |
| | Fifield PTA, Patrick - 09/18/2019 14:26 EDT | Fifield PTA, Patrick - 09/18/2019 14:26 EDT | Fifield PTA, Patrick - 09/18/2019 14:26 EDT |

*LTG Documentation :* Yes

Fifield PTA, Patrick - 09/18/2019 14:26 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B | |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| | | c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 09/18/2019 14:26 EDT | Fifield PTA, Patrick - 09/18/2019 14:26 EDT | Fifield PTA, Patrick - 09/18/2019 14:26 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes |
| *Activity Performed :* | Yes | Yes | No |
| *Region :* | | | Other: left UT/scalenes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch. | client supine and sidelying | |
| | Fifield PTA, Patrick - 09/18/2019 16:09 EDT | Fifield PTA, Patrick - 09/18/2019 16:09 EDT | Fifield PTA, Patrick - 09/18/2019 16:09 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 09/18/2019 16:09 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding

## *DOC - Therapy*

Fifield PTA, Patrick - 09/18/2019 16:09 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 09/18/2019 16:09 EDT

**Assessment**

*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 09/18/2019 14:26 EDT
(As Of: 09/18/2019 15:06:41 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 09/18/2019 14:26 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* James presented today with increased low back pain and bent over posture. Reports back pain at 7/10. Instructed to get checked out by MD if it continues. Continued with STM to left UT's to help decrease muscle tightness and improve left shoulder ROM. Pt. in so much pain from low back he wasn't able to perform scap stab exercises in standing. Will progress strength and mobility as tolerated.

Fifield PTA, Patrick - 09/18/2019 16:09 EDT

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 10
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*OP PT Total Treatment Timed Minutes :* 40 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 40
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 09/18/2019 16:09 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 9/12/2019 13:30 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (9/12/2019 13:35 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (9/12/2019 13:35 EDT)

**OP PT Daily Documentation Entered On: 09/12/2019 14:35 EDT**
**Performed On: 09/12/2019 13:30 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 15
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

**Subjective Report**
*Subjective Report :* "My neck has been more sore today. THe shoulder might be loosening up."

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

**Rapid Pain Assessment**
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 4

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

**Short Term Goals**
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while | Pt to report <60 on quick DASH for improved functional activity. |

*DOC - Therapy*

| | | | |
|---|---|---|---|
| | | backing up vehicle. | |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 09/12/2019 13:35 EDT | Fifield PTA, Patrick - 09/12/2019 13:35 EDT | Fifield PTA, Patrick - 09/12/2019 13:35 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes |
| *Activity Performed :* | Yes | | Yes |
| *Region :* | | | Other: left UT/scalenes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction | client supine and sidelying | |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | mobilization and stretch. | | |
| | Fifield PTA, Patrick - 09/12/2019 13:35 EDT | Fifield PTA, Patrick - 09/12/2019 13:35 EDT | Fifield PTA, Patrick - 09/12/2019 13:35 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

**Assessment**

*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 09/12/2019 13:35 EDT
(As Of: 09/12/2019 14:35:38 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Continued with STM and stretching to left UT and shoulder to increase mobility and help improve pain symptoms. Trialed spray andstretch to trigger point on left UT/scalenes. Decreased TTP after treatement. Reviewed isometrics to clarify proper technique. Will progress towards goals as tolerated.

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15

## *DOC - Therapy*

*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*OP PT Total Treatment Timed Minutes :* 45 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 9/9/2019 14:20 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (9/10/2019 11:35 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (9/10/2019 11:35 EDT)

**OP PT Daily Documentation Entered On: 09/09/2019 15:02 EDT**
**Performed On: 09/09/2019 14:20 EDT by Hensley PT, Jennifer**

**Review/Treatments Provided**
*Manual Therapy/*
*Massage :* Yes

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

*Total Number of Visits PT :* 14
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes

Hensley PT, Jennifer - 09/09/2019 14:25 EDT

**Subjective Report**
*Subjective Report :* Mr. Zoll reports that he is getting frustrated. He states that the shoulder activities have worsened the pain. He reports that he is doing well with his neck, but he is still having pain right at the AC joint. He states that it is so bad at times, he wishes they would just do surgery.

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

**Rapid Pain Assessment**
*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
*Post Treatment Numeric Pain Rating Scale: :* 4

Hensley PT, Jennifer - 09/09/2019 14:25 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Hensley PT, Jennifer - 09/09/2019 14:25 EDT

## *DOC - Therapy*

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/29/2019 EDT | |
| *Comments :* | 8/29/19: please see MMT section. | | 8/29//19: 56.7#. 8/26: Left: 40# |
| | Hensley PT, Jennifer - 09/09/2019 14:25 EDT | Hensley PT, Jennifer - 09/09/2019 14:25 EDT | Hensley PT, Jennifer - 09/09/2019 14:25 EDT |

*LTG Documentation :* Yes

Hensley PT, Jennifer - 09/09/2019 14:25 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | Hensley PT, Jennifer - 09/09/2019 14:25 EDT | Hensley PT, Jennifer - 09/09/2019 14:25 EDT | Hensley PT, Jennifer - 09/09/2019 14:25 EDT |

**Therapeutic Exercise**

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: AROM scap retraction | Other: sidelying shldr ER | Other: supine, reverse codmans (cw/ccw) | Other: Pulleys |
| *Exercise Performed :* | Yes | No | No | Yes |
| *Repetition/Time :* | x20 reps | 15 reps, L | x10 reps each direction | 3 min |
| *Resist or Assist :* | seated | AROM | AROM | |
| *Comment :* | for scap stab/postural awareness | for strength | for strength. *Pain increase noted. | flex/scaption |
| | Hensley PT, Jennifer - 09/10/2019 11:35 EDT | Hensley PT, Jennifer - 09/10/2019 11:35 EDT | Hensley PT, Jennifer - 09/10/2019 11:35 EDT | Hensley PT, Jennifer - 09/09/2019 14:25 EDT |

| | Exercise 5 | Exercise 6 | Exercise 7 |
|---|---|---|---|
| *Exercise :* | Other: Table slides | Other: wall slides | Other: shoulder isoms: all planes |
| *Exercise Performed :* | No | Yes | Yes |
| *Repetition/Time :* | 15 reps | 10 | 10x:05 |
| *Resist or Assist :* | | | |
| *Comment :* | flex/abd | flex/scaption - cues for scapular mechanics | |
| | Hensley PT, Jennifer - 09/09/2019 14:25 EDT | Hensley PT, Jennifer - 09/09/2019 14:25 EDT | Hensley PT, Jennifer - 09/09/2019 14:25 EDT |

*Therapeutic Exercise Grid Updated :* Yes

Hensley PT, Jennifer - 09/09/2019 14:25 EDT

## *DOC - Therapy*

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation |
| *Activity Performed :* | Yes | No |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch. | client supine and sidelying |
| | Hensley PT, Jennifer - 09/10/2019 11:35 EDT | Hensley PT, Jennifer - 09/10/2019 11:35 EDT |

*PT Manual Therapy Grid Updated :* Yes

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Demonstrates
(Comment: shoulder isometrics issued for home, discussed intensity as tolerated [Hensley PT, Jennifer - 09/10/2019 11:35 EDT] )

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

*Teaching Method :* Demonstration, Explanation, Printed materials

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

**Assessment**

*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

## *DOC - Therapy*

(As Of: 09/10/2019 11:41:24 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Mr. Zoll tolerated shoulder exercise progression well with decreased pain following shoulder isometrics. Issued for HEP. He needs max dues to decrease upper trap overrecruitment with wall slides. Discussed importance of shoulder blade and neck posture with shoulder activities and how muscle fatigue can affect it.

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 31
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 12
*OP PT Total Treatment Timed Minutes :* 43 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 43
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 9/5/2019 14:16 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (9/5/2019 15:55 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (9/5/2019 15:55 EDT)

**OP PT Daily Documentation Entered On: 09/05/2019 15:48 EDT**
**Performed On: 09/05/2019 14:16 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Manual Therapy/*
*Massage :* Yes

Fifield PTA, Patrick - 09/05/2019 15:55 EDT

*Total Number of Visits PT :* 13
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right

Fifield PTA, Patrick - 09/05/2019 14:21 EDT

**Subjective Report**
*Subjective Report :* "My neck is a bit more sore today. I might have slept on it wrong."

Fifield PTA, Patrick - 09/05/2019 15:55 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4

Fifield PTA, Patrick - 09/05/2019 15:55 EDT

*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

Fifield PTA, Patrick - 09/05/2019 14:21 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 09/05/2019 15:55 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/29/2019 EDT | |
| *Comments :* | 8/29/19: please see MMT section. | | 8/29//19: 56.7#. 8/26: Left: 40# |
| | Fifield PTA, Patrick - 09/05/2019 15:55 EDT | Fifield PTA, Patrick - 09/05/2019 15:55 EDT | Fifield PTA, Patrick - 09/05/2019 15:55 EDT |

*LTG Documentation :* Yes

Fifield PTA, Patrick - 09/05/2019 15:55 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - | Fifield PTA, Patrick - | Fifield PTA, Patrick - |



**Lincoln/Zoll 0289**

## *DOC - Therapy*

| | 09/05/2019 14:21 EDT | 09/05/2019 14:21 EDT | 09/05/2019 14:21 EDT |
|---|---|---|---|

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Type :* | Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation |
| *Activity Performed :* | Yes | Yes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Technique :* | Trigger point release | |
| *Comments :* | Pt received STM to BUTs, CPSMs, Pecs, Biceps. | client supine and sidelying |
| | Fifield PTA, Patrick - 09/05/2019 15:55 EDT | Fifield PTA, Patrick - 09/05/2019 15:55 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 09/05/2019 15:55 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful

*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 09/05/2019 14:21 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 09/05/2019 14:21 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment |
|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=139, abd: 127 deg |

## *DOC - Therapy*

| | |
|---|---|
| | Fifield PTA, Patrick - 09/05/2019 14:21 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | No | Yes | No | Yes |
| *Pre-ROM :* | 55 | 35 | 38 | 40 |
| | Fifield PTA, Patrick - 09/05/2019 14:21 EDT | Fifield PTA, Patrick - 09/05/2019 14:21 EDT | Fifield PTA, Patrick - 09/05/2019 14:21 EDT | Fifield PTA, Patrick - 09/05/2019 14:21 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | No |
| *Pre-ROM :* | 79 | 80 |
| | Fifield PTA, Patrick - 09/05/2019 14:21 EDT | Fifield PTA, Patrick - 09/05/2019 14:21 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | x10 reps with self o.p. | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Supine |
| *Symptoms During Treatment :* | Decreases | Centralizing | Increases |
| *Symptoms Post Treatment :* | Better | No effect | No worse |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | R c. rot to 85 deg, L c. rot to 80 deg, L shldr flex: 130 | no changes in ROM |
| *Comment :* | not performed | not performed | |
| | Fifield PTA, Patrick - | Fifield PTA, Patrick - | Fifield PTA, Patrick - |

## *DOC - Therapy*

| | 09/05/2019 14:21 EDT | 09/05/2019 14:21 EDT | 09/05/2019 14:21 EDT |
|---|---|---|---|

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 09/05/2019 14:21 EDT
(As Of: 09/05/2019 15:49:00 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 09/05/2019 14:21 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* James is making progress with left shoulder ROM and strength. His ROM has improved after stretching but pain is about the same. Noted increased neck pain in left UT's. Trialed kinesiotape to left shoulder to help decrease pain and support shoulder muscles.

Fifield PTA, Patrick - 09/05/2019 15:55 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*OP PT Total Treatment Timed Minutes :* 45 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 09/05/2019 15:55 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 9/3/2019 12:46 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (9/4/2019 15:55 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (9/4/2019 15:55 EDT)

**OP PT Daily Documentation Entered On: 09/03/2019 14:11 EDT**
**Performed On: 09/03/2019 12:46 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Manual Therapy/*
*Massage :* Yes

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

*Total Number of Visits PT :* 12
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes

Fifield PTA, Patrick - 09/03/2019 12:52 EDT

**Subjective Report**
*Subjective Report :* "My neck is still feeling better after the injections. I don't want to flare it up."

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 3

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

*Pre Treatment Numeric Pain Rating Scale: :* 3

Fifield PTA, Patrick - 09/03/2019 12:52 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 09/03/2019 12:52 EDT

Long Term Goals

## *DOC - Therapy*

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/29/2019 EDT | |
| *Comments :* | 8/29/19: please see MMT section. | | 8/29//19: 56.7#. 8/26: Left: 40# |
| | Fifield PTA, Patrick - 09/03/2019 12:52 EDT | Fifield PTA, Patrick - 09/03/2019 12:52 EDT | Fifield PTA, Patrick - 09/03/2019 12:52 EDT |

*LTG Documentation :* Yes

Fifield PTA, Patrick - 09/03/2019 12:52 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - | Fifield PTA, Patrick - | Fifield PTA, Patrick - |

## DOC - Therapy

| | 09/03/2019 12:52 EDT | 09/03/2019 12:52 EDT | 09/03/2019 12:52 EDT |
|---|---|---|---|

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

Therapeutic Exercise Grid

| | Exercise 5 | Exercise 1 | Exercise 2 | Exercise 3 |
|---|---|---|---|---|
| *Exercise :* | Other: Table slides | Other: AROM scap retraction | Other: sidelying shldr ER | Other: supine, reverse codmans (cw/ccw) |
| *Exercise Performed :* | Yes | Yes | No | No |
| *Repetition/Time :* | 15 reps | x20 reps | 15 reps, L | x10 reps each direction |
| *Resist or Assist :* | | seated | AROM | AROM |
| *Comment :* | flex/abd | for scap stab/postural awareness | for strength | for strength. *Pain increase noted. |
| | Fifield PTA, Patrick - 09/04/2019 15:55 EDT | Fifield PTA, Patrick - 09/04/2019 15:55 EDT | Fifield PTA, Patrick - 09/04/2019 15:55 EDT | Fifield PTA, Patrick - 09/04/2019 15:55 EDT |

| | Exercise 4 |
|---|---|
| *Exercise :* | Other: Pulleys |
| *Exercise Performed :* | Yes |
| *Repetition/Time :* | 3 min |
| *Resist or Assist :* | |
| *Comment :* | |
| | Fifield PTA, Patrick - 09/03/2019 12:52 EDT |

**Manual Therapy**
Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 |
|---|---|---|

## *DOC - Therapy*

| | | |
|---|---|---|
| *Type :* | Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation |
| *Activity Performed :* | Yes | Yes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Technique :* | Trigger point release | |
| *Comments :* | Pt received STM to BUTs, CPSMs, Pecs, Biceps. | client supine and sidelying |
| | Fifield PTA, Patrick - 09/04/2019 15:55 EDT | Fifield PTA, Patrick - 09/04/2019 15:55 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful

*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment |
|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=139, abd: 127 deg |
| | Fifield PTA, Patrick - 09/03/2019 12:52 EDT |

Cervical Spine Grid

## *DOC - Therapy*

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | No | Yes | No | Yes |
| *Pre-ROM :* | 55 | 35 | 38 | 40 |
| | Fifield PTA, Patrick - 09/03/2019 12:52 EDT | Fifield PTA, Patrick - 09/03/2019 12:52 EDT | Fifield PTA, Patrick - 09/03/2019 12:52 EDT | Fifield PTA, Patrick - 09/03/2019 12:52 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | No |
| *Pre-ROM :* | 79 | 80 |
| | Fifield PTA, Patrick - 09/03/2019 12:52 EDT | Fifield PTA, Patrick - 09/03/2019 12:52 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | x10 reps with self o.p. | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Supine |
| *Symptoms During Treatment :* | Decreases | Centralizing | Increases |
| *Symptoms Post Treatment :* | Better | No effect | No worse |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | R c. rot to 85 deg, L c. rot to 80 deg, L shldr flex: 130 | no changes in ROM |
| *Comment :* | not performed | not performed | |
| | Fifield PTA, Patrick - 09/03/2019 12:52 EDT | Fifield PTA, Patrick - 09/03/2019 12:52 EDT | Fifield PTA, Patrick - 09/03/2019 12:52 EDT |

**Assessment**

*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

## *DOC - Therapy*

*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 09/04/2019 15:55 EDT
(As Of: 09/04/2019 16:01:44 EDT)

Diagnoses(Active)

Radiculopathy, cervical region — *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Mr. Zoll is making progress with shoulder motion and mobility. Focused on left scapular mobility and shoulder ROM with stretching and STM. Increased pain at endrange flexion and abduction. Added pulleys and table slides to increase shoulder ROM. Added to HEP.

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*OP PT Total Treatment Timed Minutes :* 45 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 8/29/2019 12:55 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Caudill DPT,Stephanie (8/29/2019 12:55 EDT)
SIGN INFORMATION: Caudill DPT,Stephanie (8/29/2019 12:55 EDT)

**OP PT Daily Documentation Entered On: 08/29/2019 14:26 EDT**
**Performed On: 08/29/2019 12:55 EDT by Caudill DPT, Stephanie**

**Review/Treatments Provided**
*Total Number of Visits PT :* 11
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes
*Modalities :* Yes

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Subjective Report**
*Subjective Report :* "Things are going pretty good with my neck but my shoulder is still a problem," pt states.

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Rapid Pain Assessment**
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 3
*Post Treatment Numeric Pain Rating Scale: :* 3

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

<u>Long Term Goals</u>

## *DOC - Therapy*

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/29/2019 EDT | |
| *Comments :* | 8/29/19: please see MMT section. | | 8/29//19: 56.7#. 8/26: Left: 40# |
| | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT |

*LTG Documentation :* Yes

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Caudill DPT, Stephanie - | Caudill DPT, Stephanie - | Caudill DPT, Stephanie - |

## *DOC - Therapy*

| | 08/29/2019 12:55 EDT | 08/29/2019 12:55 EDT | 08/29/2019 12:55 EDT |
|---|---|---|---|

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Type :* | Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation |
| *Activity Performed :* | Yes | Yes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Technique :* | Trigger point release | |
| *Comments :* | Pt received STM to BUTs, CPSMs, Pecs, Biceps. | client supine and sidelying |
| | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT |

*PT Manual Therapy Grid Updated :* Yes

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Modalities**

Modalities Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Modality :* | Cold packs | Electrical stimulation, unattended |
| *Activity Performed :* | No | Yes |
| *Body Region :* | Neck and L shoulder | L shoulder |
| *Settings :* | | IFC |
| *Minutes :* | 10 minute | 15 minute |

## DOC - Therapy

| | | |
|---|---|---|
| | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT |

*PT Modalities Grid Updated :* Yes
Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Education**
Physical Therapy Education Grid
*Physical Therapy Plan of Care :* Verbalizes understanding
Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

*Teaching Method :* Explanation
Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Cervical/Thoracic Mechanical Diagnosis**
Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment |
|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=139, abd: 127 deg |
| | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | No | Yes | No | Yes |
| *Pre-ROM :* | 55 | 35 | 38 | 40 |
| | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | No |
| *Pre-ROM :* | 79 | 80 |
| | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT |

*DOC - Therapy*

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | x10 reps with self o.p. | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Supine |
| *Symptoms During Treatment :* | Decreases | Centralizing | Increases |
| *Symptoms Post Treatment :* | Better | No effect | No worse |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | R c. rot to 85 deg, L c. rot to 80 deg, L shldr flex: 130 | no changes in ROM |
| *Comment :* | not performed | not performed | |
| | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT |

**UE ROM/Strength**
*Document UE Range in Degrees :* Yes

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

Left Upper Extremity Strength Grid
*Shoulder Flexion :* 2+
*Shoulder Abduction :* 2+
*Elbow Flexion :* 4+
*Elbow Extension :* 5
*Wrist Flexion :* 5
*Wrist Extension :* 5

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

Right Upper Extremity Strength Grid
*Shoulder Flexion :* 5
*Shoulder Abduction :* 5
*Elbow Flexion :* 5
*Elbow Extension :* 5
*Wrist Flexion :* 5
*Wrist Extension :* 5

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**UE ROM Degrees**
Left Upper Extremity Detailed ROM Grid

| | Left Shoulder Flexion Range | Left Shoulder Abduction Range |
|---|---|---|

## *DOC - Therapy*

| | | |
|---|---|---|
| *Active :* | 139 degrees | 127 degrees |
| | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT |

**Quick DASH**
*Open a tight or new jar :* Mild difficulty
*Do heavy household chores :* Moderate Difficulty
*Carry a shopping bag or briefcase :* Severe difficulty
*Wash your back :* Mild difficulty
*Use a knife to cut food :* No Difficulty
*Rec activities where you take arm force/impact :* Moderate Difficulty
*During past week arm interfered :* Moderate Difficulty
*During past week limited in regular :* Moderate Difficulty
*Please rate severity of arm, shoulder :* Moderate Difficulty
*Please rate severity tingling :* Moderate Difficulty
*During past week, difficulty sleeping :* Mild difficulty
*QuickDASH Disability/Symptoms Score :* 41
*Quick Dash Comments :* IE=77

8/29/19: 41
*#Please rate severity of symptoms :* 1
*#During the past wk interfered w/social :* 1
*#Rec activities w/ force :* 1
*#Do heavy household chores (wash walls) :* 1
*#Carry a shopping bag :* 1
*#Activities Rated :* 11
*#Please rate severity of tingling :* 1
*#During past wk limited in work :* 1
*#Use a knife to cut food :* 1
*#Open a tight or new jar :* 1
*#Wash your back :* 1
*#During past week difficulty sleep :* 1

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**UE Function**
*Left Grip Strength Trial 1 :* 50 lb
*Left Grip Strength Trial 2 :* 65 lb
*Left Grip Strength Trial 3 :* 55 lb
*Left Hand Grip Strength :* 56.7 lb
*Mean for Age,Gender Left Hand Grip :* 101.9 lbs
*Right Grip Strength Trial 1 :* 100 lb
*Right Grip Strength Trial 2 :* 110 lb
*Right Grip Strength Trial 3 :* 100 lb
*Right Hand Grip Strength :* 103.3 lb
*Mean for Age,Gender Right Hand Grip :* 113.6 lbs

## *DOC - Therapy*

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT
(As Of: 08/29/2019 14:27:02 EDT)

Diagnoses(Active)

| | |
|---|---|
| Radiculopathy, cervical region | *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Mr. Zoll demonstrates improved strength and ROM. He reports improved tolerance to functional activities. He will benefit from continued physical therapy 2x/week for 4 weeks for therapeutic exercise, manual therapy, and patient education to work towards remaining goals.

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**OP PT Time Spent With Patient**
*OP PT Unattended E-Stim Units :* 1
*OP PT Unattended E-Stim Minutes :* 15
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 16
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 23
*OP PT Total Treatment Timed Minutes :* 39 minute
*OP PT Total Units (Timed) :* 3 units
*OP PT Total Treatment Untimed Minutes :* 15 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 54
*OP PT Total (All Units) :* 4
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 8/26/2019 13:35 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (8/26/2019 13:42 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (8/26/2019 13:42 EDT)

**OP PT Daily Documentation Entered On: 08/26/2019 14:37 EDT**
**Performed On: 08/26/2019 13:35 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 10
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

**Subjective Report**
*Subjective Report :* "I had an injection in my neck and it has seemed to help. I just don't want to flare it up."

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

**Rapid Pain Assessment**
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 4

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength | Pt to report <40 on Quick DASH | Pt to demo >100 psi L grip strength |

| | | | |
|---|---|---|---|
| | for improved lifting of pots/pans for improved cooking. | for improved functional activity. | for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | | | 8/26: Left: 40# |
| | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT |

*LTG Documentation :* Yes

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/26/2019 EDT | |
| *Comments :* | 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

## *DOC - Therapy*

| | Activity 1 | Activity 2 |
|---|---|---|
| *Type :* | Manual traction, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation |
| *Activity Performed :* | | Yes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Technique :* | Trigger point release | |
| *Comments :* | Pt received STM to BUTs, CPSMs, Pecs, Biceps. SOR followed by cervical retraction with 2 sets of 10x:10. | client supine and sidelying<br><br>*PROM measurements taken here |
| | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful

*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=130, abd: 140 deg | Flex/abd: 140 |
| *Grip :* | R=100 L=45 | L=45 |

## DOC - Therapy

| | | |
|---|---|---|
| | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | Yes | Yes | Yes | No |
| *Pre-ROM :* | 41-NT | 45 | 28-NT | 33-NT |
| | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | Yes |
| *Pre-ROM :* | 85 | 85 |
| | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | x10 reps with self o.p. | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Supine |
| *Symptoms During Treatment :* | Decreases | Centralizing | Decreases |
| *Symptoms Post Treatment :* | Better | No effect | Better |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | R c. rot to 85 deg, L c. rot to 80 deg, L shldr flex: 130 | improved shoulder ROM-see above. |
| *Comment :* | not performed | not performed | PTA recommends client cont with ex at home; client |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | | | verb'd understanding |
| | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT |

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 08/26/2019 13:42 EDT
(As Of: 08/26/2019 14:37:57 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Continued with cervical retractions in supine to help improve cervical symptoms. Less shoulder pain noted with retractions today sec. to injection. Instructed to continue with retractions at home. Performed manual stretching to left shoulder to increase shoulder mobility.

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*OP PT Total Treatment Timed Minutes :* 45 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

*DOC - Therapy*

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 8/21/2019 14:17 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (8/21/2019 14:22 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (8/21/2019 14:22 EDT)

**OP PT Daily Documentation Entered On: 08/21/2019 15:24 EDT**
**Performed On: 08/21/2019 14:17 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 9
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes
*Modalities :* Yes

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**Subjective Report**
*Subjective Report :* "My neck seems to hurt more with the retractions. It seems my headaches are more frequent also."

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**Rapid Pain Assessment**
*Primary Pain Location :* Neck
*Pre Treatment Numeric Pain Rating Scale: :* 6
*Post Treatment Numeric Pain Rating Scale: :* 3

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|


**Lincoln/Zoll 0312**

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| | Fifield PTA, Patrick - 08/21/2019 14:22 EDT | Fifield PTA, Patrick - 08/21/2019 14:22 EDT | Fifield PTA, Patrick - 08/21/2019 14:22 EDT |

*LTG Documentation :* Yes

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | 8/6: 125 deg. left shoulder flex | 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 08/21/2019 14:22 EDT | Fifield PTA, Patrick - 08/21/2019 14:22 EDT | Fifield PTA, Patrick - 08/21/2019 14:22 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 |
|---|---|---|

## *DOC - Therapy*

| | | |
|---|---|---|
| *Type :* | Manual traction, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation |
| *Activity Performed :* | Yes | |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Technique :* | Trigger point release | |
| *Comments :* | Pt received STM to BUTs, CPSMs, Pecs, Biceps. SOR followed by cervical retraction with 2 sets of 10x:10. | client supine and sidelying<br><br>*PROM measurements taken here |
| | Fifield PTA, Patrick - 08/21/2019 14:22 EDT | Fifield PTA, Patrick - 08/21/2019 14:22 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**Modalities**

Modalities Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Modality :* | Cold packs | Electrical stimulation, unattended |
| *Activity Performed :* | No | Yes |
| *Body Region :* | Neck and L shoulder | cervical spine |
| *Settings :* | | 80-150 pps |
| *Minutes :* | 10 minute | 15 minute |
| *Comments :* | | w/ hot pack |
| | Fifield PTA, Patrick - 08/21/2019 14:22 EDT | Fifield PTA, Patrick - 08/21/2019 14:22 EDT |

## *DOC - Therapy*

*PT Modalities Grid Updated :* Yes

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**Education**

Physical Therapy Education Grid
*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**Assessment**

*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 08/21/2019 14:22 EDT
(As Of: 08/21/2019 15:24:50 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Mr. Zoll is still having shoulder and neck pain that hasn't resolved. He saw Shoulder MD on Tuesday and said he might need a clavicular shaving to help with hsoulder pain. Trialed Estim with moist heat to cervical spine to decrease pain and help improve overall tolerance to activity. Pain level reduced to 3/10 from 6/10 after modalities. Pt. to be reassessed next session.

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**OP PT Time Spent With Patient**

*OP PT Unattended E-Stim Units :* 1
*OP PT Unattended E-Stim Minutes :* 15
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*OP PT Total Treatment Timed Minutes :* 45 minute

## *DOC - Therapy*

*OP PT Total Units (Timed) :* 3 units
*OP PT Total Treatment Untimed Minutes :* 15 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 60
*OP PT Total (All Units) :* 4
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 8/19/2019 12:49 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Tackett PTA,Ashton (8/19/2019 14:03 EDT)
SIGN INFORMATION: Tackett PTA,Ashton (8/19/2019 14:03 EDT)

**OP PT Daily Documentation Entered On: 08/19/2019 12:56 EDT**
**Performed On: 08/19/2019 12:49 EDT by Tackett PTA, Ashton**

**Review/Treatments Provided**
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes

Tackett PTA, Ashton - 08/19/2019 13:45 EDT

*Total Number of Visits PT :* 8
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* No
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right

Tackett PTA, Ashton - 08/19/2019 12:49 EDT

**Subjective Report**
*Subjective Report :* Ct. states,"I have only had one migrain since last Thursday."

Tackett PTA, Ashton - 08/19/2019 12:49 EDT

**Rapid Pain Assessment**
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 6

Tackett PTA, Ashton - 08/19/2019 13:27 EDT

*Primary Pain Location :* Neck
*Primary Pain Laterality :* Left
*Primary Pain Radiation :* Yes

Tackett PTA, Ashton - 08/19/2019 12:49 EDT

*Primary Pain Radiation Characteristics :* L posterior shldr

Tackett PTA, Ashton - 08/19/2019 14:03 EDT

## *DOC - Therapy*

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | 8/6: 125 deg. left shoulder flex | 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Tackett PTA, Ashton - 08/19/2019 12:49 EDT | Tackett PTA, Ashton - 08/19/2019 14:03 EDT | Tackett PTA, Ashton - 08/19/2019 12:49 EDT |

**Therapeutic Exercise**

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 |
|---|---|---|---|
| *Exercise :* | Other: AROM scap retraction | Other: sidelying shldr ER | Other: supine, reverse codmans (cw/ccw) |
| *Exercise Performed :* | No | Yes | Yes |
| *Repetition/Time :* | x20 reps | 15 reps, L | x10 reps each direction |
| *Resist or Assist :* | seated | AROM | AROM |
| *Comment :* | for scap stab/postural awareness | for strength | for strength. *Pain increase noted. |
| | Tackett PTA, Ashton - | Tackett PTA, Ashton - | Tackett PTA, Ashton - |

## *DOC - Therapy*

| | 08/19/2019 14:03 EDT | 08/19/2019 13:45 EDT | 08/19/2019 13:45 EDT |
|---|---|---|---|

*Therapeutic Exercise Grid Updated :* Yes

Tackett PTA, Ashton - 08/19/2019 13:45 EDT

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Type :* | Manual traction, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation |
| *Activity Performed :* | No | Yes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Response :* | | Other: increased muscle guarding noted and empty end feel |
| *Technique :* | Trigger point release | |
| *Comments :* | Pt received STM to BUTs, CPSMs, Pecs, Biceps. SOR followed by cervical retraction with 2 sets of 10x:10. | client supine and sidelying<br><br>*PROM measurements taken here |
| | Tackett PTA, Ashton - 08/19/2019 13:45 EDT | Tackett PTA, Ashton - 08/19/2019 13:45 EDT |

*PT Manual Therapy Grid Updated :* Yes

Tackett PTA, Ashton - 08/19/2019 13:45 EDT

**Education**

*Barriers To Learning :* None evident

Tackett PTA, Ashton - 08/19/2019 13:45 EDT
Tackett PTA, Ashton - 08/19/2019 13:45 EDT

Physical Therapy Education Grid

## DOC - Therapy

*Pain Control :* Verbalizes understanding, Demonstrates, Teachback successful
(Comment: benefits of cont'd c. retraction ex in supine [Tackett PTA, Ashton - 08/19/2019 14:03 EDT] )
Tackett PTA, Ashton - 08/19/2019 14:03 EDT

*Other :* Ed. Needed
(Comment: ther-ex [Tackett PTA, Ashton - 08/19/2019 14:03 EDT] )
Tackett PTA, Ashton - 08/19/2019 13:45 EDT

*Teaching Method :* Demonstration, Explanation
Tackett PTA, Ashton - 08/19/2019 13:45 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=130, abd: 140 deg | Flex/abd: 140 |
| *Grip :* | R=100 L=45 | L=45 |
| | Tackett PTA, Ashton - 08/19/2019 12:58 EDT | Tackett PTA, Ashton - 08/19/2019 13:06 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | Yes | Yes | Yes | No |
| *Pre-ROM :* | 41-NT | 45 | 28-NT | 33-NT |
| | Tackett PTA, Ashton - 08/19/2019 12:49 EDT | Tackett PTA, Ashton - 08/19/2019 12:58 EDT | Tackett PTA, Ashton - 08/19/2019 12:49 EDT | Tackett PTA, Ashton - 08/19/2019 12:49 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | Yes |
| *Pre-ROM :* | 85 | 85 |
| | Tackett PTA, Ashton - 08/19/2019 12:58 EDT | Tackett PTA, Ashton - 08/19/2019 12:58 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | x10 reps with self o.p. | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Supine |
| *Symptoms During Treatment :* | Decreases | Centralizing | Decreases |
| *Symptoms Post Treatment :* | Better | No effect | Better |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | R c. rot to 85 deg, L c. rot to 80 deg, L shldr flex: 130 | improved shoulder ROM-see above. |
| *Comment :* | not performed | not performed | PTA recommends client cont with ex at home; client verb'd understanding |
| | Tackett PTA, Ashton - 08/19/2019 12:49 EDT | Tackett PTA, Ashton - 08/19/2019 12:49 EDT | Tackett PTA, Ashton - 08/19/2019 14:03 EDT |

**UE ROM/Strength**
*Document UE Range in Degrees :* Yes

Tackett PTA, Ashton - 08/19/2019 13:45 EDT
Tackett PTA, Ashton - 08/19/2019 13:45 EDT

Left Upper Extremity Strength Grid
*Shoulder Flexion :* 3+
*Shoulder Abduction :* 3+

Tackett PTA, Ashton - 08/19/2019 13:06 EDT

**UE ROM Degrees**
Left Upper Extremity Detailed ROM Grid

| | Left Shoulder Flexion Range | Left Shoulder Abduction Range |
|---|---|---|
| *Passive :* | 160 degrees | 135 degrees |
| *Comment :* | empty end feel | empty end feel |
| | Tackett PTA, Ashton - 08/19/2019 13:45 EDT | Tackett PTA, Ashton - 08/19/2019 13:45 EDT |

**Assessment**
*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex

Tackett PTA, Ashton - 08/19/2019 14:03 EDT

## *DOC - Therapy*

*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Tackett PTA, Ashton - 08/19/2019 13:45 EDT
(As Of: 08/19/2019 14:18:58 EDT)

Diagnoses(Active)

| | |
|---|---|
| Radiculopathy, cervical region | *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Tackett PTA, Ashton - 08/19/2019 13:45 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* *Client with MD appt today; PTA wrote note-see chart copy.

PTA believes client is cont'ing to benefit from supine c. retractions, but minimially. PTA cont'd treatment with focus on L UE strength ther-ex and manual for L UE ROM. Client's pain seems to be a primary limitation in regards to L UE mobility throughout treatment.

Client with increased pain post session to 6/10 (from 4/10) and possibly from manual stretching on LUE. Client declined ice post session for pain control.

Next session PT to see client.

Tackett PTA, Ashton - 08/19/2019 14:03 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 25
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 15
*OP PT Total Treatment Timed Minutes :* 40 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 40
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Tackett PTA, Ashton - 08/19/2019 13:45 EDT

*DOC - Therapy*

*DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 8/15/2019 13:37 EDT
RESULT STATUS: Modified
PERFORM INFORMATION: Hensley PT,Jennifer (8/15/2019 13:37 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (8/19/2019 08:09 EDT); Hensley PT, Jennifer (8/15/2019 13:37 EDT)

**OP PT Daily Documentation Entered On: 08/15/2019 14:41 EDT**
**Performed On: 08/15/2019 13:37 EDT by Hensley PT, Jennifer**

**Review/Treatments Provided**
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes
*Modalities :* Yes

Hensley PT, Jennifer - 08/19/2019 08:09 EDT

*Total Number of Visits PT :* 7
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

**Subjective Report**
*Subjective Report :* Pt reports that he had no headache yesterday or the day before and then has a minor headche today. He feels like he may have had a little progress with the laying down exercises, though every 2 hours was too much. He reports that he is still getting them in about 5-6x/day.

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

**Rapid Pain Assessment**
*Primary Pain Location :* Neck
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 1

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

**Long Term Goals**

## *DOC - Therapy*

*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT |

*LTG Documentation :* Yes

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | 8/6: 125 deg. left shoulder flex | 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed | |
| | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT |

## *DOC - Therapy*

**Therapeutic Exercise**

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 |
|---|---|---|---|
| *Exercise :* | Other: AROM scap retraction | Upper extremity passive range | Upper extremity stretching |
| *Exercise Performed :* | No | Yes | Yes |
| *Repetition/Time :* | x20 reps | 15 | 6' |
| *Resist or Assist :* | seated | | |
| *Comment :* | for scap stab/postural awareness | Flex/ABD/IR/ER | Teres, Pec, and Biceps |
| | Hensley PT, Jennifer - 08/19/2019 08:09 EDT | Hensley PT, Jennifer - 08/19/2019 08:09 EDT | Hensley PT, Jennifer - 08/19/2019 08:09 EDT |

*Therapeutic Exercise Grid Updated :* Yes

Hensley PT, Jennifer - 08/19/2019 08:09 EDT

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 |
|---|---|
| *Type :* | Manual traction, Myofascial/Soft tissue mobilization |
| *Activity Performed :* | Yes |
| *Rationale :* | Increase range of motion, Relaxation |
| *Technique :* | Trigger point release |
| *Comments :* | Pt received STM to BUTs, CPSMs, Pecs, Biceps. SOR followed by cervical retraction with 2 sets of 10x:10. |
| | Hensley PT, Jennifer - |

## *DOC - Therapy*

| | |
|---|---|
| | 08/19/2019 08:09 EDT |

*PT Manual Therapy Grid Updated :* Yes

Hensley PT, Jennifer - 08/19/2019 08:09 EDT

**Modalities**

Modalities Grid

| | Activity 1 |
|---|---|
| *Modality :* | Cold packs |
| *Activity Performed :* | Yes |
| *Body Region :* | Neck and L shoulder |
| *Minutes :* | 10 minute |
| | Hensley PT, Jennifer - 08/19/2019 08:09 EDT |

*PT Modalities Grid Updated :* Yes

Hensley PT, Jennifer - 08/19/2019 08:09 EDT

**Education**

Physical Therapy Education Grid

*Physical Therapy Plan of Care :* Verbalizes understanding

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

*Teaching Method :* Explanation

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=132, abd: 145 deg | Flex=145 ABD=145 |
| *Grip :* | R=107 L=50 | L=56 |
| | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *With Pain :* | Yes | Yes | Yes | No |
| *Pre-ROM :* | 41-NT | 40 | 28-NT | 33-NT |
| | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | Yes |
| *Pre-ROM :* | 75 | 75 |
| | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | x10 reps with self o.p. | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Sitting |
| *Symptoms During Treatment :* | Decreases | Centralizing | Decreases |
| *Symptoms Post Treatment :* | Better | No effect | Better |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | R c. rot to 85 deg, L c. rot to 80 deg, L shldr flex: 130 | improved shoulder ROM and grip strength |
| *Comment :* | not performed | not performed | |
| | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT |

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Hensley PT, Jennifer - 08/15/2019 13:37 EDT
(As Of: 08/15/2019 14:41:22 EDT)

## *DOC - Therapy*

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Mr. Zoll was able to show improvement in ROM, grip strength, pain, and headache reduction with cervical retractions in supine. He had good pain reduction with manual cervical distraction, shoulder PROM and stretching to teres and biceps, and ice after treatment session.

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

**OP PT Time Spent With Patient**

*OP PT Hot, Cold Pack :* 0
*OP PT Hot, Cold Pack Minutes :* 10
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 10
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 24
*OP PT Total Treatment Timed Minutes :* 34 minute
*OP PT Total Units (Timed) :* 3 units
*OP PT Total Treatment Untimed Minutes :* 10 minute
*OP PT Total Units (Untimed) :* 0 units
*PT Total Treatment Minutes :* 44
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 8/12/2019 12:55 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Tackett PTA,Ashton (8/12/2019 15:45 EDT)
SIGN INFORMATION: Tackett PTA,Ashton (8/12/2019 15:45 EDT)

**OP PT Daily Documentation Entered On: 08/12/2019 13:17 EDT**
**Performed On: 08/12/2019 12:55 EDT by Tackett PTA, Ashton**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* No
*Short Term Goals Review :* Yes
*PT Changes in Medication or Medical History :* No Changes Reported
Tackett PTA, Ashton - 08/12/2019 15:45 EDT
*Total Number of Visits PT :* 6
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes
Tackett PTA, Ashton - 08/12/2019 12:55 EDT

**Subjective Report**
*Subjective Report :* Ct. states,"Overall, I don't think it is getting better; the headaches have increased."
Tackett PTA, Ashton - 08/12/2019 12:55 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 3
Tackett PTA, Ashton - 08/12/2019 13:47 EDT
*Primary Pain Location :* Neck
*Pre Treatment Numeric Pain Rating Scale: :* 3
Tackett PTA, Ashton - 08/12/2019 12:55 EDT

**Short Term Goals**
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder | Pt to demo >75 deg CROM | Pt to report <60 on quick DASH for |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| | flex/ABD AROM for improved overhead reaching. | rotation R with no >3/10 pain for improved head turning while backing up vehicle. | improved functional activity. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | 8/6: 125 deg. left shoulder flex | 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed | |
| | Tackett PTA, Ashton - 08/12/2019 15:45 EDT | Tackett PTA, Ashton - 08/12/2019 15:45 EDT | Tackett PTA, Ashton - 08/12/2019 15:45 EDT |

**Manual Therapy**

*PT Manual Therapy Grid Updated :* Yes

Tackett PTA, Ashton - 08/12/2019 15:45 EDT

Manual Therapy/Massage Grid

| | Activity 1 |
|---|---|
| *Type :* | Myofascial/Soft tissue mobilization, Other: STM to B occiputs and manual cervical distraction (6x30 sec holds) |
| *Activity Performed :* | Yes |
| *Rationale :* | Increase range of motion, Relaxation |
| *Response :* | Positive response to treatment |
| *Technique :* | Trigger point release |
| *Comments :* | ct. supine |
| | Tackett PTA, Ashton - |

## DOC - Therapy

| | 08/12/2019 15:45 EDT |
|---|---|

**Education**
*Barriers To Learning :* None evident
Tackett PTA, Ashton - 08/12/2019 15:45 EDT

Physical Therapy Education Grid
*Body Mechanics :* Verbalizes understanding, Demonstrates, Needs further teaching
(Comment: posture [Tackett PTA, Ashton - 08/12/2019 15:45 EDT] )
*Exercise Program :* Verbalizes understanding, Demonstrates, Teachback successful
(Comment: supine c. retraction [Tackett PTA, Ashton - 08/12/2019 15:45 EDT] )
*Pain Control :* Verbalizes understanding, Demonstrates, Teachback successful
(Comment: ice use [Tackett PTA, Ashton - 08/12/2019 15:45 EDT] )
Tackett PTA, Ashton - 08/12/2019 15:45 EDT
*Teaching Method :* Demonstration, Explanation
Tackett PTA, Ashton - 08/12/2019 15:45 EDT

**Cervical/Thoracic Mechanical Diagnosis**
Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=125, abd: 120 deg | ~~[IN ERROR]~~ { ~~[Flex=140 ABD=140] - previously charted by Tackett PTA, Ashton at 08/12/2019 12:55 EDT};~~ |
| *Neuro Sensory Deficits :* | sx's into L post arm | |
| *Grip :* | R=113, 103, 95 L=45, 50, 49 -NT today | |
| | Tackett PTA, Ashton - 08/12/2019 12:55 EDT | Tackett PTA, Ashton - 08/12/2019 15:45 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | Yes | Yes | Yes | No |
| *Pre-ROM :* | 41-NT | 40 | 28-NT | 33-NT |
| | Tackett PTA, Ashton - | Tackett PTA, Ashton - | Tackett PTA, Ashton - | Tackett PTA, Ashton - |

## *DOC - Therapy*

| | 08/12/2019 12:55 EDT | 08/12/2019 12:55 EDT | 08/12/2019 12:55 EDT | 08/12/2019 12:55 EDT |
|---|---|---|---|---|

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | Yes |
| *Pre-ROM :* | 75 | 75 |
| | Tackett PTA, Ashton - 08/12/2019 12:55 EDT | Tackett PTA, Ashton - 08/12/2019 12:55 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | x10 reps with self o.p. | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Sitting |
| *Symptoms During Treatment :* | Decreases | Centralizing | No effect |
| *Symptoms Post Treatment :* | Better | No effect | No effect |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | R c. rot to 85 deg, L c. rot to 80 deg, L shldr flex: 130 | L c. rot to 85 deg, c.ext to 45 deg, L shldr flex to 135 deg |
| *Comment :* | not performed | | PTA reviewed ex for HEP, every 2 hours, 1x10 reps. Red flags reviewed. Client verb;'d understanding |
| | Tackett PTA, Ashton - 08/12/2019 12:55 EDT | Tackett PTA, Ashton - 08/12/2019 12:55 EDT | Tackett PTA, Ashton - 08/12/2019 12:55 EDT |

**Assessment**
*PT Treatment Recommendations :* Re-check baselines
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

## *DOC - Therapy*

*Rehabilitation Potential :* Good

Tackett PTA, Ashton - 08/12/2019 15:45 EDT
(As Of: 08/12/2019 15:59:49 EDT)

Diagnoses(Active)

| | |
|---|---|
| Radiculopathy, cervical region | *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Tackett PTA, Ashton - 08/12/2019 15:45 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Client was 10 min late for session. Client reports increased headaches since starting therapy. PTA had client attempt rep. c. retraction (derrangement reduciton exercise) in a gravity eliminating position (supine) today to see effect on pain control; Client tolerated well in clinic and to cont. with ex at home for HEP at this time.

PTA applied ice to client's c.spine post session, x10 min in supine position for pain control-no charge for service. Client with cont'd 3/10 pain post session.

PT to see client next session.

Tackett PTA, Ashton - 08/12/2019 15:45 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 15
*OP PT Total Treatment Timed Minutes :* 30 minute
*OP PT Total Units (Timed) :* 2 units
*PT Total Treatment Minutes :* 30
*OP PT Total (All Units) :* 2
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Tackett PTA, Ashton - 08/12/2019 13:47 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 8/8/2019 13:45 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (8/9/2019 13:51 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (8/9/2019 13:51 EDT)

**OP PT Daily Documentation Entered On: 08/08/2019 14:18 EDT**
**Performed On: 08/08/2019 13:45 EDT by Hensley PT, Jennifer**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*PT Changes in Medication or Medical History :* No Changes Reported
*Manual Therapy/*
*Massage :* Yes

Hensley PT, Jennifer - 08/09/2019 13:51 EDT

*Total Number of Visits PT :* 5
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right

Hensley PT, Jennifer - 08/08/2019 13:47 EDT

**Subjective Report**
*Subjective Report :* Mr. Zoll reports that he has had significant migraine all day today. He states that it has made him nauseated and that he took imitrex about 2 hours before treatment session. He also reports that he was drinking last night and that could have caused him to have a headache as well.

Hensley PT, Jennifer - 08/09/2019 13:51 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 2

Hensley PT, Jennifer - 08/09/2019 13:51 EDT

*Primary Pain Location :* Head
*Primary Pain Laterality :* Bilateral
*Primary Pain Radiation :* Yes
*Primary Pain Radiation Characteristics :* Headache between the eyes and forehead and neck pain
*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

Hensley PT, Jennifer - 08/08/2019 13:47 EDT

## DOC - Therapy

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Hensley PT, Jennifer - 08/09/2019 13:51 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| | Hensley PT, Jennifer - 08/09/2019 13:51 EDT | Hensley PT, Jennifer - 08/09/2019 13:51 EDT | Hensley PT, Jennifer - 08/09/2019 13:51 EDT |

*LTG Documentation :* Yes

Hensley PT, Jennifer - 08/09/2019 13:51 EDT

**Short Term Goals**
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | 8/6: 125 deg. left shoulder flex | 7/29:Improvements noted post rep c. retraction; Client to cont with rep ex x10 reps, 4x/day. POsture education initiated | |
| | Hensley PT, Jennifer - | Hensley PT, Jennifer - | Hensley PT, Jennifer - |

## *DOC - Therapy*

| | 08/09/2019 13:51 EDT | 08/09/2019 13:51 EDT | 08/09/2019 13:51 EDT |
|---|---|---|---|

**Manual Therapy**
Manual Therapy/Massage Grid

| | Activity 1 |
|---|---|
| *Type :* | Manual stretch, Myofascial/Soft tissue mobilization |
| *Activity Performed :* | Yes |
| *Rationale :* | Increase range of motion, Relaxation |
| *Comments :* | Pt received STM to B CPSMs, UTs, MTs, scalenes, SCM, L pec and bicep. He received gentle stretching into retraction/downward rotation. He received trigger point release to L UT and scalenes and SOR. |
| | Hensley PT, Jennifer - 08/09/2019 13:51 EDT |

*PT Manual Therapy Grid Updated :* Yes
Hensley PT, Jennifer - 08/09/2019 13:51 EDT

**Education**
Physical Therapy Education Grid
*Physical Therapy Plan of Care :* Verbalizes understanding
(Comment: only doing manual therapy today due to migraine. [Hensley PT, Jennifer - 08/09/2019 13:51 EDT] )
Hensley PT, Jennifer - 08/09/2019 13:51 EDT
*Teaching Method :* Explanation
Hensley PT, Jennifer - 08/09/2019 13:51 EDT

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

## *DOC - Therapy*

*Rehabilitation Potential :* Good

Hensley PT, Jennifer - 08/09/2019 13:51 EDT
(As Of: 08/09/2019 14:04:30 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hensley PT, Jennifer - 08/09/2019 13:51 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Significant improvements in cervical and headache pain.

Hensley PT, Jennifer - 08/09/2019 13:51 EDT

**OP PT Time Spent With Patient**

*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Hensley PT, Jennifer - 08/09/2019 13:51 EDT

*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 32
*OP PT Total Treatment Timed Minutes :* 32 minute
*OP PT Total Units (Timed) :* 2 units
*PT Total Treatment Minutes :* 32
*OP PT Total (All Units) :* 2

Hensley PT, Jennifer - 08/08/2019 13:47 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 8/6/2019 10:20 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (8/6/2019 10:20 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (8/6/2019 10:20 EDT)

**OP PT Daily Documentation Entered On: 08/06/2019 11:10 EDT**
**Performed On: 08/06/2019 10:20 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 4
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

**Subjective Report**
*Subjective Report :* "I had a migraine over the weekend and had to take pain meds for it."

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

**Rapid Pain Assessment**
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 3

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength | Pt to report <40 on Quick DASH | Pt to demo >100 psi L grip strength |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| | for improved lifting of pots/pans for improved cooking. | for improved functional activity. | for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT |

*LTG Documentation :* Yes

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | 8/6: 125 deg. left shoulder flex | 7/29:Improvements noted post rep c. retraction; Client to cont with rep ex x10 reps, 4x/day. POsture education initiated | |
| | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 |
|---|---|
| *Type :* | Manual stretch, Myofascial/Soft |

| | |
|---|---|
| | tissue mobilization |
| *Activity Performed :* | Yes |
| *Rationale :* | Increase range of motion, Relaxation |
| *Response :* | Positive response to treatment, Other: Left Shoulder ROM improved |
| *Comments :* | Pt received STM to B CPSMs, UTs, MTs, scalenes, SCM, L pec and bicep. He received gentle stretching into retraction/downward rotation. He received trigger point release to L UT and scalenes and SOR. |
| | Fifield PTA, Patrick - 08/06/2019 10:20 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful

*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=137, abd: 134 deg | Flex=140 ABD=140 |

## *DOC - Therapy*

| | | |
|---|---|---|
| *Grip :* | R=113, 103, 95 L=45, 50, 49 -NT today | |
| | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | Yes | Yes | Yes | No |
| *Pre-ROM :* | 41-NT | 40 | 28-NT | 33-NT |
| | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | Yes |
| *Pre-ROM :* | 70 | 70 |
| | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | 2x10 reps | x10 reps with PTA o.p. |
| *Testing Position :* | Sitting | Sitting | Sitting |
| *Symptoms During Treatment :* | Decreases | Centralizing | Centralizing |
| *Symptoms Post Treatment :* | Better | No effect | No effect |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | L c. rot to 85 deg, L shldr flex: 125 deg | L c. rot to 90 deg and L shldr flex to 130 deg |

## DOC - Therapy

| | | | |
|---|---|---|---|
| *Comment :* | not performed | VCs req'd for form. PTA reviewed ex for home; client verb'd understanding | not performed due to migraine lafter ast visit |
| | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT |

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 08/06/2019 10:20 EDT
(As Of: 08/06/2019 11:10:35 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* James continues to respond to cervical retractions with slightly improved shoulder flexion and grip strength on left. Instructed to continue with retractions at home. Responded to STM to Left UT and scapula to help decrease tightness and mobility. Will benefit from skilled therapy to progress neck and shoulder mobility.

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*OP PT Total Treatment Timed Minutes :* 45 minute
*OP PT Total Units (Timed) :* 3 units

## *DOC - Therapy*

*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 8/1/2019 09:38 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (8/1/2019 12:56 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (8/1/2019 12:56 EDT)

**OP PT Daily Documentation Entered On: 08/01/2019 11:09 EDT**
**Performed On: 08/01/2019 09:38 EDT by Hensley PT, Jennifer**

**Review/Treatments Provided**
*Total Number of Visits PT :* 3
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 0
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes

Hensley PT, Jennifer - 08/01/2019 09:38 EDT

**Subjective Report**
*Subjective Report :* Pt reports that his migraines have been worse since starting therapy approximately every other day. He reports that he had one after last visit, but not since then.

Hensley PT, Jennifer - 08/01/2019 09:38 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4

Hensley PT, Jennifer - 08/01/2019 12:56 EDT

*Primary Pain Location :* Neck
*Primary Pain Laterality :* Left
*Primary Pain Radiation :* Yes
*Primary Pain Radiation Characteristics :* into left shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 4

Hensley PT, Jennifer - 08/01/2019 09:38 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim

## *DOC - Therapy*

to be able to use both hands

Hensley PT, Jennifer - 08/01/2019 09:38 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT |

*LTG Documentation :* Yes

Hensley PT, Jennifer - 08/01/2019 09:38 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | | 7/29:Improvements noted post rep c. retraction; Client to cont with rep ex x10 reps, 4x/day. POsture education initiated | |
| | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT |

*DOC - Therapy*

**Manual Therapy**
*PT Manual Therapy Grid Updated :* Yes

Hensley PT, Jennifer - 08/01/2019 12:56 EDT

Manual Therapy/Massage Grid

| | Activity 1 |
|---|---|
| *Type :* | Manual stretch, Myofascial/Soft tissue mobilization |
| *Activity Performed :* | Yes |
| *Rationale :* | Increase range of motion, Relaxation |
| *Technique :* | ~~Trigger point release [IN ERROR]~~ ~~{[Trigger point release] - previously charted by Hensley PT, Jennifer at 08/01/2019 09:38 EDT};~~ |
| *Comments :* | Pt received STM to B CPSMs, UTs, MTs, scalenes, SCM, L pec and bicep. He received gentle stretching into retraction/downward rotation. He received trigger point release to L UT and scalenes and SOR. |
| | Hensley PT, Jennifer - 08/01/2019 12:56 EDT |

**Education**
Physical Therapy Education Grid
*Exercise Program :* Verbalizes understanding, Demonstrates

## *DOC - Therapy*

(Comment: Discussed importance of cervical retractions continued as long as headaches do not increase [Hensley PT, Jennifer - 08/01/2019 12:56 EDT] )

Hensley PT, Jennifer - 08/01/2019 12:56 EDT

*Teaching Method :* Demonstration, Explanation

Hensley PT, Jennifer - 08/01/2019 12:56 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=137, abd: 134 deg | Flex=140 ABD=140 |
| *Grip :* | R=113, 103, 95 L=45, 50, 49 -NT today | |
| | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | Yes | Yes | Yes | No |
| *Pre-ROM :* | 41-NT | 40 | 28-NT | 33-NT |
| | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | Yes |
| *Pre-ROM :* | 70 | 70 |
| | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Spinal Movement :* | slouch overcorrect x10 reps | 2x10 reps | x10 reps with PTA o.p. |
| *Testing Position :* | Sitting | Sitting | Sitting |
| *Symptoms During Treatment :* | Decreases | Centralizing | Centralizing |
| *Symptoms Post Treatment :* | Better | No effect | No effect |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | L c. rot to 85 deg, L shldr flex: 125 deg | L c. rot to 90 deg and L shldr flex to 130 deg |
| *Comment :* | not performed | VCs req'd for form. PTA reviewed ex for home; client verb'd understanding | not performed due to migraine lafter ast visit |
| | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT |

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Hensley PT, Jennifer - 08/01/2019 09:38 EDT
(As Of: 08/01/2019 11:09:33 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hensley PT, Jennifer - 08/01/2019 09:38 EDT

**Recommendations/Summary of Progress**

## *DOC - Therapy*

*Additional Information PT :* Mr. Zoll did not have a headache after treatment session today. He continues to benefit from cervical retractions without overpressure with increased shoulder ROM without headache. He continues to have significant muscle guarding in the Left UT, scalenes, SCM, pecs, and biceps. Discussed dry needling, but pt reports that he didn't have much relief with it last time.

Hensley PT, Jennifer - 08/01/2019 09:38 EDT

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 10
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 29
*OP PT Total Treatment Timed Minutes :* 39 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 39
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Hensley PT, Jennifer - 08/01/2019 12:56 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 7/29/2019 15:06 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Tackett PTA,Ashton (7/29/2019 16:13 EDT)
SIGN INFORMATION: Tackett PTA,Ashton (7/29/2019 16:13 EDT)

**OP PT Daily Documentation Entered On: 07/29/2019 15:25 EDT**
**Performed On: 07/29/2019 15:06 EDT by Tackett PTA, Ashton**

**Review/Treatments Provided**
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

*Total Number of Visits PT :* 2
*Total Number of Authorized Visits PT :* 1
*Authorization Valid Through (PT): :* 07/25/2019 EDT
*Total Number of Cancels PT :* 0
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* No
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right

Tackett PTA, Ashton - 07/29/2019 15:06 EDT

**Subjective Report**
*Subjective Report :* Ct. states,"The arm has felt heavy today."

Tackett PTA, Ashton - 07/29/2019 15:06 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

*Primary Pain Location :* Neck
*Primary Pain Laterality :* Left
*Primary Pain Radiation :* Yes
*Primary Pain Radiation Characteristics :* L shldr
*Pre Treatment Numeric Pain Rating Scale: :* 4

Tackett PTA, Ashton - 07/29/2019 15:06 EDT

**Short Term Goals**

## *DOC - Therapy*

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | | 7/29:Improvements noted post rep c. retraction; Client to cont with rep ex x10 reps, 4x/day. POsture education initiated | |
| | Tackett PTA, Ashton - 07/29/2019 15:06 EDT | Tackett PTA, Ashton - 07/29/2019 16:13 EDT | Tackett PTA, Ashton - 07/29/2019 15:06 EDT |

**Therapeutic Exercise**

Therapeutic Exercise Grid

| | Exercise 1 |
|---|---|
| *Exercise :* | Other: AROM scap retraction |
| *Exercise Performed :* | Yes |
| *Repetition/Time :* | x20 reps |
| *Resist or Assist :* | seated |
| *Comment :* | for scap stab/postural awareness |
| | Tackett PTA, Ashton - 07/29/2019 16:13 EDT |

*Therapeutic Exercise Grid Updated :* Yes

## *DOC - Therapy*

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

**Manual Therapy**
Manual Therapy/Massage Grid

| | Activity 1 |
|---|---|
| *Type :* | Manual stretch, Myofascial/Soft tissue mobilization, Other: STM to B upper/mid traps region and manual stretch of B shldrs into retraction/downward rotation |
| *Activity Performed :* | Yes |
| *Rationale :* | Increase range of motion, Relaxation |
| *Response :* | Positive response to treatment |
| *Technique :* | Trigger point release |
| *Comments :* | ct. seated post ther-ex |
| | Tackett PTA, Ashton - 07/29/2019 16:13 EDT |

*PT Manual Therapy Grid Updated :* Yes

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

**Education**
*Barriers To Learning :* None evident

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

Physical Therapy Education Grid
*Body Mechanics :* Verbalizes understanding, Demonstrates, Needs further teaching
(Comment: posture [Tackett PTA, Ashton - 07/29/2019 16:13 EDT] )
*Exercise Program :* Verbalizes understanding, Demonstrates, Teachback successful
(Comment: c. retractions [Tackett PTA, Ashton - 07/29/2019 16:13 EDT] )
*Pain Control :* Verbalizes understanding, Demonstrates, Teachback successful
(Comment: ice use [Tackett PTA, Ashton - 07/29/2019 16:13 EDT] )

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

*Teaching Method :* Demonstration, Explanation

## DOC - Therapy

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=105, abd: 135 deg | ~~[IN ERROR] { [L Shoulder ROM flex=130 ABD=125] previously charted by Tackett PTA, Ashton at 07/29/2019 15:06 EDT};~~ |
| *Grip :* | R=113, 103, 95 L=45, 50, 49 -NT today | ~~[IN ERROR] { [L=46] previously charted by Tackett PTA, Ashton at 07/29/2019 15:06 EDT};~~ |
| | Tackett PTA, Ashton - 07/29/2019 15:06 EDT | Tackett PTA, Ashton - 07/29/2019 16:13 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | Yes | Yes | Yes | No |
| *Pre-ROM :* | 41-NT | 40 | 28-NT | 33-NT |
| | Tackett PTA, Ashton - 07/29/2019 15:06 EDT | Tackett PTA, Ashton - 07/29/2019 15:06 EDT | Tackett PTA, Ashton - 07/29/2019 15:06 EDT | Tackett PTA, Ashton - 07/29/2019 15:06 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | Yes |
| *Pre-ROM :* | 70 | 70 |
| | Tackett PTA, Ashton - 07/29/2019 15:06 EDT | Tackett PTA, Ashton - 07/29/2019 15:06 EDT |

## *DOC - Therapy*

Cervical/Thoracic Mechanical Dx Grid

| | Activity 3 | Activity 1 | Activity 2 |
|---|---|---|---|
| *Spinal Motions :* | Cervical retraction | | Cervical retraction |
| *Spinal Movement :* | x10 reps with PTA o.p. | slouch overcorrect x10 reps | 2x10 reps |
| *Testing Position :* | Sitting | Sitting | Sitting |
| *Symptoms During Treatment :* | Centralizing | Decreases | Centralizing |
| *Symptoms Post Treatment :* | No effect | Better | No effect |
| *Mechanical Response :* | L c. rot to 90 deg and L shldr flex to 130 deg | L shldr flex: 120 deg, psot | L c. rot to 85 deg, L shldr flex: 125 deg |
| *Comment :* | | | VCs req'd for form. PTA reviewed ex for home; client verb'd understanding |
| | Tackett PTA, Ashton - 07/29/2019 16:13 EDT | Tackett PTA, Ashton - 07/29/2019 16:13 EDT | Tackett PTA, Ashton - 07/29/2019 16:13 EDT |

**Assessment**
*PT Treatment Recommendations :* Progress as client tolerates
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Tackett PTA, Ashton - 07/29/2019 16:13 EDT
(As Of: 07/29/2019 16:29:57 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week

## *DOC - Therapy*

*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Client demo'd improvement in c. ROM/L shldr flex ROM post rep c. retractions, and PTA instructed client cont with ex, x10 reps, 4x/day for derangement reduction method at this time.

Client with overall poor psoture, and PTA recommends cont'd education to increase client I in this areas for pain control.

Client with cont'd pain of 4/10 post session, so PTA applied ice to client's c.spine for pain control, x10 min-no charge for service.

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 29
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 10
*OP PT Total Treatment Timed Minutes :* 39 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 39
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Evaluation - Text
SERVICE DATE/TIME: 7/25/2019 12:46 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (7/25/2019 16:17 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (7/25/2019 16:17 EDT)

**OP PT Evaluation Entered On: 07/25/2019 14:11 EDT**
**Performed On: 07/25/2019 12:46 EDT by Hensley PT, Jennifer**

**Subjective**
*Overall PT Condition :* Evolving (Changing)
Hensley PT, Jennifer - 07/25/2019 16:17 EDT

*Total Number of Visits PT :* 1
*Total Number of Authorized Visits PT :* 1
*Authorization Valid Through (PT): :* 07/25/2019 EDT
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
Hensley PT, Jennifer - 07/25/2019 12:49 EDT

*PT Ordering Physician's Name :* Dr. Gish
Lexington Clinic Interventional Pain
Hensley PT, Jennifer - 07/25/2019 16:17 EDT

*Date of Birth :* EST
*PT Date of Injury or Surgery :* 07/01/2018 EDT
*Does patient feel safe in their environment? :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Evaluation Complete PT :* Yes
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Subjective Report :* Pt reports that he fell in July 2018 down a rocky incline and broke his Left wrist and had tears in his L shoulder. He states that he had to have surgical repair of September 2018 rotator cuff tear. He states that he still has pain and numbness/tingling in L hand. He has been seeing Dr. Hackett for his shoulder and thinks that their may be an AC joint separation. He states that he also has a C6-7 disc hernation and is receiving injections from Dr. Gish. He is having trouble with gripping and carrying heavy objects. Pt works at Toyota, but has been off since his fall in 2018. He reports that he has more migraines in the winter, but hasn't really had any changes since his fall. He has 1-2 migraines a week. His headache pain is directly in the center of his forehead and increased neck pain. PMH: Migraines, Anxiety/Depression.
Hensley PT, Jennifer - 07/25/2019 12:49 EDT

**Allergies**
(As Of: 07/25/2019 16:37:17 EDT)

Allergies (Active)
No Known Medication Allergies *Estimated Onset Date:* Unspecified ; *Created By:* Hensley PT, Jennifer; *Reaction Status:* Active ; *Category:* Drug ; *Substance:* No Known Medication Allergies ; *Type:* Allergy ; *Updated By:* Hensley PT, Jennifer; *Reviewed Date:*

## *DOC - Therapy*

07/25/2019 12:49 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 2

Hensley PT, Jennifer - 07/25/2019 16:17 EDT

*Primary Pain Location :* Neck
*Primary Pain Laterality :* Left
*Primary Pain Radiation :* Yes
*Primary Pain Radiation Characteristics :* L shoulder and into head
*Pre Treatment Numeric Pain Rating Scale: :* 3
*Worst Pain Level 1-10 Evaluation :* 5 = Moderate pain
*Best Pain Level 1-10 Evaluation :* 1

Hensley PT, Jennifer - 07/25/2019 12:49 EDT

**Home Environment**
*Living Situation :* Home independently
*Lives With :* Other: Domestic Partner
*Lives In :* Single level home
*Patient's Responsibilities Rehab :* Driver, Employed, Home management, Laundry, Leisure/Play/Hobbies, Meal preparation, Personal ADL, Shopping
*Detail Areas of Responsibilities :* Difficulty carrying heavy objects in kitchen, grocery shop, drive, swim
Has been off work since fall in 2018
Likes to hike and be outdoors
*Home Equipment Rehab :* None, Other: Pulleys, foam roller

Hensley PT, Jennifer - 07/25/2019 12:49 EDT

Prior Functional Status Grid
*ADL/Self Care :* Independent (I)
*Indoor Mobility :* Independent (I)
*Outdoor Mobility :* Independent (I)
*Stairs :* Independent (I)
*Instrumental ADL :* Independent (I)
*Prior Cognitive-Communication Skills :* Independent (I)

Hensley PT, Jennifer - 07/25/2019 12:49 EDT

**Posture/Deviations**
Posture Grid
*Protruded Head :* Sitting, Standing
*Rounded Shoulders :* Sitting, Standing
*Cervical Lordosis, Reduced :* Sitting, Standing
*Kyphosis, Accentuated :* Sitting, Standing
*Lumbar Lordosis, Normal :* Sitting, Standing

Hensley PT, Jennifer - 07/25/2019 16:17 EDT

**Gait Training**
*Gait Training Grid Updated :* No

Hensley PT, Jennifer - 07/25/2019 12:49 EDT

**Cervical/Thoracic Mechanical Diagnosis**
Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 |
|---|---|

## *DOC - Therapy*

| | |
|---|---|
| *Spinal Movement :* | slouch overcorrect |
| *Testing Position :* | Sitting |
| *Symptoms During Treatment :* | Decreases |
| *Symptoms Post Treatment :* | Better |
| *Mechanical Response :* | increased cervical and shoulder ROM |
| *Comment :* | decreased tingling and pain |
| | Hensley PT, Jennifer - 07/25/2019 16:17 EDT |

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=125 ABD=112 | L Shoulder ROM flex=130 ABD=125 |
| *Grip :* | R=113, 103, 95 L=45, 50, 49 | L=46 |
| | Hensley PT, Jennifer - 07/25/2019 16:17 EDT | Hensley PT, Jennifer - 07/25/2019 16:17 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | Yes | Yes | Yes | No |
| *Pre-ROM :* | 41 | 38 | 28 | 33 |
| *Post-ROM :* | | | | |
| | Hensley PT, Jennifer - 07/25/2019 12:49 EDT | Hensley PT, Jennifer - 07/25/2019 12:49 EDT | Hensley PT, Jennifer - 07/25/2019 12:49 EDT | Hensley PT, Jennifer - 07/25/2019 12:49 EDT |

## *DOC - Therapy*

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | Yes |
| *Pre-ROM :* | 80 | 63 |
| *Post-ROM :* | | 72 |
| | Hensley PT, Jennifer - 07/25/2019 12:49 EDT | Hensley PT, Jennifer - 07/25/2019 12:49 EDT |

**UE ROM/Strength**
*Document UE Range in Degrees :* Yes

Hensley PT, Jennifer - 07/25/2019 12:49 EDT
Hensley PT, Jennifer - 07/25/2019 12:49 EDT

Left Upper Extremity Strength Grid
*Elbow Flexion :* 4+
*Elbow Extension :* 4-
*Wrist Flexion :* 4-
*Wrist Extension :* 4

Hensley PT, Jennifer - 07/25/2019 12:49 EDT

*Shoulder Flexion :* 2+
*Shoulder Abduction :* 2+

Hensley PT, Jennifer - 07/25/2019 16:17 EDT

Right Upper Extremity Strength Grid
*Shoulder Flexion :* 5
*Shoulder Abduction :* 5
*Elbow Flexion :* 5
*Elbow Extension :* 5
*Wrist Flexion :* 4+
*Wrist Extension :* 5

Hensley PT, Jennifer - 07/25/2019 12:49 EDT

**UE ROM Degrees**
Left Upper Extremity Detailed ROM Grid

| | Left Shoulder Flexion Range | Left Shoulder Abduction Range |
|---|---|---|
| *Active :* | 125 degrees | 112 degrees |
| | Hensley PT, Jennifer - 07/25/2019 12:49 EDT | Hensley PT, Jennifer - 07/25/2019 12:49 EDT |

Right Upper Extremity Detailed ROM Grid

| | Right Shoulder Flexion Range | Right Shoulder Abduction Range |
|---|---|---|

## DOC - Therapy

| | | |
|---|---|---|
| *Active :* | 172 degrees | 186 degrees |
| | Hensley PT, Jennifer - 07/25/2019 12:49 EDT | Hensley PT, Jennifer - 07/25/2019 12:49 EDT |

**Quick DASH**
*Open a tight or new jar :* Unable
*Do heavy household chores :* Unable
*Carry a shopping bag or briefcase :* Severe difficulty
*Wash your back :* Unable
*Use a knife to cut food :* Mild difficulty
*Rec activities where you take arm force/impact :* Severe difficulty
*During past week arm interfered :* Severe difficulty
*During past week limited in regular :* Unable
*Please rate severity of arm, shoulder :* Severe difficulty
*Please rate severity tingling :* Severe difficulty
*During past week, difficulty sleeping :* Moderate Difficulty
*QuickDASH Disability/Symptoms Score :* 77
*Quick Dash Comments :* IE=77
*#Please rate severity of symptoms :* 1
*#During the past wk interfered w/social :* 1
*#Rec activities w/ force :* 1
*#Do heavy household chores (wash walls) :* 1
*#Carry a shopping bag :* 1
*#Activities Rated :* 11
*#Please rate severity of tingling :* 1
*#During past wk limited in work :* 1
*#Use a knife to cut food :* 1
*#Open a tight or new jar :* 1
*#Wash your back :* 1
*#During past week difficulty sleep :* 1

Hensley PT, Jennifer - 07/25/2019 16:17 EDT

**UE Function**
*Left Grip Strength Trial 1 :* 45 lb
*Left Grip Strength Trial 2 :* 50 lb
*Left Grip Strength Trial 3 :* 49 lb
*Left Hand Grip Strength :* 48 lb
*Mean for Age,Gender Left Hand Grip :* 101.9 lbs
*Right Grip Strength Trial 1 :* 113 lb
*Right Grip Strength Trial 2 :* 103 lb
*Right Grip Strength Trial 3 :* 95 lb
*Right Hand Grip Strength :* 103.7 lb
*Mean for Age,Gender Right Hand Grip :* 113.6 lbs

Hensley PT, Jennifer - 07/25/2019 12:49 EDT

**Education**

## *DOC - Therapy*

Physical Therapy Education Grid
*Exercise Program :* Verbalizes understanding, Demonstrates
(Comment: importance of posture, slouch over-correct exercise, red flags reviewed [Hensley PT, Jennifer - 07/25/2019 16:17 EDT] )
*Physical Therapy Plan of Care :* Verbalizes understanding
(Comment: Cervical radiculopathy playing a roll in shoulder dysfunction and needing to treat the cervical spine to help the shoulder regain strength and motion. [Hensley PT, Jennifer - 07/25/2019 16:17 EDT] )
Hensley PT, Jennifer - 07/25/2019 16:17 EDT
*Teaching Method :* Demonstration, Explanation, Printed materials
Hensley PT, Jennifer - 07/25/2019 16:17 EDT

**WC Management**
*Wheelchair Grid Updated :* No
Hensley PT, Jennifer - 07/25/2019 16:17 EDT

**DME PT**
*Equipment Anticipated or Recommended :* McKenzie standard roll
*Equipment Issued :* Other: McKenzie Standard Roll
Hensley PT, Jennifer - 07/25/2019 16:17 EDT

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good
Hensley PT, Jennifer - 07/25/2019 16:17 EDT
(As Of: 07/25/2019 16:37:18 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Long Term Goals**
Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Initial | Initial | Initial |
| | Hensley PT, Jennifer - 07/25/2019 16:17 EDT | Hensley PT, Jennifer - 07/25/2019 16:17 EDT | Hensley PT, Jennifer - 07/25/2019 16:17 EDT |

*LTG Documentation :* Yes

## *DOC - Therapy*

Hensley PT, Jennifer - 07/25/2019 16:17 EDT

*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Hensley PT, Jennifer - 07/25/2019 12:49 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Initial | Initial | Initial |
| | Hensley PT, Jennifer - 07/25/2019 16:17 EDT | Hensley PT, Jennifer - 07/25/2019 16:17 EDT | Hensley PT, Jennifer - 07/25/2019 16:17 EDT |

*STG Documentation :* Yes

Hensley PT, Jennifer - 07/25/2019 16:17 EDT

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hensley PT, Jennifer - 07/25/2019 16:17 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Mr. Zoll has a 1 year history of LUE pain and a longer history of neck pain. He reports that 1 year ago he fell and that increased his neck/shoulder pain, headaches, and his hand numbness. He has decreased CROM, shoulder ROM, LUE and grip strength. He responded with improved ROM, pain, and tingling with postural correction and slouch overcorrect. He is a good candidate for skilled PT would benefit from skilled PT for manual therapy, derangement reduction activities, and postural education. He has tried dry needling in the past, but may benefit from another trial. He is of moderate complexity due to the variable nature condition, past medical history, and severity of impairment.

Hensley PT, Jennifer - 07/25/2019 16:17 EDT

**OP PT Time Spent With Patient**

*OP PT Mod Evaluation Units :* 1
*OP PT Mod Evaluation Minutes :* 40

## *DOC - Therapy*

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 10
*OP PT Total Treatment Timed Minutes :* 10 minute
*OP PT Total Units (Timed) :* 1 units
*OP PT Total Treatment Untimed Minutes :* 40 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 50
*OP PT Total (All Units) :* 2
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Hensley PT, Jennifer - 07/25/2019 16:17 EDT

## *DOC - Therapy*

| | |
|---|---|
| DOCUMENT NAME: | OP PT Progress Note/ DC Assessment- Text |
| SERVICE DATE/TIME: | 11/4/2019 18:00 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Hensley PT,Jennifer (11/19/2019 09:16 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (11/19/2019 09:16 EST) |

**OP PT DC Assessment Entered On: 11/19/2019 09:26 EST**
**Performed On: 11/04/2019 18:00 EST by Hensley PT, Jennifer**

**OP General Information**
*PT Ordering Physician's Name :* Dr. Gish
Lexington Clinic Interventional Pain
*Date of Birth :* EST
*Discharge Date :* 11/04/2019 EST
*Total Number of Visits PT :* 27
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Reason for Discharge - PT :* Achieved Maximum Functional Potential

Hensley PT, Jennifer - 11/19/2019 09:16 EST
(As Of: 11/19/2019 09:26:29 EST)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**PT Pain Management**
*PT Pain Management :* N/A

Hensley PT, Jennifer - 11/19/2019 09:16 EST

**PT Treatments Provided**
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Patient / Caregiver Education -Instructions :* Home program, Body Mechanics/Transfers, Pain management
*PT Equipment Anticipated or Recommended :* McKenzie standard roll
*PT Equipment Issued Rehab :* Other: McKenzie Standard Roll

Hensley PT, Jennifer - 11/19/2019 09:16 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* to be able to swim
to be able to use both hands

Hensley PT, Jennifer - 11/19/2019 09:16 EST

Long Term Goals PT IP

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 7/25/2019
FIN#: 168539 Discharge Date: 10/31/2019
DOB/Age/Gender: 51 years Male Attending Phys:

## *DOC - Therapy*

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Not met | Goal met | Not met | Not met |
| *Date Met :* | | 10/24/2019 EDT | | |
| *Comments :* | 10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT | 10/24: 34 | 10/31: 50 psi. 10/29: 42#. 10/24: NT. 9/25 Continued limitation in L grip | 10/24: moderate limitation to flexion, all other within minimal limitations |
| | Hensley PT, Jennifer - 11/19/2019 09:16 EST | Hensley PT, Jennifer - 11/19/2019 09:16 EST | Hensley PT, Jennifer - 11/19/2019 09:16 EST | Hensley PT, Jennifer - 11/19/2019 09:16 EST |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Not met | Not met |
| *Date Met :* | | |
| *Comments :* | 10/24: 26 | 10/31: 2. 10/24: 3/10 |
| | Hensley PT, Jennifer - 11/19/2019 09:16 EST | Hensley PT, Jennifer - 11/19/2019 09:16 EST |

*IP PT LTG Documentation :* Yes

Hensley PT, Jennifer - 11/19/2019 09:16 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved | Pt to demo >75 deg CROM rotation R with no >3/10 pain for | Pt to report <60 on quick DASH for improved functional activity. |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | overhead reaching. | improved head turning while backing up vehicle. | |
| *Status :* | Not met | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Hensley PT, Jennifer - 11/19/2019 09:16 EST | Hensley PT, Jennifer - 11/19/2019 09:16 EST | Hensley PT, Jennifer - 11/19/2019 09:16 EST |

**PT Objective and Functional Status**
*Addendum Completed :* No
*PT Recommendations :* Follow up with physician
*Additional Information :* 10/24: Mr. Zoll is completing his HEP and managing his neck and back symptoms. He has had limited progress with shoulder motion and strength. He has reached maximum functional potential for L shoulder at this time. He follows up with MD on 11/4 to discuss surgical intervention. He will likely be discharged from skilled PT if surgical intervention is indicated. He will let us know after his MD appointment whether to continue with all POC's or discontinue therapy if surgery is indicated.

11/4: Pt's MD appointment went well. He is having an MRI and likely surgical intervention. He is okay for discharge from skilled PT until after surgical intervention. MD will re-order when appropriate.
*Informed :* Informed Physician of Discharge

Hensley PT, Jennifer - 11/19/2019 09:16 EST

**Recommendations/Summary of Progress**
*Necessity of the Services Provided :* -
*Functional Progression w/ Objective Improvements :* --
*Justification of Need :* -
*Additional Information :* 10/24: Mr. Zoll is completing his HEP and managing his neck and back symptoms. He has had limited progress with shoulder motion and strength. He has reached maximum functional potential for L shoulder at this time. He follows up with MD on 11/4 to discuss surgical intervention. He will likely be discharged from skilled PT if surgical intervention is indicated. He will let us know after his MD appointment whether to continue with all POC's or discontinue therapy if surgery is indicated.

11/4: Pt's MD appointment went well. He is having an MRI and likely surgical intervention. He is okay for discharge from skilled PT until after surgical intervention. MD will re-order when appropriate.

*DOC - Therapy*

Hensley PT, Jennifer - 11/19/2019 09:16 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Progress Note/ DC Assessment- Text
SERVICE DATE/TIME: 10/24/2019 16:33 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (10/24/2019 16:33 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (10/24/2019 16:33 EDT)

**OP PT Communication Note Entered On: 10/24/2019 16:34 EDT**
**Performed On: 10/24/2019 16:33 EDT by Hensley PT, Jennifer**

**OP General Information**
*PT Ordering Physician's Name :* Dr. Gish
Lexington Clinic Interventional Pain
*Date of Birth :* EST
*Total Number of Visits PT :* 25
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT

Hensley PT, Jennifer - 10/24/2019 16:33 EDT
(As Of: 10/24/2019 16:34:36 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**PT Pain Management**
*PT Pain Management :* Documented Below
*Location - Update/ Discharge :* See daily doc
*Worst Pain Level 1-10 Evaluation :* 5 = Moderate pain
*Worst Pain Level 1-10 Update/Discharge :* 6
*Best Pain Level 1-10 Evaluation :* 1
*Best Pain Level 1-10 Update/Discharge :* 1

Hensley PT, Jennifer - 10/24/2019 16:33 EDT

**PT Treatments Provided**
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Patient / Caregiver Education -Instructions :* Home program, Body Mechanics/Transfers, Pain management
*PT Equipment Anticipated or Recommended :* McKenzie standard roll
*PT Equipment Issued Rehab :* Other: McKenzie Standard Roll

Hensley PT, Jennifer - 10/24/2019 16:33 EDT

**Long Term Goals**
*PT Patient,Caregiver Goal :* to be able to swim

## *DOC - Therapy*

to be able to use both hands

Hensley PT, Jennifer - 10/24/2019 16:33 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Date Met :* | | 10/24/2019 EDT | | |
| *Comments :* | 10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT | 10/24: 34 | 10/24: NT. 9/25 Continued limitation in L grip | 10/24: moderate limitation to flexion, all other within minimal limitations |
| | Hensley PT, Jennifer - 10/24/2019 16:33 EDT | Hensley PT, Jennifer - 10/24/2019 16:33 EDT | Hensley PT, Jennifer - 10/24/2019 16:33 EDT | Hensley PT, Jennifer - 10/24/2019 16:33 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Date Met :* | | |
| *Comments :* | 10/24: 26 | 10/24: 3/10 |
| | Hensley PT, Jennifer - 10/24/2019 16:33 EDT | Hensley PT, Jennifer - 10/24/2019 16:33 EDT |

*IP PT LTG Documentation :* Yes

Hensley PT, Jennifer - 10/24/2019 16:33 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Hensley PT, Jennifer - 10/24/2019 16:33 EDT | Hensley PT, Jennifer - 10/24/2019 16:33 EDT | Hensley PT, Jennifer - 10/24/2019 16:33 EDT |

**PT Objective and Functional Status**
*Addendum Completed :* No
*PT Recommendations :* Requesting to continue with plan
*Additional Information PT :* Mr. Zoll has made good progress with shoulder ABD and trunk AROM, functional mobility, and strength in some planes. He continues to be limited by AC joint pain with shoulder flex that continues to be limited. He has a notable improvement in back pain and is progressing well. He follows up with orthopedist 11/4/2019 and will continue therapy until then and will follow his recommendations. Pt reports that surgical intervention has been discussed.
Hensley PT, Jennifer - 10/24/2019 16:33 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Progress Note/ DC Assessment- Text
SERVICE DATE/TIME: 9/25/2019 21:02 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hale PT,Angela (9/25/2019 21:02 EDT)
SIGN INFORMATION: Hale PT,Angela (9/25/2019 21:02 EDT)

**OP PT Communication Note Entered On: 09/25/2019 21:02 EDT**
**Performed On: 09/25/2019 21:02 EDT by Hale PT, Angela**

**OP General Information**
*PT Ordering Physician's Name :* Dr. Gish
Lexington Clinic Interventional Pain
*Date of Birth :* EST
*Total Number of Visits PT :* 19
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT

Hale PT, Angela - 09/25/2019 21:02 EDT
(As Of: 09/25/2019 21:02:55 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**PT Pain Management**
*PT Pain Management :* Documented Below
*Location - Update/ Discharge :* See daily doc
*Worst Pain Level 1-10 Evaluation :* 5 = Moderate pain
*Best Pain Level 1-10 Evaluation :* 1

Hale PT, Angela - 09/25/2019 21:02 EDT

**PT Treatments Provided**
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Balance Training - 97112, Community Work Re-integration - 97537, Gait Training - 97116, Group Therapy - 97150, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Stair Training - 97116, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*PT Equipment Anticipated or Recommended :* McKenzie standard roll
*PT Equipment Issued Rehab :* Other: McKenzie Standard Roll

Hale PT, Angela - 09/25/2019 21:02 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

## *DOC - Therapy*

Hale PT, Angela - 09/25/2019 21:02 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Initial |
| *Date Met :* | | 08/29/2019 EDT | | |
| *Comments :* | 9/25 Continued decrease in L UE MMT | | 9/25 Continued limitation in L grip | |
| | Hale PT, Angela - 09/25/2019 21:02 EDT | Hale PT, Angela - 09/25/2019 21:02 EDT | Hale PT, Angela - 09/25/2019 21:02 EDT | Hale PT, Angela - 09/25/2019 21:02 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Initial | Initial |
| *Date Met :* | | |
| *Comments :* | | |
| | Hale PT, Angela - 09/25/2019 21:02 EDT | Hale PT, Angela - 09/25/2019 21:02 EDT |

*LTG Documentation :* Yes

Hale PT, Angela - 09/25/2019 21:02 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while | Pt to report <60 on quick DASH for improved functional activity. |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | | backing up vehicle. | |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Hale PT, Angela - 09/25/2019 21:02 EDT | Hale PT, Angela - 09/25/2019 21:02 EDT | Hale PT, Angela - 09/25/2019 21:02 EDT |

**PT Objective and Functional Status**
*Addendum Completed :* No
*PT Recommendations :* Requesting to continue with plan
*number of weeks :* 4
*Additional Information PT :* Patient with improved L shoulder flexion at 135 and abduction 154. He also has improved C-spine AROM. He continues to be limited by neck pain and poor posture. He was issued a supine neck support and was able to demonstrate correct use. He was evaluated for low back pain today with decreased Lumbar ROM, decreased L LE MMT and increased score on Revised Oswestry. He demonstrates improved ROM and LE MMT after prone laying, however it increased C-spine pain. He was trialed with standing extension and was able to perform with no increase in back pain and no C-spine pain increase and was issued for home. He will benefit from continued skilled PT services for the L shoulder and goals were added for Low back. Plan to continue skilled PT 2 X per week X 4 weeks to improve ROM, MMT and I with walking.

Hale PT, Angela - 09/25/2019 21:02 EDT

*DOC - Therapy*

DOCUMENT NAME: OP PT Progress Note/ DC Assessment- Text
SERVICE DATE/TIME: 8/29/2019 12:45 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Caudill DPT,Stephanie (9/3/2019 12:45 EDT)
SIGN INFORMATION: Caudill DPT,Stephanie (9/3/2019 12:45 EDT)

**OP PT Communication Note Entered On: 09/03/2019 12:46 EDT**
**Performed On: 08/29/2019 12:45 EDT by Caudill DPT, Stephanie**

**OP General Information**
*PT Ordering Physician's Name :* Dr. Gish
Lexington Clinic Interventional Pain
*Date of Birth :* EST
*Total Number of Visits PT :* 11
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT

Caudill DPT, Stephanie - 09/03/2019 12:45 EDT
(As Of: 09/03/2019 12:46:02 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**PT Pain Management**
*PT Pain Management :* N/A

Caudill DPT, Stephanie - 09/03/2019 12:45 EDT

**PT Treatments Provided**
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*PT Equipment Anticipated or Recommended :* McKenzie standard roll
*PT Equipment Issued Rehab :* Other: McKenzie Standard Roll

Caudill DPT, Stephanie - 09/03/2019 12:45 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Caudill DPT, Stephanie - 09/03/2019 12:45 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/29/2019 EDT | |
| *Comments :* | 8/29/19: please see MMT section. | | 8/29//19: 56.7#. 8/26: Left: 40# |
| | Caudill DPT, Stephanie - 09/03/2019 12:45 EDT | Caudill DPT, Stephanie - 09/03/2019 12:45 EDT | Caudill DPT, Stephanie - 09/03/2019 12:45 EDT |

*LTG Documentation :* Yes

Caudill DPT, Stephanie - 09/03/2019 12:45 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Caudill DPT, Stephanie - | Caudill DPT, Stephanie - | Caudill DPT, Stephanie - |

*DOC - Therapy*

| | 09/03/2019 12:45 EDT | 09/03/2019 12:45 EDT | 09/03/2019 12:45 EDT |
|---|---|---|---|

**PT Objective and Functional Status**

*Additional Information PT :* Mr. Zoll demonstrates improved strength and ROM. He reports improved tolerance to functional activities. He will benefit from continued physical therapy 2x/week for 4 weeks for therapeutic exercise, manual therapy, and patient education to work towards remaining goals.

Caudill DPT, Stephanie - 09/03/2019 12:45 EDT

## *DOC - Therapy*

| | |
|---|---|
| DOCUMENT NAME: | OP PT Missed Treatments - Text |
| SERVICE DATE/TIME: | 8/5/2019 14:31 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Hensley PT,Jennifer (8/5/2019 14:31 EDT) |
| SIGN INFORMATION: | Hensley PT,Jennifer (8/5/2019 14:31 EDT) |

**OP PT Missed Treatments Entered On: 08/05/2019 14:31 EDT**
**Performed On: 08/05/2019 14:31 EDT by Hensley PT, Jennifer**

**OP PT Missed Treatments**
*Total Number of Visits PT :* 3
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*OP PT Cancellation - Other :* 3
*OP Patient Cancel/No Show PT :* Patient cancelled and did not reschedule
*OP Missed Tx Comments PT :* no reason given

Hensley PT, Jennifer - 08/05/2019 14:31 EDT

*Therapy Documentation*

*** Auth (Verified) ***

### Shoulder Extension with Resistance



| REPS: 10 | SETS: 3 |
|---|---|
| DAILY: 2 | WEEKLY: 7 |

### Standing Row with Anchored Resistance

| REPS: 10 | DAILY: 2 |
|---|---|
| WEEKLY: 7 | |

### Standing High Row with Anchored Resistance

| REPS: 10 | DAILY: 2 |
|---|---|
| WEEKLY: 7 | |

PT
10/31/19
10:15

ZOLL, JAMES D
DOB: (M) DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

MEDBRIDGE Login URL: encompasshealth.medbridgego.com Access Code: Y7VWADYE

Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider. Date printed: 10/31/2019

*** Auth (Verified) ***

Encompass Health

Prepared by Jennifer Hensley

Access your exercises!
encompasshealth.medbridgego.com
MedBridgeGO
Your Access Code: M4BENWF6



**Isometric Shoulder Flexion at Wall**
REPS: 10 | HOLD: 5 | WEEKLY: 7x | DAILY: 1x



**Standing Isometric Shoulder Extension with Doorway - Arm Bent**
REPS: 10 | HOLD: 5 | WEEKLY: 7x | DAILY: 1x



**Standing Isometric Shoulder Abduction with Doorway - Arm Bent**
REPS: 10 | HOLD: 5 | WEEKLY: 7x | DAILY: 1x



**Isometric Shoulder Adduction**
REPS: 10 | HOLD: 5 | WEEKLY: 7x | DAILY: 1x



**Standing Isometric Shoulder External Rotation with Doorway**
REPS: 10 | HOLD: 5 | WEEKLY: 7x | DAILY: 1x



**Standing Isometric Shoulder Internal Rotation with Towel Roll at Doorway**
REPS: 10 | HOLD: 5 | WEEKLY: 7x | DAILY: 1x

ZOLL, JAMES D
DOB: (M) DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

[signature], PT 9/9/19 14:50

Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider.

MEDBRIDGE

Page 1 of 1
09/09/2019

## *Coding Summary*

*** Auth (Verified) ***

DATE: 07/31/2019 Cardinal Hill Rehab Hospital TIME: 12:58 PM
PAGE: 1 OF 1 CODING WORKSHEET

Patient Name: JAMES D ZOLL
Birthdate/Age: 050Y

Attending Phys: GISH, BRANDON
Consultants:

MR#: 000537631 PAT#: 0000168539
Adm/Disch: 7/25/19
Length of Stay: 6
Disposition: 30

Med Svc(Pgm): ORTHOPEDIC - OTHER
Impairment/CMG:
CMS13:

Coded by: THURMAS1 7/31/19

| Diagnoses | POA | MOD | HAC | Description | Tier |
|---|---|---|---|---|---|
| 1. M53.83 | | | | Other specified dorsopathies, cervicothoracic region | |
| 2. M25.611 | | | | Stiffness of right shoulder, not elsewhere classified | |
| 3. M25.612 | | | | Stiffness of left shoulder, not elsewhere classified | |
| 4. R29.91 | | | | Unsp symptoms and signs involving the musculoskeletal system | |
| 5. R51 | | | | Headache | |
| 6. M54.2 | | | | Cervicalgia | |
| 7. M25.511 | | | | Pain in right shoulder | |
| 8. M25.512 | | | | Pain in left shoulder | |
| 9. R29.3 | | | | Abnormal posture | |
| 10. M54.12 | | | | Radiculopathy, cervical region | |
| 11. R20.8 | | | | Other disturbances of skin sensation | |

| Date | CPT | Modifiers | Description |
|---|---|---|---|
| 1. 07/25/19 | 97110 | GP | Therapeutic exercises |
| 2. 07/29/19 | 97110 | GP | Therapeutic exercises |
| 3. 07/29/19 | 97140 | GP | Manual therapy 1/> regions |
| 4. 07/25/19 | 97162 | GP | Pt eval mod complex 30 min |

## *Phone Messages*

DOCUMENT NAME: Phone Message/Call
SERVICE DATE/TIME: 11/19/2019 09:33 EST
RESULT STATUS: Modified
PERFORM INFORMATION: Baughn,Nancy (11/19/2019 14:28 EST); Miracle,Jonathan (11/19/2019 14:17 EST); Hensley PT,Jennifer (11/19/2019 09:33 EST)
SIGN INFORMATION:

**Addendum by Baughn, Nancy on November 19, 2019 14:28:12 EST**
---------------------
From: Baughn, Nancy
To: Halloran SLP, Nancy; Hensley PT, Jennifer; Miracle, Jonathan;
Sent: 11/19/2019 14:28:12 EST
Subject: RE: DC

DC Summary sent to referring MD. Patient DC'd in Patcom

**Addendum by Miracle, Jonathan on November 19, 2019 14:17:02 EST**
---------------------
From: Miracle, Jonathan
To: Hensley PT, Jennifer; Baughn, Nancy; Halloran SLP, Nancy;
Sent: 11/19/2019 14:17:02 EST
Subject: RE: DC

Pt removed from schedules and discharged from Ortho PT, last date of treatment effective 10/31.

168539

---------------------
From: Hensley PT, Jennifer
To: Miracle, Jonathan;
Sent: 11/19/2019 09:33:59 EST
Subject: DC

Please send DC to referring physician. DC from ortho PT.

## *Phone Messages*

DOCUMENT NAME: Phone Message/Call
SERVICE DATE/TIME: 9/25/2019 21:04 EDT
RESULT STATUS: Modified
PERFORM INFORMATION: Redmon,Laura (9/26/2019 08:47 EDT); Hale PT,Angela (9/25/2019 21:04 EDT)

SIGN INFORMATION:

**Addendum by Redmon, Laura on September 26, 2019 08:47:56 EDT**

---------------------
From: Redmon, Laura (0196 OP Therapy Financial Counselors)
To: Hale PT, Angela;
Sent: 09/26/2019 08:47:56 EDT
Subject: RE: updatedcert/PTadditionalvisits

approved 12 PT visits from 9/26/19 thru 11/30/19

---------------------
From: Hale PT, Angela
To: Zencka Admission Representative, Arianne; Blair, Layda; Bowyer, Deborah; 0196 OP Therapy Financial Counselors;
Sent: 09/25/2019 21:04:39 EDT
Subject: updatedcert/PTadditionalvisits

Updated cert letter 9/25

Requesting 12 additional PT visits 2 x per week. THanks

## *Phone Messages*

| | |
|---|---|
| DOCUMENT NAME: | Phone Message/Call |
| SERVICE DATE/TIME: | 7/25/2019 16:38 EDT |
| RESULT STATUS: | Modified |
| PERFORM INFORMATION: | Redmon,Laura (7/26/2019 11:14 EDT); Hensley PT,Jennifer (7/25/2019 16:38 EDT) |
| SIGN INFORMATION: | |

**Addendum by Redmon, Laura on July 26, 2019 11:14:49 EDT**
---------------------
From: Redmon, Laura (0196 OP Therapy Financial Counselors)
To: Hensley PT, Jennifer;
Sent: 07/26/2019 11:14:49 EDT
Subject: RE: cert letter and visit request

approved 18 PT visits from 7/26/19 thru 10/31/19

---------------------
From: Hensley PT, Jennifer
To: Zencka Admission Representative, Arianne; 0196 OP Therapy Financial Counselors;
Sent: 07/25/2019 16:38:45 EDT
Subject: cert letter and visit request

Cert letter sent to Dr. taylor
Please reqeust 18 visits, 2x/week for 9 weeks.

*Miscellaneous*

CARDINAL HILL® REHABILITATION HOSPITAL

Orthopedic Specialty Program

Physical Therapy Progress Note

Date: 10/31/19

Patient Name: James D. Zoll

DOB: 12/22/19

Diagnosis:

| AROM: Initial Eval | AROM: Current | MMT: Initial Eval | MMT: Current |
|---|---|---|---|
| L Shldr Flex 125 | 138 | (L) Shldr Flex = 2+ | 4 in available range |
| ABD 112 | 133 | ABD = 2+ | 4 in available range |
| Neck Rot R 63 | 83 | Elbow Flex = 4+ | 5 |
| L 80 | 85 | Ext = 4- | 4+ |
| | | Wrist Flex 4- | 4+ |
| | | Ext = 4 | 4+ |
| | | Grip = 40 | 50 psi |

Assessment/Functional Gains: Continues to have 2-6/10 pain in superior shoulder. He reports no >4/10 neck pain. Pt has met 2 of 3 STG's & 1 of 3 goals for shoulder POC. He ~~was~~ is independent c̄ HEP + would benefit from further medical management of shoulder complaint.

Thank you for the opportunity to participate in the care of your patient. Please feel free to contact us with questions or concerns at 859-246-8925.

Sincerely,

[signature], PT
10/31/19 10:05

ZOLL, JAMES D (M) DR: GISH, BRANDON
DOB:
AGE: 50Y ADM: 07/25/19
ACT: 168539 MRN: 537631 (ACT)

*** Auth (Verified) ***



*** Auth (Verified) ***





All 1" needles
[signature], PT
10/17/19
13:45



ZOLL, JAMES D
DOB: MI DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

*** Auth (Verified) ***





All 1" needles.

JfAlly, PT
10/15/19 13:35



ZOLL, JAMES D
DOB:
AGE: 50Y ADM: 07/25/19
AT DR: GISH, BRANDON
ACT: 168539 MRN: 537631 (ACT)

FUNCTIONAL DRY NEEDLING® CONSENT AND REQUEST FOR PROCEDURE

Dry Needling (DN), Trigger point Dry Needling (TDN), or Intramuscular Manual Therapy (IMT), is a minimally invasive procedure that places a small needle into the muscle at the trigger point in order to cause the muscle to contract and then release, improving the flexibility of the muscle and therefore decreasing the symptoms. You are not receiving an acupuncture treatment. *Dry needling is a technique used in physical therapy practice to treat trigger points in muscles. You should understand that this dry needling technique should not be confused with a complete acupuncture treatment performed by a licensed acupuncturist. A complete acupuncture treatment might yield a holistic benefit not available through a limited dry needling treatment.* TDN is a valuable treatment for musculoskeletal pain.

Like any treatment there are possible complications. While these complications are rare in occurrence, they are real and must be considered prior to giving consent to treatment.

All training was in accordance with requirements dictated by this facility and by the U.S. state of this practitioner's licensure.

FDN is a valuable and effective treatment for musculoskeletal pain. Like any treatment, there are possible complications. While complications are rare in occurrence, they are real and must be considered prior to giving consent for treatment.

**Risks:** The most serious risk with FDN is accidental puncture of a lung (pneumothorax). If this were to occur, it may likely require a chest x-ray and no further treatment. The symptoms of shortness of breath may last for several days to weeks. A more severe puncture can require hospitalization and re-inflation of the lung. This is a rare complication, and it should not be a major concern. Other risks include injury to a blood vessel causing a bruise, infection, and/or nerve injury. Bruising is a common occurrence and should not be a concern.

**Patient's Consent:** I understand that no guarantee or assurance has been made as to the results of this procedure and that it may not cure my condition. My therapist has also discussed with me the probability of success of this procedure, as well as the probability of serious side effects. Multiple treatment sessions may be required/needed, thus this consent will cover this treatment as well as consecutive treatments by this facility. I have read and fully understand this consent form and understand that I should not sign this form until all items, including my questions, have been explained or answered to my satisfaction. With my signature, I hereby consent to the performance of this procedure. I also consent to any measures necessary to correct complications which may result.

**Procedure:** I, James Zoll, authorize Cardinal Hill to perform Functional Dry Needling® for my diagnosis of ______

Location Site neck & shoulder (left) pain

**Please answer the following questions:**

**Are you pregnant?** Yes (No) **Are you immunocompromised?** Yes (No) **Are you taking blood thinners?** Yes (No)

***DO NOT SIGN UNLESS YOU HAVE READ AND THOROUGHLY UNDERSTAND THIS FORM.***

**You have the right to withdraw consent for this procedure at any time before it is performed.**

James Zoll — Patient/or Authorized Representative | 10/15/19 — Date | ______ Time

______ Relationship to patient (if other than patient) | ______ (Patient name printed)

**Physical Therapist Affirmation:** I have explained the procedure indicated above and its attendant risks and consequences to the patient who has indicated understanding thereof, and has consented to its performance.

[signature] PT — Physical Therapist | 10/15/19 — Date | 13:30 — Time

☐ Patient was offered copy of consent and refused ☐ Patient was given copy of consent

☐ Patient was given a copy of the educational handout on the procedure

ZOLL, JAMES D
DOB: AGE 50Y ADMIT: 07/25/19 DR: GISH, BRANDON
ACT: 168539 MRN: 537631 (ACT)

CARDINAL HILL® REHABILITATION HOSPITAL

Orthopedic Specialty Program

Physical Therapy Progress Note

- Dr. Hackett,

Date: 8/19/19

Patient Name: James D Zoll

DOB:

Diagnosis: Radiculopathy, c region

| AROM: | | MMT: | |
|---|---|---|---|
| **Initial Eval** | **Current** | **Initial Eval** | **Current** |
| (L) shldr flex: 125° | flex: 130° | (L) shldr √: 2+/5 | 3+/5 |
| (L) shldr abd: 112° | abd: 140° | (L) shldr abd: 2+/5 | 3+/5 |
| | PROM flex: 160° | (L) Grip: 48 lbs (average) | 45 lbs |
| | PROM abd: 135° | | |

Assessment/Functional Gains: Client has attended 8 skilled PT sessions c̄ focus on improving cervical AROM & (L) UE ROM & strength, improvements noted (see above). PT/PTA have seen improvements in (L) UE mobility p̄ supine cervical retractions, denoting a possible cervical component, although (L) UE strength & ROM has been improved, but pt's pain seems to be a limitation

Thank you for the opportunity to participate in the care of your patient. Please feel free to contact us with questions or concerns at 859-246-8925.

Sincerely,

Ashton Tackett, PTA
8-19-19
1330 hrs

- Chart copy

ZOLL, JAMES D
DOB: (M) DR. GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

*** Auth (Verified) ***

CARDINAL HILL OTS REFERRAL OTS FORM

Date: 7-17-19 MRN# 537431 Patcom# 168539

Name: James D. Zoll

Address:

Phone#: Alternate Phone #: ( )

DOB: SS#:

Referring MD: Gish

Diagnosis: neck/shoulder

---

Primary Insurance Name: anthem Phone# ( )

ID#: TOAN1314861 Group #:

Policy Holders name (if not patient): DOB:

Policy Holders Employer:

Secondary Insurance Name: Phone# ( )

ID#: Group #:

Policy Holders name (if not patient): DOB:

Policy Holders Employer:

---

☐ Auto Accident: ☐ Fall: Location: fall

☐ Workers Comp: Claim #: Date of Injury: 7-15-18

Adjustors Name: Adjustors Phone #: ( )

Order: Faxing (Patient to bring) Already Received

Currently receiving HH: Yes / (No)

Currently receiving Therapy: Yes / (No)

Currently in a Nursing Home: Yes / (No)

Service Requested: (PT) OT SLP VEST PULM PTWC OTDR

Type of SLP EVAL: Communication ____ Cognitive ____ Swallowing ____

Comments:

Patient Scheduled:

7-25-19
12:45
Jennifer

ZOLL, JAMES D
Encompass Health

Encompass Health

**ZOLL, JAMES D**

TTR: 0

# ELECTRONIC MEDICAL RECORD

## ZOLL, JAMES D

01/20/2020 -

ENCOMPASS MRN: 537631

**** NOTICE ****

The information contained in this transmission belonging to the sender is privileged and confidential and/or protected health information (PHI) and may be subject to protection under the law, including the Health Insurance Portability and Accountability Act of 1996, as amended (HIPAA). This information is intended for the use of the individual or entity to which it addressed to. The authorized recipient of this information is hereby notified that any use,dissemination, distribution, printing or copying of this document is strictly prohibited and may be subject to criminal or civil penalties.
The recipient of this information is required to destroy the information after its stated need has been fulfilled, unless otherwise required by law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken on the contents of the information contained in this transmission is strictly PROHIBITED. If you have received this document in error, please notify the sender immediately to arrange return of the information contained in this transmission.

**Protect Patient Information**

**1 - Admission**

**16 - Physician Orders**

**32 - Consults**

**34 - Allergies**

**35 - Allergy History**

**36 - IView**

**123 - DOC - Therapy**
127 - PT Certification Letter-Text 2/3/2020 17:02 EST
131 - PT Certification Letter-Text 1/20/2020 17:43 EST
134 - OP PT Daily Documentation - Text 3/16/2020 12:51 EDT
140 - OP PT Daily Documentation - Text 3/11/2020 12:50 EDT
148 - OP PT Daily Documentation - Text 3/9/2020 12:51 EDT
157 - OP PT Daily Documentation - Text 3/4/2020 09:45 EST
164 - OP PT Daily Documentation - Text 3/2/2020 12:50 EST
173 - OP PT Daily Documentation - Text 2/26/2020 12:53 EST
181 - OP PT Daily Documentation - Text 2/24/2020 12:52 EST
187 - OP PT Daily Documentation - Text 2/21/2020 12:50 EST
193 - OP PT Daily Documentation - Text 2/19/2020 12:48 EST
199 - OP PT Daily Documentation - Text 2/17/2020 12:49 EST
205 - OP PT Daily Documentation - Text 2/14/2020 12:45 EST
211 - OP PT Daily Documentation - Text 2/12/2020 12:49 EST
217 - OP PT Daily Documentation - Text 2/10/2020 15:47 EST
223 - OP PT Daily Documentation - Text 2/7/2020 12:48 EST
229 - OP PT Daily Documentation - Text 2/5/2020 12:47 EST
238 - OP PT Daily Documentation - Text 2/3/2020 12:50 EST
245 - OP PT Daily Documentation - Text 1/31/2020 11:05 EST
251 - OP PT Daily Documentation - Text 1/29/2020 15:03 EST
256 - OP PT Daily Documentation - Text 1/27/2020 14:56 EST
262 - OP PT Daily Documentation - Text 1/24/2020 10:20 EST
266 - OP PT Daily Documentation - Text 1/22/2020 10:21 EST
271 - OP PT Evaluation - Text 1/20/2020 14:58 EST
278 - OP PT Progress Note/ DC Assessment- Text 4/21/2020 14:47 EDT
281 - OP PT Progress Note/ DC Assessment- Text 3/18/2020 13:08 EDT
284 - OP PT Progress Note/ DC Assessment- Text 3/2/2020 18:29 EST
287 - OP PT Progress Note/ DC Assessment- Text 2/3/2020 17:06 EST

**290 - Therapy Documentation**

**296 - Coding Summary**

**298 - Phone Messages**

**299 - Miscellaneous**

# Encompass Electronic Medical Record Definitions

**The following terminology and definitions may be helpful when reviewing this medical record. Please contact your Encompass Health point of contact with any further questions.**

## *Notes Section*

- Authentication Information - includes Authenticated By and Authenticated date/time. The authentication status indicates whether the document has been signed by a person with signature privileges. A person who does not have signature privileges has submitted an unauthenticated document. A document becomes authenticated when a person with signature privileges signs the document.
- Performed Information - includes Performed By and Performed date/time
- Result Status- the status of the document (for example, Modified, Auth Verified)
- Review Information - includes Reviewed By and Reviewed date/time
- Signed Information - includes Signed By and Signed date/time. Clinical Documents permits users to "sign" documents even if they do not have full signature privileges.

## *Medication Administration Section*

- Administered Date and Time - The administered date and time (event end date/time)
- Charted Date and Time - The time the result was entered into the system
- Medication Name - The name of the order (parent order name)

## *Orders Section*

- Order Start/Date Time: The date and time the order is scheduled to start
- Order Date/Time: The actual date and time of the original order
  - Order Date/Time in bold reflects the date/time the SYSTEM initiated the admission rule. The "Entered By" Date/Time reflects the time the SYSTEM pushes out the future tasks.
- Order Status: Status of the order in the system (for example ordered, suspended)
  - The orders printed with "dispatched" indicated are lab orders. This is related to the lab interface meaning the order has been dispatched to the lab system. "Dispatched" is also indicated with the orders section of the electronic medical record.
- Department Status: Status of the order in the department (for example a laboratory culture with an order status of ordered will have a department status of In Process once the order is received and started within Laboratory)

- Catalog Type: Catalog type code (for example, Lab, Pharmacy, Radiology)
- Activity Type: Activity type code
- Ordering Physician: Name of the physician who placed this order
- Consulting Physician: Name of the physician who consulted on this order
- End-State Date/Time: Date and time that the order process was stopped or completed
- End-State Reason: Reason the order was discontinued, cancelled or void
- Order Details: Any detailed information associated with the order (the clinical display line information)
- Order Comment: Textual response of the order being placed
- Data Entry Personnel: Person who placed the order
- Action Type: The type of action taken on a specific order (for example, Modify, Review, Discontinue).
- Action Date/Time: Date and time that the action for the order was stopped or completed.
- Action Personnel: Name of the person performing the action.
- Responsible Provider: Name of the provider who initiated the action.
- Supervising Provider: The supervising provider is a physician that is responsible to over-see and cosign orders for nurse practitioner/mid level/resident physician. The supervising physician is required based on privilege set-up for the user entering orders.
- Communication Type: Method by which the order was placed (for example, written or verbal).
    - Discern Expert is an order communication type. This order communication type indicates a “rule” is tied to that order that triggers a task for a clinician. Admission rules include but are not exclusive to: Admission Adult History, Nursing Admission FIM, and IP OT Admission FIM. Orders generated from a rule are not always entered by a clinician. These orders may be entered by the SYSTEM to generate a task for a clinician, as a reminder to complete documentation.
- Order Details: Specific information about each order, commonly called the clinical display line (CDL).
- Review Information: Orders may require a review by the Nurse, Doctor, or Pharmacist.
- Order Comment: Textual response that was added based on the action for the order. If an order comment was removed in an action, the phrase Comments removed would be displayed. If the order comment was not modified since the previous action, no text would be displayed.
- Documented medications - Medications taken by patient at home (recorded or home medications)
- Inpatient - Medications ordered during Inpatient encounter (normal)
- Outpatient - Medications ordered during Outpatient encounter (satellite)
- Prescription - Medications ordered at time of discharge (prescription or discharge)
- Order Start/Date Time: The date and time the order was started
- Order Status: Status of the order in the system (for example ordered, suspended)

- Clinical Category: Grouping of orderables into categories of care (for example medications, continuous solution, etc.)
- Medication Order Type: Type of medication
- End-State Date/Time: Date and time that the order process was stopped or completed
- End-State Reason: Reason the order was discontinued, cancelled or void
- Ordering Physician: Name of the physician who placed this order
- Consulting Physician: Name of the physician who consulted on this order
- Order Details: Any detailed information associated with the order (the clinical display line information)
- Order Comment: Textual response of the order being placed
- Entered By: Person who placed the order
- Entered Date/Time: The date and time the person entered the order into the system.

## *Diagnoses & Problems Section*

The three Problem types are:

- Classification: Indicates the categorization of the problem such as Dietary, Medical, and Nursing
- Confirmation: Indicates the level of verification of the problem such as Confirmed, Possible and Probable
- Life Cycle Status: Indicates the current status of the problem Active, Canceled, and Resolved

*Admission*

*** Auth (Verified) ***

CARDINAL HILL REHABILITATION HOSPITAL
ENCOMPASS HEALTH
Outpatient Information Record/History Assessment

GENERAL INFORMATION

Name: James Zoll

To be completed by therapists on subsequent visits as change occurs.

ZOLL, JAMES D
ACT: 175789 MRN: 537631
[ACT]

DOB:
Sex: ☒ Male ☐ Female    Marital Status: ☒ Single ☐ Married ☐ Widowed
Daytime phone:
Home phone:
Address:
City: State: Zip:
Name of parent/guardian/caregiver:
Relationship: Phone:
Primary Care Physician: Dr. Ziegler
Phone: Fax:
Emergency Contact: Jeff Williamson
Relationship: partner    Phone: 859-913-7298

Known Allergies: ☒ None ☐ Yes

Adverse Reactions to Medications: ☒ None ☐ Yes

Is your condition due to: ☐ Auto Accident ☒ Fall ☐ Work Injury ☐ Other
What is the problem that brings you to therapy:
Frozen Shoulder (AC(?) capsular release surgery) clavicle scrap

Are there any cultural or religious beliefs that may impact your care? ☐ Yes ☒ No Please explain:
At the present time, would you say your health is (choose one of the following) ☐ Excellent ☐ Very good ☒ Fair ☐ Poor
Is there anything we need to know that is not covered on this form?

What are your goals for therapy: Feel better (☺), Have Full movement of left arm

SCANNED

75-206 090408

2050 Versailles Road ■ Lexington, KY 40504 ■ (859) 254-5701 ■ www.cardinalhill.org

*** Auth (Verified) ***

## Current Problem

| | Yes | No | Comments | To be completed by therapist on subsequent visits as change occurs. Updates with therapists initials/date/time |
|---|---|---|---|---|
| Bowel/Bladder | | ✓ | | |
| Headaches | ✓ | | Migraines | |
| Blurry/double vision/dizziness | | ✓ | | |
| Shortness of breath | | ✓ | | |
| Smoking/alcohol/drugs | | ✓ | | |
| leeping/fatigue | | ✓ | | |
| eight loss/gain | | ✓ | | |
| ausea/vomiting | | ✓ | | |
| kin/swelling | | ✓ | | |
| hest pain | | ✓ | | |
| Falls/near falls | ✓ | | | |
| Other | | ✓ | | |

## Medical/Surgical History

| | Yes | No | Comments | To be completed by therapist on subsequent visits as change occurs. Updates with therapists initials/date/time |
|---|---|---|---|---|
| Respiratory/COPD/asthma/TB | | ✓ | | |
| High/low blood pressure | | ✓ | | |
| Heart disease/attack/pacemaker | | ✓ | | |
| Circulation/vascular | | ✓ | | |
| Arthiritis/osteoporosis/joint replacement | ✓ | [scribbled out] | | |
| Pregnancy | | ✓ | | |
| Diabetes Mellitus | | ✓ | | |
| Cancer | | ✓ | | |
| Kidney/urinary/intestinal trauma | | ✓ | | |
| Epilespy/seizures | | ✓ | | |
| Stomach/gastrointestinal | | ✓ | | |
| eurological conditions/stroke | | ✓ | | |
| ead or spinal cord injury | | ✓ | | |
| Psychiatric history/depression | ✓ | | | |
| Other | | | | |

Surgeries/hospitalizations (include dates) 12/20/2019 / ACR release capsular (frozen shoulder

In the event of an emergency what hospital would you want to be transferred to?
Central Baptist

SCANNED

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: ... : 01/20/20
ACT: 175789 MRN: 537631
[ACT]

75-206 090408

2050 Versailles Road ■ Lexington, KY 40504 ■ (859) 254-5701 ■ www.cardinalhill.org

*** Auth (Verified) ***

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
ACT: 175789 MRN: 537631
(ACT)

| Current Medications | | |
|---|---|---|
| | | To be completed by therapists on subsequent visits as change occurs. |
| Prescription Drugs/Herbal Supplements/OTC Drugs | Dosage/Frequency | Updated Prescription Drugs/Herbal Supplements/OTC Drugs |
| Amitriptyline | 25mg Bed | |
| Zoloft | 100 mg Bed | |
| Atorvastatin | Bed | |
| Tizidine | 4 mg Bed | |
| Topamax | 2 tablets Bed | |
| Klonipin | 1pc 2 Daily | |
| CeleBrex | 100 mg 2 Daily | |
| ~~Norco~~ | ~~As needed~~ | Discontinued RP (3/11/2020) JH |
| Lyrica | | Started RP (3/11/2020) JH |
| | | |
| | | |
| | | |
| | | |

In order to reach your optimum rehabilitation, it is essential that you follow your physician's prescribed treatment and the treatment plan established by your therapist. If you must cancel an appointment, please notify us as soon as possible so that we can reschedule your missed appointment within the week. We appreciate notification of cancellations 24 hours prior to scheduled appointments; this allows us to utilize your appointment time for other patients. We are obligated to record all cancellations and no shows in your medical record. If you are covered by worker's compensation, we are obligated to report cancelled and no show appointments to your insurance carrier.

☐ Patient/Caregiver unable to complete form; information reviewed and completed by therapist. ________ (initial)

Name of person completing form: James Zoll Date: 1/20/20

SCANNED

| Clinical Signatures/Title/Initials: | Date/Time: | Clinical Signatures/Title/Initials: | Date/Time: |
|---|---|---|---|
| Ryan S. Powell SPT | 1/20/2020 5:52pm | Ryan D. Powell SPT | 03/11/2020 2:03pm |
| JJ Hoy PT | 1/20/2020 17:53 | JJ Hoy PT | 3/11/2020 14:05 |

75-206 090408

2050 Versailles Road ■ Lexington, KY 40504 ■ (859) 254-5701 ■ www.cardinalhill.org

*** Auth (Verified) ***

CARDINAL HILL REHABILITATION HOSPITAL
ENCOMPASS HEALTH
Outpatient Information Record/History Assessment

GENERAL INFORMATION

To be completed by therapists on subsequent visits as change occurs.

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: ADMIT: 01/20/20
ACT: 175789 MRN: 537631
[ACT]

Name: James Zoll

DOB:
Sex: Male ☑ Female ☐ Marital Status: ☑ Single ☐ Married ☐ Widowed
Daytime phone:
Home phone:
Address:
City: State: Zip:
Name of parent/guardian/caregiver:
Relationship: Phone:
Primary Care Physician: Dr. Ziegler
Phone: Fax:
Emergency Contact: Jeff Williamson
Relationship: partner Phone: 859-913-7298

Known Allergies: ☑ None ☐ Yes

Adverse Reactions to Medications: ☑ None ☐ Yes

Is your condition due to: ☐ Auto Accident ☑ Fall ☐ Work Injury ☐ Other
What is the problem that brings you to therapy:
Frozen Shoulder (AC(T) capsular release surgery) clavicle scrap

Are there any cultural or religious beliefs that may impact your care? ☐ Yes ☑ No Please explain:
At the present time, would you say your health is (choose one of the following) ☐ Excellent ☐ Very good ☑ Fair ☐ Poor
Is there anything we need to know that is not covered on this form?

What are your goals for therapy: Feel better (☺), Have Full movement of left arm

75-206 090408

2050 Versailles Road ■ Lexington, KY 40504 ■ (859) 254-5701 ■ www.cardinalhill.org

*** Auth (Verified) ***

| Current Problem | Yes | No | Comments | To be completed by therapist on subsequent visits as change occurs. Updates with therapists initials/date/time |
|---|---|---|---|---|
| Bowel/Bladder | | ✓ | | |
| Headaches | ✓ | | Migraines | |
| Blurry/double vision/dizziness | | ✓ | | |
| Shortness of breath | | ✓ | | |
| Smoking/alcohol/drugs | | ✓ | | |
| Sleeping/fatigue | | ✓ | | |
| Weight loss/gain | | ✓ | | |
| Nausea/vomiting | | ✓ | | |
| Skin/swelling | | ✓ | | |
| Chest pain | | ✓ | | |
| Falls/near falls | ✓ | | | |
| Other | | ✓ | | |

| Medical/Surgical History | Yes | No | Comments | To be completed by therapist on subsequent visits as change occurs. Updates with therapists initials/date/time |
|---|---|---|---|---|
| Respiratory/COPD/asthma/TB | | ✓ | | |
| High/low blood pressure | | ✓ | | |
| Heart disease/attack/pacemaker | | ✓ | | |
| Circulation/vascular | | ✓ | | |
| Arthritis/osteoporosis/joint replacement | ✓ | [scribbled out] | | |
| Pregnancy | | ✓ | | |
| Diabetes Mellitus | | ✓ | | |
| Cancer | | ✓ | | |
| Kidney/urinary/intestinal trauma | | ✓ | | |
| Epilespy/seizures | | ✓ | | |
| Stomach/gastrointestinal | | ✓ | | |
| Neurological conditions/stroke | | ✓ | | |
| Head or spinal cord injury | | ✓ | | |
| Psychiatric history/depression | ✓ | | | |
| Other | | | | |

Surgeries/hospitalizations (include dates) 12/20/2019 / ACR release capsular (frozen shoulder

In the event of an emergency what hospital would you want to be transferred to?
Central Baptist

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: ... ADMIT: 01/20/20
ACT: 175789 MRN: 537631
(ACT)

75-206 090408

2050 Versailles Road ■ Lexington, KY 40504 ■ (859) 254-5701 ■ www.cardinalhill.org

*** Auth (Verified) ***

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
ACT: 175789 MRN: 537631
(ACT)

| Current Medications | | |
|---|---|---|
| | | To be completed by therapists on subsequent visits as change occurs. |
| Prescription Drugs/Herbal Supplements/OTC Drugs | Dosage/Frequency | Updated Prescription Drugs/Herbal Supplements/OTC Drugs |
| Amitriptyline | 25mg Bed | |
| Zoloft | 100 mg Bed | |
| Atorvastatin | Bed | |
| Tizidine | 4 mg Bed | |
| Topamax | 2 tablets Bed | |
| Klonopin | 1 or 2 Daily | |
| CeleBrex | 100 mg 2 Daily | |
| Norco | As needed | |
| | | |
| | | |
| | | |
| | | |
| | | |

In order to reach your optimum rehabilitation, it is essential that you follow your physician's prescribed treatment and the treatment plan established by your therapist. If you must cancel an appointment, please notify us as soon as possible so that we can reschedule your missed appointment within the week. We appreciate notification of cancellations 24 hours prior to scheduled appointments; this allows us to utilize your appointment time for other patients. We are obligated to record all cancellations and no shows in your medical record. If you are covered by worker's compensation, we are obligated to report cancelled and no show appointments to your insurance carrier.

☐ Patient/Caregiver unable to complete form; information reviewed and completed by therapist. ________ (initial)

Name of person completing form: James Zoll Date: 1/20/20

| Clinical Signatures/Title/Initials: | Date/Time: | Clinical Signatures/Title/Initials: | Date/Time: |
|---|---|---|---|
| Ryan S. Powell SPT | 1/20/2020 5:52pm | | |
| [illegible] PT | 1/20/2020 17:53 | | |

75-206 090408

2050 Versailles Road ■ Lexington, KY 40504 ■ (859) 254-5701 ■ www.cardinalhill.org

*** Auth (Verified) ***

CARDINAL HILL® REHABILITATION HOSPITAL

ZO JAMES D (M) DR: HACKETT, DANIEL
DOB: : 01/20/20
AGE: 51
ACT: 175789 MRN: 537631 |ACT|

# Outpatient therapy cancellation policy and smoking policy

## Cancellation policy

In order to maximize your progress, it is critical that you attend all scheduled sessions. Arriving late or missing appointments impair your ability to progress, disrupts staff schedules, limits other patient's ability to get an appointment and may affect your insurance coverage.

- If you must cancel an appointment, please call **859.246.8925** as soon as possible to reschedule.
- We will make every effort to reschedule the appointment to another day in the week.
- Not showing up (no show, no call to inform facility) for a total of 2 (two) appointments may result in discharge from therapy services.
- Once discharged from therapy services, you will need a new order for therapy from your physician.
- Failure to comply with therapy appointments may affect your insurance coverage. There are often time limits or expiration dates with insurance coverage.

## Responsibility for valuables / personal property

- We strongly recommend that you leave valuables at home. Cardinal Hill Rehabilitation Hospital is not responsible for any personal items which may be lost or stolen during your visit.

## Smoke and tobacco free campus

JZ Cardinal Hill Rehabilitation Hospital is dedicated to maintaining a smoke/tobacco free campus. Patients and visitors will not be permitted to smoke anywhere on our campus including the parking lot and private vehicles. Violation of the policy may cause a patient to be discharged from the outpatient program.

JZ I have been informed of the above policies.

James Zoll
Patient/Responsible Party Signature

Date 1/20/2020

If a patient is unable to consent or is a minor, complete the following :

Patient ( is a minor ______ years of age) or (is unable to consent because ______________________)

______________________
Signature of Parent/Legal Guardian or Closest Relative

Date ______________

Jaych Blair
Signature of Admitting Representative or Witness

Date 1-20-2020 2:40

©2019 [illegible] Health Corporation · Revised 11/8/17

CHR02R # EH FM [illegible]

*** Auth (Verified) ***

CARDINAL HILL® REHABILITATION HOSPITAL

ZOLL, JAMES D
DOB: MI DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
ACT: 175789 MRN: 537631
(ACT)

# Consent to treatment (Outpatient Department)

Patient name:______________________________ M.R.# ______________

Welcome! This form is designed to make sure you have the information you need to make an informed decision about being treated at this hospital Outpatient Department.

Our admitting staff, case managers, and other administrators will be happy to help you get all the information you need in order to enable you to provide us with your informed consent to be treated at our hospital Outpatient Department.

1. **Consent to Medical Treatment.** As the patient or agent of patient, I hereby consent to being treated at Cardinal Hill Outpatient (the "Hospital").

   I authorize employees of the Hospital to treat me while I am a patient. ("Employees"). Employees of the Hospital include therapists, nurses, and other clinicians who work under the clinical supervision of qualified and licensed clinicians.

   I authorize practitioners who have been granted Clinical Privileges at the hospital Outpatient Department and hold a license, certificate, or other credentials as required by a Licensure Entity ("Independent Practitioners") to provide me healthcare services within the scope of his or her State license while I am a patient of this hospital Outpatient Department. Independent Practitioners are not employed by the hospital and include, but are not limited to, physicians, nurse practitioners, physician assistants, psychologists, and podiatrists, in addition to clinical students, residents and fellows providing care under the appropriate clinical supervision.

   I authorize treatment that includes examinations, treatments, and/or diagnostic procedures under the direction of an Independent Practitioner as may be necessary for my medical care at the Hospital including, without limitation, specialized therapies, pain management, and other treatments and interventions under the general and specific instructions of an Independent Practitioner(s).

   I further consent to the presence of medical, nursing, and other healthcare practitioners who are not Employees or Independent Practitioners and who may not be directly involved in my medical treatment and care but who serve in educational or training functions. I acknowledge that I may be required to sign additional consent forms for certain specific medical treatments or procedures to confirm that I have received all the information I need to make an informed decision.

2. **Desire for Resuscitative Measures.** Services in an outpatient rehabilitation therapy setting are generally performed to enhance or improve the patient's quality of life. Therefore, it is the Hospital's policy that if you suffer a cardiac or respiratory arrest or other life-threatening situation while you are under our care, resuscitative measures will be initiated and you will be transported to an acute care hospital as appropriate in the clinical judgment of emergency responders.

*** Auth (Verified) ***

ZOLL, JAMES D
DOB (M) DR. HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
ACT: 175789 MRN: 537631
(ACT)

We respect your right to make decisions regarding your medical care. If you have an advance directive that you wish to be followed should a higher level of care be required, we request that you bring a copy of your advance directive with you to each visit. In the event that you must be transported to an acute care hospital, a copy of your advance directive will be provided to emergency responders to be taken with you.

I acknowledge that, in the event of a cardiac or respiratory arrest or other life-threatening situation, resuscitative measures will be initiated and I will be transported to an acute care hospital as appropriate in the clinical judgment of emergency responders.

3. **No Guaranteed Outcome.** I understand that the practice of medicine and the delivery of healthcare services are not exact sciences, and I acknowledge that no guarantee has been made to me as to the effect, result, or outcome of any examination or treatment I may receive at the Hospital. I acknowledge that the Hospital is not responsible for any consequences of my failure to follow the instructions of any Employee or Independent Practitioner who provides me care and/or treatment while I am receiving treatment at the Hospital.

4. **Financial Agreement.** I understand that I am obligated to pay the Hospital's usual and customary charges for all services I received at the Hospital Outpatient Department. I understand that failure to pay these charges within 120 days of receipt of the bill may result in a referral to an agency or attorney for collection. If my account is referred to a collection agency or attorney, I agree to pay the reasonable attorney fees and collection expenses associated with these collection efforts. I understand that I may be asked to sign a separate financial agreement for all amounts not covered under an insurance policy, healthcare service plan, and/or managed care program or by any other third party payor. I also understand that it is my responsibility to pursue resolutions for benefit reductions or non-payment by insurers or third party payors.

   I understand and acknowledge that, if I am a member of a healthcare service plan or covered under a managed care plan, it is my responsibility to provide the Hospital the name of the plan, my primary care physician's name and telephone number, confirmation of eligibility under the plan, and any other relevant information.

5. **Assignment of Benefits.** I hereby irrevocably assign and transfer directly to the Hospital all rights provided by any insurer or third party payor for services I received during my stay at the Hospital Outpatient Department. I understand that I am responsible for providing the Hospital with information necessary to allow the Hospital to bill my insurance carrier or other provider of medical benefits. I understand I may be financially responsible for payment of any charges not paid by insurance or other third party, including if I have no insurance or coverage is denied or coverage is terminated during the course of my outpatient admission. I further understand the Hospital is not responsible for filing any claims or collecting any insurance benefits on my behalf. I also understand that the Hospital is not responsible for negotiating a settlement on a disputed claim, and that I may be responsible for the timely payment of my account(s) related to the services I received at the Hospital Outpatient Department. I certify that the information given by me in applying for, or assigning, payment to any third party payers, including Medicare or Medicaid, is correct. I agree to request payment from all third party payers, including authorized Medicare or Medicaid benefits, be paid to the Hospital Outpatient Department on my behalf for services I received at the Hospital Outpatient Department. I authorize the Hospital to release information about me if necessary to receive payment for services I received while at the Hospital Outpatient Department.

*** Auth (Verified) ***

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
ACT: 175789 MRN: 537631
(ACT)

6. **Consent to Testing.** I understand that the law may allow for testing in the event a healthcare worker is exposed to blood or bodily fluids to ensure that the healthcare worker has not been put at risk for a communicable disease for which he or she may need treatment. If a healthcare worker is exposed to a communicable disease, I consent to Hospital team members drawing my blood and running tests for communicable diseases. I understand that I will not be responsible for the cost of this testing and that I can choose whether or not I want to be informed of the test results.

7. **Patient Valuables.** The Hospital recommends that patients leave any and all valuables at home when receiving treatment at the hospital Outpatient Department. I understand that the Hospital is not liable for damage to, or loss or theft of, any personal property of mine.

8. **Consent to Photograph.** This consent authorizes the Hospital to photograph or otherwise take images of me and/or parts of my body for purposes of identification, diagnosis, treatment (including wound care), payment and healthcare operations of the Hospital. Any photographs or other images taken will become part of my medical record. The Hospital will not use such photographs or images for any other purpose without my specific written authorization.

9. **Patient Rights and Responsibilities.** As our patient, you have the right to safe, respectful and dignified care at all times. You will receive services and care that are medically suggested and within the Hospital's services, its stated mission, and required law and regulation. We ask that you recognize and respect the rights of other patients, families and staff. Threats, violence or harassment of other patients and Hospital Employees and staff will not be tolerated.

______ Initials **I acknowledge that prior to receiving services at the Hospital I was provided a written copy of the Patient's Rights and Responsibilities statement informing me of my rights and responsibilities while receiving services at the Hospital.**

10. **Disclosure of Health Information.** HIPAA allows you to restrict the use and/or disclosure of health information to your current health plan if your medical services or products are paid for in full as "out of pocket" expenses.

    ☐ I hereby request a restriction as described above on the use and/or disclosure of my health information my current health plan. I understand that this request requires payment for the medical services I received while in the Hospital in full as an out of pocket expense.

**Name of Health Plan Restricted from Use/Disclosure:** ______

**Name of Subscriber:** ______

**Policy Number:** ______

*** Auth (Verified) ***

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEl
AGE: ADMIT: 01/20/20
ACT: 175789 MRN: 537631
(ACT)
Patient Identification

**I hereby acknowledge that prior to my receiving treatment at the Hospital Outpatient Department, I have read and understand this Consent to Treatment. By my signature below, I accept all terms and conditions. If I am executing this document on behalf of this patient, I certify that I have the authority to execute this form on behalf of the patient.**

James Zoll
Patient signature

Personal representative signature

Personal representative (print)

1-20-2020
Date

Relationship of representative to patient

2:40
Time

Layda Blair
Witness signature



REORDER # EH-FM-5500P Outpatient Consent to Treat and Conditions of Admission V2



**Lincoln/Zoll 0412**

*** Auth (Verified) ***

CARDINAL HILL® REHABILITATION HOSPITAL

ZO JAMES D
DOB:
AGE: AD 01/20/20 (M) DR: HACKETT, DANIEL
ACT: 175789 MRN: 537631
(ACT)

# Acknowledgement of receipt of Notice of Privacy Practices

*"You may refuse to sign this acknowledgement"*

The Hospital will use and disclose your personal health information to treat you, to receive payment for the care we provide, and for the other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care.

We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies about your personal health information. The terms of the notice may change with time and we will always post the current notice at our hospitals and have copies for distribution.

I, ______________________________, have received a copy of this hospital's Notice of Privacy Practices.

James Zoll
Please print name

James Zoll
Signature

______________________________
Relationship to patient

1/20/2020 2:40 p.m.
Date/Time

**For Office Use Only**

I attempted to obtain written acknowledgement of receipt of our Notice of Privacy Practices, but the acknowledgement could not be obtained because:

- ☐ Individual refused to sign
- ☐ Communications barriers prohibited obtaining the acknowledgement
- ☐ An emergency situation prevented us from obtaining acknowledgement
- ☐ Other (please specify) ______________________________

Layde Blair
Signature

1-20-2020 2:40
Date/Time

**THE PATIENT IS ENTITLED TO A COPY OF THIS ACKNOWLEDGEMENT**

Include completed acknowledgement in the patient's Medical Record

©2018 Encompass Health Corporation
Revised 11/18/15

REORDER # EH-FM-453d2

*** Auth (Verified) ***

```
   E N C O M P A S S  H E A L T H  O U T P A T I E N T  F A C E S H E E T
-------------------------------------------------------------------------------
Patient#:0000175789 Med Rec#:000537631-552-002  Regis Date: 1/20/20  Time: 14:31
  Locatn: HOSPITAL OUTPATIENT     Pat Type: O   Med Serv:ORO  Subspc:ORT  FC:BC
3rd Prty Med Rec#:                          Discharge Date:
---------------------------------P A T I E N T---------------------------------
Name: ZOLL, JAMES D                         Suffix:
DOB:                                        Age:051
Gender: M                                   Martial Status: U
Address:                                    Race: UN
Address:
City/St:
Phone:
------G U A R A N T O R------------------D O C T O R  I N F O R M A T I O N--
Name: ZOLL, JAMES D                         Suffix:
Address:                                    Referring:HACKETT, DANIEL
Address:                                    Admitting:HACKETT, DANIEL
City/St:                                    Attending:HACKETT, DANIEL
Phone:                                      PCP/Family
Relationship: 01PATIENT IS INSURED
----------------------E M E R G E N C Y  C O N T A C T S----------------------
Name:
Relationship:
Phone:
Work Phone:
Cell Phone:
E M P L O Y E R----------------------------DATES OF ONSET/INJURY-----------------
Name:                                       11  1/06/20
   Addr:
   Addr:
City,St:
Phone:
Occupation:
-------------------------------I N S U R A N C E-------------------------------
            P R I M A R Y         S E C O N D A R Y     T E R T I A R Y
Ins. Name: ANTHEM BLUE ACCESS/P
Address 1: PO BOX 105187
Address 2:
City:      ATLANTA
St/Zip:    GA      30348
Phone:     (800)676-2583
Policy#:   TOAAN1314861
Group#:    003320100
Auth#:
HICN#:
_______________________________________________________________________________
Complaint: OTS-ORTHO-RIGHT SHOULDER
Discipline:PT
-------------------------------C O M M E N T S--------------------------------



Admission Clerk Initials : LMB
_______________________________________________________________________________
552 - HOSPITAL OUTPA
```

*** Auth (Verified) ***

**Kentucky Bone & Joint Surgeons**
A Division of Ortho Kentucky, PLLC
216 Fountain Court • Suite 250 • Lexington, KY 40509
(859) 276-5008 • Fax: (859) 278-6401

Kaveh R. Sajadi, M.D.
DEA# BS 8085816

Sam Coy, M.D.
DEA# FC 0930594

Daniel J. Hackett, Jr., M.D.
DEA# FH 6113992

Greg L. Cowen, PA-C
NPI 1225094709

Andrew W. Ryan, M.D.
DEA# BR 2399447

Name: James Zoll DOB: DOB
Address: Date: 1/6/20

℞ Physical therapy:
S/P (R) shoulder capsular release
+ distal clavicle excision.
Please work in gentle
ROM exercises. When AAFE 150,
may progress to strengthening.

Refill
☐ Label

MD

TO ENSURE BRAND NAME DISPENSING, PRESCRIBER MUST WRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" ON THE PRESCRIPTION

1-20-20
3:00 Jennifer

175789

## *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 3/30/20 11:45:00 AM CDT, Stop date 3/30/20 11:45:00 AM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information: | | |
| Doctor Cosign: Not Required | | |

| Order: **PT Updated Certification Letter** | | |
|---|---|---|
| Order Date/Time: 3/30/2020 06:00 CDT | | |
| Catalog Type: Patient Care | Activity Type: Communication Orders | |
| Ordering Physician: SYSTEM | | |
| Order Details: 3/30/20 6:00:58 AM CDT, Stop date 3/30/20 6:00:58 AM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 3/30/2020 06:00 CDT | Action Personnel: SYSTEM |
| Communication Type: Discern Expert | | |
| Review Information: | | |
| Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 3/25/20 11:45:00 AM CDT, Stop date 3/25/20 11:45:00 AM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information: | | |
| Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 3/23/20 11:45:00 AM CDT, Stop date 3/23/20 11:45:00 AM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information: | | |
| Doctor Cosign: Not Required | | |

## *Physician Orders*

| | | |
|---|---|---|
| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 3/18/20 11:45:00 AM CDT, Stop date 3/18/20 11:45:00 AM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| | | |
|---|---|---|
| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 3/16/20 11:45:00 AM CDT, Stop date 3/16/20 1:11:12 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 3/16/2020 12:51 EDT | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 3/16/2020 14:11 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| Order: **PT Updated Certification Letter** | | |
|---|---|---|
| Order Date/Time: 3/16/2020 06:00 CDT | | |
| Catalog Type: Patient Care | Activity Type: Communication Orders | |
| Ordering Physician: SYSTEM | | |
| Order Details: 3/16/20 6:00:49 AM CDT, Stop date 3/16/20 1:02:15 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 3/16/2020 06:00 CDT | Action Personnel: SYSTEM |
| Communication Type: Discern Expert | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 3/16/2020 14:02 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 3/11/20 11:45:00 AM CDT, Stop date 3/11/20 1:21:05 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 3/11/2020 12:49 EDT | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 3/11/2020 14:21 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 3/9/20 11:45:00 AM CDT, Stop date 3/9/20 1:28:23 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 3/9/2020 12:50 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 3/9/2020 14:28 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 3/4/20 8:30:00 AM CST, Stop date 3/4/20 1:22:26 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Modify | Action Date/Time: 2/26/2020 13:39 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 3/4/2020 09:45 EST | Action Personnel: Parnell PT Student, Ryan |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 3/4/2020 14:22 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 3/2/20 11:45:00 AM CST, Stop date 3/2/20 5:21:58 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 3/2/2020 12:50 EST | Action Personnel: Parnell PT Student, Ryan |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 3/2/2020 18:21 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT Updated Certification Letter** | | |
|---|---|---|
| Order Date/Time: 3/2/2020 06:00 CST | | |
| Catalog Type: Patient Care | Activity Type: Communication Orders | |
| Ordering Physician: SYSTEM | | |
| Order Details: 3/2/20 6:00:55 AM CST, Stop date 3/2/20 5:28:34 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 3/2/2020 06:00 CST | Action Personnel: SYSTEM |
| Communication Type: Discern Expert | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 3/2/2020 18:28 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

# *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 2/26/20 11:45:00 AM CST, Stop date 2/26/20 1:41:21 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 2/26/2020 12:53 EST | Action Personnel: Parnell PT Student, Ryan |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 2/26/2020 14:41 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 2/24/20 11:45:00 AM CST, Stop date 2/24/20 1:57:32 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 2/24/2020 12:52 EST | Action Personnel: Hoctor,David |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 2/24/2020 14:57 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 2/21/20 11:45:00 AM CST, Stop date 2/21/20 2:18:44 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 2/21/2020 12:52 EST | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 2/21/2020 15:18 EST | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 2/19/20 11:45:00 AM CST, Stop date 2/19/20 2:23:12 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 2/19/2020 12:47 EST | Action Personnel: Parnell PT Student, Ryan |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 2/19/2020 15:23 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 1/20/2020
FIN#: 175789 Discharge Date:
DOB/Age/Gender: 51 years Male Attending Phys:

## *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 2/19/20 11:45:00 AM CST, Stop date 1/20/20 3:46:31 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Cancel | Action Date/Time: 1/20/2020 16:46 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 2/17/20 11:45:00 AM CST, Stop date 2/17/20 5:23:27 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 2/17/2020 12:50 EST | Action Personnel: Hoctor,David |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 2/17/2020 18:23 EST | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

# *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 2/14/20 11:45:00 AM CST, Stop date 2/14/20 1:09:08 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 2/14/2020 12:47 EST | Action Personnel: Arseneau DPT,Julie |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 2/14/2020 14:09 EST | Action Personnel: Arseneau DPT,Julie |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 2/12/20 11:45:00 AM CST, Stop date 2/12/20 1:03:18 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 2/12/2020 12:45 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 2/12/2020 14:03 EST | Action Personnel: Arseneau DPT,Julie |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 2/10/20 2:45:00 PM CST, Stop date 2/10/20 4:31:06 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Modify | Action Date/Time: 2/3/2020 13:06 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 2/10/2020 15:39 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 2/10/2020 17:31 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 2/7/20 11:45:00 AM CST, Stop date 2/7/20 2:27:07 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 2/7/2020 12:51 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 2/7/2020 15:27 EST | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| | | |
|---|---|---|
| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 2/5/20 11:45:00 AM CST, Stop date 2/5/20 1:29:17 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Modify | Action Date/Time: 1/29/2020 15:48 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Modify | Action Date/Time: 2/3/2020 13:04 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 2/5/2020 12:47 EST | Action Personnel: Arseneau DPT,Julie |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 2/5/2020 14:29 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| | | |
|---|---|---|
| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 2/3/20 11:45:00 AM CST, Stop date 2/3/20 4:04:07 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 2/3/2020 12:51 EST | Action Personnel: Parnell PT Student, Ryan |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 2/3/2020 17:04 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| | | |
|---|---|---|
| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 1/31/20 10:00:00 AM CST, Stop date 1/31/20 12:27:38 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 1/31/2020 11:05 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 1/31/2020 13:27 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| | | |
|---|---|---|
| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 1/29/20 2:00:00 PM CST, Stop date 1/30/20 9:21:32 AM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 1/29/2020 15:02 EST | Action Personnel: Parnell PT Student, Ryan |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 1/30/2020 10:21 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| | | |
|---|---|---|
| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 1/27/20 2:00:00 PM CST, Stop date 1/27/20 4:32:13 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 1/27/2020 14:56 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 1/27/2020 17:32 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 1/20/2020
FIN#: 175789 Discharge Date:
DOB/Age/Gender: 51 years Male Attending Phys:

## *Physician Orders*

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 1/24/20 9:15:00 AM CST, Stop date 1/24/20 11:54:19 AM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 1/24/2020 10:20 EST | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 1/24/2020 12:54 EST | Action Personnel: Fifield PTA,Patrick |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:45 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 1/22/20 8:30:00 AM CST, Stop date 1/22/20 9:44:27 AM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:45 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Activate | Action Date/Time: 1/22/2020 09:36 EST | Action Personnel: Arseneau DPT,Julie |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 1/22/2020 10:44 EST | Action Personnel: Arseneau DPT,Julie |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| Order: **Cert Letter PT Create -Send** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:33 CST | | |
| Catalog Type: Patient Care | Activity Type: Communication Orders | |
| Ordering Physician: SYSTEM | | |
| Order Details: 1/20/20 4:33:21 PM CST, Stop date 1/20/20 4:51:14 PM CST | | |
| Order Comment: This order was added by Discern Expert | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:33 CST | Action Personnel: SYSTEM |
| Communication Type: Discern Expert | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 1/20/2020 17:51 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

| Order: **Cert Letter PT Signed -Received** | | |
|---|---|---|
| Order Date/Time: 1/20/2020 16:33 CST | | |
| Catalog Type: Patient Care | Activity Type: Communication Orders | |
| Ordering Physician: SYSTEM | | |
| Order Details: 1/20/20 4:33:21 PM CST, Stop date 1/27/20 6:59:33 AM CST | | |
| Order Comment: This order was added by Discern Expert | | |
| Action Type: Order | Action Date/Time: 1/20/2020 16:33 CST | Action Personnel: SYSTEM |
| Communication Type: Discern Expert | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Complete | Action Date/Time: 1/27/2020 07:59 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Physician Orders*

| Order: **PT OTS Orthopedic Evaluation and Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 1/6/2020 14:54 EST | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 1/20/20 2:00:00 PM CST, Stop date 1/20/20 4:33:21 PM CST | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 1/6/2020 14:54 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Reviewed | | |
| Action Type: Activate | Action Date/Time: 1/20/2020 14:31 EST | Action Personnel: Blair,Layda |
| Communication Type: | | |
| Review Information: | | |
| Action Type: Complete | Action Date/Time: 1/20/2020 17:33 EST | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information: | | |

| Order: **PT OTS Orthopedic Additional Treatment 0196** | | |
|---|---|---|
| Order Date/Time: 7/25/2019 13:36 EDT | | |
| Catalog Type: Physical Therapy | Activity Type: PT Tx/Procedures | |
| Ordering Physician: | | |
| Order Details: 8/5/19 11:45:00 AM CDT, Stop date 8/5/19 1:31:57 PM CDT | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 7/25/2019 13:36 EDT | Action Personnel: Bowyer,Deborah |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |
| Action Type: Cancel | Action Date/Time: 8/5/2019 14:31 EDT | Action Personnel: Hensley PT,Jennifer |
| Communication Type: | | |
| Review Information:<br>Doctor Cosign: Not Required | | |

## *Consults*

*** Auth (Verified) ***

James Zoll
537631/175789
7019 2280 0002 1989 1449

Mailed 3/23/2020

ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

7019 2280 0002 1989 1449

Certified Mail Fee $ 3.55

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $ 3.85

Total Postage and Fees $ 10.15

Postmark Here — LEXINGTON KY 40504 — MAR 27 2020 — USPS

Sent To: ReleasePoint
Street and Apt. No., or PO: P.O. Box 1390
City, State, ZIP+4®: St. Peters, MO 63376

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

9590 9402 5099 9092 2134 25

2. 7019 2280 0002 1989 1449

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Adam Antkowiak ☐ Agent ☐ Addressee

B. Received by (Printed Name): Adam Antkowiak

C. Date of Delivery: 3/31

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

HIM

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

## *Allergies*

| Substance | Allergy Type | Reaction Symptom | Reaction Status | Estimated Onset | Reviewed Date/Time |
|---|---|---|---|---|---|
| No Known Medication Allergies | Allergy | | Active | | 7/25/2019 12:49 EDT |

## *Allergy History*

| Substance: **No Known Medication Allergies**<br>Recorded Date/Time | |
|---|---|
| 7/25/2019 12:49 EDT | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 7/25/2019 12:49 EDT; **Reviewed By:** Hensley PT,Jennifer |

## IView

| Procedure | Recorded Date / Recorded Time / Recorded By / Reference Range | 4/21/2020 14:47 EDT Hale PT,Angela | 3/18/2020 13:08 EDT Hensley PT,Jennifer |
|---|---|---|---|
| PT Long Term Goal #1 | | See Below T148 | See Below T149 |
| PT Long Term Goal #1 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T176 | See Below T177 |
| PT Long Term Goal #2 | | See Below T197 | See Below T198 |
| PT Long Term Goal #2 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below T225 | See Below T226 |
| Other PT Short Term Goal #1 | | See Below T269 | See Below T270 |
| Other PT Short Term Goal #1 Status | | Goal met | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below T298 | See Below T299 |
| Other PT Short Term Goal #2 | | See Below T327 | See Below T328 |
| Other PT Short Term Goal #2 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T356 | See Below T357 |
| Other PT Short Term Goal #3 | | See Below T379 | See Below T380 |
| Other PT Short Term Goal #3 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | See Below T408 | See Below T409 |
| Other PT Short Term Goal #4 | | See Below T419 | See Below T420 |
| Other PT Short Term Goal #4 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #4 Comment | | 3/2: QuickDASH = 52 | 3/2: QuickDASH = 52 |
| Additional Information PT | | See Below T621 | See Below T622 |

Textual Results

T148: 4/21/2020 14:47 EDT (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T149: 3/18/2020 13:08 EDT (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T176: 4/21/2020 14:47 EDT (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T177: 3/18/2020 13:08 EDT (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T197: 4/21/2020 14:47 EDT (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T198: 3/18/2020 13:08 EDT (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T225: 4/21/2020 14:47 EDT (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T226: 3/18/2020 13:08 EDT (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T269: 4/21/2020 14:47 EDT (Other PT Short Term Goal #1)

## *IView*

Textual Results

T269: 4/21/2020 14:47 EDT (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T270: 3/18/2020 13:08 EDT (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T298: 4/21/2020 14:47 EDT (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T299: 3/18/2020 13:08 EDT (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T327: 4/21/2020 14:47 EDT (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T328: 3/18/2020 13:08 EDT (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T356: 4/21/2020 14:47 EDT (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T357: 3/18/2020 13:08 EDT (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T379: 4/21/2020 14:47 EDT (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T380: 3/18/2020 13:08 EDT (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T408: 4/21/2020 14:47 EDT (Other PT Short Term Goal #3 Comment)
3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.

T409: 3/18/2020 13:08 EDT (Other PT Short Term Goal #3 Comment)
3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.

T419: 4/21/2020 14:47 EDT (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T420: 3/18/2020 13:08 EDT (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T621: 4/21/2020 14:47 EDT (Additional Information PT)
Pt continues to be on hold d/t facility mandated closure for COVID-19 precautionary measures.

T622: 3/18/2020 13:08 EDT (Additional Information PT)
Pt will be placed on hold d/t facility mandated closure for COVID-19 precautionary measures.

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 3/16/2020<br>12:51 EDT<br>Hensley PT,Jennifer |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below [T5] |
| Manual Therapy Activity #1 Type | | See Below [T49] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T69] |
| Manual Therapy Activity #1 Comment | | See Below [T89] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | No |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below [T109] |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | Yes |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below [T128] |
| Manual Therapy Activity #4 Type | | See Below [T145] |
| Manual Therapy Activity #4 Performed | | Yes |
| Manual Therapy Activity #4 Region | | Left Shoulder |
| Manual Therapy Activity #4 Technique | | Trigger point release |
| Manual Therapy Activity #4 Rationale | | Decrease spasm |
| Manual Therapy Activity #4 Comment | | See Below [T147] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T150] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T178] |
| PT Long Term Goal #2 | | See Below [T199] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T227] |
| Activity #1 Type of Modality | | See Below [T247] |
| Modality Activity #1 Performed | | Yes |
| Modality Activity #1 Body Region | | Left Shoulder |
| Modality Activity #1 Settings | | IFC Current |
| Modality Activity #1 Minutes | | 15 |
| Modality Activity #1 Comments | | See Below [T256] |

## IView

| Procedure | Reference Range | 3/16/2020<br>12:51 EDT<br>Hensley PT,Jennifer |
|---|---|---|
| | Recorded Date / Recorded Time / Recorded By | |
| Other PT Short Term Goal #1 | | See Below T271 |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below T300 |
| Other PT Short Term Goal #2 | | See Below T329 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T358 |
| Other PT Short Term Goal #3 | | See Below T381 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | See Below T410 |
| Other PT Short Term Goal #4 | | See Below T421 |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| Other PT Short Term Goal #4 Comment | | 3/2: QuickDASH = 52 |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below T623 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T5: 3/16/2020 12:51 EDT (PT Treatment Recommendations)
Continue with shoulder flexibility and progress strengthening exercises as tolerated. Still limited by pain.

T49: 3/16/2020 12:51 EDT (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T69: 3/16/2020 12:51 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T89: 3/16/2020 12:51 EDT (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T109: 3/16/2020 12:51 EDT (Manual Therapy Activity #2 Comment)
Supine inferior and posterior glenohumeral glides, supine manual shoulder abduction stretch. Seated shoulder flexion manual stretch with contract/relax. Sustained 10-20 sec each.

T128: 3/16/2020 12:51 EDT (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T145: 3/16/2020 12:51 EDT (Manual Therapy Activity #4 Type)
Myofascial/Soft tissue mobilization

T147: 3/16/2020 12:51 EDT (Manual Therapy Activity #4 Comment)
STM to left upper trapezius, pecs, biceps, and SCM

T150: 3/16/2020 12:51 EDT (PT Long Term Goal #1)

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 1/20/2020
FIN#: 175789 Discharge Date:
DOB/Age/Gender: 51 years Male Attending Phys:

## IView

Textual Results

T150: 3/16/2020 12:51 EDT (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T178: 3/16/2020 12:51 EDT (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T199: 3/16/2020 12:51 EDT (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T227: 3/16/2020 12:51 EDT (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T247: 3/16/2020 12:51 EDT (Activity #1 Type of Modality)
Electrical stimulation, unattended

T256: 3/16/2020 12:51 EDT (Modality Activity #1 Comments)
To reduce shoulder pain, performed with ice

T271: 3/16/2020 12:51 EDT (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T300: 3/16/2020 12:51 EDT (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T329: 3/16/2020 12:51 EDT (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T358: 3/16/2020 12:51 EDT (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T381: 3/16/2020 12:51 EDT (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T410: 3/16/2020 12:51 EDT (Other PT Short Term Goal #3 Comment)
3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.

T421: 3/16/2020 12:51 EDT (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T623: 3/16/2020 12:51 EDT (Additional Information PT)
Today's treatment session was focused on soft tissue mobilization, stretching, and trigger point release. He had multiple trigger points noted in L UT, pec, biceps, and SCM. He demos improved AAROM, though with increased pain. Continue to progress ROM, flexibility, and pain relief as tolerated. Pain returned to initial pain rating with IFC and ice.

| | Recorded Date<br>Recorded Time<br>Recorded By | 3/11/2020<br>12:50 EDT<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | See Below T1 |
| PT Treatment Recommendations | | See Below T6 |
| Ed-Exercise Program | | See Below T33 R1 |
| Primary Pain Location | | Shoulder |

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 1/20/2020
FIN#: 175789 Discharge Date:
DOB/Age/Gender: 51 years Male Attending Phys:

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 3/11/2020<br>12:50 EDT<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below [T50] |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T70] |
| Manual Therapy Activity #1 Comment | | See Below [T90] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below [T110] |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below [T129] |
| Manual Therapy Activity #4 Type | | See Below [T146] |
| Manual Therapy Activity #4 Performed | | Yes |
| Manual Therapy Activity #4 Region | | Left Shoulder |
| Manual Therapy Activity #4 Technique | | Trigger point release |
| Manual Therapy Activity #4 Rationale | | Decrease spasm |
| Manual Therapy Activity #4 Response | | Positive response to treatment |
| Manual Therapy Activity #4 Comment | | STM to left upper trapezius. |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| Activity #1 Type of Modality | | See Below [T248] |
| Modality Activity #1 Performed | | Yes |
| Modality Activity #1 Body Region | | Left Shoulder |
| Modality Activity #1 Settings | | IFC Current |
| Modality Activity #1 Minutes | | 15 |
| Modality Activity #1 Response | | See Below [T255] |
| Modality Activity #1 Comments | | See Below [T257] |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below [T443] |

# IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 3/11/2020<br>12:50 EDT<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 3 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below [T462] |
| PT Therapeutic Exercise #3 | | See Below [T480] |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below [T498] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below [T517] |
| PT Therapeutic Exercise #5 | | See Below [T535] |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below [T539] |
| PT Therapeutic Exercise #6 | | Other: 4 way isometrics |
| PT Therapeutic Exercise Performed #6 | | No |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Comment | | See Below [T562] |
| PT Therapeutic Exercise #7 | | See Below [T576] |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below [T590] |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 3 x 30 sec |
| PT Therapeutic Exercise #8 Response | | Positive response to treatment |
| PT Therapeutic Exercise #8 Comment | | See Below [T604] |
| PT Therapeutic Exercise #9 | | Other: Prone AROM Row |
| PT Therapeutic Exercise Performed #9 | | No |
| PT Therapeutic Exercise #9 Position | | Prone |
| PT Therapeutic Exercise #9 Repetition | | 2 x10 reps on Left UE |
| PT Therapeutic Exercise #9 Resistance | | AROM |
| PT Therapeutic Exercise #9 Comment | | See Below [T612] |
| PT Therapeutic Exercise #10 | | See Below [T617] |
| PT Therapeutic Exercise Performed #10 | | Yes |
| PT Therapeutic Exercise #10 Position | | Unsupported stand |

# IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 3/11/2020<br>12:50 EDT<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| PT Therapeutic Exercise #10 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #10 Resistance | | Orange Theraband |
| PT Therapeutic Exercise #10 Response | | See Below [T618] |
| PT Therapeutic Exercise #10 Comment | | See Below [T619] |
| Post Treatment Numeric Pain Rating Scale | | 5 = Moderate pain |
| Additional Information PT | | See Below [T624] |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T1: 3/11/2020 12:50 EDT (Teaching Method)
Demonstration, Explanation, Printed materials

T6: 3/11/2020 12:50 EDT (PT Treatment Recommendations)
Continue with shoulder flexibility and progress strengthening exercises as tolerated. Still limited by pain.

T33: 3/11/2020 12:50 EDT (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T50: 3/11/2020 12:50 EDT (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T70: 3/11/2020 12:50 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T90: 3/11/2020 12:50 EDT (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T110: 3/11/2020 12:50 EDT (Manual Therapy Activity #2 Comment)
Supine inferior and posterior glenohumeral glides, supine manual shoulder abduction stretch. Seated shoulder flexion manual stretch with contract/relax. Sustained 10-20 sec each.

T129: 3/11/2020 12:50 EDT (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T146: 3/11/2020 12:50 EDT (Manual Therapy Activity #4 Type)
Myofascial/Soft tissue mobilization

T248: 3/11/2020 12:50 EDT (Activity #1 Type of Modality)
Electrical stimulation, unattended

T255: 3/11/2020 12:50 EDT (Modality Activity #1 Response)
Pain decreased, Positive response to treatment

T257: 3/11/2020 12:50 EDT (Modality Activity #1 Comments)
To reduce shoulder pain, performed with ice

T443: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T462: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

## *IView*

Textual Results

T480: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T498: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T517: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T535: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #5)
Other: ROM and strength Assessment

T539: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T562: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and to begin strengthening left shoulder.

T576: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T590: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T604: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #8 Comment)
To decrease shoulder stiffnes and pain and improve ROM

T612: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #9 Comment)
Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position.

T617: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #10)
Other: Standing Row and Shoulder Ext Elbows Straight

T618: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #10 Response)
Increased activation of targeted muscle groups

T619: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #10 Comment)
Performed to improve UE strength and scapular stability for improved shoulder mechanics and pain reduction.

T624: 3/11/2020 12:50 EDT (Additional Information PT)
Pt still reports moderate level of left shoulder pain. shoulder ROM is improving with pt still being most limited in shoulder flexion. Pt able to tolerated the addition of another shoulder strengthening exercise. Continue with current plan and progress as tolerated.

Result Comments

R1: Ed-Exercise Program
Added shoulder ext w/ elbows straight, cueing for form

| | | |
|---|---|---|
| | Recorded Date | 3/11/2020 |
| | Recorded Time | 12:50 EDT |
| | Recorded By | Hensley PT,Jennifer |
| Procedure | Reference Range | |
| PT Long Term Goal #1 | | See Below [T151] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T179] |
| PT Long Term Goal #2 | | See Below [T200] |
| PT Long Term Goal #2 Status | | Progressing, continue |

Lincoln/Zoll 0445

## IView

| | Recorded Date | 3/11/2020 |
|---|---|---|
| | Recorded Time | 12:50 EDT |
| | Recorded By | Hensley PT,Jennifer |
| Procedure | Reference Range | |
| PT Long Term Goal #2 Comment | | See Below T228 |
| Other PT Short Term Goal #1 | | See Below T272 |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below T301 |
| Other PT Short Term Goal #2 | | See Below T330 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T359 |
| Other PT Short Term Goal #3 | | See Below T382 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | See Below T411 |
| Other PT Short Term Goal #4 | | See Below T422 |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| Other PT Short Term Goal #4 Comment | | 3/2: QuickDASH = 52 |

Textual Results

T151: 3/11/2020 12:50 EDT (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T179: 3/11/2020 12:50 EDT (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T200: 3/11/2020 12:50 EDT (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T228: 3/11/2020 12:50 EDT (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T272: 3/11/2020 12:50 EDT (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T301: 3/11/2020 12:50 EDT (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T330: 3/11/2020 12:50 EDT (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T359: 3/11/2020 12:50 EDT (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T382: 3/11/2020 12:50 EDT (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T411: 3/11/2020 12:50 EDT (Other PT Short Term Goal #3 Comment)
3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.

## *IView*

Textual Results
T422: 3/11/2020 12:50 EDT (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

| | | |
|---|---|---|
| | Recorded Date | 3/9/2020 |
| | Recorded Time | 12:51 EDT |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Teaching Method | | See Below T2 |
| PT Treatment Recommendations | | See Below T7 |
| Ed-Exercise Program | | See Below T34 R2 |
| Primary Pain Location | | Shoulder |
| Manual Therapy Activity #1 Type | | See Below T51 |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T71 |
| Manual Therapy Activity #1 Comment | | See Below T91 |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below T111 |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below T130 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T152 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T180 |
| PT Long Term Goal #2 | | See Below T201 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below T229 |
| Activity #1 Type of Modality | | See Below T249 |
| Modality Activity #1 Performed | | Yes |
| Modality Activity #1 Body Region | | Left Shoulder |
| Modality Activity #1 Settings | | IFC Current |
| Modality Activity #1 Minutes | | 15 |

## IView

| | Recorded Date | 3/9/2020 |
|---|---|---|
| | Recorded Time | 12:51 EDT |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Modality Activity #1 Response | | Positive response to treatment |
| Modality Activity #1 Comments | | See Below T258 |
| Modality Activity #2 Minutes | | 15 |
| Other PT Short Term Goal #1 | | See Below T273 |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below T302 |
| Other PT Short Term Goal #2 | | See Below T331 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T360 |
| Other PT Short Term Goal #3 | | See Below T383 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | See Below T412 |
| Other PT Short Term Goal #4 | | See Below T423 |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| Other PT Short Term Goal #4 Comment | | 3/2: QuickDASH = 52 |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below T444 |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 3 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below T463 |
| PT Therapeutic Exercise #3 | | See Below T481 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below T499 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below T518 |
| PT Therapeutic Exercise #5 | | See Below T536 |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below T540 |
| PT Therapeutic Exercise #6 | | Other: 4 way isometrics |

## *IView*

| | Recorded Date | 3/9/2020 |
|---|---|---|
| | Recorded Time | 12:51 EDT |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| PT Therapeutic Exercise Performed #6 | | No |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Comment | | See Below [T563] |
| PT Therapeutic Exercise #7 | | See Below [T577] |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below [T591] |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | No |
| PT Therapeutic Exercise #8 Repetition | | 3 x 30 sec |
| PT Therapeutic Exercise #8 Comment | | See Below [T605] |
| PT Therapeutic Exercise #9 | | Other: Prone AROM Row |
| PT Therapeutic Exercise Performed #9 | | No |
| PT Therapeutic Exercise #9 Position | | Prone |
| PT Therapeutic Exercise #9 Repetition | | 2 x10 reps on Left UE |
| PT Therapeutic Exercise #9 Resistance | | AROM |
| PT Therapeutic Exercise #9 Comment | | See Below [T613] |
| PT Therapeutic Exercise #10 | | Other: Standing Row |
| PT Therapeutic Exercise Performed #10 | | Yes |
| PT Therapeutic Exercise #10 Position | | Unsupported stand |
| PT Therapeutic Exercise #10 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #10 Resistance | | Orange Theraband |
| PT Therapeutic Exercise #10 Response | | Positive response to treatment |
| PT Therapeutic Exercise #10 Comment | | See Below [T620] |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T625] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T2: 3/9/2020 12:51 EDT (Teaching Method)
Demonstration, Explanation, Printed materials

T7: 3/9/2020 12:51 EDT (PT Treatment Recommendations)
Continue with shoulder flexibility and progress strengthening exercises as tolerated. Still somewhat limited by pain.

T34: 3/9/2020 12:51 EDT (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T51: 3/9/2020 12:51 EDT (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T71: 3/9/2020 12:51 EDT (Manual Therapy Activity #1 Rationale)

## *IView*

Textual Results

T71: 3/9/2020 12:51 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T91: 3/9/2020 12:51 EDT (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T111: 3/9/2020 12:51 EDT (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, supine manual shoulder abduction stretch and sidelying shoulder flexion stretch. Seated shoulder flexion manual stretch with contract/relax.  Sustained 10-20 sec each.

T130: 3/9/2020 12:51 EDT (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T152: 3/9/2020 12:51 EDT (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T180: 3/9/2020 12:51 EDT (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T201: 3/9/2020 12:51 EDT (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T229: 3/9/2020 12:51 EDT (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T249: 3/9/2020 12:51 EDT (Activity #1 Type of Modality)
Electrical stimulation, unattended

T258: 3/9/2020 12:51 EDT (Modality Activity #1 Comments)
To reduce shoulder pain, performed with ice

T273: 3/9/2020 12:51 EDT (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T302: 3/9/2020 12:51 EDT (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T331: 3/9/2020 12:51 EDT (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T360: 3/9/2020 12:51 EDT (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T383: 3/9/2020 12:51 EDT (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T412: 3/9/2020 12:51 EDT (Other PT Short Term Goal #3 Comment)
3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.

T423: 3/9/2020 12:51 EDT (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T444: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T463: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #2 Comment)

## IView

Textual Results

T463: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T481: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T499: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T518: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T536: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #5)
Other: ROM and strength Assessment

T540: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T563: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and to begin strengthening left shoulder.

T577: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T591: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T605: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #8 Comment)
To decrease shoulder stiffnes and pain and improve ROM

T613: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #9 Comment)
Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position.

T620: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #10 Comment)
Performed to improve UE strength and scapular stability for improved shoulder mechanics and pain reduction.

T625: 3/9/2020 12:51 EDT (Additional Information PT)
Pt able to tolerate treatment session with addition of rows to begin progression of scapular/shoulder strengthening and stability exercises as tolerated. Pt still limited by pain and is most stiff in shoulder flexion. Pt recently saw doctor and doctor said to continue to work on shoulder ROM and progress to scapular stability/strengthening as tolerated. Continue with current plan and progress as tolerated.

Result Comments

R2: Ed-Exercise Program
Added rows, continue to progress strengthening exercises

| | | |
|---|---|---|
| | Recorded Date | 3/4/2020 |
| | Recorded Time | 09:45 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below [T8] |
| Ed-Exercise Program | | See Below [T35 R3] |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below [T52] |

# IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 3/4/2020<br>09:45 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T72] |
| Manual Therapy Activity #1 Comment | | See Below [T92] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below [T112] |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below [T131] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T153] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T181] |
| PT Long Term Goal #2 | | See Below [T202] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T230] |
| Other PT Short Term Goal #1 | | See Below [T274] |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T303] |
| Other PT Short Term Goal #2 | | See Below [T332] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T361] |
| Other PT Short Term Goal #3 | | See Below [T384] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | See Below [T413] |
| Other PT Short Term Goal #4 | | See Below [T424] |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| Other PT Short Term Goal #4 Comment | | 3/2: QuickDASH = 52 |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |

## *IView*

| | Recorded Date | 3/4/2020 |
|---|---|---|
| | Recorded Time | 09:45 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below [T445] |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 3 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below [T464] |
| PT Therapeutic Exercise #3 | | See Below [T482] |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below [T500] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below [T519] |
| PT Therapeutic Exercise #5 | | See Below [T537] |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below [T541] |
| PT Therapeutic Exercise #6 | | Other: 4 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Response | | Positive response to treatment |
| PT Therapeutic Exercise #6 Comment | | See Below [T564] |
| PT Therapeutic Exercise #7 | | See Below [T578] |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below [T592] |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | No |
| PT Therapeutic Exercise #8 Repetition | | 3 x 30 sec |
| PT Therapeutic Exercise #8 Comment | | See Below [T606] |
| PT Therapeutic Exercise #9 | | Other: Prone AROM Row |
| PT Therapeutic Exercise Performed #9 | | No |
| PT Therapeutic Exercise #9 Position | | Prone |
| PT Therapeutic Exercise #9 Repetition | | 2 x10 reps on Left UE |
| PT Therapeutic Exercise #9 Resistance | | AROM |
| PT Therapeutic Exercise #9 Comment | | See Below [T614] |

## *IView*

| Procedure | Reference Range | Recorded Date 3/4/2020<br>Recorded Time 09:45 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| Post Treatment Numeric Pain Rating Scale | | 6 |
| Additional Information PT | | See Below T626 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T8: 3/4/2020 09:45 EST (PT Treatment Recommendations)
Pt continues to be limited by pain. Pt able to tolerate therapy with rest breaks as tolerate. Pt seeing doctor today for follow-up.

T35: 3/4/2020 09:45 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T52: 3/4/2020 09:45 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T72: 3/4/2020 09:45 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T92: 3/4/2020 09:45 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T112: 3/4/2020 09:45 EST (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, supine manual shoulder abduction stretch and sidelying shoulder flexion stretch. Sustained 10-20 sec each.

T131: 3/4/2020 09:45 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T153: 3/4/2020 09:45 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T181: 3/4/2020 09:45 EST (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T202: 3/4/2020 09:45 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T230: 3/4/2020 09:45 EST (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T274: 3/4/2020 09:45 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T303: 3/4/2020 09:45 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T332: 3/4/2020 09:45 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

## *IView*

Textual Results

T361: 3/4/2020 09:45 EST (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T384: 3/4/2020 09:45 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T413: 3/4/2020 09:45 EST (Other PT Short Term Goal #3 Comment)
3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.

T424: 3/4/2020 09:45 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T445: 3/4/2020 09:45 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T464: 3/4/2020 09:45 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T482: 3/4/2020 09:45 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T500: 3/4/2020 09:45 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T519: 3/4/2020 09:45 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T537: 3/4/2020 09:45 EST (PT Therapeutic Exercise #5)
Other: ROM and strength Assessment

T541: 3/4/2020 09:45 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T564: 3/4/2020 09:45 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and to begin strengthening left shoulder.

T578: 3/4/2020 09:45 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T592: 3/4/2020 09:45 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T606: 3/4/2020 09:45 EST (PT Therapeutic Exercise #8 Comment)
To decrease shoulder stiffnes and pain and improve ROM

T614: 3/4/2020 09:45 EST (PT Therapeutic Exercise #9 Comment)
Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position.

T626: 3/4/2020 09:45 EST (Additional Information PT)
Session limited due to time as pt arrived 15 minutes late. Pt continues to reports left shoulder pain that interferes with his daily level of function. Continues to demonstrate impaired left shoulder ROM. Continuing to work on ROM and strength as tolerated. Continue with current plan and progress as tolerated.

Result Comments

R3: Ed-Exercise Program
Still requires some cueing for technique, progression to strengthening as tolerated

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 3/2/2020<br>18:29 EST<br>Parnell PT Student,Ryan | 3/2/2020<br>18:27 EST<br>Parnell PT Student,Ryan |
|---|---|---|---|
| Procedure | Reference Range | | |
| Prior Cognitive-Communication Skills | | - | Independent (I) |
| Prior Instrumental ADL Level | | - | Independent (I) |
| Prior ADL/Self Care Status | | - | Assist/needed help |
| Prior Indoor Mobility Status | | - | Independent (I) |
| Prior Outdoor Mobility Status | | - | Independent (I) |
| Prior Stairs Status | | - | Independent (I) |
| Prior Functional Status Comments | | - | See Below T29 |
| PT Long Term Goal #1 | | See Below T154 | See Below T155 |
| PT Long Term Goal #1 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T182 | See Below T183 |
| PT Long Term Goal #2 | | See Below T203 | See Below T204 |
| PT Long Term Goal #2 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below T231 | See Below T232 |
| Other PT Short Term Goal #1 | | See Below T275 | See Below T276 |
| Other PT Short Term Goal #1 Status | | Goal met | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below T304 | See Below T305 |
| Other PT Short Term Goal #2 | | See Below T333 | See Below T334 |
| Other PT Short Term Goal #2 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T362 | See Below T363 |
| Other PT Short Term Goal #3 | | See Below T385 | See Below T386 |
| Other PT Short Term Goal #3 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | See Below T414 | See Below T415 |
| Other PT Short Term Goal #4 | | See Below T425 | See Below T426 |
| Other PT Short Term Goal #4 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #4 Comment | | 3/2: QuickDASH = 52 | 3/2: QuickDASH = 52 |
| Additional Information PT | | See Below T627 | See Below T628 |

Textual Results

T29: 3/2/2020 18:27 EST (Prior Functional Status Comments)
Difficulty with folding clothes and grasping objects due to long history of left shoulder issue.

T154: 3/2/2020 18:29 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T155: 3/2/2020 18:27 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T182: 3/2/2020 18:29 EST (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T183: 3/2/2020 18:27 EST (PT Long Term Goal #1 Comment)

## *IView*

Textual Results
T183: 3/2/2020 18:27 EST (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47
T203: 3/2/2020 18:29 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.
T204: 3/2/2020 18:27 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.
T231: 3/2/2020 18:29 EST (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10
T232: 3/2/2020 18:27 EST (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10
T275: 3/2/2020 18:29 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's
T276: 3/2/2020 18:27 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's
T304: 3/2/2020 18:29 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.
T305: 3/2/2020 18:27 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.
T333: 3/2/2020 18:29 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.
T334: 3/2/2020 18:27 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.
T362: 3/2/2020 18:29 EST (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10
T363: 3/2/2020 18:27 EST (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10
T385: 3/2/2020 18:29 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.
T386: 3/2/2020 18:27 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.
T414: 3/2/2020 18:29 EST (Other PT Short Term Goal #3 Comment)
3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.
T415: 3/2/2020 18:27 EST (Other PT Short Term Goal #3 Comment)
3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.
T425: 3/2/2020 18:29 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.
T426: 3/2/2020 18:27 EST (Other PT Short Term Goal #4)

## *IView*

Textual Results

T426: 3/2/2020 18:27 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T627: 3/2/2020 18:29 EST (Additional Information PT)
Pt's left shoulder ROM is still progressing (see updated UE ROM section) however, ROM deficits still present especially in shoulder flexion. Strength was now able to be assessed due to pt now being able to achieve testing positions with weakness evident in left shoulder (see UE strength section). Pt continues to be limited by pain and states that in the past week pain in left shoulder has been 8/10 at its worst and 2/10 at its best. Updated QuickDASH score is 52 indicating the presence of continued significant functional limitation due to pain. Pt will continue to benefit from therapy for further left shoulder flexibility, strengthening as tolerated, and further pain reduction for improved daily function with UE tasks. Continue with current plan and progress as tolerated.

T628: 3/2/2020 18:27 EST (Additional Information PT)
Pt's left shoulder ROM is still progressing (see updated UE ROM section) however, ROM deficits still present especially in shoulder flexion. Strength was now able to be assessed due to pt now being able to achieve testing positions with weakness evident in left shoulder (see UE strength section). Pt continues to be limited by pain and states that in the past week pain in left shoulder has been 8/10 at its worst and 2/10 at its best. Updated QuickDASH score is 52 indicating the presence of continued significant functional limitation due to pain. Pt will continue to benefit from therapy for further left shoulder flexibility, strengthening as tolerated, and further pain reduction for improved daily function with UE tasks. Continue with current plan and progress as tolerated.

| | Recorded Date | 3/2/2020 |
|---|---|---|
| | Recorded Time | 12:50 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below [T9] |
| Left Shoulder Abduction AROM | | 122 |
| Left Shoulder External Rotation AROM | | 50 |
| Left Shoulder Flexion AROM | | 119 |
| Ed-Exercise Program | | See Below [T36 R4] |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below [T53] |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T73] |
| Manual Therapy Activity #1 Comment | | See Below [T93] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |

*IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 3/2/2020<br>12:50 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Manual Therapy Activity #2 Comment | | See Below [T113] |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below [T132] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T156] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T184] |
| PT Long Term Goal #2 | | See Below [T205] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T233] |
| Activity #1 Type of Modality | | See Below [T250] |
| Modality Activity #1 Performed | | Yes |
| Modality Activity #1 Body Region | | Left Shoulder |
| Modality Activity #1 Settings | | IFC Current |
| Modality Activity #1 Minutes | | 15 |
| Modality Activity #1 Response | | Positive response to treatment |
| Modality Activity #1 Comments | | See Below [T259] |
| Activity #2 Type of Modality | | Cold packs |
| Modality Activity #2 Performed | | No |
| Modality Activity #2 Body Region | | Left Shoulder |
| Modality Activity #2 Minutes | | 15 |
| Modality Activity #2 Comments | | See Below [T264] |
| Other PT Short Term Goal #1 | | See Below [T277] |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T306] |
| Other PT Short Term Goal #2 | | See Below [T335] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T364] |
| Other PT Short Term Goal #3 | | See Below [T387] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | See Below [T416] |
| Other PT Short Term Goal #4 | | See Below [T427] |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| Other PT Short Term Goal #4 Comment | | 3/2: QuickDASH = 52 |

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 3/2/2020<br>12:50 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below [T446] |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 3 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below [T465] |
| PT Therapeutic Exercise #3 | | See Below [T483] |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below [T501] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below [T520] |
| PT Therapeutic Exercise #5 | | See Below [T538] |
| PT Therapeutic Exercise Performed #5 | | Yes |
| PT Therapeutic Exercise #5 Response | | No response to treatment |
| PT Therapeutic Exercise #5 Comment | | See Below [T542] |
| PT Therapeutic Exercise #6 | | Other: 4 way isometrics |
| PT Therapeutic Exercise Performed #6 | | No |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Comment | | See Below [T565] |
| PT Therapeutic Exercise #7 | | See Below [T579] |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below [T593] |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | No |
| PT Therapeutic Exercise #8 Repetition | | 3 x 30 sec |
| PT Therapeutic Exercise #8 Comment | | See Below [T607] |
| PT Therapeutic Exercise #9 | | Other: Prone AROM Row |
| PT Therapeutic Exercise Performed #9 | | Yes |
| PT Therapeutic Exercise #9 Position | | Prone |
| PT Therapeutic Exercise #9 Repetition | | 2 x10 reps on Left UE |
| PT Therapeutic Exercise #9 Resistance | | AROM |

## IView

| | | |
|---|---|---|
| | Recorded Date | 3/2/2020 |
| | Recorded Time | 12:50 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| PT Therapeutic Exercise #9 Response | | Positive response to treatment |
| PT Therapeutic Exercise #9 Comment | | See Below [T615] |
| Post Treatment Numeric Pain Rating Scale | | 5 = Moderate pain |
| Additional Information PT | | See Below [T629] |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Document UE Range in Degrees | | Yes |
| Left Upper Extremity Active Range | | Impaired |
| Lt Shoulder Abduct Strength Rehab | | 3+ [R14] |
| Lt Shoulder Flexion Strength Rehab | | 3+ [R14] |
| Right Upper Extremity Active Range | | Within functional limits |
| Rt Shoulder Abduction Strength Rehab | | 5 |
| Rt Shoulder Flexion Strength Rehab | | 5 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T9: 3/2/2020 12:50 EST (PT Treatment Recommendations)
Pt has not met any new long-term or short-term goals since last re-aassessment. ROM still improving. Still limited by pain, ROM still restricted especially in flexion and strength deficits evident in left shoulder.

T36: 3/2/2020 12:50 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T53: 3/2/2020 12:50 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T73: 3/2/2020 12:50 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T93: 3/2/2020 12:50 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T113: 3/2/2020 12:50 EST (Manual Therapy Activity #2 Comment)
Supine inferior and posterior glenohumeral glides, supine manual shoulder abduction stretch and sidelying shoulder flexion stretch. Sustained 10-20 sec each.

T132: 3/2/2020 12:50 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T156: 3/2/2020 12:50 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T184: 3/2/2020 12:50 EST (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T205: 3/2/2020 12:50 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

## IView

Textual Results
T233: 3/2/2020 12:50 EST (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10
T250: 3/2/2020 12:50 EST (Activity #1 Type of Modality)
Electrical stimulation, unattended
T259: 3/2/2020 12:50 EST (Modality Activity #1 Comments)
To reduce shoulder pain, performed with ice
T264: 3/2/2020 12:50 EST (Modality Activity #2 Comments)
To reduce shoulder pain, performed with electrical stimulation
T277: 3/2/2020 12:50 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's
T306: 3/2/2020 12:50 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.
T335: 3/2/2020 12:50 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.
T364: 3/2/2020 12:50 EST (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10
T387: 3/2/2020 12:50 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.
T416: 3/2/2020 12:50 EST (Other PT Short Term Goal #3 Comment)
3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.
T427: 3/2/2020 12:50 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.
T446: 3/2/2020 12:50 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.
T465: 3/2/2020 12:50 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM
T483: 3/2/2020 12:50 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression
T501: 3/2/2020 12:50 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM
T520: 3/2/2020 12:50 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.
T538: 3/2/2020 12:50 EST (PT Therapeutic Exercise #5)
Other: ROM and strength Assessment
T542: 3/2/2020 12:50 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.
T565: 3/2/2020 12:50 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.
T579: 3/2/2020 12:50 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

## *IView*

Textual Results
T593: 3/2/2020 12:50 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.
T607: 3/2/2020 12:50 EST (PT Therapeutic Exercise #8 Comment)
To decrease shoulder stiffnes and pain and improve ROM
T615: 3/2/2020 12:50 EST (PT Therapeutic Exercise #9 Comment)
Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position.
T629: 3/2/2020 12:50 EST (Additional Information PT)
Pt's left shoulder ROM is still progressing (see updated UE ROM section) however, ROM deficits still present especially in shoulder flexion. Strength was now able to be assessed due to pt now being able to achieve testing positions with weakness evident in left shoulder (see UE strength section). Pt continues to be limited by pain and states that in the past week pain in left shoulder has been 8/10 at its worst and 2/10 at its best. Updated QuickDASH score is 52 indicating the presence of continued significant functional limitation due to pain. Pt will continue to benefit from therapy for further left shoulder flexibility, strengthening as tolerated, and further pain reduction for improved daily function with UE tasks. Continue with current plan and progress as tolerated.

Result Comments
R4: Ed-Exercise Program
Progression of HEP
R14: Lt Shoulder Abduct Strength Rehab, Lt Shoulder Flexion Strength Rehab
Within available ROM

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/26/2020<br>12:53 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below [T10] |
| Left Shoulder Abduction AROM | | 123 |
| Left Shoulder Flexion AROM | | 114 |
| Ed-Exercise Program | | See Below [T37 R5] |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below [T54] |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T74] |
| Manual Therapy Activity #1 Comment | | See Below [T94] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 1/20/2020
FIN#: 175789 Discharge Date:
DOB/Age/Gender: 51 years Male Attending Phys:

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/26/2020<br>12:53 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Manual Therapy Activity #2 Comment | | See Below T114 |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below T133 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below T447 |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below T466 |
| PT Therapeutic Exercise #3 | | See Below T484 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below T502 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below T521 |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below T543 |
| PT Therapeutic Exercise #6 | | Other: 4 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Response | | See Below T558 |
| PT Therapeutic Exercise #6 Comment | | See Below T566 |
| PT Therapeutic Exercise #7 | | See Below T580 |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below T594 |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |

# IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/26/2020<br>12:53 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| PT Therapeutic Exercise Performed #8 | | No |
| PT Therapeutic Exercise #8 Repetition | | 3 x 30 sec |
| PT Therapeutic Exercise #8 Comment | | See Below T608 |
| PT Therapeutic Exercise #9 | | Other: Prone AROM Row |
| PT Therapeutic Exercise Performed #9 | | Yes |
| PT Therapeutic Exercise #9 Position | | Prone |
| PT Therapeutic Exercise #9 Repetition | | 1 x10 rep on Left UE |
| PT Therapeutic Exercise #9 Resistance | | AROM |
| PT Therapeutic Exercise #9 Response | | Positive response to treatment |
| PT Therapeutic Exercise #9 Comment | | See Below T616 |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below T630 |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Document UE Range in Degrees | | Yes |
| Left Upper Extremity Active Range | | Impaired |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T10: 2/26/2020 12:53 EST (PT Treatment Recommendations)
Pain continues to be a limiting factor for pt. Pt's shoulder ROM has still been improving with shoulder flexion being most provocative of pt's pain. Continue with progression of shoulder ROM and gentle strengthening as tolerated.

T37: 2/26/2020 12:53 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T54: 2/26/2020 12:53 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T74: 2/26/2020 12:53 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T94: 2/26/2020 12:53 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T114: 2/26/2020 12:53 EST (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, supine manual shoulder flexion and abduction stretches. Sustained 10-20 sec each.

T133: 2/26/2020 12:53 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T447: 2/26/2020 12:53 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T466: 2/26/2020 12:53 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

## *IView*

Textual Results
T484: 2/26/2020 12:53 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression
T502: 2/26/2020 12:53 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM
T521: 2/26/2020 12:53 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.
T543: 2/26/2020 12:53 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.
T558: 2/26/2020 12:53 EST (PT Therapeutic Exercise #6 Response)
Increased activation of targeted muscle groups
T566: 2/26/2020 12:53 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.
T580: 2/26/2020 12:53 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment
T594: 2/26/2020 12:53 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.
T608: 2/26/2020 12:53 EST (PT Therapeutic Exercise #8 Comment)
To decrease shoulder stiffnes and pain and improve ROM
T616: 2/26/2020 12:53 EST (PT Therapeutic Exercise #9 Comment)
Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position.
T630: 2/26/2020 12:53 EST (Additional Information PT)
Pt arrived 8 minutes late to therapy session kept treated 2 minutes over pt's scheduled time. Pt continues to be limited by pain and is still limited in shoulder ROM although this has been improving. Shoulder flexion is most limited and painful. Pt able to tolerate AROM prone row today which was added to pt's home program. Pt stayed after treatment for ice and electrical stimulation for pain reduction. Continue with progressing manual and AROM for shoulder ROM deficits and progression of AROM exercises.

Result Comments
R5: Ed-Exercise Program
Cueing for form during isometrics, added prone row to HEP

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/26/2020<br>12:53 EST<br>Hensley PT,Jennifer |
|---|---|---|
| Procedure | Reference Range | |
| PT Long Term Goal #1 | | See Below [T157] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T185] |
| PT Long Term Goal #2 | | See Below [T206] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T234] |
| Other PT Short Term Goal #1 | | See Below [T278] |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/26/2020<br>12:53 EST<br>Hensley PT,Jennifer |
|---|---|---|
| Procedure | Reference Range | |
| Other PT Short Term Goal #1 Comment | | See Below T307 |
| Other PT Short Term Goal #2 | | See Below T336 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T365 |
| Other PT Short Term Goal #3 | | See Below T388 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | See Below T417 |
| Other PT Short Term Goal #4 | | See Below T428 |
| Other PT Short Term Goal #4 Status | | Progressing, continue |

Textual Results

T157: 2/26/2020 12:53 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T185: 2/26/2020 12:53 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T206: 2/26/2020 12:53 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T234: 2/26/2020 12:53 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T278: 2/26/2020 12:53 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T307: 2/26/2020 12:53 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T336: 2/26/2020 12:53 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T365: 2/26/2020 12:53 EST (Other PT Short Term Goal #2 Comment)
2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T388: 2/26/2020 12:53 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T417: 2/26/2020 12:53 EST (Other PT Short Term Goal #3 Comment)
2/24: Pt report independence with current HEP, further progression needed as tolerated.

T428: 2/26/2020 12:53 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

## IView

| Procedure | Reference Range | 2/24/2020<br>12:52 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| | Recorded Date / Recorded Time / Recorded By | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below [T11] |
| Ed-Exercise Program | | See Below [T38 R6] |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below [T55] |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T75] |
| Manual Therapy Activity #1 Comment | | See Below [T95] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below [T115] |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below [T134] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T158] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T186] |
| PT Long Term Goal #2 | | See Below [T207] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T235] |
| Other PT Short Term Goal #1 | | See Below [T279] |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T308] |
| Other PT Short Term Goal #2 | | See Below [T337] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T366] |
| Other PT Short Term Goal #3 | | See Below [T389] |

## *IView*

| Procedure | Reference Range | Recorded Date 2/24/2020<br>Recorded Time 12:52 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | See Below T418 |
| Other PT Short Term Goal #4 | | See Below T429 |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below T448 |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Response | | See Below T459 |
| PT Therapeutic Exercise #2 Comment | | See Below T467 |
| PT Therapeutic Exercise #3 | | See Below T485 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below T503 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below T522 |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below T544 |
| PT Therapeutic Exercise #6 | | Other: 4 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Response | | See Below T559 |
| PT Therapeutic Exercise #6 Comment | | See Below T567 |
| PT Therapeutic Exercise #7 | | See Below T581 |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below T595 |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 3 x 30 sec |
| PT Therapeutic Exercise #8 Response | | Positive response to treatment |
| PT Therapeutic Exercise #8 Comment | | See Below T609 |

## IView

| Procedure | Reference Range | Recorded Date 2/24/2020<br>Recorded Time 12:52 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| Post Treatment Numeric Pain Rating Scale | | 6 |
| Additional Information PT | | See Below [T631] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T11: 2/24/2020 12:52 EST (PT Treatment Recommendations)
Pt's shoulder ROM continues to improve. Pain still a limiting factor. Continuing with shoulder ROM and gradual progrssion to gentle strengthening when tolerated/appropriate.

T38: 2/24/2020 12:52 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T55: 2/24/2020 12:52 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T75: 2/24/2020 12:52 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T95: 2/24/2020 12:52 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T115: 2/24/2020 12:52 EST (Manual Therapy Activity #2 Comment)
Supine inferior and posterior glenohumeral glides, and manual sidelying shoulder flexion and external rotation stretches. Supine manual shoulder abduction stretch. Sustained 10-20 sec each.

T134: 2/24/2020 12:52 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T158: 2/24/2020 12:52 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T186: 2/24/2020 12:52 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T207: 2/24/2020 12:52 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T235: 2/24/2020 12:52 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T279: 2/24/2020 12:52 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T308: 2/24/2020 12:52 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T337: 2/24/2020 12:52 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

## *IView*

Textual Results

T366: 2/24/2020 12:52 EST (Other PT Short Term Goal #2 Comment)
2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T389: 2/24/2020 12:52 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T418: 2/24/2020 12:52 EST (Other PT Short Term Goal #3 Comment)
2/24: Pt report independence with current HEP, further progression needed as tolerated.

T429: 2/24/2020 12:52 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T448: 2/24/2020 12:52 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T459: 2/24/2020 12:52 EST (PT Therapeutic Exercise #2 Response)
Positive response to treatment, Other: Improved ROM

T467: 2/24/2020 12:52 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T485: 2/24/2020 12:52 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T503: 2/24/2020 12:52 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T522: 2/24/2020 12:52 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T544: 2/24/2020 12:52 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T559: 2/24/2020 12:52 EST (PT Therapeutic Exercise #6 Response)
Increased activation of targeted muscle groups

T567: 2/24/2020 12:52 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.

T581: 2/24/2020 12:52 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T595: 2/24/2020 12:52 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T609: 2/24/2020 12:52 EST (PT Therapeutic Exercise #8 Comment)
To decrease shoulder stiffnes and pain and improve ROM

T631: 2/24/2020 12:52 EST (Additional Information PT)
Pt arrived 7 minutes late and kept 7 minutes over scheduled end time. Pt able to tolerate therapy session with increase in pain from 4/10 to 6/10. Pain continues to be a limiting factor. Shoulder ROM continues to improve. May try prone table exercises with shoulder in distracted position next visit. Otherwise, continue with current treatment plan and progress as tolerated.

Result Comments

R6: Ed-Exercise Program
Further progression as tolerated and cueing for proper technique

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/21/2020<br>12:50 EST<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below T12 |
| Manual Therapy Activity #1 Type | | See Below T56 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T76 |
| Manual Therapy Activity #1 Comment | | See Below T96 |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below T116 |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | Yes |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below T135 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T159 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T187 |
| PT Long Term Goal #2 | | See Below T208 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below T236 |
| Activity #1 Type of Modality | | See Below T251 |
| Modality Activity #1 Performed | | Yes |
| Modality Activity #1 Body Region | | Left Shoulder |
| Modality Activity #1 Settings | | IFC Current |
| Modality Activity #1 Minutes | | 10 |
| Modality Activity #1 Comments | | See Below T260 |
| Activity #2 Type of Modality | | Cold packs |
| Modality Activity #2 Performed | | Yes |
| Modality Activity #2 Body Region | | Left Shoulder |
| Modality Activity #2 Minutes | | 15 |
| Modality Activity #2 Comments | | See Below T265 |
| Other PT Short Term Goal #1 | | See Below T280 |

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/21/2020<br>12:50 EST<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T309] |
| Other PT Short Term Goal #2 | | See Below [T338] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T367] |
| Other PT Short Term Goal #3 | | See Below [T390] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below [T430] |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below [T449] |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Comment | | See Below [T468] |
| PT Therapeutic Exercise #3 | | See Below [T486] |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below [T504] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below [T523] |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise #5 Comment | | See Below [T545] |
| PT Therapeutic Exercise #6 | | Other: 4 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Comment | | See Below [T568] |
| PT Therapeutic Exercise #7 | | See Below [T582] |
| PT Therapeutic Exercise #7 Comment | | See Below [T596] |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise #8 Repetition | | 3 x 30 sec |
| PT Therapeutic Exercise #8 Comment | | See Below [T610] |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below [T632] |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |

Lincoln/Zoll 0473



## *IView*

| | | |
|---|---|---|
| | Recorded Date<br>Recorded Time<br>Recorded By | 2/21/2020<br>12:50 EST<br>Fifield PTA,Patrick |
| Procedure | Reference Range | |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T12: 2/21/2020 12:50 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

T56: 2/21/2020 12:50 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T76: 2/21/2020 12:50 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T96: 2/21/2020 12:50 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T116: 2/21/2020 12:50 EST (Manual Therapy Activity #2 Comment)
Supine inferior and posterior glenohumeral glides, and manual shoulder flexion stretch. Sidelying manual shoulder abduction stretch. Sustained 10-20 sec each.

T135: 2/21/2020 12:50 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T159: 2/21/2020 12:50 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T187: 2/21/2020 12:50 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T208: 2/21/2020 12:50 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T236: 2/21/2020 12:50 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T251: 2/21/2020 12:50 EST (Activity #1 Type of Modality)
Electrical stimulation, unattended

T260: 2/21/2020 12:50 EST (Modality Activity #1 Comments)
To reduce shoulder pain, performed with ice

T265: 2/21/2020 12:50 EST (Modality Activity #2 Comments)
To reduce shoulder pain, performed with electrical stimulation

T280: 2/21/2020 12:50 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T309: 2/21/2020 12:50 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T338: 2/21/2020 12:50 EST (Other PT Short Term Goal #2)

## *IView*

Textual Results

T338: 2/21/2020 12:50 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T367: 2/21/2020 12:50 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T390: 2/21/2020 12:50 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T430: 2/21/2020 12:50 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T449: 2/21/2020 12:50 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T468: 2/21/2020 12:50 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T486: 2/21/2020 12:50 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T504: 2/21/2020 12:50 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T523: 2/21/2020 12:50 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T545: 2/21/2020 12:50 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T568: 2/21/2020 12:50 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.

T582: 2/21/2020 12:50 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T596: 2/21/2020 12:50 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T610: 2/21/2020 12:50 EST (PT Therapeutic Exercise #8 Comment)
To decrease shoulder stiffnes and pain and improve ROM

T632: 2/21/2020 12:50 EST (Additional Information PT)
James continues to make progress with shoulder ROM and mobility. Left shoulder ROM at 130 flex, 120 deg. abd, 47 deg. ER. Has pain relief with estim and ice pack. Will progress ROM as tolerated.

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/19/2020<br>12:48 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below [T13] |
| Ed-Exercise Program | | See Below [T39 R7] |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below [T57] |
| Manual Therapy Activity #1 Performed | | No |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/19/2020<br>12:48 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T77 |
| Manual Therapy Activity #1 Comment | | See Below T97 |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below T117 |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below T136 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T160 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T188 |
| PT Long Term Goal #2 | | See Below T209 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below T237 |
| Other PT Short Term Goal #1 | | See Below T281 |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below T310 |
| Other PT Short Term Goal #2 | | See Below T339 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T368 |
| Other PT Short Term Goal #3 | | See Below T391 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below T431 |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Response | | Positive response to treatment |

## IView

| Procedure | Reference Range | 2/19/2020 12:48 EST Parnell PT Student,Ryan |
|---|---|---|
| | Recorded Date | 2/19/2020 |
| | Recorded Time | 12:48 EST |
| | Recorded By | Parnell PT Student,Ryan |
| PT Therapeutic Exercise #1 Comment | | See Below [T450] |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below [T469] |
| PT Therapeutic Exercise #3 | | See Below [T487] |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below [T505] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below [T524] |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below [T546] |
| PT Therapeutic Exercise #6 | | Other: 4 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Response | | See Below [T560] |
| PT Therapeutic Exercise #6 Comment | | See Below [T569] |
| PT Therapeutic Exercise #7 | | See Below [T583] |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below [T597] |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 3 x 30 sec |
| PT Therapeutic Exercise #8 Response | | Positive response to treatment |
| PT Therapeutic Exercise #8 Comment | | See Below [T611] |
| Post Treatment Numeric Pain Rating Scale | | 7 |
| Additional Information PT | | See Below [T633] |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results
T13: 2/19/2020 12:48 EST (PT Treatment Recommendations)

## *IView*

Textual Results

T13: 2/19/2020 12:48 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

T39: 2/19/2020 12:48 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T57: 2/19/2020 12:48 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T77: 2/19/2020 12:48 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T97: 2/19/2020 12:48 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T117: 2/19/2020 12:48 EST (Manual Therapy Activity #2 Comment)
Supine inferior and posterior glenohumeral glides, and manual shoulder flexion stretch. Sidelying manual shoulder abduction stretch. Sustained 10-20 sec each.

T136: 2/19/2020 12:48 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T160: 2/19/2020 12:48 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T188: 2/19/2020 12:48 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T209: 2/19/2020 12:48 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T237: 2/19/2020 12:48 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T281: 2/19/2020 12:48 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T310: 2/19/2020 12:48 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T339: 2/19/2020 12:48 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T368: 2/19/2020 12:48 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T391: 2/19/2020 12:48 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T431: 2/19/2020 12:48 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T450: 2/19/2020 12:48 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T469: 2/19/2020 12:48 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

## IView

Textual Results
T487: 2/19/2020 12:48 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression
T505: 2/19/2020 12:48 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM
T524: 2/19/2020 12:48 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.
T546: 2/19/2020 12:48 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.
T560: 2/19/2020 12:48 EST (PT Therapeutic Exercise #6 Response)
Increased activation of targeted muscle groups, Positive response to treatment
T569: 2/19/2020 12:48 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.
T583: 2/19/2020 12:48 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment
T597: 2/19/2020 12:48 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.
T611: 2/19/2020 12:48 EST (PT Therapeutic Exercise #8 Comment)
To decrease shoulder stiffnes and pain and improve ROM
T633: 2/19/2020 12:48 EST (Additional Information PT)
Pt able to tolerate therapy although pain increased at the end of the session. Pain continues to be a limiting factor. ROM continues to improve although still limited. Pt stayed after therapy session for ice for left shoulder for pain reduction. WIll contiue with current plan and progress as tolerated.

Result Comments
R7: Ed-Exercise Program
Further progression and cueing for proper techn

| | | |
|---|---|---|
| | Recorded Date | 2/17/2020 |
| | Recorded Time | 12:49 EST |
| | Recorded By | Fifield PTA,Patrick |
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below T14 |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below T58 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T78 |
| Manual Therapy Activity #1 Comment | | See Below T98 |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |

## *IView*

| | | |
|---|---|---|
| | Recorded Date | 2/17/2020 |
| | Recorded Time | 12:49 EST |
| | Recorded By | Fifield PTA,Patrick |
| Procedure | Reference Range | |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below [T118] |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below [T137] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| Activity #1 Type of Modality | | See Below [T252] |
| Modality Activity #1 Performed | | Yes |
| Modality Activity #1 Body Region | | Left Shoulder |
| Modality Activity #1 Settings | | IFC Current |
| Modality Activity #1 Minutes | | 10 |
| Modality Activity #1 Comments | | See Below [T261] |
| Activity #2 Type of Modality | | Cold packs |
| Modality Activity #2 Performed | | Yes |
| Modality Activity #2 Body Region | | Left Shoulder |
| Modality Activity #2 Minutes | | 15 |
| Modality Activity #2 Comments | | See Below [T266] |
| Other PT Short Term Goal #1 | | See Below [T282] |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T311] |
| Other PT Short Term Goal #2 | | See Below [T340] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T369] |
| Other PT Short Term Goal #3 | | See Below [T392] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below [T432] |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below [T451] |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |

## IView

| Procedure | Reference Range | Recorded Date 2/17/2020 Recorded Time 12:49 EST Recorded By Fifield PTA,Patrick |
|---|---|---|
| PT Therapeutic Exercise #2 Comment | | See Below [T470] |
| PT Therapeutic Exercise #3 | | See Below [T488] |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below [T506] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below [T525] |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below [T547] |
| PT Therapeutic Exercise #6 | | Other: 3 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Resistance | | purple ball |
| PT Therapeutic Exercise #6 Comment | | See Below [T570] |
| PT Therapeutic Exercise #7 | | See Below [T584] |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below [T598] |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 3x20 sec |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T634] |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T14: 2/17/2020 12:49 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

T58: 2/17/2020 12:49 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T78: 2/17/2020 12:49 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T98: 2/17/2020 12:49 EST (Manual Therapy Activity #1 Comment)

*IView*

Textual Results

T98: 2/17/2020 12:49 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T118: 2/17/2020 12:49 EST (Manual Therapy Activity #2 Comment)
Supine inferior and posterior glenohumeral glides, sidelying manual glenohumeral flexion, abduction and external rotation stretch with manual scapular stabilization. Sustained 10-20 sec each.

T137: 2/17/2020 12:49 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T252: 2/17/2020 12:49 EST (Activity #1 Type of Modality)
Electrical stimulation, unattended

T261: 2/17/2020 12:49 EST (Modality Activity #1 Comments)
To reduce shoulder pain, performed with ice

T266: 2/17/2020 12:49 EST (Modality Activity #2 Comments)
To reduce shoulder pain, performed with electrical stimulation

T282: 2/17/2020 12:49 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T311: 2/17/2020 12:49 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T340: 2/17/2020 12:49 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T369: 2/17/2020 12:49 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T392: 2/17/2020 12:49 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T432: 2/17/2020 12:49 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T451: 2/17/2020 12:49 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T470: 2/17/2020 12:49 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T488: 2/17/2020 12:49 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T506: 2/17/2020 12:49 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T525: 2/17/2020 12:49 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T547: 2/17/2020 12:49 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T570: 2/17/2020 12:49 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.

T584: 2/17/2020 12:49 EST (PT Therapeutic Exercise #7)

## IView

Textual Results

T584: 2/17/2020 12:49 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T598: 2/17/2020 12:49 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T634: 2/17/2020 12:49 EST (Additional Information PT)
James continues to have some pain with shoulder flexion and abduction above 150 deg. PROM. He's able to tolerate scaption much better. Applied estim with ice to help modulate pain symptoms after stretching.

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/14/2020<br>12:45 EST<br>Arseneau DPT,Julie |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below T15 |
| Ed-Exercise Program | | See Below T40 |
| Primary Pain Location | | Shoulder |
| Manual Therapy Activity #1 Type | | See Below T59 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T79 |
| Manual Therapy Activity #1 Comment | | See Below T99 |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | No |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below T119 |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | Yes |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below T138 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T161 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T189 |
| PT Long Term Goal #2 | | See Below T210 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below T238 |
| Other PT Short Term Goal #1 | | See Below T283 |
| Other PT Short Term Goal #1 Status | | Goal met |

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/14/2020<br>12:45 EST<br>Arseneau DPT,Julie |
|---|---|---|
| Procedure | Reference Range | |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T312] |
| Other PT Short Term Goal #2 | | See Below [T341] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T370] |
| Other PT Short Term Goal #3 | | See Below [T393] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below [T433] |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below [T452] |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Comment | | See Below [T471] |
| PT Therapeutic Exercise #3 | | See Below [T489] |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below [T507] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below [T526] |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below [T548] |
| PT Therapeutic Exercise #6 | | Other: 3 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Resistance | | purple ball |
| PT Therapeutic Exercise #6 Comment | | See Below [T571] |
| PT Therapeutic Exercise #7 | | See Below [T585] |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below [T599] |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |

## IView

| | | |
|---|---|---|
| | Recorded Date<br>Recorded Time<br>Recorded By | 2/14/2020<br>12:45 EST<br>Arseneau DPT,Julie |
| Procedure | Reference Range | |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 3x20 sec |
| Post Treatment Numeric Pain Rating Scale | | 7 |
| Additional Information PT | | See Below T635 |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T15: 2/14/2020 12:45 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

T40: 2/14/2020 12:45 EST (Ed-Exercise Program)
Verbalizes understanding, Needs practice/supervision, Needs further teaching

T59: 2/14/2020 12:45 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T79: 2/14/2020 12:45 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T99: 2/14/2020 12:45 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T119: 2/14/2020 12:45 EST (Manual Therapy Activity #2 Comment)
Supine inferior and posterior glenohumeral glides, sidelying manual glenohumeral flexion, abduction and external rotation stretch with manual scapular stabilization. Sustained 10-20 sec each.

T138: 2/14/2020 12:45 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T161: 2/14/2020 12:45 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T189: 2/14/2020 12:45 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T210: 2/14/2020 12:45 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T238: 2/14/2020 12:45 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T283: 2/14/2020 12:45 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T312: 2/14/2020 12:45 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

## *IView*

Textual Results

T341: 2/14/2020 12:45 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T370: 2/14/2020 12:45 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T393: 2/14/2020 12:45 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T433: 2/14/2020 12:45 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T452: 2/14/2020 12:45 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T471: 2/14/2020 12:45 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T489: 2/14/2020 12:45 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T507: 2/14/2020 12:45 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T526: 2/14/2020 12:45 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T548: 2/14/2020 12:45 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T571: 2/14/2020 12:45 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.

T585: 2/14/2020 12:45 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T599: 2/14/2020 12:45 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T635: 2/14/2020 12:45 EST (Additional Information PT)
Added shoulder posterior GH mobilization to further improve ER and flexion. Pt with severe limitations in posterior capsule mobility. Also added ER isometrics with ball today. ER progressing well; continues to be most limited in flexion and abduction ROM. Pt would continue to benefit from skilled PT services to progress ROM, scap stability and in the future focus on strengthening and functional use of LUE.

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/12/2020<br>12:49 EST<br>Arseneau DPT,Julie |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below T16 |
| Ed-Exercise Program | | See Below T41 |
| Primary Pain Location | | Shoulder |
| Manual Therapy Activity #1 Type | | See Below T60 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 1/20/2020
FIN#: 175789 Discharge Date:
DOB/Age/Gender: 51 years Male Attending Phys:

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/12/2020<br>12:49 EST<br>Arseneau DPT,Julie |
|---|---|---|
| Procedure | Reference Range | |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T80] |
| Manual Therapy Activity #1 Comment | | See Below [T100] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | No |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below [T120] |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | Yes |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below [T139] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T162] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T190] |
| PT Long Term Goal #2 | | See Below [T211] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T239] |
| Activity #1 Type of Modality | | See Below [T253] |
| Modality Activity #1 Performed | | No |
| Modality Activity #1 Body Region | | Left Shoulder |
| Modality Activity #1 Settings | | IFC Current |
| Modality Activity #1 Minutes | | 10 |
| Modality Activity #1 Comments | | See Below [T262] |
| Activity #2 Type of Modality | | Cold packs |
| Modality Activity #2 Performed | | Yes |
| Modality Activity #2 Body Region | | Left Shoulder |
| Modality Activity #2 Minutes | | 15 |
| Modality Activity #2 Comments | | See Below [T267] |
| Other PT Short Term Goal #1 | | See Below [T284] |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T313] |
| Other PT Short Term Goal #2 | | See Below [T342] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/12/2020<br>12:49 EST<br>Arseneau DPT,Julie |
|---|---|---|
| Procedure | Reference Range | |
| Other PT Short Term Goal #2 Comment | | See Below T371 |
| Other PT Short Term Goal #3 | | See Below T394 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below T434 |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below T453 |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Comment | | See Below T472 |
| PT Therapeutic Exercise #3 | | See Below T490 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below T508 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below T527 |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below T549 |
| PT Therapeutic Exercise #6 | | Other: 3 way isometrics |
| PT Therapeutic Exercise Performed #6 | | No |
| PT Therapeutic Exercise #6 Repetition | | See Below T554 |
| PT Therapeutic Exercise #6 Comment | | See Below T572 |
| PT Therapeutic Exercise #7 | | See Below T586 |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below T600 |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 3x20 sec |
| Post Treatment Numeric Pain Rating Scale | | 6 |
| Additional Information PT | | See Below T636 |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |

**Lincoln/Zoll 0488**

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 | Admit Date: 1/20/2020
FIN#: 175789 | Discharge Date:
DOB/Age/Gender: 51 years Male | Attending Phys:

*IView*

| Procedure | Reference Range | Recorded Date 2/12/2020<br>Recorded Time 12:49 EST<br>Recorded By Arseneau DPT,Julie |
|---|---|---|
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results
T16: 2/12/2020 12:49 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.
T41: 2/12/2020 12:49 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching, Needs practice/supervision
T60: 2/12/2020 12:49 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization
T80: 2/12/2020 12:49 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation
T100: 2/12/2020 12:49 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.
T120: 2/12/2020 12:49 EST (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, sidelying manual glenohumeral flexion, abduction and external rotation stretch with manual scapular stabilization. Sustained 10-20 sec each.
T139: 2/12/2020 12:49 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.
T162: 2/12/2020 12:49 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.
T190: 2/12/2020 12:49 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47
T211: 2/12/2020 12:49 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.
T239: 2/12/2020 12:49 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10
T253: 2/12/2020 12:49 EST (Activity #1 Type of Modality)
Electrical stimulation, unattended
T262: 2/12/2020 12:49 EST (Modality Activity #1 Comments)
To reduce shoulder pain, performed with ice
T267: 2/12/2020 12:49 EST (Modality Activity #2 Comments)
To reduce shoulder pain, performed with electrical stimulation
T284: 2/12/2020 12:49 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's
T313: 2/12/2020 12:49 EST (Other PT Short Term Goal #1 Comment)

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 1/20/2020
FIN#: 175789 Discharge Date:
DOB/Age/Gender: 51 years Male Attending Phys:

*IView*

Textual Results
T313: 2/12/2020 12:49 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.
T342: 2/12/2020 12:49 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.
T371: 2/12/2020 12:49 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10
T394: 2/12/2020 12:49 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.
T434: 2/12/2020 12:49 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.
T453: 2/12/2020 12:49 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.
T472: 2/12/2020 12:49 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM
T490: 2/12/2020 12:49 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression
T508: 2/12/2020 12:49 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM
T527: 2/12/2020 12:49 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.
T549: 2/12/2020 12:49 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.
T554: 2/12/2020 12:49 EST (PT Therapeutic Exercise #6 Repetition)
2 x 10 reps each with 2-3 sec hold
T572: 2/12/2020 12:49 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, and extension isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.
T586: 2/12/2020 12:49 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment
T600: 2/12/2020 12:49 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.
T636: 2/12/2020 12:49 EST (Additional Information PT)
Mr. Zoll had fair tolerance to manual PT with improved tolerance in sidelying, especially to flexion. Continues to demo decreased glenohumeral slide on scapula. Added corner stretch today. Will continue to progress pt as tolerated to meet goals.

| | | |
|---|---|---|
| | Recorded Date<br>Recorded Time<br>Recorded By | 2/10/2020<br>15:47 EST<br>Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below [T17] |
| Ed-Exercise Program | | See Below [T42 R8] |
| Primary Pain Location | | Shoulder |

# IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/10/2020<br>15:47 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below [T61] |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T81] |
| Manual Therapy Activity #1 Comment | | See Below [T101] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below [T121] |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below [T140] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T163] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T191] |
| PT Long Term Goal #2 | | See Below [T212] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T240] |
| Other PT Short Term Goal #1 | | See Below [T285] |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T314] |
| Other PT Short Term Goal #2 | | See Below [T343] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T372] |
| Other PT Short Term Goal #3 | | See Below [T395] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below [T435] |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/10/2020<br>15:47 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Response | | See Below T441 |
| PT Therapeutic Exercise #1 Comment | | See Below T454 |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Response | | See Below T460 |
| PT Therapeutic Exercise #2 Comment | | See Below T473 |
| PT Therapeutic Exercise #3 | | See Below T491 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below T509 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Response | | Positive response to treatment |
| PT Therapeutic Exercise #4 Comment | | See Below T528 |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below T550 |
| PT Therapeutic Exercise #6 | | Other: 3 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | See Below T555 |
| PT Therapeutic Exercise #6 Response | | See Below T561 |
| PT Therapeutic Exercise #6 Comment | | See Below T573 |
| PT Therapeutic Exercise #7 | | See Below T587 |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below T601 |
| Post Treatment Numeric Pain Rating Scale | | 5 = Moderate pain |
| Additional Information PT | | See Below T637 |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results
T17: 2/10/2020 15:47 EST (PT Treatment Recommendations)

## *IView*

Textual Results

T17: 2/10/2020 15:47 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

T42: 2/10/2020 15:47 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T61: 2/10/2020 15:47 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T81: 2/10/2020 15:47 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T101: 2/10/2020 15:47 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T121: 2/10/2020 15:47 EST (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, sidelying manual glenohumeral flexion, abduction and external rotation stretch with manual scapular stabilization. Sustained 10-20 sec each.

T140: 2/10/2020 15:47 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. Pt not able to tolerated flexion stretch today due to pain.

T163: 2/10/2020 15:47 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T191: 2/10/2020 15:47 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T212: 2/10/2020 15:47 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T240: 2/10/2020 15:47 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T285: 2/10/2020 15:47 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T314: 2/10/2020 15:47 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T343: 2/10/2020 15:47 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T372: 2/10/2020 15:47 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T395: 2/10/2020 15:47 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T435: 2/10/2020 15:47 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T441: 2/10/2020 15:47 EST (PT Therapeutic Exercise #1 Response)
Increased activation of targeted muscle groups

T454: 2/10/2020 15:47 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 1/20/2020
FIN#: 175789 Discharge Date:
DOB/Age/Gender: 51 years Male Attending Phys:

*IView*

Textual Results
T460: 2/10/2020 15:47 EST (PT Therapeutic Exercise #2 Response)
Positive response to treatment, Other: Improved Shoulder ROM
T473: 2/10/2020 15:47 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM
T491: 2/10/2020 15:47 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression
T509: 2/10/2020 15:47 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM
T528: 2/10/2020 15:47 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.
T550: 2/10/2020 15:47 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.
T555: 2/10/2020 15:47 EST (PT Therapeutic Exercise #6 Repetition)
2 x 10 reps each with 2-3 sec hold
T561: 2/10/2020 15:47 EST (PT Therapeutic Exercise #6 Response)
Increased activation of targeted muscle groups
T573: 2/10/2020 15:47 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, and extension isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.
T587: 2/10/2020 15:47 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment
T601: 2/10/2020 15:47 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.
T637: 2/10/2020 15:47 EST (Additional Information PT)
Pt able to tolerate therapy without increase in shoulder pain. Reports that he has recently been put on lyrica and cymbalta by his doctor. Pt is unsure of dosages and was told to bring info regarding dosage to next appointment for update in his chart.

Result Comments
R8: Ed-Exercise Program
Continued progression and cueing for proper technique

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/7/2020<br>12:48 EST<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below T18 |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below T62 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |

## IView

| Procedure | Reference Range | Recorded Date 2/7/2020<br>Recorded Time 12:48 EST<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Manual Therapy Activity #1 Rationale | | See Below T82 |
| Manual Therapy Activity #1 Comment | | See Below T102 |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below T122 |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | Yes |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below T141 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T164 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T192 |
| PT Long Term Goal #2 | | See Below T213 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below T241 |
| Other PT Short Term Goal #1 | | See Below T286 |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below T315 |
| Other PT Short Term Goal #2 | | See Below T344 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T373 |
| Other PT Short Term Goal #3 | | See Below T396 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below T436 |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below T455 |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |

Lincoln/Zoll 0495



## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/7/2020<br>12:48 EST<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| PT Therapeutic Exercise #2 Comment | | See Below [T474] |
| PT Therapeutic Exercise #3 | | See Below [T492] |
| PT Therapeutic Exercise Performed #3 | | Yes |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below [T510] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below [T529] |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below [T551] |
| PT Therapeutic Exercise #6 | | Other: 3 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | See Below [T556] |
| PT Therapeutic Exercise #6 Comment | | See Below [T574] |
| PT Therapeutic Exercise #7 | | See Below [T588] |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below [T602] |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T638] |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T18: 2/7/2020 12:48 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

T62: 2/7/2020 12:48 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T82: 2/7/2020 12:48 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T102: 2/7/2020 12:48 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T122: 2/7/2020 12:48 EST (Manual Therapy Activity #2 Comment)

## IView

Textual Results

T122: 2/7/2020 12:48 EST (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, manual glenohumeral flexion stretch, and teres major stretch. Sustained 10-20 sec each.

T141: 2/7/2020 12:48 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. Pt not able to tolerated flexion stretch today due to pain.

T164: 2/7/2020 12:48 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T192: 2/7/2020 12:48 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T213: 2/7/2020 12:48 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T241: 2/7/2020 12:48 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T286: 2/7/2020 12:48 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T315: 2/7/2020 12:48 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T344: 2/7/2020 12:48 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T373: 2/7/2020 12:48 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T396: 2/7/2020 12:48 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T436: 2/7/2020 12:48 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T455: 2/7/2020 12:48 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T474: 2/7/2020 12:48 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T492: 2/7/2020 12:48 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T510: 2/7/2020 12:48 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T529: 2/7/2020 12:48 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T551: 2/7/2020 12:48 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T556: 2/7/2020 12:48 EST (PT Therapeutic Exercise #6 Repetition)
1 x 10 reps each with 2-3 sec hold

T574: 2/7/2020 12:48 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, external rotation, and extension isometrics for shoulder pain reduction and gentle strengthening.

## IView

Textual Results
T588: 2/7/2020 12:48 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment
T602: 2/7/2020 12:48 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.
T638: 2/7/2020 12:48 EST (Additional Information PT)
James continues to have pain with most movments and most of the time. He had some relief after STM to left scapular area and superior shoulder region. Noted tightness in neck especially scalenes. Pt. is performing exercises at home per report.

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/5/2020<br>12:47 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below [T19] |
| Ed-Exercise Program | | See Below [T43 R9] |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below [T63] |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T83] |
| Manual Therapy Activity #1 Comment | | See Below [T103] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | No |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below [T123] |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | Yes |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Response | | Positive response to treatment |
| Manual Therapy Activity #3 Comment | | See Below [T142] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T165] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T193] |
| PT Long Term Goal #2 | | See Below [T214] |
| PT Long Term Goal #2 Status | | Progressing, continue |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/5/2020<br>12:47 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| PT Long Term Goal #2 Comment | | See Below T242 |
| Other PT Short Term Goal #1 | | See Below T287 |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below T316 |
| Other PT Short Term Goal #2 | | See Below T345 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T374 |
| Other PT Short Term Goal #3 | | See Below T397 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below T437 |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below T456 |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below T475 |
| PT Therapeutic Exercise #3 | | See Below T493 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below T511 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Response | | Positive response to treatment |
| PT Therapeutic Exercise #4 Comment | | See Below T530 |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below T552 |
| PT Therapeutic Exercise #6 | | Other: 3 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | See Below T557 |
| PT Therapeutic Exercise #6 Response | | Positive response to treatment |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/5/2020<br>12:47 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| PT Therapeutic Exercise #6 Comment | | See Below [T575] |
| PT Therapeutic Exercise #7 | | See Below [T589] |
| PT Therapeutic Exercise Performed #7 | | Yes |
| PT Therapeutic Exercise #7 Response | | No response to treatment |
| PT Therapeutic Exercise #7 Comment | | See Below [T603] |
| Post Treatment Numeric Pain Rating Scale | | 7 |
| Additional Information PT | | See Below [T639] |
| Pre Treatment Numeric Pain Rating Scale: | | 7 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T19: 2/5/2020 12:47 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

T43: 2/5/2020 12:47 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T63: 2/5/2020 12:47 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T83: 2/5/2020 12:47 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T103: 2/5/2020 12:47 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T123: 2/5/2020 12:47 EST (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, manual glenohumeral flexion stretch, and teres major stretch. Sustained 10-20 sec each.

T142: 2/5/2020 12:47 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. Pt not able to tolerated flexion stretch today due to pain.

T165: 2/5/2020 12:47 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T193: 2/5/2020 12:47 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T214: 2/5/2020 12:47 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T242: 2/5/2020 12:47 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T287: 2/5/2020 12:47 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

## *IView*

Textual Results

T316: 2/5/2020 12:47 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T345: 2/5/2020 12:47 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T374: 2/5/2020 12:47 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T397: 2/5/2020 12:47 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T437: 2/5/2020 12:47 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T456: 2/5/2020 12:47 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T475: 2/5/2020 12:47 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T493: 2/5/2020 12:47 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T511: 2/5/2020 12:47 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T530: 2/5/2020 12:47 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T552: 2/5/2020 12:47 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T557: 2/5/2020 12:47 EST (PT Therapeutic Exercise #6 Repetition)
1 x 10 reps each with 2-3 sec hold

T575: 2/5/2020 12:47 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, external rotation, and extension isometrics for shoulder pain reduction and gentle strengthening.

T589: 2/5/2020 12:47 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T603: 2/5/2020 12:47 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T639: 2/5/2020 12:47 EST (Additional Information PT)
Pt able to tolerate therapy without increase in baseline pain. However, pain seems to be a limiting factor for progression of therapy although shoulder ROM is improving. Pt's neck assessed today due to doctor's concerns of possible nerve involvement. Neck did not appear to contribute to shoulder pain. Will continue with current plan and progress as tolerated. Pt stayed after pt session for ice on left shoulder for pain.

Result Comments

R9: Ed-Exercise Program
Continued progression as tolerated and cueing for proper technique

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/3/2020<br>17:06 EST<br>Parnell PT Student,Ryan | 2/3/2020<br>17:02 EST<br>Parnell PT Student,Ryan |
|---|---|---|---|
| Procedure | Reference Range | | |
| Prior Cognitive-Communication Skills | | - | Independent (I) |
| Prior Instrumental ADL Level | | - | Independent (I) |
| Prior ADL/Self Care Status | | - | Assist/needed help |
| Prior Indoor Mobility Status | | - | Independent (I) |
| Prior Outdoor Mobility Status | | - | Independent (I) |
| Prior Stairs Status | | - | Independent (I) |
| Prior Functional Status Comments | | - | See Below [T30] |
| PT Long Term Goal #1 | | See Below [T166] | See Below [T167] |
| PT Long Term Goal #1 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T194] | See Below [T195] |
| PT Long Term Goal #2 | | See Below [T215] | See Below [T216] |
| PT Long Term Goal #2 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T243] | See Below [T244] |
| Other PT Short Term Goal #1 | | See Below [T288] | See Below [T289] |
| Other PT Short Term Goal #1 Status | | Goal met | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T317] | See Below [T318] |
| Other PT Short Term Goal #2 | | See Below [T346] | See Below [T347] |
| Other PT Short Term Goal #2 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T375] | See Below [T376] |
| Other PT Short Term Goal #3 | | See Below [T398] | See Below [T399] |
| Other PT Short Term Goal #3 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below [T438] | See Below [T439] |
| Other PT Short Term Goal #4 Status | | Initial | Initial |
| Additional Information PT | | See Below [T640] | See Below [T641] |

Textual Results

T30: 2/3/2020 17:02 EST (Prior Functional Status Comments)
Difficulty with folding clothes and grasping objects due to long history of left shoulder issue.

T166: 2/3/2020 17:06 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T167: 2/3/2020 17:02 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T194: 2/3/2020 17:06 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T195: 2/3/2020 17:02 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T215: 2/3/2020 17:06 EST (PT Long Term Goal #2)

## *IView*

Textual Results

T215: 2/3/2020 17:06 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T216: 2/3/2020 17:02 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T243: 2/3/2020 17:06 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T244: 2/3/2020 17:02 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T288: 2/3/2020 17:06 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T289: 2/3/2020 17:02 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T317: 2/3/2020 17:06 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T318: 2/3/2020 17:02 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T346: 2/3/2020 17:06 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T347: 2/3/2020 17:02 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T375: 2/3/2020 17:06 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T376: 2/3/2020 17:02 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T398: 2/3/2020 17:06 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T399: 2/3/2020 17:02 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T438: 2/3/2020 17:06 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T439: 2/3/2020 17:02 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T640: 2/3/2020 17:06 EST (Additional Information PT)
Pt re-assessed and is making progress with shoulder ROM and has met one of his short-term goals. He still complains of left shoulder pain of 7/10 at its worst. Will continue to benefit from shoulder ROM and progression to strengthening as tolerated/appropriate to reduce difficulty with ADLs.

T641: 2/3/2020 17:02 EST (Additional Information PT)
Pt re-assessed and is making progress with shoulder ROM and has met one of his short-term goals. He still complains of left shoulder pain of 7/10 at its worst. Will continue to benefit from shoulder ROM and progression to strengthening as tolerated/appropriate to reduce difficulty with ADLs.

# IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 2/3/2020<br>12:50 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below [T20] |
| Left Shoulder Abduction AROM | | 107 |
| Left Shoulder Abduction ROM Comment | | See Below [T27] |
| Left Shoulder External Rotation AROM | | 47 |
| Left Shoulder Flexion AROM | | 122 |
| Ed-Exercise Program | | See Below [T44 R8] |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below [T64] |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T84] |
| Manual Therapy Activity #1 Comment | | See Below [T104] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | No |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below [T124] |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | Yes |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Response | | Positive response to treatment |
| Manual Therapy Activity #3 Comment | | See Below [T143] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T168] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T196] |
| PT Long Term Goal #2 | | See Below [T217] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T245] |
| Other PT Short Term Goal #1 | | See Below [T290] |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T319] |

## IView

| Procedure | Recorded Date<br>Recorded Time<br>Recorded By<br>Reference Range | 2/3/2020<br>12:50 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Other PT Short Term Goal #2 | | See Below [T348] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T377] |
| Other PT Short Term Goal #3 | | See Below [T400] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below [T440] |
| Other PT Short Term Goal #4 Status | | Initial |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below [T457] |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below [T476] |
| PT Therapeutic Exercise #3 | | See Below [T494] |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below [T512] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction x 2 |
| PT Therapeutic Exercise #4 Response | | Positive response to treatment |
| PT Therapeutic Exercise #4 Comment | | See Below [T531] |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | Yes |
| PT Therapeutic Exercise #5 Response | | No response to treatment |
| PT Therapeutic Exercise #5 Comment | | See Below [T553] |
| Post Treatment Numeric Pain Rating Scale | | 6 |
| Additional Information PT | | See Below [T642] |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Document UE Range in Degrees | | Yes |
| Left Upper Extremity Active Range | | Impaired |
| Right Upper Extremity Active Range | | Within functional limits |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

## *IView*

Textual Results

T20: 2/3/2020 12:50 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs

T27: 2/3/2020 12:50 EST (Left Shoulder Abduction ROM Comment)
Improved scapular mechanics noted

T44: 2/3/2020 12:50 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T64: 2/3/2020 12:50 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T84: 2/3/2020 12:50 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T104: 2/3/2020 12:50 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T124: 2/3/2020 12:50 EST (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, manual glenohumeral flexion stretch, and teres major stretch. Sustained 10-20 sec each.

T143: 2/3/2020 12:50 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction, flexion, and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T168: 2/3/2020 12:50 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T196: 2/3/2020 12:50 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T217: 2/3/2020 12:50 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T245: 2/3/2020 12:50 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T290: 2/3/2020 12:50 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T319: 2/3/2020 12:50 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T348: 2/3/2020 12:50 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T377: 2/3/2020 12:50 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T400: 2/3/2020 12:50 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T440: 2/3/2020 12:50 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T457: 2/3/2020 12:50 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

## IView

Textual Results
T476: 2/3/2020 12:50 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM
T494: 2/3/2020 12:50 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression
T512: 2/3/2020 12:50 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM
T531: 2/3/2020 12:50 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.
T553: 2/3/2020 12:50 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.
T642: 2/3/2020 12:50 EST (Additional Information PT)
Pt re-assessed and is making progress with shoulder ROM and has met one of his short-term goals. He still complains of left shoulder pain of 7/10 at its worst. Will continue with current plan and progress as tolerated/appropriate. Patient stayed 10 minutes after treatment session for ice.

Result Comments
R8: Ed-Exercise Program
Continued progression and cueing for proper technique

| | Recorded Date<br>Recorded Time<br>Recorded By | 1/31/2020<br>11:05 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below T21 |
| Ed-Exercise Program | | See Below T45 R10 |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below T65 |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T85 |
| Manual Therapy Activity #1 Comment | | See Below T105 |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below T125 |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | Yes |
| Manual Therapy Activity #3 Region | | Left Shoulder |

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 1/31/2020<br>11:05 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Response | | Positive response to treatment |
| Manual Therapy Activity #3 Comment | | See Below [T144] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T169] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below [T218] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T246] |
| Other PT Short Term Goal #1 | | See Below [T291] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T320] |
| Other PT Short Term Goal #2 | | See Below [T349] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T378] |
| Other PT Short Term Goal #3 | | See Below [T401] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Response | | See Below [T442] |
| PT Therapeutic Exercise #1 Comment | | See Below [T458] |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Response | | See Below [T461] |
| PT Therapeutic Exercise #2 Comment | | See Below [T477] |
| PT Therapeutic Exercise #3 | | See Below [T495] |
| PT Therapeutic Exercise Performed #3 | | Yes |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Response | | Positive response to treatment |
| PT Therapeutic Exercise #3 Comment | | See Below [T513] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Response | | Positive response to treatment |

## *IView*

| | Recorded Date | 1/31/2020 |
|---|---|---|
| | Recorded Time | 11:05 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| PT Therapeutic Exercise #4 Comment | | See Below T532 |
| Post Treatment Numeric Pain Rating Scale | | 5 = Moderate pain |
| Additional Information PT | | See Below T643 |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T21: 1/31/2020 11:05 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs

T45: 1/31/2020 11:05 EST (Ed-Exercise Program)
Needs further teaching, Verbalizes understanding

T65: 1/31/2020 11:05 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T85: 1/31/2020 11:05 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T105: 1/31/2020 11:05 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T125: 1/31/2020 11:05 EST (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, manual glenohumeral flexion stretch, and teres major stretch. Sustained 10-20 sec each.

T144: 1/31/2020 11:05 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T169: 1/31/2020 11:05 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T218: 1/31/2020 11:05 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T246: 1/31/2020 11:05 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T291: 1/31/2020 11:05 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T320: 1/31/2020 11:05 EST (Other PT Short Term Goal #1 Comment)
Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T349: 1/31/2020 11:05 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T378: 1/31/2020 11:05 EST (Other PT Short Term Goal #2 Comment)

## IView

Textual Results

T378: 1/31/2020 11:05 EST (Other PT Short Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T401: 1/31/2020 11:05 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T442: 1/31/2020 11:05 EST (PT Therapeutic Exercise #1 Response)
Increased activation of targeted muscle groups, Positive response to treatment

T458: 1/31/2020 11:05 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T461: 1/31/2020 11:05 EST (PT Therapeutic Exercise #2 Response)
Positive response to treatment, Other: Improved ROM

T477: 1/31/2020 11:05 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T495: 1/31/2020 11:05 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T513: 1/31/2020 11:05 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T532: 1/31/2020 11:05 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T643: 1/31/2020 11:05 EST (Additional Information PT)
Pt able to tolerate therapy without increase in pain. Improve left shoulder ROM noted today. WIll continue with current plan and progress as tolerated.

Result Comments

R10: Ed-Exercise Program
Cueing for technique and HEP progression

| | Recorded Date | 1/29/2020 |
|---|---|---|
| | Recorded Time | 15:03 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below T22 |
| Ed-Body Mechanics | | Ed. Needed |
| Ed-Exercise Program | | See Below T46 R11 |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below T66 |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T86 |
| Manual Therapy Activity #1 Comment | | See Below T106 |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 1/20/2020
FIN#: 175789 Discharge Date:
DOB/Age/Gender: 51 years Male Attending Phys:

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 1/29/2020<br>15:03 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below [T126] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T170] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below [T219] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | 1/29: pt reports pain of 6/10 |
| Other PT Short Term Goal #1 | | See Below [T292] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T321] |
| Other PT Short Term Goal #2 | | See Below [T350] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | 1/27: pt reports pain of 6/10 |
| Other PT Short Term Goal #3 | | See Below [T402] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | 10 x 5 sec |
| PT Therapeutic Exercise #1 Response | | Positive response to treatment |
| PT Therapeutic Exercise #1 Comment | | Tactile cues for technique |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below [T478] |
| PT Therapeutic Exercise #3 | | See Below [T496] |
| PT Therapeutic Exercise Performed #3 | | Yes |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 1 x 10 reps |
| PT Therapeutic Exercise #3 Response | | Positive response to treatment |
| PT Therapeutic Exercise #3 Comment | | See Below [T514] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |

## IView

| | Recorded Date<br>Recorded Time<br>Recorded By | 1/29/2020<br>15:03 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| PT Therapeutic Exercise #4 Response | | Positive response to treatment |
| PT Therapeutic Exercise #4 Comment | | See Below [T533] |
| Post Treatment Numeric Pain Rating Scale | | 6 |
| Additional Information PT | | See Below [T644] |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T22: 1/29/2020 15:03 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs

T46: 1/29/2020 15:03 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T66: 1/29/2020 15:03 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T86: 1/29/2020 15:03 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T106: 1/29/2020 15:03 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T126: 1/29/2020 15:03 EST (Manual Therapy Activity #2 Comment)
Inferior glenohumeral glides, manual glenohumeral flexion/abduction stretch, scapular retraction, downward rotation, depression, and elevation mobilizations.

T170: 1/29/2020 15:03 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T219: 1/29/2020 15:03 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T292: 1/29/2020 15:03 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T321: 1/29/2020 15:03 EST (Other PT Short Term Goal #1 Comment)
Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T350: 1/29/2020 15:03 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T402: 1/29/2020 15:03 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T478: 1/29/2020 15:03 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T496: 1/29/2020 15:03 EST (PT Therapeutic Exercise #3)

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 1/20/2020
FIN#: 175789 Discharge Date:
DOB/Age/Gender: 51 years Male Attending Phys:

## IView

Textual Results
T496: 1/29/2020 15:03 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression
T514: 1/29/2020 15:03 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM
T533: 1/29/2020 15:03 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.
T644: 1/29/2020 15:03 EST (Additional Information PT)
Pt able to tolerate therapy without increase of shoulder pain above baseline. Will continue to progress treatment as tolerated/appropriate.

Result Comments
R11: Ed-Exercise Program
Furthermore progression and cueing for technique

| | Recorded Date<br>Recorded Time<br>Recorded By | 1/27/2020<br>14:56 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | See Below [T3] |
| PT Treatment Recommendations | | See Below [T23] |
| Ed-Exercise Program | | Needs further teaching [R12] |
| Manual Therapy Activity #1 Type | | See Below [T67] |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T87] |
| Manual Therapy Activity #1 Comment | | See Below [T107] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below [T127] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T171] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below [T220] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| Activity #1 Type of Modality | | See Below [T254] |
| Modality Activity #1 Performed | | Yes |
| Modality Activity #1 Body Region | | Left Shoulder |
| Modality Activity #1 Settings | | IFC Current |
| Modality Activity #1 Minutes | | 10 |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 1/27/2020<br>14:56 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Modality Activity #1 Response | | Pain decreased |
| Modality Activity #1 Comments | | See Below [T263] |
| Activity #2 Type of Modality | | Cold packs |
| Modality Activity #2 Performed | | Yes |
| Modality Activity #2 Body Region | | Left Shoulder |
| Modality Activity #2 Minutes | | 10 |
| Modality Activity #2 Response | | Pain decreased |
| Modality Activity #2 Comments | | See Below [T268] |
| Other PT Short Term Goal #1 | | See Below [T293] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T322] |
| Other PT Short Term Goal #2 | | See Below [T351] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | 1/27: pt reports pain of 6/10 |
| Other PT Short Term Goal #3 | | See Below [T403] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 10 x 5 sec |
| PT Therapeutic Exercise #1 Comment | | Tactile cues for technique |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below [T479] |
| PT Therapeutic Exercise #3 | | See Below [T497] |
| PT Therapeutic Exercise Performed #3 | | Yes |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 1 x 10 reps |
| PT Therapeutic Exercise #3 Response | | Positive response to treatment |
| PT Therapeutic Exercise #3 Comment | | See Below [T515] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | ~1-2 minutes each way |
| PT Therapeutic Exercise #4 Response | | See Below [T516] |
| PT Therapeutic Exercise #4 Comment | | See Below [T534] |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T645] |

Cardinal Hill Rehabilitation Hospital

Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 1/20/2020
FIN#: 175789 Discharge Date:
DOB/Age/Gender: 51 years Male Attending Phys:

## IView

| | | |
|---|---|---|
| | Recorded Date<br>Recorded Time<br>Recorded By | 1/27/2020<br>14:56 EST<br>Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T3: 1/27/2020 14:56 EST (Teaching Method)
Demonstration, Explanation, Printed materials

T23: 1/27/2020 14:56 EST (PT Treatment Recommendations)
Pt will benefit from shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs

T67: 1/27/2020 14:56 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T87: 1/27/2020 14:56 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T107: 1/27/2020 14:56 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T127: 1/27/2020 14:56 EST (Manual Therapy Activity #2 Comment)
Inferior glenohumeral glides, manual glenohumeral flexion/abduction stretch, scapular retraction, downward rotation, depression, and elevation mobilizations.

T171: 1/27/2020 14:56 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T220: 1/27/2020 14:56 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T254: 1/27/2020 14:56 EST (Activity #1 Type of Modality)
Electrical stimulation, unattended

T263: 1/27/2020 14:56 EST (Modality Activity #1 Comments)
To reduce shoulder pain, performed with ice

T268: 1/27/2020 14:56 EST (Modality Activity #2 Comments)
To reduce shoulder pain, performed with electrical stimulation

T293: 1/27/2020 14:56 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T322: 1/27/2020 14:56 EST (Other PT Short Term Goal #1 Comment)
Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T351: 1/27/2020 14:56 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T403: 1/27/2020 14:56 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T479: 1/27/2020 14:56 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

## IView

Textual Results
T497: 1/27/2020 14:56 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression
T515: 1/27/2020 14:56 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM
T516: 1/27/2020 14:56 EST (PT Therapeutic Exercise #4 Response)
Demonstrates Understanding of Information Presented
T534: 1/27/2020 14:56 EST (PT Therapeutic Exercise #4 Comment)
Pt education regarding performance of shoulder flex/ext, side to side, and circular pendulums for performance as a component of HEP.
T645: 1/27/2020 14:56 EST (Additional Information PT)
Pt complained of shoulder pain of 6/10 at the onset of therapy today however, he was able to tolerate a full therapy session with modalities at the end. Modalities decreased pain from 6/10 to 4/10. Will continue with shoulder ROM and progress as tolerated in order to decrease pain and improve UE function.

Result Comments
R12: Ed-Exercise Program
Cueing for technique and updates to exercise program

| | Recorded Date<br>Recorded Time<br>Recorded By | 1/24/2020<br>10:20 EST<br>Fifield PTA,Patrick |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below [T24] |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T172] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below [T221] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #1 | | See Below [T294] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T323] |
| Other PT Short Term Goal #2 | | See Below [T352] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #3 | | See Below [T404] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise #1 Repetition | | 10 x 5 sec |
| PT Therapeutic Exercise #1 Comment | | Tactile cues for technique |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |

## *IView*

| Procedure | Reference Range | Recorded Date 1/24/2020<br>Recorded Time 10:20 EST<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| PT Therapeutic Exercise #2 Repetition | | 3 min |
| Post Treatment Numeric Pain Rating Scale | | 5 = Moderate pain |
| Additional Information PT | | See Below [T646] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T24: 1/24/2020 10:20 EST (PT Treatment Recommendations)
Pt will benefit from shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs

T172: 1/24/2020 10:20 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T221: 1/24/2020 10:20 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T294: 1/24/2020 10:20 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T323: 1/24/2020 10:20 EST (Other PT Short Term Goal #1 Comment)
Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T352: 1/24/2020 10:20 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T404: 1/24/2020 10:20 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T646: 1/24/2020 10:20 EST (Additional Information PT)
Continiued with manual stretchign to left scapula and shoulder to increase ROM after surgery. Had pain with ER, flexion past 120 deg. and abduction at 90 deg. AROM improved after stretching and added pulleys to further increase mobility. Instructed pt. to increase icing at home to decrease inflammation.

| Procedure | Reference Range | Recorded Date 1/22/2020<br>Recorded Time 10:21 EST<br>Recorded By Arseneau DPT,Julie |
|---|---|---|
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below [T25] |
| Ed-Exercise Program | | See Below [T47] |
| Primary Pain Location | | Shoulder |
| Manual Therapy Activity #1 Type | | See Below [T68] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 1/22/2020<br>10:21 EST<br>Arseneau DPT,Julie |
|---|---|---|
| Procedure | Reference Range | |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T88 |
| Manual Therapy Activity #1 Response | | Positive response to treatment |
| Manual Therapy Activity #1 Comment | | See Below T108 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T173 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below T222 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #1 | | See Below T295 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T324 |
| Other PT Short Term Goal #2 | | See Below T353 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #3 | | See Below T405 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | 10 x 5 sec |
| PT Therapeutic Exercise #1 Comment | | Tactile cues for technique |
| Post Treatment Numeric Pain Rating Scale | | 5 = Moderate pain |
| Additional Information PT | | See Below T647 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Previous Hand Dominance PT | | Right |
| Current Hand Dominance PT | | Right |

Textual Results

T25: 1/22/2020 10:21 EST (PT Treatment Recommendations)
Pt will benefit from shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs

T47: 1/22/2020 10:21 EST (Ed-Exercise Program)
Verbalizes understanding, Needs practice/supervision, Needs further teaching

T68: 1/22/2020 10:21 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T88: 1/22/2020 10:21 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T108: 1/22/2020 10:21 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T173: 1/22/2020 10:21 EST (PT Long Term Goal #1)

## IView

Textual Results

T173: 1/22/2020 10:21 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T222: 1/22/2020 10:21 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T295: 1/22/2020 10:21 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T324: 1/22/2020 10:21 EST (Other PT Short Term Goal #1 Comment)
Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T353: 1/22/2020 10:21 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T405: 1/22/2020 10:21 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T647: 1/22/2020 10:21 EST (Additional Information PT)
James demonstrates the following L shoulder PROM after manual stretch, mobilization, and STM: Seated flexion=110 deg, abd=95 deg. Supine flexion=120 deg, abd=120 deg, ER=42 deg. Performed gentle grade II mobilizations and manual stretch until resistance. Pt instructed to continue with current HEP. Issued seated scap retractions for scap stab/motor control. Pt verbalizing and demonstrating understanding. Will continue to progress pt as tolerated to meet goals.

| | Recorded Date<br>Recorded Time<br>Recorded By | 1/20/2020<br>17:43 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Prior Cognitive-Communication Skills | | Independent (I) O1 |
| Prior Instrumental ADL Level | | Independent (I) O1 |
| Prior ADL/Self Care Status | | Assist/needed help O1 |
| Prior Indoor Mobility Status | | Independent (I) O1 |
| Prior Outdoor Mobility Status | | Independent (I) O1 |
| Prior Stairs Status | | Independent (I) O1 |
| Prior Functional Status Comments | | See Below T31 O1 |
| PT Long Term Goal #1 | | See Below T174 O1 |
| PT Long Term Goal #1 Status | | Initial O1 |
| PT Long Term Goal #2 | | See Below T223 O1 |
| PT Long Term Goal #2 Status | | Initial O1 |
| Other PT Short Term Goal #1 | | See Below T296 O1 |
| Other PT Short Term Goal #1 Status | | Initial O1 |
| Other PT Short Term Goal #1 Comment | | See Below T325 O1 |
| Other PT Short Term Goal #2 | | See Below T354 O1 |
| Other PT Short Term Goal #2 Status | | Initial O1 |
| Other PT Short Term Goal #3 | | See Below T406 O1 |

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 1/20/2020
FIN#: 175789 Discharge Date:
DOB/Age/Gender: 51 years Male Attending Phys:

*IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 1/20/2020<br>17:43 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Other PT Short Term Goal #3 Status | | Initial [O1] |
| Additional Information PT | | See Below [T648 O1] |

Textual Results
T31: 1/20/2020 17:43 EST (Prior Functional Status Comments)
Difficulty with folding clothes and grasping objects due to long history of left shoulder issue.
T174: 1/20/2020 17:43 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.
T223: 1/20/2020 17:43 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.
T296: 1/20/2020 17:43 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's
T325: 1/20/2020 17:43 EST (Other PT Short Term Goal #1 Comment)
Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32
T354: 1/20/2020 17:43 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.
T406: 1/20/2020 17:43 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.
T648: 1/20/2020 17:43 EST (Additional Information PT)
Pt reports to outpatient physical therapy evaluation following a left shoulder capsular release and distal clavicular excision performed on December 20, 2019. He had two tears of his rotator cuff that occured in september of 2018 and a broken arm prior to the rotator cuff tears. Following injury he was in a sling for an extended period of time. He then developed frozen shoulder and thus, had the capsular release and distal clavicular excision. Evaluation revealed significantly impaired shoulder range of motion specifically of the glenohumeral joint (see UE ROM and Joint Mobility Section). Furthermore, weakness was evident via ROM assessment and manual muscle testing was not performed due to pain and will be assessed when tolerable and appropriate. Posture assessment revealed a forward head and shoulder depression on the left side. During shoulder ROM, the pt gets very little mobility from his glenohumeral joint and compensates throught excessive motion of his scapula during shoulder flexion and abduction. His goals for therapy are to decrease pain, improve shoulder mobility, and potentially return to work as he reports being out of work for the past 18 months. He will benefit from therapy in order to decrease glenhumeral tightness, increase strength, decrease pain, and improve his ability to perform ADLs. Given his impairments and absence of any commorbidities he is of low complexity.

| | Recorded Date<br>Recorded Time<br>Recorded By | 1/20/2020<br>14:58 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Teaching Method | | See Below [T4] |
| Living Situation | | Home independently |
| PT Treatment Recommendations | | See Below [T26] |

## *IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 1/20/2020<br>14:58 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Left Shoulder Abduction AROM | | 91 |
| Left Shoulder Abduction PROM | | 95 |
| Left Shoulder Abduction ROM Comment | | See Below T28 |
| Left Shoulder Ext Rotation ROM Comment | | measured in sitting |
| Left Shoulder External Rotation AROM | | 32 |
| Left Shoulder Flexion AROM | | 110 |
| Left Shoulder Flexion ROM Comment | | measured in sitting |
| Affect/Behavior | | Appropriate, Calm, Cooperative |
| Prior Cognitive-Communication Skills | | Independent (I) |
| Prior Instrumental ADL Level | | Independent (I) |
| Prior ADL/Self Care Status | | Assist/needed help |
| Prior Indoor Mobility Status | | Independent (I) |
| Prior Outdoor Mobility Status | | Independent (I) |
| Prior Stairs Status | | Independent (I) |
| Prior Functional Status Comments | | See Below T32 |
| Lives In | | Multilevel home |
| Ed-Exercise Program | | See Below T48 R13 |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T175 |
| PT Long Term Goal #1 Status | | Initial |
| PT Long Term Goal #2 | | See Below T224 |
| PT Long Term Goal #2 Status | | Initial |
| Other PT Short Term Goal #1 | | See Below T297 |
| Other PT Short Term Goal #1 Status | | Initial |
| Other PT Short Term Goal #1 Comment | | See Below T326 |
| Other PT Short Term Goal #2 | | See Below T355 |
| Other PT Short Term Goal #2 Status | | Initial |
| Other PT Short Term Goal #3 | | See Below T407 |
| Other PT Short Term Goal #3 Status | | Initial |
| Post Treatment Numeric Pain Rating Scale | | 5 = Moderate pain |
| Additional Information PT | | See Below T649 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Document UE Range in Degrees | | Yes |
| Left Upper Extremity Active Range | | Impaired |
| Lt Upper Extremity Strength | | See Below T650 |
| Right Upper Extremity Active Range | | Within functional limits |
| Previous Hand Dominance PT | | Right |

*IView*

| | Recorded Date<br>Recorded Time<br>Recorded By | 1/20/2020<br>14:58 EST<br>Parnell PT Student,Ryan |
|---|---|---|
| Procedure | Reference Range | |
| Current Hand Dominance PT | | Right |

Textual Results

T4: 1/20/2020 14:58 EST (Teaching Method)
Demonstration, Explanation, Printed materials

T26: 1/20/2020 14:58 EST (PT Treatment Recommendations)
Pt will benefit from shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs

T28: 1/20/2020 14:58 EST (Left Shoulder Abduction ROM Comment)
measured in sitting, passive measured in supine

T32: 1/20/2020 14:58 EST (Prior Functional Status Comments)
Difficulty with folding clothes and grasping objects due to long history of left shoulder issue.

T48: 1/20/2020 14:58 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T175: 1/20/2020 14:58 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T224: 1/20/2020 14:58 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T297: 1/20/2020 14:58 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T326: 1/20/2020 14:58 EST (Other PT Short Term Goal #1 Comment)
Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32

T355: 1/20/2020 14:58 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T407: 1/20/2020 14:58 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T649: 1/20/2020 14:58 EST (Additional Information PT)
Pt reports to outpatient physical therapy evaluation following a left shoulder capsular release and distal clavicular excision performed on December 20, 2019. He had two tears of his rotator cuff that occured in september of 2018 and a broken arm prior to the rotator cuff tears. Following injury he was in a sling for an extended period of time. He then developed frozen shoulder and thus, had the capsular release and distal clavicular excision. Evaluation revealed significantly impaired shoulder range of motion specifically of the glenohumeral joint (see UE ROM and Joint Mobility Section). Furthermore, weakness was evident via ROM assessment and manual muscle testing was not performed due to pain and will be assessed when tolerable and appropriate. Posture assessment revealed a forward head and shoulder depression on the left side. During shoulder ROM, the pt gets very little mobility from his glenohumeral joint and compensates throught excessive motion of his scapula during shoulder flexion and abduction. His goals for therapy are to decrease pain, improve shoulder mobility, and potentially return to work as he reports being out of work for the past 18 months. He will benefit from therapy in order to decrease glenhumeral tightness, increase strength, decrease pain, and improve his ability to perform ADLs. Given his impairments and absence of any commorbidities he is of low complexity.

T650: 1/20/2020 14:58 EST (Lt Upper Extremity Strength)

## *IView*

Textual Results
T650: 1/20/2020 14:58 EST (Lt Upper Extremity Strength)
Other: Weakness evident via range of motion assessment. Manual muscle testing was not performed due to pain. Will perform when appropriate and tolerable.

Result Comments
R13: Ed-Exercise Program
Instruction for intitial components of HEP

Order Comments
O1: Cert Letter PT Create - Send
This order was added by Discern Expert

## *DOC - Therapy*

| | |
|---|---|
| DOCUMENT NAME: | PT Certification Letter-Text |
| SERVICE DATE/TIME: | 3/2/2020 18:27 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (3/2/2020 18:28 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (3/2/2020 18:29 EST); Parnell PT Student,Ryan (3/2/2020 18:28 EST) |

**PT Updated Certification Letter Entered On: 03/02/2020 18:27 EST**
**Performed On: 03/02/2020 18:27 EST by Parnell PT Student, Ryan**

**Physician Certification**
*Number of Visits This Interval :* 18
*PT Certification Interval Start :* 03/02/2020 EST
*POC Valid Through - PT :* 04/06/2020 EDT
*Physician Signature Required :* Yes

Parnell PT Student, Ryan - 03/02/2020 18:28 EST

*Date of Birth :* EST
*PT Date of Injury or Surgery :* 12/20/2019 EST
*Date of Eval PT :* 01/20/2020 EST
*Dear Physician :* Thank you for your referral. Below is the patient information for the stated interval of treatment. Please review, modify (if necessary), sign, and return. Thank you.
*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint

Parnell PT Student, Ryan - 03/02/2020 18:27 EST

**Problem List**

(As Of: 03/02/2020 18:30:20 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 5 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week

Parnell PT Student, Ryan - 03/02/2020 18:28 EST

*OP PT Anticipated Treatment, Needs :* Dry Needling 20560, Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283

Hensley PT, Jennifer - 03/02/2020 18:29 EST

*PT Certification Letter Complete :* Yes

Parnell PT Student, Ryan - 03/02/2020 18:28 EST

## DOC - Therapy

**Outpatient Review**
*Rehab Potential Physical Therapy :* Good
Parnell PT Student, Ryan - 03/02/2020 18:28 EST

Prior Functional Level Grid
*ADL/Self Care :* Assist/needed help
*Indoor Mobility :* Independent (I)
*Outdoor Mobility :* Independent (I)
*Stairs :* Independent (I)
*Instrumental ADL :* Independent (I)
*Prior Cognitive-Communication Skills :* Independent (I)
Parnell PT Student, Ryan - 03/02/2020 18:28 EST
*Prior Functional Status Comments :* Difficulty with folding clothes and grasping objects due to long history of left shoulder issue.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
Parnell PT Student, Ryan - 03/02/2020 18:28 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Parnell PT Student, Ryan - 03/02/2020 18:28 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 03/02/2020 18:28 EST | Parnell PT Student, Ryan - 03/02/2020 18:28 EST |

## *DOC - Therapy*

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 03/02/2020 18:28 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated. | 3/2: QuickDASH = 52 |
| | Parnell PT Student, Ryan - 03/02/2020 18:28 EST | Parnell PT Student, Ryan - 03/02/2020 18:28 EST | Parnell PT Student, Ryan - 03/02/2020 18:28 EST | Parnell PT Student, Ryan - 03/02/2020 18:28 EST |

**Positioning Goals and Plan**

*Patient Stated Goals :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 03/02/2020 18:28 EST

**Recommendations/Summary of Progress**

*Necessity of the Services Provided :* -

*Functional Progression w/ Objective Improvements :* -

*Justification of Need :* -

*Additional Information :* Pt's left shoulder ROM is still progressing (see updated UE ROM section) however, ROM deficits still present especially in shoulder flexion. Strength was now able to be assessed due to pt now being able to achieve

testing positions with weakness evident in left shoulder (see UE strength section). Pt continues to be limited by pain and states that in the past week pain in left shoulder has been 8/10 at its worst and 2/10 at its best. Updated QuickDASH score is 52 indicating the presence of continued significant functional limitation due to pain. Pt will continue to benefit from therapy for further left shoulder flexibility, strengthening as tolerated, and further pain reduction for improved daily function with UE tasks. Continue with current plan and progress as tolerated.

Parnell PT Student, Ryan - 03/02/2020 18:28 EST

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | PT Certification Letter-Text |
| SERVICE DATE/TIME: | 2/3/2020 17:02 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (2/3/2020 17:02 EST) |
| SIGN INFORMATION: | Taylor M.D.,Robert Francis (2/3/2020 17:51 EST); Hensley PT,Jennifer (2/3/2020 17:35 EST); Parnell PT Student,Ryan (2/3/2020 17:02 EST) |

**PT Updated Certification Letter Entered On: 02/03/2020 17:06 EST**
**Performed On: 02/03/2020 17:02 EST by Parnell PT Student, Ryan**

**Physician Certification**
*Date of Birth :* EST
*PT Date of Injury or Surgery :* 12/20/2019 EST
*Date of Eval PT :* 01/20/2020 EST
*Number of Visits This Interval :* 7
*Dear Physician :* Thank you for your referral. Below is the patient information for the stated interval of treatment. Please review, modify (if necessary), sign, and return. Thank you.
*PT Certification Interval Start :* 02/03/2020 EST
*POC Valid Through - PT :* 03/09/2020 EDT
*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint
*Staff Physician Signature :* The physician's electronic signature noted above indicates approval of the documented Plan of Care for the stated interval.
*Physician Signature Required :* Yes

Parnell PT Student, Ryan - 02/03/2020 17:02 EST

**Problem List**

(As Of: 02/03/2020 17:06:50 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*PT Certification Letter Complete :* Yes

Parnell PT Student, Ryan - 02/03/2020 17:02 EST

## DOC - Therapy

**Outpatient Review**
*Rehab Potential Physical Therapy :* Good
Parnell PT Student, Ryan - 02/03/2020 17:02 EST

Prior Functional Level Grid
*ADL/Self Care :* Assist/needed help
*Indoor Mobility :* Independent (I)
*Outdoor Mobility :* Independent (I)
*Stairs :* Independent (I)
*Instrumental ADL :* Independent (I)
*Prior Cognitive-Communication Skills :* Independent (I)
Parnell PT Student, Ryan - 02/03/2020 17:02 EST
*Prior Functional Status Comments :* Difficulty with folding clothes and grasping objects due to long history of left shoulder issue.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
Parnell PT Student, Ryan - 02/03/2020 17:02 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Parnell PT Student, Ryan - 02/03/2020 17:02 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 02/03/2020 17:02 EST | Parnell PT Student, Ryan - 02/03/2020 17:02 EST |

*IP PT LTG Documentation :* Yes

## DOC - Therapy

Parnell PT Student, Ryan - 02/03/2020 17:02 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Initial |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | | |
| | Parnell PT Student, Ryan - 02/03/2020 17:02 EST | Parnell PT Student, Ryan - 02/03/2020 17:02 EST | Parnell PT Student, Ryan - 02/03/2020 17:02 EST | Parnell PT Student, Ryan - 02/03/2020 17:02 EST |

**Positioning Goals and Plan**

*Patient Stated Goals :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 02/03/2020 17:02 EST

**Recommendations/Summary of Progress**

*Necessity of the Services Provided :* -

*Functional Progression w/ Objective Improvements :* -

*Justification of Need :* -

*Additional Information :* Pt re-assessed and is making progress with shoulder ROM and has met one of his short-term goals. He still complains of left shoulder pain of 7/10 at its worst. Will continue to benefit from shoulder ROM and progression to strengthening as tolerated/appropriate to reduce difficulty with ADLs.

Parnell PT Student, Ryan - 02/03/2020 17:02 EST

*DOC - Therapy*

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | PT Certification Letter-Text |
| SERVICE DATE/TIME: | 1/20/2020 17:43 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (1/20/2020 17:43 EST) |
| SIGN INFORMATION: | Taylor MD,PhD,Robert Francis (1/23/2020 08:36 EST); Hensley PT,Jennifer (1/20/2020 17:50 EST); Parnell PT Student,Ryan (1/20/2020 17:43 EST) |

**PT Initial Certification Letter Entered On: 01/20/2020 17:44 EST**
**Performed On: 01/20/2020 17:43 EST by Parnell PT Student, Ryan**

**Physician Certification**
*Physician Signature Required :* Yes
Hensley PT, Jennifer - 01/20/2020 17:50 EST
*Date of Birth :* EST
*PT Date of Injury or Surgery :* 12/20/2019 EST
*Date of Eval PT :* 01/20/2020 EST
*Number of Visits This Interval :* 1
*Dear Physician :* Thank you for your referral. Below is the patient information for the stated interval of treatment. Please review, modify (if necessary), sign, and return. Thank you.
*PT Certification Interval Start :* 01/20/2020 EST
*POC Valid Through - PT :* 03/23/2020 EDT
*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint
Parnell PT Student, Ryan - 01/20/2020 17:43 EST

**Problem List**
(As Of: 01/20/2020 17:51:13 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*PT Certification Letter Complete :* Yes
Parnell PT Student, Ryan - 01/20/2020 17:43 EST

**Outpatient Review**

## *DOC - Therapy*

*Rehab Potential Physical Therapy :* Good

Parnell PT Student, Ryan - 01/20/2020 17:43 EST

Prior Functional Level Grid
*ADL/Self Care :* Assist/needed help
*Indoor Mobility :* Independent (I)
*Outdoor Mobility :* Independent (I)
*Stairs :* Independent (I)
*Instrumental ADL :* Independent (I)
*Prior Cognitive-Communication Skills :* Independent (I)

Parnell PT Student, Ryan - 01/20/2020 17:43 EST

*Prior Functional Status Comments :* Difficulty with folding clothes and grasping objects due to long history of left shoulder issue.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

Parnell PT Student, Ryan - 01/20/2020 17:43 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 01/20/2020 17:43 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Initial | Initial |
| | Parnell PT Student, Ryan - 01/20/2020 17:43 EST | Parnell PT Student, Ryan - 01/20/2020 17:43 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 01/20/2020 17:43 EST

**Short Term Goals**
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt will increase active shoulder | Pt will report a pain of 3/10 at its | Pt will be independent with |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | worst in order to improve quality of life and improve function. | a HEP for carryover of therapy at home. |
| *Status :* | Initial | Initial | Initial |
| *Comments :* | Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32 | | |
| | Parnell PT Student, Ryan - 01/20/2020 17:43 EST | Parnell PT Student, Ryan - 01/20/2020 17:43 EST | Parnell PT Student, Ryan - 01/20/2020 17:43 EST |

**Positioning Goals and Plan**

*Patient Stated Goals :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 01/20/2020 17:43 EST

**Recommendations/Summary of Progress**

*Additional Information :* Pt reports to outpatient physical therapy evaluation following a left shoulder capsular release and distal clavicular excision performed on December 20, 2019. He had two tears of his rotator cuff that occured in september of 2018 and a broken arm prior to the rotator cuff tears. Following injury he was in a sling for an extended period of time. He then developed frozen shoulder and thus, had the capsular release and distal clavicular excision. Evaluation revealed significantly impaired shoulder range of motion specifically of the glenohumeral joint (see UE ROM and Joint Mobility Section). Furthermore, weakness was evident via ROM assessment and manual muscle testing was not performed due to pain and will be assessed when tolerable and appropriate. Posture assessment revealed a forward head and shoulder depression on the left side. During shoulder ROM, the pt gets very little mobility from his glenohumeral joint and compensates throught excessive motion of his scapula during shoulder flexion and abduction. His goals for therapy are to decrease pain, improve shoulder mobility, and potentially return to work as he reports being out of work for the past 18 months. He will benefit from therapy in order to decrease glenhumeral tightness, increase strength, decrease pain, and improve his ability to perform ADLs. Given his impairments and absence of any commorbidities he is of low complexity.

Parnell PT Student, Ryan - 01/20/2020 17:43 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 3/16/2020 12:51 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (3/16/2020 14:02 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (3/16/2020 14:02 EDT)

**OP PT Daily Documentation Entered On: 03/16/2020 14:11 EDT**
**Performed On: 03/16/2020 12:51 EDT by Hensley PT, Jennifer**

**Review/Treatments Provided**
*Total Number of Visits PT :* 22
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 04/06/20
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes
*Modalities :* Yes

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**Subjective Report**
*Subjective Report :* James reports that he feels like he is seeing some progress, but that he feels like his muscles are just knotted up. Pt was asked COVID-19 screening questions and answered no to all questions.

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**Pain Assessment**
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Acceptable Level of Pain :* 0 = No pain
*Post Treatment Numeric Pain Rating Scale: :* 4
*Pain Interventions Implemented :* Yes

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**PT Pain Interventions**
PT Pain Intervention Grid

| | PT Pain Intervention #1 | PT Pain Intervention #2 | PT Pain Intervention #3 |
|---|---|---|---|

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Activity :* | Cold pack, Electrical stimulation | Rest breaks | Other: manual therapy |
| *Activity Performed :* | Yes | No | Yes |
| *Response :* | Pain decreased | | Positive response to treatment |
| *Comments :* | Ice and electrical stimulation following treatment session for pain relief. | | see manual therapy section |
| | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT |

*OT Pain Intervention Grid Updated :* Yes

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 1/20/2020
FIN#: 175789 Discharge Date:
DOB/Age/Gender: 51 years Male Attending Phys:

## *DOC - Therapy*

| | | |
|---|---|---|
| | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT |

*IP PT LTG Documentation :* Yes

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated. | 3/2: QuickDASH = 52 |
| | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 | Activity 4 |
|---|---|---|---|---|

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch | Myofascial/Soft tissue mobilization |
| *Activity Performed :* | Yes | No | Yes | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion | Decrease spasm |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch | Trigger point release |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior and posterior glenohumeral glides, supine manual shoulder abduction stretch. Seated shoulder flexion manual stretch with contract/relax. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. | STM to left upper trapezius, pecs, biceps, and SCM |
| | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT |

*PT Manual Therapy Grid Updated :* Yes

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**Modalities**

Modalities Grid

| | Activity 1 |
|---|---|
| *Modality :* | Electrical stimulation, unattended |
| *Activity Performed :* | Yes |
| *Body Region :* | Left Shoulder |
| *Settings :* | IFC Current |
| *Minutes :* | 15 minute |

## DOC - Therapy

| | |
|---|---|
| *Comments :* | To reduce shoulder pain, performed with ice |
| | Hensley PT, Jennifer - 03/16/2020 14:02 EDT |

*PT Modalities Grid Updated :* Yes

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**Education**

Physical Therapy Education Grid

*Physical Therapy Plan of Care :* Verbalizes understanding

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

*Teaching Method :* Explanation

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**Assessment**

*PT Treatment Recommendations :* Continue with shoulder flexibility and progress strengthening exercises as tolerated. Still limited by pain.

*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

*Rehabilitation Potential :* Good

Hensley PT, Jennifer - 03/16/2020 14:02 EDT
(As Of: 03/16/2020 14:11:11 EDT)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 5 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**Recommendations/Summary of Progress**

*Additional Information :* Today's treatment session was focused on soft tissue mobilization, stretching, and trigger point release. He had multiple trigger points noted in L UT, pec, biceps, and SCM. He demos improved AAROM, though with increased pain. Continue to progress ROM, flexibility, and pain relief as tolerated. Pain returned to initial pain rating with IFC and ice.

## *DOC - Therapy*

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**OP PT Time Spent With Patient**
*OP PT Elec.Stim (Unattended) Chronic Wound :* 1
*OP PT Elec.Stim Unatt Chronic Wound Min :* 15
*OP PT Manual Therapy Units :* 3
*OP PT Manual Therapy Minutes :* 40
*OP PT Total Treatment Timed Minutes :* 40 minute
*OP PT Total Units (Timed) :* 3 units
*OP PT Total Treatment Untimed Minutes :* 15 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 55
*OP PT Total (All Units) :* 4
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

## *DOC - Therapy*

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 3/11/2020 12:50 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (3/11/2020 13:59 EDT) |
| SIGN INFORMATION: | Hensley PT,Jennifer (3/11/2020 14:17 EDT); Parnell PT Student,Ryan (3/11/2020 13:59 EDT) |

**OP PT Daily Documentation Entered On: 03/11/2020 12:57 EDT**
**Performed On: 03/11/2020 12:50 EDT by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*PT Medication/Medical History Changes :* Pt no longer taking Hydrocodone, pt taking Lyrica, see updated medication list.
Hensley PT, Jennifer - 03/11/2020 14:17 EDT
*Manual Therapy/*
*Massage :* Yes
*Modalities :* Yes
Parnell PT Student, Ryan - 03/11/2020 13:43 EDT
*Total Number of Visits PT :* 21
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 03/11/2020 12:50 EDT
*Therapy Certification Date :* POC Valid Through - PT: 04/06/20
Hensley PT, Jennifer - 03/11/2020 14:17 EDT
*Documented Pain (new) :* Yes, able to self report pain
Parnell PT Student, Ryan - 03/11/2020 12:50 EDT
*PT Changes in Medication or Medical History :* Yes- Updated Paper Form
Parnell PT Student, Ryan - 03/11/2020 13:59 EDT
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
Parnell PT Student, Ryan - 03/11/2020 12:50 EDT

**Subjective Report**
*Subjective Report :* Pt reportsleft shoulder pain of 6/10 intensity at beginning of therapy. He reports that it has been a little more painful over the past day. Despite reporting pain today, he states that he tolerated the newly added standing rows to HEP from last visit without issues. Pt reports that he is no longer taking pain medication (hydrocodone) since last Thursday.
Parnell PT Student, Ryan - 03/11/2020 12:58 EDT

## *DOC - Therapy*

**Pain Assessment**
*Acceptable Level of Pain :* 2
*Post Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
*Pain Interventions Implemented :* Yes

Parnell PT Student, Ryan - 03/11/2020 13:59 EDT

*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 6

Parnell PT Student, Ryan - 03/11/2020 12:50 EDT

**PT Pain Interventions**
PT Pain Intervention Grid

| | PT Pain Intervention #1 | PT Pain Intervention #2 |
|---|---|---|
| *Activity :* | Cold pack, Electrical stimulation | Rest breaks |
| *Activity Performed :* | Yes | No |
| *Response :* | Pain decreased | |
| *Comments :* | Ice and electrical stimulation following treatment session for pain relief. | |
| | Parnell PT Student, Ryan - 03/11/2020 13:59 EDT | Parnell PT Student, Ryan - 03/11/2020 13:59 EDT |

*OT Pain Intervention Grid Updated :* Yes

Parnell PT Student, Ryan - 03/11/2020 13:59 EDT

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Hensley PT, Jennifer - 03/11/2020 14:17 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |

## DOC - Therapy

| | | |
|---|---|---|
| | order to be able to complete ADLs without difficulty. | |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Hensley PT, Jennifer - 03/11/2020 14:17 EDT | Hensley PT, Jennifer - 03/11/2020 14:17 EDT |

*IP PT LTG Documentation :* Yes

Hensley PT, Jennifer - 03/11/2020 14:17 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression | 3/2: QuickDASH = 52 |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | | | needed as tolerated. | |
| | Hensley PT, Jennifer - 03/11/2020 14:17 EDT | Hensley PT, Jennifer - 03/11/2020 14:17 EDT | Hensley PT, Jennifer - 03/11/2020 14:17 EDT | Hensley PT, Jennifer - 03/11/2020 14:17 EDT |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 03/11/2020 13:43 EDT
Parnell PT Student, Ryan - 03/11/2020 13:43 EDT

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | No | Yes | No | No |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 3 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Resist or Assist :* | | | | |
| *Response :* | | Positive response to treatment | | |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: ROM and strength Assessment | Other: 4 way isometrics | Other: Cervical Mechanical Derangment Assessment | Other: Corner stretch |
| *Exercise Performed :* | No | No | No | Yes |
| *Position :* | | | | |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Repetition/Time :* | | 2 x 10 reps each with 5 sec hold | | 3 x 30 sec |
| *Resist or Assist :* | | | | |
| *Response :* | | | | Positive response to treatment |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and to begin strengthening left shoulder. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | To decrease shoulder stiffnes and pain and improve ROM |
| | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT |

| | Exercise 9 | Exercise 10 |
|---|---|---|
| *Exercise :* | Other: Prone AROM Row | Other: Standing Row and Shoulder Ext Elbows Straight |
| *Exercise Performed :* | No | Yes |
| *Position :* | Prone | Unsupported stand |
| *Repetition/Time :* | 2 x10 reps on Left UE | 2 x 10 reps |
| *Resist or Assist :* | AROM | Orange Theraband |
| *Response :* | | Increased activation of targeted muscle groups |
| *Comment :* | Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position. | Performed to improve UE strength and scapular stability for improved shoulder mechanics and pain reduction. |

## *DOC - Therapy*

| | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT | Parnell PT Student, Ryan - 03/11/2020 13:08 EDT |
|---|---|---|

**Manual Therapy**
Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 | Activity 4 |
|---|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch | Myofascial/Soft tissue mobilization |
| *Activity Performed :* | No | Yes | No | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion | Decrease spasm |
| *Response :* | | Positive response to treatment | | Positive response to treatment |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch | Trigger point release |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior and posterior glenohumeral glides, supine manual shoulder abduction stretch. Seated shoulder flexion manual stretch with contract/relax. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. | STM to left upper trapezius. |
| | Parnell PT Student, Ryan - 03/11/2020 13:43 EDT | Parnell PT Student, Ryan - 03/11/2020 13:43 EDT | Parnell PT Student, Ryan - 03/11/2020 13:43 EDT | Parnell PT Student, Ryan - 03/11/2020 13:43 EDT |

*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 03/11/2020 13:43 EDT

**Modalities**
Modalities Grid

## DOC - Therapy

| | Activity 1 |
|---|---|
| *Modality :* | Electrical stimulation, unattended |
| *Activity Performed :* | Yes |
| *Body Region :* | Left Shoulder |
| *Settings :* | IFC Current |
| *Minutes :* | 15 minute |
| *Response :* | Pain decreased, Positive response to treatment |
| *Comments :* | To reduce shoulder pain, performed with ice |
| | Parnell PT Student, Ryan - 03/11/2020 13:59 EDT |

*PT Modalities Grid Updated :* Yes

Parnell PT Student, Ryan - 03/11/2020 13:43 EDT

**Education**

*Teaching Method :* Demonstration, Explanation, Printed materials

Parnell PT Student, Ryan - 03/11/2020 13:43 EDT
Parnell PT Student, Ryan - 03/11/2020 13:43 EDT

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Added shoulder ext w/ elbows straight, cueing for form [Parnell PT Student, Ryan - 03/11/2020 14:17 EDT] )

Parnell PT Student, Ryan - 03/11/2020 13:08 EDT

**Assessment**

*PT Treatment Recommendations :* Continue with shoulder flexibility and progress strengthening exercises as tolerated. Still limited by pain.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 03/11/2020 13:43 EDT
(As Of: 03/11/2020 13:50:50 EDT)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

## DOC - Therapy

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 5 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes
Parnell PT Student, Ryan - 03/11/2020 13:43 EDT

**Recommendations/Summary of Progress**
*Additional Information :* Pt still reports moderate level of left shoulder pain. shoulder ROM is improving with pt still being most limited in shoulder flexion. Pt able to tolerated the addition of another shoulder strengthening exercise. Continue with current plan and progress as tolerated.
Parnell PT Student, Ryan - 03/11/2020 13:59 EDT

**OP PT Time Spent With Patient**
*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student
Hensley PT, Jennifer - 03/11/2020 14:17 EDT

*OP PT Elec.Stim (Unattended) Chronic Wound :* 1
*OP PT Elec.Stim Unatt Chronic Wound Min :* 15
*OP PT Total Treatment Untimed Minutes :* 15 minute
*OP PT Total Units (Untimed) :* 1 units
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No
Parnell PT Student, Ryan - 03/11/2020 13:59 EDT

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 25
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 15
*OP PT Total Treatment Timed Minutes :* 40 minute
*OP PT Total Units (Timed) :* 3 units
Parnell PT Student, Ryan - 03/11/2020 13:43 EDT

*PT Total Treatment Minutes :* 55
*OP PT Total (All Units) :* 4
Parnell PT Student, Ryan - 03/11/2020 13:59 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 3/9/2020 12:51 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Parnell PT Student,Ryan (3/9/2020 13:59 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (3/9/2020 14:25 EDT); Parnell PT Student,Ryan (3/9/2020 13:59 EDT)

**OP PT Daily Documentation Entered On: 03/09/2020 12:57 EDT**
**Performed On: 03/09/2020 12:51 EDT by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Modalities :* Yes
Parnell PT Student, Ryan - 03/09/2020 13:59 EDT
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Manual Therapy/*
*Massage :* Yes
Parnell PT Student, Ryan - 03/09/2020 13:37 EDT
*Total Number of Visits PT :* 20
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 03/09/2020 12:51 EDT
*Therapy Certification Date :* POC Valid Through - PT: 04/06/20
Hensley PT, Jennifer - 03/09/2020 14:25 EDT
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
Parnell PT Student, Ryan - 03/09/2020 12:51 EDT

**Subjective Report**
*Subjective Report :* Pt reports pain in left shoulder of 4/10 intensity at beginning of therapy. Pt saw his surgeon last Wednesday and stated that doctor said that it is unlikely that pt will return to work by July. Doctor said progress with pt's shoulder is expected to be slow given pt's history of injury. Doctor said to continue with shoulder ROM and scapular stabilization.
Parnell PT Student, Ryan - 03/09/2020 12:59 EDT

**Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4
Parnell PT Student, Ryan - 03/09/2020 13:59 EDT

## *DOC - Therapy*

*Acceptable Level of Pain :* 2
*Pain Interventions Implemented :* Yes

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 4

Parnell PT Student, Ryan - 03/09/2020 12:51 EDT

**PT Pain Interventions**
*OT Pain Intervention Grid Updated :* Yes

Parnell PT Student, Ryan - 03/09/2020 13:59 EDT

PT Pain Intervention Grid

| | PT Pain Intervention #1 | PT Pain Intervention #2 |
|---|---|---|
| *Activity :* | Cold pack, Electrical stimulation | Rest breaks |
| *Activity Performed :* | Yes | |
| *Response :* | Positive response to treatment | |
| *Comments :* | Ice and electrical stimulation following treatment session for pain relief. | |
| | Parnell PT Student, Ryan - 03/09/2020 13:59 EDT | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT |

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |

## DOC - Therapy

| | | |
|---|---|---|
| | complete ADLs without difficulty. | |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression | 3/2: QuickDASH = 52 |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| | | | needed as tolerated. | |
| | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

Therapeutic Exercise Grid

| | Exercise 10 | Exercise 1 | Exercise 2 | Exercise 3 |
|---|---|---|---|---|
| *Exercise :* | Other: Standing Row | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression |
| *Exercise Performed :* | Yes | No | Yes | No |
| *Position :* | Unsupported stand | | | Unsupported stand |
| *Repetition/Time :* | 2 x 10 reps | 2 x 10 reps with 3 sec hold each | 1 min x 3 sets each direction | 2 x 10 reps |
| *Resist or Assist :* | Orange Theraband | | | |
| *Response :* | Positive response to treatment | | Positive response to treatment | |
| *Comment :* | Performed to improve UE strength and scapular stability for improved shoulder mechanics and pain reduction. | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM |
| | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT | Parnell PT Student, Ryan - 03/09/2020 12:51 EDT | Parnell PT Student, Ryan - 03/09/2020 12:51 EDT | Parnell PT Student, Ryan - 03/09/2020 12:51 EDT |

| | Exercise 4 | Exercise 5 | Exercise 6 | Exercise 7 |
|---|---|---|---|---|
| *Exercise :* | Other: Shoulder Pendulums | Other: ROM and strength Assessment | Other: 4 way isometrics | Other: Cervical Mechanical Derangment Assessment |
| *Exercise Performed :* | No | No | No | No |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Position :* | Supported stand | | | |
| *Repetition/Time :* | 1 minute each direction | | 2 x 10 reps each with 5 sec hold | |
| *Resist or Assist :* | | | | |
| *Response :* | | | | |
| *Comment :* | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and to begin strengthening left shoulder. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. |
| | Parnell PT Student, Ryan - 03/09/2020 12:51 EDT | Parnell PT Student, Ryan - 03/09/2020 13:04 EDT | Parnell PT Student, Ryan - 03/09/2020 13:04 EDT | Parnell PT Student, Ryan - 03/09/2020 12:51 EDT |

| | Exercise 8 | Exercise 9 |
|---|---|---|
| *Exercise :* | Other: Corner stretch | Other: Prone AROM Row |
| *Exercise Performed :* | No | No |
| *Position :* | | Prone |
| *Repetition/Time :* | 3 x 30 sec | 2 x10 reps on Left UE |
| *Resist or Assist :* | | AROM |
| *Response :* | | |
| *Comment :* | To decrease shoulder stiffnes and pain and improve ROM | Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position. |
| | Parnell PT Student, Ryan - 03/09/2020 13:04 EDT | Parnell PT Student, Ryan - 03/09/2020 13:04 EDT |

**Manual Therapy**
Manual Therapy/Massage Grid

## DOC - Therapy

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | No | Yes | No |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | Positive response to treatment | |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior glenohumeral glides, supine manual shoulder abduction stretch and sidelying shoulder flexion stretch. Seated shoulder flexion manual stretch with contract/relax. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |
| | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT |

*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

**Modalities**

Modalities Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Modality :* | Electrical stimulation, unattended | ~~Cold packs [IN ERROR] - { [Cold packs] - previously charted~~ |

*DOC - Therapy*

| | | |
|---|---|---|
| | | ~~by Parnell PT Student, Ryan at 03/09/2020 13:59 EDT (Not Validated) };~~ |
| *Activity Performed :* | Yes | ~~No [IN ERROR]~~ { ~~[No] - previously charted by Parnell PT Student, Ryan at 03/09/2020 13:59 EDT (Not Validated) };~~ |
| *Body Region :* | Left Shoulder | ~~[IN ERROR]~~ { ~~[Left Shoulder] - previously charted by Parnell PT Student, Ryan at 03/09/2020 13:59 EDT (Not Validated) };~~ |
| *Settings :* | IFC Current | |
| *Minutes :* | 15 minute | 15 minute |
| *Response :* | Positive response to treatment | |
| *Comments :* | To reduce shoulder pain, performed with ice | ~~[IN ERROR]~~ { ~~[To reduce shoulder pain, performed with electrical stimulation] - previously charted by Parnell PT Student, Ryan at 03/09/2020 13:59 EDT (Not Validated) };~~ |
| | Parnell PT Student, Ryan - 03/09/2020 13:59 EDT | Hensley PT, Jennifer - 03/09/2020 14:25 EDT |

*PT Modalities Grid Updated :* Yes

Parnell PT Student, Ryan - 03/09/2020 13:59 EDT

**Education**

Physical Therapy Education Grid

## DOC - Therapy

*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Added rows, continue to progress strengthening exercises [Parnell PT Student, Ryan - 03/09/2020 14:25 EDT] )

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

*Teaching Method :* Demonstration, Explanation, Printed materials

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

**Assessment**

*PT Treatment Recommendations :* Continue with shoulder flexibility and progress strengthening exercises as tolerated. Still somewhat limited by pain.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT
(As Of: 03/09/2020 14:28:21 EDT)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 5 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

**Recommendations/Summary of Progress**

*Additional Information :* Pt able to tolerate treatment session with addition of rows to begin progression of scapular/shoulder strengthening and stability exercises as tolerated. Pt still limited by pain and is most stiff in shoulder flexion. Pt recently saw doctor and doctor said to continue to work on shoulder ROM and progress to scapular stability/strengthening as tolerated. Continue with current plan and progress as tolerated.

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

**OP PT Time Spent With Patient**

*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 03/09/2020 14:25 EDT

*OP PT Unattended E-Stim Units :* 1
*OP PT Unattended E-Stim Minutes :* 15
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 16
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 23
*OP PT Total Treatment Timed Minutes :* 39 minute

## *DOC - Therapy*

*OP PT Total Units (Timed) :* 3 units
*OP PT Total Treatment Untimed Minutes :* 15 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 54
*OP PT Total (All Units) :* 4
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 03/09/2020 13:59 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 3/4/2020 09:45 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Parnell PT Student,Ryan (3/4/2020 13:30 EST)
SIGN INFORMATION: Hensley PT,Jennifer (3/4/2020 14:17 EST); Parnell PT Student,Ryan (3/4/2020 13:30 EST)

**OP PT Daily Documentation Entered On: 03/04/2020 09:47 EST**
**Performed On: 03/04/2020 09:45 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Manual Therapy/ Massage :* Yes

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

*Therapeutic Exercise :* Yes

Parnell PT Student, Ryan - 03/04/2020 09:48 EST

*Total Number of Visits PT :* 19
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes

Parnell PT Student, Ryan - 03/04/2020 09:45 EST

*Therapy Certification Date :* POC Valid Through - PT: 04/06/20

Hensley PT, Jennifer - 03/04/2020 14:17 EST

*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right

Parnell PT Student, Ryan - 03/04/2020 09:45 EST

**Subjective Report**
*Subjective Report :* Pt reports pain in left shoulder of 4/10 instensity at beginning of therapy. He also states that he is seeing his doctor today after his physical therapy appointment.

Parnell PT Student, Ryan - 03/04/2020 09:48 EST

**Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 6
*Pain Interventions Implemented :* Yes

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

*Acceptable Level of Pain :* 2

Parnell PT Student, Ryan - 03/04/2020 09:48 EST

## DOC - Therapy

*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 4

Parnell PT Student, Ryan - 03/04/2020 09:45 EST

**PT Pain Interventions**

PT Pain Intervention Grid

| | PT Pain Intervention #1 | PT Pain Intervention #2 |
|---|---|---|
| *Activity :* | Cold pack, Electrical stimulation | Rest breaks |
| *Activity Performed :* | No | Yes |
| *Response :* | | Positive response to treatment |
| *Comments :* | Ice and electrical stimulation following treatment session for pain relief. | |
| | Parnell PT Student, Ryan - 03/04/2020 13:30 EST | Parnell PT Student, Ryan - 03/04/2020 13:30 EST |

*OT Pain Intervention Grid Updated :* Yes

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |

## *DOC - Therapy*

| | | |
|---|---|---|
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 03/04/2020 13:30 EST | Parnell PT Student, Ryan - 03/04/2020 13:30 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated. | 3/2: QuickDASH = 52 |
| | Parnell PT Student, Ryan - | Parnell PT Student, Ryan - | Parnell PT Student, Ryan - | Parnell PT Student, Ryan - |

## *DOC - Therapy*

| | 03/04/2020 13:30 EST | 03/04/2020 13:30 EST | 03/04/2020 13:30 EST | 03/04/2020 13:30 EST |
|---|---|---|---|---|

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | No | Yes | No | No |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 3 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Resist or Assist :* | | | | |
| *Response :* | | Positive response to treatment | | |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Parnell PT Student, Ryan - 03/04/2020 09:48 EST | Parnell PT Student, Ryan - 03/04/2020 09:58 EST | Parnell PT Student, Ryan - 03/04/2020 09:48 EST | Parnell PT Student, Ryan - 03/04/2020 09:48 EST |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: ROM and strength Assessment | Other: 4 way isometrics | Other: Cervical Mechanical Derangment Assessment | Other: Corner stretch |
| *Exercise Performed :* | No | Yes | No | No |
| *Position :* | | | | |
| *Repetition/Time :* | | 2 x 10 reps each with 5 sec hold | | 3 x 30 sec |
| *Resist or Assist :* | | | | |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Response :* | | Positive response to treatment | | |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and to begin strengthening left shoulder. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | To decrease shoulder stiffnes and pain and improve ROM |
| | Parnell PT Student, Ryan - 03/04/2020 09:48 EST | Parnell PT Student, Ryan - 03/04/2020 09:58 EST | Parnell PT Student, Ryan - 03/04/2020 09:48 EST | Parnell PT Student, Ryan - 03/04/2020 13:30 EST |

| | Exercise 9 |
|---|---|
| *Exercise :* | Other: Prone AROM Row |
| *Exercise Performed :* | No |
| *Position :* | Prone |
| *Repetition/Time :* | 2 x10 reps on Left UE |
| *Resist or Assist :* | AROM |
| *Response :* | |
| *Comment :* | Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position. |
| | Parnell PT Student, Ryan - 03/04/2020 13:30 EST |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft | Manual stretch, Mobilization | Manual stretch |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| | tissue mobilization | | |
| *Activity Performed :* | No | Yes | No |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | Positive response to treatment | |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior glenohumeral glides, supine manual shoulder abduction stretch and sidelying shoulder flexion stretch. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |
| | Parnell PT Student, Ryan - 03/04/2020 13:30 EST | Parnell PT Student, Ryan - 03/04/2020 13:30 EST | Parnell PT Student, Ryan - 03/04/2020 13:30 EST |

*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Still requires some cueing for technique, progression to strengthening as tolerated [Parnell PT Student, Ryan - 03/04/2020 14:17 EST] )

Parnell PT Student, Ryan - 03/04/2020 09:58 EST

*Teaching Method :* Demonstration, Explanation

Parnell PT Student, Ryan - 03/04/2020 09:58 EST

**Assessment**

*PT Treatment Recommendations :* Pt continues to be limited by pain. Pt able to tolerate therapy with rest breaks as tolerate. Pt seeing doctor today for follow-up.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

## *DOC - Therapy*

(As Of: 03/04/2020 13:36:41 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 5 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 03/04/2020 09:58 EST

**Recommendations/Summary of Progress**
*Additional Information :* Session limited due to time as pt arrived 15 minutes late. Pt continues to reports left shoulder pain that interferes with his daily level of function. Continues to demonstrate impaired left shoulder ROM. Continuing to work on ROM and strength as tolerated. Continue with current plan and progress as tolerated.

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

**OP PT Time Spent With Patient**
*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 03/04/2020 14:17 EST

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 20
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 10
*OP PT Total Treatment Timed Minutes :* 30 minute
*OP PT Total Units (Timed) :* 2 units
*PT Total Treatment Minutes :* 30
*OP PT Total (All Units) :* 2
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No
*OP PT Cancellation - Other :* 1

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 3/2/2020 12:50 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Parnell PT Student,Ryan (3/2/2020 18:08 EST)
SIGN INFORMATION: Hensley PT,Jennifer (3/2/2020 18:19 EST); Parnell PT Student,Ryan (3/2/2020 18:08 EST)

**OP PT Daily Documentation Entered On: 03/02/2020 12:57 EST**
**Performed On: 03/02/2020 12:50 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Modalities :* Yes
Parnell PT Student, Ryan - 03/02/2020 18:08 EST

*Manual Therapy/ Massage :* Yes
Parnell PT Student, Ryan - 03/02/2020 14:28 EST

*Total Number of Visits PT :* 18
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 03/02/2020 12:50 EST

*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Hensley PT, Jennifer - 03/02/2020 18:19 EST

*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
Parnell PT Student, Ryan - 03/02/2020 12:50 EST

**Subjective Report**
*Subjective Report :* Pt reports left shoulder pain of 4/10 intensity at beginning of therapy. Pt reports reports left shoulder pain has been 8/10 at its worst in the past week and 2/10 at its best. Pt also continue to report being compliant with his HEP at home. States that shoulder flexion is still his most painful motion.
Parnell PT Student, Ryan - 03/02/2020 12:50 EST

**Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
Parnell PT Student, Ryan - 03/02/2020 14:28 EST

*Acceptable Level of Pain :* 2

## DOC - Therapy

*Pain Interventions Implemented :* Yes
Parnell PT Student, Ryan - 03/02/2020 12:58 EST

*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
Parnell PT Student, Ryan - 03/02/2020 12:50 EST

*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
Parnell PT Student, Ryan - 03/02/2020 14:28 EST

**PT Pain Interventions**
*OT Pain Intervention Grid Updated :* Yes
Parnell PT Student, Ryan - 03/02/2020 14:28 EST

PT Pain Intervention Grid

| | PT Pain Intervention #1 |
|---|---|
| *Activity :* | Cold pack, Electrical stimulation |
| *Activity Performed :* | Yes |
| *Response :* | Positive response to treatment |
| *Comments :* | Ice and electrical stimulation following treatment session for pain relief. |
| | Parnell PT Student, Ryan - 03/02/2020 14:28 EST |

**Long Term Goals**
*IP PT LTG Documentation :* Yes
Parnell PT Student, Ryan - 03/02/2020 14:28 EST
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Parnell PT Student, Ryan - 03/02/2020 12:50 EST
Parnell PT Student, Ryan - 03/02/2020 12:50 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and |

## DOC - Therapy

| | | |
|---|---|---|
| | external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 03/02/2020 14:28 EST | Parnell PT Student, Ryan - 03/02/2020 12:50 EST |

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated. | 3/2: QuickDASH = 52 |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | Parnell PT Student, Ryan - 03/02/2020 12:50 EST | Parnell PT Student, Ryan - 03/02/2020 12:50 EST | Parnell PT Student, Ryan - 03/02/2020 12:50 EST | Parnell PT Student, Ryan - 03/02/2020 14:28 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 03/02/2020 14:28 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | No | Yes | No | No |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 3 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Resist or Assist :* | | | | |
| *Response :* | | Positive response to treatment | | |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Parnell PT Student, Ryan - 03/02/2020 12:50 EST | Parnell PT Student, Ryan - 03/02/2020 12:50 EST | Parnell PT Student, Ryan - 03/02/2020 12:50 EST | Parnell PT Student, Ryan - 03/02/2020 12:50 EST |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: ROM and strength Assessment | Other: 4 way isometrics | Other: Cervical Mechanical Derangment Assessment | Other: Corner stretch |
| *Exercise Performed :* | Yes | No | No | No |
| *Position :* | | | | |
| *Repetition/Time :* | | 2 x 10 reps each with 5 sec hold | | 3 x 30 sec |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Resist or Assist :* | | | | |
| *Response :* | No response to treatment | | | |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | To decrease shoulder stiffnes and pain and improve ROM |
| | Parnell PT Student, Ryan - 03/02/2020 14:28 EST | Parnell PT Student, Ryan - 03/02/2020 13:10 EST | Parnell PT Student, Ryan - 03/02/2020 12:50 EST | Parnell PT Student, Ryan - 03/02/2020 13:10 EST |

| | Exercise 9 |
|---|---|
| *Exercise :* | Other: Prone AROM Row |
| *Exercise Performed :* | Yes |
| *Position :* | Prone |
| *Repetition/Time :* | 2 x10 reps on Left UE |
| *Resist or Assist :* | AROM |
| *Response :* | Positive response to treatment |
| *Comment :* | Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position. |
| | Parnell PT Student, Ryan - 03/02/2020 13:10 EST |

**Manual Therapy**
*PT Manual Therapy Grid Updated :* Yes

## DOC - Therapy

Parnell PT Student, Ryan - 03/02/2020 18:08 EST

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | No | Yes | No |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | Positive response to treatment | |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior and posterior glenohumeral glides, supine manual shoulder abduction stretch and sidelying shoulder flexion stretch. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |
| | Parnell PT Student, Ryan - 03/02/2020 18:08 EST | Parnell PT Student, Ryan - 03/02/2020 18:08 EST | Parnell PT Student, Ryan - 03/02/2020 18:08 EST |

**Modalities**

Modalities Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Modality :* | Electrical stimulation, unattended | Cold packs |
| *Activity Performed :* | Yes | No |
| *Body Region :* | Left Shoulder | Left Shoulder |
| *Settings :* | IFC Current | |
| *Minutes :* | 15 minute | 15 minute |

## *DOC - Therapy*

| | | |
|---|---|---|
| *Response :* | Positive response to treatment | |
| *Comments :* | To reduce shoulder pain, performed with ice | To reduce shoulder pain, performed with electrical stimulation |
| | Parnell PT Student, Ryan - 03/02/2020 18:08 EST | Parnell PT Student, Ryan - 03/02/2020 18:08 EST |

*PT Modalities Grid Updated :* Yes

Parnell PT Student, Ryan - 03/02/2020 18:08 EST

**Education**

*Teaching Method :* Demonstration, Explanation

Parnell PT Student, Ryan - 03/02/2020 18:08 EST
Parnell PT Student, Ryan - 03/02/2020 18:08 EST

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Progression of HEP [Parnell PT Student, Ryan - 03/02/2020 18:19 EST] )

Parnell PT Student, Ryan - 03/02/2020 14:28 EST

**UE ROM/Strength**

Left Upper Extremity Strength Grid

*Shoulder Flexion :* 3+
(Comment: Within available ROM [Parnell PT Student, Ryan - 03/02/2020 18:19 EST] )
*Shoulder Abduction :* 3+
(Comment: Within available ROM [Parnell PT Student, Ryan - 03/02/2020 18:19 EST] )

Parnell PT Student, Ryan - 03/02/2020 13:12 EST

Right Upper Extremity Strength Grid

*Shoulder Flexion :* 5
*Shoulder Abduction :* 5

Parnell PT Student, Ryan - 03/02/2020 13:12 EST

Upper Extremity Overall ROM Grid

*Right Upper Extremity Active Range :* Within functional limits

Parnell PT Student, Ryan - 03/02/2020 13:12 EST

*Left Upper Extremity Active Range :* Impaired

Parnell PT Student, Ryan - 03/02/2020 12:58 EST

*Document UE Range in Degrees :* Yes

Parnell PT Student, Ryan - 03/02/2020 12:58 EST

**UE ROM Degrees**

Left Upper Extremity Detailed ROM Grid

| | Left Shoulder Flexion Range | Left Shoulder Abduction Range | Left Shoulder External Rotation Range |
|---|---|---|---|
| *Active :* | 119 degrees | 122 degrees | 50 degrees |

## DOC - Therapy

| | Parnell PT Student, Ryan - 03/02/2020 12:58 EST | Parnell PT Student, Ryan - 03/02/2020 12:58 EST | Parnell PT Student, Ryan - 03/02/2020 12:58 EST |
|---|---|---|---|

**Quick DASH**
*Open a tight or new jar :* Moderate Difficulty
*Do heavy household chores :* Moderate Difficulty
*Carry a shopping bag or briefcase :* Severe difficulty
*Wash your back :* Severe difficulty
*Use a knife to cut food :* Moderate Difficulty
*Rec activities where you take arm force/impact :* Severe difficulty
*During past week arm interfered :* Mild difficulty
*During past week limited in regular :* Moderate Difficulty
*Please rate severity of arm, shoulder :* Moderate Difficulty
*Please rate severity tingling :* Moderate Difficulty
*During past week, difficulty sleeping :* Mild difficulty
*QuickDASH Disability/Symptoms Score :* 52
*#Please rate severity of symptoms :* 1
*#During the past wk interfered w/social :* 1
*#Rec activities w/ force :* 1
*#Do heavy household chores (wash walls) :* 1
*#Carry a shopping bag :* 1
*#Activities Rated :* 11
*#Please rate severity of tingling :* 1
*#During past wk limited in work :* 1
*#Use a knife to cut food :* 1
*#Open a tight or new jar :* 1
*#Wash your back :* 1
*#During past week difficulty sleep :* 1

Parnell PT Student, Ryan - 03/02/2020 13:05 EST

**Assessment**
*PT Treatment Recommendations :* Pt has not met any new long-term or short-term goals since last re-aassessment. ROM still improving. Still limited by pain, ROM still restricted especially in flexion and strength deficits evident in left shoulder.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 03/02/2020 18:08 EST
(As Of: 03/02/2020 18:19:13 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

## *DOC - Therapy*

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 03/02/2020 18:08 EST

**Recommendations/Summary of Progress**

*Additional Information :* Pt's left shoulder ROM is still progressing (see updated UE ROM section) however, ROM deficits still present especially in shoulder flexion. Strength was now able to be assessed due to pt now being able to achieve testing positions with weakness evident in left shoulder (see UE strength section). Pt continues to be limited by pain and states that in the past week pain in left shoulder has been 8/10 at its worst and 2/10 at its best. Updated QuickDASH score is 52 indicating the presence of continued significant functional limitation due to pain. Pt will continue to benefit from therapy for further left shoulder flexibility, strengthening as tolerated, and further pain reduction for improved daily function with UE tasks. Continue with current plan and progress as tolerated.

Parnell PT Student, Ryan - 03/02/2020 18:08 EST

**OP PT Time Spent With Patient**

*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 03/02/2020 18:19 EST

*OP PT Unattended E-Stim Units :* 1
*OP PT Unattended E-Stim Minutes :* 15
*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 30
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 10
*OP PT Total Treatment Timed Minutes :* 40 minute
*OP PT Total Units (Timed) :* 3 units
*OP PT Total Treatment Untimed Minutes :* 15 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 55
*OP PT Total (All Units) :* 4
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 03/02/2020 18:08 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 2/26/2020 12:53 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Parnell PT Student,Ryan (2/26/2020 14:31 EST)
SIGN INFORMATION: Hensley PT,Jennifer (2/26/2020 14:34 EST); Parnell PT Student,Ryan (2/26/2020 14:31 EST)

**OP PT Daily Documentation Entered On: 02/26/2020 13:01 EST**
**Performed On: 02/26/2020 12:53 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
Hensley PT, Jennifer - 02/26/2020 14:34 EST
*Manual Therapy/ Massage :* Yes
Parnell PT Student, Ryan - 02/26/2020 14:15 EST
*PT Changes in Medication or Medical History :* No Changes Reported
*Therapeutic Exercise :* Yes
Parnell PT Student, Ryan - 02/26/2020 13:01 EST
*Total Number of Visits PT :* 17
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 02/26/2020 12:53 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Hensley PT, Jennifer - 02/26/2020 14:34 EST
*Documented Pain (new) :* Yes, able to self report pain
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
Parnell PT Student, Ryan - 02/26/2020 12:53 EST

**Subjective Report**
*Subjective Report :* Pt reports pain in left shoulder of 5/10 intensity at beginning of therapy. Pt reports that his "scapula seems more irritated lately." Pt states he continues to be compliant with his HEP at home. He continues to state that shoulder flexion ROM is the most painful for him He reports seeing a pain management doctor yesterday and says appointment went well. Pt states that doctor said his history of thumb and 5th digit numbness/weakness could involve irritation at C6 nerve root.
Parnell PT Student, Ryan - 02/26/2020 13:05 EST

**Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4

## DOC - Therapy

*Pain Interventions Implemented :* Yes

Parnell PT Student, Ryan - 02/26/2020 14:19 EST

*Primary Pain Laterality :* Left
*Acceptable Level of Pain :* 2

Parnell PT Student, Ryan - 02/26/2020 13:05 EST

*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

Parnell PT Student, Ryan - 02/26/2020 12:53 EST

**PT Pain Interventions**

PT Pain Intervention Grid

| | PT Pain Intervention #1 |
|---|---|
| *Activity :* | Cold pack, Electrical stimulation |
| *Activity Performed :* | Yes |
| *Response :* | Pain decreased |
| *Comments :* | Ice and electrical stimulation following treatment session for pain relief. |
| | Parnell PT Student, Ryan - 02/26/2020 14:19 EST |

*OT Pain Intervention Grid Updated :* Yes

Parnell PT Student, Ryan - 02/26/2020 14:19 EST

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Hensley PT, Jennifer - 02/26/2020 14:34 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |

## DOC - Therapy

| | | |
|---|---|---|
| | complete ADLs without difficulty. | |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Hensley PT, Jennifer - 02/26/2020 14:34 EST | Hensley PT, Jennifer - 02/26/2020 14:34 EST |

*IP PT LTG Documentation :* Yes

Hensley PT, Jennifer - 02/26/2020 14:34 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 2/24: Pt report independence with current HEP, further progression needed as tolerated. | |
| | Hensley PT, Jennifer - | Hensley PT, Jennifer - | Hensley PT, Jennifer - | Hensley PT, Jennifer - |

## *DOC - Therapy*

| | 02/26/2020 14:34 EST | 02/26/2020 14:34 EST | 02/26/2020 14:34 EST | 02/26/2020 14:34 EST |
|---|---|---|---|---|

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 02/26/2020 14:19 EST

<u>Therapeutic Exercise Grid</u>

| | Exercise 9 | Exercise 1 | Exercise 2 | Exercise 3 |
|---|---|---|---|---|
| *Exercise :* | Other: Prone AROM Row | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression |
| *Exercise Performed :* | Yes | No | Yes | No |
| *Position :* | Prone | | | Unsupported stand |
| *Repetition/Time :* | 1 x10 rep on Left UE | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps |
| *Resist or Assist :* | AROM | | | |
| *Response :* | Positive response to treatment | | Positive response to treatment | |
| *Comment :* | Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position. | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM |
| | Parnell PT Student, Ryan - 02/26/2020 14:19 EST | Parnell PT Student, Ryan - 02/26/2020 13:01 EST | Parnell PT Student, Ryan - 02/26/2020 13:05 EST | Parnell PT Student, Ryan - 02/26/2020 13:01 EST |

| | Exercise 4 | Exercise 5 | Exercise 6 | Exercise 7 |
|---|---|---|---|---|
| *Exercise :* | Other: Shoulder Pendulums | Other: ROM Re-Assessment | Other: 4 way isometrics | Other: Cervical Mechanical Derangment Assessment |
| *Exercise Performed :* | No | No | Yes | No |
| *Position :* | Supported stand | | | |
| *Repetition/Time :* | 1 minute each direction | | 2 x 10 reps each with 5 sec hold | |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Resist or Assist :* | | | | |
| *Response :* | | | Increased activation of targeted muscle groups | |
| *Comment :* | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. |
| | Parnell PT Student, Ryan - 02/26/2020 13:01 EST | Parnell PT Student, Ryan - 02/26/2020 13:01 EST | Parnell PT Student, Ryan - 02/26/2020 14:19 EST | Parnell PT Student, Ryan - 02/26/2020 13:01 EST |

| | Exercise 8 |
|---|---|
| *Exercise :* | Other: Corner stretch |
| *Exercise Performed :* | No |
| *Position :* | |
| *Repetition/Time :* | 3 x 30 sec |
| *Resist or Assist :* | |
| *Response :* | |
| *Comment :* | To decrease shoulder stiffnes and pain and improve ROM |
| | Parnell PT Student, Ryan - 02/26/2020 13:05 EST |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | No | Yes | No |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | Positive response to treatment | |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior glenohumeral glides, supine manual shoulder flexion and abduction stretches. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |
| | Parnell PT Student, Ryan - 02/26/2020 14:15 EST | Parnell PT Student, Ryan - 02/26/2020 14:15 EST | Parnell PT Student, Ryan - 02/26/2020 14:15 EST |

*PT Manual Therapy Grid Updated :* Yes
Parnell PT Student, Ryan - 02/26/2020 14:15 EST

**Education**
Physical Therapy Education Grid
*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Cueing for form during isometrics, added prone row to HEP [Parnell PT Student, Ryan - 02/26/2020 14:34 EST] )
*Pain Control :* Verbalizes understanding, Needs further teaching
(Comment: Ice and electrical stimulation for pain reduction [Parnell PT Student, Ryan - 02/26/2020 14:34 EST] )
Parnell PT Student, Ryan - 02/26/2020 14:19 EST
*Teaching Method :* Demonstration, Explanation
Parnell PT Student, Ryan - 02/26/2020 14:19 EST

**UE ROM/Strength**
Upper Extremity Overall ROM Grid

## DOC - Therapy

*Left Upper Extremity Active Range :* Impaired

Parnell PT Student, Ryan - 02/26/2020 13:01 EST

*Document UE Range in Degrees :* Yes

Parnell PT Student, Ryan - 02/26/2020 13:01 EST

**UE ROM Degrees**

Left Upper Extremity Detailed ROM Grid

| | Left Shoulder Flexion Range | Left Shoulder Abduction Range |
|---|---|---|
| *Active :* | 114 degrees | 123 degrees |
| | Parnell PT Student, Ryan - 02/26/2020 13:01 EST | Parnell PT Student, Ryan - 02/26/2020 13:01 EST |

**Assessment**

*PT Treatment Recommendations :* Pain continues to be a limiting factor for pt. Pt's shoulder ROM has still been improving with shoulder flexion being most provocative of pt's pain. Continue with progression of shoulder ROM and gentle strengthening as tolerated.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 02/26/2020 13:05 EST
(As Of: 02/26/2020 13:16:40 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 02/26/2020 13:05 EST

**Recommendations/Summary of Progress**

*Additional Information :* Pt arrived 8 minutes late to therapy session kept treated 2 minutes over pt's scheduled time. Pt continues to be limited by pain and is still limited in shoulder ROM although this has been improving. Shoulder flexion is most limited and painful. Pt able to tolerate AROM prone row today which was added to pt's home program. Pt stayed after treatment for ice and electrical stimulation for pain reduction. Continue with progressing manual and AROM for shoulder ROM deficits and progression of AROM exercises.

Parnell PT Student, Ryan - 02/26/2020 14:19 EST

## *DOC - Therapy*

**OP PT Time Spent With Patient**
*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student
~~*OP PT Hot, Cold Pack :* 0 [IN ERROR]~~
~~{ [0 ] - previously charted by Parnell PT Student, Ryan at 02/26/2020 14:19 EST (Not Validated) };~~
~~*OP PT Hot, Cold Pack Minutes :* 15 [IN ERROR]~~
Hensley PT, Jennifer - 02/26/2020 14:34 EST
~~{ [15 ] - previously charted by Parnell PT Student, Ryan at 02/26/2020 14:19 EST (Not Validated) };~~
*OP PT Unattended E-Stim Units :* 0
*OP PT Unattended E-Stim Minutes :* 15
*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 27
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 12
*OP PT Total Treatment Timed Minutes :* 39 minute
*OP PT Total Units (Timed) :* 3 units
Parnell PT Student, Ryan - 02/26/2020 14:19 EST
*OP PT Total Treatment Untimed Minutes :* 15 minute
Hensley PT, Jennifer - 02/26/2020 14:34 EST
*OP PT Total Units (Untimed) :* 0 units
Parnell PT Student, Ryan - 02/26/2020 14:19 EST
*PT Total Treatment Minutes :* 54
Hensley PT, Jennifer - 02/26/2020 14:34 EST
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No
Parnell PT Student, Ryan - 02/26/2020 14:19 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 2/24/2020 12:52 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Parnell PT Student,Ryan (2/24/2020 13:40 EST)
SIGN INFORMATION: Hensley PT,Jennifer (2/24/2020 14:55 EST); Parnell PT Student,Ryan (2/24/2020 13:40 EST)

**OP PT Daily Documentation Entered On: 02/24/2020 13:09 EST**
**Performed On: 02/24/2020 12:52 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
Parnell PT Student, Ryan - 02/24/2020 13:40 EST

*Total Number of Visits PT :* 16
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 02/24/2020 12:52 EST

*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Hensley PT, Jennifer - 02/24/2020 14:55 EST

*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/ Massage :* Yes
Parnell PT Student, Ryan - 02/24/2020 12:52 EST

**Subjective Report**
*Subjective Report :* Pt reports pain in left shoulder of 4/10 intensity at the start of therapy. Pt reports he has been compliant with current HEP exercises. Pt also states that he continues to have pain/soreness with exercise.
Parnell PT Student, Ryan - 02/24/2020 13:40 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 6
Parnell PT Student, Ryan - 02/24/2020 13:40 EST

*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 4
Parnell PT Student, Ryan - 02/24/2020 12:52 EST

## DOC - Therapy

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 02/24/2020 13:40 EST | Parnell PT Student, Ryan - 02/24/2020 13:40 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 2/24: Pt report independence with current HEP, further progression needed as tolerated. | |
| | Parnell PT Student, Ryan - 02/24/2020 13:40 EST | Parnell PT Student, Ryan - 02/24/2020 13:40 EST | Parnell PT Student, Ryan - 02/24/2020 13:40 EST | Parnell PT Student, Ryan - 02/24/2020 13:40 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | No | Yes | No | No |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Response :* | | Positive response to treatment, Other: Improved ROM | | |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Parnell PT Student, Ryan - | Parnell PT Student, Ryan - | Parnell PT Student, Ryan - | Parnell PT Student, Ryan - |

## DOC - Therapy

| | 02/24/2020 13:40 EST | 02/24/2020 13:40 EST | 02/24/2020 13:40 EST | 02/24/2020 13:40 EST |
|---|---|---|---|---|

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: ROM Re-Assessment | Other: 4 way isometrics | Other: Cervical Mechanical Derangment Assessment | Other: Corner stretch |
| *Exercise Performed :* | No | Yes | No | Yes |
| *Position :* | | | | |
| *Repetition/Time :* | | 2 x 10 reps each with 5 sec hold | | 3 x 30 sec |
| *Response :* | | Increased activation of targeted muscle groups | | Positive response to treatment |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | To decrease shoulder stiffnes and pain and improve ROM |
| | Parnell PT Student, Ryan - 02/24/2020 12:52 EST | Parnell PT Student, Ryan - 02/24/2020 12:52 EST | Parnell PT Student, Ryan - 02/24/2020 12:52 EST | Parnell PT Student, Ryan - 02/24/2020 12:52 EST |

**Manual Therapy**

*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | No | Yes | No |

## DOC - Therapy

| | | | |
|---|---|---|---|
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | Positive response to treatment | |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior and posterior glenohumeral glides, and manual sidelying shoulder flexion and external rotation stretches. Supine manual shoulder abduction stretch. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |
| | Parnell PT Student, Ryan - 02/24/2020 13:40 EST | Parnell PT Student, Ryan - 02/24/2020 13:40 EST | Parnell PT Student, Ryan - 02/24/2020 13:40 EST |

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Further progression as tolerated and cueing for proper technique [Parnell PT Student, Ryan - 02/24/2020 14:55 EST] )
*Pain Control :* Verbalizes understanding, Needs further teaching
(Comment: Further non-pharmacological pain management strategies as indicated [Parnell PT Student, Ryan - 02/24/2020 14:55 EST] )

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

*Teaching Method :* Demonstration, Explanation

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

**Assessment**

*PT Treatment Recommendations :* Pt's shoulder ROM continues to improve. Pain still a limiting factor. Continuing with shoulder ROM and gradual progrssion to gentle strengthening when tolerated/appropriate.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 02/24/2020 13:40 EST
(As Of: 02/24/2020 14:57:31 EST)

## *DOC - Therapy*

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

**Recommendations/Summary of Progress**

*Additional Information :* Pt arrived 7 minutes late and kept 7 minutes over scheduled end time. Pt able to tolerate therapy session with increase in pain from 4/10 to 6/10. Pain continues to be a limiting factor. Shoulder ROM continues to improve. May try prone table exercises with shoulder in distracted position next visit. Otherwise, continue with current treatment plan and progress as tolerated.

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

**OP PT Time Spent With Patient**

*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 02/24/2020 14:55 EST

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 29
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 16
*OP PT Total Treatment Timed Minutes :* 45 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 2/21/2020 12:50 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (2/21/2020 15:16 EST)
SIGN INFORMATION: Fifield PTA,Patrick (2/21/2020 15:16 EST)

**OP PT Daily Documentation Entered On: 02/21/2020 13:42 EST**
**Performed On: 02/21/2020 12:50 EST by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Modalities :* Yes
Fifield PTA, Patrick - 02/21/2020 15:16 EST
*Total Number of Visits PT :* 15
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 02/21/2020 12:55 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Fifield PTA, Patrick - 02/21/2020 15:16 EST
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes
Fifield PTA, Patrick - 02/21/2020 12:55 EST

**Subjective Report**
*Subjective Report :* "My shoulder is feeling a little better. It's hurting more after I do the therapy."
Fifield PTA, Patrick - 02/21/2020 12:55 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 3
Fifield PTA, Patrick - 02/21/2020 15:16 EST
*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
Fifield PTA, Patrick - 02/21/2020 12:55 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Fifield PTA, Patrick - 02/21/2020 12:55 EST

## DOC - Therapy

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST |

*IP PT LTG Documentation :* Yes

Fifield PTA, Patrick - 02/21/2020 12:55 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt | | |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | reports pain of 6/10 | | |
| | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST |

**Therapeutic Exercise**

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | | Yes | | |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: ROM Re-Assessment | Other: 4 way isometrics | Other: Cervical Mechanical Derangment Assessment | Other: Corner stretch |
| *Exercise Performed :* | | Yes | | |
| *Position :* | | | | |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Repetition/Time :* | | 2 x 10 reps each with 5 sec hold | | 3 x 30 sec |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | To decrease shoulder stiffnes and pain and improve ROM |
| | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST |

*Therapeutic Exercise Grid Updated :* Yes

Fifield PTA, Patrick - 02/21/2020 12:55 EST

**Manual Therapy**

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 02/21/2020 15:16 EST

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | Yes | Yes | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual | Supine inferior and posterior glenohumeral glides, and manual shoulder flexion stretch. Sidelying manual | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | stretch into flexion, abduction, ER, IR. | shoulder abduction stretch. Sustained 10-20 sec each. | Sustained for ~10-20sec each. |
| | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 15:16 EST | Fifield PTA, Patrick - 02/21/2020 15:16 EST |

**Modalities**
Modalities Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Modality :* | Electrical stimulation, unattended | Cold packs |
| *Activity Performed :* | Yes | Yes |
| *Body Region :* | Left Shoulder | Left Shoulder |
| *Settings :* | IFC Current | |
| *Minutes :* | 10 minute | 15 minute |
| *Comments :* | To reduce shoulder pain, performed with ice | To reduce shoulder pain, performed with electrical stimulation |
| | Fifield PTA, Patrick - 02/21/2020 15:16 EST | Fifield PTA, Patrick - 02/21/2020 15:16 EST |

*PT Modalities Grid Updated :* Yes

Fifield PTA, Patrick - 02/21/2020 15:16 EST

**Education**
*Teaching Method :* Explanation

Fifield PTA, Patrick - 02/21/2020 15:16 EST

**Assessment**
*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 02/21/2020 12:55 EST
(As Of: 02/21/2020 13:42:20 EST)

Diagnoses(Active)

## DOC - Therapy

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 02/21/2020 12:55 EST

**Recommendations/Summary of Progress**
*Additional Information :* James continues to make progress with shoulder ROM and mobility. Left shoulder ROM at 130 flex, 120 deg. abd, 47 deg. ER. Has pain relief with estim and ice pack. Will progress ROM as tolerated.

Fifield PTA, Patrick - 02/21/2020 15:16 EST

**OP PT Time Spent With Patient**
*OP PT Unattended E-Stim Assistant Units :* 1
*OP PT Unattended E-Stim Assistant Min :* 15
*OP PT Therapeutic Exercise Assist Units :* 1
*OP PT Therapeutic Exercise Assist Min :* 14
*OP PT Manual Therapy Assistant Units :* 2
*OP PT Manual Therapy Assistant Min :* 30
*OP PT Total Units Asst (Timed) :* 3
*OP PT Total Asst Treatment Timed Min :* 44
*OP PT Total Units Asst (Untimed) :* 1
*OP PT Total Asst Treatment Untimed Min :* 15
*PT Total Treatment Minutes :* 59
*OP PT Total (All Units) :* 4
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 02/21/2020 15:16 EST

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 2/19/2020 12:48 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Parnell PT Student,Ryan (2/19/2020 15:07 EST)
SIGN INFORMATION: Hensley PT,Jennifer (2/19/2020 15:18 EST); Parnell PT Student,Ryan (2/19/2020 15:07 EST)

**OP PT Daily Documentation Entered On: 02/19/2020 12:54 EST**
**Performed On: 02/19/2020 12:48 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

*Total Number of Visits PT :* 14
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes

Parnell PT Student, Ryan - 02/19/2020 12:48 EST

*Therapy Certification Date :* POC Valid Through - PT: 03/09/20

Hensley PT, Jennifer - 02/19/2020 15:18 EST

*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes

Parnell PT Student, Ryan - 02/19/2020 12:48 EST

**Subjective Report**
*Subjective Report :* Pt reports left shoulder pain of 5/10 intensity at beginning of therapy. He says that in the last week at its best it has been a 3/10 and an 8/10 at its worst. He also reports that he has been performing more activity lately to help care for his partner who recently underwent a surgical procedure.

Parnell PT Student, Ryan - 02/19/2020 12:48 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 7

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

## DOC - Therapy

Parnell PT Student, Ryan - 02/19/2020 12:48 EST

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 02/19/2020 15:07 EST | Parnell PT Student, Ryan - 02/19/2020 15:07 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | | |
| | Parnell PT Student, Ryan - 02/19/2020 15:07 EST | Parnell PT Student, Ryan - 02/19/2020 15:07 EST | Parnell PT Student, Ryan - 02/19/2020 15:07 EST | Parnell PT Student, Ryan - 02/19/2020 15:07 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

Therapeutic Exercise Grid

| | Exercise 6 | Exercise 1 | Exercise 2 | Exercise 3 |
|---|---|---|---|---|
| *Exercise :* | Other: 4 way isometrics | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression |
| *Exercise Performed :* | Yes | Yes | Yes | No |
| *Position :* | | | | Unsupported stand |
| *Repetition/Time :* | 2 x 10 reps each with 5 sec hold | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps |
| *Response :* | Increased activation of targeted muscle groups, Positive response to treatment | Positive response to treatment | Positive response to treatment | |
| *Comment :* | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | strengthening. Repetitions increased today. | | | |
| | Parnell PT Student, Ryan - 02/19/2020 13:03 EST | Parnell PT Student, Ryan - 02/19/2020 13:03 EST | Parnell PT Student, Ryan - 02/19/2020 13:03 EST | Parnell PT Student, Ryan - 02/19/2020 13:03 EST |

| | Exercise 4 | Exercise 5 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: Shoulder Pendulums | Other: ROM Re-Assessment | Other: Cervical Mechanical Derangment Assessment | Other: Corner stretch |
| *Exercise Performed :* | No | No | No | Yes |
| *Position :* | Supported stand | | | |
| *Repetition/Time :* | 1 minute each direction | | | 3 x 30 sec |
| *Response :* | | | | Positive response to treatment |
| *Comment :* | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. | Re-assessed shoulder ROM. Please see updated UE ROM section. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | To decrease shoulder stiffnes and pain and improve ROM |
| | Parnell PT Student, Ryan - 02/19/2020 15:07 EST | Parnell PT Student, Ryan - 02/19/2020 12:48 EST | Parnell PT Student, Ryan - 02/19/2020 12:48 EST | Parnell PT Student, Ryan - 02/19/2020 13:03 EST |

**Manual Therapy**

*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | No | Yes | No |

## DOC - Therapy

| | | | |
|---|---|---|---|
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | Positive response to treatment | |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior and posterior glenohumeral glides, and manual shoulder flexion stretch. Sidelying manual shoulder abduction stretch. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |
| | Parnell PT Student, Ryan - 02/19/2020 15:07 EST | Parnell PT Student, Ryan - 02/19/2020 15:07 EST | Parnell PT Student, Ryan - 02/19/2020 15:07 EST |

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Further progression and cueing for proper techn [Parnell PT Student, Ryan - 02/19/2020 15:18 EST] )
*Pain Control :* Verbalizes understanding, Needs further teaching
(Comment: Non-pharmacological pain management strategies [Parnell PT Student, Ryan - 02/19/2020 15:18 EST] )
Parnell PT Student, Ryan - 02/19/2020 15:07 EST
*Teaching Method :* Demonstration, Explanation
Parnell PT Student, Ryan - 02/19/2020 15:07 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good
Parnell PT Student, Ryan - 02/19/2020 15:07 EST
(As Of: 02/19/2020 15:23:11 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical* |

## *DOC - Therapy*

*Service:* Non-Specified ; *Probability:* 0

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

**Recommendations/Summary of Progress**
*Additional Information :* Pt able to tolerate therapy although pain increased at the end of the session. Pain continues to be a limiting factor. ROM continues to improve although still limited. Pt stayed after therapy session for ice for left shoulder for pain reduction. WIll contiue with current plan and progress as tolerated.

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

**OP PT Time Spent With Patient**
*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 02/19/2020 15:18 EST

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 30
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 12
*OP PT Total Treatment Timed Minutes :* 42 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 42
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

## *DOC - Therapy*

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 2/17/2020 12:49 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Fifield PTA,Patrick (2/17/2020 18:18 EST) |
| SIGN INFORMATION: | Fifield PTA,Patrick (2/17/2020 18:18 EST) |

**OP PT Daily Documentation Entered On: 02/17/2020 13:36 EST**
**Performed On: 02/17/2020 12:49 EST by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Manual Therapy/*
*Massage :* Yes
*Modalities :* Yes

Fifield PTA, Patrick - 02/17/2020 18:18 EST

*Total Number of Visits PT :* 13
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes

Fifield PTA, Patrick - 02/17/2020 12:52 EST

*Therapy Certification Date :* POC Valid Through - PT: 03/09/20

Fifield PTA, Patrick - 02/17/2020 18:18 EST

*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes

Fifield PTA, Patrick - 02/17/2020 12:52 EST

**Subjective Report**
*Subjective Report :* "My shoulder is about the same. It might be a little better. It still hurts."

Fifield PTA, Patrick - 02/17/2020 18:18 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4

Fifield PTA, Patrick - 02/17/2020 18:18 EST

*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 6

Fifield PTA, Patrick - 02/17/2020 12:52 EST

**Short Term Goals**
Other PT Goals Grid

## DOC - Therapy

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | | |
| | Fifield PTA, Patrick - 02/17/2020 12:52 EST | Fifield PTA, Patrick - 02/17/2020 12:52 EST | Fifield PTA, Patrick - 02/17/2020 12:52 EST | Fifield PTA, Patrick - 02/17/2020 12:52 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Fifield PTA, Patrick - 02/17/2020 18:18 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | No | Yes | No | No |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps | 1 minute each direction |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Resist or Assist :* | | | | |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Fifield PTA, Patrick - 02/17/2020 18:18 EST | Fifield PTA, Patrick - 02/17/2020 12:52 EST | Fifield PTA, Patrick - 02/17/2020 18:18 EST | Fifield PTA, Patrick - 02/17/2020 18:18 EST |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: ROM Re-Assessment | Other: 3 way isometrics | Other: Cervical Mechanical Derangment Assessment | Other: Corner stretch |
| *Exercise Performed :* | No | Yes | No | Yes |
| *Position :* | | | | |
| *Repetition/Time :* | | 2 x 10 reps each with 5 sec hold | | 3x20 sec |
| *Resist or Assist :* | | purple ball | | |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | |
| | Fifield PTA, Patrick - 02/17/2020 18:18 EST | Fifield PTA, Patrick - 02/17/2020 18:18 EST | Fifield PTA, Patrick - 02/17/2020 18:18 EST | Fifield PTA, Patrick - 02/17/2020 18:18 EST |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, | Manual stretch, Mobilization | Manual stretch |

## *DOC - Therapy*

| | Myofascial/Soft tissue mobilization | | |
|---|---|---|---|
| *Activity Performed :* | Yes | Yes | |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior and posterior glenohumeral glides, sidelying manual glenohumeral flexion, abduction and external rotation stretch with manual scapular stabilization. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |
| | Fifield PTA, Patrick - 02/17/2020 18:18 EST | Fifield PTA, Patrick - 02/17/2020 18:18 EST | Fifield PTA, Patrick - 02/17/2020 18:18 EST |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 02/17/2020 18:18 EST

**Modalities**

Modalities Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Modality :* | Electrical stimulation, unattended | Cold packs |
| *Activity Performed :* | Yes | Yes |
| *Body Region :* | Left Shoulder | Left Shoulder |
| *Settings :* | IFC Current | |
| *Minutes :* | 10 minute | 15 minute |

## *DOC - Therapy*

| | | |
|---|---|---|
| *Comments :* | To reduce shoulder pain, performed with ice | To reduce shoulder pain, performed with electrical stimulation |
| | Fifield PTA, Patrick - 02/17/2020 18:18 EST | Fifield PTA, Patrick - 02/17/2020 18:18 EST |

*PT Modalities Grid Updated :* Yes

Fifield PTA, Patrick - 02/17/2020 18:18 EST

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 02/17/2020 18:18 EST

*Teaching Method :* Explanation

Fifield PTA, Patrick - 02/17/2020 18:18 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 02/17/2020 18:18 EST
(As Of: 02/17/2020 18:23:26 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 02/17/2020 18:18 EST

**Recommendations/Summary of Progress**

*Additional Information :* James continues to have some pain with shoulder flexion and abduction above 150 deg. PROM. He's able to tolerate scaption much better. Applied estim with ice to help modulate pain symptoms after stretching.

## *DOC - Therapy*

Fifield PTA, Patrick - 02/17/2020 18:18 EST

**OP PT Time Spent With Patient**
*OP PT Unattended E-Stim Assistant Units :* 1
*OP PT Unattended E-Stim Assistant Min :* 15
*OP PT Therapeutic Exercise Assist Units :* 1
*OP PT Therapeutic Exercise Assist Min :* 15
*OP PT Manual Therapy Assistant Units :* 2
*OP PT Manual Therapy Assistant Min :* 30
*OP PT Total Units Asst (Timed) :* 3
*OP PT Total Asst Treatment Timed Min :* 45
*OP PT Total Units Asst (Untimed) :* 1
*OP PT Total Asst Treatment Untimed Min :* 15
*PT Total Treatment Minutes :* 60
*OP PT Total (All Units) :* 4
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 02/17/2020 18:18 EST

## *DOC - Therapy*

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 2/14/2020 12:45 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Arseneau DPT,Julie (2/14/2020 14:07 EST) |
| SIGN INFORMATION: | Arseneau DPT,Julie (2/14/2020 14:07 EST) |

**OP PT Daily Documentation Entered On: 02/14/2020 13:27 EST**
**Performed On: 02/14/2020 12:45 EST by Arseneau DPT, Julie**

**Review/Treatments Provided**
*Total Number of Visits PT :* 12
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Arseneau DPT, Julie - 02/14/2020 12:51 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Arseneau DPT, Julie - 02/14/2020 14:07 EST
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes
Arseneau DPT, Julie - 02/14/2020 12:51 EST

**Subjective Report**
*Subjective Report :* Pt reports 6/10 left shoulder pain.
Arseneau DPT, Julie - 02/14/2020 14:07 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 7
Arseneau DPT, Julie - 02/14/2020 14:07 EST
*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 6
Arseneau DPT, Julie - 02/14/2020 12:51 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Arseneau DPT, Julie - 02/14/2020 12:51 EST

Long Term Goals PT IP

## *DOC - Therapy*

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST |

*IP PT LTG Documentation :* Yes

Arseneau DPT, Julie - 02/14/2020 12:51 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | | |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| | Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | | | |
| | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST |

**Therapeutic Exercise**

*Therapeutic Exercise Grid Updated :* Yes

Arseneau DPT, Julie - 02/14/2020 13:28 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | No | Yes | No | No |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Resist or Assist :* | | | | |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Arseneau DPT, Julie - 02/14/2020 13:28 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 13:28 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: ROM Re-Assessment | Other: 3 way isometrics | Other: Cervical Mechanical Derangment Assessment | Other: Corner stretch |
| *Exercise Performed :* | No | Yes | No | Yes |
| *Position :* | | | | |



**Lincoln/Zoll 0607**

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Repetition/Time :* | | 2 x 10 reps each with 5 sec hold | | 3x20 sec |
| *Resist or Assist :* | | purple ball | | |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | |
| | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 13:28 EST |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | Yes | No | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior and posterior glenohumeral glides, sidelying manual glenohumeral flexion, abduction and external rotation stretch with manual | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | | scapular stabilization. Sustained 10-20 sec each. | |
| | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST |

*PT Manual Therapy Grid Updated :* Yes

Arseneau DPT, Julie - 02/14/2020 12:51 EST

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Needs practice/supervision, Needs further teaching

Arseneau DPT, Julie - 02/14/2020 12:51 EST

*Teaching Method :* Demonstration, Explanation

Arseneau DPT, Julie - 02/14/2020 12:51 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

*Rehabilitation Potential :* Good

Arseneau DPT, Julie - 02/14/2020 12:51 EST
(As Of: 02/14/2020 13:27:19 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Arseneau DPT, Julie - 02/14/2020 12:51 EST

**Recommendations/Summary of Progress**

*Additional Information :* Added shoulder posterior GH mobilization to further improve ER and flexion. Pt with severe limitations in posterior capsule mobility. Also added ER isometrics with ball today. ER progressing well; continues to be most limited in flexion and abduction ROM. Pt would continue to benefit from skilled PT services to progress ROM, scap stability and in the future focus on strengthening and functional use of LUE.

Arseneau DPT, Julie - 02/14/2020 14:07 EST

**OP PT Time Spent With Patient**

## *DOC - Therapy*

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 14
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*OP PT Total Treatment Timed Minutes :* 44 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 44
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Arseneau DPT, Julie - 02/14/2020 13:28 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 2/12/2020 12:49 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Arseneau DPT,Julie (2/12/2020 13:54 EST)
SIGN INFORMATION: Arseneau DPT,Julie (2/12/2020 13:54 EST)

**OP PT Daily Documentation Entered On: 02/12/2020 12:54 EST**
**Performed On: 02/12/2020 12:49 EST by Arseneau DPT, Julie**

**Review/Treatments Provided**
*Modalities :* Yes
Arseneau DPT, Julie - 02/12/2020 13:54 EST
*Long Term Goals Reviewed :* Yes
Arseneau DPT, Julie - 02/12/2020 13:29 EST
*Total Number of Visits PT :* 11
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Arseneau DPT, Julie - 02/12/2020 12:49 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Arseneau DPT, Julie - 02/12/2020 13:54 EST
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes
Arseneau DPT, Julie - 02/12/2020 12:49 EST

**Subjective Report**
*Subjective Report :* Pt reports he's doing alright. He reports his HEP.
Arseneau DPT, Julie - 02/12/2020 12:49 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 6
Arseneau DPT, Julie - 02/12/2020 13:54 EST
*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 6
Arseneau DPT, Julie - 02/12/2020 12:49 EST

**Long Term Goals**

## DOC - Therapy

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Arseneau DPT, Julie - 02/12/2020 13:29 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Arseneau DPT, Julie - 02/12/2020 13:29 EST | Arseneau DPT, Julie - 02/12/2020 13:29 EST |

*IP PT LTG Documentation :* Yes
Arseneau DPT, Julie - 02/12/2020 13:29 EST

**Short Term Goals**
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval | 2/3: Reports pain of 5/10. 1/31: reports pain of | | |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 5/10. 1/27: pt reports pain of 6/10 | | |
| | Arseneau DPT, Julie - 02/12/2020 12:49 EST | Arseneau DPT, Julie - 02/12/2020 12:49 EST | Arseneau DPT, Julie - 02/12/2020 12:49 EST | Arseneau DPT, Julie - 02/12/2020 12:49 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Arseneau DPT, Julie - 02/12/2020 13:54 EST

Therapeutic Exercise Grid

| | Exercise 8 | Exercise 1 | Exercise 2 | Exercise 3 |
|---|---|---|---|---|
| *Exercise :* | Other: Corner stretch | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression |
| *Exercise Performed :* | Yes | Yes | Yes | No |
| *Position :* | | | | Unsupported stand |
| *Repetition/Time :* | 3x20 sec | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps |
| *Comment :* | | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM |
| | Arseneau DPT, Julie - 02/12/2020 13:54 EST | Arseneau DPT, Julie - 02/12/2020 13:54 EST | Arseneau DPT, Julie - 02/12/2020 12:49 EST | Arseneau DPT, Julie - 02/12/2020 13:54 EST |

| | Exercise 4 | Exercise 5 | Exercise 6 | Exercise 7 |
|---|---|---|---|---|
| *Exercise :* | Other: Shoulder Pendulums | Other: ROM Re-Assessment | Other: 3 way isometrics | Other: Cervical Mechanical Derangment Assessment |
| *Exercise Performed :* | No | No | No | No |
| *Position :* | Supported stand | | | |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Repetition/Time :* | 1 minute each direction | | 2 x 10 reps each with 2-3 sec hold | |
| *Comment :* | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, and extension isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. |
| | Arseneau DPT, Julie - 02/12/2020 13:54 EST | Arseneau DPT, Julie - 02/12/2020 13:54 EST | Arseneau DPT, Julie - 02/12/2020 13:54 EST | Arseneau DPT, Julie - 02/12/2020 13:54 EST |

**Manual Therapy**
*PT Manual Therapy Grid Updated :* Yes

Arseneau DPT, Julie - 02/12/2020 13:54 EST

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | Yes | No | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior glenohumeral glides, sidelying manual glenohumeral flexion, abduction and external rotation stretch with manual scapular | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | | stabilization. Sustained 10-20 sec each. | |
| | Arseneau DPT, Julie - 02/12/2020 13:54 EST | Arseneau DPT, Julie - 02/12/2020 13:54 EST | Arseneau DPT, Julie - 02/12/2020 13:54 EST |

**Modalities**

Modalities Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Modality :* | Electrical stimulation, unattended | Cold packs |
| *Activity Performed :* | No | Yes |
| *Body Region :* | Left Shoulder | Left Shoulder |
| *Settings :* | IFC Current | |
| *Minutes :* | 10 minute | 15 minute |
| *Comments :* | To reduce shoulder pain, performed with ice | To reduce shoulder pain, performed with electrical stimulation |
| | Arseneau DPT, Julie - 02/12/2020 13:54 EST | Arseneau DPT, Julie - 02/12/2020 13:54 EST |

*PT Modalities Grid Updated :* Yes

Arseneau DPT, Julie - 02/12/2020 13:54 EST

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Needs further teaching, Needs practice/supervision

Arseneau DPT, Julie - 02/12/2020 13:54 EST

*Teaching Method :* Demonstration, Explanation

Arseneau DPT, Julie - 02/12/2020 13:54 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

*Rehabilitation Potential :* Good

Arseneau DPT, Julie - 02/12/2020 12:49 EST
(As Of: 02/12/2020 12:54:43 EST)

Diagnoses(Active)

## *DOC - Therapy*

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Arseneau DPT, Julie - 02/12/2020 12:49 EST

**Recommendations/Summary of Progress**
*Additional Information :* Mr. Zoll had fair tolerance to manual PT with improved tolerance in sidelying, especially to flexion. Continues to demo decreased glenohumeral slide on scapula. Added corner stretch today. Will continue to progress pt as tolerated to meet goals.

Arseneau DPT, Julie - 02/12/2020 13:54 EST

**OP PT Time Spent With Patient**
*OP PT Hot, Cold Pack :* 0
*OP PT Hot, Cold Pack Minutes :* 15
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 12
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 28
*OP PT Total Treatment Timed Minutes :* 40 minute
*OP PT Total Units (Timed) :* 3 units
*OP PT Total Treatment Untimed Minutes :* 15 minute
*OP PT Total Units (Untimed) :* 0 units
*PT Total Treatment Minutes :* 55
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Arseneau DPT, Julie - 02/12/2020 13:54 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 2/10/2020 15:47 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Parnell PT Student,Ryan (2/10/2020 17:00 EST)
SIGN INFORMATION: Hensley PT,Jennifer (2/10/2020 17:25 EST); Parnell PT Student,Ryan (2/10/2020 17:00 EST)

**OP PT Daily Documentation Entered On: 02/10/2020 16:06 EST**
**Performed On: 02/10/2020 15:47 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*PT Medication/Medical History Changes :* Pt initiated Lyrica and Celebrex. Unsure of dosage. Will update paper medical record next visit.
Hensley PT, Jennifer - 02/10/2020 17:25 EST
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
Parnell PT Student, Ryan - 02/10/2020 17:00 EST
*Therapeutic Exercise :* Yes
*Manual Therapy/ Massage :* Yes
Parnell PT Student, Ryan - 02/10/2020 16:41 EST
*Total Number of Visits PT :* 10
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 02/10/2020 16:05 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Hensley PT, Jennifer - 02/10/2020 17:25 EST
*Documented Pain (new) :* Yes, able to self report pain
Parnell PT Student, Ryan - 02/10/2020 16:05 EST
*PT Changes in Medication or Medical History :* Yes- Updated Paper Form
Hensley PT, Jennifer - 02/10/2020 17:25 EST
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
Parnell PT Student, Ryan - 02/10/2020 16:05 EST

**Subjective Report**
*Subjective Report :* Pt reports pain of 5/10 intensity at the start of therapy. He reports that he is also now taking Lyrica and Cymbalta.
Parnell PT Student, Ryan - 02/10/2020 17:00 EST

**Rapid Pain Assessment**

## *DOC - Therapy*

*Post Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

Parnell PT Student, Ryan - 02/10/2020 16:41 EST

*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

Parnell PT Student, Ryan - 02/10/2020 16:05 EST

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 02/10/2020 17:00 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 02/10/2020 17:00 EST | Parnell PT Student, Ryan - 02/10/2020 17:00 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 02/10/2020 17:00 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| | to lessen difficulty with ADL's | | | requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | | |
| | Parnell PT Student, Ryan - 02/10/2020 17:00 EST | Parnell PT Student, Ryan - 02/10/2020 17:00 EST | Parnell PT Student, Ryan - 02/10/2020 17:00 EST | Parnell PT Student, Ryan - 02/10/2020 17:00 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 02/10/2020 16:51 EST
Parnell PT Student, Ryan - 02/10/2020 16:51 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | Yes | Yes | No | Yes |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Response :* | Increased activation of targeted muscle groups | Positive response to treatment, Other: Improved Shoulder ROM | | Positive response to treatment |
| *Comment :* | Verbal cues for technique and | Flexion and abduction to | To decrease glenohumeral stiffness and | Side to side and forward/backward shoulder |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | upper trapezius relaxtion. | improve shoulder ROM | improve shoulder ROM | pendulums to reduce shoulder stiffness. |
| | Parnell PT Student, Ryan - 02/10/2020 16:46 EST | Parnell PT Student, Ryan - 02/10/2020 16:46 EST | Parnell PT Student, Ryan - 02/10/2020 16:46 EST | Parnell PT Student, Ryan - 02/10/2020 16:46 EST |

| | Exercise 5 | Exercise 6 | Exercise 7 |
|---|---|---|---|
| *Exercise :* | Other: ROM Re-Assessment | Other: 3 way isometrics | Other: Cervical Mechanical Derangment Assessment |
| *Exercise Performed :* | No | Yes | No |
| *Position :* | | | |
| *Repetition/Time :* | | 2 x 10 reps each with 2-3 sec hold | |
| *Response :* | | Increased activation of targeted muscle groups | |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, and extension isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. |
| | Parnell PT Student, Ryan - 02/10/2020 16:46 EST | Parnell PT Student, Ryan - 02/10/2020 16:46 EST | Parnell PT Student, Ryan - 02/10/2020 16:46 EST |

**Manual Therapy**
*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 02/10/2020 16:51 EST

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft | Manual stretch, Mobilization | Manual stretch |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| | tissue mobilization | | |
| *Activity Performed :* | No | Yes | No |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | Positive response to treatment | |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior glenohumeral glides, sidelying manual glenohumeral flexion, abduction and external rotation stretch with manual scapular stabilization. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. Pt not able to tolerated flexion stretch today due to pain. |
| | Parnell PT Student, Ryan - 02/10/2020 16:51 EST | Parnell PT Student, Ryan - 02/10/2020 16:51 EST | Parnell PT Student, Ryan - 02/10/2020 16:51 EST |

**Education**

<u>Physical Therapy Education Grid</u>

*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Continued progression and cueing for proper technique [Parnell PT Student, Ryan - 02/10/2020 17:25 EST] )
*Pain Control :* Verbalizes understanding, Needs further teaching
(Comment: Non-pharmacological pain managment strategies. [Parnell PT Student, Ryan - 02/10/2020 17:25 EST] )
Parnell PT Student, Ryan - 02/10/2020 16:51 EST
*Teaching Method :* Demonstration, Explanation
Parnell PT Student, Ryan - 02/10/2020 16:51 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

## DOC - Therapy

*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 02/10/2020 16:51 EST
(As Of: 02/10/2020 16:54:53 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 02/10/2020 16:51 EST

**Recommendations/Summary of Progress**

*Additional Information :* Pt able to tolerate therapy without increase in shoulder pain. Reports that he has recently been put on lyrica and cymbalta by his doctor. Pt is unsure of dosages and was told to bring info regarding dosage to next appointment for update in his chart.

Parnell PT Student, Ryan - 02/10/2020 16:51 EST

**OP PT Time Spent With Patient**

*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 02/10/2020 17:25 EST

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 30
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 14
*OP PT Total Treatment Timed Minutes :* 44 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 44
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 02/10/2020 17:00 EST

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 2/7/2020 12:48 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (2/7/2020 15:23 EST)
SIGN INFORMATION: Fifield PTA,Patrick (2/7/2020 15:23 EST)

**OP PT Daily Documentation Entered On: 02/07/2020 13:41 EST**
**Performed On: 02/07/2020 12:48 EST by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 9
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 02/07/2020 12:57 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Fifield PTA, Patrick - 02/07/2020 15:23 EST
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes
Fifield PTA, Patrick - 02/07/2020 12:57 EST

**Subjective Report**
*Subjective Report :* "My shoulder is ablout the same with pain. It doesn't feel like it's getting much better."
Fifield PTA, Patrick - 02/07/2020 15:23 EST

**Rapid Pain Assessment**
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Post Treatment Numeric Pain Rating Scale: :* 4
Fifield PTA, Patrick - 02/07/2020 15:23 EST
*Pre Treatment Numeric Pain Rating Scale: :* 6
Fifield PTA, Patrick - 02/07/2020 12:57 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Fifield PTA, Patrick - 02/07/2020 12:57 EST

## *DOC - Therapy*

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Fifield PTA, Patrick - 02/07/2020 12:57 EST | Fifield PTA, Patrick - 02/07/2020 12:57 EST |

*IP PT LTG Documentation :* Yes

Fifield PTA, Patrick - 02/07/2020 12:57 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt | | |

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 1/20/2020
FIN#: 175789 Discharge Date:
DOB/Age/Gender: 51 years Male Attending Phys:

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| | Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | reports pain of 6/10 | | |
| | Fifield PTA, Patrick - 02/07/2020 12:57 EST | Fifield PTA, Patrick - 02/07/2020 12:57 EST | Fifield PTA, Patrick - 02/07/2020 12:57 EST | Fifield PTA, Patrick - 02/07/2020 12:57 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Fifield PTA, Patrick - 02/07/2020 15:23 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | No | Yes | Yes | Yes |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Fifield PTA, Patrick - 02/07/2020 15:23 EST | Fifield PTA, Patrick - 02/07/2020 15:23 EST | Fifield PTA, Patrick - 02/07/2020 15:23 EST | Fifield PTA, Patrick - 02/07/2020 15:23 EST |

| | Exercise 5 | Exercise 6 | Exercise 7 |
|---|---|---|---|
| *Exercise :* | Other: ROM Re-Assessment | Other: 3 way isometrics | Other: Cervical Mechanical Derangment Assessment |

## DOC - Therapy

| | | | |
|---|---|---|---|
| *Exercise Performed :* | No | Yes | No |
| *Position :* | | | |
| *Repetition/Time :* | | 1 x 10 reps each with 2-3 sec hold | |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, external rotation, and extension isometrics for shoulder pain reduction and gentle strengthening. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. |
| | Fifield PTA, Patrick - 02/07/2020 15:23 EST | Fifield PTA, Patrick - 02/07/2020 15:23 EST | Fifield PTA, Patrick - 02/07/2020 15:23 EST |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | Yes | Yes | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior glenohumeral glides, manual glenohumeral flexion stretch, and teres major stretch. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. Pt not able to tolerated flexion |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| | | | stretch today due to pain. |
| | Fifield PTA, Patrick - 02/07/2020 12:57 EST | Fifield PTA, Patrick - 02/07/2020 12:57 EST | Fifield PTA, Patrick - 02/07/2020 12:57 EST |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 02/07/2020 12:57 EST

**Education**

Physical Therapy Education Grid
*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 02/07/2020 15:23 EST

*Teaching Method :* Explanation

Fifield PTA, Patrick - 02/07/2020 15:23 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 02/07/2020 15:23 EST
(As Of: 02/07/2020 15:27:06 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 02/07/2020 15:23 EST

**Recommendations/Summary of Progress**

*Additional Information :* James continues to have pain with most movments and most of the time. He had some relief after STM to left scapular area and superior shoulder region. Noted tightness in neck especially scalenes. Pt. is performing exercises at home per report.

Fifield PTA, Patrick - 02/07/2020 15:23 EST

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Assist Units :* 1

## *DOC - Therapy*

*OP PT Therapeutic Exercise Assist Min :* 13
*OP PT Manual Therapy Assistant Units :* 2
*OP PT Manual Therapy Assistant Min :* 34
*OP PT Total Units Asst (Timed) :* 3
*OP PT Total Asst Treatment Timed Min :* 47
*PT Total Treatment Minutes :* 47
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 02/07/2020 15:23 EST

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 2/5/2020 12:47 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (2/5/2020 14:03 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (2/5/2020 14:27 EST); Parnell PT Student,Ryan (2/5/2020 14:05 EST); Parnell PT Student, Ryan (2/5/2020 14:03 EST) |

**OP PT Daily Documentation Entered On: 02/05/2020 13:02 EST**
**Performed On: 02/05/2020 12:47 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
Parnell PT Student, Ryan - 02/05/2020 14:03 EST
*Manual Therapy/*
*Massage :* Yes
Parnell PT Student, Ryan - 02/05/2020 13:36 EST
*Total Number of Visits PT :* 8
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 02/05/2020 12:48 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Hensley PT, Jennifer - 02/05/2020 14:27 EST
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
Parnell PT Student, Ryan - 02/05/2020 12:48 EST

**Subjective Report**
*Subjective Report :* Pt reports 7/10 pain intensity in left shoulder a start of therapy today. Pt reports that he had his follow-up with the doctor. Pt states that doctor said there could be some nerve involvement with his pain. Doctor referred pt to pain specialist and pt states doctor also said to continue with therapy for ROM and not to lift more than 2 pounds.
Parnell PT Student, Ryan - 02/05/2020 12:48 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 7
Parnell PT Student, Ryan - 02/05/2020 13:36 EST
*Primary Pain Location :* Shoulder

## DOC - Therapy

*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 7

Parnell PT Student, Ryan - 02/05/2020 12:48 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 02/05/2020 14:03 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 02/05/2020 14:03 EST

**Short Term Goals**
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | | |
| | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 02/05/2020 13:42 EST
Parnell PT Student, Ryan - 02/05/2020 13:42 EST

Therapeutic Exercise Grid

| | Exercise 7 | Exercise 6 | Exercise 1 | Exercise 2 |
|---|---|---|---|---|
| *Exercise :* | Other: Cervical Mechanical Derangment Assessment | Other: 3 way isometrics | Other: Scap retractions | Other: Pulleys |
| *Exercise Performed :* | Yes | Yes | No | Yes |
| *Position :* | | | | |
| *Repetition/Time :* | | 1 x 10 reps each with 2-3 sec hold | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction |
| *Response :* | No response to treatment | Positive response to treatment | | Positive response to treatment |
| *Comment :* | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | Shoulder flexion, external rotation, and extension isometrics for shoulder pain reduction and | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM |

*DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| | | gentle strengthening. | | |
| | Parnell PT Student, Ryan - 02/05/2020 14:00 EST | Parnell PT Student, Ryan - 02/05/2020 13:36 EST | Parnell PT Student, Ryan - 02/05/2020 12:48 EST | Parnell PT Student, Ryan - 02/05/2020 13:36 EST |

| | Exercise 3 | Exercise 4 | Exercise 5 |
|---|---|---|---|
| *Exercise :* | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums | Other: ROM Re-Assessment |
| *Exercise Performed :* | No | Yes | No |
| *Position :* | Unsupported stand | Supported stand | |
| *Repetition/Time :* | 2 x 10 reps | 1 minute each direction | |
| *Response :* | | Positive response to treatment | |
| *Comment :* | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. | Re-assessed shoulder ROM. Please see updated UE ROM section. |
| | Parnell PT Student, Ryan - 02/05/2020 13:36 EST | Parnell PT Student, Ryan - 02/05/2020 13:36 EST | Parnell PT Student, Ryan - 02/05/2020 12:48 EST |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | No | No | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Response :* | | | Positive response to treatment |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior glenohumeral glides, manual glenohumeral flexion stretch, and teres major stretch. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. Pt not able to tolerated flexion stretch today due to pain. |
| | Parnell PT Student, Ryan - 02/05/2020 13:36 EST | Parnell PT Student, Ryan - 02/05/2020 13:36 EST | Parnell PT Student, Ryan - 02/05/2020 13:36 EST |

*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 02/05/2020 13:36 EST

**Education**

*Teaching Method :* Demonstration, Explanation

Parnell PT Student, Ryan - 02/05/2020 13:44 EST

Physical Therapy Education Grid

*Pain Control :* Verbalizes understanding, Needs further teaching
(Comment: Exercise and modaility use [Parnell PT Student, Ryan - 02/05/2020 14:27 EST] )

Parnell PT Student, Ryan - 02/05/2020 13:44 EST

*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Continued progression as tolerated and cueing for proper technique [Parnell PT Student, Ryan - 02/05/2020 14:27 EST] )

Parnell PT Student, Ryan - 02/05/2020 13:42 EST

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | ~~L Shoulder ROM flex=127, abd: 134 deg [IN ERROR] { [L Shoulder ROM flex=127, abd: 134 deg] - previously charted by Parnell PT~~ | ~~L shoulder flex 135 deg, 138 deg. abd [IN ERROR] { [L shoulder flex 135 deg, 138 deg. abd] - previously charted by Parnell PT Student, Ryan~~ |

## *DOC - Therapy*

| | | |
|---|---|---|
| | ~~Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~at 02/05/2020 14:03 EST [IN ERROR] };~~ |
| | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | ~~[IN ERROR] { [] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~[IN ERROR] { [] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~[IN ERROR] { [] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~[IN ERROR] { [] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ |
| *Pre-ROM :* | ~~65 [IN ERROR] { [65] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~55 [IN ERROR] { [55] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~22 [IN ERROR] { [22] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~37 [IN ERROR] { [37] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ |
| | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | ~~[IN ERROR] { [] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~[IN ERROR] { [] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ |
| *Pre-ROM :* | ~~87 [IN ERROR] { [87] - previously charted by Parnell~~ | ~~77 [IN ERROR] { [77] - previously charted by Parnell~~ |

## *DOC - Therapy*

| | | |
|---|---|---|
| | ~~PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ |
| | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST |

<u>Cervical/Thoracic Mechanical Dx Grid</u>

| | Activity 1 | Activity 2 | Activity 3 | Activity 4 |
|---|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | X 10 | supine x10 reps | pt overpressure |
| *Testing Position :* | Sitting | Sitting | Supine | Sitting |
| *Symptoms During Treatment :* | Decreases | Centralizing | Increases | No effect |
| *Symptoms Post Treatment :* | Better | No effect | No worse | |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | No change- good technique | no changes in ROM | increased shoulder abd ROM (143 deg) |
| *Comment :* | not performed | Not Performed | not performed | Not Performed |
| | Parnell PT Student, Ryan - 02/05/2020 14:00 EST | Parnell PT Student, Ryan - 02/05/2020 14:00 EST | Parnell PT Student, Ryan - 02/05/2020 14:00 EST | Parnell PT Student, Ryan - 02/05/2020 14:00 EST |

| | Activity 5 |
|---|---|
| *Spinal Motions :* | Cervical retraction |
| *Spinal Movement :* | |
| *Testing Position :* | Sitting |
| *Symptoms During Treatment :* | No effect |
| *Symptoms Post Treatment :* | No effect |
| *Mechanical Response :* | No changes in shoulder symptoms |

## DOC - Therapy

| | |
|---|---|
| *Comment :* | Performed 1 set of 10 reps |
| | Parnell PT Student, Ryan - 02/05/2020 14:00 EST |

**Assessment**
*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 02/05/2020 13:44 EST
(As Of: 02/05/2020 13:51:22 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 02/05/2020 13:44 EST

**Recommendations/Summary of Progress**
*Additional Information :* Pt able to tolerate therapy without increase in baseline pain. However, pain seems to be a limiting factor for progression of therapy although shoulder ROM is improving. Pt's neck assessed today due to doctor's concerns of possible nerve involvement. Neck did not appear to contribute to shoulder pain. Will continue with current plan and progress as tolerated. Pt stayed after pt session for ice on left shoulder for pain.

Parnell PT Student, Ryan - 02/05/2020 14:05 EST

**OP PT Time Spent With Patient**
*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 02/05/2020 14:27 EST

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 32
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 11
*OP PT Total Treatment Timed Minutes :* 43 minute

## *DOC - Therapy*

*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 43
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 02/05/2020 14:03 EST

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 2/3/2020 12:50 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Parnell PT Student,Ryan (2/3/2020 16:14 EST)
SIGN INFORMATION: Hensley PT,Jennifer (2/3/2020 16:52 EST); Parnell PT Student,Ryan (2/3/2020 16:14 EST)

**OP PT Daily Documentation Entered On: 02/03/2020 12:54 EST**
**Performed On: 02/03/2020 12:50 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Manual Therapy/ Massage :* Yes
Parnell PT Student, Ryan - 02/03/2020 14:04 EST
*Therapeutic Exercise :* Yes
Parnell PT Student, Ryan - 02/03/2020 12:56 EST
*Total Number of Visits PT :* 7
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 02/03/2020 12:51 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/23/20
Hensley PT, Jennifer - 02/03/2020 16:52 EST
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
Parnell PT Student, Ryan - 02/03/2020 12:51 EST

**Subjective Report**
*Subjective Report :* Pt reports left shoulder pain of 5/10 intensity. Reports that he feels like he has been doing better with range of motion but still experiences stiffnes especially with shoulder flexion.
Parnell PT Student, Ryan - 02/03/2020 12:51 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 6
Parnell PT Student, Ryan - 02/03/2020 13:31 EST
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

## DOC - Therapy

Parnell PT Student, Ryan - 02/03/2020 12:51 EST

**Long Term Goals**
*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 02/03/2020 14:04 EST
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Parnell PT Student, Ryan - 02/03/2020 12:51 EST
Parnell PT Student, Ryan - 02/03/2020 12:51 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 02/03/2020 14:04 EST | Parnell PT Student, Ryan - 02/03/2020 12:51 EST |

**Short Term Goals**
Other PT Goals Grid

| | Goal #4 | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|---|
| *Goal :* | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. |
| *Status :* | Initial | Goal met | Progressing, continue | Progressing, continue |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Date Met :* | | 02/03/2020 EST | | |
| *Comments :* | | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | |
| | Parnell PT Student, Ryan - 02/03/2020 16:14 EST | Parnell PT Student, Ryan - 02/03/2020 13:31 EST | Parnell PT Student, Ryan - 02/03/2020 13:31 EST | Parnell PT Student, Ryan - 02/03/2020 12:51 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes
Parnell PT Student, Ryan - 02/03/2020 14:04 EST

Therapeutic Exercise Grid

| | Exercise 5 | Exercise 1 | Exercise 2 | Exercise 3 |
|---|---|---|---|---|
| *Exercise :* | Other: ROM Re-Assessment | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression |
| *Exercise Performed :* | Yes | No | Yes | No |
| *Position :* | | | | Unsupported stand |
| *Repetition/Time :* | | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps |
| *Response :* | No response to treatment | | Positive response to treatment | |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM |
| | Parnell PT Student, Ryan - 02/03/2020 14:04 EST | Parnell PT Student, Ryan - 02/03/2020 14:04 EST | Parnell PT Student, Ryan - 02/03/2020 14:04 EST | Parnell PT Student, Ryan - 02/03/2020 14:04 EST |

## *DOC - Therapy*

| | Exercise 4 |
|---|---|
| *Exercise :* | Other: Shoulder Pendulums |
| *Exercise Performed :* | Yes |
| *Position :* | Supported stand |
| *Repetition/Time :* | 1 minute each direction x 2 |
| *Response :* | Positive response to treatment |
| *Comment :* | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Parnell PT Student, Ryan - 02/03/2020 14:04 EST |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | No | No | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | | Positive response to treatment |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and | Supine inferior glenohumeral glides, manual glenohumeral flexion stretch, | Sidelyng shoulder abduction, flexion, and external rotation stretch with manual |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | and teres major stretch. Sustained 10-20 sec each. | scapular stabilization. Sustained for ~10-20sec each. |
| | Parnell PT Student, Ryan - 02/03/2020 14:04 EST | Parnell PT Student, Ryan - 02/03/2020 14:04 EST | Parnell PT Student, Ryan - 02/03/2020 14:04 EST |

*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 02/03/2020 14:04 EST

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Continued progression and cueing for proper technique [Parnell PT Student, Ryan - 02/03/2020 16:52 EST] )
*Pain Control :* Needs further teaching
*Other :* Verbalizes understanding
(Comment: Pt instruction to move shoulder more throughout the day and during gait [Parnell PT Student, Ryan - 02/03/2020 16:52 EST] )

Parnell PT Student, Ryan - 02/03/2020 14:04 EST

*Teaching Method :* Demonstration, Explanation

Parnell PT Student, Ryan - 02/03/2020 14:04 EST

**UE ROM/Strength**

Upper Extremity Overall ROM Grid

*Left Upper Extremity Active Range :* Impaired
*Right Upper Extremity Active Range :* Within functional limits

Parnell PT Student, Ryan - 02/03/2020 12:56 EST

*Document UE Range in Degrees :* Yes

Parnell PT Student, Ryan - 02/03/2020 12:56 EST

**UE ROM Degrees**

Left Upper Extremity Detailed ROM Grid

| | Left Shoulder External Rotation Range | Left Shoulder Flexion Range | Left Shoulder Abduction Range |
|---|---|---|---|
| *Active :* | 47 degrees | 122 degrees | 107 degrees |
| *Comment :* | | | Improved scapular mechanics noted |
| | Parnell PT Student, Ryan - 02/03/2020 13:05 EST | Parnell PT Student, Ryan - 02/03/2020 12:56 EST | Parnell PT Student, Ryan - 02/03/2020 12:56 EST |

**Quick DASH**

*Open a tight or new jar :* Moderate Difficulty

## DOC - Therapy

*Do heavy household chores :* Moderate Difficulty
*Carry a shopping bag or briefcase :* Severe difficulty
*Wash your back :* Severe difficulty
*Use a knife to cut food :* Mild difficulty
*Rec activities where you take arm force/impact :* Unable
*During past week arm interfered :* Mild difficulty
*During past week limited in regular :* Moderate Difficulty
*Please rate severity of arm, shoulder :* Moderate Difficulty
*Please rate severity tingling :* Moderate Difficulty
*During past week, difficulty sleeping :* Moderate Difficulty
*QuickDASH Disability/Symptoms Score :* 55
*#Please rate severity of symptoms :* 1
*#During the past wk interfered w/social :* 1
*#Rec activities w/ force :* 1
*#Do heavy household chores (wash walls) :* 1
*#Carry a shopping bag :* 1
*#Activities Rated :* 11
*#Please rate severity of tingling :* 1
*#During past wk limited in work :* 1
*#Use a knife to cut food :* 1
*#Open a tight or new jar :* 1
*#Wash your back :* 1
*#During past week difficulty sleep :* 1

Parnell PT Student, Ryan - 02/03/2020 13:05 EST

**Assessment**
*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 02/03/2020 14:04 EST
(As Of: 02/03/2020 14:09:16 EST)

<u>Diagnoses(Active)</u>

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

## *DOC - Therapy*

Parnell PT Student, Ryan - 02/03/2020 14:04 EST

**Recommendations/Summary of Progress**
*Additional Information :* Pt re-assessed and is making progress with shoulder ROM and has met one of his short-term goals. He still complains of left shoulder pain of 7/10 at its worst. Will continue with current plan and progress as tolerated/appropriate. Patient stayed 10 minutes after treatment session for ice.

Parnell PT Student, Ryan - 02/03/2020 16:14 EST

**OP PT Time Spent With Patient**
*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 02/03/2020 16:52 EST

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 30
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 14
*OP PT Total Treatment Timed Minutes :* 44 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 44
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 02/03/2020 14:29 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 1/31/2020 11:05 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Parnell PT Student,Ryan (1/31/2020 11:45 EST)
SIGN INFORMATION: Hensley PT,Jennifer (1/31/2020 13:25 EST); Parnell PT Student,Ryan (1/31/2020 11:45 EST)

**OP PT Daily Documentation Entered On: 01/31/2020 11:14 EST**
**Performed On: 01/31/2020 11:05 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes

Parnell PT Student, Ryan - 01/31/2020 11:45 EST

*Manual Therapy/*
*Massage :* Yes

Parnell PT Student, Ryan - 01/31/2020 11:39 EST

*Total Number of Visits PT :* 6
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes

Parnell PT Student, Ryan - 01/31/2020 11:05 EST

*Therapy Certification Date :* POC Valid Through - PT: 03/23/20

Hensley PT, Jennifer - 01/31/2020 13:25 EST

*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes

Parnell PT Student, Ryan - 01/31/2020 11:05 EST

**Subjective Report**
*Subjective Report :* Pt reports pain of 5/10 intensity in left shoulder at the start of therapy. Pt also reports that he has not been sleeping as well lately.

Parnell PT Student, Ryan - 01/31/2020 11:05 EST

**Rapid Pain Assessment**
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Post Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

Parnell PT Student, Ryan - 01/31/2020 11:45 EST

*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

## DOC - Therapy

Parnell PT Student, Ryan - 01/31/2020 11:05 EST

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 01/31/2020 11:45 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 01/31/2020 11:45 EST | Parnell PT Student, Ryan - 01/31/2020 11:45 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 01/31/2020 11:45 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Comments :* | Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | |
| | Parnell PT Student, Ryan - 01/31/2020 11:45 EST | Parnell PT Student, Ryan - 01/31/2020 11:45 EST | Parnell PT Student, Ryan - 01/31/2020 11:45 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 01/31/2020 11:39 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | Yes | Yes | Yes | Yes |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Response :* | Increased activation of targeted muscle groups, Positive response to treatment | Positive response to treatment, Other: Improved ROM | Positive response to treatment | Positive response to treatment |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Parnell PT Student, Ryan - 01/31/2020 11:39 EST | Parnell PT Student, Ryan - 01/31/2020 11:05 EST | Parnell PT Student, Ryan - 01/31/2020 11:39 EST | Parnell PT Student, Ryan - 01/31/2020 11:39 EST |

## *DOC - Therapy*

**Manual Therapy**
*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 01/31/2020 11:45 EST

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | No | Yes | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | Positive response to treatment | Positive response to treatment |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior glenohumeral glides, manual glenohumeral flexion stretch, and teres major stretch. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |
| | Parnell PT Student, Ryan - 01/31/2020 11:39 EST | Parnell PT Student, Ryan - 01/31/2020 11:45 EST | Parnell PT Student, Ryan - 01/31/2020 11:45 EST |

**Education**
Physical Therapy Education Grid
*Exercise Program :* Needs further teaching, Verbalizes understanding
(Comment: Cueing for technique and HEP progression [Parnell PT Student, Ryan - 01/31/2020 13:25 EST] )
*Pain Control :* Needs further teaching
*Other :* Needs further teaching, Verbalizes understanding
(Comment: Education regarding moving left arm more especially when walking [Parnell PT Student, Ryan - 01/31/2020 13:25 EST] )

## *DOC - Therapy*

Parnell PT Student, Ryan - 01/31/2020 11:45 EST

*Teaching Method :* Demonstration, Explanation

Parnell PT Student, Ryan - 01/31/2020 11:45 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 01/31/2020 11:05 EST
(As Of: 01/31/2020 11:52:16 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 01/31/2020 11:05 EST

**Recommendations/Summary of Progress**

*Additional Information :* Pt able to tolerate therapy without increase in pain. Improve left shoulder ROM noted today. WIll continue with current plan and progress as tolerated.

Parnell PT Student, Ryan - 01/31/2020 11:45 EST

**OP PT Time Spent With Patient**

*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 01/31/2020 13:25 EST

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 25
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 17
*OP PT Total Treatment Timed Minutes :* 42 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 42
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 01/31/2020 11:45 EST

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 1/29/2020 15:03 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Parnell PT Student,Ryan (1/29/2020 17:02 EST)
SIGN INFORMATION: Hensley PT,Jennifer (1/30/2020 10:20 EST); Parnell PT Student,Ryan (1/29/2020 17:02 EST)

**OP PT Daily Documentation Entered On: 01/29/2020 15:04 EST**
**Performed On: 01/29/2020 15:03 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Manual Therapy/*
*Massage :* Yes

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Therapeutic Exercise :* Yes

Parnell PT Student, Ryan - 01/29/2020 15:20 EST

*Total Number of Visits PT :* 5
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes

Parnell PT Student, Ryan - 01/29/2020 15:03 EST

*Therapy Certification Date :* POC Valid Through - PT: 03/23/20

Hensley PT, Jennifer - 01/30/2020 10:20 EST

*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right

Parnell PT Student, Ryan - 01/29/2020 15:03 EST

**Subjective Report**
*Subjective Report :* Pt reports left shoulder pain of 6/10 intesnity at the beginning of therapy.

Parnell PT Student, Ryan - 01/29/2020 15:20 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 6

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 6

Parnell PT Student, Ryan - 01/29/2020 15:20 EST

## DOC - Therapy

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | | 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 01/29/2020 17:02 EST | Parnell PT Student, Ryan - 01/29/2020 17:02 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, | 1/27: pt reports pain of 6/10 | |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | | |
| | Parnell PT Student, Ryan - 01/29/2020 17:02 EST | Parnell PT Student, Ryan - 01/29/2020 17:02 EST | Parnell PT Student, Ryan - 01/29/2020 17:02 EST |

**Therapeutic Exercise**

*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | Yes | Yes | Yes | Yes |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 10 x 5 sec | 1 min x 2 sets each direction | 1 x 10 reps | 1 minute each direction |
| *Response :* | Positive response to treatment | Positive response to treatment | Positive response to treatment | Positive response to treatment |
| *Comment :* | Tactile cues for technique | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Parnell PT Student, Ryan - 01/29/2020 17:02 EST | Parnell PT Student, Ryan - 01/29/2020 17:02 EST | Parnell PT Student, Ryan - 01/29/2020 17:02 EST | Parnell PT Student, Ryan - 01/29/2020 17:02 EST |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft | Manual stretch, Mobilization |

## *DOC - Therapy*

| | | |
|---|---|---|
| | tissue mobilization | |
| *Activity Performed :* | No | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Response :* | | Positive response to treatment |
| *Technique :* | Grade II joint mobilization | Grade II joint mobilization |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Inferior glenohumeral glides, manual glenohumeral flexion/abduction stretch, scapular retraction, downward rotation, depression, and elevation mobilizations. |
| | Parnell PT Student, Ryan - 01/29/2020 17:02 EST | Parnell PT Student, Ryan - 01/29/2020 17:02 EST |

*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

**Education**

Physical Therapy Education Grid

*Body Mechanics :* Ed. Needed

*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Furthermore progression and cueing for technique [Parnell PT Student, Ryan - 01/30/2020 10:20 EST] )

*Pain Control :* Needs further teaching

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

*Teaching Method :* Demonstration, Explanation

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs

## *DOC - Therapy*

*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 01/29/2020 17:02 EST
(As Of: 01/30/2020 10:21:31 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

**Recommendations/Summary of Progress**
*Additional Information :* Pt able to tolerate therapy without increase of shoulder pain above baseline. Will continue to progress treatment as tolerated/appropriate.

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

**OP PT Time Spent With Patient**
*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 01/30/2020 10:20 EST

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 30
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 12
*OP PT Total Treatment Timed Minutes :* 42 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 42
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 1/27/2020 14:56 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Parnell PT Student,Ryan (1/27/2020 17:12 EST)
SIGN INFORMATION: Hensley PT,Jennifer (1/27/2020 17:20 EST); Parnell PT Student,Ryan (1/27/2020 17:12 EST)

**OP PT Daily Documentation Entered On: 01/27/2020 15:05 EST**
**Performed On: 01/27/2020 14:56 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Modalities :* Yes
Parnell PT Student, Ryan - 01/27/2020 16:11 EST
*Manual Therapy/*
*Massage :* Yes
Parnell PT Student, Ryan - 01/27/2020 15:45 EST
*Total Number of Visits PT :* 4
Parnell PT Student, Ryan - 01/27/2020 14:56 EST
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
Hensley PT, Jennifer - 01/27/2020 17:20 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 01/27/2020 14:56 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/23/20
Hensley PT, Jennifer - 01/27/2020 17:20 EST
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
Parnell PT Student, Ryan - 01/27/2020 14:56 EST

**Subjective Report**
*Subjective Report :* Pt reports that his shoulder is "flared up" today and reports a pain level of 6/10 intensity.
Parnell PT Student, Ryan - 01/27/2020 16:11 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4
Parnell PT Student, Ryan - 01/27/2020 16:11 EST
*Pre Treatment Numeric Pain Rating Scale: :* 6

## DOC - Therapy

Parnell PT Student, Ryan - 01/27/2020 14:56 EST

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 01/27/2020 16:11 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| | Parnell PT Student, Ryan - 01/27/2020 16:11 EST | Parnell PT Student, Ryan - 01/27/2020 16:11 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 01/27/2020 16:11 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation | 1/27: pt reports pain of 6/10 | |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | | |
| | Parnell PT Student, Ryan - 01/27/2020 16:11 EST | Parnell PT Student, Ryan - 01/27/2020 16:11 EST | Parnell PT Student, Ryan - 01/27/2020 16:11 EST |

**Therapeutic Exercise**

*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 01/27/2020 15:45 EST
Parnell PT Student, Ryan - 01/27/2020 15:45 EST

Therapeutic Exercise Grid

| | Exercise 4 | Exercise 3 | Exercise 1 | Exercise 2 |
|---|---|---|---|---|
| *Exercise :* | Other: Shoulder Pendulums | Other: Self Glenohumeral Depression | Other: Scap retractions | Other: Pulleys |
| *Exercise Performed :* | Yes | Yes | No | Yes |
| *Position :* | Supported stand | Unsupported stand | | |
| *Repetition/Time :* | ~1-2 minutes each way | 1 x 10 reps | 10 x 5 sec | 1 min x 2 sets each direction |
| *Response :* | Demonstrates Understanding of Information Presented | Positive response to treatment | | Positive response to treatment |
| *Comment :* | Pt education regarding performance of shoulder flex/ext, side to side, and circular pendulums for performance as a component of HEP. | To decrease glenohumeral stiffness and improve shoulder ROM | Tactile cues for technique | Flexion and abduction to improve shoulder ROM |
| | Parnell PT Student, Ryan - 01/27/2020 17:12 EST | Parnell PT Student, Ryan - 01/27/2020 15:45 EST | Parnell PT Student, Ryan - 01/27/2020 15:45 EST | Parnell PT Student, Ryan - 01/27/2020 15:45 EST |

**Manual Therapy**

## *DOC - Therapy*

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization |
| *Activity Performed :* | No | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Response :* | | Positive response to treatment |
| *Technique :* | Grade II joint mobilization | Grade II joint mobilization |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Inferior glenohumeral glides, manual glenohumeral flexion/abduction stretch, scapular retraction, downward rotation, depression, and elevation mobilizations. |
| | Parnell PT Student, Ryan - 01/27/2020 15:45 EST | Parnell PT Student, Ryan - 01/27/2020 15:45 EST |

*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 01/27/2020 15:45 EST

**Modalities**

Modalities Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Modality :* | Electrical stimulation, unattended | Cold packs |
| *Activity Performed :* | Yes | Yes |

## *DOC - Therapy*

| | | |
|---|---|---|
| *Body Region :* | Left Shoulder | Left Shoulder |
| *Settings :* | IFC Current | |
| *Minutes :* | 10 minute | 10 minute |
| *Response :* | Pain decreased | Pain decreased |
| *Comments :* | To reduce shoulder pain, performed with ice | To reduce shoulder pain, performed with electrical stimulation |
| | Parnell PT Student, Ryan - 01/27/2020 16:11 EST | Parnell PT Student, Ryan - 01/27/2020 16:11 EST |

*PT Modalities Grid Updated :* Yes

Parnell PT Student, Ryan - 01/27/2020 16:11 EST

**Education**

Physical Therapy Education Grid

*Exercise Program :* Needs further teaching
(Comment: Cueing for technique and updates to exercise program [Parnell PT Student, Ryan - 01/27/2020 17:20 EST] )
*Pain Control :* Needs further teaching
(Comment: stretching and use of ice [Parnell PT Student, Ryan - 01/27/2020 17:20 EST] )
*Other :* Verbalizes understanding
(Comment: Education for performance of shoulder pendulums [Parnell PT Student, Ryan - 01/27/2020 17:20 EST] )

Parnell PT Student, Ryan - 01/27/2020 15:45 EST

*Teaching Method :* Demonstration, Explanation, Printed materials

Hensley PT, Jennifer - 01/27/2020 17:20 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 01/27/2020 14:56 EST
(As Of: 01/27/2020 15:05:44 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week

## DOC - Therapy

*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 01/27/2020 14:56 EST

**Recommendations/Summary of Progress**
*Additional Information :* Pt complained of shoulder pain of 6/10 at the onset of therapy today however, he was able to tolerate a full therapy session with modalities at the end. Modalities decreased pain from 6/10 to 4/10. Will continue with shoulder ROM and progress as tolerated in order to decrease pain and improve UE function.

Parnell PT Student, Ryan - 01/27/2020 17:12 EST

**OP PT Time Spent With Patient**
*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 01/27/2020 17:20 EST

*OP PT Elec.Stim (Unattended) Chronic Wound :* 1
*OP PT Elec.Stim Unatt Chronic Wound Min :* 10
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 34
*OP PT Total Treatment Timed Minutes :* 49 minute
*OP PT Total Units (Timed) :* 3 units
*OP PT Total Treatment Untimed Minutes :* 10 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 59
*OP PT Total (All Units) :* 4
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 01/27/2020 17:12 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 1/24/2020 10:20 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (1/24/2020 12:49 EST)
SIGN INFORMATION: Fifield PTA,Patrick (1/24/2020 12:49 EST)

**OP PT Daily Documentation Entered On: 01/24/2020 11:09 EST**
**Performed On: 01/24/2020 10:20 EST by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 3
*Total Number of Authorized Visits PT :* 1
*Authorization Valid Through (PT): :* 01/20/2020 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 01/24/2020 10:20 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/23/20
Fifield PTA, Patrick - 01/24/2020 12:49 EST
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
Fifield PTA, Patrick - 01/24/2020 10:20 EST

**Subjective Report**
*Subjective Report :* "My shoulder is pretty sore. I'm stretching at home and iceing."
Fifield PTA, Patrick - 01/24/2020 12:49 EST

**Rapid Pain Assessment**
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
Fifield PTA, Patrick - 01/24/2020 10:20 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Fifield PTA, Patrick - 01/24/2020 10:20 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|

## *DOC - Therapy*

| | | |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| | Fifield PTA, Patrick - 01/24/2020 10:20 EST | Fifield PTA, Patrick - 01/24/2020 10:20 EST |

*IP PT LTG Documentation :* Yes

Fifield PTA, Patrick - 01/24/2020 10:20 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | | |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| | Fifield PTA, Patrick - 01/24/2020 10:20 EST | Fifield PTA, Patrick - 01/24/2020 10:20 EST | Fifield PTA, Patrick - 01/24/2020 10:20 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Fifield PTA, Patrick - 01/24/2020 12:49 EST
Fifield PTA, Patrick - 01/24/2020 12:49 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 |
|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys |
| *Exercise Performed :* | | Yes |
| *Repetition/Time :* | 10 x 5 sec | 3 min |
| *Comment :* | Tactile cues for technique | |
| | Fifield PTA, Patrick - 01/24/2020 10:20 EST | Fifield PTA, Patrick - 01/24/2020 10:20 EST |

**Education**
Physical Therapy Education Grid
*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 01/24/2020 12:49 EST

*Teaching Method :* Explanation

Fifield PTA, Patrick - 01/24/2020 12:49 EST

**Assessment**
*PT Treatment Recommendations :* Pt will benefit from shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 01/24/2020 12:49 EST
(As Of: 01/24/2020 12:54:18 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

## *DOC - Therapy*

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 01/24/2020 12:49 EST

**Recommendations/Summary of Progress**
*Additional Information :* Continiued with manual stretchign to left scapula and shoulder to increase ROM after surgery. Had pain with ER, flexion past 120 deg. and abduction at 90 deg. AROM improved after stretching and added pulleys to further increase mobility. Instructed pt. to increase icing at home to decrease inflammation.

Fifield PTA, Patrick - 01/24/2020 12:49 EST

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Assist Units :* 1
*OP PT Therapeutic Exercise Assist Min :* 10
*OP PT Manual Therapy Assistant Units :* 2
*OP PT Manual Therapy Assistant Min :* 35
*OP PT Total Units Asst (Timed) :* 3
*OP PT Total Asst Treatment Timed Min :* 45
*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 45
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 01/24/2020 12:49 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 1/22/2020 10:21 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Arseneau DPT,Julie (1/22/2020 10:23 EST)
SIGN INFORMATION: Arseneau DPT,Julie (1/22/2020 10:23 EST)

**OP PT Daily Documentation Entered On: 01/22/2020 10:44 EST**
**Performed On: 01/22/2020 10:21 EST by Arseneau DPT, Julie**

**Review/Treatments Provided**
*Total Number of Visits PT :* 2
*Total Number of Authorized Visits PT :* 1
*Authorization Valid Through (PT): :* 01/20/2020 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 03/23/20
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes

Arseneau DPT, Julie - 01/22/2020 10:23 EST

**Subjective Report**
*Subjective Report :* Pt reports he had a capsule release done on his left shoulder.

Arseneau DPT, Julie - 01/22/2020 10:23 EST

**Rapid Pain Assessment**
*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

Arseneau DPT, Julie - 01/22/2020 10:23 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Arseneau DPT, Julie - 01/22/2020 10:23 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left | Pt will have decrease left |

## DOC - Therapy

| | | |
|---|---|---|
| | shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| | Arseneau DPT, Julie - 01/22/2020 10:23 EST | Arseneau DPT, Julie - 01/22/2020 10:23 EST |

*IP PT LTG Documentation :* Yes

Arseneau DPT, Julie - 01/22/2020 10:23 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | | |
| | Arseneau DPT, Julie - 01/22/2020 10:23 EST | Arseneau DPT, Julie - 01/22/2020 10:23 EST | Arseneau DPT, Julie - 01/22/2020 10:23 EST |

## DOC - Therapy

**Therapeutic Exercise**

Therapeutic Exercise Grid

| | Exercise 1 |
|---|---|
| *Exercise :* | Other: Scap retractions |
| *Exercise Performed :* | Yes |
| *Repetition/Time :* | 10 x 5 sec |
| *Comment :* | Tactile cues for technique |
| | Arseneau DPT, Julie - 01/22/2020 10:23 EST |

*Therapeutic Exercise Grid Updated :* Yes

Arseneau DPT, Julie - 01/22/2020 10:23 EST

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 |
|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization |
| *Activity Performed :* | Yes |
| *Region :* | Left Shoulder, Left scapula |
| *Rationale :* | Increase range of motion, Relaxation |
| *Response :* | Positive response to treatment |
| *Technique :* | Grade II joint mobilization |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into |

*DOC - Therapy*

| | |
|---|---|
| | flexion, abduction, ER, IR. |
| | Arseneau DPT, Julie - 01/22/2020 10:23 EST |

*PT Manual Therapy Grid Updated :* Yes
Arseneau DPT, Julie - 01/22/2020 10:23 EST

**Education**
Physical Therapy Education Grid
*Exercise Program :* Verbalizes understanding, Needs practice/supervision, Needs further teaching
*Physical Therapy Plan of Care :* Verbalizes understanding
Arseneau DPT, Julie - 01/22/2020 10:23 EST
*Teaching Method :* Demonstration, Explanation
Arseneau DPT, Julie - 01/22/2020 10:23 EST

**Assessment**
*PT Treatment Recommendations :* Pt will benefit from shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good
Arseneau DPT, Julie - 01/22/2020 10:23 EST
(As Of: 01/22/2020 10:44:26 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes
Arseneau DPT, Julie - 01/22/2020 10:23 EST

**Recommendations/Summary of Progress**
*Additional Information :* James demonstrates the following L shoulder PROM after manual stretch, mobilization, and STM: Seated flexion=110 deg, abd=95 deg. Supine flexion=120 deg, abd=120 deg, ER=42 deg. Performed gentle grade II mobilizations and manual stretch until resistance. Pt instructed to continue with current HEP. Issued seated scap retractions for scap stab/motor control. Pt verbalizing and demonstrating understanding. Will continue to progress pt as tolerated to meet goals.
Arseneau DPT, Julie - 01/22/2020 10:23 EST

## *DOC - Therapy*

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 0
*OP PT Therapeutic Exercise Minutes :* 5
*OP PT Manual Therapy Units :* 3
*OP PT Manual Therapy Minutes :* 40
*OP PT Total Treatment Timed Minutes :* 45 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Arseneau DPT, Julie - 01/22/2020 10:23 EST

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Evaluation - Text |
| SERVICE DATE/TIME: | 1/20/2020 14:58 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (1/20/2020 17:12 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (1/20/2020 17:31 EST); Parnell PT Student,Ryan (1/20/2020 17:25 EST); Parnell PT Student, Ryan (1/20/2020 17:12 EST) |

**OP PT Evaluation Entered On: 01/20/2020 15:15 EST**
**Performed On: 01/20/2020 14:58 EST by Parnell PT Student, Ryan**

**Subjective**
*Total Number of Authorized Visits PT :* 1
*Authorization Valid Through (PT): :* 01/20/2020 EST

Hensley PT, Jennifer - 01/20/2020 17:31 EST

*Evaluation Complete PT :* Yes

Parnell PT Student, Ryan - 01/20/2020 17:12 EST

*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint

Hensley PT, Jennifer - 01/20/2020 17:31 EST

*Overall PT Condition :* Stable (Uncomplicated)

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

*Total Number of Visits PT :* 1
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
*Date of Birth :* EST
*PT Date of Injury or Surgery :* 12/20/2019 EST
*Does patient feel safe in their environment? :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Affect/Behavior :* Appropriate, Calm, Cooperative

Parnell PT Student, Ryan - 01/20/2020 14:58 EST

*Subjective Report :* Pt reports to evaluation with history of frozen shoulder. He had two tears in his rotator cuff in september 2018 and a broken arm prior to prior to the tears. Following injury, he reports being in a sling for a while. He ended up with frozen shoulder. He had a capsular release on December 20, 2019. Reports difficulty with ADLs such as folding clothes, driving, and grasping objects. Currently he reports that he is not driving much lately. Previously worked at Toyota and has been off work for 18 months.

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

**Allergies**

(As Of: 01/20/2020 17:33:20 EST)

Allergies (Active)

## DOC - Therapy

No Known Medication Allergies *Estimated Onset Date:* Unspecified ; *Created By:* Hensley PT, Jennifer; *Reaction Status:* Active ; *Category:* Drug ; *Substance:* No Known Medication Allergies ; *Type:* Allergy ; *Updated By:* Hensley PT, Jennifer; *Reviewed Date:* 07/25/2019 12:49 EDT

**Rapid Pain Assessment**
*Primary Pain Laterality :* Left
*Post Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
Parnell PT Student, Ryan - 01/20/2020 16:38 EST

*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Worst Pain Level 1-10 Evaluation :* 7
*Best Pain Level 1-10 Evaluation :* 2
Parnell PT Student, Ryan - 01/20/2020 14:58 EST

**Home Environment**
*Living Situation :* Home independently
Parnell PT Student, Ryan - 01/20/2020 14:58 EST

*Lives With :* Other: With partner
Parnell PT Student, Ryan - 01/20/2020 16:38 EST

*Lives In :* Multilevel home
Parnell PT Student, Ryan - 01/20/2020 14:58 EST
Parnell PT Student, Ryan - 01/20/2020 14:58 EST

<u>Rehabilitation Stairs Grid</u>

| | Inside Stairs | Outside Stairs |
|---|---|---|
| *Number of Stairs :* | 14 | 1 |
| *Rail :* | Rail on left going up | None |
| Comment | (Comment: Rarely goes to the basement [Parnell PT Student, Ryan - 01/20/2020 17:31 EST] ) | |
| | Parnell PT Student, Ryan - 01/20/2020 14:58 EST | Parnell PT Student, Ryan - 01/20/2020 16:38 EST |

*Patient's Responsibilities Rehab :* Community mobility, Home management, Laundry, Leisure/Play/Hobbies, Personal ADL
*Home Equipment Rehab :* None
Parnell PT Student, Ryan - 01/20/2020 14:58 EST

<u>Functional Abilities and Goals Grid</u>

## DOC - Therapy

*ADL/Self Care :* Assist/needed help
*Indoor Mobility :* Independent (I)
*Outdoor Mobility :* Independent (I)
*Stairs :* Independent (I)
*Instrumental ADL :* Independent (I)
*Prior Cognitive-Communication Skills :* Independent (I)

Parnell PT Student, Ryan - 01/20/2020 14:58 EST

*Prior Functional Status Comments :* Difficulty with folding clothes and grasping objects due to long history of left shoulder issue.

Parnell PT Student, Ryan - 01/20/2020 16:38 EST

**Posture/Deviations**

Deviations Grid
*Depressed Scapula :* Left, Standing

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

Posture Grid
*Protruded Head :* Sitting, Standing

Parnell PT Student, Ryan - 01/20/2020 16:38 EST

**Gait Analysis**

*Gait Analysis Additional Detail :* Reduced left arm swing

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

**UE ROM/Strength**

*Lt Upper Extremity Strength :* Other: Weakness evident via range of motion assessment. Manual muscle testing was not performed due to pain. Will perform when appropriate and tolerable.

Parnell PT Student, Ryan - 01/20/2020 16:38 EST
Parnell PT Student, Ryan - 01/20/2020 16:38 EST

Upper Extremity Overall ROM Grid
*Left Upper Extremity Active Range :* Impaired
*Right Upper Extremity Active Range :* Within functional limits

Parnell PT Student, Ryan - 01/20/2020 14:58 EST

*Document UE Range in Degrees :* Yes

Parnell PT Student, Ryan - 01/20/2020 14:58 EST

**UE ROM Degrees**

Left Upper Extremity Detailed ROM Grid

| | Left Shoulder Flexion Range | Left Shoulder Abduction Range | Left Shoulder External Rotation Range |
|---|---|---|---|
| *Active :* | 110 degrees | 91 degrees | 32 degrees |
| *Passive :* | | 95 degrees | |
| *Comment :* | measured in sitting | measured in sitting, passive measured in supine | measured in sitting |
| | Parnell PT Student, Ryan - 01/20/2020 14:58 EST | Parnell PT Student, Ryan - 01/20/2020 15:23 EST | Parnell PT Student, Ryan - 01/20/2020 14:58 EST |

## *DOC - Therapy*

**Joint Mobility/Palpation PT**

PT Palpation of the UE

| | UE Palpation 1 |
|---|---|
| *Location :* | GH joint |
| *Findings :* | Tightness |
| *Side :* | Left |
| *Comments :* | Increased scapular motion with shoulder flexion and abduction to compensate for glenohumeral tightness. |
| | Parnell PT Student, Ryan - 01/20/2020 16:38 EST |

**Education**

*Teaching Method :* Demonstration, Explanation, Printed materials

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

Physical Therapy Education Grid

*Pain Control :* Ed. Needed

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

*Exercise Program :* Verbalizes understanding, Needs further teaching

(Comment: Instruction for intitial components of HEP [Parnell PT Student, Ryan - 01/20/2020 17:31 EST] )

Parnell PT Student, Ryan - 01/20/2020 16:38 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs

*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 01/20/2020 16:49 EST
(As Of: 01/20/2020 17:15:02 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

## DOC - Therapy

Parnell PT Student, Ryan - 01/20/2020 16:49 EST
Parnell PT Student, Ryan - 01/20/2020 16:49 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Initial | Initial |
| | Parnell PT Student, Ryan - 01/20/2020 17:25 EST | Parnell PT Student, Ryan - 01/20/2020 16:49 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. |
| *Status :* | Initial | Initial | Initial |
| *Comments :* | Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32 | | |
| | Parnell PT Student, Ryan - | Parnell PT Student, Ryan - | Parnell PT Student, Ryan - |

## DOC - Therapy

| | 01/20/2020 17:25 EST | 01/20/2020 16:49 EST | 01/20/2020 16:49 EST |
|---|---|---|---|

*STG Documentation :* Yes

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

**Recommendations/Summary of Progress**

*Additional Information :* Pt reports to outpatient physical therapy evaluation following a left shoulder capsular release and distal clavicular excision performed on December 20, 2019. He had two tears of his rotator cuff that occured in september of 2018 and a broken arm prior to the rotator cuff tears. Following injury he was in a sling for an extended period of time. He then developed frozen shoulder and thus, had the capsular release and distal clavicular excision. Evaluation revealed significantly impaired shoulder range of motion specifically of the glenohumeral joint (see UE ROM and Joint Mobility Section). Furthermore, weakness was evident via ROM assessment and manual muscle testing was not performed due to pain and will be assessed when tolerable and appropriate. Posture assessment revealed a forward head and shoulder depression on the left side. During shoulder ROM, the pt gets very little mobility from his glenohumeral joint and compensates throught excessive motion of his scapula during shoulder flexion and abduction. His goals for therapy are to decrease pain, improve shoulder mobility, and potentially return to work as he reports being out of work for the past 18 months. He will benefit from therapy in order to decrease glenhumeral tightness, increase strength, decrease pain, and improve his ability to perform ADLs. Given his impairments and absence of any commorbidities he is of low complexity.

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

**OP PT Time Spent With Patient**

*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 01/20/2020 17:31 EST

*OP PT Low Evaluation Units :* 1
*OP PT Low Evaluation Minutes :* 47
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 10
*OP PT Total Treatment Timed Minutes :* 10 minute
*OP PT Total Units (Timed) :* 1 units
*OP PT Total Treatment Untimed Minutes :* 47 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 57
*OP PT Total (All Units) :* 2
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

*DOC - Therapy*

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Progress Note/ DC Assessment- Text |
| SERVICE DATE/TIME: | 4/21/2020 14:47 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Hale PT,Angela (4/21/2020 14:47 EDT) |
| SIGN INFORMATION: | Hale PT,Angela (4/21/2020 14:47 EDT) |

**OP PT Communication Note Entered On: 04/21/2020 14:48 EDT**
**Performed On: 04/21/2020 14:47 EDT by Hale PT, Angela**

**OP General Information**
*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint
*Date of Birth :* EST
*Total Number of Visits PT :* 22
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST

Hale PT, Angela - 04/21/2020 14:47 EDT
(As Of: 04/21/2020 14:48:41 EDT)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**PT Pain Management**
*PT Pain Management :* Documented Below
*Worst Pain Level 1-10 Evaluation :* 7
*Worst Pain Level 1-10 Update/Discharge :* 8
*Best Pain Level 1-10 Evaluation :* 2
*Best Pain Level 1-10 Update/Discharge :* 2
*Pain Relief Techniques - Update/Discharge :* Cold, Exercise

Hale PT, Angela - 04/21/2020 14:47 EDT

**PT Treatments Provided**
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Patient / Caregiver Education -Instructions :* Home program, Body Mechanics/Transfers, Pain management
*PT Equipment Anticipated or Recommended :* None
*PT Equipment Issued Rehab :* None

Hale PT, Angela - 04/21/2020 14:47 EDT

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

## DOC - Therapy

Hale PT, Angela - 04/21/2020 14:47 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Hale PT, Angela - 04/21/2020 14:47 EDT | Hale PT, Angela - 04/21/2020 14:47 EDT |

*IP PT LTG Documentation :* Yes

Hale PT, Angela - 04/21/2020 14:47 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, | 3/2: reported 8/10 at its worst. 2/24: | 3/9: Theraband rows added. 3/2: | 3/2: QuickDASH = 52 |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated. | |
| | Hale PT, Angela - 04/21/2020 14:47 EDT | Hale PT, Angela - 04/21/2020 14:47 EDT | Hale PT, Angela - 04/21/2020 14:47 EDT | Hale PT, Angela - 04/21/2020 14:47 EDT |

**PT Objective and Functional Status**
*Addendum Completed :* No
*PT Recommendations :* Requesting to continue with plan
*Additional Information :* Pt continues to be on hold d/t facility mandated closure for COVID-19 precautionary measures.

Hale PT, Angela - 04/21/2020 14:47 EDT

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Progress Note/ DC Assessment- Text |
| SERVICE DATE/TIME: | 3/18/2020 13:08 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Hensley PT,Jennifer (3/18/2020 13:08 EDT) |
| SIGN INFORMATION: | Hensley PT,Jennifer (3/18/2020 13:08 EDT) |

**OP PT Communication Note Entered On: 03/18/2020 13:09 EDT**
**Performed On: 03/18/2020 13:08 EDT by Hensley PT, Jennifer**

**OP General Information**
*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint
*Date of Birth :* EST
*Total Number of Visits PT :* 22
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST

Hensley PT, Jennifer - 03/18/2020 13:08 EDT
(As Of: 03/18/2020 13:09:17 EDT)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**PT Pain Management**
*PT Pain Management :* Documented Below
*Worst Pain Level 1-10 Evaluation :* 7
*Worst Pain Level 1-10 Update/Discharge :* 8
*Best Pain Level 1-10 Evaluation :* 2
*Best Pain Level 1-10 Update/Discharge :* 2
*Pain Relief Techniques - Update/Discharge :* Cold, Exercise

Hensley PT, Jennifer - 03/18/2020 13:08 EDT

**PT Treatments Provided**
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Patient / Caregiver Education -Instructions :* Home program, Body Mechanics/Transfers, Pain management
*PT Equipment Anticipated or Recommended :* None
*PT Equipment Issued Rehab :* None

Hensley PT, Jennifer - 03/18/2020 13:08 EDT

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

## *DOC - Therapy*

Hensley PT, Jennifer - 03/18/2020 13:08 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Hensley PT, Jennifer - 03/18/2020 13:08 EDT | Hensley PT, Jennifer - 03/18/2020 13:08 EDT |

*IP PT LTG Documentation :* Yes

Hensley PT, Jennifer - 03/18/2020 13:08 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated. | 3/2: QuickDASH = 52 |
| | Hensley PT, Jennifer - 03/18/2020 13:08 EDT | Hensley PT, Jennifer - 03/18/2020 13:08 EDT | Hensley PT, Jennifer - 03/18/2020 13:08 EDT | Hensley PT, Jennifer - 03/18/2020 13:08 EDT |

**PT Objective and Functional Status**
*Addendum Completed :* No
*PT Recommendations :* Other: hold
*Additional Information :* Pt will be placed on hold d/t facility mandated closure for COVID-19 precautionary measures.

Hensley PT, Jennifer - 03/18/2020 13:08 EDT

## *DOC - Therapy*

| | |
|---|---|
| DOCUMENT NAME: | OP PT Progress Note/ DC Assessment- Text |
| SERVICE DATE/TIME: | 3/2/2020 18:29 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (3/2/2020 18:29 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (3/2/2020 18:31 EST); Parnell PT Student,Ryan (3/2/2020 18:29 EST) |

**OP PT Communication Note Entered On: 03/02/2020 18:30 EST**
**Performed On: 03/02/2020 18:29 EST by Parnell PT Student, Ryan**

**OP General Information**
*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint
*Date of Birth :* EST
*Total Number of Visits PT :* 18
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST

Parnell PT Student, Ryan - 03/02/2020 18:29 EST
(As Of: 03/02/2020 18:31:35 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**PT Pain Management**
*PT Pain Management :* Documented Below
*Worst Pain Level 1-10 Evaluation :* 7
*Worst Pain Level 1-10 Update/Discharge :* 8
*Best Pain Level 1-10 Evaluation :* 2
*Best Pain Level 1-10 Update/Discharge :* 2
*Pain Relief Techniques - Update/Discharge :* Cold, Exercise

Parnell PT Student, Ryan - 03/02/2020 18:29 EST

**PT Treatments Provided**
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Patient / Caregiver Education -Instructions :* Home program, Body Mechanics/Transfers, Pain management
*PT Equipment Anticipated or Recommended :* None
*PT Equipment Issued Rehab :* None

Parnell PT Student, Ryan - 03/02/2020 18:29 EST

**Long Term Goals**

## DOC - Therapy

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Parnell PT Student, Ryan - 03/02/2020 18:29 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 03/02/2020 18:29 EST | Parnell PT Student, Ryan - 03/02/2020 18:29 EST |

*IP PT LTG Documentation :* Yes
Parnell PT Student, Ryan - 03/02/2020 18:29 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated. | 3/2: QuickDASH = 52 |
| | Parnell PT Student, Ryan - 03/02/2020 18:29 EST | Parnell PT Student, Ryan - 03/02/2020 18:29 EST | Parnell PT Student, Ryan - 03/02/2020 18:29 EST | Parnell PT Student, Ryan - 03/02/2020 18:29 EST |

**PT Objective and Functional Status**
*Supervising Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 03/02/2020 18:31 EST

*Addendum Completed :* No
*PT Recommendations :* Requesting to continue with plan
*Additional Information :* Pt's left shoulder ROM is still progressing (see updated UE ROM section) however, ROM deficits still present especially in shoulder flexion. Strength was now able to be assessed due to pt now being able to achieve testing positions with weakness evident in left shoulder (see UE strength section). Pt continues to be limited by pain and states that in the past week pain in left shoulder has been 8/10 at its worst and 2/10 at its best. Updated QuickDASH score is 52 indicating the presence of continued significant functional limitation due to pain. Pt will continue to benefit from therapy for further left shoulder flexibility, strengthening as tolerated, and further pain reduction for improved daily function with UE tasks. Continue with current plan and progress as tolerated.

Parnell PT Student, Ryan - 03/02/2020 18:29 EST

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Progress Note/ DC Assessment- Text |
| SERVICE DATE/TIME: | 2/3/2020 17:06 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (2/3/2020 17:06 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (2/3/2020 17:42 EST); Parnell PT Student,Ryan (2/3/2020 17:06 EST) |

**OP PT Communication Note Entered On: 02/03/2020 17:08 EST**
**Performed On: 02/03/2020 17:06 EST by Parnell PT Student, Ryan**

**OP General Information**
*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint
*Date of Birth :* EST
*Total Number of Visits PT :* 7
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST

Parnell PT Student, Ryan - 02/03/2020 17:06 EST
(As Of: 02/03/2020 17:43:05 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**PT Pain Management**
*PT Pain Management :* Documented Below
*Worst Pain Level 1-10 Evaluation :* 7
*Worst Pain Level 1-10 Update/Discharge :* 7
*Best Pain Level 1-10 Evaluation :* 2
*Best Pain Level 1-10 Update/Discharge :* 2
*Pain Relief Techniques - Update/Discharge :* Cold, Exercise

Parnell PT Student, Ryan - 02/03/2020 17:06 EST

**PT Treatments Provided**
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Patient / Caregiver Education -Instructions :* Home program, Body Mechanics/Transfers, Pain management
*PT Equipment Anticipated or Recommended :* None
*PT Equipment Issued Rehab :* None

Parnell PT Student, Ryan - 02/03/2020 17:06 EST

**Long Term Goals**

## *DOC - Therapy*

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Parnell PT Student, Ryan - 02/03/2020 17:06 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 02/03/2020 17:06 EST | Parnell PT Student, Ryan - 02/03/2020 17:06 EST |

*IP PT LTG Documentation :* Yes
Parnell PT Student, Ryan - 02/03/2020 17:06 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Initial |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, | 2/3: Reports pain of 5/10. 1/31: | | |

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 1/20/2020
FIN#: 175789 Discharge Date:
DOB/Age/Gender: 51 years Male Attending Phys:

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| | Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | reports pain of 5/10. 1/27: pt reports pain of 6/10 | | |
| | Parnell PT Student, Ryan - 02/03/2020 17:06 EST | Parnell PT Student, Ryan - 02/03/2020 17:06 EST | Parnell PT Student, Ryan - 02/03/2020 17:06 EST | Parnell PT Student, Ryan - 02/03/2020 17:06 EST |

**PT Objective and Functional Status**
*Addendum Completed :* No
*PT Recommendations :* Requesting to continue with plan
*Additional Information :* Pt re-assessed and is making progress with shoulder ROM and has met one of his short-term goals. He still complains of left shoulder pain of 7/10 at its worst. Will continue to benefit from shoulder ROM and progression to strengthening as tolerated/appropriate to reduce difficulty with ADLs.
Parnell PT Student, Ryan - 02/03/2020 17:06 EST

*Therapy Documentation*

*** Auth (Verified) ***

## Shoulder extension with resistance - Neutral



**REPS: 10** | **SETS: 2**

[illegible] SPT 03/11/2020 01:58 pm
[illegible] PT 3/11/2020 14:05

**ZOLL, JAMES D**
DOB: (M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
ACT: 175789 MRN: 537631
(ACT)

MEDBRIDGE Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider.

## Seated Shoulder Flexion AAROM with Pulley Behind



| REPS: 30 | DAILY: 2 |
|---|---|

## Seated Shoulder Scaption AAROM with Pulley at Side



| REPS: 30 | DAILY: 2 |
|---|---|

## Seated Shoulder Abduction AAROM with Pulley Behind



| REPS: 30 | DAILY: 2 |
|---|---|

## Scapular Retraction with Resistance



| REPS: 10 | SETS: 2 |
|---|---|
| DAILY: 1 | |

## Isometric Shoulder Flexion at Wall



| REPS: 10 | HOLD: 3 |
|---|---|
| DAILY: 1 | |

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: ADMIT: 01/20/20
ACT: 175789 MRN: 537631
[ACT]

[signature] SPT 03/09/2020 2:03pm
[signature] PT 3/9/2020 14:19

Patient: James Zoll

MEDBRIDGE Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider.

## Isometric Shoulder Extension at Wall



| | |
|---|---|
| REPS: 10 | HOLD: 3 |
| DAILY: 1 | |

## Isometric Shoulder External Rotation at Wall



| | |
|---|---|
| REPS: 10 | HOLD: 3 |
| DAILY: 1 | |

## Standing Isometric Shoulder Internal Rotation at Doorway



| | |
|---|---|
| REPS: 10 | HOLD: 3 |
| DAILY: 1 | |

## Isometric Shoulder Abduction at Wall



| | |
|---|---|
| REPS: 10 | HOLD: 3 |
| DAILY: 1 | |

## Isometric Shoulder Adduction



| | |
|---|---|
| REPS: 10 | HOLD: 3 |
| DAILY: 1 | |

MEDBRIDGE Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider.

*** Auth (Verified) ***

## Corner Pec Major Stretch



| SETS: 3 | HOLD: 30 |
| --- | --- |
| DAILY: 2 | |

Ryan S. Parnell SPT 03/09/2020 2:03pm
JJ Hly. PT 3/9/2020 14:20

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
ACT: 175789 MRN: 537631
[ACT]

Patient: James Zoll

MEDBRIDGE Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider.

## Sleeper Stretch



| | |
|---|---|
| REPS: 5 | SETS: 1-2 |
| HOLD: 10 | DAILY: 2 |

## Seated Isometric Shoulder Inferior Glide



| | |
|---|---|
| REPS: 10 | SETS: 1-2 |
| HOLD: 3 SEC | DAILY: 2 |
| WEEKLY: 7 | |

## Standing Shoulder External Rotation AAROM with Dowel



| | |
|---|---|
| REPS: 10 | SETS: 2 |
| HOLD: 3 | DAILY: 2 |

[illegible signature] SPT 1/20/2020 5:51pm
[illegible signature] PT 1/20/2020 17:51

**ZOLL, JAMES D**
DOB: (M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
**ACT: 175789 MRN: 537631**
[ACT]

MEDBRIDGE Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider.

## *Coding Summary*

*** Auth (Verified) ***

DATE: 01/21/2020 Cardinal Hill Rehab Hospital TIME: 04:22 PM
PAGE: 1 OF 1 CODING WORKSHEET

Patient Name: JAMES D ZOLL
Birthdate/Age: 051Y

Attending Phys: HACKETT, DANIEL
Consultants:

MR#: 000537631 PAT#: 0000175789
Adm/Disch: 1/20/20
Length of Stay: 1
Disposition: 30

Med Svc[Pgm]: ORTHOPEDIC - OTHER
Impairment/CMG:
CMS13:

Coded by: williakd 1/21/20

---

| Diagnoses | POA | MOD | HAC | Description | Tier |
|---|---|---|---|---|---|
| 1. R53.1 | | | | Weakness | |
| 2. M25.612 | | | | Stiffness of left shoulder, not elsewhere classified | |
| 3. M25.512 | | | | Pain in left shoulder | |
| 4. R29.3 | | | | Abnormal posture | |
| 5. R26.89 | | | | Other abnormalities of gait and mobility | |

| Date | CPT | Modifiers | Description |
|---|---|---|---|
| 1. 01/20/20 | 97110 | GP | Therapeutic exercises |
| 2. 01/20/20 | 97161 | GP | Pt eval low complex 20 min |

*** END OF REPORT ***

## *Phone Messages*

DOCUMENT NAME: Phone Message/Call
SERVICE DATE/TIME: 1/20/2020 17:57 EST
RESULT STATUS: Modified
PERFORM INFORMATION: Redmon,Laura (1/21/2020 08:28 EST); Parnell PT Student, Ryan (1/20/2020 17:57 EST)

SIGN INFORMATION:

**Addendum by Redmon, Laura on January 21, 2020 08:28:37 EST**

---------------------

From: Redmon, Laura (0196 OP Therapy Financial Counselors)
To: Parnell PT Student, Ryan;
Cc: Hensley PT, Jennifer;
Sent: 01/21/2020 08:28:37 EST
Subject: RE: Visit Request

approved 21 PT visits from 1/21/20 thru 4/30/20

---------------------

From: Parnell PT Student, Ryan
To: 0196 OP Therapy Financial Counselors;
Cc: Hensley PT, Jennifer;
Sent: 01/20/2020 17:57:55 EST
Subject: Visit Request

Please request 21 visits. 3 times a week for 3 weeks and 2 times a week for 6 weeks.

## *Miscellaneous*

*** Auth (Verified) ***

CARDINAL HILL® REHABILITATION HOSPITAL

Orthopedic Specialty Program

Physical Therapy Progress Note

ZOLL, JAMES D
DOB: ,M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
ACT: 175789 MRN: 537631
(ACT)

Date: 03/04/2020

Patient Name: James D. Zoll

DOB:

Diagnosis: Left Shoulder Capsular Release & Distal Clavicular excision

| AROM: Initial Eval | AROM: Current | MMT: Initial Eval | MMT: Current |
|---|---|---|---|
| L Shoulder Flexion = 110<br>Abduction = 91<br>External Rot = 32 | Flexion = 119<br>Abduction = 122<br>External Rot: 50 | Not Tested due to Pain & Limitations | L Shoulder Flexion = 3+/5 w/in Available ROM<br>Abduction = 3+/5 w/in available ROM |

Assessment/Functional Gains: Pt continues to be limited by pain & reports pain of 8/10 intensity at its worst & 2/10 at its best. Left Shoulder ROM continues to improve (see above). Strength able to now be tested w/in pt's available ROM which revealed Left shoulder weakness. Pt's Quick Dash score of 52 still indicates significant functional impairment due to pain. Pt will continue to benefit from PT for continued ROM improvement, pain reduction, & strength.

Thank you for the opportunity to participate in the care of your patient. Please feel free to contact us with questions or concerns at 859-246-8925.

Sincerely, [signature] SPT 03/04/2020 9:02 am
[signature] PT 3/4/2020 9:02

*** Auth (Verified) ***

CARDINAL HILL® REHABILITATION HOSPITAL

Orthopedic Specialty Program

Physical Therapy Progress Note

Date: 02/03/2020

Patient Name: James D. Zoll

DOB:

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
ACT: 175789 MRN: 537631
(ACT)

Diagnosis: Left Shoulder Capsular Release & Distal Clavicular Excision

| AROM: | | MMT: | |
|---|---|---|---|
| Initial Eval | Current | Initial Eval | Current |
| Shoulder Flex = 110<br>Abd = 91<br>Ext. Rot. = 32 | Flex = 122<br>Abd = 107<br>Ext. Rot. = 47 | Not assessed due to restrictions & pain | Not assessed due to pain |

Assessment/Functional Gains: Improved shoulder range of motion as well as improved shoulder/scapular mechanics in available range. Patient still reports shoulder pain of 7/10 at its worst. He will benefit from continued therapy for improving range of motion, decrease pain, and begin strengthening when appropriate.

Thank you for the opportunity to participate in the care of your patient. Please feel free to contact us with questions or concerns at 859-246-8925.

Sincerely, Ryan S. Powell SPT 02/03/2020 1:40pm
[signature] PT 2/3/2020 13:40

Encompass Health

ZOLL, JAMES D

Encompass Health

ZOLL, JAMES D

TTR: 0

**Lincoln/Zoll 0702**

| | |
|---|---|
| **From:** | Jeff Williamson |
| **To:** | DisabilityDocuments; Zollta |
| **Subject:** | Attn: Nick Torres RE: James Zoll claim 6048215 |
| **Date:** | Wednesday, September 19, 2018 6:11:24 PM |

Attn Nick Torres
RE James Zoll Claim #6048215


Attn: Nick Torres
Claim # 6048215
James Zoll
Emailed 9/19/18 6:10pm ET
Surgery on left shoulder on
9/17/18 - Lexington Clinic
Page 1 of 5

# Lexington Clinic

Ambulatory Surgery Center
1225 South Broadway
Lexington, KY 40504
24 Hour Number (859) 258-4000

- ☐ Dr. Burandt
- ☐ Dr. Dome
- ☐ Dr. Hester
- ☐ Dr. Kibler
- ☑ Dr. Wilkes

## Orthopedic Shoulder Post-Operative Home Instructions

Procedure ______________________

- **Activity**
  - ☑ Activity as tolerated
  - ☑ Walk around the home as tolerated with frequent periods of rest
  - ☑ Light activity today, tomorrow advance activity as tolerated
  - ☑ **DO keep arm in sling and swathe at all times** or as otherwise directed by your doctor.
  - ☑ DO bend arm at elbow only, flex wrist, and wiggle fingers as instructed by your doctor and/or physical therapist. Do not use any weights or resistance.
  - ☐ ~~(For Dr. Kibler's surgeries involving the biceps tendon and scapular muscle): Do not bend arm at elbow. You may flex your wrist and wiggle fingers as instructed by your doctor and/or physical therapist. Do not use any weights or resistance.~~
  - ☑ Hand pumps
  - ☑ Ankle pumps all day, everyday
  - ☑ **DO NOT** raise arm at shoulder until directed by your doctor (Exception: May raise arm just enough to place pad or wash cloth under armpit to guard against rash if approved by your doctor).
  - ☑ DO try to be aware of and avoid home hazards such as narrow doorways, slippery area rugs, slick tile/hardwood floors, small children, pets etc.
  - ☑ DO return to your doctor for your follow-up visit as scheduled.
  - ☑ You may shower in 3 days.
  - ☐ ______________________

- **Diet**
  - ☑ Begin with clear liquids, advance to regular food as tolerated
  - ☑ Regular diet as tolerated
  - ☑ No spicy, greasy or fried foods for 24 hours
  - ☑ If nauseated, clear liquids only as tolerated until nausea is gone
  - ☐ ______________________

- **Dressing Care and General Instructions**
  - ☑ Keep surgical dressing clean and dry for until MD visit days.
  - ☑ Remove surgical dressing in 3 days and apply large band aids. Do not get incisions wet until after the stitches or staples are removed.
  - ☐ ~~Leave surgical dressing in place until follow-up appointment with your surgeon, cover dressing to shower unless otherwise instructed.~~
  - ☑ Ice with cold therapy unit/icepacks for 5-7 days (be sure to have cloth barrier between ice and surgical site). Use ice 30 minutes on and 30 minutes off. May remove ice packs at night.
  - ☑ Remove ON-Q pump/catheter and dressing on 3 days Thurs. 9-20-18 See separate instruction sheet.
  - ☐ ______________________

8/12, 1/14, 4/14, 6/15, 9/15, 9/16, 6/17

- **Pain Medicine**

  - ☑ Take pain medicine with food to prevent nausea. ~~(NO Ibuprofen, Advil, Aleve, etc. for shoulder surgeries unless otherwise instructed)~~
  - ☑ Avoid additional Tylenol/acetaminophen while taking narcotic pain medicine
    - ☑ **For optimum pain control, take your prescription pain medicine every** 4-6 **hours as ordered for the 1st 24-48 hours after surgery**
    - ☑ **Discontinue your pain medicine immediately and call your doctor if you have the following symptoms: rash, hives, itching, swelling or shortness of breath**
    - ☑ **Pain medication may cause constipation.**
  - ☐ ~~Enteric-coated Aspirin ☐325 mg ☐81mg. Take one by mouth ☐once a day ☐twice a day ☐one week~~ ☐10 days ~~☐six weeks ☐~~
  - ☑ Prescriptions: Percocet 5/325 1-2 every 4-6 hrs
  - ☐ Ibuprofen 600mg every 8 hrs

- **When to Call the Physician**

  - ☑ A slight temperature increase is to be expected. Call for a temperature greater than 101.5° to 102°
  - ☑ Increased redness or swelling of the incision; increased drainage from the incision; yellow, green or foul smelling drainage from the incision; opening of the incision
  - ☑ Severe pain not relieved by your pain medication
  - ☑ Severe nausea and vomiting without being able to keep down clear liquids
  - ☑ Report any of the following: change in temperature (hot or cold), change in color (pale or very red) or numbness of the hand or extremity operated on 24-48 hours after surgery. (Note: numbness is normal if you have an On-Q pump for up to 24 hours after the pump is removed)

*Responsible Party* X [signature]

*Reviewed By* [signature] RN

ZOLL, JAMES
ID: 21795182
DOB: [redacted] AGE: 49 SEX: M
DOS 09/17/18
DR: WILKES MD, TREVOR DR# 278
New Lexington Clinic

14, 4/14, 6/15, 9/15, 9/16, 6/17

# Lexington Clinic

## On-Q* Catheter Patient Guidelines

The catheter is a small tube near your incision site that is connected to your infusion pump

The medication in your On-Q infusion pump is ____________________

The following symptoms or situations may represent a serious medical condition. Call your doctor or 911 in case of emergency to prevent serious patient injury:

9.20.18
Pull

- Difficulty breathing
- Redness, warmth, discharge, or excessive bleeding from the catheter site
- A metallic taste in the mouth
- Ringing or buzzing in the ears
- Persistent tremors or shakes, or a seizure
- Redness, pain, or swelling at the catheter insertion site
- A cold, dusky, or dark extremity
- Severe pain ***and*** you can't move your fingers or toes
- Numbness and/or tingling around your mouth, fingers, or toes
- Blurred vision
- Confusion, dizziness, or light headedness

★Be aware that you may experience loss of feeling at and around the surgical area. If numbness occurs, take proper measures to avoid injury. Be careful when placing hot or cold items on a numb area★

### Removal of Catheter



- Wash your hands thoroughly with soap and warm water. Dry thoroughly.
- Remove the dressing covering the catheter site.
- Remove any skin adhesive strips.
- Grasp the catheter close to the skin and **gently** pull on the catheter. It should be easy to remove and not painful. Do not tug or quickly pull on the catheter during removal. If it becomes hard to remove or stretches, then **STOP**. Call your doctor. Continued pulling could break the catheter.
- **Do not** cut or pull hard to remove the catheter.
- *****After you remove the catheter, check the catheter tip for the black marking to ensure the entire catheter was removed.***** Call the doctor is you don't see the black marking.
- Place a band aid over the catheter insertion site.

ZOLL, JAMES
ID: 21795182
DOB
AGE: 49 SEX: M
DOS: 09/17/18
DR: WILKES MD, TREVOR DR# 278
New Lexington Clinic

Responsible Party ____________

Reviewed By ____________ RN

*Used with permission from Halyard Health



# BLUEGRASS BRACING – BRACE RECEIPT

1389 West Main Street, Lexington, KY 40508

Phone (859) 266-5500 Fax (859) 266-5523 Toll Free 1-866-266-5500

Patient Name: James Zoll

Delivery Address: [illegible]
1225 S Broadway [illegible]
Lexington, KY [illegible]

**MISSION STATEMENT**

Bluegrass Bracing strives to provide professional bracing services to all patients as directed by their treating physician. Our staff of Certified Practitioners treat patients with great care and compassion while providing appropriate fit and proper education on braces indicated for their medical condition. Our friendly and courteous billing staff offers personalized customer service through timely attention to all patient inquiries.

**RELEASE OF MEDICAL RECORDS**

✓ ____ I authorize Bluegrass Bracing to obtain any medical documentation necessary, including but not limited to, physician notes, diagnostic testing results and hospital records, in regards to the diagnosis for which the service named below was ordered. I further authorize Bluegrass Bracing to release my medical records to my insurance carrier, worker's compensation company and/or attorney.

**PAYMENT AUTHORIZATION**

✓ ____ I hereby assign all DME benefits, which include Medicare, Medicaid, private insurance or any other health plan, to Bluegrass Bracing. This authorization and assignment will remain in effect unless revoked by me in writing. A photocopy of this authorization and assignment is considered as valid as the original. I understand that I am financially responsible for all DME charges associated with services received from Bluegrass Bracing, whether or not they are covered by insurance and that any patient responsibility amount quoted to me is an ESTIMATION only and may be more or less as determined by my insurance company. I give Bluegrass Bracing permission to contact me via my home or cell phone, text or by e-mail in order to collect any monies owed.

**MEDICARE SUPPLIER STANDARDS & ADVANCED BENEFICIARY NOTICE OF NONCOVERAGE (ABN)**

✓ ____ I hereby acknowledge receipt of Medicare's 30 Supplier Standards (located on the back of this form) and, if applicable, an ABN.

**PRIVACY NOTICE & HIPAA COMPLIANCE**

✓ ____ I hereby acknowledge receipt of Bluegrass Bracing's Privacy Notice.

**PATIENT BILL OF RIGHTS & RESPONSIBILITIES**

✓ ____ I hereby acknowledge receipt of Bluegrass Bracing's Patient Bill of Rights & Responsibilities.

**DELIVERY CONFIRMATION**

✓ ____ On Sept 17th, 2018 I received the following brace from Bluegrass Bracing

(Product Sticker Here)

Brace Common Name: Pre-Fab Shoulder Abduction Brace, L3960

Manufacturer Breg Model ARC Size 4 Lot # ____

I have read and understand each initialed statement above, and I agree that I have been properly instructed on donning, doffing, compliance and use of the brace supplied to me. Also, I completely understand how to correctly use my brace.

X ____________________ 9/17/2018
Patient, Parent or Guardian or Accompanying Relative (Relation to Patient) Date

____________________
Printed Name of Person Signing Form if Not the Patient Telephone Number

____________________
Witness Date

**BILLING POLICY AND PROCEDURE**

- As a courtesy to our patients, Bluegrass Bracing will check your insurance benefits, which do not guarantee coverage, and then file a claim for our services with your insurance company. Ultimately, it is your responsibility to verify coverage for Durable Medical Equipment with your insurance company. If we do not receive reimbursement within 90 days from the time we submitted our claim to your insurance company, then you may be requested to help us seek payment. Bluegrass Bracing reserves the right to bill you for the full invoice amount if the claim remains unpaid.
- In some circumstances, a co-insurance or deductible is due after your insurance company pays their portion of the claim. Bluegrass Bracing will forward you three consecutive statements indicating the balance due after the insurance payment. You have two options: you can payoff the balance in full or you can set up a payment plan with our billing staff. It is your responsibility to communicate with Bluegrass Bracing and make payment arrangements. Bluegrass Bracing reserves the right to contact you about your account balance on your home, cell or work phone or through personal or work email addresses.
- If your account balance remains uncollected after 90 days, then Bluegrass Bracing reserves the right to utilize small claims court and/or a collection agency as a means of collecting the balance. Bluegrass Bracing's policy is to effectively cooperate with patients and assist them in making payment arrangements to satisfy their financial obligations. If the account is turned over to a collection agency, then interest charges may be applied. If the account is turned over to an attorney, then you will be responsible for any and all attorney's charges, court costs and/or litigation fees.

Sent from Yahoo Mail for iPhone

Lincoln/Zoll 0707

**From:** Jeff Williamson
**To:** DisabilityDocuments; Zollta
**Subject:** Attn: Nick Torres Claim 6048215 James Zoll
**Date:** Tuesday, November 27, 2018 5:42:15 PM



27/18

ATTN: NICK TORRES

Claim # 604 8215

James Zoll

Saw orthopedic surgeon, Dr. Wilkes, today.
Next Follow up appt. is with Dr. Wilkes on 12/19/18.
Continuing physical therapy, w/ Commonwealth therapy.
Commonwealth Therapy is sending log notes on physical therapy.

NEW LEXINGTON CLINIC PSC • 700 BOB-O-LINK DR, LEXINGTON KY 40504-3756

**ZOLL, JAMES D (id #21795182, dob:**

ORTHO WORK STATUS

Work Comp Ins Carrier:
Case Manager:
Case #:
Telephone:
Fax:
Address:

☐ REGULAR DUTY

☒ UNABLE TO RETURN until after next appt in our office
☐ For 3 days then modified duty
☐ For 1 week
☐ Until follow up appointment

☐ MODIFIED DUTY AS DESCRIBED BELOW:
☐ No driving commercial vehicles
☐ No prolonged standing and walking
☐ No climbing
☐ No prolonged sitting
☐ No work near moving machinery
☐ Physical/Occupational Therapy
☐ Limited use of the ☐ LEFT ☐ RIGHT ☐ ARM ☐ LEG
☐ Keep stitches clean and dry
☐ Can only work in splint
☐ No repetitive gripping
☐ Sit down work only
☐ No overhead work with arm
☐ No pushing, pulling, lifting, gripping 5 lbs
☐ No shoulder movement at above shoulder height

☐ OTHER: If modified duty is not available, patient is to remain out of work until follow up appointment

*** Mr. Zoll was seen in our office today, 11/27/2018

MMI: ☐ Yes ☐ No Projected MMI Date:

F/U Appointment: ___ days ___ weeks ___ Months ☐ PRN Other:

Electronically Signed by: TREVOR WILKES, MD

Lincoln/Zoll 0710



KY - Lexington Clinic

LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756.
Phone: (859) 258-4000 Fax:(859) 258-8239

JAMES ZOLL
DOB: [redacted]
Patient ID: 21795182

Upcoming Appointments

| Date | Time | Appointment | Dept./Address | Phone |
|---|---|---|---|---|
| 12/19/2018 | 02:00 PM | RECHECK TREVOR WILKES, MD | LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE 700 BOB-O-LINK DR LEXINGTON, KY 40504-3756. | (859) 258-4000 |

Nick,
Attached are docs for James Zoll, claim #6048215

Sent from Yahoo Mail for iPhone

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, October 12, 2021 3:01:38 PM |
| To: | ELIZABETH@AUSTINMEHR.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Toyota Motor Engineering & Manufacturing North America, Inc. Claim No. 8560503 James D Zoll |
| Attachments: | v9a6vzbugu4nnsxswi8b_11405981.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

October 12, 2021

Elizabeth A. Thornsbury
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
STE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll

Dear Elizabeth Thornsbury:

Please see the attached fax previously sent to you.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Pacheco
Ltd Technical Specialist II
Phone No.: (855) 508-4895 Ext. 41473
Secure Fax No.: (603) 334-8186

Attachments: 8560503-DENY-FREEFORM-10.05.2021

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | October 5, 2021 |
| To: | ELIZABETH THORNSBURY<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>STE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Tawnya Valliere<br>Appeals Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

October 5, 2021

Elizabeth A. Thornsbury
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
STE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll

Dear Elizabeth Thornsbury:

We reviewed your appeal request for Long Term Disability ("LTD") benefits on behalf of Mr. James Zoll and maintained the decision to deny benefits beyond January 16, 2021.

**Initial Claim Decision**

Mr. Zoll submitted a claim for his absence from work as of July 19, 2018, as a result of rotator cuff tear, weakness in left hand and right arm, lower back and neck pain, migraines, anxiety, and depression. His LTD benefits began on January 17, 2019, therefore the change in definition of disability occurred on January 17, 2021 and to receive benefits beyond 24 months he must be disabled from any occupation as defined in the Policy. Benefits beyond January 16, 2021 were denied as the evaluation concluded Mr. Zoll was no longer disabled as defined by the Policy.

The basis for the decision was outlined in a letter dated December 30, 2020. Mr. Zoll was provided an opportunity to request an appeal review of the denial, stating the reasons why he felt that his claim should not have been denied, and submit additional information to support his claim. Specifically, Mr. Zoll was advised to submit the following information: *"A copy of all office treatment notes, test results, therapy records, restrictions and limitations, hospital admission records, operative reports, prescription history and treatment plans from July 19, 2018 through the present from any and all other treating providers."*

**Appeal**

We received your request for reconsideration on behalf of Mr. Zoll on June 25, 2021. In support of Mr. Zoll's claim, you also included medical documentation from the following providers:

- *Kentucky Bone & Joint, Kentucky Surgery Center*

- *KORT Physical Therapy*
- *Pain Consultants of Central Kentucky*
- *Stephen Lamb, MD*
- *Commonwealth Pain and Spine, Lexington Clinic*
- *Commonwealth Hand Therapy*
- *Cardinal Hill Rehabilitation Hospital*
- *Walmart Pharmacy.*

This appeal review and analysis considered all the medical and claim documentation contained in Mr. Zoll's Long Term Disability administrative record, whether or not specifically referenced in this document.

**Appeal Evaluation**

During the ongoing claim evaluation, Mr. Zoll was provided a letter dated December 30, 2020, regarding the denial of continued Long Term Disability benefits. Please refer to this letter for the details of the ongoing claim evaluation and denial of benefits beyond January 16, 2021.

During the review of Mr. Zoll's appeal, his claim was reviewed by Dr. Eric Chavez, an independent physician Board Certified in Psychiatry. Dr. Chavez attempted to contact Mr. Zoll's treating psychiatrist, Stephen Lamb to discuss the case, however, telephone contact with Dr. Lamb was not successful after several attempts.

Following a complete review of Mr. Zoll's file, the medical evaluation by Dr. Chavez concluded the medical evidence does not support any psychiatric diagnosis causing functional impairment from January 17, 2021 to the present. Further Dr. Chavez stated,

> *For the timeframe under review, there are no psychiatric progress notes or psychotherapy notes available for review. There is documentation from the primary care provider stating that the claimant is seeing a psychiatrist but there is no description or characterization of any severe psychiatric symptom and there is no documentation of abnormality on mental status exam. The most recent psychiatric visit is from July 2020 and notes that the claimant is improving with his current medication Viibryd.*
>
> *Specific documents to support my opinion include:*
> *For the timeframe of 1/17/21 through the present, there are no specialized mental health progress notes, psychiatric treatment notes, or psychotherapy notes available for review. The most recent psychiatric visit is dated 7/28/20 and includes a report of diagnoses of major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. The claimant at that time reported feeling better on new medications. His sleep was okay. His coworkers were looking down on him because of his disability. His mood was better. The plan was to increase dose of Viibryd. For the specific time frame of 1/17/21 and forward, the available progress notes are: 3/8/21 and orthopedic visit, on 3/16/21 a primary care visit noting that he was taking Klonopin with no discussion of psychiatric symptoms or documentation of abnormality on mental status exam, 3/18/21 a pain management visit, 4/8/21 a neurology visit, 4/23/21 a primary care visit noting that the claimant was seen for chest pain.*

Since Dr. Chavez was unable to speak with Mr. Zoll's psychiatrist, Dr. Lamb, he submitted a list of his questions for Dr. Lamb via fax on July 16, 2021. However, a response was not received from Dr. Lamb.

During the review of Mr. Zoll's appeal, his claim was also reviewed by Dr. Fargo Khoury, an independent physician Board Certified in Physical Medicine & Rehabilitation. Dr. Khoury attempted to contact Mr. Zoll's treating providers, Dr. John Zeigler and Dr. Craig Knox to discuss the case, however, telephone contact was not successful with either provider after several attempts.

Based on his review of the available medical evidence, Dr. Khoury concluded diagnoses supported by the medical records include left cubital tunnel syndrome, chronic pain syndrome, left shoulder rotator cuff syndrome, lumbar disc disease, cervicalgia and cervical radiculopathy at C7, and migraines. Dr. Khoury opined there are restrictions supported, given findings of radiculopathy at C7 on EMG, along with chronic and persistent neck, shoulder, and lumbar spine pains. Symptoms of pain are associated with sensory disturbances on exam, myofascial pain to palpation, impaired range of motion, and subjective pain. Further Dr. Khoury indicated,

> *Restrictions and limitations include:*
>
> *No lift/carry more than 20 lbs. occasionally or 10 lbs. frequently*
> *No specific sit, stand, or walk restrictions*
> *Range of motion is not documented as severely impaired, as such, frequent reaching in all planes is Appropriate*
>
> *Occasional forceful grasp and grip with the left upper limb; otherwise no restrictions/limitations for simple grasping, gripping, handling, and feeling No restrictions for balancing, kneeling, bending, stooping.*
>
> *Within these restrictions the claimant can work full time in a sustained capacity. Prognosis is good for full-time work within the documented restrictions/limitations. Re-assessment in three (3) months is appropriate.*
>
> *The severity of pain and extent of impairment is out of proportion to the objective data reviewed. MRIs show mild overall spondylosis, and exams consistently reveal intact neurological function, without signs of neurological compromise. As such, the restrictions and limitations offered in this report are substantiated, and appropriate. Total functional impairment is not supported.*

On July 15, 2021, letters were faxed to both Dr. Ziegler and Dr. Knox which outlined a summary of Dr. Khoury's assessment and his questions for Mr. Zoll's providers.

On July 22, 2021, a response letter was received from Dr. Craig Knox which indicates that Mr. Zoll has migraine headaches, neck pain, migraines, familial tremor, chronic lower back pain, and chronic anxiety. He stated he last saw Mr. Zoll on April 08, 2021. He noted Mr. Zoll's neurologic examination is normal apart from a mild sustension tremor consistent with familial tremor. He stated Mr. Zoll notices diminished sensation in his left arm. The rest of his examination is normal. Regarding the question about his functional deficits, Dr. Knox stated, "he just says some numbness in the left arm." Regarding the duration of his symptoms, Dr. Knox stated he has familial tremor

which he suspects will gradually progress over time. At the present time, Dr. Knox indicated Mr. Zoll's tremors are mild and have improved with Topamax. For his migraines, Dr. Knox indicated Mr. Zoll is on Aimovig and uses Imitrex as needed. He stated that recently Mr. Zoll "has just been having 2 or 3 migraines per year." MRI scan of the brain was noted to be normal. Dr. Knox stated he does have some chronic neck and lower back pain. MRI of cervical spine shows a bulging disc extending to the left at C6-7 level and EMG of the left arm showed borderline findings for left C7 radiculopathy. He does have chronic lower back pain with broad-based disc protrusions, and numbness in the left foot. EMG showed a chronic left L5 radiculopathy. Dr. Knox indicated he suspects the degenerative disc disease in the cervical and lumbar spine will gradually progress over time. Dr. Knox indicated he is not planning on doing any "interventions." He stated that at Mr. Zoll's last visit, his migraines were improving, lower back pain had resolved, and he was still having some neck pain. Dr. Knox indicated he claims no knowledge of how to assess for work restrictions and usually refer patients to PM&R for that.

Upon receipt of the response letter from Dr. Knox, an addendum review was completed by independent Physical Medicine and Rehabilitation physician, Dr. Khoury. The addendum review by Dr. Khoury indicated the response from Dr. Craig Knox does not alter the prior opinion as neurological exams were stable and there were no objective conditions or deficits that would support further restrictions/limitations beyond what was previously documented in his prior report.

Mr. Zoll's claim was also reviewed by a Vocational Rehabilitation Counselor for a transferrable skills analysis based on his prior work history, educational background, and/or life experience and capacity within the restrictions and limitations outlined above by Dr. Khoury. The analysis showed Mr. Zoll has the following transferrable skills based on his work, education, training and/or life experience:

***Skills & Abilities:***

Manual/Technical – *Sorting parts and components, scrapping parts, operating forklift to move and organize products, working with assembly tools or equipment, receiving deliveries, unloading trucks, delivering parts within organization, using hand—eye coordination, inspecting vehicle functions, performing diagnostics, completing precise and detailed tasks, utilizing knowledge of motor vehicles, shipping/receiving, material movement, and assembly tasks, adhering to safety procedures and protocols*
Communication/Interpersonal – *Speaking effectively, listening attentively, collaborating with others, working well as part of a team, utilizing problem solving skills*
Organizational – *Demonstrating efficiency and ability to get a job done, utilizing time management skills, multi-tasking, understanding and applying both written and verbal instructions, using basic computer and clerical skills, performing data entry operations, writing reports*

Through his work, education, training and/or life skills, the Vocational Rehabilitation Counselor concluded Mr. Zoll demonstrated that he was qualified to perform the following occupations based on his capacity and skill level:

| ***Occupation*** | ***National Median Monthly Wage**** |
|---|---|
| *Final Inspector* | *$3371* |
| *Industrial – Order Clerk* | *$2938* |

| | |
|---|---|
| *Shipping Checker* | *$2938* |
| *Routing Clerk* | *$2938* |
| *Information Clerk* | *$2593* |
| *Gate Guard* | *$2588* |

**Wage Information is based on median 2020 Bureau of Labor Statistical Data*

On August 03, 2021, we sent you a letter which included a copy of the clinical and vocational reviews performed in connection with Mr. Zoll's request for appeal. You were given an opportunity to review and respond with any additional information that you would like considered before a final determination was made on the appeal. A deadline for response was given of August 24, 2021.

We received a response from your office dated August 23, 2021 objecting to the use of file review reports by Dr. Eric Chaves and Dr. Fargo Khoury as a means to deny Mr. Zoll's claim. You stated that Mr. Zoll maintains that objective documentation, history of his diagnoses, and his treatment support his disability under the applicable plan. You noted that Dr. Chavez and Dr. Khoury did not examine Mr. Zoll and this casts doubt on their opinions. You reported there is a conflict of interest and risk of bias present which cannot be ignored. You noted the medical and objective evidence of record squarely calls into question Mr. Zoll's ability to perform activities of daily living and whether he has the functional capabilities required for competitive employment, on either a part-time or full-time basis, including his ability to sit as would be required in a sedentary occupation. You stated that Mr. Zoll's chronic pain and limitations continue on a daily basis. You indicated that Mr. Zoll also disagrees with the Transferrable Skills Analysis performed by a Lincoln Life employee. You also submitted a copy of the Social Security Administration Decision notice for Mr. Zoll dated June 03, 2020.

On September 08, 2021, we received an additional fax from your office which included a copy of an independent medical evaluation performed on Mr. Zoll by Dr. James Owen on August 31, 2021 which you requested also be considered in the review of Mr. Zoll's LTD appeal.

Upon receipt of the additional information received from your office for Mr. Zoll's appeal, addendum reviews were completed by Dr. Eric Chavez and Dr. Fargo Khoury.

Following his review of the additional information provided, independent Psychiatry physician, Dr. Eric Chavez concluded there was no change to his prior assessment. Dr. Chavez noted there is no additional psychiatric information available in the additional information that was provided. The addendum review by Dr. Chavez acknowledged the two letters from your office stating that Mr. Zoll appeals the decision to deny his long-term disability claim, and does not agree with the peer review reports that were previously posted. Dr. Chavez noted there was also an independent medical evaluation which focuses on Mr. Zoll's physical condition and glancingly mentions that he has depression, with no description or characterization of psychiatric symptoms, and no documentation of a psychiatric/mental status exam.

The addendum review by independent Physical Medicine and Rehabilitation physician, Dr. Fargo Khoury opined the additional information does support a change to the previously noted restrictions and limitations. Further the addendum review by Dr. Khoury stated,

*A letter from the claimant's attorney office was reviewed. The claimant reportedly has*

*worked a labor-intensive job for decades, and struggles with physical deficits and symptoms. This report references vocational expert opinions, which state the claimant has a 10 pound lifting restriction, and his condition(s) preclude him from being able to perform job duties.*

*A disability exam by Dr. James Owen dated 08/31/2021 was reviewed. The claimant has ongoing pain about the left shoulder and lumbar spine. Medications include Tizanidine, Amitriptyline, and Diclofenac. Dr. Owen stated the claimant is likely not employable, as there is significant reduction in cervical spine range of motion, as well as reduced left shoulder range of motion. He has been awarded social security disability. He has 136 degrees of flexion and 154 degrees of abduction (left shoulder). Straight leg raise (SLR) was positive. The claimant was recommended to see a cervical spinal specialist.*

*The additional records include relevant findings on physician exam. These findings include noted restricted range of motion at the shoulder, positive straight leg raise testing, and significant cervical spinal range of motion limitations.*

*Changes to the previous restrictions and limitations noted in my initial review, RRS case 65940 dated 07/15/2021 include:*

> *Lift/carry no more than 10 pounds both occasional and frequent.*
>
> *Occasional overhead reaching with the left shoulder given range of motion deficits and persistent pains.*

*Re-assessment in three months from the date of this review would be recommended, as it was recommended the claimant see a spine specialist and reassessment would be needed to determine if surgery will be pursued.*

Mr. Zoll's file was then referred for an updated transferrable skills analysis based on the revised restrictions and limitations noted above by Dr. Khoury. The Vocational Case Manager concluded that three of the previously identified occupational alternatives (i.e., Industrial- Order Clerk, Information Clerk, and Gate Guard) remain viable given the updated restrictions as provided by Dr. Khoury. The additional occupations of Final Inspector, Shipping Checker, and Routing Clerk were omitted as they fall outside of the updated restrictions.

The additional information received with Mr. Zoll's appeal has been considered. However, the additional information received on appeal does not provide any significant exam findings, or information regarding his diagnoses, treatment frequency, treatment plan or functional status to change the prior assessment.

Determinations made by Lincoln Financial Group are based on the provisions outlined in the Toyota Motor Engineering & Manufacturing North America, Inc. LTD Policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. Therefore, an award of Social Security Disability Benefits is not determinative of entitlement to benefits under the specific terms and conditions of the Group Disability Income Policy.

**Conclusion**

We conducted a thorough and independent review of Mr. Zoll's entire claim. In summary, we acknowledge that he may have continued to experience some symptoms associated with his condition beyond January 16, 2021. However, the information does not contain exam findings, diagnostic test results or other forms of medical documentation supporting his symptoms and impairments remained of such severity, frequency and duration that they resulted in restrictions or limitations rendering him unable to perform the duties of the occupation identified as being with in his functional capacity and vocational skills after that date.

Having carefully considered all of the information submitted in support of Mr. Hayden's claim, our position remains that proof of his continued disability in accordance with the Policy provisions after January 16, 2021 has not been provided. Therefore, no further benefits are payable.

This claim decision reflects an evaluation of the claim facts and Policy provisions.

**Policy Provisions**

In order to continue receiving benefits, you must satisfy the requirements of all Policy provisions that state, in part:

***Disability Benefit***

*When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The benefit will be paid for the period of Disability if the Covered Person gives to Liberty Proof of continued:*

*1. Disability;*
*2. Regular Attendance of a Physician; and*
*3. Appropriate Available Treatment.*

*The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining whether the Covered Person is Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.*

*For purposes of determining Disability, the Injury must occur and Disability must begin while the Employee is insured for this coverage.*

***"Disability"*** *or* ***"Disabled"*** *means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed at Toyota Motor Engineering & Manufacturing North America, Inc.*

***"Material and Substantial Duties"*** *means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

***"Proof"*** *means the evidence in support of a claim for benefits and includes, but is not limited to, the following:*

*1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;*
*2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and*
*3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.*

*Proof must be submitted in a form or format satisfactory to Liberty.*

***Discontinuation of the Long Term Disability Benefit***

*The Monthly Benefit will cease on the earliest of:*
*...*
*9. the date the Covered Person is no longer Disabled according to this policy;*
*...*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, you were entitled to appeal the decision made by Lincoln Financial Group, and to submit any additional information you wished to be considered as part of the appeal. Lincoln Financial Group has conducted a full and fair review of your appeal and accompanying materials, and has concluded that the denial of benefits will be maintained.

At this time, your administrative right to review has been exhausted; no further review will be conducted by Lincoln Financial Group and your claim will remain closed. You may request to receive, free of charge, copies of all documents relevant to your claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

The Toyota Motor Engineering & Manufacturing North America, Inc. Group Disability Income

Policy contains the below provision:

***Legal Proceedings***

*A claimant or the claimant's authorized representative cannot start any legal action:*

*1. until 60 days after Proof of claim has been given; or*
*2. more than three years after the time Proof of claim is required.*

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law. Your employer's plan has a contractual limitations period of three year(s), which means that a lawsuit must be brought within three year(s) after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is November 04, 2024.

This information is provided for purposes of this claim only, as the time proof of claim is required may differ based on claim specifics and applicable policy language.

Nothing in this letter should be construed as a waiver of any Lincoln Financial Group of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Lincoln Financial Group are based on the provisions outlined in the Toyota Motor Engineering & Manufacturing North America, Inc. LTD Policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shiká a'doowoł nínízingo saad hosiníłįį' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong

mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

# Facsimile Cover Sheet

**To:**

**Company:**

**Phone:**

**Fax:** (603) 422-7909

**From:** Elizabeth Thornsbury

**Company:**

**Phone:** (859) 225-3731 * 106

**Fax:** 18592253731

**Date:** 10/11/2021

**Pages including this cover sheet:** 2

## Comments:

Long Term Disability (LTD) Benefits
Toyota
Claimant: James D. Zoll
Claim #: 8560503

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr amehr@austinmehr.com
Philip G. Fairbanks pgf@austinmehr.com
Erik D. Peterson edp@austinmehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

October 11, 2021

*Sent via Facsimile: (603) 422-7909*

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
P.O. Box 2578
Omaha, NE 68172-9688

**RE: Long Term Disability (LTD) Benefits**
**Toyota**
**Claimant: James D. Zoll**
**Claim #: 8560503**

Dear Ms. Valliere:

We received a partial fax dated October 5, 2021 that only contained 4 ½ pages (counting the cover page). The cover page indicates that it should have been 11 pages. If possible, can you please resend the October 5, 2021 letter as soon as possible? This information can also be sent via email to elizabeth@austinmehr.com.

Please do not hesitate to contact me at (859) 225-3731 if you have any questions or need any additional information. Thank you.

Sincerely,

*/s/ Elizabeth A. Thornsbury*

Elizabeth A. Thornsbury

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

ELIZABETH THORNSBURY
MEHR, FAIRBANKS & PETERSON
201 WEST SHORT STREET
STE 800
LEXINGTON KY 40507

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

October 6, 2021

Elizabeth A. Thornsbury
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
STE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll

Dear Elizabeth Thornsbury:

We reviewed your appeal request for Long Term Disability ("LTD") benefits on behalf of Mr. James Zoll and maintained the decision to deny benefits beyond January 16, 2021.

**Initial Claim Decision**

Mr. Zoll submitted a claim for his absence from work as of July 19, 2018, as a result of rotator cuff tear, weakness in left hand and right arm, lower back and neck pain, migraines, anxiety, and depression. His LTD benefits began on January 17, 2019, therefore the change in definition of disability occurred on January 17, 2021 and to receive benefits beyond 24 months he must be disabled from any occupation as defined in the Policy. Benefits beyond January 16, 2021 were denied as the evaluation concluded Mr. Zoll was no longer disabled as defined by the Policy.

The basis for the decision was outlined in a letter dated December 30, 2020. Mr. Zoll was provided an opportunity to request an appeal review of the denial, stating the reasons why he felt that his claim should not have been denied, and submit additional information to support his claim. Specifically, Mr. Zoll was advised to submit the following information: "*A copy of all office treatment notes, test results, therapy records, restrictions and limitations, hospital admission records, operative reports, prescription history and treatment plans from July 19, 2018 through the present from any and all other treating providers.*"

**Appeal**

We received your request for reconsideration on behalf of Mr. Zoll on June 25, 2021. In support of Mr. Zoll's claim, you also included medical documentation from the following providers:

- *Kentucky Bone & Joint, Kentucky Surgery Center*

- *KORT Physical Therapy*
- *Pain Consultants of Central Kentucky*
- *Stephen Lamb, MD*
- *Commonwealth Pain and Spine, Lexington Clinic*
- *Commonwealth Hand Therapy*
- *Cardinal Hill Rehabilitation Hospital*
- *Walmart Pharmacy.*

This appeal review and analysis considered all the medical and claim documentation contained in Mr. Zoll's Long Term Disability administrative record, whether or not specifically referenced in this document.

**<u>Appeal Evaluation</u>**

During the ongoing claim evaluation, Mr. Zoll was provided a letter dated December 30, 2020, regarding the denial of continued Long Term Disability benefits. Please refer to this letter for the details of the ongoing claim evaluation and denial of benefits beyond January 16, 2021.

During the review of Mr. Zoll's appeal, his claim was reviewed by Dr. Eric Chavez, an independent physician Board Certified in Psychiatry. Dr. Chavez attempted to contact Mr. Zoll's treating psychiatrist, Stephen Lamb to discuss the case, however, telephone contact with Dr. Lamb was not successful after several attempts.

Following a complete review of Mr. Zoll's file, the medical evaluation by Dr. Chavez concluded the medical evidence does not support any psychiatric diagnosis causing functional impairment from January 17, 2021 to the present. Further Dr. Chavez stated,

> *For the timeframe under review, there are no psychiatric progress notes or psychotherapy notes available for review. There is documentation from the primary care provider stating that the claimant is seeing a psychiatrist but there is no description or characterization of any severe psychiatric symptom and there is no documentation of abnormality on mental status exam. The most recent psychiatric visit is from July 2020 and notes that the claimant is improving with his current medication Viibryd.*
>
> *Specific documents to support my opinion include:*
> *For the timeframe of 1/17/21 through the present, there are no specialized mental health progress notes, psychiatric treatment notes, or psychotherapy notes available for review. The most recent psychiatric visit is dated 7/28/20 and includes a report of diagnoses of major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. The claimant at that time reported feeling better on new medications. His sleep was okay. His coworkers were looking down on him because of his disability. His mood was better. The plan was to increase dose of Viibryd. For the specific time frame of 1/17/21 and forward, the available progress notes are: 3/8/21 and orthopedic visit, on 3/16/21 a primary care visit noting that he was taking Klonopin with no discussion of psychiatric symptoms or documentation of abnormality on mental status exam, 3/18/21 a pain management visit, 4/8/21 a neurology visit, 4/23/21 a primary care visit noting that the claimant was seen for chest pain.*

Since Dr. Chavez was unable to speak with Mr. Zoll's psychiatrist, Dr. Lamb, he submitted a list of his questions for Dr. Lamb via fax on July 16, 2021. However, a response was not received from Dr. Lamb.

During the review of Mr. Zoll's appeal, his claim was also reviewed by Dr. Fargo Khoury, an independent physician Board Certified in Physical Medicine & Rehabilitation. Dr. Khoury attempted to contact Mr. Zoll's treating providers, Dr. John Zeigler and Dr. Craig Knox to discuss the case, however, telephone contact was not successful with either provider after several attempts.

Based on his review of the available medical evidence, Dr. Khoury concluded diagnoses supported by the medical records include left cubital tunnel syndrome, chronic pain syndrome, left shoulder rotator cuff syndrome, lumbar disc disease, cervicalgia and cervical radiculopathy at C7, and migraines. Dr. Khoury opined there are restrictions supported, given findings of radiculopathy at C7 on EMG, along with chronic and persistent neck, shoulder, and lumbar spine pains. Symptoms of pain are associated with sensory disturbances on exam, myofascial pain to palpation, impaired range of motion, and subjective pain. Further Dr. Khoury indicated,

> *Restrictions and limitations include:*
>
> *No lift/carry more than 20 lbs. occasionally or 10 lbs. frequently*
> *No specific sit, stand, or walk restrictions*
> *Range of motion is not documented as severely impaired, as such, frequent reaching in all planes is Appropriate*
>
> *Occasional forceful grasp and grip with the left upper limb; otherwise no restrictions/limitations for simple grasping, gripping, handling, and feeling No restrictions for balancing, kneeling, bending, stooping.*
>
> *Within these restrictions the claimant can work full time in a sustained capacity. Prognosis is good for full-time work within the documented restrictions/limitations. Re-assessment in three (3) months is appropriate.*
>
> *The severity of pain and extent of impairment is out of proportion to the objective data reviewed. MRIs show mild overall spondylosis, and exams consistently reveal intact neurological function, without signs of neurological compromise. As such, the restrictions and limitations offered in this report are substantiated, and appropriate. Total functional impairment is not supported.*

On July 15, 2021, letters were faxed to both Dr. Ziegler and Dr. Knox which outlined a summary of Dr. Khoury's assessment and his questions for Mr. Zoll's providers.

On July 22, 2021, a response letter was received from Dr. Craig Knox which indicates that Mr. Zoll has migraine headaches, neck pain, migraines, familial tremor, chronic lower back pain, and chronic anxiety. He stated he last saw Mr. Zoll on April 08, 2021. He noted Mr. Zoll's neurologic examination is normal apart from a mild sustension tremor consistent with familial tremor. He stated Mr. Zoll notices diminished sensation in his left arm. The rest of his examination is normal. Regarding the question about his functional deficits, Dr. Knox stated, "he just says some numbness

in the left arm." Regarding the duration of his symptoms, Dr. Knox stated he has familial tremor which he suspects will gradually progress over time. At the present time, Dr. Knox indicated Mr. Zoll's tremors are mild and have improved with Topamax. For his migraines, Dr. Knox indicated Mr. Zoll is on Aimovig and uses Imitrex as needed. He stated that recently Mr. Zoll "has just been having 2 or 3 migraines per year." MRI scan of the brain was noted to be normal. Dr. Knox stated he does have some chronic neck and lower back pain. MRI of cervical spine shows a bulging disc extending to the left at C6-7 level and EMG of the left arm showed borderline findings for left C7 radiculopathy. He does have chronic lower back pain with broad-based disc protrusions, and numbness in the left foot. EMG showed a chronic left L5 radiculopathy. Dr. Knox indicated he suspects the degenerative disc disease in the cervical and lumbar spine will gradually progress over time. Dr. Knox indicated he is not planning on doing any "interventions." He stated that at Mr. Zoll's last visit, his migraines were improving, lower back pain had resolved, and he was still having some neck pain. Dr. Knox indicated he claims no knowledge of how to assess for work restrictions and usually refer patients to PM&R for that.

Upon receipt of the response letter from Dr. Knox, an addendum review was completed by independent Physical Medicine and Rehabilitation physician, Dr. Khoury. The addendum review by Dr. Khoury indicated the response from Dr. Craig Knox does not alter the prior opinion as neurological exams were stable and there were no objective conditions or deficits that would support further restrictions/limitations beyond what was previously documented in his prior report.

Mr. Zoll's claim was also reviewed by a Vocational Rehabilitation Counselor for a transferrable skills analysis based on his prior work history, educational background, and/or life experience and capacity within the restrictions and limitations outlined above by Dr. Khoury. The analysis showed Mr. Zoll has the following transferrable skills based on his work, education, training and/or life experience:

***Skills & Abilities:***

*Manual/Technical – Sorting parts and components, scrapping parts, operating forklift to move and organize products, working with assembly tools or equipment, receiving deliveries, unloading trucks, delivering parts within organization, using hand—eye coordination, inspecting vehicle functions, performing diagnostics, completing precise and detailed tasks, utilizing knowledge of motor vehicles, shipping/receiving, material movement, and assembly tasks, adhering to safety procedures and protocols*
*Communication/Interpersonal – Speaking effectively, listening attentively, collaborating with others, working well as part of a team, utilizing problem solving skills*
*Organizational – Demonstrating efficiency and ability to get a job done, utilizing time management skills, multi-tasking, understanding and applying both written and verbal instructions, using basic computer and clerical skills, performing data entry operations, writing reports*

Through his work, education, training and/or life skills, the Vocational Rehabilitation Counselor concluded Mr. Zoll demonstrated that he was qualified to perform the following occupations based on his capacity and skill level:

| ***Occupation*** | ***National Median Monthly Wage**** |
|---|---|
| *Final Inspector* | *$3371* |

| | |
|---|---|
| *Industrial – Order Clerk* | *$2938* |
| *Shipping Checker* | *$2938* |
| *Routing Clerk* | *$2938* |
| *Information Clerk* | *$2593* |
| *Gate Guard* | *$2588* |

**Wage Information is based on median 2020 Bureau of Labor Statistical Data*

On August 03, 2021, we sent you a letter which included a copy of the clinical and vocational reviews performed in connection with Mr. Zoll's request for appeal. You were given an opportunity to review and respond with any additional information that you would like considered before a final determination was made on the appeal. A deadline for response was given of August 24, 2021.

We received a response from your office dated August 23, 2021 objecting to the use of file review reports by Dr. Eric Chaves and Dr. Fargo Khoury as a means to deny Mr. Zoll's claim. You stated that Mr. Zoll maintains that objective documentation, history of his diagnoses, and his treatment support his disability under the applicable plan. You noted that Dr. Chavez and Dr. Khoury did not examine Mr. Zoll and this casts doubt on their opinions. You reported there is a conflict of interest and risk of bias present which cannot be ignored. You noted the medical and objective evidence of record squarely calls into question Mr. Zoll's ability to perform activities of daily living and whether he has the functional capabilities required for competitive employment, on either a part-time or full-time basis, including his ability to sit as would be required in a sedentary occupation. You stated that Mr. Zoll's chronic pain and limitations continue on a daily basis. You indicated that Mr. Zoll also disagrees with the Transferrable Skills Analysis performed by a Lincoln Life employee. You also submitted a copy of the Social Security Administration Decision notice for Mr. Zoll dated June 03, 2020.

On September 08, 2021, we received an additional fax from your office which included a copy of an independent medical evaluation performed on Mr. Zoll by Dr. James Owen on August 31, 2021 which you requested also be considered in the review of Mr. Zoll's LTD appeal.

Upon receipt of the additional information received from your office for Mr. Zoll's appeal, addendum reviews were completed by Dr. Eric Chavez and Dr. Fargo Khoury.

Following his review of the additional information provided, independent Psychiatry physician, Dr. Eric Chavez concluded there was no change to his prior assessment. Dr. Chavez noted there is no additional psychiatric information available in the additional information that was provided. The addendum review by Dr. Chavez acknowledged the two letters from your office stating that Mr. Zoll appeals the decision to deny his long-term disability claim, and does not agree with the peer review reports that were previously posted. Dr. Chavez noted there was also an independent medical evaluation which focuses on Mr. Zoll's physical condition and glancingly mentions that he has depression, with no description or characterization of psychiatric symptoms, and no documentation of a psychiatric/mental status exam.

The addendum review by independent Physical Medicine and Rehabilitation physician, Dr. Fargo Khoury opined the additional information does support a change to the previously noted restrictions and limitations. Further the addendum review by Dr. Khoury stated,

*A letter from the claimant's attorney office was reviewed. The claimant reportedly has worked a labor-intensive job for decades, and struggles with physical deficits and symptoms. This report references vocational expert opinions, which state the claimant has a 10 pound lifting restriction, and his condition(s) preclude him from being able to perform job duties.*

*A disability exam by Dr. James Owen dated 08/31/2021 was reviewed. The claimant has ongoing pain about the left shoulder and lumbar spine. Medications include Tizanidine, Amitriptyline, and Diclofenac. Dr. Owen stated the claimant is likely not employable, as there is significant reduction in cervical spine range of motion, as well as reduced left shoulder range of motion. He has been awarded social security disability. He has 136 degrees of flexion and 154 degrees of abduction (left shoulder). Straight leg raise (SLR) was positive. The claimant was recommended to see a cervical spinal specialist.*

*The additional records include relevant findings on physician exam. These findings include noted restricted range of motion at the shoulder, positive straight leg raise testing, and significant cervical spinal range of motion limitations.*
*Changes to the previous restrictions and limitations noted in my initial review, RRS case 65940 dated 07/15/2021 include:*

> *Lift/carry no more than 10 pounds both occasional and frequent.*
>
> *Occasional overhead reaching with the left shoulder given range of motion deficits and persistent pains.*

*Re-assessment in three months from the date of this review would be recommended, as it was recommended the claimant see a spine specialist and reassessment would be needed to determine if surgery will be pursued.*

Mr. Zoll's file was then referred for an updated transferrable skills analysis based on the revised restrictions and limitations noted above by Dr. Khoury. The Vocational Case Manager concluded that three of the previously identified occupational alternatives (i.e., Industrial- Order Clerk, Information Clerk, and Gate Guard) remain viable given the updated restrictions as provided by Dr. Khoury. The additional occupations of Final Inspector, Shipping Checker, and Routing Clerk were omitted as they fall outside of the updated restrictions.

The additional information received with Mr. Zoll's appeal has been considered. However, the additional information received on appeal does not provide any significant exam findings, or information regarding his diagnoses, treatment frequency, treatment plan or functional status to change the prior assessment.

Determinations made by Lincoln Financial Group are based on the provisions outlined in the Toyota Motor Engineering & Manufacturing North America, Inc. LTD Policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. Therefore, an award of Social Security Disability Benefits is not determinative of entitlement to benefits under the specific terms and conditions of the Group Disability Income Policy.

**Conclusion**

We conducted a thorough and independent review of Mr. Zoll's entire claim. In summary, we acknowledge that he may have continued to experience some symptoms associated with his condition beyond January 16, 2021. However, the information does not contain exam findings, diagnostic test results or other forms of medical documentation supporting his symptoms and impairments remained of such severity, frequency and duration that they resulted in restrictions or limitations rendering him unable to perform the duties of the occupation identified as being with in his functional capacity and vocational skills after that date.

Having carefully considered all of the information submitted in support of Mr. Hayden's claim, our position remains that proof of his continued disability in accordance with the Policy provisions after January 16, 2021 has not been provided. Therefore, no further benefits are payable.

This claim decision reflects an evaluation of the claim facts and Policy provisions.

**Policy Provisions**

In order to continue receiving benefits, you must satisfy the requirements of all Policy provisions that state, in part:

***Disability Benefit***

*When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The benefit will be paid for the period of Disability if the Covered Person gives to Liberty Proof of continued:*

*1. Disability;*
*2. Regular Attendance of a Physician; and*
*3. Appropriate Available Treatment.*

*The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining whether the Covered Person is Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.*

*For purposes of determining Disability, the Injury must occur and Disability must begin while the Employee is insured for this coverage.*

***"Disability"*** *or* ***"Disabled"*** *means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed at Toyota Motor Engineering & Manufacturing North America, Inc.*

***"Material and Substantial Duties"*** *means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

***"Any Occupation"*** *means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

***"Proof"*** *means the evidence in support of a claim for benefits and includes, but is not limited to, the following:*

*1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;*
*2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and*
*3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.*

*Proof must be submitted in a form or format satisfactory to Liberty.*

***Discontinuation of the Long Term Disability Benefit***

*The Monthly Benefit will cease on the earliest of:*
*…*
*9. the date the Covered Person is no longer Disabled according to this policy;*
*…*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, you were entitled to appeal the decision made by Lincoln Financial Group, and to submit any additional information you wished to be considered as part of the appeal. Lincoln Financial Group has conducted a full and fair review of your appeal and accompanying materials, and has concluded that the denial of benefits will be maintained.

At this time, your administrative right to review has been exhausted; no further review will be conducted by Lincoln Financial Group and your claim will remain closed. You may request to receive, free of charge, copies of all documents relevant to your claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

The Toyota Motor Engineering & Manufacturing North America, Inc. Group Disability Income

Policy contains the below provision:

***Legal Proceedings***

*A claimant or the claimant's authorized representative cannot start any legal action:*

*1. until 60 days after Proof of claim has been given; or*
*2. more than three years after the time Proof of claim is required.*

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law. Your employer's plan has a contractual limitations period of three year(s), which means that a lawsuit must be brought within three year(s) after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is November 04, 2024.

This information is provided for purposes of this claim only, as the time proof of claim is required may differ based on claim specifics and applicable policy language.

Nothing in this letter should be construed as a waiver of any Lincoln Financial Group of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Lincoln Financial Group are based on the provisions outlined in the Toyota Motor Engineering & Manufacturing North America, Inc. LTD Policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosiniłįį' dóó ná'ookąąh nínííʼąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo dóó bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong

mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

Lincoln Financial Group®

**Vocational Memorandum – Appeal Transferable Skills Analysis**

**From:** Nicole Hall, MS, CRC
**Date**: 09/27/2021
**To:** Tawnya Valliere, Appeal Review Consultant
**Claim#:** 8560503
**Claimant:** James D Zoll
**Policyholder:** Toyota Motor Engineering & Manufacturing

**Vocational Assessment:**
This file was referred for an additional Appeal Transferable Skills Analysis (TSA) as updated medical information has been obtained. By way of summary, the insured is a 52-year-old Production Group Leader employed with Toyota Motor Engineering & Manufacturing since 05/08/89. The insured discontinued work on 07/19/18 due to pain in the left shoulder. For the purpose of this report, I reviewed the claim file and researched standard vocational resources. I also reviewed the previously completed Transferable Skills Analysis (TSA) completed by Vanessa Scungio MA, CRC, on 12/27/20, as well as my Appeal Transferable Skills Analysis (TSA) dated 07/30/21 (please see the completed TSA reports for full details regarding demographics, capacities utilized, education, work history, transferable skills, and alternative occupations with accompanying wages). Per Appeal Review Consultant request, the updated restrictions and limitations to be reviewed are outlined within the Physical Medicine & Rehabilitation Peer Review Addendum completed by Dr. Khoury, M.D., dated 09/15/21. Upon review of the available information, this VCM has found that three of the previously identified occupational alternatives (i.e., Industrial-Order Clerk, Information Clerk, and Gate Guard) remain viable given the updated restrictions as provided by Dr. Khoury. The additional occupations of Final Inspector, Shipping Checker, and Routing Clerk were omitted from this report as they fall outside of the updated restrictions. This memorandum will serve in lieu of a formal report. No further vocational services rendered.

| DOT Code | Occupation | Strength | National Monthly Wage |
|---|---|---|---|
| 221.367-022 | Industrial-Order Clerk | S | $2,938 |
| 237.367-022 | Information Clerk | S | $2,593 |
| 372.667-030 | Gate Guard | L | $2,588 |

**Wage Information is based on median 2020 Bureau of Labor Statistical Data*

Respectfully submitted,

**Electronically Signed by**
Nicole Hall, MS, CRC
Vocational Case Manager
Group Protection
Lincoln Financial Group

Reliable Review Services

Date: 9/17/2021

To: Tawnya Valliere
LINCOLN FINANCIAL GROUP

Re: RRS ID: 68580

---

Claimant: James D Zoll

Claim #: 8560503

Line of Business: Disability

Review Type: LTD

Review Level: Initial

Advisory Report

## Clinical History

This is an addendum from a Psychiatry perspective for additional medical records. For a complete clinical history, please refer to RRS Case # 65939 dated 7/16/2021.

There is a Social Security administration decision stating that the claimant was last insured on 12/31/23 and has not engaged in sustained employment and has impairments related to degenerative disc disease of cervical and lumbar spine, status post repair of left rotator cuff, status post open reduction and internal fixation of left wrist, migraine, depression, anxiety.

8/23/21, letter from the claimant's law firm writing in response to the previous denial of long-term disability benefits after peer review. He reports that he does not agree with the use of file review reports to deny his claim and he wants to present for an independent evaluation. He states that the peer reviewers did not examine the claimant. He has multiple diagnoses and symptoms including neck pain, lumbar radiculopathy, arm and hand pain, tremor, headache, frozen shoulder, surgeries, migraine, low back pain, chronic pain. He states that he was awarded Social Security disability related to his physical complaints. The claimant disagrees with the transferable skills analysis. The claimant states that the peer reviewers did not examine the claimant, which cast doubt upon their opinions. He continues to follow treatment recommendations.

8/31/21, disability examination from James Owen MD. The patient is a 52-year-old male with left side shoulder, left arm pain, low back pain, neck pain and reports he was injured while hiking and fell down an 8 foot embankment which injured his left arm. He continues to have pain and back, shoulder. He had surgeries. There is no psychiatric exam. Diagnosis: functional capacity problems including neck range of motion, non-verified radicular symptomatology in left arm with persistent weakness of grip, chronic pain from number of epidurals attempted. He has chronic pain in shoulder with diminished range of motion. He takes psychiatric medications related to depression. He would have difficulty lifting, handling, carrying objects.

9/8/21, letter from the claimant's law firm stating that an independent evaluation was conducted.

## Questions and Reviewer's Response

**1. Please review and comment on the additional information submitted since your prior review and please advise whether the additional information alters your prior assessment. Please explain why or why not.**

The additional information does not change my previous opinion.

There is no additional psychiatric information available in the attached information. There are 2 letters from the claimant's law firm stating that he appeals the decision to deny his long-term disability claim, and does not agree with the peer review reports that were previously posted. There is also an independent medical evaluation which focuses on the claimant's physical condition and glancingly mentions that he has depression, with no description or characterization of psychiatric symptoms, and no documentation of a psychiatric/mental status exam.

## Assessment/Rationale

The claimant is a 52-year-old male previously employed at Toyota manufacturing who reported disability as of 7/19/18 with diagnosis of pain in left shoulder. The additional information does not change my previous opinion. For the timeframe under review of 1/17/21 to the present, there is no documentation to support psychiatric functional impairment, or the need for psychiatric restrictions or limitations. The claimant has a history of social anxiety disorder, and major depressive disorder. There were no additional psychiatric notes or additional psychiatric information submitted for review. In my previous review I reported that the most recent psychiatric progress note is from July 2020 which indicates that mood and anxiety were better since starting Viibryd. There are no current psychiatric progress notes or psychotherapy notes reporting psychiatric symptoms or documenting psychiatric impairment.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

RRS
Reliable Review Services

Eric M Chavez, MD
Board Certified
Psychiatry
Expertise in: Addiction Psychiatry, Addiction Medicine
CA - A 67412
GA - 057056

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| | Additional Medical Records | |
| 08/23/2021, 09/08/2021 | Correspondence | Elizabeth Thornsbury |
| 06/03/2020 | Decision | Christopher Sheppard |
| 08/31/2021 | Disability Examination | James, Owen, MD |

**From:**Nicole Troiano <NTroiano@reliablers.com>
**Sent:**Mon, 20 Sep 2021 20:04:54 +0000
**To:**VendorReferrals;Valliere, Tawnya
**Subject:**Claim Number: 8560503 RRS Case #: 68580
**Attachments:**Invoice_68580-1_v1.pdf, Report_RRS2_68580-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,
Please see attachments.
Thank you!

**Nicole Troiano**
Client Coordinator
Reliable Review Services

621 NW 53rd Street, STE 275
Boca Raton, FL 33487
**Phone: 508-801-2502**
**Fax: 561-995-4189**

Email. ntroiano@reliablers.com
Web. www.reliablers.com

RRS
Reliable Review Services

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

Reliable Review Services

# INVOICE

**Invoice Number : 68580-1** **9/17/2021 6:06 PM CDT**

Claimant: James D Zoll
Client Claim#: 8560503
RRS Claim#: 68580-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 0.75 | 210 | | 157.50 |

**Total Due: $157.50**

**Reviewer Details**

**Reviewer**

Eric M Chavez - Psychiatry

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- [x] JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- [ ] PHYSICAL JOB EVALUATION FORM (if available)
- [x] UPDATED MEDICAL WITH CLEAR R&L'S
- [x] TRAINING-EDUCATION-EXPERIENCE FORM
- [x] MANAGER APPROVAL (if required)
- [ ] ATTORNEY INFO (if applicable)

FROM: Tawnya Valliere DATE: Thursday, September 16, 2021

## CLAIM BACKGROUND

Claimant Name: JAMES D ZOLL Claim Number: 8560503

- [ ] STD
- [x] FULLY INSURED ( THRESHOLD $ )
- [x] LTD
- [ ] ASO
- [ ] LIFE

Has MDS worked the claim? [ ] YES [x] NO

Employer: TOYOTA MOTOR ENGINEERING & MAN

Change In DEF. Date: 01/17/2021

Pre-Disability Earnings: $4,950.40 / M (mode) Claim Service Type: ADOP

**Document Locations**

- [x] Document List
- [x] Correspondence
- [ ] Paper File

**Case Manager's Recommendations / Reason For Referral:**

Request for re-referral to N. Hall for addendum TSA. Please review updated R&L's by Dr. Khoury dated 09/15/2021 and advise whether the previously identified occupations remain viable.

DP 512

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | September 16, 2021 |
| To: | ELIZABETH THORNSBURY<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>STE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Tawnya Valliere<br>Appeals Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

September 16, 2021

Elizabeth A. Thornsbury
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
STE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll

Dear Elizabeth Thornsbury:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Mr. James Zoll's claim for LTD benefits under the Policy.

We are in receipt of the following additional documentation which was received from your office in support of Mr. Zoll's LTD appeal:

- *Letter from your office dated August 23, 2021 which included a copy of Mr. Zoll's Social Security claim decision*
- *Disability Examination report dated August 31, 2021 by Dr. James Owen, received from your office via fax on September 08, 2021*

We are in the process of reviewing Mr. Zoll's appeal. To assist us in evaluating Mr. Zoll's eligibility for benefits we have referred his file for further medical review and assessment by a Board Certified Physician as well as further review by a Vocational Consultant.

We anticipate a response from the reviewing Board Certified Physician and Vocational Consultant no later than September 30, 2021. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of Mr. Zoll's appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of Mr. Zoll's eligibility for benefits under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

Date: 9/15/2021

To: Tawnya Valliere

LINCOLN FINANCIAL GROUP

Re: RRS ID: 68581

---

Claimant: James D Zoll

Claim #: 8560503

Line of Business: Disability

Review Type: LTD

Review Level: Initial

Advisory Report

## Clinical History

This is an addendum from a Physical Medicine & Rehabilitation perspective for review of additional medical records that have become available. This case was previously reviewed by this reviewer, RRS case 65940 dated 07/15/2021 and RRS case 66704 dated 08/02/2021.

The claimant is a 52 year old male who has a listed diagnosis of pain in the left shoulder. The date of disability was noted to be 07/19/2018. This review was requested to determine if the additional information alters my prior assessment. Please see prior reviews for details.

A letter from the claimant's attorney office was reviewed. The claimant reportedly has worked a labor-intensive job for decades, and struggles with physical deficits and symptoms. This report references vocational expert opinions, which state the claimant has a 10 pound lifting restriction, and his condition(s) preclude him from being able to perform job duties.

A disability exam by Dr. James Owen dated 08/31/2021 was reviewed. The claimant has ongoing pain about the left shoulder and lumbar spine. Medications include Tizanidine, Amitriptyline, and Diclofenac. Dr. Owen stated the claimant is likely not employable, as there is significant reduction in cervical spine range of motion, as well as reduced left shoulder range of motion. He has been awarded social security disability. He has 136 degrees of flexion and 154 degrees of abduction (left shoulder). Straight leg raise (SLR) was positive. The claimant was recommended to see a cervical spinal specialist.

## Questions and Reviewer's Response

**1. Please review and comment on the additional information submitted since your prior review and please advise whether the additional information alters your prior assessment. Please explain why or why not.**

The additional records include relevant findings on physician exam. These findings include noted restricted range of motion at the shoulder, positive straight leg raise testing, and significant cervical spinal range of motion limitations.

Changes to the previous restrictions and limitations noted in my initial review, RRS case 65940 dated 07/15/2021 include:

Lift/carry no more than 10 pounds both occasional and frequent.

Occasional overhead reaching with the left shoulder given range of motion deficits and persistent pains.

Re-assessment in three months from the date of this review would be recommended, as it was recommended the claimant see a spine specialist and reassessment would be needed to determine if surgery will be pursued.

## Assessment/Rationale

This is an addendum from a Physical Medicine & Rehabilitation perspective for review of additional medical records that have become available. This case was previously reviewed by this reviewer, RRS case 65940 dated 07/15/2021 and RRS case 66704 dated 08/02/2021. This review was requested to determine if the additional information alters my prior assessment. Please see prior reviews for details.

The claimant is 52 year old male with chronic pain. The pain impacts function. MRIs showed mild spondylosis at multiple levels (cervical and lumbar). EMG has shown a C7 radiculopathy. There is severely restricted range of motion. A spine specialist consultation is being pursued. As such, changes to the initial restrictions and limitations as noted above are supported.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

MD CORE

Fargo N Khoury, M.D.
Board Certified
Physical Medicine & Rehabilitation
AZ - 47979
CA - A-112452

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 12/20/2019 | Preoperative Orders | Daniel J. Hackett Jr, MD and M. Isaac, RN |
| 12/20/2019 | Physician Note (s) & Orders | Daniel J. Hackett Jr, MD |
| 12/20/2019 | Consent for Operation/Procedure | Claimant |
| 12/20/2019 | Preoperative Nursing Form | M. Isaac, RN |
| 12/20/2019 | Medication Reconciliation Form | M. Isaac, RN |
| 12/20/2019 | Pre & Post - Anesthesia Evaluation Form | Signature Illegible (ASC & OBSF Department of Anesthesiology) |
| 12/20/2019 | ASC/OBSF Anesthesia Record | Signature Illegible |
| 12/20/2019 | Consent for Anesthesia Services | Claimant |
| 12/20/2019 | Procedure Information Chart Notes | Daniel J. Hackett Jr, MD |
| 12/08/2019 | Lab Results | Baptist Health |
| 12/08/2019 | ECG 12 Lead | Kevin Scully, MD |
| 05/16/2019, 12/20/2019 | Patient Information Form | Kentucky Bone and Joint Surgeons |
| 12/20/2019 | Safe Surgery Checklist | M. Isaac, RN |
| 12/20/2019 | Post Operative Orders | Kentucky Surgery Center |
| 12/20/2019 | Post Anesthesia Record | Kentucky Surgery Center |
| 12/20/2019 | Preoperative Antibiotic Form | Daniel J. Hackett Jr, MD |
| 12/20/2019 | CMS Quality Reporting Measures | Kentucky Surgery Center |
| 12/20/2019 | Discharge Orders/Instructions | Kentucky Surgery Center |
| 12/20/2019 | Kentucky Surgery Center Surgical Record | Kentucky Surgery Center |
| 05/11/2020 | Initial Evaluation | Tim Barnett, MSPT |

| | | |
|---|---|---|
| 01/19/2021 | Cancel/No Show | Tim Barnett, MSPT |
| 03/01/2021 | Progress Note | Tim Barnett, MSPT |
| 02/25/2020 | New Patient Consultation Note | Chris Swayze, MD |
| 05/16/2019 | Referral/Authorization | Daniel J. Hackett Jr, MD |
| Undated | Anthem Insurance Card | Claimant |
| 05/15/2019 | Current Medications List | Stephanie Wagers |
| 05/12/2021 | Facesheet | Commonwealth Pain Associates, PLLC |
| 10/18/2019 | Clinical Encounter Summaries | Amber Easley, NP |
| 10/18/2019 | Full Clinical Report | Amber Easley, NP |
| 01/03/2020, 01/08/2020 | Lab Results | Commonwealth Pain Associates PLLC |
| 01/01/2019 to 05/14/2021 | Medical Records - Confidential | KY - Lexington Clinic Aneshia V. |
| 04/08/2019, 06/04/2019, 09/19/2019, 11/12/2019, 12/05/2019, 03/03/2020, 04/27/2020, 09/11/2020, 10/01/2020, 12/08/2020, 03/16/2021, 04/22/2021 | Clinical Encounter Summaries | John P. Ziegler, MD |
| 04/22/2021 | Unconfirmed Report | Unknown |
| 10/14/2020, 11/23/2020 | Clinical Encounter Summaries | Stephen C. Umansky, MD |
| 10/13/2020 | Clinical Encounter Summaries | An-Yu Chen, MD |
| 01/20/2020 | Clinical Encounter Summaries | Susanna Moberly, APRN |
| 10/09/2019, 01/09/2020 | Clinical Encounter Summaries | Walaa A. Ayoub, MD |
| 04/03/2019, 04/08/2019, 04/15/2019 | Clinical Encounter Summaries | John W. Lockhart II, PT |
| 04/05/2019 | Clinical Encounter Summaries | Mary Oaks, PA-C |
| 07/06/2021 | Lincoln Financial Group - Independent Evaluation Peer Review | Tawnya Valliere |
| 07/25/2019 - 10/31/2019 | Electronic Medical Record | Encompass |
| Undated | Encompass Electronic Medical Record Definitions | Unknown |
| 09/19/2019 | Rx Form | John Ziegler, MD |
| 07/16/2019, 08/23/2019 | Referral Orders | Brandon Gish, MD |
| 07/25/2019, 01/20/2020 | Outpatient Therapy Cancellation Policy and Smoking Policy | Claimant |
| 07/25/2019, 01/20/2020 | Encompass Health Outpatient Facesheet | Encompass Health |
| 07/25/2019, 01/20/2020 | Consent to Treatment (Outpatient Department) | Claimant |
| 07/25/2019, 01/20/2020 | Acknowledgement of Receipt of Notice of Privacy Practices | Claimant |
| 07/25/2019 | Outpatient Information Record/History Assessment | Jennifer Hensley, PT |
| 07/18/2019, 07/25/2019, | Physician Orders | Layda Blair |

| | | |
|---|---|---|
| 08/26/2019, 09/12/2019, 10/24/2019, 01/06/2020, 01/20/2020 | | |
| 07/25/2019, 09/19/2019, 11/20/2019, 01/20/2020, 03/02/2020, 03/16/2020, 03/30/2020 | Physician Orders | System |
| 10/24/2019, 01/20/2020 | Physician Orders | Julie Arseneau, DPT |
| 07/18/2019, 07/25/2019, 08/05/2019, 08/26/2019, 09/12/2019, 09/25/2019 | Physician Orders | Deborah Bowyer |
| 07/25/2019, 08/05/2019, 08/26/2019, 09/12/2019, 09/25/2019, 01/20/2020 | Physician Orders | Patrick Fifield, PTA |
| 09/12/2019, 09/19/2019 | Physician Orders | Angela Hale, PT |
| 07/18/2019, 07/25/2019, 08/05/2019, 08/26/2019, 01/06/2020, 01/20/2020, 03/02/2020 | Physician Orders | Jennifer Hensley, PT |
| 08/26/2019 | Physician Orders | Arianne Zencka, Admission Representative |
| 08/26/2019 | Physician Orders | Stephanie Caudill, DPT |
| 07/25/2019 | Physician Orders | Ashton Tackett, PTA |
| 07/25/2019 | Allergies | Cardinal Hill Rehabilitation Hospital |
| 07/25/2019 | Allergy History | Jennifer Hensley, PT |
| 07/25/2019, 08/01/2019, 08/08/2019, 08/15/2019, 09/09/2019, 10/15/2019, 10/17/2019, 10/24/2019, 10/31/2019, 11/04/2019, 02/26/2020, 03/11/2020, 03/16/2020, 03/18/2020 | IView | Jennifer Hensley, PT |
| 10/29/2019, 01/22/2020, 02/12/2020, 02/14/2020 | IView | Jullie Arseneau, DPT |
| 08/06/2019, 08/21/2019, 08/26/2019, 09/03/2019, 09/05/2019, 09/12/2019, 09/18/2019, 09/20/2019, 09/23/2019, 10/07/2019, 10/10/2019, 10/15/2019, 10/17/2019, 10/21/2019, 01/24/2020, 02/07/2020, 02/17/2020, 02/21/2020 | IView | Patrick Fifield, PTA |
| 09/25/2019, 04/21/2020 | IView | Angela Hale, PT |
| 08/29/2019 | IView | Stephanie Caudill, DPT |
| 07/29/2019, 08/12/2019, 08/19/2019 | IView | Ashton Tackett, PTA |

| | | |
|---|---|---|
| 09/25/2019 | PT Updated Certification Letter | Angela Hale, PT |
| 07/25/2019 | PT Initial Certification Letter | Jennifer Hensley, PT |
| 08/01/2019, 08/08/2019, 08/15/2019, 09/09/2019, 10/24/2019, 10/31/2019, 03/16/2020 | OP PT Daily Documentation | Jennifer Hensley, PT |
| 10/29/2019, 01/22/2020, 02/12/2020, 02/14/2020 | OP PT Daily Documentation | Julie Arseneau, DPT |
| 08/06/2019, 08/21/2019, 08/26/2019, 09/03/2019, 09/05/2019, 09/12/2019, 09/18/2019, 09/20/2019, 09/23/2019, 10/07/2019, 10/10/2019, 10/17/2019, 10/21/2019, 01/24/2020, 02/07/2020, 02/17/2020, 02/21/2020 | OP PT Daily Documentation | Patrick Fifield, PTA |
| 10/15/2019 | OP PT Daily Documentation | Patrick Fifield, PTA and Jennifer Hensley, PT |
| 09/25/2019 | OP PT Daily Documentation | Angela Hale, PT |
| 08/29/2019 | OP PT Daily Documentation | Stephanie Caudill, DPT |
| 07/29/2019, 08/12/2019, 08/19/2019 | OP PT Daily Documentation | Ashton Tackett, PTA |
| 07/25/2019 | OP PT Evaluation | Jennifer Hensley, PT |
| 11/04/2019, 04/21/2020 | OP PT DC Assessment | Jennifer Hensley, PT |
| 10/24/2019, 03/18/2020 | OP PT Communication Note | Jennifer Hensley, PT |
| 09/25/2019, 04/21/2020 | OP PT Communication Note | Angela Hale, PT |
| 08/29/2019 | OP PT Communication Note | Stephanie Caudill, DPT |
| 08/05/2019 | OP PT Missed Treatments | Jennifer Hensley, PT |
| 07/25/2019 | Exercises Sheet | Unsigned |
| 07/25/2019, 03/11/2020 | Exercises Sheet | Jennifer Hensley, PT |
| 07/31/2019, 01/21/2020 | Coding Summary | Cardinal Hill Rehab Hospital |
| 11/19/2019 | Phone Message/Call | Nancy Baughn, Jonathan Miracle, and Jennifer Hensley, PT |
| 11/19/2019 | Addendum | Nancy Baughn |
| 11/19/2019 | Addendum | Jonathan Miracle |
| 09/25/2019 | Phone Message/Call | Laura Redmon and Angela Hale, PT |
| 07/26/2019, 09/26/2019, 01/21/2020 | Addendum | Laura Redmon |
| 07/25/2019 | Phone Message/Call | Laura Redmon and Jennifer Hensley, PT |
| 10/31/2019 | Physical Therapy Progress Note | Jennifer Hensley, PT |
| 10/15/2019, 10/17/2019, 10/24/2019 | Diagrams/Patient Notes | Jennifer Hensley, PT |
| 10/15/2019 | Functional Dry Needling Consent and Request for Procedure | Claimant |

| | | |
|---|---|---|
| 08/19/2019 | Physical Therapy Progress Note | Ashton Tackett, PTA |
| 07/17/2019 | Cardinal Hill OTS Referral OTS Form | Cardinal Hill |
| 01/20/2020 | Electronic Medical Record | Encompass |
| 01/20/2020, 03/11/2020 | Outpatient Information Record/History Assessment | Jennifer Hensley, PT and Ryan Parnell, PT Student |
| 12/20/2019, 01/06/2020, 05/06/2020, 09/21/2020, 03/08/2021 | Rx Form | Daniel J. Hackett Jr, MD |
| 01/20/2020 | Physician Orders | Ryan Parnell, PT Student |
| 01/20/2020 | Physician Orders | David Hoctor |
| 10/15/2019 | Certified Mail Receipt | US Postal Service |
| 01/20/2020, 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/10/2020, 02/19/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020 | IView | Ryan Parnell, PT Student |
| 03/02/2020 | PT Updated Certification Letter | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 02/03/2020 | PT Updated Certification Letter | Ryan Parnell, PT Student, Robert Francis Taylor MD, and Jennifer Hensley, PT |
| 01/20/2020 | PT Initial Certification Letter | Ryan Parnell, PT Student, Robert Francis Taylor MD, and Jennifer Hensley, PT |
| 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/10/2020, 02/19/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020 | OP PT Daily Documentation | Ryan Parnell, PT and Jennifer Hensley, PT |
| 01/20/2020 | OP PT Evaluation | Ryan Parnell, PT and Jennifer Hensley, PT |
| 02/03/2020, 03/02/2020 | OP PT Communication Note | Ryan Parnell, PT and Jennifer Hensley, PT |
| 01/20/2020, 03/09/2020 | Exercises Sheet | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 01/20/2020 | Phone Message/Call | Laura Redmon and Ryan Parnell, PT |
| 02/03/2020, 03/04/2020 | Physical Therapy Progress Note | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 12/27/2020 | Transferable Skills Analysis | Vanessa Scungio MA, CRC |
| 05/17/2019 to 06/16/2020 | New Monthly Benefit and Overpayment Calculation | Unknown |
| 06/23/2020 | Email | Jadene H. Farrow |
| 05/17/2019 to 06/16/2020 | Calculation Worksheet | Toyota Motor Engineering & Manufacturing |
| 01/30/2020 | Letter | Social Security Administration |
| 01/17/2019 | Initial Payment Calculation Worksheet | Kayla Goodrich |

| | | |
|---|---|---|
| 04/29/2019, 07/09/2019, 08/22/2019 | Facsimile Transmittal Sheet | Customer Resource Center |
| 04/29/2019, 07/09/2019, 08/22/2019 | Letter | Customer Resource Center The Advocator Group |
| 06/18/2020 | Lincoln Life NOA Cover Sheet | Advocator Group |
| 06/14/2020 | Notice of Award | Social Security Administration |
| 06/03/2020 | Notice of Decision - Fully Favorable | Christopher C. Sheppard |
| 06/03/2020 | Decision | Christopher C. Sheppard |
| 06/03/2020 | Order of Administrative Law Judge | Christopher C. Sheppard |
| 04/12/2019 | Authorization for Release of Long-Term Disability File | Claimant |
| 07/02/2021 | Clinical Review Memo | Tawnya Valliere |
| 12/19/2018, 01/17/2019, 04/02/2019, 05/16/2019, 06/05/2019, 07/05/2019, 07/29/2019, 08/27/2019, 11/12/2019, 12/08/2019, 01/03/2020, 01/10/2020, 01/28/2020, 02/18/2020, 12/04/2020 | Hand Written Cover Sheet | Claimant |
| 12/30/2019 | Orthopaedic Surgery Instructions | Kentucky Bone & Joint Surgeons |
| 11/22/2019 | Procedure/Operative Permit | Claimant |
| 05/15/2019, 06/26/2019, 11/04/2019, 11/22/2019, 02/05/2020, 03/04/2020, 05/26/2020 | Letter | Daniel J. Hackett Jr, MD |
| 11/23/2020, 12/07/2020 | Nerve Conduction Studies | Craig Knox, MD |
| 10/14/2020, 11/23/2020 | Letter/Patient Care Summary | Stephen C. Umansky, MD |
| 05/08/2020, 06/04/2020, 11/23/2020 | Letter/Patient Care Summary | Craig A. Knox, MD |
| 11/27/2018 | Fax Cover Sheet | Kyle Matthew Mullins, MS, OTR/L, CHT |
| 07/31/2018, 08/02/2018, 08/06/2018, 08/08/2018, 08/10/2018, 08/13/2018, 08/14/2018, 08/16/2018, 08/20/2018, 08/21/2018, 08/23/2018, 08/27/2018, 08/29/2018, 09/04/2018, 09/06/2018, 09/14/2018, 10/23/2018, 10/30/2018, 11/01/2018, 11/06/2018, 11/08/2018, 11/13/2018, 11/15/2018, 11/20/2018, 11/27/2018, 12/29/2018, | Flowsheet | Commonwealth Hand Therapy |

| | | |
|---|---|---|
| 01/03/2019, 01/07/2019, 01/10/2019, 01/14/2019, 01/17/2019, 01/21/2019, 01/24/2019, 01/30/2019, 02/02/2019, 02/04/2019, 02/07/2019, 02/11/2019, 02/13/2019, 02/18/2019, 02/21/2019, 02/25/2019, 03/01/2019, 03/07/2019, 03/11/2019, 03/13/2019, 03/20/2019, 03/22/2019, 03/25/2019, 03/29/2019, 04/01/2019, 04/04/2019, 04/10/2019, 04/23/2019, 04/25/2019, 04/29/2019, 05/01/2019, 05/06/2019, 05/08/2019, 05/13/2019, 05/15/2019, 06/03/2019, 06/12/2019 | | |
| 07/26/2018 | Physical/Occupational Therapy Order | Stephen C. Umansky, MD |
| 07/31/2018 | Custom Upper Extremity Orthotic Fabrication/Delivery Form | Kyle Matthew Mullins, MS, OTR/L, CHT |
| 12/20/2019 | Preoperative Orders | Daniel J. Hackett Jr, MD and M. Isaac, RN |
| 12/20/2019 | Physician Note (s) & Orders | Daniel J. Hackett Jr, MD |
| 12/20/2019 | Consent for Operation/Procedure | Claimant |
| 12/20/2019 | Preoperative Nursing Form | M. Isaac, RN |
| 12/20/2019 | Medication Reconciliation Form | M. Isaac, RN |
| 12/20/2019 | Pre & Post - Anesthesia Evaluation Form | Signature Illegible (ASC & OBSF Department of Anesthesiology) |
| 07/31/2018 | Occupational Therapy Initial Examination | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 12/20/2019 | ASC/OBSF Anesthesia Record | Signature Illegible |
| 12/20/2019 | Consent for Anesthesia Services | Claimant |
| 12/20/2019 | Procedure Information Chart Notes | Daniel J. Hackett Jr, MD |
| 12/08/2019 | Lab Results | Baptist Health |
| 12/08/2019 | ECG 12 Lead | Kevin Scully, MD |
| 05/16/2019, 12/20/2019 | Patient Information Form | Kentucky Bone and Joint Surgeons |
| 12/20/2019 | Safe Surgery Checklist | M. Isaac, RN |
| 12/20/2019 | Post Operative Orders | Kentucky Surgery Center |
| 08/08/2018 | Occupational Therapy Referral | Michelle Debra, PAC |

| | | |
|---|---|---|
| 12/20/2019 | Post Anesthesia Record | Kentucky Surgery Center |
| 12/20/2019 | Preoperative Antibiotic Form | Daniel J. Hackett Jr, MD |
| 12/20/2019 | CMS Quality Reporting Measures | Kentucky Surgery Center |
| 12/20/2019 | Discharge Orders/Instructions | Kentucky Surgery Center |
| 12/20/2019 | Kentucky Surgery Center Surgical Record | Kentucky Surgery Center |
| 08/16/2018, 09/05/2018 | Receipt/Proof of Delivery | Kyle Mullins, MS |
| 05/11/2020 | Initial Evaluation | Tim Barnett, MSPT |
| 08/23/2018, 11/13/2018 | Survey of Upper Extremity Disability (DASH) | Kyle Mullins, MS |
| 01/19/2021 | Cancel/No Show | Tim Barnett, MSPT |
| 08/23/2018 | Occupational Therapy Recertification Note | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 09/13/2018 | Occupational Therapy Referral | Stephen C. Umansky, MD |
| 03/01/2021 | Progress Note | Tim Barnett, MSPT |
| 12/17/2018 | Physical Therapy Prescription | Trevor Wilkes, MD |
| 02/25/2020 | New Patient Consultation Note | Chris Swayze, MD |
| 05/16/2019 | Referral/Authorization | Daniel J. Hackett Jr, MD |
| 10/05/2018, 10/30/2018, 11/20/2018 | Home Exercise Program | Tim Uhl |
| Undated | Anthem Insurance Card | Claimant |
| 01/11/2013 | Shoulder - 101 Scapular Retraction (Standing) | Unknown |
| 05/15/2019 | Current Medications List | Stephanie Wagers |
| Undated | Guidelines for Uncomplicated Rotator Cuff Repair (Supraspinatus, Infraspinatus) Rehabilitation | Sports Medicine Center Lexington Clinic |
| 05/12/2021 | Facesheet | Commonwealth Pain Associates, PLLC |
| 10/23/2018 | Physical Therapy Initial Examination | Timothy Uhl, PhD and Trevor Wilkes, MD |
| 10/18/2019 | Clinical Encounter Summaries | Amber Easley, NP |
| 11/13/2018 | Occupational Therapy Discharge Summary | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 10/18/2019 | Full Clinical Report | Amber Easley, NP |
| 11/16/2018, 11/17/2018, 11/18/2018, 11/19/2018 | Hand Written Chart | Unknown |
| 01/03/2020, 01/08/2020 | Lab Results | Commonwealth Pain Associates PLLC |
| 11/20/2018 | Survey of Upper Extremity Disability (DASH) | Timothy Uhl, PhD |
| 01/01/2019 to 05/14/2021 | Medical Records - Confidential | KY - Lexington Clinic Aneshia V. |
| 11/20/2018 | Physical Therapy | Timothy Uhl, PhD and Trevor Wilkes, MD |

| | | |
|---|---|---|
| | Recertification Note | |
| 11/27/2018 | Fax Cover Sheet | Timothy Uhl, PhD |
| 04/08/2019, 06/04/2019, 09/19/2019, 11/12/2019, 12/05/2019, 03/03/2020, 04/27/2020, 09/11/2020, 10/01/2020, 12/08/2020, 03/16/2021, 04/22/2021 | Clinical Encounter Summaries | John P. Ziegler, MD |
| 11/27/2018 | Daily Note/Billing Sheet | Lisa Podlecki and Timothy Uhl, PhD |
| 04/22/2021 | Unconfirmed Report | Unknown |
| 10/23/2018, 10/25/2018, 10/30/2018, 11/01/2018, 11/06/2018, 11/08/2018, 11/13/2018, 11/15/2018, 11/20/2018 | Daily Note/Billing Sheet | Timothy Uhl, PhD |
| 10/14/2020, 11/23/2020 | Clinical Encounter Summaries | Stephen C. Umansky, MD |
| 10/23/2018, 11/20/2018 | Patient Outcomes | Timothy Uhl, PhD |
| 10/13/2020 | Clinical Encounter Summaries | An-Yu Chen, MD |
| 10/23/2018, 11/20/2018 | Plan of Care | Timothy Uhl, PhD |
| 01/20/2020 | Clinical Encounter Summaries | Susanna Moberly, APRN |
| Undated | Hand Written Cover Sheet | Claimant |
| 10/09/2019, 01/09/2020 | Clinical Encounter Summaries | Walaa A. Ayoub, MD |
| Undated | Patient Chart | Stephen Lamb MD LLC |
| 04/03/2019, 04/08/2019, 04/15/2019 | Clinical Encounter Summaries | John W. Lockhart II, PT |
| 07/27/2020 | Kasper Note | Suzy Hamm |
| 04/05/2019 | Clinical Encounter Summaries | Mary Oaks, PA-C |
| 07/02/2019, 07/31/2019, 09/04/2019, 10/09/2019, 10/15/2019, 12/10/2019, 12/16/2019, 02/10/2020, 04/07/2020, 04/13/2020, 06/08/2020, 07/06/2020, 07/28/2020 | SOAP Note | Stephen Lamb, Psychiatry |
| 07/06/2021 | Lincoln Financial Group - Independent Evaluation Peer Review | Tawnya Valliere |
| 07/27/2020, 09/23/2020 | Visit Summary | Ortho Kentucky; Kentucky Bone and Joint Surgeons |
| 05/04/2020, 06/08/2020, 07/28/2020, 09/08/2020, 12/21/2020, 03/18/2021 | Office Visit Note | Chris Swayze, MD |
| 07/25/2019 - 10/31/2019 | Electronic Medical Record | Encompass |
| 05/26/2020, 06/01/2020, 06/04/2020, 06/09/2020, 06/15/2020, 06/18/2020, 06/22/2020, 06/25/2020, | Daily Note | Tim Barnett, MSPT and Janel Northington, PTA |

| | | |
|---|---|---|
| 07/06/2020, 07/09/2020, 07/16/2020, 07/20/2020, 07/23/2020, 10/07/2020, 11/04/2020, 11/11/2020 | | |
| Undated | Encompass Electronic Medical Record Definitions | Unknown |
| 09/19/2019 | Rx Form | John Ziegler, MD |
| 06/12/2020 | Re-Evaluation | Tim Barnett, MSPT and Janel Northington, PTA |
| 07/16/2019, 08/23/2019 | Referral Orders | Brandon Gish, MD |
| 06/12/2020 | Plan of Care | Tim Barnett, MSPT and Janel Northington, PTA |
| 07/25/2019, 01/20/2020 | Outpatient Therapy Cancellation Policy and Smoking Policy | Claimant |
| 06/30/2020, 07/02/2020 | Daily Note | Katherine M. Fillatreau, PT |
| 07/25/2019, 01/20/2020 | Encompass Health Outpatient Facesheet | Encompass Health |
| 07/14/2020, 08/19/2020, 09/23/2020, 10/29/2020, 12/08/2020, 02/01/2021, 04/12/2021 | Re-Evaluation | Tim Barnett, MSPT |
| 07/25/2019, 01/20/2020 | Consent to Treatment (Outpatient Department) | Claimant |
| 07/25/2019, 01/20/2020 | Acknowledgement of Receipt of Notice of Privacy Practices | Claimant |
| 05/11/2020, 07/14/2020, 08/19/2020, 09/23/2020, 10/29/2020, 12/08/2020, 02/01/2021, 04/12/2021 | Plan of Care | Tim Barnett, MSPT |
| 05/18/2020, 05/21/2020, 05/29/2020, 07/29/2020, 08/05/2020, 08/12/2020, 08/26/2020, 09/02/2020, 09/09/2020, 09/16/2020, 10/14/2020, 10/21/2020, 11/17/2020, 11/24/2020, 12/21/2020, 01/05/2021, 02/15/2021, 03/01/2021, 04/26/2021 | Daily Note | Tim Barnett, MSPT |
| 07/25/2019 | Outpatient Information Record/History Assessment | Jennifer Hensley, PT |
| 07/18/2019, 07/25/2019, 08/26/2019, 09/12/2019, 10/24/2019, 01/06/2020, 01/20/2020 | Physician Orders | Layda Blair |
| 09/30/2020 | Daily Note | Tim Barnett, MSPT and Kaitlin O. Cordova, PT |
| 11/12/2020 | Medical Expense Summary | Connexus Pharmacy System Wal-Mart Neighborhood Market Pharmacy |

| | | |
|---|---|---|
| 07/25/2019, 09/19/2019, 11/20/2019, 01/20/2020, 03/02/2020, 03/16/2020, 03/30/2020 | Physician Orders | System |
| 10/24/2019, 01/20/2020 | Physician Orders | Julie Arseneau, DPT |
| 07/03/2019, 09/10/2019, 01/16/2020 | Letter | Lincoln Financial Group |
| 07/18/2019, 07/25/2019, 08/05/2019, 08/26/2019, 09/12/2019, 09/25/2019 | Physician Orders | Deborah Bowyer |
| 05/15/2019, 06/26/2019, 11/04/2019, 01/08/2020, 07/27/2020, 09/21/2020 | Encounters List | Unknown |
| 07/25/2019, 08/05/2019, 08/26/2019, 09/12/2019, 09/25/2019, 01/20/2020 | Physician Orders | Patrick Fifield, PTA |
| 04/17/2019, 11/04/2019, 01/06/2020, 12/16/2020 | History & Physical Report Procedures | Daniel J. Hackett Jr, MD |
| 10/22/2020 | Fax Cover Page | Kentucky Bone & Joint Surgeons |
| 09/12/2019, 09/19/2019 | Physician Orders | Angela Hale, PT |
| 07/18/2019, 07/25/2019, 08/05/2019, 08/26/2019, 01/06/2020, 01/20/2020, 03/02/2020 | Physician Orders | Jennifer Hensley, PT |
| 05/15/2019, 06/26/2019, 08/19/2019, 11/22/2019, 01/06/2020, 02/05/2020, 03/04/2020, 04/10/2020, 05/26/2020, 07/27/2020, 09/21/2020, 03/08/2021 | History & Physical Report | Daniel J. Hackett Jr, MD |
| 08/26/2019 | Physician Orders | Arianne Zencka, Admission Representative |
| 09/21/2020 | Scanned Documents List | Unknown |
| 08/26/2019 | Physician Orders | Stephanie Caudill, DPT |
| 09/11/2019 | Medical Records - Confidential | KY - Commonwealth Pain Associates PLLC Heather B. |
| 07/25/2019 | Physician Orders | Ashton Tackett, PTA |
| 07/25/2019 | Allergies | Cardinal Hill Rehabilitation Hospital |
| 06/24/2019, 07/16/2019, 08/23/2019, 11/15/2019, 01/03/2020, 01/16/2020 | Clinical Encounter Summaries | Brandon Gish, MD |
| 07/25/2019 | Allergy History | Jennifer Hensley, PT |
| 06/24/2019, 07/16/2019, 08/23/2019, 11/15/2019, 01/03/2020, 01/16/2020 | Full Clinical Report | Brandon Gish, MD |
| 04/01/2019 to 08/21/2019 | Medical Records – Confidential | KY - Commonwealth Pain Associates PLLC Patti C. |

| | | |
|---|---|---|
| 07/25/2019, 08/01/2019, 08/08/2019, 08/15/2019, 09/09/2019, 10/15/2019, 10/17/2019, 10/24/2019, 10/31/2019, 11/04/2019, 02/26/2020, 03/11/2020, 03/16/2020, 03/18/2020 | IView | Jennifer Hensley, PT |
| 04/03/2019, 08/20/2019 | Fax Sheet | Christine Kelley |
| 10/29/2019, 01/22/2020, 02/12/2020, 02/14/2020 | IView | Jullie Arseneau, DPT |
| 04/03/2019, 08/20/2019 | Letter | Christine Kelley |
| 08/06/2019, 08/21/2019, 08/26/2019, 09/03/2019, 09/05/2019, 09/12/2019, 09/18/2019, 09/20/2019, 09/23/2019, 10/07/2019, 10/10/2019, 10/15/2019, 10/17/2019, 10/21/2019, 01/24/2020, 02/07/2020, 02/17/2020, 02/21/2020 | IView | Patrick Fifield, PTA |
| 09/25/2019, 04/21/2020 | IView | Angela Hale, PT |
| 11/29/2018 | Authorization For The Release of Information Including Protected Health Information | Claimant |
| 08/29/2019 | IView | Stephanie Caudill, DPT |
| 07/16/2019 | Discharge Instructions and Information | Claimant |
| 07/16/2019 | Consent for Medical or Surgical Procedure | Claimant |
| 07/29/2019, 08/12/2019, 08/19/2019 | IView | Ashton Tackett, PTA |
| 06/24/2019 | Patient Health Questionnaire (PHQ-9) | Claimant |
| 09/25/2019 | PT Updated Certification Letter | Angela Hale, PT |
| 07/25/2019 | PT Initial Certification Letter | Jennifer Hensley, PT |
| 06/24/2019 | Opioid Risk Tool | Claimant |
| 08/01/2019, 08/08/2019, 08/15/2019, 09/09/2019, 10/24/2019, 10/31/2019, 03/16/2020 | OP PT Daily Documentation | Jennifer Hensley, PT |
| 06/24/2019 | Pain Self Efficacy Questionnaire (PSEQ) | Claimant |
| 04/26/2019, 06/12/2019 | Imaging Results | Timothy Averion-Mahloch, MD |
| 10/29/2019, 01/22/2020, 02/12/2020, 02/14/2020 | OP PT Daily Documentation | Julie Arseneau, DPT |

| | | |
|---|---|---|
| 06/24/2019, 07/16/2019 | Pre-Op Orders | Brandon Gish, MD |
| 08/06/2019, 08/21/2019, 08/26/2019, 09/03/2019, 09/05/2019, 09/12/2019, 09/18/2019, 09/20/2019, 09/23/2019, 10/07/2019, 10/10/2019, 10/17/2019, 10/21/2019, 01/24/2020, 02/07/2020, 02/17/2020, 02/21/2020 | OP PT Daily Documentation | Patrick Fifield, PTA |
| 07/16/2019, 10/04/2019 | Upcoming Appointments | KY - Commonwealth Pain Associates PLLC |
| 10/15/2019 | OP PT Daily Documentation | Patrick Fifield, PTA and Jennifer Hensley, PT |
| 05/16/2019, 04/10/2020 | Clinical Summary Document | Kentucky Bone and Joint Surgeons |
| 01/08/2019, 02/19/2019, 04/02/2019 | Clinical Encounter Summaries | Bethany Begley, PA-C |
| 09/25/2019 | OP PT Daily Documentation | Angela Hale, PT |
| 08/29/2019 | OP PT Daily Documentation | Stephanie Caudill, DPT |
| 09/11/2020, 09/17/2020, 10/01/2020, 10/13/2020, 10/14/2020, 11/23/2020, 12/07/2020, 03/23/2021, 04/08/2021, 04/22/2021 | COVID-19 Screening Questionnaire | Lexington Clinic |
| 07/29/2019, 08/12/2019, 08/19/2019 | OP PT Daily Documentation | Ashton Tackett, PTA |
| 04/18/2019, 06/19/2019, 12/03/2019, 06/04/2020, 11/23/2020, 12/07/2020, 12/08/2020, 04/08/2021 | Encounter Summary - Progress Notes | Craig A. Knox, MD |
| 07/25/2019 | OP PT Evaluation | Jennifer Hensley, PT |
| 10/13/2020 | Colonoscopy Report | An-Yu Chen, MD |
| 11/04/2019, 04/21/2020 | OP PT DC Assessment | Jennifer Hensley, PT |
| 06/04/2020 | COVID-19 Screening and Instructions | EM |
| 10/24/2019, 03/18/2020 | OP PT Communication Note | Jennifer Hensley, PT |
| 09/25/2019, 04/21/2020 | OP PT Communication Note | Angela Hale, PT |
| 08/29/2019 | OP PT Communication Note | Stephanie Caudill, DPT |
| 03/19/2020 | Encounter Summary - Progress Notes | Patrick K. Leung, MD |
| 08/05/2019 | OP PT Missed Treatments | Jennifer Hensley, PT |
| 07/25/2019 | Exercises Sheet | Unsigned |
| 04/18/2019 | Neurology Department Patient Questionnaire | Lexington Clinic |
| 04/03/2019 | Routine Sheet | Will Lockhart, PT |
| 07/25/2019, 03/11/2020 | Exercises Sheet | Jennifer Hensley, PT |
| 07/31/2019, 01/21/2020 | Coding Summary | Cardinal Hill Rehab Hospital |
| 11/19/2019 | Phone Message/Call | Nancy Baughn, Jonathan Miracle, and Jennifer Hensley, PT |

| | | |
|---|---|---|
| 04/01/2019, 04/11/2019, 06/04/2019 | Fax Cover Sheet | Lisa Podlecki |
| 11/19/2019 | Addendum | Nancy Baughn |
| 04/01/2019 | Progress Report | Michael Glindmeyer, DPT |
| 11/19/2019 | Addendum | Jonathan Miracle |
| 09/25/2019 | Phone Message/Call | Laura Redmon and Angela Hale, PT |
| 06/04/2019 | Imaging Results | Shailendra Chopra, MD |
| 07/26/2019, 09/26/2019, 01/21/2020 | Addendum | Laura Redmon |
| 07/25/2019 | Phone Message/Call | Laura Redmon and Jennifer Hensley, PT |
| 10/10/2019, 10/11/2019, 10/14/2019, 11/12/2019, 11/15/2019, 01/20/2020, 01/23/2020, 09/11/2020, 09/17/2020, 09/18/2020, 10/12/2020, 03/23/2021, 03/24/2021 | Lab Report | Lexington Clinic Laboratory |
| 10/31/2019 | Physical Therapy Progress Note | Jennifer Hensley, PT |
| 10/10/2020 | Final Report | Christen Wanstrath |
| 10/15/2019, 10/17/2019, 10/24/2019 | Diagrams/Patient Notes | Jennifer Hensley, PT |
| 08/21/2019 | Lab Result Note | John Ziegler, MD |
| 10/15/2019 | Functional Dry Needling Consent and Request for Procedure | Claimant |
| 08/19/2019 | Physical Therapy Progress Note | Ashton Tackett, PTA |
| 08/21/2019 | Lab Report | LabCorp |
| 07/17/2019 | Cardinal Hill OTS Referral OTS Form | Cardinal Hill |
| 01/17/2018 | Survey of Upper Extremity Disability (DASH) | Unknown |
| 01/20/2020 | Electronic Medical Record | Encompass |
| 12/28/2018 | Physical Therapy Recertification Note | Lisa Podlecki and Bethany Begley, PA-C |
| 01/20/2020, 03/11/2020 | Outpatient Information Record/History Assessment | Jennifer Hensley, PT and Ryan Parnell, PT Student |
| 01/03/2019, 01/07/2019, 01/14/2019, 01/17/2019, 01/21/2019, 01/24/2019, 01/30/2019, 02/01/2019, 02/07/2019, 02/11/2019, 02/13/2019, 02/18/2019, 02/28/2019, 03/22/2019, 05/08/2019, 06/11/2019 | Daily Note/Billing Sheet | Lisa Podlecki |
| 12/20/2019, 01/06/2020, | Rx Form | Daniel J. Hackett Jr, MD |

| | | |
|---|---|---|
| 05/06/2020, 09/21/2020, 03/08/2021 | | |
| 01/10/2019, 02/04/2019, 03/05/2019 | Daily Note/Billing Sheet Addendum | Lisa Podlecki |
| 01/20/2020 | Physician Orders | Ryan Parnell, PT Student |
| 01/11/2019 | Occupational Therapy Referral | Bethany Begley, PA-C |
| 01/20/2020 | Physician Orders | David Hoctor |
| 01/17/2019, 02/01/2019, 02/13/2019 | Physical Therapy Progress Note | Lisa Podlecki |
| 10/15/2019 | Certified Mail Receipt | US Postal Service |
| 01/17/2019, 02/13/2019 | Patient Outcomes | Lisa Podlecki |
| 01/20/2020, 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/10/2020, 02/19/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020 | IView | Ryan Parnell, PT Student |
| 03/02/2020 | PT Updated Certification Letter | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 01/17/2019 | Survey of Back Disability | Claimant |
| 02/01/2019, 02/13/2019 | Survey of Upper Extremity Disability (DASH) | Lisa Podlecki |
| 02/03/2020 | PT Updated Certification Letter | Ryan Parnell, PT Student, Robert Francis Taylor MD, and Jennifer Hensley, PT |
| Date Illegible | Survey of Upper Extremity Disability (DASH) | Unknown |
| 01/20/2020 | PT Initial Certification Letter | Ryan Parnell, PT Student, Robert Francis Taylor MD, and Jennifer Hensley, PT |
| 02/21/2019, 02/25/2019, 03/07/2019 | Daily Note/Billing Sheet | Lisa Podlecki and Michael Glindmeyer, DPT |
| 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/10/2020, 02/19/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020 | OP PT Daily Documentation | Ryan Parnell, PT and Jennifer Hensley, PT |
| 03/11/2019, 06/03/2019 | Daily Note / Billing Sheet Addendum | Michael Glindmeyer, DPT |
| 01/20/2020 | OP PT Evaluation | Ryan Parnell, PT and Jennifer Hensley, PT |
| 03/13/2019, 03/20/2019, 03/25/2019, 03/28/2019, 04/01/2019, 04/04/2019, 04/10/2019, 04/22/2019, 04/25/2019, 04/29/2019, | Daily Note/Billing Sheet | Michael Glindmeyer, DPT |

| | | |
|---|---|---|
| 05/01/2019, 05/06/2019, 05/13/2019, 05/15/2019 | | |
| 02/03/2020, 03/02/2020 | OP PT Communication Note | Ryan Parnell, PT and Jennifer Hensley, PT |
| 03/13/2019, 04/23/2019, 06/03/2019 | Patient Outcomes | Michael Glindmeyer, DPT |
| 01/20/2020, 03/09/2020 | Exercises Sheet | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 01/20/2020 | Phone Message/Call | Laura Redmon and Ryan Parnell, PT |
| 03/20/2019 | Physical Therapy Referral | Michael Glindmeyer, DPT |
| 02/03/2020, 03/04/2020 | Physical Therapy Progress Note | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 03/25/2019 | Occupational/Physical Therapy Referral | Bethany Begley, PA-C |
| 12/27/2020 | Transferable Skills Analysis | Vanessa Scungio MA, CRC |
| 04/22/2019 | Physical Therapy Recertification Note | Michael Glindmeyer, DPT |
| 05/17/2019 to 06/16/2020 | New Monthly Benefit and Overpayment Calculation | Unknown |
| 06/03/2019 | Physical Therapy Recertification Note Addendum | Michael Glindmeyer, DPT and Daniel J. Hackett Jr, MD |
| 06/23/2020 | Email | Jadene H. Farrow |
| 08/20/2019 | Discharge Note | Lisa Podlecki |
| 05/17/2019 to 06/16/2020 | Calculation Worksheet | Toyota Motor Engineering & Manufacturing |
| 09/25/2019 | PT Updated Certification Letter | Angela Hale, PT and Robert Taylor, MD |
| 01/30/2020 | Letter | Social Security Administration |
| 07/25/2019 | PT Initial Certification Letter | Jennifer Hensley, PT and Robert Taylor, MD |
| 01/01/2019 to 06/03/2021 | HIPAA - Designated Record Set | Connexus Pharmacy System Wal-Mart Neighborhood Market Pharmacy |
| 01/17/2019 | Initial Payment Calculation Worksheet | Kayla Goodrich |
| 04/29/2019, 07/09/2019, 08/22/2019 | Facsimile Transmittal Sheet | Customer Resource Center |
| Undated | Hand Written Note | Claimant |
| 04/29/2019, 07/09/2019, 08/22/2019 | Letter | Customer Resource Center The Advocator Group |
| 05/14/2020 | Appointment of Representative and Acceptance of Appointment | Social Security Administration |
| 06/18/2020 | Lincoln Life NOA Cover Sheet | Advocator Group |
| 01/08/2019, 04/02/2019, 04/03/2019, 04/08/2019, 04/15/2019, 06/05/2019, 06/19/2019 | Upcoming Appointments | KY - Lexington Clinic |
| 06/14/2020 | Notice of Award | Social Security Administration |
| 03/27/2020, 05/04/2020, 05/05/2020, 05/06/2020 | Email | zolltar7 |

| | | |
|---|---|---|
| 06/03/2020 | Notice of Decision - Fully Favorable | Christopher C. Sheppard |
| 05/05/2020 | Email | FollowMyHealth |
| 06/03/2020 | Decision | Christopher C. Sheppard |
| 02/19/2019, 04/02/2019 | Work Status Report Form | Lexington Clinic |
| 06/03/2020 | Order of Administrative Law Judge | Christopher C. Sheppard |
| 01/21/2019, 01/24/2019, 02/21/2019, 02/25/2019, 02/28/2019, 03/28/2019, 04/01/2019, 04/04/2019, 04/10/2019, 08/23/2019 | Upcoming Appointments | Commonwealth Hand Therapy |
| 04/12/2019 | Authorization for Release of Long-Term Disability File | Claimant |
| 02/20/2019 | Letter/Patient Care Summary | Bethany Begley, PA-C |
| 07/02/2021 | Clinical Review Memo | Tawnya Valliere |
| 08/19/2019, 11/04/2019, 02/05/2020, 03/04/2020 | Appointment Reminder | Kentucky Bone & Joint Surgeons |
| 12/19/2018, 01/17/2019, 04/02/2019, 05/16/2019, 06/05/2019, 07/05/2019, 07/29/2019, 08/27/2019, 11/12/2019, 12/08/2019, 01/03/2020, 01/10/2020, 01/28/2020, 02/18/2020, 12/04/2020 | Hand Written Cover Sheet | Claimant |
| 01/08/2019 | Order Forms | Bethany Begley, PA-C |
| 12/30/2019 | Orthopaedic Surgery Instructions | Kentucky Bone & Joint Surgeons |
| 12/20/2019 | Discharge Orders/Instructions | Kentucky Bone & Joint Surgeons, Orthopedic & Sports Medicine |
| 11/22/2019 | Procedure/Operative Permit | Claimant |
| 12/20/2019 | Medication Reconciliation Form | Kentucky Surgery Center |
| 12/17/2020 | Peer Review | John Zheng, DO |
| 05/15/2019, 06/26/2019, 11/04/2019, 11/22/2019, 02/05/2020, 03/04/2020, 05/26/2020 | Letter | Daniel J. Hackett Jr, MD |
| 12/17/2020 | Attestation | John Zheng, DO |
| 11/23/2020, 12/07/2020 | Nerve Conduction Studies | Craig Knox, MD |
| 12/17/2020, 12/18/2020 | Email | Kyras Norman |
| 10/14/2020, 11/23/2020 | Letter/Patient Care Summary | Stephen C. Umansky, MD |
| 07/25/2019, 07/29/2019, 08/01/2019, 08/05/2019, 08/08/2019, 08/12/2019, 08/15/2019, 08/19/2019, | Person Appointment Itinerary | Cardinal Hill Rehabilitation Hospital |

| | | |
|---|---|---|
| 08/22/2019, 08/26/2019, 01/22/2020, 01/24/2020, 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/07/2020, 02/10/2020, 02/12/2020, 02/14/2020, 02/17/2020, 02/19/2020, 02/21/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020, 03/16/2020, 03/18/2020, 03/23/2020, 03/25/2020 | | |
| 05/08/2020, 06/04/2020, 11/23/2020 | Letter/Patient Care Summary | Craig A. Knox, MD |
| 05/04/2020 | Rx Form | Chris Swayze, MD |
| 12/20/2019 | Procedure Images | Daniel J. Hackett Jr, MD |
| 11/27/2018 | Fax Cover Sheet | Kyle Matthew Mullins, MS, OTR/L, CHT |
| 01/20/2019 | Appointment Reminder | Cardinal Hill Rehabilitation Hospital |
| 07/31/2018, 08/02/2018, 08/06/2018, 08/08/2018, 08/10/2018, 08/13/2018, 08/14/2018, 08/16/2018, 08/20/2018, 08/21/2018, 08/23/2018, 08/27/2018, 08/29/2018, 09/04/2018, 09/06/2018, 09/14/2018, 10/23/2018, 10/30/2018, 11/01/2018, 11/06/2018, 11/08/2018, 11/13/2018, 11/15/2018, 11/20/2018, 11/27/2018, 12/29/2018, 01/03/2019, 01/07/2019, 01/10/2019, 01/14/2019, 01/17/2019, 01/21/2019, 01/24/2019, 01/30/2019, 02/02/2019, 02/04/2019, 02/07/2019, 02/11/2019, 02/13/2019, 02/18/2019, 02/21/2019, 02/25/2019, 03/01/2019, 03/07/2019, 03/11/2019, 03/13/2019, 03/20/2019, 03/22/2019, 03/25/2019, 03/29/2019, 04/01/2019, 04/04/2019, 04/10/2019, 04/23/2019, 04/25/2019, 04/29/2019, 05/01/2019, 05/06/2019, | Flowsheet | Commonwealth Hand Therapy |

| | | |
|---|---|---|
| 05/08/2019, 05/13/2019, 05/15/2019, 06/03/2019, 06/12/2019 | | |
| 12/19/2018 | Fax Sheet | Claimant |
| 07/26/2018 | Physical/Occupational Therapy Order | Stephen C. Umansky, MD |
| Undated | Training-Education-Experience Form (TEE) | Claimant |
| 07/31/2018 | Custom Upper Extremity Orthotic Fabrication/Delivery Form | Kyle Matthew Mullins, MS, OTR/L, CHT |
| 07/31/2018 | Occupational Therapy Initial Examination | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 12/14/2018 | Social Security/Reimbursement Agreement | Claimant |
| 12/14/2018 | Family Information Questionnaire | Claimant |
| 08/08/2018 | Occupational Therapy Referral | Michelle Debra, PAC |
| 08/16/2018, 09/05/2018 | Receipt/Proof of Delivery | Kyle Mullins, MS |
| 12/14/2018 | Authorization For The Release of Information Including Protected Health Information | Claimant |
| 08/23/2018, 11/13/2018 | Survey of Upper Extremity Disability (DASH) | Kyle Mullins, MS |
| 12/14/2018 | Authorization For The Release of Protected Health Information | Claimant |
| 08/23/2018 | Occupational Therapy Recertification Note | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 12/14/2018, 09/28/2020 | Claimant Information Form | Claimant |
| 09/13/2018 | Occupational Therapy Referral | Stephen C. Umansky, MD |
| 12/17/2018 | Physical Therapy Prescription | Trevor Wilkes, MD |
| 12/14/2018, 09/28/2020 | Claimant Supplementary Statement | Claimant |
| 10/05/2018, 10/30/2018, 11/20/2018 | Home Exercise Program | Tim Uhl |
| 12/14/2018, 09/28/2020 | Activities Questionnaire | Claimant |
| 01/11/2013 | Shoulder - 101 Scapular Retraction (Standing) | Unknown |
| 12/19/2018 | Letter | Trevor Wilkes, MD |
| Undated | Driver's License | Claimant |
| Undated | Guidelines for Uncomplicated Rotator Cuff Repair | Sports Medicine Center Lexington Clinic |

| | | |
|---|---|---|
| | (Supraspinatus, Infraspinatus) Rehabilitation | |
| 01/12/2018 | Direct Deposit Application | Claimant |
| 10/23/2018 | Physical Therapy Initial Examination | Timothy Uhl, PhD and Trevor Wilkes, MD |
| Undated | Voided Check | Claimant |
| 11/13/2018 | Occupational Therapy Discharge Summary | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 01/10/2018 | Survivor/Estate Information Form | Claimant |
| 11/16/2018, 11/17/2018, 11/18/2018, 11/19/2018 | Hand Written Chart | Unknown |
| 11/20/2018 | Survey of Upper Extremity Disability (DASH) | Timothy Uhl, PhD |
| 05/20/2020 | Email | Claimant |
| Undated | Images | Unknown |
| 11/20/2018 | Physical Therapy Recertification Note | Timothy Uhl, PhD and Trevor Wilkes, MD |
| 11/27/2018 | Fax Cover Sheet | Timothy Uhl, PhD |
| 03/19/2020 | Email | Jennifer Hensley, PT |
| 11/27/2018 | Daily Note/Billing Sheet | Lisa Podlecki and Timothy Uhl, PhD |
| 04/23/2020 | Medical Information Form | Heather Gannon |
| 10/23/2018, 10/25/2018, 10/30/2018, 11/01/2018, 11/06/2018, 11/08/2018, 11/13/2018, 11/15/2018, 11/20/2018 | Daily Note/Billing Sheet | Timothy Uhl, PhD |
| 12/20/2019 | Procedure Report | Daniel J. Hackett Jr, MD |
| 10/23/2018, 11/20/2018 | Patient Outcomes | Timothy Uhl, PhD |
| 09/28/2020 | Authorization For The Release of Protected Health Information | Claimant |
| 10/23/2018, 11/20/2018 | Plan of Care | Timothy Uhl, PhD |
| 12/20/2019 | Consent Form | Claimant |
| Undated | Hand Written Cover Sheet | Claimant |
| 12/20/2019 | Anesthesia Services Notice | Claimant |
| Undated | Patient Chart | Stephen Lamb MD LLC |
| 04/14/2021 | Authorization to Disclose Information | Claimant |
| 07/27/2020 | Kasper Note | Suzy Hamm |
| 04/29/2021, 06/25/2021 | Facsimile Cover Sheet | Elizabeth Thornsbury |
| 07/02/2019, 07/31/2019, 09/04/2019, 10/09/2019, 10/15/2019, 12/10/2019, 12/16/2019, 02/10/2020, 04/07/2020, 04/13/2020, 06/08/2020, 07/06/2020, | SOAP Note | Stephen Lamb, Psychiatry |

| | | |
|---|---|---|
| 07/28/2020 | | |
| 04/29/2021, 06/17/2021, 06/25/2021 | Letter | Elizabeth Thornsbury |
| 07/27/2020, 09/23/2020 | Visit Summary | Ortho Kentucky; Kentucky Bone and Joint Surgeons |
| 06/29/2021 | Lincoln Financial Group Appeal Referral | Christine Kelley |
| 05/04/2020, 06/08/2020, 07/28/2020, 09/08/2020, 12/21/2020, 03/18/2021 | Office Visit Note | Chris Swayze, MD |
| 05/26/2020, 06/01/2020, 06/04/2020, 06/09/2020, 06/15/2020, 06/18/2020, 06/22/2020, 06/25/2020, 07/06/2020, 07/09/2020, 07/16/2020, 07/20/2020, 07/23/2020, 10/07/2020, 11/04/2020, 11/11/2020 | Daily Note | Tim Barnett, MSPT and Janel Northington, PTA |
| 05/07/2021, 05/10/2021, 05/12/2021, 05/18/2021, 06/03/2021, 06/23/2021, 06/24/2021 | DVD RW Drive List | Unknown |
| 06/12/2020 | Re-Evaluation | Tim Barnett, MSPT and Janel Northington, PTA |
| 04/11/2019 | Letter | Michael Glindmeyer, DPT |
| 06/12/2020 | Plan of Care | Tim Barnett, MSPT and Janel Northington, PTA |
| 11/19/2019 | Imaging Results | Jason S. Harris, MD |
| 06/30/2020, 07/02/2020 | Daily Note | Katherine M. Fillatreau, PT |
| 12/06/2019 | Imaging Results | Thomas Rice, MD |
| 07/14/2020, 08/19/2020, 09/23/2020, 10/29/2020, 12/08/2020, 02/01/2021, 04/12/2021 | Re-Evaluation | Tim Barnett, MSPT |
| 05/11/2020, 07/14/2020, 08/19/2020, 09/23/2020, 10/29/2020, 12/08/2020, 02/01/2021, 04/12/2021 | Plan of Care | Tim Barnett, MSPT |
| 12/20/2019 | Allergies | Kentucky Surgery Center Lexington |
| 05/18/2020, 05/21/2020, 05/29/2020, 07/29/2020, 08/05/2020, 08/12/2020, 08/26/2020, 09/02/2020, 09/09/2020, 09/16/2020, 10/14/2020, 10/21/2020, 11/17/2020, 11/24/2020, 12/21/2020, 01/05/2021, 02/15/2021, 03/01/2021, 04/26/2021 | Daily Note | Tim Barnett, MSPT |

| | | |
|---|---|---|
| 12/20/2019 | Patient Summary Information | Kentucky Surgery Center |
| 09/30/2020 | Daily Note | Tim Barnett, MSPT and Kaitlin O. Cordova, PT |
| | Addendum | |
| 11/12/2020 | Medical Expense Summary | Connexus Pharmacy System Wal-Mart Neighborhood Market Pharmacy |
| 07/22/2021 | Fax Sheet | Craig Knox, MD |
| 07/03/2019, 09/10/2019, 01/16/2020 | Letter | Lincoln Financial Group |
| 07/22/2021 | Letter | Craig Knox, MD |
| 05/15/2019, 06/26/2019, 11/04/2019, 01/08/2020, 07/27/2020, 09/21/2020 | Encounters List | Unknown |
| 04/17/2019, 11/04/2019, 01/06/2020, 12/16/2020 | History & Physical Report Procedures | Daniel J. Hackett Jr, MD |
| 10/22/2020 | Fax Cover Page | Kentucky Bone & Joint Surgeons |
| 05/15/2019, 06/26/2019, 08/19/2019, 11/22/2019, 01/06/2020, 02/05/2020, 03/04/2020, 04/10/2020, 05/26/2020, 07/27/2020, 09/21/2020, 03/08/2021 | History & Physical Report | Daniel J. Hackett Jr, MD |
| 09/21/2020 | Scanned Documents List | Unknown |
| 09/11/2019 | Medical Records - Confidential | KY - Commonwealth Pain Associates PLLC Heather B. |
| 06/24/2019, 07/16/2019, 08/23/2019, 11/15/2019, 01/03/2020, 01/16/2020 | Clinical Encounter Summaries | Brandon Gish, MD |
| 06/24/2019, 07/16/2019, 08/23/2019, 11/15/2019, 01/03/2020, 01/16/2020 | Full Clinical Report | Brandon Gish, MD |
| 04/01/2019 to 08/21/2019 | Medical Records – Confidential | KY - Commonwealth Pain Associates PLLC Patti C. |
| 04/03/2019, 08/20/2019 | Fax Sheet | Christine Kelley |
| 04/03/2019, 08/20/2019 | Letter | Christine Kelley |
| 11/29/2018 | Authorization For The Release of Information Including Protected Health Information | Claimant |
| 07/16/2019 | Discharge Instructions and Information | Claimant |
| 07/16/2019 | Consent for Medical or Surgical Procedure | Claimant |
| 06/24/2019 | Patient Health Questionnaire (PHQ-9) | Claimant |
| 06/24/2019 | Opioid Risk Tool | Claimant |
| 06/24/2019 | Pain Self Efficacy | Claimant |

| | | |
|---|---|---|
| | Questionnaire (PSEQ) | |
| 04/26/2019, 06/12/2019 | Imaging Results | Timothy Averion-Mahloch, MD |
| 06/24/2019, 07/16/2019 | Pre-Op Orders | Brandon Gish, MD |
| 07/16/2019, 10/04/2019 | Upcoming Appointments | KY - Commonwealth Pain Associates PLLC |
| 05/16/2019, 04/10/2020 | Clinical Summary Document | Kentucky Bone and Joint Surgeons |
| 01/08/2019, 02/19/2019, 04/02/2019 | Clinical Encounter Summaries | Bethany Begley, PA-C |
| 09/11/2020, 09/17/2020, 10/01/2020, 10/13/2020, 10/14/2020, 11/23/2020, 12/07/2020, 03/23/2021, 04/08/2021, 04/22/2021 | COVID-19 Screening Questionnaire | Lexington Clinic |
| 04/18/2019, 06/19/2019, 12/03/2019, 06/04/2020, 11/23/2020, 12/07/2020, 12/08/2020, 04/08/2021 | Encounter Summary - Progress Notes | Craig A. Knox, MD |
| 10/13/2020 | Colonoscopy Report | An-Yu Chen, MD |
| 06/04/2020 | COVID-19 Screening and Instructions | EM |
| 03/19/2020 | Encounter Summary - Progress Notes | Patrick K. Leung, MD |
| 04/18/2019 | Neurology Department Patient Questionnaire | Lexington Clinic |
| 04/03/2019 | Routine Sheet | Will Lockhart, PT |
| 04/01/2019, 04/11/2019, 06/04/2019 | Fax Cover Sheet | Lisa Podlecki |
| 04/01/2019 | Progress Report | Michael Glindmeyer, DPT |
| 06/04/2019 | Imaging Results | Shailendra Chopra, MD |
| 10/10/2019, 10/11/2019, 10/14/2019, 11/12/2019, 11/15/2019, 01/20/2020, 01/23/2020, 09/11/2020, 09/17/2020, 09/18/2020, 10/12/2020, 03/23/2021, 03/24/2021 | Lab Report | Lexington Clinic Laboratory |
| 10/10/2020 | Final Report | Christen Wanstrath |
| 08/21/2019 | Lab Result Note | John Ziegler, MD |
| 08/21/2019 | Lab Report | LabCorp |
| 01/17/2018 | Survey of Upper Extremity Disability (DASH) | Unknown |
| 12/28/2018 | Physical Therapy Recertification Note | Lisa Podlecki and Bethany Begley, PA-C |
| 01/03/2019, 01/07/2019, 01/14/2019, 01/17/2019, 01/21/2019, 01/24/2019, 01/30/2019, 02/01/2019, 02/07/2019, 02/11/2019, | Daily Note/Billing Sheet | Lisa Podlecki |

| | | |
|---|---|---|
| 02/13/2019, 02/18/2019, 02/28/2019, 03/22/2019, 05/08/2019, 06/11/2019 | | |
| 01/10/2019, 02/04/2019, 03/05/2019 | Daily Note/Billing Sheet Addendum | Lisa Podlecki |
| 01/11/2019 | Occupational Therapy Referral | Bethany Begley, PA-C |
| 01/17/2019, 02/01/2019, 02/13/2019 | Physical Therapy Progress Note | Lisa Podlecki |
| 01/17/2019, 02/13/2019 | Patient Outcomes | Lisa Podlecki |
| 01/17/2019 | Survey of Back Disability | Claimant |
| 02/01/2019, 02/13/2019 | Survey of Upper Extremity Disability (DASH) | Lisa Podlecki |
| Date Illegible | Survey of Upper Extremity Disability (DASH) | Unknown |
| 02/21/2019, 02/25/2019, 03/07/2019 | Daily Note/Billing Sheet | Lisa Podlecki and Michael Glindmeyer, DPT |
| 03/11/2019, 06/03/2019 | Daily Note / Billing Sheet Addendum | Michael Glindmeyer, DPT |
| 03/13/2019, 03/20/2019, 03/25/2019, 03/28/2019, 04/01/2019, 04/04/2019, 04/10/2019, 04/22/2019, 04/25/2019, 04/29/2019, 05/01/2019, 05/06/2019, 05/13/2019, 05/15/2019 | Daily Note/Billing Sheet | Michael Glindmeyer, DPT |
| 03/13/2019, 04/23/2019, 06/03/2019 | Patient Outcomes | Michael Glindmeyer, DPT |
| 03/20/2019 | Physical Therapy Referral | Michael Glindmeyer, DPT |
| 03/25/2019 | Occupational/Physical Therapy Referral | Bethany Begley, PA-C |
| 04/22/2019 | Physical Therapy Recertification Note | Michael Glindmeyer, DPT |
| 06/03/2019 | Physical Therapy Recertification Note Addendum | Michael Glindmeyer, DPT and Daniel J. Hackett Jr, MD |
| 08/20/2019 | Discharge Note | Lisa Podlecki |
| 09/25/2019 | PT Updated Certification Letter | Angela Hale, PT and Robert Taylor, MD |
| 07/25/2019 | PT Initial Certification Letter | Jennifer Hensley, PT and Robert Taylor, MD |
| 01/01/2019 to 06/03/2021 | HIPAA - Designated Record Set | Connexus Pharmacy System Wal-Mart Neighborhood Market Pharmacy |
| Undated | Hand Written Note | Claimant |
| 05/14/2020 | Appointment of Representative and Acceptance of Appointment | Social Security Administration |
| 01/08/2019, 04/02/2019, | Upcoming Appointments | KY - Lexington Clinic |

| | | |
|---|---|---|
| 04/03/2019, 04/08/2019, 04/15/2019, 06/05/2019, 06/19/2019 | | |
| 03/27/2020, 05/04/2020, 05/05/2020, 05/06/2020 | Email | zolltar7 |
| 05/05/2020 | Email | FollowMyHealth |
| 02/19/2019, 04/02/2019 | Work Status Report Form | Lexington Clinic |
| 01/21/2019, 01/24/2019, 02/21/2019, 02/25/2019, 02/28/2019, 03/28/2019, 04/01/2019, 04/04/2019, 04/10/2019, 08/23/2019 | Upcoming Appointments | Commonwealth Hand Therapy |
| 02/20/2019 | Letter/Patient Care Summary | Bethany Begley, PA-C |
| 08/19/2019, 11/04/2019, 02/05/2020, 03/04/2020 | Appointment Reminder | Kentucky Bone & Joint Surgeons |
| 01/08/2019 | Order Forms | Bethany Begley, PA-C |
| 12/20/2019 | Discharge Orders/Instructions | Kentucky Bone & Joint Surgeons, Orthopedic & Sports Medicine |
| 12/20/2019 | Medication Reconciliation Form | Kentucky Surgery Center |
| 12/17/2020 | Peer Review | John Zheng, DO |
| 12/17/2020 | Attestation | John Zheng, DO |
| 12/17/2020, 12/18/2020 | Email | Kyras Norman |
| 07/25/2019, 07/29/2019, 08/01/2019, 08/05/2019, 08/08/2019, 08/12/2019, 08/15/2019, 08/19/2019, 08/22/2019, 08/26/2019, 01/22/2020, 01/24/2020, 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/07/2020, 02/10/2020, 02/12/2020, 02/14/2020, 02/17/2020, 02/19/2020, 02/21/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020, 03/16/2020, 03/18/2020, 03/23/2020, 03/25/2020 | Person Appointment Itinerary | Cardinal Hill Rehabilitation Hospital |
| 05/04/2020 | Rx Form | Chris Swayze, MD |
| 12/20/2019 | Procedure Images | Daniel J. Hackett Jr, MD |
| 01/20/2019 | Appointment Reminder | Cardinal Hill Rehabilitation Hospital |
| 12/19/2018 | Fax Sheet | Claimant |
| Undated | Training-Education-Experience Form (TEE) | Claimant |
| 12/14/2018 | Social | Claimant |

| | | |
|---|---|---|
| | Security/Reimbursement Agreement | |
| 12/14/2018 | Family Information Questionnaire | Claimant |
| 12/14/2018 | Authorization For The Release of Information Including Protected Health Information | Claimant |
| 12/14/2018 | Authorization For The Release of Protected Health Information | Claimant |
| 12/14/2018, 09/28/2020 | Claimant Information Form | Claimant |
| 12/14/2018, 09/28/2020 | Claimant Supplementary Statement | Claimant |
| 12/14/2018, 09/28/2020 | Activities Questionnaire | Claimant |
| 12/19/2018 | Letter | Trevor Wilkes, MD |
| Undated | Driver's License | Claimant |
| 01/12/2018 | Direct Deposit Application | Claimant |
| Undated | Voided Check | Claimant |
| 01/10/2018 | Survivor/Estate Information Form | Claimant |
| 05/20/2020 | Email | Claimant |
| Undated | Images | Unknown |
| 03/19/2020 | Email | Jennifer Hensley, PT |
| 04/23/2020 | Medical Information Form | Heather Gannon |
| 12/20/2019 | Procedure Report | Daniel J. Hackett Jr, MD |
| 09/28/2020 | Authorization For The Release of Protected Health Information | Claimant |
| 12/20/2019 | Consent Form | Claimant |
| 12/20/2019 | Anesthesia Services Notice | Claimant |
| 04/14/2021 | Authorization to Disclose Information | Claimant |
| 04/29/2021, 06/25/2021 | Facsimile Cover Sheet | Elizabeth Thornsbury |
| 04/29/2021, 06/17/2021, 06/25/2021 | Letter | Elizabeth Thornsbury |
| 06/29/2021 | Lincoln Financial Group Appeal Referral | Christine Kelley |
| 05/07/2021, 05/10/2021, 05/12/2021, 05/18/2021, 06/03/2021, 06/23/2021, 06/24/2021 | DVD RW Drive List | Unknown |
| 04/11/2019 | Letter | Michael Glindmeyer, DPT |
| 11/19/2019 | Imaging Results | Jason S. Harris, MD |
| 12/06/2019 | Imaging Results | Thomas Rice, MD |
| 12/20/2019 | Allergies | Kentucky Surgery Center Lexington |
| 12/20/2019 | Patient Summary | Kentucky Surgery Center |

| | | |
|---|---|---|
| | Information | |
| | Addendum | |
| 07/22/2021 | Fax Sheet | Craig Knox, MD |
| 07/22/2021 | Letter | Craig Knox, MD |
| ************************** | Addendum | ********** |
| 08/23/2021, 09/08/2021 | Correspondence / Long Term Disability ( LTD Benefits | Elizabeth Thornsbury |
| 08/23/2021 | Correspondence / Long Term Disability ( LTD Benefits | Elizabeth Thornsbury |
| 06/03/2020 | Jurisdiction And Procedure History | Christopher Sheppard, Administrative Law Judge |
| 08/31/2021 | Disability Examination | James Owen, MD , CIME |

**From:**Nicole Troiano <NTroiano@reliablers.com>
**Sent:**Wed, 15 Sep 2021 19:27:56 +0000
**To:**VendorReferrals;Valliere, Tawnya
**Subject:**Claim Number: 8560503 RRS Case #: 68581
**Attachments:**Invoice_68581-1_v1.pdf, Report_RRS2_68581-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,
Please see attachments.
Thank you!

**Nicole Troiano**
Client Coordinator
Reliable Review Services

621 NW 53rd Street, STE 275
Boca Raton, FL 33487
**Phone: 508-801-2502**
**Fax: 561-995-4189**

Email. ntroiano@reliablers.com
Web. www.reliablers.com

RRS
Reliable Review Services

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

Reliable Review Services

# INVOICE

**Invoice Number : 68581-1** **9/15/2021 12:00 PM CDT**

Claimant: James D Zoll
Client Claim#: 8560503
RRS Claim#: 68581-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 0.75 | 210 | $0.00 | 157.50 |

**Total Due: $157.50**

**Reviewer Details**

**Reviewer**

Fargo N Khoury - Physical Medicine & Rehabilitation

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

# Facsimile Cover Sheet

**To:**
**Company:**
**Phone:**
**Fax:** (603) 422-7909

**From:** Elizabeth Thornsbury
**Company:**
**Phone:** (859) 225-3731 * 106
**Fax:** 18592253731

**Date:** 09/08/2021
**Pages including this cover sheet:** 8

## Comments:

Long Term Disability (LTD) Benefits
Toyota
Claimant: James D. Zoll
Claim #: 8560503

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr amehr@austinmehr.com
Philip G. Fairbanks pgf@austinmehr.com
Erik D. Peterson edp@austinmehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

September 8, 2021

*Sent via Facsimile: (603) 422-7909*

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
P.O. Box 2578
Omaha, NE 68172-9688

**RE: Long Term Disability (LTD) Benefits**
**Toyota**
**Claimant: James D. Zoll**
**Claim #: 8560503**

Dear Ms. Valliere:

Please find enclosed an independent medical evaluation performed on our client, Mr. James Zoll, by Dr. James Owen (Exhibit 2). Mr. Zoll respectfully requests that Lincoln Life review the enclosed independent medical evaluation for consideration in the review of his long-term disability appeal.

Please do not hesitate to contact me at (859) 225-3731 if you have any questions or need any additional information. Thank you.

Sincerely,

*/s/ Elizabeth A. Thornsbury*

Elizabeth A. Thornsbury

Enclosure

DISABILITY EXAMINATION

| | |
|---|---|
| CLAIMANT: | JAMES ZOL |
| | LAST 4 SSN : |
| CONSULTANT: | JAMES C. OWEN, M.D.<br>330 ROMANY ROAD<br>LEXINGTON, KY 40502 |
| DATE OF EXAMINATION: | 8/31/2021 |
| JOB TITLE/EMPLOYER: | Toyota Motor Manufacturing, working in receiving and inspection at time of injury but had worked 16 years as a forklift driver and had worked for Toyota 31 years |
| PLACE OF EXAMINATION: | 330 ROMANY ROAD |
| CLAIMANT'S AGE: | 52 YEARS |
| REQUESTED BY: | Elizabeth Thornsberry |

CONSULTATIVE EXAMINATION

HISTORY OF PRESENT ILLNESS: This is a 52-year-old with left side shoulder, left arm pain, low back pain, neck pain. He was injured in California while hiking. He fell down approximately an 8 foot embankment and severely injured his left arm. This occurring in July 2018.

When he returned to Lexington he went to Dr. Umansky who operated on his left wrist for a fractured wrist and carpal bones. He was left after that with some degree of ranges of motion difficulty in that left wrist for prolonged period, but gradually improved. His shoulder was also injured in that same fall and that was diagnosed per MRI as being a rotator cuff tear.

An operation occurred in 9/2018 by Dr. Wilkes but after that surgery his arm was in a splint for more than six weeks and in that time period he developed adhesive capsulitis despite physical therapy. Dr. Huff had to go in and release that surgery 12/2019. He had been off work all that time and indeed has not returned to work.

Since the initial accident he continues to complain of pain in the left shoulder which he describes as sharp with ranges of motion difficulty worse with physical therapy or if he lays on it for more than a couple of hours. It has become very severe and is tender over the AC joint area of that shoulder and continues to have that ranges of motion diminution.

The second major problem is low back. This was injured in that same fall and he was diagnosed per MRI as having spinal stenosis and has been reviewed by a neurologist, and a EMG showed positive pinched nerve both in his arm and his left leg. He has not been reviewed by neurosurgery.

The pain in the low back is a numb and tingling feeling going down to his feet, especially the lateral aspect and fifth toe. This comes and goes. He says if he walks about a mile, it gets progressively worse. He thinks he has some degree of difficulty with controlling his left leg especially in steps.

After the hand surgery he had been referred to pain management Dr. Swayze who defined some ulnar problem thus the review by EMG. He purports intermittent numbness in the fourth and fifth finger of that left hand. He has had some injections by another doctor whose name he does not remember into the neck area and C-spine area after an MRI in that area showed what he purports to have been a herniated disk either C6-7 or C7-T1. He states migraine headaches from which he has suffered for many years prior got definitely worse with the injury but then he was placed on Amovig which has helped and has reduced the frequency down to about once a week. The neck continues to be stiff and painful. He had been out on a short-term disability in 2013 for his neck for about a month. It should be noted he drove a forklift about 16 years and had to continuously twist his neck around behind him in order to do that job.

PAST MEDICAL HISTORY: Surgeries AFC capsular release surgery from frozen shoulder, clavicle scraping (AC joint), wrist radial fracture July 2018, and shoulder two major tears in September 2018.

It should be noted he applied for and received social security disability shortly before his long-term disability was canceled. Although he has 31 years in at Toyota he is still too young to retire according to the rules.

MEDICATIONS: Include Klonopin, Zoloft, Tizanidine, Topamax, Aimovig, amitriptyline, Diclofenac, and Atorvastatin.

HABITS: No alcohol. No smoking.

PHYSICAL EXAMINATION:

Results of physical examination, including objective medical finings to support complaints and/or diagnosis.

He looks approximately his stated age. He gave a fair medical history with normal affect and association.

VITAL SIGN: Weight of 192 pounds. Height 71 inches. Grip strength right hand 35 kg, left hand 14 kg. Finger splay 5/5 bilaterally. Two point discrimination was normal left and right in all fingers at 6 mm.

HEENT: Negative.

NECK: Supple without bruits.

LUNGS: Clear without rales, rhonchi, or wheeze.

CHEST: Heart rate and rhythm was regular without murmur.

ABDOMEN: Soft without tenderness, masses, and bowel sounds are within normal limits.

NEUROLOGICAL: Examination of the neck showed anterior flexion 50, extension 46, tilt to the left at 30, left at 40, rotation left 50, right 60. Shoulder flexion 136, extension 40. Abduction 154, adduction 50, external rotation 54, internal rotation 65. Right shoulder was normal. Ranges of motion of the wrist was mildly diminished with the right being 70 degrees flexion, left 60. The extension on left at 76, right at 80. Tilt right and left were normal. Ulnar deviation and radial deviation were bilaterally symmetrical. Examination of the L-spine showed anterior flexion 70, extension 20, more pain in extension, tilt 20 right and 20 left. Straight leg raising was 70 and negative on the right, 70 and positive on the left, sitting position 80 and negative right, 80 and slightly positive left. Squat was ¾ of the way down, stopped because of knee pain. Heel and toe walk were 5/5. Pulses were full. There was no edema. Reflexes were 2+ at the ankles, 3+ right knee, 2+ left.

MEDICAL RECORDS REVIEW: Review of the medical records includes notes on chart from Pain Consultants of Central Kentucky, Dr. Lamb, a psychiatrist, Kentucky Bone and Joint, Commonwealth Pain and Spine, KORT Physical Therapy, letter from Lincoln Life, Commonwealth Hand Therapy, Kentucky Surgery Center, Cardinal Hill Rehabilitation, Lexington Clinic, Denial letter from Lincoln Life.

States the diagnosis of pain in the left acromioclavicular joints status post rotator cuff repair, low back pain, cubital tunnel syndrome on the left. Other intervertebral disk displacement lumbar region, cervical spinal stenosis, and comes up with restrictions based on the medical records reviewed, standing up to 30 minutes at a time and for a total of 3 hours per day. Walking up to 30 minutes at a time for a total of 3 hours per day. Lifting occasionally up to 10 pounds, carrying up to 10 pounds, and pushing, pulling, climbing stairs, kneeling, crouching, crawling all given estimates based upon the review of the medical records. No functional capacity evaluation is cited and it says you are able to sustain occupational functioning on a full time basis with list of restrictions above. Apparently they documented various attempts to contact Dr. Hackett and Dr. Swayze unsuccessfully. They also had a follow up review by Vocational specialist to conduct a vocational analysis of current capability training, education, experience. All this was done after that helped him get social security disability. They think he could be an information clerk or a gate card.

Note from board certified psychiatrist, Chavez, concerning the totality of the medical history. Several pages long delineating chronology all the way through. Rather remarkable effort actually.

Notes that are apropos including primary care note from Dr. Zigler 4/8/2019, complaining of increased migraines, requesting to see a neurologist. Diagnosis with migraines, mood disorder and hyperlipidemia.

Notes from Dr. Hackett initially 4/17/2019 time period. He is complaining of pain in the shoulder persistent after the first surgery.

Notes from Dr. Knox 4/18/2019 complaining of migraine, neck pain, tremor, or poor balance. Diagnosed with migraine, neck pain, tremor, chronic anxiety, poor balance.

By 5/15/2019, Dr. Hackett said he may return to work with no lifting, pushing or pulling more than 5 pounds. Then referred to Dr. Gish 7/16/2019 for cervical epidural steroid injections. Referred to Dr. Lamb, psychiatry, 7/31/2019. Diagnosis made of major depression, social anxiety, repeat cervical epidural injections 8/23/2019 by Dr. Gish. Repeat by Dr. Hackett 11/4/2019. Returned to work no pushing, pulling more than 5 pounds. Repeat epidurals by Dr. Gish 11/15/2019. Op report 12/20/2019 by Dr. Hackett, left shoulder acromioclavicular arthroscopic surgery. Dr. Gish 1/3/2020 diagnosed cervical radiculopathy. Lumbar spondylosis, long-term drug treatment. On 1/6/2020 Dr. Gish performed a lumbar medial branch block. All this time he is going to physical therapy on a routine basis. Multiple notes to that effect. He saw rheumatology 1/20/2020.

By 2/5/2020 Dr. Hackett is saying no overhead lifting or use of the upper extremity. That is on the left.

He saw pain management 2/25/2020 Dr. Swayze. He says symptoms of left cervical radiculopathy with MRI abnormality. He continues to see Dr. Knox who diagnosed him with migraines, neck pain, tremor and poor balance, through the 6/24/2020 time period. Also continues to see Dr. Lamb, Dr. Hackett, Dr. Swayze, and primary care Dr. Zigler. MRI of the lumbar spine dated 6/12/2019 showed mild broad based L4-5 and L5-S1 disk bulges causing mild bilateral foraminal stenosis. MRI of the cervical spine dated 6/12/2019 showed multiple level spondylosis in the disk at C6-7 causing possible extension into the left neural foramen.

Dr. Gish reports ongoing neck pain 6/10. Dr. Hackett reports ongoing left shoulder pain. Notes in June 2019. Dr. Umansky's surgery was a distal radius fracture, ORIF, performed 7/26/2018. EMG has demonstrated a chronic C7 radiculopathy. There was only nerve compression at the wrist and elbow. The left ulnar hand exhibits spasm and dystonia. Diagnosis includes cubital tunnel syndrome is seen by physical and occupational therapy all the way from the time of injury to 2/2020. Apparently there was also another restriction limitation set by again a peer review, completed by Dr. Khoury dated 7/15/2021. Recommends no lift or carry more than 20 pounds occasionally or 10 pounds frequently. Ranges of motion is not documented as severely impaired as such. Frequent reaching in all planes as appropriate. Obviously is not true from my ranges of motion today. Occasional forceful grasping in the left upper extremity. Again all these things are based upon no definitive functional capacity evaluation. As well as I can find this is just stuff that has been made up by the various record reviewers.

DIAGNOSIS: From actual physical exam today this gentleman has significant functional capacity problems including neck ranges of motion, non verifiable radicular symptomatology in the left arm with persistent weakness of the left grip documented today to be 14 kg with his normal level at 45. Obvious chronic pain from the number of epidurals that have been attempted. What I do not understand is why he has not been referred to a neurosurgeon concerning that cervical spine problem. From the description it certainly would be possible that this would be a remediable situation, chronic pain in the shoulder is associated with marked diminished ranges of motion of various parameters, particularly internal rotation and flexion. He is status post two surgeries on that left shoulder and continues to have significant pain requiring ongoing pain maintenance as well as ongoing psychiatric medications for pain related depression. His lumbar spine continues to be significantly painful as well with bulging disks causing positive straight leg raising on that left side. Not likely to be surgical.

Disability Evaluation
August 31, 2021
RE: James Zol

My opinion as to his ability to do work-related activities, I think he would have severe difficulty lifting, handling, or carrying objects. That is the conclusion arrived at by social security disability and should be noted that the social security disability very rarely gives permanent impairment or disability for people under age 56. To say this fellow is now employable, I think is incorrect.

JAMES C. OWEN, M.D., CIME

JCO/jib
DS254629

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr — amehr@austinmehr.com
Philip G. Fairbanks — pgf@austinmehr.com
Erik D. Peterson — edp@austinmehr.com
Bartley K. Hagerman — bkh@austinmehr.com
Elizabeth A. Thornsbury — elizabeth@austinmehr.com

August 23, 2021

*Sent via Priority Mail and Facsimile: (603) 422-7909*

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
P.O. Box 2578
Omaha, NE 68172-9688

**RE: Long Term Disability (LTD) Benefits**
**Toyota**
**Claimant: James D. Zoll**
**Claim #: 8560503**

Dear Ms. Valliere:

In response to Lincoln Life Assurance Company of Boston's ("Lincoln Life") letter dated August 3, 2021, please accept this letter as our client, Mr. James D. Zoll's, response to the additional information obtained by Lincoln Life in its review of Mr. Zoll's appeal of Lincoln Life's denial of his long-term disability benefits. Mr. Zoll objects to any use of the *file review* reports of Dr. Eric M. Chavez and Dr. Fargo N. Khoury as a means to deny his claim. Mr. Zoll incorporates by reference the positions outlined in the June 25, 2021 appeal letter submitted on Mr. Zoll's behalf. (*See* Claim File). Mr. Zoll maintains that the objective documentation, history of his diagnoses, and his treatment support his disability under the applicable plan. The following document in support of Mr. Zoll's claim is also enclosed herewith:

- Exhibit 1 – Social Security Administration Decision (06-03-20)

Lincoln Life's August 3, 2021 letter contains two *file review* reports performed by Dr. Chavez and Khoury. Mr. Zoll continues to object to Lincoln Life's utilization of *file reviews* to deny his claim. Mr. Zoll stated in his June 25, 2021 that he did not agree with the use of *file review* reports to deny his claim. Despite Mr. Zoll's concerns and the clear statement that he is willing to present to an independent medical evaluation, Lincoln Life has again obtained *file reviews* in reviewing Mr.

Zoll's appeal. (*See* June 25, 2021 Appeal Letter, *compared with* August 3, 2021 Lincoln Life Letter). And, again, Lincoln Life has not examined Mr. Zoll and its *file reviewers* have not spoken to or examined Mr. Zoll. Information submitted by Mr. Zoll on appeal and contained within Lincoln Life's claim file demonstrates that Mr. Zoll suffers multiple diagnoses. (*See* Medical Records). He conditions and symptoms have included neck pain, lumbar radiculopathy, radiculopathy of the arm and hand, tremors, headaches, shoulder pain, frozen shoulder, surgeries, migraines, lower back pain, and chronic pain. (*See* Medical Records). Despite this, Dr. Khoury's report begins with stating Mr. Zoll "has a reported diagnosis of pain in left shoulder" and then mentions Mr. Zoll's "persistent pain." However, he then proceeds to diminish the potential impact the objective findings have on Mr. Zoll's functional capabilities. (*See* July 15, 2021 File Review Report). Mr. Zoll has chronic pain and demonstrated conditions/symptoms including chronic radiculopathy, numbness, tingling, dysesthesias in the hand, limited range of motion, multilevel spondylosis, bilateral foramen stenosis, and spasms. (*See* Medical Records). He has chronic pain, including pain in his back and neck, and migraines. (*See* Medical Records). Dr. Khoury acknowledges Mr. Zoll's diagnoses and that he has limitations due to objective findings, including "findings of radiculopathy at C7 on EMG, along with chronic and persistent neck, shoulder, and lumbar spine pains" and associated symptoms "with sensory disturbances on exam, myofascial pain to palpation, impaired range of motion, and subjective pain." (*See* July 15, 2021 File Review Report). Yet, despite the objective findings and the lack of an in-person examination, Dr. Khoury opined light work restrictions for Mr. Zoll. He also gives nominal restrictions for Mr. Zoll's "left upper limb" despite the documented symptoms and limitations within medical records. Dr. Khoury alleges that "[t]he severity of pain and extent of impairment is out of proportion to the objective data reviewed." (*See* July 15, 2021 File Review Report). Mr. Zoll strongly disagrees with this subjective opinion. Dr. Khoury has not examined Mr. Zoll in person to confirm the impact that the conditions and pain have on Mr. Zoll or his movements. Only months prior to Lincoln Life's denial, Kentucky Bone & Joint Surgeons noted that Mr. Zoll was "still recovering from left shoulder arthroscopic capsular release with manipulation under anesthesia left arthroscopic distal clavicle excision. [He] has not fully recovered because he has been unable to complete physical therapy rehab." (*See* Claim File). It was opined that Mr. Zoll could only carry less than 10 pounds occasionally or frequently. (*See* Claim File). It was opined that he was incapable of low stress. (*See* Claim File). He continued to suffer "significant pain…" (*See* Claim File). Testing has revealed objective radiculopathy supporting Mr. Zoll's chronic pain. He has a slow and deliberate gait. (Bates 4010). In April 2021, physical therapy evaluation described "[s]ome decline in [left] shoulder AROM and a more recent increase in neck pain and headaches." (Bates 3168). During the timeframe applicable to Lincoln Life's denial, Mr. Zoll continued to suffer migraines, headaches, and visual disturbances with migraines. (Bates 7008-7009). Side effects of medications included "poor attention or memory." (Bates 7008-7009). Further, Lincoln Life's continued use of *file reviewers* is even more concerning when it is considered the difference in opinion, specifically the restrictions, between Lincoln Life's *file review* reports pre-appeal and during the appeal review. This clearly warranted an examination. Further, Dr. Khoury states that Mr. Zoll's "Range of motion is not documented as severely impaired[,]" but, again, he did not examine Mr. Zoll in person. (*See* July 15, 2021 File Review Report). Medical records have documented limited range of motion, including "limitation of range of motion on the left, mostly on external rotation…" (Bates 4010). He has been noted as suffering poor balance and observed with a slow and deliberate gait. (*See* Medical Records). He has a tremor in both hands, with the right hand being worse than the left hand. (Bates 7010). He has documented neuropathy at the wrist and elbow, as well a

chronic left C7 radiculopathy. He has been approved for disability benefits by the Social Security Administration with a disability date of December 21, 2018. This approval resulted in Lincoln Life asserting an entitlement to reimbursement of benefits shortly before Lincoln Life denied Mr. Zoll's claim for further long-term disability benefits. Approval by the Social Security Administration, especially considering Mr. Zoll's age at the time of his disability effective date, is significant here. It was noted in the Social Security Administration's approval through Administrative Law Judge Christopher C. Sheppard "that none of the...work is consistent with the claimant's residual functional capacity as generally or actually performed." (*See* Exhibit 1). Further, it was found "that there would be no transferable skills..." (*See* Exhibit 1). It is unclear if all of Lincoln Life's reviewers, including the medical and vocational *file reviewers*, reviewed or provided sufficient consideration to the findings of the Social Security Administration (apart from the medical *file reviewers* listing it as a record reviewed). (*See* August 3, 2021 Letter with Enclosures). Therefore, a copy of the Administrative Law Judge's decision is again attached for Lincoln Life's review. (Exhibit 1). Importantly, the opinion by the Social Security Administration occurred only months prior to Lincoln Life's denial of Mr. Zoll's long-term disability claim. Because Mr. Zoll has not experienced significant improvement of his conditions and symptoms, or his diagnoses, the decision by the Social Security Administration remains relevant today and is pertinent in assessing Lincoln Life's denial.

Further, Mr. Zoll disagrees with the Transferable Skills Analysis performed by a Lincoln Life employee. This *file review* analysis was based on information contained with Lincoln Life's file and *only* the report of Dr. Khoury regarding medical restrictions. The Vocational Rehabilitation Counselor notes that she did not meet with Mr. Zoll and also states that "[a]ll opinions are based on a review of vocational information, medical records and resources noted." (*See* Transferable Skills Analysis). However, the "medical records" appear to only be comprised of the restrictions asserted by Dr. Khoury, not that of the in depth medical information or opinions of Mr. Zoll's treating physicians or the Social Security Administration. Mr. Zoll would essentially be a one-armed worker despite the opinion of Dr. Khoury. Mr. Zoll asserts that he would not be capable of obtaining, or sustaining, gainful employment, including the positions asserted by Lincoln Life.

Importantly, Dr. Chavez and Dr. Khoury did not examine Mr. Zoll. This casts doubt on their opinions. The conflict of interest and risk of bias present with Lincoln Life cannot be ignored. The *file reviewers* performed their reviews at the request of Lincoln Life. Importantly, Lincoln Life is responsible for both paying benefits and deciding whether a claimant qualifies for those benefits. Therefore, Lincoln Life has an inherent conflict of interest in its claim handling. Lincoln Life has "a clear incentive to contract with individuals who were inclined to find in its favor that [the insured] was not entitled to...LTD benefits." *See Calvert v. Firstar Finance*, 409 F.3d 286, 292 (6th Cir. 2005) (citation omitted). The *Calvert* Court's analysis carries weight here when it is considered that the reviews obtained by Lincoln Life in its handling of Mr. Zoll's claim were medical and vocational *file reviews* performed at the request of Lincoln Life and/or by Lincoln Life employees, the entity responsible for approving LTD benefits *and* paying LTD benefits under the relevant policy. "The evidence presented in the" claim file here does "not support the denial of benefits when only [Lincoln Life's] physicians, who [have] not examined [Mr. Zoll], disagreed with the treating physicians." *Hoover v. Provident Life & Accident Ins. Co.*, 290 F.3d 801, 809 (6th Cir. 2002) (*see also Withers v. United of Omaha Life Ins. Co.*, 2021 U.S. Dist. LEXIS 51639, *35-36 (W.D. Ky. Mar. 19, 2021)). The medical and objective evidence of record squarely calls

into question Mr. Zoll's ability to perform activities of daily living and whether he has the functional capabilities required for competitive employment, on either a part-time *or* full-time basis, including his ability to sit as would be required in a sedentary occupation. Mr. Zoll's chronic pain and limitations continue on a daily basis.

Mr. Zoll reasonably continues to follow the opinions and treatment plans of his treating physicians. He has received injections, medications, physical therapy, and continued treatment. He is aware of the deficits and struggles he faces on a daily basis, and the deterioration of his body after performing a labor intensive occupation for decades. The processes implemented by Lincoln Life are biased in favor of Lincoln Life and Mr. Zoll does not agree with the processes or handling of his claim. He obtained long-term disability coverage through active employment and expected to have coverage in the event that the unthinkable – a disability – occurred. Despite this, the carrier providing such a benefit to him has dismissed his concerns regarding the review process and subjected his claim to file reviewers. Again, Mr. Zoll remains willing to present to an in-person examination.

Thank you for allowing the opportunity to provide the above response. Mr. Zoll refers Lincoln Life to the medical records contained within his file with Lincoln Life and submitted throughout the claim process. Please do not hesitate to contact me at (859) 225-3731 if you have any questions or need any additional information. Thank you.

Sincerely,

*/s/ Elizabeth A. Thornsbury*

Elizabeth A. Thornsbury

Enclosure

*0704CIPA100073*NOTAFP.X3.CIPAFP.ODARS.R200602.PS1K 0000000000000000CP0560200603475210010830

**SOCIAL SECURITY ADMINISTRATION**
**Office of Hearings Operations**

**DECISION**

| IN THE CASE OF | CLAIM FOR |
| --- | --- |
| James Zoll | Period of Disability and Disability Insurance Benefits |
| (Claimant) | |
| (Wage Earner) | (Social Security Number) |

## JURISDICTION AND PROCEDURAL HISTORY

This case is before the undersigned on a request for hearing dated August 21, 2019 (20 CFR 404.929 *et seq.*).

On May 28, 2020, the undersigned held a telephone hearing (20 CFR 404.936(c) due to the extraordinary circumstance presented by the Coronavirus Disease 2019 (COVID-19) Pandemic. All participants attended the hearing by telephone (Exhibit 11B). The claimant appeared and testified. The claimant is represented by Elizabeth Gordon, a non-attorney representative, and was represented at the hearing by Barry Sullivan. Betty L. Hale, an impartial vocational expert, also appeared and testified.

The claimant has amended the alleged onset date of disability to December 21, 2018. After careful consideration, the undersigned accepts this amendment.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

After careful consideration of the entire record, the undersigned makes the following findings:

1. **The claimant's date last insured is December 31, 2023.**

2. **The claimant has not engaged in substantial gainful activity since December 21, 2018, the amended alleged onset date (20 CFR 404.1520(b) and 404.1571 *et seq.*).**

While there is income noted after this date, this income reflect payments for disability insurance. This is not actively earned income after onset and is not considered substantial gainful activity.

3. **The claimant has the following severe impairments: Degenerative disc disease (DDD) of the cervical and lumbar spine; Status post repair of left rotator cuff and capsular release; Status post open reduction and internal fixation (ORIF) left wrist; Migraines; Depression; and Anxiety (20 CFR 404.1520(c)).**

See Next Page

**4. The claimant does not have an impairment or combination of impairments that meets or medically equals the severity of one of the listed impairments in 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525 and 404.1526).**

**5. The claimant has the residual functional capacity to perform light work as defined in 20 CFR 404.1567(a) except that he is able to lift and carry ten pounds occasionally and less than ten pounds frequently; stand and/or walk for a total of six hours out of an eight-hour workday; sit six hours out of an eight-hour workday; can occasionally push and pull with his left extremity. He can frequently climb ramps and stairs; never climb ladders, ropes, or scaffolds; he can frequently balance; can occasionally stoop, kneel, crouch, and crawl. The claimant should avoid all exposure to work at unprotected heights and moving, mechanical parts. He can occasionally reach with his left extremity. He should also avoid concentrated exposure to vibrations and extreme cold. He can frequently handle, finger, and feel with the left extremity. Due to pain, depression, and migraines, he can sustain attention and concentration to complete simple and detailed task and should have no more than frequent contact with the public.**

In making this finding, the undersigned has considered all symptoms and the extent to which these symptoms can reasonably be accepted as consistent with the objective medical evidence and other evidence, based on the requirements of 20 CFR 404.1529 and SSR 16-3p. The undersigned also considered the medical opinion(s) and prior administrative medical finding(s) in accordance with the requirements of 20 CFR 404.1520c.

The claimant has the following degree of limitation in the four broad areas of mental functioning set out in the disability regulations for evaluating mental disorders and in the mental disorders listings in 20 CFR, Part 404, Subpart P, Appendix 1: a mild limitation in understanding, remembering, or applying information; a moderate limitation in interacting with others; a moderate limitation in concentrating, persisting, or maintaining pace; and a mild limitation in adapting or managing oneself.

The claimant suffered a fall while hiking in July 2018 (Exhibit 2F, page 4). This caused damage to his left shoulder and wrist. In July 2018, the claimant underwent ORIF on his left wrist (Exhibits 1F, page 100; 20F, page 2). X-rays support that this fixation was still stable (Exhibits 1F, pages 89, 92).

Left-sided imaging from August 2018 showed complete, full-thickness tear of the supraspinatus tendon (Exhibit 1F, page 79). The claimant then underwent left shoulder arthroscopy with rotator cuff repair in September 2018 (Exhibit 1F, page 58). Despite this surgery, treatments, and physical therapy, the record supports the claimant seeking treatment for ongoing weakness, stiffness, and pain in his left upper extremity (Exhibit 1F, pages 33, 37, 44, for example). He later underwent left shoulder arthroscopic capsular release with manipulation and distal clavicle excision in December 2019 (Exhibit 19F, page 4).

This fall exacerbated existing impairment of the claimant's spine, especially in his cervical spine. MRI scans of the cervical spine in August 2018 and June 2019 showed stable findings of disc protrusion at C6-C7 with probable extension into the left neural foramen; moderate/severe left

See Next Page

neural foraminal stenosis; and mild neural foraminal narrowing at C3-C4 and C5-C6 (Exhibit 1F, page 6).

Physical examinations from June 2019 showed tenderness of the bilateral cervical paraspinal muscles and bilateral trapezius muscles with reduced active range of motion in extension and lateral rotation (Exhibits 2F, page 4; 3F, page 2). The claimant has attempted conservative treatment, such as nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion exercises, and injections (Exhibit 3F, pages 4-6, for example).

MRI scans of the lumbar spine in June 2019 showed broad-based disc protrusion at L4-L5 and L5-S1 with mild bilateral neural foraminal stenosis (Exhibit 1F, page 5). X-ray imaging of the thoracic spine in June 2019 show normal curvature, alignment, vertebral body heights, and disc spaces (Exhibit 1F, page 7). Mild degenerative changes were noted as well as tiny osteophytes. The claimant has attempted conservative treatment and pain management, but has still sought treatment for low back pain with radiating pain (Exhibit 9F, page 11, for example).

With respect to the claimant's mental health, the claimant has a history of social phobia and depression (Exhibit 4F). He has tried multiple medications with varying degrees of success, as well as therapy (Exhibit 4F, page 3). He reported to providers that his chronic pain does impact his mood (Exhibit 4F, page 3). He has reported social fear of running into others from his prior job (Exhibit 4F, page 3). His complaints are consistent with the evidence of record.

Turning to the opinion evidence, state agency medical consultants reviewed the claimant's medical evidence of record in June 2019 and July 2019 (Exhibits 1A; 3A). These consultants opined that the claimant would be able to perform a range of work at the light level of exertion with further reduction in postural and manipulative maneuvers, but with a full range of light level lifting and carrying. These are somewhat persuasive, but his considerable musculoskeletal treatment and recent history of multiple procedures on his left upper extremity are more consistent with limiting his lifting to ten pounds or less, as set out above.

In April 2020, Heather Gannon surgical coordinator for his most recent surgery set forward capacity restrictions, including lifting restrictions down to ten pounds (Exhibit 19F). This opinion is supported by an attached collection of the claimant's surgical records and the MRI that shows "fraying" in the left shoulder. These records also reveal that the claimant's recovery has been impacted by COVID. While it is signed by the "surgical coordinator" and not by the physician, it is somewhat persuasive in that it is a reasonable opinion and consistent with the idea that he has had multiple surgeries with a complicated recovery.

State agency psychological consultants reviewed the claimant's medical evidence of record in June 2019 and August 2019 (Exhibits 1A; 3A). These consultants opined that the claimant's mental health impairments would result in no more than mild limitations in the claimant's ability to perform basic work activity. This is not entirely persuasive. While it is persuasive that the claimant's mental health impairments are medically determinable, it is not consistent with the evidence of record, which supports a greater degree of severity.

See Next Page

*0785CIPAJ00073*NOTAFP.X3.CIPAFP.ODARS.R200603.PS1K 00000000000000000CP0520200603475211001.00830

Rebecca Young, the claimant's daughter, submitted a third-party statement on behalf of the claimant (Exhibit 5E). The undersigned has considered this nonemedical source statement (20 CFR 404.1520(c). While it is a nonmedical statement, it does shed light on the severity of the claimant's impairments and the degree to which they impact her day-to-day functionality.

In sum, the above residual functional capacity assessment is supported by the medical evidence, the medical opinions of the state agency medical and mental health consultants, and the evidence presented regarding the claimant's treatment history. After considering the entire record, the Administrative Law Judge finds that the claimant can perform a reduced range of exertional work activity as detailed above.

**6. The claimant is unable to perform any past relevant work (20 CFR 404.1565).**

The claimant has past relevant work as utility worker, line assembly; inspector, automotive; and inspector, automotive with forklift driver composite job.

The vocational expert testified that the claimant's assembly line work with delivery by forklift would be encompassed by "utility worker, line assembly," which corresponded with the single Dictionary of Occupational Titles (DOT) code of # 806.367-010, required a specific vocational preparation (SVP) level of 3, would generally be performed at the medium level of exertion, and was actually performed at the medium level of exertion. As this job entailed work at the medium level of exertion, and the claimant is limited to exertion involving lifting and carrying 10 pounds as detailed above, the demands of this work exceed the claimant's residual functional capacity.

Based on the vocational expert's testimony and classification of the automotive receiving inspector with forklift operation, the undersigned finds that this is a composite job. The vocational expert classified the first part of the claimant's job as inspector, automotive, which corresponded with DOT code # 806.687-018, required an SVP level of 4, would generally be performed at the light level of exertion, and with the whole of the job was actually performed at the medium level of exertion. The vocational expert classified the second part of the claimant's job as forklift driver, which corresponded with DOT code #921.683-050, required an SVP level of 3, would generally be performed at the medium level of exertion, and was actually performed at the medium level of exertion.

In order to be able to perform this job, the claimant would need to be able to perform both aspects of this job, which would entail work at an SVP level of 4 and an exertional level of medium. As the claimant is limited to exertion involving lifting and carrying 10 pounds as detailed above, he would be unable to perform this past composite job.

The vocational expert classified the claimant's automotive shipping inspector work as inspector, automotive, which corresponded with Dictionary of Occupational Titles (DOT) code # 806.687-018, required a specific vocational preparation (SVP) level of 4, would generally be performed at the light level of exertion, and was actually performed at the light level of exertion. As this job entailed work at the light level of exertion, and the claimant is limited to exertion involving lifting and carrying 10 pounds as detailed above, the demands of this work exceed the claimant's residual functional capacity.

See Next Page

*0706CIPA100736*NOTAFP.X3.CIPAFP.ODARS.R200603.PS1K 00000000000000000DCP05602006034752100100830

Given the reduction of lifting and carrying in addition to other limitations, the vocational expert testified that the residual functional capacity was much closer to the parameters of sedentary work, with only two light-level exceptions. Based on this testimony, the undersigned finds that the exertional level for this claimant is properly categorized as sedentary. However, whether the exertional level is deemed light or sedentary, the vocational expert testified that none of the above work is consistent with the claimant's residual functional capacity as generally or actually performed. After careful consideration, the undersigned accepts this testimony and finds that the demands of the claimant's past relevant work exceed the residual functional capacity.

**7. The claimant was an individual closely approaching advanced age on the established disability onset date (20 CFR 404.1563).**

**8. The claimant has at least a high school education and is able to communicate in English (20 CFR 404.1564).**

**9. The claimant's acquired job skills do not transfer to other occupations within the residual functional capacity defined above (20 CFR 404.1568).**

The vocational expert testified that there would be no transferrable skills (Hearing testimony).

**10. Considering the claimant's age, education, work experience, and residual functional capacity, there are no jobs that exist in significant numbers in the national economy that the claimant can perform (20 CFR 404.1560(c) and 404.1566).**

Even if the claimant had the residual functional capacity for the full range of sedentary work, a finding of "disabled" would be directed by Medical-Vocational Rule 201.14.

**11. The claimant has been under a disability as defined in the Social Security Act since December 21, 2018, the amended alleged onset date of disability (20 CFR 404.1520(g)).**

See Next Page

## DECISION

Based on the application for a period of disability and disability insurance benefits protectively filed on April 26, 2019, the claimant has been disabled under sections 216(i) and 223(d) of the Social Security Act since December 21, 2018.

Medical improvement is expected with appropriate treatment. Consequently, a continuing disability review is recommended in 18 months.

It is recommended that a determination be made concerning the appointment of a representative payee who can manage payments in the claimant's interest.

The workers' compensation offset provisions at 20 CFR 404.408 may be applicable.

/s/ *Christopher C Sheppard*
Christopher C. Sheppard
Administrative Law Judge

June 03, 2020
Date

# Facsimile Cover Sheet

**To:**

**Company:**

**Phone:**

**Fax:** (603) 422-7909

**From:** Elizabeth Thornsbury

**Company:**

**Phone:** (859) 225-3731 * 106

**Fax:** 18592253731

**Date:** 08/23/2021

**Pages including this cover sheet:** 11

## Comments:

Long Term Disability (LTD) Benefits
Toyota
Claimant: James D. Zoll
Claim #: 8560503

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr amehr@austinmehr.com
Philip G. Fairbanks pgf@austinmehr.com
Erik D. Peterson edp@austinmehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

August 23, 2021

*Sent via Priority Mail and Facsimile: (603) 422-7909*

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
P.O. Box 2578
Omaha, NE 68172-9688

**RE: Long Term Disability (LTD) Benefits**
**Toyota**
**Claimant: James D. Zoll**
**Claim #: 8560503**

Dear Ms. Valliere:

In response to Lincoln Life Assurance Company of Boston's ("Lincoln Life") letter dated August 3, 2021, please accept this letter as our client, Mr. James D. Zoll's, response to the additional information obtained by Lincoln Life in its review of Mr. Zoll's appeal of Lincoln Life's denial of his long-term disability benefits. Mr. Zoll objects to any use of the *file review* reports of Dr. Eric M. Chavez and Dr. Fargo N. Khoury as a means to deny his claim. Mr. Zoll incorporates by reference the positions outlined in the June 25, 2021 appeal letter submitted on Mr. Zoll's behalf. (*See* Claim File). Mr. Zoll maintains that the objective documentation, history of his diagnoses, and his treatment support his disability under the applicable plan. The following document in support of Mr. Zoll's claim is also enclosed herewith:

- Exhibit 1 – Social Security Administration Decision (06-03-20)

Lincoln Life's August 3, 2021 letter contains two *file review* reports performed by Dr. Chavez and Khoury. Mr. Zoll continues to object to Lincoln Life's utilization of *file reviews* to deny his claim. Mr. Zoll stated in his June 25, 2021 that he did not agree with the use of *file review* reports to deny his claim. Despite Mr. Zoll's concerns and the clear statement that he is willing to present to an independent medical evaluation, Lincoln Life has again obtained *file reviews* in reviewing Mr.

Zoll's appeal. (*See* June 25, 2021 Appeal Letter, *compared with* August 3, 2021 Lincoln Life Letter). And, again, Lincoln Life has not examined Mr. Zoll and its *file reviewers* have not spoken to or examined Mr. Zoll. Information submitted by Mr. Zoll on appeal and contained within Lincoln Life's claim file demonstrates that Mr. Zoll suffers multiple diagnoses. (*See* Medical Records). He conditions and symptoms have included neck pain, lumbar radiculopathy, radiculopathy of the arm and hand, tremors, headaches, shoulder pain, frozen shoulder, surgeries, migraines, lower back pain, and chronic pain. (*See* Medical Records). Despite this, Dr. Khoury's report begins with stating Mr. Zoll "has a reported diagnosis of pain in left shoulder" and then mentions Mr. Zoll's "persistent pain." However, he then proceeds to diminish the potential impact the objective findings have on Mr. Zoll's functional capabilities. (*See* July 15, 2021 File Review Report). Mr. Zoll has chronic pain and demonstrated conditions/symptoms including chronic radiculopathy, numbness, tingling, dysesthesias in the hand, limited range of motion, multilevel spondylosis, bilateral foramen stenosis, and spasms. (*See* Medical Records). He has chronic pain, including pain in his back and neck, and migraines. (*See* Medical Records). Dr. Khoury acknowledges Mr. Zoll's diagnoses and that he has limitations due to objective findings, including "findings of radiculopathy at C7 on EMG, along with chronic and persistent neck, shoulder, and lumbar spine pains" and associated symptoms "with sensory disturbances on exam, myofascial pain to palpation, impaired range of motion, and subjective pain." (*See* July 15, 2021 File Review Report). Yet, despite the objective findings and the lack of an in-person examination, Dr. Khoury opined light work restrictions for Mr. Zoll. He also gives nominal restrictions for Mr. Zoll's "left upper limb" despite the documented symptoms and limitations within medical records. Dr. Khoury alleges that "[t]he severity of pain and extent of impairment is out of proportion to the objective data reviewed." (*See* July 15, 2021 File Review Report). Mr. Zoll strongly disagrees with this subjective opinion. Dr. Khoury has not examined Mr. Zoll in person to confirm the impact that the conditions and pain have on Mr. Zoll or his movements. Only months prior to Lincoln Life's denial, Kentucky Bone & Joint Surgeons noted that Mr. Zoll was "still recovering from left shoulder arthroscopic capsular release with manipulation under anesthesia left arthroscopic distal clavicle excision. [He] has not fully recovered because he has been unable to complete physical therapy rehab." (*See* Claim File). It was opined that Mr. Zoll could only carry less than 10 pounds occasionally or frequently. (*See* Claim File). It was opined that he was incapable of low stress. (*See* Claim File). He continued to suffer "significant pain…" (*See* Claim File). Testing has revealed objective radiculopathy supporting Mr. Zoll's chronic pain. He has a slow and deliberate gait. (Bates 4010). In April 2021, physical therapy evaluation described "[s]ome decline in [left] shoulder AROM and a more recent increase in neck pain and headaches." (Bates 3168). During the timeframe applicable to Lincoln Life's denial, Mr. Zoll continued to suffer migraines, headaches, and visual disturbances with migraines. (Bates 7008-7009). Side effects of medications included "poor attention or memory." (Bates 7008-7009). Further, Lincoln Life's continued use of *file reviewers* is even more concerning when it is considered the difference in opinion, specifically the restrictions, between Lincoln Life's *file review* reports pre-appeal and during the appeal review. This clearly warranted an examination. Further, Dr. Khoury states that Mr. Zoll's "Range of motion is not documented as severely impaired[,]" but, again, he did not examine Mr. Zoll in person. (*See* July 15, 2021 File Review Report). Medical records have documented limited range of motion, including "limitation of range of motion on the left, mostly on external rotation…" (Bates 4010). He has been noted as suffering poor balance and observed with a slow and deliberate gait. (*See* Medical Records). He has a tremor in both hands, with the right hand being worse than the left hand. (Bates 7010). He has documented neuropathy at the wrist and elbow, as well a

chronic left C7 radiculopathy. He has been approved for disability benefits by the Social Security Administration with a disability date of December 21, 2018. This approval resulted in Lincoln Life asserting an entitlement to reimbursement of benefits shortly before Lincoln Life denied Mr. Zoll's claim for further long-term disability benefits. Approval by the Social Security Administration, especially considering Mr. Zoll's age at the time of his disability effective date, is significant here. It was noted in the Social Security Administration's approval through Administrative Law Judge Christopher C. Sheppard "that none of the...work is consistent with the claimant's residual functional capacity as generally or actually performed." (*See* Exhibit 1). Further, it was found "that there would be no transferable skills..." (*See* Exhibit 1). It is unclear if all of Lincoln Life's reviewers, including the medical and vocational *file reviewers*, reviewed or provided sufficient consideration to the findings of the Social Security Administration (apart from the medical *file reviewers* listing it as a record reviewed). (*See* August 3, 2021 Letter with Enclosures). Therefore, a copy of the Administrative Law Judge's decision is again attached for Lincoln Life's review. (Exhibit 1). Importantly, the opinion by the Social Security Administration occurred only months prior to Lincoln Life's denial of Mr. Zoll's long-term disability claim. Because Mr. Zoll has not experienced significant improvement of his conditions and symptoms, or his diagnoses, the decision by the Social Security Administration remains relevant today and is pertinent in assessing Lincoln Life's denial.

Further, Mr. Zoll disagrees with the Transferable Skills Analysis performed by a Lincoln Life employee. This *file review* analysis was based on information contained with Lincoln Life's file and *only* the report of Dr. Khoury regarding medical restrictions. The Vocational Rehabilitation Counselor notes that she did not meet with Mr. Zoll and also states that "[a]ll opinions are based on a review of vocational information, medical records and resources noted." (*See* Transferable Skills Analysis). However, the "medical records" appear to only be comprised of the restrictions asserted by Dr. Khoury, not that of the in depth medical information or opinions of Mr. Zoll's treating physicians or the Social Security Administration. Mr. Zoll would essentially be a one-armed worker despite the opinion of Dr. Khoury. Mr. Zoll asserts that he would not be capable of obtaining, or sustaining, gainful employment, including the positions asserted by Lincoln Life.

Importantly, Dr. Chavez and Dr. Khoury did not examine Mr. Zoll. This casts doubt on their opinions. The conflict of interest and risk of bias present with Lincoln Life cannot be ignored. The *file reviewers* performed their reviews at the request of Lincoln Life. Importantly, Lincoln Life is responsible for both paying benefits and deciding whether a claimant qualifies for those benefits. Therefore, Lincoln Life has an inherent conflict of interest in its claim handling. Lincoln Life has "a clear incentive to contract with individuals who were inclined to find in its favor that [the insured] was not entitled to...LTD benefits." *See Calvert v. Firstar Finance*, 409 F.3d 286, 292 (6th Cir. 2005) (citation omitted). The *Calvert* Court's analysis carries weight here when it is considered that the reviews obtained by Lincoln Life in its handling of Mr. Zoll's claim were medical and vocational *file reviews* performed at the request of Lincoln Life and/or by Lincoln Life employees, the entity responsible for approving LTD benefits *and* paying LTD benefits under the relevant policy. "The evidence presented in the" claim file here does "not support the denial of benefits when only [Lincoln Life's] physicians, who [have] not examined [Mr. Zoll], disagreed with the treating physicians." *Hoover v. Provident Life & Accident Ins. Co.*, 290 F.3d 801, 809 (6th Cir. 2002) (*see also Withers v. United of Omaha Life Ins. Co.*, 2021 U.S. Dist. LEXIS 51639, *35-36 (W.D. Ky. Mar. 19, 2021)). The medical and objective evidence of record squarely calls

into question Mr. Zoll's ability to perform activities of daily living and whether he has the functional capabilities required for competitive employment, on either a part-time *or* full-time basis, including his ability to sit as would be required in a sedentary occupation. Mr. Zoll's chronic pain and limitations continue on a daily basis.

Mr. Zoll reasonably continues to follow the opinions and treatment plans of his treating physicians. He has received injections, medications, physical therapy, and continued treatment. He is aware of the deficits and struggles he faces on a daily basis, and the deterioration of his body after performing a labor intensive occupation for decades. The processes implemented by Lincoln Life are biased in favor of Lincoln Life and Mr. Zoll does not agree with the processes or handling of his claim. He obtained long-term disability coverage through active employment and expected to have coverage in the event that the unthinkable – a disability – occurred. Despite this, the carrier providing such a benefit to him has dismissed his concerns regarding the review process and subjected his claim to file reviewers. Again, Mr. Zoll remains willing to present to an in-person examination.

Thank you for allowing the opportunity to provide the above response. Mr. Zoll refers Lincoln Life to the medical records contained within his file with Lincoln Life and submitted throughout the claim process. Please do not hesitate to contact me at (859) 225-3731 if you have any questions or need any additional information. Thank you.

Sincerely,

*/s/ Elizabeth A. Thornsbury*

Elizabeth A. Thornsbury

Enclosure

*704CIPA1000736*NOTAFP X3 CIPAFP.ODARS.R200603 PS1K 0000000000000000CP0560200603475210010830

**SOCIAL SECURITY ADMINISTRATION**
**Office of Hearings Operations**

**DECISION**

| IN THE CASE OF | CLAIM FOR |
|---|---|
| James Zoll (Claimant) | Period of Disability and Disability Insurance Benefits |
| (Wage Earner) | (Social Security Number) |

## JURISDICTION AND PROCEDURAL HISTORY

This case is before the undersigned on a request for hearing dated August 21, 2019 (20 CFR 404.929 *et seq.*).

On May 28, 2020, the undersigned held a telephone hearing (20 CFR 404.936(c) due to the extraordinary circumstance presented by the Coronavirus Disease 2019 (COVID-19) Pandemic. All participants attended the hearing by telephone (Exhibit 11B). The claimant appeared and testified. The claimant is represented by Elizabeth Gordon, a non-attorney representative, and was represented at the hearing by Barry Sullivan. Betty L. Hale, an impartial vocational expert, also appeared and testified.

The claimant has amended the alleged onset date of disability to December 21, 2018. After careful consideration, the undersigned accepts this amendment.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

After careful consideration of the entire record, the undersigned makes the following findings:

**1. The claimant's date last insured is December 31, 2023.**

**2. The claimant has not engaged in substantial gainful activity since December 21, 2018, the amended alleged onset date (20 CFR 404.1520(b) and 404.1571 *et seq.*).**

While there is income noted after this date, this income reflect payments for disability insurance. This is not actively earned income after onset and is not considered substantial gainful activity.

**3. The claimant has the following severe impairments: Degenerative disc disease (DDD) of the cervical and lumbar spine; Status post repair of left rotator cuff and capsular release; Status post open reduction and internal fixation (ORIF) left wrist; Migraines; Depression; and Anxiety (20 CFR 404.1520(c)).**

See Next Page

**4. The claimant does not have an impairment or combination of impairments that meets or medically equals the severity of one of the listed impairments in 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525 and 404.1526).**

**5. The claimant has the residual functional capacity to perform light work as defined in 20 CFR 404.1567(a) except that he is able to lift and carry ten pounds occasionally and less than ten pounds frequently; stand and/or walk for a total of six hours out of an eight-hour workday; sit six hours out of an eight-hour workday; can occasionally push and pull with his left extremity. He can frequently climb ramps and stairs; never climb ladders, ropes, or scaffolds; he can frequently balance; can occasionally stoop, kneel, crouch, and crawl. The claimant should avoid all exposure to work at unprotected heights and moving, mechanical parts. He can occasionally reach with his left extremity. He should also avoid concentrated exposure to vibrations and extreme cold. He can frequently handle, finger, and feel with the left extremity. Due to pain, depression, and migraines, he can sustain attention and concentration to complete simple and detailed task and should have no more than frequent contact with the public.**

In making this finding, the undersigned has considered all symptoms and the extent to which these symptoms can reasonably be accepted as consistent with the objective medical evidence and other evidence, based on the requirements of 20 CFR 404.1529 and SSR 16-3p. The undersigned also considered the medical opinion(s) and prior administrative medical finding(s) in accordance with the requirements of 20 CFR 404.1520c.

The claimant has the following degree of limitation in the four broad areas of mental functioning set out in the disability regulations for evaluating mental disorders and in the mental disorders listings in 20 CFR, Part 404, Subpart P, Appendix 1: a mild limitation in understanding, remembering, or applying information; a moderate limitation in interacting with others; a moderate limitation in concentrating, persisting, or maintaining pace; and a mild limitation in adapting or managing oneself.

The claimant suffered a fall while hiking in July 2018 (Exhibit 2F, page 4). This caused damage to his left shoulder and wrist. In July 2018, the claimant underwent ORIF on his left wrist (Exhibits 1F, page 100; 20F, page 2). X-rays support that this fixation was still stable (Exhibits 1F, pages 89, 92).

Left-sided imaging from August 2018 showed complete, full-thickness tear of the supraspinatus tendon (Exhibit 1F, page 79). The claimant then underwent left shoulder arthroscopy with rotator cuff repair in September 2018 (Exhibit 1F, page 58). Despite this surgery, treatments, and physical therapy, the record supports the claimant seeking treatment for ongoing weakness, stiffness, and pain in his left upper extremity (Exhibit 1F, pages 33, 37, 44, for example). He later underwent left shoulder arthroscopic capsular release with manipulation and distal clavicle excision in December 2019 (Exhibit 19F, page 4).

This fall exacerbated existing impairment of the claimant's spine, especially in his cervical spine. MRI scans of the cervical spine in August 2018 and June 2019 showed stable findings of disc protrusion at C6-C7 with probable extension into the left neural foramen; moderate/severe left

See Next Page

neural foraminal stenosis; and mild neural foraminal narrowing at C3-C4 and C5-C6 (Exhibit 1F, page 6).

Physical examinations from June 2019 showed tenderness of the bilateral cervical paraspinal muscles and bilateral trapezius muscles with reduced active range of motion in extension and lateral rotation (Exhibits 2F, page 4; 3F, page 2). The claimant has attempted conservative treatment, such as nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion exercises, and injections (Exhibit 3F, pages 4-6, for example).

MRI scans of the lumbar spine in June 2019 showed broad-based disc protrusion at L4-L5 and L5-S1 with mild bilateral neural foraminal stenosis (Exhibit 1F, page 5). X-ray imaging of the thoracic spine in June 2019 show normal curvature, alignment, vertebral body heights, and disc spaces (Exhibit 1F, page 7). Mild degenerative changes were noted as well as tiny osteophytes. The claimant has attempted conservative treatment and pain management, but has still sought treatment for low back pain with radiating pain (Exhibit 9F, page 11, for example).

With respect to the claimant's mental health, the claimant has a history of social phobia and depression (Exhibit 4F). He has tried multiple medications with varying degrees of success, as well as therapy (Exhibit 4F, page 3). He reported to providers that his chronic pain does impact his mood (Exhibit 4F, page 3). He has reported social fear of running into others from his prior job (Exhibit 4F, page 3). His complaints are consistent with the evidence of record.

Turning to the opinion evidence, state agency medical consultants reviewed the claimant's medical evidence of record in June 2019 and July 2019 (Exhibits 1A; 3A). These consultants opined that the claimant would be able to perform a range of work at the light level of exertion with further reduction in postural and manipulative maneuvers, but with a full range of light level lifting and carrying. These are somewhat persuasive, but his considerable musculoskeletal treatment and recent history of multiple procedures on his left upper extremity are more consistent with limiting his lifting to ten pounds or less, as set out above.

In April 2020, Heather Gannon surgical coordinator for his most recent surgery set forward capacity restrictions, including lifting restrictions down to ten pounds (Exhibit 19F). This opinion is supported by an attached collection of the claimant's surgical records and the MRI that shows "fraying" in the left shoulder. These records also reveal that the claimant's recovery has been impacted by COVID. While it is signed by the "surgical coordinator" and not by the physician, it is somewhat persuasive in that it is a reasonable opinion and consistent with the idea that he has had multiple surgeries with a complicated recovery.

State agency psychological consultants reviewed the claimant's medical evidence of record in June 2019 and August 2019 (Exhibits 1A; 3A). These consultants opined that the claimant's mental health impairments would result in no more than mild limitations in the claimant's ability to perform basic work activity. This is not entirely persuasive. While it is persuasive that the claimant's mental health impairments are medically determinable, it is not consistent with the evidence of record, which supports a greater degree of severity.

See Next Page

*0705CIPA100073*NOTAFP.X3.CIPAFP.ODARS.R200603.PS1K 00000000000000000CP0506200634752100180830

Rebecca Young, the claimant's daughter, submitted a third-party statement on behalf of the claimant (Exhibit 5E). The undersigned has considered this nonemedical source statement (20 CFR 404.1520(c). While it is a nonmedical statement, it does shed light on the severity of the claimant's impairments and the degree to which they impact her day-to-day functionality.

In sum, the above residual functional capacity assessment is supported by the medical evidence, the medical opinions of the state agency medical and mental health consultants, and the evidence presented regarding the claimant's treatment history. After considering the entire record, the Administrative Law Judge finds that the claimant can perform a reduced range of exertional work activity as detailed above.

**6. The claimant is unable to perform any past relevant work (20 CFR 404.1565).**

The claimant has past relevant work as utility worker, line assembly; inspector, automotive; and inspector, automotive with forklift driver composite job.

The vocational expert testified that the claimant's assembly line work with delivery by forklift would be encompassed by "utility worker, line assembly," which corresponded with the single Dictionary of Occupational Titles (DOT) code of # 806.367-010, required a specific vocational preparation (SVP) level of 3, would generally be performed at the medium level of exertion, and was actually performed at the medium level of exertion. As this job entailed work at the medium level of exertion, and the claimant is limited to exertion involving lifting and carrying 10 pounds as detailed above, the demands of this work exceed the claimant's residual functional capacity.

Based on the vocational expert's testimony and classification of the automotive receiving inspector with forklift operation, the undersigned finds that this is a composite job. The vocational expert classified the first part of the claimant's job as inspector, automotive, which corresponded with DOT code # 806.687-018, required an SVP level of 4, would generally be performed at the light level of exertion, and with the whole of the job was actually performed at the medium level of exertion. The vocational expert classified the second part of the claimant's job as forklift driver, which corresponded with DOT code #921.683-050, required an SVP level of 3, would generally be performed at the medium level of exertion, and was actually performed at the medium level of exertion.

In order to be able to perform this job, the claimant would need to be able to perform both aspects of this job, which would entail work at an SVP level of 4 and an exertional level of medium. As the claimant is limited to exertion involving lifting and carrying 10 pounds as detailed above, he would be unable to perform this past composite job.

The vocational expert classified the claimant's automotive shipping inspector work as inspector, automotive, which corresponded with Dictionary of Occupational Titles (DOT) code # 806.687-018, required a specific vocational preparation (SVP) level of 4, would generally be performed at the light level of exertion, and was actually performed at the light level of exertion. As this job entailed work at the light level of exertion, and the claimant is limited to exertion involving lifting and carrying 10 pounds as detailed above, the demands of this work exceed the claimant's residual functional capacity.

See Next Page

•0706CIPA100736•NOTAFP.X3.CIPAFP.ODARS.R200603.PS1K 0000000000000000CP056020060347521001.0083•

Given the reduction of lifting and carrying in addition to other limitations, the vocational expert testified that the residual functional capacity was much closer to the parameters of sedentary work, with only two light-level exceptions. Based on this testimony, the undersigned finds that the exertional level for this claimant is properly categorized as sedentary. However, whether the exertional level is deemed light or sedentary, the vocational expert testified that none of the above work is consistent with the claimant's residual functional capacity as generally or actually performed. After careful consideration, the undersigned accepts this testimony and finds that the demands of the claimant's past relevant work exceed the residual functional capacity.

**7. The claimant was an individual closely approaching advanced age on the established disability onset date (20 CFR 404.1563).**

**8. The claimant has at least a high school education and is able to communicate in English (20 CFR 404.1564).**

**9. The claimant's acquired job skills do not transfer to other occupations within the residual functional capacity defined above (20 CFR 404.1568).**

The vocational expert testified that there would be no transferrable skills (Hearing testimony).

**10. Considering the claimant's age, education, work experience, and residual functional capacity, there are no jobs that exist in significant numbers in the national economy that the claimant can perform (20 CFR 404.1560(c) and 404.1566).**

Even if the claimant had the residual functional capacity for the full range of sedentary work, a finding of "disabled" would be directed by Medical-Vocational Rule 201.14.

**11. The claimant has been under a disability as defined in the Social Security Act since December 21, 2018, the amended alleged onset date of disability (20 CFR 404.1520(g)).**

See Next Page

## DECISION

Based on the application for a period of disability and disability insurance benefits protectively filed on April 26, 2019, the claimant has been disabled under sections 216(i) and 223(d) of the Social Security Act since December 21, 2018.

Medical improvement is expected with appropriate treatment. Consequently, a continuing disability review is recommended in 18 months.

It is recommended that a determination be made concerning the appointment of a representative payee who can manage payments in the claimant's interest.

The workers' compensation offset provisions at 20 CFR 404.408 may be applicable.

/s/ *Christopher C Sheppard*
Christopher C. Sheppard
Administrative Law Judge

June 03, 2020
Date

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | August 3, 2021 |
| To: | ELIZABETH THORNSBURY<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>STE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Tawnya Valliere<br>Appeals Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages (Including Cover): | 70 |
| RE: | Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

August 3, 2021

Elizabeth A. Thornsbury
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
STE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll

Dear Elizabeth Thornsbury:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Mr. James Zoll's claim for LTD benefits under the Policy.

We are in the process of reviewing Mr. Zoll's appeal of our decision regarding the above-referenced claim. The purpose of this letter and enclosure is to provide you with an opportunity to review and comment on new/additional evidence that has been received before a decision is rendered on Mr. Zoll's appeal.

Please find attached a copy of the clinical reviews completed on July 16, 2021 by an independent physician Board Certified in Psychiatry and on July 15, 2021 and August 02, 2021 by an independent physician Board Certified in Physical Medicine and Rehabilitation which is new/additional evidence in connection with Mr. Zoll's appeal. Also enclosed is a Vocational Assessment completed by a Vocational Rehabilitation Counselor in connection with Mr. Zoll's appeal. You may review these assessments and provide a response to us, which we will consider in making our decision on Mr. Zoll's appeal.

Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or you can fax it directly to 603-422-7909. If we do not receive your response within 21 days of the date of this letter, we will proceed with making a determination on your appeal. The 21-day period will expire on August 24, 2021. If you will not be responding to the review, please advise us in writing immediately.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until we receive your timely response. Upon receipt of your response, we will promptly complete our review and render a determination on your appeal.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

Attachments: 8560503-MEDICAL-CP/PEER REVIEW-07.16.2021
8560503-MEDICAL-CP/PEER REVIEW-07.15.2021
8560503-VOC-TRANSFERRABLE SKILLS ASSESSMENT-07.30.2021
8560503-MEDICAL-CP/PEER REVIEW-08.02.2021

Reliable Review Services
777 SE 20th Street
Suite 270
Ft. Lauderdale, FL, 33316
Toll Free: 877-890-0123
**Fax: 561-995-4189**

Reliable Review Services

# Fax:

| | |
|---|---|
| **To:** Dr. Stephen Lamb | **From:** Reliable RS |
| **Fax:** 859-309-1802 | **Date:** July 16, 2021 |
| **Re:** James D Zoll | **RRS ID:** 65939 |

As an Independent Peer Reviewer, Eric M Chavez, MD, on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 7/30/2021.**

How long have you been treating the claimant?
How often do you see the claimant?
What diagnosis have you made?
What symptoms is the claimant experiencing?
How do the claimant's symptoms impact functioning?
How has the claimant been responding to the treatment plan?
Has the claimant been compliant with the treatment plan?
Did you recommend that the claimant stop working due to a psychiatric condition?
If you recommended that the claimant stop working, what are the findings on exam that lead you to believe that the claimant is disabled from working? How long do you expect the disability to last?
What is the claimant's prognosis?
Have you ever referred the claimant to a higher level of care?
Do you believe that there are any reasons other than psychiatric symptoms that are preventing the claimant from returning to work?
Have you discussed a return to work plan with the claimant?
What efforts at return to work has the claimant made?
What modifications could be made to the treatment plan to help the claimant return to work?
Is there anything else you would like to tell me about this claimant's situation?

E Chz MD

Eric M Chavez, MD
Board Certified
Psychiatry
Expertise in: Addiction Psychiatry, Addiction Medicine
CA - A 67412
GA - 057056
July 16, 2021

Reliable Review Services

Date: 7/16/2021
To: Tawnya Valliere
LINCOLN FINANCIAL GROUP
Re: RRS ID: 65939

Claimant: James D Zoll
Claim #: 8560503
Line of Business: Disability
Review Type: LTD
Review Level: Initial
Advisory Report

## Clinical History

This review is from a Psychiatry perspective. The claimant is a 52 year old male who has a listed diagnosis of pain in left shoulder. This review is to determine if the claimant was functionally impaired from 1/17/2021 to the present. The claimant's first date of disability was noted to be 7/19/2018.

- There are multiple pages of physician orders for physical therapy.
- I reviewed the transferable skills analysis form. The job title is production assembler.
- There is an undated handwritten note from the claimant stating that records for the rehabilitation Hospital were submitted on compact disc.
- There are multiple pages of radiology reports.
- There are multiple pages of laboratory test results.
- There are multiple pages of orthopedic arthroscopic images.
- 1/10/18 the claimant completed a survivor/estate information form.
- 7/31/18 there is an occupational therapy assessment. There are additional occupational therapy notes and physical therapy notes: 8/23/18, 10/23/18, 11/13/18, 11/20/18, 7/31/18, 8/23/18, 10/23/18, 11/13/18, 11/20/18, 11/8/18, 11/6/18, 11/1/18, 10/30/18, 10/25/18, 10/23/18.
- 12/14/18 the claimant completed a family information questionnaire. The claimant completed an information form listing his current treatment providers and his family relationships. He listed his normal physical activities and daily activities.
- 12/28/18 there is a physical therapy note. There are additional physical therapy notes: 10/23/18, 1/3/19, 7/19/18, 1/10/19, 1/14/19, 1/17/19, 1/21/19, 1/24/19, 1/30/19, 2/1/19, 2/4/19, 2/7/19, 2/11/19, 2/13/19, 2/18/19, 2/21/19, 2/25/19, 2/28/19, 3/5/19, 3/7/19, 3/11/19, 3/13/19, 3/22/19, 3/25/19, 3/28/19, 4/1/19, 4/4/19, 4/10/19, 4/22/19, 4/25/19, 4/29/19, 5/1/19, 5/6/19, 5/8/19, 5/13/19, 5/15/19, 6/3/19, 6/11/19.
- 1/8/19 orthopedic note from Bethany Begley PAC. He presented for a postop recheck plan to review MRI results. Diagnosis was postoperative care.
- 2/2/19 orthopedic note from Bethany Begley PAC. The claimant presented for postoperative

care with report of continued pain.

- 2/19/19 orthopedic note from Bethany Begley PAC. He continues to complain of pain and presented for a recheck. Diagnosis was postoperative care.
- 2/19/19 letter from Bethany Begley PAC. The claimant is unable to return to work until 2/19/19.
- 3/22/19 there is a physical therapy/occupational therapy note. There are additional notes dated: 3/25/19, 3/28/19, and 3/9/20.
- 4/2/19 4/2/19 orthopedic note from Bethany Begley PAC. He presented for a postoperative check but continues to complain of pain. Diagnosis was postoperative visit, myofascial pain.
- 4/2/19 orthopedic note from Bethany Begley PAC. The claimant presented to for follow-up orthopedic care for left shoulder pain.
- 4/3/19 the claimant had a physical therapy appointment.
- 4/5/19 primary care note from Mary Oakes PAC. The claimant complained of a migraine and nausea. Diagnosis was migraine.
- 4/8/19 primary care note from John Ziegler MD. He complains of increased migraines. He now request to see the neurologist more frequently. He has reflux and continued pain. Diagnosis is migraine, mood disorder, and hyperlipidemia. He will be referred to the neurologist.
- 4/8/19 the claimant had a physical therapy assessment.
- 4/11/19 there is a letter from a physical therapist.
- 4/15/19 the claimant had a physical therapy assessment.
- 4/17/19 orthopedic note from Daniel Hackett MD. The claimant has pain in left acromion clavicular joint. He is status post left rotator cuff repair with continued pain.
- 4/17/19 orthopedic note from Daniel Hackett MD. Complains of a left shoulder problem which began in July 2018. Diagnosis was left acromion clavicular joint pain.
- 4/18/19 neurology note from Craig Knox MD. The claimant presented for consultation of migraine, neck pain, tremor, poor balance. He was referred by Dr. Ziegler. Diagnosis is migraine, neck pain, tremor, chronic anxiety, poor balance.
- 4/18/19 neurology note from Craig Knox MD. He complained of a headache and tremor. Diagnosis is migraine, tremor, poor balance.
- 5/8/19 letter from Daniel Hackett MD. The claimant was seen in the provider's office.
- 5/8/19 letter from Craig Knox MD with progress note stating that the claimant was treated for migraine, neck pain, tremor, chronic anxiety, poor balance. He has a mild tremor and chronic neck pain. He complained of poor balance.
- 5/15/19 letter from Daniel Hackett MD. The claimant may return to work with no lifting, pushing, or pulling more than 5 pounds.
- 5/15/19 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder problem. Diagnosis was pain and left acromion clavicular joint.
- 6/3/19 there is a physical therapy note.
- 6/4/19 primary care note from Craig Knox MD. He complains of neck pain and low back pain. Diagnosis is migraine, cervical radiculopathy, lumbar radiculopathy, mood disorder, impotence, pain of left shoulder, thoracic back pain.
- 6/19/19 neurology note from Craig Knox MD. The claimant presented for follow-up of migraine, neck pain, tremor, poor balance. He was recommended to get a brain MRI and cervical MRI.
- 6/19/19 neurology note from Craig Knox MD. He presented to follow-up on migraine, neck pain, poor balance, and tremor.

• 6/24/19 medical note from Brandon Gish MD. The claimant presented for assessment of neck pain and upper extremity pain. Diagnosis was cervical radiculopathy, left rotator cuffs syndrome, neck pain.
• 6/26/19 orthopedic note from Daniel Hackett MD. He presented for follow-up of left shoulder problem which started in July 2016. Diagnosis was pain and left acromion clavicular joint.
• 6/26/19 letter from Daniel Hackett MD. The claimant may return to work with no lifting over 5 pounds.
• 6/26/19 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint.
• 7/3/19 orthopedic note from Daniel Hackett MD. The claimant presented to follow-up after left rotator cuff surgery.
• 7/16/19 primary care note from Brandon Gish MD. He presented for cervical epidural steroid injection.
• 7/25/19 there is a claimant information completed by the claimant reporting arthritis in acromion clavicular joint and cervical neck pain.
• 7/25/19 there are multiple pages of physical therapy records reporting that the claimant attended physical therapy on a regular basis through 10/31/19. Individual notes include physical therapy notes dated: 9/25/19, 7/25/19, 10/31/19, 10/29/19, 10/24/19, 10/21/19, 10/17/19, 10/15/19, 10/10/19, 10/7/19, 9/25/19, 9/23/19, 9/20/19, 9/18/19, 9/12/19, 9/9/19, 9/5/19, 9/3/19, 9/4/19, 8/29/19, 8/26/19, 8/21/19, 8/19/19, 8/15/19, 8/12/19, 8/9/19, 8/6/19, 8/1/19, 7/29/19, 7/25/19, 11/19/19, 10/24/19, 9/25/19, 9/3/19.
• 7/31/19 psychiatry note from Stephen Lamb MD. He was self-referred. He reports he had an accident last year with himself when hiking and injured his left shoulder and cervical spine. He stopped taking Zoloft and started taking Pristiq. He has been off work one year. He sleeps 9 or 11 hours. He has low sex drive. He saw psychiatrist in the 1990s for social phobia and depression. Mental status exam shows monotone speech. He reports his father was abusive. Diagnosis is major depression, social anxiety, and rule out generalized anxiety. The plan was to increase Pristiq dose and keep a mood journal.
• 8/19/19 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint.
• 8/19/19 there is a physical therapy note.
• 8/23/19 medical note from Brandon Gish MD. He presented for cervical epidural steroid injection.
• 9/4/19 psychiatry note from Stephen Lamb MD. Diagnoses include major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. He completed a mood chart but no she is not much better. He reports he has some stress because his partner was diagnosed with renal carcinoma. The plan was to increase Pristiq up to 100 mg.
• 9/19/19 primary care note from John Ziegler MD. The claimant presented to complain of back pain. Diagnosis was low back pain.
• 10/9/19 endocrinology note from Walaa Ayoub MD. The claimant presented to follow-up on hypogonadism.
• 10/15/19 psychiatry note from Stephen Lamb MD. Diagnoses include major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. He does not believe Pristiq is working and he wants to restart Zoloft. He has some life stressors. The plan was to taper and discontinue Pristiq

Reliable Review Services

and start Zoloft.

- 10/18/19 medical note from Amber Easley NP. He complained of neck pain and request for pain management. Diagnosis was cervical radiculopathy and left rotator cuff syndrome.
- 10/31/19 there is a physical therapy note.
- 10/31/19 there is a physical therapy note.
- 11/4/19 orthopedic note from Daniel Hackett MD. He presented to follow-up on his left shoulder problem. Diagnosis is pain and left acromion clavicular joint.
- 11/4/19 letter from Daniel Hackett MD. The claimant may return to work with no pushing, pulling, lifting more than 5 pounds.
- 11/4/19 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint.
- 11/12/19 primary care note from John Ziegler MD. He needed refills. His myalgia is stable. He saw his psychiatrist and quit taking Pristiq. Diagnosis is migraine, mood disorder, and hyperlipidemia.
- 11/15/19 medical note from Brandon Gish MD. He presented for cervical epidural steroid injection. Diagnosis was cervical radiculopathy.
- 11/22/19 letter from Daniel Hackett MD. The provider is the claimant's provider and he may return to work with no pushing or pulling over 5 pounds.
- 11/22/19 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint.
- 12/3/19 neurology note from Craig Knox MD. The claimant complains of neck pain and essential tremor. He also has migraine headache.
- 12/3/19 neurology note from Craig Knox MD. He complains of low back pain, neck pain. He reports migraines are somewhat worse. Diagnosis is migraine, neck pain, tremor, poor balance.
- 12/5/19 primary care note from John Ziegler MD. He has a flareup of lumbar radiculopathy. Diagnosis was left lumbar radiculopathy, probable osteoarthritis.
- 12/16/19 psychiatry note from Stephen Lamb MD. Diagnoses include major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. He feels better on Zoloft. He is going to have an operation on Friday. He will continue Zoloft.
- 12/20/19 operative report from Daniel Hackett MD. Procedure performed was left shoulder acromion clavicular arthroscopic surgery.
- 12/20/19 there is an anesthesia record.
- 12/20/19 there is a post anesthesia care record.
- 1/3/20 medical note from Brandon Gish MD. He presented for follow-up of neck pain with diagnosis of cervical radiculopathy, left rotator cuff syndrome, lumbar spondylosis, long-term drug treatment.
- 1/6/20 orthopedic note from Daniel Hackett MD. Diagnosis was left acromion clavicular joint pain, status post left rotator cuff repair. The claimant continues to have pain and will continue in physical therapy.
- 1/9/20 endocrinology note from Walaa Ayoub MD. The claimant has a history of hyperlipidemia, chronic pain, depression. He presents for follow-up of hypogonadism. Diagnosis is hypogonadism.
- 1/16/20 medical note from Brandon Gish MD. Procedure performed was lumbar medial branch block.
- 1/20/20 there is a compass health rehabilitation information form completed by the claimant. He reported he has frozen shoulder.

- 1/20/20 there are multiple pages of physical therapy records with physician orders recommending physical therapy and specific physical therapy exercises. There are a series of physical therapy records with specific dates noted on: 4/21/20, 3/18/20, 3/16/20, 3/11/20, 3/9/20, 3/4/20, 3/2/20, 2/26/20, 2/24/20, 2/21/20, 2/19/20, 2/17/20, 2/14/20, 2/12/20, 2/10/20, 2/7/20, 2/5/20, 2/3/20, 1/31/20, 1/29/20, 1/27/20, 1/24/20, 1/22/20, 1/20/20.
- 1/20/20 rheumatology note from Susanna Moberly NP. The claimant is a 51-year-old male presenting for evaluation for joint pain. He has a disability hearing coming up after working at Toyota for 31 years. He complains of joint pain. Diagnosis is multiple joint pain.
- 2/5/20 letter from Daniel Hackett MD. The claimant may return to work with no lifting or use of upper extremity.
- 2/5/20 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint. The claimant presented for postop visit.
- 2/10/20 psychiatry note from Stephen Lamb MD. Diagnoses include major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. He reports his mood is depressed and he has trouble with his partner not helping him. He reported moderate anxiety. He was let go from Toyota because they cannot restore him to full duty. He will continue Zoloft.
- 2/25/20 pain management note from Chris Swayze MD. The claimant is a 51-year-old male referred by Daniel Hackett MD to help manage pain in left shoulder. He had a left shoulder problem several years ago which was managed conservatively. He worked at the Toyota motor Manufacturing unit but fell on some rocks while hiking and sustained a shoulder injury. He had surgery on his wrist. He reported a shoulder arthroscopy. This is not complex regional pain syndrome and he does not meet the criteria. He has symptoms of left cervical radiculopathy with MRI abnormality. They discussed the available options.
- 3/3/20 primary care note from John Ziegler MD. He stated his daughter is having a baby and he needs to get a vaccination. He complains of low back pain and stress. He might have an ear infection. Diagnosis is migraine, mood disorder, carbuncle, hyperlipidemia, immunization update.
- 3/4/20 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint. The claimant presented for postop visit.
- 3/4/20 there is a physical therapy note.
- 4/10/20 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint. He continues to have pain in presented for postop visit.
- 4/13/20 psychiatry note from Stephen Lamb MD. Diagnoses include major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. His mood is significantly better. His partner is helping with the finances. He is planning to attend a hearing at Toyota and may be terminated after 31 years. He will continue Zoloft and also takes amitriptyline.
- 4/27/20 primary care note from John Ziegler MD. He is concerned about candidiasis. He has not been going to physical therapy. Diagnosis is candidiasis, migraine headache, and hyperlipidemia.
- 5/4/20 pain management note from Chris Swayze MD. The claimant presented to follow-up on left shoulder pain. He has tried several pain medication. Diagnosis was left shoulder pain with nonresponse to 2 different operations nor medication.
- 5/6/20 letter from the claimant stating he recently saw his pain management doctor on 5/4/20, Chris Swayze MD. He is going to attend physical therapy.
- 5/6/20 the claimant sent an email stating that a letter from his physical therapist was enclosed.

- 5/16/20 orthopedic note from Daniel Hackett MD. The claimant presented to follow-up on left shoulder problem. He had a left rotator cuff repair.
- 5/26/20 letter from Daniel Hackett MD. The claimant may return to work with no pushing, pulling, lifting over 5 pounds.
- 5/26/20 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint. He continues to have pain in left shoulder. He is 6 months after surgery.
- 5/29/20 there is a physical therapy note. There are additional physical therapy notes dated: 5/21/20, 5/18/20, 5/11/20.
- 6/1/20 there is a physical therapy note. There are additional physical therapy notes: 6/4/20, 6/9/20, 6/12/20, 6/15/20, 6/18/20, 6/22/20, 6/25/20, 6/30/20, 7/2/20, 7/6/20, 7/9/20, 7/14/20, 7/16/20, 7/20/20, 7/23/20, 7/29/20, 8/5/20, 8/12/20, 8/19/20, 8/26/20, 9/2/20, 9/9/20, 9/16/20, 9/23/20, 9/30/20, 10/7/20, 10/14/20, 10/21/20, 10/29/20, 11/4/20, 11/11/20, 11/17/20, 11/24/20, 12/8/20, 12/21/20, 1/5/21, 2/1/21, 2/15/21, 3/1/21, 4/12/21, 4/26/21.
- 6/3/20 letter from Social Security Administration stating that there is a notice of decision which was fully favorable. The impairments were due to degenerative disc disease of cervical and lumbar spine, repair of left rotator cuff, repair of open reduction and internal fixation of wrist, migraine, depression, anxiety.
- 6/4/20 medical note from Craig Knox MD. The claimant presented to follow-up on migraine, tremor, neck pain, chronic low back pain, and chronic anxiety and balance problems. He was taking amitriptyline, Klonopin.
- 6/4/20 neurology note from Craig Knox MD. He presented to follow-up on neck pain, tremor, and migraine.
- 6/4/20 neurology note from Craig Knox MD. He presented for follow-up and his migraines are slightly worse. Diagnosis is migraine, neck pain, tremor, poor balance.
- 6/8/20 pain management note from Chris Swayze MD. He started physical therapy and they have been working on his low back and shoulder. Diagnosis is low back pain and shoulder pain.
- 6/8/20 psychiatry note from Stephen Lamb MD. Diagnoses include major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. He still has trouble with pain. He states that Zoloft is not doing as well as it used to. He will see a pain doctor soon. The plan was to taper off Zoloft, start Viibryd and titrate up.
- 6/14/20 letter from Social Security Administration stating that the claimant became disabled under Social Security rules on 12/21/18.
- 7/27/20 orthopedic note from Daniel Hackett MD. The claimant presented for a postoperative checkup after acromion clavicular joint surgery.
- 7/27/20 orthopedic note from Daniel Hackett MD. He presented to follow-up 6 months after left shoulder arthroscopic surgery.
- 7/27/20 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint. He continues to have pain in left shoulder. He is 8 months status post surgery.
- 7/28/20 pain management note from Chris Swayze MD. He did a trial of nortriptyline and reports it made him drowsy. Diagnosis was low back pain, shoulder pain.
- 7/28/20 psychiatry note from Stephen Lamb MD. Diagnoses include major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. He states he feels a little better on

new medication. His sleep is okay. His coworkers looked down on him because of disability. He had conflict with his father recently. His mood is better. The plan was to increase dose of Viibryd.

- 9/8/20 pain management note from Chris Swayze MD. The claimant presented to follow-up and reports that his neck is somewhat better. Diagnosis is low back pain with prescription for amitriptyline, left shoulder pain.
- 9/11/20 primary care note from John Ziegler MD. He presented for labs and flu shot. He in general feels well overall. He has been seeing his neurologist. Diagnosis is hyperlipidemia, migraine, mood disorder, high-risk sexual activity and would like to start preexposure prophylaxis for HIV.
- 9/21/20 orthopedic note from Daniel Hackett MD. The claimant presented for follow-up after acromion clavicular joint surgery.
- 9/21/20 orthopedic note from Daniel Hackett MD. Diagnosis was pain and left acromion clavicular joint, status post rotator cuff surgery. He presents for a postoperative visit 9 months after left shoulder surgery.
- 9/21/20 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint. The claimant is 9 months postop and continues to have pain in left shoulder.
- 9/28/20 the claimant completed a supplementary statement reporting he is getting Social Security disability payments. He states he still has complications from his left shoulder which is painful. He listed his daily activities.
- 10/13/20primary care note from An Yu Chen MD. He complained of a rash on his neck. He has a rash on his scalp. Diagnosis is folliculitis.
- 10/14/20 there is an after visit summary from S. Umansky MD stating that the claimant was treated for cubital tunnel syndrome.
- 11/23/20 there are electrodiagnostic test results showing older neuropathy, cervical radiculopathy chronic.
- 11/23/20 orthopedic note from S Umansky MD. The claimant was assessed for focal dystonia and cubital tunnel syndrome.
- 11/23/20 neurology note from Craig Knox MD. The claimant presented to follow-up on migraine, tremor, and neck pain.
- 12/7/20 neurology note from Craig Knox MD. The claimant presented to follow-up on migraine, tremor, neck pain, chronic low back pain, balance problem, chronic anxiety. He is reported to be taking Pristiq.
- 12/7/20 there are electrodiagnostic test results showing cervical radiculopathy.
- 12/7/20 neurology note from Craig Knox MD. The claimant presented to follow-up on migraine headache, neck pain, and tremor. He has poor balance.
- 12/8/20 primary care note from John Ziegler MD. He states he has been seeing a psychiatrist and he feels his mood is going pretty well with Viibryd. He has some mild depression but it is manageable. He has some anxiety which is manageable. Mental status exam shows improved mood. Diagnosis is hyperlipidemia, mood disorder, and migraine headache.
- 12/16/20 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint. The claimant presented for postop visit and continues to have pain in shoulder.
- 12/17/20 there is a PMR peer review report from John Ziegler MD Zheng DO. The diagnoses include pain and left acromion clavicular joint, status post rotator cuff repair, low back pain, cubital

tunnel syndrome, lumbar disc displacement, cervical spinal stenosis, focal dystonia. Physical restrictions and limitations were outlined.

- 12/21/20 pain management note from Chris Swayze MD. He was not seen since September. He continued medication amitriptyline and diclofenac. He continues to have musculoskeletal low back pain with some improvement with current medication and possible cervical radiculopathy.
- 3/8/21 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint. He presented for postop visit and is now 15 months after surgery.
- 3/16/21 primary care note from John Ziegler MD. He stated he needed to get blood work completed. Diagnosis is hyperlipidemia, mood disorder, high-risk sexual behavior, hyperglycemia. He is treated with Klonopin.
- 3/18/21 pain management note from Chris Swayze MD. He presented for a follow-up. Although things are not great, he is getting along. He continues to have musculoskeletal low back pain.
- 4/8/21 neurology note from Craig Knox MD. He reports migraines are stable. He has been treating in a pain clinic and continues to have neck pain. Diagnosis is migraine, neck pain, tremor, poor balance.
- 4/23/21 medical note from John Ziegler MD. The claimant was seen for chest pain. Diagnosis was chest pain, costochondritis, mood disorder.
- 4/29/21 there is a letter from the claimant's law firm stating they represent the claimant for his application for long-term disability.
- 4/29/21 there is a letter from the claimant's law firm.
- 6/17/21 there is a letter from the claimant's law firm.
- 6/25/21 there is a letter from the claimant's law firm stating that the claimant is disabled and disputing the denial letter. The claimant is limited in his physical ability to complete his job due to pain which forced him to step away from his occupation. He has had treatment for neck pain, lumbar radiculopathy, arm and hand radiculopathy, migraine, low back pain, chronic pain. He was approved for Social Security disability.
- 6/25/21 there is a letter from the claimant's law firm requesting the appeal for his disability claim for long-term disability.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 7/8/2021 4:01 PM EDT | Office voicemail | I attempted to contact Dr. Stephen Lamb. I left a message requesting a call back to complete a peer review for the claimant. |
| 7/9/2021 11:00 AM EDT | Office voicemail | I attempted to contact Dr. Stephen Lamb. I left a message requesting a call back to complete a peer review for the claimant. |
| 7/12/2021 5:34 PM EDT | Voicemail | I received a voicemail from Dr. Stephen Lamb. The provider left a voicemail asking me to call him at 859-797-0498. |

| | | |
|---|---|---|
| 7/12/2021 6:39 PM EDT | Tricia | I attempted to contact Dr. Stephen Lamb. This is not the provider's number. The number is 859-797-0496. |
| 7/12/2021 6:41 PM EDT | Dr. Stephen Lamb | I attempted to contact Dr. Stephen Lamb. The provider is busy right now but will call me back in a few minutes. |
| 7/12/2021 6:47 PM EDT | Dr. Stephen Lamb | I made contact with Dr. Stephen Lamb. He advised he is driving in a car will call me tomorrow to try to schedule the peer review. |

## Questions and Reviewer's Response

1. What diagnoses are supported by the medical evidence?

The reported diagnoses include major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. However, there is insufficient evidence to support those diagnoses. The supported diagnoses include unspecified depressive disorder and unspecified anxiety disorder.

The above diagnoses are not supported by the medical evidence because there is no clear description or characterization of specific symptoms sufficient to meet the DSM-V criteria for those diagnoses.

2. Does the medical evidence support any diagnoses causing functional impairment from 01/17/2021 to the present? Please explain your medical rationale as to why or why not.

The medical evidence does not support any psychiatric diagnosis causing functional impairment from 1/17/21 to the present.

For the timeframe under review, there are no psychiatric progress notes or psychotherapy notes available for review. There is documentation from the primary care provider stating that the claimant is seeing a psychiatrist but there is no description or characterization of any severe psychiatric symptom and there is no documentation of abnormality on mental status exam. The most recent psychiatric visit is from July 2020 and notes that the claimant is improving with his current medication Viibryd.

Specific documents to support my opinion include:
For the timeframe of 1/17/21 through the present, there are no specialized mental health progress notes, psychiatric treatment notes, or psychotherapy notes available for review. The most recent psychiatric visit is dated 7/28/20 and includes a report of diagnoses of major depressive disorder, social

Reliable Review Services

anxiety disorder, and rule out generalized anxiety disorder. The claimant at that time reported feeling better on new medications. His sleep was okay. His coworkers were looking down on him because of his disability. His mood was better. The plan was to increase dose of Viibryd. For the specific time frame of 1/17/21 and forward, the available progress notes are: 3/8/21 and orthopedic visit, on 3/16/21 a primary care visit noting that he was taking Klonopin with no discussion of psychiatric symptoms or documentation of abnormality on mental status exam, 3/18/21 a pain management visit, 4/8/21 a neurology visit, 4/23/21 a primary care visit noting that the claimant was seen for chest pain.

3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.

Not applicable.

4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.

The claimant has comorbid conditions of chronic pain and left shoulder, cervical radiculopathy, low back pain, hypogonadism. Determination as to whether or not those medical conditions cause functional impairment will be determined by the appropriate specialist.

5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 01/17/2021 forward? Please explain why or why not.

The documentation provided does not support any psychiatric condition alone or in combination that would preclude the claimant from sustained occupational functioning on a full-time basis from 1/17/21 and forward.

The claimant has a history of being treated for anxiety and depression symptoms at the outpatient level of care. He is managed with medication management. There is reference to the fact that the claimant started a new medication in 2020. The most recent available psychiatric progress note is from July 2020 and indicates that the claimant is responding to medication. For the timeframe of 1/17/21 and forward, there is no documentation which describes or characterizes any severe psychiatric symptoms or abnormalities on mental status exam. There is no documentation of any ongoing psychotherapy or other high level of psychiatric care.

6. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.

(Dr. Stephen Lamb tel: 859-253-9024 fax: 859-309-1802). If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.

Please see documentation of attending provider contact above.

## Assessment/Rationale

The claimant is a 52-year-old male previously employed at Toyota manufacturing who reported disability as of 7/19/18 with diagnosis of pain in left shoulder. For the timeframe under review of 1/17/21 and forward, there is no documentation to support psychiatric functional impairment or the need for psychiatric limitations or restrictions. The claimant has a history of social anxiety disorder and major depressive disorder. The most recent available psychiatric progress note is from July 2020 which indicates that his mood and anxiety are better since starting a new medication Viibryd. For the timeframe under review, there are no psychiatric progress notes or psychotherapy progress notes. There are no medical notes which document any description or characterization of severe or ongoing psychiatric symptoms or abnormalities on mental status exam.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

EChg MD

Eric M Chavez, MD
Board Certified
Psychiatry

Reliable Review Services

Expertise in: Addiction Psychiatry, Addiction Medicine
CA - A 67412
GA - 057056

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 12/20/2019 | Preoperative Orders | Daniel J. Hackett Jr, MD and M. Isaac, RN |
| 12/20/2019 | Physician Note (s) & Orders | Daniel J. Hackett Jr, MD |
| 12/20/2019 | Consent for Operation/Procedure | Claimant |
| 12/20/2019 | Preoperative Nursing Form | M. Isaac, RN |
| 12/20/2019 | Medication Reconciliation Form | M. Isaac, RN |
| 12/20/2019 | Pre & Post - Anesthesia Evaluation Form | Signature Illegible (ASC & OBSF Department of Anesthesiology) |
| 12/20/2019 | ASC/OBSF Anesthesia Record | Signature Illegible |
| 12/20/2019 | Consent for Anesthesia Services | Claimant |
| 12/20/2019 | Procedure Information Chart Notes | Daniel J. Hackett Jr, MD |
| 12/08/2019 | Lab Results | Baptist Health |
| 12/08/2019 | ECG 12 Lead | Kevin Scully, MD |
| 05/16/2019, 12/20/2019 | Patient Information Form | Kentucky Bone and Joint Surgeons |
| 12/20/2019 | Safe Surgery Checklist | M. Isaac, RN |
| 12/20/2019 | Post Operative Orders | Kentucky Surgery Center |
| 12/20/2019 | Post Anesthesia Record | Kentucky Surgery Center |
| 12/20/2019 | Preoperative Antibiotic Form | Daniel J. Hackett Jr, MD |
| 12/20/2019 | CMS Quality Reporting Measures | Kentucky Surgery Center |
| 12/20/2019 | Discharge Orders/Instructions | Kentucky Surgery Center |
| 12/20/2019 | Kentucky Surgery Center Surgical Record | Kentucky Surgery Center |
| 05/11/2020 | Initial Evaluation | Tim Barnett, MSPT |
| 01/19/2021 | Cancel/No Show | Tim Barnett, MSPT |
| 03/01/2021 | Progress Note | Tim Barnett, MSPT |
| 02/25/2020 | New Patient Consultation Note | Chris Swayze, MD |
| 05/16/2019 | Referral/Authorization | Daniel J. Hackett Jr, MD |
| Undated | Anthem Insurance Card | Claimant |

Reliable Review Services

| | | |
|---|---|---|
| 05/15/2019 | Current Medications List | Stephanie Wagers |
| 05/12/2021 | Facesheet | Commonwealth Pain Associates, PLLC |
| 10/18/2019 | Clinical Encounter Summaries | Amber Easley, NP |
| 10/18/2019 | Full Clinical Report | Amber Easley, NP |
| 01/03/2020, 01/08/2020 | Lab Results | Commonwealth Pain Associates PLLC |
| 01/01/2019 to 05/14/2021 | Medical Records - Confidential | KY - Lexington Clinic Aneshia V. |
| 04/08/2019, 06/04/2019, 09/19/2019, 11/12/2019, 12/05/2019, 03/03/2020, 04/27/2020, 09/11/2020, 10/01/2020, 12/08/2020, 03/16/2021, 04/22/2021 | Clinical Encounter Summaries | John P. Ziegler, MD |
| 04/22/2021 | Unconfirmed Report | Unknown |
| 10/14/2020, 11/23/2020 | Clinical Encounter Summaries | Stephen C. Umansky, MD |
| 10/13/2020 | Clinical Encounter Summaries | An-Yu Chen, MD |
| 01/20/2020 | Clinical Encounter Summaries | Susanna Moberly, APRN |
| 10/09/2019, 01/09/2020 | Clinical Encounter Summaries | Walaa A. Ayoub, MD |
| 04/03/2019, 04/08/2019, 04/15/2019 | Clinical Encounter Summaries | John W. Lockhart II, PT |
| 04/05/2019 | Clinical Encounter Summaries | Mary Oaks, PA-C |
| 07/06/2021 | Lincoln Financial Group - Independent Evaluation Peer Review | Tawnya Valliere |
| 07/25/2019 - 10/31/2019 | Electronic Medical Record | Encompass |
| Undated | Encompass Electronic Medical Record Definitions | Unknown |
| 09/19/2019 | Rx Form | John Ziegler, MD |
| 07/16/2019, 08/23/2019 | Referral Orders | Brandon Gish, MD |
| 07/25/2019, 01/20/2020 | Outpatient Therapy Cancellation Policy and Smoking Policy | Claimant |
| 07/25/2019, 01/20/2020 | Encompass Health Outpatient Facesheet | Encompass Health |
| 07/25/2019, 01/20/2020 | Consent to Treatment (Outpatient Department) | Claimant |
| 07/25/2019, 01/20/2020 | Acknowledgement of Receipt of Notice of Privacy Practices | Claimant |
| 07/25/2019 | Outpatient Information Record/History Assessment | Jennifer Hensley, PT |
| 07/18/2019, 07/25/2019, 08/26/2019, 09/12/2019, 10/24/2019, 01/06/2020, 01/20/2020 | Physician Orders | Layda Blair |
| 07/25/2019, 09/19/2019, 11/20/2019, 01/20/2020, 03/02/2020, 03/16/2020, | Physician Orders | System |

| | | |
|---|---|---|
| 03/30/2020 | | |
| 10/24/2019, 01/20/2020 | Physician Orders | Julie Arseneau, DPT |
| 07/18/2019, 07/25/2019, 08/05/2019, 08/26/2019, 09/12/2019, 09/25/2019 | Physician Orders | Deborah Bowyer |
| 07/25/2019, 08/05/2019, 08/26/2019, 09/12/2019, 09/25/2019, 01/20/2020 | Physician Orders | Patrick Fifield, PTA |
| 09/12/2019, 09/19/2019 | Physician Orders | Angela Hale, PT |
| 07/18/2019, 07/25/2019, 08/05/2019, 08/26/2019, 01/06/2020, 01/20/2020, 03/02/2020 | Physician Orders | Jennifer Hensley, PT |
| 08/26/2019 | Physician Orders | Arianne Zencka, Admission Representative |
| 08/26/2019 | Physician Orders | Stephanie Caudill, DPT |
| 07/25/2019 | Physician Orders | Ashton Tackett, PTA |
| 07/25/2019 | Allergies | Cardinal Hill Rehabilitation Hospital |
| 07/25/2019 | Allergy History | Jennifer Hensley, PT |
| 07/25/2019, 08/01/2019, 08/08/2019, 08/15/2019, 09/09/2019, 10/15/2019, 10/17/2019, 10/24/2019, 10/31/2019, 11/04/2019, 02/26/2020, 03/11/2020, 03/16/2020, 03/18/2020 | IView | Jennifer Hensley, PT |
| 10/29/2019, 01/22/2020, 02/12/2020, 02/14/2020 | IView | Jullie Arseneau, DPT |
| 08/06/2019, 08/21/2019, 08/26/2019, 09/03/2019, 09/05/2019, 09/12/2019, 09/18/2019, 09/20/2019, 09/23/2019, 10/07/2019, 10/10/2019, 10/15/2019, 10/17/2019, 10/21/2019, 01/24/2020, 02/07/2020, 02/17/2020, 02/21/2020 | IView | Patrick Fifield, PTA |
| 09/25/2019, 04/21/2020 | IView | Angela Hale, PT |
| 08/29/2019 | IView | Stephanie Caudill, DPT |
| 07/29/2019, 08/12/2019, 08/19/2019 | IView | Ashton Tackett, PTA |
| 09/25/2019 | PT Updated Certification Letter | Angela Hale, PT |
| 07/25/2019 | PT Initial Certification Letter | Jennifer Hensley, PT |
| 08/01/2019, 08/08/2019, 08/15/2019, 09/09/2019, 10/24/2019, 10/31/2019, | OP PT Daily Documentation | Jennifer Hensley, PT |

| | | |
|---|---|---|
| 03/16/2020 | | |
| 10/29/2019, 01/22/2020, 02/12/2020, 02/14/2020 | OP PT Daily Documentation | Julie Arseneau, DPT |
| 08/06/2019, 08/21/2019, 08/26/2019, 09/03/2019, 09/05/2019, 09/12/2019, 09/18/2019, 09/20/2019, 09/23/2019, 10/07/2019, 10/10/2019, 10/17/2019, 10/21/2019, 01/24/2020, 02/07/2020, 02/17/2020, 02/21/2020 | OP PT Daily Documentation | Patrick Fifield, PTA |
| 10/15/2019 | OP PT Daily Documentation | Patrick Fifield, PTA and Jennifer Hensley, PT |
| 09/25/2019 | OP PT Daily Documentation | Angela Hale, PT |
| 08/29/2019 | OP PT Daily Documentation | Stephanie Caudill, DPT |
| 07/29/2019, 08/12/2019, 08/19/2019 | OP PT Daily Documentation | Ashton Tackett, PTA |
| 07/25/2019 | OP PT Evaluation | Jennifer Hensley, PT |
| 11/04/2019, 04/21/2020 | OP PT DC Assessment | Jennifer Hensley, PT |
| 10/24/2019, 03/18/2020 | OP PT Communication Note | Jennifer Hensley, PT |
| 09/25/2019, 04/21/2020 | OP PT Communication Note | Angela Hale, PT |
| 08/29/2019 | OP PT Communication Note | Stephanie Caudill, DPT |
| 08/05/2019 | OP PT Missed Treatments | Jennifer Hensley, PT |
| 07/25/2019 | Exercises Sheet | Unsigned |
| 07/25/2019, 03/11/2020 | Exercises Sheet | Jennifer Hensley, PT |
| 07/31/2019, 01/21/2020 | Coding Summary | Cardinal Hill Rehab Hospital |
| 11/19/2019 | Phone Message/Call | Nancy Baughn, Jonathan Miracle, and Jennifer Hensley, PT |
| 11/19/2019 | Addendum | Nancy Baughn |
| 11/19/2019 | Addendum | Jonathan Miracle |
| 09/25/2019 | Phone Message/Call | Laura Redmon and Angela Hale, PT |
| 07/26/2019, 09/26/2019, 01/21/2020 | Addendum | Laura Redmon |
| 07/25/2019 | Phone Message/Call | Laura Redmon and Jennifer Hensley, PT |
| 10/31/2019 | Physical Therapy Progress Note | Jennifer Hensley, PT |
| 10/15/2019, 10/17/2019, 10/24/2019 | Diagrams/Patient Notes | Jennifer Hensley, PT |
| 10/15/2019 | Functional Dry Needling Consent and Request for Procedure | Claimant |
| 08/19/2019 | Physical Therapy Progress Note | Ashton Tackett, PTA |
| 07/17/2019 | Cardinal Hill OTS Referral OTS Form | Cardinal Hill |
| 01/20/2020 | Electronic Medical Record | Encompass |
| 01/20/2020, 03/11/2020 | Outpatient Information | Jennifer Hensley, PT and Ryan Parnell, PT Student |

| | | |
|---|---|---|
| | Record/History Assessment | |
| 12/20/2019, 01/06/2020, 05/06/2020, 09/21/2020, 03/08/2021 | Rx Form | Daniel J. Hackett Jr, MD |
| 01/20/2020 | Physician Orders | Ryan Parnell, PT Student |
| 01/20/2020 | Physician Orders | David Hoctor |
| 10/15/2019 | Certified Mail Receipt | US Postal Service |
| 01/20/2020, 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/10/2020, 02/19/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020 | IView | Ryan Parnell, PT Student |
| 03/02/2020 | PT Updated Certification Letter | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 02/03/2020 | PT Updated Certification Letter | Ryan Parnell, PT Student, Robert Francis Taylor MD, and Jennifer Hensley, PT |
| 01/20/2020 | PT Initial Certification Letter | Ryan Parnell, PT Student, Robert Francis Taylor MD, and Jennifer Hensley, PT |
| 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/10/2020, 02/19/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020 | OP PT Daily Documentation | Ryan Parnell, PT and Jennifer Hensley, PT |
| 01/20/2020 | OP PT Evaluation | Ryan Parnell, PT and Jennifer Hensley, PT |
| 02/03/2020, 03/02/2020 | OP PT Communication Note | Ryan Parnell, PT and Jennifer Hensley, PT |
| 01/20/2020, 03/09/2020 | Exercises Sheet | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 01/20/2020 | Phone Message/Call | Laura Redmon and Ryan Parnell, PT |
| 02/03/2020, 03/04/2020 | Physical Therapy Progress Note | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 12/27/2020 | Transferable Skills Analysis | Vanessa Scungio MA, CRC |
| 05/17/2019 to 06/16/2020 | New Monthly Benefit and Overpayment Calculation | Unknown |
| 06/23/2020 | Email | Jadene H. Farrow |
| 05/17/2019 to 06/16/2020 | Calculation Worksheet | Toyota Motor Engineering & Manufacturing |
| 01/30/2020 | Letter | Social Security Administration |
| 01/17/2019 | Initial Payment Calculation Worksheet | Kayla Goodrich |
| 04/29/2019, 07/09/2019, 08/22/2019 | Facsimile Transmittal Sheet | Customer Resource Center |
| 04/29/2019, 07/09/2019, 08/22/2019 | Letter | Customer Resource Center The Advocator Group |
| 06/18/2020 | Lincoln Life NOA Cover Sheet | Advocator Group |
| 06/14/2020 | Notice of Award | Social Security Administration |

Reliable Review Services

| | | |
|---|---|---|
| 06/03/2020 | Notice of Decision - Fully Favorable | Christopher C. Sheppard |
| 06/03/2020 | Decision | Christopher C. Sheppard |
| 06/03/2020 | Order of Administrative Law Judge | Christopher C. Sheppard |
| 04/12/2019 (Page 653) | Authorization for Release of Long-Term Disability File | Claimant |
| 07/02/2021 | Clinical Review Memo | Tawnya Valliere |
| 12/19/2018, 01/17/2019, 04/02/2019, 05/16/2019, 06/05/2019, 07/05/2019, 07/29/2019, 08/27/2019, 11/12/2019, 12/08/2019, 01/03/2020, 01/10/2020, 01/28/2020, 02/18/2020, 12/04/2020 | Hand Written Cover Sheet | Claimant |
| 12/30/2019 | Orthopaedic Surgery Instructions | Kentucky Bone & Joint Surgeons |
| 11/22/2019 | Procedure/Operative Permit | Claimant |
| 05/15/2019, 06/26/2019, 11/04/2019, 11/22/2019, 02/05/2020, 03/04/2020, 05/26/2020 | Letter | Daniel J. Hackett Jr, MD |
| 11/23/2020, 12/07/2020 | Nerve Conduction Studies | Craig Knox, MD |
| 10/14/2020, 11/23/2020 | Letter/Patient Care Summary | Stephen C. Umansky, MD |
| 05/08/2020, 06/04/2020, 11/23/2020 | Letter/Patient Care Summary | Craig A. Knox, MD |
| 11/27/2018 | Fax Cover Sheet | Kyle Matthew Mullins, MS, OTR/L, CHT |
| 07/31/2018, 08/02/2018, 08/06/2018, 08/08/2018, 08/10/2018, 08/13/2018, 08/14/2018, 08/16/2018, 08/20/2018, 08/21/2018, 08/23/2018, 08/27/2018, 08/29/2018, 09/04/2018, 09/06/2018, 09/14/2018, 10/23/2018, 10/30/2018, 11/01/2018, 11/06/2018, 11/08/2018, 11/13/2018, 11/15/2018, 11/20/2018, 11/27/2018, 12/29/2018, 01/03/2019, 01/07/2019, 01/10/2019, 01/14/2019, 01/17/2019, 01/21/2019, 01/24/2019, 01/30/2019, 02/02/2019, 02/04/2019, 02/07/2019, 02/11/2019, | Flowsheet | Commonwealth Hand Therapy |

| | | |
|---|---|---|
| 02/13/2019, 02/18/2019, 02/21/2019, 02/25/2019, 03/01/2019, 03/07/2019, 03/11/2019, 03/13/2019, 03/20/2019, 03/22/2019, 03/25/2019, 03/29/2019, 04/01/2019, 04/04/2019, 04/10/2019, 04/23/2019, 04/25/2019, 04/29/2019, 05/01/2019, 05/06/2019, 05/08/2019, 05/13/2019, 05/15/2019, 06/03/2019, 06/12/2019 | | |
| 07/26/2018 | Physical/Occupational Therapy Order | Stephen C. Umansky, MD |
| 07/31/2018 | Custom Upper Extremity Orthotic Fabrication/Delivery Form | Kyle Matthew Mullins, MS, OTR/L, CHT |
| 07/31/2018 | Occupational Therapy Initial Examination | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 08/08/2018 | Occupational Therapy Referral | Michelle Debra, PAC |
| 08/16/2018, 09/05/2018 | Receipt/Proof of Delivery | Kyle Mullins, MS |
| 08/23/2018, 11/13/2018 | Survey of Upper Extremity Disability (DASH) | Kyle Mullins, MS |
| 08/23/2018 | Occupational Therapy Recertification Note | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 09/13/2018 | Occupational Therapy Referral | Stephen C. Umansky, MD |
| 12/17/2018 | Physical Therapy Prescription | Trevor Wilkes, MD |
| 10/05/2018, 10/30/2018, 11/20/2018 | Home Exercise Program | Tim Uhl |
| 01/11/2013 | Shoulder - 101 Scapular Retraction (Standing) | Unknown |
| Undated | Guidelines for Uncomplicated Rotator Cuff Repair (Supraspinatus, Infraspinatus) Rehabilitation | Sports Medicine Center Lexington Clinic |
| 10/23/2018 | Physical Therapy Initial Examination | Timothy Uhl, PhD and Trevor Wilkes, MD |
| 11/13/2018 | Occupational Therapy Discharge Summary | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 11/16/2018, 11/17/2018, 11/18/2018, 11/19/2018 | Hand Written Chart | Unknown |
| 11/20/2018 | Survey of Upper Extremity Disability (DASH) | Timothy Uhl, PhD |
| 11/20/2018 | Physical Therapy | Timothy Uhl, PhD and Trevor Wilkes, MD |

Reliable Review Services

| | | |
|---|---|---|
| | Recertification Note | |
| 11/27/2018 | Fax Cover Sheet | Timothy Uhl, PhD |
| 11/27/2018 | Daily Note / Billing Sheet | Lisa Podlecki and Timothy Uhl, PhD |
| 10/23/2018, 10/25/2018, 10/30/2018, 11/01/2018, 11/06/2018, 11/08/2018, 11/13/2018, 11/15/2018, 11/20/2018 | Daily Note / Billing Sheet | Timothy Uhl, PhD |
| 10/23/2018, 11/20/2018 | Patient Outcomes | Timothy Uhl, PhD |
| 10/23/2018, 11/20/2018 | Plan of Care | Timothy Uhl, PhD |
| Undated | Hand Written Cover Sheet | Claimant |
| Undated | Patient Chart | Stephen Lamb MD LLC |
| 07/27/2020 | Kasper Note | Suzy Hamm |
| 07/02/2019, 07/31/2019, 09/04/2019, 10/09/2019, 10/15/2019, 12/10/2019, 12/16/2019, 02/10/2020, 04/07/2020, 04/13/2020, 06/08/2020, 07/06/2020, 07/28/2020 | SOAP Note | Stephen Lamb, Psychiatry |
| 07/27/2020, 09/23/2020 | Visit Summary | Ortho Kentucky; Kentucky Bone and Joint Surgeons |
| 05/04/2020, 06/08/2020, 07/28/2020, 09/08/2020, 12/21/2020, 03/18/2021 | Office Visit Note | Chris Swayze, MD |
| 05/26/2020, 06/01/2020, 06/04/2020, 06/09/2020, 06/15/2020, 06/18/2020, 06/22/2020, 06/25/2020, 07/06/2020, 07/09/2020, 07/16/2020, 07/20/2020, 07/23/2020, 10/07/2020, 11/04/2020, 11/11/2020 | Daily Note | Tim Barnett, MSPT and Janel Northington, PTA |
| 06/12/2020 | Re-Evaluation | Tim Barnett, MSPT and Janel Northington, PTA |
| 06/12/2020 | Plan of Care | Tim Barnett, MSPT and Janel Northington, PTA |
| 06/30/2020, 07/02/2020 | Daily Note | Katherine M. Fillatreau, PT |
| 07/14/2020, 08/19/2020, 09/23/2020, 10/29/2020, 12/08/2020, 02/01/2021, 04/12/2021 | Re-Evaluation | Tim Barnett, MSPT |
| 05/11/2020, 07/14/2020, 08/19/2020, 09/23/2020, 10/29/2020, 12/08/2020, 02/01/2021, 04/12/2021 | Plan of Care | Tim Barnett, MSPT |
| 05/18/2020, 05/21/2020, 05/29/2020, 07/29/2020, 08/05/2020, 08/12/2020, | Daily Note | Tim Barnett, MSPT |

| | | |
|---|---|---|
| 08/26/2020, 09/02/2020, 09/09/2020, 09/16/2020, 10/14/2020, 10/21/2020, 11/17/2020, 11/24/2020, 12/21/2020, 01/05/2021, 02/15/2021, 03/01/2021, 04/26/2021 | | |
| 09/30/2020 | Daily Note | Tim Barnett, MSPT and Kaitlin O. Cordova, PT |
| 11/12/2020 | Medical Expense Summary | Connexus Pharmacy System Wal-Mart Neighborhood Market Pharmacy |
| 07/03/2019, 09/10/2019, 01/16/2020 | Letter | Lincoln Financial Group |
| 05/15/2019, 06/26/2019, 11/04/2019, 01/08/2020, 07/27/2020, 09/21/2020 | Encounters List | Unknown |
| 04/17/2019, 11/04/2019, 01/06/2020, 12/16/2020 | History & Physical Report / Procedures | Daniel J. Hackett Jr, MD |
| 10/22/2020 | Fax Cover Page | Kentucky Bone & Joint Surgeons |
| 05/15/2019, 06/26/2019, 08/19/2019, 11/22/2019, 01/06/2020, 02/05/2020, 03/04/2020, 04/10/2020, 05/26/2020, 07/27/2020, 09/21/2020, 03/08/2021 | History & Physical Report | Daniel J. Hackett Jr, MD |
| 09/21/2020 | Scanned Documents List | Unknown |
| 09/11/2019 | Medical Records - Confidential | KY - Commonwealth Pain Associates PLLC Heather B. |
| 06/24/2019, 07/16/2019, 08/23/2019, 11/15/2019, 01/03/2020, 01/16/2020 | Clinical Encounter Summaries | Brandon Gish, MD |
| 06/24/2019, 07/16/2019, 08/23/2019, 11/15/2019, 01/03/2020, 01/16/2020 | Full Clinical Report | Brandon Gish, MD |
| 04/01/2019 to 08/21/2019 | Medical Records – Confidential | KY - Commonwealth Pain Associates PLLC Patti C. |
| 04/03/2019, 08/20/2019 | Fax Sheet | Christine Kelley |
| 04/03/2019, 08/20/2019 | Letter | Christine Kelley |
| 11/29/2018 (Page 956, 1991) | Authorization For The Release of Information Including Protected Health Information | Claimant |
| 07/16/2019 | Discharge Instructions and Information | Claimant |
| 07/16/2019 | Consent for Medical or Surgical Procedure | Claimant |
| 06/24/2019 | Patient Health Questionnaire (PHQ-9) | Claimant |

Reliable Review Services

| | | |
|---|---|---|
| 06/24/2019 | Opioid Risk Tool | Claimant |
| 06/24/2019 | Pain Self Efficacy Questionnaire (PSEQ) | Claimant |
| 04/26/2019, 06/12/2019 | Imaging Results | Timothy Averion-Mahloch, MD |
| 06/24/2019, 07/16/2019 | Pre-Op Orders | Brandon Gish, MD |
| 07/16/2019, 10/04/2019 | Upcoming Appointments | KY - Commonwealth Pain Associates PLLC |
| 05/16/2019, 04/10/2020 | Clinical Summary Document | Kentucky Bone and Joint Surgeons |
| 01/08/2019, 02/19/2019, 04/02/2019 | Clinical Encounter Summaries | Bethany Begley, PA-C |
| 09/11/2020, 09/17/2020, 10/01/2020, 10/13/2020, 10/14/2020, 11/23/2020, 12/07/2020, 03/23/2021, 04/08/2021, 04/22/2021 | COVID-19 Screening Questionnaire | Lexington Clinic |
| 04/18/2019, 06/19/2019, 12/03/2019, 06/04/2020, 11/23/2020, 12/07/2020, 12/08/2020, 04/08/2021 | Encounter Summary - Progress Notes | Craig A. Knox, MD |
| 10/13/2020 | Colonoscopy Report | An-Yu Chen, MD |
| 06/04/2020 | COVID-19 Screening and Instructions | EM |
| 03/19/2020 | Encounter Summary - Progress Notes | Patrick K. Leung, MD |
| 04/18/2019 | Neurology Department Patient Questionnaire | Lexington Clinic |
| 04/03/2019 | Routine Sheet | Will Lockhart, PT |
| 04/01/2019, 04/11/2019, 06/04/2019 | Fax Cover Sheet | Lisa Podlecki |
| 04/01/2019 | Progress Report | Michael Glindmeyer, DPT |
| 06/04/2019 | Imaging Results | Shailendra Chopra, MD |
| 10/10/2019, 10/11/2019, 10/14/2019, 11/12/2019, 11/15/2019, 01/20/2020, 01/23/2020, 09/11/2020, 09/17/2020, 09/18/2020, 10/12/2020, 03/23/2021, 03/24/2021 | Lab Report | Lexington Clinic Laboratory |
| 10/10/2020 | Final Report | Christen Wanstrath |
| 08/21/2019 | Lab Result Note | John Ziegler, MD |
| 08/21/2019 | Lab Report | LabCorp |
| 01/17/2018 | Survey of Upper Extremity Disability (DASH) | Unknown |
| 12/28/2018 | Physical Therapy Recertification Note | Lisa Podlecki and Bethany Begley, PA-C |
| 01/03/2019, 01/07/2019, 01/14/2019, 01/17/2019, 01/21/2019, 01/24/2019, | Daily Note / Billing Sheet | Lisa Podlecki |

| | | |
|---|---|---|
| 01/30/2019, 02/01/2019, 02/07/2019, 02/11/2019, 02/13/2019, 02/18/2019, 02/28/2019, 03/22/2019, 05/08/2019, 06/11/2019 | | |
| 01/10/2019, 02/04/2019, 03/05/2019 | Daily Note / Billing Sheet Addendum | Lisa Podlecki |
| 01/11/2019 | Occupational Therapy Referral | Bethany Begley, PA-C |
| 01/17/2019, 02/01/2019, 02/13/2019 | Physical Therapy Progress Note | Lisa Podlecki |
| 01/17/2019, 02/13/2019 | Patient Outcomes | Lisa Podlecki |
| 01/17/2019 | Survey of Back Disability | Claimant |
| 02/01/2019, 02/13/2019 | Survey of Upper Extremity Disability (DASH) | Lisa Podlecki |
| Date Illegible | Survey of Upper Extremity Disability (DASH) | Unknown |
| 02/21/2019, 02/25/2019, 03/07/2019 | Daily Note / Billing Sheet | Lisa Podlecki and Michael Glindmeyer, DPT |
| 03/11/2019, 06/03/2019 | Daily Note / Billing Sheet Addendum | Michael Glindmeyer, DPT |
| 03/13/2019, 03/20/2019, 03/25/2019, 03/28/2019, 04/01/2019, 04/04/2019, 04/10/2019, 04/22/2019, 04/25/2019, 04/29/2019, 05/01/2019, 05/06/2019, 05/13/2019, 05/15/2019 | Daily Note / Billing Sheet | Michael Glindmeyer, DPT |
| 03/13/2019, 04/23/2019, 06/03/2019 | Patient Outcomes | Michael Glindmeyer, DPT |
| 03/20/2019 | Physical Therapy Referral | Michael Glindmeyer, DPT |
| 03/25/2019 | Occupational / Physical Therapy Referral | Bethany Begley, PA-C |
| 04/22/2019 | Physical Therapy Recertification Note | Michael Glindmeyer, DPT |
| 06/03/2019 | Physical Therapy Recertification Note Addendum | Michael Glindmeyer, DPT and Daniel J. Hackett Jr, MD |
| 08/20/2019 | Discharge Note | Lisa Podlecki |
| 09/25/2019 | PT Updated Certification Letter | Angela Hale, PT and Robert Taylor, MD |
| 07/25/2019 | PT Initial Certification Letter | Jennifer Hensley, PT and Robert Taylor, MD |
| 01/01/2019 to 06/03/2021 | HIPAA - Designated Record Set | Connexus Pharmacy System Wal-Mart Neighborhood Market Pharmacy |
| Undated | Hand Written Note | Claimant |
| 05/14/2020 | Appointment of Representative and | Social Security Administration |

| | | |
|---|---|---|
| | Acceptance of Appointment | |
| 01/08/2019, 04/02/2019, 04/03/2019, 04/08/2019, 04/15/2019, 06/05/2019, 06/19/2019 | Upcoming Appointments | KY - Lexington Clinic |
| 03/27/2020, 05/04/2020, 05/05/2020, 05/06/2020 | Email | zolltar7 |
| 05/05/2020 | Email | FollowMyHealth |
| 02/19/2019, 04/02/2019 | Work Status Report Form | Lexington Clinic |
| 01/21/2019, 01/24/2019, 02/21/2019, 02/25/2019, 02/28/2019, 03/28/2019, 04/01/2019, 04/04/2019, 04/10/2019, 08/23/2019 | Upcoming Appointments | Commonwealth Hand Therapy |
| 02/20/2019 | Letter/Patient Care Summary | Bethany Begley, PA-C |
| 08/19/2019, 11/04/2019, 02/05/2020, 03/04/2020 | Appointment Reminder | Kentucky Bone & Joint Surgeons |
| 01/08/2019 | Order Forms | Bethany Begley, PA-C |
| 12/20/2019 | Discharge Orders/Instructions | Kentucky Bone & Joint Surgeons, Orthopedic & Sports Medicine |
| 12/20/2019 | Medication Reconciliation Form | Kentucky Surgery Center |
| 12/17/2020 | Peer Review | John Zheng, DO |
| 12/17/2020 | Attestation | John Zheng, DO |
| 12/17/2020, 12/18/2020 | Email | Kyras Norman |
| 07/25/2019, 07/29/2019, 08/01/2019, 08/05/2019, 08/08/2019, 08/12/2019, 08/15/2019, 08/19/2019, 08/22/2019, 08/26/2019, 01/22/2020, 01/24/2020, 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/07/2020, 02/10/2020, 02/12/2020, 02/14/2020, 02/17/2020, 02/19/2020, 02/21/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020, 03/16/2020, 03/18/2020, 03/23/2020, 03/25/2020 | Person Appointment Itinerary | Cardinal Hill Rehabilitation Hospital |
| 05/04/2020 | Rx Form | Chris Swayze, MD |
| 12/20/2019 | Procedure Images | Daniel J. Hackett Jr, MD |
| 01/20/2019 | Appointment Reminder | Cardinal Hill Rehabilitation Hospital |
| 12/19/2018 | Fax Sheet | Claimant |
| Undated | Training-Education- | Claimant |

| | | |
|---|---|---|
| | Experience Form (TEE) | |
| 12/14/2018 | Social Security/Reimbursement Agreement | Claimant |
| 12/14/2018 | Family Information Questionnaire | Claimant |
| 12/14/2018 (Page 2008) | Authorization For The Release of Information Including Protected Health Information | Claimant |
| 12/14/2018 (Page 2009) | Authorization For The Release of Protected Health Information | Claimant |
| 12/14/2018, 09/28/2020 | Claimant Information Form | Claimant |
| 12/14/2018, 09/28/2020 | Claimant Supplementary Statement | Claimant |
| 12/14/2018, 09/28/2020 | Activities Questionnaire | Claimant |
| 12/19/2018 | Letter | Trevor Wilkes, MD |
| Undated | Driver's License | Claimant |
| 01/12/2018 | Direct Deposit Application | Claimant |
| Undated | Voided Check | Claimant |
| 01/10/2018 | Survivor/Estate Information Form | Claimant |
| 05/20/2020 | Email | Claimant |
| Undated | Images | Unknown |
| 03/19/2020 | Email | Jennifer Hensley, PT |
| 04/23/2020 | Medical Information Form | Heather Gannon |
| 12/20/2019 | Procedure Report | Daniel J. Hackett Jr, MD |
| 09/28/2020 (Page 2067) | Authorization For The Release of Protected Health Information | Claimant |
| 12/20/2019 | Consent Form | Claimant |
| 12/20/2019 | Anesthesia Services Notice | Claimant |
| 04/14/2021 (Page 2070, 2075) | Authorization to Disclose Information | Claimant |
| 04/29/2021, 06/25/2021 | Facsimile Cover Sheet | Elizabeth Thornsbury |
| 04/29/2021, 06/17/2021, 06/25/2021 | Letter | Elizabeth Thornsbury |
| 06/29/2021 | Lincoln Financial Group Appeal Referral | Christine Kelley |
| 05/07/2021, 05/10/2021, 05/12/2021, 05/18/2021, 06/03/2021, 06/23/2021, 06/24/2021 | DVD RW Drive List | Unknown |
| 04/11/2019 | Letter | Michael Glindmeyer, DPT |
| 11/19/2019 | Imaging Results | Jason S. Harris, MD |
| 12/06/2019 | Imaging Results | Thomas Rice, MD |

| | | |
|---|---|---|
| 12/20/2019 | Allergies | Kentucky Surgery Center Lexington |
| 12/20/2019 | Patient Summary Information | Kentucky Surgery Center |

Reliable Review Services

| | |
|---|---|
| Date: | 7/15/2021 |
| To: | Tawnya Valliere |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 65940 |

| | |
|---|---|
| Claimant: | James D Zoll |
| Claim #: | 8560503 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

Advisory Report

## Clinical History

This review is from a physical medicine and rehabilitation perspective. The claimant is a 52-year-old male who has a reported date of disability of 7/19/2018. The claimant has a reported diagnosis of pain in left shoulder. The period under review is from 1/17/2021 to the present.
As per the 5/15/2019 note, Dr. Daniel Hackett Jr. MD, indicates the claimant has persistent pain. He is restricted to no lifting, pushing, pulling, or carrying more than five pounds.

MRI lumbar spine dated 6/12/2019: Mild broad-based L4-5 and L5-S1 disc bulges, causing mild bilateral foramen stenosis.

MRI cervical spine dated 6/12/2019: There is multilevel spondylosis, and a disc at C6-7 causing possible extension into the left neural foramen.

As per the 6/24/2019 report, Dr. Gish MD indicates the claimant has 6/10 neck pain. History of treatment has included medications, and physical therapy. The symptoms are aggravated by activity. The exam reveals cervical spine tenderness to palpation; range of motion is restricted. Left C6-8 dermatome hypesthesia is noted. Strength is normal. Cervical spondylosis is diagnosed.

As per the 6/26/2019 report, Dr. Hackett Jr., MD indicates the claimant has left shoulder pains and is status post left rotator cuff repair (2018). There is pain to palpation, and limited range of motion on exam. Impingement testing is negative. The plan includes continued use of medications.

As per the 7/16/2019 report, Dr. Brandon Gish MD indicates the claimant has 3/10 neck and shoulder pains. A C7-T1 interlaminar epidural steroid injection (ESI) was performed.

Procedure dated 01/16/2020: A left L2-5 medial branch block (MBB) was performed.

As per the 06/04/2020 report, Dr. Knox MD indicates this claimant suffers from chronic, persistent migraines one or two times per month. There is light sensitivity. Also, the claimant complains of low back pain and numbness-tingling in both feet. Medications include Topamax and Imitrex. The claimant has no documented focal neurological deficits. Plan: Continue medications follow up in six months.

As per the 10/14/2020 report, Dr. Umansky MD indicates the claimant has left arm and hand pains. Symptoms are associated with spasm, and tingling. Treatments have included therapy, and medications (Amitriptyline, Imitrex). The left hand is cramping up. There is full range of motion on exam, but there are dysesthesias along the left ulnar hand. Tinel's is positive. Focal dystonia and cubital tunnel syndrome is diagnosed. Plan: Medications (Aimovig, amitriptyline, atorvastatin, Bactrim, betamethasone, Celebrex, clonazepam, Descovy, diclofenac, Imitrex, omeprazole, ProAir, sildenafil, testosterone, tizanidine, Topamax, Zoloft.

As per the 11/23/2020 report, Dr. Umansky MD indicates the claimant has chronic pain, current pain is rated 2/10. History is notable for a left distal radius fracture (ORIF performed 7/26/2018). The EMG has demonstrated a chronic C7 radiculopathy. There is ulnar nerve compression at the wrist and elbow. The left ulnar hand exhibits spasm, and dystonia. There is pain to palpation on exam. Diagnoses include cubital tunnel syndrome. Plan: Medications.

Records indicate the claimant was seen by physical and occupational therapies (PT, OT) in 2018 - 2020. Physical therapy saw the claimant during this hospitalization and noted (on 9/25/2019) the claimant had improved left shoulder flexion at 135 and abduction 154. He also has improved cervical spine active range of motion (AROM). He continues to be limited by neck pain and poor posture. He was issued a supine neck support and was able to demonstrate correct use. He was evaluated for low back pain today with decreased lumbar range of motion (ROM), decreased left lower extremity manual muscle testing (MMT) and increased score on revised Oswestry. He demonstrates improved ROM and lower extremity MMT after prone laying, however it increased cervical spine pain. He was trialed with standing extension and was able to perform with no increase in back pain and no cervical spine pain increase and was issued for home. Overall, this claimant has been managed for left shoulder and chronic lumbar spine pain complaints. Treatments included strengthening, modalities for pain relief, range of motion, neuromuscular reeducation, and implementing a home exercise program (HEP). The claimant is noted to be demonstrating compliance with a prescribed home exercise program.

As per the 12/7/2020 report, Dr. Craig Knox MD indicates this claimant suffers from chronic, persistent migraines. There is light sensitivity. Also, the claimant complains of low back pain and numbness-tingling in both feet. Medications include Topamax (helps reduce tremors), and Imitrex. The claimant has no documented focal neurological deficits. Plan: Continue medications.

As per the 3/16/2021 report, Dr. John Ziegler MD indicates the claimant has a mood disorder, stable on medications. He has known hyperlipidemia. Treatments have included physical therapy, and medications. There is no active hallucination, or focal neurological deficit on exam. Mood disorder - stable, is diagnosed.

As per the 4/8/2021 report, Dr. Knox MD indicates the claimant complains of back pain, with a known

bulging lumbar disc. Headaches, and mild neck pains are noted. MRI cervical spine shows mild multilevel cervical spondylosis. There are no documented neurological deficits on exam. His gait and balance are normal. Medications include Amitriptyline. Plan: Continue medications.

As per the 4/22/2021 report, Dr. Ziegler MD indicates the claimant has significant depressive symptoms. There are left-sided chest complaints, due to ribcage pain (costochondritis). The claimant is minimally anxious on exam, and neurological deficits are absent. Plan: Continue medications.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 7/9/2021 10:54 AM EDT | Voicemail | I left a message for Dr. Zeigler explaining the reason for my call and requested a return call. My contact information and availability was provided. |
| 7/12/2021 11:55 AM EDT | Emily, Receptionist. | I left a message for Dr. Zeigler explaining the reason for my call and requested a return call. My contact information and availability was provided. |
| 7/12/2021 2:12 PM EDT | Dr. Zeigler | Dr. Zeigler stated he wants to call the claimant first and confirm it is ok to conduct a peer-to-peer discussion. He requests RRS fax ROI forms to 859-258-6438 |
| 7/13/2021 10:32 AM EDT | Emily, Receptionist. | I called and left another detailed message with Emily at the front desk. She states a note was placed in the chart, confirming ROI was received. Dr. Zeigler was not available to speak at the time of call. A message was left for a return call from Dr. Zeigler. |
| 7/9/2021 11:45 AM EDT | Voicemail | I left a message for Dr. Knox explaining the reason for my call and requested a return call. My contact information and availability was provided. |
| 7/12/2021 11:59 AM EDT | Ray, Receptionist. | I left a message for Dr. Knox explaining the reason for my call and requested a return call. My contact information and availability was provided. |

## Questions and Reviewer's Response

1. What diagnoses are supported by the medical evidence?

Reliable Review Services

Diagnoses include left cubital tunnel syndrome, chronic pain syndrome, left shoulder rotator cuff syndrome, lumbar disc disease, cervicalgia and cervical radiculopathy at C7, and migraines.

2. Does the medical evidence support any diagnoses causing functional impairment from 01/17/2021 to the present? Please explain your medical rationale as to why or why not.

Same as Q1, diagnoses causing functional impairment include left cubital tunnel syndrome, chronic pain syndrome, left shoulder rotator cuff syndrome, lumbar disc disease, cervicalgia and cervical radiculopathy at C7, and migraines.

3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.

There are restrictions, given findings of radiculopathy at C7 on EMG, along with chronic and persistent neck, shoulder, and lumbar spine pains. Symptoms of pain are associated with sensory disturbances on exam, myofascial pain to palpation, impaired range of motion, and subjective pain.

Restrictions and limitations include:

No lift/carry more than 20 lbs. occasionally or 10 lbs. frequently
No specific sit, stand, or walk restrictions
Range of motion is not documented as severely impaired, as such, frequent reaching in all planes is appropriate
Occasional forceful grasp and grip with the left upper limb; otherwise no restrictions/limitations for simple grasping, gripping, handling, and feeling
No restrictions for balancing, kneeling, bending, stooping.

Within these restrictions the claimant can work full time in a sustained capacity. Prognosis is good for full-time work within the documented restrictions/limitations. Re-assessment in three (3) months is appropriate.

4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.

The co-morbidities include anxiety and depression, and these are outside the scope of a PM&R review.

Reliable Review Services

5. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant's pain complaints impact sustained work capacity relative to the period of 01/17/2021 forward? Please provide medical evidence to support your answer.

The severity of pain and extent of impairment is out of proportion to the objective data reviewed. MRIs show mild overall spondylosis, and exams consistently reveal intact neurological function, without signs of neurological compromise. As such, the restrictions and limitations offered in this report are substantiated, and appropriate. Total functional impairment is not supported.

6. When contacting the treating providers please discuss the claimant's condition, treatment, and functional capacity.

Please indicate the information reviewed and indicate whether or not you reached consensus with the treating providers. If not, please discuss your final assessment after the call. (Dr. John Ziegler 859-258-6401 fax: 859-258-6438, Dr. Craig Knox tel: 859-258-4800 fax: 859-258-4740). If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.

Please see above. Contact with the providers was unsuccessful.

## Assessment/Rationale

The claimant is 52-year-old claimant is with chronic pain. The pain impacts function. MRIs show only mild spondylosis (cervical and lumbar). EMG has shown a C7 radiculopathy. There is pain with activities. Neurological exams are stable. In lieu of all the information reviewed, restrictions and limitations are supported.

Restrictions and limitations include:

No lift/carry more than 20 lbs. occasionally or 10 lbs. frequently
No specific sit, stand, or walk restrictions
Range of motion is not documented as severely impaired, as such, frequent reaching in all planes is appropriate
Occasional forceful grasp and grip with the left upper limb; otherwise no restrictions/limitations for simple grasping, gripping, handling, and feeling
No restrictions for balancing, kneeling, bending, stooping.

Within these restrictions the claimant can work full time in a sustained capacity. Prognosis is good for full-time work within the documented restrictions/limitations. Re-assessment in three (3) months is

appropriate.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies). I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Fargo N Khoury, M.D.
Board Certified
Physical Medicine & Rehabilitation
AZ - 47979
CA - A-112452

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 07/06/2021 | Lincoln Financial Group - Independent Evaluation Peer Review | Tawnya Valliere |
| 07/25/2019 - 10/31/2019 | Electronic Medical Record | Encompass |
| Undated | Encompass Electronic Medical Record Definitions | Unknown |
| 09/19/2019 | Rx Form | John Ziegler, MD |
| 07/16/2019, 08/23/2019 | Referral Orders | Brandon Gish, MD |
| 07/25/2019, 01/20/2020 | Outpatient Therapy Cancellation Policy and Smoking Policy | Claimant |
| 07/25/2019, 01/20/2020 | Encompass Health | Encompass Health |

| | | |
|---|---|---|
| | Outpatient Facesheet | |
| 07/25/2019, 01/20/2020 | Consent to Treatment (Outpatient Department) | Claimant |
| 07/25/2019, 01/20/2020 | Acknowledgement of Receipt of Notice of Privacy Practices | Claimant |
| 07/25/2019 | Outpatient Information Record/History Assessment | Jennifer Hensley, PT |
| 07/18/2019, 07/25/2019, 08/26/2019, 09/12/2019, 10/24/2019, 01/06/2020, 01/20/2020 | Physician Orders | Layda Blair |
| 07/25/2019, 09/19/2019, 11/20/2019, 01/20/2020, 03/02/2020, 03/16/2020, 03/30/2020 | Physician Orders | System |
| 10/24/2019, 01/20/2020 | Physician Orders | Julie Arseneau, DPT |
| 07/18/2019, 07/25/2019, 08/05/2019, 08/26/2019, 09/12/2019, 09/25/2019 | Physician Orders | Deborah Bowyer |
| 07/25/2019, 08/05/2019, 08/26/2019, 09/12/2019, 09/25/2019, 01/20/2020 | Physician Orders | Patrick Fifield, PTA |
| 09/12/2019, 09/19/2019 | Physician Orders | Angela Hale, PT |
| 07/18/2019, 07/25/2019, 08/05/2019, 08/26/2019, 01/06/2020, 01/20/2020, 03/02/2020 | Physician Orders | Jennifer Hensley, PT |
| 08/26/2019 | Physician Orders | Arianne Zencka, Admission Representative |
| 08/26/2019 | Physician Orders | Stephanie Caudill, DPT |
| 07/25/2019 | Physician Orders | Ashton Tackett, PTA |
| 07/25/2019 | Allergies | Cardinal Hill Rehabilitation Hospital |
| 07/25/2019 | Allergy History | Jennifer Hensley, PT |
| 07/25/2019, 08/01/2019, 08/08/2019, 08/15/2019, 09/09/2019, 10/15/2019, 10/17/2019, 10/24/2019, 10/31/2019, 11/04/2019, 02/26/2020, 03/11/2020, 03/16/2020, 03/18/2020 | IView | Jennifer Hensley, PT |
| 10/29/2019, 01/22/2020, 02/12/2020, 02/14/2020 | IView | Jullie Arseneau, DPT |
| 08/06/2019, 08/21/2019, 08/26/2019, 09/03/2019, 09/05/2019, 09/12/2019, 09/18/2019, 09/20/2019, 09/23/2019, 10/07/2019, | IView | Patrick Fifield, PTA |

| | | |
|---|---|---|
| 10/10/2019, 10/15/2019, 10/17/2019, 10/21/2019, 01/24/2020, 02/07/2020, 02/17/2020, 02/21/2020 | | |
| 09/25/2019, 04/21/2020 | IView | Angela Hale, PT |
| 08/29/2019 | IView | Stephanie Caudill, DPT |
| 07/29/2019, 08/12/2019, 08/19/2019 | IView | Ashton Tackett, PTA |
| 09/25/2019 | PT Updated Certification Letter | Angela Hale, PT |
| 07/25/2019 | PT Initial Certification Letter | Jennifer Hensley, PT |
| 08/01/2019, 08/08/2019, 08/15/2019, 09/09/2019, 10/24/2019, 10/31/2019, 03/16/2020 | OP PT Daily Documentation | Jennifer Hensley, PT |
| 10/29/2019, 01/22/2020, 02/12/2020, 02/14/2020 | OP PT Daily Documentation | Julie Arseneau, DPT |
| 08/06/2019, 08/21/2019, 08/26/2019, 09/03/2019, 09/05/2019, 09/12/2019, 09/18/2019, 09/20/2019, 09/23/2019, 10/07/2019, 10/10/2019, 10/17/2019, 10/21/2019, 01/24/2020, 02/07/2020, 02/17/2020, 02/21/2020 | OP PT Daily Documentation | Patrick Fifield, PTA |
| 10/15/2019 | OP PT Daily Documentation | Patrick Fifield, PTA and Jennifer Hensley, PT |
| 09/25/2019 | OP PT Daily Documentation | Angela Hale, PT |
| 08/29/2019 | OP PT Daily Documentation | Stephanie Caudill, DPT |
| 07/29/2019, 08/12/2019, 08/19/2019 | OP PT Daily Documentation | Ashton Tackett, PTA |
| 07/25/2019 | OP PT Evaluation | Jennifer Hensley, PT |
| 11/04/2019, 04/21/2020 | OP PT DC Assessment | Jennifer Hensley, PT |
| 10/24/2019, 03/18/2020 | OP PT Communication Note | Jennifer Hensley, PT |
| 09/25/2019, 04/21/2020 | OP PT Communication Note | Angela Hale, PT |
| 08/29/2019 | OP PT Communication Note | Stephanie Caudill, DPT |
| 08/05/2019 | OP PT Missed Treatments | Jennifer Hensley, PT |
| 07/25/2019 | Exercises Sheet | Unsigned |
| 07/25/2019, 03/11/2020 | Exercises Sheet | Jennifer Hensley, PT |
| 12/20/2019 | Preoperative Orders | Daniel J. Hackett Jr, MD and M. Isaac, RN |
| 12/20/2019 | Physician Note (s) & Orders | Daniel J. Hackett Jr, MD |
| 12/20/2019 | Consent for Operation/Procedure | Claimant |
| 12/20/2019 | Preoperative Nursing Form | M. Isaac, RN |
| 12/20/2019 | Medication Reconciliation Form | M. Isaac, RN |
| 12/20/2019 | Pre & Post - Anesthesia | Signature Illegible (ASC & OBSF Department of |

Reliable Review Services

| | | |
|---|---|---|
| | Evaluation Form | Anesthesiology) |
| 12/20/2019 | ASC/OBSF Anesthesia Record | Signature Illegible |
| 12/20/2019 | Consent for Anesthesia Services | Claimant |
| 12/20/2019 | Procedure Information Chart Notes | Daniel J. Hackett Jr, MD |
| 12/08/2019 | Lab Results | Baptist Health |
| 12/08/2019 | ECG 12 Lead | Kevin Scully, MD |
| 05/16/2019, 12/20/2019 | Patient Information Form | Kentucky Bone and Joint Surgeons |
| 12/20/2019 | Safe Surgery Checklist | M. Isaac, RN |
| 12/20/2019 | Post Operative Orders | Kentucky Surgery Center |
| 12/20/2019 | Post Anesthesia Record | Kentucky Surgery Center |
| 12/20/2019 | Preoperative Antibiotic Form | Daniel J. Hackett Jr, MD |
| 12/20/2019 | CMS Quality Reporting Measures | Kentucky Surgery Center |
| 12/20/2019 | Discharge Orders/Instructions | Kentucky Surgery Center |
| 12/20/2019 | Kentucky Surgery Center Surgical Record | Kentucky Surgery Center |
| 05/11/2020 | Initial Evaluation | Tim Barnett, MSPT |
| 01/19/2021 | Cancel/No Show | Tim Barnett, MSPT |
| 03/01/2021 | Progress Note | Tim Barnett, MSPT |
| 02/25/2020 | New Patient Consultation Note | Chris Swayze, MD |
| 05/16/2019 | Referral/Authorization | Daniel J. Hackett Jr, MD |
| Undated | Anthem Insurance Card | Claimant |
| 05/15/2019 | Current Medications List | Stephanie Wagers |
| 05/12/2021 | Facesheet | Commonwealth Pain Associates, PLLC |
| 10/18/2019 | Clinical Encounter Summaries | Amber Easley, NP |
| 10/18/2019 | Full Clinical Report | Amber Easley, NP |
| 01/03/2020, 01/08/2020 | Lab Results | Commonwealth Pain Associates PLLC |
| 01/01/2019 to 05/14/2021 | Medical Records - Confidential | KY - Lexington Clinic Aneshia V. |
| 04/08/2019, 06/04/2019, 09/19/2019, 11/12/2019, 12/05/2019, 03/03/2020, 04/27/2020, 09/11/2020, 10/01/2020, 12/08/2020, 03/16/2021, 04/22/2021 | Clinical Encounter Summaries | John P. Ziegler, MD |
| 04/22/2021 | Unconfirmed Report | Unknown |
| 10/14/2020, 11/23/2020 | Clinical Encounter Summaries | Stephen C. Umansky, MD |
| 10/13/2020 | Clinical Encounter Summaries | An-Yu Chen, MD |
| 01/20/2020 | Clinical Encounter Summaries | Susanna Moberly, APRN |
| 10/09/2019, 01/09/2020 | Clinical Encounter Summaries | Walaa A. Ayoub, MD |
| 04/03/2019, 04/08/2019, 04/15/2019 | Clinical Encounter Summaries | John W. Lockhart II, PT |
| 04/05/2019 | Clinical Encounter Summaries | Mary Oaks, PA-C |

Reliable Review Services

| | | |
|---|---|---|
| 07/31/2019, 01/21/2020 | Coding Summary | Cardinal Hill Rehab Hospital |
| 11/19/2019 | Phone Message/Call | Nancy Baughn, Jonathan Miracle, and Jennifer Hensley, PT |
| 11/19/2019 | Addendum | Nancy Baughn |
| 11/19/2019 | Addendum | Jonathan Miracle |
| 09/25/2019 | Phone Message/Call | Laura Redmon and Angela Hale, PT |
| 07/26/2019, 09/26/2019, 01/21/2020 | Addendum | Laura Redmon |
| 07/25/2019 | Phone Message/Call | Laura Redmon and Jennifer Hensley, PT |
| 10/31/2019 | Physical Therapy Progress Note | Jennifer Hensley, PT |
| 10/15/2019, 10/17/2019, 10/24/2019 | Diagrams/Patient Notes | Jennifer Hensley, PT |
| 10/15/2019 | Functional Dry Needling Consent and Request for Procedure | Claimant |
| 08/19/2019 | Physical Therapy Progress Note | Ashton Tackett, PTA |
| 07/17/2019 | Cardinal Hill OTS Referral OTS Form | Cardinal Hill |
| 01/20/2020 | Electronic Medical Record | Encompass |
| 01/20/2020, 03/11/2020 | Outpatient Information Record/History Assessment | Jennifer Hensley, PT and Ryan Parnell, PT Student |
| 12/20/2019, 01/06/2020, 05/06/2020, 09/21/2020, 03/08/2021 | Rx Form | Daniel J. Hackett Jr, MD |
| 01/20/2020 | Physician Orders | Ryan Parnell, PT Student |
| 01/20/2020 | Physician Orders | David Hoctor |
| 10/15/2019 | Certified Mail Receipt | US Postal Service |
| 01/20/2020, 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/10/2020, 02/19/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020 | IView | Ryan Parnell, PT Student |
| 03/02/2020 | PT Updated Certification Letter | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 02/03/2020 | PT Updated Certification Letter | Ryan Parnell, PT Student, Robert Francis Taylor MD, and Jennifer Hensley, PT |
| 01/20/2020 | PT Initial Certification Letter | Ryan Parnell, PT Student, Robert Francis Taylor MD, and Jennifer Hensley, PT |
| 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/10/2020, 02/19/2020, 02/24/2020, 02/26/2020, 03/02/2020, | OP PT Daily Documentation | Ryan Parnell, PT and Jennifer Hensley, PT |

| | | |
|---|---|---|
| 03/04/2020, 03/09/2020, 03/11/2020 | | |
| 01/20/2020 | OP PT Evaluation | Ryan Parnell, PT and Jennifer Hensley, PT |
| 02/03/2020, 03/02/2020 | OP PT Communication Note | Ryan Parnell, PT and Jennifer Hensley, PT |
| 01/20/2020, 03/09/2020 | Exercises Sheet | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 01/20/2020 | Phone Message/Call | Laura Redmon and Ryan Parnell, PT |
| 02/03/2020, 03/04/2020 | Physical Therapy Progress Note | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 12/27/2020 | Transferable Skills Analysis | Vanessa Scungio MA, CRC |
| 05/17/2019 to 06/16/2020 | New Monthly Benefit and Overpayment Calculation | Unknown |
| 06/23/2020 | Email | Jadene H. Farrow |
| 05/17/2019 to 06/16/2020 | Calculation Worksheet | Toyota Motor Engineering & Manufacturing |
| 01/30/2020 | Letter | Social Security Administration |
| 01/17/2019 | Initial Payment Calculation Worksheet | Kayla Goodrich |
| 04/29/2019, 07/09/2019, 08/22/2019 | Facsimile Transmittal Sheet | Customer Resource Center |
| 04/29/2019, 07/09/2019, 08/22/2019 | Letter | Customer Resource Center The Advocator Group |
| 06/18/2020 | Lincoln Life NOA Cover Sheet | Advocator Group |
| 06/14/2020 | Notice of Award | Social Security Administration |
| 06/03/2020 | Notice of Decision - Fully Favorable | Christopher C. Sheppard |
| 06/03/2020 | Decision | Christopher C. Sheppard |
| 06/03/2020 | Order of Administrative Law Judge | Christopher C. Sheppard |
| 04/12/2019 (Page 653) | Authorization for Release of Long-Term Disability File | Claimant |
| 07/02/2021 | Clinical Review Memo | Tawnya Valliere |
| 12/19/2018, 01/17/2019, 04/02/2019, 05/16/2019, 06/05/2019, 07/05/2019, 07/29/2019, 08/27/2019, 11/12/2019, 12/08/2019, 01/03/2020, 01/10/2020, 01/28/2020, 02/18/2020, 12/04/2020 | Hand Written Cover Sheet | Claimant |
| 12/30/2019 | Orthopaedic Surgery Instructions | Kentucky Bone & Joint Surgeons |
| 11/22/2019 | Procedure/Operative Permit | Claimant |
| 05/15/2019, 06/26/2019, 11/04/2019, 11/22/2019, 02/05/2020, 03/04/2020, 05/26/2020 | Letter | Daniel J. Hackett Jr, MD |
| 11/23/2020, 12/07/2020 | Nerve Conduction Studies | Craig Knox, MD |
| 10/14/2020, 11/23/2020 | Letter/Patient Care Summary | Stephen C. Umansky, MD |

| | | |
|---|---|---|
| 05/08/2020, 06/04/2020, 11/23/2020 | Letter/Patient Care Summary | Craig A. Knox, MD |
| 11/27/2018 | Fax Cover Sheet | Kyle Matthew Mullins, MS, OTR/L, CHT |
| 07/31/2018, 08/02/2018, 08/06/2018, 08/08/2018, 08/10/2018, 08/13/2018, 08/14/2018, 08/16/2018, 08/20/2018, 08/21/2018, 08/23/2018, 08/27/2018, 08/29/2018, 09/04/2018, 09/06/2018, 09/14/2018, 10/23/2018, 10/30/2018, 11/01/2018, 11/06/2018, 11/08/2018, 11/13/2018, 11/15/2018, 11/20/2018, 11/27/2018, 12/29/2018, 01/03/2019, 01/07/2019, 01/10/2019, 01/14/2019, 01/17/2019, 01/21/2019, 01/24/2019, 01/30/2019, 02/02/2019, 02/04/2019, 02/07/2019, 02/11/2019, 02/13/2019, 02/18/2019, 02/21/2019, 02/25/2019, 03/01/2019, 03/07/2019, 03/11/2019, 03/13/2019, 03/20/2019, 03/22/2019, 03/25/2019, 03/29/2019, 04/01/2019, 04/04/2019, 04/10/2019, 04/23/2019, 04/25/2019, 04/29/2019, 05/01/2019, 05/06/2019, 05/08/2019, 05/13/2019, 05/15/2019, 06/03/2019, 06/12/2019 | Flowsheet | Commonwealth Hand Therapy |
| 07/26/2018 | Physical/Occupational Therapy Order | Stephen C. Umansky, MD |
| 07/31/2018 | Custom Upper Extremity Orthotic Fabrication/Delivery Form | Kyle Matthew Mullins, MS, OTR/L, CHT |
| 07/31/2018 | Occupational Therapy Initial Examination | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 08/08/2018 | Occupational Therapy Referral | Michelle Debra, PAC |
| 08/16/2018, 09/05/2018 | Receipt/Proof of Delivery | Kyle Mullins, MS |
| 08/23/2018, 11/13/2018 | Survey of Upper Extremity Disability (DASH) | Kyle Mullins, MS |
| 08/23/2018 | Occupational Therapy | Kyle Matthew Mullins, MS, OTR/L, CHT and |

Reliable Review Services

| | | |
|---|---|---|
| | Recertification Note | Stephen C. Umansky, MD |
| 09/13/2018 | Occupational Therapy Referral | Stephen C. Umansky, MD |
| 12/17/2018 | Physical Therapy Prescription | Trevor Wilkes, MD |
| 10/05/2018, 10/30/2018, 11/20/2018 | Home Exercise Program | Tim Uhl |
| 01/11/2013 | Shoulder - 101 Scapular Retraction (Standing) | Unknown |
| Undated | Guidelines for Uncomplicated Rotator Cuff Repair (Supraspinatus, Infraspinatus) Rehabilitation | Sports Medicine Center Lexington Clinic |
| 10/23/2018 | Physical Therapy Initial Examination | Timothy Uhl, PhD and Trevor Wilkes, MD |
| 11/13/2018 | Occupational Therapy Discharge Summary | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 11/16/2018, 11/17/2018, 11/18/2018, 11/19/2018 | Hand Written Chart | Unknown |
| 11/20/2018 | Survey of Upper Extremity Disability (DASH) | Timothy Uhl, PhD |
| 11/20/2018 | Physical Therapy Recertification Note | Timothy Uhl, PhD and Trevor Wilkes, MD |
| 11/27/2018 | Fax Cover Sheet | Timothy Uhl, PhD |
| 11/27/2018 | Daily Note / Billing Sheet | Lisa Podlecki and Timothy Uhl, PhD |
| 10/23/2018, 10/25/2018, 10/30/2018, 11/01/2018, 11/06/2018, 11/08/2018, 11/13/2018, 11/15/2018, 11/20/2018 | Daily Note / Billing Sheet | Timothy Uhl, PhD |
| 10/23/2018, 11/20/2018 | Patient Outcomes | Timothy Uhl, PhD |
| 10/23/2018, 11/20/2018 | Plan of Care | Timothy Uhl, PhD |
| Undated | Hand Written Cover Sheet | Claimant |
| Undated | Patient Chart | Stephen Lamb MD LLC |
| 07/27/2020 | Kasper Note | Suzy Hamm |
| 07/02/2019, 07/31/2019, 09/04/2019, 10/09/2019, 10/15/2019, 12/10/2019, 12/16/2019, 02/10/2020, 04/07/2020, 04/13/2020, 06/08/2020, 07/06/2020, 07/28/2020 | SOAP Note | Stephen Lamb, Psychiatry |
| 07/27/2020, 09/23/2020 | Visit Summary | Ortho Kentucky; Kentucky Bone and Joint Surgeons |
| 05/04/2020, 06/08/2020, 07/28/2020, 09/08/2020, 12/21/2020, 03/18/2021 | Office Visit Note | Chris Swayze, MD |
| 05/26/2020, 06/01/2020, | Daily Note | Tim Barnett, MSPT and Janel Northington, PTA |

Reliable Review Services

| | | |
|---|---|---|
| 06/04/2020, 06/09/2020, 06/15/2020, 06/18/2020, 06/22/2020, 06/25/2020, 07/06/2020, 07/09/2020, 07/16/2020, 07/20/2020, 07/23/2020, 10/07/2020, 11/04/2020, 11/11/2020 | | |
| 06/12/2020 | Re-Evaluation | Tim Barnett, MSPT and Janel Northington, PTA |
| 06/12/2020 | Plan of Care | Tim Barnett, MSPT and Janel Northington, PTA |
| 06/30/2020, 07/02/2020 | Daily Note | Katherine M. Fillatreau, PT |
| 07/14/2020, 08/19/2020, 09/23/2020, 10/29/2020, 12/08/2020, 02/01/2021, 04/12/2021 | Re-Evaluation | Tim Barnett, MSPT |
| 05/11/2020, 07/14/2020, 08/19/2020, 09/23/2020, 10/29/2020, 12/08/2020, 02/01/2021, 04/12/2021 | Plan of Care | Tim Barnett, MSPT |
| 05/18/2020, 05/21/2020, 05/29/2020, 07/29/2020, 08/05/2020, 08/12/2020, 08/26/2020, 09/02/2020, 09/09/2020, 09/16/2020, 10/14/2020, 10/21/2020, 11/17/2020, 11/24/2020, 12/21/2020, 01/05/2021, 02/15/2021, 03/01/2021, 04/26/2021 | Daily Note | Tim Barnett, MSPT |
| 09/30/2020 | Daily Note | Tim Barnett, MSPT and Kaitlin O. Cordova, PT |
| 11/12/2020 | Medical Expense Summary | Connexus Pharmacy System Wal-Mart Neighborhood Market Pharmacy |
| 07/03/2019, 09/10/2019, 01/16/2020 | Letter | Lincoln Financial Group |
| 05/15/2019, 06/26/2019, 11/04/2019, 01/08/2020, 07/27/2020, 09/21/2020 | Encounters List | Unknown |
| 04/17/2019, 11/04/2019, 01/06/2020, 12/16/2020 | History & Physical Report / Procedures | Daniel J. Hackett Jr, MD |
| 10/22/2020 | Fax Cover Page | Kentucky Bone & Joint Surgeons |
| 05/15/2019, 06/26/2019, 08/19/2019, 11/22/2019, 01/06/2020, 02/05/2020, 03/04/2020, 04/10/2020, 05/26/2020, 07/27/2020, 09/21/2020, 03/08/2021 | History & Physical Report | Daniel J. Hackett Jr, MD |
| 09/21/2020 | Scanned Documents List | Unknown |
| 09/11/2019 | Medical Records - | KY - Commonwealth Pain Associates PLLC Heather |

Reliable Review Services

| | | |
|---|---|---|
| | Confidential | B. |
| 06/24/2019, 07/16/2019, 08/23/2019, 11/15/2019, 01/03/2020, 01/16/2020 | Clinical Encounter Summaries | Brandon Gish, MD |
| 06/24/2019, 07/16/2019, 08/23/2019, 11/15/2019, 01/03/2020, 01/16/2020 | Full Clinical Report | Brandon Gish, MD |
| 04/01/2019 to 08/21/2019 | Medical Records – Confidential | KY - Commonwealth Pain Associates PLLC Patti C. |
| 04/03/2019, 08/20/2019 | Fax Sheet | Christine Kelley |
| 04/03/2019, 08/20/2019 | Letter | Christine Kelley |
| 11/29/2018 (Page 956, 1991) | Authorization For The Release of Information Including Protected Health Information | Claimant |
| 07/16/2019 | Discharge Instructions and Information | Claimant |
| 07/16/2019 | Consent for Medical or Surgical Procedure | Claimant |
| 06/24/2019 | Patient Health Questionnaire (PHQ-9) | Claimant |
| 06/24/2019 | Opioid Risk Tool | Claimant |
| 06/24/2019 | Pain Self Efficacy Questionnaire (PSEQ) | Claimant |
| 04/26/2019, 06/12/2019 | Imaging Results | Timothy Averion-Mahloch, MD |
| 06/24/2019, 07/16/2019 | Pre-Op Orders | Brandon Gish, MD |
| 07/16/2019, 10/04/2019 | Upcoming Appointments | KY - Commonwealth Pain Associates PLLC |
| 05/16/2019, 04/10/2020 | Clinical Summary Document | Kentucky Bone and Joint Surgeons |
| 01/08/2019, 02/19/2019, 04/02/2019 | Clinical Encounter Summaries | Bethany Begley, PA-C |
| 09/11/2020, 09/17/2020, 10/01/2020, 10/13/2020, 10/14/2020, 11/23/2020, 12/07/2020, 03/23/2021, 04/08/2021, 04/22/2021 | COVID-19 Screening Questionnaire | Lexington Clinic |
| 04/18/2019, 06/19/2019, 12/03/2019, 06/04/2020, 11/23/2020, 12/07/2020, 12/08/2020, 04/08/2021 | Encounter Summary - Progress Notes | Craig A. Knox, MD |
| 10/13/2020 | Colonoscopy Report | An-Yu Chen, MD |
| 06/04/2020 | COVID-19 Screening and Instructions | EM |
| 03/19/2020 | Encounter Summary - Progress Notes | Patrick K. Leung, MD |
| 04/18/2019 | Neurology Department Patient Questionnaire | Lexington Clinic |
| 04/03/2019 | Routine Sheet | Will Lockhart, PT |

| | | |
|---|---|---|
| 04/01/2019, 04/11/2019, 06/04/2019 | Fax Cover Sheet | Lisa Podlecki |
| 04/01/2019 | Progress Report | Michael Glindmeyer, DPT |
| 06/04/2019 | Imaging Results | Shailendra Chopra, MD |
| 10/10/2019, 10/11/2019, 10/14/2019, 11/12/2019, 11/15/2019, 01/20/2020, 01/23/2020, 09/11/2020, 09/17/2020, 09/18/2020, 10/12/2020, 03/23/2021, 03/24/2021 | Lab Report | Lexington Clinic Laboratory |
| 10/10/2020 | Final Report | Christen Wanstrath |
| 08/21/2019 | Lab Result Note | John Ziegler, MD |
| 08/21/2019 | Lab Report | LabCorp |
| 01/17/2018 | Survey of Upper Extremity Disability (DASH) | Unknown |
| 12/28/2018 | Physical Therapy Recertification Note | Lisa Podlecki and Bethany Begley, PA-C |
| 01/03/2019, 01/07/2019, 01/14/2019, 01/17/2019, 01/21/2019, 01/24/2019, 01/30/2019, 02/01/2019, 02/07/2019, 02/11/2019, 02/13/2019, 02/18/2019, 02/28/2019, 03/22/2019, 05/08/2019, 06/11/2019 | Daily Note / Billing Sheet | Lisa Podlecki |
| 01/10/2019, 02/04/2019, 03/05/2019 | Daily Note / Billing Sheet Addendum | Lisa Podlecki |
| 01/11/2019 | Occupational Therapy Referral | Bethany Begley, PA-C |
| 01/17/2019, 02/01/2019, 02/13/2019 | Physical Therapy Progress Note | Lisa Podlecki |
| 01/17/2019, 02/13/2019 | Patient Outcomes | Lisa Podlecki |
| 01/17/2019 | Survey of Back Disability | Claimant |
| 02/01/2019, 02/13/2019 | Survey of Upper Extremity Disability (DASH) | Lisa Podlecki |
| Date Illegible | Survey of Upper Extremity Disability (DASH) | Unknown |
| 02/21/2019, 02/25/2019, 03/07/2019 | Daily Note / Billing Sheet | Lisa Podlecki and Michael Glindmeyer, DPT |
| 03/11/2019, 06/03/2019 | Daily Note / Billing Sheet Addendum | Michael Glindmeyer, DPT |
| 03/13/2019, 03/20/2019, 03/25/2019, 03/28/2019, 04/01/2019, 04/04/2019, 04/10/2019, 04/22/2019, 04/25/2019, 04/29/2019, | Daily Note / Billing Sheet | Michael Glindmeyer, DPT |

| | | |
|---|---|---|
| 05/01/2019, 05/06/2019, 05/13/2019, 05/15/2019 | | |
| 03/13/2019, 04/23/2019, 06/03/2019 | Patient Outcomes | Michael Glindmeyer, DPT |
| 03/20/2019 | Physical Therapy Referral | Michael Glindmeyer, DPT |
| 03/25/2019 | Occupational / Physical Therapy Referral | Bethany Begley, PA-C |
| 04/22/2019 | Physical Therapy Recertification Note | Michael Glindmeyer, DPT |
| 06/03/2019 | Physical Therapy Recertification Note Addendum | Michael Glindmeyer, DPT and Daniel J. Hackett Jr, MD |
| 08/20/2019 | Discharge Note | Lisa Podlecki |
| 09/25/2019 | PT Updated Certification Letter | Angela Hale, PT and Robert Taylor, MD |
| 07/25/2019 | PT Initial Certification Letter | Jennifer Hensley, PT and Robert Taylor, MD |
| 01/01/2019 to 06/03/2021 | HIPAA - Designated Record Set | Connexus Pharmacy System Wal-Mart Neighborhood Market Pharmacy |
| Undated | Hand Written Note | Claimant |
| 05/14/2020 | Appointment of Representative and Acceptance of Appointment | Social Security Administration |
| 01/08/2019, 04/02/2019, 04/03/2019, 04/08/2019, 04/15/2019, 06/05/2019, 06/19/2019 | Upcoming Appointments | KY - Lexington Clinic |
| 03/27/2020, 05/04/2020, 05/05/2020, 05/06/2020 | Email | zolltar7 |
| 05/05/2020 | Email | FollowMyHealth |
| 02/19/2019, 04/02/2019 | Work Status Report Form | Lexington Clinic |
| 01/21/2019, 01/24/2019, 02/21/2019, 02/25/2019, 02/28/2019, 03/28/2019, 04/01/2019, 04/04/2019, 04/10/2019, 08/23/2019 | Upcoming Appointments | Commonwealth Hand Therapy |
| 02/20/2019 | Letter/Patient Care Summary | Bethany Begley, PA-C |
| 08/19/2019, 11/04/2019, 02/05/2020, 03/04/2020 | Appointment Reminder | Kentucky Bone & Joint Surgeons |
| 01/08/2019 | Order Forms | Bethany Begley, PA-C |
| 12/20/2019 | Discharge Orders/Instructions | Kentucky Bone & Joint Surgeons, Orthopedic & Sports Medicine |
| 12/20/2019 | Medication Reconciliation Form | Kentucky Surgery Center |
| 12/17/2020 | Peer Review | John Zheng, DO |
| 12/17/2020 | Attestation | John Zheng, DO |
| 12/17/2020, 12/18/2020 | Email | Kyras Norman |
| 07/25/2019, 07/29/2019, | Person Appointment | Cardinal Hill Rehabilitation Hospital |

Reliable Review Services

| | | |
|---|---|---|
| 08/01/2019, 08/05/2019, 08/08/2019, 08/12/2019, 08/15/2019, 08/19/2019, 08/22/2019, 08/26/2019, 01/22/2020, 01/24/2020, 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/07/2020, 02/10/2020, 02/12/2020, 02/14/2020, 02/17/2020, 02/19/2020, 02/21/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020, 03/16/2020, 03/18/2020, 03/23/2020, 03/25/2020 | Itinerary | |
| 05/04/2020 | Rx Form | Chris Swayze, MD |
| 12/20/2019 | Procedure Images | Daniel J. Hackett Jr, MD |
| 01/20/2019 | Appointment Reminder | Cardinal Hill Rehabilitation Hospital |
| 12/19/2018 | Fax Sheet | Claimant |
| Undated | Training-Education-Experience Form (TEE) | Claimant |
| 12/14/2018 | Social Security/Reimbursement Agreement | Claimant |
| 12/14/2018 | Family Information Questionnaire | Claimant |
| 12/14/2018 (Page 2008) | Authorization For The Release of Information Including Protected Health Information | Claimant |
| 12/14/2018 (Page 2009) | Authorization For The Release of Protected Health Information | Claimant |
| 12/14/2018, 09/28/2020 | Claimant Information Form | Claimant |
| 12/14/2018, 09/28/2020 | Claimant Supplementary Statement | Claimant |
| 12/14/2018, 09/28/2020 | Activities Questionnaire | Claimant |
| 12/19/2018 | Letter | Trevor Wilkes, MD |
| Undated | Driver's License | Claimant |
| 01/12/2018 | Direct Deposit Application | Claimant |
| Undated | Voided Check | Claimant |
| 01/10/2018 | Survivor/Estate Information Form | Claimant |
| 05/20/2020 | Email | Claimant |
| Undated | Images | Unknown |
| 03/19/2020 | Email | Jennifer Hensley, PT |

| | | |
|---|---|---|
| 04/23/2020 | Medical Information Form | Heather Gannon |
| 12/20/2019 | Procedure Report | Daniel J. Hackett Jr, MD |
| 09/28/2020 (Page 2067) | Authorization For The Release of Protected Health Information | Claimant |
| 12/20/2019 | Consent Form | Claimant |
| 12/20/2019 | Anesthesia Services Notice | Claimant |
| 04/14/2021 (Page 2070, 2075) | Authorization to Disclose Information | Claimant |
| 04/29/2021, 06/25/2021 | Facsimile Cover Sheet | Elizabeth Thornsbury |
| 04/29/2021, 06/17/2021, 06/25/2021 | Letter | Elizabeth Thornsbury |
| 06/29/2021 | Lincoln Financial Group Appeal Referral | Christine Kelley |
| 05/07/2021, 05/10/2021, 05/12/2021, 05/18/2021, 06/03/2021, 06/23/2021, 06/24/2021 | DVD RW Drive List | Unknown |
| 04/11/2019 | Letter | Michael Glindmeyer, DPT |
| 11/19/2019 | Imaging Results | Jason S. Harris, MD |
| 12/06/2019 | Imaging Results | Thomas Rice, MD |
| 12/20/2019 | Allergies | Kentucky Surgery Center Lexington |
| 12/20/2019 | Patient Summary Information | Kentucky Surgery Center |

Lincoln Financial Group®

## Appeal Transferable Skills Analysis

**Date: 07/30/2021**
**Claimant: James D. Zoll**
**Claim #: 8560503**
**Policyholder: Toyota Motor Engineering & Manufacturing**
**Pre-disability Earnings: $4,950.40**
**Benefit Amount: $2,970.24**

A previous Transferable Skills Analysis (TSA) was completed on 12/27/20 by Vanessa Scungio MA, CRC, and I have since been asked by the Appeal Review Consultant to complete an additional report as updated medical information has been obtained.

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the insured's transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
Training Education, and Experience (TE&E) form, previously completed Transferable Skills Analysis (TSA) dated 12/27/20, Physical Medicine & Rehabilitation Peer Review completed by Dr. Khoury, M.D., dated 07/15/21, OASYS

**Education & Training:**
Education: High School Diploma, 3 years of junior college experience (no degree noted)
Certifications/Licensures: None reported
Computer Skills: Pay bills, read news/articles, send emails, keyboard/type 50 wpm

Last 15 years of Work History:

- Team Member Rec Inspection, TMMK [01/13-07/18] – "Sort/rework, write reports, scrap parts, forklift duties."
- Team Member Shipping/Inspection, TMMK [01/09-01/13] – "Inspect vehicle functions, diagnostics toe pit."
- Team Member Receiving, TMMK [01/95-01/09] – "Deliver parts inside, unload trucks with forklift."

**Work History:**

| DOT Code | Job Title/Occupation Title | Strength | Years |
|---|---|---|---|
| 806.684-010 | Production Assembler | M | 5 years 6 months |
| 806.687-018 | Final Inspector | L | 4 years |
| 222.387-050 | Receiving Clerk | M | 14 years |

*Given further review of the Training, Education, and Experience (TE&E) form, additional employment experiences were identified and added to the insured's work history as noted above. The updated OASYS analysis will therefore reflect all of the insured's noted experiences.

**Skills & Abilities:**
Manual/Technical – Sorting parts and components, scrapping parts, operating forklift to move and organize products, working with assembly tools or equipment, receiving deliveries, unloading trucks, delivering parts within organization, using hand—eye coordination, inspecting vehicle functions, performing diagnostics, completing precise and detailed tasks, utilizing knowledge of motor vehicles, shipping/receiving, material movement, and assembly tasks, adhering to safety procedures and protocols
Communication/Interpersonal – Speaking effectively, listening attentively, collaborating with others, working well as part of a team, utilizing problem solving skills
Organizational – Demonstrating efficiency and ability to get a job done, utilizing time management skills, multi-tasking, understanding and applying both written and verbal instructions, using basic computer and clerical skills, performing data entry operations, writing reports

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based off of the Physical Medicine & Rehabilitation Peer Review completed by Dr. Khoury, M.D., dated 07/15/21. Restrictions include the following:

- "No lift/carry more than 20 lbs. occasionally or 10 lbs. frequently
- No specific sit, stand, or walk restrictions
- Range of motion is not documented as severely impaired, as such, frequent reaching in all planes is appropriate
- Occasional forceful grasp and grip with the left upper limb; otherwise no restrictions/limitations for simple grasping, gripping, handling, and feeling
- No restrictions for balancing, kneeling, bending, stooping."

* The insured is right-hand dominant

**Profile Adjustments:**
SVP: No adjustments made

GED: Adjusted to reflect the insured's High School Diploma (Grades 9-12).

Physical adjustments were made to reflect the insured's physical abilities as noted above. Strength was adjusted to Light. Handling (i.e. grasping/gripping) was adjusted to "constantly," however any alternate occupation identified through the OASYS analysis was reviewed for the potential of forceful grasping/gripping with the left upper limb given the above noted restriction.

Environmental Conditions were adjusted to "unknown" as limitations were not specified.

Noise: Adjusted to "very loud" as no noise limitations were provided.

Aptitudes: No adjustments made

Situations adjustments, including performing effectively under stress and dealing with people, were adjusted to "yes" to reflect the insured's ability to work well in potentially dangerous or stressful environments (i.e. operating forklift, handling materials, performing receiving duties, assembling components, etc.), and interact effectively with others when working as part of a team.

Data adjustments, including coordinating and copying, were adjusted to "yes" to reflect the insured's ability to complete work tasks in an organized sequence of operations and use basic computer and clerical skills to complete reports.

People adjustments, including speaking-signaling and serving, were adjusted to "yes" to reflect the insured's ability to communicate effectively with others and tend to the needs and requests of other teammates or supervisory staff.

Things adjustments, including operating-controlling, were adjusted to "yes" to reflect the insured's ability to start, stop, adjust, control, and operate various equipment such as a forklift and other material moving or assembly machinery.

**Summary:**
The Transferable Skills Analysis identified occupations that are within the physical abilities and identified skills level.

**Examples of Occupations identified based on National labor market and the insured's ability profile analysis:**

| DOT Code | Occupation | Strength | National Monthly Wage |
|---|---|---|---|
| 806.687-018 | Final Inspector | L | $3,371 |
| 221.367-022 | Industrial-Order Clerk | S | $2,938 |
| 222.687-030 | Shipping Checker | L | $2,938 |
| 222.687-022 | Routing Clerk | L | $2,938 |
| 237.367-022 | Information Clerk | S | $2,593 |
| 372.667-030 | Gate Guard | L | $2,588 |

** Wage Information is based on median 2020 Bureau of Labor Statistical Data*

Updated 7/30/21

The previously identified occupational alternatives of Information Clerk and Gate Guard remain viable as well as the additional alternatives noted above given the insured's amended and updated work history information. The occupations of Table Worker and Compact Assembler were omitted from this report as labor market research identified these occupations are limited within the national economy.

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Respectfully submitted,

Electronically Signed
*Nicole Hail, M.S., C.R.C.*
*Vocational Rehabilitation Counselor*

Updated 7/30/21

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 806.684-010 | Production Assembler | 2 | 5 | 6 | Y | Y | Y | M | 06.04.22 |
| 806.687-018 | Final Inspector | 4 | 4 | 0 | Y | N | N | L | 06.03.02 |
| 222.387-050 | Shipping and Receiving Clerk | 5 | 14 | 0 | Y | N | N | M | 05.09.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 5 (6 months to 1 year) | No Change |
| Minimum | | 2 (Up to 1 month) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 3 Grades 7-8 | 4 Grades 9-12 |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 3 Grades 7-8 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | L Light |
| | Minimum | L Light | S Sedentary |
| Climbing | | Never | Unknown |
| Balancing | | Never | Constantly |
| Stooping | | Occasionally | Constantly |
| Kneeling | | Never | Constantly |
| Crouching | | Occasionally | Unknown |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | No Change |
| Handling | | Frequently | Constantly |
| Fingering | | Frequently | Constantly |
| Feeling | | Occasionally | Constantly |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Frequently | Unknown |
| Accommodation | | Frequently | Unknown |
| Color Vision | | Frequently | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Moderate | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | Yes | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | Yes |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | Yes | No Change |
| Dealing with People | No | Yes |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | Yes |
| 2 Analyzing | No | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | Yes | No Change |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | No | Yes |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | Yes | No Change |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Updated 7/30/21

Reliable Review Services

| | |
|---|---|
| Date: | 8/02/2021 |
| To: | Tawnya Valliere |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 66704 |

| | |
|---|---|
| Claimant: | James D Zoll |
| Claim #: | 8560503 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

Advisory Report

## Clinical History

This case was previously reviewed by me; RRS case 65940 dated 07/15/2021. Additional medical records were provided for review. This review is from a Physical Medicine & Rehabilitation perspective. The claimant is a 52 year old male who has a listed diagnosis of "pain in left shoulder." This review is to determine if the additional medical records changes my prior opinion. The claimant's first date of absence was noted to be 07/19/2018.

All of the medical records were reviewed and taken into consideration for this review, but only those closest to the dates under review and those felt to be most relevant to this review were noted below.

On 07/22/2021, correspondence by Dr. Craig Knox (Neurology) noted the claimant had improved symptoms of migraine with about 2-3 migraines per year. Medications included Aimovig and Imitrex for migraines. Dr. Craig Knox noted the claimant reported mild left arm numbness and mild tremor (familial tremor-related). The claimant was otherwise neurologically intact. The familial tremors had improved on Topamax and were mild. Dr. Craig Knox noted he did not plan on doing any "interventions." Dr. Craig Knox noted on his last visit the claimant's migraines were improving, lower back pain had resolved, and the claimant was still having some neck pain. Dr. Craig Knox noted the claimant was last seen on 04/08/2021. Dr. Craig Knox noted he had no knowledge of how to assess for work restrictions and he refers patient to PMNR for that.

## Questions and Reviewer's Response

**1. Please review and comment on this response from Dr. Knox and whether there is any change to his prior assessment? Please explain.**

Dr. Craig Knox (Neurology) noted the claimant had improved symptoms of migraine with about 2-3 migraines per year. Medications included Aimovig and Imitrex for migraines. Dr. Craig Knox noted the

claimant reported mild left arm numbness and mild tremor (familial tremor-related). The claimant was otherwise neurologically intact. The familial tremors had improved on Topamax and were mild. Dr. Craig Knox noted he did not plan on doing any "interventions." Dr. Craig Knox noted on his last visit the claimant's migraines were improving, lower back pain had resolved, and the claimant was still having some neck pain. Dr. Craig Knox noted the claimant was last seen on 04/08/2021. Dr. Craig Knox noted he had no knowledge of how to assess for work restrictions and he refers patient to PMNR for that.

MRIs show only mild spondylosis (cervical and lumbar). Electromyography has shown a C7 radiculopathy. Neurological exams were stable.

In lieu of all the information reviewed, restrictions and limitations are supported as noted in RRS case 65940 dated 07/15/2021.

The response from Dr. Craig Knox does not alter my prior opinion as neurological exams were stable and there were no objective conditions or deficits that would support further restrictions/limitations beyond what was previously documented in my report.

## Assessment/Rationale

This case was previously reviewed by me; RRS case 65940 dated 07/15/2021. Additional medical records were provided for review. This review is from a Physical Medicine & Rehabilitation perspective. The claimant is a 52 year old male who has a listed diagnosis of "pain in left shoulder." This review is to determine if the additional medical records changes my prior opinion. The claimant's first date of absence was noted to be 07/19/2018.

The response from Dr. Craig Knox does not alter my prior opinion as noted in RRS case 65940 dated 07/15/2021. Neurological exams are stable and there are no objective conditions or deficits that would support further restrictions/limitations beyond what was previously documented in my report.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Reliable Review Services

Fargo N Khoury, M.D.
Board Certified
Physical Medicine & Rehabilitation
AZ - 47979
CA - A-112452

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 12/20/2019 | Preoperative Orders | Daniel J. Hackett Jr, MD and M. Isaac, RN |
| 12/20/2019 | Physician Note (s) & Orders | Daniel J. Hackett Jr, MD |
| 12/20/2019 | Consent for Operation/Procedure | Claimant |
| 12/20/2019 | Preoperative Nursing Form | M. Isaac, RN |
| 12/20/2019 | Medication Reconciliation Form | M. Isaac, RN |
| 12/20/2019 | Pre & Post - Anesthesia Evaluation Form | Signature Illegible (ASC & OBSF Department of Anesthesiology) |
| 12/20/2019 | ASC/OBSF Anesthesia Record | Signature Illegible |
| 12/20/2019 | Consent for Anesthesia Services | Claimant |
| 12/20/2019 | Procedure Information Chart Notes | Daniel J. Hackett Jr, MD |
| 12/08/2019 | Lab Results | Baptist Health |
| 12/08/2019 | ECG 12 Lead | Kevin Scully, MD |
| 05/16/2019, 12/20/2019 | Patient Information Form | Kentucky Bone and Joint Surgeons |
| 12/20/2019 | Safe Surgery Checklist | M. Isaac, RN |
| 12/20/2019 | Post Operative Orders | Kentucky Surgery Center |
| 12/20/2019 | Post Anesthesia Record | Kentucky Surgery Center |
| 12/20/2019 | Preoperative Antibiotic Form | Daniel J. Hackett Jr, MD |
| 12/20/2019 | CMS Quality Reporting Measures | Kentucky Surgery Center |
| 12/20/2019 | Discharge | Kentucky Surgery Center |

Reliable Review Services

| | | |
|---|---|---|
| | Orders/Instructions | |
| 12/20/2019 | Kentucky Surgery Center Surgical Record | Kentucky Surgery Center |
| 05/11/2020 | Initial Evaluation | Tim Barnett, MSPT |
| 01/19/2021 | Cancel/No Show | Tim Barnett, MSPT |
| 03/01/2021 | Progress Note | Tim Barnett, MSPT |
| 02/25/2020 | New Patient Consultation Note | Chris Swayze, MD |
| 05/16/2019 | Referral/Authorization | Daniel J. Hackett Jr, MD |
| Undated | Anthem Insurance Card | Claimant |
| 05/15/2019 | Current Medications List | Stephanie Wagers |
| 05/12/2021 | Facesheet | Commonwealth Pain Associates, PLLC |
| 10/18/2019 | Clinical Encounter Summaries | Amber Easley, NP |
| 10/18/2019 | Full Clinical Report | Amber Easley, NP |
| 01/03/2020, 01/08/2020 | Lab Results | Commonwealth Pain Associates PLLC |
| 01/01/2019 to 05/14/2021 | Medical Records - Confidential | KY - Lexington Clinic Aneshia V. |
| 04/08/2019, 06/04/2019, 09/19/2019, 11/12/2019, 12/05/2019, 03/03/2020, 04/27/2020, 09/11/2020, 10/01/2020, 12/08/2020, 03/16/2021, 04/22/2021 | Clinical Encounter Summaries | John P. Ziegler, MD |
| 04/22/2021 | Unconfirmed Report | Unknown |
| 10/14/2020, 11/23/2020 | Clinical Encounter Summaries | Stephen C. Umansky, MD |
| 10/13/2020 | Clinical Encounter Summaries | An-Yu Chen, MD |
| 01/20/2020 | Clinical Encounter Summaries | Susanna Moberly, APRN |
| 10/09/2019, 01/09/2020 | Clinical Encounter Summaries | Walaa A. Ayoub, MD |
| 04/03/2019, 04/08/2019, 04/15/2019 | Clinical Encounter Summaries | John W. Lockhart II, PT |
| 04/05/2019 | Clinical Encounter Summaries | Mary Oaks, PA-C |
| 07/06/2021 | Lincoln Financial Group - Independent Evaluation Peer Review | Tawnya Valliere |
| 07/25/2019 - 10/31/2019 | Electronic Medical Record | Encompass |
| Undated | Encompass Electronic Medical Record Definitions | Unknown |
| 09/19/2019 | Rx Form | John Ziegler, MD |
| 07/16/2019, 08/23/2019 | Referral Orders | Brandon Gish, MD |
| 07/25/2019, 01/20/2020 | Outpatient Therapy Cancellation Policy and Smoking Policy | Claimant |
| 07/25/2019, 01/20/2020 | Encompass Health Outpatient Facesheet | Encompass Health |
| 07/25/2019, 01/20/2020 | Consent to Treatment (Outpatient Department) | Claimant |
| 07/25/2019, 01/20/2020 | Acknowledgement of Receipt | Claimant |

Reliable Review Services

| | | |
|---|---|---|
| | of Notice of Privacy Practices | |
| 07/25/2019 | Outpatient Information Record/History Assessment | Jennifer Hensley, PT |
| 07/18/2019, 07/25/2019, 08/26/2019, 09/12/2019, 10/24/2019, 01/06/2020, 01/20/2020 | Physician Orders | Layda Blair |
| 07/25/2019, 09/19/2019, 11/20/2019, 01/20/2020, 03/02/2020, 03/16/2020, 03/30/2020 | Physician Orders | System |
| 10/24/2019, 01/20/2020 | Physician Orders | Julie Arseneau, DPT |
| 07/18/2019, 07/25/2019, 08/05/2019, 08/26/2019, 09/12/2019, 09/25/2019 | Physician Orders | Deborah Bowyer |
| 07/25/2019, 08/05/2019, 08/26/2019, 09/12/2019, 09/25/2019, 01/20/2020 | Physician Orders | Patrick Fifield, PTA |
| 09/12/2019, 09/19/2019 | Physician Orders | Angela Hale, PT |
| 07/18/2019, 07/25/2019, 08/05/2019, 08/26/2019, 01/06/2020, 01/20/2020, 03/02/2020 | Physician Orders | Jennifer Hensley, PT |
| 08/26/2019 | Physician Orders | Arianne Zencka, Admission Representative |
| 08/26/2019 | Physician Orders | Stephanie Caudill, DPT |
| 07/25/2019 | Physician Orders | Ashton Tackett, PTA |
| 07/25/2019 | Allergies | Cardinal Hill Rehabilitation Hospital |
| 07/25/2019 | Allergy History | Jennifer Hensley, PT |
| 07/25/2019, 08/01/2019, 08/08/2019, 08/15/2019, 09/09/2019, 10/15/2019, 10/17/2019, 10/24/2019, 10/31/2019, 11/04/2019, 02/26/2020, 03/11/2020, 03/16/2020, 03/18/2020 | IView | Jennifer Hensley, PT |
| 10/29/2019, 01/22/2020, 02/12/2020, 02/14/2020 | IView | Jullie Arseneau, DPT |
| 08/06/2019, 08/21/2019, 08/26/2019, 09/03/2019, 09/05/2019, 09/12/2019, 09/18/2019, 09/20/2019, 09/23/2019, 10/07/2019, 10/10/2019, 10/15/2019, 10/17/2019, 10/21/2019, 01/24/2020, 02/07/2020, 02/17/2020, 02/21/2020 | IView | Patrick Fifield, PTA |

| | | |
|---|---|---|
| 09/25/2019, 04/21/2020 | IView | Angela Hale, PT |
| 08/29/2019 | IView | Stephanie Caudill, DPT |
| 07/29/2019, 08/12/2019, 08/19/2019 | IView | Ashton Tackett, PTA |
| 09/25/2019 | PT Updated Certification Letter | Angela Hale, PT |
| 07/25/2019 | PT Initial Certification Letter | Jennifer Hensley, PT |
| 08/01/2019, 08/08/2019, 08/15/2019, 09/09/2019, 10/24/2019, 10/31/2019, 03/16/2020 | OP PT Daily Documentation | Jennifer Hensley, PT |
| 10/29/2019, 01/22/2020, 02/12/2020, 02/14/2020 | OP PT Daily Documentation | Julie Arseneau, DPT |
| 08/06/2019, 08/21/2019, 08/26/2019, 09/03/2019, 09/05/2019, 09/12/2019, 09/18/2019, 09/20/2019, 09/23/2019, 10/07/2019, 10/10/2019, 10/17/2019, 10/21/2019, 01/24/2020, 02/07/2020, 02/17/2020, 02/21/2020 | OP PT Daily Documentation | Patrick Fifield, PTA |
| 10/15/2019 | OP PT Daily Documentation | Patrick Fifield, PTA and Jennifer Hensley, PT |
| 09/25/2019 | OP PT Daily Documentation | Angela Hale, PT |
| 08/29/2019 | OP PT Daily Documentation | Stephanie Caudill, DPT |
| 07/29/2019, 08/12/2019, 08/19/2019 | OP PT Daily Documentation | Ashton Tackett, PTA |
| 07/25/2019 | OP PT Evaluation | Jennifer Hensley, PT |
| 11/04/2019, 04/21/2020 | OP PT DC Assessment | Jennifer Hensley, PT |
| 10/24/2019, 03/18/2020 | OP PT Communication Note | Jennifer Hensley, PT |
| 09/25/2019, 04/21/2020 | OP PT Communication Note | Angela Hale, PT |
| 08/29/2019 | OP PT Communication Note | Stephanie Caudill, DPT |
| 08/05/2019 | OP PT Missed Treatments | Jennifer Hensley, PT |
| 07/25/2019 | Exercises Sheet | Unsigned |
| 07/25/2019, 03/11/2020 | Exercises Sheet | Jennifer Hensley, PT |
| 07/31/2019, 01/21/2020 | Coding Summary | Cardinal Hill Rehab Hospital |
| 11/19/2019 | Phone Message/Call | Nancy Baughn, Jonathan Miracle, and Jennifer Hensley, PT |
| 11/19/2019 | Addendum | Nancy Baughn |
| 11/19/2019 | Addendum | Jonathan Miracle |
| 09/25/2019 | Phone Message/Call | Laura Redmon and Angela Hale, PT |
| 07/26/2019, 09/26/2019, 01/21/2020 | Addendum | Laura Redmon |
| 07/25/2019 | Phone Message/Call | Laura Redmon and Jennifer Hensley, PT |
| 10/31/2019 | Physical Therapy Progress Note | Jennifer Hensley, PT |
| 10/15/2019, 10/17/2019, | Diagrams/Patient Notes | Jennifer Hensley, PT |

Reliable Review Services

| | | |
|---|---|---|
| 10/24/2019 | | |
| 10/15/2019 | Functional Dry Needling Consent and Request for Procedure | Claimant |
| 08/19/2019 | Physical Therapy Progress Note | Ashton Tackett, PTA |
| 07/17/2019 | Cardinal Hill OTS Referral OTS Form | Cardinal Hill |
| 01/20/2020 | Electronic Medical Record | Encompass |
| 01/20/2020, 03/11/2020 | Outpatient Information Record/History Assessment | Jennifer Hensley, PT and Ryan Parnell, PT Student |
| 12/20/2019, 01/06/2020, 05/06/2020, 09/21/2020, 03/08/2021 | Rx Form | Daniel J. Hackett Jr, MD |
| 01/20/2020 | Physician Orders | Ryan Parnell, PT Student |
| 01/20/2020 | Physician Orders | David Hoctor |
| 10/15/2019 | Certified Mail Receipt | US Postal Service |
| 01/20/2020, 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/10/2020, 02/19/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020 | IView | Ryan Parnell, PT Student |
| 03/02/2020 | PT Updated Certification Letter | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 02/03/2020 | PT Updated Certification Letter | Ryan Parnell, PT Student, Robert Francis Taylor MD, and Jennifer Hensley, PT |
| 01/20/2020 | PT Initial Certification Letter | Ryan Parnell, PT Student, Robert Francis Taylor MD, and Jennifer Hensley, PT |
| 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/10/2020, 02/19/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020 | OP PT Daily Documentation | Ryan Parnell, PT and Jennifer Hensley, PT |
| 01/20/2020 | OP PT Evaluation | Ryan Parnell, PT and Jennifer Hensley, PT |
| 02/03/2020, 03/02/2020 | OP PT Communication Note | Ryan Parnell, PT and Jennifer Hensley, PT |
| 01/20/2020, 03/09/2020 | Exercises Sheet | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 01/20/2020 | Phone Message/Call | Laura Redmon and Ryan Parnell, PT |
| 02/03/2020, 03/04/2020 | Physical Therapy Progress Note | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 12/27/2020 | Transferable Skills Analysis | Vanessa Scungio MA, CRC |
| 05/17/2019 to 06/16/2020 | New Monthly Benefit and Overpayment Calculation | Unknown |
| 06/23/2020 | Email | Jadene H. Farrow |

Reliable Review Services

| | | |
|---|---|---|
| 05/17/2019 to 06/16/2020 | Calculation Worksheet | Toyota Motor Engineering & Manufacturing |
| 01/30/2020 | Letter | Social Security Administration |
| 01/17/2019 | Initial Payment Calculation Worksheet | Kayla Goodrich |
| 04/29/2019, 07/09/2019, 08/22/2019 | Facsimile Transmittal Sheet | Customer Resource Center |
| 04/29/2019, 07/09/2019, 08/22/2019 | Letter | Customer Resource Center The Advocator Group |
| 06/18/2020 | Lincoln Life NOA Cover Sheet | Advocator Group |
| 06/14/2020 | Notice of Award | Social Security Administration |
| 06/03/2020 | Notice of Decision - Fully Favorable | Christopher C. Sheppard |
| 06/03/2020 | Decision | Christopher C. Sheppard |
| 06/03/2020 | Order of Administrative Law Judge | Christopher C. Sheppard |
| 04/12/2019 | Authorization for Release of Long-Term Disability File | Claimant |
| 07/02/2021 | Clinical Review Memo | Tawnya Valliere |
| 12/19/2018, 01/17/2019, 04/02/2019, 05/16/2019, 06/05/2019, 07/05/2019, 07/29/2019, 08/27/2019, 11/12/2019, 12/08/2019, 01/03/2020, 01/10/2020, 01/28/2020, 02/18/2020, 12/04/2020 | Hand Written Cover Sheet | Claimant |
| 12/30/2019 | Orthopaedic Surgery Instructions | Kentucky Bone & Joint Surgeons |
| 11/22/2019 | Procedure/Operative Permit | Claimant |
| 05/15/2019, 06/26/2019, 11/04/2019, 11/22/2019, 02/05/2020, 03/04/2020, 05/26/2020 | Letter | Daniel J. Hackett Jr, MD |
| 11/23/2020, 12/07/2020 | Nerve Conduction Studies | Craig Knox, MD |
| 10/14/2020, 11/23/2020 | Letter/Patient Care Summary | Stephen C. Umansky, MD |
| 05/08/2020, 06/04/2020, 11/23/2020 | Letter/Patient Care Summary | Craig A. Knox, MD |
| 11/27/2018 | Fax Cover Sheet | Kyle Matthew Mullins, MS, OTR/L, CHT |
| 07/31/2018, 08/02/2018, 08/06/2018, 08/08/2018, 08/10/2018, 08/13/2018, 08/14/2018, 08/16/2018, 08/20/2018, 08/21/2018, 08/23/2018, 08/27/2018, 08/29/2018, 09/04/2018, 09/06/2018, 09/14/2018, 10/23/2018, 10/30/2018, | Flowsheet | Commonwealth Hand Therapy |

| | | |
|---|---|---|
| 11/01/2018, 11/06/2018, 11/08/2018, 11/13/2018, 11/15/2018, 11/20/2018, 11/27/2018, 12/29/2018, 01/03/2019, 01/07/2019, 01/10/2019, 01/14/2019, 01/17/2019, 01/21/2019, 01/24/2019, 01/30/2019, 02/02/2019, 02/04/2019, 02/07/2019, 02/11/2019, 02/13/2019, 02/18/2019, 02/21/2019, 02/25/2019, 03/01/2019, 03/07/2019, 03/11/2019, 03/13/2019, 03/20/2019, 03/22/2019, 03/25/2019, 03/29/2019, 04/01/2019, 04/04/2019, 04/10/2019, 04/23/2019, 04/25/2019, 04/29/2019, 05/01/2019, 05/06/2019, 05/08/2019, 05/13/2019, 05/15/2019, 06/03/2019, 06/12/2019 | | |
| 07/26/2018 | Physical/Occupational Therapy Order | Stephen C. Umansky, MD |
| 07/31/2018 | Custom Upper Extremity Orthotic Fabrication/Delivery Form | Kyle Matthew Mullins, MS, OTR/L, CHT |
| 07/31/2018 | Occupational Therapy Initial Examination | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 08/08/2018 | Occupational Therapy Referral | Michelle Debra, PAC |
| 08/16/2018, 09/05/2018 | Receipt/Proof of Delivery | Kyle Mullins, MS |
| 08/23/2018, 11/13/2018 | Survey of Upper Extremity Disability (DASH) | Kyle Mullins, MS |
| 08/23/2018 | Occupational Therapy Recertification Note | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 09/13/2018 | Occupational Therapy Referral | Stephen C. Umansky, MD |
| 12/17/2018 | Physical Therapy Prescription | Trevor Wilkes, MD |
| 10/05/2018, 10/30/2018, 11/20/2018 | Home Exercise Program | Tim Uhl |
| 01/11/2013 | Shoulder - 101 Scapular Retraction (Standing) | Unknown |
| Undated | Guidelines for Uncomplicated Rotator Cuff Repair (Supraspinatus, | Sports Medicine Center Lexington Clinic |

| | | |
|---|---|---|
| | Infraspinatus) Rehabilitation | |
| 10/23/2018 | Physical Therapy Initial Examination | Timothy Uhl, PhD and Trevor Wilkes, MD |
| 11/13/2018 | Occupational Therapy Discharge Summary | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 11/16/2018, 11/17/2018, 11/18/2018, 11/19/2018 | Hand Written Chart | Unknown |
| 11/20/2018 | Survey of Upper Extremity Disability (DASH) | Timothy Uhl, PhD |
| 11/20/2018 | Physical Therapy Recertification Note | Timothy Uhl, PhD and Trevor Wilkes, MD |
| 11/27/2018 | Fax Cover Sheet | Timothy Uhl, PhD |
| 11/27/2018 | Daily Note/Billing Sheet | Lisa Podlecki and Timothy Uhl, PhD |
| 10/23/2018, 10/25/2018, 10/30/2018, 11/01/2018, 11/06/2018, 11/08/2018, 11/13/2018, 11/15/2018, 11/20/2018 | Daily Note/Billing Sheet | Timothy Uhl, PhD |
| 10/23/2018, 11/20/2018 | Patient Outcomes | Timothy Uhl, PhD |
| 10/23/2018, 11/20/2018 | Plan of Care | Timothy Uhl, PhD |
| Undated | Hand Written Cover Sheet | Claimant |
| Undated | Patient Chart | Stephen Lamb MD LLC |
| 07/27/2020 | Kasper Note | Suzy Hamm |
| 07/02/2019, 07/31/2019, 09/04/2019, 10/09/2019, 10/15/2019, 12/10/2019, 12/16/2019, 02/10/2020, 04/07/2020, 04/13/2020, 06/08/2020, 07/06/2020, 07/28/2020 | SOAP Note | Stephen Lamb, Psychiatry |
| 07/27/2020, 09/23/2020 | Visit Summary | Ortho Kentucky; Kentucky Bone and Joint Surgeons |
| 05/04/2020, 06/08/2020, 07/28/2020, 09/08/2020, 12/21/2020, 03/18/2021 | Office Visit Note | Chris Swayze, MD |
| 05/26/2020, 06/01/2020, 06/04/2020, 06/09/2020, 06/15/2020, 06/18/2020, 06/22/2020, 06/25/2020, 07/06/2020, 07/09/2020, 07/16/2020, 07/20/2020, 07/23/2020, 10/07/2020, 11/04/2020, 11/11/2020 | Daily Note | Tim Barnett, MSPT and Janel Northington, PTA |
| 06/12/2020 | Re-Evaluation | Tim Barnett, MSPT and Janel Northington, PTA |
| 06/12/2020 | Plan of Care | Tim Barnett, MSPT and Janel Northington, PTA |
| 06/30/2020, 07/02/2020 | Daily Note | Katherine M. Fillatreau, PT |
| 07/14/2020, 08/19/2020, | Re-Evaluation | Tim Barnett, MSPT |

Reliable Review Services

| | | |
|---|---|---|
| 09/23/2020, 10/29/2020, 12/08/2020, 02/01/2021, 04/12/2021 | | |
| 05/11/2020, 07/14/2020, 08/19/2020, 09/23/2020, 10/29/2020, 12/08/2020, 02/01/2021, 04/12/2021 | Plan of Care | Tim Barnett, MSPT |
| 05/18/2020, 05/21/2020, 05/29/2020, 07/29/2020, 08/05/2020, 08/12/2020, 08/26/2020, 09/02/2020, 09/09/2020, 09/16/2020, 10/14/2020, 10/21/2020, 11/17/2020, 11/24/2020, 12/21/2020, 01/05/2021, 02/15/2021, 03/01/2021, 04/26/2021 | Daily Note | Tim Barnett, MSPT |
| 09/30/2020 | Daily Note | Tim Barnett, MSPT and Kaitlin O. Cordova, PT |
| 11/12/2020 | Medical Expense Summary | Connexus Pharmacy System Wal-Mart Neighborhood Market Pharmacy |
| 07/03/2019, 09/10/2019, 01/16/2020 | Letter | Lincoln Financial Group |
| 05/15/2019, 06/26/2019, 11/04/2019, 01/08/2020, 07/27/2020, 09/21/2020 | Encounters List | Unknown |
| 04/17/2019, 11/04/2019, 01/06/2020, 12/16/2020 | History & Physical Report Procedures | Daniel J. Hackett Jr, MD |
| 10/22/2020 | Fax Cover Page | Kentucky Bone & Joint Surgeons |
| 05/15/2019, 06/26/2019, 08/19/2019, 11/22/2019, 01/06/2020, 02/05/2020, 03/04/2020, 04/10/2020, 05/26/2020, 07/27/2020, 09/21/2020, 03/08/2021 | History & Physical Report | Daniel J. Hackett Jr, MD |
| 09/21/2020 | Scanned Documents List | Unknown |
| 09/11/2019 | Medical Records - Confidential | KY - Commonwealth Pain Associates PLLC Heather B. |
| 06/24/2019, 07/16/2019, 08/23/2019, 11/15/2019, 01/03/2020, 01/16/2020 | Clinical Encounter Summaries | Brandon Gish, MD |
| 06/24/2019, 07/16/2019, 08/23/2019, 11/15/2019, 01/03/2020, 01/16/2020 | Full Clinical Report | Brandon Gish, MD |
| 04/01/2019 to 08/21/2019 | Medical Records – Confidential | KY - Commonwealth Pain Associates PLLC Patti C. |
| 04/03/2019, 08/20/2019 | Fax Sheet | Christine Kelley |
| 04/03/2019, 08/20/2019 | Letter | Christine Kelley |

Reliable Review Services

| | | |
|---|---|---|
| 11/29/2018 | Authorization For The Release of Information Including Protected Health Information | Claimant |
| 07/16/2019 | Discharge Instructions and Information | Claimant |
| 07/16/2019 | Consent for Medical or Surgical Procedure | Claimant |
| 06/24/2019 | Patient Health Questionnaire (PHQ-9) | Claimant |
| 06/24/2019 | Opioid Risk Tool | Claimant |
| 06/24/2019 | Pain Self Efficacy Questionnaire (PSEQ) | Claimant |
| 04/26/2019, 06/12/2019 | Imaging Results | Timothy Averion-Mahloch, MD |
| 06/24/2019, 07/16/2019 | Pre-Op Orders | Brandon Gish, MD |
| 07/16/2019, 10/04/2019 | Upcoming Appointments | KY - Commonwealth Pain Associates PLLC |
| 05/16/2019, 04/10/2020 | Clinical Summary Document | Kentucky Bone and Joint Surgeons |
| 01/08/2019, 02/19/2019, 04/02/2019 | Clinical Encounter Summaries | Bethany Begley, PA-C |
| 09/11/2020, 09/17/2020, 10/01/2020, 10/13/2020, 10/14/2020, 11/23/2020, 12/07/2020, 03/23/2021, 04/08/2021, 04/22/2021 | COVID-19 Screening Questionnaire | Lexington Clinic |
| 04/18/2019, 06/19/2019, 12/03/2019, 06/04/2020, 11/23/2020, 12/07/2020, 12/08/2020, 04/08/2021 | Encounter Summary - Progress Notes | Craig A. Knox, MD |
| 10/13/2020 | Colonoscopy Report | An-Yu Chen, MD |
| 06/04/2020 | COVID-19 Screening and Instructions | EM |
| 03/19/2020 | Encounter Summary - Progress Notes | Patrick K. Leung, MD |
| 04/18/2019 | Neurology Department Patient Questionnaire | Lexington Clinic |
| 04/03/2019 | Routine Sheet | Will Lockhart, PT |
| 04/01/2019, 04/11/2019, 06/04/2019 | Fax Cover Sheet | Lisa Podlecki |
| 04/01/2019 | Progress Report | Michael Glindmeyer, DPT |
| 06/04/2019 | Imaging Results | Shailendra Chopra, MD |
| 10/10/2019, 10/11/2019, 10/14/2019, 11/12/2019, 11/15/2019, 01/20/2020, 01/23/2020, 09/11/2020, 09/17/2020, 09/18/2020, 10/12/2020, 03/23/2021, 03/24/2021 | Lab Report | Lexington Clinic Laboratory |

| | | |
|---|---|---|
| 10/10/2020 | Final Report | Christen Wanstrath |
| 08/21/2019 | Lab Result Note | John Ziegler, MD |
| 08/21/2019 | Lab Report | LabCorp |
| 01/17/2018 | Survey of Upper Extremity Disability (DASH) | Unknown |
| 12/28/2018 | Physical Therapy Recertification Note | Lisa Podlecki and Bethany Begley, PA-C |
| 01/03/2019, 01/07/2019, 01/14/2019, 01/17/2019, 01/21/2019, 01/24/2019, 01/30/2019, 02/01/2019, 02/07/2019, 02/11/2019, 02/13/2019, 02/18/2019, 02/28/2019, 03/22/2019, 05/08/2019, 06/11/2019 | Daily Note/Billing Sheet | Lisa Podlecki |
| 01/10/2019, 02/04/2019, 03/05/2019 | Daily Note/Billing Sheet Addendum | Lisa Podlecki |
| 01/11/2019 | Occupational Therapy Referral | Bethany Begley, PA-C |
| 01/17/2019, 02/01/2019, 02/13/2019 | Physical Therapy Progress Note | Lisa Podlecki |
| 01/17/2019, 02/13/2019 | Patient Outcomes | Lisa Podlecki |
| 01/17/2019 | Survey of Back Disability | Claimant |
| 02/01/2019, 02/13/2019 | Survey of Upper Extremity Disability (DASH) | Lisa Podlecki |
| Date Illegible | Survey of Upper Extremity Disability (DASH) | Unknown |
| 02/21/2019, 02/25/2019, 03/07/2019 | Daily Note/Billing Sheet | Lisa Podlecki and Michael Glindmeyer, DPT |
| 03/11/2019, 06/03/2019 | Daily Note / Billing Sheet Addendum | Michael Glindmeyer, DPT |
| 03/13/2019, 03/20/2019, 03/25/2019, 03/28/2019, 04/01/2019, 04/04/2019, 04/10/2019, 04/22/2019, 04/25/2019, 04/29/2019, 05/01/2019, 05/06/2019, 05/13/2019, 05/15/2019 | Daily Note/Billing Sheet | Michael Glindmeyer, DPT |
| 03/13/2019, 04/23/2019, 06/03/2019 | Patient Outcomes | Michael Glindmeyer, DPT |
| 03/20/2019 | Physical Therapy Referral | Michael Glindmeyer, DPT |
| 03/25/2019 | Occupational/Physical Therapy Referral | Bethany Begley, PA-C |
| 04/22/2019 | Physical Therapy Recertification Note | Michael Glindmeyer, DPT |
| 06/03/2019 | Physical Therapy Recertification Note | Michael Glindmeyer, DPT and Daniel J. Hackett Jr, MD |

Reliable Review Services

| | | |
|---|---|---|
| | Addendum | |
| 08/20/2019 | Discharge Note | Lisa Podlecki |
| 09/25/2019 | PT Updated Certification Letter | Angela Hale, PT and Robert Taylor, MD |
| 07/25/2019 | PT Initial Certification Letter | Jennifer Hensley, PT and Robert Taylor, MD |
| 01/01/2019 to 06/03/2021 | HIPAA - Designated Record Set | Connexus Pharmacy System Wal-Mart Neighborhood Market Pharmacy |
| Undated | Hand Written Note | Claimant |
| 05/14/2020 | Appointment of Representative and Acceptance of Appointment | Social Security Administration |
| 01/08/2019, 04/02/2019, 04/03/2019, 04/08/2019, 04/15/2019, 06/05/2019, 06/19/2019 | Upcoming Appointments | KY - Lexington Clinic |
| 03/27/2020, 05/04/2020, 05/05/2020, 05/06/2020 | Email | zolltar7 |
| 05/05/2020 | Email | FollowMyHealth |
| 02/19/2019, 04/02/2019 | Work Status Report Form | Lexington Clinic |
| 01/21/2019, 01/24/2019, 02/21/2019, 02/25/2019, 02/28/2019, 03/28/2019, 04/01/2019, 04/04/2019, 04/10/2019, 08/23/2019 | Upcoming Appointments | Commonwealth Hand Therapy |
| 02/20/2019 | Letter/Patient Care Summary | Bethany Begley, PA-C |
| 08/19/2019, 11/04/2019, 02/05/2020, 03/04/2020 | Appointment Reminder | Kentucky Bone & Joint Surgeons |
| 01/08/2019 | Order Forms | Bethany Begley, PA-C |
| 12/20/2019 | Discharge Orders/Instructions | Kentucky Bone & Joint Surgeons, Orthopedic & Sports Medicine |
| 12/20/2019 | Medication Reconciliation Form | Kentucky Surgery Center |
| 12/17/2020 | Peer Review | John Zheng, DO |
| 12/17/2020 | Attestation | John Zheng, DO |
| 12/17/2020, 12/18/2020 | Email | Kyras Norman |
| 07/25/2019, 07/29/2019, 08/01/2019, 08/05/2019, 08/08/2019, 08/12/2019, 08/15/2019, 08/19/2019, 08/22/2019, 08/26/2019, 01/22/2020, 01/24/2020, 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/07/2020, 02/10/2020, 02/12/2020, 02/14/2020, 02/17/2020, 02/19/2020, 02/21/2020, | Person Appointment Itinerary | Cardinal Hill Rehabilitation Hospital |

Reliable Review Services

| | | |
|---|---|---|
| 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020, 03/16/2020, 03/18/2020, 03/23/2020, 03/25/2020 | | |
| 05/04/2020 | Rx Form | Chris Swayze, MD |
| 12/20/2019 | Procedure Images | Daniel J. Hackett Jr, MD |
| 01/20/2019 | Appointment Reminder | Cardinal Hill Rehabilitation Hospital |
| 12/19/2018 | Fax Sheet | Claimant |
| Undated | Training-Education-Experience Form (TEE) | Claimant |
| 12/14/2018 | Social Security/Reimbursement Agreement | Claimant |
| 12/14/2018 | Family Information Questionnaire | Claimant |
| 12/14/2018 | Authorization For The Release of Information Including Protected Health Information | Claimant |
| 12/14/2018 | Authorization For The Release of Protected Health Information | Claimant |
| 12/14/2018, 09/28/2020 | Claimant Information Form | Claimant |
| 12/14/2018, 09/28/2020 | Claimant Supplementary Statement | Claimant |
| 12/14/2018, 09/28/2020 | Activities Questionnaire | Claimant |
| 12/19/2018 | Letter | Trevor Wilkes, MD |
| Undated | Driver's License | Claimant |
| 01/12/2018 | Direct Deposit Application | Claimant |
| Undated | Voided Check | Claimant |
| 01/10/2018 | Survivor/Estate Information Form | Claimant |
| 05/20/2020 | Email | Claimant |
| Undated | Images | Unknown |
| 03/19/2020 | Email | Jennifer Hensley, PT |
| 04/23/2020 | Medical Information Form | Heather Gannon |
| 12/20/2019 | Procedure Report | Daniel J. Hackett Jr, MD |
| 09/28/2020 | Authorization For The Release of Protected Health Information | Claimant |
| 12/20/2019 | Consent Form | Claimant |
| 12/20/2019 | Anesthesia Services Notice | Claimant |
| 04/14/2021 | Authorization to Disclose Information | Claimant |
| 04/29/2021, 06/25/2021 | Facsimile Cover Sheet | Elizabeth Thornsbury |
| 04/29/2021, 06/17/2021, | Letter | Elizabeth Thornsbury |

| | | |
|---|---|---|
| 06/25/2021 | | |
| 06/29/2021 | Lincoln Financial Group Appeal Referral | Christine Kelley |
| 05/07/2021, 05/10/2021, 05/12/2021, 05/18/2021, 06/03/2021, 06/23/2021, 06/24/2021 | DVD RW Drive List | Unknown |
| 04/11/2019 | Letter | Michael Glindmeyer, DPT |
| 11/19/2019 | Imaging Results | Jason S. Harris, MD |
| 12/06/2019 | Imaging Results | Thomas Rice, MD |
| 12/20/2019 | Allergies | Kentucky Surgery Center Lexington |
| 12/20/2019 | Patient Summary Information | Kentucky Surgery Center |
| | Addendum | |
| 07/22/2021 | Fax Sheet | Craig Knox, MD |
| 07/22/2021 | Letter | Craig Knox, MD |

Reliable Review Services

| | |
|---|---|
| Date: | 8/02/2021 |
| To: | Tawnya Valliere<br>LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 66704 |

---

| | |
|---|---|
| Claimant: | James D Zoll |
| Claim #: | 8560503 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |
| Advisory Report | |

## Clinical History

This case was previously reviewed by me; RRS case 65940 dated 07/15/2021. Additional medical records were provided for review. This review is from a Physical Medicine & Rehabilitation perspective. The claimant is a 52 year old male who has a listed diagnosis of "pain in left shoulder." This review is to determine if the additional medical records changes my prior opinion. The claimant's first date of absence was noted to be 07/19/2018.

All of the medical records were reviewed and taken into consideration for this review, but only those closest to the dates under review and those felt to be most relevant to this review were noted below.

On 07/22/2021, correspondence by Dr. Craig Knox (Neurology) noted the claimant had improved symptoms of migraine with about 2-3 migraines per year. Medications included Aimovig and Imitrex for migraines. Dr. Craig Knox noted the claimant reported mild left arm numbness and mild tremor (familial tremor-related). The claimant was otherwise neurologically intact. The familial tremors had improved on Topamax and were mild. Dr. Craig Knox noted he did not plan on doing any "interventions." Dr. Craig Knox noted on his last visit the claimant's migraines were improving, lower back pain had resolved, and the claimant was still having some neck pain. Dr. Craig Knox noted the claimant was last seen on 04/08/2021. Dr. Craig Knox noted he had no knowledge of how to assess for work restrictions and he refers patient to PMNR for that.

## Questions and Reviewer's Response

**1. Please review and comment on this response from Dr. Knox and whether there is any change to his prior assessment? Please explain.**

Dr. Craig Knox (Neurology) noted the claimant had improved symptoms of migraine with about 2-3 migraines per year. Medications included Aimovig and Imitrex for migraines. Dr. Craig Knox noted the

claimant reported mild left arm numbness and mild tremor (familial tremor-related). The claimant was otherwise neurologically intact. The familial tremors had improved on Topamax and were mild. Dr. Craig Knox noted he did not plan on doing any “interventions.” Dr. Craig Knox noted on his last visit the claimant’s migraines were improving, lower back pain had resolved, and the claimant was still having some neck pain. Dr. Craig Knox noted the claimant was last seen on 04/08/2021. Dr. Craig Knox noted he had no knowledge of how to assess for work restrictions and he refers patient to PMNR for that.

MRIs show only mild spondylosis (cervical and lumbar). Electromyography has shown a C7 radiculopathy. Neurological exams were stable.

In lieu of all the information reviewed, restrictions and limitations are supported as noted in RRS case 65940 dated 07/15/2021.

The response from Dr. Craig Knox does not alter my prior opinion as neurological exams were stable and there were no objective conditions or deficits that would support further restrictions/limitations beyond what was previously documented in my report.

## Assessment/Rationale

This case was previously reviewed by me; RRS case 65940 dated 07/15/2021. Additional medical records were provided for review. This review is from a Physical Medicine & Rehabilitation perspective. The claimant is a 52 year old male who has a listed diagnosis of “pain in left shoulder.” This review is to determine if the additional medical records changes my prior opinion. The claimant’s first date of absence was noted to be 07/19/2018.

The response from Dr. Craig Knox does not alter my prior opinion as noted in RRS case 65940 dated 07/15/2021. Neurological exams are stable and there are no objective conditions or deficits that would support further restrictions/limitations beyond what was previously documented in my report.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Reliable Review Services

Fargo N Khoury, M.D.
Board Certified
Physical Medicine & Rehabilitation
AZ - 47979
CA - A-112452

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 12/20/2019 | Preoperative Orders | Daniel J. Hackett Jr, MD and M. Isaac, RN |
| 12/20/2019 | Physician Note (s) & Orders | Daniel J. Hackett Jr, MD |
| 12/20/2019 | Consent for Operation/Procedure | Claimant |
| 12/20/2019 | Preoperative Nursing Form | M. Isaac, RN |
| 12/20/2019 | Medication Reconciliation Form | M. Isaac, RN |
| 12/20/2019 | Pre & Post - Anesthesia Evaluation Form | Signature Illegible (ASC & OBSF Department of Anesthesiology) |
| 12/20/2019 | ASC/OBSF Anesthesia Record | Signature Illegible |
| 12/20/2019 | Consent for Anesthesia Services | Claimant |
| 12/20/2019 | Procedure Information Chart Notes | Daniel J. Hackett Jr, MD |
| 12/08/2019 | Lab Results | Baptist Health |
| 12/08/2019 | ECG 12 Lead | Kevin Scully, MD |
| 05/16/2019, 12/20/2019 | Patient Information Form | Kentucky Bone and Joint Surgeons |
| 12/20/2019 | Safe Surgery Checklist | M. Isaac, RN |
| 12/20/2019 | Post Operative Orders | Kentucky Surgery Center |
| 12/20/2019 | Post Anesthesia Record | Kentucky Surgery Center |
| 12/20/2019 | Preoperative Antibiotic Form | Daniel J. Hackett Jr, MD |
| 12/20/2019 | CMS Quality Reporting Measures | Kentucky Surgery Center |
| 12/20/2019 | Discharge | Kentucky Surgery Center |

RRS
Reliable Review Services

| | | |
|---|---|---|
| | Orders/Instructions | |
| 12/20/2019 | Kentucky Surgery Center Surgical Record | Kentucky Surgery Center |
| 05/11/2020 | Initial Evaluation | Tim Barnett, MSPT |
| 01/19/2021 | Cancel/No Show | Tim Barnett, MSPT |
| 03/01/2021 | Progress Note | Tim Barnett, MSPT |
| 02/25/2020 | New Patient Consultation Note | Chris Swayze, MD |
| 05/16/2019 | Referral/Authorization | Daniel J. Hackett Jr, MD |
| Undated | Anthem Insurance Card | Claimant |
| 05/15/2019 | Current Medications List | Stephanie Wagers |
| 05/12/2021 | Facesheet | Commonwealth Pain Associates, PLLC |
| 10/18/2019 | Clinical Encounter Summaries | Amber Easley, NP |
| 10/18/2019 | Full Clinical Report | Amber Easley, NP |
| 01/03/2020, 01/08/2020 | Lab Results | Commonwealth Pain Associates PLLC |
| 01/01/2019 to 05/14/2021 | Medical Records - Confidential | KY - Lexington Clinic Aneshia V. |
| 04/08/2019, 06/04/2019, 09/19/2019, 11/12/2019, 12/05/2019, 03/03/2020, 04/27/2020, 09/11/2020, 10/01/2020, 12/08/2020, 03/16/2021, 04/22/2021 | Clinical Encounter Summaries | John P. Ziegler, MD |
| 04/22/2021 | Unconfirmed Report | Unknown |
| 10/14/2020, 11/23/2020 | Clinical Encounter Summaries | Stephen C. Umansky, MD |
| 10/13/2020 | Clinical Encounter Summaries | An-Yu Chen, MD |
| 01/20/2020 | Clinical Encounter Summaries | Susanna Moberly, APRN |
| 10/09/2019, 01/09/2020 | Clinical Encounter Summaries | Walaa A. Ayoub, MD |
| 04/03/2019, 04/08/2019, 04/15/2019 | Clinical Encounter Summaries | John W. Lockhart II, PT |
| 04/05/2019 | Clinical Encounter Summaries | Mary Oaks, PA-C |
| 07/06/2021 | Lincoln Financial Group - Independent Evaluation Peer Review | Tawnya Valliere |
| 07/25/2019 - 10/31/2019 | Electronic Medical Record | Encompass |
| Undated | Encompass Electronic Medical Record Definitions | Unknown |
| 09/19/2019 | Rx Form | John Ziegler, MD |
| 07/16/2019, 08/23/2019 | Referral Orders | Brandon Gish, MD |
| 07/25/2019, 01/20/2020 | Outpatient Therapy Cancellation Policy and Smoking Policy | Claimant |
| 07/25/2019, 01/20/2020 | Encompass Health Outpatient Facesheet | Encompass Health |
| 07/25/2019, 01/20/2020 | Consent to Treatment (Outpatient Department) | Claimant |
| 07/25/2019, 01/20/2020 | Acknowledgement of Receipt | Claimant |

| | | |
|---|---|---|
| | of Notice of Privacy Practices | |
| 07/25/2019 | Outpatient Information Record/History Assessment | Jennifer Hensley, PT |
| 07/18/2019, 07/25/2019, 08/26/2019, 09/12/2019, 10/24/2019, 01/06/2020, 01/20/2020 | Physician Orders | Layda Blair |
| 07/25/2019, 09/19/2019, 11/20/2019, 01/20/2020, 03/02/2020, 03/16/2020, 03/30/2020 | Physician Orders | System |
| 10/24/2019, 01/20/2020 | Physician Orders | Julie Arseneau, DPT |
| 07/18/2019, 07/25/2019, 08/05/2019, 08/26/2019, 09/12/2019, 09/25/2019 | Physician Orders | Deborah Bowyer |
| 07/25/2019, 08/05/2019, 08/26/2019, 09/12/2019, 09/25/2019, 01/20/2020 | Physician Orders | Patrick Fifield, PTA |
| 09/12/2019, 09/19/2019 | Physician Orders | Angela Hale, PT |
| 07/18/2019, 07/25/2019, 08/05/2019, 08/26/2019, 01/06/2020, 01/20/2020, 03/02/2020 | Physician Orders | Jennifer Hensley, PT |
| 08/26/2019 | Physician Orders | Arianne Zencka, Admission Representative |
| 08/26/2019 | Physician Orders | Stephanie Caudill, DPT |
| 07/25/2019 | Physician Orders | Ashton Tackett, PTA |
| 07/25/2019 | Allergies | Cardinal Hill Rehabilitation Hospital |
| 07/25/2019 | Allergy History | Jennifer Hensley, PT |
| 07/25/2019, 08/01/2019, 08/08/2019, 08/15/2019, 09/09/2019, 10/15/2019, 10/17/2019, 10/24/2019, 10/31/2019, 11/04/2019, 02/26/2020, 03/11/2020, 03/16/2020, 03/18/2020 | IView | Jennifer Hensley, PT |
| 10/29/2019, 01/22/2020, 02/12/2020, 02/14/2020 | IView | Jullie Arseneau, DPT |
| 08/06/2019, 08/21/2019, 08/26/2019, 09/03/2019, 09/05/2019, 09/12/2019, 09/18/2019, 09/20/2019, 09/23/2019, 10/07/2019, 10/10/2019, 10/15/2019, 10/17/2019, 10/21/2019, 01/24/2020, 02/07/2020, 02/17/2020, 02/21/2020 | IView | Patrick Fifield, PTA |

RRS Reliable Review Services

| | | |
|---|---|---|
| 09/25/2019, 04/21/2020 | IView | Angela Hale, PT |
| 08/29/2019 | IView | Stephanie Caudill, DPT |
| 07/29/2019, 08/12/2019, 08/19/2019 | IView | Ashton Tackett, PTA |
| 09/25/2019 | PT Updated Certification Letter | Angela Hale, PT |
| 07/25/2019 | PT Initial Certification Letter | Jennifer Hensley, PT |
| 08/01/2019, 08/08/2019, 08/15/2019, 09/09/2019, 10/24/2019, 10/31/2019, 03/16/2020 | OP PT Daily Documentation | Jennifer Hensley, PT |
| 10/29/2019, 01/22/2020, 02/12/2020, 02/14/2020 | OP PT Daily Documentation | Julie Arseneau, DPT |
| 08/06/2019, 08/21/2019, 08/26/2019, 09/03/2019, 09/05/2019, 09/12/2019, 09/18/2019, 09/20/2019, 09/23/2019, 10/07/2019, 10/10/2019, 10/17/2019, 10/21/2019, 01/24/2020, 02/07/2020, 02/17/2020, 02/21/2020 | OP PT Daily Documentation | Patrick Fifield, PTA |
| 10/15/2019 | OP PT Daily Documentation | Patrick Fifield, PTA and Jennifer Hensley, PT |
| 09/25/2019 | OP PT Daily Documentation | Angela Hale, PT |
| 08/29/2019 | OP PT Daily Documentation | Stephanie Caudill, DPT |
| 07/29/2019, 08/12/2019, 08/19/2019 | OP PT Daily Documentation | Ashton Tackett, PTA |
| 07/25/2019 | OP PT Evaluation | Jennifer Hensley, PT |
| 11/04/2019, 04/21/2020 | OP PT DC Assessment | Jennifer Hensley, PT |
| 10/24/2019, 03/18/2020 | OP PT Communication Note | Jennifer Hensley, PT |
| 09/25/2019, 04/21/2020 | OP PT Communication Note | Angela Hale, PT |
| 08/29/2019 | OP PT Communication Note | Stephanie Caudill, DPT |
| 08/05/2019 | OP PT Missed Treatments | Jennifer Hensley, PT |
| 07/25/2019 | Exercises Sheet | Unsigned |
| 07/25/2019, 03/11/2020 | Exercises Sheet | Jennifer Hensley, PT |
| 07/31/2019, 01/21/2020 | Coding Summary | Cardinal Hill Rehab Hospital |
| 11/19/2019 | Phone Message/Call | Nancy Baughn, Jonathan Miracle, and Jennifer Hensley, PT |
| 11/19/2019 | Addendum | Nancy Baughn |
| 11/19/2019 | Addendum | Jonathan Miracle |
| 09/25/2019 | Phone Message/Call | Laura Redmon and Angela Hale, PT |
| 07/26/2019, 09/26/2019, 01/21/2020 | Addendum | Laura Redmon |
| 07/25/2019 | Phone Message/Call | Laura Redmon and Jennifer Hensley, PT |
| 10/31/2019 | Physical Therapy Progress Note | Jennifer Hensley, PT |
| 10/15/2019, 10/17/2019, | Diagrams/Patient Notes | Jennifer Hensley, PT |

| | | |
|---|---|---|
| 10/24/2019 | | |
| 10/15/2019 | Functional Dry Needling Consent and Request for Procedure | Claimant |
| 08/19/2019 | Physical Therapy Progress Note | Ashton Tackett, PTA |
| 07/17/2019 | Cardinal Hill OTS Referral OTS Form | Cardinal Hill |
| 01/20/2020 | Electronic Medical Record | Encompass |
| 01/20/2020, 03/11/2020 | Outpatient Information Record/History Assessment | Jennifer Hensley, PT and Ryan Parnell, PT Student |
| 12/20/2019, 01/06/2020, 05/06/2020, 09/21/2020, 03/08/2021 | Rx Form | Daniel J. Hackett Jr, MD |
| 01/20/2020 | Physician Orders | Ryan Parnell, PT Student |
| 01/20/2020 | Physician Orders | David Hoctor |
| 10/15/2019 | Certified Mail Receipt | US Postal Service |
| 01/20/2020, 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/10/2020, 02/19/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020 | IView | Ryan Parnell, PT Student |
| 03/02/2020 | PT Updated Certification Letter | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 02/03/2020 | PT Updated Certification Letter | Ryan Parnell, PT Student, Robert Francis Taylor MD, and Jennifer Hensley, PT |
| 01/20/2020 | PT Initial Certification Letter | Ryan Parnell, PT Student, Robert Francis Taylor MD, and Jennifer Hensley, PT |
| 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/10/2020, 02/19/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020 | OP PT Daily Documentation | Ryan Parnell, PT and Jennifer Hensley, PT |
| 01/20/2020 | OP PT Evaluation | Ryan Parnell, PT and Jennifer Hensley, PT |
| 02/03/2020, 03/02/2020 | OP PT Communication Note | Ryan Parnell, PT and Jennifer Hensley, PT |
| 01/20/2020, 03/09/2020 | Exercises Sheet | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 01/20/2020 | Phone Message/Call | Laura Redmon and Ryan Parnell, PT |
| 02/03/2020, 03/04/2020 | Physical Therapy Progress Note | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 12/27/2020 | Transferable Skills Analysis | Vanessa Scungio MA, CRC |
| 05/17/2019 to 06/16/2020 | New Monthly Benefit and Overpayment Calculation | Unknown |
| 06/23/2020 | Email | Jadene H. Farrow |

| | | |
|---|---|---|
| 05/17/2019 to 06/16/2020 | Calculation Worksheet | Toyota Motor Engineering & Manufacturing |
| 01/30/2020 | Letter | Social Security Administration |
| 01/17/2019 | Initial Payment Calculation Worksheet | Kayla Goodrich |
| 04/29/2019, 07/09/2019, 08/22/2019 | Facsimile Transmittal Sheet | Customer Resource Center |
| 04/29/2019, 07/09/2019, 08/22/2019 | Letter | Customer Resource Center The Advocator Group |
| 06/18/2020 | Lincoln Life NOA Cover Sheet | Advocator Group |
| 06/14/2020 | Notice of Award | Social Security Administration |
| 06/03/2020 | Notice of Decision - Fully Favorable | Christopher C. Sheppard |
| 06/03/2020 | Decision | Christopher C. Sheppard |
| 06/03/2020 | Order of Administrative Law Judge | Christopher C. Sheppard |
| 04/12/2019 | Authorization for Release of Long-Term Disability File | Claimant |
| 07/02/2021 | Clinical Review Memo | Tawnya Valliere |
| 12/19/2018, 01/17/2019, 04/02/2019, 05/16/2019, 06/05/2019, 07/05/2019, 07/29/2019, 08/27/2019, 11/12/2019, 12/08/2019, 01/03/2020, 01/10/2020, 01/28/2020, 02/18/2020, 12/04/2020 | Hand Written Cover Sheet | Claimant |
| 12/30/2019 | Orthopaedic Surgery Instructions | Kentucky Bone & Joint Surgeons |
| 11/22/2019 | Procedure/Operative Permit | Claimant |
| 05/15/2019, 06/26/2019, 11/04/2019, 11/22/2019, 02/05/2020, 03/04/2020, 05/26/2020 | Letter | Daniel J. Hackett Jr, MD |
| 11/23/2020, 12/07/2020 | Nerve Conduction Studies | Craig Knox, MD |
| 10/14/2020, 11/23/2020 | Letter/Patient Care Summary | Stephen C. Umansky, MD |
| 05/08/2020, 06/04/2020, 11/23/2020 | Letter/Patient Care Summary | Craig A. Knox, MD |
| 11/27/2018 | Fax Cover Sheet | Kyle Matthew Mullins, MS, OTR/L, CHT |
| 07/31/2018, 08/02/2018, 08/06/2018, 08/08/2018, 08/10/2018, 08/13/2018, 08/14/2018, 08/16/2018, 08/20/2018, 08/21/2018, 08/23/2018, 08/27/2018, 08/29/2018, 09/04/2018, 09/06/2018, 09/14/2018, 10/23/2018, 10/30/2018, | Flowsheet | Commonwealth Hand Therapy |

| | | |
|---|---|---|
| 11/01/2018, 11/06/2018, 11/08/2018, 11/13/2018, 11/15/2018, 11/20/2018, 11/27/2018, 12/29/2018, 01/03/2019, 01/07/2019, 01/10/2019, 01/14/2019, 01/17/2019, 01/21/2019, 01/24/2019, 01/30/2019, 02/02/2019, 02/04/2019, 02/07/2019, 02/11/2019, 02/13/2019, 02/18/2019, 02/21/2019, 02/25/2019, 03/01/2019, 03/07/2019, 03/11/2019, 03/13/2019, 03/20/2019, 03/22/2019, 03/25/2019, 03/29/2019, 04/01/2019, 04/04/2019, 04/10/2019, 04/23/2019, 04/25/2019, 04/29/2019, 05/01/2019, 05/06/2019, 05/08/2019, 05/13/2019, 05/15/2019, 06/03/2019, 06/12/2019 | | |
| 07/26/2018 | Physical/Occupational Therapy Order | Stephen C. Umansky, MD |
| 07/31/2018 | Custom Upper Extremity Orthotic Fabrication/Delivery Form | Kyle Matthew Mullins, MS, OTR/L, CHT |
| 07/31/2018 | Occupational Therapy Initial Examination | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 08/08/2018 | Occupational Therapy Referral | Michelle Debra, PAC |
| 08/16/2018, 09/05/2018 | Receipt/Proof of Delivery | Kyle Mullins, MS |
| 08/23/2018, 11/13/2018 | Survey of Upper Extremity Disability (DASH) | Kyle Mullins, MS |
| 08/23/2018 | Occupational Therapy Recertification Note | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 09/13/2018 | Occupational Therapy Referral | Stephen C. Umansky, MD |
| 12/17/2018 | Physical Therapy Prescription | Trevor Wilkes, MD |
| 10/05/2018, 10/30/2018, 11/20/2018 | Home Exercise Program | Tim Uhl |
| 01/11/2013 | Shoulder - 101 Scapular Retraction (Standing) | Unknown |
| Undated | Guidelines for Uncomplicated Rotator Cuff Repair (Supraspinatus, | Sports Medicine Center Lexington Clinic |

| | | |
|---|---|---|
| | Infraspinatus) Rehabilitation | |
| 10/23/2018 | Physical Therapy Initial Examination | Timothy Uhl, PhD and Trevor Wilkes, MD |
| 11/13/2018 | Occupational Therapy Discharge Summary | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 11/16/2018, 11/17/2018, 11/18/2018, 11/19/2018 | Hand Written Chart | Unknown |
| 11/20/2018 | Survey of Upper Extremity Disability (DASH) | Timothy Uhl, PhD |
| 11/20/2018 | Physical Therapy Recertification Note | Timothy Uhl, PhD and Trevor Wilkes, MD |
| 11/27/2018 | Fax Cover Sheet | Timothy Uhl, PhD |
| 11/27/2018 | Daily Note/Billing Sheet | Lisa Podlecki and Timothy Uhl, PhD |
| 10/23/2018, 10/25/2018, 10/30/2018, 11/01/2018, 11/06/2018, 11/08/2018, 11/13/2018, 11/15/2018, 11/20/2018 | Daily Note/Billing Sheet | Timothy Uhl, PhD |
| 10/23/2018, 11/20/2018 | Patient Outcomes | Timothy Uhl, PhD |
| 10/23/2018, 11/20/2018 | Plan of Care | Timothy Uhl, PhD |
| Undated | Hand Written Cover Sheet | Claimant |
| Undated | Patient Chart | Stephen Lamb MD LLC |
| 07/27/2020 | Kasper Note | Suzy Hamm |
| 07/02/2019, 07/31/2019, 09/04/2019, 10/09/2019, 10/15/2019, 12/10/2019, 12/16/2019, 02/10/2020, 04/07/2020, 04/13/2020, 06/08/2020, 07/06/2020, 07/28/2020 | SOAP Note | Stephen Lamb, Psychiatry |
| 07/27/2020, 09/23/2020 | Visit Summary | Ortho Kentucky; Kentucky Bone and Joint Surgeons |
| 05/04/2020, 06/08/2020, 07/28/2020, 09/08/2020, 12/21/2020, 03/18/2021 | Office Visit Note | Chris Swayze, MD |
| 05/26/2020, 06/01/2020, 06/04/2020, 06/09/2020, 06/15/2020, 06/18/2020, 06/22/2020, 06/25/2020, 07/06/2020, 07/09/2020, 07/16/2020, 07/20/2020, 07/23/2020, 10/07/2020, 11/04/2020, 11/11/2020 | Daily Note | Tim Barnett, MSPT and Janel Northington, PTA |
| 06/12/2020 | Re-Evaluation | Tim Barnett, MSPT and Janel Northington, PTA |
| 06/12/2020 | Plan of Care | Tim Barnett, MSPT and Janel Northington, PTA |
| 06/30/2020, 07/02/2020 | Daily Note | Katherine M. Fillatreau, PT |
| 07/14/2020, 08/19/2020, | Re-Evaluation | Tim Barnett, MSPT |

| | | |
|---|---|---|
| 09/23/2020, 10/29/2020, 12/08/2020, 02/01/2021, 04/12/2021 | | |
| 05/11/2020, 07/14/2020, 08/19/2020, 09/23/2020, 10/29/2020, 12/08/2020, 02/01/2021, 04/12/2021 | Plan of Care | Tim Barnett, MSPT |
| 05/18/2020, 05/21/2020, 05/29/2020, 07/29/2020, 08/05/2020, 08/12/2020, 08/26/2020, 09/02/2020, 09/09/2020, 09/16/2020, 10/14/2020, 10/21/2020, 11/17/2020, 11/24/2020, 12/21/2020, 01/05/2021, 02/15/2021, 03/01/2021, 04/26/2021 | Daily Note | Tim Barnett, MSPT |
| 09/30/2020 | Daily Note | Tim Barnett, MSPT and Kaitlin O. Cordova, PT |
| 11/12/2020 | Medical Expense Summary | Connexus Pharmacy System Wal-Mart Neighborhood Market Pharmacy |
| 07/03/2019, 09/10/2019, 01/16/2020 | Letter | Lincoln Financial Group |
| 05/15/2019, 06/26/2019, 11/04/2019, 01/08/2020, 07/27/2020, 09/21/2020 | Encounters List | Unknown |
| 04/17/2019, 11/04/2019, 01/06/2020, 12/16/2020 | History & Physical Report Procedures | Daniel J. Hackett Jr, MD |
| 10/22/2020 | Fax Cover Page | Kentucky Bone & Joint Surgeons |
| 05/15/2019, 06/26/2019, 08/19/2019, 11/22/2019, 01/06/2020, 02/05/2020, 03/04/2020, 04/10/2020, 05/26/2020, 07/27/2020, 09/21/2020, 03/08/2021 | History & Physical Report | Daniel J. Hackett Jr, MD |
| 09/21/2020 | Scanned Documents List | Unknown |
| 09/11/2019 | Medical Records - Confidential | KY - Commonwealth Pain Associates PLLC Heather B. |
| 06/24/2019, 07/16/2019, 08/23/2019, 11/15/2019, 01/03/2020, 01/16/2020 | Clinical Encounter Summaries | Brandon Gish, MD |
| 06/24/2019, 07/16/2019, 08/23/2019, 11/15/2019, 01/03/2020, 01/16/2020 | Full Clinical Report | Brandon Gish, MD |
| 04/01/2019 to 08/21/2019 | Medical Records – Confidential | KY - Commonwealth Pain Associates PLLC Patti C. |
| 04/03/2019, 08/20/2019 | Fax Sheet | Christine Kelley |
| 04/03/2019, 08/20/2019 | Letter | Christine Kelley |

| | | |
|---|---|---|
| 11/29/2018 | Authorization For The Release of Information Including Protected Health Information | Claimant |
| 07/16/2019 | Discharge Instructions and Information | Claimant |
| 07/16/2019 | Consent for Medical or Surgical Procedure | Claimant |
| 06/24/2019 | Patient Health Questionnaire (PHQ-9) | Claimant |
| 06/24/2019 | Opioid Risk Tool | Claimant |
| 06/24/2019 | Pain Self Efficacy Questionnaire (PSEQ) | Claimant |
| 04/26/2019, 06/12/2019 | Imaging Results | Timothy Averion-Mahloch, MD |
| 06/24/2019, 07/16/2019 | Pre-Op Orders | Brandon Gish, MD |
| 07/16/2019, 10/04/2019 | Upcoming Appointments | KY - Commonwealth Pain Associates PLLC |
| 05/16/2019, 04/10/2020 | Clinical Summary Document | Kentucky Bone and Joint Surgeons |
| 01/08/2019, 02/19/2019, 04/02/2019 | Clinical Encounter Summaries | Bethany Begley, PA-C |
| 09/11/2020, 09/17/2020, 10/01/2020, 10/13/2020, 10/14/2020, 11/23/2020, 12/07/2020, 03/23/2021, 04/08/2021, 04/22/2021 | COVID-19 Screening Questionnaire | Lexington Clinic |
| 04/18/2019, 06/19/2019, 12/03/2019, 06/04/2020, 11/23/2020, 12/07/2020, 12/08/2020, 04/08/2021 | Encounter Summary - Progress Notes | Craig A. Knox, MD |
| 10/13/2020 | Colonoscopy Report | An-Yu Chen, MD |
| 06/04/2020 | COVID-19 Screening and Instructions | EM |
| 03/19/2020 | Encounter Summary - Progress Notes | Patrick K. Leung, MD |
| 04/18/2019 | Neurology Department Patient Questionnaire | Lexington Clinic |
| 04/03/2019 | Routine Sheet | Will Lockhart, PT |
| 04/01/2019, 04/11/2019, 06/04/2019 | Fax Cover Sheet | Lisa Podlecki |
| 04/01/2019 | Progress Report | Michael Glindmeyer, DPT |
| 06/04/2019 | Imaging Results | Shailendra Chopra, MD |
| 10/10/2019, 10/11/2019, 10/14/2019, 11/12/2019, 11/15/2019, 01/20/2020, 01/23/2020, 09/11/2020, 09/17/2020, 09/18/2020, 10/12/2020, 03/23/2021, 03/24/2021 | Lab Report | Lexington Clinic Laboratory |

| | | |
|---|---|---|
| 10/10/2020 | Final Report | Christen Wanstrath |
| 08/21/2019 | Lab Result Note | John Ziegler, MD |
| 08/21/2019 | Lab Report | LabCorp |
| 01/17/2018 | Survey of Upper Extremity Disability (DASH) | Unknown |
| 12/28/2018 | Physical Therapy Recertification Note | Lisa Podlecki and Bethany Begley, PA-C |
| 01/03/2019, 01/07/2019, 01/14/2019, 01/17/2019, 01/21/2019, 01/24/2019, 01/30/2019, 02/01/2019, 02/07/2019, 02/11/2019, 02/13/2019, 02/18/2019, 02/28/2019, 03/22/2019, 05/08/2019, 06/11/2019 | Daily Note/Billing Sheet | Lisa Podlecki |
| 01/10/2019, 02/04/2019, 03/05/2019 | Daily Note/Billing Sheet Addendum | Lisa Podlecki |
| 01/11/2019 | Occupational Therapy Referral | Bethany Begley, PA-C |
| 01/17/2019, 02/01/2019, 02/13/2019 | Physical Therapy Progress Note | Lisa Podlecki |
| 01/17/2019, 02/13/2019 | Patient Outcomes | Lisa Podlecki |
| 01/17/2019 | Survey of Back Disability | Claimant |
| 02/01/2019, 02/13/2019 | Survey of Upper Extremity Disability (DASH) | Lisa Podlecki |
| Date Illegible | Survey of Upper Extremity Disability (DASH) | Unknown |
| 02/21/2019, 02/25/2019, 03/07/2019 | Daily Note/Billing Sheet | Lisa Podlecki and Michael Glindmeyer, DPT |
| 03/11/2019, 06/03/2019 | Daily Note / Billing Sheet Addendum | Michael Glindmeyer, DPT |
| 03/13/2019, 03/20/2019, 03/25/2019, 03/28/2019, 04/01/2019, 04/04/2019, 04/10/2019, 04/22/2019, 04/25/2019, 04/29/2019, 05/01/2019, 05/06/2019, 05/13/2019, 05/15/2019 | Daily Note/Billing Sheet | Michael Glindmeyer, DPT |
| 03/13/2019, 04/23/2019, 06/03/2019 | Patient Outcomes | Michael Glindmeyer, DPT |
| 03/20/2019 | Physical Therapy Referral | Michael Glindmeyer, DPT |
| 03/25/2019 | Occupational/Physical Therapy Referral | Bethany Begley, PA-C |
| 04/22/2019 | Physical Therapy Recertification Note | Michael Glindmeyer, DPT |
| 06/03/2019 | Physical Therapy Recertification Note | Michael Glindmeyer, DPT and Daniel J. Hackett Jr, MD |

| | | |
|---|---|---|
| | Addendum | |
| 08/20/2019 | Discharge Note | Lisa Podlecki |
| 09/25/2019 | PT Updated Certification Letter | Angela Hale, PT and Robert Taylor, MD |
| 07/25/2019 | PT Initial Certification Letter | Jennifer Hensley, PT and Robert Taylor, MD |
| 01/01/2019 to 06/03/2021 | HIPAA - Designated Record Set | Connexus Pharmacy System Wal-Mart Neighborhood Market Pharmacy |
| Undated | Hand Written Note | Claimant |
| 05/14/2020 | Appointment of Representative and Acceptance of Appointment | Social Security Administration |
| 01/08/2019, 04/02/2019, 04/03/2019, 04/08/2019, 04/15/2019, 06/05/2019, 06/19/2019 | Upcoming Appointments | KY - Lexington Clinic |
| 03/27/2020, 05/04/2020, 05/05/2020, 05/06/2020 | Email | zolltar7 |
| 05/05/2020 | Email | FollowMyHealth |
| 02/19/2019, 04/02/2019 | Work Status Report Form | Lexington Clinic |
| 01/21/2019, 01/24/2019, 02/21/2019, 02/25/2019, 02/28/2019, 03/28/2019, 04/01/2019, 04/04/2019, 04/10/2019, 08/23/2019 | Upcoming Appointments | Commonwealth Hand Therapy |
| 02/20/2019 | Letter/Patient Care Summary | Bethany Begley, PA-C |
| 08/19/2019, 11/04/2019, 02/05/2020, 03/04/2020 | Appointment Reminder | Kentucky Bone & Joint Surgeons |
| 01/08/2019 | Order Forms | Bethany Begley, PA-C |
| 12/20/2019 | Discharge Orders/Instructions | Kentucky Bone & Joint Surgeons, Orthopedic & Sports Medicine |
| 12/20/2019 | Medication Reconciliation Form | Kentucky Surgery Center |
| 12/17/2020 | Peer Review | John Zheng, DO |
| 12/17/2020 | Attestation | John Zheng, DO |
| 12/17/2020, 12/18/2020 | Email | Kyras Norman |
| 07/25/2019, 07/29/2019, 08/01/2019, 08/05/2019, 08/08/2019, 08/12/2019, 08/15/2019, 08/19/2019, 08/22/2019, 08/26/2019, 01/22/2020, 01/24/2020, 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/07/2020, 02/10/2020, 02/12/2020, 02/14/2020, 02/17/2020, 02/19/2020, 02/21/2020, | Person Appointment Itinerary | Cardinal Hill Rehabilitation Hospital |

| | | |
|---|---|---|
| 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020, 03/16/2020, 03/18/2020, 03/23/2020, 03/25/2020 | | |
| 05/04/2020 | Rx Form | Chris Swayze, MD |
| 12/20/2019 | Procedure Images | Daniel J. Hackett Jr, MD |
| 01/20/2019 | Appointment Reminder | Cardinal Hill Rehabilitation Hospital |
| 12/19/2018 | Fax Sheet | Claimant |
| Undated | Training-Education-Experience Form (TEE) | Claimant |
| 12/14/2018 | Social Security/Reimbursement Agreement | Claimant |
| 12/14/2018 | Family Information Questionnaire | Claimant |
| 12/14/2018 | Authorization For The Release of Information Including Protected Health Information | Claimant |
| 12/14/2018 | Authorization For The Release of Protected Health Information | Claimant |
| 12/14/2018, 09/28/2020 | Claimant Information Form | Claimant |
| 12/14/2018, 09/28/2020 | Claimant Supplementary Statement | Claimant |
| 12/14/2018, 09/28/2020 | Activities Questionnaire | Claimant |
| 12/19/2018 | Letter | Trevor Wilkes, MD |
| Undated | Driver's License | Claimant |
| 01/12/2018 | Direct Deposit Application | Claimant |
| Undated | Voided Check | Claimant |
| 01/10/2018 | Survivor/Estate Information Form | Claimant |
| 05/20/2020 | Email | Claimant |
| Undated | Images | Unknown |
| 03/19/2020 | Email | Jennifer Hensley, PT |
| 04/23/2020 | Medical Information Form | Heather Gannon |
| 12/20/2019 | Procedure Report | Daniel J. Hackett Jr, MD |
| 09/28/2020 | Authorization For The Release of Protected Health Information | Claimant |
| 12/20/2019 | Consent Form | Claimant |
| 12/20/2019 | Anesthesia Services Notice | Claimant |
| 04/14/2021 | Authorization to Disclose Information | Claimant |
| 04/29/2021, 06/25/2021 | Facsimile Cover Sheet | Elizabeth Thornsbury |
| 04/29/2021, 06/17/2021, | Letter | Elizabeth Thornsbury |

| | | |
|---|---|---|
| 06/25/2021 | | |
| 06/29/2021 | Lincoln Financial Group Appeal Referral | Christine Kelley |
| 05/07/2021, 05/10/2021, 05/12/2021, 05/18/2021, 06/03/2021, 06/23/2021, 06/24/2021 | DVD RW Drive List | Unknown |
| 04/11/2019 | Letter | Michael Glindmeyer, DPT |
| 11/19/2019 | Imaging Results | Jason S. Harris, MD |
| 12/06/2019 | Imaging Results | Thomas Rice, MD |
| 12/20/2019 | Allergies | Kentucky Surgery Center Lexington |
| 12/20/2019 | Patient Summary Information | Kentucky Surgery Center |
| | Addendum | |
| 07/22/2021 | Fax Sheet | Craig Knox, MD |
| 07/22/2021 | Letter | Craig Knox, MD |

**From:**Nicole Troiano <NTroiano@reliablers.com>
**Sent:**Mon, 2 Aug 2021 18:04:27 +0000
**To:**VendorReferrals;Valliere, Tawnya
**Subject:**Claim Number: 8560503 RRS Case 66704
**Attachments:**Report_RRS2_66704-1_v1.pdf, Invoice_66704-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,
Please see attachments.
Thank you!

**Nicole Troiano**
Client Coordinator
Reliable Review Services

621 NW 53rd Street, STE 275
Boca Raton, FL 33487
**Phone: 508-801-2502**
**Fax: 561-995-4189**

Email. ntroiano@reliablers.com
Web. www.reliablers.com

RRS
Reliable Review Services

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

# INVOICE

**Reliable Review Services**

**Invoice Number : 66704-1** **8/2/2021 7:11 AM CDT**

Claimant: James D Zoll
Client Claim#: 8560503
RRS Claim#: 66704-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 0.75 | 210 | $0.00 | 157.50 |

**Total Due: $157.50**

**Reviewer Details**

**Reviewer**

Fargo N Khoury - Physical Medicine & Rehabilitation

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

## Appeal Transferable Skills Analysis

**Date: 07/30/2021**
**Claimant: James D. Zoll**
**Claim #: 8560503**
**Policyholder: Toyota Motor Engineering & Manufacturing**
**Pre-disability Earnings: $4,950.40**
**Benefit Amount: $2,970.24**

A previous Transferable Skills Analysis (TSA) was completed on 12/27/20 by Vanessa Scungio MA, CRC, and I have since been asked by the Appeal Review Consultant to complete an additional report as updated medical information has been obtained.

---

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the insured's transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
Training Education, and Experience (TE&E) form, previously completed Transferable Skills Analysis (TSA) dated 12/27/20, Physical Medicine & Rehabilitation Peer Review completed by Dr. Khoury, M.D., dated 07/15/21, OASYS

**Education & Training:**
Education: High School Diploma, 3 years of junior college experience (no degree noted)
Certifications/Licensures: None reported
Computer Skills: Pay bills, read news/articles, send emails, keyboard/type 50 wpm

Last 15 years of Work History:

- Team Member Rec Inspection, TMMK [01/13-07/18] – "Sort/rework, write reports, scrap parts, forklift duties."
- Team Member Shipping/Inspection, TMMK [01/09-01/13] – "Inspect vehicle functions, diagnostics toe pit."
- Team Member Receiving, TMMK [01/95-01/09] – "Deliver parts inside, unload trucks with forklift."

**Work History:**

| DOT Code | Job Title/Occupation Title | Strength | Years |
|---|---|---|---|
| 806.684-010 | Production Assembler | M | 5 years 6 months |
| 806.687-018 | Final Inspector | L | 4 years |
| 222.387-050 | Receiving Clerk | M | 14 years |

*Given further review of the Training, Education, and Experience (TE&E) form, additional employment experiences were identified and added to the insured's work history as noted above. The updated OASYS analysis will therefore reflect all of the insured's noted experiences.

**Skills & Abilities:**
Manual/Technical – Sorting parts and components, scrapping parts, operating forklift to move and organize products, working with assembly tools or equipment, receiving deliveries, unloading trucks, delivering parts within organization, using hand—eye coordination, inspecting vehicle functions, performing diagnostics, completing precise and detailed tasks, utilizing knowledge of motor vehicles, shipping/receiving, material movement, and assembly tasks, adhering to safety procedures and protocols
Communication/Interpersonal – Speaking effectively, listening attentively, collaborating with others, working well as part of a team, utilizing problem solving skills
Organizational – Demonstrating efficiency and ability to get a job done, utilizing time management skills, multi-tasking, understanding and applying both written and verbal instructions, using basic computer and clerical skills, performing data entry operations, writing reports

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based off of the Physical Medicine & Rehabilitation Peer Review completed by Dr. Khoury, M.D., dated 07/15/21. Restrictions include the following:

- "No lift/carry more than 20 lbs. occasionally or 10 lbs. frequently
- No specific sit, stand, or walk restrictions
- Range of motion is not documented as severely impaired, as such, frequent reaching in all planes is appropriate
- Occasional forceful grasp and grip with the left upper limb; otherwise no restrictions/limitations for simple grasping, gripping, handling, and feeling
- No restrictions for balancing, kneeling, bending, stooping."

*The insured is right-hand dominant

**Profile Adjustments:**
SVP: No adjustments made

GED: Adjusted to reflect the insured's High School Diploma (Grades 9-12).

Physical adjustments were made to reflect the insured's physical abilities as noted above. Strength was adjusted to Light. Handling (i.e. grasping/gripping) was adjusted to "constantly," however any alternate occupation identified through the OASYS analysis was reviewed for the potential of forceful grasping/gripping with the left upper limb given the above noted restriction.

Environmental Conditions were adjusted to "unknown" as limitations were not specified.

Noise: Adjusted to "very loud" as no noise limitations were provided.

Aptitudes: No adjustments made

Situations adjustments, including performing effectively under stress and dealing with people, were adjusted to "yes" to reflect the insured's ability to work well in potentially dangerous or stressful environments (i.e. operating forklift, handling materials, performing receiving duties, assembling components, etc.), and interact effectively with others when working as part of a team.

Data adjustments, including coordinating and copying, were adjusted to "yes" to reflect the insured's ability to complete work tasks in an organized sequence of operations and use basic computer and clerical skills to complete reports.

People adjustments, including speaking-signaling and serving, were adjusted to "yes" to reflect the insured's ability to communicate effectively with others and tend to the needs and requests of other teammates or supervisory staff.

Things adjustments, including operating-controlling, were adjusted to "yes" to reflect the insured's ability to start, stop, adjust, control, and operate various equipment such as a forklift and other material moving or assembly machinery.

**Summary:**
The Transferable Skills Analysis identified occupations that are within the physical abilities and identified skills level.

**Examples of Occupations identified based on National labor market and the insured's ability profile analysis:**

| DOT Code | Occupation | Strength | National Monthly Wage |
|---|---|---|---|
| 806.687-018 | Final Inspector | L | $3,371 |
| 221.367-022 | Industrial-Order Clerk | S | $2,938 |
| 222.687-030 | Shipping Checker | L | $2,938 |
| 222.687-022 | Routing Clerk | L | $2,938 |
| 237.367-022 | Information Clerk | S | $2,593 |
| 372.667-030 | Gate Guard | L | $2,588 |

**Wage Information is based on median 2020 Bureau of Labor Statistical Data*

Updated 7/30/21

The previously identified occupational alternatives of Information Clerk and Gate Guard remain viable as well as the additional alternatives noted above given the insured's amended and updated work history information. The occupations of Table Worker and Compact Assembler were omitted from this report as labor market research identified these occupations are limited within the national economy.

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Respectfully submitted,

Electronically Signed
*Nicole Hall, M.S., C.R.C.*
*Vocational Rehabilitation Counselor*

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 806.684-010 | Production Assembler | 2 | 5 | 6 | Y | Y | Y | M | 06.04.22 |
| 806.687-018 | Final Inspector | 4 | 4 | 0 | Y | N | N | L | 06.03.02 |
| 222.387-050 | Shipping and Receiving Clerk | 5 | 14 | 0 | Y | N | N | M | 05.09.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 5 (6 months to 1 year) | No Change |
| Minimum | | 2 (Up to 1 month) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 3 Grades 7-8 | 4 Grades 9-12 |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 3 Grades 7-8 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | L Light |
| | Minimum | L Light | S Sedentary |
| Climbing | | Never | Unknown |
| Balancing | | Never | Constantly |
| Stooping | | Occasionally | Constantly |
| Kneeling | | Never | Constantly |
| Crouching | | Occasionally | Unknown |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | No Change |
| Handling | | Frequently | Constantly |
| Fingering | | Frequently | Constantly |
| Feeling | | Occasionally | Constantly |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Frequently | Unknown |
| Accommodation | | Frequently | Unknown |
| Color Vision | | Frequently | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Moderate | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | Yes | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | Yes |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | Yes | No Change |
| Dealing with People | No | Yes |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | Yes |
| 2 Analyzing | No | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | Yes | No Change |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | No | Yes |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | Yes | No Change |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Updated 7/30/21

**From:**Megan Collins <MCollins@reliablers.com>
**Sent:**Thu, 22 Jul 2021 17:48:50 +0000
**To:**VendorReferrals
**Cc:**Valliere, Tawnya
**Subject:**Claim 8560503, RRS 65940
**Attachments:**Knox, Claim# 8560503, RRS# 65940.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Please see the attached fax response from Dr. Knox.

Thank you,


**Megan Collins**
**Billing Clerk**
Reliable Review Services
777 SE 20th Street
Suite 270
Ft. Lauderdale, FL 33316
**Phone: 828-676-7258**

Email: mcollins@reliablers.com
Web: www.reliablers.com



*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Department of Neurology**
**1401 Harrodsburg Road**
**Suite C-240**
**Lexington, KY 40504**
**Phone- 859-258-4800**
**Fax-859-258-4740**

Lexington Clinic

# Fax

**To:** Reliable RS **From:** Craig Knox, MD

**Fax:** 561-995-4189 **Pages:**

**Phone:** **Date:** 7/22/21

**Re:** James Zoll

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

NOTICE

Any documents that accompany this facsimile transmission may contain confidential information. Such information is intended only for the use of the individuals(s) or entity named above. If you are not the intended recipient, any disclosure, copying or distribution of the contents is prohibited.

If this transmission is received in error, please notify the sender by calling the direct phone number above or toll-free at 1-800-656-6841 x- 4800. Thank you.

Lexington Clinic

LEXINGTON NEUROLOGY
1221 SOUTH BROADWAY
LEXINGTON, KY 40504-2701
Ph (859) 258-6000 Fax (859) 258-4119

Date: 07/22/2021

TO WHOM IT MAY CONCERN:

Mr. Zoll is my patient. He has migraine headaches, neck pain, migraines, familial tremor, chronic lower back pain and chronic anxiety. I last saw him on 4/8/21. His neurologic examination is normal apart from a mild sustension tremor consistent with familial tremor. He notices diminished sensation in his left arm. The rest of his examination is normal. Regarding the question about his functional deficits, he just says some numbness in the left arm. Regarding the duration of his symptoms: He has familial tremor which I suspect will gradually progressive over time. At the present time his tremors are mild. His tremors have improved with Topamax and are mild. For his migraines, he is on aimovig and uses Imitrex as needed. Recently, he has just been having 2 or 3 migraines per year. MRI scan of brain was normal. He does have some chronic neck pain and chronic lower back pain. MRI of cervical spine shows a bulging disc extending to the left at C6-7 level and EMG of the left arm showed borderline findings for left C7 radiculopathy. He does have chronic lower back pain with to broad-based disc protrusions, numbness in the left foot. EMG showed a chronic left L5 radiculopathy. I suspect the degenerative disc disease in the cervical and lumbar spine will gradually progressive over time. I'm not planning on doing any "interventions". On his last visit, his migraines were improving, lower back pain had resolved, still having some neck pain. He is on aimovig and Imitrex for migraines. I claim no knowledge of how to assess for work restrictions. I'll usually refer patients to PMNR for that.

Sincerely,

Electronically Signed by: CRAIG A KNOX, MD
07/22/2021

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- [x] JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- [ ] PHYSICAL JOB EVALUATION FORM (if available)
- [x] UPDATED MEDICAL WITH CLEAR R&L'S
- [x] TRAINING-EDUCATION-EXPERIENCE FORM
- [x] MANAGER APPROVAL (if required)
- [ ] ATTORNEY INFO (if applicable)

FROM: Tawnya Valliere DATE: Tuesday, July 20, 2021

## CLAIM BACKGROUND

Claimant Name: JAMES D ZOLL Claim Number: 8560503

- [ ] STD
- [x] FULLY INSURED ( THRESHOLD $ )
- [x] LTD
- [ ] ASO
- [ ] LIFE

Has MDS worked the claim? [ ] YES [x] NO

Employer: TOYOTA MOTOR ENGINEERING & MAN

Change In DEF. Date: 01/17/2021

Pre-Disability Earnings: $4,950.40 / M (mode) Claim Service Type: ADOP

**Document Locations**

- [x] Document List
- [x] Correspondence
- [ ] Paper File

**Case Manager's Recommendations / Reason For Referral:**

Please complete updated TSA taking into consideration PM&R peer review dated 07/15/2021 by Dr. Fargo Khoury and gainful wage amount of $2970.24/mo.

Reliable Review Services
777 SE 20th Street
Suite 270
Ft. Lauderdale, FL, 33316
Toll Free: 877-890-0123
**Fax: 561-995-4189**

Reliable Review Services

# Fax :

**To**: Dr. Stephen Lamb | **From:** Reliable RS

**Fax:** 859-309-1802 | **Date:** July 16, 2021

**Re:** James D Zoll | **RRS ID:** 65939

As an Independent Peer Reviewer, Eric M Chavez, MD, on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax.
**Please respond by 7/30/2021.**

How long have you been treating the claimant?
How often do you see the claimant?
What diagnosis have you made?
What symptoms is the claimant experiencing?
How do the claimant's symptoms impact functioning?
How has the claimant been responding to the treatment plan?
Has the claimant been compliant with the treatment plan?
Did you recommend that the claimant stop working due to a psychiatric condition?
If you recommended that the claimant stop working, what are the findings on exam that lead you to believe that the claimant is disabled from working? How long do you expect the disability to last?
What is the claimant's prognosis?
Have you ever referred the claimant to a higher level of care?
Do you believe that there are any reasons other than psychiatric symptoms that are preventing the claimant from returning to work?
Have you discussed a return to work plan with the claimant?
What efforts at return to work has the claimant made?
What modifications could be made to the treatment plan to help the claimant return to work?
Is there anything else you would like to tell me about this claimant's situation?

E Chavez MD

Eric M Chavez, MD
Board Certified
Psychiatry
Expertise in: Addiction Psychiatry, Addiction Medicine
CA - A 67412
GA - 057056
July 16, 2021

Date: 7/16/2021
To: Tawnya Valliere
LINCOLN FINANCIAL GROUP
Re: RRS ID: 65939

---

Claimant: James D Zoll
Claim #: 8560503
Line of Business: Disability
Review Type: LTD
Review Level: Initial
Advisory Report

## Clinical History

This review is from a Psychiatry perspective. The claimant is a 52 year old male who has a listed diagnosis of pain in left shoulder. This review is to determine if the claimant was functionally impaired from 1/17/2021 to the present. The claimant's first date of disability was noted to be 7/19/2018.

- There are multiple pages of physician orders for physical therapy.
- I reviewed the transferable skills analysis form. The job title is production assembler.
- There is an undated handwritten note from the claimant stating that records for the rehabilitation Hospital were submitted on compact disc.
- There are multiple pages of radiology reports.
- There are multiple pages of laboratory test results.
- There are multiple pages of orthopedic arthroscopic images.
- 1/10/18 the claimant completed a survivor/estate information form.
- 7/31/18 there is an occupational therapy assessment. There are additional occupational therapy notes and physical therapy notes: 8/23/18, 10/23/18, 11/13/18, 11/20/18, 7/31/18, 8/23/18, 10/23/18, 11/13/18, 11/20/18, 11/8/18, 11/6/18, 11/1/18, 10/30/18, 10/25/18, 10/23/18.
- 12/14/18 the claimant completed a family information questionnaire. The claimant completed an information form listing his current treatment providers and his family relationships. He listed his normal physical activities and daily activities.
- 12/28/18 there is a physical therapy note. There are additional physical therapy notes: 10/23/18, 1/3/19, 7/19/18, 1/10/19, 1/14/19, 1/17/19, 1/21/19, 1/24/19, 1/30/19, 2/1/19, 2/4/19, 2/7/19, 2/11/19, 2/13/19, 2/18/19, 2/21/19, 2/25/19, 2/28/19, 3/5/19, 3/7/19, 3/11/19, 3/13/19, 3/22/19, 3/25/19, 3/28/19, 4/1/19, 4/4/19, 4/10/19, 4/22/19, 4/25/19, 4/29/19, 5/1/19, 5/6/19, 5/8/19, 5/13/19, 5/15/19, 6/3/19, 6/11/19.
- 1/8/19 orthopedic note from Bethany Begley PAC. He presented for a postop recheck plan to review MRI results. Diagnosis was postoperative care.
- 2/2/19 orthopedic note from Bethany Begley PAC. The claimant presented for postoperative



Lincoln/Zoll 0918

care with report of continued pain.

- 2/19/19 orthopedic note from Bethany Begley PAC. He continues to complain of pain and presented for a recheck. Diagnosis was postoperative care.
- 2/19/19 letter from Bethany Begley PAC. The claimant is unable to return to work until 2/19/19.
- 3/22/19 there is a physical therapy/occupational therapy note. There are additional notes dated: 3/25/19, 3/28/19, and 3/9/20.
- 4/2/19 4/2/19 orthopedic note from Bethany Begley PAC. He presented for a postoperative check but continues to complain of pain. Diagnosis was postoperative visit, myofascial pain.
- 4/2/19 orthopedic note from Bethany Begley PAC. The claimant presented to for follow-up orthopedic care for left shoulder pain.
- 4/3/19 the claimant had a physical therapy appointment.
- 4/5/19 primary care note from Mary Oakes PAC. The claimant complained of a migraine and nausea. Diagnosis was migraine.
- 4/8/19 primary care note from John Ziegler MD. He complains of increased migraines. He now request to see the neurologist more frequently. He has reflux and continued pain. Diagnosis is migraine, mood disorder, and hyperlipidemia. He will be referred to the neurologist.
- 4/8/19 the claimant had a physical therapy assessment.
- 4/11/19 there is a letter from a physical therapist.
- 4/15/19 the claimant had a physical therapy assessment.
- 4/17/19 orthopedic note from Daniel Hackett MD. The claimant has pain in left acromion clavicular joint. He is status post left rotator cuff repair with continued pain.
- 4/17/19 orthopedic note from Daniel Hackett MD. Complains of a left shoulder problem which began in July 2018. Diagnosis was left acromion clavicular joint pain.
- 4/18/19 neurology note from Craig Knox MD. The claimant presented for consultation of migraine, neck pain, tremor, poor balance. He was referred by Dr. Ziegler. Diagnosis is migraine, neck pain, tremor, chronic anxiety, poor balance.
- 4/18/19 neurology note from Craig Knox MD. He complained of a headache and tremor. Diagnosis is migraine, tremor, poor balance.
- 5/8/19 letter from Daniel Hackett MD. The claimant was seen in the provider's office.
- 5/8/19 letter from Craig Knox MD with progress note stating that the claimant was treated for migraine, neck pain, tremor, chronic anxiety, poor balance. He has a mild tremor and chronic neck pain. He complained of poor balance.
- 5/15/19 letter from Daniel Hackett MD. The claimant may return to work with no lifting, pushing, or pulling more than 5 pounds.
- 5/15/19 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder problem. Diagnosis was pain and left acromion clavicular joint.
- 6/3/19 there is a physical therapy note.
- 6/4/19 primary care note from Craig Knox MD. He complains of neck pain and low back pain. Diagnosis is migraine, cervical radiculopathy, lumbar radiculopathy, mood disorder, impotence, pain of left shoulder, thoracic back pain.
- 6/19/19 neurology note from Craig Knox MD. The claimant presented for follow-up of migraine, neck pain, tremor, poor balance. He was recommended to get a brain MRI and cervical MRI.
- 6/19/19 neurology note from Craig Knox MD. He presented to follow-up on migraine, neck pain, poor balance, and tremor.

- 6/24/19 medical note from Brandon Gish MD. The claimant presented for assessment of neck pain and upper extremity pain. Diagnosis was cervical radiculopathy, left rotator cuffs syndrome, neck pain.
- 6/26/19 orthopedic note from Daniel Hackett MD. He presented for follow-up of left shoulder problem which started in July 2016. Diagnosis was pain and left acromion clavicular joint.
- 6/26/19 letter from Daniel Hackett MD. The claimant may return to work with no lifting over 5 pounds.
- 6/26/19 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint.
- 7/3/19 orthopedic note from Daniel Hackett MD. The claimant presented to follow-up after left rotator cuff surgery.
- 7/16/19 primary care note from Brandon Gish MD. He presented for cervical epidural steroid injection.
- 7/25/19 there is a claimant information completed by the claimant reporting arthritis in acromion clavicular joint and cervical neck pain.
- 7/25/19 there are multiple pages of physical therapy records reporting that the claimant attended physical therapy on a regular basis through 10/31/19. Individual notes include physical therapy notes dated: 9/25/19, 7/25/19, 10/31/19, 10/29/19, 10/24/19, 10/21/19, 10/17/19, 10/15/19, 10/10/19, 10/7/19, 9/25/19, 9/23/19, 9/20/19, 9/18/19, 9/12/19, 9/9/19, 9/5/19, 9/3/19, 9/4/19, 8/29/19, 8/26/19, 8/21/19, 8/19/19, 8/15/19, 8/12/19, 8/9/19, 8/6/19, 8/1/19, 7/29/19, 7/25/19, 11/19/19, 10/24/19, 9/25/19, 9/3/19.
- 7/31/19 psychiatry note from Stephen Lamb MD. He was self-referred. He reports he had an accident last year with himself when hiking and injured his left shoulder and cervical spine. He stopped taking Zoloft and started taking Pristiq. He has been off work one year. He sleeps 9 or 11 hours. He has low sex drive. He saw psychiatrist in the 1990s for social phobia and depression. Mental status exam shows monotone speech. He reports his father was abusive. Diagnosis is major depression, social anxiety, and rule out generalized anxiety. The plan was to increase Pristiq dose and keep a mood journal.
- 8/19/19 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint.
- 8/19/19 there is a physical therapy note.
- 8/23/19 medical note from Brandon Gish MD. He presented for cervical epidural steroid injection.
- 9/4/19 psychiatry note from Stephen Lamb MD. Diagnoses include major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. He completed a mood chart but no she is not much better. He reports he has some stress because his partner was diagnosed with renal carcinoma. The plan was to increase Pristiq up to 100 mg.
- 9/19/19 primary care note from John Ziegler MD. The claimant presented to complain of back pain. Diagnosis was low back pain.
- 10/9/19 endocrinology note from Walaa Ayoub MD. The claimant presented to follow-up on hypogonadism.
- 10/15/19 psychiatry note from Stephen Lamb MD. Diagnoses include major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. He does not believe Pristiq is working and he wants to restart Zoloft. He has some life stressors. The plan was to taper and discontinue Pristiq

and start Zoloft.

- 10/18/19 medical note from Amber Easley NP. He complained of neck pain and request for pain management. Diagnosis was cervical radiculopathy and left rotator cuff syndrome.
- 10/31/19 there is a physical therapy note.
- 10/31/19 there is a physical therapy note.
- 11/4/19 orthopedic note from Daniel Hackett MD. He presented to follow-up on his left shoulder problem. Diagnosis is pain and left acromion clavicular joint.
- 11/4/19 letter from Daniel Hackett MD. The claimant may return to work with no pushing, pulling, lifting more than 5 pounds.
- 11/4/19 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint.
- 11/12/19 primary care note from John Ziegler MD. He needed refills. His myalgia is stable. He saw his psychiatrist and quit taking Pristiq. Diagnosis is migraine, mood disorder, and hyperlipidemia.
- 11/15/19 medical note from Brandon Gish MD. He presented for cervical epidural steroid injection. Diagnosis was cervical radiculopathy.
- 11/22/19 letter from Daniel Hackett MD. The provider is the claimant's provider and he may return to work with no pushing or pulling over 5 pounds.
- 11/22/19 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint.
- 12/3/19 neurology note from Craig Knox MD. The claimant complains of neck pain and essential tremor. He also has migraine headache.
- 12/3/19 neurology note from Craig Knox MD. He complains of low back pain, neck pain. He reports migraines are somewhat worse. Diagnosis is migraine, neck pain, tremor, poor balance.
- 12/5/19 primary care note from John Ziegler MD. He has a flareup of lumbar radiculopathy. Diagnosis was left lumbar radiculopathy, probable osteoarthritis.
- 12/16/19 psychiatry note from Stephen Lamb MD. Diagnoses include major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. He feels better on Zoloft. He is going to have an operation on Friday. He will continue Zoloft.
- 12/20/19 operative report from Daniel Hackett MD. Procedure performed was left shoulder acromion clavicular arthroscopic surgery.
- 12/20/19 there is an anesthesia record.
- 12/20/19 there is a post anesthesia care record.
- 1/3/20 medical note from Brandon Gish MD. He presented for follow-up of neck pain with diagnosis of cervical radiculopathy, left rotator cuff syndrome, lumbar spondylosis, long-term drug treatment.
- 1/6/20 orthopedic note from Daniel Hackett MD. Diagnosis was left acromion clavicular joint pain, status post left rotator cuff repair. The claimant continues to have pain and will continue in physical therapy.
- 1/9/20 endocrinology note from Walaa Ayoub MD. The claimant has a history of hyperlipidemia, chronic pain, depression. He presents for follow-up of hypogonadism. Diagnosis is hypogonadism.
- 1/16/20 medical note from Brandon Gish MD. Procedure performed was lumbar medial branch block.
- 1/20/20 there is a compass health rehabilitation information form completed by the claimant. He reported he has frozen shoulder.

- 1/20/20 there are multiple pages of physical therapy records with physician orders recommending physical therapy and specific physical therapy exercises. There are a series of physical therapy records with specific dates noted on: 4/21/20, 3/18/20, 3/16/20, 3/11/20, 3/9/20, 3/4/20, 3/2/20, 2/26/20, 2/24/20, 2/21/20, 2/19/20, 2/17/20, 2/14/20, 2/12/20, 2/10/20, 2/7/20, 2/5/20, 2/3/20, 1/31/20, 1/29/20, 1/27/20, 1/24/20, 1/22/20, 1/20/20.
- 1/20/20 rheumatology note from Susanna Moberly NP. The claimant is a 51-year-old male presenting for evaluation for joint pain. He has a disability hearing coming up after working at Toyota for 31 years. He complains of joint pain. Diagnosis is multiple joint pain.
- 2/5/20 letter from Daniel Hackett MD. The claimant may return to work with no lifting or use of upper extremity.
- 2/5/20 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint. The claimant presented for postop visit.
- 2/10/20 psychiatry note from Stephen Lamb MD. Diagnoses include major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. He reports his mood is depressed and he has trouble with his partner not helping him. He reported moderate anxiety. He was let go from Toyota because they cannot restore him to full duty. He will continue Zoloft.
- 2/25/20 pain management note from Chris Swayze MD. The claimant is a 51-year-old male referred by Daniel Hackett MD to help manage pain in left shoulder. He had a left shoulder problem several years ago which was managed conservatively. He worked at the Toyota motor Manufacturing unit but fell on some rocks while hiking and sustained a shoulder injury. He had surgery on his wrist. He reported a shoulder arthroscopy. This is not complex regional pain syndrome and he does not meet the criteria. He has symptoms of left cervical radiculopathy with MRI abnormality. They discussed the available options.
- 3/3/20 primary care note from John Ziegler MD. He stated his daughter is having a baby and he needs to get a vaccination. He complains of low back pain and stress. He might have an ear infection. Diagnosis is migraine, mood disorder, carbuncle, hyperlipidemia, immunization update.
- 3/4/20 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint. The claimant presented for postop visit.
- 3/4/20 there is a physical therapy note.
- 4/10/20 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint. He continues to have pain in presented for postop visit.
- 4/13/20 psychiatry note from Stephen Lamb MD. Diagnoses include major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. His mood is significantly better. His partner is helping with the finances. He is planning to attend a hearing at Toyota and may be terminated after 31 years. He will continue Zoloft and also takes amitriptyline.
- 4/27/20 primary care note from John Ziegler MD. He is concerned about candidiasis. He has not been going to physical therapy. Diagnosis is candidiasis, migraine headache, and hyperlipidemia.
- 5/4/20 pain management note from Chris Swayze MD. The claimant presented to follow-up on left shoulder pain. He has tried several pain medication. Diagnosis was left shoulder pain with nonresponse to 2 different operations nor medication.
- 5/6/20 letter from the claimant stating he recently saw his pain management doctor on 5/4/20, Chris Swayze MD. He is going to attend physical therapy.
- 5/6/20 the claimant sent an email stating that a letter from his physical therapist was enclosed.

- 5/16/20 orthopedic note from Daniel Hackett MD. The claimant presented to follow-up on left shoulder problem. He had a left rotator cuff repair.
- 5/26/20 letter from Daniel Hackett MD. The claimant may return to work with no pushing, pulling, lifting over 5 pounds.
- 5/26/20 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint. He continues to have pain in left shoulder. He is 6 months after surgery.
- 5/29/20 there is a physical therapy note. There are additional physical therapy notes dated: 5/21/20, 5/18/20, 5/11/20.
- 6/1/20 there is a physical therapy note. There are additional physical therapy notes: 6/4/20, 6/9/20, 6/12/20, 6/15/20, 6/18/20, 6/22/20, 6/25/20, 6/30/20, 7/2/20, 7/6/20, 7/9/20, 7/14/20, 7/16/20, 7/20/20, 7/23/20, 7/29/20, 8/5/20, 8/12/20, 8/19/20, 8/26/20, 9/2/20, 9/9/20, 9/16/20, 9/23/20, 9/30/20, 10/7/20, 10/14/20, 10/21/20, 10/29/20, 11/4/20, 11/11/20, 11/17/20, 11/24/20, 12/8/20, 12/21/20, 1/5/21, 2/1/21, 2/15/21, 3/1/21, 4/12/21, 4/26/21.
- 6/3/20 letter from Social Security Administration stating that there is a notice of decision which was fully favorable. The impairments were due to degenerative disc disease of cervical and lumbar spine, repair of left rotator cuff, repair of open reduction and internal fixation of wrist, migraine, depression, anxiety.
- 6/4/20 medical note from Craig Knox MD. The claimant presented to follow-up on migraine, tremor, neck pain, chronic low back pain, and chronic anxiety and balance problems. He was taking amitriptyline, Klonopin.
- 6/4/20 neurology note from Craig Knox MD. He presented to follow-up on neck pain, tremor, and migraine.
- 6/4/20 neurology note from Craig Knox MD. He presented for follow-up and his migraines are slightly worse. Diagnosis is migraine, neck pain, tremor, poor balance.
- 6/8/20 pain management note from Chris Swayze MD. He started physical therapy and they have been working on his low back and shoulder. Diagnosis is low back pain and shoulder pain.
- 6/8/20 psychiatry note from Stephen Lamb MD. Diagnoses include major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. He still has trouble with pain. He states that Zoloft is not doing as well as it used to. He will see a pain doctor soon. The plan was to taper off Zoloft, start Viibryd and titrate up.
- 6/14/20 letter from Social Security Administration stating that the claimant became disabled under Social Security rules on 12/21/18.
- 7/27/20 orthopedic note from Daniel Hackett MD. The claimant presented for a postoperative checkup after acromion clavicular joint surgery.
- 7/27/20 orthopedic note from Daniel Hackett MD. He presented to follow-up 6 months after left shoulder arthroscopic surgery.
- 7/27/20 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint. He continues to have pain in left shoulder. He is 8 months status post surgery.
- 7/28/20 pain management note from Chris Swayze MD. He did a trial of nortriptyline and reports it made him drowsy. Diagnosis was low back pain, shoulder pain.
- 7/28/20 psychiatry note from Stephen Lamb MD. Diagnoses include major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. He states he feels a little better on

new medication. His sleep is okay. His coworkers looked down on him because of disability. He had conflict with his father recently. His mood is better. The plan was to increase dose of Viibryd.

- 9/8/20 pain management note from Chris Swayze MD. The claimant presented to follow-up and reports that his neck is somewhat better. Diagnosis is low back pain with prescription for amitriptyline, left shoulder pain.
- 9/11/20 primary care note from John Ziegler MD. He presented for labs and flu shot. He in general feels well overall. He has been seeing his neurologist. Diagnosis is hyperlipidemia, migraine, mood disorder, high-risk sexual activity and would like to start preexposure prophylaxis for HIV.
- 9/21/20 orthopedic note from Daniel Hackett MD. The claimant presented for follow-up after acromion clavicular joint surgery.
- 9/21/20 orthopedic note from Daniel Hackett MD. Diagnosis was pain and left acromion clavicular joint, status post rotator cuff surgery. He presents for a postoperative visit 9 months after left shoulder surgery.
- 9/21/20 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint. The claimant is 9 months postop and continues to have pain in left shoulder.
- 9/28/20 the claimant completed a supplementary statement reporting he is getting Social Security disability payments. He states he still has complications from his left shoulder which is painful. He listed his daily activities.
- 10/13/20primary care note from An Yu Chen MD. He complained of a rash on his neck. He has a rash on his scalp. Diagnosis is folliculitis.
- 10/14/20 there is an after visit summary from S. Umansky MD stating that the claimant was treated for cubital tunnel syndrome.
- 11/23/20 there are electrodiagnostic test results showing older neuropathy, cervical radiculopathy chronic.
- 11/23/20 orthopedic note from S Umansky MD. The claimant was assessed for focal dystonia and cubital tunnel syndrome.
- 11/23/20 neurology note from Craig Knox MD. The claimant presented to follow-up on migraine, tremor, and neck pain.
- 12/7/20 neurology note from Craig Knox MD. The claimant presented to follow-up on migraine, tremor, neck pain, chronic low back pain, balance problem, chronic anxiety. He is reported to be taking Pristiq.
- 12/7/20 there are electrodiagnostic test results showing cervical radiculopathy.
- 12/7/20 neurology note from Craig Knox MD. The claimant presented to follow-up on migraine headache, neck pain, and tremor. He has poor balance.
- 12/8/20 primary care note from John Ziegler MD. He states he has been seeing a psychiatrist and he feels his mood is going pretty well with Viibryd. He has some mild depression but it is manageable. He has some anxiety which is manageable. Mental status exam shows improved mood. Diagnosis is hyperlipidemia, mood disorder, and migraine headache.
- 12/16/20 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint. The claimant presented for postop visit and continues to have pain in shoulder.
- 12/17/20 there is a PMR peer review report from John Ziegler MD Zheng DO. The diagnoses include pain and left acromion clavicular joint, status post rotator cuff repair, low back pain, cubital

tunnel syndrome, lumbar disc displacement, cervical spinal stenosis, focal dystonia. Physical restrictions and limitations were outlined.

- 12/21/20 pain management note from Chris Swayze MD. He was not seen since September. He continued medication amitriptyline and diclofenac. He continues to have musculoskeletal low back pain with some improvement with current medication and possible cervical radiculopathy.
- 3/8/21 orthopedic note from Daniel Hackett MD. He presented to follow-up on left shoulder pain. Diagnosis was pain and left acromion clavicular joint. He presented for postop visit and is now 15 months after surgery.
- 3/16/21 primary care note from John Ziegler MD. He stated he needed to get blood work completed. Diagnosis is hyperlipidemia, mood disorder, high-risk sexual behavior, hyperglycemia. He is treated with Klonopin.
- 3/18/21 pain management note from Chris Swayze MD. He presented for a follow-up. Although things are not great, he is getting along. He continues to have musculoskeletal low back pain.
- 4/8/21 neurology note from Craig Knox MD. He reports migraines are stable. He has been treating in a pain clinic and continues to have neck pain. Diagnosis is migraine, neck pain, tremor, poor balance.
- 4/23/21 medical note from John Ziegler MD. The claimant was seen for chest pain. Diagnosis was chest pain, costochondritis, mood disorder.
- 4/29/21 there is a letter from the claimant's law firm stating they represent the claimant for his application for long-term disability.
- 4/29/21 there is a letter from the claimant's law firm.
- 6/17/21 there is a letter from the claimant's law firm.
- 6/25/21 there is a letter from the claimant's law firm stating that the claimant is disabled and disputing the denial letter. The claimant is limited in his physical ability to complete his job due to pain which forced him to step away from his occupation. He has had treatment for neck pain, lumbar radiculopathy, arm and hand radiculopathy, migraine, low back pain, chronic pain. He was approved for Social Security disability.
- 6/25/21 there is a letter from the claimant's law firm requesting the appeal for his disability claim for long-term disability.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 7/8/2021 4:01 PM EDT | Office voicemail | I attempted to contact Dr. Stephen Lamb. I left a message requesting a call back to complete a peer review for the claimant. |
| 7/9/2021 11:00 AM EDT | Office voicemail | I attempted to contact Dr. Stephen Lamb. I left a message requesting a call back to complete a peer review for the claimant. |
| 7/12/2021 5:34 PM EDT | Voicemail | I received a voicemail from Dr. Stephen Lamb. The provider left a voicemail asking me to call him at 859-797-0498. |

| | | |
|---|---|---|
| 7/12/2021 6:39 PM EDT | Tricia | I attempted to contact Dr. Stephen Lamb. This is not the provider's number. The number is 859-797-0496. |
| 7/12/2021 6:41 PM EDT | Dr. Stephen Lamb | I attempted to contact Dr. Stephen Lamb. The provider is busy right now but will call me back in a few minutes. |
| 7/12/2021 6:47 PM EDT | Dr. Stephen Lamb | I made contact with Dr. Stephen Lamb. He advised he is driving in a car will call me tomorrow to try to schedule the peer review. |

## Questions and Reviewer's Response

**1. What diagnoses are supported by the medical evidence?**

The reported diagnoses include major depressive disorder, social anxiety disorder, and rule out generalized anxiety disorder. However, there is insufficient evidence to support those diagnoses. The supported diagnoses include unspecified depressive disorder and unspecified anxiety disorder.

The above diagnoses are not supported by the medical evidence because there is no clear description or characterization of specific symptoms sufficient to meet the DSM-V criteria for those diagnoses.

**2. Does the medical evidence support any diagnoses causing functional impairment from 01/17/2021 to the present? Please explain your medical rationale as to why or why not.**

The medical evidence does not support any psychiatric diagnosis causing functional impairment from 1/17/21 to the present.

For the timeframe under review, there are no psychiatric progress notes or psychotherapy notes available for review. There is documentation from the primary care provider stating that the claimant is seeing a psychiatrist but there is no description or characterization of any severe psychiatric symptom and there is no documentation of abnormality on mental status exam. The most recent psychiatric visit is from July 2020 and notes that the claimant is improving with his current medication Viibryd.

Specific documents to support my opinion include:
For the timeframe of 1/17/21 through the present, there are no specialized mental health progress notes, psychiatric treatment notes, or psychotherapy notes available for review. The most recent psychiatric visit is dated 7/28/20 and includes a report of diagnoses of major depressive disorder, social

anxiety disorder, and rule out generalized anxiety disorder. The claimant at that time reported feeling better on new medications. His sleep was okay. His coworkers were looking down on him because of his disability. His mood was better. The plan was to increase dose of Viibryd. For the specific time frame of 1/17/21 and forward, the available progress notes are: 3/8/21 and orthopedic visit, on 3/16/21 a primary care visit noting that he was taking Klonopin with no discussion of psychiatric symptoms or documentation of abnormality on mental status exam, 3/18/21 a pain management visit, 4/8/21 a neurology visit, 4/23/21 a primary care visit noting that the claimant was seen for chest pain.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.**

Not applicable.

**4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.**

The claimant has comorbid conditions of chronic pain and left shoulder, cervical radiculopathy, low back pain, hypogonadism. Determination as to whether or not those medical conditions cause functional impairment will be determined by the appropriate specialist.

**5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 01/17/2021 forward? Please explain why or why not.**

The documentation provided does not support any psychiatric condition alone or in combination that would preclude the claimant from sustained occupational functioning on a full-time basis from 1/17/21 and forward.

The claimant has a history of being treated for anxiety and depression symptoms at the outpatient level of care. He is managed with medication management. There is reference to the fact that the claimant started a new medication in 2020. The most recent available psychiatric progress note is from July 2020 and indicates that the claimant is responding to medication. For the timeframe of 1/17/21 and forward, there is no documentation which describes or characterizes any severe psychiatric symptoms or abnormalities on mental status exam. There is no documentation of any ongoing psychotherapy or other high level of psychiatric care.

**6. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.**

**(Dr. Stephen Lamb tel: 859-253-9024 fax: 859-309-1802). If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.**

Please see documentation of attending provider contact above.

## Assessment/Rationale

The claimant is a 52-year-old male previously employed at Toyota manufacturing who reported disability as of 7/19/18 with diagnosis of pain in left shoulder. For the timeframe under review of 1/17/21 and forward, there is no documentation to support psychiatric functional impairment or the need for psychiatric limitations or restrictions. The claimant has a history of social anxiety disorder and major depressive disorder. The most recent available psychiatric progress note is from July 2020 which indicates that his mood and anxiety are better since starting a new medication Viibryd. For the timeframe under review, there are no psychiatric progress notes or psychotherapy progress notes. There are no medical notes which document any description or characterization of severe or ongoing psychiatric symptoms or abnormalities on mental status exam.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

EChz MD

Eric M Chavez, MD
Board Certified
Psychiatry

Expertise in: Addiction Psychiatry, Addiction Medicine
CA - A 67412
GA - 057056

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 12/20/2019 | Preoperative Orders | Daniel J. Hackett Jr, MD and M. Isaac, RN |
| 12/20/2019 | Physician Note (s) & Orders | Daniel J. Hackett Jr, MD |
| 12/20/2019 | Consent for Operation/Procedure | Claimant |
| 12/20/2019 | Preoperative Nursing Form | M. Isaac, RN |
| 12/20/2019 | Medication Reconciliation Form | M. Isaac, RN |
| 12/20/2019 | Pre & Post - Anesthesia Evaluation Form | Signature Illegible (ASC & OBSF Department of Anesthesiology) |
| 12/20/2019 | ASC/OBSF Anesthesia Record | Signature Illegible |
| 12/20/2019 | Consent for Anesthesia Services | Claimant |
| 12/20/2019 | Procedure Information Chart Notes | Daniel J. Hackett Jr, MD |
| 12/08/2019 | Lab Results | Baptist Health |
| 12/08/2019 | ECG 12 Lead | Kevin Scully, MD |
| 05/16/2019, 12/20/2019 | Patient Information Form | Kentucky Bone and Joint Surgeons |
| 12/20/2019 | Safe Surgery Checklist | M. Isaac, RN |
| 12/20/2019 | Post Operative Orders | Kentucky Surgery Center |
| 12/20/2019 | Post Anesthesia Record | Kentucky Surgery Center |
| 12/20/2019 | Preoperative Antibiotic Form | Daniel J. Hackett Jr, MD |
| 12/20/2019 | CMS Quality Reporting Measures | Kentucky Surgery Center |
| 12/20/2019 | Discharge Orders/Instructions | Kentucky Surgery Center |
| 12/20/2019 | Kentucky Surgery Center Surgical Record | Kentucky Surgery Center |
| 05/11/2020 | Initial Evaluation | Tim Barnett, MSPT |
| 01/19/2021 | Cancel/No Show | Tim Barnett, MSPT |
| 03/01/2021 | Progress Note | Tim Barnett, MSPT |
| 02/25/2020 | New Patient Consultation Note | Chris Swayze, MD |
| 05/16/2019 | Referral/Authorization | Daniel J. Hackett Jr, MD |
| Undated | Anthem Insurance Card | Claimant |



Lincoln/Zoll 0929

| | | |
|---|---|---|
| 05/15/2019 | Current Medications List | Stephanie Wagers |
| 05/12/2021 | Facesheet | Commonwealth Pain Associates, PLLC |
| 10/18/2019 | Clinical Encounter Summaries | Amber Easley, NP |
| 10/18/2019 | Full Clinical Report | Amber Easley, NP |
| 01/03/2020, 01/08/2020 | Lab Results | Commonwealth Pain Associates PLLC |
| 01/01/2019 to 05/14/2021 | Medical Records - Confidential | KY - Lexington Clinic Aneshia V. |
| 04/08/2019, 06/04/2019, 09/19/2019, 11/12/2019, 12/05/2019, 03/03/2020, 04/27/2020, 09/11/2020, 10/01/2020, 12/08/2020, 03/16/2021, 04/22/2021 | Clinical Encounter Summaries | John P. Ziegler, MD |
| 04/22/2021 | Unconfirmed Report | Unknown |
| 10/14/2020, 11/23/2020 | Clinical Encounter Summaries | Stephen C. Umansky, MD |
| 10/13/2020 | Clinical Encounter Summaries | An-Yu Chen, MD |
| 01/20/2020 | Clinical Encounter Summaries | Susanna Moberly, APRN |
| 10/09/2019, 01/09/2020 | Clinical Encounter Summaries | Walaa A. Ayoub, MD |
| 04/03/2019, 04/08/2019, 04/15/2019 | Clinical Encounter Summaries | John W. Lockhart II, PT |
| 04/05/2019 | Clinical Encounter Summaries | Mary Oaks, PA-C |
| 07/06/2021 | Lincoln Financial Group - Independent Evaluation Peer Review | Tawnya Valliere |
| 07/25/2019 - 10/31/2019 | Electronic Medical Record | Encompass |
| Undated | Encompass Electronic Medical Record Definitions | Unknown |
| 09/19/2019 | Rx Form | John Ziegler, MD |
| 07/16/2019, 08/23/2019 | Referral Orders | Brandon Gish, MD |
| 07/25/2019, 01/20/2020 | Outpatient Therapy Cancellation Policy and Smoking Policy | Claimant |
| 07/25/2019, 01/20/2020 | Encompass Health Outpatient Facesheet | Encompass Health |
| 07/25/2019, 01/20/2020 | Consent to Treatment (Outpatient Department) | Claimant |
| 07/25/2019, 01/20/2020 | Acknowledgement of Receipt of Notice of Privacy Practices | Claimant |
| 07/25/2019 | Outpatient Information Record/History Assessment | Jennifer Hensley, PT |
| 07/18/2019, 07/25/2019, 08/26/2019, 09/12/2019, 10/24/2019, 01/06/2020, 01/20/2020 | Physician Orders | Layda Blair |
| 07/25/2019, 09/19/2019, 11/20/2019, 01/20/2020, 03/02/2020, 03/16/2020, | Physician Orders | System |

| | | |
|---|---|---|
| 03/30/2020 | | |
| 10/24/2019, 01/20/2020 | Physician Orders | Julie Arseneau, DPT |
| 07/18/2019, 07/25/2019, 08/05/2019, 08/26/2019, 09/12/2019, 09/25/2019 | Physician Orders | Deborah Bowyer |
| 07/25/2019, 08/05/2019, 08/26/2019, 09/12/2019, 09/25/2019, 01/20/2020 | Physician Orders | Patrick Fifield, PTA |
| 09/12/2019, 09/19/2019 | Physician Orders | Angela Hale, PT |
| 07/18/2019, 07/25/2019, 08/05/2019, 08/26/2019, 01/06/2020, 01/20/2020, 03/02/2020 | Physician Orders | Jennifer Hensley, PT |
| 08/26/2019 | Physician Orders | Arianne Zencka, Admission Representative |
| 08/26/2019 | Physician Orders | Stephanie Caudill, DPT |
| 07/25/2019 | Physician Orders | Ashton Tackett, PTA |
| 07/25/2019 | Allergies | Cardinal Hill Rehabilitation Hospital |
| 07/25/2019 | Allergy History | Jennifer Hensley, PT |
| 07/25/2019, 08/01/2019, 08/08/2019, 08/15/2019, 09/09/2019, 10/15/2019, 10/17/2019, 10/24/2019, 10/31/2019, 11/04/2019, 02/26/2020, 03/11/2020, 03/16/2020, 03/18/2020 | IView | Jennifer Hensley, PT |
| 10/29/2019, 01/22/2020, 02/12/2020, 02/14/2020 | IView | Jullie Arseneau, DPT |
| 08/06/2019, 08/21/2019, 08/26/2019, 09/03/2019, 09/05/2019, 09/12/2019, 09/18/2019, 09/20/2019, 09/23/2019, 10/07/2019, 10/10/2019, 10/15/2019, 10/17/2019, 10/21/2019, 01/24/2020, 02/07/2020, 02/17/2020, 02/21/2020 | IView | Patrick Fifield, PTA |
| 09/25/2019, 04/21/2020 | IView | Angela Hale, PT |
| 08/29/2019 | IView | Stephanie Caudill, DPT |
| 07/29/2019, 08/12/2019, 08/19/2019 | IView | Ashton Tackett, PTA |
| 09/25/2019 | PT Updated Certification Letter | Angela Hale, PT |
| 07/25/2019 | PT Initial Certification Letter | Jennifer Hensley, PT |
| 08/01/2019, 08/08/2019, 08/15/2019, 09/09/2019, 10/24/2019, 10/31/2019, | OP PT Daily Documentation | Jennifer Hensley, PT |

| | | |
|---|---|---|
| 03/16/2020 | | |
| 10/29/2019, 01/22/2020, 02/12/2020, 02/14/2020 | OP PT Daily Documentation | Julie Arseneau, DPT |
| 08/06/2019, 08/21/2019, 08/26/2019, 09/03/2019, 09/05/2019, 09/12/2019, 09/18/2019, 09/20/2019, 09/23/2019, 10/07/2019, 10/10/2019, 10/17/2019, 10/21/2019, 01/24/2020, 02/07/2020, 02/17/2020, 02/21/2020 | OP PT Daily Documentation | Patrick Fifield, PTA |
| 10/15/2019 | OP PT Daily Documentation | Patrick Fifield, PTA and Jennifer Hensley, PT |
| 09/25/2019 | OP PT Daily Documentation | Angela Hale, PT |
| 08/29/2019 | OP PT Daily Documentation | Stephanie Caudill, DPT |
| 07/29/2019, 08/12/2019, 08/19/2019 | OP PT Daily Documentation | Ashton Tackett, PTA |
| 07/25/2019 | OP PT Evaluation | Jennifer Hensley, PT |
| 11/04/2019, 04/21/2020 | OP PT DC Assessment | Jennifer Hensley, PT |
| 10/24/2019, 03/18/2020 | OP PT Communication Note | Jennifer Hensley, PT |
| 09/25/2019, 04/21/2020 | OP PT Communication Note | Angela Hale, PT |
| 08/29/2019 | OP PT Communication Note | Stephanie Caudill, DPT |
| 08/05/2019 | OP PT Missed Treatments | Jennifer Hensley, PT |
| 07/25/2019 | Exercises Sheet | Unsigned |
| 07/25/2019, 03/11/2020 | Exercises Sheet | Jennifer Hensley, PT |
| 07/31/2019, 01/21/2020 | Coding Summary | Cardinal Hill Rehab Hospital |
| 11/19/2019 | Phone Message/Call | Nancy Baughn, Jonathan Miracle, and Jennifer Hensley, PT |
| 11/19/2019 | Addendum | Nancy Baughn |
| 11/19/2019 | Addendum | Jonathan Miracle |
| 09/25/2019 | Phone Message/Call | Laura Redmon and Angela Hale, PT |
| 07/26/2019, 09/26/2019, 01/21/2020 | Addendum | Laura Redmon |
| 07/25/2019 | Phone Message/Call | Laura Redmon and Jennifer Hensley, PT |
| 10/31/2019 | Physical Therapy Progress Note | Jennifer Hensley, PT |
| 10/15/2019, 10/17/2019, 10/24/2019 | Diagrams/Patient Notes | Jennifer Hensley, PT |
| 10/15/2019 | Functional Dry Needling Consent and Request for Procedure | Claimant |
| 08/19/2019 | Physical Therapy Progress Note | Ashton Tackett, PTA |
| 07/17/2019 | Cardinal Hill OTS Referral OTS Form | Cardinal Hill |
| 01/20/2020 | Electronic Medical Record | Encompass |
| 01/20/2020, 03/11/2020 | Outpatient Information | Jennifer Hensley, PT and Ryan Parnell, PT Student |

| | | |
|---|---|---|
| | Record/History Assessment | |
| 12/20/2019, 01/06/2020, 05/06/2020, 09/21/2020, 03/08/2021 | Rx Form | Daniel J. Hackett Jr, MD |
| 01/20/2020 | Physician Orders | Ryan Parnell, PT Student |
| 01/20/2020 | Physician Orders | David Hoctor |
| 10/15/2019 | Certified Mail Receipt | US Postal Service |
| 01/20/2020, 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/10/2020, 02/19/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020 | IView | Ryan Parnell, PT Student |
| 03/02/2020 | PT Updated Certification Letter | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 02/03/2020 | PT Updated Certification Letter | Ryan Parnell, PT Student, Robert Francis Taylor MD, and Jennifer Hensley, PT |
| 01/20/2020 | PT Initial Certification Letter | Ryan Parnell, PT Student, Robert Francis Taylor MD, and Jennifer Hensley, PT |
| 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/10/2020, 02/19/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020 | OP PT Daily Documentation | Ryan Parnell, PT and Jennifer Hensley, PT |
| 01/20/2020 | OP PT Evaluation | Ryan Parnell, PT and Jennifer Hensley, PT |
| 02/03/2020, 03/02/2020 | OP PT Communication Note | Ryan Parnell, PT and Jennifer Hensley, PT |
| 01/20/2020, 03/09/2020 | Exercises Sheet | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 01/20/2020 | Phone Message/Call | Laura Redmon and Ryan Parnell, PT |
| 02/03/2020, 03/04/2020 | Physical Therapy Progress Note | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 12/27/2020 | Transferable Skills Analysis | Vanessa Scungio MA, CRC |
| 05/17/2019 to 06/16/2020 | New Monthly Benefit and Overpayment Calculation | Unknown |
| 06/23/2020 | Email | Jadene H. Farrow |
| 05/17/2019 to 06/16/2020 | Calculation Worksheet | Toyota Motor Engineering & Manufacturing |
| 01/30/2020 | Letter | Social Security Administration |
| 01/17/2019 | Initial Payment Calculation Worksheet | Kayla Goodrich |
| 04/29/2019, 07/09/2019, 08/22/2019 | Facsimile Transmittal Sheet | Customer Resource Center |
| 04/29/2019, 07/09/2019, 08/22/2019 | Letter | Customer Resource Center The Advocator Group |
| 06/18/2020 | Lincoln Life NOA Cover Sheet | Advocator Group |
| 06/14/2020 | Notice of Award | Social Security Administration |

| | | |
|---|---|---|
| 06/03/2020 | Notice of Decision - Fully Favorable | Christopher C. Sheppard |
| 06/03/2020 | Decision | Christopher C. Sheppard |
| 06/03/2020 | Order of Administrative Law Judge | Christopher C. Sheppard |
| 04/12/2019 (Page 653) | Authorization for Release of Long-Term Disability File | Claimant |
| 07/02/2021 | Clinical Review Memo | Tawnya Valliere |
| 12/19/2018, 01/17/2019, 04/02/2019, 05/16/2019, 06/05/2019, 07/05/2019, 07/29/2019, 08/27/2019, 11/12/2019, 12/08/2019, 01/03/2020, 01/10/2020, 01/28/2020, 02/18/2020, 12/04/2020 | Hand Written Cover Sheet | Claimant |
| 12/30/2019 | Orthopaedic Surgery Instructions | Kentucky Bone & Joint Surgeons |
| 11/22/2019 | Procedure/Operative Permit | Claimant |
| 05/15/2019, 06/26/2019, 11/04/2019, 11/22/2019, 02/05/2020, 03/04/2020, 05/26/2020 | Letter | Daniel J. Hackett Jr, MD |
| 11/23/2020, 12/07/2020 | Nerve Conduction Studies | Craig Knox, MD |
| 10/14/2020, 11/23/2020 | Letter/Patient Care Summary | Stephen C. Umansky, MD |
| 05/08/2020, 06/04/2020, 11/23/2020 | Letter/Patient Care Summary | Craig A. Knox, MD |
| 11/27/2018 | Fax Cover Sheet | Kyle Matthew Mullins, MS, OTR/L, CHT |
| 07/31/2018, 08/02/2018, 08/06/2018, 08/08/2018, 08/10/2018, 08/13/2018, 08/14/2018, 08/16/2018, 08/20/2018, 08/21/2018, 08/23/2018, 08/27/2018, 08/29/2018, 09/04/2018, 09/06/2018, 09/14/2018, 10/23/2018, 10/30/2018, 11/01/2018, 11/06/2018, 11/08/2018, 11/13/2018, 11/15/2018, 11/20/2018, 11/27/2018, 12/29/2018, 01/03/2019, 01/07/2019, 01/10/2019, 01/14/2019, 01/17/2019, 01/21/2019, 01/24/2019, 01/30/2019, 02/02/2019, 02/04/2019, 02/07/2019, 02/11/2019, | Flowsheet | Commonwealth Hand Therapy |

| | | |
|---|---|---|
| 02/13/2019, 02/18/2019, 02/21/2019, 02/25/2019, 03/01/2019, 03/07/2019, 03/11/2019, 03/13/2019, 03/20/2019, 03/22/2019, 03/25/2019, 03/29/2019, 04/01/2019, 04/04/2019, 04/10/2019, 04/23/2019, 04/25/2019, 04/29/2019, 05/01/2019, 05/06/2019, 05/08/2019, 05/13/2019, 05/15/2019, 06/03/2019, 06/12/2019 | | |
| 07/26/2018 | Physical/Occupational Therapy Order | Stephen C. Umansky, MD |
| 07/31/2018 | Custom Upper Extremity Orthotic Fabrication/Delivery Form | Kyle Matthew Mullins, MS, OTR/L, CHT |
| 07/31/2018 | Occupational Therapy Initial Examination | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 08/08/2018 | Occupational Therapy Referral | Michelle Debra, PAC |
| 08/16/2018, 09/05/2018 | Receipt/Proof of Delivery | Kyle Mullins, MS |
| 08/23/2018, 11/13/2018 | Survey of Upper Extremity Disability (DASH) | Kyle Mullins, MS |
| 08/23/2018 | Occupational Therapy Recertification Note | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 09/13/2018 | Occupational Therapy Referral | Stephen C. Umansky, MD |
| 12/17/2018 | Physical Therapy Prescription | Trevor Wilkes, MD |
| 10/05/2018, 10/30/2018, 11/20/2018 | Home Exercise Program | Tim Uhl |
| 01/11/2013 | Shoulder - 101 Scapular Retraction (Standing) | Unknown |
| Undated | Guidelines for Uncomplicated Rotator Cuff Repair (Supraspinatus, Infraspinatus) Rehabilitation | Sports Medicine Center Lexington Clinic |
| 10/23/2018 | Physical Therapy Initial Examination | Timothy Uhl, PhD and Trevor Wilkes, MD |
| 11/13/2018 | Occupational Therapy Discharge Summary | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 11/16/2018, 11/17/2018, 11/18/2018, 11/19/2018 | Hand Written Chart | Unknown |
| 11/20/2018 | Survey of Upper Extremity Disability (DASH) | Timothy Uhl, PhD |
| 11/20/2018 | Physical Therapy | Timothy Uhl, PhD and Trevor Wilkes, MD |

| | | |
|---|---|---|
| | Recertification Note | |
| 11/27/2018 | Fax Cover Sheet | Timothy Uhl, PhD |
| 11/27/2018 | Daily Note / Billing Sheet | Lisa Podlecki and Timothy Uhl, PhD |
| 10/23/2018, 10/25/2018, 10/30/2018, 11/01/2018, 11/06/2018, 11/08/2018, 11/13/2018, 11/15/2018, 11/20/2018 | Daily Note / Billing Sheet | Timothy Uhl, PhD |
| 10/23/2018, 11/20/2018 | Patient Outcomes | Timothy Uhl, PhD |
| 10/23/2018, 11/20/2018 | Plan of Care | Timothy Uhl, PhD |
| Undated | Hand Written Cover Sheet | Claimant |
| Undated | Patient Chart | Stephen Lamb MD LLC |
| 07/27/2020 | Kasper Note | Suzy Hamm |
| 07/02/2019, 07/31/2019, 09/04/2019, 10/09/2019, 10/15/2019, 12/10/2019, 12/16/2019, 02/10/2020, 04/07/2020, 04/13/2020, 06/08/2020, 07/06/2020, 07/28/2020 | SOAP Note | Stephen Lamb, Psychiatry |
| 07/27/2020, 09/23/2020 | Visit Summary | Ortho Kentucky; Kentucky Bone and Joint Surgeons |
| 05/04/2020, 06/08/2020, 07/28/2020, 09/08/2020, 12/21/2020, 03/18/2021 | Office Visit Note | Chris Swayze, MD |
| 05/26/2020, 06/01/2020, 06/04/2020, 06/09/2020, 06/15/2020, 06/18/2020, 06/22/2020, 06/25/2020, 07/06/2020, 07/09/2020, 07/16/2020, 07/20/2020, 07/23/2020, 10/07/2020, 11/04/2020, 11/11/2020 | Daily Note | Tim Barnett, MSPT and Janel Northington, PTA |
| 06/12/2020 | Re-Evaluation | Tim Barnett, MSPT and Janel Northington, PTA |
| 06/12/2020 | Plan of Care | Tim Barnett, MSPT and Janel Northington, PTA |
| 06/30/2020, 07/02/2020 | Daily Note | Katherine M. Fillatreau, PT |
| 07/14/2020, 08/19/2020, 09/23/2020, 10/29/2020, 12/08/2020, 02/01/2021, 04/12/2021 | Re-Evaluation | Tim Barnett, MSPT |
| 05/11/2020, 07/14/2020, 08/19/2020, 09/23/2020, 10/29/2020, 12/08/2020, 02/01/2021, 04/12/2021 | Plan of Care | Tim Barnett, MSPT |
| 05/18/2020, 05/21/2020, 05/29/2020, 07/29/2020, 08/05/2020, 08/12/2020, | Daily Note | Tim Barnett, MSPT |

| | | |
|---|---|---|
| 08/26/2020, 09/02/2020, 09/09/2020, 09/16/2020, 10/14/2020, 10/21/2020, 11/17/2020, 11/24/2020, 12/21/2020, 01/05/2021, 02/15/2021, 03/01/2021, 04/26/2021 | | |
| 09/30/2020 | Daily Note | Tim Barnett, MSPT and Kaitlin O. Cordova, PT |
| 11/12/2020 | Medical Expense Summary | Connexus Pharmacy System Wal-Mart Neighborhood Market Pharmacy |
| 07/03/2019, 09/10/2019, 01/16/2020 | Letter | Lincoln Financial Group |
| 05/15/2019, 06/26/2019, 11/04/2019, 01/08/2020, 07/27/2020, 09/21/2020 | Encounters List | Unknown |
| 04/17/2019, 11/04/2019, 01/06/2020, 12/16/2020 | History & Physical Report / Procedures | Daniel J. Hackett Jr, MD |
| 10/22/2020 | Fax Cover Page | Kentucky Bone & Joint Surgeons |
| 05/15/2019, 06/26/2019, 08/19/2019, 11/22/2019, 01/06/2020, 02/05/2020, 03/04/2020, 04/10/2020, 05/26/2020, 07/27/2020, 09/21/2020, 03/08/2021 | History & Physical Report | Daniel J. Hackett Jr, MD |
| 09/21/2020 | Scanned Documents List | Unknown |
| 09/11/2019 | Medical Records - Confidential | KY - Commonwealth Pain Associates PLLC Heather B. |
| 06/24/2019, 07/16/2019, 08/23/2019, 11/15/2019, 01/03/2020, 01/16/2020 | Clinical Encounter Summaries | Brandon Gish, MD |
| 06/24/2019, 07/16/2019, 08/23/2019, 11/15/2019, 01/03/2020, 01/16/2020 | Full Clinical Report | Brandon Gish, MD |
| 04/01/2019 to 08/21/2019 | Medical Records – Confidential | KY - Commonwealth Pain Associates PLLC Patti C. |
| 04/03/2019, 08/20/2019 | Fax Sheet | Christine Kelley |
| 04/03/2019, 08/20/2019 | Letter | Christine Kelley |
| 11/29/2018 (Page 956, 1991) | Authorization For The Release of Information Including Protected Health Information | Claimant |
| 07/16/2019 | Discharge Instructions and Information | Claimant |
| 07/16/2019 | Consent for Medical or Surgical Procedure | Claimant |
| 06/24/2019 | Patient Health Questionnaire (PHQ-9) | Claimant |

| | | |
|---|---|---|
| 06/24/2019 | Opioid Risk Tool | Claimant |
| 06/24/2019 | Pain Self Efficacy Questionnaire (PSEQ) | Claimant |
| 04/26/2019, 06/12/2019 | Imaging Results | Timothy Averion-Mahloch, MD |
| 06/24/2019, 07/16/2019 | Pre-Op Orders | Brandon Gish, MD |
| 07/16/2019, 10/04/2019 | Upcoming Appointments | KY - Commonwealth Pain Associates PLLC |
| 05/16/2019, 04/10/2020 | Clinical Summary Document | Kentucky Bone and Joint Surgeons |
| 01/08/2019, 02/19/2019, 04/02/2019 | Clinical Encounter Summaries | Bethany Begley, PA-C |
| 09/11/2020, 09/17/2020, 10/01/2020, 10/13/2020, 10/14/2020, 11/23/2020, 12/07/2020, 03/23/2021, 04/08/2021, 04/22/2021 | COVID-19 Screening Questionnaire | Lexington Clinic |
| 04/18/2019, 06/19/2019, 12/03/2019, 06/04/2020, 11/23/2020, 12/07/2020, 12/08/2020, 04/08/2021 | Encounter Summary - Progress Notes | Craig A. Knox, MD |
| 10/13/2020 | Colonoscopy Report | An-Yu Chen, MD |
| 06/04/2020 | COVID-19 Screening and Instructions | EM |
| 03/19/2020 | Encounter Summary - Progress Notes | Patrick K. Leung, MD |
| 04/18/2019 | Neurology Department Patient Questionnaire | Lexington Clinic |
| 04/03/2019 | Routine Sheet | Will Lockhart, PT |
| 04/01/2019, 04/11/2019, 06/04/2019 | Fax Cover Sheet | Lisa Podlecki |
| 04/01/2019 | Progress Report | Michael Glindmeyer, DPT |
| 06/04/2019 | Imaging Results | Shailendra Chopra, MD |
| 10/10/2019, 10/11/2019, 10/14/2019, 11/12/2019, 11/15/2019, 01/20/2020, 01/23/2020, 09/11/2020, 09/17/2020, 09/18/2020, 10/12/2020, 03/23/2021, 03/24/2021 | Lab Report | Lexington Clinic Laboratory |
| 10/10/2020 | Final Report | Christen Wanstrath |
| 08/21/2019 | Lab Result Note | John Ziegler, MD |
| 08/21/2019 | Lab Report | LabCorp |
| 01/17/2018 | Survey of Upper Extremity Disability (DASH) | Unknown |
| 12/28/2018 | Physical Therapy Recertification Note | Lisa Podlecki and Bethany Begley, PA-C |
| 01/03/2019, 01/07/2019, 01/14/2019, 01/17/2019, 01/21/2019, 01/24/2019, | Daily Note / Billing Sheet | Lisa Podlecki |

| | | |
|---|---|---|
| 01/30/2019, 02/01/2019, 02/07/2019, 02/11/2019, 02/13/2019, 02/18/2019, 02/28/2019, 03/22/2019, 05/08/2019, 06/11/2019 | | |
| 01/10/2019, 02/04/2019, 03/05/2019 | Daily Note / Billing Sheet Addendum | Lisa Podlecki |
| 01/11/2019 | Occupational Therapy Referral | Bethany Begley, PA-C |
| 01/17/2019, 02/01/2019, 02/13/2019 | Physical Therapy Progress Note | Lisa Podlecki |
| 01/17/2019, 02/13/2019 | Patient Outcomes | Lisa Podlecki |
| 01/17/2019 | Survey of Back Disability | Claimant |
| 02/01/2019, 02/13/2019 | Survey of Upper Extremity Disability (DASH) | Lisa Podlecki |
| Date Illegible | Survey of Upper Extremity Disability (DASH) | Unknown |
| 02/21/2019, 02/25/2019, 03/07/2019 | Daily Note / Billing Sheet | Lisa Podlecki and Michael Glindmeyer, DPT |
| 03/11/2019, 06/03/2019 | Daily Note / Billing Sheet Addendum | Michael Glindmeyer, DPT |
| 03/13/2019, 03/20/2019, 03/25/2019, 03/28/2019, 04/01/2019, 04/04/2019, 04/10/2019, 04/22/2019, 04/25/2019, 04/29/2019, 05/01/2019, 05/06/2019, 05/13/2019, 05/15/2019 | Daily Note / Billing Sheet | Michael Glindmeyer, DPT |
| 03/13/2019, 04/23/2019, 06/03/2019 | Patient Outcomes | Michael Glindmeyer, DPT |
| 03/20/2019 | Physical Therapy Referral | Michael Glindmeyer, DPT |
| 03/25/2019 | Occupational / Physical Therapy Referral | Bethany Begley, PA-C |
| 04/22/2019 | Physical Therapy Recertification Note | Michael Glindmeyer, DPT |
| 06/03/2019 | Physical Therapy Recertification Note Addendum | Michael Glindmeyer, DPT and Daniel J. Hackett Jr, MD |
| 08/20/2019 | Discharge Note | Lisa Podlecki |
| 09/25/2019 | PT Updated Certification Letter | Angela Hale, PT and Robert Taylor, MD |
| 07/25/2019 | PT Initial Certification Letter | Jennifer Hensley, PT and Robert Taylor, MD |
| 01/01/2019 to 06/03/2021 | HIPAA - Designated Record Set | Connexus Pharmacy System Wal-Mart Neighborhood Market Pharmacy |
| Undated | Hand Written Note | Claimant |
| 05/14/2020 | Appointment of Representative and | Social Security Administration |

| | | |
|---|---|---|
| | Acceptance of Appointment | |
| 01/08/2019, 04/02/2019, 04/03/2019, 04/08/2019, 04/15/2019, 06/05/2019, 06/19/2019 | Upcoming Appointments | KY - Lexington Clinic |
| 03/27/2020, 05/04/2020, 05/05/2020, 05/06/2020 | Email | zolltar7 |
| 05/05/2020 | Email | FollowMyHealth |
| 02/19/2019, 04/02/2019 | Work Status Report Form | Lexington Clinic |
| 01/21/2019, 01/24/2019, 02/21/2019, 02/25/2019, 02/28/2019, 03/28/2019, 04/01/2019, 04/04/2019, 04/10/2019, 08/23/2019 | Upcoming Appointments | Commonwealth Hand Therapy |
| 02/20/2019 | Letter/Patient Care Summary | Bethany Begley, PA-C |
| 08/19/2019, 11/04/2019, 02/05/2020, 03/04/2020 | Appointment Reminder | Kentucky Bone & Joint Surgeons |
| 01/08/2019 | Order Forms | Bethany Begley, PA-C |
| 12/20/2019 | Discharge Orders/Instructions | Kentucky Bone & Joint Surgeons, Orthopedic & Sports Medicine |
| 12/20/2019 | Medication Reconciliation Form | Kentucky Surgery Center |
| 12/17/2020 | Peer Review | John Zheng, DO |
| 12/17/2020 | Attestation | John Zheng, DO |
| 12/17/2020, 12/18/2020 | Email | Kyras Norman |
| 07/25/2019, 07/29/2019, 08/01/2019, 08/05/2019, 08/08/2019, 08/12/2019, 08/15/2019, 08/19/2019, 08/22/2019, 08/26/2019, 01/22/2020, 01/24/2020, 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/07/2020, 02/10/2020, 02/12/2020, 02/14/2020, 02/17/2020, 02/19/2020, 02/21/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020, 03/16/2020, 03/18/2020, 03/23/2020, 03/25/2020 | Person Appointment Itinerary | Cardinal Hill Rehabilitation Hospital |
| 05/04/2020 | Rx Form | Chris Swayze, MD |
| 12/20/2019 | Procedure Images | Daniel J. Hackett Jr, MD |
| 01/20/2019 | Appointment Reminder | Cardinal Hill Rehabilitation Hospital |
| 12/19/2018 | Fax Sheet | Claimant |
| Undated | Training-Education- | Claimant |

| | | |
|---|---|---|
| | Experience Form (TEE) | |
| 12/14/2018 | Social Security/Reimbursement Agreement | Claimant |
| 12/14/2018 | Family Information Questionnaire | Claimant |
| 12/14/2018 (Page 2008) | Authorization For The Release of Information Including Protected Health Information | Claimant |
| 12/14/2018 (Page 2009) | Authorization For The Release of Protected Health Information | Claimant |
| 12/14/2018, 09/28/2020 | Claimant Information Form | Claimant |
| 12/14/2018, 09/28/2020 | Claimant Supplementary Statement | Claimant |
| 12/14/2018, 09/28/2020 | Activities Questionnaire | Claimant |
| 12/19/2018 | Letter | Trevor Wilkes, MD |
| Undated | Driver's License | Claimant |
| 01/12/2018 | Direct Deposit Application | Claimant |
| Undated | Voided Check | Claimant |
| 01/10/2018 | Survivor/Estate Information Form | Claimant |
| 05/20/2020 | Email | Claimant |
| Undated | Images | Unknown |
| 03/19/2020 | Email | Jennifer Hensley, PT |
| 04/23/2020 | Medical Information Form | Heather Gannon |
| 12/20/2019 | Procedure Report | Daniel J. Hackett Jr, MD |
| 09/28/2020 (Page 2067) | Authorization For The Release of Protected Health Information | Claimant |
| 12/20/2019 | Consent Form | Claimant |
| 12/20/2019 | Anesthesia Services Notice | Claimant |
| 04/14/2021 (Page 2070, 2075) | Authorization to Disclose Information | Claimant |
| 04/29/2021, 06/25/2021 | Facsimile Cover Sheet | Elizabeth Thornsbury |
| 04/29/2021, 06/17/2021, 06/25/2021 | Letter | Elizabeth Thornsbury |
| 06/29/2021 | Lincoln Financial Group Appeal Referral | Christine Kelley |
| 05/07/2021, 05/10/2021, 05/12/2021, 05/18/2021, 06/03/2021, 06/23/2021, 06/24/2021 | DVD RW Drive List | Unknown |
| 04/11/2019 | Letter | Michael Glindmeyer, DPT |
| 11/19/2019 | Imaging Results | Jason S. Harris, MD |
| 12/06/2019 | Imaging Results | Thomas Rice, MD |

| | | |
|---|---|---|
| 12/20/2019 | Allergies | Kentucky Surgery Center Lexington |
| 12/20/2019 | Patient Summary Information | Kentucky Surgery Center |

**From:**Nicole Troiano <NTroiano@reliablers.com>
**Sent:**Fri, 16 Jul 2021 21:47:47 +0000
**To:**VendorReferrals;Valliere, Tawnya
**Subject:**Claim Number: 8560503 RRS Case : 65939
**Attachments:**Report_RRS2__FaxSheetR01P01_65939-1_v1.pdf, Report_RRS2_65939-1_v1.pdf, Invoice_65939-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,
Please see attachments.
Thank you!

**Nicole Troiano**
Client Coordinator
Reliable Review Services

621 NW 53rd Street, STE 275
Boca Raton, FL 33487
**Phone: 508-801-2502**
**Fax: 561-995-4189**

Email. ntroiano@reliablers.com
Web. www.reliablers.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**From:**Nicole Troiano <NTroiano@reliablers.com>
**Sent:**Fri, 16 Jul 2021 20:04:04 70000
**To:**+enVordeRerralsf+alliere, Ta; nwa
**Subject:**ylaim Number: C460408 dd5 yase : 643S0
**Attachments:**de9orpt dd52t t Fa_5xeepd01h01t 643S0P1t - 1.9VR, de9orpt dd52t t Fa_5xeepd01h02t 643S0P 1t - 1.9VR, de9orpt dd52t 643S0P1t - 1.9VR, vn-oicet 643S0P1t - 1.9VR

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I ello,
hlease see appacxmenps.
TxanHwouk


**Nicole Troiano**
Client Coordinator
Reliable Review Services

621 N! 48rV 5preep, 5TW2E4
Boca dapon, FL 88SCE
**Phone: 508-801-2502**
**Fax: 561-995-4189**

Email. nproiano@reliablers.com
Web. www.reliablers.com



*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**From:**Nicole Troiano <NTroiano@reliablers.com>
**Sent:**Fri, 16 Jul 2021 20:04:04 70000
**To:**+enVordeRerralsf+alliere, Ta; nwa
**Subject:**ylaim Number: C460408 dd5 yase : 643S0
**Attachments:**de9orpt dd52t t Fa_5xeepd01h01t 643S0P1t - 1.9VR, de9orpt dd52t t Fa_5xeepd01h02t 643S0P 1t - 1.9VR, de9orpt dd52t 643S0P1t - 1.9VR, vn- oicet 643S0P1t - 1.9VR

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I ello,
hlease see appacxmenps.
TxanHwouk

**Nicole Troiano**
Client Coordinator
Reliable Review Services

621 N! 48rV 5preep, 5TW2E4
Boca dapon, FL 88SCE
**Phone: 508-801-2502**
**Fax: 561-995-4189**

Email. nproiano@reliablers.com
Web. www.reliablers.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

Reliable Review Services
777 SE 20th Street
Suite 270
Ft. Lauderdale, FL, 33316
Toll Free: 877-890-0123
**Fax: 561-995-4189**

Reliable Review Services

# Fax :

| | |
|---|---|
| **To**: Dr. Craig Knox | **From:** Reliable RS |
| **Fax:** 859-258-4740 | **Date:** July 15, 2021 |
| **Re:** James D Zoll | **RRS ID:** 65940 |

As an Independent Peer Reviewer, Fargo N Khoury, M.D., on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 7/22/2021.**

The claimant is 52-year-old claimant is with chronic pain. The pain impacts function. MRIs show only mild spondylosis (cervical and lumbar). EMG has shown a C7 radiculopathy. There is pain with activities. Neurological exams are stable. In lieu of all the information reviewed, restrictions and limitations are supported.

Restrictions and limitations include:

No lift/carry more than 20 lbs. occasionally or 10 lbs. frequently

No specific sit, stand, or walk restrictions

Range of motion is not documented as severely impaired, as such, frequent reaching in all planes is appropriate

Occasional forceful grasp and grip with the left upper limb; otherwise no restrictions/limitations for simple grasping, gripping, handling, and feeling

No restrictions for balancing, kneeling, bending, stooping.

Within these restrictions the claimant can work full time in a sustained capacity. Prognosis is good for full-time work within the documented restrictions/limitations. Re-assessment in three (3) months is appropriate.

1. What are the functional and objective deficits on recent exams and how do these translate into work restrictions?

2. What is the expected duration of impairment and restrictions and limitations?

3. What is the current and future plan of care? Are future interventions planned?

Fargo N Khoury, M.D.
Board Certified
Physical Medicine & Rehabilitation
AZ - 47979
CA - A-112452
July 15, 2021

# INVOICE

**Reliable Review Services**

**Invoice Number : 65940-1** **7/15/2021 2:36 PM CDT**

Claimant: James D Zoll
Client Claim#: 8560503
RRS Claim#: 65940-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 26.75 | 210 | $0.00 | 5617.50 |

**Total Due: $5617.50**

**Reviewer Details**

**Reviewer**

Fargo N Khoury - Physical Medicine & Rehabilitation

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

# INVOICE

Reliable Review Services

**Invoice Number : 65939-1** **7/16/2021 3:42 PM CDT**

Claimant: James D Zoll
Client Claim#: 8560503
RRS Claim#: 65939-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 26.75 | 210 | $0.00 | 5617.50 |

**Total Due: $5617.50**

**Reviewer Details**

**Reviewer**

Eric M Chavez - Psychiatry

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

# INVOICE

**Reliable Review Services**

**Invoice Number : 65940-1** **7/15/2021 2:36 PM CDT**

Claimant: James D Zoll
Client Claim#: 8560503
RRS Claim#: 65940-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 26.75 | 210 | $0.00 | 5617.50 |

**Total Due: $5617.50**

**Reviewer Details**

**Reviewer**

Fargo N Khoury - Physical Medicine & Rehabilitation

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

Date: 7/15/2021
To: Tawnya Valliere
LINCOLN FINANCIAL GROUP
Re: RRS ID: 65940

---

Claimant: James D Zoll
Claim #: 8560503
Line of Business: Disability
Review Type: LTD
Review Level: Initial
Advisory Report

## Clinical History

This review is from a physical medicine and rehabilitation perspective. The claimant is a 52-year-old male who has a reported date of disability of 7/19/2018. The claimant has a reported diagnosis of pain in left shoulder. The period under review is from 1/17/2021 to the present.
As per the 5/15/2019 note, Dr. Daniel Hackett Jr. MD, indicates the claimant has persistent pain. He is restricted to no lifting, pushing, pulling, or carrying more than five pounds.

MRI lumbar spine dated 6/12/2019: Mild broad-based L4-5 and L5-S1 disc bulges, causing mild bilateral foramen stenosis.

MRI cervical spine dated 6/12/2019: There is multilevel spondylosis, and a disc at C6-7 causing possible extension into the left neural foramen.

As per the 6/24/2019 report, Dr. Gish MD indicates the claimant has 6/10 neck pain. History of treatment has included medications, and physical therapy. The symptoms are aggravated by activity. The exam reveals cervical spine tenderness to palpation; range of motion is restricted. Left C6-8 dermatome hypesthesia is noted. Strength is normal. Cervical spondylosis is diagnosed.

As per the 6/26/2019 report, Dr. Hackett Jr., MD indicates the claimant has left shoulder pains and is status post left rotator cuff repair (2018). There is pain to palpation, and limited range of motion on exam. Impingement testing is negative. The plan includes continued use of medications.

As per the 7/16/2019 report, Dr. Brandon Gish MD indicates the claimant has 3/10 neck and shoulder pains. A C7-T1 interlaminar epidural steroid injection (ESI) was performed.

Procedure dated 01/16/2020: A left L2-5 medial branch block (MBB) was performed.

As per the 06/04/2020 report, Dr. Knox MD indicates this claimant suffers from chronic, persistent migraines one or two times per month. There is light sensitivity. Also, the claimant complains of low back pain and numbness-tingling in both feet. Medications include Topamax and Imitrex. The claimant has no documented focal neurological deficits. Plan: Continue medications follow up in six months.

As per the 10/14/2020 report, Dr. Umansky MD indicates the claimant has left arm and hand pains. Symptoms are associated with spasm, and tingling. Treatments have included therapy, and medications (Amitriptyline, Imitrex). The left hand is cramping up. There is full range of motion on exam, but there are dysesthesias along the left ulnar hand. Tinel's is positive. Focal dystonia and cubital tunnel syndrome is diagnosed. Plan: Medications (Aimovig, amitriptyline, atorvastatin, Bactrim, betamethasone, Celebrex, clonazepam, Descovy, diclofenac, Imitrex, omeprazole, ProAir, sildenafil, testosterone, tizanidine, Topamax, Zoloft.

As per the 11/23/2020 report, Dr. Umansky MD indicates the claimant has chronic pain, current pain is rated 2/10. History is notable for a left distal radius fracture (ORIF performed 7/26/2018). The EMG has demonstrated a chronic C7 radiculopathy. There is ulnar nerve compression at the wrist and elbow. The left ulnar hand exhibits spasm, and dystonia. There is pain to palpation on exam. Diagnoses include cubital tunnel syndrome. Plan: Medications.

Records indicate the claimant was seen by physical and occupational therapies (PT, OT) in 2018 - 2020. Physical therapy saw the claimant during this hospitalization and noted (on 9/25/2019) the claimant had improved left shoulder flexion at 135 and abduction 154. He also has improved cervical spine active range of motion (AROM). He continues to be limited by neck pain and poor posture. He was issued a supine neck support and was able to demonstrate correct use. He was evaluated for low back pain today with decreased lumbar range of motion (ROM), decreased left lower extremity manual muscle testing (MMT) and increased score on revised Oswestry. He demonstrates improved ROM and lower extremity MMT after prone laying, however it increased cervical spine pain. He was trialed with standing extension and was able to perform with no increase in back pain and no cervical spine pain increase and was issued for home. Overall, this claimant has been managed for left shoulder and chronic lumbar spine pain complaints. Treatments included strengthening, modalities for pain relief, range of motion, neuromuscular reeducation, and implementing a home exercise program (HEP). The claimant is noted to be demonstrating compliance with a prescribed home exercise program.

As per the 12/7/2020 report, Dr. Craig Knox MD indicates this claimant suffers from chronic, persistent migraines. There is light sensitivity. Also, the claimant complains of low back pain and numbness-tingling in both feet. Medications include Topamax (helps reduce tremors), and Imitrex. The claimant has no documented focal neurological deficits. Plan: Continue medications.

As per the 3/16/2021 report, Dr. John Ziegler MD indicates the claimant has a mood disorder, stable on medications. He has known hyperlipidemia. Treatments have included physical therapy, and medications. There is no active hallucination, or focal neurological deficit on exam. Mood disorder - stable, is diagnosed.

As per the 4/8/2021 report, Dr. Knox MD indicates the claimant complains of back pain, with a known

bulging lumbar disc. Headaches, and mild neck pains are noted. MRI cervical spine shows mild multilevel cervical spondylosis. There are no documented neurological deficits on exam. His gait and balance are normal. Medications include Amitriptyline. Plan: Continue medications.

As per the 4/22/2021 report, Dr. Ziegler MD indicates the claimant has significant depressive symptoms. There are left-sided chest complaints, due to ribcage pain (costochondritis). The claimant is minimally anxious on exam, and neurological deficits are absent. Plan: Continue medications.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 7/9/2021 10:54 AM EDT | Voicemail | I left a message for Dr. Zeigler explaining the reason for my call and requested a return call. My contact information and availability was provided. |
| 7/12/2021 11:55 AM EDT | Emily, Receptionist. | I left a message for Dr. Zeigler explaining the reason for my call and requested a return call. My contact information and availability was provided. |
| 7/12/2021 2:12 PM EDT | Dr. Zeigler | Dr. Zeigler stated he wants to call the claimant first and confirm it is ok to conduct a peer-to-peer discussion. He requests RRS fax ROI forms to 859-258-6438 |
| 7/13/2021 10:32 AM EDT | Emily, Receptionist. | I called and left another detailed message with Emily at the front desk. She states a note was placed in the chart, confirming ROI was received. Dr. Zeigler was not available to speak at the time of call. A message was left for a return call from Dr. Zeigler. |
| 7/9/2021 11:45 AM EDT | Voicemail | I left a message for Dr. Knox explaining the reason for my call and requested a return call. My contact information and availability was provided. |
| 7/12/2021 11:59 AM EDT | Ray, Receptionist. | I left a message for Dr. Knox explaining the reason for my call and requested a return call. My contact information and availability was provided. |

## Questions and Reviewer's Response

**1. What diagnoses are supported by the medical evidence?**

Diagnoses include left cubital tunnel syndrome, chronic pain syndrome, left shoulder rotator cuff syndrome, lumbar disc disease, cervicalgia and cervical radiculopathy at C7, and migraines.

**2. Does the medical evidence support any diagnoses causing functional impairment from 01/17/2021 to the present? Please explain your medical rationale as to why or why not.**

Same as Q1, diagnoses causing functional impairment include left cubital tunnel syndrome, chronic pain syndrome, left shoulder rotator cuff syndrome, lumbar disc disease, cervicalgia and cervical radiculopathy at C7, and migraines.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.**

There are restrictions, given findings of radiculopathy at C7 on EMG, along with chronic and persistent neck, shoulder, and lumbar spine pains. Symptoms of pain are associated with sensory disturbances on exam, myofascial pain to palpation, impaired range of motion, and subjective pain.

Restrictions and limitations include:

No lift/carry more than 20 lbs. occasionally or 10 lbs. frequently
No specific sit, stand, or walk restrictions
Range of motion is not documented as severely impaired, as such, frequent reaching in all planes is appropriate
Occasional forceful grasp and grip with the left upper limb; otherwise no restrictions/limitations for simple grasping, gripping, handling, and feeling
No restrictions for balancing, kneeling, bending, stooping.

Within these restrictions the claimant can work full time in a sustained capacity. Prognosis is good for full-time work within the documented restrictions/limitations. Re-assessment in three (3) months is appropriate.

**4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.**

The co-morbidities include anxiety and depression, and these are outside the scope of a PM&R review.

**5. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant's pain complaints impact sustained work capacity relative to the period of 01/17/2021 forward? Please provide medical evidence to support your answer.**

The severity of pain and extent of impairment is out of proportion to the objective data reviewed. MRIs show mild overall spondylosis, and exams consistently reveal intact neurological function, without signs of neurological compromise. As such, the restrictions and limitations offered in this report are substantiated, and appropriate. Total functional impairment is not supported.

**6. When contacting the treating providers please discuss the claimant's condition, treatment, and functional capacity.**

**Please indicate the information reviewed and indicate whether or not you reached consensus with the treating providers. If not, please discuss your final assessment after the call. (Dr. John Ziegler 859-258-6401 fax: 859-258-6438, Dr. Craig Knox tel: 859-258-4800 fax: 859-258-4740). If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.**

Please see above. Contact with the providers was unsuccessful.

## Assessment/Rationale

The claimant is 52-year-old claimant is with chronic pain. The pain impacts function. MRIs show only mild spondylosis (cervical and lumbar). EMG has shown a C7 radiculopathy. There is pain with activities. Neurological exams are stable. In lieu of all the information reviewed, restrictions and limitations are supported.

Restrictions and limitations include:

No lift/carry more than 20 lbs. occasionally or 10 lbs. frequently
No specific sit, stand, or walk restrictions
Range of motion is not documented as severely impaired, as such, frequent reaching in all planes is appropriate
Occasional forceful grasp and grip with the left upper limb; otherwise no restrictions/limitations for simple grasping, gripping, handling, and feeling
No restrictions for balancing, kneeling, bending, stooping.

Within these restrictions the claimant can work full time in a sustained capacity. Prognosis is good for full-time work within the documented restrictions/limitations. Re-assessment in three (3) months is

appropriate.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Fargo N Khoury, M.D.
Board Certified
Physical Medicine & Rehabilitation
AZ - 47979
CA - A-112452

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 07/06/2021 | Lincoln Financial Group - Independent Evaluation Peer Review | Tawnya Valliere |
| 07/25/2019 - 10/31/2019 | Electronic Medical Record | Encompass |
| Undated | Encompass Electronic Medical Record Definitions | Unknown |
| 09/19/2019 | Rx Form | John Ziegler, MD |
| 07/16/2019, 08/23/2019 | Referral Orders | Brandon Gish, MD |
| 07/25/2019, 01/20/2020 | Outpatient Therapy Cancellation Policy and Smoking Policy | Claimant |
| 07/25/2019, 01/20/2020 | Encompass Health | Encompass Health |

| | | |
|---|---|---|
| | Outpatient Facesheet | |
| 07/25/2019, 01/20/2020 | Consent to Treatment (Outpatient Department) | Claimant |
| 07/25/2019, 01/20/2020 | Acknowledgement of Receipt of Notice of Privacy Practices | Claimant |
| 07/25/2019 | Outpatient Information Record/History Assessment | Jennifer Hensley, PT |
| 07/18/2019, 07/25/2019, 08/26/2019, 09/12/2019, 10/24/2019, 01/06/2020, 01/20/2020 | Physician Orders | Layda Blair |
| 07/25/2019, 09/19/2019, 11/20/2019, 01/20/2020, 03/02/2020, 03/16/2020, 03/30/2020 | Physician Orders | System |
| 10/24/2019, 01/20/2020 | Physician Orders | Julie Arseneau, DPT |
| 07/18/2019, 07/25/2019, 08/05/2019, 08/26/2019, 09/12/2019, 09/25/2019 | Physician Orders | Deborah Bowyer |
| 07/25/2019, 08/05/2019, 08/26/2019, 09/12/2019, 09/25/2019, 01/20/2020 | Physician Orders | Patrick Fifield, PTA |
| 09/12/2019, 09/19/2019 | Physician Orders | Angela Hale, PT |
| 07/18/2019, 07/25/2019, 08/05/2019, 08/26/2019, 01/06/2020, 01/20/2020, 03/02/2020 | Physician Orders | Jennifer Hensley, PT |
| 08/26/2019 | Physician Orders | Arianne Zencka, Admission Representative |
| 08/26/2019 | Physician Orders | Stephanie Caudill, DPT |
| 07/25/2019 | Physician Orders | Ashton Tackett, PTA |
| 07/25/2019 | Allergies | Cardinal Hill Rehabilitation Hospital |
| 07/25/2019 | Allergy History | Jennifer Hensley, PT |
| 07/25/2019, 08/01/2019, 08/08/2019, 08/15/2019, 09/09/2019, 10/15/2019, 10/17/2019, 10/24/2019, 10/31/2019, 11/04/2019, 02/26/2020, 03/11/2020, 03/16/2020, 03/18/2020 | IView | Jennifer Hensley, PT |
| 10/29/2019, 01/22/2020, 02/12/2020, 02/14/2020 | IView | Jullie Arseneau, DPT |
| 08/06/2019, 08/21/2019, 08/26/2019, 09/03/2019, 09/05/2019, 09/12/2019, 09/18/2019, 09/20/2019, 09/23/2019, 10/07/2019, | IView | Patrick Fifield, PTA |

| | | |
|---|---|---|
| 10/10/2019, 10/15/2019, 10/17/2019, 10/21/2019, 01/24/2020, 02/07/2020, 02/17/2020, 02/21/2020 | | |
| 09/25/2019, 04/21/2020 | IView | Angela Hale, PT |
| 08/29/2019 | IView | Stephanie Caudill, DPT |
| 07/29/2019, 08/12/2019, 08/19/2019 | IView | Ashton Tackett, PTA |
| 09/25/2019 | PT Updated Certification Letter | Angela Hale, PT |
| 07/25/2019 | PT Initial Certification Letter | Jennifer Hensley, PT |
| 08/01/2019, 08/08/2019, 08/15/2019, 09/09/2019, 10/24/2019, 10/31/2019, 03/16/2020 | OP PT Daily Documentation | Jennifer Hensley, PT |
| 10/29/2019, 01/22/2020, 02/12/2020, 02/14/2020 | OP PT Daily Documentation | Julie Arseneau, DPT |
| 08/06/2019, 08/21/2019, 08/26/2019, 09/03/2019, 09/05/2019, 09/12/2019, 09/18/2019, 09/20/2019, 09/23/2019, 10/07/2019, 10/10/2019, 10/17/2019, 10/21/2019, 01/24/2020, 02/07/2020, 02/17/2020, 02/21/2020 | OP PT Daily Documentation | Patrick Fifield, PTA |
| 10/15/2019 | OP PT Daily Documentation | Patrick Fifield, PTA and Jennifer Hensley, PT |
| 09/25/2019 | OP PT Daily Documentation | Angela Hale, PT |
| 08/29/2019 | OP PT Daily Documentation | Stephanie Caudill, DPT |
| 07/29/2019, 08/12/2019, 08/19/2019 | OP PT Daily Documentation | Ashton Tackett, PTA |
| 07/25/2019 | OP PT Evaluation | Jennifer Hensley, PT |
| 11/04/2019, 04/21/2020 | OP PT DC Assessment | Jennifer Hensley, PT |
| 10/24/2019, 03/18/2020 | OP PT Communication Note | Jennifer Hensley, PT |
| 09/25/2019, 04/21/2020 | OP PT Communication Note | Angela Hale, PT |
| 08/29/2019 | OP PT Communication Note | Stephanie Caudill, DPT |
| 08/05/2019 | OP PT Missed Treatments | Jennifer Hensley, PT |
| 07/25/2019 | Exercises Sheet | Unsigned |
| 07/25/2019, 03/11/2020 | Exercises Sheet | Jennifer Hensley, PT |
| 12/20/2019 | Preoperative Orders | Daniel J. Hackett Jr, MD and M. Isaac, RN |
| 12/20/2019 | Physician Note (s) & Orders | Daniel J. Hackett Jr, MD |
| 12/20/2019 | Consent for Operation/Procedure | Claimant |
| 12/20/2019 | Preoperative Nursing Form | M. Isaac, RN |
| 12/20/2019 | Medication Reconciliation Form | M. Isaac, RN |
| 12/20/2019 | Pre & Post - Anesthesia | Signature Illegible (ASC & OBSF Department of |

| | | |
|---|---|---|
| | Evaluation Form | Anesthesiology) |
| 12/20/2019 | ASC/OBSF Anesthesia Record | Signature Illegible |
| 12/20/2019 | Consent for Anesthesia Services | Claimant |
| 12/20/2019 | Procedure Information Chart Notes | Daniel J. Hackett Jr, MD |
| 12/08/2019 | Lab Results | Baptist Health |
| 12/08/2019 | ECG 12 Lead | Kevin Scully, MD |
| 05/16/2019, 12/20/2019 | Patient Information Form | Kentucky Bone and Joint Surgeons |
| 12/20/2019 | Safe Surgery Checklist | M. Isaac, RN |
| 12/20/2019 | Post Operative Orders | Kentucky Surgery Center |
| 12/20/2019 | Post Anesthesia Record | Kentucky Surgery Center |
| 12/20/2019 | Preoperative Antibiotic Form | Daniel J. Hackett Jr, MD |
| 12/20/2019 | CMS Quality Reporting Measures | Kentucky Surgery Center |
| 12/20/2019 | Discharge Orders/Instructions | Kentucky Surgery Center |
| 12/20/2019 | Kentucky Surgery Center Surgical Record | Kentucky Surgery Center |
| 05/11/2020 | Initial Evaluation | Tim Barnett, MSPT |
| 01/19/2021 | Cancel/No Show | Tim Barnett, MSPT |
| 03/01/2021 | Progress Note | Tim Barnett, MSPT |
| 02/25/2020 | New Patient Consultation Note | Chris Swayze, MD |
| 05/16/2019 | Referral/Authorization | Daniel J. Hackett Jr, MD |
| Undated | Anthem Insurance Card | Claimant |
| 05/15/2019 | Current Medications List | Stephanie Wagers |
| 05/12/2021 | Facesheet | Commonwealth Pain Associates, PLLC |
| 10/18/2019 | Clinical Encounter Summaries | Amber Easley, NP |
| 10/18/2019 | Full Clinical Report | Amber Easley, NP |
| 01/03/2020, 01/08/2020 | Lab Results | Commonwealth Pain Associates PLLC |
| 01/01/2019 to 05/14/2021 | Medical Records - Confidential | KY - Lexington Clinic Aneshia V. |
| 04/08/2019, 06/04/2019, 09/19/2019, 11/12/2019, 12/05/2019, 03/03/2020, 04/27/2020, 09/11/2020, 10/01/2020, 12/08/2020, 03/16/2021, 04/22/2021 | Clinical Encounter Summaries | John P. Ziegler, MD |
| 04/22/2021 | Unconfirmed Report | Unknown |
| 10/14/2020, 11/23/2020 | Clinical Encounter Summaries | Stephen C. Umansky, MD |
| 10/13/2020 | Clinical Encounter Summaries | An-Yu Chen, MD |
| 01/20/2020 | Clinical Encounter Summaries | Susanna Moberly, APRN |
| 10/09/2019, 01/09/2020 | Clinical Encounter Summaries | Walaa A. Ayoub, MD |
| 04/03/2019, 04/08/2019, 04/15/2019 | Clinical Encounter Summaries | John W. Lockhart II, PT |
| 04/05/2019 | Clinical Encounter Summaries | Mary Oaks, PA-C |

| | | |
|---|---|---|
| 07/31/2019, 01/21/2020 | Coding Summary | Cardinal Hill Rehab Hospital |
| 11/19/2019 | Phone Message/Call | Nancy Baughn, Jonathan Miracle, and Jennifer Hensley, PT |
| 11/19/2019 | Addendum | Nancy Baughn |
| 11/19/2019 | Addendum | Jonathan Miracle |
| 09/25/2019 | Phone Message/Call | Laura Redmon and Angela Hale, PT |
| 07/26/2019, 09/26/2019, 01/21/2020 | Addendum | Laura Redmon |
| 07/25/2019 | Phone Message/Call | Laura Redmon and Jennifer Hensley, PT |
| 10/31/2019 | Physical Therapy Progress Note | Jennifer Hensley, PT |
| 10/15/2019, 10/17/2019, 10/24/2019 | Diagrams/Patient Notes | Jennifer Hensley, PT |
| 10/15/2019 | Functional Dry Needling Consent and Request for Procedure | Claimant |
| 08/19/2019 | Physical Therapy Progress Note | Ashton Tackett, PTA |
| 07/17/2019 | Cardinal Hill OTS Referral OTS Form | Cardinal Hill |
| 01/20/2020 | Electronic Medical Record | Encompass |
| 01/20/2020, 03/11/2020 | Outpatient Information Record/History Assessment | Jennifer Hensley, PT and Ryan Parnell, PT Student |
| 12/20/2019, 01/06/2020, 05/06/2020, 09/21/2020, 03/08/2021 | Rx Form | Daniel J. Hackett Jr, MD |
| 01/20/2020 | Physician Orders | Ryan Parnell, PT Student |
| 01/20/2020 | Physician Orders | David Hoctor |
| 10/15/2019 | Certified Mail Receipt | US Postal Service |
| 01/20/2020, 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/10/2020, 02/19/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020 | IView | Ryan Parnell, PT Student |
| 03/02/2020 | PT Updated Certification Letter | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 02/03/2020 | PT Updated Certification Letter | Ryan Parnell, PT Student, Robert Francis Taylor MD, and Jennifer Hensley, PT |
| 01/20/2020 | PT Initial Certification Letter | Ryan Parnell, PT Student, Robert Francis Taylor MD, and Jennifer Hensley, PT |
| 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/10/2020, 02/19/2020, 02/24/2020, 02/26/2020, 03/02/2020, | OP PT Daily Documentation | Ryan Parnell, PT and Jennifer Hensley, PT |

| | | |
|---|---|---|
| 03/04/2020, 03/09/2020, 03/11/2020 | | |
| 01/20/2020 | OP PT Evaluation | Ryan Parnell, PT and Jennifer Hensley, PT |
| 02/03/2020, 03/02/2020 | OP PT Communication Note | Ryan Parnell, PT and Jennifer Hensley, PT |
| 01/20/2020, 03/09/2020 | Exercises Sheet | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 01/20/2020 | Phone Message/Call | Laura Redmon and Ryan Parnell, PT |
| 02/03/2020, 03/04/2020 | Physical Therapy Progress Note | Ryan Parnell, PT Student and Jennifer Hensley, PT |
| 12/27/2020 | Transferable Skills Analysis | Vanessa Scungio MA, CRC |
| 05/17/2019 to 06/16/2020 | New Monthly Benefit and Overpayment Calculation | Unknown |
| 06/23/2020 | Email | Jadene H. Farrow |
| 05/17/2019 to 06/16/2020 | Calculation Worksheet | Toyota Motor Engineering & Manufacturing |
| 01/30/2020 | Letter | Social Security Administration |
| 01/17/2019 | Initial Payment Calculation Worksheet | Kayla Goodrich |
| 04/29/2019, 07/09/2019, 08/22/2019 | Facsimile Transmittal Sheet | Customer Resource Center |
| 04/29/2019, 07/09/2019, 08/22/2019 | Letter | Customer Resource Center The Advocator Group |
| 06/18/2020 | Lincoln Life NOA Cover Sheet | Advocator Group |
| 06/14/2020 | Notice of Award | Social Security Administration |
| 06/03/2020 | Notice of Decision - Fully Favorable | Christopher C. Sheppard |
| 06/03/2020 | Decision | Christopher C. Sheppard |
| 06/03/2020 | Order of Administrative Law Judge | Christopher C. Sheppard |
| 04/12/2019 (Page 653) | Authorization for Release of Long-Term Disability File | Claimant |
| 07/02/2021 | Clinical Review Memo | Tawnya Valliere |
| 12/19/2018, 01/17/2019, 04/02/2019, 05/16/2019, 06/05/2019, 07/05/2019, 07/29/2019, 08/27/2019, 11/12/2019, 12/08/2019, 01/03/2020, 01/10/2020, 01/28/2020, 02/18/2020, 12/04/2020 | Hand Written Cover Sheet | Claimant |
| 12/30/2019 | Orthopaedic Surgery Instructions | Kentucky Bone & Joint Surgeons |
| 11/22/2019 | Procedure/Operative Permit | Claimant |
| 05/15/2019, 06/26/2019, 11/04/2019, 11/22/2019, 02/05/2020, 03/04/2020, 05/26/2020 | Letter | Daniel J. Hackett Jr, MD |
| 11/23/2020, 12/07/2020 | Nerve Conduction Studies | Craig Knox, MD |
| 10/14/2020, 11/23/2020 | Letter/Patient Care Summary | Stephen C. Umansky, MD |

| | | |
|---|---|---|
| 05/08/2020, 06/04/2020, 11/23/2020 | Letter/Patient Care Summary | Craig A. Knox, MD |
| 11/27/2018 | Fax Cover Sheet | Kyle Matthew Mullins, MS, OTR/L, CHT |
| 07/31/2018, 08/02/2018, 08/06/2018, 08/08/2018, 08/10/2018, 08/13/2018, 08/14/2018, 08/16/2018, 08/20/2018, 08/21/2018, 08/23/2018, 08/27/2018, 08/29/2018, 09/04/2018, 09/06/2018, 09/14/2018, 10/23/2018, 10/30/2018, 11/01/2018, 11/06/2018, 11/08/2018, 11/13/2018, 11/15/2018, 11/20/2018, 11/27/2018, 12/29/2018, 01/03/2019, 01/07/2019, 01/10/2019, 01/14/2019, 01/17/2019, 01/21/2019, 01/24/2019, 01/30/2019, 02/02/2019, 02/04/2019, 02/07/2019, 02/11/2019, 02/13/2019, 02/18/2019, 02/21/2019, 02/25/2019, 03/01/2019, 03/07/2019, 03/11/2019, 03/13/2019, 03/20/2019, 03/22/2019, 03/25/2019, 03/29/2019, 04/01/2019, 04/04/2019, 04/10/2019, 04/23/2019, 04/25/2019, 04/29/2019, 05/01/2019, 05/06/2019, 05/08/2019, 05/13/2019, 05/15/2019, 06/03/2019, 06/12/2019 | Flowsheet | Commonwealth Hand Therapy |
| 07/26/2018 | Physical/Occupational Therapy Order | Stephen C. Umansky, MD |
| 07/31/2018 | Custom Upper Extremity Orthotic Fabrication/Delivery Form | Kyle Matthew Mullins, MS, OTR/L, CHT |
| 07/31/2018 | Occupational Therapy Initial Examination | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 08/08/2018 | Occupational Therapy Referral | Michelle Debra, PAC |
| 08/16/2018, 09/05/2018 | Receipt/Proof of Delivery | Kyle Mullins, MS |
| 08/23/2018, 11/13/2018 | Survey of Upper Extremity Disability (DASH) | Kyle Mullins, MS |
| 08/23/2018 | Occupational Therapy | Kyle Matthew Mullins, MS, OTR/L, CHT and |

| | | |
|---|---|---|
| | Recertification Note | Stephen C. Umansky, MD |
| 09/13/2018 | Occupational Therapy Referral | Stephen C. Umansky, MD |
| 12/17/2018 | Physical Therapy Prescription | Trevor Wilkes, MD |
| 10/05/2018, 10/30/2018, 11/20/2018 | Home Exercise Program | Tim Uhl |
| 01/11/2013 | Shoulder - 101 Scapular Retraction (Standing) | Unknown |
| Undated | Guidelines for Uncomplicated Rotator Cuff Repair (Supraspinatus, Infraspinatus) Rehabilitation | Sports Medicine Center Lexington Clinic |
| 10/23/2018 | Physical Therapy Initial Examination | Timothy Uhl, PhD and Trevor Wilkes, MD |
| 11/13/2018 | Occupational Therapy Discharge Summary | Kyle Matthew Mullins, MS, OTR/L, CHT and Stephen C. Umansky, MD |
| 11/16/2018, 11/17/2018, 11/18/2018, 11/19/2018 | Hand Written Chart | Unknown |
| 11/20/2018 | Survey of Upper Extremity Disability (DASH) | Timothy Uhl, PhD |
| 11/20/2018 | Physical Therapy Recertification Note | Timothy Uhl, PhD and Trevor Wilkes, MD |
| 11/27/2018 | Fax Cover Sheet | Timothy Uhl, PhD |
| 11/27/2018 | Daily Note / Billing Sheet | Lisa Podlecki and Timothy Uhl, PhD |
| 10/23/2018, 10/25/2018, 10/30/2018, 11/01/2018, 11/06/2018, 11/08/2018, 11/13/2018, 11/15/2018, 11/20/2018 | Daily Note / Billing Sheet | Timothy Uhl, PhD |
| 10/23/2018, 11/20/2018 | Patient Outcomes | Timothy Uhl, PhD |
| 10/23/2018, 11/20/2018 | Plan of Care | Timothy Uhl, PhD |
| Undated | Hand Written Cover Sheet | Claimant |
| Undated | Patient Chart | Stephen Lamb MD LLC |
| 07/27/2020 | Kasper Note | Suzy Hamm |
| 07/02/2019, 07/31/2019, 09/04/2019, 10/09/2019, 10/15/2019, 12/10/2019, 12/16/2019, 02/10/2020, 04/07/2020, 04/13/2020, 06/08/2020, 07/06/2020, 07/28/2020 | SOAP Note | Stephen Lamb, Psychiatry |
| 07/27/2020, 09/23/2020 | Visit Summary | Ortho Kentucky; Kentucky Bone and Joint Surgeons |
| 05/04/2020, 06/08/2020, 07/28/2020, 09/08/2020, 12/21/2020, 03/18/2021 | Office Visit Note | Chris Swayze, MD |
| 05/26/2020, 06/01/2020, | Daily Note | Tim Barnett, MSPT and Janel Northington, PTA |

RRS
Reliable Review Services

| | | |
|---|---|---|
| 06/04/2020, 06/09/2020, 06/15/2020, 06/18/2020, 06/22/2020, 06/25/2020, 07/06/2020, 07/09/2020, 07/16/2020, 07/20/2020, 07/23/2020, 10/07/2020, 11/04/2020, 11/11/2020 | | |
| 06/12/2020 | Re-Evaluation | Tim Barnett, MSPT and Janel Northington, PTA |
| 06/12/2020 | Plan of Care | Tim Barnett, MSPT and Janel Northington, PTA |
| 06/30/2020, 07/02/2020 | Daily Note | Katherine M. Fillatreau, PT |
| 07/14/2020, 08/19/2020, 09/23/2020, 10/29/2020, 12/08/2020, 02/01/2021, 04/12/2021 | Re-Evaluation | Tim Barnett, MSPT |
| 05/11/2020, 07/14/2020, 08/19/2020, 09/23/2020, 10/29/2020, 12/08/2020, 02/01/2021, 04/12/2021 | Plan of Care | Tim Barnett, MSPT |
| 05/18/2020, 05/21/2020, 05/29/2020, 07/29/2020, 08/05/2020, 08/12/2020, 08/26/2020, 09/02/2020, 09/09/2020, 09/16/2020, 10/14/2020, 10/21/2020, 11/17/2020, 11/24/2020, 12/21/2020, 01/05/2021, 02/15/2021, 03/01/2021, 04/26/2021 | Daily Note | Tim Barnett, MSPT |
| 09/30/2020 | Daily Note | Tim Barnett, MSPT and Kaitlin O. Cordova, PT |
| 11/12/2020 | Medical Expense Summary | Connexus Pharmacy System Wal-Mart Neighborhood Market Pharmacy |
| 07/03/2019, 09/10/2019, 01/16/2020 | Letter | Lincoln Financial Group |
| 05/15/2019, 06/26/2019, 11/04/2019, 01/08/2020, 07/27/2020, 09/21/2020 | Encounters List | Unknown |
| 04/17/2019, 11/04/2019, 01/06/2020, 12/16/2020 | History & Physical Report / Procedures | Daniel J. Hackett Jr, MD |
| 10/22/2020 | Fax Cover Page | Kentucky Bone & Joint Surgeons |
| 05/15/2019, 06/26/2019, 08/19/2019, 11/22/2019, 01/06/2020, 02/05/2020, 03/04/2020, 04/10/2020, 05/26/2020, 07/27/2020, 09/21/2020, 03/08/2021 | History & Physical Report | Daniel J. Hackett Jr, MD |
| 09/21/2020 | Scanned Documents List | Unknown |
| 09/11/2019 | Medical Records - | KY - Commonwealth Pain Associates PLLC Heather |

| | | |
|---|---|---|
| | Confidential | B. |
| 06/24/2019, 07/16/2019, 08/23/2019, 11/15/2019, 01/03/2020, 01/16/2020 | Clinical Encounter Summaries | Brandon Gish, MD |
| 06/24/2019, 07/16/2019, 08/23/2019, 11/15/2019, 01/03/2020, 01/16/2020 | Full Clinical Report | Brandon Gish, MD |
| 04/01/2019 to 08/21/2019 | Medical Records – Confidential | KY - Commonwealth Pain Associates PLLC Patti C. |
| 04/03/2019, 08/20/2019 | Fax Sheet | Christine Kelley |
| 04/03/2019, 08/20/2019 | Letter | Christine Kelley |
| 11/29/2018 (Page 956, 1991) | Authorization For The Release of Information Including Protected Health Information | Claimant |
| 07/16/2019 | Discharge Instructions and Information | Claimant |
| 07/16/2019 | Consent for Medical or Surgical Procedure | Claimant |
| 06/24/2019 | Patient Health Questionnaire (PHQ-9) | Claimant |
| 06/24/2019 | Opioid Risk Tool | Claimant |
| 06/24/2019 | Pain Self Efficacy Questionnaire (PSEQ) | Claimant |
| 04/26/2019, 06/12/2019 | Imaging Results | Timothy Averion-Mahloch, MD |
| 06/24/2019, 07/16/2019 | Pre-Op Orders | Brandon Gish, MD |
| 07/16/2019, 10/04/2019 | Upcoming Appointments | KY - Commonwealth Pain Associates PLLC |
| 05/16/2019, 04/10/2020 | Clinical Summary Document | Kentucky Bone and Joint Surgeons |
| 01/08/2019, 02/19/2019, 04/02/2019 | Clinical Encounter Summaries | Bethany Begley, PA-C |
| 09/11/2020, 09/17/2020, 10/01/2020, 10/13/2020, 10/14/2020, 11/23/2020, 12/07/2020, 03/23/2021, 04/08/2021, 04/22/2021 | COVID-19 Screening Questionnaire | Lexington Clinic |
| 04/18/2019, 06/19/2019, 12/03/2019, 06/04/2020, 11/23/2020, 12/07/2020, 12/08/2020, 04/08/2021 | Encounter Summary - Progress Notes | Craig A. Knox, MD |
| 10/13/2020 | Colonoscopy Report | An-Yu Chen, MD |
| 06/04/2020 | COVID-19 Screening and Instructions | EM |
| 03/19/2020 | Encounter Summary - Progress Notes | Patrick K. Leung, MD |
| 04/18/2019 | Neurology Department Patient Questionnaire | Lexington Clinic |
| 04/03/2019 | Routine Sheet | Will Lockhart, PT |

| | | |
|---|---|---|
| 04/01/2019, 04/11/2019, 06/04/2019 | Fax Cover Sheet | Lisa Podlecki |
| 04/01/2019 | Progress Report | Michael Glindmeyer, DPT |
| 06/04/2019 | Imaging Results | Shailendra Chopra, MD |
| 10/10/2019, 10/11/2019, 10/14/2019, 11/12/2019, 11/15/2019, 01/20/2020, 01/23/2020, 09/11/2020, 09/17/2020, 09/18/2020, 10/12/2020, 03/23/2021, 03/24/2021 | Lab Report | Lexington Clinic Laboratory |
| 10/10/2020 | Final Report | Christen Wanstrath |
| 08/21/2019 | Lab Result Note | John Ziegler, MD |
| 08/21/2019 | Lab Report | LabCorp |
| 01/17/2018 | Survey of Upper Extremity Disability (DASH) | Unknown |
| 12/28/2018 | Physical Therapy Recertification Note | Lisa Podlecki and Bethany Begley, PA-C |
| 01/03/2019, 01/07/2019, 01/14/2019, 01/17/2019, 01/21/2019, 01/24/2019, 01/30/2019, 02/01/2019, 02/07/2019, 02/11/2019, 02/13/2019, 02/18/2019, 02/28/2019, 03/22/2019, 05/08/2019, 06/11/2019 | Daily Note / Billing Sheet | Lisa Podlecki |
| 01/10/2019, 02/04/2019, 03/05/2019 | Daily Note / Billing Sheet Addendum | Lisa Podlecki |
| 01/11/2019 | Occupational Therapy Referral | Bethany Begley, PA-C |
| 01/17/2019, 02/01/2019, 02/13/2019 | Physical Therapy Progress Note | Lisa Podlecki |
| 01/17/2019, 02/13/2019 | Patient Outcomes | Lisa Podlecki |
| 01/17/2019 | Survey of Back Disability | Claimant |
| 02/01/2019, 02/13/2019 | Survey of Upper Extremity Disability (DASH) | Lisa Podlecki |
| Date Illegible | Survey of Upper Extremity Disability (DASH) | Unknown |
| 02/21/2019, 02/25/2019, 03/07/2019 | Daily Note / Billing Sheet | Lisa Podlecki and Michael Glindmeyer, DPT |
| 03/11/2019, 06/03/2019 | Daily Note / Billing Sheet Addendum | Michael Glindmeyer, DPT |
| 03/13/2019, 03/20/2019, 03/25/2019, 03/28/2019, 04/01/2019, 04/04/2019, 04/10/2019, 04/22/2019, 04/25/2019, 04/29/2019, | Daily Note / Billing Sheet | Michael Glindmeyer, DPT |

| | | |
|---|---|---|
| 05/01/2019, 05/06/2019, 05/13/2019, 05/15/2019 | | |
| 03/13/2019, 04/23/2019, 06/03/2019 | Patient Outcomes | Michael Glindmeyer, DPT |
| 03/20/2019 | Physical Therapy Referral | Michael Glindmeyer, DPT |
| 03/25/2019 | Occupational / Physical Therapy Referral | Bethany Begley, PA-C |
| 04/22/2019 | Physical Therapy Recertification Note | Michael Glindmeyer, DPT |
| 06/03/2019 | Physical Therapy Recertification Note Addendum | Michael Glindmeyer, DPT and Daniel J. Hackett Jr, MD |
| 08/20/2019 | Discharge Note | Lisa Podlecki |
| 09/25/2019 | PT Updated Certification Letter | Angela Hale, PT and Robert Taylor, MD |
| 07/25/2019 | PT Initial Certification Letter | Jennifer Hensley, PT and Robert Taylor, MD |
| 01/01/2019 to 06/03/2021 | HIPAA - Designated Record Set | Connexus Pharmacy System Wal-Mart Neighborhood Market Pharmacy |
| Undated | Hand Written Note | Claimant |
| 05/14/2020 | Appointment of Representative and Acceptance of Appointment | Social Security Administration |
| 01/08/2019, 04/02/2019, 04/03/2019, 04/08/2019, 04/15/2019, 06/05/2019, 06/19/2019 | Upcoming Appointments | KY - Lexington Clinic |
| 03/27/2020, 05/04/2020, 05/05/2020, 05/06/2020 | Email | zolltar7 |
| 05/05/2020 | Email | FollowMyHealth |
| 02/19/2019, 04/02/2019 | Work Status Report Form | Lexington Clinic |
| 01/21/2019, 01/24/2019, 02/21/2019, 02/25/2019, 02/28/2019, 03/28/2019, 04/01/2019, 04/04/2019, 04/10/2019, 08/23/2019 | Upcoming Appointments | Commonwealth Hand Therapy |
| 02/20/2019 | Letter/Patient Care Summary | Bethany Begley, PA-C |
| 08/19/2019, 11/04/2019, 02/05/2020, 03/04/2020 | Appointment Reminder | Kentucky Bone & Joint Surgeons |
| 01/08/2019 | Order Forms | Bethany Begley, PA-C |
| 12/20/2019 | Discharge Orders/Instructions | Kentucky Bone & Joint Surgeons, Orthopedic & Sports Medicine |
| 12/20/2019 | Medication Reconciliation Form | Kentucky Surgery Center |
| 12/17/2020 | Peer Review | John Zheng, DO |
| 12/17/2020 | Attestation | John Zheng, DO |
| 12/17/2020, 12/18/2020 | Email | Kyras Norman |
| 07/25/2019, 07/29/2019, | Person Appointment | Cardinal Hill Rehabilitation Hospital |

| | | |
|---|---|---|
| 08/01/2019, 08/05/2019, 08/08/2019, 08/12/2019, 08/15/2019, 08/19/2019, 08/22/2019, 08/26/2019, 01/22/2020, 01/24/2020, 01/27/2020, 01/29/2020, 01/31/2020, 02/03/2020, 02/05/2020, 02/07/2020, 02/10/2020, 02/12/2020, 02/14/2020, 02/17/2020, 02/19/2020, 02/21/2020, 02/24/2020, 02/26/2020, 03/02/2020, 03/04/2020, 03/09/2020, 03/11/2020, 03/16/2020, 03/18/2020, 03/23/2020, 03/25/2020 | Itinerary | |
| 05/04/2020 | Rx Form | Chris Swayze, MD |
| 12/20/2019 | Procedure Images | Daniel J. Hackett Jr, MD |
| 01/20/2019 | Appointment Reminder | Cardinal Hill Rehabilitation Hospital |
| 12/19/2018 | Fax Sheet | Claimant |
| Undated | Training-Education-Experience Form (TEE) | Claimant |
| 12/14/2018 | Social Security/Reimbursement Agreement | Claimant |
| 12/14/2018 | Family Information Questionnaire | Claimant |
| 12/14/2018 (Page 2008) | Authorization For The Release of Information Including Protected Health Information | Claimant |
| 12/14/2018 (Page 2009) | Authorization For The Release of Protected Health Information | Claimant |
| 12/14/2018, 09/28/2020 | Claimant Information Form | Claimant |
| 12/14/2018, 09/28/2020 | Claimant Supplementary Statement | Claimant |
| 12/14/2018, 09/28/2020 | Activities Questionnaire | Claimant |
| 12/19/2018 | Letter | Trevor Wilkes, MD |
| Undated | Driver's License | Claimant |
| 01/12/2018 | Direct Deposit Application | Claimant |
| Undated | Voided Check | Claimant |
| 01/10/2018 | Survivor/Estate Information Form | Claimant |
| 05/20/2020 | Email | Claimant |
| Undated | Images | Unknown |
| 03/19/2020 | Email | Jennifer Hensley, PT |

| | | |
|---|---|---|
| 04/23/2020 | Medical Information Form | Heather Gannon |
| 12/20/2019 | Procedure Report | Daniel J. Hackett Jr, MD |
| 09/28/2020 (Page 2067) | Authorization For The Release of Protected Health Information | Claimant |
| 12/20/2019 | Consent Form | Claimant |
| 12/20/2019 | Anesthesia Services Notice | Claimant |
| 04/14/2021 (Page 2070, 2075) | Authorization to Disclose Information | Claimant |
| 04/29/2021, 06/25/2021 | Facsimile Cover Sheet | Elizabeth Thornsbury |
| 04/29/2021, 06/17/2021, 06/25/2021 | Letter | Elizabeth Thornsbury |
| 06/29/2021 | Lincoln Financial Group Appeal Referral | Christine Kelley |
| 05/07/2021, 05/10/2021, 05/12/2021, 05/18/2021, 06/03/2021, 06/23/2021, 06/24/2021 | DVD RW Drive List | Unknown |
| 04/11/2019 | Letter | Michael Glindmeyer, DPT |
| 11/19/2019 | Imaging Results | Jason S. Harris, MD |
| 12/06/2019 | Imaging Results | Thomas Rice, MD |
| 12/20/2019 | Allergies | Kentucky Surgery Center Lexington |
| 12/20/2019 | Patient Summary Information | Kentucky Surgery Center |

Reliable Review Services
777 SE 20th Street
Suite 270
Ft. Lauderdale, FL, 33316
Toll Free: 877-890-0123
**Fax: 561-995-4189**

RRS
Reliable Review Services

# Fax :

| | |
|---|---|
| **To**: Dr. John Ziegler | **From:** Reliable RS |
| **Fax:** 859-258-4J 38 | **Date:** uyl, 15m2021 |
| **Re:** uaD es Z 6oll | **RRS ID:** 459J 0 |

As an Independent Peer ReviewermFargo N Khoyr, mM.Z .mon the case for , oyr above naD ed patientmI have contacted , oyr office to discyss the case and was instrycted to present D , qyestions to , oy via fax. **Please respond by 7/22/2021.**

The claiD ant is 52-, ear-old claiD ant is with chronic pain. The pain iD pacts fynction. MRIs show onl, D ild spond, losis (cervical and lyD bar). EMG has shown a C7 radicylopath, . There is pain with activities. Neyrological exaD s are stable. In liey of all the inforD ation reviewedmrestrictions and liD itations are sypported.

Restrictions and liD itations inclyde:

No lift/carr, D ore than 20 lbs. occasionall, or 10 lbs. freqyentl,

No specific sitmstandmor walk restrictions

Range of D otion is not docyD ented as severel, iD pairedmas sychmfreqyent reaching in all planes is appropriate

Occasional forcefyl grasp and grip with the left ypper liD b; otherwise no restrictions/liD itations for siD ple graspingmgrippingmhandlingmand feeling

No restrictions for balancingmkneelingmbendingmstooping.

Within these restrictions the claiD ant can work fyll tiD e in a systained capacit, . Prognosis is good for fyll-tiD e work within the docyD ented restrictions/liD itations. Re-assessD ent in three (3) D onths is appropriate.

1. What are the fynctional and objective deficits on recent exaD s and how do these translate into work restrictions?
2. What is the expected dyration of iD pairD ent and restrictions and liD itations?

3. What is the cyrrent and fytyre plan of care? Are fytyre interventions planned?

Fargo N Khoyr, mM.Z .
Board Certified
Ph, sical Medicine & Rehabilitation
A6 - J 7979
CA - A-112J 52
uyl, 15m2021

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| TOYOTA MOTOR ENGINEERING & MAN | JAMES D ZOLL | 8560503 |

| | | | |
|---|---|---|---|
| **Report Date:** | | | |
| **Referred By:** | Tawnya Valliere | **Claimant DOB:** | |
| **Referral Date:** | 07/02/2021 | **Job Title:** | PRODUCTION GROUP LEADER |
| **Due Date:** | 07/16/2021 | **Medical/ Surgical Condition:** | Focal dystonia, migraines, chronic low back pain, cubital tunnel syndrome, cervical radiculopathy, ulnar neuropathy of left arm, tremors, mood d/o |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 07/13/2018 |
| | | **DOD:** | 07/19/2018 |
| **Physical Demands:** | | **BBD:** | 01/17/2019 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**
There are no core questions.

**Additional Questions**

Other 1. What diagnoses are supported by the medical evidence? 2.Does the medical evidence support any diagnoses causing functional impairment from 01/17/2021 to the present? Please explain your medical rationale as to why or why not. 3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations. 4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations. 5. Are the severity and scope of the claimant’s reported pain consistent with the severity and scope of the claimant’s medical conditions and intensity of treatment? How does the claimant's pain complaints impact sustained work capacity relative to the period of 01/17/2021 forward? Please provide medical evidence to support your answer. 6. When contacting the treating providers

please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating providers. If not, please discuss your final assessment after the call. (Dr. John Ziegler 859-258-6401 fax: 859-258-6438, Dr. Craig Knox tel: 859-258-4800 fax: 859-258-4740). If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.

Other IMPORTANT - THIS IS AN APPEAL: Please do not assign referral to Dr. John Zheng or vendor ECN who have previously reviewed this file.

**Other Comments**
There are no other comments.

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**

**Electronically Signed:**

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| TOYOTA MOTOR ENGINEERING & MAN | JAMES D ZOLL | 8560503 |

| | | | |
|---|---|---|---|
| **Report Date:** | | | |
| **Referred By:** | Tawnya Valliere | **Claimant DOB:** | |
| **Referral Date:** | 07/02/2021 | **Job Title:** | PRODUCTION GROUP LEADER |
| **Due Date:** | 07/16/2021 | **Medical/ Surgical Condition:** | mood disorder, depression |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 07/13/2018 |
| | | **DOD:** | 07/19/2018 |
| **Physical Demands:** | | **BBD:** | 01/17/2019 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

## Referral Questions

There are no core questions.

## Additional Questions

Other 1. What diagnoses are supported by the medical evidence? 2.Does the medical evidence support any diagnoses causing functional impairment from 01/17/2021 to the present? Please explain your medical rationale as to why or why not. 3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations. 4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations. 5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 01/17/2021 forward? Please explain why or why not. 6. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. (Dr. Stephen Lamb – tel: 859-253-9024 fax: 859-309-1802). If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.

Other Unrelated to COVID-19

**Other Comments**
There are no other comments.

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**

**Electronically Signed:**

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

ELIZABETH THORNSBURY
MEHR, FAIRBANKS & PETERSON
201 WEST SHORT STREET
STE 800
LEXINGTON KY 40507

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

July 2, 2021

Elizabeth A. Thornsbury
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
STE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll

Dear Elizabeth Thornsbury:

In response to your June 17, 2021 letter, please find enclosed a complete copy of Mr. James D. Zoll's Long Term Disability (LTD) claim file and a copy of the Toyota Motor Engineering & Manufacturing North America, Inc. LTD Policy applicable to his claim. This documentation constitutes all information that was received and reviewed in the evaluation of Mr. Zoll's LTD claim.

Your request for copies of any Plan documents must be properly directed by you to the Plan Administrator, Toyota Motor Engineering & Manufacturing North America, Inc.

Mr. Zoll's full and complete claim file and LTD policy includes all information that was received and considered in our evaluation of his claim. No internal claims manuals, training materials or guidelines were used to make this claim determination.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | July 2, 2021 |
| To: | ELIZABETH THORNSBURY<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>STE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Tawnya Valliere<br>Appeals Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

July 2, 2021

Elizabeth A. Thornsbury
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
STE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll

Dear Elizabeth Thornsbury:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Mr. James Zoll's claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on Mr. Zoll's LTD claim on June 25, 2021. Also included with your request were medical records from the following providers: *Kentucky Bone & Joint, Kentucky Surgery Center, KORT Physical Therapy, Pain Consultants of Central Kentucky, Stephen Lamb, MD, Commonwealth Pain and Spine, Lexington Clinic, Commonwealth Hand Therapy, Cardinal Hill Rehabilitation Hospital, and Walmart Pharmacy.*

We understand this is all of the information you intend to submit for our consideration of Mr. Zoll's LTD appeal. Consequently, his file has been forwarded to Lincoln's Appeal Review Unit for a full, and fair review.

I will be the dedicated Appeal Consultant for Mr. Zoll's claim. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 15894.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **PHOENIX**

Office: 913 | Manager: DIGIANDOMENICO, ROBERT | Case Mgr: KELLEY, CHRISTINE

Claimant Name: JAMES D ZOLL | Claim #: 8560503

Occupation (Job Title): PRODUCTION GROUP LEADER | Date Sent: 6/29/2021

Diagnosis: M25.512 Pain in left shoulder, M54.5 Low back pain

Date of Disability: 7/19/2018 | Date Benefits Began: 1/17/2019

Maximum Duration: 12/21/2033 | Paid Through: 1/16/2021

Date of Denial or (DB451): 12/30/2020 | Date Appeal Received: 6/25/2021

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: TOYOTA MOTOR ENGINEERING & MAN

Product: LTD | Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. | FAX No.

Account Specific or Unique Contract Issues / Additional Info:

Attorney repped - do not contact TM directly

AROM FE 140, AAROM 150 & AROM ER 45 = improved since last visit

4+/5 strength

no obvious deformity

TTP upper trap and superior aspect of shoulder

## Assessment / Plan

. **Postoperative care** -

Almost 7 months s/p left shoulder arthroscopy with Double row arthroscopic supraspinatus repair, Arthroscopic biceps tenodesis, Limited debridement of the glenohumeral joint superior labrum and limited SAD by Dr. Wilkes (9/17/18)

Postop MRI 12/28/18 shows prior repair of supraspinatus tendon with no obvious evidence of recurrent tear

Patient does state he has made some small improvements since last visit with PT/HEP. But he is continuing to struggle with myofascial pain.

Continue PT for AROM/AAROM and strengthening as tolerated. Will recommend initiation of dry needling to his therapy program in hopes of relieving myofascial symptoms.

2 month recheck. Continue current work restrictions.

RTO as scheduled or sooner if needed, advised to call office with any questions/concerns.

Z48.89: Encounter for other specified surgical aftercare

. **Myofascial pain** -

Left shoulder/upper trap myofascial pain

Almost 7 months s/p left shoulder arthroscopy with Double row arthroscopic supraspinatus repair, Arthroscopic biceps tenodesis, Limited debridement of the glenohumeral joint superior labrum and limited SAD by Dr. Wilkes (9/17/18)

M79.10: Myalgia, unspecified site

- PHYSICAL THERAPY REFERRAL - Schedule Within: provider's discretion
  Evaluate & Treat: 7 months out from cuff repair, continues to have significant myofascial pain left shoulder
  Exercises: comprehensive cuff rehab program
  Modalities: Yes. Dry Needling, etc

## Return to Office

- JOHN W LOCKHART II, PT for NEW PATIENT at PHYSICAL THERAPY PICADOME on 04/03/2019 at 01:00 PM
- BETHANY BEGLEY, PA-C for RECHECK at ORTHOPEDICS PICADOME on 06/05/2019 at 10:15 AM

## Encounter Sign-Off

Encounter signed-off by BETHANY BEGLEY, PA-C, 04/02/2019.
Encounter performed and documented by BETHANY BEGLEY, PA-C
Encounter reviewed & signed by BETHANY BEGLEY, PA-C on 04/02/2019 at 4:15pm

**Encounter Date: 02/19/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 02/19/2019 11:15AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | BETHANY BEGLEY, PA-C | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>PCP : ZIEGLER, JOHN P<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

shoulder pain

lt shoulder

## Patient's Care Team

**Primary Care Provider:** ZIEGLER, JOHN P: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438
**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143

Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248

## Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**
KROGER MIDSOUTH 767 (ERX): 3199 BEAUMONT CENTER CIRCLE, LEXINGTON KY 40513, Ph (859) 219-1842, Fax (859) 219-1832

## Vitals

02/19/2019 11:19 am

**Ht:** 6 ft  **Wt:** 210 lbs  **BMI:** 28.5

**BP:** 150/68  **Pain Scale:** 6

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) by oral route.<br>**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet | 12/14/18 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 12/14/18 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 12/14/18 | prescribed |
| **diclofenac 1 % topical gel**<br>APPLY 2 GRAM TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY | 02/19/19 | prescribed |
| **Imitrex 100 mg tablet**<br>As Directed<br>**Internal Note:** Instructions: may repeat in 2 hrs--no more than 2 pills in 24hrs--do not take with maxalt--change in med;Frequency: as direct.;Alt Frequency: prn;Medication Description: sumatriptan; Dosage:1; Route:oral; refills:1; Quantity:27 tablet | 12/14/18 | prescribed |
| **Mobic 7.5 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 02/19/19 | prescribed |
| **Mucinex DM** | 06/09/17 | entered |
| **Norco 5 mg-325 mg tablet**<br>Take 1 tablet(s) every 6-8 hours by oral route as needed. | 12/14/18 | prescribed |
| **Norco 7.5 mg-325 mg tablet**<br>1 po every six hours as needed<br>**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet | 06/29/18 | prescribed |
| **nystatin 100,000 unit/gram topical cream**<br>APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed | 06/28/18 | prescribed |
| **omeprazole 20 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 12/14/18 | prescribed |
| **ProAir RespiClick 90 mcg/actuation breath activated**<br>Inhale 2 puff(s) every 6-8 hours by inhalation route. | 06/09/17 | prescribed |
| **sildenafil (antihypertensive) 20 mg tablet**<br>Take 1-3 tablets daily as needed for erectile dysfunction | 01/29/18 | prescribed |
| **tiZANidine 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 12/14/18 | prescribed |
| **Zoloft 100 mg tablet**<br>Take 1 tablet(s) every day by oral route | 12/14/18 | entered |

Take 1 tablet(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

01/01/1900: Depression Screening* Date:05/23/2016

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
**Orthopedic Surgery**
Smoking Status: Never smoker
Non-smoker
Hand Dominance: Right
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Are you currently employed?: Y
Alcohol intake: Occasional
Caffeine intake: Occasional
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Reviewed Surgical History
Other - Testicular surgery
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

## Past Medical History

Reviewed Past Medical History
Included as Review of Systems: **Y**
Anxiety/Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**

## HPI

Mr. Zoll returns today for recheck. He does report some improvement in pain and function since last visit. He reports continued compliance with HEP and PT.

## ROS

Patient reports no fever and no night sweats. He reports no chest pain, no palpitations, and no known heart murmur. He reports no excessive bleeding. He reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing. He reports no history of Accutane (isotretinoin) use in the last 6 months. He reports not currently smoking. He reports no abdominal pain, no vomiting, normal appetite, no diarrhea, not vomiting blood, no dyspepsia, and no GERD.
**Additionally reports:**

## Physical Exam

Patient is a 50-year-old male.

General: no acute distress, comfortable
Vitals reviewed in electronic chart
Psych: normal affect, normal mood, appropriate responses
Vascular: well perfused

Neurologic: Sensation to light touch intact distally
Dermatologic: no rash, no evidence of infection

Musculoskeletal Exam focused on LEFT shoulder:

mild pain at end motion

AROM FE 140, AAROM 150 & AROM ER 40 = improved since last visit

4+/5 strength

no obvious deformity

## Assessment / Plan

. **Postoperative care** -

5 months s/p left shoulder arthroscopy with Double row arthroscopic supraspinatus repair, Arthroscopic biceps tenodesis, Limited debridement of the glenohumeral joint superior labrum and

Postop MRI 12/28/18 shows prior repair of supraspinatus tendon with no obvious evidence of recurrent tear

Patient does state he has made some small improvements since last visit with PT/HEP.

Counselling provided at length. Rx Diclofenac gel PRN for pain. Continue PT for AROM/AAROM and begin strengthening as tolerated.

6 wk recheck

RTO as scheduled or sooner if needed, advised to call office with any questions/concerns.

Z48.89: Encounter for other specified surgical aftercare

- diclofenac 1 % topical gel - APPLY 2 GRAM TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY Qty: 1 100 gm tube(s) Refills: 0 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
- PHYSICAL THERAPY SHOULDER REFERRAL - Schedule Within: provider's discretion
  Side: LEFT Evaluate & Treat: continue post op rehab program progressing as tolerated
- Mobic 7.5 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: 30 tablet(s) Refills: 0 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

## Return to Office

- BETHANY BEGLEY, PA-C for RECHECK at ORTHOPEDICS PICADOME on 04/02/2019 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by BETHANY BEGLEY, PA-C, 02/20/2019.
Encounter performed and documented by BETHANY BEGLEY, PA-C
Encounter reviewed & signed by BETHANY BEGLEY, PA-C on 02/20/2019 at 3:02pm

**Encounter Date: 01/08/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 01/08/2019 11:45AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | BETHANY BEGLEY, PA-C | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>PCP : ZIEGLER, JOHN P<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** ZIEGLER, JOHN P: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438
**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248

## Patient's Pharmacies

## ZOLL, JAMES D (id #21795182, dob:

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**
KROGER MIDSOUTH 767 (ERX): 3199 BEAUMONT CENTER CIRCLE, LEXINGTON KY 40513, Ph (859) 219-1842, Fax (859) 219-1832

### Vitals

01/08/2019 12:09 pm

**Ht:** 6 ft **Wt:** 210 lbs **BMI:** 28.5

**Pain Scale:** 4

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 12/14/18 prescribed
Take 1 tablet(s) by oral route.
**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet

**atorvastatin 20 mg tablet** 12/14/18 prescribed
TAKE ONE TABLET BY MOUTH ONCE DAILY

**betamethasone dipropionate 0.05 % topical cream** 03/23/18 prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**clonazePAM 1 mg tablet** 12/14/18 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**diclofenac 1 % topical gel** 01/08/19 prescribed
APPLY 2 GRAM TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY

**Imitrex 100 mg tablet** 12/14/18 prescribed
As Directed
**Internal Note:** Instructions: may repeat in 2 hrs--no more than 2 pills in 24hrs--do not take with maxalt--change in med;Frequency: as direct.;Alt Frequency: prn;Medication Description: sumatriptan; Dosage:1; Route:oral; refills:1; Quantity:27 tablet

**Mucinex DM** 06/09/17 entered

**Norco 5 mg-325 mg tablet** 12/14/18 prescribed
Take 1 tablet(s) every 6-8 hours by oral route as needed.

**Norco 7.5 mg-325 mg tablet** 06/29/18 prescribed
1 po every six hours as needed
**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet

**nystatin 100,000 unit/gram topical cream** 06/28/18 prescribed
APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed

**omeprazole 20 mg capsule,delayed release** 12/14/18 prescribed
Take 1 capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (antihypertensive) 20 mg tablet** 01/29/18 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**tiZANidine 4 mg tablet** 12/14/18 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Zoloft 100 mg tablet** 12/14/18 entered
Take 1 tablet(s) every day by oral route.

### Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative | 12/06/17 | | Intramuscular | Deltoid, | | UT5899MA | Sanofi | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, |

## Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

01/01/1900: Depression Screening* Date:05/23/2016

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
**Orthopedic Surgery**
Smoking Status: Never smoker
Non-smoker
Hand Dominance: Right
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Are you currently employed?: Y
Alcohol intake: Occasional
Caffeine intake: Occasional
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Reviewed Surgical History
Other - Testicular surgery
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

## Past Medical History

Reviewed Past Medical History
Included as Review of Systems:Y
Anxiety/Depression: Y
High Cholesterol: **Y**
Migraines: **Y**

## HPI

Patient returns today for post op recheck and discuss MRI results. He reports continued compliance with PT and HEP and states he has seen some improvement.

## ROS

Patient reports no fever and no night sweats. He reports no chest pain, no palpitations, and no known heart murmur. He reports no excessive bleeding. He reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing. He reports no history of Accutane (isotretinoin) use in the last 6 months. He reports not currently smoking. He reports no abdominal pain, no vomiting, normal appetite, no diarrhea, not vomiting blood, no dyspepsia, and no GERD.
**Additionally reports:**

## Physical Exam

Patient is a 50-year-old
male.

General: no acute distress, comfortable
Vitals reviewed in electronic chart
Psych: normal affect, normal mood, appropriate responses
Vascular: well perfused
Neurologic: Sensation to light touch intact distally
Dermatologic: no rash, no evidence of infection

Musculoskeletal Exam focused on LEFT shoulder:

mild pain at end motion

AROM FE 130, AAROM 140 & AROM ER 35

AROM improved from FE 110 and ER 30 at last visit per Dr. Wilkes

note

4+/5 strength

no obvious deformity

## Assessment / Plan

**. Postoperative care** -

4 months s/p left shoulder arthroscopy with Double row arthroscopic supraspinatus repair, Arthroscopic biceps tenodesis, Limited debridement of the glenohumeral joint superior labrum and

Postop MRI 12/28/18 shows prior repair of supraspinatus tendon with no obvious evidence of recurrent tear

Patient does state he has made some small improvements since last visit with PT/HEP.

Counselling provided at length. Rx Diclofenac gel PRN for pain. Continue PT for AROM/AAROM and begin strengthening as tolerated.

4-6 wk recheck

RTO as scheduled or sooner if needed, advised to call office with any questions/concerns.

Z48.89: Encounter for other specified surgical aftercare

- diclofenac 1 % topical gel - APPLY 2 GRAM TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY Qty: 1 100 gm tube(s) Refills: 0 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
- PHYSICAL THERAPY SHOULDER REFERRAL - Schedule Within: provider's discretion
  Evaluate & Treat: 4 months s/p large rotator cuff repair
  Exercises: comprehensive shoulder rehab program, continue AAROM/AROM & begin gentle strengthening
  Modalities: PRN
- WORK STATUS REPORT
  Side: LEFT
  Restrictions: No lifting/pushing/pulling > 5lbs, no repetitive motion LUE
  Maximum Carrying Limit of (lbs./ft.): 5 lbs
  Off Work: 01/08/2019
  Until Next Visit: unable to return to work until medically cleared, follow up scheduled in 6 wks

**)iscussion Notes**

## Return to Office

- BETHANY BEGLEY, PA-C for RECHECK at ORTHOPEDICS PICADOME on 02/19/2019 at 11:15 AM

## Encounter Sign-Off

Encounter signed-off by BETHANY BEGLEY, PA-C, 01/09/2019.
Encounter performed and documented by BETHANY BEGLEY, PA-C
Encounter reviewed & signed by BETHANY BEGLEY, PA-C on 01/09/2019 at 10:20am

## Clinical Documents

**ZOLL, JAMES D (id #21795182, dob:**

2021-04-22 13:51 LC-108-6436 8592586439 >> athena P 6/9

ZOLL, JAMES #21795182

* 83098129w13059 ClinDoc

Lexington Clinic

**2021 COVID-19 Screening Questionnaire**

Patient Name: James Zoll

Pt DOB: _ Visitor #1 Name: ____________

Please circle YES or NO to the following questions.

| | Patient | Visitor(s) |
|---|---|---|
| 1. Have you or anyone accompanying you today been tested for CoVid-19 in the past **14 days**? If YES, were results: +Positive? -Negative? Waiting on Results? Reason for testing: Upcoming procedure Work Requirement Elective | YES NO (circled NO) | YES NO |

**If above is negative or pending, then proceed to #2. If above is positive or symptomatic waiting on results, advise patient and/or visitor to return to vehicle. If patient, advise to contact provider's office to notify for further guidance.** (Exception: Radiology approved by Dr. Chopra at South Broadway or East locations)

2. In the last **72-hours** have you and/or anyone accompanying you today displayed any of the following symptoms:

| | Patient | Visitor(s) |
|---|---|---|
| Cough, shortness of breath or difficulty breathing? | YES NO (circled NO) | YES NO |
| Fever or chills or felt feverish? | YES NO (circled NO) | YES NO |
| Muscle or body aches? | YES NO (circled NO) | YES NO |
| New loss of smell and taste? | YES NO (circled NO) | YES NO |
| Vomiting, nausea or diarrhea? | YES NO (circled NO) | YES NO |
| Extreme fatigue? | YES NO (circled NO) | YES NO |
| Headache or sore throat? | YES NO (circled NO) | YES NO |
| (Sinus) Congestion or runny nose? | YES NO (circled NO) | YES NO |
| 3. Have you and/or anyone accompanying you today been in close contact with a person known to have COVID-19/Coronavirus in the past **14 days**? | YES NO (circled NO) | YES NO |

If answered YES to ANY of the questions under # 2 or #3 Traveled outside of USA (NO)

- Notify the provider or service department of arrival. Await instructions from provider's office. Access Code if being seen: ________

If not being seen, advise patient to exit building and contact provider's office to reschedule appointment.

Completed by: Aliyah Smith Date/Time: 4/22/21

NOTE: Interpreter services must be offered by preferred languages other than English.

Interpreter's Name or ID Number: ____________ Revised 1/12/2021 A. Baranchak

2021-04-09 09:06 LC-270-4526 8592584119 >> athena P 10/47

ZOLL, JAMES #21795182

* 63058695w13059 ClinDoc

Lexington Clinic

**2021 COVID-19 Screening Questionnaire**

Patient Name: ____________

Pt DOB: ____________ Visitor #1 Name: ____________

Please circle YES or NO to the following questions.

| | Patient | Visitor(s) |
|---|---|---|
| 1. Have you or anyone accompanying you today been tested for CoVid-19 in the past | YES NO (circled NO) | YES NO |

Reason for testing: Upcoming procedure Work Requirement Elective

**If above is negative or pending, then proceed to #2. If above is positive or symptomatic waiting on results, advise patient and/or visitor to return to vehicle. If patient, advise to contact provider's office to notify for further guidance.** (Exception: Radiology approved by Dr. Chopra at South Broadway or East locations)

2. In the last 72-hours have you and/or anyone accompanying you today displayed any of the following symptoms:

| | Patient | Visitor(s) |
|---|---|---|
| Cough, shortness of breath or difficulty breathing? | YES (NO) | YES NO |
| Fever or chills or felt feverish? | YES (NO) | YES NO |
| Muscle or body aches? | YES (NO) | YES NO |
| New loss of smell and taste? | YES (NO) | YES NO |
| Vomiting, nausea or diarrhea? | YES (NO) | YES NO |
| Extreme fatigue? | YES (NO) | YES NO |
| Headache or sore throat? | YES (NO) | YES NO |
| (Sinus) Congestion or runny nose? | YES (NO) | YES NO |

3. Have you and/or anyone accompanying you today been in close contact with a person known to have COVID-19/Coronavirus in the past 14 days? YES (NO) YES NO

If answered YES to ANY of the questions under # 2 or #3

- Notify the provider or service department of arrival. Await instructions from provider's office.
  Access Code if being seen: ________

If not being seen, advise patient to exit building and contact provider's office to reschedule appointment.

Completed by: GT Date/Time: 04/08/21

NOTE: Interpreter services must be offered by preferred languages other than English.

Interpreter's Name or ID Number: ____________ Revised 1/12/2021 A. Baranchak



Lexington Clinic

## 2021 COVID-19 Screening Questionnaire

Patient Name: ____________

Pt DOB: ____________ Visitor #1 Name: ____________

Please circle YES or NO to the following questions.

| | Patient | Visitor(s) |
|---|---|---|
| 1. Have you or anyone accompanying you today been tested for CoVid-19 in the past 14 days? If YES, were results: +Positive? -Negative? Waiting on Results? Reason for testing: Upcoming procedure Work Requirement Elective | YES (NO) | YES NO |

**If above is negative or pending, then proceed to #2. If above is positive or symptomatic waiting on results, advise patient and/or visitor to return to vehicle. If patient, advise to contact provider's office to notify for further guidance.** (Exception: Radiology approved by Dr. Chopra at South Broadway or East locations)

2. In the last 72-hours have you and/or anyone accompanying you today displayed any of the following symptoms:

| | Patient | Visitor(s) |
|---|---|---|
| Cough, shortness of breath or difficulty breathing? | YES (NO) | YES NO |
| Fever or chills or felt feverish? | YES (NO) | YES NO |
| Muscle or body aches? | YES (NO) | YES NO |
| New loss of smell and taste? | YES (NO) | YES NO |
| Vomiting, nausea or diarrhea? | YES (NO) | YES NO |

**ZOLL, JAMES D (id #21795182, dob:**

| | Patient | Visitor(s) |
|---|---|---|
| Extreme fatigue? | YES (NO) | YES NO |
| Headache or sore throat? | YES (NO) | YES NO |
| (Sinus) Congestion or runny nose? | YES (NO) | YES NO |
| 3. Have you and/or anyone accompanying you today been in close contact with a person known to have COVID-19/Coronavirus in the past 14 days? | YES (NO) | YES NO |

If answered YES to ANY of the questions under # 2 or #3

- Notify the provider or service department of arrival. Await instructions from provider's office. Access Code if being seen: ___________

If not being seen, advise patient to exit building and contact provider's office to reschedule appointment.

Completed by: Oliver M Date/Time: 3 / 23 / 21

NOTE: Interpreter services must be offered by preferred languages other than English.

Interpreter's Name or ID Number: ______________ Revised 1/12/2021 A. Barenchak



ZOLL, JAMES #21795182

Lexington Clinic

202 *32723581w13059 ClinDoc

## Screening Questionnaire

Patient Name: ____________ Visitor #1 Name: ____________

Pt DOB: ____________

T 98.1

Please circle YES or NO to the following questions.

| | Patient | Visitor(s) |
|---|---|---|
| 1. Have you been tested for CoVid-19 in the past 14 days? If YES, were results +Positive? -Negative? Waiting on Results? | YES NO | YES NO |
| 2. In the last 72-hours have you and/or anyone accompanying you today displaying any of the following symptoms: | | |
| Fever and cough with or without shortness of breath? | YES NO | YES NO |
| Loss of smell and taste? | YES NO | YES NO |
| Gastrointestinal symptoms such as diarrhea and nausea? | YES NO | YES NO |
| Extreme fatigue? | YES NO | YES NO |
| 3. Have you and/or anyone accompanying you today been in close contact with a person known to have COVID-19/Coronavirus in the past 14 days? | YES NO | YES NO |

If answered YES to ANY of these questions above, immediately hand the patient (and the visitor accompanying him/her) a mask to put on.

- Instruct patient [AND visitor(s)] to return to vehicle and contact the provider's office to notify for further guidance.
- Notify the provider team or service department (i.e., Radiology/Laboratory) of arrival.

Completed by: Kerai Date/Time: 12-7-20

**NOTE: Interpreter services must be offered by preferred languages other than English.**

Interpreter's Name or ID Number: ____________

Revised 7/20/2020 bhay/infection control/coronavirus/screening questionnaire

**NEW LEXINGTON CLINIC PSC**
1401 HARRODSBURG RD SUITE C240
LEXINGTON, KY 40504-3751
Phone: (859) 258-4800
Fax: (859) 258-4740

**Encounter Summary - Progress Note**
Date Printed: 12/08/2020

| | |
|---|---|
| **Patient** | Zoll, James D (51yo, M) #21795182 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | migraines<br>12/07/2020 - 01:15PM - NEUROLOGY CHI SJOP |
| **History of Present Illness** | Mr. Zoll returns in follow-up regarding his migraines, essential tremor and neck pain.<br><br>He came in by himself today.<br><br>I last saw him on 6/4/20, and on that visit his migraines are stable, one or 2 per week. With Imitrex they typically resolve within 1 hour. He was on Topamax 50 mg daily. He had essential tremor which had improved a little with Topamax. He did have chronic neck pain. Dr. Brooks has not recommended any surgery. His MRI scan did show a bulging disc extending to the left at C6-7 level. I offered a trial of diclofenac.<br><br>He was being seen at Dr. Swasey's pain clinic for his neck and lower back pain.<br><br>He returns in follow-up today.<br><br>He presents with a new complaint today, a feeling of numbness and tingling in the left foot.<br><br>This has been going on for several months, perhaps a year.<br><br>It is gradually getting worse.<br><br>He denies any numbness in the right foot.<br><br>He does have bulging disc in his lumbar spine.<br><br>His migraines are improving.<br><br>He is on aimovig.<br><br>In general his migraines have declined from 2 or 3 per week down to one per week.<br><br>He notices that his migraines get worse the last week before he gives himself and other aimovig injection.<br><br>He is also on Topamax 25 mg, 2 pills at night.<br><br>He would like to get off the Topamax.<br><br>That's fine with me.<br><br>He uses Imitrex when necessary migraine and the headache usually resolves within 30-60 minutes.<br><br>His migraines are typically located at the bridge of the nose. |

Bright lights bother and he has visual disturbances with the migraine.

He typically takes Imitrex pills, 100 milligrams at onset of migraine and most the time the headache resolves within about one or 2 hours.

He rarely uses Imitrex shots but they tend to be helpful with a severe migraine.

He remains on Topamax 25 mg, 2 pills daily.

He is also on amitriptyline 25 mg 1 pill daily.

He has been on aimovig for the last 3 months.

He has really not noticed any change in his migraine pattern since he's been on aimovig.

He often has a migraine the day after an injection.

He is now going to the pain clinic run by Dr. Swazey.

He has chronic lower back pain and chronic neck pain.

He's been having a lot of pain in his left shoulder as well, he went underwent surgery for frozen shoulder in 12/19 "and it still frozen."

He is on his maximum tolerable doses of Topamax and amitriptyline.

He has some mild neck pain, especially on the left.

He is also taking amitriptyline 25 mg at night for migraine prophylaxis, prescribed by his psychiatrist.

His psychiatrist is Dr. Steven Lamb.

His blood pressure is low, so I don't think he is a candidate for beta blocker therapy.

Dr. Leung previously tried him on propranolol which apparently didn't help. He also tried him on amitriptyline which didn't help.

He previously tried gabapentin which did not help with his migraines.

With Topamax, his migraines have been improving. He had been having about 2 migraines per week, now having 1-2 per week. He thinks his migraines are milder.

When he has a migraine, he takes Imitrex and typically the headache goes away within about 45-60 minutes. He thinks that Imitrex makes him a little poorly coordinated.

His tremors are slightly better with Topamax.

He has tremors in both hands.

His brother and mother both had tremors.

Klonopin is helpful for them.

They tend to be worse with stress.

#1. Migraines.

His chief complaint is migraine headaches. He started having migraines in his late teens or early 20s. There is a positive family history of migraines in his grandmother. A few months ago, his migraines had been occurring about twice a week, but recently,, they have been just occurring about every week or 2. He has severe migraines 2 or 3 times a year. His migraines are located at the bridge of his nose, described as an intense pain, associated with nausea, light sensitivity, sound sensitivity. The smell of coffee bothers him. He typically does not have vomiting with migraines. He typically does not have an aura with his migraines, but sometimes he does.

He's never had a CAT scan or MRI scan of his head.

He typically takes Imitrex 100 mg at the onset of his migraines and typically they resolve within about one hour.

He occasionally has used Imitrex shots, given him at the doctor's office and Imitrex shots tend to work better than the Imitrex pills. Imitrex pills causes some mild confusion.

| | |
|---|---|
| | He has seen a neurologist at UK about his migraines initially started on gabapentin which caused side effects and he stopped it after about a week.<br><br>#2. Neck pain.<br><br>He has a long history of neck pain, present for years. He's never had a neck injury. His neck pain is typically midline, just sometimes extends to the left. Most the time his neck pain is moderate in degree. He typically uses tizanidine 4 mg at night which is somewhat helpful. He currently is getting physical therapy for the neck pain and it helps as well.<br><br>He had an MRI of the cervical spine In 8/18 which did show moderate degenerative disc disease, no central canal stenosis, no herniated discs.<br><br>He has no interest in cervical spine surgery for his neck pain.<br><br>I think he has seen Dr. William Brooks about his neck pain.<br><br>#3. Tremors.<br><br>I see his mother. She has familial tremor and Parkinson's disease, as well as schizoaffective disorder. When she tried Sinemet, she had "bad thoughts" and it was discontinued.<br><br>He has been having tremors for the last several years. He has tremors in both hands, right more than left. He is right-handed. Denies any resting tremors. The tremors mainly occur while eating and drinking. Denies having any tremors in his head or voice.<br><br>He says the tremors in general are not bad take any medication for.<br><br>#4. Poor balance.<br><br>He's been having trouble with balance for about 5 years. It is been gradually getting worse. He tends to have low blood pressure. He gets lightheaded when he stands up quickly. He doesn't think the lightheadedness causes poor balance.<br><br>He previously saw Dr. Leung for migraines in 7/16. He was having 2 or 3 migraines a week, using Zomig inhaler and Imitrex pills. He had a holocranial headaches often with a visual aura with a right visual field defect. He was tried on propranolol and amitriptyline but apparently they did not work.<br><br>Laboratory studies:<br><br>His MRI scan of brain 4/26/19 was normal. He did have a lot of abnormalities in the sinuses.<br><br>His MRI of the cervical spine on 6/12/19 showed a disc protrusion at C6-7 extending to the left. There were multiple broad-based disc protrusions and mild to moderate arthritic changes. No herniated discs. No central canal stenosis. The findings were similar to his prior MRI from 8/18.<br><br>MRI of the lumbar spine on 6/12/19 showed protruding disks at L4-5 and L5-S1, no disc herniations, no central canal stenosis, mild arthritic changes.<br><br>MRI of the cervical spine in 10/15 showed a broad-based disc protrusion at C5-6 and at C67, with a small herniated disc at T2-3. No significant spinal canal stenosis noted.<br><br>MRI of the cervical spine in 8/18 showed mild degenerative changes of the cervical spine, no central canal stenosis at any level, there was a broad-based disc protrusion at T2-3, findings were maximal at C3-4 and C5-6 with bulging disks and arthritic changes. |
| **Review of Systems** | None recorded |
| **Vitals** | **Ht:** 6 ft Stated 12/07/2020 01:30 pm; **Wt:** 207 lbs With clothes 12/07/2020 01:33 pm; **BMI:** 28.1 12/07/2020 01:33 pm; **BP:** 122/80 sitting L arm 12/07/2020 01:34 pm; **Pulse:** 80 bpm regular 12/07/2020 01:35 pm |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | Patient is a 51-year-old male. |
| **Procedure Documentation** | None recorded |
| **Assessment and Plan** | **1. Migraine without aura -** |

He has a long history of migraines, onset in his late teens or early 20s. Positive family history of migraines in his grandmother.

Recently his migraines had been improving. Before Topamax, he was having about 2 migraines per week, now he is having either one or 2 per week.

He has severe migraines 2 or 3 times year.

His migraines located the bridge of the nose, described as an intense pain with associated nausea, light sensitivity and sound symptoms. Typically he does not have an aura before the migraine.

With Imitrex, his migraines typically resolves within about 45–60 minutes.

Imitrex injections work better than the shots but the injections cause confusion.

He previously saw a neurologist at UK, was recommended he try gabapentin, he took it for 1 week it caused side effects and was discontinued.

He has been on propranolol and amitriptyline for migraine prophylaxis in the past but I think he had side effects with both.

His MRI scan of brain is normal.

He has been on aimovig which has been helpful for the migraines, declined from 2 or 3 per week down to about one per week.

He also remains on Topamax 25 mg, 2 pills at night.

He is going to try to taper off the Topamax.

He uses Imitrex when necessary and typically the headache does resolve within 30-60 minutes.

He needs a refill on aimovig.

He is on Topamax 50 mg daily.

The 75 mg dose causes excessive sleepiness.

He is not interested in trying any other triptan's.

His migraines have improved with Topamax, less frequent and milder.

His tremors have improved with Topamax.

He uses Imitrex and typically his headache goes away within about 45-60 minutes.

I refilled his amitriptyline and aimovig.

He is going to try to taper off the Topamax.

G43.009: Migraine without aura, not intractable, without status migrainosus
- amitriptyline 25 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 90 tablet(s) Refills: 3
Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**2. Migraine with aura** -

He has infrequent migraine without aura.

G43.109: Migraine with aura, not intractable, without status migrainosus

**3. Essential tremor** -

He has a very mild sustension tremor in the right hand, none on the left, no parkinsonian features.

I told him I think he has mild familial tremor.

The tremor is not bad enough to take any medication for at this time.

It has improved a little with Topamax.

His tremors remain fairly mild.

I told him that propranolol is probably the best medication for this.

G25.0: Essential tremor

**4. Neck pain** -

He has chronic neck pain. He has mild to moderate degenerative changes of the cervical spine.

I think he hsd seen Dr. Brooks who did not recommend any surgery.

MRI of the cervical spine does show a bulging disc extending to the left at the C6-7 level. He does have rather diffuse numbness and tingling diffusely through the left arm.

His EMG of the left arm showed borderline findings for left C7 radiculopathy.

M54.2: Cervicalgia

**5. Chronic low back pain** -

With underlying mild degenerative changes on the MRI lumbar spine 6/12/19

He does have 2 broad-based disc protrusions but no central canal stenosis or disc herniation.

Recently he's been having numbness in the Left foot for the last few months.

I'm suspicious of lumbar radiculopathy.

I will arrange EMG/NCV of the left leg.

M54.5: Low back pain
- NERVE CONDUCTION STUDY/EMG, LOWER EXTREMITY (PROC)

Rule Out: Lumbar radiculopathy causing numbness in the left leg and foot

**6. Poor balance -**

while he complains of poor balance, I think his balance is perfectly normal. His gait is normal. He can heel walk and toe walk without much difficulty. Tandem gait and Romberg sign essentially negative. No signs of neuropathy on exam.

I told him I suspect his poor balance is because he gets lightheaded from his low blood pressure.

R27.8: Other lack of coordination

**7. Chronic anxiety -**

He has chronic anxiety, on Pristiq

F41.9: Anxiety disorder, unspecified

**Discussion Notes**

He returns in follow-up today.

He is on aimovig.

Aimovig has been helpful with his migraines and a frequent has declined from 2 or 3 per week down to one per week.

He is going to try to taper off Topamax 50 mg daily.

I refilled his amitriptyline and aimovig.

He has a new complaint of numbness and tingling in the left leg.

His prior MRI scan did show degenerative disc disease the lumbar spine.

I suspect he has a left L5 radiculopathy.

He also complains of poor balance.

I told him I checked his balance on his last visit and was perfect.

I will see him back in 4 months.

Today, we discussed his migraines, neck pain, lower back pain, prior EMG/NCV of the left arm and his new complaint of numbness in the left leg.

I spent about 25 minutes today with him discussing multiple issues.

I will arrange for EMG/NCV in the left leg.

I refilled his amitriptyline and aimovig.

Return to Office
- JOHN P ZIEGLER, MD for RECHECK at FAMILY MEDICINE ANDOVER on 12/08/2020 at 02:30 PM
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 04/08/2021 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/13/2030

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies |
| | NKDA |

| | | | |
|---|---|---|---|
| **Medications** | Reviewed Medications | | |
| | **Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector**<br>Inject by subcutaneous route. | 06/04/20 | entered |
| | **amitriptyline 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 12/07/20 | prescribed |
| | **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 09/11/20 | prescribed |
| | **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |

ONCE DAILY as needed

**clonazePAM 1 mg tablet** — 09/11/20 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**clotrimazole-betamethasone 1 %-0.05 % topical cream** — 04/27/20 prescribed
APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed

**Descovy 200 mg-25 mg tablet** — 09/20/20 prescribed
Take 1 tablet(s) every day by oral route.

**diclofenac sodium 75 mg tablet,delayed release** — 04/18/19 prescribed
Take 1 tablet(s) twice a day by oral route.

**Imitrex 100 mg tablet** — 06/04/20 prescribed
As Directed

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** — 06/04/20 prescribed
Inject 1 mL as needed by subcutaneous route.

**mupirocin 2 % topical ointment** — 10/01/20 prescribed
APPLY A SMALL AMOUNT TO THE AFFECTED AREA BY TOPICAL ROUTE 3 TIMES PER DAY

**omeprazole 20 mg capsule,delayed release** — 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** — 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (pulmonary hypertension) 20 mg tablet** — 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** — 01/09/20 prescribed
Apply 2 pump(s) every day by transdermal route for 30 days.

**tIZANidine 4 mg tablet** — 09/11/20 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** — 06/04/20 prescribed
Take 2 tablet(s) every day by oral route.

**Family History**

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

**Past Medical History**

Past Medical History not reviewed (last reviewed 11/23/2020)
Anxiety Disorder: **Y**
Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**
Neurological Problems: **Y - tremors**

**Vaccine History**

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 09/11/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042010 | UJ442AA | Sanofi Pasteur | 06/30/21 | 08/15/19 | 09/11/20 | Tkeyah Smith |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed | |

Electronically Signed by: CRAIG A KNOX, MD



**NEW LEXINGTON CLINIC PSC**
1401 HARRODSBURG RD SUITE C240
LEXINGTON, KY 40504-3751
Phone: (859) 258-4800
Fax: (859) 258-4740

**Encounter Summary - Progress Note**
Date Printed: 12/08/2020

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:38040886-H-13059]

| | |
|---|---|
| **Patient** | Zoll, James D (51yo, M) #21795182 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | ( - |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | migraines<br>12/07/2020 - 01:15PM - NEUROLOGY CHI SJOP |
| **History of Present Illness** | Mr. Zoll returns in follow-up regarding his migraines, essential tremor and neck pain.<br><br>He came in by himself today.<br><br>I last saw him on 6/4/20, and on that visit his migraines are stable, one or 2 per week. With Imitrex they typically resolve within 1 hour. He was on Topamax 50 mg daily. He had essential tremor which had improved a little with Topamax. He did have chronic neck pain. Dr. Brooks has not recommended any surgery. His MRI scan did show a bulging disc extending to the left at C6-7 level. I offered a trial of diclofenac.<br><br>He was being seen at Dr. Swasey's pain clinic for his neck and lower back pain.<br><br>He returns in follow-up today.<br><br>He presents with a new complaint today, a feeling of numbness and tingling in the left foot.<br><br>This has been going on for several months, perhaps a year.<br><br>It is gradually getting worse.<br><br>He denies any numbness in the right foot.<br><br>He does have bulging disc in his lumbar spine. |

His migraines are improving.

He is on aimovig.

In general his migraines have declined from 2 or 3 per week down to one per week.

He notices that his migraines get worse the last week before he gives himself and other aimovig injection.



He is also on Topamax 25 mg, 2 pills at night.

He would like to get off the Topamax.

That's fine with me.

He uses Imitrex when necessary migraine and the headache usually resolves within 30-60 minutes.

His migraines are typically located at the bridge of the nose.

Bright lights bother and he has visual disturbances with the migraine.

He typically takes Imitrex pills, 100 milligrams at onset of migraine and most the time the headache resolves within about one or 2 hours.

He rarely uses Imitrex shots but they tend to be helpful with a severe migraine.

He remains on Topamax 25 mg, 2 pills daily.

He is also on amitriptyline 25 mg 1 pill daily.

He has been on aimovig for the last 3 months.

He has really not noticed any change in his migraine pattern since he's been on aimovig.

He often has a migraine the day after an injection.

He is now going to the pain clinic run by Dr. Swazey.

He has chronic lower back pain and chronic neck pain.

He's been having a lot of pain in his left shoulder as well, he went underwent surgery for frozen shoulder in 12/19 "and it still frozen."

He is on his maximum tolerable doses of Topamax and amitriptyline.

He has some mild neck pain, especially on the left.

He is also taking amitriptyline 25 mg at night for migraine prophylaxis, prescribed by his psychiatrist.

His psychiatrist is Dr. Steven Lamb.

His blood pressure is low, so I don't think he is a candidate for beta blocker therapy.

Dr. Leung previously tried him on propranolol which apparently didn't help. He also tried him on amitriptyline which didn't help.

He previously tried gabapentin which did not help with his migraines.

With Topamax, his migraines have been improving. He had been having about 2 migraines per week, now having 1-2 per week. He thinks his migraines are milder.

When he has a migraine, he takes Imitrex and typically the headache goes away within about 45-60 minutes. He thinks that Imitrex makes him a little poorly coordinated.

His tremors are slightly better with Topamax.

He has tremors in both hands.



His brother and mother both had tremors.

Klonopin is helpful for them.

They tend to be worse with stress.

#1. Migraines.

His chief complaint is migraine headaches. He started having migraines in his late teens or early 20s. There is a positive family history of migraines in his grandmother. A few months ago, his migraines had been occurring about twice a week, but recently,, they have been just occurring about every week or 2. He has severe migraines 2 or 3 times a year. His migraines are located at the bridge of his nose, described as an intense pain, associated with nausea, light sensitivity, sound sensitivity. The smell of coffee bothers him. He typically does not have vomiting with migraines. He typically does not have an aura with his migraines, but sometimes he does.

He's never had a CAT scan or MRI scan of his head.

He typically takes Imitrex 100 mg at the onset of his migraines and typically they resolve within about one hour.

He occasionally has used Imitrex shots, given him at the doctor's office and Imitrex shots tend to work better than the Imitrex pills. Imitrex pills causes some mild confusion.

He has seen a neurologist at UK about his migraines initially started on gabapentin which caused side effects and he stopped it after about a week.

#2. Neck pain.

He has a long history of neck pain, present for years. He's never had a neck injury. His neck pain is typically midline, just sometimes extends to the left. Most the time his neck pain is moderate in degree. He typically uses tizanidine 4 mg at night which is somewhat helpful. He currently is getting physical therapy for the neck pain and it helps as well.

He had an MRI of the cervical spine in 8/18 which did show moderate degenerative disc disease, no central canal stenosis, no herniated discs.

He has no interest in cervical spine surgery for his neck pain.

I think he has seen Dr. William Brooks about his neck pain.

#3. Tremors.

I see his mother. She has familial tremor and Parkinson's disease, as well as schizoaffective disorder. When she tried Sinemet, she had "bad thoughts" and it was discontinued.

He has been having tremors for the last several years. He has tremors in both hands, right more than left. He is right-handed. Denies any resting tremors. The tremors mainly occur while eating and drinking. Denies having any tremors in his head or voice.

He says the tremors in general are not bad take any medication for.

#4. Poor balance.

He's been having trouble with balance for about 5 years. It is been gradually getting worse. He tends to have low blood pressure. He gets lightheaded when he stands up quickly. He doesn't think the lightheadedness causes poor balance.

He previously saw Dr. Leung for migraines in 7/16. He was having 2 or 3 migraines a week, using Zomig inhaler and Imitrex pills. He had a holocranial headaches often with a visual aura with a right visual field defect. He was tried on propranolol and amitriptyline but apparently they did not work.

Laboratory studies:

His MRI scan of brain 4/26/19 was normal. He did have a lot of abnormalities in the sinuses.



His MRI of the cervical spine on 6/12/19 showed a disc protrusion at C6-7 extending to the left. There were multiple broad-based disc protrusions and mild to moderate arthritic changes. No herniated discs. No central canal stenosis. The findings were similar to his prior MRI from 8/18.

MRI of the lumbar spine on 6/12/19 showed protruding disks at L4-5 and L5-S1, no disc herniations, no central canal stenosis, mild arthritic changes.

MRI of the cervical spine in 10/15 showed a broad-based disc protrusion at C5-6 and at C67, with a small herniated disc at T2-3. No significant spinal canal stenosis noted.

MRI of the cervical spine in 8/18 showed mild degenerative changes of the cervical spine, no central canal stenosis at any level, there was a broad-based disc protrusion at T2-3, findings were maximal at C3-4 and C5-6 with bulging disks and arthritic changes.

| | |
|---|---|
| **Review of Systems** | None recorded |
| **Vitals** | **Ht:** 6 ft Stated 12/07/2020 01:30 pm; **Wt:** 207 lbs With clothes 12/07/2020 01:33 pm; **BMI:** 28.1 12/07/2020 01:33 pm |

## ZOLL, JAMES D (id #21795182, dob: )

| | | | | |
|---|---|---|---|---|
| | BP: | 122/80 sitting L arm 12/07/2020 01:34 pm | Pulse: | 80 bpm regular 12/07/2020 01:35 pm |

| | |
|---|---|
| **Results/Interpretations** | None recorded |
| **Physical Exam** | Patient is a 51-year-old male. |
| **Procedure Documentation** | None recorded |

**Assessment and Plan**

**1. Migraine without aura -**

He has a long history of migraines, onset in his late teens or early 20s. Positive family history of migraines in his grandmother.

Recently his migraines had been improving. Before Topamax, he was having about 2 migraines per week, now he is having either one or 2 per week.

He has severe migraines 2 or 3 times year.

His migraines located the bridge of the nose, described as an intense pain with associated nausea, light sensitivity and sound symptoms. Typically he does not have an aura before the migraine.

With Imitrex, his migraines typically resolves within about 45-60 minutes.

Imitrex injections work better than the shots but the injections cause confusion.

He previously saw a neurologist at UK, was recommended he try gabapentin, he took it for 1 week it caused side effects and was discontinued.

He has been on propranolol and amitriptyline for migraine prophylaxis in the past but I think he had side effects with both.

His MRI scan of brain is normal.

He has been on aimovig which has been helpful for the migraines, declined from 2 or 3 per week down to about one per week.

He also remains on Topamax 25 mg, 2 pills at night.

He is going to try to taper off the Topamax.

He uses Imitrex when necessary and typically the headache does resolve within 30-60 minutes.

He needs a refill on aimovig.

He is on Topamax 50 mg daily.

The 75 mg dose causes excessive sleepiness.



He is not interested in trying any other triptan's.

His migraines have improved with Topamax, less frequent and milder.

His tremors have improved with Topamax.

He uses Imitrex and typically his headache goes away within about 45-60 minutes.

I refilled his amitriptyline and aimovig.

He is going to try to taper off the Topamax.

G43.009: Migraine without aura, not intractable, without status migrainosus

- amitriptyline 25 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 90 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**2. Migraine with aura -**

He has infrequent migraine without aura.

G43.109: Migraine with aura, not intractable, without status migrainosus

**3. Essential tremor -**

He has a very mild sustension tremor in the right hand, none on the left, no parkinsonian features.

I told him I think he has mild familial tremor.

The tremor is not bad enough to take any medication for at this time.

It has improved a little with Topamax.

His tremors remain fairly mild.

I told him that propranolol is probably the best medication for this.

G25.0: Essential tremor

**4. Neck pain -**

He has chronic neck pain. He has mild to moderate degenerative changes of the cervical spine.

I think he hsd seen Dr. Brooks who did not recommend any surgery.

MRI of the cervical spine does show a bulging disc extending to the left at the C6-7 level. He does have rather diffuse numbness and tingling diffusely through the left arm.

His EMG of the left arm showed borderline findings for left C7 radiculopathy.

M54.2: Cervicalgia

**5. Chronic low back pain -**

With underlying mild degenerative changes on the MRI lumbar spine 6/12/19

He does have 2 broad-based disc protrusions but no central canal stenosis or disc herniation.

Recently he's been having numbness in the Left foot for the last few months.

I'm suspicious of lumbar radiculopathy.

I will arrange EMG/NCV of the left leg.

M54.5: Low back pain
- NERVE CONDUCTION STUDY/EMG, LOWER EXTREMITY (PROC)

Rule Out: Lumbar radiculopathy causing numbness in the left leg and foot

**6. Poor balance -**

while he complains of poor balance, I think his balance is perfectly normal. His gait is normal. He can heel walk and toe walk without much difficulty. Tandem gait and Romberg sign essentially negative. No signs of neuropathy on exam.

I told him I suspect his poor balance is because he gets lightheaded from his low blood pressure.

R27.8: Other lack of coordination



**7. Chronic anxiety -**

He has chronic anxiety, on Pristiq

F41.9: Anxiety disorder, unspecified

**Discussion Notes**

He returns in follow-up today.

He is on aimovig.

Aimovig has been helpful with his migraines and a frequent has declined from 2 or 3 per week down to one per week.

He is going to try to taper off Topamax 50 mg daily.

I refilled his amitriptyline and aimovig.

He has a new complaint of numbness and tingling in the left leg.

His prior MRI scan did show degenerative disc disease the lumbar spine.

I suspect he has a left L5 radiculopathy.

He also complains of poor balance.

I told him I checked his balance on his last visit and was perfect.

I will see him back in 4 months.

Today, we discussed his migraines, neck pain, lower back pain, prior EMG/NCV of the left arm and his new complaint of numbness in the left leg.

I spent about 25 minutes today with him discussing multiple issues.

I will arrange for EMG/NCV in the left leg.

I refilled his amitriptyline and aimovig.

Return to Office
- JOHN P ZIEGLER, MD for RECHECK at FAMILY MEDICINE ANDOVER on 12/08/2020 at 02:30 PM
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 04/08/2021 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/13/2030

Patient Medical History:

| | | | |
|---|---|---|---|
| **Allergies List** | Reviewed Allergies | | |
| | NKDA | | |
| **Medications** | Reviewed Medications | | |
| | **Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector** Inject by subcutaneous route. | 06/04/20 | entered |
| | **amitriptyline 25 mg tablet** Take 1 tablet(s) every day by oral route. | 12/07/20 | prescribed |
| | **atorvastatin 20 mg tablet** TAKE ONE TABLET BY MOUTH ONCE DAILY | 09/11/20 | prescribed |
| | **betamethasone dipropionate 0.05 % topical cream** APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| | **clonazePAM 1 mg tablet** TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 09/11/20 | prescribed |
| | **clotrimazole-betamethasone 1 %-0.05 % topical cream** APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed | 04/27/20 | prescribed |

| | | | |
|---|---|---|---|
| | **Descovy 200 mg-25 mg tablet** Take 1 tablet(s) every day by oral route. | 09/20/20 | prescribed |
| | **diclofenac sodium 75 mg tablet,delayed release**<br>Take 1 tablet(s) twice a day by oral route. | 04/18/19 | prescribed |
| | **Imitrex 100 mg tablet** As Directed | 06/04/20 | prescribed |
| | **Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector**<br>Inject 1 mL as needed by subcutaneous route. | 06/04/20 | prescribed |
| | **mupirocin 2 % topical ointment**<br>APPLY A SMALL AMOUNT TO THE AFFECTED AREA BY TOPICAL ROUTE 3 TIMES PER DAY | 10/01/20 | prescribed |
| | **omeprazole 20 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 04/08/19 | prescribed |
| | **ProAir RespiClick 90 mcg/actuation breath activated**<br>Inhale 2 puff(s) every 6-8 hours by inhalation route. | 06/09/17 | prescribed |
| | **sildenafil (pulmonary hypertension) 20 mg tablet**<br>Take 1-3 tablets daily as needed for erectile dysfunction | 06/04/19 | prescribed |
| | **testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump**<br>Apply 2 pump(s) every day by transdermal route for 30 days. | 01/09/20 | prescribed |
| | **tIZANidine 4 mg tablet** TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 09/11/20 | prescribed |
| | **Topamax 25 mg tablet** Take 2 tablet(s) every day by oral route. | 06/04/20 | prescribed |

**Family History**

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

**Past Medical History**

Past Medical History not reviewed (last reviewed 11/23/2020)
Anxiety Disorder: **Y**
Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**
Neurological Problems: **Y - tremors**

**Vaccine History**

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 09/11/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042010 | UJ442AA | Sanofi Pasteur | 06/30/21 | 08/15/19 | 09/11/20 | Tkeyah Smith |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |



Electronically Signed by: CRAIG A KNOX, MD



2020-11-24 08:40 LC-037-2939 8592584740 >> athena P 22/39

ZOLL, JAMES #21795182

Lexington Clinic

202 * 02690320w13059 ClinDoc

## Screening Questionnaire

Patient Name: ______________________ Visitor #1 Name: ______________

Pt DOB: ______________________

Please circle YES or NO to the following questions.

| | Patient | Visitor(s) |
|---|---|---|
| 1. Have you been tested for CoVid-19 in the past 14 days? | YES NO | YES NO |
| If YES, were results +Positive? -Negative? Waiting on Results? | | |
| 2. In the last 72-hours have you and/or anyone accompanying you today displaying any of the following symptoms: | | |
| Fever and cough with or without shortness of breath? | YES NO | YES NO |
| Loss of smell and taste? | YES NO | YES NO |
| Gastrointestinal symptoms such as diarrhea and nausea? | YES NO | YES NO |
| Extreme fatigue? | YES NO | YES NO |
| 3. Have you and/or anyone accompanying you today been in close contact with a | YES NO | YES NO |

person known to have COVID-19/Coronavirus in the past 14 days?

If answered YES to ANY of these questions above, immediately hand the patient (and the visitor accompanying him/her) a mask to put on.

- Instruct patient [AND visitor(s)] to return to vehicle and contact the provider's office to notify for further guidance.
- Notify the provider team or service department (i.e., Radiology/Laboratory) of arrival.

Completed by: Kcras Date/Time: 11-23-20

**NOTE: Interpreter services must be offered by preferred languages other than English.**

Interpreter's Name or ID Number: ____________________

Revised 7/20/2020 bhay/infection control/coronavirus/screening questionnaire



ZOLL, JAMES #21795182

Lexington Clinic

202

*32689998w13059 ClinDoc

**Screening Questionnaire**

Patient Name: James Zoll Visitor #1 Name: ____________

Pt DOB: ______

Please circle YES or NO to the following questions.

| | Patient | Visitor(s) |
|---|---|---|
| 1. Have you been tested for CoVid-19 in the past 14 days? If YES, were results +Positive? -Negative? Waiting on Results? | YES (NO) | YES NO |
| 2. In the last 72-hours have you and/or anyone accompanying you today displaying any of the following symptoms: | | |
| Fever and cough with or without shortness of breath? | YES (NO) | YES NO |
| Loss of smell and taste? | YES (NO) | YES NO |
| Gastrointestinal symptoms such as diarrhea and nausea? | YES (NO) | YES NO |
| Extreme fatigue? | YES (NO) | YES NO |
| 3. Have you and/or anyone accompanying you today been in close contact with a person known to have COVID-19/Coronavirus in the past 14 days? | YES (NO) | YES NO |

If answered YES to ANY of these questions above, immediately hand the patient (and the visitor accompanying him/her) a mask to put on.

- Instruct patient [AND visitor(s)] to return to vehicle and contact the provider's office to notify for further guidance.
- Notify the provider team or service department (i.e., Radiology/Laboratory) of arrival.

Completed by: James Zoll Date/Time: 11/23/2020

**NOTE: Interpreter services must be offered by preferred languages other than English.**

Interpreter's Name or ID Number:

Revised 7/20/2020 bhay/infection control/coronavirus/screening questionnaire

10/19/2020 MON 8:40 FAX 8592584001 LC-ESC-2 013/017

ZOLL, JAMES 1 #21795182

* 72572588w13059 ClinDoc

Lexington Clinic

## 2020 COVID-19 Screening Questionnaire

Patient Name: ____________ Visitor #1 Name: ____________

Pt DOB: ____________ Visitor #2 Name: ____________

Please circle YES or NO to the following questions.

| | Patient | Visitor(s) |
|---|---|---|
| 1. Have you been tested for CoVid-19? If YES, were results +Positve? Negative? Unknown? Date Tested: 10.9.20 | YES NO | YES NO |
| 2. In the last 72-hours have you and/or anyone accompanying you today displaying any of the following symptoms? | | |
| Fever and cough with or without shortness of breath? | YES NO | YES NO |
| Chills? Chills with shaking? | YES NO | YES NO |
| Headache? Muscle pain? Sore Throat? | YES NO | YES NO |
| Loss of smell and taste? | YES NO | YES NO |
| Gastrointestinal symptoms such as diarrhea and nausea? | YES NO | YES NO |
| Extreme fatigue? | YES NO | YES NO |

3. TEMPERATURE UPON ENTRY: 97.2

All patients and visitors are required to wear a mask at all times while in building.

If YES to any of these questions or a temperature, notify the provider team/department.

Completed by: ____________ Date/Time: 10.13.20

NOTE: Interpreter services must be offered by preferred languages other than English.
Interpreter's Name or ID Number: ____________

Contact Tracer: Please print name below if you were in contact with the patient at any point during the visit.

Michele Fricken

Dr. Blurandt

Tomlin

Dr Chen

Revised 7/6/2020 bhay/infection control/coronavirus/screening questionnaire

ZOLL, JAMES #21795182

Lexington Clinic

202 *42578885w13059 ClinDoc

## Screening Questionnaire

Patient Name: James Zoll    Visitor #1 Name: ____________

Pt DOB: ______

Please circle YES or NO to the following questions.

| | Patient | Visitor(s) |
|---|---|---|
| 1. Have you been tested for CoVid-19 in the past 14 days? If YES, were results +Positive? (-Negative?) Waiting on Results? | (YES) NO | YES NO |
| 2. In the last 72-hours have you and/or anyone accompanying you today displaying any of the following symptoms: | | |
| Fever and cough with or without shortness of breath? | YES (NO) | YES NO |
| Loss of smell and taste? | YES (NO) | YES NO |
| Gastrointestinal symptoms such as diarrhea and nausea? | YES (NO) | YES NO |
| Extreme fatigue? | YES (NO) | YES NO |
| 3. Have you and/or anyone accompanying you today been in close contact with a person known to have COVID-19/Coronavirus in the past 14 days? | YES (NO) | YES NO |

If answered YES to ANY of these questions above, immediately hand the patient (and the visitor accompanying him/her) a mask to put on.

- Instruct patient [AND visitor(s)] to return to vehicle and contact the provider's office to notify for further guidance.
- Notify the provider team or service department (i.e., Radiology/Laboratory) of arrival.

Completed by: James Zoll    Date/Time: 10/14/2020

**NOTE: Interpreter services must be offered by preferred languages other than English.**

Interpreter's Name or ID Number: ____________

Revised 7/20/2020 bhey/infection control/coronavirus/screening questionnaire

Lexington Clinic
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

## COLONOSCOPY REPORT

| PATIENT NAME | SSN/ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMES D ZOLL | 21795182 | | 51 | M | 10-13-2020 | An-Yu Chen, M.D. | John Ziegler M.D. |

**INDICATION** : Screening Colonoscopy over age 50

**PHYSICAL EXAM** : **HEENT** : Normal **LYMPH NODES** : None Felt **LUNGS** : Grossly Clear **HEART** : Normal **ABDOMEN** : Soft and None tender **MENTAL STATUS** : Alert and Oriented



**H&P Comments** : PT ASSESSED & INTERVIEWED PRIOR TO THE PROCEDURE

**VITAL SIGNS** : **BP** : 116/72 **RESPIRATION** : 10 **PULSE** : 68

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

## ZOLL, JAMES D (id #21795182, dob:



**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Video Olympus CF Q180AL Colonoscope

**ALLERGIES** : See List On RN Form.



b. Transverse Colon

**ASA CLASS** : Per Anesthesia
**ANESTHESIA** : Anesthesia as per nurses notes

**PROCEDURE** : After placing the patient in the left lateral decubitus position, the colonoscope was gently inserted into the rectum and under direct visualization advanced to the Ileum which was identified by transillumination in the right lower quadrant, identification of the ileocecal valve, appendiceal orifice, cecal strap. Color, texture, mucosa and anatomy of the colon were carefully examined with the scope. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room Preparation was excellent.



c.Descending Colon

**FINDINGS**

| | | |
|---|---|---|
| **ANAL CANAL** | - | Normal |
| **RECTUM** | - | Normal |
| **SIGMOID COLON** | - | Normal without polyps or inflammatory changes |
| **DESCENDING COLON** | - | Normal without polyps or inflammatory changes |
| **SPLENIC FLEXURE** | - | Normal |
| **TRANSVERSE COLON** | - | Normal without polyps or inflammatory changes |
| **HEPATIC FLEXURE** | - | Normal |
| **ASCENDING COLON** | - | Normal without polyps or inflammatory changes |
| **CECUM** | - | Normal<br>Ileocecal valve - Normal |
| **ILEUM** | - | Not Seen |

**IMPRESSION** - Normal Colonoscopy

**PLAN** - Follow up colonoscopy in 10 years or sooner if clinically indicated
Follow up with primary care physician






d.Rectroflexed View

Signature : Alum
( An-Yu Chen, M.D. )

MD-Reports
Reporting Solutions for all MD Specialties

Produced by Infinite Software Solutions Inc., Ph: (718)982 1315 Email: info@md-reports.com Websites: www.infinitesoftsol.com & www.md-reports.com
Copy right © 2004 MD Reports. A product of Infinite Software Solutions, Inc. All rights reserved

2020-10-01 11:36 LC-108-6436 8592586439 >> athena P 1/1

ZOLL, JAMES #21795182

Lexington Clinic

202 *22541000w13059 ClinDoc

### Screening Questionnaire

Patient Name: James Zoll

Visitor #1 Name: ____________________

Pt DOB: ____________________

Please circle YES or NO to the following questions.

| | Patient | Visitor(s) |
|---|---|---|
| 1. Have you been tested for CoVid-19 in the past 14 days?<br>If YES, were results +Positive? -Negative? Waiting on Results? | YES NO (NO circled) | YES NO |
| 2. In the last 72-hours have you and/or anyone accompanying you today displaying any of the following symptoms: | | |
| Fever and cough with or without shortness of breath? | YES NO (NO circled) | YES NO |
| Loss of smell and taste? | YES NO (NO circled) | YES NO |
| Gastrointestinal symptoms such as diarrhea and nausea? | YES NO (NO circled) | YES NO |
| Extreme fatigue? | YES NO (NO circled) | YES NO |
| 3. Have you and/or anyone accompanying you today been in close contact with a person known to have COVID-19/Coronavirus in the past 14 days? | YES NO (NO circled) | YES NO |

If answered YES to ANY of these questions above, immediately hand the patient (and the visitor accompanying him/her) a mask to put on.

- Instruct patient [AND visitor(s)] to return to vehicle and contact the provider's office

to notify for further guidance.

- Notify the provider team or service department (i.e., Radiology/Laboratory) of arrival.

Completed by: Kelyah Smith Date/Time: 10/1/20@10:34Am

**NOTE: Interpreter services must be offered by preferred languages other than English.**

Interpreter's Name or ID Number: ______________________

Revised 7/20/2020 bhay/infection control/coronavirus/screening questionnaire



Lexington Clinic

202 •62501125w13059 ClinDoc

**Screening Questionnaire**

Patient Name: ______________ Visitor #1 Name: ______________

Pt DOB: ______________

Please circle YES or NO to the following questions.

| | Patient | Visitor(s) |
|---|---|---|
| 1. Have you been tested for CoVid-19 in the past 14 days? If YES, were results +Positive? -Negative? Waiting on Results? | YES (NO) | YES NO |
| 2. In the last 72-hours have you and/or anyone accompanying you today displaying any of the following symptoms: | | |
| Fever and cough with or without shortness of breath? | YES (NO) | YES NO |
| Loss of smell and taste? | YES (NO) | YES NO |
| Gastrointestinal symptoms such as diarrhea and nausea? | YES (NO) | YES NO |
| Extreme fatigue? | YES (NO) | YES NO |
| 3. Have you and/or anyone accompanying you today been in close contact with a person known to have COVID-19/Coronavirus in the past 14 days? | YES (NO) | YES NO |

If answered YES to ANY of these questions above, immediately hand the patient (and the visitor accompanying him/her) a mask to put on.

- Instruct patient [AND visitor(s)] to return to vehicle and contact the provider's office to notify for further guidance.
- Notify the provider team or service department (i.e., Radiology/Laboratory) of arrival.

Completed by: OLIVER M Date/Time: 9/17/20

**NOTE: Interpreter services must be offered by preferred languages other than English.**

Interpreter's Name or ID Number: ______________________

Revised 7/20/2020 bhay/infection control/coronavirus/screening questionnaire

2020-09-11 10:58 LC-108-6436 8592586439 >> athena P 1/1

ZOLL, JAMES #21795182

Lexington Clinic

202 • 42483037w13059 ClinDoc

## Screening Questionnaire

Patient Name: James Zoll Visitor #1 Name: ______

Pt DOB

Please circle YES or NO to the following questions.

| | Patient | Visitor(s) |
|---|---|---|
| 1. Have you been tested for CoVid-19 in the past 14 days? If YES, were results +Positive? -Negative? Waiting on Results? | YES (NO) | YES NO |
| 2. In the last 72-hours have you and/or anyone accompanying you today displaying any of the following symptoms: | | |
| Fever and cough with or without shortness of breath? | YES (NO) | YES NO |
| Loss of smell and taste? | YES (NO) | YES NO |
| Gastrointestinal symptoms such as diarrhea and nausea? | YES (NO) | YES NO |
| Extreme fatigue? | YES (NO) | YES NO |
| 3. Have you and/or anyone accompanying you today been in close contact with a person known to have COVID-19/Coronavirus in the past 14 days? | YES (NO) | YES NO |

If answered YES to ANY of these questions above, immediately hand the patient (and the visitor accompanying him/her) a mask to put on.

- Instruct patient [AND visitor(s)] to return to vehicle and contact the provider's office to notify for further guidance.
- Notify the provider team or service department (i.e., Radiology/Laboratory) of arrival.

Completed by: Kayah Smith Date/Time: 9/11/20 @ 10:58 AM

**NOTE: Interpreter services must be offered by preferred languages other than English.**

Interpreter's Name or ID Number: ______

Revised 7/20/2020 bhay/infection control/coronavirus/screening questionnaire

2020-06-05 08:35 LC-037-2939 8592584740 >> athena P 15/23

ZOLL, JAMES

COVID-19 SCREENI... ON
AND I... IRS

• 12214799w13059 Single Page ClinDoc

| | |
|---|---|
| 1. Have you or someone you have had physical contact with traveled outside of the state of Kentucky in the last 14 days? | ☐ Yes, patient<br>☐ Yes, family member/known person<br>☑ No |

7143

| | |
|---|---|
| | ☐ Unable to Obtain |
| If yes, date of travel: | |
| 2. Within the last 24 hours, have you been experiencing any infectious disease symptoms?<br>fever cough sore throat<br>body aches nasal congestion | ☐ Fever >/=100.4F<br>☐ Cough<br>☐ Difficulty Breathing<br>☐ Shortness of breath<br>☑ None<br>98.4 |
| 3. Have you had close contact with someone diagnosed by public health with COVID-19 in the past 14 days? | ☐ Yes<br>☑ No |

**INSTRUCTIONS:**

Send this sheet with the patient to the Medical Office Provider.

**If yes to #1 and any symptoms selected for #2 OR any symptoms selected for #2 and yes to #3:** Contact the Medical Office via phone before allowing the patient/visitor to proceed.

Date/Initials 6/4/20 EM

CV-19 ORIG: 4/20



**NEW LEXINGTON CLINIC PSC**
1401 HARRODSBURG RD SUITE C240
LEXINGTON, KY 40504-3751
Phone: (859) 258-4800
Fax: (859) 258-4740

**Encounter Summary - Progress Note**
Date Printed: 06/04/2020

| | |
|---|---|
| **Patient** | Zoll, James D (51yo, M) #21795182 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Followup: Vascular headache<br>06/04/2020 - 01:45PM - NEUROLOGY CHI SJOP |
| **History of Present Illness** | Mr. Zoll returns in follow-up regarding his migraines, essential tremor and neck pain.<br>He came in by himself today. |

I last saw him on 12/3/19, and on that visit, his migraines are slightly worse, 1-2 times a week. They did resolve within 30 minutes of sumatriptan. He complained of worsening lower back pain. He was having some neck pain on the left. I recommend he get back to his pain clinic. I refilled his Topamax and sumatriptan.

He returns in follow-up today.

Recently he's been having migraines one or 2 times per week.

They're typically located at the bridge of the nose.

Bright lights bother and he has visual disturbances with the migraine.

He typically takes Imitrex pills, 1 or milligrams at onset of migraine and most the time the headache resolves within about one or 2 hours.

He rarely uses Imitrex shots but they tend to be helpful with a severe migraine.

He remains on Topamax 25 mg, 2 pills daily.

He is also on amitriptyline 25 mg 1 pill daily.

He has been on aimovig for the last 3 months.

He has really not noticed any change in his migraine pattern since he's been on aimovig.

He often has a migraine the day after an injection.

He is now going to the pain clinic run by Dr. Swazey.

He has chronic lower back pain and chronic neck pain.

He's been having a lot of pain in his left shoulder as well, he went underwent surgery for frozen shoulder in 12/19 "and it still frozen."

He is on his maximum tolerable doses of Topamax and amitriptyline.

He has some mild neck pain, especially on the left.

His migraines have been somewhat worse.

They are occurring one or 2 times a week.

They are at the bridge of his nose, midline, he often wakes up with them.

With Imitrex 100, they typically resolve within 30 minutes.

He remains on Topamax 25 mg, 2 pills at night.

He is also taking amitriptyline 25 mg at night for migraine prophylaxis, prescribed by his psychiatrist.

His psychiatrist is Dr. Steven Lamb.

His blood pressure is low, so I don't think he is a candidate for beta blocker therapy.

Dr. Leung previously tried him on propranolol which apparently didn't help. He also tried him on amitriptyline which didn't help.

He previously tried gabapentin which did not help with his migraines.

With Topamax, his migraines have been improving. He had been having about 2 migraines per week, now having 1-2 per week. He thinks his migraines are milder.

When he has a migraine, he takes Imitrex and typically the headache goes away within about 45-60 minutes. He thinks that Imitrex makes him a little poorly coordinated.

His tremors are slightly better with Topamax.

He has tremors in both hands.

His brother and mother both had tremors.

Klonopin is helpful for them.

They tend to be worse with stress.

#1. Migraines.

His chief complaint is migraine headaches. He started having migraines in his late teens or early 20s. There is a positive family history of migraines in his grandmother. A few months ago, his migraines had been occurring about twice a week, but recently,, they have been just occurring about every week or 2. He has severe migraines 2 or 3 times a year. His migraines are located at the bridge of his nose, described as an intense pain, associated with nausea, light sensitivity, sound sensitivity. The smell of coffee bothers him. He typically does not have vomiting with migraines. He typically does not have an aura with his migraines, but sometimes he does.

He's never had a CAT scan or MRI scan of his head.

He typically takes Imitrex 100 mg at the onset of his migraines and typically they resolve within about one hour.

He occasionally has used Imitrex shots, given him at the doctor's office and Imitrex shots tend to work better than the Imitrex pills. Imitrex pills causes some mild confusion.

He has seen a neurologist at UK about his migraines initially started on gabapentin which caused side effects and he stopped it after about a week.

#2. Neck pain.

He has a long history of neck pain, present for years. He's never had a neck injury. His neck pain is typically midline, just sometimes extends to the left. Most the time his neck pain is moderate in degree. He typically uses tizanidine 4 mg at night which is somewhat helpful. He currently is getting physical therapy for the neck pain and it helps as well.

He had an MRI of the cervical spine In 8/18 which did show moderate degenerative disc disease, no central canal stenosis, no herniated discs.

He has no interest in cervical spine surgery for his neck pain.

I think he has seen Dr. William Brooks about his neck pain.

#3. Tremors.

I see his mother. She has familial tremor and Parkinson's disease, as well as schizoaffective disorder. When she tried Sinemet, she had "bad thoughts" and it was discontinued.

He has been having tremors for the last several years. He has tremors in both hands, right more than left. He is right-handed. Denies any resting tremors. The tremors mainly occur while eating and drinking. Denies having any tremors in his head or voice.

He says the tremors in general are not bad take any medication for.

#4. Poor balance.

He's been having trouble with balance for about 5 years. It is been gradually getting worse. He tends to have low blood pressure. He gets lightheaded when he stands up quickly. He doesn't think the lightheadedness causes poor balance.

He previously saw Dr. Leung for migraines in 7/16. He was having 2 or 3 migraines a week, using Zomig inhaler and Imitrex pills. He had a holocranial headaches often with a visual aura with a right visual field defect. He was tried on propranolol and amitriptyline but apparently they did not work.

Laboratory studies:

His MRI scan of brain 4/26/19 was normal. He did have a lot of abnormalities in the sinuses.

His MRI of the cervical spine on 6/12/19 showed a disc protrusion at C6-7 extending to the left. There were multiple broad-based disc protrusions and mild to moderate arthritic changes. No herniated discs. No central canal stenosis. The findings were similar to his prior MRI from 8/18.

MRI of the lumbar spine on 6/12/19 showed protruding disks at L4-5 and L5-S1, no disc herniations, no central canal stenosis, mild arthritic changes.

MRI of the cervical spine in 10/15 showed a broad-based disc protrusion at C5-6 and at C67, with a small herniated disc at T2-3. No significant spinal canal stenosis noted.

| | |
|---|---|
| | MRI of the cervical spine in 8/18 showed mild degenerative changes of the cervical spine, no central canal stenosis at any level, there was a broad-based disc protrusion at T2-3, findings were maximal at C3-4 and C5-6 with bulging disks and arthritic changes. |
| **Review of Systems** | None recorded |
| **Vitals** | **Ht:** 6 ft Stated 06/04/2020 01:54 pm; **Wt:** 202 lbs With clothes 06/04/2020 01:55 pm; **BMI:** 27.4 06/04/2020 01:55 pm; **BP:** 126/84 sitting L arm 06/04/2020 01:56 pm; **Pulse:** 76 bpm 06/04/2020 01:57 pm |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | None recorded |
| **Procedure Documentation** | None recorded |

**Assessment and Plan**

**1. Migraine without aura -**

He has a long history of migraines, onset in his late teens or early 20s. Positive family history of migraines in his grandmother.

Recently his migraines had been improving. Before Topamax, he was having about 2 migraines per week, now he is having either one or 2 per week.

He has severe migraines 2 or 3 times year.

His migraines located the bridge of the nose, described as an intense pain with associated nausea, light sensitivity and sound symptoms. Typically he does not have an aura before the migraine.

With Imitrex, his migraines typically resolves within about 45–60 minutes.

Imitrex injections work better than the shots but the injections cause confusion.

He previously saw a neurologist at UK, was recommended he try gabapentin, he took it for 1 week it caused side effects and was discontinued.

He has been on propranolol and amitriptyline for migraine prophylaxis in the past but I think he had side effects with both.

His MRI scan of brain is normal.

Recently his migraines have been stable at 1 or 2 per week.

Typically with the Imitrex pills they resolve within 1 hour.

He rarely uses Imitrex shots, Especially with a bad migraine.

He is on Topamax 50 mg daily.

The 75 mg dose causes excessive sleepiness.

He is not interested in trying any other triptan's.

His migraines have improved with Topamax, less frequent and milder.

His tremors have improved with Topamax.

He uses Imitrex and typically his headache goes away within about 45-60 minutes.

I refilled his Topamax, Imitrex pills, Imitrex shots.

He has been on aimovig for the last 3 months without a significant change in his headache pattern.

He wants to try it one more month. Then, he will decide whether he decides he wants to stay on it.

It often causes a migraine on the day after the injection.

G43.009: Migraine without aura, not intractable, without status migrainosus
- Topamax 25 mg tablet - Take 2 tablet(s) every day by oral route. Qty: 180 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
- Imitrex 100 mg tablet - As Directed Qty: 27 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: 1 pill at onset of migraine, may repeat at 2 or 3 hours if needed
- Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector - Inject 1 mL as needed by subcutaneous route. Qty: 4 1 mL syringe(s) Refills: 11 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: 1 shot as needed for severe migraine
- amitriptyline 25 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 90 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**2. Migraine with aura -**

He has infrequent migraine without aura.

G43.109: Migraine with aura, not intractable, without status migrainosus

**3. Essential tremor -**

He has a very mild sustension tremor in the right hand, none on the left, no parkinsonian features.

I told him I think he has mild familial tremor.

The tremor is not bad enough to take any medication for at this time.

It has improved a little with Topamax.

I told him that propranolol is probably the best medication for this.

G25.0: Essential tremor

**4. Neck pain** -

He has chronic neck pain. He has mild to moderate degenerative changes of the cervical spine.

I think he hsd seen Dr. Brooks who did not recommend any surgery.

I recommended a trial of diclofenac for the neck pain.

MRI of the cervical spine does show a bulging disc extending to the left at the C6-7 level. He does have rather diffuse numbness and tingling diffusely through the left arm.

M54.2: Cervicalgia

**5. Chronic low back pain** -

With underlying mild degenerative changes on the MRI lumbar spine 6/12/19

He does have 2 broad-based disc protrusions but no central canal stenosis or disc herniation.

M54.5: Low back pain

**6. Poor balance** -

while he complains of poor balance, I think his balance is perfectly normal. His gait is normal. He can heel walk and toe walk without much difficulty. Tandem gait and Romberg sign essentially negative. No signs of neuropathy on exam.

I told him I suspect his poor balance is because he gets lightheaded from his low blood pressure.

R27.8: Other lack of coordination

**7. Chronic anxiety** -

He has chronic anxiety, on Pristiq

F41.9: Anxiety disorder, unspecified

**Discussion Notes**

He returns in follow-up today.

Recently his migraines are occurring one or 2 times a month, sounds about the same.

Migraine triggers are his neck pain and weather changes.

With Imitrex, the migraines usually resolve within 1 hour.

I refilled his Imitrex pills, Imitrex shots and Topamax.

I will see him back in about 6 months.

He continues to have lower back pain and neck pain and is currently being seen at Dr. Swasey's pain clinic.

Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 06/23/2020 at 01:30 PM
- WALAA A AYOUB, MD for RECHECK at ENDOCRINOLOGY SB on 07/09/2020 at 03:45 PM
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 12/07/2020 at 01:15 PM

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies |
| | NKDA |

| **Medications** | Reviewed Medications | | |
|---|---|---|---|
| | **Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector**<br>Inject by subcutaneous route. | 06/04/20 | entered |
| | **amitriptyline 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/04/20 | prescribed |
| | **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 04/27/20 | prescribed |
| | **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| | **CeleBREX 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 01/09/20 | entered |
| | **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 03/03/20 | prescribed |
| | **clotrimazole-betamethasone 1 %-0.05 % topical cream**<br>APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed | 04/27/20 | prescribed |
| | **diclofenac sodium 75 mg tablet,delayed release**<br>Take 1 tablet(s) twice a day by oral route. | 04/18/19 | prescribed |
| | **Imitrex 100 mg tablet**<br>As Directed | 06/04/20 | prescribed |
| | **Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector**<br>Inject 1 mL as needed by subcutaneous route. | 06/04/20 | prescribed |
| | **omeprazole 20 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 04/08/19 | prescribed |
| | **ProAir RespiClick 90 mcg/actuation breath activated**<br>Inhale 2 puff(s) every 6-8 hours by inhalation route. | 06/09/17 | prescribed |
| | **sildenafil (pulmonary hypertension) 20 mg tablet**<br>Take 1-3 tablets daily as needed for erectile dysfunction | 06/04/19 | prescribed |
| | **testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump**<br>Apply 2 pump(s) every day by transdermal route for 30 days. | 01/09/20 | prescribed |
| | **tiZANidine 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 04/27/20 | prescribed |

| | | | |
|---|---|---|---|
| | **Topamax 25 mg tablet**<br>Take 2 tablet(s) every day by oral route. | 06/04/20 | prescribed |
| | **Zoloft 100 mg tablet**<br>Take by oral route. | 01/20/20 | entered |

**Family History**

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

**Past Medical History**

Reviewed Past Medical History
Anxiety Disorder: **Y**
Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**
Neurological Problems: **Y - tremors**

**Vaccine History**

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

Electronically Signed by: CRAIG A KNOX, MD




NEW LEXINGTON CLINIC PSC
1401 HARRODSBURG RD SUITE C240
LEXINGTON, KY 40504-3751
Phone: (859) 258-4800
Fax: (859) 258-4740

## ZOLL, JAMES D (id #21795182, dob:

**Encounter Summary - Progress Note**
Date Printed: 06/04/2020

Documents sent via fax will include the followingmessage:

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:33664110-H-13059]

| | |
|---|---|
| **Patient** | Zoll, James D (51yo, M) #21795182 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Followup: Vascular headache<br>06/04/2020 - 01:45PM - NEUROLOGY CHI SJOP |

Mr. Zoll returns in follow-up regarding his migraines, essential tremor and neck pain.

He came in by himself today.

I last saw him on 12/3/19, and on that visit, his migraines are slightly worse, 1-2 times a week. They did resolve within 30 minutes of sumatriptan. He complained of worsening lower back pain. He was having some neck pain on the left. I recommend he get back to his pain clinic. I refilled his Topamax and sumatriptan.

He returns in follow-up today.

Recently he's been having migraines one or 2 times per week.

They're typically located at the bridge of the nose.

Bright lights bother and he has visual disturbances with the migraine.

He typically takes Imitrex pills, 1 or milligrams at onset of migraine and most the time the headache resolves within about one or 2 hours.

He rarely uses Imitrex shots but they tend to be helpful with a severe migraine.

He remains on Topamax 25 mg, 2 pills daily.

He is also on amitriptyline 25 mg 1 pill daily.

He has been on aimovig for the last 3 months.

He has really not noticed any change in his migraine pattern since he's been on aimovig.

He often has a migraine the day after an injection.

He is now going to the pain clinic run by Dr. Swazey.

He has chronic lower back pain and chronic neck pain.

He's been having a lot of pain in his left shoulder as well, he went underwent surgery for frozen shoulder in 12/19 "and it still frozen."

He is on his maximum tolerable doses of Topamax and amitriptyline.

He has some mild neck pain, especially on the left.

His migraines have been somewhat worse.

They are occurring one or 2 times a week.

They are at the bridge of his nose, midline, he often wakes up with them.

With Imitrex 100, they typically resolve within 30 minutes.

He remains on Topamax 25 mg, 2 pills at night.

He is also taking amitriptyline 25 mg at night for migraine prophylaxis, prescribed by his psychiatrist.

His psychiatrist is Dr. Steven Lamb.

His blood pressure is low, so I don't think he is a candidate for beta blocker therapy.

Dr. Leung previously tried him on propranolol which apparently didn't help. He also tried him on amitriptyline which didn't help.

He previously tried gabapentin which did not help with his migraines.

With Topamax, his migraines have been improving. He had been having about 2 migraines per week, now having 1-2 per week. He thinks his migraines are milder.

**ZOLL, JAMES D (id #21795182, dob:**

**History of Present Illness**

When he has a migraine, he takes Imitrex and typically the headache goes away within about 45-60 minutes. He thinks that Imitrex makes him a little poorly coordinated.

His tremors are slightly better with Topamax.

He has tremors in both hands.

His brother and mother both had tremors.

Klonopin is helpful for them.

They tend to be worse with stress.

#1. Migraines.

His chief complaint is migraine headaches. He started having migraines in his late teens or early 20s. There is a positive family history of migraines in his grandmother A few months ago, his migraines had been occurring about twice a week, but recently,. they have been just occurring about every week or 2. He has severe migraines 2 or 3 times a year. His migraines are located at the bridge of his nose, described as an intense pain, associated with nausea, light sensitivity, sound sensitivity. The smell of coffee bothers him. He typically does not have vomiting with migraines. He typically does not have an aura with his migraines, but sometimes he does.

He's never had a CAT scan or MRI scan of his head.

He typically takes Imitrex 100 mg at the onset of his migraines and typically they resolve within about one hour.

He occasionally has used Imitrex shots, given him at the doctor's office and Imitrex shots tend to work better than the Imitrex pills. Imitrex pills causes some mild confusion.

He has seen a neurologist at UK about his migraines initially started on gabapentin which caused side effects and he stopped it after about a week.

#2. Neck pain.

He has a long history of neck pain, present for years. He's never had a neck injury. His neck pain is typically midline, just sometimes extends to the left. Most the time his neck pain is moderate in degree. He typically uses tizanidine 4 mg at night which is somewhat helpful. He currently is getting physical therapy for the neck pain and it helps as well.

He had an MRI of the cervical spine in 8/18 which did show moderate degenerative disc disease, no central canal stenosis, no herniated discs.

He has no interest in cervical spine surgery for his neck pain.

I think he has seen Dr. William Brooks about his neck pain.

#3. Tremors.

I see his mother. She has familial tremor and Parkinson's disease, as well as schizoaffective disorder. When she tried Sinemet, she had "bad thoughts" and it was discontinued.

He has been having tremors for the last several years. He has tremors in both hands, right more than left. He is right-handed. Denies any resting tremors. The tremors mainly occur while eating and drinking. Denies having any tremors in his head or voice.

He says the tremors in general are not bad take any medication for.

#4. Poor balance.

He's been having trouble with balance for about 5 years. It is been gradually getting worse. He tends to have low blood pressure. He gets lightheaded when he stands up quickly. He doesn't think the lightheadedness causes poor balance.

He previously saw Dr. Leung for migraines in 7/16. He was having 2 or 3 migraines a week, using Zomig inhaler and Imitrex pills. He had a holocranial headaches often with a visual aura with a right visual field defect. He was tried on propranolol and amitriptyline but apparently they did not work.

Laboratory studies:

His MRI scan of brain 4/26/19 was normal. He did have a lot of abnormalities in the sinuses.

His MRI of the cervical spine on 6/12/19 showed a disc protrusion at C6-7 extending to the left. There were multiple broad-based disc protrusions and mild to moderate arthritic changes. No herniated discs. No central canal stenosis. The findings were similar to his prior MRI from 8/18.

MRI of the lumbar spine on 6/12/19 showed protruding disks at L4-5 and L5-S1, no disc herniations, no central canal stenosis, mild arthritic changes.

MRI of the cervical spine in 10/15 showed a broad-based disc protrusion at C5-6 and at C67, with a small herniated disc at T2-3. No significant spinal canal stenosis noted.

MRI of the cervical spine in 8/18 showed mild degenerative changes of the cervical spine, no central canal stenosis at any level, there was a broad-based disc protrusion at T2-3, findings were maximal at C3-4 and C5-6 with bulging disks and arthritic changes.

| | |
|---|---|
| **Review of Systems** | None recorded |
| **Vitals** | Ht: 6 ft Stated 06/04/2020 01:54 pm; Wt: 202 lbs With clothes 06/04/2020 01:55 pm; BMI: 27.4 06/04/2020 01:55 pm; BP: 126/84 sitting L arm 06/04/2020 01:56 pm; Pulse: 76 bpm 06/04/2020 01:57 pm |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | None recorded |
| **Procedure Documentation** | None recorded |

**1. Migraine without aura -**

He has a long history of migraines, onset in his late teens or early 20s. Positive family history of migraines in his grandmother.

Recently his migraines had been improving. Before Topamax, he was having about 2 migraines per week, now he is having either one or 2 per week.

He has severe migraines 2 or 3 times year.

His migranes located the bridge of the nose, described as an intense pain with associated nausea, light sensitivity and sound symptoms. Typically he does not have an aura before the migraine.

With Imitrex, his migraines typically resolves within about 45 60 minutes

Imitrex injections work better than the shots but the injections cause confusion.

He previously saw a neurologist at UK, was recommended he try gabapentin, he took it for 1 week it caused side effects and was discontinued.

He has been on propranolol and amitriptyline for migraine prophylaxis in the past but I think he had side effects with both.

His MRI scan of brain is normal.

Recently his migraines have been stable at 1 or 2 per week.

Typically with the Imitrex pills they resolve within 1 hour.

He rarely uses Imitrex shots, Especially with a bad migraine.

He is on Topamax 50 mg daily.

The 75 mg dose causes excessive sleepiness.

He is not interested in trying any other triptan's.

His migraines have improved with Topamax, less frequent and milder.

His tremors have improved with Topamax.

He uses Imitrex and typically his headache goes away within about 45-60 minutes.

I refilled his Topamax, Imitrex pills, Imitrex shots.

He has been on aimovig for the last 3 months without a significant change in his headache pattern.

He wants to try it one more month. Then, he will decide whether he decides he wants to stay on it.

It often causes a migraine on the day after the injection.

G43.009: Migraine without aura, not intractable, without status migrainosus

- Topamax 25 mg tablet -
  Take 2 tablet(s) every day by oral route. Qty: 180 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
- Imitrex 100 mg tablet -
  As Directed Qty: 27 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: 1 pill at onset of migraine, may repeat at 2 or 3 hours if needed
- Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector -
  Inject 1 mL as needed by subcutaneous route. Qty: 4 1 mL syringe(s) Refills: 11 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: 1 shot as needed for severe migraine
- amitriptyline 25 mg tablet -
  Take 1 tablet(s) every day by oral route. Qty: 90 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**2. Migraine with aura -**

He has infrequent migraine without aura

G43.109: Migraine with aura, not intractable, without status migrainosus

**Assessment and Plan**

**3. Essential tremor -**

He has a very mild sustension tremor in the right hand, none on the left, no parkinsonian features.

I told him I think he has mild familial tremor.

The tremor is not bad enough to take any medication for at this time.

It has improved a little with Topamax.

I told him that propranolol is probably the best medication for this.

G25.0: Essential tremor

**4. Neck pain -**

He has chronic neck pain. He has mild to moderate degenerative changes of the cervical spine.

I think he hsd seen Dr. Brooks who did not recommend any surgery.

I recommended a trial of diclofenac for the neck pain.

MRI of the cervical spine does show a bulging disc extending to the left at the C6-7 level. He does have rather diffuse numbness and tingling diffusely through the left arm.

M54.2: Cervicalgia

**5. Chronic low back pain -**

With underlying mild degenerative changes on the MRI lumbar spine 6/12/19

He does have 2 broad-based disc protrusions but no central canal stenosis or disc herniation.

M54.5: Low back pain

**6. Poor balance -**

while he complains of poor balance, I think his balance is perfectly normal. His gait is normal. He can heel walk and toe walk without much difficulty. Tandem gait and Romberg sign essentially negative. No signs of neuropathy on exam.

I told him I suspect his poor balance is because he gets lightheaded from his low blood pressure.

R27.8: Other lack of coordination

**7. Chronic anxiety -**

He has chronic anxiety, on Pristiq

F41.9: Anxiety disorder, unspecified

**Discussion Notes**

He returns in follow-up today.

Recently his migraines are occurring one or 2 times a month, sounds about the same.

Migraine triggers are his neck pain and weather changes.

With Imitrex, the migraines usually resolve within 1 hour.

I refilled his Imitrex pills, Imitrex shots and Topamax.

I will see him back in about 6 months.

He continues to have lower back pain and neck pain and is currently being seen at Dr. Swasey's pain clinic.

Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 06/23/2020 at 01:30 PM
- WALAA A AYOUB, MD for RECHECK at ENDOCRINOLOGY SB on 07/09/2020 at 03:45 PM
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 12/07/2020 at 01:15 PM

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies |
| | NKDA |

Medications — Reviewed Medications

| Name | Date | Source |
|---|---|---|
| Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector Inject by subcutaneous route. | 06/04/20 entered | Jacqueline Keemle |
| amitriptyline 25 mg tablet Take 1 tablet(s) every day by oral route. | 06/04/20 prescribed | CRAIG A KNOX, MD |
| atorvastatin 20 mg tablet TAKE ONE TABLET BY MOUTH ONCE DAILY | 04/27/20 prescribed | JOHN P ZIEGLER, MD |
| betamethasone dipropionate 0.05 % topical cream APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 prescribed | JOHN P ZIEGLER, MD |
| CeleBREX 50 mg capsule Take 1 capsule(s) twice a day by oral route. | 01/09/20 entered | Kay Mouser |
| clonazePAM 1 mg tablet TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 03/03/20 prescribed | JOHN P ZIEGLER, MD |
| clotrimazole-betamethasone 1 %-0.05 % topical cream APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed | 04/27/20 prescribed | JOHN P ZIEGLER, MD |
| diclofenac sodium 75 mg tablet,delayed release Take 1 tablet(s) twice a day by oral route. | 04/18/19 prescribed | CRAIG A KNOX, MD |
| Imitrex 100 mg tablet As Directed | 06/04/20 prescribed | CRAIG A KNOX, MD |
| Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector Inject 1 mL as needed by subcutaneous route | 06/04/20 prescribed | CRAIG A KNOX, MD |
| omeprazole 20 mg capsule,delayed release Take 1 capsule(s) every day by oral route. | 04/08/19 prescribed | JOHN P ZIEGLER, MD |
| ProAir RespiClick 90 mcg/actuation breath activated Inhale 2 puff(s) every 6-8 hours by inhalation route. | 06/09/17 prescribed | KAREN GATES, PA-C |
| sildenafil (pulmonary hypertension) 20 mg tablet Take 1-3 tablets daily as needed for erectile dysfunction | 06/04/19 prescribed | JOHN P ZIEGLER, MD |
| testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump Apply 2 pump(s) every day by transdermal route for 30 days. | 01/09/20 prescribed | WALAA A AYOUB, MD |
| tiZANidine 4 mg tablet TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 04/27/20 prescribed | JOHN P ZIEGLER, MD |
| Topamax 25 mg tablet Take 2 tablet(s) every day by oral route. | 06/04/20 prescribed | CRAIG A KNOX, MD |
| Zoloft 100 mg tablet Take by oral route | 01/20/20 entered | Melonie Jones |

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |

**ZOLL, JAMES D (id #21795182, dob:**

| | | |
|---|---|---|
| **Family History** | | - Hypertensive disorder |
| | Mother | - Hypercholesterolemia |
| | | - Mental disorder |
| | | - Migraine |
| | | - Parkinson's disease |
| | Paternal Grandmother | - Diabetes mellitus |
| | Paternal Grandfather | - Diabetes mellitus |
| | Unspecified Relation | - Heart disease |
| **Past Medical History** | Reviewed Past Medical History<br>Anxiety Disorder: **Y**<br>Depression: **Y**<br>High Cholesterol: **Y**<br>Migraines: **Y**<br>Neurological Problems. **Y - tremors** | |

**Vaccine History**

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Diphtheria, Tetanus, Pertussis** | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| **Influenza** | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

Electronically Signed by: CRAIG A KNOX, MD



**ZOLL, JAMES (id #4920, dob:**

**PATRICK K LEUNG MD PLLC**
1401 HARRODSBURG RD, STE C225
LEXINGTON, KY 40504-1750
Phone: (859) 373-0700
Fax: (859) 422-3994

**Encounter Summary - Progress Note**
Date Printed: 03/19/2020

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:136320-H-16626]

| | |
|---|---|
| **Patient** | Zoll, James (51yo, M) #4920 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | migraines<br>03/19/2020 - 08:00AM - Main Office |
| **History of Present** | Mister Zoll is a 51-year-old white male. He had a history of migraine. He is |

| | |
|---|---|
| **Illness** | here today with the complains of migraine, night terror and tremor. He has been seeing Dr. Knox. He is on amitriptyline 50 mg at bedtime, Topamax 25 mg 2 tablets at bedtime as headache prophylaxis. He also takes tizanidine 4 mg once a day for neck and back pain. He uses Imitrex tablet and injection as abortive therapy.<br><br>He is also on Lyrica 75 mg twice a day for left shoulder pain. He is status post left shoulder surgery in December. He has been off work. He works at Toyota. He is getting physical therapy. His shoulder doctor is Dr. Hackett.<br><br>He also sees Dr. Gish for neck and low back pain. He has injections. He no longer takes hydrocodone. He is also taking Celebrex 200 mg twice a day.<br><br>He has anxiety and depression. He is on Zoloft 150 mg daily and Klonopin 1 mg twice a day for anxiety.<br><br>He describes frontal dominant headache. He is averaging 2 headaches a month. He has nausea. He has photophobia and phonophobia. Loud noises triggers his headache. |
| **Review of Systems** | ROS as noted in HPI. |
| **Vitals** | **Ht:** 6 ft **Wt:** 201 lbs **BMI:** 27.3<br>**BP:** 109/73 **Pulse:** 63 bpm **RR:** 18 |



| | |
|---|---|
| **Results/Interpretations** | None recorded |
| **Physical Exam** | Patient is a 51-year-old male.<br><br>He has decreased range of motion of his left shoulder. The patient is alert and pleasant. Head is atraumatic. Neck is supple without carotid bruit. Heart has regular rate and rhythm without murmur. Dorsalis pedis pulses are palpable. Neurologically, the patient is oriented ×3 with intact short and long-term memory, fund of knowledge, language function, judgment, insight and attention span. There is no evidence of aphasia or dysarthria. Cranial nerves II through XII are unremarkable. Funduscopic examination is benign. Pupils are equal, round and reactive to light. Motor examination reveals normal strength, bulk and tone. Reflexes are symmetrical. Toes are downgoing. Finger to nose, heel-to-shin are well done. Patient can do heel, toe and tandem walk without problem. Romberg is negative. Gait and station is intact. Sensory examination is intact to all primary modalities. |
| **Assessment and Plan** | **1. Migraine -**<br>The patient is a 51-year-old white male who has migraine. He complains of fogginess with amitriptyline.<br>G43.909: Migraine, unspecified, not intractable, without status migrainosus<br>• amitriptyline 25 mg tablet - 1 tablet at bedtime to prevent headache Qty: 90 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 7259<br>• MIGRAINE EDUCATION - Handout: MIGRAINE EDUCATION<br>• Aimovig Autoinjector 70 mg/mL subcutaneous auto-injector - Inject 1 mL every month by subcutaneous route. Qty: 1 1 mL syringe(s) Refills: 11 Pharmacy: WALMART PHARMACY 7259<br>**2. Essential tremor -**<br>He also has essential tremor.<br>G25.0: Essential tremor<br>• TREMOR EDUCATION - Handout: TREMOR<br><br>Discussion<br>**Patient Instructions**<br>Finding has been discussed with the patient in detail.<br>Decrease amitriptyline to 25 mg 1 at bedtime.<br>Aimovig injection once a month for migraine.<br>Once his headache is under control, he can discontinue amitriptyline.<br>He may return to Dr. Knox for follow-up if he so choose. He was expecting Dr. Knox retiring which is no longer the case.<br><br>**Return to Office** |

7156

| | |
|---|---|
| | None recorded |

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies |
| | NKDA |
| **Medications** | |



| | | | |
|---|---|---|---|
| **Medications** | Reviewed Medications | | |
| | **Aimovig Autoinjector 70 mg/mL subcutaneous auto-injector**<br>Inject 1 mL every month by subcutaneous route. | 03/19/20 | prescribed |
| | **amitriptyline 25 mg tablet**<br>1 tablet at bedtime to prevent headache | 03/19/20 | prescribed |
| | **atorvastatin 20 mg tablet** | 02/25/20 | filled |
| | **celecoxib 200 mg capsule** | 03/05/20 | filled |
| | **clonazePAM 1 mg tablet** | 03/03/20 | filled |
| | **pregabalin 75 mg capsule** | 03/04/20 | filled |
| | **SUMAtriptan 100 mg tablet** | 03/03/20 | filled |
| | **testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** | 01/13/20 | filled |
| | **tiZANidine 4 mg tablet** | 01/08/20 | filled |
| | **topiramate 25 mg tablet** | 01/01/20 | filled |
| | **Zoloft** | 03/19/20 | entered |

| | | |
|---|---|---|
| **Family History** | Reviewed Family History | |
| | Unspecified Relation | - Alzheimer's disease<br>- grandfather |
| | | - Mental disorder<br>- grandmothrr/grandfather |
| | | - Parkinson's disease<br>- grandfather |
| | Mother | - Dementia |
| | | - Mental disorder |
| | | - Parkinson's disease |
| | Father | - Hypertensive disorder |

| | | | | |
|---|---|---|---|---|
| **Past Medical History** | **Anxiety Disorder** | Y | **Hyperlipidemia** | Y |
| | **Depression** | Y | **Migraines** | Y |

| | |
|---|---|
| **Vaccine History** | None recorded |

Electronically Signed by: PATRICK K. LEUNG, MD

Patrick Leung, MD





**NEW LEXINGTON CLINIC PSC**
1401 HARRODSBURG RD SUITE C240
LEXINGTON, KY 40504-3751
Phone: (859) 258-4800
Fax: (859) 258-4740

## ZOLL, JAMES D (id #21795182, dob:

**Encounter Summary - Progress Note**
Date Printed: 12/03/2019

| | |
|---|---|
| **Patient** | Zoll, James D (50yo, M) #21795182 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Followup: Vascular headache<br>12/03/2019 - 11:00AM - NEUROLOGY CHI SJOP |
| **History of Present Illness** | Mr. Zoll returns in follow-up regarding his migraines, essential tremor and neck pain.<br><br>He came in by himself today.<br><br>I last saw him on 6/19/19, and on that visit he is taking Topamax 50 mg at night. He had tried taking 75 mg but it made him sleepy during the daytime so we lowered his dose to 50. His tremors had improved with Topamax. Klonopin was also helpful for the tremors. He was having migraines one or 2 times a week and with Imitrex, his headache typically resolved in 45-60 minutes. He wanted me to review his MRI scans and he asked which neurosurgeon I recommended, I recommended Dr. Owen.<br><br>He returns in follow-up today.<br><br>His chief complaint is severe lower back pain which radiates to his feet.<br><br>The pain is severe.<br><br>The pain has been worse during the last several days.<br><br>He typically is followed at the pain clinic run by Dr. Gish.<br><br>I told him he needs to contact Dr. Gish regarding his lower back pain.<br><br>I told him I don't treat much pain.<br><br>He has some mild neck pain, especially on the left.<br><br>His migraines have been somewhat worse.<br><br>They are occurring one or 2 times a week.<br><br>They are at the bridge of his nose, midline, he often wakes up with them.<br><br>With Imitrex 100, they typically resolve within 30 minutes.<br><br>He remains on Topamax 25 mg, 2 pills at night.<br><br>He tried increase the dose to 3 pills made him sleepy during the daytime.<br><br>He is also taking amitriptyline 25 mg at night for migraine prophylaxis, prescribed by his psychiatrist.<br><br>His psychiatrist is Dr. Steven Lamb.<br><br>His blood pressure is low, so I don't think he is a candidate for beta blocker therapy.<br><br>Dr. Leung previously tried him on propranolol which apparently didn't help. He also tried him on amitriptyline which didn't help.<br><br>He previously tried gabapentin which did not help with his migraines.<br><br>With Topamax, his migraines have been improving. He had been having about 2 migraines per week, now having 1-2 per week. He thinks his migraines are milder.<br><br>When he has a migraine, he takes Imitrex and typically the headache goes away within about 45-60 minutes. He thinks that Imitrex makes him a little poorly coordinated. |

His tremors are slightly better with Topamax.

Klonopin is helpful for them.

They tend to be worse with stress.

#1. Migraines.

His chief complaint is migraine headaches. He started having migraines in his late teens or early 20s. There is a positive family history of migraines in his grandmother. A few months ago, his migraines had been occurring about twice a week, but recently,, they have been just occurring about every week or 2. He has severe migraines 2 or 3 times a year. His migraines are located at the bridge of his nose, described as an intense pain, associated with nausea, light sensitivity, sound sensitivity. The smell of coffee bothers him. He typically does not have vomiting with migraines. He typically does not have an aura with his migraines, but sometimes he does.

He's never had a CAT scan or MRI scan of his head.

He typically takes Imitrex 100 mg at the onset of his migraines and typically they resolve within about one hour.

He occasionally has used Imitrex shots, given him at the doctor's office and Imitrex shots tend to work better than the Imitrex pills. Imitrex pills, causes some mild confusion.

He has seen a neurologist at UK about his migraines initially started on gabapentin which caused side effects and he stopped it after about a week.

#2. Neck pain.

He has a long history of neck pain, present for years. He's never had a neck injury. His neck pain is typically midline, just sometimes extends to the left. Most the time his neck pain is moderate in degree. He typically uses tizanidine 4 mg at night which is somewhat helpful. He currently is getting physical therapy for the neck pain and it helps as well.

He had an MRI of the cervical spine In 8/18 which did show moderate degenerative disc disease, no central canal stenosis, no herniated discs.

He has no interest in cervical spine surgery for his neck pain.

I think he has seen Dr. William Brooks about his neck pain.

#3. Tremors.

I see his mother. She has familial tremor and Parkinson's disease, as well as schizoaffective disorder. When she tried Sinemet, she had "bad thoughts" and it was discontinued.

He has been having tremors for the last several years. He has tremors in both hands, right more than left. He is right-handed. Denies any resting tremors. The tremors mainly occur while eating and drinking. Denies having any tremors in his head or voice.

He says the tremors in general are not bad take any medication for.

#4. Poor balance.

He's been having trouble with balance for about 5 years. It is been gradually getting worse. He tends to have low blood pressure. He gets lightheaded when he stands up quickly. He doesn't think the lightheadedness causes poor balance.

He previously saw Dr. Leung for migraines in 7/16. He was having 2 or 3 migraines a week, using Zomig inhaler and Imitrex pills. He had a holocranial headaches often with a visual aura with a right visual field defect. He was tried on propranolol and amitriptyline but apparently they did not work.

Laboratory studies:

His MRI scan of brain 4/26/19 was normal. He did have a lot of abnormalities in the sinuses.

His MRI of the cervical spine on 6/12/19 showed a disc protrusion at C6-7 extending to the left. There were multiple broad-based disc protrusions and mild to moderate arthritic changes. No herniated discs. No central canal stenosis. The findings were similar to his prior MRI from 8/18.

MRI of the lumbar spine on 6/12/19 showed protruding disks at L4-5 and L5-S1, no disc herniations, no central canal stenosis, mild arthritic changes.

| | |
|---|---|
| | MRI of the cervical spine in 10/15 showed a broad-based disc protrusion at C5-6 and at C67, with a small herniated disc at T2-3. No significant spinal canal stenosis noted.<br><br>MRI of the cervical spine in 8/18 showed mild degenerative changes of the cervical spine, no central canal stenosis at any level, there was a broad-based disc protrusion at T2-3, findings were maximal at C3-4 and C5-6 with bulging disks and arthritic changes. |
| **Review of Systems** | None recorded |
| **Vitals** | **Ht:** 6 ft Stated 12/03/2019 11:25 am; **Wt:** 208 lbs With clothes 12/03/2019 11:26 am; **BMI:** 28.2 12/03/2019 11:26 am<br>**BP:** 112/76 sitting L arm 12/03/2019 11:29 am; **Pulse:** 80 bpm 12/03/2019 11:30 am |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | None recorded |
| **Procedure Documentation** | None recorded |
| **Assessment and Plan** | See below |

**1. Migraine without aura -**

He has a long history of migraines, onset in his late teens or early 20s. Positive family history of migraines in his grandmother.

Recently his migraines had been improving. Before Topamax, he was having about 2 migraines per week, now he is having either one or 2 per week.

He has severe migraines 2 or 3 times year.

His migraines located the bridge of the nose, described as an intense pain with associated nausea, light sensitivity and sound symptoms. Typically he does not have an aura before the migraine.

With Imitrex, his migraines typically resolves within about 45–60 minutes.

Imitrex injections work better than the shots but the injections cause confusion.

He previously saw a neurologist at UK, was recommended he try gabapentin, he took it for 1 week it caused side effects and was discontinued.

He has been on propranolol and amitriptyline for migraine prophylaxis in the past but I think he had side effects with both.

He returns in follow-up today.

His MRI scan of brain is normal.

He is on Topamax 50 mg daily.

The 75 mg dose causes excessive sleepiness.

His migraines have improved with Topamax, less frequent and milder.

His tremors have improved with Topamax.

He uses Imitrex and typically his headache goes away within about 45-60 minutes.

He recently tried increasing his Topamax dose to 75 mg but again caused excessive sleepiness.

He is on amitriptyline 25 mg at night.

When he saw Dr. Leung, he previously tried propranolol which didn't help.

Currently his blood pressure is pretty low.

G43.009: Migraine without aura, not intractable, without status migrainosus
- Topamax 25 mg tablet - Take 2 tablet(s) every day by oral route. Qty: 180 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
- Imitrex 100 mg tablet - As Directed Qty: 27 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: 1 pill at onset of migraine, may repeat at 2 or 3 hours if needed

**2. Migraine with aura -**

He has infrequent migraine without aura.

G43.109: Migraine with aura, not intractable, without status migrainosus
- MIGRAINE AURA WITHOUT A HEADACHE: CARE INSTRUCTIONS

**3. Essential tremor -**

He has a very mild sustension tremor in the right hand, none on the left, no parkinsonian features.

I told him I think he has mild familial tremor.

The tremor is not bad enough to take any medication for at this time.

It has improved a little with Topamax.

G25.0: Essential tremor

**4. Neck pain**

4. Neck pain -

He has chronic neck pain. He has mild to moderate degenerative changes of the cervical spine.

I think he hsd seen Dr. Brooks who did not recommend any surgery.

I recommended a trial of diclofenac for the neck pain.

We reviewed his MRI of the cervical spine, which does show a bulging disc extending to the left at the C6-7 level. He does have rather diffuse numbness and tingling diffusely through the left arm.

I would recommend neurosurgical conscious to Dr. Robert Owen.

Currently, he sees the pain clinic run by Dr. Gish.

M54.2: Cervicalgia
- NECK PAIN: CARE INSTRUCTIONS

**5. Chronic low back pain** -

With underlying mild degenerative changes on the MRI lumbar spine 6/12/19

He does have 2 broad-based disc protrusions but no central canal stenosis or disc herniation.

M54.5: Low back pain

**6. Poor balance** -

while he complains of poor balance, I think his balance is perfectly normal. His gait is normal. He can heel walk and toe walk without much difficulty. Tandem gait and Romberg sign essentially negative. No signs of neuropathy on exam.

I told him I suspect his poor balance is because he gets lightheaded from his low blood pressure.

R27.8: Other lack of coordination

**7. Chronic anxiety** -

He has chronic anxiety, on Pristiq

F41.9: Anxiety disorder, unspecified

**Discussion Notes**

He returns in follow-up today.

His migraines are slightly worse, one or 2 times a week.

They resolve within 30 minutes with somewhat triptan.

His chief complaint is worsening lower back pain.

I told him he needs to get back to the pain clinic.

He still has some neck pain especially on the left.

He said he is just tired of all the pain which he is experiencing.

I refilled his Topamax and sumatriptan.

I will see him back in 6 months.

Return to Office
- WALAA A AYOUB, MD for RECHECK at ENDOCRINOLOGY SB on 01/09/2020 at 01:30 PM
- to see CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on or around 06/02/2020
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 06/04/2020 at 01:45 PM

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>NKDA |

| | | | |
|---|---|---|---|
| **Medications** | Reviewed Medications | | |
| | **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) by oral route.<br>**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet | 04/08/19 | prescribed |
| | **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 11/12/19 | prescribed |
| | **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE | 03/23/18 | prescribed |

APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE
ONCE DAILY as needed

**clonazePAM 1 mg tablet** — 11/12/19 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**diclofenac sodium 75 mg tablet,delayed release** — 04/18/19 prescribed
Take 1 tablet(s) twice a day by oral route.

**Imitrex 100 mg tablet** — 12/03/19 prescribed
As Directed

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** — 04/18/19 prescribed
Inject 1 mL as needed by subcutaneous route.

**Norco 7.5 mg-325 mg tablet** — 09/19/19 prescribed
1 po every six hours as needed pain
**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet

**omeprazole 20 mg capsule,delayed release** — 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**Pristiq 100 mg tablet,extended release** — 10/09/19 entered
Take 1 tablet(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** — 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (pulmonary hypertension) 20 mg tablet** — 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** — 10/16/19 auth requested
Apply by transdermal route.

**tiZANidine 4 mg tablet** — 11/12/19 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** — 12/03/19 prescribed
Take 2 tablet(s) every day by oral route.

**Family History**

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

**Past Medical History**

Reviewed Past Medical History
Anxiety Disorder: **Y**
Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**
Neurological Problems: **Y - tremors**

**Vaccine History**

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

Electronically Signed by: CRAIG A KNOX, MD





**NEW LEXINGTON CLINIC PSC**
1401 HARRODSBURG RD SUITE C240
LEXINGTON, KY 40504-3751
Phone: (859) 258-4800
Fax: (859) 258-4740

**Encounter Summary - Progress Note**
Date Printed: 12/03/2019

Documents sent via fax will include the following message:

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:29925534-H-13059]

| | |
|---|---|
| **Patient** | Zoll, James D (50yo, M) #21795182 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Followup: Vascular headache<br>12/03/2019 - 11:00AM - NEUROLOGY CHI SJOP |
| | Mr. Zoll returns in follow-up regarding his migraines, essential tremor and neck pain.<br><br>He came in by himself today.<br><br>I last saw him on 6/19/19, and on that visit he is taking Topamax 50 mg at night. He had tried taking 75 mg but it made him sleepy during the daytime so we lowered his dose to 50. His tremors had improved with Topamax. Klonopin was also helpful for the tremors. He was having migraines one or 2 times a week and with Imitrex, his headache typically resolved in 45-60 minutes. He wanted me to review his MRI scans and he asked which neurosurgeon I recommended, I recommended Dr. Owen.<br><br>He returns in follow-up today.<br><br>His chief complaint is severe lower back pain which radiates to his feet.<br><br>The pain is severe.<br><br>The pain has been worse during the last several days.<br><br>He typically is followed at the pain clinic run by Dr. Gish.<br><br>I told him he needs to contact Dr. Gish regarding his lower back pain. |

I told him I don't treat much pain.

He has some mild neck pain, especially on the left.

His migraines have been somewhat worse.

They are occurring one or 2 times a week.

They are at the bridge of his nose, midline, he often wakes up with them.

With Imitrex 100, they typically resolve within 30 minutes

He remains on Topamax 25 mg, 2 pills at night.

He tried increase the dose to 3 pills made him sleepy during the daytime.

He is also taking amitriptyline 25 mg at night for migraine prophylaxis, prescribed by his psychiatrist.

His psychiatrist is Dr. Steven Lamb.

His blood pressure is low, so I don't think he is a candidate for beta blocker therapy.

Dr. Leung previously tried him on propranolol which apparently didn't help. He also tried him on amitriptyline which didn't help.

He previously tried gabapentin which did not help with his migraines.

With Topamax, his migraines have been improving. He had been having about 2 migraines per week, now having 1-2 per week. He thinks his migraines are milder.

When he has a migraine, he takes Imitrex and typically the headache goes away within about 45-60 minutes. He thinks that Imitrex makes him a little poorly coordinated.

His tremors are slightly better with Topamax.

Klonopin is helpful for them.

They tend to be worse with stress.

**History of Present Illness**

#1. Migraines.

His chief complaint is migraine headaches. He started having migraines in his late teens or early 20s. There is a positive family history of migraines in his grandmother. A few months ago, his migraines had been occurring about twice a week, but recently,, they have been just occurring about every week or 2. He has severe migraines 2 or 3 times a year. His migraines are located at the bridge of his nose, described as an intense pain, associated with nausea, light sensitivity, sound sensitivity. The smell of coffee bothers him. He typically does not have vomiting with migraines. He typically does not have an aura with his migraines, but sometimes he does.

He's never had a CAT scan or MRI scan of his head.

He typically takes Imitrex 100 mg at the onset of his migraines and typically they resolve within about one hour.

He occasionally has used Imitrex shots, given him at the doctor's office and Imitrex shots tend to work better than the Imitrex pills. Imitrex pills, causes some mild confusion.

He has seen a neurologist at UK about his migraines initially started on gabapentin which caused side effects and he stopped it after about a week.

#2. Neck pain.

He has a long history of neck pain, present for years. He's never had a neck injury. His neck pain is typically midline, just sometimes extends to the left. Most the time his neck pain is moderate in degree. He typically uses tizanidine 4 mg at night which is somewhat helpful. He currently is getting physical therapy for the neck pain and it helps as well.

He had an MRI of the cervical spine in 8/18 which did show moderate degenerative disc disease, no central canal stenosis, no herniated discs.

He has no interest in cervical spine surgery for his neck pain.

I think he has seen Dr William Brooks about his neck pain

#3. Tremors.

I see his mother. She has familial tremor and Parkinson's disease, as well as schizoaffective disorder. When she tried Sinemet, she had "bad thoughts" and it was discontinued.

He has been having tremors for the last several years. He has tremors in both hands, right more than left. He is right-handed. Denies any resting tremors. The tremors mainly occur while eating and drinking. Denies having any tremors in his head or voice.

He says the tremors in general are not bad take any medication for.

#4. Poor balance.

He's been having trouble with balance for about 5 years. It is been gradually getting worse. He tends to have low blood pressure. He gets lightheaded when he stands up quickly. He doesn't think the lightheadedness causes poor balance.

He previously saw Dr. Leung for migraines in 7/16. He was having 2 or 3 migraines a week, using Zomig inhaler and Imitrex pills. He had a holocranial headaches often with a visual aura with a right visual field defect. He was tried on propranolol and amitriptyline but apparently they did not work.

Laboratory studies:

His MRI scan of brain 4/26/19 was normal. He did have a lot of abnormalities in the sinuses.

His MRI of the cervical spine on 6/12/19 showed a disc protrusion at C6-7 extending to the left. There were multiple broad-based disc protrusions and mild to moderate arthritic changes. No herniated discs. No central canal stenosis. The findings were similar to his prior MRI from 8/18.

MRI of the lumbar spine on 6/12/19 showed protruding disks at L4-5 and L5-S1, no disc herniations, no central canal stenosis, mild arthritic changes.

MRI of the cervical spine in 10/15 showed a broad-based disc protrusion at C5-6 and at C67, with a small herniated disc at T2-3. No significant spinal canal stenosis noted.

MRI of the cervical spine in 8/18 showed mild degenerative changes of the cervical spine, no central canal stenosis at any level, there was a broad-based disc protrusion at T2-3, findings were maximal at C3-4 and C5-6 with bulging disks and arthritic changes.

| | | | | | |
|---|---|---|---|---|---|
| **Review of Systems** | None recorded | | | | |
| **Vitals** | Ht. 6 ft Stated 12/03/2019 11:25 am | Wt. | 208 lbs With clothes 12/03/2019 11:26 am | BMI. | 28.2 12/03/2019 11:26 am |
| | BP: 112/76 sitting L arm 12/03/2019 11:29 am | Pulse | 80 bpm 12/03/2019 11:30 am | | |
| **Results/Interpretations** | None recorded | | | | |
| **Physical Exam** | None recorded | | | | |
| **Procedure Documentation** | None recorded | | | | |

**1. Migraine without aura -**

He has a long history of migraines, onset in his late teens or early 20s. Positive family history of migraines in his grandmother.

Recently his migraines had been improving. Before Topamax, he was having about 2 migraines per week, now he is having either one or 2 per week.

He has severe migraines 2 or 3 times year.

His migraines located the bridge of the nose, described as an intense pain with associated nausea, light sensitivity and sound symptoms. Typically he does not have an aura before the migraine.

With Imitrex, his migraines typically resolves within about 45–60 minutes.

Imitrex injections work better than the shots but the injections cause confusion.

He previously saw a neurologist at UK, was recommended he try gabapentin, he took it for 1 week it caused side effects and was discontinued.

He has been on propranolol and amitriptyline for migraine prophylaxis in the past but I think he had side effects with both.

He returns in follow-up today.

His MRI scan of brain is normal.

He is on Topamax 50 mg daily.

The 75 mg dose causes excessive sleepiness.

His migraines have improved with Topamax, less frequent and milder.

His tremors have improved with Topamax

**Assessment and Plan**

He uses Imitrex and typically his headache goes away within about 45-60 minutes.

He recently tried increasing his Topamax dose to 75 mg but again caused excessive sleepiness.

He is on amitriptyline 25 mg at night.

When he saw Dr. Leung, he previously tried propranolol which didn't help.

Currently his blood pressure is pretty low.

G43.009: Migraine without aura, not intractable, without status migrainosus

- Topamax 25 mg tablet -
  Take 2 tablet(s) every day by oral route. Qty: 180 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
- Imitrex 100 mg tablet -
  As Directed Qty: 27 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
  Note to Pharmacy: 1 pill at onset of migraine, may repeat at 2 or 3 hours if needed

**2. Migraine with aura -**

He has infrequent migraine without aura.

G43.109: Migraine with aura, not intractable, without status migrainosus

- MIGRAINE AURA WITHOUT A HEADACHE: CARE INSTRUCTIONS

**3. Essential tremor -**

He has a very mild sustension tremor in the right hand, none on the left, no parkinsonian features.

I told him I think he has mild familial tremor.

The tremor is not bad enough to take any medication for at this time.

It has improved a little with Topamax.

G25.0: Essential tremor

**4. Neck pain -**

He has chronic neck pain. He has mild to moderate degenerative changes of the cervical spine.

I think he hsd seen Dr. Brooks who did not recommend any surgery.

I recommended a trial of diclofenac for the neck pain.

We reviewed his MRI of the cervical spine, which does show a bulging disc extending to the left at the C6-7 level. He does have rather diffuse numbness and tingling diffusely through the left arm.

I would recommend neurosurgical conscious to Dr. Robert Owen.

Currently, he sees the pain clinic run by Dr. Gish.

M54.2: Cervicalgia

- NECK PAIN: CARE INSTRUCTIONS

**5. Chronic low back pain -**

With underlying mild degenerative changes on the MRI lumbar spine 6/12/19

He does have 2 broad-based disc protrusions but no central canal stenosis or disc herniation.

M54.5: Low back pain

**6. Poor balance -**

while he complains of poor balance, I think his balance is perfectly normal. His gait is normal. He can heel walk and toe walk without much difficulty. Tandem gait and Romberg sign essentially negative. No signs of neuropathy on exam.

I told him I suspect his poor balance is because he gets lightheaded from his low blood pressure.

R27.8: Other lack of coordination

**7. Chronic anxiety -**

He has chronic anxiety, on Pristiq

F41.9: Anxiety disorder, unspecified

**Discussion Notes**

He returns in follow-up today.

His migraines are slightly worse, one or 2 times a week.

They resolve within 30 minutes with somewhat triptan.

His chief complaint is worsening lower back pain.

I told him he needs to get back to the pain clinic.

He still has some neck pain especially on the left.

He said he is just tired of all the pain which he is experiencing.

I refilled his Topamax and sumatriptan.

I will see him back in 6 months

Return to Office

- WALAA A AYOUB, MD for RECHECK at ENDOCRINOLOGY SB on 01/09/2020 at 01:30 PM
- to see CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on or around 06/02/2020
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 06/04/2020 at 01:45 PM

Patient Medical History:

| | |
|---|---|
| Allergies List | Reviewed Allergies |
| | NKDA |

Reviewed Medications

| | Name | Date | Source |
|---|---|---|---|
| | amitriptyline 10 mg tablet<br>Take 1 tablet(s) by oral route.<br>**Internal Note:** Duration:45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet | 04/08/19 prescribed | JOHN P ZIEGLER, MD |
| | atorvastatin 20 mg tablet<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 11/12/19 prescribed | JOHN P ZIEGLER, MD |
| | betamethasone dipropionate 0.05 % topical cream<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 prescribed | JOHN P ZIEGLER, MD |
| | clonazePAM 1 mg tablet<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 11/12/19 prescribed | JOHN P ZIEGLER, MD |
| | diclofenac sodium 75 mg tablet,delayed release<br>Take 1 tablet(s) twice a day by oral route. | 04/18/19 prescribed | CRAIG A KNOX, MD |
| | Imitrex 100 mg tablet<br>As Directed | 12/03/19 prescribed | CRAIG A KNOX, MD |
| Medications | Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector<br>Inject 1 mL as needed by subcutaneous route. | 04/18/19 prescribed | CRAIG A KNOX, MD |
| | Norco 7.5 mg-325 mg tablet<br>1 po every six hours as needed pain<br>**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet | 09/19/19 prescribed | JOHN P ZIEGLER, MD |
| | omeprazole 20 mg capsule,delayed release<br>Take 1 capsule(s) every day by oral route. | 04/08/19 prescribed | JOHN P ZIEGLER, MD |
| | Pristiq 100 mg tablet,extended release<br>Take 1 tablet(s) every day by oral route. | 10/09/19 entered | Kay Mouser |
| | ProAir RespiClick 90 mcg/actuation breath activated<br>Inhale 2 puff(s) every 6-8 hours by inhalation route | 06/09/17 prescribed | KAREN GATES, PA-C |
| | sildenafil (pulmonary hypertension) 20 mg tablet<br>Take 1-3 tablets daily as needed for erectile dysfunction | 06/04/19 prescribed | JOHN P ZIEGLER, MD |
| | testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump<br>Apply by transdermal route. | 10/16/19 auth requested | WALAA A AYOUB, MD |
| | tiZANidine 4 mg tablet<br>TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 11/12/19 prescribed | JOHN P ZIEGLER, MD |
| | Topamax 25 mg tablet<br>Take 2 tablet(s) every day by oral route. | 12/03/19 prescribed | CRAIG A KNOX, MD |

Family History — Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

Past Medical

Reviewed Past Medical History
Anxiety Disorder: Y
Depression: Y
High Cholesterol: Y

| | |
|---|---|
| History | Migraines: **Y**<br>Neurological Problems: **Y - tremors** |

**Vaccine History**

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Influenza** | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

Electronically Signed by: CRAIG A KNOX, MD


**NEW LEXINGTON CLINIC PSC**
1401 HARRODSBURG RD SUITE C240
LEXINGTON, KY 40504-3751
Phone: (859) 258-4800
Fax: (859) 258-4740

**Encounter Summary - Progress Note**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:25815247-H-13059]

| | |
|---|---|
| **Patient** | Zoll, James D (50yo, M) #21795182 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | None recorded<br>06/19/2019 - 02:00PM - NEUROLOGY CHI SJOP |
| **History of Present Illness** | Mr. Zoll returns in follow-up regarding his migraines, essential tremor and neck pain.<br><br>He came in by himself today.<br><br>I saw him in consultation on 4/18/19 Re: Migraines, neck pain, tremors and poor balance.<br><br>I recommended an MRI of the brain and a trial of Topamax for migraine prophylaxis.<br><br>We also discussed trying propranolol.<br><br>His MRI scan of brain 4/26/19 was normal. He did have a lot of abnormalities in the sinuses.<br><br>His MRI of the cervical spine on 6/12/19 showed a disc protrusion at C6-7 extending to the left. There were multiple broad-based disc protrusions and mild to moderate arthritic changes. No herniated discs. No central canal stenosis. The findings were similar to his prior MRI from 8/18.<br><br>MRI of the lumbar spine on 6/12/19 showed protruding disks at L4-5 and L5-S1, no disc herniations, no central canal stenosis, mild arthritic changes.<br><br>He returns in follow-up today.<br><br>He is taking Topamax 50 mg at night.<br><br>When he took 75 mg, he was excessively drowsy and sleepy during the daytime. |



| | |
|---|---|
| | He lowered the dose to 50 mg and that has improved.<br><br>He feels like he is sleeping better recently.<br><br>He's having more REM sleep.<br><br>With Topamax, his migraines have been improving. He had been having about 2 migraines per week, now having 1-2 per week. He thinks his migraines are milder.<br><br>When he has a migraine, he takes Imitrex and typically the headache goes away within about 45-60 minutes. He thinks that Imitrex makes him a little poorly coordinated.<br><br>His tremors are slightly better with Topamax.<br><br>Klonopin is helpful for them.<br><br>They tend to be worse with stress.<br><br>He has tried gabapentin which made him irritable.<br><br>His main problem is neck pain. He wanted me to review his MRIs of the cervical and lumbar spine. He is going to the pain clinic. He wondered which neurosurgeon I would recommend. I recommended Dr. Robert Owen. |

#1. Migraines.

His chief complaint is migraine headaches. He started having migraines in his late teens or early 20s. There is a positive family history of migraines in his grandmother. A few months ago, his migraines had been occurring about twice a week, but recently,, they have been just occurring about every week or 2. He has severe migraines 2 or 3 times a year. His migraines are located at the bridge of his nose, described as an intense pain, associated with nausea, light sensitivity, sound sensitivity. The smell of coffee bothers him. He typically does not have vomiting with migraines. He typically does not have an aura with his migraines, but sometimes he does.

He's never had a CAT scan or MRI scan of his head.

He typically takes Imitrex 100 mg at the onset of his migraines and typically they resolve within about one hour.

He occasionally has used Imitrex shots, given him at the doctor's office and Imitrex shots tend to work better than the Imitrex pills. Imitrex pills, causes some mild confusion.

He has seen a neurologist at UK about his migraines initially started on gabapentin which caused side effects and he stopped it after about a week.

#2. Neck pain.

He has a long history of neck pain, present for years. He's never had a neck injury. His neck pain is typically midline, just sometimes extends to the left. Most the time his neck pain is moderate in degree. He typically uses tizanidine 4 mg at night which is somewhat helpful. He currently is getting physical therapy for the neck pain and it helps as well.

He had an MRI of the cervical spine in 8/18 which did show moderate degenerative disc disease, no central canal stenosis, no herniated discs.



He has no interest in cervical spine surgery for his neck pain.

I think he has seen Dr. William Brooks about his neck pain.

#3. Tremors.

I see his mother. She has familial tremor and Parkinson's disease, as well as schizoaffective disorder. When she tried Sinemet, she had "bad thoughts" and it was discontinued.

He has been having tremors for the last several years. He has tremors in both hands, right more than left. He is right-handed. Denies any resting tremors. The tremors mainly occur while eating and drinking. Denies having any tremors in his head or voice.

He says the tremors in general are not bad take any medication for.

#4. Poor balance.

He's been having trouble with balance for about 5 years. It is been gradually getting worse. He tends to have low blood pressure. He gets lightheaded when he stands up quickly. He doesn't think the lightheadedness causes poor balance.

He previous he saw Dr. Leung for migraines in 7/16. He was having 2 or 3 migraines a week, using Zomig inhaler and Imitrex pills. He had a holoacranial headaches often with a visual aura with a right visual field defect. He was tried on propranolol and amitriptyline but apparently they did not work.

Laboratory studies:

MRI of the cervical spine in 10/15 showed a broad-based disc protrusion at C5-6 and at C67, with a small herniated disc at T2-3. No significant spinal canal stenosis noted.

A repeat MRI of the cervical spine in 8/18 showed mild degenerative changes of the cervical spine, no central canal stenosis at any level, there was a broad-based disc protrusion at T2-3, findings were maximal at C3-4 and C5-6 with bulging disks and arthritic changes.

**Review of Systems**: None recorded

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 06/19/2019 02:05 pm | **Wt:** | 215 lbs 06/19/2019 02:05 pm | **BMI:** | 29.2 06/19/2019 02:05 pm |
| **BP:** | 100/64 sitting L arm 06/19/2019 02:03 pm | **Pulse:** | 76 bpm 06/19/2019 02:08 pm | | |

| | |
|---|---|
| **Results/Interpretations** | None recorded |
| **Physical Exam** | None recorded |
| **Procedure Documentation** | None recorded |
| **Assessment and Plan** | **1. Migraine without aura** - He has a long history of migraines, onset in his late teens or early 20s. Positive family history of migraines in his grandmother. Recently his migraines had been improving. Before Topamax, he was having about 2 migraines per week, now he is having either one or 2 per week. He has severe migraines 2 or 3 times year. |



His migraines located the bridge of the nose, described as an intense pain with associated nausea, light sensitivity and sound symptoms. Typically he does not have an aura before the migraine.

With Imitrex, his migraines typically resolves within about 45-60 minutes.

Imitrex injections work better than the shots but the injections cause confusion.

He previously saw a neurologist at UK, was recommended he try gabapentin, he took it for 1 week it caused side effects and was discontinued.

He has been on propranolol and amitriptyline for migraine prophylaxis in the past but I think he had side effects with both.

He returns in follow-up today.

His MRI scan of brain is normal.

He is on Topamax 50 mg daily.

The 75 mg dose causes excessive sleepiness.

His migraines have improved with Topamax, are less frequent and milder.

His tremors have improved with Topamax.

He uses Imitrex and typically his headache goes away within about 45-60 minutes.

We could consider another trial of propranolol later on.

G43.009: Migraine without aura, not intractable, without status migrainosus

**2. Migraine with aura** -

He has infrequent migraine without aura.

G43.109: Migraine with aura, not intractable, without status migrainosus

- MIGRAINE AURA WITHOUT A HEADACHE: CARE INSTRUCTIONS

**3. Essential tremor** -

He has a very mild sustension tremor in the right hand, none on the left, no parkinsonian features.

I told him I think he has mild familial tremor.

The tremor is not bad enough to take any medication for at this time.

G25.0: Essential tremor

**4. Neck pain** -

He has chronic neck pain. He has mild to moderate degenerative changes of the cervical spine.

I think he hsd seen Dr. Brooks who did not recommend any surgery.

I recommended a trial of diclofenac for the neck pain.

We reviewed his MRI of the cervical spine, which does show a bulging disc extending to the left at the C6-7 level. He does have rather diffuse numbness and tingling diffusely through the left arm.

I would recommend neurosurgical conscious to Dr. Robert Owen.

Currently, he sees the pain clinic run by Dr. Gish.

M54.2: Cervicalgia

- NECK PAIN: CARE INSTRUCTIONS

**5. Chronic low back pain** -

With underlying mild degenerative changes on the MRI lumbar spine 6/12/19

He does have 2 broad-based disc protrusions but no central canal stenosis or disc herniation.

M54.5: Low back pain

**6. Poor balance -**

while he complains of poor balance, I think his balance is perfectly normal. His gait is normal. He can heel walk and toe walk without much difficulty. Tandem gait and Romberg sign essentially negative. No signs of neuropathy on exam.

I told him I suspect his poor balance is because he gets lightheaded from his low blood pressure.

R27.8: Other lack of coordination

**7. Chronic anxiety -**

He has chronic anxiety, on Pristiq

F41.9: Anxiety disorder, unspecified

**Discussion Notes**

He returns in follow-up today.

He is now on Topamax 50 mg at night.

His migraines are less frequent and little less severe but nothing dramatic.

He thinks the Topamax tends make him sleepy during the daytime.

I told him that's a somewhat uncommon side effect.

I did recommend he try taking Topamax 75 or 100 mg at night.

MRI scan of brain was normal.

He thinks his tremors are a little better.

He wanted me to review his MRI reports of the cervical and lumbar spine we discussed that today.

If he wants a surgical consultation, I would recommend Dr. Robert Owen.

He will talk to Dr. Gish about that.

I will see him back for follow-up visit in 3 months.

I told him I'm retiring at the end of this year and I can transfer his care to one my partners.

We spent 25 minutes today reviewing multiple issues, reviewing MRI reports, etc.

I will see him back in about 3 months.

Return to Office

- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 09/24/2019 at 02:00 PM

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>NKDA |
| **Medications** | Reviewed Medications |



| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) by oral route.<br>**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet | 04/08/19 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 12/14/18 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 06/04/19 | prescribed |
| **diclofenac sodium 75 mg tablet,delayed release** | 04/18/19 | prescribed |

Take 1 tablet(s) twice a day by oral route.

| | | | |
|---|---|---|---|
| | **Imitrex 100 mg tablet**<br>As Directed | 04/18/19 | prescribed |
| | **Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector**<br>Inject 1 mL as needed by subcutaneous route. | 04/18/19 | prescribed |
| | **Norco 5 mg-325 mg tablet**<br>Take 1 tablet(s) every 6-8 hours by oral route as needed. | 06/04/19 | prescribed |
| | **omeprazole 20 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 04/08/19 | prescribed |
| | **Pristiq 50 mg tablet,extended release**<br>Take 1 tablet(s) every day by oral route. | 04/08/19 | prescribed |
| | **ProAir RespiClick 90 mcg/actuation breath activated**<br>Inhale 2 puff(s) every 6-8 hours by inhalation route. | 06/09/17 | prescribed |
| | **sildenafil (antihypertensive) 20 mg tablet**<br>Take 1-3 tablets daily as needed for erectile dysfunction | 06/04/19 | prescribed |
| | **tiZANidine 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 04/08/19 | prescribed |
| | **Topamax 25 mg tablet**<br>Take 4 tablet(s) every day by oral route. | 04/18/19 | prescribed |

**Family History**

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

**Past Medical History**

Reviewed Past Medical History
Anxiety Disorder: **Y**



Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**
Neurological Problems: **Y - tremors**

**Vaccine History**

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

Electronically Signed by: CRAIG A KNOX, MD

Craig Knox

**NEW LEXINGTON CLINIC PSC**
1401 HARRODSBURG RD SUITE C240
LEXINGTON, KY 40504-3751
Phone: (859) 258-4800
Fax: (859) 258-4740

**Encounter Summary - Progress Note**
Date Printed: 05/17/2019

| | |
|---|---|
| **Patient** | Zoll, James D (50yo, M) #21795182 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | headache/migraine, tremors<br>04/18/2019 - 10:00AM - NEUROLOGY CHI SJOP |
| **History of Present Illness** | Mr. Zoll is a pleasant 50-year-old white male who is seen in consultation today regarding migraines, neck pain, tremors and poor balance. He was seen at the request of Dr. Ziegler and he came in by himself today.<br><br>#1. Migraines.<br><br>His chief complaint is migraine headaches. He started having migraines in his late teens or early 20s. There is a positive family history of migraines in his grandmother. A few months ago, his migraines had been occurring about twice a week, but recently,, they have been just occurring about every week or 2. He has severe migraines 2 or 3 times a year. His migraines are located at the bridge of his nose, described as an intense pain, associated with nausea, light sensitivity, sound sensitivity. The smell of coffee bothers him. He typically does not have vomiting with migraines. He typically does not have an aura with his migraines, but sometimes he does.<br><br>He's never had a CAT scan or MRI scan of his head.<br><br>He typically takes Imitrex 100 mg at the onset of his migraines and typically they resolve within about one hour.<br><br>He occasionally has used Imitrex shots, given him at the doctor's office and Imitrex shots tend to work better than the Imitrex pills. Imitrex pills, causes some mild confusion.<br><br>He has seen a neurologist at UK about his migraines initially started on gabapentin which caused side effects and he stopped it after about a week.<br><br>He's never been on propranolol her Topamax.<br><br>#2. Neck pain.<br><br>He has a long history of neck pain, present for years. He's never had a neck injury. His neck pain is typically |

midline, just sometimes extends to the left. Most the time his neck pain is moderate in degree. He typically uses tizanidine 4 mg at night which is somewhat helpful. He currently is getting physical therapy for the neck pain and it helps as well.

He had an MRI of the cervical spine In 8/18 which did show moderate degenerative disc disease, no central canal stenosis, no herniated discs.

He has no interest in cervical spine surgery for his neck pain.

I think he has seen Dr. William Brooks about his neck pain.

#3. Tremors.

I see his mother. She has familial tremor and Parkinson's disease, as well as schizoaffective disorder. When she tried Sinemet, she had "bad thoughts" and it was discontinued.

He has been having tremors for the last several years. He has tremors in both hands, right more than left. He is right-handed. Denies any resting tremors. The tremors mainly occur while eating and drinking. Denies having any tremors in his head or voice.

He says the tremors in general are not bad take any medication for.

#4. Poor balance.

He's been having trouble with balance for about 5 years. It is been gradually getting worse. He tends to have low blood pressure. He gets lightheaded when he stands up quickly. He doesn't think the lightheadedness causes poor balance.

He denies having any numbness and tingling in his feet or any weakness in his legs.

He previous he saw Dr. Leung for migraines in 7/16. He was having 2 or 3 migraines a week, using Zomig inhaler and Imitrex pills. He had a holoacranial headaches often with a visual aura with a right visual field defect. He was taking propranolol and was switched to amitriptyline but discontinued that. He recommended starting back on amitriptyline. He recommended Zanaflex for neck pain.

Allergies: None

Medications: Amitriptyline 10 mg at night, atorvastatin, clonazepam 1 mg twice a day for anxiety, Imitrex when necessary migraine, mobic 7.5 mg daily, Norco 5 every 5-8 hours when necessary pain, omeprazole, Pristiq, pro-air, Viagra, tizanidine 4 mg at night, Zoloft 100 mg daily

Past medical history: Dyslipidemia, anxiety, depression, migraines, Degenerative disc disease of the cervical spine, chronic neck pain, possible cervical radiculopathy, elevated blood pressure, chronic anxiety/depression

Past surgical history:Testicular surgery, hernia repair, shoulder surgery, radial repair.

Family history: Mother had Parkinson's disease and mental illness/suicide. Grandfather had a stroke. Grandmother has diabetes.

Social history: Nonsmoker. He drinks Alkol socially. He is single. He lives with his daughter and partner. He completed high school and some college. He works at Toyota.

Laboratory studies:

MRI of the cervical spine in 10/15 showed a broad-based disc protrusion at C5-6 and at C67, with a small herniated disc at T2-3. No significant spinal canal stenosis noted.

A repeat MRI of the cervical spine in 8/18 showed mild degenerative changes of the cervical spine, no central canal stenosis at any level, there was a broad-based disc protrusion at T2-3, findings were maximal at C3-4 and C5-6 with bulging disks and arthritic changes.

| | |
|---|---|
| **Review of Systems** | **Additionally reports:**<br><br>**The patient completed a 14 system review of systems and symptoms on the intake sheet and this was reviewed. The patient endorsed Snoring, dry mouth, blurry vision, restless legs, neck pain, joint pain and stiffness, weakness, headaches, poor coordination, tremors, anxiety, depression, hallucinations during sleep and the remainder of the 14 system review was negative for all other systems and symptoms.** |
| **Vitals** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Ht:** | 6 ft Stated 04/18/2019 10:05 am | **Wt:** | 212 lbs With clothes 04/18/2019 10:10 am | **BMI:** | 28.8 04/18/2019 10:10 am |
| **BP:** | 136/80 sitting L arm 04/18/2019 10:10 am | **Pulse:** | 76 bpm 04/18/2019 10:10 am | | |

| | |
|---|---|
| **Results/Interpretations** | None recorded |
| **Physical Exam** | Patient is a 50-year-old male.<br><br>The patient is well-nourished and well-developed, in no acute distress. Head is normocephalic and atraumatic. The patient is alert and fully oriented to time and place. He registers 3 objects on a single attempt and recalls 2/3 at 5 minutes. Short and long-term memory are normal. Attention span, concentration, language skills and fund of knowledge are normal. There is no dysarthria or aphasia. The patient names and follows commands well. Cranial nerves II through XII are intact. The hands are held outstretched without pronator drift. Finger-nose-finger maneuver shows no dysmetria. Rapid alternating movements are normal and symmetric in the upper and lower extremities bilaterally. Strength is normal to manual muscle testing in the upper and lower extremities bilaterally. There is no atrophy or abnormalities of muscle tone present. His deep tendon reflexes are somewhat hyperreflexic but symmetric. No long track signs.. Toes are downgoing to plantar stimulation.On sensory examination, he notices diminished light touch and increased pinprick diffusely to the left arm. Sensation is normal in the face and legs. Gait is normal including heel walk and toe walk. Fundi are benign. There are no carotid bruits.<br><br>He has a very mild sustension tremor bilaterally. Looks like essential tremor. No Parkinson's features. |
| **Procedure Documentation** | None recorded |

**Assessment and Plan**

**1. Migraine without aura -**

He has a long history of migraines, onset in his late teens or early 20s. Positive family history of migraines in his grandmother. Recent his migraines have been improving. They've been occurring about every week or 2 recently, had been twice a week in the past. He has severe migraines 2 or 3 times year. His migraines located the bridge of the nose, described as an intense pain with associated nausea, light sensitivity and sound symptoms. Typically he does not have an aura before the migraine. With Imitrex, his migraines typically resolves within about one hour. Imitrex injections work better than the shots but the injections to cause confusion.

He previously saw a neurologist at UK, was recommended he try gabapentin, he took it for 1 week it caused side effects and was discontinued.

He has been on propranolol and amitriptyline for migraine prophylaxis in the past but I think he had side effects with both.

I recommended arranging an MRI scan of the brain.

I recommended a trial of Topamax for migraine prophylaxis.

I discussed the more common side effects with him.

I refilled his Imitrex pills and shots.

G43.009: Migraine without aura, not intractable, without status migrainosus

- MR BRAIN W/O CONTRAST

  Appointment Date: 04/26/2019
- Topamax 25 mg tablet - Take 4 tablet(s) every day by oral route. Qty: 120 tablet(s) Refills: 11 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: Topamax 25 mg one by mouth each bedtime for one week, then increase by one pill each week up to 4 by mouth each bedtime as tolerated; may lower dose if any side effects occur.
- Imitrex 100 mg tablet - As Directed Qty: 27 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: 1 pill at onset of migraine, may repeat at 2 hours if needed
- Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector - Inject 1 mL as needed by subcutaneous route. Qty: 4 1 mL syringe(s) Refills: 11 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: one Imitrex shot as needed for severe migraine

**2. Migraine with aura -**

He has infrequent migraine without aura.

G43.109: Migraine with aura, not intractable, without status migrainosus

- MIGRAINE AURA WITHOUT A HEADACHE: CARE INSTRUCTIONS

**3. Neck pain -**

He has chronic neck pain. He has mild to moderate degenerative changes of the cervical spine.

I think he hsd seen Dr. Brooks who did not recommend any surgery.

I recommended a trial of diclofenac for the neck pain.

M54.2: Cervicalgia

- NECK PAIN: CARE INSTRUCTIONS
- diclofenac sodium 75 mg tablet,delayed release - Take 1 tablet(s) twice a day by oral route. Qty: 60 tablet(s) Refills: 11 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: 1 pill twice a day as needed for neck pain, take with food

**4. Essential tremor -**

He has a very mild sustension tremor in the right hand, none on the left, no parkinsonian features.

I told him I think he has mild familial tremor.

The tremor is not bad enough to take any medication for at this time.

G25.0: Essential tremor

**5. Chronic anxiety -**

He has chronic anxiety, on Pristiq

F41.9: Anxiety disorder, unspecified

**6. Poor balance -**

while he complains of poor balance, I think his balance is perfectly normal. His gait is normal. He can heel walk and toe walk without much difficulty. Tandem gait and Romberg sign essentially negative. No signs of neuropathy on exam. I told him I suspect his poor balance is because he gets lightheaded from his low blood pressure.

R27.8: Other lack of coordination

**Discussion Notes**

He is seen in consultation today regarding his migraines, neck pain, tremors and poor balance.

He is using Imitrex, which is controlling his migraines fairly well, they typically resolve within 1 hour. He's found Imitrex shots worked better than the pills. He's never given himself a shot but he thinks he probably could. I refilled his Imitrex pills and shots.

He has tried gabapentin for migraine prophylaxis but he had a lot of side effects with it, stopped it after a week.

I told him the Topamax and propranolol are probably the 2 best medicine for migraine prophylaxis.

I recommended a trial of Topamax, emailed a prescription to his pharmacy and discussed the more common side effects with him.

He also has very mild tremors, looks like essential tremor.

The tremors are not bad enough to take any medication for.

I told him sometimes Topamax can help with his tremor and propranolol is probably the best medication for them.
He does have some chronic neck pain, overall moderate in degree.

MRI scan does show moderate degenerative changes.

Recently he has been taking mobic and diclofenac gel.

I recommend he try Voltaren 75 mg twice a day and discontinue the diclofenac gel and mobic.

He is currently getting physical therapy for the neck pain which is somewhat helpful.

He also complains of poor balance.

His balance seems perfectly normal today.

I will arrange an MRI scan of the brain because of his headaches. We will start him on Topamax for migraine prophylaxis. I refilled his Imitrex pills and Imitrex shots. I emailed a prescription for diclofenac to his pharmacy.

I discussed my impression fully with him.

I will see him back in 6 or 8 weeks.

Return to Office

- to see CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY KOHOP on or around 05/08/2019
- BETHANY BEGLEY, PA-C for RECHECK at ORTHOPEDICS PICADOME on 06/05/2019 at 10:15 AM

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>NKDA |
| **Medications** | Reviewed Medications<br><br>**amitriptyline 10 mg tablet** 04/08/19 prescribed<br>Take 1 tablet(s) by oral route.<br>**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet<br><br>**atorvastatin 20 mg tablet** 12/14/18 prescribed<br>TAKE ONE TABLET BY MOUTH ONCE DAILY<br><br>**betamethasone dipropionate 0.05 % topical cream** 03/23/18 prescribed<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE |

APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE
ONCE DAILY as needed

| Medication | Date | Status |
|---|---|---|
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 04/08/19 | prescribed |
| **diclofenac 1 % topical gel**<br>APPLY 2 GRAM TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY | 02/19/19 | prescribed |
| **diclofenac sodium 75 mg tablet,delayed release**<br>Take 1 tablet(s) twice a day by oral route. | 04/18/19 | prescribed |
| **Imitrex 100 mg tablet**<br>As Directed | 04/18/19 | prescribed |
| **Imitrex 6 mg/0.5 mL subcutaneous solution**<br>Inject 0.5 mL every day by subcutaneous route as directed for 1 day. | 04/05/19 | administered |
| **Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector**<br>Inject 1 mL as needed by subcutaneous route. | 04/18/19 | prescribed |
| **Mobic 7.5 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 02/19/19 | prescribed |
| **Mucinex DM** | 06/09/17 | entered |
| **Norco 5 mg-325 mg tablet**<br>Take 1 tablet(s) every 6-8 hours by oral route as needed. | 04/08/19 | prescribed |
| **nystatin 100,000 unit/gram topical cream**<br>APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed | 06/28/18 | prescribed |
| **omeprazole 20 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 04/08/19 | prescribed |
| **Pristiq 50 mg tablet,extended release**<br>Take 1 tablet(s) every day by oral route. | 04/08/19 | prescribed |
| **ProAir RespiClick 90 mcg/actuation breath activated**<br>Inhale 2 puff(s) every 6-8 hours by inhalation route. | 06/09/17 | prescribed |
| **sildenafil (antihypertensive) 20 mg tablet**<br>Take 1-3 tablets daily as needed for erectile dysfunction | 01/29/18 | prescribed |
| **tiZANidine 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 04/08/19 | prescribed |
| **Topamax 25 mg tablet**<br>Take 4 tablet(s) every day by oral route. | 04/18/19 | prescribed |
| **Zoloft 100 mg tablet**<br>Take 1 tablet(s) every day by oral route | 12/14/18 | entered |

**Family History**

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

**Past Medical History**

Reviewed Past Medical History
Anxiety Disorder: **Y**
Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**
Neurological Problems: **Y - tremors**

**Vaccine History**

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

Electronically Signed by: CRAIG A KNOX, MD



**NEW LEXINGTON CLINIC PSC**
1401 HARRODSBURG RD SUITE C240
LEXINGTON, KY 40504-3751
Phone: (859) 258-4800
Fax: (859) 258-4740

**Encounter Summary - Progress Note**
Date Printed: 05/17/2019

Documents sent via fax will include the followingmessage:

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or

## ZOLL, JAMES D (id #21795182, dob:

other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:24298344-H-13059]

| | |
|---|---|
| Patient | Zoll, James D (50yo, M) #21795182 |
| DOB | |

Patient Demographics:

| | | |
|---|---|---|
| Address | Home Phone | |
| | Work Phone | |

Encounter Notes:

| | |
|---|---|
| Encounter Reason/Date | headache/migraine, tremors<br>04/18/2019 - 10:00AM - NEUROLOGY CHI SJOP |

Mr. Zoll is a pleasant 50-year-old white male who is seen in consultation today regarding migraines, neck pain, tremors and poor balance. He was seen at the request of Dr. Ziegler and he came in by himself today.

#1. Migraines.

His chief complaint is migraine headaches. He started having migraines in his late teens or early 20s. There is a positive family history of migraines in his grandmother. A few months ago, his migraines had been occurring about twice a week, but recently., they have been just occurring about every week or 2. He has severe migraines 2 or 3 times a year. His migraines are located at the bridge of his nose, described as an intense pain, associated with nausea, light sensitivity, sound sensitivity. The smell of coffee bothers him. He typically does not have vomiting with migraines. He typically does not have an aura with his migraines, but sometimes he does.

He's never had a CAT scan or MRI scan of his head.

He typically takes Imitrex 100 mg at the onset of his migraines and typically they resolve within about one hour.

He occasionally has used Imitrex shots, given him at the doctor's office and Imitrex shots tend to work better than the Imitrex pills. Imitrex pills, causes some mild confusion.

He has seen a neurologist at UK about his migraines initially started on gabapentin which caused side effects and he stopped it after about a week.

He's never been on propranolol her Topamax.

#2. Neck pain.

He has a long history of neck pain, present for years. He's never had a neck injury. His neck pain is typically midline, just sometimes extends to the left. Most the time his neck pain is moderate in degree. He typically uses tizanidine 4 mg at night which is somewhat helpful. He currently is getting physical therapy for the neck pain and it helps as well.

**History of Present Illness**

He had an MRI of the cervical spine in 8/18 which did show moderate degenerative disc disease, no central canal stenosis, no herniated discs.

He has no interest in cervical spine surgery for his neck pain.

I think he has seen Dr. William Brooks about his neck pain.

#3. Tremors.

I see his mother. She has familial tremor and Parkinson's disease, as well as schizoaffective disorder. When she tried Sinemet, she had "bad thoughts" and it was discontinued.

He has been having tremors for the last several years. He has tremors in both hands, right more than left. He is right-handed. Denies any resting tremors. The tremors mainly occur while eating and drinking. Denies having any tremors in his head or voice.

He says the tremors in general are not bad take any medication for.

#4. Poor balance.

He's been having trouble with balance for about 5 years. It is been gradually getting worse. He tends to have low blood pressure. He gets lightheaded when he stands up quickly. He doesn't think the lightheadedness causes poor balance.

He denies having any numbness and tingling in his feet or any weakness in his legs.

He previous he saw Dr. Leung for migraines in 7/16. He was having 2 or 3 migraines a week, using Zomig inhaler and Imitrex pills. He had a holocranial headaches often with a visual aura with a right visual field defect. He was taking propranolol and was switched to amitriptyline but discontinued that. He recommended starting back on amitriptyline. He recommended Zanaflex for neck pain.

Allergies: None

**ZOLL, JAMES D (id #21795182, dob:**

Medications: Amitriptyline 10 mg at night, atorvastatin, clonazepam 1 mg twice a day for anxiety, Imitrex when necessary migraine, mobic 7.5 mg daily, Norco 5 every 5-8 hours when necessary pain, omeprazole, Pristiq, pro-air, Viagra, tizanidine 4 mg at night, Zoloft 100 mg daily

Past medical history: Dyslipidemia, anxiety, depression, migraines. Degenerative disc disease of the cervical spine, chronic neck pain, possible cervical radiculopathy, elevated blood pressure, chronic anxiety/depression

Past surgical history:Testicular surgery, hernia repair, shoulder surgery, radial repair.

Family history: Mother had Parkinson's disease and mental illness/suicide. Grandfather had a stroke. Grandmother has diabetes.

Social history: Nonsmoker. He drinks Alkol socially. He is single. He lives with his daughter and partner. He completed high school and some college. He works at Toyota.

Laboratory studies:

MRI of the cervical spine in 10/15 showed a broad-based disc protrusion at C5-6 and at C67, with a small herniated disc at T2-3. No significant spinal canal stenosis noted.

A repeat MRI of the cervical spine in 8/18 showed mild degenerative changes of the cervical spine, no central canal stenosis at any level, there was a broad-based disc protrusion at T2-3, findings were maximal at C3-4 and C5-6

with bulging disks and arthritic changes.

| | |
|---|---|
| Review of Systems | **Additionally reports:**<br><br>**The patient completed a 14 system review of systems and symptoms on the intake sheet and this was reviewed. The patient endorsed Snoring, dry mouth, blurry vision, restless legs, neck pain, joint pain and stiffness, weakness, headaches, poor coordination, tremors, anxiety, depression, hallucinations during sleep and the remainder of the 14 system review was negative for all other systems and symptoms.** |
| Vitals | Ht: 6 ft Stated 04/18/2019 10:05 am; Wt: 212 lbs With clothes 04/18/2019 10:10 am; BMI: 28.8 04/18/2019 10:10 am<br>BP: 136/80 sitting L arm 04/18/2019 10:10 am; Pulse: 76 bpm 04/18/2019 10:10 am |
| Results/Interpretations | None recorded |
| Physical Exam | Patient is a 50-year-old male.<br><br>The patient is well-nourished and well-developed, in no acute distress. Head is normocephalic and atraumatic. The patient is alert and fully oriented to time and place. He registers 3 objects on a single attempt and recalls 2/3 at 5 minutes. Short and long-term memory are normal. Attention span, concentration, language skills and fund of knowledge are normal. There is no dysarthria or aphasia. The patient names and follows commands well. Cranial nerves II through XII are intact. The hands are held outstretched without pronator drift. Finger-nose-finger maneuver shows no dysmetria. Rapid alternating movements are normal and symmetric in the upper and lower extremities bilaterally. Strength is normal to manual muscle testing in the upper and lower extremities bilaterally. There is no atrophy or abnormalities of muscle tone present. His deep tendon reflexes are somewhat hyperreflexic but symmetric. No long track signs.. Toes are downgoing to plantar stimulation On sensory examination, he notices diminished light touch and increased pinprick diffusely to the left arm. Sensation is normal in the face and legs. Gait is normal including heel walk and toe walk. Fundi are benign. There are no carotid bruits.<br><br>He has a very mild sustension tremor bilaterally. Looks like essential tremor. No Parkinson's features. |
| Procedure Documentation | None recorded |

**1. Migraine without aura -**

He has a long history of migraines, onset in his late teens or early 20s. Positive family history of migraines in his grandmother. Recent his migraines have been improving. They've been occurring about every week or 2 recently, had been twice a week in the past. He has severe migraines 2 or 3 times year. His migraines located the bridge of the nose, described as an intense pain with associated nausea, light sensitivity and sound symptoms. Typically he does not have an aura before the migraine. With Imitrex, his migraines typically resolves within about one hour. Imitrex injections work better than the shots but the injections to cause confusion.

He previously saw a neurologist at UK, was recommended he try gabapentin, he took it for 1 week it caused side effects and was discontinued.

He has been on propranolol and amitriptyline for migraine prophylaxis in the past but I think he had side effects with both.

I recommended arranging an MRI scan of the brain.

I recommended a trial of Topamax for migraine prophylaxis

I discussed the more common side effects with him.

I refilled his Imitrex pills and shots.

G43.009. Migraine without aura, not intractable, without status migrainosus

- MR BRAIN W/O CONTRAST
  Appointment Date: 04/26/2019
- Topamax 25 mg tablet -
  Take 4 tablet(s) every day by oral route. Qty. 120 tablet(s) Refills. 11 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: Topamax 25 mg one by mouth each bedtime for one week, then increase by one pill each week up to 4 by mouth each bedtime as tolerated; may lower dose if any side effects occur

- Imitrex 100 mg tablet -
  As Directed Qty: 27 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: 1 pill at onset of migraine, may repeat at 2 hours if needed
- Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector -
  Inject 1 mL as needed by subcutaneous route. Qty: 4 1 mL syringe(s) Refills: 11 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: one Imitrex shot as needed for severe migraine

**Assessment and Plan**

**2. Migraine with aura -**

He has infrequent migraine without aura.

G43.109: Migraine with aura, not intractable, without status migrainosus

- MIGRAINE AURA WITHOUT A HEADACHE: CARE INSTRUCTIONS

**3. Neck pain -**

He has chronic neck pain. He has mild to moderate degenerative changes of the cervical spine.

I think he hsd seen Dr. Brooks who did not recommend any surgery.

I recommended a trial of diclofenac for the neck pain.

M54.2: Cervicalgia

- NECK PAIN: CARE INSTRUCTIONS
- diclofenac sodium 75 mg tablet,delayed release -
  Take 1 tablet(s) twice a day by oral route. Qty: 60 tablet(s) Refills: 11 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: 1 pill twice a day as needed for neck pain, take with food

**4. Essential tremor -**

He has a very mild sustension tremor in the right hand, none on the left, no parkinsonian features.

I told him I think he has mild familial tremor.

The tremor is not bad enough to take any medication for at this time.

G25.0: Essential tremor

**5. Chronic anxiety -**

He has chronic anxiety, on Pristiq

F41.9: Anxiety disorder, unspecified

**6. Poor balance -**

while he complains of poor balance, I think his balance is perfectly normal. His gait is normal. He can heel walk and toe walk without much difficulty. Tandem gait and Romberg sign essentially negative. No signs of neuropathy on exam. I told him I suspect his poor balance is because he gets lightheaded from his low blood pressure.

R27.8: Other lack of coordination

**Discussion Notes**

He is seen in consultation today regarding his migraines, neck pain, tremors and poor balance.

He is using Imitrex, which is controlling his migraines fairly well, they typically resolve within 1 hour. He's found Imitrex shots worked better than the pills. He's never given himself a shot but he thinks he probably could. I refilled his Imitrex pills and shots

He has tried gabapentin for migraine prophylaxis but he had a lot of side effects with it, stopped it after a week.

I told him the Topamax and propranolol are probably the 2 best medicine for migraine prophylaxis.

I recommended a trial of Topamax, emailed a prescription to his pharmacy and discussed the more common side effects with him.

He also has very mild tremors, looks like essential tremor.

The tremors are not bad enough to take any medication for.

I told him sometimes Topamax can help with his tremor and propranolol is probably the best medication for them.

He does have some chronic neck pain, overall moderate in degree.

MRI scan does show moderate degenerative changes

Recently he has been taking mobic and diclofenac gel.

I recommend he try Voltaren 75 mg twice a day and discontinue the diclofenac gel and mobic.

He is currently getting physical therapy for the neck pain which is somewhat helpful.

He also complains of poor balance.

His balance seems perfectly normal today.

I will arrange an MRI scan of the brain because of his headaches. We will start him on Topamax for migraine prophylaxis. I refilled his Imitrex pills and Imitrex shots. I emailed a prescription for diclofenac to his pharmacy.

I discussed my impression fully with him.

I will see him back in 6 or 8 weeks.

Return to Office

- to see CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY KOHOP on or around 05/08/2019
- BETHANY BEGLEY, PA-C for RECHECK at ORTHOPEDICS PICADOME on 06/05/2019 at 10:15 AM

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies |
| | NKDA |

Reviewed Medications

| | Name | Date | Source |
|---|---|---|---|
| **Medications** | amitriptyline 10 mg tablet Take 1 tablet(s) by oral route. **Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION.Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet | 04/08/19 prescribed | JOHN P ZIEGLER, MD |
| | atorvastatin 20 mg tablet TAKE ONE TABLET BY MOUTH ONCE DAILY | 12/14/18 prescribed | JOHN P ZIEGLER, MD |
| | betamethasone dipropionate 0.05 % topical cream APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 prescribed | JOHN P ZIEGLER, MD |
| | clonazePAM 1 mg tablet TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 04/08/19 prescribed | JOHN P ZIEGLER, MD |
| | diclofenac 1 % topical gel APPLY 2 GRAM TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY | 02/19/19 prescribed | BETHANY BEGLEY, PA-C |
| | diclofenac sodium 75 mg tablet,delayed release Take 1 tablet(s) twice a day by oral route. | 04/18/19 prescribed | CRAIG A KNOX, MD |
| | Imitrex 100 mg tablet As Directed | 04/18/19 prescribed | CRAIG A KNOX, MD |
| | Imitrex 6 mg/0.5 mL subcutaneous solution Inject 0.5 mL every day by subcutaneous route as directed for 1 day. | 04/05/19 administered | MARY OAKS, PA-C |
| | Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector Inject 1 mL as needed by subcutaneous route. | 04/18/19 prescribed | CRAIG A KNOX, MD |
| | Mobic 7.5 mg tablet Take 1 tablet(s) every day by oral route for 30 days. | 02/19/19 prescribed | BETHANY BEGLEY, PA-C |
| | Mucinex DM | 06/09/17 entered | Katharine Williams |
| | Norco 5 mg-325 mg tablet Take 1 tablet(s) every 6-8 hours by oral route as needed. | 04/08/19 prescribed | JOHN P ZIEGLER, MD |
| | nystatin 100,000 unit/gram topical cream APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed | 06/28/18 prescribed | JOHN P ZIEGLER, MD |
| | omeprazole 20 mg capsule,delayed release Take 1 capsule(s) every day by oral route. | 04/08/19 prescribed | JOHN P ZIEGLER, MD |
| | Pristiq 50 mg tablet,extended release Take 1 tablet(s) every day by oral route. | 04/08/19 prescribed | JOHN P ZIEGLER, MD |
| | ProAir RespiClick 90 mcg/actuation breath activated Inhale 2 puff(s) every 6-8 hours by inhalation route. | 06/09/17 prescribed | KAREN GATES, PA-C |
| | sildenafil (antihypertensive) 20 mg tablet Take 1-3 tablets daily as needed for erectile dysfunction | 01/29/18 prescribed | STEPHEN J MONNIG, MD |
| | tiZANidine 4 mg tablet TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 04/08/19 prescribed | JOHN P ZIEGLER, MD |
| | Topamax 25 mg tablet Take 4 tablet(s) every day by oral route. | 04/18/19 prescribed | CRAIG A KNOX, MD |
| | Zoloft 100 mg tablet Take 1 tablet(s) every day by oral route. | 12/14/18 entered | Daphne Stout |

Reviewed Family History

| | | |
|---|---|---|
| Family History | Father | - Hypercholesterolemia |
| | | - Hypertensive disorder |
| | Mother | - Hypercholesterolemia |
| | | - Mental disorder |
| | | - Migraine |
| | | - Parkinson's disease |
| | Paternal Grandmother | - Diabetes mellitus |
| | Paternal Grandfather | - Diabetes mellitus |
| | Unspecified Relation | - Heart disease |

**Past Medical History**
Reviewed Past Medical History
Anxiety Disorder: Y
Depression: Y
High Cholesterol: Y
Migraines: Y
Neurological Problems: Y - tremors

**Vaccine History**
Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

Electronically Signed by: CRAIG A KNOX, MD

2019-05-17 09:58 LC-037-2939 8592584740 >> athena P 9/10

Lexington Clinic

**NEUROLOGY DEPARTMENT**
**PATIENT QUESTIONNAIRE**

Name Jam ZOLL, JAMES I#21795182 INITIA 1/18
Age 50
Home # 85
Work #
Email Address
* 21467322x13059 First Page ClinDoc

Date: 4/18/2015

Please tell us the name and address of the physician who sent you to see us.
Dr. Ziegler (Physician Name) Lexington (city) KY (state)

Who is your primary care physician? Dr. Ziegler

Please list all the providers you would like notified of your visit:

**HISTORY OF PRESENT ILLNESS**
What is the main reason for today's visit? migraines, balance, tremors, neck pain
When did your symptoms begin? 2000
Are your symptoms getting better or worse? worse
Does anything trigger your symptoms?
Have you found anything which improves your symptoms? imitrix (intravenous)
Have you found things which make your symptoms worse? stress/anxiety
Is there anything else you have found that is associated with your symptoms?
Have you noted any other pattern to your symptoms?
If you have seen any other Doctors for this problem, please list them here: Yes. UK neurology
If you have had any tests done for this problem, please list them here: MRI For neck pain

7184

**ZOLL, JAMES D (id #21795182, dob:**

Have you ever been treated for this problem? If so, how have you been treated? gabapentin, amitriptyline, imitrix, tizidine

**CURRENT MEDICATIONS:** Please list below all drugs or medicines taken over the last week (include birth control pills, eye drops, aspirin, any medicine bought without a prescription.)

| Name of drug or medicine | Dose if known | How many daily? | Name of drug or medicine | Dose if known | How many daily? |
|---|---|---|---|---|---|
| 1. Pristiq | | | 6. Ibuprofen | | |
| 2. Klonidon | 1 mg. | 1 or 2 | 7. | | |
| 3. Amitriptyline | | | 8. | | |
| 4. Tizidine | | | 9. | | |
| 5. Imitrix | | | 10. | | |

Please list any drug **allergies** below:

| | |
|---|---|
| 1. | 3. |
| 2. | 4. |

(please answer the questions on the other side)



* 21467322y13059 Last Page ClinDoc

**PAST MEDICAL HISTORY:**

Please check here if you have been told by a doctor that you have any of the listed co[nditions]

| Condition | ✓ | Condition | ✓ | Condition | ✓ |
|---|---|---|---|---|---|
| Heart disease | | Alzheimer's | | Parkinson's | |
| High blood pressure | | Anxiety | ✓ | Stroke | |
| High cholesterol | ✓ | Depression | ✓ | Arthritis | |
| Cancer | | Neurologic condition | | Glaucoma | |
| Diabetes | | Migraine headaches | ✓ | TB | |
| Other: | | Other: | | Other: | |

**PAST SURGICAL HISTORY:**

| Surgery Type | Date | Surgeon/Hospital |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**FAMILY HISTORY:** Please check (✓) if any family member(s) have had this condition and indicate which member by using the following key in the column marked FM:

F = father M=mother S = sister B=brother GF = grandfather GM=grandmother

| Condition | ✓ | FM | Condition | ✓ | FM | Condition | ✓ | FM |
|---|---|---|---|---|---|---|---|---|
| Alcoholism | | | Diabetes | ✓ | GM | Mental Illness/Suicide | M | |
| Alzheimer's Disease | | | Epilepsy/Seizures | | | Parkinson's Disease | M | |
| Cancer | | | Heart Disease | | | Stroke | GF | |
| Dementia | | | High Blood Pressure | | | Other Neurological Disease | | |

**SOCIAL HISTORY**

Do you smoke cigarettes? YES ____ NO ✓ QUIT ____ # of packs per day ____

Do you drink alcohol? YES ✓ NO ____

Are you: Single ✓ Married ____ Divorced ____ Widowed ____

Do you live alone or with family? Family (daughter) & partner

Your occupation? TMMK Highest school grade you attended? Some college

**REVIEW OF SYSTEMS:** Please circle YES or NO

| | | | | | |
|---|---|---|---|---|---|
| **General:** | | Heat intolerance | YES NO | **Musculoskeletal:** | |
| Daytime sleepiness | YES NO | Frequent thirst | YES NO | Restless legs | (YES) NO |
| Snoring | (YES) NO | **Lungs:** | | Leg pain | YES NO |
| Poor sleep/insomnia | YES NO | Cough | YES NO | Arm pain | YES NO |
| Sleep apnea | YES NO | Shortness of breath | YES NO | Neck pain | (YES) NO |
| Fever | YES NO | Sputum production | YES NO | Joint pain or stiffness | (YES) NO |
| Night Sweats | YES NO | Wheezing | YES NO | Muscle weakness | (YES) NO |
| Weight gain | YES NO | **Heart:** | | **Neurologic:** | |
| Weight loss | YES NO | Chest pain | YES NO | Decreased memory | YES NO |
| **Skin:** | | Edema (leg swelling) | YES NO | Numbness or tingling | YES NO |
| Dryness | YES NO | Palpitations | YES NO | Headaches | (YES) NO |
| Excessive sweating | YES NO | **Gastrointestinal:** | | Poor coordination | (YES) NO |
| Hair loss | YES NO | Heartburn | YES NO | Loss of consciousness | YES NO |
| New rash/lesion | YES NO | Constipation | YES NO | Seizures | YES NO |
| **Head/Eyes/Ears/Nose/Throat** | | Diarrhea | YES NO | Tremor | (YES) NO |
| Dry mouth | (YES) NO | Difficulty swallowing | YES NO | Weakness | YES NO |
| Double or blurred vision | (YES) NO | Nausea | YES NO | **Psychiatric:** | |
| Sinus pain | YES NO | Vomiting | YES NO | Anxiety | (YES) NO |
| Hearing loss | YES NO | **Genito-Urinary** | | Depression | (YES) NO |
| Ringing in the ears | YES NO | Dribbling of urine | YES NO | Hallucinations Sleep | (YES) NO |
| Dizziness/light headed | YES NO | Urinary hesitancy | YES NO | Inability to concentrate | YES NO |
| **Endocrine:** | | Urgency | YES NO | **Hematology** | |
| Appetite changes | YES NO | Incontinence | YES NO | Easy bruising | YES NO |
| Less able to tolerate cold | YES NO | | | Spontaneous bleeding | YES NO |

James Zoll 4/18/19

Patient Signature Date Physician Signature Date

04032119 (02102017)

7185

Routine For: James Zoll
Created By: Will Lockhart, PT, DPT

Apr 03, 2019



Step 1 Stand frontwards with your hand on table
Step 2 Slide hand along the table within a comfortable range.
Repeat ____ times ____ sets ____ sessions per day.



Place arm out to side at ____ degree angle, press fist down into surface. Hold __ sec. Repeat ____ x
Perform ____ x/day



Place tubing in door near doorhandle. Grab both ends of tubing. Slightly lean forward and bend knees, then stand up tall and squeeze your shoulder blades together as you pull the tubing back.

Repeat ____ times ____ Sets
____/day



Place tubing in door near doorhandle. Grab both ends. Slightly lean forward, then stand tall as you pull band back with arms straight. Squeeze lower part of shoulder blades together.

Repeat ____ x ____ sets ____ x/day



With opposite foot forward, reach ____ arm down and across your body, then bring arm back up to side by squeezing shoulder blade down and back
Repeat ___ times
Hold ___ seconds
___ sets
___ sessions a day



Place tubing in door at ___ height. Step away from door with outside leg as you pull tubing in to your side. Twist your arm as you do this. Think of placing your elbow into your back pocket

Repeat ___ times Perform ___ sets
_____/day





**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

COMMONWEALTH HAND THERAPY

# Fax Cover Sheet

**ZOLL, JAMES D (id #21795182, dob:**

**To: Wilkes, Trevor, MD**
**Organization: LC Orthopaedic Surgery**
**Fax: 8592588562**

**From: Lisa Podlecki**
**Sent on: April 1, 2019**

## Regarding: Note: 04/01/2019 for Zoll, James D.

Thank you for this referral --

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

PT



**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447 8600
Fax: (859)447-8599

## James Zoll
## Progress Report

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Case Note:** 04/01/2019
**Physician Name:** Wilkes, Trevor W. MD

Mr. Zoll continues to demonstrate improved mobility of the L GHJ in all cardinal planes.

Active Flx: 160 deg in standing

Active ER (neutral): 50 deg in standing

Supine passive ER at 90 deg aBd: 70 deg

He continues to have complaints of pain along the superior and lateral shoulder, that is slowly improving, per patient report.

(+) pain with inferior gliding of clavicle at the AC joint

(+) localized pain at the teres minor (proximal tendon)

Thank you,

Michael Glindmeyer, DPT

*Michael Glindmeyer*

Michael Glindmeyer, PT
License #005886
*Document created on April 2, 2019 at 1:49 am*

PT

## Imaging Results

NERVE CONDUCTION STUDY/EMG, LOWER EXTREMITY (PROC) (#38048876, 12/07/2020)

**Lexington Clinic Neurology**
**1401 Harrodsburg Rd, Suite C-240**
**Lexington, KY 40504**
Ph: 859-258-4800 Fax: 859-258-4740

**Test Date:** 12/7/2020

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | James Zoll | **DOB:** | | **Physician:** | Craig Knox, MD |
| **Pt ID#:** | 21795182 | **Sex:** | Male | **Referring Phys:** | Craig Knox, MD |
| **Ht:** | 6' 0" | **Wt:** | 207 lbs. | **Technologist:** | Nicole Hall, R. NCS T. |

### HISTORY:

Patient is a 51 year old male who was referred presents with complaints of numbness and tingling in the left ball of foot, not so much in the toes. Symptoms have been present for about a year. Symptoms have been getting worse. Patient is not a diabetic. He does have back pain that does not seem to radiate. He denies symptoms in his right foot.

**Nerve Conduction Studies**

**Anti Sensory Summary Table**

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Sural Anti Sensory (Lat Mall) 27.2 °C** | | | | | | | | | | | |
| Calf | | 4.4 | <4.4 | 10.2 | >6.0 | Calf | Lat Mall | 4.4 | 14.0 | 32 | |
| **Right Sural Anti Sensory (Lat Mall) 28.2 °C** | | | | | | | | | | | |
| Calf | | 4.3 | <4.4 | 7.2 | >6.0 | Calf | Lat Mall | 4.3 | 14.0 | 33 | |

**Motor Summary Table**

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Peroneal Motor (Ext Dig Brev) 28.4 °C** | | | | | | | | | | | |
| Ankle | | 6.0 | <6.5 | 6.1 | >2.0 | B Fib | Ankle | 8.1 | 35.0 | 43 | >40 |
| B Fib | | 14.1 | | 4.8 | | Poplt | B Fib | 2.2 | 10.0 | 45 | >40 |
| Poplt | | 16.3 | | 4.0 | | | | | | | |
| **Left Tibial Motor (Abd Hall Brev) 28.6 °C** | | | | | | | | | | | |
| Ankle | | 4.8 | <5.8 | 8.5 | >4.0 | Knee | Ankle | 10.5 | 44.0 | 42 | >40 |
| Knee | | 15.3 | | 6.3 | | | | | | | |

**Mixed Summary Table**

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Lateral Plantar Mixed (Med Malleolus) 28.4 °C** | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| **Left Medial Plantar Mixed (Med Malleolus) 28.5 °C** | | | |
| Medial Foot | 4.4 | 3.0 | >2 |



**H Reflex Studies**

| NR | H-Lat (ms) | Lat Norm (ms) | L-R H-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| **Left Tibial (Gastroc) 27.4 °C** | | | | |
| | *32.89 | <32.8 | 1.25 | <2.0 |
| **Right Tibial (Gastroc) 28.3 °C** | | | | |
| | *34.14 | <32.8 | 1.25 | <2.0 |

**EMG**

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Fasc | Psw | CRD | Amp | Dur | Poly | Recrt | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left | AntTibialis | Dp Br Peron | L4-5 | Nml | Nml | Nml | Nml | Nml | *1+/2+ | *1+/2+ | Nml | *1- | |
| Left | Fibularis Longus | Sup Br Peron | L5-S1 | Nml | Nml | Nml | Nml | Nml | *1+/2+ | *1+/2+ | Nml | *1- | |
| Left | Gastroc | | | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| Left | VastusLat | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| Left | TensorFascLat | SupGluteal | L4-5, S1 | Nml | Nml | Nml | Nml | Nml | *2+ | *2+ | Nml | *1- | |
| Left | GluteusMax | InfGluteal | L5-S2 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |

**IMPRESSION:**

1. Mild, chronic left L5 radiculopathy.

Electronically signed by CRAIG A KNOX, MD
on 12/08/2020 at 07:30:51 AM

**Craig Knox, MD**

**ZOLL, JAMES D (id #21795182, dob:**




NERVE CONDUCTION STUDY/EMG, UPPER EXTREMITY (PROC) (#37753486, 11/23/2020 12:00am)

**Lexington Clinic Neurology**
**1401 Harrodsburg Rd, Suite C-240**
**Lexington, KY 40504**
Ph: 859-258-4800 Fax: 859-258-4740

**Test Date:** 11/23/2020

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | James Zoll | **DOB:** | | **Physician:** | Craig Knox, MD |
| **Pt ID#:** | 21795182 | **Sex:** | Male | **Referring Phys:** | Stephen Umansky, MD |
| **Ht:** | 6' 0" | **Wt:** | 209 lbs. | **Technologist:** | Nicole Hall, R. NCS T. |

**HISTORY:**

## ZOLL, JAMES D (id #21795182, dob:

Patient is a 51 year old right handed male who was referred to rule out a left ulnar neuropathy. Patient presents with complaints of numbness and tingling in the left 4-5th digits with spasms/dystonia in the hypothenar area when using his hand. Symptoms have been present for 1-2 years after the accident and his surgery. Symptoms have been getting worse. Patient is not a diabetic. PMH includes left distal radius fracture and surgery 7/26/2018. He has some neck pain to his shoulder sometimes.

**Nerve Conduction Studies**
**Anti Sensory Summary Table**

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left DorsCutan Anti Sensory (Dorsum 5th MC) 31.9 °C** | | | | | | | | | | | |
| Wrist | | 2.1 | | 11.4 | | Wrist | Dorsum 5th MC | 2.1 | 8.0 | 38 | |
| **Left Median Anti Sensory (2nd Digit) 32 °C** | | | | | | | | | | | |
| Wrist | | 3.0 | <3.5 | 33.2 | >20 | Wrist | 2nd Digit | 3.0 | 14.0 | *47 | >49 |
| **Left Ulnar Anti Sensory (5th Digit) 32.2 °C** | | | | | | | | | | | |
| Wrist | | *3.2 | <3.1 | *14.9 | >17.0 | Wrist | 5th Digit | 3.2 | 14.0 | *44 | >49 |

**Comparison Summary Table**

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Site1 | Site2 | Delta-P (ms) | Norm Delta (ms) |
|---|---|---|---|---|---|---|---|---|
| **Left Median/Ulnar Palm Comparison (Wrist - 8cm) 32.3 °C** | | | | | | | | |
| Median Palm | | 1.8 | <2.2 | 72.7 | Median Palm | Ulnar Palm | 0.2 | |
| Ulnar Palm | | 2.0 | <2.2 | 28.8 | | | | |

**Motor Summary Table**

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Median Motor (Abd Poll Brev) 31.2 °C** | | | | | | | | | | | |
| Wrist | | 3.3 | <4.4 | 8.5 | >4 | Elbow | Wrist | 4.6 | 24.4 | 53 | >49 |
| Elbow | | 7.9 | | 8.4 | | | | | | | |
| **Left Ulnar Motor (Abd Dig Min) 31.6 °C** | | | | | | | | | | | |
| Wrist | | 2.8 | <3.3 | 7.7 | >6.0 | B Elbow | Wrist | 4.2 | 23.0 | 55 | >49 |
| B Elbow | | 7.0 | | 7.2 | | A Elbow | B Elbow | 2.1 | 10.0 | *48 | >49 |
| A Elbow | | 9.1 | | 7.2 | | Axilla | A Elbow | 1.8 | 10.0 | 56 | |
| Axilla | | 10.9 | | 7.1 | | | | | | | |
| **Left Ulnar FDI Motor (FDI) 31.7 °C** | | | | | | | | | | | |
| Wrist | | *3.5 | <3.3 | 12.1 | >7.0 | B Elbow | Wrist | 4.2 | 23.0 | 55 | >49 |
| B Elbow | | 7.7 | | 11.1 | | A Elbow | B Elbow | 2.0 | 10.0 | 50 | >49 |
| A Elbow | | 9.7 | | 10.5 | | Axilla | A Elbow | 1.7 | 10.0 | 59 | |
| Axilla | | 11.4 | | 10.2 | | | | | | | |



**EMG**

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Fasc | Psw | CRD | Amp | Dur | Poly | Recrt | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| Left | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | Nml | Nml | *1+ | *1+ | Nml | *1- | |
| Left | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| Left | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| Left | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| Left | ExtDigitorum | Radial (Post Int) | C7-8 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |

**IMPRESSION:**

1. Mild left ulnar neuropathy at the wrist and at the elbow.
2. EMG suggestive of a very mild, chronic left C7 radiculopathy.

Electronically signed by CRAIG A KNOX, MD
on 11/23/2020 at 04:30:50 PM

**Craig Knox, MD**

**Patient:** Zoll, James **Test Date:** 11/23/2020 **Page 3**



## MR LUMBAR W/O CONTRAST (#25639168, Final, 06/12/2019 11:45am)

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMES D ZOLL
Patient DOB:
Patient MRN: 6695100

Ordering Provider: JOHN P ZIEGLER

EXAM DATE: 06/12/2019

EXAM: MR LUMBAR W/O CONTRAST

HISTORY: 50-year-old male with low back pain.

COMPARISON: MRI dated 12/22/2016

FINDINGS:
The lumbar spine is normal in alignment. There is no subluxation. There is no evidence of fracture. There is mild anterior marginal osteophytic spurring. No pathologic lesion is identified in the lumbar spine. The conus medullaris is normal in appearance at the L1-L2 level.

T11-T12 and T12-L1: These intervertebral discs are normal in appearance.

L1-L2: There is minimal endplate spurring. There is no central canal stenosis. There is no neural foraminal stenosis.

L2-L3: There is a minimal disc bulge and mild endplate spurring. There is no central canal stenosis. There is no neural foraminal stenosis.

L3-L4: There is a mild disc bulge and mild endplate spurring. There is no central canal stenosis. There is minimal neural foraminal stenosis.

L4-L5: There is a broad-based disc protrusion and mild endplate spurring. There is no central canal stenosis. There is mild bilateral neural foraminal stenosis.

L5-S1: There is a broad-based disc protrusion and mild endplate spurring. There is no central canal stenosis. There is mild bilateral neural foraminal stenosis.

IMPRESSION:
1. There are broad-based disc protrusion at L4-L5 and L5-S1 with mild bilateral neural foraminal stenosis.

Interpreted By: Timothy Averion-Mahloch, MD
Electronically Signed By: Timothy Averion-Mahloch, MD on 6/12/2019 12:50 PM

## MR CERVICAL W/O CONTRAST (#25637797, Final, 06/12/2019 11:15am)

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMES D ZOLL
Patient DOB:
Patient MRN: 6695100

Ordering Provider: JOHN P ZIEGLER

EXAM DATE: 06/12/2019

EXAM: MR CERVICAL W/O CONTRAST

HISTORY: 50-year-old male with neck pain, and left arm pain and numbness.

COMPARISON: MRI of the cervical spine dated 8/9/2018.

FINDINGS:
There is minimal posterior listhesis of C3 on C4. The cervical spine is otherwise normal in alignment. There is no fracture or pathologic intraosseous lesion. There is mild to moderate anterior marginal osteophytic spurring. No paraspinous soft tissue abnormality is identified. The visualized spinal cord and posterior fossa of the brain are normal in appearance.

There is moderate mucosal thickening in the maxillary sinuses.

The craniocervical junction is normal in appearance. There are minimal degenerative changes at C1-C2.

C2-C3: There is a mild disc bulge. There is no central canal stenosis. There is no neural foraminal stenosis.

C3-C4: There is a broad-based disc protrusion and mild endplate spurring. There is no central canal stenosis. There is mild bilateral neural foraminal narrowing.

C4-C5: There is a mild disc bulge and mild endplate spurring. There is no central canal stenosis. There is no neural foraminal narrowing.

C5-C6: There is a broad-based disc bulge/protrusion and mild endplate spurring. There is no central canal stenosis. There is mild left neural foraminal stenosis.

C6-C7: There is a broad-based disc protrusion with probable extension in the left neural foramen, and mild endplate spurring. There is no central canal stenosis. There is moderate/severe left neural foraminal stenosis.

C7-T1: This intervertebral disc is essentially normal in appearance.

There is a small disc protrusion at T2-3. There is no central canal stenosis or neural foraminal stenosis..

IMPRESSION:
1. There is a disc protrusion at C6-C7 with probable extension into the left neural foramen. There is moderate/severe left neural foraminal stenosis.
2. There is mild neural foraminal narrowing at C3-C4 and C5-C6.
3. This study is essentially unchanged from the prior MRI.

Interpreted By: Timothy Averion-Mahloch, MD
Electronically Signed By: Timothy Averion-Mahloch, MD on 6/12/2019 12:06 PM

## XR THORACIC AP/LAT (#25449298, Final, 06/04/2019 3:45pm)

Lexington Clinic Andover
3099 Helmsdale Place
Lexington, KY 40509

Patient Name: JAMES D ZOLL
Patient DOB:
Patient MRN: 6695100

Ordering Provider: JOHN P ZIEGLER

EXAM DATE: 06/04/2019

EXAM: XR THORACIC AP/LAT

CLINICAL INFORMATION: Back pain.

IMAGES PROVIDED: AP, and lateral views of the thoracic spine.

COMPARISON: None.

FINDINGS: Curvature, alignment, vertebral body heights and disc spaces are normal. Tiny osteophytes are seen at multiple levels. No radiographic evidence of injury is noted.

IMPRESSION: Degenerative changes of the thoracic spine.

Interpreted By: Shailendra Chopra, MD
Electronically Signed By: Shailendra Chopra, MD on 6/4/2019 5:34 PM

## MR BRAIN W/O CONTRAST (#24515308, Final, 04/26/2019 11:45am)

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMES D ZOLL
Patient DOB:
Patient MRN: 6695100

Ordering Provider: CRAIG A KNOX

EXAM DATE: 04/26/2019

EXAM: MR BRAIN W/O CONTRAST

HISTORY: 50-year-old male with migraine headaches and neck pain.

COMPARISON: None.

FINDINGS:
The ventricles are symmetric, and minimally enlarged. There is no mass, mass effect, or midline shift. There is no abnormal extra-axial fluid, intracranial hemorrhage, or infarction. The diffusion weighted sequences are normal. There are minimal periventricular white matter changes. There are small deep white matter lesions in the left frontal lobe.

The internal carotid and basilar flow-voids are normal.

There is a large mucus retention cyst which fills the left frontal sinus and extends into the anterior aspect of the left ethmoid sinus. There is mild mucosal thickening in the ethmoid and right frontal sinuses. There is severe mucosal thickening in the left maxillary sinus, and moderate mucosal thickening in the right maxillary sinus.

IMPRESSION:
1. The brain is essentially normal in appearance.
2. There is severe paranasal sinus disease.

Interpreted By: Timothy Averion-Mahloch, MD
Electronically Signed By: Timothy Averion-Mahloch, MD on 4/26/2019 12:17 PM

## Lab Results

## HIV I SCREEN 03/24/2021 (#40490302, Final, 03/23/2021 10:59am)

| | |
|---|---|
| Note to Patient | - |

| | | | |
|---|---|---|---|
| Ordering Provider | JOHN P ZIEGLER, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | U3230416 | Specimen Source | |
| Specimen Coll. Date | 03/23/2021 10:59 | Result Status | Final |
| Specimen Rec. Date | 03/23/2021 11:38 | Report Status | |
| Specimen Reported Date | 03/24/2021 15:10 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| HIV SCREEN | NON-REACTIVE | NON-REACTIVE | | Normal | Final | CB |
| | HIV-1 antigen and HIV-1/HIV-2 antibodies were not detected. There is no laboratory evidence of HIV infection.<br><br>PLEASE NOTE: This information has been disclosed to you from records whose confidentiality may be protected by state law. If your state requires such protection, then the state law prohibits you from making any further disclosure of the information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. A general authorization for the release of medical or other information is NOT sufficient for this purpose.<br><br>For additional information please refer to http://education.questdiagnostics.com/faq/FAQ106 (This link is being provided for informational/ educational purposes only.)<br><br>The performance of this assay has not been clinically validated in patients less than 2 years old.<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS WOOD DALE<br>1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024<br>ANTHONY V. THOMAS, MD | | | | | |
| RESULT NOTE | PATIENT IS FASTING. | | | | | |

## GLYCOHEMOGLOBIN A1C 03/23/2021 (#40443643, Final, 03/23/2021 10:59am)

| | |
|---|---|
| Note to Patient | - |

| | | | |
|---|---|---|---|
| Ordering Provider | JOHN P ZIEGLER, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | U3230416 | Specimen Source | |
| Specimen Coll. Date | 03/23/2021 10:59 | Result Status | Final |
| Specimen Rec. Date | 03/23/2021 11:36 | Report Status | |
| Specimen Reported Date | 03/23/2021 11:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLYCO HGB A1C | 5.3 | 0.0-5.6 | % | Normal | Final | |
| ESTIMATED AVG. GLUCOSE | 105 | | mg/dl (calc) | Normal | Final | |
| | New guidelines by the American Diabetes Association state that a hemoglobin A1c level of 5.7-6.4% indicates an increased risk of diabetes. A result of 6.5% or higher is diagnostic of diabetes. | | | | | |
| RESULT NOTE | PATIENT IS FASTING. | | | | | |

## CMP 03/23/2021 (#40443529, Final, 03/23/2021 10:59am)

| | |
|---|---|
| Note to Patient | - |

| | | | |
|---|---|---|---|
| Ordering Provider | JOHN P ZIEGLER, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | U3230416 | Specimen Source | |
| Specimen Coll. Date | 03/23/2021 10:59 | Result Status | Final |
| Specimen Rec. Date | 03/23/2021 11:08 | Report Status | |
| Specimen Reported Date | 03/23/2021 11:50 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **GLUCOSE** | **101** | **74-100** | **mg/dL** | **High** | **Final** | |
| BLOOD UREA NITROGEN | 13 | 6-20 | mg/dL | Normal | Final | |

## ZOLL, JAMES D (id #21795182, dob:

| | | | | | | |
|---|---|---|---|---|---|---|
| CREATININE | 1.01 | 0.70-1.25 | mg/dL | Normal | Final | |
| BUN/CREATININE RATIO | 13 | 10-20 | (calc) | Normal | Final | |
| SODIUM | 142 | 136-145 | mmol/L | Normal | Final | |
| POTASSIUM | 4.6 | 3.4-5.0 | mmol/L | Normal | Final | |
| **CHLORIDE** | **108** | **98-107** | **mmol/L** | **High** | **Final** | |
| CARBON DIOXIDE | 26 | 20-32 | mmol/L | Normal | Final | |
| ANION GAP | 8 | 7-25 | (calc) | Normal | Final | |
| CALCIUM | 9.8 | 8.6-10.2 | mg/dL | Normal | Final | |
| TOTAL PROTEIN | 7.1 | 6.4-8.3 | g/dL | Normal | Final | |
| ALBUMIN | 4.2 | 3.5-5.2 | g/dL | Normal | Final | |
| GLOBULIN | 2.9 | 1.5-4.5 | g/dL (calc) | Normal | Final | |
| ALBUMIN/GLOBULIN RATIO | 1.4 | 1.1-2.5 | (calc) | Normal | Final | |
| BILIRUBIN, TOTAL | 0.5 | 0.1-1.2 | mg/dL | Normal | Final | |
| ALKALINE PHOSPHATASE | 79 | 40-130 | U/L | Normal | Final | |
| AST | 28 | 0-40 | U/L | Normal | Final | |
| ALT | 41 | 0-41 | U/L | Normal | Final | |
| GFR AFRICAN AMERICAN | 98 | >= 60 | | Normal | Final | |
| GFR NON-AFRICAN AMERICAN | 85 | >= 60 | | Normal | Final | |
| | **NOTE**<br>NEW calculation for GFR is based on the National Kidney Foundation CKD-EPI equation and allows for reporting GFR values greater than 60 mL/min/1.73 m2.<br>This calculation has not been validated for patients less than 18 yrs., pregnant women and Hispanics.<br><br>Chronic kidney disease is defined as kidney damage or GFR less than 60 mL/min/1.73 m2 for 3 months or longer. | | | | | |
| RESULT NOTE | PATIENT IS FASTING. | | | | | |

## LIPID PANEL 03/23/2021 (#40443528, Final, 03/23/2021 10:59am)

| | |
|---|---|
| Note to Patient | Hey James!<br>Your lipid panel continues to look good Atorvastatin-all essentially unchanged from before. Both total cholesterol and LDL/bad cholesterol look outstanding. Your HDL/good cholesterol remains a little on lower side. Chemistry panel shows minimal elevation in blood glucose at 101–normal kidney/liver function. Your A1c–measurement of three-month blood glucose average–normal. HIV–negative.<br>Recommend: Continue current medications.<br>With the nice weather–hopefully keep walking more.<br>Keep all specialist follow-up. Contact me if problems/concerns.<br>Stay well!<br>Dr Ziegler |

| | | | |
|---|---|---|---|
| Ordering Provider | JOHN P ZIEGLER, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | U3230416 | Specimen Source | |
| Specimen Coll. Date | 03/23/2021 10:59 | Result Status | Final |
| Specimen Rec. Date | 03/23/2021 11:08 | Report Status | |
| Specimen Reported Date | 03/23/2021 11:50 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **HDL CHOLESTEROL** | **37** | **56-242** | **mg/dL** | **Low** | **Final** | |
| TRIGLYCERIDES | 141 | 0-149 | mg/dL | Normal | Final | |
| | TRIGLYCERIDE RANGES<br>NORMAL: < 150<br>BORDERLINE HIGH: 150 - 199<br>HIGH: 200 - 499<br>VERY HIGH: > OR = 500 | | | | | |
| CHOLESTEROL | 134 | 0-199 | mg/dL | Normal | Final | |
| | CHOLESTEROL (TOTAL) RANGES<br>DESIRABLE: < 200<br>BORDERLINE: 200 - 239<br>HIGHER RISK: > 239 | | | | | |

## ZOLL, JAMES D (id #21795182, dob:

| | | | | | | |
|---|---|---|---|---|---|---|
| LDL CHOLESTEROL | 69 | 0-99 | mg/dl (calc) | Normal | Final | |
| | LDL CHOLESTEROL RANGES<br>OPTIMAL: < 100<br>NEAR/ABOVE OPTIMAL: 100 - 129<br>BORDERLINE HIGH: 130 - 159<br>HIGH: 160 - 189<br>VERY HIGH: > OR = 190 | | | | | |
| RESULT NOTE | PATIENT IS FASTING. | | | | | |

## SARS-COV-2, RNA, PCR 10/12/2020 (#36691846, Final, 10/09/2020 10:55am)

| | | | |
|---|---|---|---|
| Ordering Provider | AN-YU CHEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8010699 | Specimen Source | |
| Specimen Coll. Date | 10/09/2020 10:55 | Result Status | Final |
| Specimen Rec. Date | 10/09/2020 10:55 | Report Status | |
| Specimen Reported Date | 10/12/2020 08:58 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SARS COV2 RESULT | NEGATIVE | | | Normal | Final | |

## SARS CORONAVIRUS RNA, QUAL, PCR, UNSPECIFIED SPECIMEN 10/11/2020 (#36688013, 10/09/2020)

solaris diagnostics

**FINAL REPORT**

Solaris Diagnostics
110 Dewey Dr STE A,
Nicholasville, KY 40356-7124, USA
Pn # 844.550.0308
CLIA# 18D2142802
Lab Director Dr. Preetpal Sidhu

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | ZOLL, JAMES D | MRN: | 21795182 | **Specimen ID:** | 1154578 **Acc #:** 1158302 |
| Patient #: | 574153 | Birth: | | **Specimen Type:** | Nasopharyngea |
| Doctor: | AN-YU CHEN | Age: | 51 years | **Collection Date:** | 10/09/2020 12:00 AM |
| Site: | LC - Lexington Clinic | Gender: | Male | **Received in Lab:** | 10/09/2020 3:07 PM |
| Client: Patient | Lexington Clinic | | | | |

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| **SARS-CoV-2019, RT-PCR** | | | | |
| nCoV-2019 | Negative | | | |

Reviewed By: Christen Wanstrath    Date: 10/10/2020 10:21

All tests listed above were performed by Solaris Diagnostics at 110 Dewey Drive, Suite A, Nicholasville, KY 40356, unless specifically stated otherwise. Test(s) were developed and their performance characteristics were determined by Solaris Diagnostics (CLIA # 18D2142802). U.S. Food and Drug Administration has not approved or cleared these test(s); however, FDA clearance or approval is not currently required for clinical use.

Originally Reported On: 10/10/2020 10:21 AM
Printed: 10/10/2020 4:24 PM
Page 1 of 1

FINAL REPORT

Accession: 1158302 Patient ID: 574153
Lab Results For: ZOLL, JAMES D

## HIV I SCREEN 09/18/2020 (#36142875, Final, 09/17/2020 10:47am)

| | | | |
|---|---|---|---|
| Ordering Provider | JOHN P ZIEGLER, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T7110413 | Specimen Source | |
| Specimen Coll. Date | 09/17/2020 10:47 | Result Status | Final |

| | | | |
|---|---|---|---|
| Specimen Rec. Date | 09/17/2020 11:27 | Report Status | |
| Specimen Reported Date | 09/18/2020 13:40 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| HIV SCREEN | NON-REACTIVE | NON-REACTIVE | | Normal | Final | CB |
| | HIV-1 antigen and HIV-1/HIV-2 antibodies were not detected. There is no laboratory evidence of HIV infection.<br><br>PLEASE NOTE: This information has been disclosed to you from records whose confidentiality may be protected by state law. If your state requires such protection, then the state law prohibits you from making any further disclosure of the information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. A general authorization for the release of medical or other information is NOT sufficient for this purpose.<br><br>For additional information please refer to http://education.questdiagnostics.com/faq/FAQ106 (This link is being provided for informational/ educational purposes only.)<br><br>The performance of this assay has not been clinically validated in patients less than 2 years old.<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS WOOD DALE<br>1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024<br>ANTHONY V. THOMAS, MD | | | | | |
| RESULT NOTE | PATIENT IS FASTING. | | | | | |

## PROSTATE SPECIFIC AG 09/17/2020 (#36104066, Final, 09/17/2020 10:47am)

| | | | |
|---|---|---|---|
| Ordering Provider | JOHN P ZIEGLER, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T7110413 | Specimen Source | |
| Specimen Coll. Date | 09/17/2020 10:47 | Result Status | Final |
| Specimen Rec. Date | 09/17/2020 11:04 | Report Status | |
| Specimen Reported Date | 09/17/2020 11:47 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PROSTATE SPECIFIC ANTIGEN | 1.18 | 0.00-3.50 | ng/mL | Normal | Final | |
| | Test method is based on WHO-standardized calibration using the Roche Cobas E601 analyzer. PSA results from different test methods are not interchangeable. A single PSA screening test should not be used as the sole evidence of the presence or absence of disease. | | | | | |
| RESULT NOTE | PATIENT IS FASTING. | | | | | |

## CMP 09/17/2020 (#36103330, Final, 09/17/2020 10:47am)

| | | | |
|---|---|---|---|
| Ordering Provider | JOHN P ZIEGLER, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T7110413 | Specimen Source | |
| Specimen Coll. Date | 09/17/2020 10:47 | Result Status | Final |
| Specimen Rec. Date | 09/17/2020 11:04 | Report Status | |
| Specimen Reported Date | 09/17/2020 11:32 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **GLUCOSE** | **108** | **74-100** | **mg/dL** | **High** | **Final** | |
| BLOOD UREA NITROGEN | 13 | 6-20 | mg/dL | Normal | Final | |
| CREATININE | 0.99 | 0.70-1.25 | mg/dL | Normal | Final | |
| BUN/CREATININE RATIO | 13 | 10-20 | (calc) | Normal | Final | |
| SODIUM | 140 | 136-145 | mmol/L | Normal | Final | |
| POTASSIUM | 4.2 | 3.4-5.0 | mmol/L | Normal | Final | |
| CHLORIDE | 105 | 98-107 | mmol/L | Normal | Final | |
| CARBON DIOXIDE | 26 | 20-32 | mmol/L | Normal | Final | |
| ANION GAP | 9 | 7-25 | (calc) | Normal | Final | |

**ZOLL, JAMES D (id #21795182, dob:**

| | | | | | | |
|---|---|---|---|---|---|---|
| CALCIUM | 9.6 | 8.6-10.2 | mg/dL | Normal | Final | |
| TOTAL PROTEIN | 7.3 | 6.4-8.3 | g/dL | Normal | Final | |
| ALBUMIN | 4.6 | 3.5-5.2 | g/dL | Normal | Final | |
| GLOBULIN | 2.7 | 1.5-4.5 | g/dL (calc) | Normal | Final | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | 1.1-2.5 | (calc) | Normal | Final | |
| BILIRUBIN, TOTAL | 0.6 | 0.1-1.2 | mg/dL | Normal | Final | |
| ALKALINE PHOSPHATASE | 74 | 40-130 | U/L | Normal | Final | |
| AST | 23 | 0-40 | U/L | Normal | Final | |
| ALT | 25 | 0-41 | U/L | Normal | Final | |
| GFR AFRICAN AMERICAN | 101 | >= 60 | | Normal | Final | |
| GFR NON-AFRICAN AMERICAN | 87 | >= 60 | | Normal | Final | |
| | **NOTE**<br>NEW calculation for GFR is based on the National Kidney Foundation CKD-EPI equation and allows for reporting GFR values greater than 60 mL/min/1.73 m2.<br>This calculation has not been validated for patients less than 18 yrs., pregnant women and Hispanics.<br><br>Chronic kidney disease is defined as kidney damage or GFR less than 60 mL/min/1.73 m2 for 3 months or longer. | | | | | |
| RESULT NOTE | PATIENT IS FASTING. | | | | | |

## LIPID PANEL 09/17/2020 (#36103328, Final, 09/17/2020 10:47am)

| | |
|---|---|
| Note to Patient | Hey James!<br>Both total cholesterol and LDL/bad cholesterol look very good. You remain with low HDL/good cholesterol. Blood glucose minimally up at 108. No evidence of any prediabetes/diabetes. Rest of chemistries shows normal kidney/liver function.PSA screening for prostate cancer–normal. HIV–negative<br>Recommend: Continue current medications. Stay consistent with healthy diet/regular activity–walking. I will send in Rx for Descovy-Prep.<br>Contact me if problems/concerns.<br>Stay well!<br>Dr Ziegler |

| | | | |
|---|---|---|---|
| Ordering Provider | JOHN P ZIEGLER, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T7110413 | Specimen Source | |
| Specimen Coll. Date | 09/17/2020 10:47 | Result Status | Final |
| Specimen Rec. Date | 09/17/2020 11:04 | Report Status | |
| Specimen Reported Date | 09/17/2020 11:32 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **HDL CHOLESTEROL** | **36** | **56-242** | **mg/dL** | **Low** | **Final** | |
| **TRIGLYCERIDES** | **159** | **0-149** | **mg/dL** | **High** | **Final** | |
| | **TRIGLYCERIDE RANGES**<br>**NORMAL: < 150**<br>**BORDERLINE HIGH: 150 - 199**<br>**HIGH: 200 - 499**<br>**VERY HIGH: > OR = 500** | | | | | |
| CHOLESTEROL | 136 | 0-199 | mg/dL | Normal | Final | |
| | CHOLESTEROL (TOTAL) RANGES<br>DESIRABLE: < 200<br>BORDERLINE: 200 - 239<br>HIGHER RISK: > 239 | | | | | |
| LDL CHOLESTEROL | 68 | 0-99 | mg/dl (calc) | Normal | Final | |
| | LDL CHOLESTEROL RANGES<br>OPTIMAL: < 100<br>NEAR/ABOVE OPTIMAL: 100 - 129<br>BORDERLINE HIGH: 130 - 159<br>HIGH: 160 - 189<br>VERY HIGH: > OR = 190 | | | | | |
| RESULT NOTE | PATIENT IS FASTING | | | | | |

| | |
|---|---|
| RESULT NOTE | PATIENT IS FASTING. |

## DRUG SCREEN, URINE 09/11/2020 (#35949839, 09/11/2020 11:52am)

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| Benzodiazepines (BZO300) | POSITIVE | | | | | |
| Marijuana (THC50) | Negative | | | | | |
| Cocaine (COC300) | Negative | | | | | |
| Opiates (OPI2000) | Negative | | | | | |
| Amphetamine (AMP1000) | Negative | | | | | |
| Methamphetamine (MET1000) | Negative | | | | | |
| Phencyclidine (PCP25) | Negative | | | | | |
| Ectasy (MDMA500) | Negative | | | | | |
| Barbituates (BAR300) | Negative | | | | | |
| Methadone (MTD300) | Negative | | | | | |
| Tricyclic Antidepressants (TCA1000) | Negative | | | | | |
| Oxycodone (OXY100) | Negative | | | | | |
| Internal QC | Okay | | | | | |

## ANTI-CCP 01/23/2020 (#31140197, Final, 01/20/2020 10:04am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9200314 | Specimen Source | |
| Specimen Coll. Date | 01/20/2020 10:04 | Result Status | Final |
| Specimen Rec. Date | 01/20/2020 10:33 | Report Status | |
| Specimen Reported Date | 01/23/2020 07:34 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ANTI-CCP | <16 | | UNITS | Normal | Final | CB |

```
Reference Range
Negative:           <20
Weak Positive:      20-39
Moderate Positive:  40-59
Strong Positive:    >59

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD
```

**ZOLL, JAMES D (id #21795182, dob:**

## ESR, AUTOMATED 01/20/2020 (#31043923, Final, 01/20/2020 10:04am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9200314 | Specimen Source | |
| Specimen Coll. Date | 01/20/2020 10:04 | Result Status | Final |
| Specimen Rec. Date | 01/20/2020 10:07 | Report Status | |
| Specimen Reported Date | 01/20/2020 10:50 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 5 | 0-19 | MM/HR | Normal | Final | |

## URIC ACID 01/20/2020 (#31042769, Final, 01/20/2020 10:04am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9200314 | Specimen Source | |
| Specimen Coll. Date | 01/20/2020 10:04 | Result Status | Final |
| Specimen Rec. Date | 01/20/2020 10:07 | Report Status | |
| Specimen Reported Date | 01/20/2020 10:37 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| URIC ACID | 6.5 | 4.0-7.6 | mg/dL | Normal | Final | |

## C-REACTIVE PROTEIN 01/20/2020 (#31042768, Final, 01/20/2020 10:04am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9200314 | Specimen Source | |
| Specimen Coll. Date | 01/20/2020 10:04 | Result Status | Final |
| Specimen Rec. Date | 01/20/2020 10:07 | Report Status | |
| Specimen Reported Date | 01/20/2020 10:37 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| C REACTIVE PROTEIN | 0.10 | 0.00-0.50 | mg/dL | Normal | Final | |
| | Concentrations of < 1 mg/dL exclude many acute inflammatory diseases but do not specifically exclude inflammatory processes.<br>Elevated concentrations of < 5 mg/dL in acute disease occur in the presence of slight to moderate inflammatory processes.<br>Values > 5 mg/dL indicate high and extensive inflammatory activity. | | | | | |

## RHEUMATOID FACTOR 01/20/2020 (#31042764, Final, 01/20/2020 10:04am)

| | |
|---|---|
| Note to Patient | your labs are normal and negative for inflammatory arthritis to include rheumatoid and gouty arthritis; your inflammation markers are completely normal as well. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9200314 | Specimen Source | |
| Specimen Coll. Date | 01/20/2020 10:04 | Result Status | Final |
| Specimen Rec. Date | 01/20/2020 10:07 | Report Status | |
| Specimen Reported Date | 01/20/2020 10:37 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |

| | | | | | | |
|---|---|---|---|---|---|---|
| RF SCREEN, QUANT. | <10.0 | 0.0-13.9 | IU/mL | Normal | Final | |

## DRUG SCREEN, URINE 11/12/2019 (#29419573, 11/12/2019 2:12pm)

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| Marijuana (THC50) | Negative | | | | | |
| Cocaine (COC300) | Negative | | | | | |
| Opiates (OPI2000) | Negative | | | | | |
| Amphetamine (AMP1000) | Negative | | | | | |
| Methamphetamine (MET1000) | Negative | | | | | |
| Phencyclidine (PCP25) | Negative | | | | | |
| Ectasy (MDMA500) | Negative | | | | | |
| Barbituates (BAR300) | Negative | | | | | |
| Benzodiazepines (BZO300) | POSITIVE | | | | | |
| Methadone (MTD300) | Negative | | | | | |
| Tricyclic Antidepressants (TCA1000) | POSITIVE | | | | | |
| Oxycodone (OXY100) | Negative | | | | | |
| Internal QC | Okay | | | | | |

## BENZODIAZEPINE, URINE 11/15/2019 (#29504745, Final, 11/12/2019 1:46pm)

| | | | |
|---|---|---|---|
| Ordering Provider | JOHN P ZIEGLER, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S7120541 | Specimen Source | |
| Specimen Coll. Date | 11/12/2019 13:46 | Result Status | Final |
| Specimen Rec. Date | 11/12/2019 19:23 | Report Status | |
| Specimen Reported Date | 11/15/2019 03:25 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALPHAHYDROXYALPRAZOLAM | NEGATIVE | <25 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| ALPHAHYDROXYMIDAZOLAM | NEGATIVE | <50 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| ALPHAHYDROXYTRIAZOLAM | NEGATIVE | <50 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| **AMINOCLONAZEPAM** | **411** | **<25** | **ng/mL** | **High** | **Final** | **CB** |
| | **See Note 1** | | | | | |
| HYDROXYETHYLFLURAZEPAM | NEGATIVE | <50 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| LORAZEPAM | NEGATIVE | <50 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| NORDIAZEPAM | NEGATIVE | <50 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| OXAZEPAM | NEGATIVE | <50 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| TEMAZEPAM | NEGATIVE | <50 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| COMMENT | SEE BELOW | | | Normal | Final | CB |
| | See Note 2<br>Note 1<br>This test was developed and its analytical performance | | | | | |

| | |
|---|---|
| | characteristics have been determined by Quest Diagnostics. It has not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.<br><br>Note 2<br>This drug testing is for medical treatment only. Analysis was performed as non-forensic testing and these results should be used only by healthcare providers to render diagnosis or treatment, or to monitor progress of medical conditions.<br><br>For assistance with interpreting these drug results, please contact a Quest Diagnostics Toxicology Specialist: 1-877-40-RX TOX (1-877-407-9869), M-F, 8am-6pm EST.<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS WOOD DALE<br>1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024<br>ANTHONY V. THOMAS, MD |

## TESTOSTERONE, TOTAL/FREE, MALE OVER 20 10/14/2019 (#28641076, Final, 10/10/2019 9:10am)

| | | | |
|---|---|---|---|
| Ordering Provider | WALAA A AYOUB, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S6100066 | Specimen Source | |
| Specimen Coll. Date | 10/10/2019 09:10 | Result Status | Final |
| Specimen Rec. Date | 10/10/2019 10:25 | Report Status | |
| Specimen Reported Date | 10/14/2019 11:10 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| TESTOSTERONE, TOTAL | 253.5 | 193.0-740.0 | ng/dL | Normal | Final | |
| | Reference range is for age 50 years and over. | | | | | |
| TESTOSTERONE, FREE | 49.3 | 46.0-224.0 | pg/mL | Normal | Final | SLI |
| | This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Valencia. It has not been cleared or approved by the US Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS NICHOLS VALENCIA<br>27027 TOURNEY ROAD VALENCIA, CA 91355-5386<br>JON M NAKAMOTO,MD,PHD | | | | | |
| RESULT NOTE | 7a??9 AM fasting labs<br>7a??9 AM morning total testosterone fasting | | | | | |

## SEX HORMONE BINDING GLOB 10/11/2019 (#28613317, Final, 10/10/2019 9:10am)

| | | | |
|---|---|---|---|
| Ordering Provider | WALAA A AYOUB, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S6100066 | Specimen Source | |
| Specimen Coll. Date | 10/10/2019 09:10 | Result Status | Final |
| Specimen Rec. Date | 10/10/2019 10:00 | Report Status | |
| Specimen Reported Date | 10/11/2019 14:21 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SEX HORMONE BIND.GLOB. | 17 | 10-50 | nmol/L | Normal | Final | CB |
| | TEST PERFORMED AT:<br>QUEST DIAGNOSTICS WOOD DALE<br>1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024<br>ANTHONY V. THOMAS, MD | | | | | |

| | |
|---|---|
| RESULT NOTE | 7a??9 AM fasting labs<br>7a??9 AM morning total testosterone fasting |

## PROLACTIN 10/10/2019 (#28567883, Final, 10/10/2019 9:10am)

| | | | |
|---|---|---|---|
| Ordering Provider | WALAA A AYOUB, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S6100066 | Specimen Source | |
| Specimen Coll. Date | 10/10/2019 09:10 | Result Status | Final |
| Specimen Rec. Date | 10/10/2019 10:25 | Report Status | |
| Specimen Reported Date | 10/10/2019 10:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **PROLACTIN** | **19.10** | **4.04-15.20** | **ng/mL** | **High** | **Final** | |
| RESULT NOTE | 7a??9 AM fasting labs<br>7a??9 AM morning total testosterone fasting | | | | | |

## LUTENIZING HORMONE (LH) 10/10/2019 (#28567882, Final, 10/10/2019 9:10am)

| | | | |
|---|---|---|---|
| Ordering Provider | WALAA A AYOUB, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S6100066 | Specimen Source | |
| Specimen Coll. Date | 10/10/2019 09:10 | Result Status | Final |
| Specimen Rec. Date | 10/10/2019 10:25 | Report Status | |
| Specimen Reported Date | 10/10/2019 10:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| LUTENIZING HORMONE (LH) | 5.8 | 1.7-8.6 | mIU/mL | Normal | Final | |
| | LH EXPECTED VALUES<br><br>WOMEN:<br>FOLLICULAR PHASE 2.4-12.6 mIU/mL<br>OVULATION PHASE 14.0-95.6 mIU/mL<br>LUTEAL PHASE 1.0-11.4 mIU/mL<br>POSTMENOPAUSE 7.7-58.5 mIU/mL | | | | | |
| RESULT NOTE | 7a??9 AM fasting labs<br>7a??9 AM morning total testosterone fasting | | | | | |

## ALBUMIN 10/10/2019 (#28567323, Final, 10/10/2019 9:10am)

| | | | |
|---|---|---|---|
| Ordering Provider | WALAA A AYOUB, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S6100066 | Specimen Source | |
| Specimen Coll. Date | 10/10/2019 09:10 | Result Status | Final |
| Specimen Rec. Date | 10/10/2019 10:25 | Report Status | |
| Specimen Reported Date | 10/10/2019 10:45 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALBUMIN | 4.5 | 3.5-5.2 | g/dL | Normal | Final | |
| RESULT NOTE | 7a??9 AM fasting labs<br>7a??9 AM morning total testosterone fasting | | | | | |

## CBC 10/10/2019 (#28562662, Final, 10/10/2019 9:10am)

| | |
|---|---|
| Note to Patient | Below is your recent laboratory workup showing low normal total testosterone, normal LH, mildly elevated serum prolactin consistent with central hypogonadotrophic hypogonadism.<br><br>I recommend a trial of testosterone replacement therapy topical gel 1.62% 2 applications |

| | |
|---|---|
| | daily.<br>I also recommend clinical follow-up as a scheduled in our endocrine office in January 2020 while on therapy.<br>Please do not hesitate to contact our office for any further questions. |

| | | | |
|---|---|---|---|
| Ordering Provider | WALAA A AYOUB, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S6100066 | Specimen Source | |
| Specimen Coll. Date | 10/10/2019 09:10 | Result Status | Final |
| Specimen Rec. Date | 10/10/2019 09:32 | Report Status | |
| Specimen Reported Date | 10/10/2019 09:40 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 6.2 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.68 | 4.20-5.80 | M/uL | Normal | Final | |
| HEMOGLOBIN | 14.5 | 14.0-18.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 40.7 | 40.0-52.0 | % | Normal | Final | |
| MCV | 87 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 36 | 32-36 | G/DL | Normal | Final | |
| RDW | 12.5 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.0 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 215 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.6 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 3.0 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 42.7 | 42.0-78.0 | % | Normal | Final | |
| **% LYMPHOCYTES** | **48.1** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 6.7 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.2 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.0 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |
| RESULT NOTE | 7a??9 AM fasting labs<br>7a??9 AM morning total testosterone fasting | | | | | |

## Lab Result 08/21/2019 (#27277159, 08/20/2019)

| | |
|---|---|
| Note to Patient | Hi James!<br>your blood work shows total cholesterol and LDL/bad cholesterol both look excellent. You have low HDL/good cholesterol and triglycerides mildly elevated. Your A1c screening for diabetes is getting close to the prediabetic range. Your testosterone is just below the normal range. Otherwise rest of blood counts, chemistries all essentially normal.<br>Recommend: Must do better with diet–less carbs and work on improved activity/weight loss–this will help you from worsening and developing prediabetes. The lower testosterone goes along with your lower libido/ED. I will set up appt with endocrinologist to review if you should be on testosterone replacement.<br>Continue current medications.<br>Keep me updated if changes/concerns.<br>Dr Ziegler |

**ZOLL, JAMES D (id #21795182, dob:**



**LabCorp** **Patient Report**

Specimen ID: 232-305-9882-0
Control ID: 40043844327

Acct #: 16860175 Phone: (859) 258-6401 Rte: 00

ZOLL, JAMES D.

Lexington Clinic Andover
3099 Helmsdale Place
LEXINGTON KY 40509

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: | Date collected: 08/20/2019 1240 Local | Ordering: J ZIEGLER |
| Age(y/m/d): 050/07/29 | Date received: 08/20/2019 | Referring: |
| Gender: M SSN: | Date entered: 08/20/2019 | ID: |
| Patient ID: | Date reported: 08/21/2019 0608 ET | NPI: 1912959248 |

**General Comments & Additional Information**
A courtesy copy of this report has been sent to the patient.

**Total Volume:** Not Provided **Fasting:** Yes

**Ordered Items**
Comp. Metabolic Panel (14); Lipid Panel; Hemoglobin A1c; Testosterone, Serum; Prostate-Specific Ag, Serum; Ambig Abbrev CMP14 Default; Ambig Abbrev LP Default; Venipuncture

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose | 99 | | mg/dL | 65 - 99 | 01 |
| BUN | 20 | | mg/dL | 6 - 24 | 01 |
| Creatinine | 1.02 | | mg/dL | 0.76 - 1.27 | 01 |
| eGFR If NonAfricn Am | 85 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 99 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 20 | | | 9 - 20 | |
| Sodium | 144 | | mmol/L | 134 - 144 | 01 |
| Potassium | 4.6 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride | 106 | | mmol/L | 96 - 106 | 01 |
| Carbon Dioxide, Total | 23 | | mmol/L | 20 - 29 | 01 |
| Calcium | 9.6 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total | 7.4 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin | 4.4 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 3.0 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.5 | | | 1.2 - 2.2 | |
| Bilirubin, Total | 0.7 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase | [illegible] | | IU/L | [illegible] | [illegible] |

| | | | | | |
|---|---|---|---|---|---|
| AST (SGOT) | 26 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 36 | | IU/L | 0 - 44 | 01 |
| **Lipid Panel** | | | | | |
| Cholesterol, Total | 159 | | mg/dL | 100 - 199 | 01 |
| **Triglycerides** | **207** | **High** | mg/dL | 0 - 149 | 01 |
| **HDL Cholesterol** | **31** | **Low** | mg/dL | >39 | 01 |
| **VLDL Cholesterol Cal** | **41** | **High** | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 87 | | mg/dL | 0 - 99 | |

**Hemoglobin A1c**


This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 859-277-5341
© 1995-2019 Laboratory Corporation of America® Holdings All Rights Reserved - Enterprise Report Version: 1.00



**LabCorp** **Patient Report**

Patient: ZOLL, JAMES D. Specimen ID: 232-305-9882-0
DOB: Patient ID: Control ID: 40043844327 Date collected: 08/20/2019 1240 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Hemoglobin A1c | 5.5 | | % | 4.8 - 5.6 | 01 |
| Please Note: | | | | | 01 |

Prediabetes: 5.7 - 6.4
Diabetes: >6.4
Glycemic control for adults with diabetes: <7.0

| | | | | | |
|---|---|---|---|---|---|
| **Testosterone, Serum** | **261** | **Low** | ng/dL | 264 - 916 | 01 |

**Adult male reference interval is based on a population of healthy nonobese males (BMI <30) between 19 and 39 years old. Travison, et.al. JCEM 2017,102;1161-1173. PMID: 28324103.**

**Prostate-Specific Ag, Serum**

| | | | | | |
|---|---|---|---|---|---|
| Prostate Specific Ag, Serum | 1.1 | | ng/mL | 0.0 - 4.0 | 01 |

Roche ECLIA methodology.
According to the American Urological Association, Serum PSA should decrease and remain at undetectable levels after radical prostatectomy. The AUA defines biochemical recurrence as an initial PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used interchangeably. Results cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

**Ambig Abbrev CMP14 Default** 01

A hand-written panel/profile was received from your office. In accordance with the LabCorp Ambiguous Test Code Policy dated July 2003, we have completed your order by using the closest currently or formerly recognized AMA panel. We have assigned Comprehensive Metabolic Panel (14), Test Code #322000 to this request. If this is not the testing you wished to receive on this specimen, please contact the LabCorp Client Inquiry/Technical Services Department to clarify the test order. We appreciate your business.

**Ambig Abbrev LP Default** 01

A hand-written panel/profile was received from your office. In accordance with the LabCorp Ambiguous Test Code Policy dated July 2003, we have completed your order by using the closest currently or formerly recognized AMA panel. We have assigned Lipid Panel, Test Code #303756 to this request. If this is not the testing you wished to receive on this specimen, please contact the LabCorp Client Inquiry/Technical Services Department to clarify the test order. We appreciate your business.

| | | | | |
|---|---|---|---|---|
| 01 | CB | LabCorp Dublin<br>6370 Wilcox Road, Dublin, OH 43016-1269 | Dir: Vincent Ricchiuti, PhD | |

For inquiries, the physician may contact Branch: 859-277-5341 Lab: 800-282-7300


This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 859-277-5341
© 1995-2019 Laboratory Corporation of America® Holdings All Rights Reserved - Enterprise Report Version: 1.00

**ZOLL, JAMES D (id #21795182, dob:**

Lab Result 08/21/2019 (#27276818, 08/20/2019)

08/21/2019 05:08:28 AM FROM:LABCORP LCLS BLK TO: 18592586438 LABCORP PAGE 1 of 2 P

To: Lexington Clinic Andover

**LabCorp** **Patient Report**

**Specimen ID:** 232-305-9882-0 **Acct #:** 16860175 **Phone:** (859) 258 6401 **Rte:** 00
**Control ID:** 40043844327

**ZOLL, JAMES D.**

Lexington Clinic Andover
3099 Helmsdale Place
LEXINGTON KY 40509

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: | Date collected: 08/20/2019 1240 Local | Ordering: J ZIEGLER |
| Age(y/m/d): 050/07/29 | Date received: 08/20/2019 | Referring: |
| Gender: M SSN: | Date entered: 08/20/2019 | ID: |
| Patient ID: | Date reported: 08/21/2019 0507 ET | NPI: 1912959248 |

**General Comments & Additional Information**
**Total Volume:** Not Provided **Fasting:** Yes

**Ordered Items**
Comp. Metabolic Panel (14); Lipid Panel; Hemoglobin A1c; Testosterone, Serum; Prostate-Specific Ag, Serum; Ambig Abbrev CMP14 Default; Ambig Abbrev LP Default; Venipuncture

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose | 99 | | mg/dL | 65 - 99 | 01 |
| BUN | 20 | | mg/dL | 6 - 24 | 01 |
| Creatinine | 1.02 | | mg/dL | 0.76 - 1.27 | 01 |
| eGFR If NonAfricn Am | 85 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 99 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 20 | | | 9 - 20 | |
| Sodium | 144 | | mmol/L | 134 - 144 | 01 |
| Potassium | 4.6 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride | 106 | | mmol/L | 96 - 106 | 01 |
| Carbon Dioxide, Total | 23 | | mmol/L | 20 - 29 | 01 |
| Calcium | 9.6 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total | 7.4 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin | 4.4 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 3.0 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.5 | | | 1.2 - 2.2 | |
| Bilirubin, Total | 0.7 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase | 80 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 26 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 36 | | IU/L | 0 - 44 | 01 |
| **Lipid Panel** | | | | | |
| Cholesterol, Total | 159 | | mg/dL | 100 - 199 | 01 |
| **Triglycerides** | **207** | **High** | mg/dL | 0 - 149 | 01 |
| **HDL Cholesterol** | **31** | **Low** | mg/dL | >39 | 01 |
| **VLDL Cholesterol Cal** | **41** | **High** | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 87 | | mg/dL | 0 - 99 | |
| **Hemoglobin A1c** | | | | | |
| Hemoglobin A1c | 5.5 | | % | 4.8 - 5.6 | 01 |

Date Issued: 08/21/19 0508 ET **PRELIMINARY REPORT** Page 1 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 859-277-5341

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

08/21/2019 05:08:28 AM FROM:LABCORP LCLS BLK TO: 18592586438 LABCORP PAGE 2 of 2 P

**LabCorp** **Patient Report**

**Patient: ZOLL, JAMES D.** **Patient ID:** **Control ID:** 40043844327 **Specimen ID:** 232-305-9882-0
**DOB:** 12/22/1968 **Date collected:** 08/20/2019 1240 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Please Note: Prediabetes: 5.7 - 6.4; Diabetes: >6.4; Glycemic control for adults with diabetes: <7.0 | | | | | 01 |
| Testosterone, Serum | Will Follow | | | | 01 |

7211

**Lincoln/Zoll 1078**

## ZOLL, JAMES D (id #21795182, dob:

Adult male reference interval is based on a population of healthy nonobese males (BMI <30) between 19 and 39 years old. Travison, et.al. JCEM 2017,102;1161-1173. PMID: 28324103.

**Prostate-Specific Ag, Serum**

| | | | | |
|---|---|---|---|---|
| Prostate Specific Ag, Serum | 1.1 | ng/mL | 0.0 - 4.0 | 01 |

Roche ECLIA methodology.
According to the American Urological Association, Serum PSA should decrease and remain at undetectable levels after radical prostatectomy. The AUA defines biochemical recurrence as an initial PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used interchangeably. Results cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

**Ambig Abbrev CMP14 Default** 01

A hand-written panel/profile was received from your office. In accordance with the LabCorp Ambiguous Test Code Policy dated July 2003, we have completed your order by using the closest currently or formerly recognized AMA panel. We have assigned Comprehensive Metabolic Panel (14), Test Code #322000 to this request. If this is not the testing you wished to receive on this specimen, please contact the LabCorp Client Inquiry/Technical Services Department to clarify the test order. We appreciate your business.

**Ambig Abbrev LP Default** 01

A hand-written panel/profile was received from your office. In accordance with the LabCorp Ambiguous Test Code Policy dated July 2003, we have completed your order by using the closest currently or formerly recognized AMA panel. We have assigned Lipid Panel, Test Code #303756 to this request. If this is not the testing you wished to receive on this specimen, please contact the LabCorp Client Inquiry/Technical Services Department to clarify the test order. We appreciate your business.

| | | | |
|---|---|---|---|
| 01 | CB | LabCorp Dublin<br>6370 Wilcox Road, Dublin, OH 43016-1269 | Dir: Vincent Ricchiuti, PhD |

For inquiries, the physician may contact **Branch: 859-277-5341 Lab: 800-282-7300**



This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 859-277-5341

© 1995-2019 Laboratory Corporation of America® Holdings All Rights Reserved - Enterprise Report Version: 1.00

## Lab Result 08/21/2019 (#27276790, 08/20/2019)

08/21/2019 04:07:47 AM FROM:LABCORP LCLS 8LK TO: 18592586438 LABCORP PAGE 1 of 2 P

To: Lexington Clinic Andover

**LabCorp** **Patient Report**

**Specimen ID:** 232-305-9882-0 **Acct #:** 16860175 **Phone:** (859) 258 6401 **Rte:** 00
**Control ID:** 40043844327

**ZOLL, JAMES D.**

Lexington Clinic Andover
3099 Helmsdale Place
LEXINGTON KY 40509

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| **DOB:** | **Date collected:** 08/20/2019 1240 Local | **Ordering:** J ZIEGLER |
| **Age(y/m/d):** 050/07/29 | **Date received:** 08/20/2019 | **Referring:** |
| **Gender:** M **SSN:** | **Date entered:** 08/20/2019 | **ID:** |
| **Patient ID:** | **Date reported:** 08/21/2019 0406 ET | **NPI:** 1912959248 |

**General Comments & Additional Information**
**Total Volume:** Not Provided **Fasting:** Yes

**Ordered Items**
Comp. Metabolic Panel (14); Lipid Panel; Hemoglobin A1c; Testosterone, Serum; Prostate-Specific Ag, Serum; Ambig Abbrev CMP14 Default; Ambig Abbrev LP Default; Venipuncture

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose | 99 | | mg/dL | 65 - 99 | 01 |
| BUN | 20 | | mg/dL | 6 - 24 | 01 |
| Creatinine | 1.02 | | mg/dL | 0.76 - 1.27 | 01 |
| eGFR If NonAfricn Am | 85 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 99 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 20 | | | 9 - 20 | |
| Sodium | 144 | | mmol/L | 134 - 144 | 01 |
| Potassium | 4.6 | | mmol/L | 3.5 - 5.2 | 01 |

| | | | | | |
|---|---|---|---|---|---|
| Chloride | 106 | | mmol/L | 96 - 106 | 01 |
| Carbon Dioxide, Total | 23 | | mmol/L | 20 - 29 | 01 |
| Calcium | 9.6 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total | 7.4 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin | 4.4 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 3.0 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.5 | | | 1.2 - 2.2 | |
| Bilirubin, Total | 0.7 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase | 80 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 26 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 36 | | IU/L | 0 - 44 | 01 |
| **Lipid Panel** | | | | | |
| Cholesterol, Total | 159 | | mg/dL | 100 - 199 | 01 |
| **Triglycerides** | **207** | **High** | mg/dL | 0 - 149 | 01 |
| **HDL Cholesterol** | **31** | **Low** | mg/dL | >39 | 01 |
| **VLDL Cholesterol Cal** | **41** | **High** | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 87 | | mg/dL | 0 - 99 | |
| **Hemoglobin A1c** | | | | | |
| Hemoglobin A1c | 5.5 | | % | 4.8 - 5.6 | 01 |



This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 859-277-5341

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00



**LabCorp** **Patient Report**

Patient: ZOLL, JAMES D. Patient ID: Control ID: 40043844327 Specimen ID: 232-305-9882-0
DOB: 12/22/1968 Date collected: 08/20/2019 1240 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Please Note:<br>Prediabetes: 5.7 - 6.4<br>Diabetes: >6.4<br>Glycemic control for adults with diabetes: <7.0 | | | | | 01 |
| Testosterone, Serum | Will Follow | | | | 01 |

Adult male reference interval is based on a population of healthy nonobese males (BMI <30) between 19 and 39 years old. Travison, et.al. JCEM 2017,102;1161-1173. PMID: 28324103.

| | | | | | |
|---|---|---|---|---|---|
| **Prostate-Specific Ag, Serum** | | | | | |
| Prostate Specific Ag, Serum | Will Follow | | | | 01 |
| **Ambig Abbrev CMP14 Default** | | | | | 01 |

A hand-written panel/profile was received from your office. In accordance with the LabCorp Ambiguous Test Code Policy dated July 2003, we have completed your order by using the closest currently or formerly recognized AMA panel. We have assigned Comprehensive Metabolic Panel (14), Test Code #322000 to this request. If this is not the testing you wished to receive on this specimen, please contact the LabCorp Client Inquiry/Technical Services Department to clarify the test order. We appreciate your business.

**Ambig Abbrev LP Default** 01

A hand-written panel/profile was received from your office. In accordance with the LabCorp Ambiguous Test Code Policy dated July 2003, we have completed your order by using the closest currently or formerly recognized AMA panel. We have assigned Lipid Panel, Test Code #303756 to this request. If this is not the testing you wished to receive on this specimen, please contact the LabCorp Client Inquiry/Technical Services Department to clarify the test order. We appreciate your business.

| | | | |
|---|---|---|---|
| 01 | CB | LabCorp Dublin<br>6370 Wilcox Road, Dublin, OH 43016-1269 | Dir: Vincent Ricchiuti, PhD |

For inquiries, the physician may contact Branch: 859-277-5341 Lab: 800-282-7300

**ZOLL, JAMES D (id #21795182, dob:**



This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 859-277-5341
© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Survey of Upper Extremity Disability (DASH) Date: 1/17/18 Date of Birth: ___

Name: ___ Therapist: ___

The Disability of the arm, shoulder and hand (DASH) is a questionnaire to ask you about your symptoms as well as your ability to perform certain activities. Please answer every question, based on your condition in the last week, by circling the appropriate number. If you did not have the opportunity to perform an activity in the past week, please make your best estimate on which response would be most accurate. It does not matter which hand you use to perform the activity; please answer based on your ability regardless of how you perform the task. Please rate your ability to do the following activities by circling the number:

| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | Unable |
|---|---|---|---|---|---|
| Open a tight jar | 1 | 2 | 3 | 4 | 5 |
| Do heavy household chores (e.g., wash walls, floors) | 1 | 2 | 3 | 4 | 5 |
| Carry a shopping bag or briefcase | 1 | 2 | 3 | 4 | 5 |
| Wash your back | 1 | 2 | 3 | 4 | 5 |
| Use a knife to cut food | 1 | 2 | 3 | 4 | 5 |
| Recreational activities which you take some force or impact through your arm, shoulder, or hand (golf, hammering, tennis, etc) | 1 | 2 | 3 | 4 | 5 |
| | Not at All | Slightly | Moderately | Quite a Bit | Extremely |
| During the past week, to what extent has your arm, shoulder, or hand problem interfered with your normal social activities with family, friends, neighbors, or groups? | 1 | 2 | 3 | 4 | 5 |
| | Not Limited at All | Slightly Limited | Moderately Limited | Very Limited | Unable |
| During the past week, were you limited in your work or other regular daily activities, as a result of your arm, shoulder, or hand problem? | 1 | 2 | 3 | 4 | 5 |
| Please rate the severity of the following symptoms in the last week | None | Mild | Moderate | Severe | Extreme |
| Arm, shoulder, or hand pain | 1 | 2 | 3 | 4 | 5 |
| Tingling (pins & needles) in your arm, shoulder, or hand. | 1 | 2 | 3 | 4 | 5 |
| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | So Much I can't Sleep |
| During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand? | 1 | 2 | 3 | 4 | 5 |
| *For office use only* *Percent Disability Score ( ) Sum all columns for raw score ( )* | | | | | |

*If this is your first visit, ignore the question below.*
Overall, since you started your treatment, has there been any change in your symptoms in your arm, shoulder, or hand during your daily activities? Please indicate if there has been any change by choosing one of the following options.

| Worse | Same (0) | Better |
|---|---|---|
| ___ Almost the same, hardly any worse at all (-1) | | ___ Almost the same, hardly any better at all (1) |
| ___ A little worse (-2) | | ___ A little better (2) |
| ___ Somewhat worse (-3) | | ___ Somewhat better (3) |
| ___ Moderately worse (-4) | | ✓ Moderately better (4) |
| ___ A good deal worse (-5) | | ___ A good deal better (5) |
| ___ A great deal worse (-6) | | ___ A great deal better (6) |
| ___ A very great deal worse (-7) | | ___ A very great deal better (7) |

**Please rate your pain level with activity**
0 1 2 3 4 5 6 7 8 9 10
NO PAIN VERY SEVERE PAIN

***If this is your first visit, ignore the questions below****
**How satisfied are you with the level of care and service provided**
Very Satisfied Satisfied Unsatisfied Very Unsatisfied
**Please rate your progress with functional activities from start of therapy to this point in time.**
Excellent Good Fair Poor
**At this point in your treatment, have your therapy goals been met?**
Completely Met Mostly Met Partially Met Not Met

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504 2930
Phone: (859)447 8600
Fax: (859)447-8599

# Physical Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 2:00 pm/3:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Recertification:** 12/28/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of infraspinatus and Supraspinatue
**Visit No.:** 21

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient is 20 weeks S/P Arthroscopic Rotator cuff repair on 7 26 18. Has been immobilized for 5 weeks in sling with small abduction pillow. On July 19 feel while hiking in California and fracture wrist and tore rotator cuff. He had previous symptoms in the left shoulder that were excerbated by the fall creating the complete rotator cuff tear of both the infraspinatus and supraspinatus. Works at Toyota Motor Manufacturing Kentucky wants to return to work and use arm for IADL and self care. His job requires driving, moving damaged automotive parts. Has numbness in 2-4 fingers and limited wrist motion.
**Current Complaints / Gains:** Patient with overall decreased pain. Still some difficulties (increased pain) with lifting more than 1-2#, taking things out of the oven, making a bed, still painful to hold bags, items normally, driving for a long time. Patient got an MRI of his shoulder today but has not yet received the results.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK managing damaged parts
**Functional Deficits / Gains:** Patient able to clean shower tiles with left arm/hand, can reach shoulder across body for reaching activities, putting away dishes, folding towels, improved sleep through the night. Patient states overall soreness today and a migrane.
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 5 **Best:** 2 **Current:** 4 *Previous Findings as of 12/26/2018 - Worst 4 Best 2 Current 2*
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Pain medicine)
see eDOCs

## Objective

**Inspection**

**Patient Consent**
Patient/Parent/Guardian Consent Yes

**Outcome Measurement Tools** *Previous Findings as of 12/17/2018*

**Upper Extremity**

| | | |
|---|---|---|
| Upper Extremity Quick DASH | 50/100 | *50* |

**Observation**

PT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 12/28/2018

**Comments** Patient with forward head and rounded shoulders.

**Range of Motion** *Previous Findings as of 12/17/2018*

**Comments** in standing L=120

ER R/L 80/53
IR R/L I7/L4

*AROM in supine L=130*

*in standing L=120*
*ER R/L 80/45*
*IR R/L T9/52*

**Palpation**

**Comments** Patient with reduced muscle tension throughout left hsoulder girdle; increased areas of tightness on the left in upper trap near first rib, infraspinatus near medial border, teres minor/major, rhomboids near medial scapular border.

## Assessment

**Assessment/Diagnosis:** Patient continues with decreased pain recently. Patient is making slow progress towards goals, but is reasonable and necessary to guide rehabilitation after major rotator cuff surgery to restore strength, ROM, and functionality to allow independence in self care and home management. Patient is limited by pain. DASH score of 50% disability changed little from last progress note, reflecting increased pain over the past few weeks. GROC of +2 indicates patient's perceived benefit to receiving physical therapy. Barriers to progress include underlying disease process, decreased willingness to move, pain response, muscle guarding, and nature of injury. Prognosis remains good for stated goals.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:** Patient educated to continue with same exercise frequency. Report back with MRI findings when possible.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | 75% | Increase PROM shoulder elevation to 140 and External Rotation 45 | 120 AROM elevation and 45 ER
**Long Term Goals:**
1: (8 Weeks) | 70% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 120 still limited in self care and IADL
2: (12 Weeks) | 10% | Increase strength to 80% of opposite side in elevation, IR, and ER |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 12/28/2018

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Muscle Re Education, Sequencing), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization), Massage, Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification, Home Safety, billing, precautions)

**Modalities**
To Improve (Pain Relief, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Biofeedback Training, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447 8600.

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows__________

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on December 29, 2018 at 4:10 pm*

Physician Signature Begley PAC
T. W. Wilkes, MD

Date:__________

Electronically signed by BETHANY BEGLEY, PA-C on 01/15/2019 at 11:38:47 AM

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

## FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 12/29/2018 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2018-12-28

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| marching in supine over foam roll to increase core strength and stability | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Thoracic spine mobility to decrease muscle guarding and increase ROM for ADL activities, and functional motions including gait and reach | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| shoulder abduction stretch with moist heat, to heat tissues and gently stretch to prepare for activity | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Scapular protraction to activate rotator cuff and increase shoulder strength for ADLs. | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Upper extremity bike; to warm up muscle tissues and prepare for stretching and strengthening. | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| I T Y in prone to strengthen scapular stabilizers to promote full and painless shoulder ROM for ADLs | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| sidelying shoulder external rotation to increase functional strength for ADLs such as reaching and grooming | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Shoulder elevation to facilitate overhead motion | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |

*Shoulder elevation to facilitate overhead motion: standing, and sidelying scaption and flexion*

**Total Minutes by Procedure**
Therapeutic Exercise: 60

Sum of minutes: 60

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 2:00 pm/3:00 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 01/03/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 23
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient states no major differences, still pain in region of scapular retractors, pec, and upper trap.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient continues to perform ALDs and self care to best ability as long as activities are light.
**Pain Location: L** Shoulder
**Pain Scale: Worst:** 7 **Best:** 2 **Current:** 4 **Previous Findings as of 12/31/2018 - Worst:7 Best:2 Current:4*
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documents

OSPRO 10 Yellow Flag Positive responses
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 25 min.)<br>See Flowsheet, 25 minutes | 2 |
| GP:97140 | Manual Therapy ( 35 min.)<br>35 minutes, see flowsheet | 2 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Standing flexion to 135 after soft tissue and joint mobilizations<br>10 OSPRO yellow flag items<br>DASH 47.7% disability |
| Pre-Treatment | elevation to 120 in sidelying/supported and in standing AAROM at doorframe |
| Post-Treatment | elevation to 125 in sidelying/supported and 135 degrees in standing AAROM at doorframe |
| Direct Minutes | 60 |
| Treatment Minutes | 60 |
| Total Direct Treatment Time today | 60 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient continues with slow progress towards strength and ROM goals. Treatment today focused on soft tissue restrictions to promote improved ROM. Patient reported outcome measures indicate elevated fear-avoidance, depressive/anxious disposition, and decreased pain acceptance. DASH of 47.7% reflects significant disability, partly due to restrictions. Patient will receive MRI results this upcoming week; anticipate good results after imaging confirms appropriate healing and increases patient buy-in to therapy. Patient with good tolerance to activity today. Barriers to progress include increased pain response, nature of injury, limited ROM and strength, UT compensation and pain.

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Daily Note / Billing Sheet**

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 01/03/2019

**Patient Education:** Patient educated to continue HEP as prescribed.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | 90% | Increase PROM shoulder elevation to 140 and External Rotation 45 | 135 AROM elevation and 45 ER
**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 still limited in self care and IADL
2: (12 Weeks) | 10% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
progress to scapular strengthening exercise, AAROM as tolerated

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on January 3, 2019 at 5:44 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

## FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 01/03/2019 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-01-03

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Low Trap/ Mid Trap: to improve scapular stabilization through muscle balancing by increasing strength in the middle and lower trapezius as well as rhomboid major and minor | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Upper extremity bike; to warm up muscle tissues and prepare for stretching and strengthening. | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Soft Tissue Mobilization | | 35 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |
| Shoulder elevation to facilitate overhead motion | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |

*Soft Tissue Mobilization: soft tissue to pec, lats, upper trap, scalenes, scapular retractors, grade 1-2 joint mobilizations, pin and stretch to pec on the left*

**Total Minutes by Procedure**
Manual Therapy: 35

Sum of minutes: 60

Therapeutic Exercise: 25

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 2:00 pm/3:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 01/07/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 24
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient states decreased pain since last visit with soft tissue mobilization, some pain in scapular retractor region since yesterday.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Continues to improve with independence with self care and iADL tasks that are light
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 6 **Best:** 2 **Current:** 4 **Previous Findings as of 01/03/2019 - Worst:7 Best:2 Current:4*
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documents

OSPRO 10 Yellow Flag Positive responses
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| **CPT® Code** | **Direct Timed Codes** | *Units* |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 45 min.)<br>See Flowsheet, 45 minutes | 3 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Elevation to 135 |
| | Increased band of tightness scapular retractors on the left. |
| | Patient demonstrates improved scapular depression and retraction with decreased UT activation with tactile cues. |
| Direct Minutes | 45 |
| Treatment Minutes | 45 |
| Total Direct Treatment Time today | 45 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient responded well to soft tissue mobilization last visit and is having lower levels of pain today. Patient ROM has improved slightly; retained gains of elevation to 135. Good tolerance to activity today. Patient returns to visit doctor tomorrow. Prognosis for stated goals remains good. Barriers to progress include nature of injury, increased pain response, limited ROM and strength, UT compensation, decreased willingness to move.
**Patient Education:** Educated on progress.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Daily Note / Billing Sheet**

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 01/07/2019

- Limited shoulder motion following surgery

**Short Term Goals:**

1: (4 Weeks) | 90% | Increase PROM shoulder elevation to 140 and External Rotation 45 | 135 AROM elevation and 45 ER

**Long Term Goals:**

1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 still limited in self care and IADL

2: (12 Weeks) | 10% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
progress to scapular strengthening exercise, AAROM as tolerated

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on January 7, 2019 at 5:05 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 01/07/2019 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-01-07

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Upper Trap stretch- to reduce tightness in the upper trapezius to allow for better posture of the neck and shoulders during activities | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| cross body stretch to increase internal rotation and abduction motion necessary for ADLs | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Upper extremity bike; to warm up muscle tissues and prepare for stretching and strengthening. | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| I T Y in prone to strengthen scapular stabilizers to promote full and painless shoulder ROM for ADLs | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| sidelying shoulder external rotation to increase functional strength for ADLs such as reaching and grooming | 1 | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Shoulder elevation to facilitate overhead motion | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |

Sum of minutes: 45

**Total Minutes by Procedure**
Therapeutic Exercise: 45

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 2:00 pm/3:15 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 01/10/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 25
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient went for a massage, states improved pain in his scapular retractor region, some increased pain today (gestures to region of the first rib on the left, and corocoid process.)
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient states his MRI came back without any significant findings, his PA is satisfied with his progress so far.
**Home Health Care:** No
**Medical History:** See scanned documents

OSPRO 10 Yellow Flag Positive responses
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 33 min.)<br>See Flowsheet, 33 minutes | 2 |
| GP:97112 | Neuromuscular Re-Education ( 15 min.)<br>See Flowsheet, 15 minutes | 1 |
| GP:97140 | Manual Therapy ( 15 min.)<br>15 minutes, see flowsheet | 1 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Patient able to achieve 116 flexion without support, 125 flexion at the wall for the left shoulder |
| Pre-Treatment | 125 flexion |
| Post-Treatment | After soft tissue work, first rib mobilization, shoulder elevation to 133 at the wall |
| Direct Minutes | 63 |
| Treatment Minutes | 63 |
| Total Direct Treatment Time today | 63 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient with good tolerance to therapy today. Intervention focused on addressing muscle guarding and pain due to reactive tightness, neuro reeducation focused on appropriate motor patterns, and therex focused on progressing patient strength and ROM appropriately. Patient continues to be reasonable and necessary for skilled physical therapy to address remaining limitations and return patient to highest level of function. Barriers to progress include nature of injury, time since injury, heightened anxiety, muscle guarding and pain.
**Patient Education:** Educated on updated HEP, rationale for manual interventions, exercise performance parameters
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 01/10/2019

**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | 90% | Increase PROM shoulder elevation to 140 and External Rotation 45 | 135 AROM elevation and 45 ER

**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 still limited in self care and IADL
2: (12 Weeks) | 10% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
progress to scapular strengthening exercise, AAROM as tolerated

Original Note Completed On: January 10, 2019 9:15pm
Addendum Completed On: January 10, 2019 9:16pm

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on January 10, 2019 at 9:16 pm*



Powered by WebPT
8013

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 01/10/2019 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-01-10

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Pec Stretch; to improve scapular stabilization through muscle balancing by decreasing tightness in the pectoralis major and minor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Thoracic spine mobility to decrease muscle guarding and increase ROM for ADL activities, and functional motions including gait and reach | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Scapular protraction to activate rotator cuff and increase shoulder strength for ADLs. | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Upper extremity bike; to warm up muscle tissues and prepare for stretching and strengthening. | | 8 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| I T Y in prone to strengthen scapular stabilizers to promote full and painless shoulder ROM for ADLs | | 15 | | | | | Neuromusc Rehab | 1:1 w/Therapist *LP* |
| sidelying shoulder external rotation to increase functional strength for ADLs such as reaching and grooming | 1 | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Soft Tissue Mobilization | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |

*Pec Stretch; to improve scapular stabilization through muscle balancing by decreasing tightness in the pectoralis major and minor: supine, multi angle*

**Total Minutes by Procedure**
Manual Therapy: 15

*Upper extremity bike; to warm up muscle tissues and prepare for stretching and strengthening.: 1.4 level*

**Total Minutes by Procedure**
Neuromusc Rehab: 15

*I T Y in prone to strengthen scapular stabilizers to promote full and painless shoulder ROM for ADLs: verbal and tactile cuing to eliminate UT use*

**Total Minutes by Procedure**
Therapeutic Exercise: 33

*Soft Tissue Mobilization: first rib mobilizations, pin and stretch to scalenes. upper trap*
Sum of minutes: 63

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

om HylaFAX Enterprise Thu 27 May 2021 06:31:44 PM UTC

**Commonwealth Hand Therapy**
330 Waller Ave. • Suite 275 • Lexington, KY 40504
www.commonwealthhandtherapy.com

Office | 859.447.8600
Fax | 859.447.8599
TF | 1.844.434.HAND (4263

## Occupational Therapy Referral

Name: James Zoll Dx: full rotator cuff tear & repair ICD10: M75.122

____ Evaluate & Treat Frequency/Duration: 2-3 times a week for 8 weeks.

**Therapy Order:** continue therapy

- ☐ AROM / AAROM
- ☐ PROM / Joint Mobilization
- ☐ Strengthening / Stabilization
- ☐ Nerve Glides / Neurotension
- ☐ Work Condition / Hardening
- ☐ Proximal Screening
- ☐ Desensitization
- ☐ Functional Capacity Eval.
- ☐ Moist Heat / Paraffin
- ☐ Ice / Cold Pack
- ☐ Fluidotherapy
- ☐ Iontophoresis
- ☐ Ultrasound
- ☐ TENS / E-Stim
- ☐ Cervical / Lumbar Traction
- ☐ Whirlpool

**DME / OTC Braces:**

- ☐ Dynamic Wrist Brace
- ☐ Dynamic Elbow Brace
- ☐ Home E-Stim Unit
- ☐ Home Cervical Traction Unit
- ☐ Home TENS Unit
- ☐ Neoprene CMC Brace
- ☐ Capener / Tube Splint
- ☐ Elastomer / Silicone

**Custom Braces:**

- ☐ Brace of Choice
- ☐ Resting Hand
- ☐ Wrist Gauntlet
- ☐ Hand Based Thumb Spica
- ☐ Forearm Based Thumb Spica
- ☐ Elbow Long Arm / Hinge
- ☐ Dynamic Flex. / Ext.
- ☐ Dorsal Block

Special Instructions/Precautions: continue physical therapy

[signature] Brandon Devers

Physician's Signature: Bethany Begley (PA) (LC)

Date: 1-11-19

8015

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 11:30 am/12:30 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 01/14/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 26
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient with decreased pain overall.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** No major changes since last week. Has been performing HEP
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 3 **Best:** 2 **Current:** 3 **Previous Findings as of 01/07/2019 - Worst:6 Best:2 Current:4*
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documents

OSPRO 10 Yellow Flag Positive responses
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 15 min.)<br>See Flowsheet, 15 minutes | 1 |
| GP:97140 | Manual Therapy ( 40 min.)<br>40 minutes, see flowsheet | 3 |

CPT copyright 2018 American Medical Association. All rights reserved.

| | |
|---|---|
| Objective Findings | Internal rotation reach difference= 8cm (reduced IR on the left) |
| Direct Minutes | 55 |
| Treatment Minutes | 55 |
| Total Direct Treatment Time today | 55 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient with good tolerance to therapy today. Intervention focused on increasing motor control, increasing joint mobility throughout kinetic chain, strengthening in elevation. Patient states decreased pain overall; progress towards goals is good. Barriers to progress include nature of injury, motor control, muscle guarding, pain.
**Patient Education:** Educated on findings, approach to therapy.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | 90% | Increase PROM shoulder elevation to 140 and External Rotation 45 | 135 AROM elevation and 45 ER

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 01/14/2019

**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 still limited in self care and IADL
2: (12 Weeks) | 10% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
progress to scapular strengthening exercise, AAROM as tolerated

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on January 14, 2019 at 1:55 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 01/14/2019 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-01-14

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| HEP Education; instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual Shoulder | | 10 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| Manual to cervical spine to increase joint mobility | | 5 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| AAROM | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Pec Stretch; to improve scapular stabilization through muscle balancing by decreasing tightness in the pectoralis major and minor | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| I T Y in prone to strengthen scapular stabilizers to promote full and painless shoulder ROM for ADLs | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| shoulder isometrics | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |

Sum of minutes: 55

**Total Minutes by Procedure**
Therapeutic Exercise: 40
Manual Therapy: 15

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Progress Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 2:00 pm/3:00 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Progress Note:** 01/17/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 27

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient is 25 weeks S/P Arthroscopic Rotator cuff repair on 7-26-18. Has been immobilized for 5 weeks in sling with small abduction pillow. On July 19 feel while hiking in California and fracture wrist and tore rotator cuff. He had previous symptoms in the left shoulder that were excerbated by the fall creating the complete rotator cuff tear of both the infraspinatus and supraspinatus. Works at Toyota Motor Manufacturing Kentucky wants to return to work and use arm for IADL and self care. His job requires driving, moving damaged automotive parts. Has numbness in 2-4 fingers and limited wrist motion.
**Current Complaints / Gains:** Over the past week, patient states an overall decrease in pain and an increase of shoulder motion with exercises. Patient is concerned he isn't getting better as quickly as would be expected.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs; Household Chores
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient with improved independence with home management, still trouble managing loads.
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 3 **Best:** 2 **Current:** 3 **Previous Findings as of 01/14/2019 - Worst:3 Best:2 Current:3*
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Pain medicine)

## Objective

**Inspection**

**Patient Consent**

Patient/Parent/Guardian Consent Yes

**Outcome Measurement Tools** **Previous Findings as of 12/28/2018*

**Upper Extremity**

| | | |
|---|---|---|
| Upper Extremity Quick DASH | 38.64/100 | *50* |

**Observation**

**Comments** Patient transfers from table with arm in guarded position

**Range of Motion** **Previous Findings as of 12/28/2018*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Progress Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 01/17/2019

**Comments** At wall, 145 flexion, pulleys 155 flexion on the Left

*in standing L=120*

*ER R/L 80/53*
*IR R/L T7/L4*

**Palpation**

**Comments** Patient with increase muscle tension, tender to palpation left upper trap.

## Assessment

**Assessment/Diagnosis:** Patient with excellent tolerance to therapy today. DASH reflects MCID since last month, remains at 38% limited. Therex focused on cuff activation and strengthening in new range. Prognosis for patient is good for stated goals. Barriers to progress include nature of injury/surgery, guarding, habitual disuse.

**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.

**Patient Education:** Patient educated on tendency to guard arm and that he should be more aware of his left limb and start to try to use it purposefully.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**

- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**

1: (4 Weeks) | Goal Met | Increase PROM shoulder elevation to 140 and External Rotation 45 | 147 AROM elevation and 45 ER

**Long Term Goals:**

1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 still limited in self care and IADL

2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Frequency:** 2-3 times a week

**Duration:** 8 weeks

**Treatment to be provided:**

**Procedures**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Progress Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 01/17/2019

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Neuromuscular Rehabilitation (Muscle Re-Education, Sequencing), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization), Massage, Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification, Home Safety, billing, precautions)

**Modalities**

To Improve (Pain Relief, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Biofeedback Training, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on January 17, 2019 at 7:27 pm*

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature____________________________
T. W. Wilkes, MD

Date:______________

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 2:00 pm/3:00 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 01/17/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 27
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Over the past week, patient states an overall decrease in pain and an increase of shoulder motion with exercises. Patient is concerned he isn't getting better as quickly as would be expected.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs; Household Chores
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient with improved independence with home management, still trouble managing loads.
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 3 **Best:** 2 **Current:** 3 **Previous Findings as of 01/14/2019 - Worst:3 Best:2 Current:3*
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 43 min.)<br>See Flowsheet, 43 minutes | 3 |
| GP:97140 | Manual Therapy ( 15 min.)<br>15 minutes, see flowsheet | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

| | |
|---|---|
| Objective Findings | AAROM to 155 in scaption on the left |
| Direct Minutes | 58 |
| Treatment Minutes | 58 |
| Total Direct Treatment Time today | 58 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient with excellent tolerance to therapy today. DASH reflects MCID since last month, remains at 38% limited. Therex focused on cuff activation and strengthening in new range. Prognosis for patient is good for stated goals. Barriers to progress include nature of injury/surgery, guarding, habitual disuse.
**Patient Education:** Patient educated on tendency to guard arm and that he should be more aware of his left limb and start to try to use it purposefully.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | Goal Met | Increase PROM shoulder elevation to 140 and External Rotation 45 | 147 AROM elevation and 45 ER
**Long Term Goals:**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 01/17/2019

1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 still limited in self care and IADL
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

### Plan

**Instructions:** Progressing Patient Next Visit
progress to scapular strengthening exercise, AAROM as tolerated

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on January 17, 2019 at 7:27 pm*

# Patient Outcomes

Report Date: 1/17/2019

**James D Zoll** **39 OF 100**

| | | | |
|---|---|---|---|
| **Patient ID:** | 3202821 | **Questionnaire Type:** | Follow Up |
| **Case Key:** | 21413554 | **Area:** | Upper Extremity |
| **Visit Date:** | 1/17/2019 | **Clinician:** | Podlecki, Lisa Ann |
| **Entry Date:** | 1/17/2019 | **Clinic:** | Commonwealth Hand Therapy |
| **ICD Code:** | M75122 - Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic | **Referral Source:** | Wilkes, Trevor W |
| **Gender:** | M | | Commercial |
| **Date of Birth:** | | **Litigation:** | No **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Pain Level** | 4 | 4 | (0 to 10) |
| | **Satisfaction** | Very Satisfied | 1 | (1 to 4) |
| | **Functional Improvement** | Good | 2 | (1 to 4) |
| | **Goals Met** | Partially Met | 3 | (1 to 4) |
| | **Open a tight or new jar.** | Moderate Difficulty | 3 | (1 to 5) |
| | **Do heavy household chores (e.g., wash walls, floors).** | Moderate Difficulty | 3 | (1 to 5) |
| | **Carry a shopping bag or briefcase.** | Mild Difficulty | 2 | (1 to 5) |
| | **Wash your back.** | Mild Difficulty | 2 | (1 to 5) |
| | **Use a knife to cut food.** | Mild Difficulty | 2 | (1 to 5) |
| | **Recreational activities in which you take some force or impact through your arm, shoulder or hand (e.g., golf, hammering, tennis, etc.).** | Severe Difficulty | 4 | (1 to 5) |
| | **During the past week, to what extent has your arm, shoulder or hand problem interfered with your normal social activities with family, friends, neighbours or groups?** | Slightly | 2 | (1 to 5) |
| | **During the past week, were you limited in your work or other regular daily activities as a result of your arm, shoulder or hand problem?** | Moderately Limited | 3 | (1 to 5) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | Arm, shoulder or hand pain. | Moderate | 3 | (1 to 5) |
| | Tingling (pins and needles) in your arm, shoulder or hand. | Mild | 2 | (1 to 5) |
| | During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand? | Mild Difficulty | 2 | (1 to 5) |

**Survey of Back Disability** Date: 1-17-19 Date of Birth: ______________

Name: James Zoll Clinician: ________

The Oswestry Disability questionnaire is designed to give us information how your back (or leg) pain is affecting your ability to manage everyday life. We realize you may consider that two or more statements in any one section apply but please circle the one number that indicates the statement which most clearly describes your problem today.

**Pain Intensity**
0 I have no pain at the moment
1 The pain is very mild at the moment
2 The pain is moderate at the moment
3 The pain is fairly severe at the moment
4 The pain is very severe at the moment
(5) The pain is the worst imaginable at the moment

**Personal Care (Washing, Dressing)**
0 I can look after myself normally without causing extra pain.
1 I can look after myself normally but it causes extra pain
2 It is painful to look after myself and I am slow and careful.
(3) I need some help, but manage most of my personal care
4 I need help every day in most aspects of self care.
5 I do not get dressed, wash with difficulty and stay in bed

**Lifting**
0 I can lift heavy weights without extra pain.
1 I can lift heavy weights, but it gives extra pain.
2 Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned, for example, on a table.
3 Pain prevents me from lifting heavy weights off the floor, but I can manage light to medium weights if they are conveniently positioned.
(4) I can lift very light weights.
5 I cannot lift or carry anything at all.

**Walking**
0 Pain does not prevent me walking any distance
1 Pain prevents me from walking more than 1 mile
2 Pain prevents me from walking more than 1/2 mile
(3) Pain prevents me from walking more than 100 yards
4 I can only walk using a stick or crutches
5 I am in bed most of the time and have to crawl to the toilet

**Sitting**
0 I can sit in any chair as long as I like
1 I can sit in my favorite chair as long as I like
2 Pain prevents me from sitting more than 1 hour
(3) Pain prevents me from sitting more than ½ hour
4 Pain prevents me from sitting more than 10 minutes
5 Pain prevents me from sitting at all

**Standing**
0 I can stand as long as I want without extra pain
1 I can stand as long as I want but it gives me extra pain
2 Pain prevents me from standing more than 1 hour
3 Pain prevents me from standing more than ½ hour
(4) Pain prevents me from standing more than 10 minutes
5 Pain prevents me from standing at all

**Sleeping**
0 My sleep is never disturbed by pain
1 My sleep is occasionally disturbed by pain
2 Because of pain, I have less than 6 hours sleep
(3) Because of pain, I have less than 4 hours sleep
4 Because of pain, I have less than 2 hours sleep
5 Pain prevents me from sleeping at all

**Employment/Homemaking**
0 My normal job/homemaking activities do not cause pain
1 My normal job/homemaking activities increase my pain, but I can perform all that is required of me
2 I can perform most of my job/homemaking duties but pain prevents me from performing more physically stressful activities (lifting, vacuuming)
(3) Pain prevents me from doing anything but light duties
(4) Pain prevents me from doing even light duties
5 Pain prevents me from performing any job or homemaking duties

**Social Life**
0 My social life is normal and causes me no extra pain
1 My social life is normal but increases the degree of pain
2 Pain has no significant effect on my social life apart from limiting more energetic interests ( e.g. sports)
(3) Pain has restricted by social life and I do not go out as often
4 Pain has restricted by social life to my home
5 I have no social life because of pain

**Traveling**
0 I can travel anywhere without pain
1 I can travel anywhere but it gives extra pain
2 Pain is bad but I manage journeys over two hours
(3) Pain restricts me to journeys of less than one hour
(4) Pain restricts me to short necessary journeys under 30 mins.
5 Pain prevents me from traveling except to receive treatment

*For office use only: Sum all scores for raw score [ ] Percent disability (sum of score/questions answered) [ ]*

If this is your first visit ignore the below question. If you have had multiple visits please answer the following question:
**Overall, since you started your treatment, has there been any change in your symptoms in your back (or leg) during your daily activities. Please indicate if there has been any change by choosing one of the following options.**

| Worse | ___Same (0) | Better |
|---|---|---|
| ___Almost the same, hardly any worse at all (-1) | | ___Almost the same, hardly any better at all (1) |
| ___A little worse (-2) | | ___A little better (2) |
| _X_ Somewhat worse (-3) | | ___Somewhat better (3) |
| _X_ Moderately worse (-4) | | ___Moderately better (4) |
| _X_ A good deal worse (-5) | | ___A good deal better (5) |
| ___A great deal worse (-6) | | ___A great deal better (6) |
| ___A very great deal worse (-7) | | ___A very great deal better (7) |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 01/17/2019 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-01-17

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| PNF diagonals- D1 extension to shoulder in sidelying | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| AAROM Shoulder flexion to stretch capsule and musculature to enhance overhead reach for ADL performance | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| HEP Education; instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Manual Shoulder | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |
| Upper extremity bike; to warm up muscle tissues and prepare for stretching and strengthening. | | 8 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| I T Y in prone to strengthen scapular stabilizers to promote full and painless shoulder ROM for ADLs | 1 | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |

*AAROM Shoulder flexion to stretch capsule and musculature to enhance overhead reach for ADL performance: scaption in standing with cane, seated scaption with pulleys*

**Total Minutes by Procedure**
Manual Therapy: 15

*Manual Shoulder: soft tissue to UT, joint mobilizations left shoulder*

**Total Minutes by Procedure**
Therapeutic Exercise: 43

Sum of minutes: 58

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 1:00 pm/2:30 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 01/21/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 28
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient states some UT and scap retractor soreness on the left. Reports increased migranes lately, thinks it may be from neck.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs; Household Chores
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient reports no major changes.
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 4 **Best:** 2 **Current:** 3 **Previous Findings as of 01/17/2019 - Worst:3 Best:2 Current:3*
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 60 min.)<br>See Flowsheet, 60 minutes | 4 |
| GP:97140 | Manual Therapy ( 15 min.)<br>15 minutes, see flowsheet | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

| | |
|---|---|
| Objective Findings | 150 elevation with pulleys, on the left. tendency to lean ipsilaterally with assisted elevation<br><br>trigger points with referring reproduction of headache pain into the brow at the left SCM, bilateral suboccipital muscles. |
| Direct Minutes | 75 |
| Treatment Minutes | 75 |
| Total Direct Treatment Time today | 75 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient with good tolerance to closed chain activity today. Therex focused on activating rotator cuff musculature via loading the upper extremities. Manual therapy focused on addressing UT tightness and cervical musculature that likely contributes to patient's recent migrane headaches. Patient continues slowly towards goals; prognosis remains good.
**Patient Education:** Patient educated on purpose of weightbearing activities, added door pushups and table weightshifts to HEP, patient educated on deep cervical flexion exercise
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 01/21/2019

**Short Term Goals:**
1: (4 Weeks) | Goal Met | Increase PROM shoulder elevation to 140 and External Rotation 45 | 147 AROM elevation and 45 ER
**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 still limited in self care and IADL
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

### Plan

**Instructions:** Progressing Patient Next Visit
progress to scapular strengthening exercise, AAROM as tolerated

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on January 21, 2019 at 3:02 pm*



Powered by WebPT
8029

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

## FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 01/21/2019 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-01-21

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Chin tucks to stretch posterior cervical musculature for pain reduction and improved posture | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Wall push-ups; to improve tolerance for weight bearing activities and encourage scapular stabilization | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| AAROM Shoulder flexion to stretch capsule and musculature to enhance overhead reach for ADL performance | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Manual to cervical spine to increase joint mobility | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |
| Upper Trap stretch- to reduce tightness in the upper trapezius to allow for better posture of the neck and shoulders during activities | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Upper extremity bike; to warm up muscle tissues and prepare for stretching and strengthening. | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Shoulder elevation to facilitate overhead motion | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |

*Shoulder elevation to facilitate overhead motion: assisted into scaption*

**Total Minutes by Procedure**
Manual Therapy: 15

Sum of minutes: 75

Therapeutic Exercise: 60

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 1:00 pm/2:00 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 01/24/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 29
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient states his headaches are better, some soreness today. Was sore from new exercises, but is feeling pretty good today. Wants to know about when he can be expected to return to work with no restrictions.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs; Household Chores
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient reports some soreness
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 40 min.)<br>See Flowsheet, 40 minutes | 3 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Force down through hand in close chain (scale) R/L 78/46#<br>Elevation 150, assisted |
| Direct Minutes | 40 |
| Treatment Minutes | 40 |
| Total Direct Treatment Time today | 40 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient with good tolerance to therapy today. Patient continues to be appropriate for skilled physical therapy to address ROM and strength deficits. Progress towards goals is slow, but prognosis remains good. Barriers to progress include pain response, nature of injury, fear of movement, trigger points. Therex focused on stress loading and proprioception of involved shoulder.
**Patient Education:** Educated to bring in HEP sheet, add in ER ROM, attain work description from Toyota
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | Goal Met | Increase PROM shoulder elevation to 140 and External Rotation 45 | 147 AROM elevation and 45 ER
**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 still limited in self care and IADL
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 01/24/2019

**Instructions:** Progressing Patient Next Visit
progress to scapular strengthening exercise, AAROM as tolerated

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on January 24, 2019 at 6:49 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 01/24/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-01-24

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Laser tracing with arm in scaption, flexion, abduction; for proprioception | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Wall push-ups; to improve tolerance for weight bearing activities and encourage scapular stabilization | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| AAROM Shoulder flexion to stretch capsule and musculature to enhance overhead reach for ADL performance | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| HEP Education; instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Manual Shoulder | | 10 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |
| Upper extremity bike; to warm up muscle tissues and prepare for stretching and strengthening. | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |

Sum of minutes: 50

**Total Minutes by Procedure**
Therapeutic Exercise: 40
Manual Therapy: 10

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 1:15 pm/2:30 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 01/30/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 30
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient states a migrane today, not currently, but some increased UT soreness today. Reports overall decrease in soreness in last week, with exception of today.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs; Household Chores
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient reports some soreness in UT, scapular retractor, resolving migrane today.
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 5 **Best:** 2 **Current:** 3 **Previous Findings as of 01/21/2019 - Worst:4 Best:2 Current:3*
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 50 min.)<br>See Flowsheet, 50 minutes | 3 |
| GP:97140 | Manual Therapy ( 10 min.)<br>10 minutes, see flowsheet | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>10 minutes, see flowsheet | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

| | |
|---|---|
| Objective Findings | Elevation130 pre treatment, 140 post treatment. |
| Direct Minutes | 60 |
| Treatment Minutes | 70 |
| Total Direct Treatment Time today | 60 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient with some increased soreness today and resolving migraine, but good tolerance to exercise. Patient with slow progress towards goals due to extent of injury, increased pain response. Prognosis remains good for stated goals. Barriers to progress also include trigger points, weakness, decreased ROM. Therex focused on rotator cuff activation and strengthening.
**Patient Education:** Patient educated on progress, prognosis, increasing I exercise to 2#
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 01/30/2019

## Daily Note / Billing Sheet

- Limited shoulder motion following surgery

**Short Term Goals:**

1: (4 Weeks) | Goal Met | Increase PROM shoulder elevation to 140 and External Rotation 45 | 147 AROM elevation and 45 ER

**Long Term Goals:**

1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 still limited in self care and IADL

2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
progress to scapular strengthening exercise, cuff strengthening

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on January 30, 2019 at 4:34 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 01/30/2019 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-01-30

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Moist heat pack- to provide superficial heat to soft tissues to decrease pain and prepare tissue for activity | | 10 | | | | | | 1:1 w/Therapist *LP* |
| Laser tracing with arm in scaption, flexion, abduction; for proprioception | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Manual to thoracic spine to increase joint mobility | | 10 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |
| Upper extremity bike; to warm up muscle tissues and prepare for stretching and strengthening. | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| I T Y in prone to strengthen scapular stabilizers to promote full and painless shoulder ROM for ADLs | 2 | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| sidelying shoulder external rotation to increase functional strength for ADLs such as reaching and grooming | 2 | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Shoulder elevation to facilitate overhead motion | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |

*Shoulder elevation to facilitate overhead motion: in sidelying, upright*

**Total Minutes by Procedure**
Manual Therapy: 10

Sum of minutes: 70

Therapeutic Exercise: 50

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Progress Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 1:15 pm/2:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Progress Note:** 02/01/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 31

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient is 27 weeks S/P Arthroscopic Rotator cuff repair on 7-26-18. Works at Toyota Motor Manufacturing Kentucky wants to return to work and use arm for IADL and self care. His job requires driving, moving damaged automotive parts.
**Current Complaints / Gains:** Patient reports no major changes, some pain in anterior shoulder (pec region) today.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Household Chores
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient still with difficulty performing ADLs with loads, overhead activity
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 5 **Best:** 2 **Current:** 3 **Previous Findings as of 01/30/2019 - Worst:5 Best:2 Current:3*
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Pain medicine)

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

### Outcome Measurement Tools

**Previous Findings as of 01/17/2019*

**Upper Extremity**

| | | |
|---|---|---|
| Upper Extremity Quick DASH | 34.09/100 | *38.64* |

### Observation

**Comments** Patient continues to demonstrate guarding behaviors.

### Range of Motion

**Previous Findings as of 01/17/2019*

**Comments** Left shoulder elevation: *At wall, 145 flexion, pulleys 155 flexion on the Left*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Progress Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 02/01/2019

Pretreatment

AROM 125

AROM after thoracic mobilization 135

AAROM with pulleys 155

**Strength** *Previous Findings as of 01/17/2019

**Comments** Patient able to attain 135 shoulder elevation

**Palpation**

**Comments** Patient with increase muscle tension,left pectoralis major and minor, left biceps and brachialis. Increased areas of tightness throughout these muscles, with moderate response/softening with manual technique.

## Assessment

**Assessment/Diagnosis:** Patient progressing well towards goals, expect good outcomes. Improved elevation with thoracic mobilization technique. Patient with good tolerance to therapy; intervention today focused on addressing thoracic mobility, soft tissue restrictions. Barriers to progress include decreased strength, pain response, muscle guarding and tightness, time since injury, nature of injury, h/o comorbid distal radius fracture.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:** Patient educated on thoracic mobility exercise, progress, pec stretching technique
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | Goal Met | Increase PROM shoulder elevation to 140 and External Rotation 45 | 155 AROM elevation 2-1-19
**Long Term Goals:**
~~1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self care and IADL | AROM to 135~~ 2-1-19
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |


Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Progress Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 02/01/2019

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Neuromuscular Rehabilitation (Muscle Re-Education, Sequencing), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization), Massage, Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification, Home Safety, billing, precautions)

**Modalities**

To Improve (Pain Relief, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Biofeedback Training, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
____________________________________________

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on February 2, 2019 at 12:02 pm*

Physician Signature___________________________
T. W. Wilkes, MD

Date:______________

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 1:15 pm/2:00 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 02/01/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 31
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient reports no major changes, some pain in anterior shoulder (pec region) today.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Household Chores
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient still with difficulty performing ADLs with loads, overhead activity
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 5 **Best:** 2 **Current:** 3 **Previous Findings as of 01/30/2019 - Worst:5 Best:2 Current:3*
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 25 min.)<br>See Flowsheet, 25 minutes | 2 |
| GP:97140 | Manual Therapy ( 20 min.)<br>20 minutes, see flowsheet | 1 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | AROM increased by 10 degrees after thoracic mobilizatio |
| Direct Minutes | 45 |
| Treatment Minutes | 45 |
| Total Direct Treatment Time today | 45 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient progressing well towards goals, expect good outcomes. Improved elevation with thoracic mobilization technique. Patient with good tolerance to therapy; intervention today focused on addressing thoracic mobility, soft tissue restrictions. Barriers to progress include decreased strength, pain response, muscle guarding and tightness, time since injury, nature of injury, h/o comorbid distal radius fracture.
**Patient Education:** Patient educated on thoracic mobility exercise, progress, pec stretching technique
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | Goal Met | Increase PROM shoulder elevation to 140 and External Rotation 45 | 155 AROM elevation 2-1-19
**Long Term Goals:**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Daily Note / Billing Sheet**

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 02/01/2019

1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
Thoracic mobility,
progress to scapular strengthening exercise, AAROM as tolerated

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on February 2, 2019 at 12:02 pm*

Survey of Upper Extremity Disability (DASH) Date: 2-1-19 Date of Birth:

3409 Name: James Zoll Therapist: LP

The Disability of the arm, shoulder and hand (DASH) is a questionnaire to ask you about your symptoms as well as your ability to perform certain activities. Please answer every question, based on your condition in the last week, by circling the appropriate number. If you did not have the opportunity to perform an activity in the past week, please make your best estimate on which response would be most accurate. It does not matter which hand you use to perform the activity; please answer based on your ability regardless of how you perform the task. Please rate your ability to do the following activities by circling the number:

| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | Unable |
|---|---|---|---|---|---|
| Open a tight jar | 1 | 2 | 3 | 4 | 5 |
| Do heavy household chores (e.g., wash walls, floors) | 1 | 2 | 3 | 4 | 5 |
| Carry a shopping bag or briefcase | 1 | 2 | 3 | 4 | 5 |
| Wash your back | 1 | 2 | 3 | 4 | 5 |
| Use a knife to cut food | 1 | 2 | 3 | 4 | 5 |
| Recreational activities which you take some force or impact through your arm, shoulder, or hand (golf, hammering, tennis, etc) | 1 | 2 | 3 | 4 | 5 |
| | **Not at All** | **Slightly** | **Moderately** | **Quite a Bit** | **Extremely** |
| During the past week, to what extent has your arm, shoulder, or hand problem interfered with your normal social activities with family, friends, neighbors, or groups? | 1 | 2 | 3 | 4 | 5 |
| | **Not Limited at All** | **Slightly Limited** | **Moderately Limited** | **Very Limited** | **Unable** |
| During the past week, were you limited in your work or other regular daily activities, as a result of your arm, shoulder, or hand problem? | 1 | 2 | 3 | 4 | 5 |
| **Please rate the severity of the following symptoms in the last week** | **None** | **Mild** | **Moderate** | **Severe** | **Extreme** |
| Arm, shoulder, or hand pain | 1 | 2 | 3 | 4 | 5 |
| Tingling (pins & needles) in your arm, shoulder, or hand. | 1 | 2 | 3 | 4 | 5 |
| | **No Difficulty** | **Mild Difficulty** | **Moderate Difficulty** | **Severe Difficulty** | **So Much I can't Sleep** |
| During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand? | 1 | 2 | 3 | 4 | 5 |
| ***For office use only*** *Percent Disability Score ( ) Sum all columns for raw score ( )* | | | | | |

***If this is your first visit, ignore the question below.***
Overall, since you started your treatment, has there been any change in your symptoms in your arm, shoulder, or hand during your daily activities? Please indicate if there has been any change by choosing one of the following options.

| Worse | Same (0) | Better |
|---|---|---|
| ___Almost the same, hardly any worse at all (-1) | | ___Almost the same, hardly any better at all (1) |
| ___A little worse (-2) | | ___A little better (2) |
| ___Somewhat worse (-3) | | ___Somewhat better (3) |
| ___Moderately worse (-4) | | ___Moderately better (4) |
| ___A good deal worse (-5) | | ___A good deal better (5) |
| ___A great deal worse (-6) | | ___A great deal better (6) |
| ___A very great deal worse (-7) | | ___A very great deal better (7) |

Please rate your pain level with activity 0 1 2 3 4 5 6 7 8 9 10
NO PAIN VERY SEVERE PAIN

If this is your first visit, ignore the question:* How satisfied are you with the level of care and services provided? Very Satisfied, Satisfied, Unsatisfied, Very-Unsatisfied
Please rate your progess with functional activities from start of therapy to this point in time. Excellent Good Fair Poor
At this point in your treatment, have your therapy goals been met? Completely Met Mostly Met Partially Met Not Met

8042

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 02/02/2019 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-02-01

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| AAROM Shoulder flexion to stretch capsule and musculature to enhance overhead reach for ADL performance | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Thoracic spine mobility to decrease muscle guarding and increase ROM for ADL activities, and functional motions including gait and reach | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Soft Tissue Mobilization | | 20 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |
| Shoulder elevation to facilitate overhead motion | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |

*Soft Tissue Mobilization: to ped, biceps on the left*

**Total Minutes by Procedure**
Manual Therapy: 20

Sum of minutes: 45

Therapeutic Exercise: 25

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 1:15 pm/2:30 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 02/04/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 32
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient states he was a bit sore from soft tissue work last visit, no problems or complaints today.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Household Chores
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient states he has been performing exercises, would like to review weight shifts and sidelying ER.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 45 min.)<br>See Flowsheet, 45 minutes | 3 |
| GP:97140 | Manual Therapy ( 15 min.)<br>15 minutes, see flowsheet | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

| | |
|---|---|
| Objective Findings | Pulley elevation on the left 153<br>AROM 134 (L) after thoracic mobs 140<br><br>weightbearing UE<br>R/L= 81/53# |
| Direct Minutes | 60 |
| Treatment Minutes | 60 |
| Total Direct Treatment Time today | 60 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient with good tolerance to activity today, some tightness/soreness noted in lats/subscap. Patient given pulleys for home to address flexion, functional elevation. Therex focused on tailoring HEP to patient needs, manual cues to correct form, strengthening. Progress towards goals is slow; prognosis remains good. Barriers to progress include nature of injury, pain response and muscle guarding, decreased strength/ROM.
**Patient Education:** Patient educated on HEP modifications, pulleys for home, performing each strengthening exercise once per day (3x10)
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | Goal Met | Increase PROM shoulder elevation to 140 and External Rotation 45 | 155 AROM elevation 2-1-19

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 02/04/2019

**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
Thoracic mobility,
progress to scapular strengthening exercise, AAROM as tolerated

Original Note Completed On: February 4, 2019 2:42pm
Addendum Completed On: February 6, 2019 8:31am

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on February 6, 2019 at 8:31 am*



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 02/04/2019 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-02-04

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Weight shifts in standing to load UEs, promoting cuff activation, proprioception, circumvent learned disuse | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Moist heat pack- to provide superficial heat to soft tissues to decrease pain and prepare tissue for activity | | 10 | | | | | | 1:1 w/Therapist *LP* |
| AAROM Shoulder flexion to stretch capsule and musculature to enhance overhead reach for ADL performance | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| HEP Education; instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Manual Shoulder | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |
| Thoracic spine mobility, to increase shoulder ROM, improve flexibility | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| sidelying shoulder external rotation to increase functional strength for ADLs such as reaching and grooming | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |

*Manual Shoulder: Soft tissue to lats, subscap on the left.*

**Total Minutes by Procedure**
Manual Therapy: 15

Sum of minutes: 70

Therapeutic Exercise: 45

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 1:00 pm/2:15 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 02/07/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 33
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient states he has had a hard day, also states UT soreness. Patient stated low BP earlier today.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Household Chores
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient states he has been performing exercises, would like to review weight shifts and sidelying ER.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 45 min.)<br>See Flowsheet, 45 minutes | 3 |
| GP:97140 | Manual Therapy ( 15 min.)<br>15 minutes, see flowsheet | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>10 minutes, see flowsheet | 1 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Elevation to 150 AAROM with pulleys, 135 active flexion.<br>Patient stated feeling lightheaded towards end of session, BP 158/70, retaken 3 minutes later at 158/70. |
| Direct Minutes | 60 |
| Treatment Minutes | 70 |
| Total Direct Treatment Time today | 60 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient with fair tolerance to new activities today, stated fatigue and lightheadedness towards end of session, symptoms dissipated after 10 minutes lying down. Patient lacks muscular control/strength of shoulder elevation greater than 135. Anticipate good outcomes. Barriers to progress include fear of movement, muscle guarding, decreased strength, nature of injury.
**Patient Education:** Patient educated on protraction and eccentric lowering strengthening activity to perform after ROM with pulleys.
Cat camel exercises for back and weightbearing through shoulders
Educated to attempt donning seatbelt with L arm.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 02/07/2019

**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | Goal Met | Increase PROM shoulder elevation to 140 and External Rotation 45 | 155 AROM elevation 2-1-19
ER to 60 at 90-90 on 2-7-19

**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135
2-1-19
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
Thoracic mobility,
progress to scapular strengthening exercise, AAROM as tolerated

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 02/07/2019 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-02-07

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Shoulder elevation to facilitate overhead motion | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Cat and Camel lumbar mobility stretch to restore normal spinal mobility | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Weight shifts in quadruped to load UEs, promoting cuff activation, proprioception, circumvent learned disuse | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Moist heat pack- to provide superficial heat to soft tissues to decrease pain and prepare tissue for activity | | 10 | | | | | | 1:1 w/Therapist *LP* |
| AAROM Shoulder flexion to stretch capsule and musculature to enhance overhead reach for ADL performance | | 20 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Manual to neck, soft tissue mobilization | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |
| Thoracic spine mobility, to increase shoulder ROM, improve flexibility | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| sidelying shoulder external rotation to increase functional strength for ADLs such as reaching and grooming | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |

*AAROM Shoulder flexion to stretch capsule and musculature to enhance overhead reach for ADL performance: pulleys, with protration and eccentric lowering, arm ranger in standing into flexion/scaption*

**Total Minutes by Procedure**
Manual Therapy: 15

*Manual to neck, soft tissue mobilization: UT pin and stretch, ischemic hold, cervical traction.*

**Total Minutes by Procedure**
Therapeutic Exercise: 45

Sum of minutes: 70

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 1:10 pm/2:20 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 02/11/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 34
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient states some increased soreness today. Migrane over the weekend
**~~Before the injury/onset/change of status date, the patient was able to perform the following activities:~~**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Household Chores
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient brought MRIs of spine from PMH
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 55 min.)<br>See Flowsheet, 55 minutes | 4 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>10 minutes, see flowsheet | 1 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | AROM to 140<br>Poor UT recruitment with upward shrug+retraction. Improved after CTJ downward glide, soft tissue mobilization to levator scapulae on the left. |
| Direct Minutes | 55 |
| Treatment Minutes | 65 |
| Total Direct Treatment Time today | 55 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient with good tolerance to new exercises today. Recruitment of UT improved for arm elevation in prone after soft tissue work and joint mobilization. Patient continues to exhibit deficts in motor control (in UT) and decreased strength at end ranges, especially into ER and flexion. Prognosis remains good, progress is slow but steady. Barriers to progress include nature of injury, pain response, poor motor control, decreased strength.
**Patient Education:** Patient educated on findings, cues for UT recruitment.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | Goal Met | Increase PROM shoulder elevation to 140 and External Rotation 45 | 155 AROM elevation 2-1-19 ER to 60 at 90-90 on 2-7-19

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 02/11/2019

**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
Strengthening into end ranges (gentle), UT motor control with elevation in prone, soft tissue/joint mobs as indicated

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on February 11, 2019 at 8:52 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

## FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 02/11/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-02-11

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Shoulder elevation to facilitate overhead motion | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Cat and Camel lumbar mobility stretch to restore normal spinal mobility, weightbearing for rotator cuff accivation | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Moist heat pack- to provide superficial heat to soft tissues to decrease pain and prepare tissue for activity | | 10 | | | | | | 1:1 w/Therapist *LP* |
| AAROM Shoulder flexion to stretch capsule and musculature to enhance overhead reach for ADL performance | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Manual to neck, soft tissue mobilization | | 0 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |
| I T Y in prone to strengthen scapular stabilizers to promote full and painless shoulder ROM for ADLs | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| sidelying shoulder external rotation to increase functional strength for ADLs such as reaching and grooming | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |

*Shoulder elevation to facilitate overhead motion: in sidelying and in supine at end range flexion with light manual resistance*

**Total Minutes by Procedure**
Manual Therapy: 0

*AAROM Shoulder flexion to stretch capsule and musculature to enhance overhead reach for ADL performance: with place and holds at end range flexion for strength building*

**Total Minutes by Procedure**
Therapeutic Exercise: 55

*I T Y in prone to strengthen scapular stabilizers to promote full and painless shoulder ROM for ADLs: Ys with shrug and hold only*
*sidelying shoulder external rotation to increase functional strength for ADLs such as reaching and grooming: in supine at 90-90 with therapist overpressure*
Sum of minutes: 65

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

## Patient Outcomes

8053

Lincoln/Zoll 1134

**Patient Outcomes** **Report Date: 2/13/2019**

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | Arm, shoulder or hand pain. | Moderate | 3 | (1 to 5) |
| | Tingling (pins and needles) in your arm, shoulder or hand. | Moderate | 3 | (1 to 5) |
| | During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand? | Mild Difficulty | 2 | (1 to 5) |

Survey of Upper Extremity Disability (DASH) Date: 2-13-19 Date of Birth:________

38.64 Name: Zoll, James Therapist: LP

The Disability of the arm, shoulder and hand (DASH) is a questionnaire to ask you about your symptoms as well as your ability to perform certain activities. Please answer every question, based on your condition in the last week, by circling the appropriate number. If you did not have the opportunity to perform an activity in the past week, please make your best estimate on which response would be most accurate. It does not matter which hand you use to perform the activity; please answer based on your ability regardless of how you perform the task. Please rate your ability to do the following activities by circling the number:

| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | Unable |
|---|---|---|---|---|---|
| Open a tight jar | 1 | 2 | 3 | 4 | 5 |
| Do heavy household chores (e.g., wash walls, floors) | 1 | 2 | 3 | 4 | 5 |
| Carry a shopping bag or briefcase | 1 | 2 | 3 | 4 | 5 |
| Wash your back | 1 | 2 | 3 | 4 | 5 |
| Use a knife to cut food | 1 | 2 | 3 | 4 | 5 |
| Recreational activities which you take some force or impact through your arm, shoulder, or hand (golf, hammering, tennis, etc) | 1 | 2 | 3 | 4 | 5 |
| | **Not at All** | **Slightly** | **Moderately** | **Quite a Bit** | **Extremely** |
| During the past week, to what extent has your arm, shoulder, or hand problem interfered with your normal social activities with family, friends, neighbors, or groups? | 1 | 2 | 3 | 4 | 5 |
| | **Not Limited at All** | **Slightly Limited** | **Moderately Limited** | **Very Limited** | **Unable** |
| During the past week, were you limited in your work or other regular daily activities, as a result of your arm, shoulder, or hand problem? | 1 | 2 | 3 | 4 | 5 |
| **Please rate the severity of the following symptoms in the last week** | **None** | **Mild** | **Moderate** | **Severe** | **Extreme** |
| Arm, shoulder, or hand pain | 1 | 2 | 3 | 4 | 5 |
| Tingling (pins & needles) in your arm, shoulder, or hand. | 1 | 2 | 3 | 4 | 5 |
| | **No Difficulty** | **Mild Difficulty** | **Moderate Difficulty** | **Severe Difficulty** | **So Much I can't Sleep** |
| During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand? | 1 | 2 | 3 | 4 | 5 |
| *For office use only* *Percent Disability Score ( ) Sum all columns for raw score ( )* | | | | | |

***If this is your first visit, ignore the question below.***

Overall, since you started your treatment, has there been any change in your symptoms in your arm, shoulder, or hand during your daily activities? Please indicate if there has been any change by choosing one of the following options.

| Worse | Same (0) | Better |
|---|---|---|
| __Almost the same, hardly any worse at all (-1) | | __Almost the same, hardly any better at all (1) |
| __A little worse (-2) | | __A little better (2) |
| __Somewhat worse (-3) | | __Somewhat better (3) |
| __Moderately worse (-4) | | __Moderately better (4) |
| __A good deal worse (-5) | | __A good deal better (5) |
| __A great deal worse (-6) | | __A great deal better (6) |
| __A very great deal worse (-7) | | __A very great deal better (7) |

Please rate your pain level with activity 0 1 2 3 4 5 6 7 8 9 10
NO PAIN VERY SEVERE PAIN

If this is your first visit, ignore the question:* How satisfied are you with the level of care and services provided? Very Satisfied, Satisfied, Unsatisfied, Very-Unsatisfied
Please rate your progess with functional activities from start of therapy to this point in time. Excellent Good Fair Poor
At this point in your treatment, have your therapy goals been met? Completely Met Mostly Met Partially Met Not Met

8055

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

## FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 02/13/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-02-13

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Shoulder elevation to facilitate overhead motion | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Moist heat pack- to provide superficial heat to soft tissues to decrease pain and prepare tissue for activity | | 10 | | | | | | 1:1 w/Therapist *LP* |
| Place-and-hold with pulley; AAROM Shoulder flexion and isometric contraction to stretch capsule and musculature to enhance overhead reach for ADL performance | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| HEP Education; instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Thoracic spine mobility, to increase shoulder ROM, improve flexibility | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Upper extremity bike; to warm up muscle tissues and prepare for stretching and strengthening. | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| I T Y in prone to strengthen scapular stabilizers to promote full and painless shoulder ROM for ADLs | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Soft Tissue Mobilization | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |

*I T Y in prone to strengthen scapular stabilizers to promote full and painless shoulder ROM for ADLs: Y's with shrug and hold only*

**Total Minutes by Procedure**
Manual Therapy: 15

*Soft Tissue Mobilization: pectoralis, biceps on the left, gentle GH oscillations in 45 abd, 15 scap to reduce guarding.*

**Total Minutes by Procedure**
Therapeutic Exercise: 45

Sum of minutes: 70

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Progress Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 1:10 pm/2:30 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Progress Note:** 02/13/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 35

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient is 29 weeks S/P Arthroscopic Rotator cuff repair on 7-26-18. Works at Toyota Motor Manufacturing Kentucky wants to return to work and use arm for IADL and self care. His job requires driving, moving damaged automotive parts.
**Current Complaints / Gains:** Patient continues with increased pain in muscles today. States no major changes. Anterior shoulder pain seems increased, patient states.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient continues with trouble tolerating load, fatigue with overhead motions.
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 7 **Best:** 3 **Current:** 4 **Previous Findings as of 02/01/2019 - Worst:5 Best:2 Current:3*
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Pain medicine)

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

### Outcome Measurement Tools

**Previous Findings as of 02/01/2019*

**Upper Extremity**

| | | |
|---|---|---|
| Upper Extremity Quick DASH | 38.64/100 | *34.09* |

### Observation

**Comments** Patient with arching through spine with arm elevation, forward head, rounded shoulders.

### Range of Motion

**Previous Findings as of 02/01/2019*

**Comments** Left shoulder elevation: *Left shoulder elevation:*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Physical Therapy Progress Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 02/13/2019

| | *Pretreatment* |
|---|---|
| AROM 140 | *AROM 125* |
| AAROM with pulleys 155 | *AROM after thoracic mobilization 135* |
| | *AAROM with pulleys 155* |

**Strength** **Previous Findings as of 02/01/2019*

**Comments** Patient able to perform 8 place-and-holds overhead with minimal assistance to maintain maximum available shoulder flexion, before fatigue. (this exercise in AAROM to full flexion, maintaining position for 5 seconds with manual minimal assist and cues for shoulder elevation) — *Patient able to attain 135 shoulder elevation*

**Palpation**

**Comments** Patient with areas of increased tension that are tender to palpation: pec major and minor, levator scapulae, proximal biceps.

## Assessment

**Assessment/Diagnosis:** Patient with fair tolerance to activity today; fatigued quickly and continued with muscular pain in pectoralis region. Patient making progress towards goals, though with slow progress. PRognosis remains good. Barriers to progress include: fear of movement, nature of injury, muscle pain and guarding reaction, decreased strength, comorbidities, poor motor control.

**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.

**Patient Education:** Patient educated to increase supine punches to 1# weight, 10 place-and-holds with each bout of AROM (3x throughout day).

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**

- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**

1: (4 Weeks) | Goal Met | Increase PROM shoulder elevation to 140 and External Rotation 45 | 155 AROM elevation 2-1-19
ER to 60 at 90-90 on 2-7-19

**Long Term Goals:**

1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19

2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Progress Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 02/13/2019

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Neuromuscular Rehabilitation (Muscle Re-Education, Sequencing), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization), Massage, Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification, Home Safety, billing, precautions)

**Modalities**

To Improve (Pain Relief, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Biofeedback Training, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

*Lisa Podlecki*

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on February 13, 2019 at 6:43 pm*

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature____________________________
T. W. Wilkes, MD

Date:_______________

Survey of Upper Extremity Disability (DASH) Date: [handwritten] Date of Birth: ____________

Name: [handwritten] Therapist: [handwritten]

The Disability of the arm, shoulder and hand (DASH) is a questionnaire to ask you about your symptoms as well as your ability to perform certain activities. Please answer every question, based on your condition in the last week, by circling the appropriate number. If you did not have the opportunity to perform an activity in the past week, please make your best estimate on which response would be most accurate. It does not matter which hand you use to perform the activity; please answer based on your ability regardless of how you perform the task. Please rate your ability to do the following activities by circling the number:

| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | Unable |
|---|---|---|---|---|---|
| Open a tight jar | 1 | 2 | 3 | 4 | 5 |
| Do heavy household chores (e.g., wash walls, floors) | 1 | 2 | 3 | 4 | 5 |
| Carry a shopping bag or briefcase | 1 | 2 | 3 | 4 | 5 |
| Wash your back | 1 | 2 | 3 | 4 | 5 |
| Use a knife to cut food | 1 | 2 | 3 | 4 | 5 |
| Recreational activities which you take some force or impact through your arm, shoulder, or hand (golf, hammering, tennis, etc) | 1 | 2 | 3 | 4 | 5 |
| | **Not at All** | **Slightly** | **Moderately** | **Quite a Bit** | **Extremely** |
| During the past week, to what extent has your arm, shoulder, or hand problem interfered with your normal social activities with family, friends, neighbors, or groups? | 1 | 2 | 3 | 4 | 5 |
| | **Not Limited at All** | **Slightly Limited** | **Moderately Limited** | **Very Limited** | **Unable** |
| During the past week, were you limited in your work or other regular daily activities, as a result of your arm, shoulder, or hand problem? | 1 | 2 | 3 | 4 | 5 |
| **Please rate the severity of the following symptoms in the last week** | **None** | **Mild** | **Moderate** | **Severe** | **Extreme** |
| Arm, shoulder, or hand pain | 1 | 2 | 3 | 4 | 5 |
| Tingling (pins & needles) in your arm, shoulder, or hand. | 1 | 2 | 3 | 4 | 5 |
| | **No Difficulty** | **Mild Difficulty** | **Moderate Difficulty** | **Severe Difficulty** | **So Much I can't Sleep** |
| During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand? | 1 | 2 | 3 | 4 | 5 |
| ***For office use only*** *Percent Disability Score ( ) Sum all columns for raw score ( )* | | | | | |

***If this is your first visit, ignore the question below.***

Overall, since you started your treatment, has there been any change in your symptoms in your arm, shoulder, or hand during your daily activities? Please indicate if there has been any change by choosing one of the following options.

| Worse | Same (0) | Better |
|---|---|---|
| ___Almost the same, hardly any worse at all (-1) | | ___Almost the same, hardly any better at all (1) |
| ___A little worse (-2) | | ___A little better (2) |
| ___Somewhat worse (-3) | | ✓ Somewhat better (3) |
| ___Moderately worse (-4) | | ___Moderately better (4) |
| ___A good deal worse (-5) | | ___A good deal better (5) |
| ___A great deal worse (-6) | | ___A great deal better (6) |
| ___A very great deal worse (-7) | | ___A very great deal better (7) |

Please rate your pain level with activity. 0 1 2 3 4 5 6 7 8 9 10
NO PAIN VERY SEVERE PAIN

If this is your first visit, ignore the question:* How satisfied are you with the level of care and services provided? Very Satisfied, Satisfied, Unsatisfied, Very-Unsatisfied

Please rate your progess with functional activities from start of therapy to this point in time. Excellent Good Fair Poor

At this point in your treatment, have your therapy goals been met? Completely Met Mostly Met Partially Met Not Met

8060

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 1:10 pm/2:30 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 02/13/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 35
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient continues with increased pain in muscles today. States no major changes. Anterior shoulder pain seems increased, patient states.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient continues with trouble tolerating load, fatigue with overhead motions.
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 7 **Best:** 3 **Current:** 4 **Previous Findings as of 02/01/2019 - Worst:5 Best:2 Current:3*
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 45 min.)<br>See Flowsheet, 45 minutes | 3 |
| GP:97140 | Manual Therapy ( 15 min.)<br>15 minutes, see flowsheet | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>10 minutes, see flowsheet | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

| | |
|---|---|
| Objective Findings | AROM to 140<br>Place and hold at 155 left shoulder flexion with minimal assist<br><br>Leukotape applied to lower scap to thoracic spine in one strip to promote biofeedback to scapular movement. removed after treatment |
| Direct Minutes | 60 |
| Treatment Minutes | 70 |
| Total Direct Treatment Time today | 60 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient with fair tolerance to activity today; fatigued quickly and continued with muscular pain in pectoralis region. Patient making progress towards goals, though with slow progress. PRognosis remains good. Barriers to progress include: fear of movement, nature of injury, muscle pain and guarding reaction, decreased strength, comorbidities, poor motor control.
**Patient Education:** Patient educated to increase supine punches to 1# weight, 10 place-and-holds with each bout of AROM (3x throughout day).

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Daily Note / Billing Sheet**

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 02/13/2019

**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | Goal Met | Increase PROM shoulder elevation to 140 and External Rotation 45 | 155 AROM elevation 2-1-19 ER to 60 at 90-90 on 2-7-19

**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
Thoracic mobility,
progress to scapular strengthening exercise, AAROM as tolerated

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on February 13, 2019 at 6:43 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

## FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 02/18/2019 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-02-18

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Scaption to improve overhead functional reach | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Rotator cuff strengthening to increase shoulder strength and stability for ADLs | 3 | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Overhead press; to increase strength and endurance for overhead ADLs | 1 | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Shoulder elevation to facilitate overhead motion | | 5 | | | | | | 1:1 w/Therapist *LP* |
| Cat and Camel lumbar mobility stretch to restore normal spinal mobility, weightbearing for rotator cuff acctivation | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Place-and-hold with pulley; AAROM Shoulder flexion and isometric contraction to stretch capsule and musculature to enhance overhead reach for ADL performance | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| HEP Education; instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Manual to neck, soft tissue mobilization | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |
| Thoracic spine mobility, to increase shoulder ROM, improve flexibility | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |

*Rotator cuff strengthening to increase shoulder strength and stability for ADLs: Prone Is and ER, with tactile and verbal cues*

**Total Minutes by Procedure**
Manual Therapy: 15
Therapeutic Exercise: 50

Sum of minutes: 70

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 1:05 pm/2:25 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 02/18/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 36
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient states he had to decrease pulley place-and-holds because they were causing too much superior shoulder pain. States no major changes.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient states ER and prone I's are feeling easier.
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 6 **Best:** 3 **Current:** 4 **Previous Findings as of 02/13/2019 - Worst:7 Best:3 Current:4*
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 50 min.)<br>See Flowsheet, 50 minutes | 3 |
| GP:97140 | Manual Therapy ( 15 min.)<br>15 minutes, see flowsheet | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

| | |
|---|---|
| Objective Findings | Standing elevation to 140<br>ER 90/90 to 50 degrees on the left<br><br>1:1 treatment from 1:05-2:00 with Lisa Podlecki<br>1:1 treatment from 2:00-2:25 with Michael Glindmeyer |
| Direct Minutes | 65 |
| Treatment Minutes | 65 |
| Total Direct Treatment Time today | 65 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient is making slow progress towards goals and is mainly inhibited by pain and fear of movement. ROM and strength are decreased, but continue to gradually improve. Therex focused on strengthening exercises for cuff and scapula, Manual therapy to address thoracic stiffness, muscle guarding at the shoulder, muscular pain. Good tolerance to activity today. Barriers to progress include nature of injury, fear of movement, pain, muscle guarding, motor control.
**Patient Education:** Patient educated to increase to 3# with I's and ER
To incorporate overhead presses with 1#, scaption with 2#, decrease place and hold volume to only 5, 3x per day.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 02/18/2019

**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135
2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

### Plan

**Instructions:** Progressing Patient Next Visit
Thoracic mobility,
progress to scapular strengthening exercise, AAROM as tolerated

*Lisa Podlecki*

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on February 18, 2019 at 6:00 pm*



Powered by WebPT
8065

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

## FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 02/21/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-02-21

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| Scaption to improve overhead functional reach | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Rotator cuff strengthening to increase shoulder strength and stability for ADLs | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Rotator cuff strengthening to increase shoulder strength and stability for ADLs | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| HEP Education; instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Upper extremity bike; to warm up muscle tissues and prepare for stretching and strengthening. | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |

*Manual therapy: Improve T/S mobility, L lower C/S quadrant mobility and L GHJ mobility in ER and scaption->improve mobility in all planes*

**Total Minutes by Procedure**
Manual Therapy: 15

*Scaption to improve overhead functional reach: Seated using pulleys->AAPM AND supine with form closure of anterior trunk with mob belt in supine*

**Total Minutes by Procedure**
Therapeutic Exercise: 40

*Rotator cuff strengthening to increase shoulder strength and stability for ADLs: S/L ER 2#->2 x 10; 3#->1 x 10*

*Rotator cuff strengthening to increase shoulder strength and stability for ADLs: AND S/L pro<->retraction to improve scapular setting when performing ER*

*Upper extremity bike; to warm up muscle tissues and prepare for stretching and strengthening.: Lvl 3.0; scapular retraction with retroversion->improve facilitation of posterior shoulder mm*

Sum of minutes: 55

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 1:00 pm/1:55 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 02/21/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 37
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** States that his strength is slowly improving. Notes that he is cleared to return to work in month or so.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient states ER and prone I's are feeling easier.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 40 min.)<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy ( 15 min.)<br>15 minutes, see flowsheet<br><br>Gr III CPA gliding T/S in sitting with flx MWM on foam roller<br>Gr III L CTJ downgliding<br>Gr II lateral distraction L GHJ using belt at 90 deg horz aDd at 90 deg flx<br>Gr III PPM scaption<br>Gr II ER (30/60/90 deg aBd) with tacking along SS | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

| | |
|---|---|
| Objective Findings | Supine AAPM scaption: 140 deg<br>Seated AAPM scaption: 170 deg |
| Direct Minutes | 55 |
| Treatment Minutes | 55 |
| Total Direct Treatment Time today | 55 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Focus of care was to improve upper quadrant spinal PAM and L GHJ PAM/PPM. Therapeutic exercises focused on improving elevation mobility of the L GHJ, added HBB AAPM. Mr. Zoll has a good prognosis to continue benefit from physical therapy to continue to restore mobility and strength.
**Patient Education:** Updated HEP->systematic approach to start with stretching, followed by strengthening. Encouraged patient to obtain a gym membership and begin thinking about a strengthening program in the gym.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Long Term Goals:**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 02/21/2019

1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

### Plan

**Instructions:** Progressing Patient Next Visit
Thoracic mobility,
progress to scapular strengthening exercise, AAROM as tolerated

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Initiated by Michael Glindmeyer, PT on February 21, 2019 at 2:14 pm*

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Co-Signed by Lisa Podlecki on February 21, 2019 at 7:26 pm*

Powered by WebPT
8068

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

## FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 02/25/2019 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-02-25

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| PROM Shoulder External Rotation to gain shoulder mobility | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| Scaption to improve overhead functional reach | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Overhead press; to increase strength and endurance for overhead ADLs | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Shoulder elevation to facilitate overhead motion | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Place-and-hold with pulley; AAROM Shoulder flexion and isometric contraction to stretch capsule and musculature to enhance overhead reach for ADL performance | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| HEP Education; instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |

*Shoulder elevation to facilitate overhead motion: Sidelying*

**Total Minutes by Procedure**
Manual Therapy: 15
Therapeutic Exercise: 40

Sum of minutes: 55

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 1:00 pm/1:55 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 02/25/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 38
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Reports soreness along the top of his shoulder after the last visit. Otherwise, is doing well today.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient states ER and prone I's are feeling easier.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 40 min.)<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy ( 15 min.)<br>15 minutes, see flowsheet<br><br>Gr III L CTJ downgliding<br>Gr II lateral distraction L GHJ using belt at 90 deg horz aDd at 90 deg flx<br>Gr III PPM scaption<br>Gr II ER (30/60/90 deg aBd) | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

| | |
|---|---|
| Objective Findings | Single arm loading onto scale (standing): R->87 lbs; L->58 lbs |
| Direct Minutes | 55 |
| Treatment Minutes | 55 |
| Total Direct Treatment Time today | 55 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** No changes in treatment today. Has localized symptoms over the superior shoulder that appears to be hypomobility of the 1st rib. Continuing to focus on improving GHJ mobility in all planes and posterior cuff strength. Is making good progress toward goals, and ability to return to work.
**Patient Education:** Added standing HBB and S/L shoulder elevation to HEP.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Daily Note / Billing Sheet**

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 02/25/2019

2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
Thoracic mobility,
progress to scapular strengthening exercise, AAROM as tolerated

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Initiated by Michael Glindmeyer, PT on February 25, 2019 at 2:20 pm*

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Co-Signed by Lisa Podlecki on February 25, 2019 at 5:56 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 2:10 pm/3:05 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 02/28/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 39
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Reports feeling quite well after his last visit. Notes that he still has symptoms of soreness along the top of his shoulder when elevating his arm overhead.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient states ER and prone I's are feeling easier.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 40 min.)<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy ( 15 min.)<br>See flowsheet<br><br>Gr III L CTJ downgliding<br>Gr II lateral distraction L GHJ using belt at 90 deg horz aDd at 90 deg flx<br>Gr III PPM scaption<br>Gr II ER (30/60/90 deg aBd) | 1 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Supine PPM scaption: 160 deg<br>Supine PPM ER (45 deg aBd): 50 deg<br>Supine PPM ER (90 deg aBd): 60 deg |
| Direct Minutes | 55 |
| Treatment Minutes | 55 |
| Total Direct Treatment Time today | 55 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Continued emphasis on reducing sensitivity of the L GHJ via PAM using belt, improving 1st rib hypomobility and PPM to improve ER and scaption. Combined with therapeutic exercises to improve ER and scaption mobility. And, to improve general shoulder strength in all planes.

Initiated treatment by Michael Glindmeyer, DPT (2:10pm-3:00pm)

Co-treated with Lisa Podlecki, DPT (2:30pm-3:10pm)
**Patient Education:** Educated on progress
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 02/28/2019

- Post operative shoulder pain
- Limited shoulder motion following surgery

**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

### Plan

**Instructions:** Progressing Patient Next Visit
Progress note with DASH at NPV.

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on March 1, 2019 at 9:05 am*



Powered by WebPT
8073

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 03/01/2019 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-02-28

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Moist heat pack- to provide superficial heat to soft tissues to decrease pain and prepare tissue for activity | | 10 | | | | | | 1:1 w/Therapist *LP* |
| PROM Shoulder External Rotation to gain shoulder mobility | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| Scaption to improve overhead functional reach | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Rotator cuff strengthening to increase shoulder strength and stability for ADLs | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Shoulder elevation to facilitate overhead motion | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| HEP Education; instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |

*PROM Shoulder External Rotation to gain shoulder mobility: 45 deg aBd->pillow prop*

**Total Minutes by Procedure**
Manual Therapy: 15

*Scaption to improve overhead functional reach: Supine*

**Total Minutes by Procedure**
Therapeutic Exercise: 40

*Rotator cuff strengthening to increase shoulder strength and stability for ADLs: supine ER with manual resistance*
*Shoulder elevation to facilitate overhead motion: supine with light resistance, sidelying holds*
Sum of minutes: 65

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 1:05 pm/2:00 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 03/05/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 40
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Reports less pain along the top of his left shoulder since last visit.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient states ER and prone I's are feeling easier.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 40 min.)<br>See Flowsheet, 40 min | 3 |
| GP:97140 | Manual Therapy ( 15 min.)<br>See flowsheet, 15 min<br><br>Gr III L CTJ downgliding/1st rib downgliding<br>Gr III lateral distractionL GHJ using belt at 90 deg horz aDd at 90 deg flx AND modified FABER<br>Gr III PPM scaption<br>Gr II ER (30/60/90 deg aBd) | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

Objective Findings

Supine PPM scaption: 165 deg
Supine PPM ER (45 deg aBd): 60 deg
Supine PPM ER (90 deg aBd): 65 deg

## Assessment

**Assessment/Diagnosis:** Has less sensitivity with gr III pressure applied superior to the 1st rib/L CTJ quadrant. Continues to have soreness with PAM and PPM of the GHJ at gr II-III levels. No changes in approach to therapeutic exercises to improve AAPM mobility and general shoulder strength.

Initiated treatment by Michael Glindmeyer, DPT (1:05-1:20 PM)
Co-treated with Lisa Podlecki, DPT (1:20-2:00)
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 03/05/2019

2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
Cont to improve L GHJ mobility, decrease pain-pressure threshold and strengthen in new areas of motion gained.

Original Note Completed On: March 7, 2019 7:48am
Addendum Completed On: March 7, 2019 9:15am

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on March 7, 2019 at 9:15 am*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 03/07/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-03-07

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| S/L scapular PNF and GHJ neutral ER | | 10 | | | | | Neuromusc Rehab | 1:1 w/Therapist *MG* |
| PROM Shoulder External Rotation to gain shoulder mobility | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 10 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| Scaption to improve overhead functional reach | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Rotator cuff strengthening to increase shoulder strength and stability for ADLs | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Shoulder elevation to facilitate overhead motion | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| HEP Education; instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |

*S/L scapular PNF and GHJ neutral ER: Using high level verbal and moderate cuing to improve facilitation of the LT*

**Total Minutes by Procedure**
Manual Therapy: 10

*Rotator cuff strengthening to increase shoulder strength and stability for ADLs: BTE->scaption (50 lb/ft torque) and ER (60 lb/ft torque)*

**Total Minutes by Procedure**
Therapeutic Exercise: 40

*Shoulder elevation to facilitate overhead motion: Supine*

**Total Minutes by Procedure**
Neuromusc Rehab: 10

Sum of minutes: 60

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 03/07/2019 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-03-05

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Manual therapy | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |
| Shoulder elevation to facilitate overhead motion | | 35 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Weight shifts in quadruped to load UEs, promoting cuff activation, proprioception, circumvent learned disuse | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |

*Shoulder elevation to facilitate overhead motion: sidelying, supine with iso holds at end range (with and without manual resistance in all 4 directions), scaption/ABduction, flexion laser tracing*

**Total Minutes by Procedure**
Therapeutic Exercise: 40

*Weight shifts in quadruped to load UEs, promoting cuff activation, proprioception, circumvent learned disuse: with 4# rows*

**Total Minutes by Procedure**
Manual Therapy: 15

Sum of minutes: 55

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 1:05 pm/2:05 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 03/07/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 41
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Continues to notice a little less pain along the top of his shoulder since last visit.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient states ER and prone I's are feeling easier.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercises that are painful in the scapula.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 40 min.)<br>See Flowsheet | 3 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>Posture<br>See Flowsheet | 1 |
| GP:97140 | Manual Therapy ( 10 min.)<br>See flowsheet<br><br>Gr III L CTJ downgliding/1st rib downgliding<br>Gr III lateral distractionL GHJ using belt at 90 deg horz aDd at 90 deg flx AND modified FABER<br>Gr III PPM scaption<br>Gr II ER (30/60/90 deg aBd) | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

Objective Findings

See flowsheet for torque measurements of APM into neutral ER and scaption
Supine PPM scaption: 170 deg
Supine PPM ER (45 deg aBd): 30 deg
Supine PPM ER (90 deg aBd): 70 deg

## Assessment

**Assessment/Diagnosis:** Continues to have improved PAM of the 1st rib and less sensivity to gr II pressure today. Added BTE today to obtain objective measurements for force output during scaption and neutral ER. He needed cuing to improve motor output from 90-120 deg elevation.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Long Term Goals:**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 03/07/2019

1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
Cont to improve L GHJ mobility, decrease pain-pressure threshold and strengthen in new areas of motion gained.

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Initiated by Michael Glindmeyer, PT on March 7, 2019 at 2:24 pm*

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Co-Signed by Lisa Podlecki on March 7, 2019 at 5:33 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 03/11/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-03-11

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Seated AAPM scaption | | 5 | | | | | Neuromusc Rehab | 1:1 w/Therapist *MG* |
| Short lever APM scaption | | 5 | | | | | Neuromusc Rehab | 1:1 w/Therapist *MG* |
| AAPM GHJ Scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| Scaption to improve overhead functional reach | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Overhead press; to increase strength and endurance for overhead ADLs | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Shoulder elevation to facilitate overhead motion | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |

*Seated AAPM scaption: Improve LT activity; decrease UT activity via moderate verbal and tactile cuing*

**Total Minutes by Procedure**
Manual Therapy: 25

*Short lever APM scaption: Improve motor control and force coupling of the GHJ*

**Total Minutes by Procedure**
Therapeutic Exercise: 25

*AAPM GHJ Scaption: Improve overhead reach mobility*

**Total Minutes by Procedure**
Neuromusc Rehab: 10

*Manual therapy: Improve L GHJ PAM/PPM; and improve L lower C/S quadrant PAM*
*Overhead press; to increase strength and endurance for overhead ADLs: Short lever; 2# DB; lifting elbow to short height in scaption plane*
*Shoulder elevation to facilitate overhead motion: Supine*
Sum of minutes: 60

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet Addendum

**Patient Name:** Zoll, James D
**Date of Birth:**
**Referring Physician(s):** Hackett, Daniel J. Jr MD / Begley, Beth PA
**Time In/Out:** 1:05 pm/2:05 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 03/11/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 42
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Reports a little bit of soreness in his shoulder after his last visit. Notes feeling a little bit of pain along the top of his shoulder with physical therapy exercises yesterday. Feels good today.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient states ER and prone I's are feeling easier.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 25 min.)<br>See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>Posture<br>See Flowsheet | 1 |
| GP:97140 | Manual Therapy ( 25 min.)<br>See flowsheet<br><br>Gr III L CTJ downgliding/1st rib downgliding<br>Gr III lateral distractionL GHJ using belt at 90 deg horz aDd at 90 deg flx AND modified FABER<br>Gr III PPM scaption<br>Gr II ER (30/60/90 deg aBd) | 2 |

CPT copyright 2018 American Medical Association. All rights reserved.

Objective Findings
Supine PPM scaption: 170 deg
Supine PPM ER (45 deg aBd): 30 deg
Supine PPM ER (90 deg aBd): 70 deg

## Assessment

**Assessment/Diagnosis:** Notable decrease in upper trap/soft tissue tone compared to previous visit with mid grade joint non-thrust manipulation. Continuing to focus on improving GHJ scaption and IR reach mobility. Combined with improving scaption strength.
**Patient Education:** Added AAPM scaption in standing->followed by short lever scaption to height of shoulder (2# DB)
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Long Term Goals:**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 03/11/2019

1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-~~90 to 50~~ 2-18-19
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
Cont to improve L GHJ mobility, decrease pain-pressure threshold and strengthen in new areas of motion gained.

Original Note Completed On: March 12, 2019 2:25pm
Addendum Completed On: May 1, 2019 2:44pm

ADDENDED

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on May 1, 2019 at 2:44 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 03/13/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-03-13

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| UBE | | 10 | | | | | Neuromusc Rehab | 1:1 w/Therapist *MG* |
| Seated AAPM scaption | | | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAPM GHJ Scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| PROM Shoulder External Rotation to gain shoulder mobility | | 5 | | | | | Therapeutic Activity | 1:1 w/Therapist *MG* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Activity | 1:1 w/Therapist *MG* |
| Manual therapy | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| Scaption to improve overhead functional reach | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |

*UBE: Improve facilitation and motor control of the posterior cuff and medial/lower border scapular mm*

**Total Minutes by Procedure**
Manual Therapy: 25

*AAPM GHJ Scaption: Pulleys to improve overhead reach mobility*

**Total Minutes by Procedure**
Therapeutic Activity: 10

*PROM Shoulder External Rotation to gain shoulder mobility: Improve ability to reach out to the side as it relates to participation in iADLs/ADLs*

**Total Minutes by Procedure**
Therapeutic Exercise: 10

*AAROM Shoulder internal rotation to gain mobility of hand behind back: Improve ability to reach behind back for bathing*

**Total Minutes by Procedure**
Neuromusc Rehab: 10

*Scaption to improve overhead functional reach: Supine*
Sum of minutes: 55

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 1:05 pm/2:05 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 03/13/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 43
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** States that he is feeling better in the past month. He has noticed more strength in his shoulder. Notes that he still has some pain along the back of the shoulder, on the shoulder blade. But, feels this is related to doing more with his shoulder. Notes that he is no longer taking pain medication.

Doing 3lbs with sidelying external rotation (3 sets of 8-10 reps)
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient continues with trouble tolerating load, fatigue with overhead motions.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 10 min.)<br>See Flowsheet | 1 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>Posture<br>See Flowsheet | 1 |
| GP:97140 | Manual Therapy ( 25 min.)<br>See flowsheet<br><br>Gr III L CTJ downgliding/1st rib downgliding<br>Gr III lateral distractionL GHJ using belt at 90 deg horz aDd at 90 deg flx AND modified FABER<br>Gr III PPM scaption<br>Gr II ER (30/60/90 deg aBd)<br>Gr II sustained pressure over UT/SS mm belly pathways | 2 |
| GP:97530:59 | Therapeutic Activity/Kinetic ( 10 min.)<br>See Flowsheet | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Mr. Zoll has attended physical therapy for a total of 42 visits since start of physical therapy. Continues to demonstrate slow improvements in mobility. Spoke with Mr. Zoll the possibility having dealt with adhesive capsulitis during the entire phase of post-operative rehabilitation. He was educated about potential use of a cortisone injection, per MD or PA-C recommendation, since he has verbalized that he is no longer using Rx pain medication. Mr. Zoll returns to LC on 04/02/2019 for a f/u visits. At that time, I feel Mr. Zoll will no longer benefit from physical therapy services, as he has a very regimented and rigorous home program. He has a good prognosis to continue to improve mobility and strength with time.
**Patient Education:** Indications for cortisone injection.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 03/13/2019

- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | QuickDASH improve x 1 MCID. |
**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 160 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 50% | Increase strength to 80% of opposite side in elevation, IR, and ER |
3: (12 Weeks) | 30% | Have IR reach and ER reach WNL. |
4: (12 Weeks) | 25% | Have no shoulder pain lifting 5 lbs overhead. |

## Plan

**Instructions:** Progressing Patient Next Visit
Thoracic mobility,
progress to scapular strengthening exercise, AAROM as tolerated

*Michael Glindmeyer*

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on March 13, 2019 at 9:34 pm*



Powered by WebPT

# Patient Outcomes

Report Date: 3/13/2019

**James D Zoll** **39 OF 100**

**Patient ID:** 3202821
**Case Key:** 21413554
**Visit Date:** 3/13/2019
**Entry Date:** 3/13/2019
**ICD Code:** M75122 - Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Gender:** M
**Date of Birth:**

**Questionnaire Type:** Follow Up
**Area:** Upper Extremity
**Clinician:** Glindmeyer, Michael
**Clinic:** Commonwealth Hand Therapy
**Referral Source:** Wilkes, Trevor W
Commercial
**Litigation:** No **Direct Access:** No

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Pain Level** | 5 | **5** | (0 to 10) |
| | **Satisfaction** | Very Satisfied | **1** | (1 to 4) |
| | **Functional Improvement** | Good | **2** | (1 to 4) |
| | **Goals Met** | Partially Met | **3** | (1 to 4) |
| | **Open a tight or new jar.** | Mild Difficulty | **2** | (1 to 5) |
| | **Do heavy household chores (e.g., wash walls, floors).** | Moderate Difficulty | **3** | (1 to 5) |
| | **Carry a shopping bag or briefcase.** | Moderate Difficulty | **3** | (1 to 5) |
| | **Wash your back.** | Mild Difficulty | **2** | (1 to 5) |
| | **Use a knife to cut food.** | Mild Difficulty | **2** | (1 to 5) |
| | **Recreational activities in which you take some force or impact through your arm, shoulder or hand (e.g., golf, hammering, tennis, etc.).** | Moderate Difficulty | **3** | (1 to 5) |
| | **During the past week, to what extent has your arm, shoulder or hand problem interfered with your normal social activities with family, friends, neighbours or groups?** | Slightly | **2** | (1 to 5) |
| | **During the past week, were you limited in your work or other regular daily activities as a result of your arm, shoulder or hand problem?** | Moderately Limited | **3** | (1 to 5) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Arm, shoulder or hand pain.** | Moderate | 3 | (1 to 5) |
| | **Tingling (pins and needles) in your arm, shoulder or hand.** | Moderate | 3 | (1 to 5) |
| | **During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand?** | Mild Difficulty | 2 | (1 to 5) |

**Commonwealth Hand Therapy**
350 Waller Ave • Suite 2?? • Lexington, KY 40504
www.commonwealthhandtherapy.com

Office: 859.447.86??
Fax: 859.447.85??
TF: 1.844.434.HAND (426

## Occupational / Physical Therapy Referral

Name: JAMES ZOLL Dx: ______ ICD10: ______

____ Evaluate & Treat DOB:

**Frequency/Duration:**_____ **times a week for**_____ **weeks.**

| Therapy Order: | | DME / OTC Braces: | Custom Braces: |
|---|---|---|---|
| o AROM / AAROM | o Moist Heat / Paraffin | o Dynamic Wrist Brace | o Brace of Choice |
| o PROM / Joint Mobilization | o Ice / Cold Pack | o Dynamic Elbow Brace | o Resting Hand |
| o Strengthening / Stabilization | o Fluidotherapy | o Home E-Stim Unit | o Wrist Gauntlet |
| o Nerve Glides / Neurotension | o Iontophoresis | o Home Cervical Traction Unit | o Hand Based Thumb Spica |
| o Work Conditioning Hardening | o Ultrasound | o Home TENS Unit | o Forearm Based Thumb Spica |
| o Proximal Screening | o TENS / E-Stim | o Neoprene CMC Brace | o Elbow Long Arm / Hinge |
| o Desensitization | o Cervical / Lumbar Traction | o Capener / Tube Splint | o Dynamic Flex / Ext |
| o Functional Capacity Eval | o Whirlpool | o Elastomer / Silicone | o Dorsal Block |

Special Instructions/Precautions: CONTINUE PT

[signature]

Physician's Signature: WHITNEY DEVERS

Date: 3-20-2019

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 8:05 am/7:00 am
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 03/20/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 44
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** States that his shoulder is still sore on the top.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient continues with trouble tolerating load, fatigue with overhead motions.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 30 min.)<br>See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>Posture<br>See Flowsheet | 1 |
| GP:97140 | Manual Therapy ( 25 min.)<br>See flowsheet<br><br>Gr III L CTJ downgliding/1st rib downgliding<br>Gr III lateral distractionL GHJ using belt at 90 deg horz aDd at 90 deg flx AND modified FABER<br>Gr III PPM scaption<br>Gr II ER (30/60/90 deg aBd)<br>Gr II sustained pressure over UT/SS mm belly pathways | 2 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Continues to have stiffness into ER at varying angles of aBd, aBd and IR reach/HBB. Therefore, continued efforts focused on improving mobility first, followed by strengthening. See flowsheet for details of therapeutic procedures performed in today's visit.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | QuickDASH improve x 1 MCID. |
**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 160 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 50% | Increase strength to 80% of opposite side in elevation, IR, and ER |
3: (12 Weeks) | 30% | Have IR reach and ER reach WNL. |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 03/20/2019

4: (12 Weeks) | 25% | Have no shoulder pain lifting 5 lbs overhead. |

## Plan

**Instructions:** Progressing Patient Next Visit
Thoracic mobility,
progress to scapular strengthening exercise, AAROM as tolerated

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on March 20, 2019 at 10:04 am*



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

## FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 03/20/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-03-20

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| UBE | | 5 | | | | | Neuromusc Rehab | 1:1 w/Therapist *MG* |
| Seated AAPM scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Short lever APM scaption | | 5 | | | | | Neuromusc Rehab | 1:1 w/Therapist *MG* |
| PROM Shoulder External Rotation to gain shoulder mobility | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| Scaption to improve overhead functional reach | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Overhead press; to increase strength and endurance for overhead ADLs | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |

*Short lever APM scaption: Improve motor control->isometric hold at 90 deg scaption*

**Total Minutes by Procedure**
Manual Therapy: 25

*PROM Shoulder External Rotation to gain shoulder mobility: 30/60/90 deg aBd*

**Total Minutes by Procedure**
Therapeutic Exercise: 30

*Manual therapy: Improve L GHJ PAM/PPM; an dimprove L lower C/S quadrant PAM*

**Total Minutes by Procedure**
Neuromusc Rehab: 10

*Overhead press; to increase strength and endurance for overhead ADLs: 3# DB; short lever; lifting elbow to shoulder height in scaption plane*

Sum of minutes: 65

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

## FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 03/22/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-03-22

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Moist heat pack- to provide superficial heat to soft tissues to decrease pain and prepare tissue for activity | | 10 | | | | | | 1:1 w/Therapist *LP* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Manual therapy | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |
| Scaption to improve overhead functional reach | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Rotator cuff strengthening to increase shoulder strength and stability for ADLs | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Shoulder elevation to facilitate overhead motion | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Place-and-hold with pulley; AAROM Shoulder flexion and isometric contraction to stretch capsule and musculature to enhance overhead reach for ADL performance | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |

*AAROM Shoulder internal rotation to gain mobility of hand behind back: pulleys*

**Total Minutes by Procedure**
Manual Therapy: 15

*Manual therapy: to improve GHJ motion into flexion, soft tissue to pec, scalenes. biceps. c/s p-a glides, cervical traction*

**Total Minutes by Procedure**
Therapeutic Exercise: 40

*Scaption to improve overhead functional reach: laser. working to 120 elevation*
*Rotator cuff strengthening to increase shoulder strength and stability for ADLs: manual resistance*
*Shoulder elevation to facilitate overhead motion: elevation with ranger. semireclined*
Sum of minutes: 65

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 3:10 pm/4:10 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 03/22/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 45
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient started steroids; continued complaints of superior shoulder pain, close of AC joint. Patient expresses he thinks he may have bursitis.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Pain with overhead reach, weakness
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 40 min.)<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy ( 15 min.)<br>see flowsheet | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>10 see flowsheet | 1 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

Objective Findings

standing elevation to 135, 145 post exercise. PROM to 155

Pain with activation of anterior shoulder musculature; no discomfort resisting AB/AD, or EX pressure in overhead shoulder flexion.

## Assessment

**Assessment/Diagnosis:** Patient with fair tolerance to therapy today. Pain with activation of anterior shoulder in AC joint region, likely still muscular in nature. Therex focused on strengthening into elevation, manual therapy focused on decreasing muscular pain, increasing GHJ mobility. Progress is slow, but steady. Limitations include persistant pain response, limited strength and ROM. Barriers to progress include nature of injury, time since injury, pain.
**Patient Education:** Patient educated on probable causes of continued shoulder pain, progress.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | QuickDASH improve x 1 MCID. |
**Long Term Goals:**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 03/22/2019

1: (8 Weeks) | 90% | Increase AROM shoulder to 160 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 50% | Increase strength to 80% of opposite side in elevation, IR, and ER |
3: (12 Weeks) | 30% | Have IR reach and ER reach WNL. |
4: (12 Weeks) | 25% | Have no shoulder pain lifting 5 lbs overhead. |

### Plan

**Instructions:** Progressing Patient Next Visit
measure strength

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on March 22, 2019 at 5:58 pm*

**Commonwealth Hand Therapy**
330 Waller Ave. • Suite 275 • Lexington, KY 40504
www.commonwealthhandtherapy.com

Office : 859.447.8(
Fax : 859.447.8(
TF : 1.844.434.HAND (42

## Occupational / Physical Therapy Referral

Name: Zoll, James Dx: Overuse/cutaneous ICD10: ________

✓ Evaluate & Treat Frequency/Duration: 1-2 times a week for 8 weeks.

| Therapy Order: | | DME / OTC Braces: | Custom Braces: |
|---|---|---|---|
| o AROM / AAROM | o Moist Heat / Paraffin | o Dynamic Wrist Brace | o Brace of Choice |
| o PROM / Joint Mobilization | o Ice / Cold Pack | o Dynamic Elbow Brace | o Resting Hand |
| o Strengthening / Stabilization | o Fluidotherapy | o Home E-Stim Unit | o Wrist Gauntlet |
| o Nerve Glides / Neurotension | o Iontophoresis | o Home Cervical Traction Unit | o Hand Based Thumb Spica |
| o Work Condition / Hardening | o Ultrasound | o Home TENS Unit | o Forearm Based Thumb Spica |
| o Proximal Screening | o TENS / E-Stim | o Neoprene CMC Brace | o Elbow Long Arm / Hinge |
| o Desensitization | o Cervical / Lumbar Traction | o Copener / Tube Splint | o Dynamic Flex / Ext |
| o Functional Capacity Eval | o Whirlpool | o Elastomer / Silicone | o Dorsal Block |

Special Instructions/Precautions: Continue therapy

[signature]
Bethany Bagley PA
Physician's Signature

Date: 3-25-19

8096

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

## FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 03/25/2019 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-03-25

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| UBE | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Seated AAPM scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| PROM Shoulder External Rotation to gain shoulder mobility | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| Rotator cuff strengthening to increase shoulder strength and stability for ADLs | | 10 | | | | | Therapeutic Activity | 1:1 w/Therapist *MG* |
| HEP Education; instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | | 5 | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |

*UBE: Lvl 3.5; scapular retraction with retroversion->improve posterior cuff mm endurance*

**Total Minutes by Procedure**
Therapeutic Activity: 10

*Seated AAPM scaption: Improve overhead reach mobility*

**Total Minutes by Procedure**
Manual Therapy: 25

*PROM Shoulder External Rotation to gain shoulder mobility: Supine 90/90 ER*

**Total Minutes by Procedure**
Therapeutic Exercise: 20

*Manual therapy: See DL for procedure details*

*Rotator cuff strengthening to increase shoulder strength and stability for ADLs: Standing aBd->90 deg->1# DB; standing scaption->90 deg->2# CW; overhead press (full available range)->0# DB*

Sum of minutes: 55

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 1:00 pm/2:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 03/25/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 46
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Finished his steroid dosage today. Had more 'clicking' in his shoulder when exercising yesterday, but did not hurt. Still feels localized pain to the outside tip of the shoulder. And, has localized soreness on the spine, just next to the inside shoulder blade region.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Pain with overhead reach, weakness
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 25 min.)<br>See Flowsheet | 2 |
| GP:97140 | Manual Therapy ( 25 min.)<br>see flowsheet<br><br>Gr II lateral GHJ distraction and inferior gliding at 90 deg aBd<br>Gr II PPM ER at 30/60/90 deg aBd<br>Gr II PPM scaption<br>Gr II transverse gliding <-> mid->upper T/S in prone<br>Gr II CPA gliding mid T/S in prone | 2 |
| GP:97530:59 | Therapeutic Activity/Kinetic ( 10 min.)<br>See Flowsheet | 1 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

Objective Findings: Seated AAPM scaption->170 deg
PPM ER at 90 deg aBd->60 deg

## Assessment

**Assessment/Diagnosis:** Continues to show improvement in GHJ passive and active mobility since last visit. Has localized symptoms to the lateral shoulder. Added non-thrust manipulation to the mid T/S region to reduce mm guarding. See flowsheet for details of therapeutic procedures performed in today's visit.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | QuickDASH improve x 1 MCID. |
**Long Term Goals:**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 03/25/2019

1: (8 Weeks) | 90% | Increase AROM shoulder to 160 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 50% | Increase strength to 80% of opposite side in elevation, IR, and ER |
3: (12 Weeks) | 30% | Have IR reach and ER reach WNL. |
4: (12 Weeks) | 25% | Have no shoulder pain lifting 5 lbs overhead. |

## Plan

**Instructions:** Progressing Patient Next Visit
Returns to PA-C next Tuesday (04/01/2019)

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on March 25, 2019 at 2:00 pm*



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 1:00 pm/2:00 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 03/28/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 47
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Continues to notice pain along the tip of his shoulder and along the back of his shoulder.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Pain with overhead reach, weakness
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 25 min.)<br>See Flowsheet | 2 |
| GP:97140 | Manual Therapy ( 25 min.)<br>see flowsheet<br><br>Gr II lateral GHJ distraction and inferior gliding at 90 deg aBd<br>Gr II PPM ER at 30/60/90 deg aBd<br>Gr II PPM scaption<br>Gr II AP<->PA; inf<->sup SCJ gliding<br>Gr II ACJ downgliding | 2 |
| GP:97530:59 | Therapeutic Activity/Kinetic ( 10 min.)<br>See Flowsheet | 1 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** See flowsheet for specifics of therapeutic procedures performed in today's visit. Localized tenderness noted over ACJ; Tmin and SCJ. Needs continued efforts on TNE and potential referral to a social worker for CBT.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | QuickDASH improve x 1 MCID. |
**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 160 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 50% | Increase strength to 80% of opposite side in elevation, IR, and ER |
3: (12 Weeks) | 30% | Have IR reach and ER reach WNL. |
4: (12 Weeks) | 25% | Have no shoulder pain lifting 5 lbs overhead. |

## Plan

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 03/28/2019

**Instructions:** Progressing Patient Next Visit
Returns to PA-C next Tuesday (04/01/2019)

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on March 29, 2019 at 10:31 am*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 03/29/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-03-28

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| GHJ ER PPM | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAPM GHJ Scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Activity | 1:1 w/Therapist *MG* |
| Manual therapy | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| Scaption to improve overhead functional reach | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Rotator cuff strengthening to increase shoulder strength and stability for ADLs | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Overhead press; to increase strength and endurance for overhead ADLs | | 5 | | | | | Therapeutic Activity | 1:1 w/Therapist *MG* |

*GHJ ER PPM: 90/90 position in supine*

**Total Minutes by Procedure**
Manual Therapy: 25

*AAPM GHJ Scaption: Supine*

**Total Minutes by Procedure**
Therapeutic Activity: 10

*AAROM Shoulder internal rotation to gain mobility of hand behind back: Improve IR reach/HBB as it relates to improve mobility for participation in ADLs/IADLs*

**Total Minutes by Procedure**
Therapeutic Exercise: 25

*Manual therapy: Improve shoulder girdle joint PAM to reduce pain and improve general shoulder mobility*
*Scaption to improve overhead functional reach: 2# DB*
*Rotator cuff strengthening to increase shoulder strength and stability for ADLs: Same as previous visit*
*Overhead press; to increase strength and endurance for overhead ADLs: 3 points on contact on door with 1# DB*
Sum of minutes: 60

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 04/01/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-04-01

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| GHJ ER PPM | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| UBE | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Seated AAPM scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Short lever APM scaption | | 5 | | | | | Therapeutic Activity | 1:1 w/Therapist *MG* |
| AAPM GHJ Scaption | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Activity | 1:1 w/Therapist *MG* |
| Manual therapy | | 10 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| Place-and-hold with pulley; AAROM Shoulder flexion and isometric contraction to stretch capsule and musculature to enhance overhead reach for ADL performance | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| HEP Education; instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |

*UBE: Lvl 4.0; scapular retraction with retroversion->improve posterior cuff mm endurance*

**Total Minutes by Procedure**
Manual Therapy: 10

*Short lever APM scaption: Using AAPM to improve end-range joint flx and eccentric control moving from flx->ext; improve reaching and lowering of L GHJ as it relates to participation in ADLs/iADLs*

**Total Minutes by Procedure**
Therapeutic Activity: 10

*AAPM GHJ Scaption: Supine and seated->improve GHJ elevation mobility*

**Total Minutes by Procedure**
Therapeutic Exercise: 40

*AAROM Shoulder internal rotation to gain mobility of hand behind back: Improve IR reach/HBB as it relates to improving mobility for participation in ADLs/iADLs*

*Manual therapy: Improve shoulder girdle joint PAM to reduce pain and improve general shoulder mobility*

*Place-and-hold with pulley; AAROM Shoulder flexion and isometric contraction to stretch capsule and musculature to enhance overhead reach for ADL performance: Improve end-range flx mobility*

Sum of minutes: 60

**Flowsheet Notes**

| | |
|---|---|
| *12/17/2018: LP* | *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.* |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 1:05 pm/2:05 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 04/01/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 48
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Notes that he can lie on his left side (5-10 min) without pain. Sees his PA-C tomorrow morning.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Pain with overhead reach, weakness
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 40 min.)<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy ( 10 min.)<br>see flowsheet<br><br>Gr II lateral GHJ distraction and inferior gliding at 90 deg aBd<br>Gr II PPM ER at 30/60/90 deg aBd<br>Gr II PPM scaption<br>Gr II AP<->PA; inf<->sup SCJ gliding<br>Gr II ACJ downgliding | 1 |
| GP:97530:59 | Therapeutic Activity/Kinetic ( 10 min.)<br>See Flowsheet | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

Objective Findings
Supine PPM 90/90 ER->70 deg
Supine PPM scaption->160 deg
APM HBB/IR reach: L1

## Assessment

**Assessment/Diagnosis:** Continues to demonstrate improvement in AAPM and PPM 90/90 ER and scaption mobility. Particularly notable imrpovement has been with APM HBB/IR reach. See flowsheet for therapeutic procedures preformed in today's visit.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | QuickDASH improve x 1 MCID. |
**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 160 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 04/01/2019

2: (12 Weeks) | 50% | Increase strength to 80% of opposite side in elevation, IR, and ER |
3: (12 Weeks) | 30% | Have IR reach and ER reach WNL. |
4: (12 Weeks) | 25% | Have no shoulder pain lifting 5 lbs overhead. |

### Plan

**Instructions:** Progressing Patient Next Visit
Sees PA-C tomorrow. Will change POC per PA-C instruction.

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on April 1, 2019 at 3:15 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 04/04/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-04-04

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Scapular exercises | | 10 | | | | | Neuromusc Rehab | 1:1 w/Therapist *MG* |
| GHJ ER PPM | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAPM GHJ Scaption | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 10 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| HEP Education; instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |

*Scapular exercises: Standing long lever scapular depression into ball on table; standing OKC scapular retraction w/ lvl 1 band; lawn mower pulls (3# DB)->improve facilitation of LT using manual and verbal cuing*

**Total Minutes by Procedure**
Manual Therapy: 10

*AAPM GHJ Scaption: Supine and standing (3 points of contact on door)*

**Total Minutes by Procedure**
Therapeutic Exercise: 25

*AAROM Shoulder internal rotation to gain mobility of hand behind back: Improve IR mobility behind back*

**Total Minutes by Procedure**
Neuromusc Rehab: 10

Sum of minutes: 45

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 11:10 am/12:00 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 04/04/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 49
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** States that his shoulder was feeling better with rest the past 2 days. Has had painful popping in the shoulder the past 2 days as well. Saw the PA-C 2 days ago, and did not get much from the visit. Is going to get a new surgeon to take care of his case. Is also going to perform 2-4 weeks of dry needling at another clinic.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Pain with overhead reach, weakness
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 25 min.)<br>See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>Proprioception/Balance Training<br>Posture<br>See Flowsheet | 1 |
| GP:97140 | Manual Therapy ( 10 min.)<br>see flowsheet<br><br>Gr II lateral GHJ distraction and inferior gliding at 90 deg aBd<br>Gr II PPM ER at 30/60/90 deg aBd<br>Gr II PPM scaption<br>Gr II AP<->PA; inf<->sup SCJ gliding<br>Gr II ACJ downgliding | 1 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** No change in mobility since last visit. Has more sensitivity to pressure and stretching applied to L GHJ into ER at 90 deg aBd and scaption in supine.
**Patient Education:** Lawn mower pulls (3# DB); standing short lever scap retraction with band; standing AAPM scaption/IR reach/HBB; supine AAPM 90/90 ER
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | QuickDASH improve x 1 MCID. |
**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 160 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 04/04/2019

2: (12 Weeks) | 50% | Increase strength to 80% of opposite side in elevation, IR, and ER |
3: (12 Weeks) | 30% | Have IR reach and ER reach WNL. |
4: (12 Weeks) | 25% | Have no shoulder pain lifting 5 lbs overhead. |

### Plan

**Instructions:** Progressing Patient Next Visit
Sees PA-C tomorrow. Will change POC per PA-C instruction.

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on April 4, 2019 at 2:45 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 04/10/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-04-10

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Therapeutic Activity | | 10 | | | | | Therapeutic Activity | 1:1 w/Therapist *MG* |
| UBE | | 10 | | | | | Neuromusc Rehab | 1:1 w/Therapist *MG* |
| PROM Shoulder External Rotation to gain shoulder mobility | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |

*Therapeutic Activity: Education in use of L GHJ in all ADLs/iADLs to improve shoulder strength and mobility. This was provided with verbal instruction and demonstration.*

**Total Minutes by Procedure**
Manual Therapy: 25

*UBE: Lvl 1.0; scapular retraction with retroversion; moderate tactile cuing to improve facilitation of the LT/MT*

**Total Minutes by Procedure**
Therapeutic Exercise: 10

*PROM Shoulder External Rotation to gain shoulder mobility: 90/90 ER*

**Total Minutes by Procedure**
Neuromusc Rehab: 10

*AAROM Shoulder internal rotation to gain mobility of hand behind back: Improve IR reach*

**Total Minutes by Procedure**
Therapeutic Activity: 10

Sum of minutes: 55

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 10:00 am/11:00 am
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 04/10/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 50
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Reports that his shoulder feels more painful in the past few weeks and that it feels like it's regressing because of the increased pain. Did dry needling two days ago that was really painful along the top of the shoulder.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Pain with overhead reach, weakness
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 10 min.)<br>See Flowsheet | 1 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>Proprioception/Balance Training<br>Posture<br>See Flowsheet | 1 |
| GP:97140 | Manual Therapy ( 25 min.)<br>see flowsheet<br><br>Gr II lateral GHJ distraction and inferior gliding at 90 deg aBd<br>Gr II PPM ER at 30/60/90 deg aBd<br>Gr II PPM scaption<br>Gr II C/S traction<br>Gr II L CTJ downgliding | 1 |
| GP:97530:59 | Therapeutic Activity/Kinetic ( 10 min.)<br>See Flowsheet | 1 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** See flowsheet for details of therapeutic procedures performed in today's visit.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | QuickDASH improve x 1 MCID. |
**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 160 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 50% | Increase strength to 80% of opposite side in elevation, IR, and ER |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Daily Note / Billing Sheet**

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 04/10/2019

3: (12 Weeks) | 30% | Have IR reach and ER reach WNL. |
4: (12 Weeks) | 25% | Have no shoulder pain lifting 5 lbs overhead. |

## Plan

**Instructions:** Progressing Patient Next Visit
Continue to focus on improving L UQ joint and soft tissue mobility. Combined with improving L GHJ mobility in all planes.

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on April 10, 2019 at 12:57 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD / Begley, Beth PA
**Time In/Out:** 2:10 pm/3:58 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Recertification:** 04/22/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 51

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient is 29 weeks S/P Arthroscopic Rotator cuff repair on 7-26-18. Works at Toyota Motor Manufacturing Kentucky wants to return to work and use arm for IADL and self care. His job requires driving, moving damaged automotive parts.
**Current Complaints / Gains:** Reports seeing another surgeon for a second opinion. Had an injection into the his AC joint last Wednesday that did not help. Feels the same in the past couple of weeks. Getting frustrated by his pain. Will follow up with the surgeon that gave him an injection in 4 weeks (end of May).
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient continues with trouble tolerating load, fatigue with overhead motions.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Pain medicine)

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

### Outcome Measurement Tools

**Previous Findings as of 03/13/2019*

**Upper Extremity**

| | | Previous |
|---|---|---|
| Upper Extremity Quick DASH | 38.64/100 | *38.64* |

### Range of Motion

**Previous Findings as of 03/13/2019*

| Current | Previous |
|---|---|
| **Comments** L GHJ APM: | *L GHJ APM:* |
| Flx: 160 deg | *Flx: 160 deg* |
| Neutral ER: 60 deg | *Neutral ER: 60 deg* |
| IR reach HBB: **L4** | *IR reach HBB: L4* |
| L GHJ PPM | *L GHJ PPM* |
| ER (30/60/90 deg aBd): 45 deg/65deg/75 deg | *ER (30/60/90 deg aBd): 40 deg/60 deg/70 deg* |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Physical Therapy Recertification Note**

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 04/22/2019

| | |
|---|---|
| IR reach/HBB: L2 | *IR reach/HBB: L2* |
| | *AAPM IR reach/HBB:* |

**Strength** **Previous Findings as of 03/13/2019*

| | |
|---|---|
| **Comments** Neutral ER: 4 | *Neutral ER: NT* |
| Neutral IR: 5 | *Neutral IR: NT* |
| Scaption (90 deg full can): 4- | *Scaption (90 deg full can): NT* |

**Palpation**

**Comments** (+) L lower C/S quadrant soft tissue and joint hypomobility->Supraspinatus; 1st rib downgliding

## Assessment

**Assessment/Diagnosis:** Mr. Zoll continues to demonstrate gradual improvements in strength and range of motion. Continuing to address the CNS component to reduce L GHJ sensitivity. Progress will limited significantly if pain sensitivity does not decrease, even though L GHJ mobility and strength are progressing toward being within functional limits.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:** Keep strengthening exercises below shoulder height. Mobility in comfortable range of motion.

Supine 90/90 ER PPM; supine scaption PPM; supine iso horz aBd with band with APM elevation B/L; seated short lever pulleys into elevation
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | QuickDASH improve x 1 MCID. |
**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 160 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 75% | Increase strength to 80% of opposite side in elevation, IR, and ER |
3: (12 Weeks) | 50% | Have IR reach and ER reach WNL. |
4: (12 Weeks) | 30% | Have no shoulder pain lifting 5 lbs overhead. |



Powered by WebPT
8113

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 04/22/2019

## Plan

**Frequency:** 1-2 times a week
**Duration:** 4 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Neuromuscular Rehabilitation (Muscle Re-Education, Sequencing), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization), Massage, Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification, Home Safety, billing, precautions)

**Modalities**

To Improve (Pain Relief, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Biofeedback Training, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on April 23, 2019 at 9:55 am*

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature________________________
T. W. Wilkes, MD
Date:____________

Physician Signature________________________
B. Begley, PA
Date:____________

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD / Begley, Beth PA
**Time In/Out:** 2:10 pm/3:58 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 04/22/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 51
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Reports seeing another surgeon for a second opinion. Had an injection into the his AC joint last Wednesday that did not help. Feels the same in the past couple of weeks. Getting frustrated by his pain. Will follow up with the surgeon that gave him an injection in 4 weeks (end of May).
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient continues with trouble tolerating load, fatigue with overhead motions.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 25 min.)<br>See Flowsheet | 2 |
| GP:97140 | Manual Therapy ( 25 min.)<br>see flowsheet<br><br>Gr II PPM ER at 30/60/90 deg aBd<br>Gr II PPM scaption | 2 |
| GP:97530:59 | Therapeutic Activity/Kinetic ( 8 min.)<br>See Flowsheet | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** Mr. Zoll continues to demonstrate gradual improvements in strength and range of motion. Continuing to address the CNS component to reduce L GHJ sensitivity. Progress will limited significantly if pain sensitivity does not decrease, even though L GHJ mobility and strength are progressing toward being within functional limits.
**Patient Education:** Keep strengthening exercises below shoulder height. Mobility in comfortable range of motion.

Supine 90/90 ER PPM; supine scaption PPM; supine iso horz aBd with band with APM elevation B/L; seated short lever pulleys into elevation
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | QuickDASH improve x 1 MCID. |
**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 160 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 04/22/2019

2: (12 Weeks) | 75% | Increase strength to 80% of opposite side in elevation, IR, and ER |
3: (12 Weeks) | 50% | Have IR reach and ER reach WNL. |
4: (12 Weeks) | 30% | Have no shoulder pain lifting 5 lbs overhead. |

## Plan

**Instructions:** Progressing Patient Next Visit
Thoracic mobility,
progress to scapular strengthening exercise, AAROM as tolerated

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on April 23, 2019 at 9:55 am*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 04/23/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755) / B. Begley, PA (1598188476)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-04-22

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| B/L GHJ elevation | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Therapeutic Activity | | 8 | | | | | Therapeutic Activity | 1:1 w/Therapist *MG* |
| Supine AAPM scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| GHJ ER PPM | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Seated AAPM scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| HEP Education; instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |

*B/L GHJ elevation: Horz aBd; lvl 1 band*

**Total Minutes by Procedure**
Manual Therapy: 25

*Therapeutic Activity: Education about modification of participation in ADLs and prescribed exercises to reduce stress through the L GHJ as the cortisone injection continues to take effect. Also, to avoid excessive reaching overhead and behind back to reduce irritation of the L GHJ during participation in ADLs.*

**Total Minutes by Procedure**
Therapeutic Activity: 8

*GHJ ER PPM: 90/90 ER*

**Total Minutes by Procedure**
Therapeutic Exercise: 25

*Seated AAPM scaption: short lever using pulleys2*
Sum of minutes: 58

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

# Patient Outcomes

Report Date: 4/23/2019

**James D Zoll** **39 OF 100**

| | | | |
|---|---|---|---|
| **Patient ID:** | 3202821 | **Questionnaire Type:** | Follow Up |
| **Case Key:** | 21413554 | **Area:** | Upper Extremity |
| **Visit Date:** | 4/22/2019 | **Clinician:** | Glindmeyer, Michael |
| **Entry Date:** | 4/23/2019 | **Clinic:** | Commonwealth Hand Therapy |
| **ICD Code:** | M75122 - Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic | **Referral Source:** | Wilkes, Trevor W |
| **Gender:** | M | | Commercial |
| **Date of Birth:** | | **Litigation:** | No **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Pain Level** | 5 | 5 | (0 to 10) |
| | **Satisfaction** | Very Satisfied | 1 | (1 to 4) |
| | **Functional Improvement** | Good | 2 | (1 to 4) |
| | **Goals Met** | Partially Met | 3 | (1 to 4) |
| | **Open a tight or new jar.** | Mild Difficulty | 2 | (1 to 5) |
| | **Do heavy household chores (e.g., wash walls, floors).** | Moderate Difficulty | 3 | (1 to 5) |
| | **Carry a shopping bag or briefcase.** | Moderate Difficulty | 3 | (1 to 5) |
| | **Wash your back.** | Mild Difficulty | 2 | (1 to 5) |
| | **Use a knife to cut food.** | Mild Difficulty | 2 | (1 to 5) |
| | **Recreational activities in which you take some force or impact through your arm, shoulder or hand (e.g., golf, hammering, tennis, etc.).** | Moderate Difficulty | 3 | (1 to 5) |
| | **During the past week, to what extent has your arm, shoulder or hand problem interfered with your normal social activities with family, friends, neighbours or groups?** | Slightly | 2 | (1 to 5) |
| | **During the past week, were you limited in your work or other regular daily activities as a result of your arm, shoulder or hand problem?** | Moderately Limited | 3 | (1 to 5) |

**Patient Outcomes** **Report Date: 4/23/2019**

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | Arm, shoulder or hand pain. | Moderate | 3 | (1 to 5) |
| | Tingling (pins and needles) in your arm, shoulder or hand. | Moderate | 3 | (1 to 5) |
| | During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand? | Mild Difficulty | 2 | (1 to 5) |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 04/25/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755) / B. Begley, PA (1598188476)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-04-25

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| B/L GHJ elevation | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Supine AAPM scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Scapular exercises | | 10 | | | | | Neuromusc Rehab | 1:1 w/Therapist *MG* |
| GHJ ER PPM | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Seated AAPM scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |

*B/L GHJ elevation: Horz aBd; lvl 3 band*

**Total Minutes by Procedure**
Manual Therapy: 25

*Supine AAPM scaption: Improve overhead mobility*

**Total Minutes by Procedure**
Neuromusc Rehab: 10

*Scapular exercises: Lvl 6.0 on UBE; scapular retraction with retroversion; mild tactile cuing to improve facilitation of MT/LT mm*

**Total Minutes by Procedure**
Therapeutic Exercise: 25

*GHJ ER PPM: Neutral ER (elbow propped on towel roll)*
*Seated AAPM scaption: Long and short lever*
*AAROM Shoulder internal rotation to gain mobility of hand behind back: Standing HBB/IR reach using pulley*
*Manual therapy: Improve L GHJ PPM and PAM; combined with decreasing sensitivity along superior GHJ/scap*
Sum of minutes: 60

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD / Begley, Beth PA
**Time In/Out:** 9:10 am/10:05 am
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 04/25/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 52
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Feels like the injection did not help his symptoms.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient continues with trouble tolerating load, fatigue with overhead motions.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 25 min.)<br>See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>Posture<br>See Flowsheet | 1 |
| GP:97140 | Manual Therapy ( 25 min.)<br>see flowsheet<br><br>Gr II lateral/inferior gliding L GHJ using belt<br>Gr II sustained 1st rib downgliding<br>Gr II PPM ER at 30/60/90 deg aBd<br>Gr II PPM scaption | 2 |

CPT copyright 2018 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** See flowsheet for details of therapeutic procedures performed in today's visit. Focusing on improving mobility without symptoms along the superior and lateral GHJ.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | QuickDASH improve x 1 MCID. |
**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 160 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 75% | Increase strength to 80% of opposite side in elevation, IR, and ER |
3: (12 Weeks) | 50% | Have IR reach and ER reach WNL. |
4: (12 Weeks) | 30% | Have no shoulder pain lifting 5 lbs overhead. |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Daily Note / Billing Sheet**

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 04/25/2019

## Plan

**Instructions:** Progressing Patient Next Visit
Will focus on improving mobility into planes of discomfort and general shoulder strength at next visit.

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on April 25, 2019 at 10:08 am*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 04/29/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755) / B. Begley, PA (1598188476)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-04-29

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Body Blade | | 10 | | | | | Neuromusc Rehab | 1:1 w/Therapist *MG* |
| B/L GHJ elevation | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| UBE | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAPM GHJ Scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |

*Body Blade: Improve ant:post GHJ motor control->neutral IR/ER w/ scap setting hold*

**Total Minutes by Procedure**
Manual Therapy: 25

*B/L GHJ elevation: Horz aDd w/ SB; horz aBd w/ lvl 4 band*

**Total Minutes by Procedure**
Therapeutic Exercise: 25

*UBE: Lvl 6.0; scapular retraction with retroversion; 25 watts*

**Total Minutes by Procedure**
Neuromusc Rehab: 10

*AAPM GHJ Scaption: Short lever scaption AAPM using pulleys in seated position*
*AAROM Shoulder internal rotation to gain mobility of hand behind back: IR reach/HBB using pulley*
*Manual therapy: Same rationale as previous visit; held on L UQ C/S and 1st rib mobilization*
Sum of minutes: 60

## Flowsheet Notes

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD / Begley, Beth PA
**Time In/Out:** 1:10 pm/2:10 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 04/29/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 53
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** States that his shoulder feels the same since last visit. Will f/u with surgeon in about 2 weeks.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient continues with trouble tolerating load, fatigue with overhead motions.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 25 min.)<br>See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>Posture<br>See Flowsheet | 1 |
| GP:97140 | Manual Therapy ( 25 min.)<br>see flowsheet<br><br>Gr II lateral/inferior gliding L GHJ using belt<br>Gr II PPM ER at 30/60/90 deg aBd<br>Gr II PPM scaption | 2 |

CPT copyright 2018 American Medical Association. All rights reserved.

## Assessment

**Assessment/Diagnosis:** See flowsheet for details of therapeutic procedures performed in today's visit. Continuing to focus on improving mobility without symptoms along the superior and lateral GHJ.
**Patient Education:** Supine APM GHJ flx with aBd/aDd isometrics; seated short lever AAPM scaption; standing HBB/IR reach
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | QuickDASH improve x 1 MCID. |
**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 160 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 75% | Increase strength to 80% of opposite side in elevation, IR, and ER |
3: (12 Weeks) | 50% | Have IR reach and ER reach WNL. |
4: (12 Weeks) | 30% | Have no shoulder pain lifting 5 lbs overhead. |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8[illegible]
Fax: (859)447-8599

## Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 04/29/2019
-

### Plan

**Instructions:** Progressing Patient Next Visit
Will focus on improving mobility into planes of discomfort and general shoulder strength at next visit.

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on April 29, 2019 at 2:20 pm*



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

## FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 05/01/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755) / B. Begley, PA (1598188476)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-05-01

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Mirror AROM | | 10 | | | | | Neuromusc Rehab | 1:1 w/Therapist *MG* |
| GHJ strengthening | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| B/L GHJ elevation | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| UBE | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| HEP Education; instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |

*Mirror AROM: AAPM short lever and long lever scaption; APM short and long lever scaption; improve motor control of the L GHJ mm using mirror for visual feedback*

**Total Minutes by Procedure**
Manual Therapy: 25

*GHJ strengthening: 2# DB->scaption (long lever); 4# DB (short lever overhead press)*

**Total Minutes by Procedure**
Therapeutic Exercise: 25

*B/L GHJ elevation: Horz aDd w/SB; horz aBd w/lvl 4 band; improve overhead strength*

**Total Minutes by Procedure**
Neuromusc Rehab: 10

*UBE: Lvl 3.5; scapular retraction with retroversion*
*Manual therapy: Improve PPM GHJ mobility into ER at varying angles of aBd, and into scaption*
Sum of minutes: 60

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD / Begley, Beth PA
**Time In/Out:** 1:10 pm/2:05 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 05/01/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 54
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Follows up with shoulder surgeon in 2 weeks.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient continues with trouble tolerating load, fatigue with overhead motions.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 25 min.)<br>See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>Posture<br>See Flowsheet | 1 |
| GP:97140 | Manual Therapy ( 25 min.)<br>see flowsheet<br><br>Gr II lateral/inferior gliding L GHJ using belt<br>Gr II PPM ER at 30/60/90 deg aBd<br>Gr II PPM scaption | 2 |

CPT copyright 2018 American Medical Association. All rights reserved.

Objective Findings

PPM scaption: 165 deg
PPM ER at 90 deg aBd: 75 deg

## Assessment

**Assessment/Diagnosis:** Continues to have improved mobility into scaption and ER at 90 deg aBd PPM. Added loading of the L GHJ via strengthening into long lever scaption and short lever overhead press. Had 'stinging' symptoms in shoulder with overhead press using 4# DB today.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | QuickDASH improve x 1 MCID. |
**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 160 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Daily Note / Billing Sheet**

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 05/01/2019

2: (12 Weeks) | 75% | Increase strength to 80% of opposite side in elevation, IR, and ER |
3: (12 Weeks) | 50% | Have IR reach and ER reach WNL. |
4: (12 Weeks) | 30% | Have no shoulder pain lifting 5 lbs overhead. |

## Plan

**Instructions:** Progressing Patient Next Visit
Cont to add external loading to the L GHJ for general strengthening.

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on May 1, 2019 at 2:30 pm*



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 05/06/2019 **Start Date:** 10/23/2018
**Physician:** D. J. Hackett Jr, MD (1306132360) / B. Begley, PA (1598188476)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-05-06

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| GHJ strengthening | | 10 | | | | | Neuromusc Rehab | 1:1 w/Therapist *MG* |
| UBE | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Seated AAPM scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| HEP Education; instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |

*GHJ strengthening: Using mirror for visual feedback to reduce UT and L/S mm activity; using intermittent verbal and tactile cuing to ensure appropriate mm output and motor control; 1# DB->aBd to shoulder height.; 2# DB->scaption to shoulder height; 3# DB (Elbow flx->to elbow to shoulder height)*

**Total Minutes by Procedure**
Manual Therapy: 25

*UBE: Lvl 6.0; 15-20 RPMs; scapular retraction with retroversion*

**Total Minutes by Procedure**
Therapeutic Exercise: 25

*Seated AAPM scaption: Short and long lever*

**Total Minutes by Procedure**
Neuromusc Rehab: 10

*AAROM Shoulder internal rotation to gain mobility of hand behind back: Standing with pulley*
*Manual therapy: Improve L lower C/S quadrant and L GHJ mobility*
Sum of minutes: 60

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Hackett, Daniel J. Jr MD / Begley, Beth PA
**Time In/Out:** 1:10 pm/2:05 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 05/06/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 55
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** States that his shoulder feels less painful along the outside since last visit. Rates it at a 1/10 today.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient states ER and prone I's are feeling easier.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 10 min.)<br>See Flowsheet | 2 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>Posture<br>See Flowsheet | 1 |
| GP:97140 | Manual Therapy ( 25 min.)<br>see flowsheet<br><br>Gr II L CTJ downgliding<br>Gr II 1st rib downgliding<br>Gr II lateral/inferior gliding L GHJ using belt<br>Gr II PPM ER at 30/60/90 deg aBd<br>Gr II PPM scaption | 2 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

Objective Findings

Supine PPM scaption: 170 deg
Supine PPM ER (45 deg aBd): 60 deg
Supine PPM ER (90 deg aBd): 75 deg

## Assessment

**Assessment/Diagnosis:** See flowsheet for details of therapeutic procedures performed in today's visit. Continues to make small clinical improvements in shoulder passive mobility in ER at varying angles of aBd, and into scaption. Needs focused care on improving overhead strength.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Long Term Goals:**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 05/06/2019

1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
Cont to add external loading to the L GHJ for general strengthening.

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on May 6, 2019 at 4:32 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

## FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 05/08/2019 **Start Date:** 10/23/2018

**Physician:** D. J. Hackett Jr, MD (1306132360) / B. Begley, PA (1598188476)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-05-08

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| marching in supine over foam roll to increase core strength and stability, protraction and flexion/extension of shoulders with TA activation for stability and scapular strength | | 10 | | | | | Neuromusc Rehab | 1:1 w/Therapist *LP* |
| Chin tucks to stretch posterior cervical musculature for pain reduction and improved posture | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| GHJ strengthening | | 35 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Manual therapy | | 10 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |

*GHJ strengthening: Short lever elevation 4# and 3#. Long lever scaption 2#, ER at 45 abduction 1.5#, body blade ER/IR at neutral-45abduction. Supine manual resistance (multidirectional) at 90, 110, 120 elevation with protraction*

**Total Minutes by Procedure**
Manual Therapy: 10

*Manual therapy: Cervical distraction, trigger point release to UT on the left, PROM into flexion and ER*

**Total Minutes by Procedure**
Therapeutic Exercise: 40

Sum of minutes: 60

Neuromusc Rehab: 10

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Hackett, Daniel J. Jr MD / Begley, Beth PA
**Time In/Out:** 1:05 pm/2:05 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 05/08/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 56
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient has a migraine today, states neck pain as well. States shoulder feels like a 1-2/10 at rest, 5-6/10 with activity
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** No major changes today
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 6 **Best:** 1 **Current:** 1 **Previous Findings as of 02/18/2019 - Worst:6 Best:3 Current:4*
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 40 min.)<br>See Flowsheet | 3 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>Posture<br>See Flowsheet | 1 |
| GP:97140 | Manual Therapy ( 10 min.)<br>see flowsheet | 1 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

Objective Findings: 140 elevation in standing (L shoulder)

Slow with movements above 90 degrees of flexion, states pain with elevation.

## Assessment

**Assessment/Diagnosis:** Patient with fair tolerance to activity today; he also stated increased head and neck pain from migraine today. Patient continues with slow progress in strength and motion, which are limited by pain and fear of movement as well as GHJ stiffness and muscular weakness. Barriers to progress include joint stiffness, pain reaction to overhead motions, time since onset.
**Patient Education:** Educated on posture with exercise.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Long Term Goals:**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 05/08/2019

1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

### Plan

**Instructions:** Progressing Patient Next Visit
Cont to add external loading to the L GHJ for general strengthening.

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on May 8, 2019 at 2:52 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 05/13/2019 **Start Date:** 10/23/2018

**Physician:** D. J. Hackett Jr, MD (1306132360) / B. Begley, PA (1598188476)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-05-13

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| GHJ ER PPM | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| UBE | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Seated AAPM scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |

*GHJ ER PPM: 0/60/90 deg aBd*

**Total Minutes by Procedure**
Manual Therapy: 25

*UBE: Lvl 3.0; scapular retraction with retroversion*

**Total Minutes by Procedure**
Therapeutic Exercise: 25

*Seated AAPM scaption: Short lever*
Sum of minutes: 50

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Hackett, Daniel J. Jr MD / Begley, Beth PA
**Time In/Out:** 2:05 pm/3:00 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 05/13/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 57
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** States that his shoulder pain is worse since last visit. Sees the surgeon on 5/15/19.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** No major changes today
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 25 min.)<br>See Flowsheet | 2 |
| GP:97140 | Manual Therapy ( 25 min.)<br>see flowsheet<br><br>Gr III PPM ER at 0/60/90 deg aBd<br>Gr II PPM scaption<br>Gr II ACJ downgliding<br>Gr III C/S traction | 2 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

Objective Findings

Old data: 140 elevation in standing (L shoulder)

Slow with movements above 90 degrees of flexion, states pain with elevation.

New data (5/13/19):
PPM scaption: 160 deg
PPM ER at 90 deg aBd: 75 deg

## Assessment

**Assessment/Diagnosis:** See flowsheet for therapeutic procedures performed in today's visit. Has localized tenderness at ACJ, that is a comparable sign. Has pain before stiffness into PPM scaption in supine today.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 05/13/2019

## Plan

**Instructions:** Progressing Patient Next Visit
Cont to add external loading to the L GHJ for general strengthening.

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on May 13, 2019 at 3:55 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 05/15/2019 **Start Date:** 10/23/2018

**Physician:** D. J. Hackett Jr, MD (1306132360) / B. Begley, PA (1598188476)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-05-15

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Therapeutic Activity | | 10 | | | | | Therapeutic Activity | 1:1 w/Therapist *MG* |
| Supine AAPM scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| GHJ ER PPM | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| UBE | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| HEP Education; instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |

*Therapeutic Activity: Seated AAPM scaption and IR reach HOLDs->improve participation during ADLs that require reaching overhead and behind back*

**Total Minutes by Procedure**
Manual Therapy: 25

*GHJ ER PPM: 90/90 ER*

**Total Minutes by Procedure**
Therapeutic Exercise: 25

*UBE: Seated scapular retraction with retroversion to improve shoulder mm endurance*

**Total Minutes by Procedure**
Therapeutic Activity: 10

Sum of minutes: 60

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Hackett, Daniel J. Jr MD / Begley, Beth PA
**Time In/Out:** 1:05 pm/2:00 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 05/15/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 58
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Shoulder feels better since last visit. Sees surgeon today.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** No major changes today
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 25 min.)<br>See Flowsheet | 2 |
| GP:97140 | Manual Therapy ( 25 min.)<br>see flowsheet<br><br>Gr III PPM ER at 0/60/90 deg aBd<br>Gr II PPM scaption<br>Gr II ACJ downgliding<br>Gr III C/S traction<br>Gr III L CTJ downgliding | 2 |
| GP:97530:59 | Therapeutic Activity/Kinetic ( 10 min.)<br>See Flowsheet | 1 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** See flowsheet for therapeutic procedures performed in today's visit.
**Patient Education:** Education on 1 min HOLDs into ER at 90 deg, supine scaption, seated scaption and standing IR reach/ HBB->3 times per day.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Long Term Goals:**
1: (8 Weeks) | 90% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 20% | Increase strength to 80% of opposite side in elevation, IR, and ER |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 05/15/2019

## Plan

**Instructions:** Progressing Patient Next Visit
Will wait on surgeon orders for continued care.

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on May 16, 2019 at 9:57 am*



Powered by WebPT™

Survey of Upper Extremity Disability (DASH) Date:______ Date of Birth:______

Name:______ Therapist:______

The Disability of the arm, shoulder and hand (DASH) is a questionnaire to ask you about your symptoms as well as your ability to perform certain activities. Please answer every question, based on your condition in the last week, by circling the appropriate number. If you did not have the opportunity to perform an activity in the past week, please make your best estimate on which response would be most accurate. It does not matter which hand you use to perform the activity; please answer based on your ability regardless of how you perform the task. Please rate your ability to do the following activities by circling the number:

| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | Unable |
|---|---|---|---|---|---|
| Open a tight jar | 1 | 2 | 3 | 4 | 5 |
| Do heavy household chores (e.g., wash walls, floors) | 1 | 2 | 3 | 4 | 5 |
| Carry a shopping bag or briefcase | 1 | 2 | 3 | 4 | 5 |
| Wash your back | 1 | 2 | 3 | 4 | 5 |
| Use a knife to cut food | 1 | 2 | 3 | 4 | 5 |
| Recreational activities which you take some force or impact through your arm, shoulder, or hand (golf, hammering, tennis, etc) | 1 | 2 | 3 | 4 | 5 |
| | **Not at All** | **Slightly** | **Moderately** | **Quite a Bit** | **Extremely** |
| During the past week, to what extent has your arm, shoulder, or hand problem interfered with your normal social activities with family, friends, neighbors, or groups? | 1 | 2 | 3 | 4 | 5 |
| | **Not Limited at All** | **Slightly Limited** | **Moderately Limited** | **Very Limited** | **Unable** |
| During the past week, were you limited in your work or other regular daily activities, as a result of your arm, shoulder, or hand problem? | 1 | 2 | 3 | 4 | 5 |
| **Please rate the severity of the following symptoms in the last week** | **None** | **Mild** | **Moderate** | **Severe** | **Extreme** |
| Arm, shoulder, or hand pain | 1 | 2 | 3 | 4 | 5 |
| Tingling (pins & needles) in your arm, shoulder, or hand. | 1 | 2 | 3 | 4 | 5 |
| | **No Difficulty** | **Mild Difficulty** | **Moderate Difficulty** | **Severe Difficulty** | **So Much I can't Sleep** |
| During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand? | 1 | 2 | 3 | 4 | 5 |
| ***For office use only*** *Percent Disability Score ( ) Sum all columns for raw score ( )* | | | | | |

***If this is your first visit, ignore the question below.***

Overall, since you started your treatment, has there been any change in your symptoms in your arm, shoulder, or hand during your daily activities? Please indicate if there has been any change by choosing one of the following options.

| Worse | Same (0) | Better |
|---|---|---|
| __Almost the same, hardly any worse at all (-1) | | __Almost the same, hardly any better at all (1) |
| __A little worse (-2) | | __A little better (2) |
| __Somewhat worse (-3) | | __Somewhat better (3) |
| __Moderately worse (-4) | | __Moderately better (4) |
| __A good deal worse (-5) | | __A good deal better (5) |
| __A great deal worse (-6) | | __A great deal better (6) |
| __A very great deal worse (-7) | | __A very great deal better (7) |

Please rate your pain level with activity. 0 1 2 3 4 5 6 7 8 9 10
NO PAIN VERY SEVERE PAIN

If this is your first visit, ignore the question:" How satisfied are you with the level of care and services provided? Very Satisfied, Unsatisfied, Very-Unsatisfied

Please rate your progess with functional activities from start of therapy to this point in time. Excellent Good Fair Poor

At this point in your treatment, have your therapy goals been met? Completely Met Mostly Met Partially Met Not Met

Commonwealth Hand & Physical Therapy
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Hackett, Daniel J. Jr MD / Begley, Beth PA
**Time In/Out:** 1:10 pm/2:10 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Recertification:** 06/03/2019
**Injury/Onset/Change of Status Date:** 07/15/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatus
**Visit No.:** 59

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient is 29 weeks S/P Arthroscopic Rotator cuff repair on 7-26-18. Works at Toyota Motor Manufacturing Kentucky wants to return to work and use arm for IADL and self care. His job requires driving, moving damaged automotive parts.
**Current Complaints / Gains:** States that his shoulder feels a little bit better since taking about 2 weeks of rest from physical therapy. Reports not using the left arm as much in that time period, resulting in less soreness and pain. Carrying anything heavier than 2-3 lbs aggravates the shoulder (i.e. carrying groceries or grabbing items from the refrigerator). Returns to the surgeon on 6/26/2019.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient continues with trouble tolerating load, fatigue with overhead motions.
**Home Health Care:** No
**Medical History:** See scanned documents
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Pain medicine)

## Objective

**Inspection**

**Patient Consent**
Patient/Parent/Guardian Consent Yes

**Outcome Measurement Tools** *Previous Findings as of 04/22/2019*

**Upper Extremity**
Upper Extremity Quick DASH 47.73/100 — *38.64*

**Range of Motion** *Previous Findings as of 04/22/2019*

Comments L GHJ APM: — *L GHJ APM*

Flx: 160 deg — *Flx 160 deg*
Neutral ER: 40 deg->AAPM->60 deg — *Neutral ER 60 deg*
IR reach HBB: L4->AAPM->L2 — *IR reach HBB L4*

L GHJ PPM: — *L GHJ PPM*

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Commonwealth Hand & Physical Therapy
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 06/03/2019

| | |
|---|---|
| ER (30/60/90 deg aBd): 50deg/60deg/75 deg | *ER (30/60/90 deg aBd): 45 deg/65deg/75 deg* <br> *IR reach/HBS: L2* |

**Strength** **Previous Findings as of 04/22/2019*

| | |
|---|---|
| **Comments** Neutral ER: 4 | *Neutral ER: 4* |
| Neutral IR: 5 | *Neutral IR: 5* |
| Scaption (90 deg full can): 4- | *Scaption (90 deg full can): 4-* |

**Palpation**

**Comments** (+) L lower C/S quadrant soft tissue and joint hypomobility->Supraspinatus; 1st rib downgliding

## Assessment

**Assessment/Diagnosis:** Mr. Zoll has attended physical therapy for a total of 37 visits since January 1, 2019. He returns to physical therapy after taking 2 weeks off from physical therapy per MD and PT instruction. Shoulder motion has not made improved significantly enough note a clinical or functional change. Still has considerable reproduction of symptoms along the lateral aspect of the superior shoulder with stretching overhead. Unable to load the GHJ overhead due to reproduction of pain at the aforementioned location.

**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**

- Post operative shoulder pain
- Limited shoulder motion following surgery

**Long Term Goals:**

1: (8 Weeks) | 70% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | ER is main limited factor, particularly at neutral ER

2: (12 Weeks) | 40% | Increase strength to 80% of opposite side in elevation, IR, and ER |

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Commonwealth Hand & Physical Therapy
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 06/03/2019

**Plan**

**Frequency:** 1 time a week
**Duration:** 4 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Neuromuscular Rehabilitation (Muscle Re-Education, Sequencing), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization), Massage, Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification, Home Safety, billing, precautions)

**Modalities**

To Improve (Pain Relief, increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Biofeedback Training, Hot Packs

Original Note Completed On: June 3, 2019 4:12pm
Addendum Completed On: June 3, 2019 4:13pm

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on June 3, 2019 at 4:13 pm*

__ I have no revisions to the plan of care.
__ Revise the plan of care as follows__________

Physician Signature [signature]
D. J. Hackett Jr, MD
Date: 6/4/19 Time: 0924

Physician Signature__________
B. Begley, PA
Date:________ Time:________

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Commonwealth Hand & Physical Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

## FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 06/03/2019 **Start Date:** 10/23/2018
**Physician:** D. J. Hackett Jr, MD (1306132360) / B. Begley, PA (1598188476)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-06-03

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| B/L GHJ elevation | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Therapeutic Activity | | 10 | | | | | Therapeutic Activity | 1:1 w/Therapist *MG* |
| Supine AAPM scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Scapular exercises | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| GHJ ER PPM | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| UBE | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Seated AAPM scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 10 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |

*Therapeutic Activity: Instruction and education in modification of activities as it relates to participation in ADLs/iADLs. Including using the arm more frequently during ADL participation.*

**Total Minutes by Procedure**
Manual Therapy: 10

*Scapular exercises: B/L GHJ ER isometrics; grade 2 band*

**Total Minutes by Procedure**
Therapeutic Activity: 10

*GHJ ER PPM: Neutral and 90 deg ER*

**Total Minutes by Procedure**
Therapeutic Exercise: 40

*UBE: Lvl 1.0; scapular retraction with retroversion*
*Seated AAPM scaption: Short lever*
Sum of minutes: 60

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand & Physical Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Hackett, Daniel J. Jr MD / Begley, Beth PA
**Time In/Out:** 1:10 pm/2:10 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Recertification:** 06/03/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 59

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient is 29 weeks S/P Arthroscopic Rotator cuff repair on 7-26-18. Works at Toyota Motor Manufacturing Kentucky wants to return to work and use arm for IADL and self care. His job requires driving, moving damaged automotive parts.
**Current Complaints / Gains:** States that his shoulder feels a little bit better since taking about 2 weeks of rest from physical therapy. Reports not using the left arm as much in that time period, resulting in less soreness and pain. Carrying anything heavier than 2-3 lbs aggravates the shoulder (i.e. carrying groceries or grabbing items from the refrigerator). Returns to the surgeon on 6/26/2019.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient continues with trouble tolerating load, fatigue with overhead motions.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Pain medicine)

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent Yes

### Outcome Measurement Tools

**Previous Findings as of 04/22/2019*

**Upper Extremity**

| | | Previous |
|---|---|---|
| Upper Extremity Quick DASH | 47.73/100 | *38.64* |

### Range of Motion

**Previous Findings as of 04/22/2019*

| Current | Previous |
|---|---|
| **Comments** L GHJ APM: | *L GHJ APM:* |
| Flx: 160 deg | *Flx: 160 deg* |
| Neutral ER: 40 deg->AAPM->60 deg | *Neutral ER: 60 deg* |
| IR reach HBB: L4->AAPM->L2 | *IR reach HBB: L4* |
| L GHJ PPM: | *L GHJ PPM* |

**Commonwealth Hand & Physical Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 06/03/2019

| | |
|---|---|
| ER (30/60/90 deg aBd): 50deg/60deg/75 deg | *ER (30/60/90 deg aBd): 45 deg/65deg/75 deg* |
| | *IR reach/HBB: L2* |

**Strength** **Previous Findings as of 04/22/2019*

| | | |
|---|---|---|
| **Comments** | Neutral ER: 4 | *Neutral ER: 4* |
| | Neutral IR: 5 | *Neutral IR: 5* |
| | Scaption (90 deg full can): 4- | *Scaption (90 deg full can): 4-* |

**Palpation**

**Comments** (+) L lower C/S quadrant soft tissue and joint hypomobility->Supraspinatus; 1st rib downgliding

## Assessment

**Assessment/Diagnosis:** Mr. Zoll has attended physical therapy for a total of 37 visits since January 1, 2019. He returns to physical therapy after taking 2 weeks off from physical therapy per, MD and PT instruction. Shoulder motion has not made improved significantly enough note a clinical or functional change. Still has considerable reproduction of symptoms along the lateral aspect of the superior shoulder with stretching overhead. Unable to load the GHJ overhead due to reproduction of pain at the aforementioned location.

**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Long Term Goals:**

1: (8 Weeks) | 70% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | ER is main limited factor, particularly at neutral ER

2: (12 Weeks) | 40% | Increase strength to 80% of opposite side in elevation, IR, and ER |



Powered by WebPT
8147

**Commonwealth Hand & Physical Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 06/03/2019

## Plan

**Frequency:** 1 time a week
**Duration:** 4 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Neuromuscular Rehabilitation (Muscle Re-Education, Sequencing), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization), Massage, Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification, Home Safety, billing, precautions)

**Modalities**

To Improve (Pain Relief, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Biofeedback Training, Hot Packs

Original Note Completed On: June 3, 2019 4:12pm
Addendum Completed On: June 3, 2019 4:13pm

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
________________________________________

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on June 3, 2019 at 4:13 pm*

Physician Signature________________________
D. J. Hackett Jr, MD
Date:______________ Time:______________

Physician Signature________________________
B. Begley, PA
Date:______________ Time:______________

**Commonwealth Hand & Physical Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Hackett, Daniel J. Jr MD / Begley, Beth PA
**Time In/Out:** 1:10 pm/2:10 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 06/03/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 59
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** States that his shoulder feels a little bit better since taking about 2 weeks of rest from physical therapy. Reports not using the left arm as much in that time period, resulting in less soreness and pain. Carrying anything heavier than 2-3 lbs aggravates the shoulder (i.e. carrying groceries or grabbing items from the refrigerator). Returns to the surgeon on 6/26/2019.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient continues with trouble tolerating load, fatigue with overhead motions.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 40 min.)<br>See Flowsheet | 2 |
| GP:97140 | Manual Therapy ( 10 min.)<br>see flowsheet<br><br>Gr III PPM ER at 0/60/90 deg aBd<br>Gr II PPM scaption<br>Gr II ACJ downgliding<br>Gr III C/S traction<br>Gr III L CTJ downgliding | 2 |
| GP:97530:59 | Therapeutic Activity/Kinetic ( 10 min.)<br>See Flowsheet | 1 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Mr. Zoll has attended physical therapy for a total of 37 visits since January 1, 2019. He returns to physical therapy after taking 2 weeks off from physical therapy per, MD and PT instruction. Shoulder motion has not made improved significantly enough note a clinical or functional change. Still has considerable reproduction of symptoms along the lateral aspect of the superior shoulder with stretching overhead. Unable to load the GHJ overhead due to reproduction of pain at the aforementioned location.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Long Term Goals:**
1: (8 Weeks) | 70% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | ER is main limited factor, particularly at neutral ER
2: (12 Weeks) | 40% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Commonwealth Hand & Physical Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 06/03/2019

**Instructions:** Progressing Patient Next Visit
Thoracic mobility,
progress to scapular strengthening exercise, AAROM as tolerated

Original Note Completed On: June 3, 2019 4:12pm
Addendum Completed On: June 3, 2019 4:15pm

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on June 3, 2019 at 4:15 pm*

# Patient Outcomes

Report Date: 6/3/2019

**James D Zoll** **48 OF 100**

**Patient ID:** 3202821
**Questionnaire Type:** Follow Up
**Case Key:** 21413554
**Area:** Upper Extremity
**Visit Date:** 6/3/2019
**Clinician:** Glindmeyer, Michael
**Entry Date:** 6/3/2019
**Clinic:** Commonwealth Hand & Physical Therapy
**ICD Code:** M75122 - Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Referral Source:** Hackett, Daniel J
**Gender:** M
Commercial
**Date of Birth:**
**Litigation:** No **Direct Access:** No

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Pain Level** | 5 | 5 | (0 to 10) |
| | **Satisfaction** | Very Satisfied | 1 | (1 to 4) |
| | **Functional Improvement** | Fair | 3 | (1 to 4) |
| | **Goals Met** | Partially Met | 3 | (1 to 4) |
| | **Open a tight or new jar.** | Moderate Difficulty | 3 | (1 to 5) |
| | **Do heavy household chores (e.g., wash walls, floors).** | Moderate Difficulty | 3 | (1 to 5) |
| | **Carry a shopping bag or briefcase.** | Severe Difficulty | 4 | (1 to 5) |
| | **Wash your back.** | Moderate Difficulty | 3 | (1 to 5) |
| | **Use a knife to cut food.** | Mild Difficulty | 2 | (1 to 5) |
| | **Recreational activities in which you take some force or impact through your arm, shoulder or hand (e.g., golf, hammering, tennis, etc.).** | Severe Difficulty | 4 | (1 to 5) |
| | **During the past week, to what extent has your arm, shoulder or hand problem interfered with your normal social activities with family, friends, neighbours or groups?** | Moderately | 3 | (1 to 5) |
| | **During the past week, were you limited in your work or other regular daily activities as a result of your arm, shoulder or hand problem?** | Moderately Limited | 3 | (1 to 5) |

**Patient Outcomes** **Report Date: 6/3/2019**

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | Arm, shoulder or hand pain. | Mild | 2 | (1 to 5) |
| | Tingling (pins and needles) in your arm, shoulder or hand. | Moderate | 3 | (1 to 5) |
| | During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand? | Mild Difficulty | 2 | (1 to 5) |

**Commonwealth Hand & Physical Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Hackett, Daniel J. Jr MD / Begley, Beth PA
**Time In/Out:** 1:00 pm/2:05 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 06/11/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 60
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient states soreness over AC joint, and states he is considering a DCE in the future. Paitent has been performing HEP until he has any increased pain, but finds he has less symptoms with less activity. Patient is reluctant to carry loads in his left arm. State he will soon be getting an MRI of his cervical and lumbar spine, will be going to a pain specialist and returns to the surgeon on 6/26/2019.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** States he was sore with overhead motion from previous therapy sessions.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 20 min.)<br>See Flowsheet | 1 |
| GP:97112 | Neuromuscular Re-Education ( 10 min.)<br>See Flowsheet | 1 |
| GP:97140 | Manual Therapy ( 10 min.)<br>see flowsheet<br><br>Gr II PPM scaption, ER at 30<br>Soft tissue to pec major | 1 |
| GP:97530:59 | Therapeutic Activity/Kinetic ( 15 min.)<br>See Flowsheet | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>sidelying over L shoulder | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

Objective Findings Declined to participate in overhead strengthening.

## Assessment

**Assessment/Diagnosis:** Patient with fair tolerance to intervention today, which focused on education, AROM and gentle strengthening. Patient was educated to continue HEP, and to contact our clinic after his visit to the surgeon on June 26th to follow up about discharge or further continued therapy. Continues with pain, especially with loading overhead.
**Patient Education:** See flowsheet
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**

**Commonwealth Hand & Physical Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Daily Note / Billing Sheet**

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 06/11/2019

- Post operative shoulder pain
- Limited shoulder motion following surgery

**Long Term Goals:**

1: (8 Weeks) | 70% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | ER is main limited factor, particularly at neutral ER

2: (12 Weeks) | 40% | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
follow-up after MD visit

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on June 12, 2019 at 9:07 am*



Powered by WebPT
8154

**Commonwealth Hand & Physical Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 06/12/2019 **Start Date:** 10/23/2018

**Physician:** D. J. Hackett Jr, MD (1306132360) / B. Begley, PA (1598188476)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-06-11

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| AAROM shoulder ER to gain functional reach for ADLs such as washing hair, donning clothes | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Moist heat pack- to provide superficial heat to soft tissues to decrease pain | | 10 | | | | | | 1:1 w/Therapist *LP* |
| Body Blade | | 10 | | | | | Neuromusc Rehab | 1:1 w/Therapist *LP* |
| GHJ elevation | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Therapeutic Activity | | 5 | | | | | Therapeutic Activity | 1:1 w/Therapist *LP* |
| UBE | | 10 | | | | | Therapeutic Activity | 1:1 w/Therapist *LP* |
| Manual therapy | | 10 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |

*AAROM shoulder ER to gain functional reach for ADLs such as washing hair, donning clothes: and resisted ER with 3# weight*

**Total Minutes by Procedure**
Manual Therapy: 10

*Body Blade: In neutral, 30, 60, 90 abduction to improve strength, endurance, and neuromuscular control of the upper quarter and GHJ*

**Total Minutes by Procedure**
Therapeutic Activity: 15

*GHJ elevation: Ranger, working overhead to tolerance with AAROM to support overhead reach for daily function*

**Total Minutes by Procedure**
Neuromusc Rehab: 10

*Therapeutic Activity: Instruction and Education on continuation of HEP with goal of strengthening and optimizing ROM for ADL participation, pain neuroscience education, education about shoulder strength and function with rotator cuff pathology*

**Total Minutes by Procedure**
Therapeutic Exercise: 20

*UBE: Level 4, 5, 6, 7 in 2 minute increments*
*Manual therapy: see daily note*
Sum of minutes: 65

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand & Physical Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Discharge Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Physician Name:** D. J. Hackett Jr, MD

**Surgery:**(Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 60

**Date of Discharge Note:** 08/20/2019
**Injury/Onset Date:** New Injury, Fell on Left arm
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Last Eval:** 10/23/2018

**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Zoll, James D. has been discharged from our care for the following reasons:**
patient wished to be discharged from PT directly from doctor; no longer appropriate for skilled care due to minimal gains over most recent visits.

Please see the last progress report or notes above for the patient's most recent status. Thank you for the opportunity to assist you in the rehabilitation of this patient. If you have any questions or concerns, please feel free to contact me at (859)447-8600.

Lisa Podlecki

Lisa Podlecki
License #007569
*Document created on August 20, 2019 8:38 am*

## *Admission*

*** Admission - Clinical - Auth (Verified) ***

DEBORAH K. HAMILTON, MD
*FAMILY MEDICINE*
BAXTER NAPIER, MD
*FAMILY MEDICINE*

LEXINGTON CLINIC ANDOVER
3099 HELMSDALE PLACE
LEXINGTON, KY 40509
PHONE: (859) 258-6401

MAMATA MAJMUNDAR, MD
*FAMILY MEDICINE*
JOHN ZIEGLER, MD
*FAMILY MEDICINE*

D. Fax: (859) 258-6438

For Zoll, James  Date 9/19/2014

℞ Address

| PRESCRIPTION | MG/CC | QUAN. | REFILLS | |
|---|---|---|---|---|
| 1℞ P.T. - Eval + treat | | | 0 | 1 |
| | | | 2 | 3 |
| - Consider McKenzie | | | 4 | 5 |
| 2℞ - teach HEP | | | 0 | 1 |
| | | | 2 | 3 |
| Dx - (L) Lumbar pain - | | | 4 | 5 |
| 3℞ recurrent flares | | | 0 | 1 |
| | | | 2 | 3 |
| | | | 4 | 5 |

MD

Repetatur: 0 - 1 - 2 - 3 - 4 - 5 PRN  KY LIC No.  DEA #

Clinic # 04049204 (01/29/2014)

Commonwealth Pain Associates PLLC • 101 Prosperous Place, LEXINGTON KY 40509-1836

ZOLL, JAMES (id #133754, dob:

# Referral Order

08/23/2019

| To Provider | From Provider |
|---|---|
| Phone:<br>Fax: | BRANDON GISH, MD<br>Lexington<br>101 Prosperous Place Suite 300<br>LEXINGTON, KY 40509-1836<br>Phone: (859) 275-5229<br>Fax: (859) 977-2683 |

## Referral Order Information

| | |
|---|---|
| Diagnosis | • Left rotator cuff syndrome<br>ICD-10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic |
| Order Name | Orders included: 1<br><br>Left rotator cuff syndrome<br>ICD-10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic<br>• PHYSICAL THERAPY REFERRAL<br>Schedule Within: provider's discretion<br><br>Evaluate & Treat: Cervical radiculopathy and left shoulder rotator cuff syndrome - dry needle therapy if indicated |
| Notes | |

## Patient Information

| | |
|---|---|
| Patient Name | ZOLL, JAMES |
| Sex - DOB - Age | M 50yo |
| Address | |
| Phone | H:<br>W:<br>M: |
| Primary Insurance | BCBS-KY (PPO)<br>ID: TOAAN1314861<br>Group: 003320100TEAP064<br>Policy Holder: ZOLL, JAMES D |
| Secondary Insurance | None recorded. |

Electronically Signed by: BRANDON GISH, MD

BRANDON GISH, MD

CARDINAL HILL® REHABILITATION HOSPITAL

ZOLL, JAMES D
DOB: 8 (M) DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

# Outpatient therapy cancellation policy and smoking policy

## Cancellation policy

In order to maximize your progress, it is critical that you attend all scheduled sessions. Arriving late or missing appointments impair your ability to progress, disrupts staff schedules, limits other patient's ability to get an appointment and may affect your insurance coverage.

- If you must cancel an appointment, please call **859.246.8925** as soon as possible to reschedule.
- We will make every effort to reschedule the appointment to another day in the week.
- Not showing up (no show, no call to inform facility) for a total of 2 (two) appointments may result in discharge from therapy services.
- Once discharged from therapy services, you will need a new order for therapy from your physician.
- Failure to comply with therapy appointments may affect your insurance coverage. There are often time limits or expiration dates with insurance coverage.

## Responsibility for valuables / personal property

- We strongly recommend that you leave valuables at home. Cardinal Hill Rehabilitation Hospital is not responsible for any personal items which may be lost or stolen during your visit.

## Smoke and tobacco free campus

JZ Cardinal Hill Rehabilitation Hospital is dedicated to maintaining a smoke/tobacco free campus. Patients and visitors will not be permitted to smoke anywhere on our campus including the parking lot and private vehicles. Violation of the policy may cause a patient to be discharged from the outpatient program.

JZ I have been informed of the above policies.

James Zoll
Patient/Responsible Party Signature

Date 7/25/19

If a patient is unable to consent or is a minor, complete the following :
Patient ( is a minor ________ years of age) or (is unable to consent because ______________________________)

______________________________
Signature of Parent/Legal Guardian or Closest Relative

Date ____________

Kayda Blair
Signature of Admitting Representative or Witness

Date 7-25-19 12:45

©2019 Encompass Health Corporation Revised 11/8/17

REORDER # EH-FM-1360814

```
    E N C O M P A S S  H E A L T H   O U T P A T I E N T   F A C E S H E E T
--------------------------------------------------------------------------------
Patient#:0000168539 Med Rec#:000537631-552-001  Regis Date: 7/25/19  Time: 12:38
  Locatn: HOSPITAL OUTPATIENT     Pat Type: O   Med Serv:ORO  Subspc:ORT  FC:BC
3rd Prty Med Rec#:                           Discharge Date:
---------------------------------P A T I E N T---------------------------------
Name: ZOLL, JAMES D                          Suffix:
DOB:                                         Age:050
Gender: M                                    Martial Status: U
Address:                                     Race: UN
Address:
City/St
Phone:
------G U A R A N T O R-------------------D O C T O R   I N F O R M A T I O N--
Name: ZOLL, JAMES D                          Suffix:
Address:                                     Referring:GISH, BRANDON
Address:                                     Admitting:GISH, BRANDON
City/St:                                     Attending:GISH, BRANDON
Phone:                                       PCP/Family
Relationship: 01PATIENT IS INSURED
----------------------E M E R G E N C Y   C O N T A C T S----------------------
Name:
Relationship:
Phone:
Work Phone:
Cell Phone:
E M P L O Y E R---------------------------DATES OF ONSET/INJURY-----------------
Name:                                        05  7/15/18
   Addr:                                     11  7/15/18
   Addr:
City,St:
Phone:
Occupation:
-------------------------------I N S U R A N C E-------------------------------
            P R I M A R Y        S E C O N D A R Y     T E R T I A R Y
Ins. Name: ANTHEM BLUE ACCESS/P
Address 1: PO BOX 105187
Address 2:
City:      ATLANTA
St/Zip:    GA     30348
Phone:     (800)676-2583
Policy#:   TOAAN1314861
Group#:    003320100
Auth#:
HICN#:
________________________________________________________________________________
Complaint: OTS-ORTHO-NECK AND SHOULDER
Discipline:PT
-------------------------------C O M M E N T S--------------------------------


Admission Clerk Initials : LMB
________________________________________________________________________________
```

CARDINAL HILL® REHABILITATION HOSPITAL

ZOLL, JAMES D
DOB: 8 (M) DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)
Patient Identification

# Consent to treatment
(Outpatient Department)

Patient name:______________________ M.R.# ____________

Welcome! This form is designed to make sure you have the information you need to make an informed decision about being treated at this hospital Outpatient Department.

Our admitting staff, case managers, and other administrators will be happy to help you get all the information you need in order to enable you to provide us with your informed consent to be treated at our hospital Outpatient Department.

1. **Consent to Medical Treatment.** As patient, agent of patient, or guarantor, I hereby consent to being treated at Cardinal Hill Rehabilitation Hospital (the "Hospital").

   I authorize employees of the Hospital to treat me while I am a patient. ("Employees"). Employees of the Hospital include therapists, nurses, and other clinicians who work under the clinical supervision of qualified and licensed clinicians.

   I authorize practitioners who hold a license, certificate, or other such legal credentials as required by a Licensure Entity to provide me healthcare services within the scope of his or her State license while I am a patient. ("Independent Practitioners") Independent Practitioners are not employed by the hospital and include, but are not limited to, physicians, nurse practitioners, physician assistants, psychologists, and podiatrists, in addition to clinical students, residents and fellows providing care under the appropriate clinical supervision.

   I authorize treatment that includes examinations, treatments, and/or diagnostic procedures under the direction of an Independent Practitioner as may be necessary for my medical care at the Hospital including, without limitation, specialized therapies, pain management, and other treatments and interventions under the general and specific instructions of an Independent Practitioner(s).

   I further consent to the presence of medical, nursing, and other healthcare practitioners who are not Employees or Independent Practitioners and who may not be directly involved in my medical treatment and care but who serve in educational or training functions. I acknowledge that I may be required to sign additional consent forms for certain specific medical treatments or procedures to ensure that I have received all the information I need to make an informed decision.

2. **Desire for Resuscitative Measures.** Services in an outpatient rehabilitation therapy setting are generally performed to enhance or improve the patient's quality of life. Therefore, it is the Hospital's policy that if you suffer a cardiac or respiratory arrest or other life-threatening situation while you are under our care, resuscitative measures will be initiated, 911 will be called, and you will be transported to an acute care hospital as appropriate in the clinical judgment of emergency responders.

*** Admission - Clinical - Auth (Verified) ***

ZOLL, JAMES D
DOB: (M) DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

We respect your right to make decisions regarding your medical care. If you have an advance directive that you wish to be followed should a higher level of care be required, we request that you bring a copy of your advance directive with you to each visit. In the event that you must be transported to an acute care hospital, a copy of your advance directive will be provided to emergency responders to be taken with you.

JZ
Initials

**I acknowledge that, in the event of a cardiac or respiratory arrest or other life-threatening situation, resuscitative measures will be initiated, 911 will be called and I will be transported to an acute care hospital as appropriate in the clinical judgment of emergency responders.**

3. **No Guaranteed Outcome.** I understand that the practice of medicine and the delivery of healthcare services are not exact sciences, and I acknowledge that no guarantee has been made to me as to the effect, result, or outcome of any examination or treatment I may receive at the Hospital. I acknowledge that the Hospital is not responsible for any consequences of my failure to follow the instructions of any Employee or Independent Practitioner who provides me care and/or treatment while I am receiving treatment at the Hospital.

4. **Financial Agreement.** I understand that I am obligated to pay the Hospital's usual and customary charges for all services I received at the Hospital Outpatient Department. I understand that failure to pay these charges within 120 days of receipt of the bill may result in a referral to an agency or attorney for collection. If my account is referred to a collection agency or attorney, I agree to pay the reasonable attorney fees and collection expenses associated with these collection efforts. I understand that I may be asked to sign a separate financial agreement for all amounts not covered under an insurance policy, healthcare service plan, and/or managed care program or by any other third party payor. I also understand that it is my responsibility to pursue resolutions for benefit reductions or non-payment by insurers or third party payors.

JZ
Initials

**I acknowledge that, if I am a member of a healthcare service plan or covered under a managed care plan, it is my responsibility to provide the Hospital the name of the plan, my primary care physician's name and telephone number, confirmation of eligibility under the plan, and any other relevant information.**

5. **Assignment of Benefits.** I hereby irrevocably assign and transfer directly to the Hospital all rights provided by any insurer or third party payor for services I received during my stay at the Hospital Outpatient Department. I understand that I am responsible for providing the Hospital with information necessary to allow the Hospital to bill my insurance carrier or other provider of medical benefits. I understand I may be financially responsible for payment of any charges not paid by insurance or other third party, including if I have no insurance or coverage is denied or coverage is terminated during the course of my outpatient admission. I further understand the Hospital is not responsible for filing any claims or collecting any insurance benefits on my behalf. I also understand that the Hospital is not responsible for negotiating a settlement on a disputed claim, and that I may be responsible for the timely payment of my account(s) related to the services I received at the Hospital Outpatient Department. I certify that the information given by me in applying for, or assigning, payment to any third party payers, including Medicare or Medicaid, is correct. I agree to request payment from all third party payers, including authorized Medicare or Medicaid benefits, be paid to the Hospital Outpatient Department on my behalf for services I received at the Hospital Outpatient Department. I authorize the Hospital to release information about me if necessary to receive payment for services I received while at the Hospital Outpatient Department.

Page 2 of 4 REORDER # EH-FM-5500P

ZOLL, JAMES D
DOB (M) DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

6. **Consent to Testing.** I understand that the law may allow for testing in the event a healthcare worker is exposed to blood or bodily fluids to ensure that the healthcare worker has not been put at risk for a communicable disease for which he or she may need treatment. If a healthcare worker is exposed to a communicable disease, I consent to Hospital team members drawing my blood and running tests for communicable diseases. I understand that I will not be responsible for the cost of this testing and that I can choose whether or not I want to be informed of the test results.

7. **Patient Valuables.** We recommend that you leave valuables at home. The Hospital is not responsible for any personal valuables that may be lost, left behind, or stolen during your course of treatment.

8. **Consent to Photograph.** This consent authorizes the Hospital to photograph or otherwise take images of me and/or parts of my body for purposes of identification, diagnosis, treatment (including wound care), payment and healthcare operations of the Hospital. Any photographs or other images taken will become part of my medical record. The Hospital will not use such photographs or images for any other purpose without my specific written authorization.

9. **Patient Rights and Responsibilities.** As our patient, you have the right to safe, respectful and dignified care at all times. You will receive services and care that are medically suggested and within the Hospital's services, its stated mission, and required law and regulation. We ask that you recognize and respect the rights of other patients, families and staff. Threats, violence or harassment of other patients and Hospital Employees and staff will not be tolerated.

JZ
Initials

**I acknowledge that upon admission I was provided a written copy of the Patient's Rights and Responsibilities statement informing me of my rights and responsibilities while receiving services at the Hospital.**

10. **Disclosure of Health Information.** Agree or Restrict. HIPAA allows you to restrict the use and/or disclosure of health information to your current health plan if your medical services or products are paid for in full as "out of pocket" expenses.

JZ
Initials

**I hereby request a restriction as described above on the use and/or disclosure of my health information to my current health plan. I understand that this request requires payment for the medical services I received while in the Hospital in full as an out of pocket expense.**

**Name of Health Plan Restricted from Use/Disclosure:** ________________

**Name of Subscriber:** ________________

**Policy Number:** ________________

Page 3 of 4

REORDER # EH-FM-5500P

ZOLL, JAMES D
DOB: (M) DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)
Patient Identification

**I hereby acknowledge that prior to my receiving treatment at the Hospital Outpatient Department, I have read and understand this Consent to Treatment. By my signature below, I accept all terms and conditions. If I am executing this document on behalf of this patient, I certify that I have the authority to execute this form on behalf of the patient.**

James Zoll
Patient signature

Personal representative/Family member signature

Personal representative/Family member (print)

7/25/19
Date

12:45
Time

Layda Blair
Witness signature

Page 4 of 4

REORDER # EH-FM-5500P

CARDINAL HILL® REHABILITATION HOSPITAL

ZOLL, JAMES D
DOB: (M) DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

# Acknowledgement of receipt of Notice of Privacy Practices*

*You may refuse to sign this acknowledgement*

The Hospital will use and disclose your personal health information to treat you, to receive payment for the care we provide, and for the other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care.

We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies about your personal health information. The terms of the notice may change with time and we will always post the current notice at our hospitals and have copies for distribution.

I, ______________________, have received a copy of this hospital's Notice of Privacy Practices.

James Zoll
Please print name

James Zoll
Signature

______________________
Relationship to patient

7/25/19 12:45 p.m.
Date/Time

**For Office Use Only**

I attempted to obtain written acknowledgement of receipt of our Notice of Privacy Practices, but the acknowledgement could not be obtained because:

☐ Individual refused to sign
☐ Communications barriers prohibited obtaining the acknowledgement
☐ An emergency situation prevented us from obtaining acknowledgement
☐ Other (please specify) ______________________

Kayde Blair — Signature
7-25-19 1245 — Date/Time

**THE PATIENT IS ENTITLED TO A COPY OF THIS ACKNOWLEDGEMENT**

Include completed acknowledgement in the patient's Medical Record

©2018 Encompass Health Corporation
Revised 11/18/15

REORDER # EH-FM-453pt2

CARDINAL HILL REHABILITATION HOSPITAL
ENCOMPASS HEALTH
Outpatient Information Record/History Assessment

ZOLL, JAMES D
DOB: (M) DR: GISH, BRANDON
AGE: ADMIT: 07/25/19
ACT: 168539 MRN: 537631
[ACT]

GENERAL INFORMATION

| Name: James (Jimmy) Zoll | To be completed by therapists on subsequent visits as change occurs. | |
|---|---|---|
| DOB: <br> Sex: Male ☑ Female ☐ Marital Status: ☑ Single ☐ Married ☐ Widowed <br> Daytime phone: <br> Home phone: <br> Address: <br> City: State: Zip: <br> Name of parent/guardian/caregiver: Self <br> Relationship: Phone: <br> Primary Care Physician: Dr. Ziegler <br> Phone: 859-258-6401 Fax: <br> Emergency Contact: Rebecca Young <br> Relationship: Daughter Phone: 859-230-2085 | | |
| Known Allergies: ☑ None ☐ Yes | | |
| Adverse Reactions to Medications: ☑ None ☐ Yes | | |

Is your condition due to: ☐ Auto Accident ☑ Fall ☐ Work Injury ☐ Other
What is the problem that brings you to therapy: A/C Joint Arthritis (Problem) and Slipped Disc C6-C7 Numbness in Left hand and weakness in left arm

Are there any cultural or religious beliefs that may impact your care? ☐ Yes ☑ No Please explain:
At the present time, would you say your health is (choose one of the following) ☐ Excellent ☐ Very good ☑ Fair ☐ Poor
Is there anything we need to know that is not covered on this form?

What are your goals for therapy: Feel better again and do activities with both hands

75-206 090408

2050 Versailles Road ■ Lexington, KY 40504 ■ (859) 254-5701 ■ www.cardinalhill.org

*** Admission - Clinical - Auth (Verified) ***

| Current Problem | Yes | No | Comments | To be completed by therapist on subsequent visits as change occurs. Updates with therapists initials/date/time |
|---|---|---|---|---|
| Bowel/Bladder | | ✓ | | |
| Headaches | ✓ | | Migraines (Chronic) | |
| Blurry/double vision/dizziness | | ✓ | | |
| Shortness of breath | | ✓ | | |
| Smoking/alcohol/drugs | | ✓ | | |
| Sleeping/fatigue | | ✓ | | |
| Weight loss/gain | | ✓ | | |
| Nausea/vomiting | | ✓ | | |
| Skin/swelling | | ✓ | | |
| Chest pain | | ✓ | | |
| Falls/near falls | | ✓ | | |
| Other | | ✓ | | |

| Medical/Surgical History | | | Comments | To be completed by therapist on subsequent visits as change occurs. Updates with therapists initials/date/time |
|---|---|---|---|---|
| Respiratory/COPD/asthma/TB | | ✓ | | |
| High/low blood pressure | | ✓ | | |
| Heart disease/attack/pacemaker | | ✓ | | |
| Circulation/vascular | | ✓ | | |
| Arthiritis/osteoporosis/joint replacement | ✓ | | Shoulder, Neck, Wrist, Hand | |
| Pregnancy | | ✓ | | |
| Diabetes Mellitus | | ✓ | | |
| Cancer | | ✓ | | |
| Kidney/urinary/intestinal trauma | | ✓ | | |
| Epilespy/seizures | | ✓ | | |
| Stomach/gastrointestinal | | ✓ | | |
| Neurological conditions/stroke | ✓ | | Tremors, | |
| Head or spinal cord injury | ✓ | | C3-C4, C6-C7, lumbar | |
| Psychiatric history/depression | ✓ | | Anxiety, Depression | |
| Other | | | | |

Surgeries/hospitalizations (include dates) Left wrist & radial fractures (Wrist Plate) July 2018, Two massive repairs in left shoulder Sept 2018

In the event of an emergency what hospital would you want to be transferred to? Central Baptist

ZOLL, JAMES D
DOB: (M) DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631 [ACT]

75-206 090408

2050 Versailles Road ■ Lexington, KY 40504 ■ (859) 254-5701 ■ www.cardinalhill.org

*** Admission - Clinical - Auth (Verified) ***

ZOLL, JAMES D
DOB: (M) DR: GISH, BRANDON
AGE: ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

| Current Medications | | |
|---|---|---|
| | | To be completed by therapists on subsequent visits as change occurs. |
| Prescription Drugs/Herbal Supplements/OTC Drugs | Dosage/Frequency | Updated Prescription Drugs/Herbal Supplements/OTC Drugs |
| Dicoflecanac | Twice | |
| Kloninpin 1mg | 1 to 2 daily | |
| Pristiq | 1 daily | |
| Tizidine | 1 bedtime | |
| Topamax | 3 bedtime | |
| Sumatriptan | When needed | |
| Amitriptyline | 1 bedtime | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

In order to reach your optimum rehabilitation, it is essential that you follow your physician's prescribed treatment and the treatment plan established by your therapist. If you must cancel an appointment, please notify us as soon as possible so that we can reschedule your missed appointment within the week. We appreciate notification of cancellations 24 hours prior to scheduled appointments; this allows us to utilize your appointment time for other patients. We are obligated to record all cancellations and no shows in your medical record. If you are covered by worker's compensation, we are obligated to report cancelled and no show appointments to your insurance carrier.

☐ Patient/Caregiver unable to complete form; information reviewed and completed by therapist. ____________ (initial)

Name of person completing form: James Zoll Date: 7/25/18

**Clinical Signatures/Title/Initials:** **Date/Time:**
[signature], PT 7/25/19 13:40

**Clinical Signatures/Title/Initials:** **Date/Time:**

75-206 090408

2050 Versailles Road ■ Lexington, KY 40504 ■ (859) 254-5701 ■ www.cardinalhill.org

Commonwealth Pain Associates PLLC • 101 Prosperous Place, LEXINGTON KY 40509-1536

**ZOLL, JAMES (id #133754, dob:**

# Referral Order

07/16/2019

| To Provider | From Provider |
|---|---|
| Phone:<br>Fax: | BRANDON GISH, MD<br>Lexington<br>101 Prosperous Place Suite 300<br>LEXINGTON, KY 40509-1836<br>Phone: (859) 275-5229<br>Fax: (859) 977-2683 |

## Referral Order Information

| | |
|---|---|
| Diagnosis | Cervical radiculopathy<br>ICD-10: M54.12: Radiculopathy, cervical region |
| Order Name | Orders Included: 1<br><br>Cervical radiculopathy<br>ICD-10: M54.12: Radiculopathy, cervical region<br>• PHYSICAL THERAPY REFERRAL<br>Schedule Within: provider's discretion<br><br>Evaluate & Treat: cervical radiculopathy, neck pain, and shoulder pain |
| Notes | |

## Patient Information

| | |
|---|---|
| Patient Name | ZOLL, JAMES |
| Sex - DOB - Age | M 50yo |
| Address | |
| Phone | H:<br>W:<br>M: |
| Primary Insurance | BCBS-KY (PPO)<br>ID: TOAAN1314861<br>Group: 003320100TEAP064<br>Policy Holder: ZOLL, JAMES D |
| Secondary Insurance | None recorded. |

Electronically Signed by: BRANDON GISH, MD

BRANDON GISH, MD

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 3/30/20 11:45:00 AM CDT, Stop date 3/30/20 11:45:00 AM CDT
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 3/30/2021 21:00 CDT Action Personnel: SYSTEM
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 3/25/20 11:45:00 AM CDT, Stop date 3/25/20 11:45:00 AM CDT
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 3/25/2021 21:00 CDT Action Personnel: SYSTEM
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 3/23/20 11:45:00 AM CDT, Stop date 3/23/20 11:45:00 AM CDT
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 3/23/2021 21:00 CDT Action Personnel: SYSTEM
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 3/18/20 11:45:00 AM CDT, Stop date 3/18/20 11:45:00 AM CDT
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 3/18/2021 21:00 CDT Action Personnel: SYSTEM
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 2/19/20 11:45:00 AM CST, Stop date 1/20/20 3:46:31 PM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 1/20/2020 16:46 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT Updated Certification Letter**
Order Date/Time: 11/20/2019 06:00 CST
Catalog Type: Patient Care Activity Type: Communication Orders
Ordering Physician: SYSTEM
Order Details: 11/20/19 6:00:47 AM CST, Stop date 11/20/19 6:00:47 AM CST
Order Comment:
Action Type: Order Action Date/Time: 11/20/2019 06:00 CST Action Personnel: SYSTEM
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required

## Physician Orders

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 10/24/2019 15:16 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 10/31/19 8:30:00 AM CDT, Stop date 10/31/19 9:38:23 AM CDT
Order Comment:
Action Type: Order Action Date/Time: 10/24/2019 15:16 EDT Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 10/31/2019 09:38 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 10/31/2019 10:38 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 10/24/2019 15:15 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 10/29/19 11:45:00 AM CDT, Stop date 10/29/19 1:00:19 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 10/24/2019 15:15 EDT Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 10/29/2019 12:53 EDT Action Personnel: Arseneau DPT,Julie
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 10/29/2019 14:00 EDT Action Personnel: Arseneau DPT,Julie
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 9/25/2019 13:44 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 10/24/19 1:15:00 PM CDT, Stop date 10/24/19 3:29:20 PM CDT
Order Comment:

Action Type: Order Action Date/Time: 9/25/2019 13:44 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Activate Action Date/Time: 10/24/2019 14:22 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Complete Action Date/Time: 10/24/2019 16:29 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 9/25/2019 13:44 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 10/21/19 11:45:00 AM CDT, Stop date 10/22/19 2:08:47 PM CDT
Order Comment:

Action Type: Order Action Date/Time: 9/25/2019 13:44 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Activate Action Date/Time: 10/21/2019 12:51 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Complete Action Date/Time: 10/22/2019 15:08 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 9/25/2019 13:44 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 10/17/19 11:45:00 AM CDT, Stop date 10/17/19 1:59:19 PM CDT
Order Comment:

Action Type: Order Action Date/Time: 9/25/2019 13:44 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Activate Action Date/Time: 10/17/2019 12:52 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Complete Action Date/Time: 10/17/2019 14:59 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 9/25/2019 13:44 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 10/15/19 11:45:00 AM CDT, Stop date 10/15/19 12:42:23 PM CDT
Order Comment:

Action Type: Order Action Date/Time: 9/25/2019 13:44 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Activate Action Date/Time: 10/15/2019 12:52 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Complete Action Date/Time: 10/15/2019 13:42 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 9/12/2019 14:29 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 10/10/19 12:30:00 PM CDT, Stop date 10/10/19 3:27:55 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 9/12/2019 14:29 EDT Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 10/10/2019 13:32 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 10/10/2019 16:27 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 9/12/2019 14:29 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 10/7/19 12:30:00 PM CDT, Stop date 10/7/19 4:58:25 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 9/12/2019 14:29 EDT Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 10/7/2019 13:33 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 10/7/2019 17:58 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 9/12/2019 14:29 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 9/25/19 11:45:00 AM CDT, Stop date 9/25/19 8:00:43 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 9/12/2019 14:29 EDT Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 9/25/2019 12:47 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 9/25/2019 21:00 EDT Action Personnel: Hale PT,Angela
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 9/12/2019 14:29 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 9/23/19 11:45:00 AM CDT, Stop date 9/23/19 5:12:58 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 9/12/2019 14:29 EDT Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 9/23/2019 12:52 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 9/23/2019 18:12 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 8/26/2019 14:19 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 9/20/19 1:15:00 PM CDT, Stop date 9/20/19 2:17:11 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 8/26/2019 14:19 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Modify Action Date/Time: 9/12/2019 14:23 EDT Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 9/20/2019 14:21 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 9/20/2019 15:17 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT Updated Certification Letter**
Order Date/Time: 9/19/2019 06:00 CDT
Catalog Type: Patient Care Activity Type: Communication Orders
Ordering Physician: SYSTEM
Order Details: 9/19/19 6:00:28 AM CDT, Stop date 9/25/19 8:02:10 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 9/19/2019 06:00 CDT Action Personnel: SYSTEM
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 9/25/2019 21:02 EDT Action Personnel: Hale PT,Angela
Communication Type:
Review Information:
Doctor Cosign: Not Required

*Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 8/26/2019 14:19 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 9/18/19 1:15:00 PM CDT, Stop date 9/18/19 3:16:28 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 8/26/2019 14:19 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Modify Action Date/Time: 9/12/2019 14:20 EDT Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 9/18/2019 14:25 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 9/18/2019 16:16 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 8/26/2019 14:19 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 9/12/19 12:30:00 PM CDT, Stop date 9/12/19 1:35:39 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 8/26/2019 14:19 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 9/12/2019 13:22 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 9/12/2019 14:35 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 8/26/2019 14:19 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 9/9/19 1:15:00 PM CDT, Stop date 9/10/19 10:41:24 AM CDT
Order Comment:
Action Type: Order Action Date/Time: 8/26/2019 14:19 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 9/9/2019 14:21 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 9/10/2019 11:41 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 8/26/2019 14:19 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 9/5/19 1:15:00 PM CDT, Stop date 9/5/19 3:11:01 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 8/26/2019 14:19 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 9/5/2019 14:20 EDT Action Personnel: Zencka Admission Representative,Arianne
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 9/5/2019 16:11 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 8/26/2019 14:19 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 9/3/19 11:45:00 AM CDT, Stop date 9/4/19 3:01:45 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 8/26/2019 14:19 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 9/3/2019 12:51 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 9/4/2019 16:01 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 8/26/2019 14:19 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 8/29/19 11:45:00 AM CDT, Stop date 8/29/19 1:27:04 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 8/26/2019 14:19 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 8/29/2019 12:52 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 8/29/2019 14:27 EDT Action Personnel: Caudill DPT, Stephanie
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 7/25/2019 13:36 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 8/26/19 12:30:00 PM CDT, Stop date 8/26/19 1:37:57 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 7/25/2019 13:36 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 8/26/2019 13:42 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 8/26/2019 14:37 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 7/25/2019 13:36 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 8/21/19 1:15:00 PM CDT, Stop date 8/21/19 2:24:51 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 7/25/2019 13:36 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Modify Action Date/Time: 8/15/2019 13:33 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 8/21/2019 14:21 EDT Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 8/21/2019 15:24 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 7/25/2019 13:36 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 8/19/19 11:45:00 AM CDT, Stop date 8/19/19 1:18:59 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 7/25/2019 13:36 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 8/19/2019 12:49 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 8/19/2019 14:18 EDT Action Personnel: Tackett PTA,Ashton
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 7/25/2019 13:36 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 8/15/19 12:30:00 PM CDT, Stop date 8/15/19 1:41:23 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 7/25/2019 13:36 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 8/15/2019 13:32 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 8/15/2019 14:41 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 7/25/2019 13:36 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 8/12/19 11:45:00 AM CDT, Stop date 8/12/19 2:59:51 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 7/25/2019 13:36 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 8/12/2019 12:54 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 8/12/2019 15:59 EDT Action Personnel: Tackett PTA,Ashton
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 7/25/2019 13:36 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 8/8/19 12:30:00 PM CDT, Stop date 8/9/19 1:04:30 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 7/25/2019 13:36 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 8/8/2019 13:39 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 8/9/2019 14:04 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 8/5/2019 10:32 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 8/6/19 9:15:00 AM CDT, Stop date 8/6/19 10:10:36 AM CDT
Order Comment:
Action Type: Order Action Date/Time: 8/5/2019 10:32 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 8/6/2019 10:15 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 8/6/2019 11:10 EDT Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 7/25/2019 13:36 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 8/5/19 11:45:00 AM CDT, Stop date 8/5/19 1:31:57 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 7/25/2019 13:36 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 8/5/2019 14:31 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 7/25/2019 13:36 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 8/1/19 8:30:00 AM CDT, Stop date 8/1/19 12:02:56 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 7/25/2019 13:36 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 8/1/2019 09:37 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 8/1/2019 13:02 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 7/25/2019 13:36 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 7/29/19 2:00:00 PM CDT, Stop date 7/29/19 3:29:57 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 7/25/2019 13:36 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 7/29/2019 15:01 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 7/29/2019 16:29 EDT Action Personnel: Tackett PTA,Ashton
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **Cert Letter PT Create -Send**
Order Date/Time: 7/25/2019 15:37 CDT
Catalog Type: Patient Care Activity Type: Communication Orders
Ordering Physician: SYSTEM
Order Details: 7/25/19 3:37:19 PM CDT, Stop date 7/25/19 3:38:15 PM CDT
Order Comment: This order was added by Discern Expert
Action Type: Order Action Date/Time: 7/25/2019 15:37 CDT Action Personnel: SYSTEM
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 7/25/2019 16:38 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Cert Letter PT Signed -Received**
Order Date/Time: 7/25/2019 15:37 CDT
Catalog Type: Patient Care Activity Type: Communication Orders
Ordering Physician: SYSTEM
Order Details: 7/25/19 3:37:19 PM CDT, Stop date 7/29/19 9:57:54 AM CDT
Order Comment: This order was added by Discern Expert
Action Type: Order Action Date/Time: 7/25/2019 15:37 CDT Action Personnel: SYSTEM
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 7/29/2019 10:57 EDT Action Personnel: Tackett PTA,Ashton
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Evaluation and Treatment 0196**
Order Date/Time: 7/18/2019 15:46 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 7/25/19 11:45:00 AM CDT, Stop date 7/25/19 3:37:19 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 7/18/2019 15:46 EDT Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Reviewed
Action Type: Activate Action Date/Time: 7/25/2019 12:16 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Action Type: Complete Action Date/Time: 7/25/2019 16:37 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:

## *Allergies*

| Substance | Allergy Type | Reaction Symptom | Reaction Status | Estimated Onset | Reviewed Date/Time |
|---|---|---|---|---|---|
| No Known Medication Allergies | Allergy | | Active | | 7/25/2019 12:49 EDT |

## *Allergy History*

Substance: **No Known Medication Allergies**
Recorded Date/Time

7/25/2019 12:49 EDT **Allergy Type:** Allergy; **Reaction Status:** Active; **Reviewed Date/Time:** 7/25/2019 12:49 EDT; **Reviewed By:** Hensley PT,Jennifer

## IView

| Procedure | Reference Range | 11/4/2019 18:00 EST Hensley PT,Jennifer | 11/4/2019 18:00 EST Hensley PT,Jennifer |
|---|---|---|---|
| PT Long Term Goal #1 | | See Below T136 | - |
| PT Long Term Goal #1 Status | | Not met | - |
| PT Long Term Goal #1 Comment | | See Below T165 | - |
| PT Long Term Goal #2 | | See Below T186 | - |
| PT Long Term Goal #2 Status | | Goal met | - |
| PT Long Term Goal #2 Date Met | | 10/24/2019 | - |
| PT Long Term Goal #2 Comment | | 10/24: 34 | - |
| PT Long Term Goal #3 | | See Below T215 | - |
| PT Long Term Goal #3 Status | | Not met | - |
| PT Long Term Goal #3 Comment | | See Below T244 | - |
| PT Long Term Goal #4 | | See Below T265 | - |
| PT Long Term Goal #4 Status | | Not met | - |
| PT Long Term Goal #4 Comment | | See Below T278 | - |
| PT Long Term Goal #5 | | See Below T283 | - |
| PT Long Term Goal #5 Status | | Not met | - |
| PT Long Term Goal #5 Comment | | 10/24: 26 | - |
| PT Long Term Goal #6 | | See Below T296 | - |
| PT Long Term Goal #6 Status | | Not met | - |
| PT Long Term Goal #6 Comment | | 10/31: 2. 10/24: 3/10 | - |
| Other PT Short Term Goal #1 | | See Below T313 | - |
| Other PT Short Term Goal #1 Status | | Not met | - |
| Other PT Short Term Goal #1 Comment | | See Below T346 | - |
| Other PT Short Term Goal #2 | | See Below T369 | - |
| Other PT Short Term Goal #2 Status | | Goal met | - |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 | - |
| Other PT Short Term Goal #2 Comment | | See Below T402 | - |
| Other PT Short Term Goal #3 | | See Below T433 | - |
| Other PT Short Term Goal #3 Status | | Goal met | - |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 | - |
| Additional Information PT | | See Below T494 | See Below T495 |

Textual Results

T136: 11/4/2019 18:00 EST (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T165: 11/4/2019 18:00 EST (PT Long Term Goal #1 Comment)
10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT

T186: 11/4/2019 18:00 EST (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T215: 11/4/2019 18:00 EST (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

## IView

Textual Results

T244: 11/4/2019 18:00 EST (PT Long Term Goal #3 Comment)
10/31: 50 psi. 10/29: 42#. 10/24: NT. 9/25 Continued limitation in L grip

T265: 11/4/2019 18:00 EST (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T278: 11/4/2019 18:00 EST (PT Long Term Goal #4 Comment)
10/24: moderate limitation to flexion, all other within minimal limitations

T283: 11/4/2019 18:00 EST (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T296: 11/4/2019 18:00 EST (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T313: 11/4/2019 18:00 EST (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T346: 11/4/2019 18:00 EST (Other PT Short Term Goal #1 Comment)
10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T369: 11/4/2019 18:00 EST (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T402: 11/4/2019 18:00 EST (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T433: 11/4/2019 18:00 EST (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T494: 11/4/2019 18:00 EST (Additional Information PT)
10/24: Mr. Zoll is completing his HEP and managing his neck and back symptoms. He has had limited progress with shoulder motion and strength. He has reached maximum functional potential for L shoulder at this time. He follows up with MD on 11/4 to discuss surgical intervention. He will likely be discharged from skilled PT if surgical intervention is indicated. He will let us know after his MD appointment whether to continue with all POC's or discontinue therapy if surgery is indicated.

11/4: Pt's MD appointment went well. He is having an MRI and likely surgical intervention. He is okay for discharge from skilled PT until after surgical intervention. MD will re-order when appropriate.

T495: 11/4/2019 18:00 EST (Additional Information PT)
10/24: Mr. Zoll is completing his HEP and managing his neck and back symptoms. He has had limited progress with shoulder motion and strength. He has reached maximum functional potential for L shoulder at this time. He follows up with MD on 11/4 to discuss surgical intervention. He will likely be discharged from skilled PT if surgical intervention is indicated. He will let us know after his MD appointment whether to continue with all POC's or discontinue therapy if surgery is indicated.

11/4: Pt's MD appointment went well. He is having an MRI and likely surgical intervention. He is okay for discharge from skilled PT until after surgical intervention. MD will re-order when appropriate.

## IView

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 10/31/2019 |
| | Recorded Time | 09:41 EDT |
| | Recorded By | Hensley PT,Jennifer |
| Teaching Method | | See Below [T1] |
| PT Treatment Recommendations | | See Below [T5] |
| Ed-Exercise Program | | See Below [T17 R2] |
| Primary Pain Location | | Shoulder |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T137] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T166] |
| PT Long Term Goal #2 | | See Below [T187] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 10/24/2019 |
| PT Long Term Goal #2 Comment | | 10/24: 34 |
| PT Long Term Goal #3 | | See Below [T216] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T245] |
| PT Long Term Goal #4 | | See Below [T266] |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #4 Comment | | See Below [T279] |
| PT Long Term Goal #5 | | See Below [T284] |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #5 Comment | | 10/24: 26 |
| PT Long Term Goal #6 | | See Below [T297] |
| PT Long Term Goal #6 Status | | Progressing, continue |
| PT Long Term Goal #6 Comment | | 10/31: 2. 10/24: 3/10 |
| Other PT Short Term Goal #1 | | See Below [T314] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T347] |
| Other PT Short Term Goal #2 | | See Below [T370] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T403] |
| Other PT Short Term Goal #3 | | See Below [T434] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |

## IView

| Procedure | Reference Range | Recorded Date 10/31/2019<br>Recorded Time 09:41 EDT<br>Recorded By Hensley PT,Jennifer |
|---|---|---|
| PT Therapeutic Exercise #2 | | Other: sidelying shldr ER |
| PT Therapeutic Exercise Performed #2 | | No |
| PT Therapeutic Exercise #2 Repetition | | 15 reps, L |
| PT Therapeutic Exercise #2 Resistance | | AROM |
| PT Therapeutic Exercise #2 Comment | | for strength |
| PT Therapeutic Exercise #3 | | See Below [T466] |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Repetition | | x10 reps each direction |
| PT Therapeutic Exercise #3 Resistance | | AROM |
| PT Therapeutic Exercise #3 Comment | | See Below [T474] |
| PT Therapeutic Exercise #4 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Repetition | | 3 min |
| PT Therapeutic Exercise #4 Comment | | flex/scaption |
| PT Therapeutic Exercise #5 | | Other: Table slides |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Repetition | | 15 reps |
| PT Therapeutic Exercise #5 Comment | | flex/abd |
| PT Therapeutic Exercise #6 | | Other: wall slides |
| PT Therapeutic Exercise Performed #6 | | No |
| PT Therapeutic Exercise #6 Repetition | | 10 |
| PT Therapeutic Exercise #6 Comment | | See Below [T482] |
| PT Therapeutic Exercise #7 | | See Below [T488] |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Repetition | | 10x:05 |
| PT Therapeutic Exercise #8 | | Other: high/mid/low rows |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 15 reps each |
| PT Therapeutic Exercise #8 Resistance | | green tband |
| PT Therapeutic Exercise #8 Comment | | issued HEP |
| PT Therapeutic Exercise #9 | | Other: 3 way chet press |
| PT Therapeutic Exercise Performed #9 | | No |
| PT Therapeutic Exercise #9 Repetition | | 15 repsa each |
| PT Therapeutic Exercise #9 Resistance | | greent band |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T496] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

## IView

Textual Results

T1: 10/31/2019 09:41 EDT (Teaching Method)
Demonstration, Explanation, Printed materials

T5: 10/31/2019 09:41 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex

T17: 10/31/2019 09:41 EDT (Ed-Exercise Program)
Verbalizes understanding, Demonstrates

T137: 10/31/2019 09:41 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T166: 10/31/2019 09:41 EDT (PT Long Term Goal #1 Comment)
10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT

T187: 10/31/2019 09:41 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T216: 10/31/2019 09:41 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T245: 10/31/2019 09:41 EDT (PT Long Term Goal #3 Comment)
10/31: 50 psi. 10/29: 42#. 10/24: NT. 9/25 Continued limitation in L grip

T266: 10/31/2019 09:41 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T279: 10/31/2019 09:41 EDT (PT Long Term Goal #4 Comment)
10/24: moderate limitation to flexion, all other within minimal limitations

T284: 10/31/2019 09:41 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T297: 10/31/2019 09:41 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T314: 10/31/2019 09:41 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T347: 10/31/2019 09:41 EDT (Other PT Short Term Goal #1 Comment)
10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T370: 10/31/2019 09:41 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T403: 10/31/2019 09:41 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T434: 10/31/2019 09:41 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T466: 10/31/2019 09:41 EDT (PT Therapeutic Exercise #3)
Other: supine, reverse codmans (cw/ccw)

T474: 10/31/2019 09:41 EDT (PT Therapeutic Exercise #3 Comment)
for strength. *Pain increase noted.

T482: 10/31/2019 09:41 EDT (PT Therapeutic Exercise #6 Comment)
flex/scaption - cues for scapular mechanics

T488: 10/31/2019 09:41 EDT (PT Therapeutic Exercise #7)
Other: shoulder isoms: all planes

T496: 10/31/2019 09:41 EDT (Additional Information PT)

## IView

Textual Results
T496: 10/31/2019 09:41 EDT (Additional Information PT)
Mr. Zoll is completing his HEP and managing his neck and back symptoms. He has had limited progress with shoulder motion and strength. He has reached maximum functional potential for L shoulder at this time. He follows up with MD on 11/4 to discuss surgical intervention. He will likely be discharged from skilled PT if surgical intervention is indicated. He will let us know after his MD appointment whether to continue with all POC's or discontinue therapy if surgery is indicated.

Result Comments
R2: Ed-Exercise Program
written HEP issued for scapular strengthening.

| Procedure | Reference Range | Recorded Date 10/29/2019<br>Recorded Time 12:51 EDT<br>Recorded By Arseneau DPT,Julie |
|---|---|---|
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below T6 |
| Ed-Exercise Program | | See Below T18 |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Right |
| Manual Therapy Activity #1 Type | | See Below T26 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below T50 |
| Manual Therapy Activity #1 Comment | | See Below T75 |
| Manual Therapy Activity #2 Type | | See Below T97 |
| Manual Therapy Activity #2 Performed | | No |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below T119 |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| Manual Therapy Activity #4 Type | | Other: Dry Needling |
| Manual Therapy Activity #4 Performed | | No |
| Manual Therapy Activity #4 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #4 Rationale | | Decrease spasm, Desensitization |
| Manual Therapy Activity #4 Comment | | See Below T131 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T138 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T167 |
| PT Long Term Goal #2 | | See Below T188 |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 10/24/2019 |

## *IView*

| Procedure | Reference Range | Recorded Date 10/29/2019<br>Recorded Time 12:51 EDT<br>Recorded By Arseneau DPT,Julie |
|---|---|---|
| PT Long Term Goal #2 Comment | | 10/24: 34 |
| PT Long Term Goal #3 | | See Below T217 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below T246 |
| PT Long Term Goal #4 | | See Below T267 |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #4 Comment | | See Below T280 |
| PT Long Term Goal #5 | | See Below T285 |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #5 Comment | | 10/24: 26 |
| PT Long Term Goal #6 | | See Below T298 |
| PT Long Term Goal #6 Status | | Progressing, continue |
| PT Long Term Goal #6 Comment | | 10/24: 3/10 |
| Other PT Short Term Goal #1 | | See Below T315 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T348 |
| Other PT Short Term Goal #2 | | See Below T371 |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below T404 |
| Other PT Short Term Goal #3 | | See Below T435 |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |
| PT Therapeutic Exercise #2 | | Other: sidelying shldr ER |
| PT Therapeutic Exercise Performed #2 | | No |
| PT Therapeutic Exercise #2 Repetition | | 15 reps, L |
| PT Therapeutic Exercise #2 Resistance | | AROM |
| PT Therapeutic Exercise #2 Comment | | for strength |
| PT Therapeutic Exercise #3 | | See Below T467 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Repetition | | x10 reps each direction |
| PT Therapeutic Exercise #3 Resistance | | AROM |
| PT Therapeutic Exercise #3 Comment | | See Below T475 |
| PT Therapeutic Exercise #4 | | Other: Pulleys |

## IView

| Procedure | Reference Range | Recorded Date 10/29/2019<br>Recorded Time 12:51 EDT<br>Recorded By Arseneau DPT,Julie |
|---|---|---|
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Repetition | | 3 min |
| PT Therapeutic Exercise #4 Comment | | flex/scaption |
| PT Therapeutic Exercise #5 | | Other: Table slides |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Repetition | | 15 reps |
| PT Therapeutic Exercise #5 Comment | | flex/abd |
| PT Therapeutic Exercise #6 | | Other: wall slides |
| PT Therapeutic Exercise Performed #6 | | No |
| PT Therapeutic Exercise #6 Repetition | | 10 |
| PT Therapeutic Exercise #6 Comment | | See Below T483 |
| PT Therapeutic Exercise #7 | | See Below T489 |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Repetition | | 10x:05 |
| PT Therapeutic Exercise #8 | | Other: high/mid/low rows |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 15 reps each |
| PT Therapeutic Exercise #8 Resistance | | green tband |
| PT Therapeutic Exercise #9 | | Other: 3 way chet press |
| PT Therapeutic Exercise Performed #9 | | No |
| PT Therapeutic Exercise #9 Repetition | | 15 repsa each |
| PT Therapeutic Exercise #9 Resistance | | greent band |
| Post Treatment Numeric Pain Rating Scale | | 5 = Moderate pain |
| Additional Information PT | | See Below T497 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T6: 10/29/2019 12:51 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex

T18: 10/29/2019 12:51 EDT (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching, Needs practice/supervision

T26: 10/29/2019 12:51 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T50: 10/29/2019 12:51 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T75: 10/29/2019 12:51 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

Textual Results

T97: 10/29/2019 12:51 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T119: 10/29/2019 12:51 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T131: 10/29/2019 12:51 EDT (Manual Therapy Activity #4 Comment)
Pt verified location of treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN.

T138: 10/29/2019 12:51 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T167: 10/29/2019 12:51 EDT (PT Long Term Goal #1 Comment)
10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT

T188: 10/29/2019 12:51 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T217: 10/29/2019 12:51 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T246: 10/29/2019 12:51 EDT (PT Long Term Goal #3 Comment)
10/29: 42#. 10/24: NT. 9/25 Continued limitation in L grip

T267: 10/29/2019 12:51 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T280: 10/29/2019 12:51 EDT (PT Long Term Goal #4 Comment)
10/24: moderate limitation to flexion, all other within minimal limitations

T285: 10/29/2019 12:51 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T298: 10/29/2019 12:51 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T315: 10/29/2019 12:51 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T348: 10/29/2019 12:51 EDT (Other PT Short Term Goal #1 Comment)
10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T371: 10/29/2019 12:51 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T404: 10/29/2019 12:51 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T435: 10/29/2019 12:51 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T467: 10/29/2019 12:51 EDT (PT Therapeutic Exercise #3)
Other: supine, reverse codmans (cw/ccw)

T475: 10/29/2019 12:51 EDT (PT Therapeutic Exercise #3 Comment)
for strength. *Pain increase noted.

T483: 10/29/2019 12:51 EDT (PT Therapeutic Exercise #6 Comment)
flex/scaption - cues for scapular mechanics

T489: 10/29/2019 12:51 EDT (PT Therapeutic Exercise #7)
Other: shoulder isoms: all planes

## IView

Textual Results
T497: 10/29/2019 12:51 EDT (Additional Information PT)
Pt responding to cervical retraction with pt overpressure with improved shoulder abduction ROM to 143 degrees today (from 134 deg pre-treatment). Pain unchanged. Trialed progressing to cervical ext, but not tolerated well with pt reporting slight lightheadedness. Resolved with discontinuation of exercise. Pt instructed to continue cervical retractions with overpressure and 5 sec hold. Pain slightly increased from 4/10 to 5/10 after performing scap stab exercise. Pt to follow up with MD on 11/4 regarding clavicular scrap. Will continue to progress pt as tolerated to meet goals.

| Procedure | Reference Range | Recorded Date 10/24/2019<br>Recorded Time 16:33 EDT<br>Recorded By Hensley PT,Jennifer |
|---|---|---|
| PT Long Term Goal #1 | | See Below [T139] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T168] |
| PT Long Term Goal #2 | | See Below [T189] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 10/24/2019 |
| PT Long Term Goal #2 Comment | | 10/24: 34 |
| PT Long Term Goal #3 | | See Below [T218] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T247] |
| PT Long Term Goal #4 | | See Below [T268] |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #4 Comment | | See Below [T281] |
| PT Long Term Goal #5 | | See Below [T286] |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #5 Comment | | 10/24: 26 |
| PT Long Term Goal #6 | | See Below [T299] |
| PT Long Term Goal #6 Status | | Progressing, continue |
| PT Long Term Goal #6 Comment | | 10/24: 3/10 |
| Other PT Short Term Goal #1 | | See Below [T316] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T349] |
| Other PT Short Term Goal #2 | | See Below [T372] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T405] |
| Other PT Short Term Goal #3 | | See Below [T436] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Additional Information PT | | See Below [T498] |

*IView*

Textual Results
T139: 10/24/2019 16:33 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.
T168: 10/24/2019 16:33 EDT (PT Long Term Goal #1 Comment)
10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT
T189: 10/24/2019 16:33 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.
T218: 10/24/2019 16:33 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.
T247: 10/24/2019 16:33 EDT (PT Long Term Goal #3 Comment)
10/24: NT. 9/25 Continued limitation in L grip
T268: 10/24/2019 16:33 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.
T281: 10/24/2019 16:33 EDT (PT Long Term Goal #4 Comment)
10/24: moderate limitation to flexion, all other within minimal limitations
T286: 10/24/2019 16:33 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.
T299: 10/24/2019 16:33 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.
T316: 10/24/2019 16:33 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.
T349: 10/24/2019 16:33 EDT (Other PT Short Term Goal #1 Comment)
10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex
T372: 10/24/2019 16:33 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.
T405: 10/24/2019 16:33 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each
T436: 10/24/2019 16:33 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.
T498: 10/24/2019 16:33 EDT (Additional Information PT)
Mr. Zoll has made good progress with shoulder ABD and trunk AROM, functional mobility, and strength in some planes. He continues to be limited by AC joint pain with shoulder flex that continues to be limited. He has a notable improvement in back pain and is progressing well. He follows up with orthopedist 11/4/2019 and will continue therapy until then and will follow his recommendations. Pt reports that surgical intervention has been discussed.

| Procedure | Reference Range | Recorded Date 10/24/2019<br>Recorded Time 14:22 EDT<br>Recorded By Hensley PT,Jennifer |
|---|---|---|
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below [T7] |
| Left Shoulder Abduction AROM | | 147 |
| Left Shoulder Flexion AROM | | 127 |

## *IView*

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 10/24/2019 |
| | Recorded Time | 14:22 EDT |
| | Recorded By | Hensley PT,Jennifer |
| Manual Therapy Activity #1 Type | | See Below [T27] |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Rationale | | See Below [T51] |
| Manual Therapy Activity #1 Comment | | See Below [T76] |
| Manual Therapy Activity #2 Type | | See Below [T98] |
| Manual Therapy Activity #2 Performed | | No |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below [T120] |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| Manual Therapy Activity #4 Type | | Other: Dry Needling |
| Manual Therapy Activity #4 Performed | | Yes |
| Manual Therapy Activity #4 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #4 Rationale | | Decrease spasm, Desensitization |
| Manual Therapy Activity #4 Comment | | See Below [T132] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T140] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T169] |
| PT Long Term Goal #2 | | See Below [T190] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 10/24/2019 |
| PT Long Term Goal #2 Comment | | 10/24: 34 |
| PT Long Term Goal #3 | | See Below [T219] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T248] |
| PT Long Term Goal #4 | | See Below [T269] |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #4 Comment | | See Below [T282] |
| PT Long Term Goal #5 | | See Below [T287] |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #5 Comment | | 10/24: 26 |
| PT Long Term Goal #6 | | See Below [T300] |
| PT Long Term Goal #6 Status | | Progressing, continue |
| PT Long Term Goal #6 Comment | | 10/24: 3/10 |
| Other PT Short Term Goal #1 | | See Below [T317] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T350] |

## IView

| Procedure | Reference Range | Recorded Date 10/24/2019<br>Recorded Time 14:22 EDT<br>Recorded By Hensley PT,Jennifer |
|---|---|---|
| Other PT Short Term Goal #2 | | See Below T373 |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below T406 |
| Other PT Short Term Goal #3 | | See Below T437 |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below T499 |
| Pre Treatment Numeric Pain Rating Scale: | | 3 |
| Document UE Range in Degrees | | Yes |
| Lt Elbow Extension Strength Rehab | | 5 |
| Lt Elbow Flexion Strength Rehab | | 4+ |
| Lt Shoulder Abduct Strength Rehab | | 4 |
| Lt Shoulder External Rot Strength Rehab | | 5 |
| Lt Shoulder Flexion Strength Rehab | | 4 |
| Lt Shoulder Internal Rot Strength Rehab | | 3+ |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results
T7: 10/24/2019 14:22 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex
T27: 10/24/2019 14:22 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization
T51: 10/24/2019 14:22 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation
T76: 10/24/2019 14:22 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.
T98: 10/24/2019 14:22 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation
T120: 10/24/2019 14:22 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes
T132: 10/24/2019 14:22 EDT (Manual Therapy Activity #4 Comment)
Pt verified location of treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN.
T140: 10/24/2019 14:22 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.
T169: 10/24/2019 14:22 EDT (PT Long Term Goal #1 Comment)
10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT

*IView*

Textual Results

T190: 10/24/2019 14:22 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T219: 10/24/2019 14:22 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T248: 10/24/2019 14:22 EDT (PT Long Term Goal #3 Comment)
10/24: NT. 9/25 Continued limitation in L grip

T269: 10/24/2019 14:22 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T282: 10/24/2019 14:22 EDT (PT Long Term Goal #4 Comment)
10/24: moderate limitation to flexion, all other within minimal limitations

T287: 10/24/2019 14:22 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T300: 10/24/2019 14:22 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T317: 10/24/2019 14:22 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T350: 10/24/2019 14:22 EDT (Other PT Short Term Goal #1 Comment)
10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T373: 10/24/2019 14:22 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T406: 10/24/2019 14:22 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T437: 10/24/2019 14:22 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T499: 10/24/2019 14:22 EDT (Additional Information PT)
Mr. Zoll has made good progress with shoulder ABD and trunk AROM, functional mobility, and strength in some planes. He continues to be limited by AC joint pain with shoulder flex that continues to be limited. He has a notable improvement in back pain and is progressing well. He follows up with orthopedist 11/4/2019 and will continue therapy until then and will follow his recommendations. Pt reports that surgical intervention has been discussed.

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 10/21/2019 |
| | Recorded Time | 12:48 EDT |
| | Recorded By | Fifield PTA,Patrick |
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below T8 |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below T28 |
| Manual Therapy Activity #1 Rationale | | See Below T52 |

## *IView*

| Procedure | Reference Range | Recorded Date 10/21/2019<br>Recorded Time 12:48 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Manual Therapy Activity #1 Comment | | See Below [T77] |
| Manual Therapy Activity #2 Type | | See Below [T99] |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below [T121] |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| Manual Therapy Activity #4 Type | | Other: Dry Needling |
| Manual Therapy Activity #4 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #4 Rationale | | Decrease spasm, Desensitization |
| Manual Therapy Activity #4 Comment | | See Below [T133] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T141] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T170] |
| PT Long Term Goal #2 | | See Below [T191] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #3 | | See Below [T220] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T249] |
| PT Long Term Goal #4 | | See Below [T270] |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #5 | | See Below [T288] |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #6 | | See Below [T301] |
| PT Long Term Goal #6 Status | | Progressing, continue |
| Activity #1 Type of Modality | | Ultrasound |
| Modality Activity #1 Performed | | No |
| Modality Activity #1 Body Region | | left shoulder |
| Modality Activity #1 Settings | | 50%, 1.0 W/cm2 |
| Modality Activity #1 Minutes | | 12 |
| Activity #2 Type of Modality | | See Below [T309] |
| Modality Activity #2 Performed | | Yes |
| Modality Activity #2 Body Region | | left shoulder |
| Modality Activity #2 Settings | | 80-150 pps |
| Modality Activity #2 Minutes | | 15 |
| Modality Activity #2 Response | | See Below [T312] |
| Modality Activity #2 Comments | | w/moist heat |
| Other PT Short Term Goal #1 | | See Below [T318] |

## *IView*

| Procedure | Reference Range | Recorded Date 10/21/2019<br>Recorded Time 12:48 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T351 |
| Other PT Short Term Goal #2 | | See Below T374 |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below T407 |
| Other PT Short Term Goal #3 | | See Below T438 |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |
| PT Therapeutic Exercise #2 | | Other: sidelying shldr ER |
| PT Therapeutic Exercise Performed #2 | | No |
| PT Therapeutic Exercise #2 Repetition | | 15 reps, L |
| PT Therapeutic Exercise #2 Resistance | | AROM |
| PT Therapeutic Exercise #2 Comment | | for strength |
| PT Therapeutic Exercise #3 | | See Below T468 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Repetition | | x10 reps each direction |
| PT Therapeutic Exercise #3 Resistance | | AROM |
| PT Therapeutic Exercise #3 Comment | | See Below T476 |
| PT Therapeutic Exercise #4 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Repetition | | 3 min |
| PT Therapeutic Exercise #4 Comment | | flex/scaption |
| PT Therapeutic Exercise #5 | | Other: Table slides |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Repetition | | 15 reps |
| PT Therapeutic Exercise #5 Comment | | flex/abd |
| PT Therapeutic Exercise #6 | | Other: wall slides |
| PT Therapeutic Exercise Performed #6 | | No |
| PT Therapeutic Exercise #6 Repetition | | 10 |
| PT Therapeutic Exercise #6 Comment | | See Below T484 |
| PT Therapeutic Exercise #7 | | See Below T490 |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Repetition | | 10x:05 |

## IView

| Procedure | Reference Range | |
|---|---|---|
| Recorded Date | | 10/21/2019 |
| Recorded Time | | 12:48 EDT |
| Recorded By | | Fifield PTA,Patrick |
| PT Therapeutic Exercise #8 | | Other: high/mid/low rows |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 15 reps each |
| PT Therapeutic Exercise #8 Resistance | | green tband |
| PT Therapeutic Exercise #9 | | Other: 3 way chet press |
| PT Therapeutic Exercise Performed #9 | | Yes |
| PT Therapeutic Exercise #9 Repetition | | 15 repsa each |
| PT Therapeutic Exercise #9 Resistance | | greent band |
| Post Treatment Numeric Pain Rating Scale | | 2 |
| Additional Information PT | | See Below T500 |
| Pre Treatment Numeric Pain Rating Scale: | | 3 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T8: 10/21/2019 12:48 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex

T28: 10/21/2019 12:48 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T52: 10/21/2019 12:48 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T77: 10/21/2019 12:48 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T99: 10/21/2019 12:48 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T121: 10/21/2019 12:48 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T133: 10/21/2019 12:48 EDT (Manual Therapy Activity #4 Comment)
Pt verified location of treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN.

T141: 10/21/2019 12:48 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T170: 10/21/2019 12:48 EDT (PT Long Term Goal #1 Comment)
9/25 Continued decrease in L UE MMT

T191: 10/21/2019 12:48 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T220: 10/21/2019 12:48 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T249: 10/21/2019 12:48 EDT (PT Long Term Goal #3 Comment)
9/25 Continued limitation in L grip

## IView

Textual Results

T270: 10/21/2019 12:48 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T288: 10/21/2019 12:48 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T301: 10/21/2019 12:48 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T309: 10/21/2019 12:48 EDT (Activity #2 Type of Modality)
Electrical stimulation, unattended

T312: 10/21/2019 12:48 EDT (Modality Activity #2 Response)
Pain decreased, Positive response to treatment

T318: 10/21/2019 12:48 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T351: 10/21/2019 12:48 EDT (Other PT Short Term Goal #1 Comment)
10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T374: 10/21/2019 12:48 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T407: 10/21/2019 12:48 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T438: 10/21/2019 12:48 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T468: 10/21/2019 12:48 EDT (PT Therapeutic Exercise #3)
Other: supine, reverse codmans (cw/ccw)

T476: 10/21/2019 12:48 EDT (PT Therapeutic Exercise #3 Comment)
for strength. *Pain increase noted.

T484: 10/21/2019 12:48 EDT (PT Therapeutic Exercise #6 Comment)
flex/scaption - cues for scapular mechanics

T490: 10/21/2019 12:48 EDT (PT Therapeutic Exercise #7)
Other: shoulder isoms: all planes

T500: 10/21/2019 12:48 EDT (Additional Information PT)
James hasn't had a huge change with shoulder pain or ROM. Pain level is still around 3/10 and is about the same. Trialed estim to left shoulder with decreased pain from 3/10 to 2/10. May benefit from dry needling again to release tight muscle.

| Procedure | Reference Range | Recorded Date 10/17/2019<br>Recorded Time 12:47 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below [T9] |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |

## *IView*

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 10/17/2019 |
| | Recorded Time | 12:47 EDT |
| | Recorded By | Fifield PTA,Patrick |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T142] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T171] |
| PT Long Term Goal #2 | | See Below [T192] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #3 | | See Below [T221] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T250] |
| PT Long Term Goal #4 | | See Below [T271] |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #5 | | See Below [T289] |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #6 | | See Below [T302] |
| PT Long Term Goal #6 Status | | Progressing, continue |
| Other PT Short Term Goal #1 | | See Below [T319] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T352] |
| Other PT Short Term Goal #2 | | See Below [T375] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T408] |
| Other PT Short Term Goal #3 | | See Below [T439] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below [T501 c1] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T9: 10/17/2019 12:47 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex

T142: 10/17/2019 12:47 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T171: 10/17/2019 12:47 EDT (PT Long Term Goal #1 Comment)
9/25 Continued decrease in L UE MMT

T192: 10/17/2019 12:47 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

## *IView*

Textual Results
T221: 10/17/2019 12:47 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.
T250: 10/17/2019 12:47 EDT (PT Long Term Goal #3 Comment)
9/25 Continued limitation in L grip
T271: 10/17/2019 12:47 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.
T289: 10/17/2019 12:47 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.
T302: 10/17/2019 12:47 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.
T319: 10/17/2019 12:47 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.
T352: 10/17/2019 12:47 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex
T375: 10/17/2019 12:47 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.
T408: 10/17/2019 12:47 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each
T439: 10/17/2019 12:47 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.
T501: 10/17/2019 12:47 EDT (Additional Information PT)
James is responding to manual stretching to shoulder and scapula with improved shoulder ROM. ROM improved from 140 to 150 deg. after stretching. ROM is improving but minimal change with pain in shoulder. James reports no changes in pain since starting dry needling continue 2 more visits to assess benefits.

Corrected Results
c1: Additional Information PT
Textual result corrected on 10/17/2019 17:34 EDT by Hensley PT, Jennifer
James is responding to manual stretching to shoulder and scapula with improved shoulder ROM. ROM improved from 140 to 150 deg. after stretching. ROM is improving but minimal change with pain in shoulder.

| Procedure | Reference Range | Recorded Date 10/17/2019<br>Recorded Time 12:47 EDT<br>Recorded By Hensley PT,Jennifer |
|---|---|---|
| Manual Therapy Activity #1 Type | | See Below T29 |
| Manual Therapy Activity #1 Rationale | | See Below T53 |
| Manual Therapy Activity #1 Comment | | See Below T78 |
| Manual Therapy Activity #2 Type | | See Below T100 |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below T122 |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| Manual Therapy Activity #4 Type | | Other: Dry Needling |

## *IView*

| Procedure | Reference Range | Recorded Date 10/17/2019<br>Recorded Time 12:47 EDT<br>Recorded By Hensley PT,Jennifer |
|---|---|---|
| Manual Therapy Activity #4 Performed | | Yes |
| Manual Therapy Activity #4 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #4 Rationale | | Decrease spasm, Desensitization |
| Manual Therapy Activity #4 Comment | | See Below T134 |

Textual Results

T29: 10/17/2019 12:47 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T53: 10/17/2019 12:47 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T78: 10/17/2019 12:47 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T100: 10/17/2019 12:47 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T122: 10/17/2019 12:47 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T134: 10/17/2019 12:47 EDT (Manual Therapy Activity #4 Comment)
Pt verified location of treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN.

| Procedure | Reference Range | Recorded Date 10/15/2019<br>Recorded Time 12:48 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below T10 |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below T30 |
| Manual Therapy Activity #1 Rationale | | See Below T54 |
| Manual Therapy Activity #1 Comment | | See Below T79 |
| Manual Therapy Activity #2 Type | | See Below T101 |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below T123 |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |

## *IView*

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 10/15/2019 |
| | Recorded Time | 12:48 EDT |
| | Recorded By | Fifield PTA,Patrick |
| PT Long Term Goal #1 | | See Below [T143] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T172] |
| PT Long Term Goal #2 | | See Below [T193] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #3 | | See Below [T222] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T251] |
| PT Long Term Goal #4 | | See Below [T272] |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #5 | | See Below [T290] |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #6 | | See Below [T303] |
| PT Long Term Goal #6 Status | | Progressing, continue |
| Activity #1 Type of Modality | | Ultrasound |
| Modality Activity #1 Performed | | Yes |
| Modality Activity #1 Body Region | | left shoulder |
| Modality Activity #1 Settings | | 50%, 1.0 W/cm2 |
| Modality Activity #1 Minutes | | 12 |
| Modality Activity #1 Response | | Positive response to treatment |
| Other PT Short Term Goal #1 | | See Below [T320] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T353] |
| Other PT Short Term Goal #2 | | See Below [T376] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T409] |
| Other PT Short Term Goal #3 | | See Below [T440] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T502 c2] |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results
T10: 10/15/2019 12:48 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex
T30: 10/15/2019 12:48 EDT (Manual Therapy Activity #1 Type)

## IView

Textual Results

T30: 10/15/2019 12:48 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T54: 10/15/2019 12:48 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T79: 10/15/2019 12:48 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T101: 10/15/2019 12:48 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T123: 10/15/2019 12:48 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T143: 10/15/2019 12:48 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T172: 10/15/2019 12:48 EDT (PT Long Term Goal #1 Comment)
9/25 Continued decrease in L UE MMT

T193: 10/15/2019 12:48 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T222: 10/15/2019 12:48 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T251: 10/15/2019 12:48 EDT (PT Long Term Goal #3 Comment)
9/25 Continued limitation in L grip

T272: 10/15/2019 12:48 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T290: 10/15/2019 12:48 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T303: 10/15/2019 12:48 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T320: 10/15/2019 12:48 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T353: 10/15/2019 12:48 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T376: 10/15/2019 12:48 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T409: 10/15/2019 12:48 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T440: 10/15/2019 12:48 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T502: 10/15/2019 12:48 EDT (Additional Information PT)
Trialed US to left shoulder to help decrease inflammation and pain associated with movement. Some decrease in symptoms after with pain level decreased from 5/10 to 4/10. Responded well to stretching to left scap and shoulder with increased mobility. Initiated dry needling with informed consent signed. No changes in pain after initial dry needling session. No adverse reactions noted.

## IView

Corrected Results
c2: Additional Information PT
Textual result corrected on 10/17/2019 17:38 EDT by Hensley PT, Jennifer
Trialed US to left shoulder to help decrease inflammation and pain associated with movement. Some decrease in symptoms after with pain level decreased from 5/10 to 4/10. Responded well to stretching to left scap and shoulder with increased mobility.

| | | |
|---|---|---|
| | Recorded Date | 10/15/2019 |
| | Recorded Time | 12:48 EDT |
| | Recorded By | Hensley PT,Jennifer |
| Procedure | Reference Range | |
| Manual Therapy Activity #4 Type | | Other: Dry Needling |
| Manual Therapy Activity #4 Performed | | Yes |
| Manual Therapy Activity #4 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #4 Rationale | | See Below [T130] |
| Manual Therapy Activity #4 Comment | | See Below [T135] |

Textual Results
T130: 10/15/2019 12:48 EDT (Manual Therapy Activity #4 Rationale)
Decrease edema, Decrease spasm, Desensitization, Improve circulation
T135: 10/15/2019 12:48 EDT (Manual Therapy Activity #4 Comment)
Pt gave written informed consent and verified location of treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN.

| | | |
|---|---|---|
| | Recorded Date | 10/10/2019 |
| | Recorded Time | 13:34 EDT |
| | Recorded By | Fifield PTA,Patrick |
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below [T11] |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Manual Therapy Activity #1 Type | | See Below [T31] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below [T55] |
| Manual Therapy Activity #1 Comment | | See Below [T80] |
| Manual Therapy Activity #2 Type | | See Below [T102] |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below [T124] |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T144] |
| PT Long Term Goal #1 Status | | Progressing, continue |

## *IView*

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 10/10/2019 |
| | Recorded Time | 13:34 EDT |
| | Recorded By | Fifield PTA,Patrick |
| PT Long Term Goal #1 Comment | | See Below [T173] |
| PT Long Term Goal #2 | | See Below [T194] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #3 | | See Below [T223] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T252] |
| PT Long Term Goal #4 | | See Below [T273] |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #5 | | See Below [T291] |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #6 | | See Below [T304] |
| PT Long Term Goal #6 Status | | Progressing, continue |
| Other PT Short Term Goal #1 | | See Below [T321] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T354] |
| Other PT Short Term Goal #2 | | See Below [T377] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T410] |
| Other PT Short Term Goal #3 | | See Below [T441] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below [T503] |
| Pre Treatment Numeric Pain Rating Scale: | | 3 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T11: 10/10/2019 13:34 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex

T31: 10/10/2019 13:34 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T55: 10/10/2019 13:34 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T80: 10/10/2019 13:34 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T102: 10/10/2019 13:34 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

## IView

Textual Results
T124: 10/10/2019 13:34 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes
T144: 10/10/2019 13:34 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.
T173: 10/10/2019 13:34 EDT (PT Long Term Goal #1 Comment)
9/25 Continued decrease in L UE MMT
T194: 10/10/2019 13:34 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.
T223: 10/10/2019 13:34 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.
T252: 10/10/2019 13:34 EDT (PT Long Term Goal #3 Comment)
9/25 Continued limitation in L grip
T273: 10/10/2019 13:34 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.
T291: 10/10/2019 13:34 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.
T304: 10/10/2019 13:34 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.
T321: 10/10/2019 13:34 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.
T354: 10/10/2019 13:34 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex
T377: 10/10/2019 13:34 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.
T410: 10/10/2019 13:34 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each
T441: 10/10/2019 13:34 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.
T503: 10/10/2019 13:34 EDT (Additional Information PT)
Continued with ther ex and manual stretching to right scapula and shoulder. Improved ROM after stretching but increased pain noted above 150 deg flexion. He's making progress with manual stretching so will continue with this.

| Procedure | Reference Range | Recorded Date 10/7/2019<br>Recorded Time 13:33 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below T12 |
| Ed-Exercise Program | | Teachback successful, Ed. Needed |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below T32 |

## IView

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 10/7/2019 |
| | Recorded Time | 13:33 EDT |
| | Recorded By | Fifield PTA,Patrick |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Rationale | | See Below [T56] |
| Manual Therapy Activity #1 Comment | | See Below [T81] |
| Manual Therapy Activity #2 Type | | See Below [T103] |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below [T125] |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T145] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T174] |
| PT Long Term Goal #2 | | See Below [T195] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #3 | | See Below [T224] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T253] |
| PT Long Term Goal #4 | | See Below [T274] |
| PT Long Term Goal #4 Status | | Progressing, continue |
| PT Long Term Goal #5 | | See Below [T292] |
| PT Long Term Goal #5 Status | | Progressing, continue |
| PT Long Term Goal #6 | | See Below [T305] |
| PT Long Term Goal #6 Status | | Progressing, continue |
| Other PT Short Term Goal #1 | | See Below [T322] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T355] |
| Other PT Short Term Goal #2 | | See Below [T378] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T411] |
| Other PT Short Term Goal #3 | | See Below [T442] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |

## IView

| Procedure | Reference Range | Recorded Date 10/7/2019<br>Recorded Time 13:33 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| PT Therapeutic Exercise #2 | | Other: sidelying shldr ER |
| PT Therapeutic Exercise #2 Repetition | | 15 reps, L |
| PT Therapeutic Exercise #2 Resistance | | AROM |
| PT Therapeutic Exercise #2 Comment | | for strength |
| PT Therapeutic Exercise #3 | | See Below T469 |
| PT Therapeutic Exercise #3 Repetition | | x10 reps each direction |
| PT Therapeutic Exercise #3 Resistance | | AROM |
| PT Therapeutic Exercise #3 Comment | | See Below T477 |
| PT Therapeutic Exercise #4 | | Other: Pulleys |
| PT Therapeutic Exercise #4 Repetition | | 3 min |
| PT Therapeutic Exercise #4 Comment | | flex/scaption |
| PT Therapeutic Exercise #5 | | Other: Table slides |
| PT Therapeutic Exercise #5 Repetition | | 15 reps |
| PT Therapeutic Exercise #5 Comment | | flex/abd |
| PT Therapeutic Exercise #6 | | Other: wall slides |
| PT Therapeutic Exercise #6 Repetition | | 10 |
| PT Therapeutic Exercise #6 Comment | | See Below T485 |
| PT Therapeutic Exercise #7 | | See Below T491 |
| PT Therapeutic Exercise #7 Repetition | | 10x:05 |
| PT Therapeutic Exercise #8 | | Other: high/mid/low rows |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 15 reps each |
| PT Therapeutic Exercise #8 Resistance | | green tband |
| PT Therapeutic Exercise #9 | | Other: 3 way chet press |
| PT Therapeutic Exercise Performed #9 | | Yes |
| PT Therapeutic Exercise #9 Repetition | | 15 repsa each |
| PT Therapeutic Exercise #9 Resistance | | greent band |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below T504 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T12: 10/7/2019 13:33 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex

T32: 10/7/2019 13:33 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T56: 10/7/2019 13:33 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

## IView

Textual Results

T81: 10/7/2019 13:33 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T103: 10/7/2019 13:33 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T125: 10/7/2019 13:33 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T145: 10/7/2019 13:33 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T174: 10/7/2019 13:33 EDT (PT Long Term Goal #1 Comment)
9/25 Continued decrease in L UE MMT

T195: 10/7/2019 13:33 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T224: 10/7/2019 13:33 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T253: 10/7/2019 13:33 EDT (PT Long Term Goal #3 Comment)
9/25 Continued limitation in L grip

T274: 10/7/2019 13:33 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T292: 10/7/2019 13:33 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T305: 10/7/2019 13:33 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T322: 10/7/2019 13:33 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T355: 10/7/2019 13:33 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T378: 10/7/2019 13:33 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T411: 10/7/2019 13:33 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T442: 10/7/2019 13:33 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T469: 10/7/2019 13:33 EDT (PT Therapeutic Exercise #3)
Other: supine, reverse codmans (cw/ccw)

T477: 10/7/2019 13:33 EDT (PT Therapeutic Exercise #3 Comment)
for strength. *Pain increase noted.

T485: 10/7/2019 13:33 EDT (PT Therapeutic Exercise #6 Comment)
flex/scaption - cues for scapular mechanics

T491: 10/7/2019 13:33 EDT (PT Therapeutic Exercise #7)
Other: shoulder isoms: all planes

T504: 10/7/2019 13:33 EDT (Additional Information PT)
James is making progress with his low back. He's performing standing retractions in standing which is managing his symptoms. Focused on left shoulder with STM and stretching to help increase ROM and increase scap

## IView

Textual Results
T504: 10/7/2019 13:33 EDT (Additional Information PT)
stabilization. ROM at 150 deg. flexion and abd after therapy today. Will progress as tolerated towards goals. Pt. went on vaction to Disney and walked many miles without increased low back pain.

| Procedure | Reference Range | 9/25/2019 21:02 EDT Hale PT,Angela | 9/25/2019 21:01 EDT Hale PT,Angela |
|---|---|---|---|
| Prior Cognitive-Communication Skills | | - | Independent (I) |
| Prior Instrumental ADL Level | | - | Independent (I) |
| Prior ADL/Self Care Status | | - | Independent (I) |
| Prior Indoor Mobility Status | | - | Independent (I) |
| Prior Outdoor Mobility Status | | - | Independent (I) |
| Prior Stairs Status | | - | Independent (I) |
| PT Long Term Goal #1 | | See Below T146 | See Below T147 |
| PT Long Term Goal #1 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T175 | See Below T176 |
| PT Long Term Goal #2 | | See Below T196 | See Below T197 |
| PT Long Term Goal #2 Status | | Goal met | Goal met |
| PT Long Term Goal #2 Date Met | | 8/29/2019 | 8/29/2019 |
| PT Long Term Goal #3 | | See Below T225 | See Below T226 |
| PT Long Term Goal #3 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below T254 | See Below T255 |
| PT Long Term Goal #4 | | See Below T275 | See Below T276 |
| PT Long Term Goal #4 Status | | Initial | Initial |
| PT Long Term Goal #5 | | See Below T293 | See Below T294 |
| PT Long Term Goal #5 Status | | Initial | Initial |
| PT Long Term Goal #6 | | See Below T306 | See Below T307 |
| PT Long Term Goal #6 Status | | Initial | Initial |
| Other PT Short Term Goal #1 | | See Below T323 | See Below T324 |
| Other PT Short Term Goal #1 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T356 | See Below T357 |
| Other PT Short Term Goal #2 | | See Below T379 | See Below T380 |
| Other PT Short Term Goal #2 Status | | Goal met | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below T412 | See Below T413 |
| Other PT Short Term Goal #3 | | See Below T443 | See Below T444 |
| Other PT Short Term Goal #3 Status | | Goal met | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 | 8/29/2019 |
| Additional Information PT | | See Below T505 | See Below T506 |

Textual Results
T146: 9/25/2019 21:02 EDT (PT Long Term Goal #1)

Textual Results
T146: 9/25/2019 21:02 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.
T147: 9/25/2019 21:01 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.
T175: 9/25/2019 21:02 EDT (PT Long Term Goal #1 Comment)
9/25 Continued decrease in L UE MMT
T176: 9/25/2019 21:01 EDT (PT Long Term Goal #1 Comment)
9/25 Continued decrease in L UE MMT
T196: 9/25/2019 21:02 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.
T197: 9/25/2019 21:01 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.
T225: 9/25/2019 21:02 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.
T226: 9/25/2019 21:01 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.
T254: 9/25/2019 21:02 EDT (PT Long Term Goal #3 Comment)
9/25 Continued limitation in L grip
T255: 9/25/2019 21:01 EDT (PT Long Term Goal #3 Comment)
9/25 Continued limitation in L grip
T275: 9/25/2019 21:02 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.
T276: 9/25/2019 21:01 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.
T293: 9/25/2019 21:02 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.
T294: 9/25/2019 21:01 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.
T306: 9/25/2019 21:02 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.
T307: 9/25/2019 21:01 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.
T323: 9/25/2019 21:02 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.
T324: 9/25/2019 21:01 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.
T356: 9/25/2019 21:02 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex
T357: 9/25/2019 21:01 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex
T379: 9/25/2019 21:02 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.
T380: 9/25/2019 21:01 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.
T412: 9/25/2019 21:02 EDT (Other PT Short Term Goal #2 Comment)

## IView

Textual Results

T412: 9/25/2019 21:02 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T413: 9/25/2019 21:01 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T443: 9/25/2019 21:02 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T444: 9/25/2019 21:01 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T505: 9/25/2019 21:02 EDT (Additional Information PT)
Patient with improved L shoulder flexion at 135 and abduction 154. He also has improved C-spine AROM. He continues to be limited by neck pain and poor posture. He was issued a supine neck support and was able to demonstrate correct use. He was evaluated for low back pain today with decreased Lumbar ROM, decreased L LE MMT and increased score on Revised Oswestry. He demonstrates improved ROM and LE MMT after prone laying, however it increased C-spine pain. He was trialed with standing extension and was able to perform with no increase in back pain and no C-spine pain increase and was issued for home. He will benefit from continued skilled PT services for the L shoulder and goals were added for Low back. Plan to continue skilled PT 2 X per week X 4 weeks to improve ROM, MMT and I with walking.

T506: 9/25/2019 21:01 EDT (Additional Information PT)
Patient with improved L shoulder flexion at 135 and abduction 154. He also has improved C-spine AROM. He continues to be limited by neck pain and poor posture. He was issued a supine neck support and was able to demonstrate correct use. He was evaluated for low back pain today with decreased Lumbar ROM, decreased L LE MMT and increased score on Revised Oswestry. He demonstrates improved ROM and LE MMT after prone laying, however it increased C-spine pain. He was trialed with standing extension and was able to perform with no increase in back pain and no C-spine pain increase and was issued for home. He will benefit from continued skilled PT services for the L shoulder and goals were added for Low back. Plan to continue skilled PT 2 X per week X 4 weeks to improve ROM, MMT and I with walking.

| | Recorded Date | 9/25/2019 | 9/25/2019 |
|---|---|---|---|
| | Recorded Time | 12:49 EDT | 12:45 EDT |
| | Recorded By | Hale PT,Angela | Hale PT,Angela |
| Procedure | Reference Range | | |
| Teaching Method | | - | See Below T2 |
| Primary Pain Location | | Neck | - |
| Primary Pain Radiation | | Yes | - |
| Primary Pain Radiation Characteristics | | L shoulder and into the hand | - |
| Primary Pain Duration | | See Below T25 | - |
| Left Grip Strength Trial 1 | | 40 | - |
| Left Grip Strength Trial 2 | | 45 | - |
| Left Grip Strength Trial 3 | | 42 | - |
| Left Hand Grip Strength | | 42.3 | - |
| Mean for Age,Gender Left Hand Grip | | 101.9 lbs | - |
| Lt Ankle Dorsiflexion Strength Rehab | | 4 | - |

*IView*

| Procedure | Reference Range | 9/25/2019 12:49 EDT Hale PT,Angela | 9/25/2019 12:45 EDT Hale PT,Angela |
|---|---|---|---|
| | Recorded Date | 9/25/2019 | 9/25/2019 |
| | Recorded Time | 12:49 EDT | 12:45 EDT |
| | Recorded By | Hale PT,Angela | Hale PT,Angela |
| Lt Hip Flexion Strength Rehab | | 4 | - |
| Lt Knee Extension Strength Rehab | | 4 | - |
| Rt Ankle Dorsiflexion Strength Rehab | | 4+ | - |
| Rt Hip Flexion Strength Rehab | | 4+ | - |
| Rt Knee Extension Strength Rehab | | 4+ | - |
| PT Plan/Goals Established w Pt/Caregiver | | Yes | - |
| PT Long Term Goal #1 | | See Below [T148] | - |
| PT Long Term Goal #1 Status | | Progressing, continue | - |
| PT Long Term Goal #1 Comment | | - | See Below [T177] |
| PT Long Term Goal #2 | | See Below [T198] | - |
| PT Long Term Goal #2 Status | | Goal met | - |
| PT Long Term Goal #2 Date Met | | 8/29/2019 | - |
| PT Long Term Goal #3 | | See Below [T227] | - |
| PT Long Term Goal #3 Status | | Progressing, continue | - |
| PT Long Term Goal #3 Comment | | - | See Below [T256] |
| PT Long Term Goal #4 | | - | See Below [T277] |
| PT Long Term Goal #4 Status | | - | Initial |
| PT Long Term Goal #5 | | - | See Below [T295] |
| PT Long Term Goal #5 Status | | - | Initial |
| PT Long Term Goal #6 | | - | See Below [T308] |
| PT Long Term Goal #6 Status | | - | Initial |
| Other PT Short Term Goal #1 | | See Below [T325] | - |
| Other PT Short Term Goal #1 Status | | Progressing, continue | - |
| Other PT Short Term Goal #1 Comment | | See Below [T358] | - |
| Other PT Short Term Goal #2 | | See Below [T381] | - |
| Other PT Short Term Goal #2 Status | | Goal met | - |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 | - |
| Other PT Short Term Goal #2 Comment | | See Below [T414] | - |
| Other PT Short Term Goal #3 | | See Below [T445] | - |
| Other PT Short Term Goal #3 Status | | Goal met | - |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 | - |
| Post Treatment Numeric Pain Rating Scale | | 6 | - |
| Additional Information PT | | - | See Below [T507] |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain | - |
| Lt Elbow Extension Strength Rehab | | 4 | - |
| Lt Elbow Flexion Strength Rehab | | 4+ | - |
| Lt Shoulder Abduct Strength Rehab | | 4+ | - |
| Lt Shoulder Flexion Strength Rehab | | 4+ [R8] | - |
| Current Hand Dominance PT | | Right | - |

*IView*

| Procedure | Reference Range | Recorded Date 9/25/2019<br>Recorded Time 12:49 EDT<br>Recorded By Hale PT,Angela | Recorded Date 9/25/2019<br>Recorded Time 12:45 EDT<br>Recorded By Hale PT,Angela |
|---|---|---|---|
| Previous Hand Dominance PT | | Right | - |

Textual Results

T2: 9/25/2019 12:45 EDT (Teaching Method)
Demonstration, Explanation, Printed materials

T25: 9/25/2019 12:49 EDT (Primary Pain Duration)
Low Back - Center to L 2/10 4/10 at worst . No radicular symptoms. Worse - walking, turning in bed, general movement Better - laying on stomach * after low back 6/10

T148: 9/25/2019 12:49 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T177: 9/25/2019 12:45 EDT (PT Long Term Goal #1 Comment)
9/25 Continued decrease in L UE MMT

T198: 9/25/2019 12:49 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T227: 9/25/2019 12:49 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T256: 9/25/2019 12:45 EDT (PT Long Term Goal #3 Comment)
9/25 Continued limitation in L grip

T277: 9/25/2019 12:45 EDT (PT Long Term Goal #4)
Patient will have full Lumbar AROM with no pain to promote a return to hiking.

T295: 9/25/2019 12:45 EDT (PT Long Term Goal #5)
Patient will score 20 or < on Revised Oswestry to improve I with ALD's.

T308: 9/25/2019 12:45 EDT (PT Long Term Goal #6)
Patient will report back pain 1/10 at worst to improve I with walking.

T325: 9/25/2019 12:49 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T358: 9/25/2019 12:49 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T381: 9/25/2019 12:49 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T414: 9/25/2019 12:49 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T445: 9/25/2019 12:49 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T507: 9/25/2019 12:45 EDT (Additional Information PT)
Patient with improved L shoulder flexion at 135 and abduction 154. He also has improved C-spine AROM. He continues to be limited by neck pain and poor posture. He was issued a supine neck support and was able to demonstrate correct use. He was evaluated for low back pain today with decreased Lumbar ROM, decreased L LE MMT and increased score on Revised Oswestry. He demonstrates improved ROM and LE MMT after prone laying, however it increased C-spine pain. He was trialed with standing extension and was able to perform with no increase in back pain and no C-spine pain increase and was issued for home. He will benefit from continued

## *IView*

Textual Results
T507: 9/25/2019 12:45 EDT (Additional Information PT)
skilled PT services for the L shoulder and goals were added for Low back. Plan to continue skilled PT 2 X per week X 4 weeks to improve ROM, MMT and I with walking.

Result Comments
R8: Lt Shoulder Flexion Strength Rehab
pain

| Procedure | Reference Range | Recorded Date 9/23/2019<br>Recorded Time 12:50 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Primary Pain Location | | Shoulder |
| Manual Therapy Activity #1 Type | | See Below [T33] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below [T57] |
| Manual Therapy Activity #1 Comment | | See Below [T82] |
| Manual Therapy Activity #2 Type | | See Below [T104] |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below [T126] |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T149] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T178] |
| PT Long Term Goal #2 | | See Below [T199] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 8/29/2019 |
| PT Long Term Goal #3 | | See Below [T228] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T257] |
| Other PT Short Term Goal #1 | | See Below [T326] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T359] |
| Other PT Short Term Goal #2 | | See Below [T382] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T415] |

## IView

| Procedure | Reference Range | Recorded Date 9/23/2019<br>Recorded Time 12:50 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Other PT Short Term Goal #3 | | See Below T446 |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |
| PT Therapeutic Exercise #2 | | Other: sidelying shldr ER |
| PT Therapeutic Exercise Performed #2 | | No |
| PT Therapeutic Exercise #2 Repetition | | 15 reps, L |
| PT Therapeutic Exercise #2 Resistance | | AROM |
| PT Therapeutic Exercise #2 Comment | | for strength |
| PT Therapeutic Exercise #3 | | See Below T470 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Repetition | | x10 reps each direction |
| PT Therapeutic Exercise #3 Resistance | | AROM |
| PT Therapeutic Exercise #3 Comment | | See Below T478 |
| PT Therapeutic Exercise #4 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Repetition | | 3 min |
| PT Therapeutic Exercise #4 Comment | | flex/scaption |
| PT Therapeutic Exercise #5 | | Other: Table slides |
| PT Therapeutic Exercise Performed #5 | | Yes |
| PT Therapeutic Exercise #5 Repetition | | 15 reps |
| PT Therapeutic Exercise #5 Comment | | flex/abd |
| PT Therapeutic Exercise #6 | | Other: wall slides |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 10 |
| PT Therapeutic Exercise #6 Comment | | See Below T486 |
| PT Therapeutic Exercise #7 | | See Below T492 |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Repetition | | 10x:05 |
| PT Therapeutic Exercise #8 | | Other: high/mid/low rows |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 15 reps each |
| PT Therapeutic Exercise #8 Resistance | | green tband |
| PT Therapeutic Exercise #9 | | Other: 3 way chet press |
| PT Therapeutic Exercise Performed #9 | | Yes |

## IView

| Procedure | Reference Range | Recorded Date 9/23/2019<br>Recorded Time 12:50 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| PT Therapeutic Exercise #9 Repetition | | 15 repsa each |
| PT Therapeutic Exercise #9 Resistance | | greent band |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below T508 |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T33: 9/23/2019 12:50 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T57: 9/23/2019 12:50 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T82: 9/23/2019 12:50 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T104: 9/23/2019 12:50 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T126: 9/23/2019 12:50 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T149: 9/23/2019 12:50 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T178: 9/23/2019 12:50 EDT (PT Long Term Goal #1 Comment)
8/29/19: please see MMT section.

T199: 9/23/2019 12:50 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T228: 9/23/2019 12:50 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T257: 9/23/2019 12:50 EDT (PT Long Term Goal #3 Comment)
8/29//19: 56.7#. 8/26: Left: 40#

T326: 9/23/2019 12:50 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T359: 9/23/2019 12:50 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T382: 9/23/2019 12:50 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T415: 9/23/2019 12:50 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours.
Red flags reviewed 8/19: B c. rot: 85 deg each

T446: 9/23/2019 12:50 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T470: 9/23/2019 12:50 EDT (PT Therapeutic Exercise #3)

## IView

Textual Results
T470: 9/23/2019 12:50 EDT (PT Therapeutic Exercise #3)
Other: supine, reverse codmans (cw/ccw)
T478: 9/23/2019 12:50 EDT (PT Therapeutic Exercise #3 Comment)
for strength. *Pain increase noted.
T486: 9/23/2019 12:50 EDT (PT Therapeutic Exercise #6 Comment)
flex/scaption - cues for scapular mechanics
T492: 9/23/2019 12:50 EDT (PT Therapeutic Exercise #7)
Other: shoulder isoms: all planes
T508: 9/23/2019 12:50 EDT (Additional Information PT)
Continued with STM and stretching to cervical spine and left shoulder. Noted tightness in left UT's and scalenes today. Pain level decreased after STM to cervical muscles. Added scap stabilization exercises for shoulder mobility and strength. PT to assess back next session.

| Procedure | Reference Range | Recorded Date 9/20/2019<br>Recorded Time 14:19 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Manual Therapy Activity #1 Type | | See Below T34 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below T58 |
| Manual Therapy Activity #1 Comment | | See Below T83 |
| Manual Therapy Activity #2 Type | | See Below T105 |
| Manual Therapy Activity #2 Performed | | No |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below T127 |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T150 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T179 |
| PT Long Term Goal #2 | | See Below T200 |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 8/29/2019 |
| PT Long Term Goal #3 | | See Below T229 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below T258 |
| Other PT Short Term Goal #1 | | See Below T327 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T360 |

## IView

| Procedure | Reference Range | Recorded Date 9/20/2019<br>Recorded Time 14:19 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Other PT Short Term Goal #2 | | See Below [T383] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T416] |
| Other PT Short Term Goal #3 | | See Below [T447] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below [T509] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T34: 9/20/2019 14:19 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T58: 9/20/2019 14:19 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T83: 9/20/2019 14:19 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T105: 9/20/2019 14:19 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T127: 9/20/2019 14:19 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T150: 9/20/2019 14:19 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T179: 9/20/2019 14:19 EDT (PT Long Term Goal #1 Comment)
8/29/19: please see MMT section.

T200: 9/20/2019 14:19 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T229: 9/20/2019 14:19 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T258: 9/20/2019 14:19 EDT (PT Long Term Goal #3 Comment)
8/29//19: 56.7#. 8/26: Left: 40#

T327: 9/20/2019 14:19 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T360: 9/20/2019 14:19 EDT (Other PT Short Term Goal #1 Comment)
9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T383: 9/20/2019 14:19 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

## *IView*

Textual Results

T416: 9/20/2019 14:19 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T447: 9/20/2019 14:19 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T509: 9/20/2019 14:19 EDT (Additional Information PT)
James is having some improvement with cervical ROM and shoulder flexion ROM. Cervical rotation at 80 deg, bilaterally and shoulder flexion at 145 deg. Trialed AC joint mobilizations today to improve shoulder motion. Some decreased pain symptoms noted with motion. Brought new order for low back pain.

| Procedure | Reference Range | Recorded Date 9/18/2019<br>Recorded Time 14:19 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Primary Pain Location | | Neck |
| Manual Therapy Activity #1 Type | | See Below [T35] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below [T59] |
| Manual Therapy Activity #1 Comment | | See Below [T84] |
| Manual Therapy Activity #2 Type | | See Below [T106] |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below [T128] |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T151] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T180] |
| PT Long Term Goal #2 | | See Below [T201] |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 8/29/2019 |
| PT Long Term Goal #3 | | See Below [T230] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T259] |
| Other PT Short Term Goal #1 | | See Below [T328] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T361] |
| Other PT Short Term Goal #2 | | See Below [T384] |
| Other PT Short Term Goal #2 Status | | Goal met |

## IView

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 9/18/2019 |
| | Recorded Time | 14:19 EDT |
| | Recorded By | Fifield PTA,Patrick |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below T417 |
| Other PT Short Term Goal #3 | | See Below T448 |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below T510 |
| Pre Treatment Numeric Pain Rating Scale: | | 3 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T35: 9/18/2019 14:19 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T59: 9/18/2019 14:19 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T84: 9/18/2019 14:19 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T106: 9/18/2019 14:19 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T128: 9/18/2019 14:19 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T151: 9/18/2019 14:19 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T180: 9/18/2019 14:19 EDT (PT Long Term Goal #1 Comment)
8/29/19: please see MMT section.

T201: 9/18/2019 14:19 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T230: 9/18/2019 14:19 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T259: 9/18/2019 14:19 EDT (PT Long Term Goal #3 Comment)
8/29//19: 56.7#. 8/26: Left: 40#

T328: 9/18/2019 14:19 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T361: 9/18/2019 14:19 EDT (Other PT Short Term Goal #1 Comment)
8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T384: 9/18/2019 14:19 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T417: 9/18/2019 14:19 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

*IView*

Textual Results
T448: 9/18/2019 14:19 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.
T510: 9/18/2019 14:19 EDT (Additional Information PT)
James presented today with increased low back pain and bent over posture. Reports back pain at 7/10. Instructed to get checked out by MD if it continues. Continued with STM to left UT's to help decrease muscle tightness and improve left shoulder ROM. Pt. in so much pain from low back he wasn't able to perform scap stab exercises in standing. Will progress strength and mobility as tolerated.

| | Recorded Date | 9/12/2019 |
|---|---|---|
| | Recorded Time | 13:30 EDT |
| | Recorded By | Fifield PTA,Patrick |
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Manual Therapy Activity #1 Type | | See Below T36 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below T60 |
| Manual Therapy Activity #1 Comment | | See Below T85 |
| Manual Therapy Activity #2 Type | | See Below T107 |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| Manual Therapy Activity #3 Type | | See Below T129 |
| Manual Therapy Activity #3 Performed | | Yes |
| Manual Therapy Activity #3 Region | | Other: left UT/scalenes |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| Other PT Short Term Goal #1 | | See Below T329 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T362 |
| Other PT Short Term Goal #2 | | See Below T385 |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below T418 |
| Other PT Short Term Goal #3 | | See Below T449 |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below T511 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results
T36: 9/12/2019 13:30 EDT (Manual Therapy Activity #1 Type)

## IView

Textual Results

T36: 9/12/2019 13:30 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T60: 9/12/2019 13:30 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T85: 9/12/2019 13:30 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T107: 9/12/2019 13:30 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T129: 9/12/2019 13:30 EDT (Manual Therapy Activity #3 Type)
Other: Spray and stretch to left UT/scalenes

T329: 9/12/2019 13:30 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T362: 9/12/2019 13:30 EDT (Other PT Short Term Goal #1 Comment)
8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T385: 9/12/2019 13:30 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T418: 9/12/2019 13:30 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T449: 9/12/2019 13:30 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T511: 9/12/2019 13:30 EDT (Additional Information PT)
Continued with STM and stretching to left UT and shoulder to increase mobility and help improve pain symptoms. Trialed spray andstretch to trigger point on left UT/scalenes. Decreased TTP after treatement. Reviewed isometrics to clarify proper technique. Will progress towards goals as tolerated.

| Procedure | Reference Range | Recorded Date 9/9/2019 Recorded Time 14:20 EDT Recorded By Hensley PT,Jennifer |
|---|---|---|
| Teaching Method | | See Below T3 |
| Ed-Exercise Program | | See Below T19 R3 |
| Manual Therapy Activity #1 Type | | See Below T37 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below T61 |
| Manual Therapy Activity #1 Comment | | See Below T86 |
| Manual Therapy Activity #2 Type | | See Below T108 |
| Manual Therapy Activity #2 Performed | | No |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T152 |
| PT Long Term Goal #1 Status | | Progressing, continue |

## IView

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 9/9/2019 |
| | Recorded Time | 14:20 EDT |
| | Recorded By | Hensley PT,Jennifer |
| PT Long Term Goal #1 Comment | | See Below T181 |
| PT Long Term Goal #2 | | See Below T202 |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 8/29/2019 |
| PT Long Term Goal #3 | | See Below T231 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below T260 |
| Other PT Short Term Goal #1 | | See Below T330 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T363 |
| Other PT Short Term Goal #2 | | See Below T386 |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below T419 |
| Other PT Short Term Goal #3 | | See Below T450 |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |
| PT Therapeutic Exercise #2 | | Other: sidelying shldr ER |
| PT Therapeutic Exercise Performed #2 | | No |
| PT Therapeutic Exercise #2 Repetition | | 15 reps, L |
| PT Therapeutic Exercise #2 Resistance | | AROM |
| PT Therapeutic Exercise #2 Comment | | for strength |
| PT Therapeutic Exercise #3 | | See Below T471 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Repetition | | x10 reps each direction |
| PT Therapeutic Exercise #3 Resistance | | AROM |
| PT Therapeutic Exercise #3 Comment | | See Below T479 |
| PT Therapeutic Exercise #4 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Repetition | | 3 min |
| PT Therapeutic Exercise #4 Comment | | flex/scaption |
| PT Therapeutic Exercise #5 | | Other: Table slides |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Repetition | | 15 reps |

*IView*

| Procedure | Reference Range | Recorded Date 9/9/2019<br>Recorded Time 14:20 EDT<br>Recorded By Hensley PT,Jennifer |
|---|---|---|
| PT Therapeutic Exercise #5 Comment | | flex/abd |
| PT Therapeutic Exercise #6 | | Other: wall slides |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 10 |
| PT Therapeutic Exercise #6 Comment | | See Below [T487] |
| PT Therapeutic Exercise #7 | | See Below [T493] |
| PT Therapeutic Exercise Performed #7 | | Yes |
| PT Therapeutic Exercise #7 Repetition | | 10x:05 |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T512] |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T3: 9/9/2019 14:20 EDT (Teaching Method)
Demonstration, Explanation, Printed materials

T19: 9/9/2019 14:20 EDT (Ed-Exercise Program)
Verbalizes understanding, Demonstrates

T37: 9/9/2019 14:20 EDT (Manual Therapy Activity #1 Type)
Mobilization, Myofascial/Soft tissue mobilization

T61: 9/9/2019 14:20 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T86: 9/9/2019 14:20 EDT (Manual Therapy Activity #1 Comment)
In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch.

T108: 9/9/2019 14:20 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T152: 9/9/2019 14:20 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T181: 9/9/2019 14:20 EDT (PT Long Term Goal #1 Comment)
8/29/19: please see MMT section.

T202: 9/9/2019 14:20 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T231: 9/9/2019 14:20 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T260: 9/9/2019 14:20 EDT (PT Long Term Goal #3 Comment)
8/29//19: 56.7#. 8/26: Left: 40#

T330: 9/9/2019 14:20 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T363: 9/9/2019 14:20 EDT (Other PT Short Term Goal #1 Comment)

## *IView*

Textual Results

T363: 9/9/2019 14:20 EDT (Other PT Short Term Goal #1 Comment)
8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T386: 9/9/2019 14:20 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T419: 9/9/2019 14:20 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T450: 9/9/2019 14:20 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T471: 9/9/2019 14:20 EDT (PT Therapeutic Exercise #3)
Other: supine, reverse codmans (cw/ccw)

T479: 9/9/2019 14:20 EDT (PT Therapeutic Exercise #3 Comment)
for strength. *Pain increase noted.

T487: 9/9/2019 14:20 EDT (PT Therapeutic Exercise #6 Comment)
flex/scaption - cues for scapular mechanics

T493: 9/9/2019 14:20 EDT (PT Therapeutic Exercise #7)
Other: shoulder isoms: all planes

T512: 9/9/2019 14:20 EDT (Additional Information PT)
Mr. Zoll tolerated shoulder exercise progression well with decreased pain following shoulder isometrics. Issued for HEP. He needs max dues to decrease upper trap overrecruitment with wall slides. Discussed importance of shoulder blade and neck posture with shoulder activities and how muscle fatigue can affect it.

Result Comments

R3: Ed-Exercise Program
shoulder isometrics issued for home, discussed intensity as tolerated

| | | |
|---|---|---|
| | Recorded Date | 9/5/2019 |
| | Recorded Time | 14:16 EDT |
| | Recorded By | Fifield PTA,Patrick |
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Manual Therapy Activity #1 Type | | See Below T38 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Technique | | Trigger point release |
| Manual Therapy Activity #1 Rationale | | See Below T62 |
| Manual Therapy Activity #1 Comment | | See Below T87 |
| Manual Therapy Activity #2 Type | | See Below T109 |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T153 |
| PT Long Term Goal #1 Status | | Progressing, continue |

## IView

| Procedure | Reference Range | Recorded Date 9/5/2019<br>Recorded Time 14:16 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| PT Long Term Goal #1 Comment | | See Below T182 |
| PT Long Term Goal #2 | | See Below T203 |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 8/29/2019 |
| PT Long Term Goal #3 | | See Below T232 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below T261 |
| Other PT Short Term Goal #1 | | See Below T331 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T364 |
| Other PT Short Term Goal #2 | | See Below T387 |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below T420 |
| Other PT Short Term Goal #3 | | See Below T451 |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below T513 |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results
T38: 9/5/2019 14:16 EDT (Manual Therapy Activity #1 Type)
Myofascial/Soft tissue mobilization
T62: 9/5/2019 14:16 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation
T87: 9/5/2019 14:16 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to BUTs, CPSMs, Pecs, Biceps.
T109: 9/5/2019 14:16 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation
T153: 9/5/2019 14:16 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.
T182: 9/5/2019 14:16 EDT (PT Long Term Goal #1 Comment)
8/29/19: please see MMT section.
T203: 9/5/2019 14:16 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.
T232: 9/5/2019 14:16 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.
T261: 9/5/2019 14:16 EDT (PT Long Term Goal #3 Comment)

## IView

Textual Results

T261: 9/5/2019 14:16 EDT (PT Long Term Goal #3 Comment)
8/29//19: 56.7#. 8/26: Left: 40#

T331: 9/5/2019 14:16 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T364: 9/5/2019 14:16 EDT (Other PT Short Term Goal #1 Comment)
8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T387: 9/5/2019 14:16 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T420: 9/5/2019 14:16 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T451: 9/5/2019 14:16 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T513: 9/5/2019 14:16 EDT (Additional Information PT)
James is making progress with left shoulder ROM and strength. His ROM has improved after stretching but pain is about the same. Noted increased neck pain in left UT's. Trialed kinesiotape to left shoulder to help decrease pain and support shoulder muscles.

| Procedure | Reference Range | Recorded Date 9/3/2019<br>Recorded Time 12:46 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Manual Therapy Activity #1 Type | | See Below T39 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Technique | | Trigger point release |
| Manual Therapy Activity #1 Rationale | | See Below T63 |
| Manual Therapy Activity #1 Comment | | See Below T88 |
| Manual Therapy Activity #2 Type | | See Below T110 |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | client supine and sidelying |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T154 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T183 |
| PT Long Term Goal #2 | | See Below T204 |
| PT Long Term Goal #2 Status | | Goal met |
| PT Long Term Goal #2 Date Met | | 8/29/2019 |
| PT Long Term Goal #3 | | See Below T233 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below T262 |

## *IView*

| Procedure | Reference Range | Recorded Date 9/3/2019<br>Recorded Time 12:46 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Other PT Short Term Goal #1 | | See Below [T332] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T365] |
| Other PT Short Term Goal #2 | | See Below [T388] |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below [T421] |
| Other PT Short Term Goal #3 | | See Below [T452] |
| Other PT Short Term Goal #3 Status | | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |
| PT Therapeutic Exercise #2 | | Other: sidelying shldr ER |
| PT Therapeutic Exercise Performed #2 | | No |
| PT Therapeutic Exercise #2 Repetition | | 15 reps, L |
| PT Therapeutic Exercise #2 Resistance | | AROM |
| PT Therapeutic Exercise #2 Comment | | for strength |
| PT Therapeutic Exercise #3 | | See Below [T472] |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Repetition | | x10 reps each direction |
| PT Therapeutic Exercise #3 Resistance | | AROM |
| PT Therapeutic Exercise #3 Comment | | See Below [T480] |
| PT Therapeutic Exercise #4 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Repetition | | 3 min |
| PT Therapeutic Exercise #5 | | Other: Table slides |
| PT Therapeutic Exercise Performed #5 | | Yes |
| PT Therapeutic Exercise #5 Repetition | | 15 reps |
| PT Therapeutic Exercise #5 Comment | | flex/abd |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below [T514] |
| Pre Treatment Numeric Pain Rating Scale: | | 3 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results
T39: 9/3/2019 12:46 EDT (Manual Therapy Activity #1 Type)

## *IView*

Textual Results

T39: 9/3/2019 12:46 EDT (Manual Therapy Activity #1 Type)
Myofascial/Soft tissue mobilization

T63: 9/3/2019 12:46 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T88: 9/3/2019 12:46 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to BUTs, CPSMs, Pecs, Biceps.

T110: 9/3/2019 12:46 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T154: 9/3/2019 12:46 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T183: 9/3/2019 12:46 EDT (PT Long Term Goal #1 Comment)
8/29/19: please see MMT section.

T204: 9/3/2019 12:46 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T233: 9/3/2019 12:46 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T262: 9/3/2019 12:46 EDT (PT Long Term Goal #3 Comment)
8/29//19: 56.7#. 8/26: Left: 40#

T332: 9/3/2019 12:46 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T365: 9/3/2019 12:46 EDT (Other PT Short Term Goal #1 Comment)
8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T388: 9/3/2019 12:46 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T421: 9/3/2019 12:46 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T452: 9/3/2019 12:46 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T472: 9/3/2019 12:46 EDT (PT Therapeutic Exercise #3)
Other: supine, reverse codmans (cw/ccw)

T480: 9/3/2019 12:46 EDT (PT Therapeutic Exercise #3 Comment)
for strength. *Pain increase noted.

T514: 9/3/2019 12:46 EDT (Additional Information PT)
Mr. Zoll is making progress with shoulder motion and mobility. Focused on left scapular mobility and shoulder ROM with stretching and STM. Increased pain at endrange flexion and abduction. Added pulleys and table slides to increase shoulder ROM. Added to HEP.

| Procedure | Reference Range | 8/29/2019 12:55 EDT Caudill DPT,Stephanie | 8/29/2019 12:45 EDT Caudill DPT,Stephanie |
|---|---|---|---|
| Teaching Method | | Explanation | - |
| Left Shoulder Abduction AROM | | 127 | - |
| Left Shoulder Flexion AROM | | 139 | - |

## IView

| Procedure | Reference Range | 8/29/2019 12:55 EDT Caudill DPT,Stephanie | 8/29/2019 12:45 EDT Caudill DPT,Stephanie |
|---|---|---|---|
| Primary Pain Location | | Shoulder | - |
| Primary Pain Laterality | | Left | - |
| Left Grip Strength Trial 1 | | 50 | - |
| Left Grip Strength Trial 2 | | 65 | - |
| Left Grip Strength Trial 3 | | 55 | - |
| Left Hand Grip Strength | | 56.7 | - |
| Mean for Age,Gender Left Hand Grip | | 101.9 lbs | - |
| Manual Therapy Activity #1 Type | | See Below [T40] | - |
| Manual Therapy Activity #1 Performed | | Yes | - |
| Manual Therapy Activity #1 Technique | | Trigger point release | - |
| Manual Therapy Activity #1 Rationale | | See Below [T64] | - |
| Manual Therapy Activity #1 Comment | | See Below [T89] | - |
| Manual Therapy Activity #2 Type | | See Below [T111] | - |
| Manual Therapy Activity #2 Performed | | Yes | - |
| Manual Therapy Activity #2 Rationale | | Increase range of motion | - |
| Manual Therapy Activity #2 Comment | | client supine and sidelying | - |
| PT Plan/Goals Established w Pt/Caregiver | | Yes | - |
| PT Long Term Goal #1 | | See Below [T155] | See Below [T156] |
| PT Long Term Goal #1 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T184] | See Below [T185] |
| PT Long Term Goal #2 | | See Below [T205] | See Below [T206] |
| PT Long Term Goal #2 Status | | Goal met | Goal met |
| PT Long Term Goal #2 Date Met | | 8/29/2019 | 8/29/2019 |
| PT Long Term Goal #3 | | See Below [T234] | See Below [T235] |
| PT Long Term Goal #3 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #3 Comment | | See Below [T263] | See Below [T264] |
| Activity #1 Type of Modality | | Cold packs | - |
| Modality Activity #1 Performed | | No | - |
| Modality Activity #1 Body Region | | Neck and L shoulder | - |
| Modality Activity #1 Minutes | | 10 | - |
| Activity #2 Type of Modality | | See Below [T310] | - |
| Modality Activity #2 Performed | | Yes | - |
| Modality Activity #2 Body Region | | L shoulder | - |
| Modality Activity #2 Settings | | IFC | - |
| Modality Activity #2 Minutes | | 15 | - |
| Other PT Short Term Goal #1 | | See Below [T333] | See Below [T334] |
| Other PT Short Term Goal #1 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T366] | See Below [T367] |
| Other PT Short Term Goal #2 | | See Below [T389] | See Below [T390] |

## IView

| Procedure | Reference Range | 8/29/2019 12:55 EDT Caudill DPT,Stephanie | 8/29/2019 12:45 EDT Caudill DPT,Stephanie |
|---|---|---|---|
| Other PT Short Term Goal #2 Status | | Goal met | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below T422 | See Below T423 |
| Other PT Short Term Goal #3 | | See Below T453 | See Below T454 |
| Other PT Short Term Goal #3 Status | | Goal met | Goal met |
| Other PT Short Term Goal #3 Date Met | | 8/29/2019 | 8/29/2019 |
| Post Treatment Numeric Pain Rating Scale | | 3 | - |
| Additional Information PT | | See Below T515 | See Below T516 |
| Right Grip Strength Trial 1 | | 100 | - |
| Right Grip Strength Trial 2 | | 110 | - |
| Right Grip Strength Trial 3 | | 100 | - |
| Right Hand Grip Strength | | 103.3 | - |
| Mean for Age,Gender Right Hand Grip | | 113.6 lbs | - |
| Pre Treatment Numeric Pain Rating Scale: | | 3 | - |
| Document UE Range in Degrees | | Yes | - |
| Lt Elbow Extension Strength Rehab | | 5 | - |
| Lt Elbow Flexion Strength Rehab | | 4+ | - |
| Lt Shoulder Abduct Strength Rehab | | 2+ | - |
| Lt Shoulder Flexion Strength Rehab | | 2+ | - |
| Lt Wrist Extension Strength Rehab | | 5 | - |
| Lt Wrist Flexion Strength Rehab | | 5 | - |
| Rt Elbow Extension Strength Rehab | | 5 | - |
| Rt Elbow Flexion Strength Rehab | | 5 | - |
| Rt Shoulder Abduction Strength Rehab | | 5 | - |
| Rt Shoulder Flexion Strength Rehab | | 5 | - |
| Rt Wrist Extension Strength Rehab | | 5 | - |
| Rt Wrist Flexion Strength Rehab | | 5 | - |
| Current Hand Dominance PT | | Right | - |
| Previous Hand Dominance PT | | Right | - |

Textual Results
T40: 8/29/2019 12:55 EDT (Manual Therapy Activity #1 Type)
Myofascial/Soft tissue mobilization
T64: 8/29/2019 12:55 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation
T89: 8/29/2019 12:55 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to BUTs, CPSMs, Pecs, Biceps.
T111: 8/29/2019 12:55 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation
T155: 8/29/2019 12:55 EDT (PT Long Term Goal #1)

*IView*

Textual Results

T155: 8/29/2019 12:55 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T156: 8/29/2019 12:45 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T184: 8/29/2019 12:55 EDT (PT Long Term Goal #1 Comment)
8/29/19: please see MMT section.

T185: 8/29/2019 12:45 EDT (PT Long Term Goal #1 Comment)
8/29/19: please see MMT section.

T205: 8/29/2019 12:55 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T206: 8/29/2019 12:45 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T234: 8/29/2019 12:55 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T235: 8/29/2019 12:45 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T263: 8/29/2019 12:55 EDT (PT Long Term Goal #3 Comment)
8/29//19: 56.7#. 8/26: Left: 40#

T264: 8/29/2019 12:45 EDT (PT Long Term Goal #3 Comment)
8/29//19: 56.7#. 8/26: Left: 40#

T310: 8/29/2019 12:55 EDT (Activity #2 Type of Modality)
Electrical stimulation, unattended

T333: 8/29/2019 12:55 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T334: 8/29/2019 12:45 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T366: 8/29/2019 12:55 EDT (Other PT Short Term Goal #1 Comment)
8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T367: 8/29/2019 12:45 EDT (Other PT Short Term Goal #1 Comment)
8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex

T389: 8/29/2019 12:55 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T390: 8/29/2019 12:45 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T422: 8/29/2019 12:55 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T423: 8/29/2019 12:45 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T453: 8/29/2019 12:55 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T454: 8/29/2019 12:45 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T515: 8/29/2019 12:55 EDT (Additional Information PT)

## *IView*

Textual Results

T515: 8/29/2019 12:55 EDT (Additional Information PT)
Mr. Zoll demonstrates improved strength and ROM. He reports improved tolerance to functional activities. He will benefit from continued physical therapy 2x/week for 4 weeks for therapeutic exercise, manual therapy, and patient education to work towards remaining goals.

T516: 8/29/2019 12:45 EDT (Additional Information PT)
Mr. Zoll demonstrates improved strength and ROM. He reports improved tolerance to functional activities. He will benefit from continued physical therapy 2x/week for 4 weeks for therapeutic exercise, manual therapy, and patient education to work towards remaining goals.

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 8/26/2019 |
| | Recorded Time | 13:35 EDT |
| | Recorded By | Fifield PTA,Patrick |
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Manual Therapy Activity #1 Type | | See Below T41 |
| Manual Therapy Activity #1 Technique | | Trigger point release |
| Manual Therapy Activity #1 Rationale | | See Below T65 |
| Manual Therapy Activity #1 Comment | | See Below T90 |
| Manual Therapy Activity #2 Type | | See Below T112 |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below T116 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T157 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below T207 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #3 | | See Below T236 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| PT Long Term Goal #3 Comment | | 8/26: Left: 40# |
| Other PT Short Term Goal #1 | | See Below T335 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T368 |
| Other PT Short Term Goal #2 | | See Below T391 |
| Other PT Short Term Goal #2 Status | | Goal met |
| Other PT Short Term Goal #2 Date Met | | 8/26/2019 |
| Other PT Short Term Goal #2 Comment | | See Below T424 |
| Other PT Short Term Goal #3 | | See Below T455 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below T517 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |

## IView

| Procedure | Reference Range | Recorded Date 8/26/2019<br>Recorded Time 13:35 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results
T41: 8/26/2019 13:35 EDT (Manual Therapy Activity #1 Type)
Manual traction, Myofascial/Soft tissue mobilization
T65: 8/26/2019 13:35 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation
T90: 8/26/2019 13:35 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to BUTs, CPSMs, Pecs, Biceps. SOR followed by cervical retraction with 2 sets of 10x:10.
T112: 8/26/2019 13:35 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation
T116: 8/26/2019 13:35 EDT (Manual Therapy Activity #2 Comment)
client supine and sidelying *PROM measurements taken here
T157: 8/26/2019 13:35 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.
T207: 8/26/2019 13:35 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.
T236: 8/26/2019 13:35 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.
T335: 8/26/2019 13:35 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.
T368: 8/26/2019 13:35 EDT (Other PT Short Term Goal #1 Comment)
8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex
T391: 8/26/2019 13:35 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.
T424: 8/26/2019 13:35 EDT (Other PT Short Term Goal #2 Comment)
8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each
T455: 8/26/2019 13:35 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.
T517: 8/26/2019 13:35 EDT (Additional Information PT)
Continued with cervical retractions in supine to help improve cervical symptoms. Less shoulder pain noted with retractions today sec. to injection. Instructed to continue with retractions at home. Performed manual stretching to left shoulder to increase shoulder mobility.

| Procedure | Reference Range | Recorded Date 8/21/2019<br>Recorded Time 14:17 EDT<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |

## *IView*

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 8/21/2019 |
| | Recorded Time | 14:17 EDT |
| | Recorded By | Fifield PTA,Patrick |
| Primary Pain Location | | Neck |
| Manual Therapy Activity #1 Type | | See Below T42 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Technique | | Trigger point release |
| Manual Therapy Activity #1 Rationale | | See Below T66 |
| Manual Therapy Activity #1 Comment | | See Below T91 |
| Manual Therapy Activity #2 Type | | See Below T113 |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below T117 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T158 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below T208 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #3 | | See Below T237 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| Activity #1 Type of Modality | | Cold packs |
| Modality Activity #1 Performed | | No |
| Modality Activity #1 Body Region | | Neck and L shoulder |
| Modality Activity #1 Minutes | | 10 |
| Activity #2 Type of Modality | | See Below T311 |
| Modality Activity #2 Performed | | Yes |
| Modality Activity #2 Body Region | | cervical spine |
| Modality Activity #2 Settings | | 80-150 pps |
| Modality Activity #2 Minutes | | 15 |
| Modality Activity #2 Comments | | w/ hot pack |
| Other PT Short Term Goal #1 | | See Below T336 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | 8/6: 125 deg. left shoulder flex |
| Other PT Short Term Goal #2 | | See Below T392 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T425 |
| Other PT Short Term Goal #3 | | See Below T456 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below T518 |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

## IView

Textual Results

T42: 8/21/2019 14:17 EDT (Manual Therapy Activity #1 Type)
Manual traction, Myofascial/Soft tissue mobilization

T66: 8/21/2019 14:17 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T91: 8/21/2019 14:17 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to BUTs, CPSMs, Pecs, Biceps. SOR followed by cervical retraction with 2 sets of 10x:10.

T113: 8/21/2019 14:17 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T117: 8/21/2019 14:17 EDT (Manual Therapy Activity #2 Comment)
client supine and sidelying *PROM measurements taken here

T158: 8/21/2019 14:17 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T208: 8/21/2019 14:17 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T237: 8/21/2019 14:17 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T311: 8/21/2019 14:17 EDT (Activity #2 Type of Modality)
Electrical stimulation, unattended

T336: 8/21/2019 14:17 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T392: 8/21/2019 14:17 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T425: 8/21/2019 14:17 EDT (Other PT Short Term Goal #2 Comment)
8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T456: 8/21/2019 14:17 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T518: 8/21/2019 14:17 EDT (Additional Information PT)
Mr. Zoll is still having shoulder and neck pain that hasn't resolved. He saw Shoulder MD on Tuesday and said he might need a clavicular shaving to help with hsoulder pain. Trialed Estim with moist heat to cervical spine to decrease pain and help improve overall tolerance to activity. Pain level reduced to 3/10 from 6/10 after modalities. Pt. to be reassessed next session.

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 8/19/2019 |
| | Recorded Time | 12:49 EDT |
| | Recorded By | Tackett PTA,Ashton |
| Barriers to Learning | | None evident |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below T13 |
| Left Shoulder Abduction PROM | | 135 |
| Left Shoulder Abduction ROM Comment | | empty end feel |
| Left Shoulder Flexion PROM | | 160 |
| Left Shoulder Flexion ROM Comment | | empty end feel |

## IView

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 8/19/2019 |
| | Recorded Time | 12:49 EDT |
| | Recorded By | Tackett PTA,Ashton |
| Primary Pain Location | | Neck |
| Primary Pain Laterality | | Left |
| Primary Pain Radiation | | Yes |
| Primary Pain Radiation Characteristics | | L posterior shldr |
| Manual Therapy Activity #1 Type | | See Below [T43] |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Technique | | Trigger point release |
| Manual Therapy Activity #1 Rationale | | See Below [T67] |
| Manual Therapy Activity #1 Comment | | See Below [T92] |
| Manual Therapy Activity #2 Type | | See Below [T114] |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | See Below [T115] |
| Manual Therapy Activity #2 Comment | | See Below [T118] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| Other PT Short Term Goal #1 | | See Below [T337] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | 8/6: 125 deg. left shoulder flex |
| Other PT Short Term Goal #2 | | See Below [T393] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T426] |
| Other PT Short Term Goal #3 | | See Below [T457] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |
| PT Therapeutic Exercise #2 | | Other: sidelying shldr ER |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 15 reps, L |
| PT Therapeutic Exercise #2 Resistance | | AROM |
| PT Therapeutic Exercise #2 Comment | | for strength |
| PT Therapeutic Exercise #3 | | See Below [T473] |
| PT Therapeutic Exercise Performed #3 | | Yes |
| PT Therapeutic Exercise #3 Repetition | | x10 reps each direction |
| PT Therapeutic Exercise #3 Resistance | | AROM |
| PT Therapeutic Exercise #3 Comment | | See Below [T481] |
| Post Treatment Numeric Pain Rating Scale | | 6 |

## IView

| Procedure | Reference Range | Recorded Date 8/19/2019<br>Recorded Time 12:49 EDT<br>Recorded By Tackett PTA,Ashton |
|---|---|---|
| Additional Information PT | | See Below T519 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Document UE Range in Degrees | | Yes |
| Lt Shoulder Abduct Strength Rehab | | 3+ |
| Lt Shoulder Flexion Strength Rehab | | 3+ |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T13: 8/19/2019 12:49 EDT (PT Treatment Recommendations)
Cont with L shldr ROM and strength ther-ex

T43: 8/19/2019 12:49 EDT (Manual Therapy Activity #1 Type)
Manual traction, Myofascial/Soft tissue mobilization

T67: 8/19/2019 12:49 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T92: 8/19/2019 12:49 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to BUTs, CPSMs, Pecs, Biceps. SOR followed by cervical retraction with 2 sets of 10x:10.

T114: 8/19/2019 12:49 EDT (Manual Therapy Activity #2 Type)
Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation

T115: 8/19/2019 12:49 EDT (Manual Therapy Activity #2 Response)
Other: increased muscle guarding noted and empty end feel

T118: 8/19/2019 12:49 EDT (Manual Therapy Activity #2 Comment)
client supine and sidelying *PROM measurements taken here

T337: 8/19/2019 12:49 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T393: 8/19/2019 12:49 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T426: 8/19/2019 12:49 EDT (Other PT Short Term Goal #2 Comment)
8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each

T457: 8/19/2019 12:49 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T473: 8/19/2019 12:49 EDT (PT Therapeutic Exercise #3)
Other: supine, reverse codmans (cw/ccw)

T481: 8/19/2019 12:49 EDT (PT Therapeutic Exercise #3 Comment)
for strength. *Pain increase noted.

T519: 8/19/2019 12:49 EDT (Additional Information PT)
*Client with MD appt today; PTA wrote note-see chart copy.

PTA believes client is cont'ing to benefit from supine c. retractions, but minimially. PTA cont'd treatment with focus on L UE strength ther-ex and manual for L UE ROM. Client's pain seems to be a primary limitation in regards to L UE mobility throughout treatment.

## *IView*

Textual Results
T519: 8/19/2019 12:49 EDT (Additional Information PT)

Client with increased pain post session to 6/10 (from 4/10) and possibly from manual stretching on LUE. Client declined ice post session for pain control.

Next session PT to see client.

| Procedure | Reference Range | Recorded Date 8/15/2019<br>Recorded Time 13:37 EDT<br>Recorded By Hensley PT,Jennifer |
|---|---|---|
| Teaching Method | | Explanation |
| Primary Pain Location | | Neck |
| Manual Therapy Activity #1 Type | | See Below T44 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Technique | | Trigger point release |
| Manual Therapy Activity #1 Rationale | | See Below T68 |
| Manual Therapy Activity #1 Comment | | See Below T93 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T159 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below T209 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #3 | | See Below T238 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| Activity #1 Type of Modality | | Cold packs |
| Modality Activity #1 Performed | | Yes |
| Modality Activity #1 Body Region | | Neck and L shoulder |
| Modality Activity #1 Minutes | | 10 |
| Other PT Short Term Goal #1 | | See Below T338 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | 8/6: 125 deg. left shoulder flex |
| Other PT Short Term Goal #2 | | See Below T394 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T427 |
| Other PT Short Term Goal #3 | | See Below T458 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |
| PT Therapeutic Exercise #2 | | Upper extremity passive range |

## IView

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 8/15/2019 |
| | Recorded Time | 13:37 EDT |
| | Recorded By | Hensley PT,Jennifer |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 15 |
| PT Therapeutic Exercise #2 Comment | | Flex/ABD/IR/ER |
| PT Therapeutic Exercise #3 | | Upper extremity stretching |
| PT Therapeutic Exercise Performed #3 | | Yes |
| PT Therapeutic Exercise #3 Repetition | | 6' |
| PT Therapeutic Exercise #3 Comment | | Teres, Pec, and Biceps |
| Post Treatment Numeric Pain Rating Scale | | 1 |
| Additional Information PT | | See Below [T520] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T44: 8/15/2019 13:37 EDT (Manual Therapy Activity #1 Type)
Manual traction, Myofascial/Soft tissue mobilization

T68: 8/15/2019 13:37 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T93: 8/15/2019 13:37 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to BUTs, CPSMs, Pecs, Biceps. SOR followed by cervical retraction with 2 sets of 10x:10.

T159: 8/15/2019 13:37 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T209: 8/15/2019 13:37 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T238: 8/15/2019 13:37 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T338: 8/15/2019 13:37 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T394: 8/15/2019 13:37 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T427: 8/15/2019 13:37 EDT (Other PT Short Term Goal #2 Comment)
8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed

T458: 8/15/2019 13:37 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T520: 8/15/2019 13:37 EDT (Additional Information PT)
Mr. Zoll was able to show improvement in ROM, grip strength, pain, and headache reduction with cervical retractions in supine. He had good pain reduction with manual cervical distraction, shoulder PROM and stretching to teres and biceps, and ice after treatment session.

*IView*

| Procedure | Reference Range | Recorded Date 8/12/2019<br>Recorded Time 12:55 EDT<br>Recorded By Tackett PTA,Ashton |
|---|---|---|
| Barriers to Learning | | None evident |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | Re-check baselines |
| Ed-Body Mechanics | | See Below [T15 R1] |
| Ed-Exercise Program | | See Below [T20 R4] |
| Primary Pain Location | | Neck |
| Manual Therapy Activity #1 Type | | See Below [T45] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Technique | | Trigger point release |
| Manual Therapy Activity #1 Rationale | | See Below [T69] |
| Manual Therapy Activity #1 Response | | Positive response to treatment |
| Manual Therapy Activity #1 Comment | | ct. supine |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| Other PT Short Term Goal #1 | | See Below [T339] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | 8/6: 125 deg. left shoulder flex |
| Other PT Short Term Goal #2 | | See Below [T395] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T428] |
| Other PT Short Term Goal #3 | | See Below [T459] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below [T521] |
| Pre Treatment Numeric Pain Rating Scale: | | 3 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results
T15: 8/12/2019 12:55 EDT (Ed-Body Mechanics)
Verbalizes understanding, Demonstrates, Needs further teaching
T20: 8/12/2019 12:55 EDT (Ed-Exercise Program)
Verbalizes understanding, Demonstrates, Teachback successful
T45: 8/12/2019 12:55 EDT (Manual Therapy Activity #1 Type)
Myofascial/Soft tissue mobilization, Other: STM to B occiputs and manual cervical distraction (6x30 sec holds)
T69: 8/12/2019 12:55 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation
T339: 8/12/2019 12:55 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.
T395: 8/12/2019 12:55 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

## *IView*

Textual Results

T428: 8/12/2019 12:55 EDT (Other PT Short Term Goal #2 Comment)
8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed

T459: 8/12/2019 12:55 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T521: 8/12/2019 12:55 EDT (Additional Information PT)
Client was 10 min late for session. Client reports increased headaches since starting therapy. PTA had client attempt rep. c. retraction (derrangement reduciton exercise) in a gravity eliminating position (supine) today to see effect on pain control; Client tolerated well in clinic and to cont. with ex at home for HEP at this time.

PTA applied ice to client's c.spine post session, x10 min in supine position for pain control-no charge for service. Client with cont'd 3/10 pain post session.

PT to see client next session.

Result Comments

R1: Ed-Body Mechanics
posture

R4: Ed-Exercise Program
supine c. retraction

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 8/8/2019 |
| | Recorded Time | 13:45 EDT |
| | Recorded By | Hensley PT,Jennifer |
| Teaching Method | | Explanation |
| Primary Pain Location | | Head |
| Primary Pain Laterality | | Bilateral |
| Primary Pain Radiation | | Yes |
| Primary Pain Radiation Characteristics | | See Below [T24] |
| Manual Therapy Activity #1 Type | | See Below [T46] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below [T70] |
| Manual Therapy Activity #1 Comment | | See Below [T94] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T160] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below [T210] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #3 | | See Below [T239] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #1 | | See Below [T340] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | 8/6: 125 deg. left shoulder flex |
| Other PT Short Term Goal #2 | | See Below [T396] |

## IView

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 8/8/2019 |
| | Recorded Time | 13:45 EDT |
| | Recorded By | Hensley PT,Jennifer |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T429 |
| Other PT Short Term Goal #3 | | See Below T460 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Post Treatment Numeric Pain Rating Scale | | 2 |
| Additional Information PT | | See Below T522 |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results
T24: 8/8/2019 13:45 EDT (Primary Pain Radiation Characteristics)
Headache between the eyes and forehead and neck pain
T46: 8/8/2019 13:45 EDT (Manual Therapy Activity #1 Type)
Manual stretch, Myofascial/Soft tissue mobilization
T70: 8/8/2019 13:45 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation
T94: 8/8/2019 13:45 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to B CPSMs, UTs, MTs, scalenes, SCM, L pec and bicep. He received gentle stretching into retraction/downward rotation. He received trigger point release to L UT and scalenes and SOR.
T160: 8/8/2019 13:45 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.
T210: 8/8/2019 13:45 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.
T239: 8/8/2019 13:45 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.
T340: 8/8/2019 13:45 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.
T396: 8/8/2019 13:45 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.
T429: 8/8/2019 13:45 EDT (Other PT Short Term Goal #2 Comment)
7/29:Improvements noted post rep c. retraction; Client to cont with rep ex x10 reps, 4x/day. POsture education initiated
T460: 8/8/2019 13:45 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.
T522: 8/8/2019 13:45 EDT (Additional Information PT)
Significant improvements in cervical and headache pain.

## IView

| | | |
|---|---|---|
| | Recorded Date | 8/6/2019 |
| | Recorded Time | 10:20 EDT |
| | Recorded By | Fifield PTA,Patrick |
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Manual Therapy Activity #1 Type | | See Below T47 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below T71 |
| Manual Therapy Activity #1 Response | | See Below T74 |
| Manual Therapy Activity #1 Comment | | See Below T95 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T161 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below T211 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #3 | | See Below T240 |
| PT Long Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #1 | | See Below T341 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | 8/6: 125 deg. left shoulder flex |
| Other PT Short Term Goal #2 | | See Below T397 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T430 |
| Other PT Short Term Goal #3 | | See Below T461 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below T523 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T47: 8/6/2019 10:20 EDT (Manual Therapy Activity #1 Type)
Manual stretch, Myofascial/Soft tissue mobilization

T71: 8/6/2019 10:20 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T74: 8/6/2019 10:20 EDT (Manual Therapy Activity #1 Response)
Positive response to treatment, Other: Left Shoulder ROM improved

T95: 8/6/2019 10:20 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to B CPSMs, UTs, MTs, scalenes, SCM, L pec and bicep. He received gentle stretching into retraction/downward rotation. He received trigger point release to L UT and scalenes and SOR.

T161: 8/6/2019 10:20 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

## IView

Textual Results

T211: 8/6/2019 10:20 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T240: 8/6/2019 10:20 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T341: 8/6/2019 10:20 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T397: 8/6/2019 10:20 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T430: 8/6/2019 10:20 EDT (Other PT Short Term Goal #2 Comment)
7/29:Improvements noted post rep c. retraction; Client to cont with rep ex x10 reps, 4x/day. POsture education initiated

T461: 8/6/2019 10:20 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T523: 8/6/2019 10:20 EDT (Additional Information PT)
James continues to respond to cervical retractions with slightly improved shoulder flexion and grip strength on left. Instructed to continue with retractions at home. Responded to STM to Left UT and scapula to help decrease tightness and mobility. Will benefit from skilled therapy to progress neck and shoulder mobility.

| Procedure | Reference Range | Recorded Date 8/1/2019<br>Recorded Time 09:38 EDT<br>Recorded By Hensley PT,Jennifer |
|---|---|---|
| Teaching Method | | Demonstration, Explanation |
| Ed-Exercise Program | | See Below [T21 R5] |
| Primary Pain Location | | Neck |
| Primary Pain Laterality | | Left |
| Primary Pain Radiation | | Yes |
| Primary Pain Radiation Characteristics | | into left shoulder |
| Manual Therapy Activity #1 Type | | See Below [T48] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Rationale | | See Below [T72] |
| Manual Therapy Activity #1 Comment | | See Below [T96] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T162] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below [T212] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #3 | | See Below [T241] |
| PT Long Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #1 | | See Below [T342] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #2 | | See Below [T398] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |

## IView

| Procedure | Reference Range | Recorded Date 8/1/2019<br>Recorded Time 09:38 EDT<br>Recorded By Hensley PT,Jennifer |
|---|---|---|
| Other PT Short Term Goal #2 Comment | | See Below T431 |
| Other PT Short Term Goal #3 | | See Below T462 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below T524 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T21: 8/1/2019 09:38 EDT (Ed-Exercise Program)
Verbalizes understanding, Demonstrates

T48: 8/1/2019 09:38 EDT (Manual Therapy Activity #1 Type)
Manual stretch, Myofascial/Soft tissue mobilization

T72: 8/1/2019 09:38 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T96: 8/1/2019 09:38 EDT (Manual Therapy Activity #1 Comment)
Pt received STM to B CPSMs, UTs, MTs, scalenes, SCM, L pec and bicep. He received gentle stretching into retraction/downward rotation. He received trigger point release to L UT and scalenes and SOR.

T162: 8/1/2019 09:38 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T212: 8/1/2019 09:38 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T241: 8/1/2019 09:38 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T342: 8/1/2019 09:38 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T398: 8/1/2019 09:38 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T431: 8/1/2019 09:38 EDT (Other PT Short Term Goal #2 Comment)
7/29:Improvements noted post rep c. retraction; Client to cont with rep ex x10 reps, 4x/day. POsture education initiated

T462: 8/1/2019 09:38 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T524: 8/1/2019 09:38 EDT (Additional Information PT)
Mr. Zoll did not have a headache after treatment session today. He continues to benefit from cervical retractions without overpressure with increased shoulder ROM without headache. He continues to have significant muscle guarding in the Left UT, scalenes, SCM, pecs, and biceps. Discussed dry needling, but pt reports that he didn't have much relief with it last time.

*IView*

Result Comments
R5: Ed-Exercise Program
Discussed importance of cervical retractions continued as long as headaches do not increase

| Procedure | Reference Range | Recorded Date 7/29/2019<br>Recorded Time 15:06 EDT<br>Recorded By Tackett PTA,Ashton |
|---|---|---|
| Barriers to Learning | | None evident |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | Progress as client tolerates |
| Ed-Body Mechanics | | See Below [T16 R1] |
| Ed-Exercise Program | | See Below [T22 R6] |
| Primary Pain Location | | Neck |
| Primary Pain Laterality | | Left |
| Primary Pain Radiation | | Yes |
| Primary Pain Radiation Characteristics | | L shldr |
| Manual Therapy Activity #1 Type | | See Below [T49] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Technique | | Trigger point release |
| Manual Therapy Activity #1 Rationale | | See Below [T73] |
| Manual Therapy Activity #1 Response | | Positive response to treatment |
| Manual Therapy Activity #1 Comment | | ct. seated post ther-ex |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| Other PT Short Term Goal #1 | | See Below [T343] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #2 | | See Below [T399] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T432] |
| Other PT Short Term Goal #3 | | See Below [T463] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: AROM scap retraction |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | x20 reps |
| PT Therapeutic Exercise #1 Resistance | | seated |
| PT Therapeutic Exercise #1 Comment | | for scap stab/postural awareness |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T525] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results
T16: 7/29/2019 15:06 EDT (Ed-Body Mechanics)

*IView*

Textual Results

T16: 7/29/2019 15:06 EDT (Ed-Body Mechanics)
Verbalizes understanding, Demonstrates, Needs further teaching

T22: 7/29/2019 15:06 EDT (Ed-Exercise Program)
Verbalizes understanding, Demonstrates, Teachback successful

T49: 7/29/2019 15:06 EDT (Manual Therapy Activity #1 Type)
Manual stretch, Myofascial/Soft tissue mobilization, Other: STM to B upper/mid traps region and manual stretch of B shldrs into retraction/downward rotation

T73: 7/29/2019 15:06 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T343: 7/29/2019 15:06 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T399: 7/29/2019 15:06 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T432: 7/29/2019 15:06 EDT (Other PT Short Term Goal #2 Comment)
7/29:Improvements noted post rep c. retraction; Client to cont with rep ex x10 reps, 4x/day. POsture education initiated

T463: 7/29/2019 15:06 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T525: 7/29/2019 15:06 EDT (Additional Information PT)
Client demo'd improvement in c. ROM/L shldr flex ROM post rep c. retractions, and PTA instructed client cont with ex, x10 reps, 4x/day for derangement reduction method at this time.

Client with overall poor psoture, and PTA recommends cont'd education to increase client I in this areas for pain control.

Client with cont'd pain of 4/10 post session, so PTA applied ice to client's c.spine for pain control, x10 min-no charge for service.

Result Comments

R1: Ed-Body Mechanics
posture

R6: Ed-Exercise Program
c. retractions

| Procedure | Reference Range | | |
|---|---|---|---|
| | Recorded Date | 7/25/2019 | 7/25/2019 |
| | Recorded Time | 16:37 EDT | 12:46 EDT |
| | Recorded By | Hensley PT,Jennifer | Hensley PT,Jennifer |
| Teaching Method | | - | See Below T4 |
| Living Situation | | - | Home independently |
| Left Shoulder Abduction AROM | | - | 112 |
| Left Shoulder Flexion AROM | | - | 125 |
| Right Shoulder Abduction AROM | | - | 186 |
| Right Shoulder Flexion AROM | | - | 172 |
| Detail Areas of Responsibilities | | - | See Below T14 |

## IView

| Procedure | Reference Range | 7/25/2019 16:37 EDT Hensley PT,Jennifer | 7/25/2019 12:46 EDT Hensley PT,Jennifer |
|---|---|---|---|
| Prior Cognitive-Communication Skills | | - | Independent (I) |
| Prior Instrumental ADL Level | | - | Independent (I) |
| Prior ADL/Self Care Status | | - | Independent (I) |
| Prior Indoor Mobility Status | | - | Independent (I) |
| Prior Outdoor Mobility Status | | - | Independent (I) |
| Prior Stairs Status | | - | Independent (I) |
| Lives In | | - | Single level home |
| Ed-Exercise Program | | - | See Below [T23 R7] |
| Primary Pain Location | | - | Neck |
| Primary Pain Laterality | | - | Left |
| Primary Pain Radiation | | - | Yes |
| Primary Pain Radiation Characteristics | | - | L shoulder and into head |
| Left Grip Strength Trial 1 | | - | 45 |
| Left Grip Strength Trial 2 | | - | 50 |
| Left Grip Strength Trial 3 | | - | 49 |
| Left Hand Grip Strength | | - | 48 |
| Mean for Age,Gender Left Hand Grip | | - | 101.9 lbs |
| PT Plan/Goals Established w Pt/Caregiver | | - | Yes |
| PT Long Term Goal #1 | | See Below [T163 O1] | See Below [T164] |
| PT Long Term Goal #1 Status | | Initial [O1] | Initial |
| PT Long Term Goal #2 | | See Below [T213 O1] | See Below [T214] |
| PT Long Term Goal #2 Status | | Initial [O1] | Initial |
| PT Long Term Goal #3 | | See Below [T242 O1] | See Below [T243] |
| PT Long Term Goal #3 Status | | Initial [O1] | Initial |
| Other PT Short Term Goal #1 | | See Below [T344 O1] | See Below [T345] |
| Other PT Short Term Goal #1 Status | | Initial [O1] | Initial |
| Other PT Short Term Goal #2 | | See Below [T400 O1] | See Below [T401] |
| Other PT Short Term Goal #2 Status | | Initial [O1] | Initial |
| Other PT Short Term Goal #3 | | See Below [T464 O1] | See Below [T465] |
| Other PT Short Term Goal #3 Status | | Initial [O1] | Initial |
| Post Treatment Numeric Pain Rating Scale | | - | 2 |
| Additional Information PT | | See Below [T526 O1] | See Below [T527] |
| Right Grip Strength Trial 1 | | - | 113 |
| Right Grip Strength Trial 2 | | - | 103 |
| Right Grip Strength Trial 3 | | - | 95 |
| Right Hand Grip Strength | | - | 103.7 |
| Mean for Age,Gender Right Hand Grip | | - | 113.6 lbs |
| Pre Treatment Numeric Pain Rating Scale: | | - | 3 |
| Document UE Range in Degrees | | - | Yes |

## *IView*

| Procedure | Reference Range | 7/25/2019 16:37 EDT Hensley PT,Jennifer | 7/25/2019 12:46 EDT Hensley PT,Jennifer |
|---|---|---|---|
| Lt Elbow Extension Strength Rehab | | - | 4- |
| Lt Elbow Flexion Strength Rehab | | - | 4+ |
| Lt Shoulder Abduct Strength Rehab | | - | 2+ |
| Lt Shoulder Flexion Strength Rehab | | - | 2+ |
| Lt Wrist Extension Strength Rehab | | - | 4 |
| Lt Wrist Flexion Strength Rehab | | - | 4- |
| Rt Elbow Extension Strength Rehab | | - | 5 |
| Rt Elbow Flexion Strength Rehab | | - | 5 |
| Rt Shoulder Abduction Strength Rehab | | - | 5 |
| Rt Shoulder Flexion Strength Rehab | | - | 5 |
| Rt Wrist Extension Strength Rehab | | - | 5 |
| Rt Wrist Flexion Strength Rehab | | - | 4+ |
| Current Hand Dominance PT | | - | Right |
| Previous Hand Dominance PT | | - | Right |

Textual Results

T4: 7/25/2019 12:46 EDT (Teaching Method)
Demonstration, Explanation, Printed materials

T14: 7/25/2019 12:46 EDT (Detail Areas of Responsibilities)
Difficulty carrying heavy objects in kitchen, grocery shop, drive, swim Has been off work since fall in 2018 Likes to hike and be outdoors

T23: 7/25/2019 12:46 EDT (Ed-Exercise Program)
Verbalizes understanding, Demonstrates

T163: 7/25/2019 16:37 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T164: 7/25/2019 12:46 EDT (PT Long Term Goal #1)
Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking.

T213: 7/25/2019 16:37 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T214: 7/25/2019 12:46 EDT (PT Long Term Goal #2)
Pt to report <40 on Quick DASH for improved functional activity.

T242: 7/25/2019 16:37 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T243: 7/25/2019 12:46 EDT (PT Long Term Goal #3)
Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits.

T344: 7/25/2019 16:37 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T345: 7/25/2019 12:46 EDT (Other PT Short Term Goal #1)
Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching.

T400: 7/25/2019 16:37 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

## IView

Textual Results

T401: 7/25/2019 12:46 EDT (Other PT Short Term Goal #2)
Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle.

T464: 7/25/2019 16:37 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T465: 7/25/2019 12:46 EDT (Other PT Short Term Goal #3)
Pt to report <60 on quick DASH for improved functional activity.

T526: 7/25/2019 16:37 EDT (Additional Information PT)
Mr. Zoll has a 1 year history of LUE pain and a longer history of neck pain. He reports that 1 year ago he fell and that increased his neck/shoulder pain, headaches, and his hand numbness. He has decreased CROM, shoulder ROM, LUE and grip strength. He responded with improved ROM, pain, and tingling with postural correction and slouch overcorrect. He is a good candidate for skilled PT would benefit from skilled PT for manual therapy, derangement reduction activities, and postural education. He has tried dry needling in the past, but may benefit from another trial. He is of moderate complexity due to the variable nature condition, past medical history, and severity of impairment.

T527: 7/25/2019 12:46 EDT (Additional Information PT)
Mr. Zoll has a 1 year history of LUE pain and a longer history of neck pain. He reports that 1 year ago he fell and that increased his neck/shoulder pain, headaches, and his hand numbness. He has decreased CROM, shoulder ROM, LUE and grip strength. He responded with improved ROM, pain, and tingling with postural correction and slouch overcorrect. He is a good candidate for skilled PT would benefit from skilled PT for manual therapy, derangement reduction activities, and postural education. He has tried dry needling in the past, but may benefit from another trial. He is of moderate complexity due to the variable nature condition, past medical history, and severity of impairment.

Result Comments

R7: Ed-Exercise Program
importance of posture, slouch over-correct exercise, red flags reviewed

Order Comments

O1: Cert Letter PT Create - Send
This order was added by Discern Expert

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | PT Certification Letter-Text |
| SERVICE DATE/TIME: | 9/25/2019 21:01 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Hale PT,Angela (9/25/2019 21:01 EDT) |
| SIGN INFORMATION: | Taylor MD,PhD,Robert (9/26/2019 06:42 EDT); Hale PT, Angela (9/25/2019 21:01 EDT) |

**PT Updated Certification Letter Entered On: 09/25/2019 21:02 EDT**
**Performed On: 09/25/2019 21:01 EDT by Hale PT, Angela**

**Physician Certification**
*Date of Birth :* EST
*PT Date of Injury or Surgery :* 07/01/2018 EDT
*Date of Eval PT :* 07/25/2019 EDT
*Number of Visits This Interval :* 19
*Dear Physician :* Thank you for your referral. Below is the patient information for the stated interval of treatment. Please review, modify (if necessary), sign, and return. Thank you.
*PT Certification Interval Start :* 09/25/2019 EDT
*POC Valid Through - PT :* 11/27/2019 EST
*PT Ordering Physician's Name :* Dr. Gish
Lexington Clinic Interventional Pain
*Staff Physician Signature :* The physician's electronic signature noted above indicates approval of the documented Plan of Care for the stated interval.
*Physician Signature Required :* Yes

Hale PT, Angela - 09/25/2019 21:01 EDT

**Problem List**

(As Of: 09/25/2019 21:02:09 EDT)

Diagnoses(Active)

Radiculopathy, cervical region — *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Balance Training - 97112, Community Work Re-integration - 97537, Gait Training - 97116, Group Therapy - 97150, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Stair Training - 97116, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*PT Certification Letter Complete :* Yes

## *DOC - Therapy*

Hale PT, Angela - 09/25/2019 21:01 EDT

**Outpatient Review**
*Rehab Potential Physical Therapy :* Good

Hale PT, Angela - 09/25/2019 21:01 EDT

Prior Functional Level Grid
*ADL/Self Care :* Independent (I)
*Indoor Mobility :* Independent (I)
*Outdoor Mobility :* Independent (I)
*Stairs :* Independent (I)
*Instrumental ADL :* Independent (I)
*Prior Cognitive-Communication Skills :* Independent (I)

Hale PT, Angela - 09/25/2019 21:01 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Hale PT, Angela - 09/25/2019 21:01 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Initial |
| *Date Met :* | | 08/29/2019 EDT | | |
| *Comments :* | 9/25 Continued decrease in L UE MMT | | 9/25 Continued limitation in L grip | |
| | Hale PT, Angela - 09/25/2019 21:01 EDT | Hale PT, Angela - 09/25/2019 21:01 EDT | Hale PT, Angela - 09/25/2019 21:01 EDT | Hale PT, Angela - 09/25/2019 21:01 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Initial | Initial |
| *Date Met :* | | |
| *Comments :* | | |

## DOC - Therapy

| | | |
|---|---|---|
| | Hale PT, Angela - 09/25/2019 21:01 EDT | Hale PT, Angela - 09/25/2019 21:01 EDT |

*LTG Documentation :* Yes

Hale PT, Angela - 09/25/2019 21:01 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Hale PT, Angela - 09/25/2019 21:01 EDT | Hale PT, Angela - 09/25/2019 21:01 EDT | Hale PT, Angela - 09/25/2019 21:01 EDT |

**Positioning Goals and Plan**

*Patient Stated Goals :* to be able to swim
to be able to use both hands

Hale PT, Angela - 09/25/2019 21:01 EDT

**Recommendations/Summary of Progress**

*Necessity of the Services Provided :* -
*Functional Progression w/ Objective Improvements :* --
*Justification of Need :* -
*Additional Information PT :* Patient with improved L shoulder flexion at 135 and abduction 154. He also has improved C-spine AROM. He continues to be limited by neck pain and poor posture. He was issued a supine neck support and was able to demonstrate correct use. He was evaluated for low back pain today with decreased Lumbar ROM, decreased L LE

*DOC - Therapy*

MMT and increased score on Revised Oswestry. He demonstrates improved ROM and LE MMT after prone laying, however it increased C-spine pain. He was trialed with standing extension and was able to perform with no increase in back pain and no C-spine pain increase and was issued for home. He will benefit from continued skilled PT services for the L shoulder and goals were added for Low back. Plan to continue skilled PT 2 X per week X 4 weeks to improve ROM, MMT and I with walking.

Hale PT, Angela - 09/25/2019 21:01 EDT

## DOC - Therapy

DOCUMENT NAME: PT Certification Letter-Text
SERVICE DATE/TIME: 7/25/2019 16:37 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (7/25/2019 16:37 EDT)
SIGN INFORMATION: Taylor MD,PhD,Robert (7/25/2019 17:02 EDT); Hensley PT, Jennifer (7/25/2019 16:37 EDT)

**PT Initial Certification Letter Entered On: 07/25/2019 16:38 EDT**
**Performed On: 07/25/2019 16:37 EDT by Hensley PT, Jennifer**

**Physician Certification**
*Date of Birth :* EST
*PT Date of Injury or Surgery :* 07/01/2018 EDT
*Date of Eval PT :* 07/25/2019 EDT
*Number of Visits This Interval :* 1
*Dear Physician :* Thank you for your referral. Below is the patient information for the stated interval of treatment. Please review, modify (if necessary), sign, and return. Thank you.
*PT Certification Interval Start :* 07/25/2019 EDT
*POC Valid Through - PT :* 09/26/2019 EDT
*PT Ordering Physician's Name :* Dr. Gish
Lexington Clinic Interventional Pain
*Staff Physician Signature :* The physician's electronic signature noted above indicates approval of the documented Plan of Care for the stated interval.
*Physician Signature Required :* Yes

Hensley PT, Jennifer - 07/25/2019 16:37 EDT

**Problem List**

(As Of: 07/25/2019 16:38:14 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*PT Certification Letter Complete :* Yes

Hensley PT, Jennifer - 07/25/2019 16:37 EDT

## *DOC - Therapy*

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Hensley PT, Jennifer - 07/25/2019 16:37 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Initial | Initial | Initial |
| | Hensley PT, Jennifer - 07/25/2019 16:37 EDT | Hensley PT, Jennifer - 07/25/2019 16:37 EDT | Hensley PT, Jennifer - 07/25/2019 16:37 EDT |

*LTG Documentation :* Yes

Hensley PT, Jennifer - 07/25/2019 16:37 EDT

**Short Term Goals**
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Initial | Initial | Initial |
| | Hensley PT, Jennifer - 07/25/2019 16:37 EDT | Hensley PT, Jennifer - 07/25/2019 16:37 EDT | Hensley PT, Jennifer - 07/25/2019 16:37 EDT |

**Recommendations/Summary of Progress**
*Additional Information PT :* Mr. Zoll has a 1 year history of LUE pain and a longer history of neck pain. He reports that 1 year ago he fell and that increased his neck/shoulder pain, headaches, and his hand numbness. He has decreased CROM, shoulder ROM, LUE and grip strength. He responded with improved ROM, pain, and tingling with postural correction and slouch overcorrect. He is a good candidate for skilled PT would benefit from skilled PT for manual therapy, derangement reduction activities, and postural education. He has tried dry needling in the past, but may benefit from another trial. He is of moderate complexity due to the variable nature condition, past medical history, and severity of impairment.

*DOC - Therapy*

Hensley PT, Jennifer - 07/25/2019 16:37 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 10/31/2019 09:41 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (10/31/2019 09:41 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (10/31/2019 09:41 EDT)

**OP PT Daily Documentation Entered On: 10/31/2019 10:38 EDT**
**Performed On: 10/31/2019 09:41 EDT by Hensley PT, Jennifer**

**Review/Treatments Provided**
*Total Number of Visits PT :* 27
*Total Number of Authorized Visits PT :* 31
*Authorization Valid Through (PT): :* 11/30/2019 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 11/27/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Reassess Mobility :* No
*Documented Pain (new) :* Yes, able to self report pain
*Update Cognition/Comm Func Status PT :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

**Subjective Report**
*Subjective Report :* Pt reports that he feels that he is still having the same pain over the AC joint. He reports that his back is much better. He has been working on his neck and having injections and that seems to be improving. However, it doesn't affect the shoulder pain much. He follows up with the MD on 11/4 for shoulder pain and will be discussing surgical intervention.

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

**Rapid Pain Assessment**
*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 4
*Best Pain in Last 2 Weeks :* 2
*Worst Pain in Last 2 Weeks :* 6

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

Rapid Pain Assessment OP Grid

| | Secondary Pain |
|---|---|

## *DOC - Therapy*

| | |
|---|---|
| *Location :* | Neck |
| *Pain Scale :* | 2 |
| | Hensley PT, Jennifer - 10/31/2019 09:41 EDT |

**Long Term Goals**
*PT Patient,Caregiver Goal :* to be able to swim
to be able to use both hands

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Date Met :* | | 10/24/2019 EDT | | |
| *Comments :* | 10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT | 10/24: 34 | 10/31: 50 psi. 10/29: 42#. 10/24: NT. 9/25 Continued limitation in L grip | 10/24: moderate limitation to flexion, all other within minimal limitations |
| | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Date Met :* | | |
| *Comments :* | 10/24: 26 | 10/31: 2. 10/24: 3/10 |

## DOC - Therapy

| | | |
|---|---|---|
| | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT |

*IP PT LTG Documentation :* Yes

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT |

**Therapeutic Exercise**

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: AROM scap retraction | Other: sidelying shldr ER | Other: supine, reverse codmans (cw/ccw) | Other: Pulleys |
| *Exercise Performed :* | Yes | No | No | No |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Repetition/Time :* | x20 reps | 15 reps, L | x10 reps each direction | 3 min |
| *Resist or Assist :* | seated | AROM | AROM | |
| *Comment :* | for scap stab/postural awareness | for strength | for strength. *Pain increase noted. | flex/scaption |
| | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: Table slides | Other: wall slides | Other: shoulder isoms: all planes | Other: high/mid/low rows |
| *Exercise Performed :* | No | No | No | Yes |
| *Repetition/Time :* | 15 reps | 10 | 10x:05 | 15 reps each |
| *Resist or Assist :* | | | | green tband |
| *Comment :* | flex/abd | flex/scaption - cues for scapular mechanics | | issued HEP |
| | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT | Hensley PT, Jennifer - 10/31/2019 09:41 EDT |

| | Exercise 9 |
|---|---|
| *Exercise :* | Other: 3 way chet press |
| *Exercise Performed :* | No |
| *Repetition/Time :* | 15 repsa each |
| *Resist or Assist :* | greent band |
| *Comment :* | |
| | Hensley PT, Jennifer - 10/31/2019 09:41 EDT |

## DOC - Therapy

*Therapeutic Exercise Grid Updated :* Yes

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Demonstrates
(Comment: written HEP issued for scapular strengthening. [Hensley PT, Jennifer - 10/31/2019 09:41 EDT] )
*Physical Therapy Plan of Care :* Verbalizes understanding

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

*Teaching Method :* Demonstration, Explanation, Printed materials

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

**Assessment**

*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex
*OP Patient Impairments/Limitations-PT :* Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Hensley PT, Jennifer - 10/31/2019 09:41 EDT
(As Of: 10/31/2019 10:38:22 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Mr. Zoll is completing his HEP and managing his neck and back symptoms. He has had limited progress with shoulder motion and strength. He has reached maximum functional potential for L shoulder at this time. He follows up with MD on 11/4 to discuss surgical intervention. He will likely be discharged from skilled PT if surgical intervention is indicated. He will let us know after his MD appointment whether to continue with all POC's or discontinue therapy if surgery is indicated.

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 3
*OP PT Therapeutic Exercise Minutes :* 40
*PT Total Treatment Minutes :* 40
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

*DOC - Therapy*

Hensley PT, Jennifer - 10/31/2019 09:41 EDT

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 10/29/2019 12:51 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Arseneau DPT,Julie (10/29/2019 13:40 EDT) |
| SIGN INFORMATION: | Arseneau DPT,Julie (10/29/2019 13:40 EDT) |

**OP PT Daily Documentation Entered On: 10/29/2019 13:05 EDT**
**Performed On: 10/29/2019 12:51 EDT by Arseneau DPT, Julie**

**Review/Treatments Provided**
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes

Arseneau DPT, Julie - 10/29/2019 13:06 EDT

*Total Number of Visits PT :* 26
*Total Number of Authorized Visits PT :* 31
*Authorization Valid Through (PT): :* 11/30/2019 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes

Arseneau DPT, Julie - 10/29/2019 12:54 EDT

*Therapy Certification Date :* POC Valid Through - PT: 11/27/19

Arseneau DPT, Julie - 10/29/2019 13:40 EDT

*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right

Arseneau DPT, Julie - 10/29/2019 12:54 EDT

**Subjective Report**
*Subjective Report :* Pt reports that he is going to see a specialist next week and get a cortisone injection in the neck.

Arseneau DPT, Julie - 10/29/2019 12:54 EDT

**Rapid Pain Assessment**
*Primary Pain Laterality :* Right
*Post Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

Arseneau DPT, Julie - 10/29/2019 13:40 EDT

*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 4

Arseneau DPT, Julie - 10/29/2019 12:54 EDT

**Long Term Goals**
*PT Patient,Caregiver Goal :* to be able to swim

## DOC - Therapy

to be able to use both hands

Arseneau DPT, Julie - 10/29/2019 12:54 EDT
Arseneau DPT, Julie - 10/29/2019 12:54 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Date Met :* | | 10/24/2019 EDT | | |
| *Comments :* | 10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT | 10/24: 34 | 10/29: 42#. 10/24: NT. 9/25 Continued limitation in L grip | 10/24: moderate limitation to flexion, all other within minimal limitations |
| | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 13:06 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Date Met :* | | |
| *Comments :* | 10/24: 26 | 10/24: 3/10 |
| | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT |

*IP PT LTG Documentation :* Yes

Arseneau DPT, Julie - 10/29/2019 12:54 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|

## DOC - Therapy

| | | | |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Arseneau DPT, Julie - 10/29/2019 13:40 EDT

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: AROM scap retraction | Other: sidelying shldr ER | Other: supine, reverse codmans (cw/ccw) | Other: Pulleys |
| *Exercise Performed :* | No | No | No | No |
| *Repetition/Time :* | x20 reps | 15 reps, L | x10 reps each direction | 3 min |
| *Resist or Assist :* | seated | AROM | AROM | |
| *Comment :* | for scap stab/postural awareness | for strength | for strength. *Pain increase noted. | flex/scaption |
| | Arseneau DPT, Julie - 10/29/2019 13:40 EDT | Arseneau DPT, Julie - 10/29/2019 13:40 EDT | Arseneau DPT, Julie - 10/29/2019 13:40 EDT | Arseneau DPT, Julie - 10/29/2019 13:40 EDT |

## DOC - Therapy

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: Table slides | Other: wall slides | Other: shoulder isoms: all planes | Other: high/mid/low rows |
| *Exercise Performed :* | No | No | No | Yes |
| *Repetition/Time :* | 15 reps | 10 | 10x:05 | 15 reps each |
| *Resist or Assist :* | | | | green tband |
| *Comment :* | flex/abd | flex/scaption - cues for scapular mechanics | | |
| | Arseneau DPT, Julie - 10/29/2019 13:40 EDT | Arseneau DPT, Julie - 10/29/2019 13:40 EDT | Arseneau DPT, Julie - 10/29/2019 13:40 EDT | Arseneau DPT, Julie - 10/29/2019 13:06 EDT |

| | Exercise 9 |
|---|---|
| *Exercise :* | Other: 3 way chet press |
| *Exercise Performed :* | No |
| *Repetition/Time :* | 15 repsa each |
| *Resist or Assist :* | greent band |
| *Comment :* | |
| | Arseneau DPT, Julie - 10/29/2019 13:40 EDT |

**Manual Therapy**
*PT Manual Therapy Grid Updated :* Yes
Arseneau DPT, Julie - 10/29/2019 13:40 EDT

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 | Activity 4 |
|---|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes | Other: Dry Needling |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Activity Performed :* | Yes | No | No | No |
| *Region :* | | | Other: left UT/scalenes | Left Shoulder, Left scapula |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | | Decrease spasm, Desensitization |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch. | client supine and sidelying | | Pt verified location of treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN. |
| | Arseneau DPT, Julie - 10/29/2019 13:06 EDT | Arseneau DPT, Julie - 10/29/2019 13:40 EDT | Arseneau DPT, Julie - 10/29/2019 13:40 EDT | Arseneau DPT, Julie - 10/29/2019 13:40 EDT |

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Needs further teaching, Needs practice/supervision
*Pain Control :* Verbalizes understanding, Needs further teaching, Needs practice/supervision

Arseneau DPT, Julie - 10/29/2019 13:40 EDT

*Teaching Method :* Demonstration, Explanation
*Education Narrative Notes :* see assessment

Arseneau DPT, Julie - 10/29/2019 13:40 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=127, abd: 134 deg | L shoulder flex 135 deg, 138 deg. abd |
| | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 13:06 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *With Pain :* | No | Yes | Yes | Yes |
| *Pre-ROM :* | 65 | 55 | 22 | 37 |
| | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | No |
| *Pre-ROM :* | 87 | 77 |
| | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 4 | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|---|
| *Spinal Motions :* | Cervical retraction | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | pt overpressure | slouch overcorrect x10 reps | X 10 | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Sitting | Supine |
| *Symptoms During Treatment :* | No effect | Decreases | Centralizing | Increases |
| *Symptoms Post Treatment :* | | Better | No effect | No worse |
| *Mechanical Response :* | increased shoulder abd ROM (143 deg) | L shldr flex: 120 deg, psot | No change- good technique | no changes in ROM |
| *Comment :* | | not performed | performed 1st | not performed |
| | Arseneau DPT, Julie - 10/29/2019 13:06 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT | Arseneau DPT, Julie - 10/29/2019 13:06 EDT | Arseneau DPT, Julie - 10/29/2019 12:54 EDT |

**Assessment**
*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex
*OP Patient Impairments/Limitations-PT :* Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Arseneau DPT, Julie - 10/29/2019 13:40 EDT
(As Of: 10/29/2019 14:00:18 EDT)

Diagnoses(Active)

## *DOC - Therapy*

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Arseneau DPT, Julie - 10/29/2019 13:40 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Pt responding to cervical retraction with pt overpressure with improved shoulder abduction ROM to 143 degrees today (from 134 deg pre-treatment). Pain unchanged. Trialed progressing to cervical ext, but not tolerated well with pt reporting slight lightheadedness. Resolved with discontinuation of exercise. Pt instructed to continue cervical retractions with overpressure and 5 sec hold. Pain slightly increased from 4/10 to 5/10 after performing scap stab exercise. Pt to follow up with MD on 11/4 regarding clavicular scrap. Will continue to progress pt as tolerated to meet goals.

Arseneau DPT, Julie - 10/29/2019 13:40 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 29
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 10
*PT Total Treatment Minutes :* 39
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Arseneau DPT, Julie - 10/29/2019 13:40 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 10/24/2019 14:22 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (10/24/2019 14:22 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (10/24/2019 14:22 EDT)

**OP PT Daily Documentation Entered On: 10/24/2019 16:29 EDT**
**Performed On: 10/24/2019 14:22 EDT by Hensley PT, Jennifer**

**Review/Treatments Provided**
*Total Number of Visits PT :* 25
*Total Number of Authorized Visits PT :* 31
*Authorization Valid Through (PT): :* 11/30/2019 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 11/27/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**Subjective Report**
*Subjective Report :* Pt reports that he feels like he's getting better motion. But he is still having shoulder AC pain. He reports that the exercises increase his shoulder pain. Pt reports that on Tuesday night he rolled out of bed and fell on R shoulder, but it feels okay now.

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**Rapid Pain Assessment**
*Pre Treatment Numeric Pain Rating Scale: :* 3
*Post Treatment Numeric Pain Rating Scale: :* 3
*Best Pain in Last 2 Weeks :* 2
*Worst Pain in Last 2 Weeks :* 6

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

Rapid Pain Assessment OP Grid

| | Secondary Pain |
|---|---|
| *Location :* | Lower back |
| *Duration :* | Best=1<br>Worst=3 |

## *DOC - Therapy*

| | |
|---|---|
| *Pain Scale :* | 1 |
| | Hensley PT, Jennifer - 10/24/2019 14:22 EDT |

**Long Term Goals**
*PT Patient,Caregiver Goal :* to be able to swim
to be able to use both hands

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Date Met :* | | 10/24/2019 EDT | | |
| *Comments :* | 10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT | 10/24: 34 | 10/24: NT. 9/25 Continued limitation in L grip | 10/24: moderate limitation to flexion, all other within minimal limitations |
| | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Date Met :* | | |
| *Comments :* | 10/24: 26 | 10/24: 3/10 |
| | Hensley PT, Jennifer - | Hensley PT, Jennifer - |

## DOC - Therapy

| | 10/24/2019 14:22 EDT | 10/24/2019 14:22 EDT |
|---|---|---|

*IP PT LTG Documentation :* Yes

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 | Activity 4 |
|---|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes | Other: Dry Needling |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Activity Performed :* | No | No | No | Yes |
| *Region :* | | | Other: left UT/scalenes | Left Shoulder, Left scapula |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | | Decrease spasm, Desensitization |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch. | client supine and sidelying | | Pt verified location of treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN. |
| | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT |

*PT Manual Therapy Grid Updated :* Yes

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**Education**

Physical Therapy Education Grid

*Physical Therapy Plan of Care :* Verbalizes understanding

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

*Teaching Method :* Explanation

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**UE ROM/Strength**

*Document UE Range in Degrees :* Yes

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

Left Upper Extremity Strength Grid

*Shoulder Flexion :* 4
*Shoulder Abduction :* 4
*Shoulder External Rotation :* 5
*Shoulder Internal Rotation :* 3+
*Elbow Flexion :* 4+
*Elbow Extension :* 5

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**UE ROM Degrees**

Left Upper Extremity Detailed ROM Grid

## *DOC - Therapy*

| | Left Shoulder Flexion Range | Left Shoulder Abduction Range |
|---|---|---|
| *Active :* | 127 degrees | 147 degrees |
| | Hensley PT, Jennifer - 10/24/2019 14:22 EDT | Hensley PT, Jennifer - 10/24/2019 14:22 EDT |

**Quick DASH**
*Open a tight or new jar :* Moderate Difficulty
*Do heavy household chores :* Mild difficulty
*Carry a shopping bag or briefcase :* Moderate Difficulty
*Wash your back :* Mild difficulty
*Use a knife to cut food :* No Difficulty
*Rec activities where you take arm force/impact :* Moderate Difficulty
*During past week arm interfered :* Mild difficulty
*During past week limited in regular :* Mild difficulty
*Please rate severity of arm, shoulder :* Moderate Difficulty
*Please rate severity tingling :* Moderate Difficulty
*During past week, difficulty sleeping :* Mild difficulty
*QuickDASH Disability/Symptoms Score :* 34
*Quick Dash Comments :* IE=77

8/29/19: 41
9/25/19 41
10/24: 34
*#Please rate severity of symptoms :* 1
*#During the past wk interfered w/social :* 1
*#Rec activities w/ force :* 1
*#Do heavy household chores (wash walls) :* 1
*#Carry a shopping bag :* 1
*#Activities Rated :* 11
*#Please rate severity of tingling :* 1
*#During past wk limited in work :* 1
*#Use a knife to cut food :* 1
*#Open a tight or new jar :* 1
*#Wash your back :* 1
*#During past week difficulty sleep :* 1

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**Revised Oswestry Pain Questionnaire**
*PT Pain intensity :* The pain comes and goes and is very mild.
*PT Personal Care :* I do not normally change my way of washing or dressing even though it causes some pain.
*PT Lifting :* Pain prevents me from lifting heavy weights but I can mange light to medium weights if they are conveniently positioned.
*PT Walking :* Pain prevents me from walking more than one mile.
*PT Sitting :* I can sit in any chair as long as I like without pain.

## DOC - Therapy

*PT Standing :* I cannot stand for longer than one hour without increasing pain.
*PT Sleeping :* I get pain in bed, but it does not prevent me from sleeping.
*PT Social Life :* Pain has no significant effect on my social life apart from limiting my more energetic interests, e.g., dancing, etc.
*PT Traveling :* I get some pain while traveling, but none of my usual forms of travel make it any worse.
*PT Changing Degree of Pain :* My pain fluctuates, but overall is definitely getting better.
*PT Number of DTAs :* 10
*PT Pain Intensity Score :* 26

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**Assessment**
*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex
*OP Patient Impairments/Limitations-PT :* Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Hensley PT, Jennifer - 10/24/2019 14:22 EDT
(As Of: 10/24/2019 16:29:19 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Balance Training - 97112, Community Work Re-integration - 97537, Gait Training - 97116, Group Therapy - 97150, Hot/Cold - 97010, Iontophoresis - 97033, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Stair Training - 97116, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Mr. Zoll has made good progress with shoulder ABD and trunk AROM, functional mobility, and strength in some planes. He continues to be limited by AC joint pain with shoulder flex that continues to be limited. He has a notable improvement in back pain and is progressing well. He follows up with orthopedist 11/4/2019 and will continue therapy until then and will follow his recommendations. Pt reports that surgical intervention has been discussed.

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

**OP PT Time Spent With Patient**
*OP PT Physical Performance Test :* 2
*OP PT Physical Performance Test MInutes :* 25
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 14
*PT Total Treatment Minutes :* 39
*OP PT Total (All Units) :* 3

## *DOC - Therapy*

*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Hensley PT, Jennifer - 10/24/2019 14:22 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 10/21/2019 12:48 EDT
RESULT STATUS: Modified
PERFORM INFORMATION: Fifield PTA,Patrick (10/22/2019 15:04 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (11/11/2019 09:10 EST); Fifield PTA, Patrick (10/22/2019 15:04 EDT)

**OP PT Daily Documentation Entered On: 10/21/2019 13:30 EDT**
**Performed On: 10/21/2019 12:48 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 24
*Total Number of Authorized Visits PT :* 31
*Authorization Valid Through (PT): :* 11/30/2019 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes

Fifield PTA, Patrick - 10/21/2019 12:51 EDT

*Therapy Certification Date :* POC Valid Through - PT: 11/27/19

Fifield PTA, Patrick - 11/11/2019 09:10 EST
~~{ [POC Valid Through - PT: 11/27/19 ] - previously charted by Fifield PTA, Patrick at 10/22/2019 15:04 EDT};~~

*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/ Massage :* Yes
*Modalities :* Yes

Fifield PTA, Patrick - 10/21/2019 12:51 EDT

**Subjective Report**
*Subjective Report :* "My shoulder hasn't changes a whole lot. It still hurts at the top and it's about the same.'

Fifield PTA, Patrick - 10/22/2019 15:04 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 2

Fifield PTA, Patrick - 10/22/2019 15:04 EDT

*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 3

## *DOC - Therapy*

Fifield PTA, Patrick - 10/21/2019 12:51 EDT

**Long Term Goals**
*PT Patient,Caregiver Goal :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 10/21/2019 12:51 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Comments :* | 9/25 Continued decrease in L UE MMT | | 9/25 Continued limitation in L grip | |
| | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | | |
| | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT |

*IP PT LTG Documentation :* Yes

Fifield PTA, Patrick - 10/21/2019 12:51 EDT

**Short Term Goals**
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder | Pt to demo >75 deg CROM | Pt to report <60 on quick DASH for |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | flex/ABD AROM for improved overhead reaching. | rotation R with no >3/10 pain for improved head turning while backing up vehicle. | improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Fifield PTA, Patrick - 10/22/2019 15:04 EDT

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: AROM scap retraction | Other: sidelying shldr ER | Other: supine, reverse codmans (cw/ccw) | Other: Pulleys |
| *Exercise Performed :* | No | No | No | Yes |
| *Repetition/Time :* | x20 reps | 15 reps, L | x10 reps each direction | 3 min |
| *Resist or Assist :* | seated | AROM | AROM | |
| *Comment :* | for scap stab/postural awareness | for strength | for strength. *Pain increase noted. | flex/scaption |
| | Fifield PTA, Patrick - 10/22/2019 15:04 EDT | Fifield PTA, Patrick - 10/22/2019 15:04 EDT | Fifield PTA, Patrick - 10/22/2019 15:04 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT |

## DOC - Therapy

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: Table slides | Other: wall slides | Other: shoulder isoms: all planes | Other: high/mid/low rows |
| *Exercise Performed :* | No | No | No | Yes |
| *Repetition/Time :* | 15 reps | 10 | 10x:05 | 15 reps each |
| *Resist or Assist :* | | | | green tband |
| *Comment :* | flex/abd | flex/scaption - cues for scapular mechanics | | |
| | Fifield PTA, Patrick - 10/22/2019 15:04 EDT | Fifield PTA, Patrick - 10/22/2019 15:04 EDT | Fifield PTA, Patrick - 10/22/2019 15:04 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT |

| | Exercise 9 |
|---|---|
| *Exercise :* | Other: 3 way chet press |
| *Exercise Performed :* | Yes |
| *Repetition/Time :* | 15 repsa each |
| *Resist or Assist :* | greent band |
| *Comment :* | |
| | Fifield PTA, Patrick - 10/21/2019 12:51 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 | Activity 4 |
|---|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes | Other: Dry Needling |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Activity Performed :* | | Yes | | |
| *Region :* | | | Other: left UT/scalenes | Left Shoulder, Left scapula |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | | Decrease spasm, Desensitization |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch. | client supine and sidelying | | Pt verified location of treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN. |
| | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT | Fifield PTA, Patrick - 10/21/2019 12:51 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 10/21/2019 12:51 EDT

**Modalities**

*PT Modalities Grid Updated :* Yes

Fifield PTA, Patrick - 10/22/2019 15:04 EDT

Modalities Grid

| | Activity 2 | Activity 1 |
|---|---|---|
| *Modality :* | Electrical stimulation, unattended | Ultrasound |
| *Activity Performed :* | Yes | No |
| *Body Region :* | left shoulder | left shoulder |
| *Settings :* | 80-150 pps | 50%, 1.0 W/cm2 |
| *Minutes :* | 15 minute | 12 minute |
| *Response :* | Pain decreased, Positive response to treatment | |
| *Comments :* | w/moist heat | |
| | Fifield PTA, Patrick - | Fifield PTA, Patrick - |

## DOC - Therapy

| | 10/22/2019 15:04 EDT | 10/22/2019 15:04 EDT |
|---|---|---|

**Education**
Physical Therapy Education Grid
*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding
Fifield PTA, Patrick - 10/22/2019 15:04 EDT
*Teaching Method :* Explanation
Fifield PTA, Patrick - 10/22/2019 15:04 EDT

**Assessment**
*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex
*OP Patient Impairments/Limitations-PT :* Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good
Fifield PTA, Patrick - 10/21/2019 12:51 EDT
(As Of: 10/21/2019 13:30:07 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Balance Training - 97112, Community Work Re-integration - 97537, Gait Training - 97116, Group Therapy - 97150, Hot/Cold - 97010, Iontophoresis - 97033, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Stair Training - 97116, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes
Fifield PTA, Patrick - 10/21/2019 12:51 EDT

**Recommendations/Summary of Progress**
*Additional Information :* James hasn't had a huge change with shoulder pain or ROM. Pain level is still around 3/10 and is about the same. Trialed estim to left shoulder with decreased pain from 3/10 to 2/10. May benefit from dry needling again to release tight muscle.
Fifield PTA, Patrick - 10/22/2019 15:04 EDT

**OP PT Time Spent With Patient**
*OP PT Manual Therapy Minutes :* 10
Fifield PTA, Patrick - 11/11/2019 09:10 EST
*OP PT Unattended E-Stim Units :* 1
*OP PT Unattended E-Stim Minutes :* 15
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15

## *DOC - Therapy*

Fifield PTA, Patrick - 10/22/2019 15:04 EDT

*OP PT Manual Therapy Units :* 1

~~{ [10 ] - previously charted by Fifield PTA, Patrick at 10/22/2019 15:04 EDT};~~

*PT Total Treatment Minutes :* 40

~~{ [30 ] - previously charted by Fifield PTA, Patrick at 10/22/2019 15:04 EDT};~~

*OP PT Total (All Units) :* 3

Fifield PTA, Patrick - 11/11/2019 09:10 EST

~~{ [12 ] - previously charted by Fifield PTA, Patrick at 10/22/2019 15:04 EDT};~~

*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 10/22/2019 15:04 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 10/17/2019 12:47 EDT
RESULT STATUS: Modified
PERFORM INFORMATION: Fifield PTA,Patrick (10/17/2019 14:55 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (10/17/2019 17:34 EDT); Fifield PTA, Patrick (10/17/2019 14:55 EDT)

**OP PT Daily Documentation Entered On: 10/17/2019 13:30 EDT**
**Performed On: 10/17/2019 12:47 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Manual Therapy/ Massage :* Yes
Hensley PT, Jennifer - 10/17/2019 17:34 EDT
*Total Number of Visits PT :* 23
*Total Number of Authorized Visits PT :* 31
*Authorization Valid Through (PT): :* 11/30/2019 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 10/17/2019 12:52 EDT
*Therapy Certification Date :* POC Valid Through - PT: 11/27/19
Hensley PT, Jennifer - 10/17/2019 17:34 EDT
~~{ [POC Valid Through - PT: 11/27/19 ] - previously charted by Fifield PTA, Patrick at 10/17/2019 14:55 EDT};~~
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
Fifield PTA, Patrick - 10/17/2019 12:52 EDT

**Subjective Report**
*Subjective Report :* "The dry needling felt OK. My shoulder is about the same though."
Fifield PTA, Patrick - 10/17/2019 14:55 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 3
Fifield PTA, Patrick - 10/17/2019 14:55 EDT
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 4
Fifield PTA, Patrick - 10/17/2019 12:52 EDT

## *DOC - Therapy*

**Long Term Goals**
*PT Patient,Caregiver Goal :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 10/17/2019 12:52 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Comments :* | 9/25 Continued decrease in L UE MMT | | 9/25 Continued limitation in L grip | |
| | Fifield PTA, Patrick - 10/17/2019 12:52 EDT | Fifield PTA, Patrick - 10/17/2019 12:52 EDT | Fifield PTA, Patrick - 10/17/2019 12:52 EDT | Fifield PTA, Patrick - 10/17/2019 12:52 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | | |
| | Fifield PTA, Patrick - 10/17/2019 12:52 EDT | Fifield PTA, Patrick - 10/17/2019 12:52 EDT |

*IP PT LTG Documentation :* Yes

Fifield PTA, Patrick - 10/17/2019 12:52 EDT

**Short Term Goals**
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM | Pt to demo >75 deg CROM rotation R with no | Pt to report <60 on quick DASH for |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| | for improved overhead reaching. | >3/10 pain for improved head turning while backing up vehicle. | improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 10/17/2019 12:52 EDT | Fifield PTA, Patrick - 10/17/2019 12:52 EDT | Fifield PTA, Patrick - 10/17/2019 12:52 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 | Activity 4 |
|---|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes | Other: Dry Needling |
| *Activity Performed :* | | | | Yes |
| *Region :* | | | Other: left UT/scalenes | Left Shoulder, Left scapula |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | | Decrease spasm, Desensitization |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He | client supine and sidelying | | Pt verified location of treatment. He received IDN using sterile 1" needles and clean |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | received downward rotation/retraction mobilization and stretch. | | | technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN. |
| | Hensley PT, Jennifer - 10/17/2019 17:34 EDT | Hensley PT, Jennifer - 10/17/2019 17:34 EDT | Hensley PT, Jennifer - 10/17/2019 17:34 EDT | Hensley PT, Jennifer - 10/17/2019 17:34 EDT |

*PT Manual Therapy Grid Updated :* Yes

Hensley PT, Jennifer - 10/17/2019 17:34 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 10/17/2019 14:55 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 10/17/2019 14:55 EDT

**Assessment**

*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex
*OP Patient Impairments/Limitations-PT :* Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 10/17/2019 14:55 EDT
(As Of: 10/17/2019 14:59:18 EDT)

Diagnoses(Active)

| | |
|---|---|
| Radiculopathy, cervical region | *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Balance Training - 97112, Community Work Re-integration - 97537, Gait Training - 97116, Group Therapy - 97150, Hot/Cold - 97010, Iontophoresis - 97033, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Stair Training - 97116, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 10/17/2019 14:55 EDT

**Recommendations/Summary of Progress**

## *DOC - Therapy*

*Additional Information PT :* James is responding to manual stretching to shoulder and scapula with improved shoulder ROM. ROM improved from 140 to 150 deg. after stretching. ROM is improving but minimal change with pain in shoulder. James reports no changes in pain since starting dry needling continue 2 more visits to assess benefits.

Hensley PT, Jennifer - 10/17/2019 17:34 EDT

~~{ [James is responding to manual stretching to shoulder and scapula with improved shoulder ROM. ROM improved from 140 to 150 deg. after stretching. ROM is improving but minimal change with pain in shoulder. ] - previously charted by Fifield PTA, Patrick at 10/17/2019 14:55 EDT};~~

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15

Fifield PTA, Patrick - 10/17/2019 14:55 EDT

*OP PT Manual Therapy Units :* 3

~~{ [2 ] - previously charted by Fifield PTA, Patrick at 10/17/2019 14:55 EDT};~~

*OP PT Manual Therapy Minutes :* 41

~~{ [30 ] - previously charted by Fifield PTA, Patrick at 10/17/2019 14:55 EDT};~~

*PT Total Treatment Minutes :* 56

~~{ [45 ] - previously charted by Fifield PTA, Patrick at 10/17/2019 14:55 EDT};~~

*OP PT Total (All Units) :* 4

Hensley PT, Jennifer - 10/17/2019 17:34 EDT

~~{ [3 ] - previously charted by Fifield PTA, Patrick at 10/17/2019 14:55 EDT};~~

*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 10/17/2019 14:55 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 10/15/2019 12:48 EDT
RESULT STATUS: Modified
PERFORM INFORMATION: Fifield PTA,Patrick (10/15/2019 12:55 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (10/17/2019 17:38 EDT); Fifield PTA, Patrick (10/15/2019 12:55 EDT)

**OP PT Daily Documentation Entered On: 10/15/2019 13:42 EDT**
**Performed On: 10/15/2019 12:48 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 22
*Total Number of Authorized Visits PT :* 31
*Authorization Valid Through (PT): :* 11/30/2019 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 10/15/2019 12:55 EDT
*Therapy Certification Date :* POC Valid Through - PT: 11/27/19
Hensley PT, Jennifer - 10/17/2019 17:38 EDT
~~{ [POC Valid Through - PT: 11/27/19 ] - previously charted by Fifield PTA, Patrick at 10/15/2019 12:55 EDT};~~
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes
*Modalities :* Yes
Fifield PTA, Patrick - 10/15/2019 12:55 EDT

**Subjective Report**
*Subjective Report :* "My shoulder is hurting a litle more today. My low back is good though."
Fifield PTA, Patrick - 10/15/2019 12:55 EDT

**Rapid Pain Assessment**
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
*Post Treatment Numeric Pain Rating Scale: :* 4
Fifield PTA, Patrick - 10/15/2019 12:55 EDT

**Long Term Goals**

## *DOC - Therapy*

*PT Patient,Caregiver Goal :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 10/15/2019 12:55 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Comments :* | 9/25 Continued decrease in L UE MMT | | 9/25 Continued limitation in L grip | |
| | Fifield PTA, Patrick - 10/15/2019 12:55 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | | |
| | Fifield PTA, Patrick - 10/15/2019 12:55 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT |

*IP PT LTG Documentation :* Yes

Fifield PTA, Patrick - 10/15/2019 12:55 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved | Pt to demo >75 deg CROM rotation R with no >3/10 pain for | Pt to report <60 on quick DASH for improved functional activity. |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | overhead reaching. | improved head turning while backing up vehicle. | |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 10/15/2019 12:55 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 4 | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|---|
| *Type :* | Other: Dry Needling | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes |
| *Activity Performed :* | Yes | | Yes | No |
| *Region :* | Left Shoulder, Left scapula | | | Other: left UT/scalenes |
| *Rationale :* | Decrease edema, Decrease spasm, Desensitization, Improve circulation | Increase range of motion, Relaxation | Increase range of motion | |
| *Comments :* | Pt gave written informed consent and verified location of | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, | client supine and sidelying | |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| | treatment. He received IDN using sterile 1" needles and clean technique to symptomatic and homeostatic points per pictograph. He had no adverse reactions to IDN. | and Pecs. He received downward rotation/retraction mobilization and stretch. | | |
| | Hensley PT, Jennifer - 10/17/2019 17:38 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT | Fifield PTA, Patrick - 10/15/2019 12:55 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 10/15/2019 12:55 EDT

**Modalities**

Modalities Grid

| | Activity 1 |
|---|---|
| *Modality :* | Ultrasound |
| *Activity Performed :* | Yes |
| *Body Region :* | left shoulder |
| *Settings :* | 50%, 1.0 W/cm2 |
| *Minutes :* | 12 minute |
| *Response :* | Positive response to treatment |
| | Fifield PTA, Patrick - 10/15/2019 12:55 EDT |

*PT Modalities Grid Updated :* Yes

Fifield PTA, Patrick - 10/15/2019 12:55 EDT

**Education**

Physical Therapy Education Grid

*Physical Therapy Plan of Care :* Verbalizes understanding
(Comment: Risks, benefits and procedures of IDN. Informed consent signed. [Hensley PT, Jennifer - 10/17/2019 17:38 EDT] )

Hensley PT, Jennifer - 10/17/2019 17:38 EDT

*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding
*Teaching Method :* Explanation

## DOC - Therapy

Fifield PTA, Patrick - 10/15/2019 12:55 EDT

**Assessment**
*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex
*OP Patient Impairments/Limitations-PT :* Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 10/15/2019 12:55 EDT
(As Of: 10/15/2019 13:42:23 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Balance Training - 97112, Community Work Re-integration - 97537, Gait Training - 97116, Group Therapy - 97150, Hot/Cold - 97010, Iontophoresis - 97033, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Stair Training - 97116, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 10/15/2019 12:55 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Trialed US to left shoulder to help decrease inflammation and pain associated with movement. Some decrease in symptoms after with pain level decreased from 5/10 to 4/10. Responded well to stretching to left scap and shoulder with increased mobility. Initiated dry needling with informed consent signed. No changes in pain after initial dry needling session. No adverse reactions noted.

Hensley PT, Jennifer - 10/17/2019 17:38 EDT

~~{ [Trialed US to left shoulder to help decrease inflammation and pain associated with movement. Some decrease in symptoms after with pain level decreased from 5/10 to 4/10. Responded well to stretching to left scap and shoulder with increased mobility.
] - previously charted by Fifield PTA, Patrick at 10/15/2019 12:55 EDT};~~

**OP PT Time Spent With Patient**
*OP PT Ultrasound Units :* 1
*OP PT Ultrasound Minutes :* 12

Fifield PTA, Patrick - 10/15/2019 12:55 EDT

*OP PT Manual Therapy Units :* 2
~~{ [1 ] - previously charted by Fifield PTA, Patrick at 10/15/2019 12:55 EDT};~~
*OP PT Manual Therapy Minutes :* 29
~~{ [15 ] - previously charted by Fifield PTA, Patrick at 10/15/2019 12:55 EDT};~~
*PT Total Treatment Minutes :* 41
~~{ [27 ] - previously charted by Fifield PTA, Patrick at 10/15/2019 12:55 EDT};~~
*OP PT Total (All Units) :* 3

## *DOC - Therapy*

Hensley PT, Jennifer - 10/17/2019 17:38 EDT
~~{ [2 ] - previously charted by Fifield PTA, Patrick at 10/15/2019 12:55 EDT};~~

*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 10/15/2019 12:55 EDT

## *DOC - Therapy*

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 10/10/2019 13:34 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Fifield PTA,Patrick (10/10/2019 16:11 EDT) |
| SIGN INFORMATION: | Fifield PTA,Patrick (10/10/2019 16:11 EDT) |

**OP PT Daily Documentation Entered On: 10/10/2019 14:21 EDT**
**Performed On: 10/10/2019 13:34 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 21
Fifield PTA, Patrick - 10/10/2019 13:39 EDT

*Total Number of Authorized Visits PT :* 31
*Authorization Valid Through (PT): :* 11/30/2019 EST
Fifield PTA, Patrick - 10/10/2019 16:11 EDT

*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 10/10/2019 13:39 EDT

*Therapy Certification Date :* POC Valid Through - PT: 11/27/19
Fifield PTA, Patrick - 10/10/2019 16:11 EDT

*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/
Massage :* Yes
Fifield PTA, Patrick - 10/10/2019 13:39 EDT

**Subjective Report**
*Subjective Report :* "I think I'm going to have surgery on my shoulder. It's still hurting when I raise it up."
Fifield PTA, Patrick - 10/10/2019 16:11 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 3
Fifield PTA, Patrick - 10/10/2019 16:11 EDT

*Pre Treatment Numeric Pain Rating Scale: :* 3
Fifield PTA, Patrick - 10/10/2019 13:39 EDT

**Long Term Goals**
*PT Patient,Caregiver Goal :* to be able to swim
to be able to use both hands
Fifield PTA, Patrick - 10/10/2019 13:39 EDT

## *DOC - Therapy*

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Comments :* | 9/25 Continued decrease in L UE MMT | | 9/25 Continued limitation in L grip | |
| | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | | |
| | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT |

*IP PT LTG Documentation :* Yes

Fifield PTA, Patrick - 10/10/2019 13:39 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while | Pt to report <60 on quick DASH for improved functional activity. |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | | backing up vehicle. | |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes |
| *Activity Performed :* | Yes | Yes | No |
| *Region :* | | | Other: left UT/scalenes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction | client supine and sidelying | |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| | mobilization and stretch. | | |
| | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 16:11 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 10/10/2019 13:39 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful

*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 10/10/2019 16:11 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 10/10/2019 16:11 EDT

**Lumbar Mechanical Diagnosis**

Lumbar Mechanical Dx Grid

| | Movement Loss Lumbar Flexion | Movement Loss Lumbar Extension | Movement Loss Lumbar Sideglide Left | Movement Loss Lumbar Sideglide Right |
|---|---|---|---|---|
| *Deficits :* | Moderate | Moderate | Moderate | Minimal |
| *With Pain :* | Yes | No | Yes | No |
| *Pre-ROM :* | | 23 | | |
| *Post-ROM :* | | 38 | | |
| | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT |

Lumbar Mechanical Diagnosis Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Spinal Motions :* | Lumbar extension | Lumbar extension |
| *Testing Position :* | Prone | Standing |
| *Symptoms During Treatment :* | Decreases | No effect |
| *Symptoms Post Treatment :* | Better | No effect |
| *Mechanical Response :* | improved lumbar ext and L LE MMT | No change |
| *Comment :* | increased neck pain | |

## DOC - Therapy

| | Fifield PTA, Patrick - 10/10/2019 13:39 EDT | Fifield PTA, Patrick - 10/10/2019 13:39 EDT |
|---|---|---|

**Assessment**
*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex
*OP Patient Impairments/Limitations-PT :* Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 10/10/2019 16:11 EDT
(As Of: 10/10/2019 16:27:54 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Balance Training - 97112, Community Work Re-integration - 97537, Gait Training - 97116, Group Therapy - 97150, Hot/Cold - 97010, Iontophoresis - 97033, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Stair Training - 97116, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 10/10/2019 16:11 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Continued with ther ex and manual stretching to right scapula and shoulder. Improved ROM after stretching but increased pain noted above 150 deg flexion. He's making progress with manual stretching so will continue with this.

Fifield PTA, Patrick - 10/10/2019 16:11 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 30
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 15
*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 10/10/2019 16:11 EDT

*DOC - Therapy*

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 10/7/2019 13:33 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Fifield PTA,Patrick (10/7/2019 17:58 EDT) |
| SIGN INFORMATION: | Fifield PTA,Patrick (10/7/2019 17:58 EDT) |

**OP PT Daily Documentation Entered On: 10/07/2019 14:25 EDT**
**Performed On: 10/07/2019 13:33 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 20
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 10/07/2019 13:38 EDT
*Therapy Certification Date :* POC Valid Through - PT: 11/27/19
Fifield PTA, Patrick - 10/07/2019 17:58 EDT
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Reassess Mobility :* No
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/
Massage :* Yes
Fifield PTA, Patrick - 10/07/2019 13:38 EDT

**Subjective Report**
*Subjective Report :* "My back has been feeling good. My shoulder is bothering me the most right now."
Fifield PTA, Patrick - 10/07/2019 17:41 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4
Fifield PTA, Patrick - 10/07/2019 17:41 EDT
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 4
Fifield PTA, Patrick - 10/07/2019 13:38 EDT

**Long Term Goals**
Long Term Goals PT IP

## DOC - Therapy

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Comments :* | 9/25 Continued decrease in L UE MMT | | 9/25 Continued limitation in L grip | |
| | Fifield PTA, Patrick - 10/07/2019 17:41 EDT | Fifield PTA, Patrick - 10/07/2019 17:41 EDT | Fifield PTA, Patrick - 10/07/2019 17:41 EDT | Fifield PTA, Patrick - 10/07/2019 17:41 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | | |
| | Fifield PTA, Patrick - 10/07/2019 17:41 EDT | Fifield PTA, Patrick - 10/07/2019 17:41 EDT |

*IP PT LTG Documentation :* Yes

Fifield PTA, Patrick - 10/07/2019 17:41 EDT

*PT Patient,Caregiver Goal :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 10/07/2019 13:38 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head | Pt to report <60 on quick DASH for improved functional activity. |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | overhead reaching. | turning while backing up vehicle. | |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

**Therapeutic Exercise**
Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: AROM scap retraction | Other: sidelying shldr ER | Other: supine, reverse codmans (cw/ccw) | Other: Pulleys |
| *Exercise Performed :* | | | | |
| *Repetition/Time :* | x20 reps | 15 reps, L | x10 reps each direction | 3 min |
| *Resist or Assist :* | seated | AROM | AROM | |
| *Comment :* | for scap stab/postural awareness | for strength | for strength. *Pain increase noted. | flex/scaption |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: Table slides | Other: wall slides | Other: shoulder isoms: all planes | Other: high/mid/low rows |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Exercise Performed :* | | | | Yes |
| *Repetition/Time :* | 15 reps | 10 | 10x:05 | 15 reps each |
| *Resist or Assist :* | | | | green tband |
| *Comment :* | flex/abd | flex/scaption - cues for scapular mechanics | | |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

| | Exercise 9 |
|---|---|
| *Exercise :* | Other: 3 way chet press |
| *Exercise Performed :* | Yes |
| *Repetition/Time :* | 15 repsa each |
| *Resist or Assist :* | greent band |
| *Comment :* | |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

*Therapeutic Exercise Grid Updated :* Yes

Fifield PTA, Patrick - 10/07/2019 13:38 EDT

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes |
| *Activity Performed :* | No | Yes | No |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Region :* | | | Other: left UT/scalenes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch. | client supine and sidelying | |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 10/07/2019 13:38 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Teachback successful, Ed. Needed

*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 10/07/2019 17:41 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 10/07/2019 17:41 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=135, abd: 154 deg | L shoulder 140 deg. flexion |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | No | Yes | Yes | Yes |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Pre-ROM :* | 70 | 60 | 30 | 40 |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | No |
| *Pre-ROM :* | 85 | 90 |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | X 10 | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Supine |
| *Symptoms During Treatment :* | Decreases | Centralizing | Increases |
| *Symptoms Post Treatment :* | Better | No effect | No worse |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | No change- good technique | no changes in ROM |
| *Comment :* | not performed | | not performed |
| | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT | Fifield PTA, Patrick - 10/07/2019 13:38 EDT |

**Assessment**
*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex
*OP Patient Impairments/Limitations-PT :* Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 10/07/2019 17:41 EDT
(As Of: 10/07/2019 17:48:47 EDT)

Diagnoses(Active)

## DOC - Therapy

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Balance Training - 97112, Community Work Re-integration - 97537, Gait Training - 97116, Group Therapy - 97150, Hot/Cold - 97010, Iontophoresis - 97033, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Stair Training - 97116, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 10/07/2019 17:41 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* James is making progress with his low back. He's performing standing retractions in standing which is managing his symptoms. Focused on left shoulder with STM and stretching to help increase ROM and increase scap stabilization. ROM at 150 deg. flexion and abd after therapy today. Will progress as tolerated towards goals. Pt. went on vaction to Disney and walked many miles without increased low back pain.

Fifield PTA, Patrick - 10/07/2019 17:41 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 13
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*PT Total Treatment Minutes :* 43
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 10/07/2019 17:41 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 9/25/2019 12:45 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hale PT,Angela (9/25/2019 20:46 EDT)
SIGN INFORMATION: Hale PT,Angela (9/25/2019 20:46 EDT)

**OP PT Daily Documentation Entered On: 09/25/2019 13:32 EDT**
**Performed On: 09/25/2019 12:45 EDT by Hale PT, Angela**

**Review/Treatments Provided**
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
Hale PT, Angela - 09/25/2019 20:46 EDT
*Total Number of Visits PT :* 19
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
Hale PT, Angela - 09/25/2019 12:49 EDT

**Subjective Report**
*Subjective Report :* Patient reports that his migraines are down to 1-2 X per week and aren't as chronically as bad. He reports that he sometimes has problems at night.

** PATIENT WITH NEW ORDER FOR BACK PAIN
*Low back started 1.5 weeks ago with no trauma . He reports episodes in the past but they are usually far apart about 6 months ago. MRI Scan reports degenerative and bone spurs. No pain meds over the last 4 days.
Hale PT, Angela - 09/25/2019 20:46 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 6
Hale PT, Angela - 09/25/2019 13:38 EDT
*Primary Pain Location :* Neck
*Primary Pain Radiation :* Yes
*Primary Pain Radiation Characteristics :* L shoulder and into the hand
Hale PT, Angela - 09/25/2019 12:49 EDT
*Primary Pain Duration :* Low Back - Center to L

## *DOC - Therapy*

2/10
4/10 at worst . No radicular symptoms.
Worse - walking, turning in bed, general movement
Better - laying on stomach

* after low back 6/10

Hale PT, Angela - 09/25/2019 13:38 EDT

*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
*Best Pain in Last 2 Weeks :* 1
*Worst Pain in Last 2 Weeks :* 6

Hale PT, Angela - 09/25/2019 12:49 EDT

**Long Term Goals**

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 3 | Long Term Goal 4 | Long Term Goal 5 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. |
| *Status :* | Progressing, continue | Progressing, continue | Initial | Initial |
| *Date Met :* | | | | |
| *Comments :* | 9/25 Continued decrease in L UE MMT | 9/25 Continued limitation in L grip | | |
| | Hale PT, Angela - 09/25/2019 20:46 EDT | Hale PT, Angela - 09/25/2019 20:46 EDT | Hale PT, Angela - 09/25/2019 20:46 EDT | Hale PT, Angela - 09/25/2019 20:46 EDT |

| | Long Term Goal 6 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Patient will report back pain 1/10 at worst to improve I with walking. | Pt to report <40 on Quick DASH for improved functional activity. |
| *Status :* | Initial | Goal met |
| *Date Met :* | | 08/29/2019 EDT |
| *Comments :* | | |
| | Hale PT, Angela - 09/25/2019 20:46 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT |

*LTG Documentation :* Yes

Hale PT, Angela - 09/25/2019 20:46 EDT

*Patient/Caregiver Goals :* to be able to swim

to be able to use both hands

Hale PT, Angela - 09/25/2019 12:49 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT |

**Education**

Physical Therapy Education Grid

*Pain Control :* Verbalizes understanding, Demonstrates, Teachback successful, Needs further teaching (Comment: see narrative [Hale PT, Angela - 09/25/2019 20:46 EDT] )

Hale PT, Angela - 09/25/2019 20:46 EDT

*Teaching Method :* Demonstration, Explanation, Printed materials

*Education Narrative Notes :* Perform standing extension 8-10 X every 2 hours. Use R UE to support neck. Educated when to modify or discontinue.

Hale PT, Angela - 09/25/2019 20:46 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Mechanical Dx Grid

| | Activity 2 | Activity 3 | Activity 1 |
|---|---|---|---|
| *Spinal Motions :* | Cervical retraction | Cervical retraction | |

## DOC - Therapy

| | | | |
|---|---|---|---|
| *Spinal Movement :* | X 10 | supine x10 reps | slouch overcorrect x10 reps |
| *Testing Position :* | Sitting | Supine | Sitting |
| *Symptoms During Treatment :* | Centralizing | Increases | Decreases |
| *Symptoms Post Treatment :* | No effect | No worse | Better |
| *Mechanical Response :* | No change- good technique | no changes in ROM | L shldr flex: 120 deg, psot |
| *Comment :* | ~~[IN ERROR] { [not performed] previously charted by Hale PT, Angela at 09/25/2019 12:49 EDT};~~ | not performed | not performed |
| | Hale PT, Angela - 09/25/2019 20:46 EDT | Hale PT, Angela - 09/25/2019 20:46 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT |

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment |
|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=135, abd: 154 deg |
| | Hale PT, Angela - 09/25/2019 12:49 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | No | Yes | Yes | Yes |
| *Pre-ROM :* | 70 | 60 | 30 | 40 |
| | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | No |

## *DOC - Therapy*

| | | |
|---|---|---|
| *Pre-ROM :* | 85 | 90 |
| | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT |

**Lumbar Mechanical Diagnosis**

Lumbar Mechanical Diagnosis Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Spinal Motions :* | Lumbar extension | Lumbar extension |
| *Testing Position :* | Prone | Standing |
| *Symptoms During Treatment :* | Decreases | No effect |
| *Symptoms Post Treatment :* | Better | No effect |
| *Mechanical Response :* | improved lumbar ext and L LE MMT | No change |
| *Comment :* | increased neck pain | |
| | Hale PT, Angela - 09/25/2019 20:46 EDT | Hale PT, Angela - 09/25/2019 20:46 EDT |

Lumbar Mechanical Dx Grid

| | Movement Loss Lumbar Flexion | Movement Loss Lumbar Extension | Movement Loss Lumbar Sideglide Left | Movement Loss Lumbar Sideglide Right |
|---|---|---|---|---|
| *Deficits :* | Moderate | Moderate | Moderate | Minimal |
| *With Pain :* | Yes | No | Yes | No |
| *Pre-ROM :* | | 23 | | |
| *Post-ROM :* | | 33 | | |
| | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT | Hale PT, Angela - 09/25/2019 12:49 EDT |

**UE ROM/Strength**

Left Upper Extremity Strength Grid

*Shoulder Flexion :* 4+
(Comment: pain [Hale PT, Angela - 09/25/2019 20:46 EDT] )
*Shoulder Abduction :* 4+
*Elbow Flexion :* 4+
*Elbow Extension :* 4

Hale PT, Angela - 09/25/2019 12:49 EDT

## DOC - Therapy

**LE ROM/Strength**
Left Lower Extremity Strength Grid
*Hip Flexion :* 4
*Knee Extension :* 4
*Ankle Dorsiflexion :* 4

Hale PT, Angela - 09/25/2019 12:49 EDT

Right Lower Extremity Strength Grid
*Hip Flexion :* 4+
*Knee Extension :* 4+
*Ankle Dorsiflexion :* 4+

Hale PT, Angela - 09/25/2019 12:49 EDT

**Quick DASH**
*Open a tight or new jar :* Mild difficulty
*Do heavy household chores :* Moderate Difficulty
*Carry a shopping bag or briefcase :* Moderate Difficulty
*Wash your back :* Mild difficulty
*Use a knife to cut food :* Mild difficulty
*Rec activities where you take arm force/impact :* Severe difficulty
*During past week arm interfered :* Mild difficulty
*During past week limited in regular :* Moderate Difficulty
*Please rate severity of arm, shoulder :* Moderate Difficulty
*Please rate severity tingling :* Moderate Difficulty
*During past week, difficulty sleeping :* Mild difficulty
*QuickDASH Disability/Symptoms Score :* 41
*Quick Dash Comments :* IE=77

8/29/19: 41
9/25/19 41
*#Please rate severity of symptoms :* 1
*#During the past wk interfered w/social :* 1
*#Rec activities w/ force :* 1
*#Do heavy household chores (wash walls) :* 1
*#Carry a shopping bag :* 1
*#Activities Rated :* 11
*#Please rate severity of tingling :* 1
*#During past wk limited in work :* 1
*#Use a knife to cut food :* 1
*#Open a tight or new jar :* 1
*#Wash your back :* 1
*#During past week difficulty sleep :* 1

Hale PT, Angela - 09/25/2019 12:49 EDT

**UE Function**
*Left Grip Strength Trial 1 :* 40 lb
*Left Grip Strength Trial 2 :* 45 lb
*Left Grip Strength Trial 3 :* 42 lb
*Left Hand Grip Strength :* 42.3 lb

## DOC - Therapy

*Mean for Age,Gender Left Hand Grip :* 101.9 lbs

Hale PT, Angela - 09/25/2019 12:49 EDT

**Revised Oswestry Pain Questionnaire**
*PT Pain intensity :* The pain is severe but comes and goes.
*PT Personal Care :* Washing and dressing increases the pain and I find it necessary to change my way of doing it.
*PT Lifting :* I can lift only very light weights at the most.
*PT Walking :* Pain prevents me from walking more than one mile.
*PT Sitting :* I can sit in any chair as long as I like without pain.
*PT Standing :* I cannot stand for longer than 1/2 hour without increasing pain.
*PT Sleeping :* I get pain in bed, but it does not prevent me from sleeping.
*PT Social Life :* Pain has no significant effect on my social life apart from limiting my more energetic interests, e.g., dancing, etc.
*PT Traveling :* I get extra pain while traveling, but it does not compel me to seek alternative forms of travel.
*PT Changing Degree of Pain :* My pain fluctuates, but overall is definitely getting better.
*PT Number of DTAs :* 10
*PT Pain Intensity Score :* 44

Hale PT, Angela - 09/25/2019 12:49 EDT

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Hale PT, Angela - 09/25/2019 12:49 EDT
(As Of: 09/25/2019 13:32:19 EDT)

Diagnoses(Active)

| | |
|---|---|
| Radiculopathy, cervical region | *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hale PT, Angela - 09/25/2019 12:49 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Patient with improved L shoulder flexion at 135 and abduction 154. He also has improved C-spine AROM. He continues to be limited by neck pain and poor posture. He was issued a supine neck support and was able to demonstrate correct use. He was evaluated for low back pain today with decreased Lumbar ROM, decreased L LE MMT and increased score on Revised Oswestry. He demonstrates improved ROM and LE MMT after prone laying, however it increased C-spine pain. He was trialed with standing extension and was able to perform with no increase in back pain and no C-spine pain increase and was issued for home. He will benefit from continued skilled PT services for

## DOC - Therapy

the L shoulder and goals were added for Low back. Plan to continue skilled PT 2 X per week X 4 weeks to improve ROM, MMT and I with walking.

Hale PT, Angela - 09/25/2019 20:46 EDT

**OP PT Time Spent With Patient**

*OP PT Re-Eval Units :* 1
*OP PT Re-Eval Minutes :* 30
*OP PT Physical Performance Test :* 1
*OP PT Physical Performance Test MInutes :* 14
*OP PT Total Treatment Timed Minutes :* 14 minute
*OP PT Total Units (Timed) :* 1 units
*OP PT Total Treatment Untimed Minutes :* 30 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 44
*OP PT Total (All Units) :* 2
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Hale PT, Angela - 09/25/2019 20:46 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 9/23/2019 12:50 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (9/23/2019 18:08 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (9/23/2019 18:08 EDT)

**OP PT Daily Documentation Entered On: 09/23/2019 13:34 EDT**
**Performed On: 09/23/2019 12:50 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 18
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 09/23/2019 12:53 EDT
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
Fifield PTA, Patrick - 09/23/2019 18:08 EDT
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes
Fifield PTA, Patrick - 09/23/2019 12:53 EDT

**Subjective Report**
*Subjective Report :* "My back is feeling better but I have a migraine and neck pain from the weather change."
Fifield PTA, Patrick - 09/23/2019 18:08 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4
Fifield PTA, Patrick - 09/23/2019 18:08 EDT
*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 6
Fifield PTA, Patrick - 09/23/2019 12:53 EDT

**Long Term Goals**
*LTG Documentation :* Yes
Fifield PTA, Patrick - 09/23/2019 18:08 EDT

## *DOC - Therapy*

*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 09/23/2019 12:53 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/29/2019 EDT | |
| *Comments :* | 8/29/19: please see MMT section. | | 8/29//19: 56.7#. 8/26: Left: 40# |
| | Fifield PTA, Patrick - 09/23/2019 12:53 EDT | Fifield PTA, Patrick - 09/23/2019 12:53 EDT | Fifield PTA, Patrick - 09/23/2019 12:53 EDT |

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | Fifield PTA, Patrick - 09/23/2019 12:53 EDT | Fifield PTA, Patrick - 09/23/2019 12:53 EDT | Fifield PTA, Patrick - 09/23/2019 12:53 EDT |

**Therapeutic Exercise**

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: AROM scap retraction | Other: sidelying shldr ER | Other: supine, reverse codmans (cw/ccw) | Other: Pulleys |
| *Exercise Performed :* | No | No | No | No |
| *Repetition/Time :* | x20 reps | 15 reps, L | x10 reps each direction | 3 min |
| *Resist or Assist :* | seated | AROM | AROM | |
| *Comment :* | for scap stab/postural awareness | for strength | for strength. *Pain increase noted. | flex/scaption |
| | Fifield PTA, Patrick - 09/23/2019 18:08 EDT | Fifield PTA, Patrick - 09/23/2019 18:08 EDT | Fifield PTA, Patrick - 09/23/2019 18:08 EDT | Fifield PTA, Patrick - 09/23/2019 18:08 EDT |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: Table slides | Other: wall slides | Other: shoulder isoms: all planes | Other: high/mid/low rows |
| *Exercise Performed :* | Yes | Yes | No | Yes |
| *Repetition/Time :* | 15 reps | 10 | 10x:05 | 15 reps each |
| *Resist or Assist :* | | | | green tband |
| *Comment :* | flex/abd | flex/scaption - cues for scapular mechanics | | |
| | Fifield PTA, Patrick - 09/23/2019 18:08 EDT | Fifield PTA, Patrick - 09/23/2019 18:08 EDT | Fifield PTA, Patrick - 09/23/2019 18:08 EDT | Fifield PTA, Patrick - 09/23/2019 12:53 EDT |

| | Exercise 9 |
|---|---|

## DOC - Therapy

| | |
|---|---|
| *Exercise :* | Other: 3 way chet press |
| *Exercise Performed :* | Yes |
| *Repetition/Time :* | 15 repsa each |
| *Resist or Assist :* | greent band |
| *Comment :* | |
| | Fifield PTA, Patrick - 09/23/2019 12:53 EDT |

*Therapeutic Exercise Grid Updated :* Yes

Fifield PTA, Patrick - 09/23/2019 12:53 EDT

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes |
| *Activity Performed :* | Yes | Yes | No |
| *Region :* | | | Other: left UT/scalenes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch. | client supine and sidelying | |
| | Fifield PTA, Patrick - | Fifield PTA, Patrick - | Fifield PTA, Patrick - |

## *DOC - Therapy*

| | 09/23/2019 12:53 EDT | 09/23/2019 12:53 EDT | 09/23/2019 12:53 EDT |
|---|---|---|---|

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 09/23/2019 12:53 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful

*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 09/23/2019 12:53 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 09/23/2019 12:53 EDT

**Assessment**

*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 09/23/2019 12:53 EDT
(As Of: 09/23/2019 13:35:00 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day

*OP PT Duration Rehab :* 9 weeks

*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week

*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling

*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 09/23/2019 12:53 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Continued with STM and stretching to cervical spine and left shoulder. Noted tightness in left UT's and scalenes today. Pain level decreased after STM to cervical muscles. Added scap stabilization exercises for shoulder mobility and strength. PT to assess back next session.

Fifield PTA, Patrick - 09/23/2019 18:08 EDT

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 1

*OP PT Therapeutic Exercise Minutes :* 15

*OP PT Manual Therapy Units :* 2

*OP PT Manual Therapy Minutes :* 25

*OP PT Total Treatment Timed Minutes :* 40 minute

*OP PT Total Units (Timed) :* 3 units

## *DOC - Therapy*

*PT Total Treatment Minutes :* 40
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 09/23/2019 18:08 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 9/20/2019 14:19 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (9/20/2019 14:22 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (9/20/2019 14:22 EDT)

**OP PT Daily Documentation Entered On: 09/20/2019 15:17 EDT**
**Performed On: 09/20/2019 14:19 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 17
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

**Subjective Report**
*Subjective Report :* "My back is doing some better. My neck and shoulder are still painful."

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

**Rapid Pain Assessment**
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 3

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength | Pt to report <40 on Quick DASH | Pt to demo >100 psi L grip strength |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | for improved lifting of pots/pans for improved cooking. | for improved functional activity. | for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/29/2019 EDT | |
| *Comments :* | 8/29/19: please see MMT section. | | 8/29//19: 56.7#. 8/26: Left: 40# |
| | Fifield PTA, Patrick - 09/20/2019 14:22 EDT | Fifield PTA, Patrick - 09/20/2019 14:22 EDT | Fifield PTA, Patrick - 09/20/2019 14:22 EDT |

*LTG Documentation :* Yes

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 09/20/2019 14:22 EDT | Fifield PTA, Patrick - 09/20/2019 14:22 EDT | Fifield PTA, Patrick - 09/20/2019 14:22 EDT |

## *DOC - Therapy*

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes |
| *Activity Performed :* | Yes | No | No |
| *Region :* | | | Other: left UT/scalenes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch. | client supine and sidelying | |
| | Fifield PTA, Patrick - 09/20/2019 14:22 EDT | Fifield PTA, Patrick - 09/20/2019 14:22 EDT | Fifield PTA, Patrick - 09/20/2019 14:22 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful

*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

**Assessment**

*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

*Rehabilitation Potential :* Good

## DOC - Therapy

Fifield PTA, Patrick - 09/20/2019 14:22 EDT
(As Of: 09/20/2019 15:17:11 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* James is having some improvement with cervical ROM and shoulder flexion ROM. Cervical rotation at 80 deg, bilaterally and shoulder flexion at 145 deg. Trialed AC joint mobilizations today to improve shoulder motion. Some decreased pain symptoms noted with motion. Brought new order for low back pain.

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 27
*OP PT Total Treatment Timed Minutes :* 42 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 42
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 09/20/2019 14:22 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 9/18/2019 14:19 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (9/18/2019 16:09 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (9/18/2019 16:09 EDT)

**OP PT Daily Documentation Entered On: 09/18/2019 15:06 EDT**
**Performed On: 09/18/2019 14:19 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Manual Therapy/*
*Massage :* Yes

Fifield PTA, Patrick - 09/18/2019 16:09 EDT

*Total Number of Visits PT :* 16
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes

Fifield PTA, Patrick - 09/18/2019 14:26 EDT

*Therapy Certification Date :* POC Valid Through - PT: 09/26/19

Fifield PTA, Patrick - 09/18/2019 16:09 EDT

*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right

Fifield PTA, Patrick - 09/18/2019 14:26 EDT

**Subjective Report**
*Subjective Report :* "I woke up Friday and my back was really painful. It's been bad over the weekend. My shoulder and neck are a little better."

Fifield PTA, Patrick - 09/18/2019 14:26 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 3

Fifield PTA, Patrick - 09/18/2019 16:09 EDT

*Primary Pain Location :* Neck
*Pre Treatment Numeric Pain Rating Scale: :* 3

Fifield PTA, Patrick - 09/18/2019 14:26 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim

## DOC - Therapy

to be able to use both hands

Fifield PTA, Patrick - 09/18/2019 14:26 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/29/2019 EDT | |
| *Comments :* | 8/29/19: please see MMT section. | | 8/29//19: 56.7#. 8/26: Left: 40# |
| | Fifield PTA, Patrick - 09/18/2019 14:26 EDT | Fifield PTA, Patrick - 09/18/2019 14:26 EDT | Fifield PTA, Patrick - 09/18/2019 14:26 EDT |

*LTG Documentation :* Yes

Fifield PTA, Patrick - 09/18/2019 14:26 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B | |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | | c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 09/18/2019 14:26 EDT | Fifield PTA, Patrick - 09/18/2019 14:26 EDT | Fifield PTA, Patrick - 09/18/2019 14:26 EDT |

**Manual Therapy**
Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes |
| *Activity Performed :* | Yes | Yes | No |
| *Region :* | | | Other: left UT/scalenes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch. | client supine and sidelying | |
| | Fifield PTA, Patrick - 09/18/2019 16:09 EDT | Fifield PTA, Patrick - 09/18/2019 16:09 EDT | Fifield PTA, Patrick - 09/18/2019 16:09 EDT |

*PT Manual Therapy Grid Updated :* Yes
Fifield PTA, Patrick - 09/18/2019 16:09 EDT

**Education**
Physical Therapy Education Grid
*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding

## *DOC - Therapy*

Fifield PTA, Patrick - 09/18/2019 16:09 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 09/18/2019 16:09 EDT

**Assessment**

*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 09/18/2019 14:26 EDT
(As Of: 09/18/2019 15:06:41 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 09/18/2019 14:26 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* James presented today with increased low back pain and bent over posture. Reports back pain at 7/10. Instructed to get checked out by MD if it continues. Continued with STM to left UT's to help decrease muscle tightness and improve left shoulder ROM. Pt. in so much pain from low back he wasn't able to perform scap stab exercises in standing. Will progress strength and mobility as tolerated.

Fifield PTA, Patrick - 09/18/2019 16:09 EDT

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 10
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*OP PT Total Treatment Timed Minutes :* 40 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 40
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 09/18/2019 16:09 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 9/12/2019 13:30 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (9/12/2019 13:35 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (9/12/2019 13:35 EDT)

**OP PT Daily Documentation Entered On: 09/12/2019 14:35 EDT**
**Performed On: 09/12/2019 13:30 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 15
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

**Subjective Report**
*Subjective Report :* "My neck has been more sore today. THe shoulder might be loosening up."

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

**Rapid Pain Assessment**
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 4

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

**Short Term Goals**
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while | Pt to report <60 on quick DASH for improved functional activity. |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| | | backing up vehicle. | |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 09/12/2019 13:35 EDT | Fifield PTA, Patrick - 09/12/2019 13:35 EDT | Fifield PTA, Patrick - 09/12/2019 13:35 EDT |

**Manual Therapy**
<u>Manual Therapy/Massage Grid</u>

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation | Other: Spray and stretch to left UT/scalenes |
| *Activity Performed :* | Yes | | Yes |
| *Region :* | | | Other: left UT/scalenes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction | client supine and sidelying | |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | mobilization and stretch. | | |
| | Fifield PTA, Patrick - 09/12/2019 13:35 EDT | Fifield PTA, Patrick - 09/12/2019 13:35 EDT | Fifield PTA, Patrick - 09/12/2019 13:35 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful

*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

**Assessment**

*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 09/12/2019 13:35 EDT
(As Of: 09/12/2019 14:35:38 EDT)

Diagnoses(Active)

| | |
|---|---|
| Radiculopathy, cervical region | *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day

*OP PT Duration Rehab :* 9 weeks

*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week

*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling

*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Continued with STM and stretching to left UT and shoulder to increase mobility and help improve pain symptoms. Trialed spray andstretch to trigger point on left UT/scalenes. Decreased TTP after treatement. Reviewed isometrics to clarify proper technique. Will progress towards goals as tolerated.

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 1

*OP PT Therapeutic Exercise Minutes :* 15

## *DOC - Therapy*

*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*OP PT Total Treatment Timed Minutes :* 45 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 09/12/2019 13:35 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 9/9/2019 14:20 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (9/10/2019 11:35 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (9/10/2019 11:35 EDT)

**OP PT Daily Documentation Entered On: 09/09/2019 15:02 EDT**
**Performed On: 09/09/2019 14:20 EDT by Hensley PT, Jennifer**

**Review/Treatments Provided**
*Manual Therapy/*
*Massage :* Yes

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

*Total Number of Visits PT :* 14
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes

Hensley PT, Jennifer - 09/09/2019 14:25 EDT

**Subjective Report**
*Subjective Report :* Mr. Zoll reports that he is getting frustrated. He states that the shoulder activities have worsened the pain. He reports that he is doing well with his neck, but he is still having pain right at the AC joint. He states that it is so bad at times, he wishes they would just do surgery.

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

**Rapid Pain Assessment**
*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
*Post Treatment Numeric Pain Rating Scale: :* 4

Hensley PT, Jennifer - 09/09/2019 14:25 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Hensley PT, Jennifer - 09/09/2019 14:25 EDT

## *DOC - Therapy*

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/29/2019 EDT | |
| *Comments :* | 8/29/19: please see MMT section. | | 8/29//19: 56.7#. 8/26: Left: 40# |
| | Hensley PT, Jennifer - 09/09/2019 14:25 EDT | Hensley PT, Jennifer - 09/09/2019 14:25 EDT | Hensley PT, Jennifer - 09/09/2019 14:25 EDT |

*LTG Documentation :* Yes

Hensley PT, Jennifer - 09/09/2019 14:25 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |

*DOC - Therapy*

| | | | |
|---|---|---|---|
| | Hensley PT, Jennifer - 09/09/2019 14:25 EDT | Hensley PT, Jennifer - 09/09/2019 14:25 EDT | Hensley PT, Jennifer - 09/09/2019 14:25 EDT |

**Therapeutic Exercise**

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: AROM scap retraction | Other: sidelying shldr ER | Other: supine, reverse codmans (cw/ccw) | Other: Pulleys |
| *Exercise Performed :* | Yes | No | No | Yes |
| *Repetition/Time :* | x20 reps | 15 reps, L | x10 reps each direction | 3 min |
| *Resist or Assist :* | seated | AROM | AROM | |
| *Comment :* | for scap stab/postural awareness | for strength | for strength. *Pain increase noted. | flex/scaption |
| | Hensley PT, Jennifer - 09/10/2019 11:35 EDT | Hensley PT, Jennifer - 09/10/2019 11:35 EDT | Hensley PT, Jennifer - 09/10/2019 11:35 EDT | Hensley PT, Jennifer - 09/09/2019 14:25 EDT |

| | Exercise 5 | Exercise 6 | Exercise 7 |
|---|---|---|---|
| *Exercise :* | Other: Table slides | Other: wall slides | Other: shoulder isoms: all planes |
| *Exercise Performed :* | No | Yes | Yes |
| *Repetition/Time :* | 15 reps | 10 | 10x:05 |
| *Resist or Assist :* | | | |
| *Comment :* | flex/abd | flex/scaption - cues for scapular mechanics | |
| | Hensley PT, Jennifer - 09/09/2019 14:25 EDT | Hensley PT, Jennifer - 09/09/2019 14:25 EDT | Hensley PT, Jennifer - 09/09/2019 14:25 EDT |

*Therapeutic Exercise Grid Updated :* Yes

Hensley PT, Jennifer - 09/09/2019 14:25 EDT

## *DOC - Therapy*

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Type :* | Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation |
| *Activity Performed :* | Yes | No |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Comments :* | In sitting, pt received STM to B UTs, MTs, subscap, CPSMs, and Pecs. He received downward rotation/retraction mobilization and stretch. | client supine and sidelying |
| | Hensley PT, Jennifer - 09/10/2019 11:35 EDT | Hensley PT, Jennifer - 09/10/2019 11:35 EDT |

*PT Manual Therapy Grid Updated :* Yes

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Demonstrates

(Comment: shoulder isometrics issued for home, discussed intensity as tolerated [Hensley PT, Jennifer - 09/10/2019 11:35 EDT] )

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

*Teaching Method :* Demonstration, Explanation, Printed materials

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

**Assessment**

*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

*Rehabilitation Potential :* Good

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

## *DOC - Therapy*

(As Of: 09/10/2019 11:41:24 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Mr. Zoll tolerated shoulder exercise progression well with decreased pain following shoulder isometrics. Issued for HEP. He needs max dues to decrease upper trap overrecruitment with wall slides. Discussed importance of shoulder blade and neck posture with shoulder activities and how muscle fatigue can affect it.

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 31
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 12
*OP PT Total Treatment Timed Minutes :* 43 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 43
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Hensley PT, Jennifer - 09/10/2019 11:35 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 9/5/2019 14:16 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (9/5/2019 15:55 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (9/5/2019 15:55 EDT)

**OP PT Daily Documentation Entered On: 09/05/2019 15:48 EDT**
**Performed On: 09/05/2019 14:16 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Manual Therapy/*
*Massage :* Yes

Fifield PTA, Patrick - 09/05/2019 15:55 EDT

*Total Number of Visits PT :* 13
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right

Fifield PTA, Patrick - 09/05/2019 14:21 EDT

**Subjective Report**
*Subjective Report :* "My neck is a bit more sore today. I might have slept on it wrong."

Fifield PTA, Patrick - 09/05/2019 15:55 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4

Fifield PTA, Patrick - 09/05/2019 15:55 EDT

*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

Fifield PTA, Patrick - 09/05/2019 14:21 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 09/05/2019 15:55 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/29/2019 EDT | |
| *Comments :* | 8/29/19: please see MMT section. | | 8/29//19: 56.7#. 8/26: Left: 40# |
| | Fifield PTA, Patrick - 09/05/2019 15:55 EDT | Fifield PTA, Patrick - 09/05/2019 15:55 EDT | Fifield PTA, Patrick - 09/05/2019 15:55 EDT |

*LTG Documentation :* Yes

Fifield PTA, Patrick - 09/05/2019 15:55 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - | Fifield PTA, Patrick - | Fifield PTA, Patrick - |

## *DOC - Therapy*

| | 09/05/2019 14:21 EDT | 09/05/2019 14:21 EDT | 09/05/2019 14:21 EDT |
|---|---|---|---|

**Manual Therapy**
Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Type :* | Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation |
| *Activity Performed :* | Yes | Yes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Technique :* | Trigger point release | |
| *Comments :* | Pt received STM to BUTs, CPSMs, Pecs, Biceps. | client supine and sidelying |
| | Fifield PTA, Patrick - 09/05/2019 15:55 EDT | Fifield PTA, Patrick - 09/05/2019 15:55 EDT |

*PT Manual Therapy Grid Updated :* Yes
Fifield PTA, Patrick - 09/05/2019 15:55 EDT

**Education**
Physical Therapy Education Grid
*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding
Fifield PTA, Patrick - 09/05/2019 14:21 EDT

*Teaching Method :* Explanation
Fifield PTA, Patrick - 09/05/2019 14:21 EDT

**Cervical/Thoracic Mechanical Diagnosis**
Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment |
|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=139, abd: 127 deg |

## DOC - Therapy

| | |
|---|---|
| | Fifield PTA, Patrick - 09/05/2019 14:21 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | No | Yes | No | Yes |
| *Pre-ROM :* | 55 | 35 | 38 | 40 |
| | Fifield PTA, Patrick - 09/05/2019 14:21 EDT | Fifield PTA, Patrick - 09/05/2019 14:21 EDT | Fifield PTA, Patrick - 09/05/2019 14:21 EDT | Fifield PTA, Patrick - 09/05/2019 14:21 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | No |
| *Pre-ROM :* | 79 | 80 |
| | Fifield PTA, Patrick - 09/05/2019 14:21 EDT | Fifield PTA, Patrick - 09/05/2019 14:21 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | x10 reps with self o.p. | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Supine |
| *Symptoms During Treatment :* | Decreases | Centralizing | Increases |
| *Symptoms Post Treatment :* | Better | No effect | No worse |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | R c. rot to 85 deg, L c. rot to 80 deg, L shldr flex: 130 | no changes in ROM |
| *Comment :* | not performed | not performed | |
| | Fifield PTA, Patrick - | Fifield PTA, Patrick - | Fifield PTA, Patrick - |

## DOC - Therapy

| | 09/05/2019 14:21 EDT | 09/05/2019 14:21 EDT | 09/05/2019 14:21 EDT |
|---|---|---|---|

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 09/05/2019 14:21 EDT
(As Of: 09/05/2019 15:49:00 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 09/05/2019 14:21 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* James is making progress with left shoulder ROM and strength. His ROM has improved after stretching but pain is about the same. Noted increased neck pain in left UT's. Trialed kinesiotape to left shoulder to help decrease pain and support shoulder muscles.

Fifield PTA, Patrick - 09/05/2019 15:55 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*OP PT Total Treatment Timed Minutes :* 45 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 09/05/2019 15:55 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 9/3/2019 12:46 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (9/4/2019 15:55 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (9/4/2019 15:55 EDT)

**OP PT Daily Documentation Entered On: 09/03/2019 14:11 EDT**
**Performed On: 09/03/2019 12:46 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Manual Therapy/*
*Massage :* Yes

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

*Total Number of Visits PT :* 12
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes

Fifield PTA, Patrick - 09/03/2019 12:52 EDT

**Subjective Report**
*Subjective Report :* "My neck is still feeling better after the injections. I don't want to flare it up."

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 3

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

*Pre Treatment Numeric Pain Rating Scale: :* 3

Fifield PTA, Patrick - 09/03/2019 12:52 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 09/03/2019 12:52 EDT

Long Term Goals

## *DOC - Therapy*

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/29/2019 EDT | |
| *Comments :* | 8/29/19: please see MMT section. | | 8/29//19: 56.7#. 8/26: Left: 40# |
| | Fifield PTA, Patrick - 09/03/2019 12:52 EDT | Fifield PTA, Patrick - 09/03/2019 12:52 EDT | Fifield PTA, Patrick - 09/03/2019 12:52 EDT |

*LTG Documentation :* Yes

Fifield PTA, Patrick - 09/03/2019 12:52 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - | Fifield PTA, Patrick - | Fifield PTA, Patrick - |

## DOC - Therapy

| | 09/03/2019 12:52 EDT | 09/03/2019 12:52 EDT | 09/03/2019 12:52 EDT |
|---|---|---|---|

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

Therapeutic Exercise Grid

| | Exercise 5 | Exercise 1 | Exercise 2 | Exercise 3 |
|---|---|---|---|---|
| *Exercise :* | Other: Table slides | Other: AROM scap retraction | Other: sidelying shldr ER | Other: supine, reverse codmans (cw/ccw) |
| *Exercise Performed :* | Yes | Yes | No | No |
| *Repetition/Time :* | 15 reps | x20 reps | 15 reps, L | x10 reps each direction |
| *Resist or Assist :* | | seated | AROM | AROM |
| *Comment :* | flex/abd | for scap stab/postural awareness | for strength | for strength. *Pain increase noted. |
| | Fifield PTA, Patrick - 09/04/2019 15:55 EDT | Fifield PTA, Patrick - 09/04/2019 15:55 EDT | Fifield PTA, Patrick - 09/04/2019 15:55 EDT | Fifield PTA, Patrick - 09/04/2019 15:55 EDT |

| | Exercise 4 |
|---|---|
| *Exercise :* | Other: Pulleys |
| *Exercise Performed :* | Yes |
| *Repetition/Time :* | 3 min |
| *Resist or Assist :* | |
| *Comment :* | |
| | Fifield PTA, Patrick - 09/03/2019 12:52 EDT |

**Manual Therapy**
Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 |
|---|---|---|

## DOC - Therapy

| | | |
|---|---|---|
| *Type :* | Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation |
| *Activity Performed :* | Yes | Yes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Technique :* | Trigger point release | |
| *Comments :* | Pt received STM to BUTs, CPSMs, Pecs, Biceps. | client supine and sidelying |
| | Fifield PTA, Patrick - 09/04/2019 15:55 EDT | Fifield PTA, Patrick - 09/04/2019 15:55 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful

*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment |
|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=139, abd: 127 deg |
| | Fifield PTA, Patrick - 09/03/2019 12:52 EDT |

Cervical Spine Grid

## *DOC - Therapy*

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | No | Yes | No | Yes |
| *Pre-ROM :* | 55 | 35 | 38 | 40 |
| | Fifield PTA, Patrick - 09/03/2019 12:52 EDT | Fifield PTA, Patrick - 09/03/2019 12:52 EDT | Fifield PTA, Patrick - 09/03/2019 12:52 EDT | Fifield PTA, Patrick - 09/03/2019 12:52 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | No |
| *Pre-ROM :* | 79 | 80 |
| | Fifield PTA, Patrick - 09/03/2019 12:52 EDT | Fifield PTA, Patrick - 09/03/2019 12:52 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | x10 reps with self o.p. | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Supine |
| *Symptoms During Treatment :* | Decreases | Centralizing | Increases |
| *Symptoms Post Treatment :* | Better | No effect | No worse |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | R c. rot to 85 deg, L c. rot to 80 deg, L shldr flex: 130 | no changes in ROM |
| *Comment :* | not performed | not performed | |
| | Fifield PTA, Patrick - 09/03/2019 12:52 EDT | Fifield PTA, Patrick - 09/03/2019 12:52 EDT | Fifield PTA, Patrick - 09/03/2019 12:52 EDT |

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

## *DOC - Therapy*

*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 09/04/2019 15:55 EDT
(As Of: 09/04/2019 16:01:44 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Mr. Zoll is making progress with shoulder motion and mobility. Focused on left scapular mobility and shoulder ROM with stretching and STM. Increased pain at endrange flexion and abduction. Added pulleys and table slides to increase shoulder ROM. Added to HEP.

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*OP PT Total Treatment Timed Minutes :* 45 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 09/04/2019 15:55 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 8/29/2019 12:55 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Caudill DPT,Stephanie (8/29/2019 12:55 EDT)
SIGN INFORMATION: Caudill DPT,Stephanie (8/29/2019 12:55 EDT)

**OP PT Daily Documentation Entered On: 08/29/2019 14:26 EDT**
**Performed On: 08/29/2019 12:55 EDT by Caudill DPT, Stephanie**

**Review/Treatments Provided**
*Total Number of Visits PT :* 11
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes
*Modalities :* Yes
Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Subjective Report**
*Subjective Report :* "Things are going pretty good with my neck but my shoulder is still a problem," pt states.
Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Rapid Pain Assessment**
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 3
*Post Treatment Numeric Pain Rating Scale: :* 3
Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands
Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

Long Term Goals

## *DOC - Therapy*

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/29/2019 EDT | |
| *Comments :* | 8/29/19: please see MMT section. | | 8/29//19: 56.7#. 8/26: Left: 40# |
| | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT |

*LTG Documentation :* Yes

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Caudill DPT, Stephanie - | Caudill DPT, Stephanie - | Caudill DPT, Stephanie - |

## DOC - Therapy

| | 08/29/2019 12:55 EDT | 08/29/2019 12:55 EDT | 08/29/2019 12:55 EDT |
|---|---|---|---|

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Type :* | Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation |
| *Activity Performed :* | Yes | Yes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Technique :* | Trigger point release | |
| *Comments :* | Pt received STM to BUTs, CPSMs, Pecs, Biceps. | client supine and sidelying |
| | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT |

*PT Manual Therapy Grid Updated :* Yes

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Modalities**

Modalities Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Modality :* | Cold packs | Electrical stimulation, unattended |
| *Activity Performed :* | No | Yes |
| *Body Region :* | Neck and L shoulder | L shoulder |
| *Settings :* | | IFC |
| *Minutes :* | 10 minute | 15 minute |

## DOC - Therapy

| | | |
|---|---|---|
| | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT |

*PT Modalities Grid Updated :* Yes
Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Education**
Physical Therapy Education Grid
*Physical Therapy Plan of Care :* Verbalizes understanding
Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

*Teaching Method :* Explanation
Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Cervical/Thoracic Mechanical Diagnosis**
Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment |
|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=139, abd: 127 deg |
| | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | No | Yes | No | Yes |
| *Pre-ROM :* | 55 | 35 | 38 | 40 |
| | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | No |
| *Pre-ROM :* | 79 | 80 |
| | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT |

## *DOC - Therapy*

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | x10 reps with self o.p. | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Supine |
| *Symptoms During Treatment :* | Decreases | Centralizing | Increases |
| *Symptoms Post Treatment :* | Better | No effect | No worse |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | R c. rot to 85 deg, L c. rot to 80 deg, L shldr flex: 130 | no changes in ROM |
| *Comment :* | not performed | not performed | |
| | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT |

**UE ROM/Strength**

*Document UE Range in Degrees :* Yes

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

Left Upper Extremity Strength Grid

*Shoulder Flexion :* 2+
*Shoulder Abduction :* 2+
*Elbow Flexion :* 4+
*Elbow Extension :* 5
*Wrist Flexion :* 5
*Wrist Extension :* 5

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

Right Upper Extremity Strength Grid

*Shoulder Flexion :* 5
*Shoulder Abduction :* 5
*Elbow Flexion :* 5
*Elbow Extension :* 5
*Wrist Flexion :* 5
*Wrist Extension :* 5

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**UE ROM Degrees**

Left Upper Extremity Detailed ROM Grid

| | Left Shoulder Flexion Range | Left Shoulder Abduction Range |
|---|---|---|

## *DOC - Therapy*

| | | |
|---|---|---|
| *Active :* | 139 degrees | 127 degrees |
| | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT | Caudill DPT, Stephanie - 08/29/2019 12:55 EDT |

**Quick DASH**
*Open a tight or new jar :* Mild difficulty
*Do heavy household chores :* Moderate Difficulty
*Carry a shopping bag or briefcase :* Severe difficulty
*Wash your back :* Mild difficulty
*Use a knife to cut food :* No Difficulty
*Rec activities where you take arm force/impact :* Moderate Difficulty
*During past week arm interfered :* Moderate Difficulty
*During past week limited in regular :* Moderate Difficulty
*Please rate severity of arm, shoulder :* Moderate Difficulty
*Please rate severity tingling :* Moderate Difficulty
*During past week, difficulty sleeping :* Mild difficulty
*QuickDASH Disability/Symptoms Score :* 41
*Quick Dash Comments :* IE=77

8/29/19: 41
*#Please rate severity of symptoms :* 1
*#During the past wk interfered w/social :* 1
*#Rec activities w/ force :* 1
*#Do heavy household chores (wash walls) :* 1
*#Carry a shopping bag :* 1
*#Activities Rated :* 11
*#Please rate severity of tingling :* 1
*#During past wk limited in work :* 1
*#Use a knife to cut food :* 1
*#Open a tight or new jar :* 1
*#Wash your back :* 1
*#During past week difficulty sleep :* 1

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**UE Function**
*Left Grip Strength Trial 1 :* 50 lb
*Left Grip Strength Trial 2 :* 65 lb
*Left Grip Strength Trial 3 :* 55 lb
*Left Hand Grip Strength :* 56.7 lb
*Mean for Age,Gender Left Hand Grip :* 101.9 lbs
*Right Grip Strength Trial 1 :* 100 lb
*Right Grip Strength Trial 2 :* 110 lb
*Right Grip Strength Trial 3 :* 100 lb
*Right Hand Grip Strength :* 103.3 lb
*Mean for Age,Gender Right Hand Grip :* 113.6 lbs

## DOC - Therapy

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT
(As Of: 08/29/2019 14:27:02 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Mr. Zoll demonstrates improved strength and ROM. He reports improved tolerance to functional activities. He will benefit from continued physical therapy 2x/week for 4 weeks for therapeutic exercise, manual therapy, and patient education to work towards remaining goals.

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

**OP PT Time Spent With Patient**
*OP PT Unattended E-Stim Units :* 1
*OP PT Unattended E-Stim Minutes :* 15
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 16
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 23
*OP PT Total Treatment Timed Minutes :* 39 minute
*OP PT Total Units (Timed) :* 3 units
*OP PT Total Treatment Untimed Minutes :* 15 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 54
*OP PT Total (All Units) :* 4
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Caudill DPT, Stephanie - 08/29/2019 12:55 EDT

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 8/26/2019 13:35 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Fifield PTA,Patrick (8/26/2019 13:42 EDT) |
| SIGN INFORMATION: | Fifield PTA,Patrick (8/26/2019 13:42 EDT) |

**OP PT Daily Documentation Entered On: 08/26/2019 14:37 EDT**
**Performed On: 08/26/2019 13:35 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 10
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

**Subjective Report**
*Subjective Report :* "I had an injection in my neck and it has seemed to help. I just don't want to flare it up."

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

**Rapid Pain Assessment**
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 4

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

<u>Long Term Goals</u>

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength | Pt to report <40 on Quick DASH | Pt to demo >100 psi L grip strength |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | for improved lifting of pots/pans for improved cooking. | for improved functional activity. | for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | | | 8/26: Left: 40# |
| | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT |

*LTG Documentation :* Yes

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/26/2019 EDT | |
| *Comments :* | 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

## *DOC - Therapy*

| | Activity 1 | Activity 2 |
|---|---|---|
| *Type :* | Manual traction, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation |
| *Activity Performed :* | | Yes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Technique :* | Trigger point release | |
| *Comments :* | Pt received STM to BUTs, CPSMs, Pecs, Biceps. SOR followed by cervical retraction with 2 sets of 10x:10. | client supine and sidelying *PROM measurements taken here |
| | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

**Education**

Physical Therapy Education Grid
*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=130, abd: 140 deg | Flex/abd: 140 |
| *Grip :* | R=100 L=45 | L=45 |

## DOC - Therapy

| | | |
|---|---|---|
| | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | Yes | Yes | Yes | No |
| *Pre-ROM :* | 41-NT | 45 | 28-NT | 33-NT |
| | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | Yes |
| *Pre-ROM :* | 85 | 85 |
| | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | x10 reps with self o.p. | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Supine |
| *Symptoms During Treatment :* | Decreases | Centralizing | Decreases |
| *Symptoms Post Treatment :* | Better | No effect | Better |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | R c. rot to 85 deg, L c. rot to 80 deg, L shldr flex: 130 | improved shoulder ROM-see above. |
| *Comment :* | not performed | not performed | PTA recommends client cont with ex at home; client |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | | | verb'd understanding |
| | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT | Fifield PTA, Patrick - 08/26/2019 13:42 EDT |

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 08/26/2019 13:42 EDT
(As Of: 08/26/2019 14:37:57 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Continued with cervical retractions in supine to help improve cervical symptoms. Less shoulder pain noted with retractions today sec. to injection. Instructed to continue with retractions at home. Performed manual stretching to left shoulder to increase shoulder mobility.

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*OP PT Total Treatment Timed Minutes :* 45 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 08/26/2019 13:42 EDT

DOC - Therapy

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 8/21/2019 14:17 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (8/21/2019 14:22 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (8/21/2019 14:22 EDT)

**OP PT Daily Documentation Entered On: 08/21/2019 15:24 EDT**
**Performed On: 08/21/2019 14:17 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 9
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes
*Modalities :* Yes

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**Subjective Report**
*Subjective Report :* "My neck seems to hurt more with the retractions. It seems my headaches are more frequent also."

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**Rapid Pain Assessment**
*Primary Pain Location :* Neck
*Pre Treatment Numeric Pain Rating Scale: :* 6
*Post Treatment Numeric Pain Rating Scale: :* 3

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| | Fifield PTA, Patrick - 08/21/2019 14:22 EDT | Fifield PTA, Patrick - 08/21/2019 14:22 EDT | Fifield PTA, Patrick - 08/21/2019 14:22 EDT |

*LTG Documentation :* Yes

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | 8/6: 125 deg. left shoulder flex | 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Fifield PTA, Patrick - 08/21/2019 14:22 EDT | Fifield PTA, Patrick - 08/21/2019 14:22 EDT | Fifield PTA, Patrick - 08/21/2019 14:22 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 |
|---|---|---|

## *DOC - Therapy*

| | | |
|---|---|---|
| *Type :* | Manual traction, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation |
| *Activity Performed :* | Yes | |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Technique :* | Trigger point release | |
| *Comments :* | Pt received STM to BUTs, CPSMs, Pecs, Biceps. SOR followed by cervical retraction with 2 sets of 10x:10. | client supine and sidelying<br><br>*PROM measurements taken here |
| | Fifield PTA, Patrick - 08/21/2019 14:22 EDT | Fifield PTA, Patrick - 08/21/2019 14:22 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**Modalities**

Modalities Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Modality :* | Cold packs | Electrical stimulation, unattended |
| *Activity Performed :* | No | Yes |
| *Body Region :* | Neck and L shoulder | cervical spine |
| *Settings :* | | 80-150 pps |
| *Minutes :* | 10 minute | 15 minute |
| *Comments :* | | w/ hot pack |
| | Fifield PTA, Patrick - 08/21/2019 14:22 EDT | Fifield PTA, Patrick - 08/21/2019 14:22 EDT |

## DOC - Therapy

*PT Modalities Grid Updated :* Yes

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**Assessment**

*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 08/21/2019 14:22 EDT
(As Of: 08/21/2019 15:24:50 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Mr. Zoll is still having shoulder and neck pain that hasn't resolved. He saw Shoulder MD on Tuesday and said he might need a clavicular shaving to help with hsoulder pain. Trialed Estim with moist heat to cervical spine to decrease pain and help improve overall tolerance to activity. Pain level reduced to 3/10 from 6/10 after modalities. Pt. to be reassessed next session.

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

**OP PT Time Spent With Patient**

*OP PT Unattended E-Stim Units :* 1
*OP PT Unattended E-Stim Minutes :* 15
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*OP PT Total Treatment Timed Minutes :* 45 minute

## *DOC - Therapy*

*OP PT Total Units (Timed) :* 3 units
*OP PT Total Treatment Untimed Minutes :* 15 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 60
*OP PT Total (All Units) :* 4
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 08/21/2019 14:22 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 8/19/2019 12:49 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Tackett PTA,Ashton (8/19/2019 14:03 EDT)
SIGN INFORMATION: Tackett PTA,Ashton (8/19/2019 14:03 EDT)

**OP PT Daily Documentation Entered On: 08/19/2019 12:56 EDT**
**Performed On: 08/19/2019 12:49 EDT by Tackett PTA, Ashton**

**Review/Treatments Provided**
*Therapeutic Exercise :* Yes
*Manual Therapy/ Massage :* Yes

Tackett PTA, Ashton - 08/19/2019 13:45 EDT

*Total Number of Visits PT :* 8
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* No
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right

Tackett PTA, Ashton - 08/19/2019 12:49 EDT

**Subjective Report**
*Subjective Report :* Ct. states,"I have only had one migrain since last Thursday."

Tackett PTA, Ashton - 08/19/2019 12:49 EDT

**Rapid Pain Assessment**
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 6

Tackett PTA, Ashton - 08/19/2019 13:27 EDT

*Primary Pain Location :* Neck
*Primary Pain Laterality :* Left
*Primary Pain Radiation :* Yes

Tackett PTA, Ashton - 08/19/2019 12:49 EDT

*Primary Pain Radiation Characteristics :* L posterior shldr

Tackett PTA, Ashton - 08/19/2019 14:03 EDT

## DOC - Therapy

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | 8/6: 125 deg. left shoulder flex | 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Tackett PTA, Ashton - 08/19/2019 12:49 EDT | Tackett PTA, Ashton - 08/19/2019 14:03 EDT | Tackett PTA, Ashton - 08/19/2019 12:49 EDT |

**Therapeutic Exercise**

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 |
|---|---|---|---|
| *Exercise :* | Other: AROM scap retraction | Other: sidelying shldr ER | Other: supine, reverse codmans (cw/ccw) |
| *Exercise Performed :* | No | Yes | Yes |
| *Repetition/Time :* | x20 reps | 15 reps, L | x10 reps each direction |
| *Resist or Assist :* | seated | AROM | AROM |
| *Comment :* | for scap stab/postural awareness | for strength | for strength. *Pain increase noted. |
| | Tackett PTA, Ashton - | Tackett PTA, Ashton - | Tackett PTA, Ashton - |

## *DOC - Therapy*

| | 08/19/2019 14:03 EDT | 08/19/2019 13:45 EDT | 08/19/2019 13:45 EDT |
|---|---|---|---|

*Therapeutic Exercise Grid Updated :* Yes

Tackett PTA, Ashton - 08/19/2019 13:45 EDT

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Type :* | Manual traction, Myofascial/Soft tissue mobilization | Manual stretch, Other: L shldr flex and abd. and L shldr into retraction and downward rotation |
| *Activity Performed :* | No | Yes |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Response :* | | Other: increased muscle guarding noted and empty end feel |
| *Technique :* | Trigger point release | |
| *Comments :* | Pt received STM to BUTs, CPSMs, Pecs, Biceps. SOR followed by cervical retraction with 2 sets of 10x:10. | client supine and sidelying<br><br>*PROM measurements taken here |
| | Tackett PTA, Ashton - 08/19/2019 13:45 EDT | Tackett PTA, Ashton - 08/19/2019 13:45 EDT |

*PT Manual Therapy Grid Updated :* Yes

Tackett PTA, Ashton - 08/19/2019 13:45 EDT

**Education**

*Barriers To Learning :* None evident

Tackett PTA, Ashton - 08/19/2019 13:45 EDT
Tackett PTA, Ashton - 08/19/2019 13:45 EDT

Physical Therapy Education Grid

## *DOC - Therapy*

*Pain Control :* Verbalizes understanding, Demonstrates, Teachback successful
(Comment: benefits of cont'd c. retraction ex in supine [Tackett PTA, Ashton - 08/19/2019 14:03 EDT] )
Tackett PTA, Ashton - 08/19/2019 14:03 EDT

*Other :* Ed. Needed
(Comment: ther-ex [Tackett PTA, Ashton - 08/19/2019 14:03 EDT] )
Tackett PTA, Ashton - 08/19/2019 13:45 EDT

*Teaching Method :* Demonstration, Explanation
Tackett PTA, Ashton - 08/19/2019 13:45 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=130, abd: 140 deg | Flex/abd: 140 |
| *Grip :* | R=100 L=45 | L=45 |
| | Tackett PTA, Ashton - 08/19/2019 12:58 EDT | Tackett PTA, Ashton - 08/19/2019 13:06 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | Yes | Yes | Yes | No |
| *Pre-ROM :* | 41-NT | 45 | 28-NT | 33-NT |
| | Tackett PTA, Ashton - 08/19/2019 12:49 EDT | Tackett PTA, Ashton - 08/19/2019 12:58 EDT | Tackett PTA, Ashton - 08/19/2019 12:49 EDT | Tackett PTA, Ashton - 08/19/2019 12:49 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | Yes |
| *Pre-ROM :* | 85 | 85 |
| | Tackett PTA, Ashton - 08/19/2019 12:58 EDT | Tackett PTA, Ashton - 08/19/2019 12:58 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | x10 reps with self o.p. | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Supine |
| *Symptoms During Treatment :* | Decreases | Centralizing | Decreases |
| *Symptoms Post Treatment :* | Better | No effect | Better |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | R c. rot to 85 deg, L c. rot to 80 deg, L shldr flex: 130 | improved shoulder ROM-see above. |
| *Comment :* | not performed | not performed | PTA recommends client cont with ex at home; client verb'd understanding |
| | Tackett PTA, Ashton - 08/19/2019 12:49 EDT | Tackett PTA, Ashton - 08/19/2019 12:49 EDT | Tackett PTA, Ashton - 08/19/2019 14:03 EDT |

**UE ROM/Strength**
*Document UE Range in Degrees :* Yes
Tackett PTA, Ashton - 08/19/2019 13:45 EDT
Tackett PTA, Ashton - 08/19/2019 13:45 EDT

Left Upper Extremity Strength Grid
*Shoulder Flexion :* 3+
*Shoulder Abduction :* 3+
Tackett PTA, Ashton - 08/19/2019 13:06 EDT

**UE ROM Degrees**
Left Upper Extremity Detailed ROM Grid

| | Left Shoulder Flexion Range | Left Shoulder Abduction Range |
|---|---|---|
| *Passive :* | 160 degrees | 135 degrees |
| *Comment :* | empty end feel | empty end feel |
| | Tackett PTA, Ashton - 08/19/2019 13:45 EDT | Tackett PTA, Ashton - 08/19/2019 13:45 EDT |

**Assessment**
*PT Treatment Recommendations :* Cont with L shldr ROM and strength ther-ex
Tackett PTA, Ashton - 08/19/2019 14:03 EDT

## DOC - Therapy

*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Tackett PTA, Ashton - 08/19/2019 13:45 EDT
(As Of: 08/19/2019 14:18:58 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Tackett PTA, Ashton - 08/19/2019 13:45 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* *Client with MD appt today; PTA wrote note-see chart copy.

PTA believes client is cont'ing to benefit from supine c. retractions, but minimially. PTA cont'd treatment with focus on L UE strength ther-ex and manual for L UE ROM. Client's pain seems to be a primary limitation in regards to L UE mobility throughout treatment.

Client with increased pain post session to 6/10 (from 4/10) and possibly from manual stretching on LUE. Client declined ice post session for pain control.

Next session PT to see client.

Tackett PTA, Ashton - 08/19/2019 14:03 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 25
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 15
*OP PT Total Treatment Timed Minutes :* 40 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 40
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Tackett PTA, Ashton - 08/19/2019 13:45 EDT

*DOC - Therapy*

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 8/15/2019 13:37 EDT
RESULT STATUS: Modified
PERFORM INFORMATION: Hensley PT,Jennifer (8/15/2019 13:37 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (8/19/2019 08:09 EDT); Hensley PT, Jennifer (8/15/2019 13:37 EDT)

**OP PT Daily Documentation Entered On: 08/15/2019 14:41 EDT**
**Performed On: 08/15/2019 13:37 EDT by Hensley PT, Jennifer**

**Review/Treatments Provided**
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes
*Modalities :* Yes

Hensley PT, Jennifer - 08/19/2019 08:09 EDT

*Total Number of Visits PT :* 7
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

**Subjective Report**
*Subjective Report :* Pt reports that he had no headache yesterday or the day before and then has a minor headche today. He feels like he may have had a little progress with the laying down exercises, though every 2 hours was too much. He reports that he is still getting them in about 5-6x/day.

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

**Rapid Pain Assessment**
*Primary Pain Location :* Neck
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 1

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

**Long Term Goals**

## *DOC - Therapy*

*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT |

*LTG Documentation :* Yes

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | 8/6: 125 deg. left shoulder flex | 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed | |
| | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT |

## DOC - Therapy

**Therapeutic Exercise**

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 |
|---|---|---|---|
| *Exercise :* | Other: AROM scap retraction | Upper extremity passive range | Upper extremity stretching |
| *Exercise Performed :* | No | Yes | Yes |
| *Repetition/Time :* | x20 reps | 15 | 6' |
| *Resist or Assist :* | seated | | |
| *Comment :* | for scap stab/postural awareness | Flex/ABD/IR/ER | Teres, Pec, and Biceps |
| | Hensley PT, Jennifer - 08/19/2019 08:09 EDT | Hensley PT, Jennifer - 08/19/2019 08:09 EDT | Hensley PT, Jennifer - 08/19/2019 08:09 EDT |

*Therapeutic Exercise Grid Updated :* Yes

Hensley PT, Jennifer - 08/19/2019 08:09 EDT

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 |
|---|---|
| *Type :* | Manual traction, Myofascial/Soft tissue mobilization |
| *Activity Performed :* | Yes |
| *Rationale :* | Increase range of motion, Relaxation |
| *Technique :* | Trigger point release |
| *Comments :* | Pt received STM to BUTs, CPSMs, Pecs, Biceps. SOR followed by cervical retraction with 2 sets of 10x:10. |
| | Hensley PT, Jennifer - |

## *DOC - Therapy*

| | 08/19/2019 08:09 EDT |
|---|---|

*PT Manual Therapy Grid Updated :* Yes

Hensley PT, Jennifer - 08/19/2019 08:09 EDT

**Modalities**

Modalities Grid

| | Activity 1 |
|---|---|
| *Modality :* | Cold packs |
| *Activity Performed :* | Yes |
| *Body Region :* | Neck and L shoulder |
| *Minutes :* | 10 minute |
| | Hensley PT, Jennifer - 08/19/2019 08:09 EDT |

*PT Modalities Grid Updated :* Yes

Hensley PT, Jennifer - 08/19/2019 08:09 EDT

**Education**

Physical Therapy Education Grid

*Physical Therapy Plan of Care :* Verbalizes understanding

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

*Teaching Method :* Explanation

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=132, abd: 145 deg | Flex=145 ABD=145 |
| *Grip :* | R=107 L=50 | L=56 |
| | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *With Pain :* | Yes | Yes | Yes | No |
| *Pre-ROM :* | 41-NT | 40 | 28-NT | 33-NT |
| | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | Yes |
| *Pre-ROM :* | 75 | 75 |
| | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | x10 reps with self o.p. | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Sitting |
| *Symptoms During Treatment :* | Decreases | Centralizing | Decreases |
| *Symptoms Post Treatment :* | Better | No effect | Better |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | R c. rot to 85 deg, L c. rot to 80 deg, L shldr flex: 130 | improved shoulder ROM and grip strength |
| *Comment :* | not performed | not performed | |
| | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT | Hensley PT, Jennifer - 08/15/2019 13:37 EDT |

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Hensley PT, Jennifer - 08/15/2019 13:37 EDT
(As Of: 08/15/2019 14:41:22 EDT)

## *DOC - Therapy*

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Mr. Zoll was able to show improvement in ROM, grip strength, pain, and headache reduction with cervical retractions in supine. He had good pain reduction with manual cervical distraction, shoulder PROM and stretching to teres and biceps, and ice after treatment session.

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

**OP PT Time Spent With Patient**

*OP PT Hot, Cold Pack :* 0
*OP PT Hot, Cold Pack Minutes :* 10
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 10
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 24
*OP PT Total Treatment Timed Minutes :* 34 minute
*OP PT Total Units (Timed) :* 3 units
*OP PT Total Treatment Untimed Minutes :* 10 minute
*OP PT Total Units (Untimed) :* 0 units
*PT Total Treatment Minutes :* 44
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Hensley PT, Jennifer - 08/15/2019 13:37 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 8/12/2019 12:55 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Tackett PTA,Ashton (8/12/2019 15:45 EDT)
SIGN INFORMATION: Tackett PTA,Ashton (8/12/2019 15:45 EDT)

**OP PT Daily Documentation Entered On: 08/12/2019 13:17 EDT**
**Performed On: 08/12/2019 12:55 EDT by Tackett PTA, Ashton**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* No
*Short Term Goals Review :* Yes
*PT Changes in Medication or Medical History :* No Changes Reported
Tackett PTA, Ashton - 08/12/2019 15:45 EDT
*Total Number of Visits PT :* 6
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes
Tackett PTA, Ashton - 08/12/2019 12:55 EDT

**Subjective Report**
*Subjective Report :* Ct. states,"Overall, I don't think it is getting better; the headaches have increased."
Tackett PTA, Ashton - 08/12/2019 12:55 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 3
Tackett PTA, Ashton - 08/12/2019 13:47 EDT
*Primary Pain Location :* Neck
*Pre Treatment Numeric Pain Rating Scale: :* 3
Tackett PTA, Ashton - 08/12/2019 12:55 EDT

**Short Term Goals**
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder | Pt to demo >75 deg CROM | Pt to report <60 on quick DASH for |

| | | | |
|---|---|---|---|
| | flex/ABD AROM for improved overhead reaching. | rotation R with no >3/10 pain for improved head turning while backing up vehicle. | improved functional activity. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | 8/6: 125 deg. left shoulder flex | 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed | |
| | Tackett PTA, Ashton - 08/12/2019 15:45 EDT | Tackett PTA, Ashton - 08/12/2019 15:45 EDT | Tackett PTA, Ashton - 08/12/2019 15:45 EDT |

**Manual Therapy**
*PT Manual Therapy Grid Updated :* Yes

Tackett PTA, Ashton - 08/12/2019 15:45 EDT

Manual Therapy/Massage Grid

| | Activity 1 |
|---|---|
| *Type :* | Myofascial/Soft tissue mobilization, Other: STM to B occiputs and manual cervical distraction (6x30 sec holds) |
| *Activity Performed :* | Yes |
| *Rationale :* | Increase range of motion, Relaxation |
| *Response :* | Positive response to treatment |
| *Technique :* | Trigger point release |
| *Comments :* | ct. supine |
| | Tackett PTA, Ashton - |

## *DOC - Therapy*

| | 08/12/2019 15:45 EDT |
|---|---|

**Education**
*Barriers To Learning :* None evident
Tackett PTA, Ashton - 08/12/2019 15:45 EDT

Physical Therapy Education Grid
*Body Mechanics :* Verbalizes understanding, Demonstrates, Needs further teaching
(Comment: posture [Tackett PTA, Ashton - 08/12/2019 15:45 EDT] )
*Exercise Program :* Verbalizes understanding, Demonstrates, Teachback successful
(Comment: supine c. retraction [Tackett PTA, Ashton - 08/12/2019 15:45 EDT] )
*Pain Control :* Verbalizes understanding, Demonstrates, Teachback successful
(Comment: ice use [Tackett PTA, Ashton - 08/12/2019 15:45 EDT] )
Tackett PTA, Ashton - 08/12/2019 15:45 EDT

*Teaching Method :* Demonstration, Explanation
Tackett PTA, Ashton - 08/12/2019 15:45 EDT

**Cervical/Thoracic Mechanical Diagnosis**
Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=125, abd: 120 deg | ~~[IN ERROR] { [Flex=140 ABD=140] - previously charted by Tackett PTA, Ashton at 08/12/2019 12:55 EDT};~~ |
| *Neuro Sensory Deficits :* | sx's into L post arm | |
| *Grip :* | R=113, 103, 95 L=45, 50, 49 -NT today | |
| | Tackett PTA, Ashton - 08/12/2019 12:55 EDT | Tackett PTA, Ashton - 08/12/2019 15:45 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | Yes | Yes | Yes | No |
| *Pre-ROM :* | 41-NT | 40 | 28-NT | 33-NT |
| | Tackett PTA, Ashton - | Tackett PTA, Ashton - | Tackett PTA, Ashton - | Tackett PTA, Ashton - |

## *DOC - Therapy*

| | 08/12/2019 12:55 EDT | 08/12/2019 12:55 EDT | 08/12/2019 12:55 EDT | 08/12/2019 12:55 EDT |
|---|---|---|---|---|

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | Yes |
| *Pre-ROM :* | 75 | 75 |
| | Tackett PTA, Ashton - 08/12/2019 12:55 EDT | Tackett PTA, Ashton - 08/12/2019 12:55 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | x10 reps with self o.p. | supine x10 reps |
| *Testing Position :* | Sitting | Sitting | Sitting |
| *Symptoms During Treatment :* | Decreases | Centralizing | No effect |
| *Symptoms Post Treatment :* | Better | No effect | No effect |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | R c. rot to 85 deg, L c. rot to 80 deg, L shldr flex: 130 | L c. rot to 85 deg, c.ext to 45 deg, L shldr flex to 135 deg |
| *Comment :* | not performed | | PTA reviewed ex for HEP, every 2 hours, 1x10 reps. Red flags reviewed. Client verb;'d understanding |
| | Tackett PTA, Ashton - 08/12/2019 12:55 EDT | Tackett PTA, Ashton - 08/12/2019 12:55 EDT | Tackett PTA, Ashton - 08/12/2019 12:55 EDT |

**Assessment**
*PT Treatment Recommendations :* Re-check baselines
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

## *DOC - Therapy*

*Rehabilitation Potential :* Good

Tackett PTA, Ashton - 08/12/2019 15:45 EDT
(As Of: 08/12/2019 15:59:49 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Tackett PTA, Ashton - 08/12/2019 15:45 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Client was 10 min late for session. Client reports increased headaches since starting therapy. PTA had client attempt rep. c. retraction (derrangement reduciton exercise) in a gravity eliminating position (supine) today to see effect on pain control; Client tolerated well in clinic and to cont. with ex at home for HEP at this time.

PTA applied ice to client's c.spine post session, x10 min in supine position for pain control-no charge for service. Client with cont'd 3/10 pain post session.

PT to see client next session.

Tackett PTA, Ashton - 08/12/2019 15:45 EDT

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 15
*OP PT Total Treatment Timed Minutes :* 30 minute
*OP PT Total Units (Timed) :* 2 units
*PT Total Treatment Minutes :* 30
*OP PT Total (All Units) :* 2
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Tackett PTA, Ashton - 08/12/2019 13:47 EDT

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 8/8/2019 13:45 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Hensley PT,Jennifer (8/9/2019 13:51 EDT) |
| SIGN INFORMATION: | Hensley PT,Jennifer (8/9/2019 13:51 EDT) |

**OP PT Daily Documentation Entered On: 08/08/2019 14:18 EDT**
**Performed On: 08/08/2019 13:45 EDT by Hensley PT, Jennifer**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*PT Changes in Medication or Medical History :* No Changes Reported
*Manual Therapy/*
*Massage :* Yes

Hensley PT, Jennifer - 08/09/2019 13:51 EDT

*Total Number of Visits PT :* 5
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right

Hensley PT, Jennifer - 08/08/2019 13:47 EDT

**Subjective Report**
*Subjective Report :* Mr. Zoll reports that he has had significant migraine all day today. He states that it has made him nauseated and that he took imitrex about 2 hours before treatment session. He also reports that he was drinking last night and that could have caused him to have a headache as well.

Hensley PT, Jennifer - 08/09/2019 13:51 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 2

Hensley PT, Jennifer - 08/09/2019 13:51 EDT

*Primary Pain Location :* Head
*Primary Pain Laterality :* Bilateral
*Primary Pain Radiation :* Yes
*Primary Pain Radiation Characteristics :* Headache between the eyes and forehead and neck pain
*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

Hensley PT, Jennifer - 08/08/2019 13:47 EDT

## *DOC - Therapy*

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Hensley PT, Jennifer - 08/09/2019 13:51 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| | Hensley PT, Jennifer - 08/09/2019 13:51 EDT | Hensley PT, Jennifer - 08/09/2019 13:51 EDT | Hensley PT, Jennifer - 08/09/2019 13:51 EDT |

*LTG Documentation :* Yes

Hensley PT, Jennifer - 08/09/2019 13:51 EDT

**Short Term Goals**
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | 8/6: 125 deg. left shoulder flex | 7/29:Improvements noted post rep c. retraction; Client to cont with rep ex x10 reps, 4x/day. POsture education initiated | |
| | Hensley PT, Jennifer - | Hensley PT, Jennifer - | Hensley PT, Jennifer - |

## *DOC - Therapy*

| | 08/09/2019 13:51 EDT | 08/09/2019 13:51 EDT | 08/09/2019 13:51 EDT |
|---|---|---|---|

**Manual Therapy**
Manual Therapy/Massage Grid

| | Activity 1 |
|---|---|
| *Type :* | Manual stretch, Myofascial/Soft tissue mobilization |
| *Activity Performed :* | Yes |
| *Rationale :* | Increase range of motion, Relaxation |
| *Comments :* | Pt received STM to B CPSMs, UTs, MTs, scalenes, SCM, L pec and bicep. He received gentle stretching into retraction/downward rotation. He received trigger point release to L UT and scalenes and SOR. |
| | Hensley PT, Jennifer - 08/09/2019 13:51 EDT |

*PT Manual Therapy Grid Updated :* Yes
Hensley PT, Jennifer - 08/09/2019 13:51 EDT

**Education**
Physical Therapy Education Grid
*Physical Therapy Plan of Care :* Verbalizes understanding
(Comment: only doing manual therapy today due to migraine. [Hensley PT, Jennifer - 08/09/2019 13:51 EDT] )
Hensley PT, Jennifer - 08/09/2019 13:51 EDT
*Teaching Method :* Explanation
Hensley PT, Jennifer - 08/09/2019 13:51 EDT

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

## *DOC - Therapy*

*Rehabilitation Potential :* Good

Hensley PT, Jennifer - 08/09/2019 13:51 EDT
(As Of: 08/09/2019 14:04:30 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hensley PT, Jennifer - 08/09/2019 13:51 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Significant improvements in cervical and headache pain.

Hensley PT, Jennifer - 08/09/2019 13:51 EDT

**OP PT Time Spent With Patient**

*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Hensley PT, Jennifer - 08/09/2019 13:51 EDT

*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 32
*OP PT Total Treatment Timed Minutes :* 32 minute
*OP PT Total Units (Timed) :* 2 units
*PT Total Treatment Minutes :* 32
*OP PT Total (All Units) :* 2

Hensley PT, Jennifer - 08/08/2019 13:47 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 8/6/2019 10:20 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (8/6/2019 10:20 EDT)
SIGN INFORMATION: Fifield PTA,Patrick (8/6/2019 10:20 EDT)

**OP PT Daily Documentation Entered On: 08/06/2019 11:10 EDT**
**Performed On: 08/06/2019 10:20 EDT by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 4
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

**Subjective Report**
*Subjective Report :* "I had a migraine over the weekend and had to take pain meds for it."

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

**Rapid Pain Assessment**
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 3

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength | Pt to report <40 on Quick DASH | Pt to demo >100 psi L grip strength |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| | for improved lifting of pots/pans for improved cooking. | for improved functional activity. | for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT |

*LTG Documentation :* Yes

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | 8/6: 125 deg. left shoulder flex | 7/29:Improvement s noted post rep c. retraction; Client to cont with rep ex x10 reps, 4x/day. POsture education initiated | |
| | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 |
|---|---|
| *Type :* | Manual stretch, Myofascial/Soft |

## *DOC - Therapy*

| | |
|---|---|
| | tissue mobilization |
| *Activity Performed :* | Yes |
| *Rationale :* | Increase range of motion, Relaxation |
| *Response :* | Positive response to treatment, Other: Left Shoulder ROM improved |
| *Comments :* | Pt received STM to B CPSMs, UTs, MTs, scalenes, SCM, L pec and bicep. He received gentle stretching into retraction/downward rotation. He received trigger point release to L UT and scalenes and SOR. |
| | Fifield PTA, Patrick - 08/06/2019 10:20 EDT |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

*Teaching Method :* Explanation

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=137, abd: 134 deg | Flex=140 ABD=140 |

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 7/25/2019
FIN#: 168539 Discharge Date: 10/31/2019
DOB/Age/Gender: 52 years Male Attending Phys:

## *DOC - Therapy*

| | | |
|---|---|---|
| *Grip :* | R=113, 103, 95 L=45, 50, 49 -NT today | |
| | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | Yes | Yes | Yes | No |
| *Pre-ROM :* | 41-NT | 40 | 28-NT | 33-NT |
| | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | Yes |
| *Pre-ROM :* | 70 | 70 |
| | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | 2x10 reps | x10 reps with PTA o.p. |
| *Testing Position :* | Sitting | Sitting | Sitting |
| *Symptoms During Treatment :* | Decreases | Centralizing | Centralizing |
| *Symptoms Post Treatment :* | Better | No effect | No effect |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | L c. rot to 85 deg, L shldr flex: 125 deg | L c. rot to 90 deg and L shldr flex to 130 deg |

## DOC - Therapy

| | | | |
|---|---|---|---|
| *Comment :* | not performed | VCs req'd for form. PTA reviewed ex for home; client verb'd understanding | not performed due to migraine lafter ast visit |
| | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT | Fifield PTA, Patrick - 08/06/2019 10:20 EDT |

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 08/06/2019 10:20 EDT
(As Of: 08/06/2019 11:10:35 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* James continues to respond to cervical retractions with slightly improved shoulder flexion and grip strength on left. Instructed to continue with retractions at home. Responded to STM to Left UT and scapula to help decrease tightness and mobility. Will benefit from skilled therapy to progress neck and shoulder mobility.

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*OP PT Total Treatment Timed Minutes :* 45 minute
*OP PT Total Units (Timed) :* 3 units

## *DOC - Therapy*

*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 08/06/2019 10:20 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 8/1/2019 09:38 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (8/1/2019 12:56 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (8/1/2019 12:56 EDT)

**OP PT Daily Documentation Entered On: 08/01/2019 11:09 EDT**
**Performed On: 08/01/2019 09:38 EDT by Hensley PT, Jennifer**

**Review/Treatments Provided**
*Total Number of Visits PT :* 3
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 0
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes

Hensley PT, Jennifer - 08/01/2019 09:38 EDT

**Subjective Report**
*Subjective Report :* Pt reports that his migraines have been worse since starting therapy approximately every other day. He reports that he had one after last visit, but not since then.

Hensley PT, Jennifer - 08/01/2019 09:38 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4

Hensley PT, Jennifer - 08/01/2019 12:56 EDT

*Primary Pain Location :* Neck
*Primary Pain Laterality :* Left
*Primary Pain Radiation :* Yes
*Primary Pain Radiation Characteristics :* into left shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 4

Hensley PT, Jennifer - 08/01/2019 09:38 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim

to be able to use both hands

Hensley PT, Jennifer - 08/01/2019 09:38 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT |

*LTG Documentation :* Yes

Hensley PT, Jennifer - 08/01/2019 09:38 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | | 7/29:Improvements noted post rep c. retraction; Client to cont with rep ex x10 reps, 4x/day. POsture education initiated | |
| | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT |

## *DOC - Therapy*

**Manual Therapy**
*PT Manual Therapy Grid Updated :* Yes

Hensley PT, Jennifer - 08/01/2019 12:56 EDT

Manual Therapy/Massage Grid

| | Activity 1 |
|---|---|
| *Type :* | Manual stretch, Myofascial/Soft tissue mobilization |
| *Activity Performed :* | Yes |
| *Rationale :* | Increase range of motion, Relaxation |
| *Technique :* | ~~Trigger point release [IN ERROR] { [Trigger point release] -- previously charted by Hensley PT, Jennifer at 08/01/2019 09:38 EDT};~~ |
| *Comments :* | Pt received STM to B CPSMs, UTs, MTs, scalenes, SCM, L pec and bicep. He received gentle stretching into retraction/downward rotation. He received trigger point release to L UT and scalenes and SOR. |
| | Hensley PT, Jennifer - 08/01/2019 12:56 EDT |

**Education**
Physical Therapy Education Grid
*Exercise Program :* Verbalizes understanding, Demonstrates

## *DOC - Therapy*

(Comment: Discussed importance of cervical retractions continued as long as headaches do not increase [Hensley PT, Jennifer - 08/01/2019 12:56 EDT] )

Hensley PT, Jennifer - 08/01/2019 12:56 EDT

*Teaching Method :* Demonstration, Explanation

Hensley PT, Jennifer - 08/01/2019 12:56 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=137, abd: 134 deg | Flex=140 ABD=140 |
| *Grip :* | R=113, 103, 95 L=45, 50, 49 -NT today | |
| | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | Yes | Yes | Yes | No |
| *Pre-ROM :* | 41-NT | 40 | 28-NT | 33-NT |
| | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | Yes |
| *Pre-ROM :* | 70 | 70 |
| | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction |

## DOC - Therapy

| | | | |
|---|---|---|---|
| *Spinal Movement :* | slouch overcorrect x10 reps | 2x10 reps | x10 reps with PTA o.p. |
| *Testing Position :* | Sitting | Sitting | Sitting |
| *Symptoms During Treatment :* | Decreases | Centralizing | Centralizing |
| *Symptoms Post Treatment :* | Better | No effect | No effect |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | L c. rot to 85 deg, L shldr flex: 125 deg | L c. rot to 90 deg and L shldr flex to 130 deg |
| *Comment :* | not performed | VCs req'd for form. PTA reviewed ex for home; client verb'd understanding | not performed due to migraine lafter ast visit |
| | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT | Hensley PT, Jennifer - 08/01/2019 09:38 EDT |

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Hensley PT, Jennifer - 08/01/2019 09:38 EDT
(As Of: 08/01/2019 11:09:33 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hensley PT, Jennifer - 08/01/2019 09:38 EDT

**Recommendations/Summary of Progress**

## *DOC - Therapy*

*Additional Information PT :* Mr. Zoll did not have a headache after treatment session today. He continues to benefit from cervical retractions without overpressure with increased shoulder ROM without headache. He continues to have significant muscle guarding in the Left UT, scalenes, SCM, pecs, and biceps. Discussed dry needling, but pt reports that he didn't have much relief with it last time.

Hensley PT, Jennifer - 08/01/2019 09:38 EDT

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 10
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 29
*OP PT Total Treatment Timed Minutes :* 39 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 39
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Hensley PT, Jennifer - 08/01/2019 12:56 EDT

## *DOC - Therapy*

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 7/29/2019 15:06 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Tackett PTA,Ashton (7/29/2019 16:13 EDT) |
| SIGN INFORMATION: | Tackett PTA,Ashton (7/29/2019 16:13 EDT) |

**OP PT Daily Documentation Entered On: 07/29/2019 15:25 EDT**
**Performed On: 07/29/2019 15:06 EDT by Tackett PTA, Ashton**

**Review/Treatments Provided**
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

*Total Number of Visits PT :* 2
*Total Number of Authorized Visits PT :* 1
*Authorization Valid Through (PT): :* 07/25/2019 EDT
*Total Number of Cancels PT :* 0
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*Long Term Goals Reviewed :* No
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Reassess Mobility :* No
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right

Tackett PTA, Ashton - 07/29/2019 15:06 EDT

**Subjective Report**
*Subjective Report :* Ct. states,"The arm has felt heavy today."

Tackett PTA, Ashton - 07/29/2019 15:06 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

*Primary Pain Location :* Neck
*Primary Pain Laterality :* Left
*Primary Pain Radiation :* Yes
*Primary Pain Radiation Characteristics :* L shldr
*Pre Treatment Numeric Pain Rating Scale: :* 4

Tackett PTA, Ashton - 07/29/2019 15:06 EDT

**Short Term Goals**

## *DOC - Therapy*

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | | 7/29:Improvements noted post rep c. retraction; Client to cont with rep ex x10 reps, 4x/day. POsture education initiated | |
| | Tackett PTA, Ashton - 07/29/2019 15:06 EDT | Tackett PTA, Ashton - 07/29/2019 16:13 EDT | Tackett PTA, Ashton - 07/29/2019 15:06 EDT |

**Therapeutic Exercise**

Therapeutic Exercise Grid

| | Exercise 1 |
|---|---|
| *Exercise :* | Other: AROM scap retraction |
| *Exercise Performed :* | Yes |
| *Repetition/Time :* | x20 reps |
| *Resist or Assist :* | seated |
| *Comment :* | for scap stab/postural awareness |
| | Tackett PTA, Ashton - 07/29/2019 16:13 EDT |

*Therapeutic Exercise Grid Updated :* Yes

## *DOC - Therapy*

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 |
|---|---|
| *Type :* | Manual stretch, Myofascial/Soft tissue mobilization, Other: STM to B upper/mid traps region and manual stretch of B shldrs into retraction/downward rotation |
| *Activity Performed :* | Yes |
| *Rationale :* | Increase range of motion, Relaxation |
| *Response :* | Positive response to treatment |
| *Technique :* | Trigger point release |
| *Comments :* | ct. seated post ther-ex |
| | Tackett PTA, Ashton - 07/29/2019 16:13 EDT |

*PT Manual Therapy Grid Updated :* Yes

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

**Education**

*Barriers To Learning :* None evident

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

Physical Therapy Education Grid

*Body Mechanics :* Verbalizes understanding, Demonstrates, Needs further teaching
(Comment: posture [Tackett PTA, Ashton - 07/29/2019 16:13 EDT] )
*Exercise Program :* Verbalizes understanding, Demonstrates, Teachback successful
(Comment: c. retractions [Tackett PTA, Ashton - 07/29/2019 16:13 EDT] )
*Pain Control :* Verbalizes understanding, Demonstrates, Teachback successful
(Comment: ice use [Tackett PTA, Ashton - 07/29/2019 16:13 EDT] )

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

*Teaching Method :* Demonstration, Explanation

## DOC - Therapy

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

**Cervical/Thoracic Mechanical Diagnosis**

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=105, abd: 135 deg | ~~[IN ERROR] { [L Shoulder ROM flex=130 ABD=125] - previously charted by Tackett PTA, Ashton at 07/29/2019 15:06 EDT};~~ |
| *Grip :* | R=113, 103, 95 L=45, 50, 49 -NT today | ~~[IN ERROR] { [L=46] - previously charted by Tackett PTA, Ashton at 07/29/2019 15:06 EDT};~~ |
| | Tackett PTA, Ashton - 07/29/2019 15:06 EDT | Tackett PTA, Ashton - 07/29/2019 16:13 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | Yes | Yes | Yes | No |
| *Pre-ROM :* | 41-NT | 40 | 28-NT | 33-NT |
| | Tackett PTA, Ashton - 07/29/2019 15:06 EDT | Tackett PTA, Ashton - 07/29/2019 15:06 EDT | Tackett PTA, Ashton - 07/29/2019 15:06 EDT | Tackett PTA, Ashton - 07/29/2019 15:06 EDT |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | Yes |
| *Pre-ROM :* | 70 | 70 |
| | Tackett PTA, Ashton - 07/29/2019 15:06 EDT | Tackett PTA, Ashton - 07/29/2019 15:06 EDT |

## *DOC - Therapy*

Cervical/Thoracic Mechanical Dx Grid

| | Activity 3 | Activity 1 | Activity 2 |
|---|---|---|---|
| *Spinal Motions :* | Cervical retraction | | Cervical retraction |
| *Spinal Movement :* | x10 reps with PTA o.p. | slouch overcorrect x10 reps | 2x10 reps |
| *Testing Position :* | Sitting | Sitting | Sitting |
| *Symptoms During Treatment :* | Centralizing | Decreases | Centralizing |
| *Symptoms Post Treatment :* | No effect | Better | No effect |
| *Mechanical Response :* | L c. rot to 90 deg and L shldr flex to 130 deg | L shldr flex: 120 deg, psot | L c. rot to 85 deg, L shldr flex: 125 deg |
| *Comment :* | | | VCs req'd for form. PTA reviewed ex for home; client verb'd understanding |
| | Tackett PTA, Ashton - 07/29/2019 16:13 EDT | Tackett PTA, Ashton - 07/29/2019 16:13 EDT | Tackett PTA, Ashton - 07/29/2019 16:13 EDT |

**Assessment**
*PT Treatment Recommendations :* Progress as client tolerates
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Tackett PTA, Ashton - 07/29/2019 16:13 EDT
(As Of: 07/29/2019 16:29:57 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week

## *DOC - Therapy*

*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

**Recommendations/Summary of Progress**
*Additional Information PT :* Client demo'd improvement in c. ROM/L shldr flex ROM post rep c. retractions, and PTA instructed client cont with ex, x10 reps, 4x/day for derangement reduction method at this time.

Client with overall poor psoture, and PTA recommends cont'd education to increase client I in this areas for pain control.

Client with cont'd pain of 4/10 post session, so PTA applied ice to client's c.spine for pain control, x10 min-no charge for service.

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 29
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 10
*OP PT Total Treatment Timed Minutes :* 39 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 39
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Tackett PTA, Ashton - 07/29/2019 16:13 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Evaluation - Text
SERVICE DATE/TIME: 7/25/2019 12:46 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (7/25/2019 16:17 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (7/25/2019 16:17 EDT)

**OP PT Evaluation Entered On: 07/25/2019 14:11 EDT**
**Performed On: 07/25/2019 12:46 EDT by Hensley PT, Jennifer**

**Subjective**
*Overall PT Condition :* Evolving (Changing)
Hensley PT, Jennifer - 07/25/2019 16:17 EDT

*Total Number of Visits PT :* 1
*Total Number of Authorized Visits PT :* 1
*Authorization Valid Through (PT): :* 07/25/2019 EDT
*Date of Eval PT :* 07/25/2019 EDT
*Visit Count Update PT :* Yes
Hensley PT, Jennifer - 07/25/2019 12:49 EDT

*PT Ordering Physician's Name :* Dr. Gish
Lexington Clinic Interventional Pain
Hensley PT, Jennifer - 07/25/2019 16:17 EDT

*Date of Birth :* EST
*PT Date of Injury or Surgery :* 07/01/2018 EDT
*Does patient feel safe in their environment? :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Evaluation Complete PT :* Yes
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Subjective Report :* Pt reports that he fell in July 2018 down a rocky incline and broke his Left wrist and had tears in his L shoulder. He states that he had to have surgical repair of September 2018 rotator cuff tear. He states that he still has pain and numbness/tingling in L hand. He has been seeing Dr. Hackett for his shoulder and thinks that their may be an AC joint separation. He states that he also has a C6-7 disc hernation and is receiving injections from Dr. Gish. He is having trouble with gripping and carrying heavy objects. Pt works at Toyota, but has been off since his fall in 2018. He reports that he has more migraines in the winter, but hasn't really had any changes since his fall. He has 1-2 migraines a week. His headache pain is directly in the center of his forehead and increased neck pain. PMH: Migraines, Anxiety/Depression.
Hensley PT, Jennifer - 07/25/2019 12:49 EDT

**Allergies**
(As Of: 07/25/2019 16:37:17 EDT)

Allergies (Active)
No Known Medication Allergies *Estimated Onset Date:* Unspecified ; *Created By:* Hensley PT, Jennifer; *Reaction Status:* Active ; *Category:* Drug ; *Substance:* No Known Medication Allergies ; *Type:* Allergy ; *Updated By:* Hensley PT, Jennifer; *Reviewed Date:*

## *DOC - Therapy*

07/25/2019 12:49 EDT

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 2
Hensley PT, Jennifer - 07/25/2019 16:17 EDT
*Primary Pain Location :* Neck
*Primary Pain Laterality :* Left
*Primary Pain Radiation :* Yes
*Primary Pain Radiation Characteristics :* L shoulder and into head
*Pre Treatment Numeric Pain Rating Scale: :* 3
*Worst Pain Level 1-10 Evaluation :* 5 = Moderate pain
*Best Pain Level 1-10 Evaluation :* 1
Hensley PT, Jennifer - 07/25/2019 12:49 EDT

**Home Environment**
*Living Situation :* Home independently
*Lives With :* Other: Domestic Partner
*Lives In :* Single level home
*Patient's Responsibilities Rehab :* Driver, Employed, Home management, Laundry, Leisure/Play/Hobbies, Meal preparation, Personal ADL, Shopping
*Detail Areas of Responsibilities :* Difficulty carrying heavy objects in kitchen, grocery shop, drive, swim
Has been off work since fall in 2018
Likes to hike and be outdoors
*Home Equipment Rehab :* None, Other: Pulleys, foam roller
Hensley PT, Jennifer - 07/25/2019 12:49 EDT

Prior Functional Status Grid
*ADL/Self Care :* Independent (I)
*Indoor Mobility :* Independent (I)
*Outdoor Mobility :* Independent (I)
*Stairs :* Independent (I)
*Instrumental ADL :* Independent (I)
*Prior Cognitive-Communication Skills :* Independent (I)
Hensley PT, Jennifer - 07/25/2019 12:49 EDT

**Posture/Deviations**
Posture Grid
*Protruded Head :* Sitting, Standing
*Rounded Shoulders :* Sitting, Standing
*Cervical Lordosis, Reduced :* Sitting, Standing
*Kyphosis, Accentuated :* Sitting, Standing
*Lumbar Lordosis, Normal :* Sitting, Standing
Hensley PT, Jennifer - 07/25/2019 16:17 EDT

**Gait Training**
*Gait Training Grid Updated :* No
Hensley PT, Jennifer - 07/25/2019 12:49 EDT

**Cervical/Thoracic Mechanical Diagnosis**
Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 |
|---|---|

## DOC - Therapy

| | |
|---|---|
| *Spinal Movement :* | slouch overcorrect |
| *Testing Position :* | Sitting |
| *Symptoms During Treatment :* | Decreases |
| *Symptoms Post Treatment :* | Better |
| *Mechanical Response :* | increased cervical and shoulder ROM |
| *Comment :* | decreased tingling and pain |
| | Hensley PT, Jennifer - 07/25/2019 16:17 EDT |

Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | L Shoulder ROM flex=125 ABD=112 | L Shoulder ROM flex=130 ABD=125 |
| *Grip :* | R=113, 103, 95 L=45, 50, 49 | L=46 |
| | Hensley PT, Jennifer - 07/25/2019 16:17 EDT | Hensley PT, Jennifer - 07/25/2019 16:17 EDT |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | Yes | Yes | Yes | No |
| *Pre-ROM :* | 41 | 38 | 28 | 33 |
| *Post-ROM :* | | | | |
| | Hensley PT, Jennifer - 07/25/2019 12:49 EDT | Hensley PT, Jennifer - 07/25/2019 12:49 EDT | Hensley PT, Jennifer - 07/25/2019 12:49 EDT | Hensley PT, Jennifer - 07/25/2019 12:49 EDT |

## DOC - Therapy

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | No | Yes |
| *Pre-ROM :* | 80 | 63 |
| *Post-ROM :* | | 72 |
| | Hensley PT, Jennifer - 07/25/2019 12:49 EDT | Hensley PT, Jennifer - 07/25/2019 12:49 EDT |

**UE ROM/Strength**
*Document UE Range in Degrees :* Yes

Hensley PT, Jennifer - 07/25/2019 12:49 EDT
Hensley PT, Jennifer - 07/25/2019 12:49 EDT

Left Upper Extremity Strength Grid
*Elbow Flexion :* 4+
*Elbow Extension :* 4-
*Wrist Flexion :* 4-
*Wrist Extension :* 4

Hensley PT, Jennifer - 07/25/2019 12:49 EDT

*Shoulder Flexion :* 2+
*Shoulder Abduction :* 2+

Hensley PT, Jennifer - 07/25/2019 16:17 EDT

Right Upper Extremity Strength Grid
*Shoulder Flexion :* 5
*Shoulder Abduction :* 5
*Elbow Flexion :* 5
*Elbow Extension :* 5
*Wrist Flexion :* 4+
*Wrist Extension :* 5

Hensley PT, Jennifer - 07/25/2019 12:49 EDT

**UE ROM Degrees**
Left Upper Extremity Detailed ROM Grid

| | Left Shoulder Flexion Range | Left Shoulder Abduction Range |
|---|---|---|
| *Active :* | 125 degrees | 112 degrees |
| | Hensley PT, Jennifer - 07/25/2019 12:49 EDT | Hensley PT, Jennifer - 07/25/2019 12:49 EDT |

Right Upper Extremity Detailed ROM Grid

| | Right Shoulder Flexion Range | Right Shoulder Abduction Range |
|---|---|---|

## *DOC - Therapy*

| | | |
|---|---|---|
| *Active :* | 172 degrees | 186 degrees |
| | Hensley PT, Jennifer - 07/25/2019 12:49 EDT | Hensley PT, Jennifer - 07/25/2019 12:49 EDT |

**Quick DASH**
*Open a tight or new jar :* Unable
*Do heavy household chores :* Unable
*Carry a shopping bag or briefcase :* Severe difficulty
*Wash your back :* Unable
*Use a knife to cut food :* Mild difficulty
*Rec activities where you take arm force/impact :* Severe difficulty
*During past week arm interfered :* Severe difficulty
*During past week limited in regular :* Unable
*Please rate severity of arm, shoulder :* Severe difficulty
*Please rate severity tingling :* Severe difficulty
*During past week, difficulty sleeping :* Moderate Difficulty
*QuickDASH Disability/Symptoms Score :* 77
*Quick Dash Comments :* IE=77
*#Please rate severity of symptoms :* 1
*#During the past wk interfered w/social :* 1
*#Rec activities w/ force :* 1
*#Do heavy household chores (wash walls) :* 1
*#Carry a shopping bag :* 1
*#Activities Rated :* 11
*#Please rate severity of tingling :* 1
*#During past wk limited in work :* 1
*#Use a knife to cut food :* 1
*#Open a tight or new jar :* 1
*#Wash your back :* 1
*#During past week difficulty sleep :* 1

Hensley PT, Jennifer - 07/25/2019 16:17 EDT

**UE Function**
*Left Grip Strength Trial 1 :* 45 lb
*Left Grip Strength Trial 2 :* 50 lb
*Left Grip Strength Trial 3 :* 49 lb
*Left Hand Grip Strength :* 48 lb
*Mean for Age,Gender Left Hand Grip :* 101.9 lbs
*Right Grip Strength Trial 1 :* 113 lb
*Right Grip Strength Trial 2 :* 103 lb
*Right Grip Strength Trial 3 :* 95 lb
*Right Hand Grip Strength :* 103.7 lb
*Mean for Age,Gender Right Hand Grip :* 113.6 lbs

Hensley PT, Jennifer - 07/25/2019 12:49 EDT

**Education**

## *DOC - Therapy*

Physical Therapy Education Grid
*Exercise Program :* Verbalizes understanding, Demonstrates
(Comment: importance of posture, slouch over-correct exercise, red flags reviewed [Hensley PT, Jennifer - 07/25/2019 16:17 EDT] )
*Physical Therapy Plan of Care :* Verbalizes understanding
(Comment: Cervical radiculopathy playing a roll in shoulder dysfunction and needing to treat the cervical spine to help the shoulder regain strength and motion. [Hensley PT, Jennifer - 07/25/2019 16:17 EDT] )
Hensley PT, Jennifer - 07/25/2019 16:17 EDT
*Teaching Method :* Demonstration, Explanation, Printed materials
Hensley PT, Jennifer - 07/25/2019 16:17 EDT

**WC Management**
*Wheelchair Grid Updated :* No
Hensley PT, Jennifer - 07/25/2019 16:17 EDT

**DME PT**
*Equipment Anticipated or Recommended :* McKenzie standard roll
*Equipment Issued :* Other: McKenzie Standard Roll
Hensley PT, Jennifer - 07/25/2019 16:17 EDT

**Assessment**
*OP Patient Impairments/Limitations-PT :* Decreased lifting ability, Impaired activity tolerance, Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good
Hensley PT, Jennifer - 07/25/2019 16:17 EDT
(As Of: 07/25/2019 16:37:18 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**Long Term Goals**
Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Initial | Initial | Initial |
| | Hensley PT, Jennifer - 07/25/2019 16:17 EDT | Hensley PT, Jennifer - 07/25/2019 16:17 EDT | Hensley PT, Jennifer - 07/25/2019 16:17 EDT |

*LTG Documentation :* Yes

## DOC - Therapy

Hensley PT, Jennifer - 07/25/2019 16:17 EDT

*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Hensley PT, Jennifer - 07/25/2019 12:49 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Initial | Initial | Initial |
| | Hensley PT, Jennifer - 07/25/2019 16:17 EDT | Hensley PT, Jennifer - 07/25/2019 16:17 EDT | Hensley PT, Jennifer - 07/25/2019 16:17 EDT |

*STG Documentation :* Yes

Hensley PT, Jennifer - 07/25/2019 16:17 EDT

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 2 days/week
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hensley PT, Jennifer - 07/25/2019 16:17 EDT

**Recommendations/Summary of Progress**

*Additional Information PT :* Mr. Zoll has a 1 year history of LUE pain and a longer history of neck pain. He reports that 1 year ago he fell and that increased his neck/shoulder pain, headaches, and his hand numbness. He has decreased CROM, shoulder ROM, LUE and grip strength. He responded with improved ROM, pain, and tingling with postural correction and slouch overcorrect. He is a good candidate for skilled PT would benefit from skilled PT for manual therapy, derangement reduction activities, and postural education. He has tried dry needling in the past, but may benefit from another trial. He is of moderate complexity due to the variable nature condition, past medical history, and severity of impairment.

Hensley PT, Jennifer - 07/25/2019 16:17 EDT

**OP PT Time Spent With Patient**

*OP PT Mod Evaluation Units :* 1
*OP PT Mod Evaluation Minutes :* 40

## *DOC - Therapy*

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 10
*OP PT Total Treatment Timed Minutes :* 10 minute
*OP PT Total Units (Timed) :* 1 units
*OP PT Total Treatment Untimed Minutes :* 40 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 50
*OP PT Total (All Units) :* 2
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Hensley PT, Jennifer - 07/25/2019 16:17 EDT

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Progress Note/ DC Assessment- Text |
| SERVICE DATE/TIME: | 11/4/2019 18:00 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Hensley PT,Jennifer (11/19/2019 09:16 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (11/19/2019 09:16 EST) |

**OP PT DC Assessment Entered On: 11/19/2019 09:26 EST**
**Performed On: 11/04/2019 18:00 EST by Hensley PT, Jennifer**

**OP General Information**
*PT Ordering Physician's Name :* Dr. Gish
Lexington Clinic Interventional Pain
*Date of Birth :* EST
*Discharge Date :* 11/04/2019 EST
*Total Number of Visits PT :* 27
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Reason for Discharge - PT :* Achieved Maximum Functional Potential

Hensley PT, Jennifer - 11/19/2019 09:16 EST
(As Of: 11/19/2019 09:26:29 EST)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**PT Pain Management**
*PT Pain Management :* N/A

Hensley PT, Jennifer - 11/19/2019 09:16 EST

**PT Treatments Provided**
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Patient / Caregiver Education -Instructions :* Home program, Body Mechanics/Transfers, Pain management
*PT Equipment Anticipated or Recommended :* McKenzie standard roll
*PT Equipment Issued Rehab :* Other: McKenzie Standard Roll

Hensley PT, Jennifer - 11/19/2019 09:16 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* to be able to swim
to be able to use both hands

Hensley PT, Jennifer - 11/19/2019 09:16 EST

Long Term Goals PT IP

## *DOC - Therapy*

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Not met | Goal met | Not met | Not met |
| *Date Met :* | | 10/24/2019 EDT | | |
| *Comments :* | 10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT | 10/24: 34 | 10/31: 50 psi. 10/29: 42#. 10/24: NT. 9/25 Continued limitation in L grip | 10/24: moderate limitation to flexion, all other within minimal limitations |
| | Hensley PT, Jennifer - 11/19/2019 09:16 EST | Hensley PT, Jennifer - 11/19/2019 09:16 EST | Hensley PT, Jennifer - 11/19/2019 09:16 EST | Hensley PT, Jennifer - 11/19/2019 09:16 EST |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Not met | Not met |
| *Date Met :* | | |
| *Comments :* | 10/24: 26 | 10/31: 2. 10/24: 3/10 |
| | Hensley PT, Jennifer - 11/19/2019 09:16 EST | Hensley PT, Jennifer - 11/19/2019 09:16 EST |

*IP PT LTG Documentation :* Yes

Hensley PT, Jennifer - 11/19/2019 09:16 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved | Pt to demo >75 deg CROM rotation R with no >3/10 pain for | Pt to report <60 on quick DASH for improved functional activity. |

| | | | |
|---|---|---|---|
| | overhead reaching. | improved head turning while backing up vehicle. | |
| *Status :* | Not met | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Hensley PT, Jennifer - 11/19/2019 09:16 EST | Hensley PT, Jennifer - 11/19/2019 09:16 EST | Hensley PT, Jennifer - 11/19/2019 09:16 EST |

**PT Objective and Functional Status**
*Addendum Completed :* No
*PT Recommendations :* Follow up with physician
*Additional Information :* 10/24: Mr. Zoll is completing his HEP and managing his neck and back symptoms. He has had limited progress with shoulder motion and strength. He has reached maximum functional potential for L shoulder at this time. He follows up with MD on 11/4 to discuss surgical intervention. He will likely be discharged from skilled PT if surgical intervention is indicated. He will let us know after his MD appointment whether to continue with all POC's or discontinue therapy if surgery is indicated.

11/4: Pt's MD appointment went well. He is having an MRI and likely surgical intervention. He is okay for discharge from skilled PT until after surgical intervention. MD will re-order when appropriate.
*Informed :* Informed Physician of Discharge

Hensley PT, Jennifer - 11/19/2019 09:16 EST

**Recommendations/Summary of Progress**
*Necessity of the Services Provided :* -
*Functional Progression w/ Objective Improvements :* --
*Justification of Need :* -
*Additional Information :* 10/24: Mr. Zoll is completing his HEP and managing his neck and back symptoms. He has had limited progress with shoulder motion and strength. He has reached maximum functional potential for L shoulder at this time. He follows up with MD on 11/4 to discuss surgical intervention. He will likely be discharged from skilled PT if surgical intervention is indicated. He will let us know after his MD appointment whether to continue with all POC's or discontinue therapy if surgery is indicated.

11/4: Pt's MD appointment went well. He is having an MRI and likely surgical intervention. He is okay for discharge from skilled PT until after surgical intervention. MD will re-order when appropriate.

*DOC - Therapy*

Hensley PT, Jennifer - 11/19/2019 09:16 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Progress Note/ DC Assessment- Text
SERVICE DATE/TIME: 10/24/2019 16:33 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (10/24/2019 16:33 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (10/24/2019 16:33 EDT)

**OP PT Communication Note Entered On: 10/24/2019 16:34 EDT**
**Performed On: 10/24/2019 16:33 EDT by Hensley PT, Jennifer**

**OP General Information**
*PT Ordering Physician's Name :* Dr. Gish
Lexington Clinic Interventional Pain
*Date of Birth :* EST
*Total Number of Visits PT :* 25
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT

Hensley PT, Jennifer - 10/24/2019 16:33 EDT
(As Of: 10/24/2019 16:34:36 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**PT Pain Management**
*PT Pain Management :* Documented Below
*Location - Update/ Discharge :* See daily doc
*Worst Pain Level 1-10 Evaluation :* 5 = Moderate pain
*Worst Pain Level 1-10 Update/Discharge :* 6
*Best Pain Level 1-10 Evaluation :* 1
*Best Pain Level 1-10 Update/Discharge :* 1

Hensley PT, Jennifer - 10/24/2019 16:33 EDT

**PT Treatments Provided**
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*Patient / Caregiver Education -Instructions :* Home program, Body Mechanics/Transfers, Pain management
*PT Equipment Anticipated or Recommended :* McKenzie standard roll
*PT Equipment Issued Rehab :* Other: McKenzie Standard Roll

Hensley PT, Jennifer - 10/24/2019 16:33 EDT

**Long Term Goals**
*PT Patient,Caregiver Goal :* to be able to swim

to be able to use both hands

Hensley PT, Jennifer - 10/24/2019 16:33 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Progressing, continue |
| *Date Met :* | | 10/24/2019 EDT | | |
| *Comments :* | 10/24: > or = 4/5 throughout except IR=3+. 9/25 Continued decrease in L UE MMT | 10/24: 34 | 10/24: NT. 9/25 Continued limitation in L grip | 10/24: moderate limitation to flexion, all other within minimal limitations |
| | Hensley PT, Jennifer - 10/24/2019 16:33 EDT | Hensley PT, Jennifer - 10/24/2019 16:33 EDT | Hensley PT, Jennifer - 10/24/2019 16:33 EDT | Hensley PT, Jennifer - 10/24/2019 16:33 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Date Met :* | | |
| *Comments :* | 10/24: 26 | 10/24: 3/10 |
| | Hensley PT, Jennifer - 10/24/2019 16:33 EDT | Hensley PT, Jennifer - 10/24/2019 16:33 EDT |

*IP PT LTG Documentation :* Yes

Hensley PT, Jennifer - 10/24/2019 16:33 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 10/24: 127, 147. 10/21: 145 deg. 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Hensley PT, Jennifer - 10/24/2019 16:33 EDT | Hensley PT, Jennifer - 10/24/2019 16:33 EDT | Hensley PT, Jennifer - 10/24/2019 16:33 EDT |

**PT Objective and Functional Status**

*Addendum Completed :* No

*PT Recommendations :* Requesting to continue with plan

*Additional Information PT :* Mr. Zoll has made good progress with shoulder ABD and trunk AROM, functional mobility, and strength in some planes. He continues to be limited by AC joint pain with shoulder flex that continues to be limited. He has a notable improvement in back pain and is progressing well. He follows up with orthopedist 11/4/2019 and will continue therapy until then and will follow his recommendations. Pt reports that surgical intervention has been discussed.

Hensley PT, Jennifer - 10/24/2019 16:33 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Progress Note/ DC Assessment- Text
SERVICE DATE/TIME: 9/25/2019 21:02 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hale PT,Angela (9/25/2019 21:02 EDT)
SIGN INFORMATION: Hale PT,Angela (9/25/2019 21:02 EDT)

**OP PT Communication Note Entered On: 09/25/2019 21:02 EDT**
**Performed On: 09/25/2019 21:02 EDT by Hale PT, Angela**

**OP General Information**
*PT Ordering Physician's Name :* Dr. Gish
Lexington Clinic Interventional Pain
*Date of Birth :* EST
*Total Number of Visits PT :* 19
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT

Hale PT, Angela - 09/25/2019 21:02 EDT
(As Of: 09/25/2019 21:02:55 EDT)

Diagnoses(Active)
Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**PT Pain Management**
*PT Pain Management :* Documented Below
*Location - Update/ Discharge :* See daily doc
*Worst Pain Level 1-10 Evaluation :* 5 = Moderate pain
*Best Pain Level 1-10 Evaluation :* 1

Hale PT, Angela - 09/25/2019 21:02 EDT

**PT Treatments Provided**
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Balance Training - 97112, Community Work Re-integration - 97537, Gait Training - 97116, Group Therapy - 97150, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Stair Training - 97116, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*PT Equipment Anticipated or Recommended :* McKenzie standard roll
*PT Equipment Issued Rehab :* Other: McKenzie Standard Roll

Hale PT, Angela - 09/25/2019 21:02 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

## *DOC - Therapy*

Hale PT, Angela - 09/25/2019 21:02 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 | Long Term Goal 4 |
|---|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. | Patient will have full Lumbar AROM with no pain to promote a return to hiking. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue | Initial |
| *Date Met :* | | 08/29/2019 EDT | | |
| *Comments :* | 9/25 Continued decrease in L UE MMT | | 9/25 Continued limitation in L grip | |
| | Hale PT, Angela - 09/25/2019 21:02 EDT | Hale PT, Angela - 09/25/2019 21:02 EDT | Hale PT, Angela - 09/25/2019 21:02 EDT | Hale PT, Angela - 09/25/2019 21:02 EDT |

| | Long Term Goal 5 | Long Term Goal 6 |
|---|---|---|
| *Long Term Goal :* | Patient will score 20 or < on Revised Oswestry to improve I with ALD's. | Patient will report back pain 1/10 at worst to improve I with walking. |
| *Status :* | Initial | Initial |
| *Date Met :* | | |
| *Comments :* | | |
| | Hale PT, Angela - 09/25/2019 21:02 EDT | Hale PT, Angela - 09/25/2019 21:02 EDT |

*LTG Documentation :* Yes

Hale PT, Angela - 09/25/2019 21:02 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while | Pt to report <60 on quick DASH for improved functional activity. |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | | backing up vehicle. | |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 9/20: 142 deg. 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Hale PT, Angela - 09/25/2019 21:02 EDT | Hale PT, Angela - 09/25/2019 21:02 EDT | Hale PT, Angela - 09/25/2019 21:02 EDT |

**PT Objective and Functional Status**
*Addendum Completed :* No
*PT Recommendations :* Requesting to continue with plan
*number of weeks :* 4
*Additional Information PT :* Patient with improved L shoulder flexion at 135 and abduction 154. He also has improved C-spine AROM. He continues to be limited by neck pain and poor posture. He was issued a supine neck support and was able to demonstrate correct use. He was evaluated for low back pain today with decreased Lumbar ROM, decreased L LE MMT and increased score on Revised Oswestry. He demonstrates improved ROM and LE MMT after prone laying, however it increased C-spine pain. He was trialed with standing extension and was able to perform with no increase in back pain and no C-spine pain increase and was issued for home. He will benefit from continued skilled PT services for the L shoulder and goals were added for Low back. Plan to continue skilled PT 2 X per week X 4 weeks to improve ROM, MMT and I with walking.

Hale PT, Angela - 09/25/2019 21:02 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Progress Note/ DC Assessment- Text
SERVICE DATE/TIME: 8/29/2019 12:45 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Caudill DPT,Stephanie (9/3/2019 12:45 EDT)
SIGN INFORMATION: Caudill DPT,Stephanie (9/3/2019 12:45 EDT)

**OP PT Communication Note Entered On: 09/03/2019 12:46 EDT**
**Performed On: 08/29/2019 12:45 EDT by Caudill DPT, Stephanie**

**OP General Information**
*PT Ordering Physician's Name :* Dr. Gish
Lexington Clinic Interventional Pain
*Date of Birth :* EST
*Total Number of Visits PT :* 11
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT

Caudill DPT, Stephanie - 09/03/2019 12:45 EDT
(As Of: 09/03/2019 12:46:02 EDT)

Diagnoses(Active)

Radiculopathy, cervical region *Date:* 07/25/2019 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Radiculopathy, cervical region ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* M54.12

**PT Pain Management**
*PT Pain Management :* N/A

Caudill DPT, Stephanie - 09/03/2019 12:45 EDT

**PT Treatments Provided**
*OP PT Anticipated Treatment, Needs :* Aquatic Therapy - 97113, Hot/Cold - 97010, Iontophoresis - 97033, Job simulation, Joint protection, Manual therapy - 97140, Mechanical Traction - 97012, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283, US/Phonophoresis - 97035, Other: Taping/Dry Needling
*PT Equipment Anticipated or Recommended :* McKenzie standard roll
*PT Equipment Issued Rehab :* Other: McKenzie Standard Roll

Caudill DPT, Stephanie - 09/03/2019 12:45 EDT

**Long Term Goals**
*Patient/Caregiver Goals :* to be able to swim
to be able to use both hands

Caudill DPT, Stephanie - 09/03/2019 12:45 EDT

Long Term Goals

| | Long Term Goal 1 | Long Term Goal 2 | Long Term Goal 3 |
|---|---|---|---|

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Long Term Goal :* | Pt to demo > or = 4+/5 LUE strength for improved lifting of pots/pans for improved cooking. | Pt to report <40 on Quick DASH for improved functional activity. | Pt to demo >100 psi L grip strength for improved grasping and lifting to within normal limits. |
| *Status :* | Progressing, continue | Goal met | Progressing, continue |
| *Date Met :* | | 08/29/2019 EDT | |
| *Comments :* | 8/29/19: please see MMT section. | | 8/29//19: 56.7#. 8/26: Left: 40# |
| | Caudill DPT, Stephanie - 09/03/2019 12:45 EDT | Caudill DPT, Stephanie - 09/03/2019 12:45 EDT | Caudill DPT, Stephanie - 09/03/2019 12:45 EDT |

*LTG Documentation :* Yes

Caudill DPT, Stephanie - 09/03/2019 12:45 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt to demo >160 deg shoulder flex/ABD AROM for improved overhead reaching. | Pt to demo >75 deg CROM rotation R with no >3/10 pain for improved head turning while backing up vehicle. | Pt to report <60 on quick DASH for improved functional activity. |
| *Status :* | Progressing, continue | Goal met | Goal met |
| *Date Met :* | | 08/26/2019 EDT | 08/29/2019 EDT |
| *Comments :* | 8/29/19: 139 deg flexion, 127 deg abduction. 8/26: 130 deg. flexion 8/6: 125 deg. left shoulder flex | 8/26: 75 deg. w/ 2/10 pain 8/12: Client to cont with rep. c. retractions in supine positon, x10 reps, every 2 hours. Red flags reviewed 8/19: B c. rot: 85 deg each | |
| | Caudill DPT, Stephanie - | Caudill DPT, Stephanie - | Caudill DPT, Stephanie - |

## *DOC - Therapy*

| | 09/03/2019 12:45 EDT | 09/03/2019 12:45 EDT | 09/03/2019 12:45 EDT |
|---|---|---|---|

**PT Objective and Functional Status**

*Additional Information PT :* Mr. Zoll demonstrates improved strength and ROM. He reports improved tolerance to functional activities. He will benefit from continued physical therapy 2x/week for 4 weeks for therapeutic exercise, manual therapy, and patient education to work towards remaining goals.

Caudill DPT, Stephanie - 09/03/2019 12:45 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Missed Treatments - Text
SERVICE DATE/TIME: 8/5/2019 14:31 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (8/5/2019 14:31 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (8/5/2019 14:31 EDT)

**OP PT Missed Treatments Entered On: 08/05/2019 14:31 EDT**
**Performed On: 08/05/2019 14:31 EDT by Hensley PT, Jennifer**

**OP PT Missed Treatments**
*Total Number of Visits PT :* 3
*Total Number of Authorized Visits PT :* 19
*Authorization Valid Through (PT): :* 10/31/2019 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 07/25/2019 EDT
*Therapy Certification Date :* POC Valid Through - PT: 09/26/19
*OP PT Cancellation - Other :* 3
*OP Patient Cancel/No Show PT :* Patient cancelled and did not reschedule
*OP Missed Tx Comments PT :* no reason given
Hensley PT, Jennifer - 08/05/2019 14:31 EDT

*Therapy Documentation*

*** Home Exercise Instructions - Auth (Verified) ***

### Shoulder Extension with Resistance



REPS: 10 SETS: 3
DAILY: 2 WEEKLY: 7

### Standing Row with Anchored Resistance

REPS: 10 DAILY: 2
WEEKLY: 7

### Standing High Row with Anchored Resistance

REPS: 10 DAILY: 2
WEEKLY: 7

10/31/19 10:15

ZOLL, JAMES D
DOB: (M) DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

MEDBRIDGE Login URL: encompasshealth.medbridgego.com Access Code: Y7VWADYE

Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider. Date printed: 10/31/2019

*** Home Exercise Instructions - Auth (Verified) ***

Encompass Health

Prepared by Jennifer Hensley

Access your exercises!
encompasshealth.medbridgego.com
MedBridgeGO
Your Access Code: M4BENWF8



**Isometric Shoulder Flexion at Wall**
REPS: 10 | HOLD: 5 | WEEKLY: 7x | DAILY: 1x



**Standing Isometric Shoulder Extension with Doorway - Arm Bent**
REPS: 10 | HOLD: 5 | WEEKLY: 7x | DAILY: 1x



**Standing Isometric Shoulder Abduction with Doorway - Arm Bent**
REPS: 10 | HOLD: 5 | WEEKLY: 7x | DAILY: 1x



**Isometric Shoulder Adduction**
REPS: 10 | HOLD: 5 | WEEKLY: 7x | DAILY: 1x



**Standing Isometric Shoulder External Rotation with Doorway**
REPS: 10 | HOLD: 5 | WEEKLY: 7x | DAILY: 1x



**Standing Isometric Shoulder Internal Rotation with Towel Roll at Doorway**
REPS: 10 | HOLD: 5 | WEEKLY: 7x | DAILY: 1x

ZOLL, JAMES D
DOB: DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
[ACT]

[signature] 9/9/19 14:50

Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider.

MEDBRIDGE

Page 1 of 1
09/09/2019



Lincoln/Zoll 1527

## *Coding Summary*

*** Coding Worksheet - Auth (Verified) ***

DATE: 07/31/2019 Cardinal Hill Rehab Hospital TIME: 12:58 PM
PAGE: 1 OF 1 CODING WORKSHEET

Patient Name: JAMES D ZOLL MR#: 000537631 PAT#: 0000168539
Birthdate/Age: 050Y Adm/Disch: 7/25/19
Length of Stay: 6
Attending Phys: GISH, BRANDON Disposition: 30
Consultants:

Med Svc[Pgm]: ORTHOPEDIC - OTHER
Impairment/CMG:
CMS13:

Coded by: THURMAS1 7/31/19

| Diagnoses | POA | MOD | HAC | Description | Tier |
|---|---|---|---|---|---|
| 1. M53.83 | | | | Other specified dorsopathies, cervicothoracic region | |
| 2. M25.611 | | | | Stiffness of right shoulder, not elsewhere classified | |
| 3. M25.612 | | | | Stiffness of left shoulder, not elsewhere classified | |
| 4. R29.91 | | | | Unsp symptoms and signs involving the musculoskeletal system | |
| 5. R51 | | | | Headache | |
| 6. M54.2 | | | | Cervicalgia | |
| 7. M25.511 | | | | Pain in right shoulder | |
| 8. M25.512 | | | | Pain in left shoulder | |
| 9. R29.3 | | | | Abnormal posture | |
| 10. M54.12 | | | | Radiculopathy, cervical region | |
| 11. R20.8 | | | | Other disturbances of skin sensation | |

| Date | CPT | Modifiers | Description |
|---|---|---|---|
| 1. 07/25/19 | 97110 | GP | Therapeutic exercises |
| 2. 07/29/19 | 97110 | GP | Therapeutic exercises |
| 3. 07/29/19 | 97140 | GP | Manual therapy 1/> regions |
| 4. 07/25/19 | 97162 | GP | Pt eval mod complex 30 min |

## *Phone Messages*

| | |
|---|---|
| DOCUMENT NAME: | Phone Message/Call |
| SERVICE DATE/TIME: | 11/19/2019 09:33 EST |
| RESULT STATUS: | Modified |
| PERFORM INFORMATION: | Baughn,Nancy (11/19/2019 14:28 EST); Miracle,Jonathan (11/19/2019 14:17 EST); Hensley PT,Jennifer (11/19/2019 09:33 EST) |
| SIGN INFORMATION: | |

**Addendum by Baughn, Nancy on November 19, 2019 14:28:12 EST**

---------------------

From: Baughn, Nancy
To: Halloran SLP, Nancy; Hensley PT, Jennifer; Miracle, Jonathan;
Sent: 11/19/2019 14:28:12 EST
Subject: RE: DC

DC Summary sent to referring MD. Patient DC'd in Patcom

**Addendum by Miracle, Jonathan on November 19, 2019 14:17:02 EST**

---------------------

From: Miracle, Jonathan
To: Hensley PT, Jennifer; Baughn, Nancy; Halloran SLP, Nancy;
Sent: 11/19/2019 14:17:02 EST
Subject: RE: DC

Pt removed from schedules and discharged from Ortho PT, last date of treatment effective 10/31.

168539

---------------------

From: Hensley PT, Jennifer
To: Miracle, Jonathan;
Sent: 11/19/2019 09:33:59 EST
Subject: DC

Please send DC to referring physician. DC from ortho PT.

## *Phone Messages*

| | |
|---|---|
| DOCUMENT NAME: | Phone Message/Call |
| SERVICE DATE/TIME: | 9/25/2019 21:04 EDT |
| RESULT STATUS: | Modified |
| PERFORM INFORMATION: | Redmon,Laura (9/26/2019 08:47 EDT); Hale PT,Angela (9/25/2019 21:04 EDT) |
| SIGN INFORMATION: | |

**Addendum by Redmon, Laura on September 26, 2019 08:47:56 EDT**

---------------------
From: Redmon, Laura (0196 OP Therapy Financial Counselors)
To: Hale PT, Angela;
Sent: 09/26/2019 08:47:56 EDT
Subject: RE: updatedcert/PTadditionalvisits

approved 12 PT visits from 9/26/19 thru 11/30/19

---------------------
From: Hale PT, Angela
To: Zencka Admission Representative, Arianne; Blair, Layda; Bowyer, Deborah; 0196 OP Therapy Financial Counselors;
Sent: 09/25/2019 21:04:39 EDT
Subject: updatedcert/PTadditionalvisits

Updated cert letter 9/25

Requesting 12 additional PT visits 2 x per week. THanks

## *Phone Messages*

| | |
|---|---|
| DOCUMENT NAME: | Phone Message/Call |
| SERVICE DATE/TIME: | 7/25/2019 16:38 EDT |
| RESULT STATUS: | Modified |
| PERFORM INFORMATION: | Redmon,Laura (7/26/2019 11:14 EDT); Hensley PT,Jennifer (7/25/2019 16:38 EDT) |
| SIGN INFORMATION: | |

**Addendum by Redmon, Laura on July 26, 2019 11:14:49 EDT**
---------------------
From: Redmon, Laura (0196 OP Therapy Financial Counselors)
To: Hensley PT, Jennifer;
Sent: 07/26/2019 11:14:49 EDT
Subject: RE: cert letter and visit request

approved 18 PT visits from 7/26/19 thru 10/31/19

---------------------
From: Hensley PT, Jennifer
To: Zencka Admission Representative, Arianne; 0196 OP Therapy Financial Counselors;
Sent: 07/25/2019 16:38:45 EDT
Subject: cert letter and visit request

Cert letter sent to Dr. taylor
Please reqeust 18 visits, 2x/week for 9 weeks.

## *Miscellaneous*

*** Other Miscellaneous Documentation - Auth (Verified) ***

CARDINAL HILL® REHABILITATION HOSPITAL

Orthopedic Specialty Program

Physical Therapy Progress Note

Date: 10/31/19
Patient Name: James D. Zoll
DOB: 12/22/19
Diagnosis: ____________________

| AROM: Initial Eval | AROM: Current | MMT: Initial Eval | MMT: Current |
|---|---|---|---|
| L Shldr Flex 125 | 138 | (L) Shldr Flex = 2+ | 4 in available range |
| ABD 112 | 133 | ABD = 2+ | 4 in available range |
| Neck Rot R 63 | 83 | Elbow Flex = 4+ | 5 |
| L 80 | 85 | Ext = 4- | 4+ |
| | | Wrist Flex = 4- | 4+ |
| | | Ext = 4 | 4+ |
| | | Grip = 40 | 50 psi |

Assessment/Functional Gains: Continues to have 2-6/10 pain in superior shoulder. He reports no >4/10 neck pain. Pt has met 2 of 3 STG's & 1 of 3 goals for shoulder POC. He ~~wo~~ is independent c̄ HEP + would benefit from further medical management of shoulder complaint.

Thank you for the opportunity to participate in the care of your patient. Please feel free to contact us with questions or concerns at 859-246-8925.

Sincerely,
[signature], PT
10/31/19 10:05

ZOLL, JAMES D
MI DR: GISH, BRANDON
DOB: ___
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631 (ACT)



Lincoln/Zoll 1534

*** Other Miscellaneous Documentation - Auth (Verified) ***






**Lincoln/Zoll 1535**

*** Other Miscellaneous Documentation - Auth (Verified) ***

21



All 1" needles.
[signature], PT
10/17/19
13:45



ZOLL, JAMES D
DOB: (M) DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
[ACT]

21

*** Other Miscellaneous Documentation - Auth (Verified) ***

21



All 1" needles.

[illegible], PT
10/15/19 13:35



ZC' ' JAMES D
MI DR: GISH, BRANDON
DOB:
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

21

*** Other Miscellaneous Documentation - Auth (Verified) ***

**FUNCTIONAL DRY NEEDLING® CONSENT AND REQUEST FOR PROCEDURE**

Dry Needling (DN), Trigger point Dry Needling (TDN), or Intramuscular Manual Therapy (IMT), is a minimally invasive procedure that places a small needle into the muscle at the trigger point in order to cause the muscle to contract and then release, improving the flexibility of the muscle and therefore decreasing the symptoms. You are not receiving an acupuncture treatment. *Dry needling is a technique used in physical therapy practice to treat trigger points in muscles. You should understand that this dry needling technique should not be confused with a complete acupuncture treatment performed by a licensed acupuncturist. A complete acupuncture treatment might yield a holistic benefit not available through a limited dry needling treatment.*TDN is a valuable treatment for musculoskeletal pain.

Like any treatment there are possible complications. While these complications are rare in occurrence, they are real and must be considered prior to giving consent to treatment.

All training was in accordance with requirements dictated by this facility and by the U.S. state of this practitioner's licensure.

FDN is a valuable and effective treatment for musculoskeletal pain. Like any treatment, there are possible complications. While complications are rare in occurrence, they are real and must be considered prior to giving consent for treatment.

Risks: The most serious risk with FDN is accidental puncture of a lung (pneumothorax). If this were to occur, it may likely require a chest x-ray and no further treatment. The symptoms of shortness of breath may last for several days to weeks. A more severe puncture can require hospitalization and re-inflation of the lung. This is a rare complication, and it should not be a major concern. Other risks include injury to a blood vessel causing a bruise, infection, and/or nerve injury. Bruising is a common occurrence and should not be a concern.

Patient's Consent: I understand that no guarantee or assurance has been made as to the results of this procedure and that it may not cure my condition. My therapist has also discussed with me the probability of success of this procedure, as well as the probability of serious side effects. Multiple treatment sessions may be required/needed, thus this consent will cover this treatment as well as consecutive treatments by this facility. I have read and fully understand this consent form and understand that I should not sign this form until all items, including my questions, have been explained or answered to my satisfaction. With my signature, I hereby consent to the performance of this procedure. I also consent to any measures necessary to correct complications which may result.

Procedure: I, James Zoll, authorize Cardinal Hill to perform Functional Dry Needling® for my diagnosis of __________

Location Site neck & shoulder (left) pain

Please answer the following questions:

Are you pregnant? Yes (No) Are you immunocompromised? Yes (No) Are you taking blood thinners? Yes (No)

***DO NOT SIGN UNLESS YOU HAVE READ AND THOROUGHLY UNDERSTAND THIS FORM.***

**You have the right to withdraw consent for this procedure at any time before it is performed.**

| | | |
|---|---|---|
| James Zoll | 10/15/19 | |
| Patient or Authorized Representative | Date | Time |
| | | |
| Relationship to patient (if other than patient) | (Patient name printed) | |

Physical Therapist Affirmation: I have explained the procedure indicated above and its attendant risks and consequences to the patient who has indicated understanding thereof, and has consented to its performance.

| | | |
|---|---|---|
| [signature], PT | 10/15/19 | 13:30 |
| Physical Therapist | Date | Time |

☐ Patient was offered copy of consent and refused ☐ Patient was given copy of consent

☐ Patient was given a copy of the educational handout on the procedure

ZO MES D
DOB: (M) DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631 (ACT)

*** Other Miscellaneous Documentation - Auth (Verified) ***

# CARDINAL HILL® REHABILITATION HOSPITAL

Orthopedic Specialty Program

Physical Therapy Progress Note

– Dr. Hackett,

Date: 8/19/19

Patient Name: James D. Zoll

DOB:

Diagnosis: Radiculopathy, c. region

| AROM: Initial Eval | AROM: Current | MMT: Initial Eval | MMT: Current |
|---|---|---|---|
| (L) shldr flex: 125° | flex: 130° | (L) shldr ✓: 2+/5 | 3+/5 |
| (L) shldr abd: 112° | abd: 140° | (L) shldr abd: 2+/5 | 3+/5 |
| | PROM flex: 160° PROM abd: 135° | (L) Grip: 48 lbs. (average) | 45 lbs. |

Assessment/Functional Gains: Client has attended 8 skilled PT sessions c̄ focus on improving cervical AROM & (L) UE ROM & strength; improvements noted (see above). PT/PTA have seen improvements in (L) UE mobility p̄ supine cervical retractions, denoting a possible cervical component, although (L) UE strength & ROM tx-ex has been initiated, but pt's pain seems to be a limitation

Thank you for the opportunity to participate in the care of your patient. Please feel free to contact us with questions or concerns at 859-246-8925.

Sincerely,

Ashton Tackett, PTA
8-19-19
1330 hrs.

– Chart copy

ZOLL, JAMES D
DOB: (M) DR: GISH, BRANDON
AGE: 50Y ADMIT: 07/25/19
ACT: 168539 MRN: 537631
(ACT)

*** Other Miscellaneous Documentation - Auth (Verified) ***

CARDINAL HILL OTS REFERRAL OTS FORM

Date: 7-17-19 MRN# 537431 Patcom# 168539

Name: James D. Zoll

Address: ________

Phone#: Alternate Phone #: ( )

DOB: SS#:

Referring MD: Gish

Diagnosis: neck/shoulder

Primary Insurance Name: anthem Phone# ( )

ID#: TOAN1314861 Group #:

Policy Holders name (if not patient): DOB:

Policy Holders Employer:

Secondary Insurance Name: Phone# ( )

ID#: Group #:

Policy Holders name (if not patient): DOB:

Policy Holders Employer:

☐ Auto Accident: ☐ Fall: Location: Fall

☐ Workers Comp: Claim #: Date of Injury: 7-15-18

Adjustors Name: Adjustors Phone #: ( )

Order: Faxing (Patient to bring) Already Received

Currently receiving HH: Yes / (No)

Currently receiving Therapy: Yes / (No)

Currently in a Nursing Home: Yes / (No)

Service Requested: (PT) OT SLP VEST PULM PTWC OTDR

Type of SLP EVAL: Communication ________ Cognitive ________ Swallowing ________

Comments:

Patient Scheduled:

7-25-19 12:45 Jennifer



**Lincoln/Zoll 1540**

## *Admission*

*** Admission - Clinical - Auth (Verified) ***

CARDINAL HILL REHABILITATION HOSPITAL
ENCOMPASS HEALTH
Outpatient Information Record/History Assessment

GENERAL INFORMATION

Name: James Zoll

To be completed by therapists on subsequent visits as change occurs.

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: ADMIT: 01/20/20
ACT: 175789 MRN: 537631
[ACT]

DOB:
Sex: Male ☑ Female ☐ Marital Status: ☑ Single ☐ Married ☐ Widowed
Daytime phone:
Home phone:
Address:
City: State: Zip:
Name of parent/guardian/caregiver:
Relationship: Phone:
Primary Care Physician: Dr. Ziegler
Phone: Fax:
Emergency Contact: Jeff Williamson
Relationship: partner Phone: 859-913-7298

Known Allergies: ☑ None ☐ Yes

Adverse Reactions to Medications: ☑ None ☐ Yes

Is your condition due to: ☐ Auto Accident ☑ Fall ☐ Work Injury ☐ Other
What is the problem that brings you to therapy:
Frozen Shoulder (AC(R) capsular release surgery) clavicle scrap

Are there any cultural or religious beliefs that may impact your care? ☐ Yes ☑ No Please explain:
At the present time, would you say your health is (choose one of the following) ☐ Excellent ☐ Very good ☑ Fair ☐ Poor
Is there anything we need to know that is not covered on this form?

What are your goals for therapy: Feel better (☺), Have Full movement of left arm

SCANNED

75-206 090408

2050 Versailles Road ■ Lexington, KY 40504 ■ (859) 254-5701 ■ www.cardinalhill.org

*** Admission - Clinical - Auth (Verified) ***

| Current Problem | | | | |
|---|---|---|---|---|
| | Yes | No | Comments | To be completed by therapist on subsequent visits as change occurs. Updates with therapists initials/date/time |
| Bowel/Bladder | | ✓ | | |
| Headaches | ✓ | | Migraines | |
| Blurry/double vision/dizziness | | ✓ | | |
| Shortness of breath | | ✓ | | |
| Smoking/alcohol/drugs | | ✓ | | |
| Sleeping/fatigue | | ✓ | | |
| Weight loss/gain | | ✓ | | |
| Nausea/vomiting | | ✓ | | |
| Skin/swelling | | ✓ | | |
| Chest pain | | ✓ | | |
| Falls/near falls | ✓ | | | |
| Other | | ✓ | | |
| **Medical/Surgical History** | | | | |
| | | | Comments | To be completed by therapist on subsequent visits as change occurs. Updates with therapists initials/date/time |
| Respiratory/COPD/asthma/TB | | ✓ | | |
| High/low blood pressure | | ✓ | | |
| Heart disease/attack/pacemaker | | ✓ | | |
| Circulation/vascular | | ✓ | | |
| Arthiritis/osteoporosis/joint replacement | ✓ | (scribbled out) | | |
| Pregnancy | | ✓ | | |
| Diabetes Mellitus | | ✓ | | |
| Cancer | | ✓ | | |
| Kidney/urinary/intestinal trauma | | ✓ | | |
| Epilespy/seizures | | ✓ | | |
| Stomach/gastrointestinal | | ✓ | | |
| Neurological conditions/stroke | | ✓ | | |
| Head or spinal cord injury | | ✓ | | |
| Psychiatric history/depression | ✓ | | | |
| Other | | | | |

Surgeries/hospitalizations (include dates) 12/20/2019 / ACR release capsular (frozen shoulder

In the event of an emergency what hospital would you want to be transferred to?
Central Baptist

SCANNED

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: ADMIT: 01/20/20
ACT:-175789-MRN: 537631
[ACT]

75-206 090408

2050 Versailles Road ■ Lexington, KY 40504 ■ (859) 254-5701 ■ www.cardinalhill.org

*** Admission - Clinical - Auth (Verified) ***

**ZOLL, JAMES D**
DOB: (M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
**ACT: 175789 MRN: 537631**
[ACT]

| Current Medications | | |
|---|---|---|
| | | To be completed by therapists on subsequent visits as change occurs. |
| Prescription Drugs/Herbal Supplements/OTC Drugs | Dosage/Frequency | Updated Prescription Drugs/Herbal Supplements/OTC Drugs |
| Amitriptyline | 25mg Bed | |
| Zoloft | 100 mg Bed | |
| Atorvastatin | Bed | |
| Tizidine | 4 mg Bed | |
| Topamax | 2 tablets Bed | |
| Klonipin | 1 or 2 Daily | |
| CeleBrex | 100 mg 2 Daily | |
| ~~Norco~~ | ~~As needed~~ | Discontinued RP (3/11/2020) JH |
| Lyrica | | Started RP (3/11/2020) JH |
| | | |
| | | |
| | | |
| | | |
| | | |

In order to reach your optimum rehabilitation, it is essential that you follow your physician's prescribed treatment and the treatment plan established by your therapist. If you must cancel an appointment, please notify us as soon as possible so that we can reschedule your missed appointment within the week. We appreciate notification of cancellations 24 hours prior to scheduled appointments; this allows us to utilize your appointment time for other patients. We are obligated to record all cancellations and no shows in your medical record. If you are covered by worker's compensation, we are obligated to report cancelled and no show appointments to your insurance carrier.

☐ Patient/Caregiver unable to complete form; information reviewed and completed by therapist. ________ (initial)

Name of person completing form: James Zoll Date: 1/20/20

| Clinical Signatures/Title/Initials: | Date/Time: | Clinical Signatures/Title/Initials: | Date/Time: |
|---|---|---|---|
| Ryan S. Powell SPT | 1/20/2020 5:52pm | Ryan D. Powell SPT | 03/11/2020 2:03pm |
| JJ Haley PT | 1/20/2020 17:53 | JJ Haley PT | 3/11/2020 14:05 |

SCANNED

75-206 090408

2050 Versailles Road ■ Lexington, KY 40504 ■ (859) 254-5701 ■ www.cardinalhill.org

*** Admission - Clinical - Auth (Verified) ***

CARDINAL HILL REHABILITATION HOSPITAL
ENCOMPASS HEALTH
Outpatient Information Record/History Assessment

GENERAL INFORMATION

To be completed by therapists on subsequent visits as change occurs.

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
ACT: 175789 MRN: 537631
(ACT)

Name: James Zoll

DOB:
Sex: Male ☑ Female ☐ Marital Status: ☑ Single ☐ Married ☐ Widowed
Daytime phone:
Home phone:
Address:
City: State: Zip:
Name of parent/guardian/caregiver:
Relationship: Phone:
Primary Care Physician: Dr. Ziegler
Phone: Fax:
Emergency Contact: Jeff Williamson
Relationship: partner Phone: 859-913-7298

Known Allergies: ☑ None ☐ Yes

Adverse Reactions to Medications: ☑ None ☐ Yes

Is your condition due to: ☐ Auto Accident ☑ Fall ☐ Work Injury ☐ Other
What is the problem that brings you to therapy:
Frozen Shoulder (AC(?) capsular release surgery) clavicle scrap

Are there any cultural or religious beliefs that may impact your care? ☐ Yes ☑ No Please explain:
At the present time, would you say your health is (choose one of the following) ☐ Excellent ☐ Very good ☑ Fair ☐ Poor
Is there anything we need to know that is not covered on this form?

What are your goals for therapy: Feel better (☺), Have full movement of left arm

75-206 090408

*** Admission - Clinical - Auth (Verified) ***

| Current Problem | Yes | No | Comments | To be completed by therapist on subsequent visits as change occurs. Updates with therapists initials/date/time |
|---|---|---|---|---|
| Bowel/Bladder | | ✓ | | |
| Headaches | ✓ | | Migraines | |
| Blurry/double vision/dizziness | | ✓ | | |
| Shortness of breath | | ✓ | | |
| Smoking/alcohol/drugs | | ✓ | | |
| Sleeping/fatigue | | ✓ | | |
| Weight loss/gain | | ✓ | | |
| Nausea/vomiting | | ✓ | | |
| Skin/swelling | | ✓ | | |
| Chest pain | | ✓ | | |
| Falls/near falls | ✓ | | | |
| Other | | ✓ | | |

| Medical/Surgical History | | | Comments | To be completed by therapist on subsequent visits as change occurs. Updates with therapists initials/date/time |
|---|---|---|---|---|
| Respiratory/COPD/asthma/TB | | ✓ | | |
| High/low blood pressure | | ✓ | | |
| Heart disease/attack/pacemaker | | ✓ | | |
| Circulation/vascular | | ✓ | | |
| Arthiritis/osteoporosis/joint replacement | ✓ | (scribbled out) | | |
| Pregnancy | | ✓ | | |
| Diabetes Mellitus | | ✓ | | |
| Cancer | | ✓ | | |
| Kidney/urinary/intestinal trauma | | ✓ | | |
| Epilespy/seizures | | ✓ | | |
| Stomach/gastrointestinal | | ✓ | | |
| Neurological conditions/stroke | | ✓ | | |
| Head or spinal cord injury | | ✓ | | |
| Psychiatric history/depression | ✓ | | | |
| Other | | | | |

Surgeries/hospitalizations (include dates) 12/20/2019 / ACR release capsular (frozen shoulder

In the event of an emergency what hospital would you want to be transferred to?
Central Baptist

ZOLL, JAMES D
DOB: 8 (M) DR: HACKETT, DANIEL
AGE: 011 ADMIT: 01/20/20
ACT: 175789 MRN: 537631
[ACT]

75-206 090408

2050 Versailles Road ■ Lexington, KY 40504 ■ (859) 254-5701 ■ www.cardinalhill.org

*** Admission - Clinical - Auth (Verified) ***

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
ACT: 175789 MRN: 537631
[ACT]

| Current Medications | | |
|---|---|---|
| | | To be completed by therapists on subsequent visits as change occurs. |
| Prescription Drugs/Herbal Supplements/OTC Drugs | Dosage/Frequency | Updated Prescription Drugs/Herbal Supplements/OTC Drugs |
| Amitriptyline | 25mg Bed | |
| Zoloft | 100 mg Bed | |
| Atorvastatin | Bed | |
| Tizidine | 4 mg Bed | |
| Topamax | 2 tablets Bed | |
| Klonipin | 1 or 2 Daily | |
| CeleBrex | 100 mg 2 Daily | |
| Norco | As needed | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

In order to reach your optimum rehabilitation, it is essential that you follow your physician's prescribed treatment and the treatment plan established by your therapist. If you must cancel an appointment, please notify us as soon as possible so that we can reschedule your missed appointment within the week. We appreciate notification of cancellations 24 hours prior to scheduled appointments; this allows us to utilize your appointment time for other patients. We are obligated to record all cancellations and no shows in your medical record. If you are covered by worker's compensation, we are obligated to report cancelled and no show appointments to your insurance carrier.

☐ Patient/Caregiver unable to complete form; information reviewed and completed by therapist. ________ (initial)

Name of person completing form: James Zoll Date: 1/20/20

| Clinical Signatures/Title/Initials: | Date/Time: | Clinical Signatures/Title/Initials: | Date/Time: |
|---|---|---|---|
| Ryan S. Powell SPT | 1/20/2020 5:52pm | | |
| ~~[signature] PT~~ | ~~1/20/2020 17:53~~ | | |

75-206 090408

2050 Versailles Road ■ Lexington, KY 40504 ■ (859) 254-5701 ■ www.cardinalhill.org

*** Admission - Clinical - Auth (Verified) ***

CARDINAL HILL® REHABILITATION HOSPITAL

ZO'' JAMES D
DOB: ) DR: HACKETT, DANIEL
AGE: 51Y ADM: 1/20/20
ACT: 175789 MRN: 537631 (ACT)

# Outpatient therapy cancellation policy and smoking policy

## Cancellation policy

In order to maximize your progress, it is critical that you attend all scheduled sessions. Arriving late or missing appointments impair your ability to progress, disrupts staff schedules, limits other patient's ability to get an appointment and may affect your insurance coverage.

- If you must cancel an appointment, please call **859.246.8925** as soon as possible to reschedule.
- We will make every effort to reschedule the appointment to another day in the week.
- Not showing up (no show, no call to inform facility) for a total of 2 (two) appointments may result in discharge from therapy services.
- Once discharged from therapy services, you will need a new order for therapy from your physician.
- Failure to comply with therapy appointments may affect your insurance coverage. There are often time limits or expiration dates with insurance coverage.

## Responsibility for valuables / personal property

- We strongly recommend that you leave valuables at home. Cardinal Hill Rehabilitation Hospital is not responsible for any personal items which may be lost or stolen during your visit.

## Smoke and tobacco free campus

JZ Cardinal Hill Rehabilitation Hospital is dedicated to maintaining a smoke/tobacco free campus. Patients and visitors will not be permitted to smoke anywhere on our campus including the parking lot and private vehicles. Violation of the policy may cause a patient to be discharged from the outpatient program.

JZ I have been informed of the above policies.

James Zoll
Patient/Responsible Party Signature
Date 1/20/2020

If a patient is unable to consent or is a minor, complete the following :
Patient ( is a minor ________ years of age) or (is unable to consent because ________________________________)

________________________________
Signature of Parent/Legal Guardian or Closest Relative
Date ______________

Joyd Blair
Signature of Admitting Representative or Witness
Date 1-20-2020 2:40

©2019 Encompass Health Corporation Revised 11/8/17
REORDER # EH-FM-1360814

CARDINAL HILL REHABILITATION HOSPITAL

ZOLL, JAMES D
DOB: M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
ACT: 175789 MRN: 537631
(ACT)

## Consent to treatment
## (Outpatient Department)

Patient name:______________________ M.R.#__________

Welcome! This form is designed to make sure you have the information you need to make an informed decision about being treated at this hospital Outpatient Department.

Our admitting staff, case managers, and other administrators will be happy to help you get all the information you need in order to enable you to provide us with your informed consent to be treated at our hospital Outpatient Department.

1. **Consent to Medical Treatment.** As the patient or agent of patient, I hereby consent to being treated at Cardinal Hill Outpatient (the "Hospital").

   I authorize employees of the Hospital to treat me while I am a patient. ("Employees"). Employees of the Hospital include therapists, nurses, and other clinicians who work under the clinical supervision of qualified and licensed clinicians.

   I authorize practitioners who have been granted Clinical Privileges at the hospital Outpatient Department and hold a license, certificate, or other credentials as required by a Licensure Entity ("Independent Practitioners") to provide me healthcare services within the scope of his or her State license while I am a patient of this hospital Outpatient Department. Independent Practitioners are not employed by the hospital and include, but are not limited to, physicians, nurse practitioners, physician assistants, psychologists, and podiatrists, in addition to clinical students, residents and fellows providing care under the appropriate clinical supervision.

   I authorize treatment that includes examinations, treatments, and/or diagnostic procedures under the direction of an Independent Practitioner as may be necessary for my medical care at the Hospital including, without limitation, specialized therapies, pain management, and other treatments and interventions under the general and specific instructions of an Independent Practitioner(s).

   I further consent to the presence of medical, nursing, and other healthcare practitioners who are not Employees or Independent Practitioners and who may not be directly involved in my medical treatment and care but who serve in educational or training functions. I acknowledge that I may be required to sign additional consent forms for certain specific medical treatments or procedures to confirm that I have received all the information I need to make an informed decision.

2. **Desire for Resuscitative Measures.** Services in an outpatient rehabilitation therapy setting are generally performed to enhance or improve the patient's quality of life. Therefore, it is the Hospital's policy that if you suffer a cardiac or respiratory arrest or other life-threatening situation while you are under our care, resuscitative measures will be initiated and you will be transported to an acute care hospital as appropriate in the clinical judgment of emergency responders.

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
ACT: 175789 MRN: 537631
(ACT)

We respect your right to make decisions regarding your medical care. If you have an advance directive that you wish to be followed should a higher level of care be required, we request that you bring a copy of your advance directive with you to each visit. In the event that you must be transported to an acute care hospital, a copy of your advance directive will be provided to emergency responders to be taken with you.

I acknowledge that, in the event of a cardiac or respiratory arrest or other life-threatening situation, resuscitative measures will be initiated and I will be transported to an acute care hospital as appropriate in the clinical judgment of emergency responders.

3. **No Guaranteed Outcome.** I understand that the practice of medicine and the delivery of healthcare services are not exact sciences, and I acknowledge that no guarantee has been made to me as to the effect, result, or outcome of any examination or treatment I may receive at the Hospital. I acknowledge that the Hospital is not responsible for any consequences of my failure to follow the instructions of any Employee or Independent Practitioner who provides me care and/or treatment while I am receiving treatment at the Hospital.

4. **Financial Agreement.** I understand that I am obligated to pay the Hospital's usual and customary charges for all services I received at the Hospital Outpatient Department. I understand that failure to pay these charges within 120 days of receipt of the bill may result in a referral to an agency or attorney for collection. If my account is referred to a collection agency or attorney, I agree to pay the reasonable attorney fees and collection expenses associated with these collection efforts. I understand that I may be asked to sign a separate financial agreement for all amounts not covered under an insurance policy, healthcare service plan, and/or managed care program or by any other third party payor. I also understand that it is my responsibility to pursue resolutions for benefit reductions or non-payment by insurers or third party payors.

   I understand and acknowledge that, if I am a member of a healthcare service plan or covered under a managed care plan, it is my responsibility to provide the Hospital the name of the plan, my primary care physician's name and telephone number, confirmation of eligibility under the plan, and any other relevant information.

5. **Assignment of Benefits.** I hereby irrevocably assign and transfer directly to the Hospital all rights provided by any insurer or third party payor for services I received during my stay at the Hospital Outpatient Department. I understand that I am responsible for providing the Hospital with information necessary to allow the Hospital to bill my insurance carrier or other provider of medical benefits. I understand I may be financially responsible for payment of any charges not paid by insurance or other third party, including if I have no insurance or coverage is denied or coverage is terminated during the course of my outpatient admission. I further understand the Hospital is not responsible for filing any claims or collecting any insurance benefits on my behalf. I also understand that the Hospital is not responsible for negotiating a settlement on a disputed claim, and that I may be responsible for the timely payment of my account(s) related to the services I received at the Hospital Outpatient Department. I certify that the information given by me in applying for, or assigning, payment to any third party payers, including Medicare or Medicaid, is correct. I agree to request payment from all third party payers, including authorized Medicare or Medicaid benefits, be paid to the Hospital Outpatient Department on my behalf for services I received at the Hospital Outpatient Department. I authorize the Hospital to release information about me if necessary to receive payment for services I received while at the Hospital Outpatient Department.

REORDER # EH-FM-550OP Outpatient Consent to Treat and Conditions of Admission V2

*** Admission - Clinical - Auth (Verified) ***

**ZOLL, JAMES D**
DOE (M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
**ACT: 175789 MRN: 537631**
(ACT)

6. **Consent to Testing.** I understand that the law may allow for testing in the event a healthcare worker is exposed to blood or bodily fluids to ensure that the healthcare worker has not been put at risk for a communicable disease for which he or she may need treatment. If a healthcare worker is exposed to a communicable disease, I consent to Hospital team members drawing my blood and running tests for communicable diseases. I understand that I will not be responsible for the cost of this testing and that I can choose whether or not I want to be informed of the test results.

7. **Patient Valuables.** The Hospital recommends that patients leave any and all valuables at home when receiving treatment at the hospital Outpatient Department. I understand that the Hospital is not liable for damage to, or loss or theft of, any personal property of mine.

8. **Consent to Photograph.** This consent authorizes the Hospital to photograph or otherwise take images of me and/or parts of my body for purposes of identification, diagnosis, treatment (including wound care), payment and healthcare operations of the Hospital. Any photographs or other images taken will become part of my medical record. The Hospital will not use such photographs or images for any other purpose without my specific written authorization.

9. **Patient Rights and Responsibilities.** As our patient, you have the right to safe, respectful and dignified care at all times. You will receive services and care that are medically suggested and within the Hospital's services, its stated mission, and required law and regulation. We ask that you recognize and respect the rights of other patients, families and staff. Threats, violence or harassment of other patients and Hospital Employees and staff will not be tolerated.

JZ
Initials

**I acknowledge that prior to receiving services at the Hospital I was provided a written copy of the Patient's Rights and Responsibilities statement informing me of my rights and responsibilities while receiving services at the Hospital.**

10. **Disclosure of Health Information.** HIPAA allows you to restrict the use and/or disclosure of health information to your current health plan if your medical services or products are paid for in full as "out of pocket" expenses.

☐ I hereby request a restriction as described above on the use and/or disclosure of my health information my current health plan. I understand that this request requires payment for the medical services I received while in the Hospital in full as an out of pocket expense.

**Name of Health Plan Restricted from Use/Disclosure:** ______________________

**Name of Subscriber:** ______________________

**ʾolicy Number:** ______________________



REORDER # EH-FM-550OP Outpatient Consent to Treat and Conditions of Admission V2



Lincoln/Zoll 1551

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: ADMIT: 01/20/20
ACT: 175789 MRN: 537631
(ACT)
Patient Identification

**I hereby acknowledge that prior to my receiving treatment at the Hospital Outpatient Department, I have read and understand this Consent to Treatment. By my signature below, I accept all terms and conditions. If I am executing this document on behalf of this patient, I certify that I have the authority to execute this form on behalf of the patient.**

James Zoll
Patient signature

Personal representative signature

Personal representative (print)

1-20-2020
Date

Relationship of representative to patient

2:40
Time

Layda Blair
Witness signature

Page 4 of 4

REORDER # EH-FM-5500P Outpatient Consent to Treat and Conditions of Admission V2

CARDINAL HILL® REHABILITATION HOSPITAL

ZOLL 'AMES D
DOB
AGE: (M) DR: HACKETT, DANIEL
...: 01/20/20
ACT: 175789 MRN: 537631
(ACT)

# Acknowledgement of receipt of Notice of Privacy Practices

*"You may refuse to sign this acknowledgement"*

The Hospital will use and disclose your personal health information to treat you, to receive payment for the care we provide, and for the other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care.

We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies about your personal health information. The terms of the notice may change with time and we will always post the current notice at our hospitals and have copies for distribution.

I, ______________________________, have received a copy of this hospital's Notice of Privacy Practices.

James Zoll
Please print name

James Zoll
Signature

______________________________
Relationship to patient

1/20/2020 2:40 p.m.
Date/Time

**For Office Use Only**

I attempted to obtain written acknowledgement of receipt of our Notice of Privacy Practices, but the acknowledgement could not be obtained because:

- ☐ Individual refused to sign
- ☐ Communications barriers prohibited obtaining the acknowledgement
- ☐ An emergency situation prevented us from obtaining acknowledgement
- ☐ Other (please specify) ______________________________

Signature: Layde Blair　　Date/Time: 1-20-2020 2:40

**THE PATIENT IS ENTITLED TO A COPY OF THIS ACKNOWLEDGEMENT**

Include completed acknowledgement in the patient's Medical Record

© 2018 Encompass Health Corporation
Revised 11/8/15

REORDER # EH FM 453pt2

*** Admission - Clinical - Auth (Verified) ***

```
   E N C O M P A S S  H E A L T H   O U T P A T I E N T   F A C E S H E E T
-------------------------------------------------------------------------------
Patient#:0000175789 Med Rec#:000537631-552-002  Regis Date: 1/20/20  Time: 14:31
  Locatn: HOSPITAL OUTPATIENT     Pat Type: O   Med Serv:ORO  Subspc:ORT  FC:BC
3rd Prty Med Rec#:                         Discharge Date:
---------------------------------P A T I E N T--------------------------------
Name: ZOLL, JAMES D                        Suffix:
DOB:                                       Age:051
Gender: M                                  Martial Status: U
Address:                                   Race: UN
Address:
City/St:
Phone:
------G U A R A N T O R------------------D O C T O R   I N F O R M A T I O N--
Name: ZOLL, JAMES D                        Suffix:
Address:                                   Referring:HACKETT, DANIEL
Address:                                   Admitting:HACKETT, DANIEL
City/St                                    Attending:HACKETT, DANIEL
Phone:                                     PCP/Family
Relationship: 01PATIENT IS INSURED
---------------------E M E R G E N C Y   C O N T A C T S---------------------
Name:
Relationship:
Phone:
Work Phone:
Cell Phone:
E M P L O Y E R--------------------------DATES OF ONSET/INJURY----------------
Name:                                      11  1/06/20
   Addr:
   Addr:
City,St:
Phone:
Occupation:
-----------------------------I N S U R A N C E-----------------------------
            P R I M A R Y          S E C O N D A R Y      T E R T I A R Y
Ins. Name: ANTHEM BLUE ACCESS/P
Address 1: PO BOX 105187
Address 2:
City:      ATLANTA
St/Zip:    GA     30348
Phone:     (800)676-2583
Policy#:   TOAAN1314861
Group#:    003320100
Auth#:
HICN#:
_______________________________________________________________________________
Complaint: OTS-ORTHO-RIGHT SHOULDER
Discipline:PT
-----------------------------C O M M E N T S-------------------------------


Admission Clerk Initials : LMB
_______________________________________________________________________________
552 - HOSPITAL OUTPA
```

*** Admission - Clinical - Auth (Verified) ***

**Kentucky Bone & Joint Surgeons**
A Division of Ortho Kentucky, PLLC
216 Fountain Court • Suite 250 • Lexington, KY 40509
(859) 276-5008 • Fax: (859) 278-6401

Kaveh R. Sajadi, M.D.
DEA# BS 8085816

Sam Coy, M.D.
DEA# FC 0930594

Daniel J. Hackett, Jr., M.D.
DEA# FH 6113992

Greg L. Cowen, PA-C
NPI 1225094709

Andrew W. Ryan, M.D.
DEA# BR 2399447

Name James Zoll DOB ______ DOB

Address ______ Date 1/6/20

℞ Physical therapy:
S/P (R) shoulder capsular release
& distal clavicle excision.
Please work in gentle
ROM exercises. When AAFE150,
may progress to strengthening.

Refill **1**2**3**4**5 

☐ Label

______ MD

TO ENSURE BRAND NAME DISPENSING, PRESCRIBER MUST WRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" ON THE PRESCRIPTION

1-20-20
3:00 Jennifer

175789

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 3/30/20 11:45:00 AM CDT, Stop date 3/30/20 11:45:00 AM CDT
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 3/30/2021 21:00 CDT Action Personnel: SYSTEM
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT Updated Certification Letter**
Order Date/Time: 3/30/2020 06:00 CDT
Catalog Type: Patient Care Activity Type: Communication Orders
Ordering Physician: SYSTEM
Order Details: 3/30/20 6:00:58 AM CDT, Stop date 9/22/20 12:04:31 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 3/30/2020 06:00 CDT Action Personnel: SYSTEM
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Discontinue Action Date/Time: 9/22/2020 13:04 EDT Action Personnel: SYSTEM
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 3/25/20 11:45:00 AM CDT, Stop date 3/25/20 11:45:00 AM CDT
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 3/25/2021 21:00 CDT Action Personnel: SYSTEM
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 3/23/20 11:45:00 AM CDT, Stop date 3/23/20 11:45:00 AM CDT
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 3/23/2021 21:00 CDT Action Personnel: SYSTEM
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 3/18/20 11:45:00 AM CDT, Stop date 3/18/20 11:45:00 AM CDT
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Status Change Action Date/Time: 3/18/2021 21:00 CDT Action Personnel: SYSTEM
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 3/16/20 11:45:00 AM CDT, Stop date 3/16/20 1:11:12 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 3/16/2020 12:51 EDT Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 3/16/2020 14:11 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT Updated Certification Letter**
Order Date/Time: 3/16/2020 06:00 CDT
Catalog Type: Patient Care Activity Type: Communication Orders
Ordering Physician: SYSTEM
Order Details: 3/16/20 6:00:49 AM CDT, Stop date 3/16/20 1:02:15 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 3/16/2020 06:00 CDT Action Personnel: SYSTEM
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 3/16/2020 14:02 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 3/11/20 11:45:00 AM CDT, Stop date 3/11/20 1:21:05 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 3/11/2020 12:49 EDT Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 3/11/2020 14:21 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 3/9/20 11:45:00 AM CDT, Stop date 3/9/20 1:28:23 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 3/9/2020 12:50 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 3/9/2020 14:28 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 3/4/20 8:30:00 AM CST, Stop date 3/4/20 1:22:26 PM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Modify Action Date/Time: 2/26/2020 13:39 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 3/4/2020 09:45 EST Action Personnel: Parnell PT Student, Ryan
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 3/4/2020 14:22 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 3/2/20 11:45:00 AM CST, Stop date 3/2/20 5:21:58 PM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 3/2/2020 12:50 EST Action Personnel: Parnell PT Student, Ryan
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 3/2/2020 18:21 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT Updated Certification Letter**
Order Date/Time: 3/2/2020 06:00 CST
Catalog Type: Patient Care Activity Type: Communication Orders
Ordering Physician: SYSTEM
Order Details: 3/2/20 6:00:55 AM CST, Stop date 3/2/20 5:28:34 PM CST
Order Comment:
Action Type: Order Action Date/Time: 3/2/2020 06:00 CST Action Personnel: SYSTEM
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 3/2/2020 18:28 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 2/26/20 11:45:00 AM CST, Stop date 2/26/20 1:41:21 PM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 2/26/2020 12:53 EST Action Personnel: Parnell PT Student, Ryan
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 2/26/2020 14:41 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 2/24/20 11:45:00 AM CST, Stop date 2/24/20 1:57:32 PM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 2/24/2020 12:52 EST Action Personnel: Hoctor,David
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 2/24/2020 14:57 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 2/21/20 11:45:00 AM CST, Stop date 2/21/20 2:18:44 PM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 2/21/2020 12:52 EST Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 2/21/2020 15:18 EST Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 2/19/20 11:45:00 AM CST, Stop date 1/20/20 3:46:31 PM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 1/20/2020 16:46 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 2/19/20 11:45:00 AM CST, Stop date 2/19/20 2:23:12 PM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 2/19/2020 12:47 EST Action Personnel: Parnell PT Student, Ryan
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 2/19/2020 15:23 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 2/17/20 11:45:00 AM CST, Stop date 2/17/20 5:23:27 PM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 2/17/2020 12:50 EST Action Personnel: Hoctor,David
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 2/17/2020 18:23 EST Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 2/14/20 11:45:00 AM CST, Stop date 2/14/20 1:09:08 PM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 2/14/2020 12:47 EST Action Personnel: Arseneau DPT,Julie
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 2/14/2020 14:09 EST Action Personnel: Arseneau DPT,Julie
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 2/12/20 11:45:00 AM CST, Stop date 2/12/20 1:03:18 PM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 2/12/2020 12:45 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 2/12/2020 14:03 EST Action Personnel: Arseneau DPT,Julie
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 2/10/20 2:45:00 PM CST, Stop date 2/10/20 4:31:06 PM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Modify Action Date/Time: 2/3/2020 13:06 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 2/10/2020 15:39 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 2/10/2020 17:31 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 2/7/20 11:45:00 AM CST, Stop date 2/7/20 2:27:07 PM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 2/7/2020 12:51 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 2/7/2020 15:27 EST Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 2/5/20 11:45:00 AM CST, Stop date 2/5/20 1:29:17 PM CST
Order Comment:

Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Modify Action Date/Time: 1/29/2020 15:48 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Modify Action Date/Time: 2/3/2020 13:04 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Activate Action Date/Time: 2/5/2020 12:47 EST Action Personnel: Arseneau DPT,Julie
Communication Type:
Review Information:
Doctor Cosign: Not Required

Action Type: Complete Action Date/Time: 2/5/2020 14:29 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 2/3/20 11:45:00 AM CST, Stop date 2/3/20 4:04:07 PM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 2/3/2020 12:51 EST Action Personnel: Parnell PT Student, Ryan
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 2/3/2020 17:04 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 1/31/20 10:00:00 AM CST, Stop date 1/31/20 12:27:38 PM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 1/31/2020 11:05 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 1/31/2020 13:27 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 1/29/20 2:00:00 PM CST, Stop date 1/30/20 9:21:32 AM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 1/29/2020 15:02 EST Action Personnel: Parnell PT Student, Ryan
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 1/30/2020 10:21 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 1/27/20 2:00:00 PM CST, Stop date 1/27/20 4:32:13 PM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 1/27/2020 14:56 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 1/27/2020 17:32 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 1/24/20 9:15:00 AM CST, Stop date 1/24/20 11:54:19 AM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 1/24/2020 10:20 EST Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 1/24/2020 12:54 EST Action Personnel: Fifield PTA,Patrick
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 1/20/2020 16:45 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 1/22/20 8:30:00 AM CST, Stop date 1/22/20 9:44:27 AM CST
Order Comment:
Action Type: Order Action Date/Time: 1/20/2020 16:45 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Activate Action Date/Time: 1/22/2020 09:36 EST Action Personnel: Arseneau DPT,Julie
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 1/22/2020 10:44 EST Action Personnel: Arseneau DPT,Julie
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **Cert Letter PT Create -Send**
Order Date/Time: 1/20/2020 16:33 CST
Catalog Type: Patient Care Activity Type: Communication Orders
Ordering Physician: SYSTEM
Order Details: 1/20/20 4:33:21 PM CST, Stop date 1/20/20 4:51:14 PM CST
Order Comment: This order was added by Discern Expert
Action Type: Order Action Date/Time: 1/20/2020 16:33 CST Action Personnel: SYSTEM
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 1/20/2020 17:51 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

Order: **Cert Letter PT Signed -Received**
Order Date/Time: 1/20/2020 16:33 CST
Catalog Type: Patient Care Activity Type: Communication Orders
Ordering Physician: SYSTEM
Order Details: 1/20/20 4:33:21 PM CST, Stop date 1/27/20 6:59:33 AM CST
Order Comment: This order was added by Discern Expert
Action Type: Order Action Date/Time: 1/20/2020 16:33 CST Action Personnel: SYSTEM
Communication Type: Discern Expert
Review Information:
Doctor Cosign: Not Required
Action Type: Complete Action Date/Time: 1/27/2020 07:59 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

## *Physician Orders*

Order: **PT OTS Orthopedic Evaluation and Treatment 0196**
Order Date/Time: 1/6/2020 14:54 EST
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 1/20/20 2:00:00 PM CST, Stop date 1/20/20 4:33:21 PM CST
Order Comment:
Action Type: Order Action Date/Time: 1/6/2020 14:54 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Doctor Cosign: Not Reviewed
Action Type: Activate Action Date/Time: 1/20/2020 14:31 EST Action Personnel: Blair,Layda
Communication Type:
Review Information:
Action Type: Complete Action Date/Time: 1/20/2020 17:33 EST Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:

Order: **PT OTS Orthopedic Additional Treatment 0196**
Order Date/Time: 7/25/2019 13:36 EDT
Catalog Type: Physical Therapy Activity Type: PT Tx/Procedures
Ordering Physician:
Order Details: 8/5/19 11:45:00 AM CDT, Stop date 8/5/19 1:31:57 PM CDT
Order Comment:
Action Type: Order Action Date/Time: 7/25/2019 13:36 EDT Action Personnel: Bowyer,Deborah
Communication Type:
Review Information:
Doctor Cosign: Not Required
Action Type: Cancel Action Date/Time: 8/5/2019 14:31 EDT Action Personnel: Hensley PT,Jennifer
Communication Type:
Review Information:
Doctor Cosign: Not Required

*Consults*

*** Rehab Consult - Auth (Verified) ***

James Zoll
537631/175789
7019 2280 0002 1989 1449

Mailed 3/23/2020

ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

7019 2280 0002 1989 1449

Certified Mail Fee $ 3.55

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $ 3.85

Total Postage and Fees $ 10.75

Postmark Here — LEXINGTON KY 40504 MAR 27 2020 USPS

Sent To: ReleasePoint
Street and Apt. No., or PO: P.O. Box 1390
City, State, ZIP+4®: St. Peters, MO 63376

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

9590 9402 5099 9092 2134 25

2. Article Number: 7019 2280 0002 1989 1449

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Adam Antkowiak ☐ Agent ☐ Addressee

B. Received by (Printed Name): Adam Antkowiak

C. Date of Delivery: 3/31

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

HIM

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

## *Allergies*

| Substance | Allergy Type | Reaction Symptom | Reaction Status | Estimated Onset | Reviewed Date/Time |
|---|---|---|---|---|---|
| No Known Medication Allergies | Allergy | | Active | | 7/25/2019 12:49 EDT |

## *Allergy History*

Substance: **No Known Medication Allergies**
Recorded Date/Time
7/25/2019 12:49 EDT **Allergy Type:** Allergy; **Reaction Status:** Active; **Reviewed Date/Time:** 7/25/2019 12:49 EDT; **Reviewed By:** Hensley PT,Jennifer

## *IView*

| Procedure | Reference Range | 4/21/2020 14:47 EDT Hale PT,Angela | 4/21/2020 13:10 EDT Hensley PT,Jennifer |
|---|---|---|---|
| PT Long Term Goal #1 | | See Below T148 | See Below T149 |
| PT Long Term Goal #1 Status | | Progressing, continue | Not met |
| PT Long Term Goal #1 Comment | | See Below T177 | See Below T178 |
| PT Long Term Goal #2 | | See Below T199 | See Below T200 |
| PT Long Term Goal #2 Status | | Progressing, continue | Not met |
| PT Long Term Goal #2 Comment | | See Below T228 | See Below T229 |
| Other PT Short Term Goal #1 | | See Below T273 | See Below T274 |
| Other PT Short Term Goal #1 Status | | Goal met | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below T303 | See Below T304 |
| Other PT Short Term Goal #2 | | See Below T333 | See Below T334 |
| Other PT Short Term Goal #2 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T363 | See Below T364 |
| Other PT Short Term Goal #3 | | See Below T387 | See Below T388 |
| Other PT Short Term Goal #3 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | See Below T417 | See Below T418 |
| Other PT Short Term Goal #4 | | See Below T429 | See Below T430 |
| Other PT Short Term Goal #4 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #4 Comment | | 3/2: QuickDASH = 52 | 3/2: QuickDASH = 52 |
| Additional Information PT | | See Below T632 | See Below T633 |

Textual Results

T148: 4/21/2020 14:47 EDT (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T149: 4/21/2020 13:10 EDT (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T177: 4/21/2020 14:47 EDT (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T178: 4/21/2020 13:10 EDT (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T199: 4/21/2020 14:47 EDT (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T200: 4/21/2020 13:10 EDT (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T228: 4/21/2020 14:47 EDT (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T229: 4/21/2020 13:10 EDT (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T273: 4/21/2020 14:47 EDT (Other PT Short Term Goal #1)

*IView*

Textual Results

T273: 4/21/2020 14:47 EDT (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T274: 4/21/2020 13:10 EDT (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T303: 4/21/2020 14:47 EDT (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T304: 4/21/2020 13:10 EDT (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T333: 4/21/2020 14:47 EDT (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T334: 4/21/2020 13:10 EDT (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T363: 4/21/2020 14:47 EDT (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T364: 4/21/2020 13:10 EDT (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T387: 4/21/2020 14:47 EDT (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T388: 4/21/2020 13:10 EDT (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T417: 4/21/2020 14:47 EDT (Other PT Short Term Goal #3 Comment)
3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.

T418: 4/21/2020 13:10 EDT (Other PT Short Term Goal #3 Comment)
3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.

T429: 4/21/2020 14:47 EDT (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T430: 4/21/2020 13:10 EDT (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T632: 4/21/2020 14:47 EDT (Additional Information PT)
Pt continues to be on hold d/t facility mandated closure for COVID-19 precautionary measures.

T633: 4/21/2020 13:10 EDT (Additional Information PT)
Pt did not return to PT after facility mandated closure due to Covid-19.

## IView

| Procedure | Reference Range | Recorded Date 4/21/2020<br>Recorded Time 13:10 EDT<br>Recorded By Hensley PT,Jennifer | Recorded Date 3/18/2020<br>Recorded Time 13:08 EDT<br>Recorded By Hensley PT,Jennifer |
|---|---|---|---|
| PT Long Term Goal #1 | | - | See Below T150 |
| PT Long Term Goal #1 Status | | - | Progressing, continue |
| PT Long Term Goal #1 Comment | | - | See Below T179 |
| PT Long Term Goal #2 | | - | See Below T201 |
| PT Long Term Goal #2 Status | | - | Progressing, continue |
| PT Long Term Goal #2 Comment | | - | See Below T230 |
| Other PT Short Term Goal #1 | | - | See Below T275 |
| Other PT Short Term Goal #1 Status | | - | Goal met |
| Other PT Short Term Goal #1 Date Met | | - | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | - | See Below T305 |
| Other PT Short Term Goal #2 | | - | See Below T335 |
| Other PT Short Term Goal #2 Status | | - | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | - | See Below T365 |
| Other PT Short Term Goal #3 | | - | See Below T389 |
| Other PT Short Term Goal #3 Status | | - | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | - | See Below T419 |
| Other PT Short Term Goal #4 | | - | See Below T431 |
| Other PT Short Term Goal #4 Status | | - | Progressing, continue |
| Other PT Short Term Goal #4 Comment | | - | 3/2: QuickDASH = 52 |
| Additional Information PT | | See Below T634 | See Below T635 |

Textual Results

T150: 3/18/2020 13:08 EDT (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T179: 3/18/2020 13:08 EDT (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T201: 3/18/2020 13:08 EDT (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T230: 3/18/2020 13:08 EDT (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T275: 3/18/2020 13:08 EDT (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T305: 3/18/2020 13:08 EDT (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T335: 3/18/2020 13:08 EDT (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T365: 3/18/2020 13:08 EDT (Other PT Short Term Goal #2 Comment)

## IView

Textual Results

T365: 3/18/2020 13:08 EDT (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T389: 3/18/2020 13:08 EDT (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T419: 3/18/2020 13:08 EDT (Other PT Short Term Goal #3 Comment)
3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.

T431: 3/18/2020 13:08 EDT (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T634: 4/21/2020 13:10 EDT (Additional Information PT)
Pt did not return to PT after facility mandated closure due to Covid-19.

T635: 3/18/2020 13:08 EDT (Additional Information PT)
Pt will be placed on hold d/t facility mandated closure for COVID-19 precautionary measures.

| Procedure | Reference Range | Recorded Date: 3/16/2020<br>Recorded Time: 12:51 EDT<br>Recorded By: Hensley PT,Jennifer | Recorded Date: 3/11/2020<br>Recorded Time: 12:50 EDT<br>Recorded By: Hensley PT,Jennifer |
|---|---|---|---|
| Teaching Method | | Explanation | - |
| PT Treatment Recommendations | | See Below [T5] | - |
| Manual Therapy Activity #1 Type | | See Below [T49] | - |
| Manual Therapy Activity #1 Performed | | Yes | - |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula | - |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization | - |
| Manual Therapy Activity #1 Rationale | | See Below [T69] | - |
| Manual Therapy Activity #1 Comment | | See Below [T89] | - |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization | - |
| Manual Therapy Activity #2 Performed | | No | - |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula | - |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization | - |
| Manual Therapy Activity #2 Rationale | | Increase range of motion | - |
| Manual Therapy Activity #2 Comment | | See Below [T109] | - |
| Manual Therapy Activity #3 Type | | Manual stretch | - |
| Manual Therapy Activity #3 Performed | | Yes | - |
| Manual Therapy Activity #3 Region | | Left Shoulder | - |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch | - |
| Manual Therapy Activity #3 Rationale | | Increase range of motion | - |
| Manual Therapy Activity #3 Comment | | See Below [T128] | - |
| Manual Therapy Activity #4 Type | | See Below [T145] | - |
| Manual Therapy Activity #4 Performed | | Yes | - |
| Manual Therapy Activity #4 Region | | Left Shoulder | - |
| Manual Therapy Activity #4 Technique | | Trigger point release | - |

## *IView*

| Procedure | Reference Range | 3/16/2020<br>12:51 EDT<br>Hensley PT,Jennifer | 3/11/2020<br>12:50 EDT<br>Hensley PT,Jennifer |
|---|---|---|---|
| Manual Therapy Activity #4 Rationale | | Decrease spasm | - |
| Manual Therapy Activity #4 Comment | | See Below [T147] | - |
| PT Plan/Goals Established w Pt/Caregiver | | Yes | - |
| PT Long Term Goal #1 | | See Below [T151] | See Below [T152] |
| PT Long Term Goal #1 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T180] | See Below [T181] |
| PT Long Term Goal #2 | | See Below [T202] | See Below [T203] |
| PT Long Term Goal #2 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T231] | See Below [T232] |
| Activity #1 Type of Modality | | See Below [T251] | - |
| Modality Activity #1 Performed | | Yes | - |
| Modality Activity #1 Body Region | | Left Shoulder | - |
| Modality Activity #1 Settings | | IFC Current | - |
| Modality Activity #1 Minutes | | 15 | - |
| Modality Activity #1 Comments | | See Below [T260] | - |
| Other PT Short Term Goal #1 | | See Below [T276] | See Below [T277] |
| Other PT Short Term Goal #1 Status | | Goal met | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T306] | See Below [T307] |
| Other PT Short Term Goal #2 | | See Below [T336] | See Below [T337] |
| Other PT Short Term Goal #2 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T366] | See Below [T367] |
| Other PT Short Term Goal #3 | | See Below [T390] | See Below [T391] |
| Other PT Short Term Goal #3 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | See Below [T420] | See Below [T421] |
| Other PT Short Term Goal #4 | | See Below [T432] | See Below [T433] |
| Other PT Short Term Goal #4 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #4 Comment | | 3/2: QuickDASH = 52 | 3/2: QuickDASH = 52 |
| Post Treatment Numeric Pain Rating Scale | | 4 | - |
| Additional Information PT | | See Below [T636] | - |
| Pre Treatment Numeric Pain Rating Scale: | | 4 | - |
| Current Hand Dominance PT | | Right | - |
| Previous Hand Dominance PT | | Right | - |

Textual Results

T5: 3/16/2020 12:51 EDT (PT Treatment Recommendations)
Continue with shoulder flexibility and progress strengthening exercises as tolerated. Still limited by pain.

T49: 3/16/2020 12:51 EDT (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T69: 3/16/2020 12:51 EDT (Manual Therapy Activity #1 Rationale)

## *IView*

Textual Results

T69: 3/16/2020 12:51 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T89: 3/16/2020 12:51 EDT (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T109: 3/16/2020 12:51 EDT (Manual Therapy Activity #2 Comment)
Supine inferior and posterior glenohumeral glides, supine manual shoulder abduction stretch. Seated shoulder flexion manual stretch with contract/relax. Sustained 10-20 sec each.

T128: 3/16/2020 12:51 EDT (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T145: 3/16/2020 12:51 EDT (Manual Therapy Activity #4 Type)
Myofascial/Soft tissue mobilization

T147: 3/16/2020 12:51 EDT (Manual Therapy Activity #4 Comment)
STM to left upper trapezius, pecs, biceps, and SCM

T151: 3/16/2020 12:51 EDT (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T152: 3/11/2020 12:50 EDT (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T180: 3/16/2020 12:51 EDT (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T181: 3/11/2020 12:50 EDT (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T202: 3/16/2020 12:51 EDT (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T203: 3/11/2020 12:50 EDT (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T231: 3/16/2020 12:51 EDT (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T232: 3/11/2020 12:50 EDT (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T251: 3/16/2020 12:51 EDT (Activity #1 Type of Modality)
Electrical stimulation, unattended

T260: 3/16/2020 12:51 EDT (Modality Activity #1 Comments)
To reduce shoulder pain, performed with ice

T276: 3/16/2020 12:51 EDT (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T277: 3/11/2020 12:50 EDT (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T306: 3/16/2020 12:51 EDT (Other PT Short Term Goal #1 Comment)

## *IView*

Textual Results

T306: 3/16/2020 12:51 EDT (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T307: 3/11/2020 12:50 EDT (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T336: 3/16/2020 12:51 EDT (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T337: 3/11/2020 12:50 EDT (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T366: 3/16/2020 12:51 EDT (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T367: 3/11/2020 12:50 EDT (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T390: 3/16/2020 12:51 EDT (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T391: 3/11/2020 12:50 EDT (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T420: 3/16/2020 12:51 EDT (Other PT Short Term Goal #3 Comment)
3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.

T421: 3/11/2020 12:50 EDT (Other PT Short Term Goal #3 Comment)
3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.

T432: 3/16/2020 12:51 EDT (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T433: 3/11/2020 12:50 EDT (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T636: 3/16/2020 12:51 EDT (Additional Information PT)
Today's treatment session was focused on soft tissue mobilization, stretching, and trigger point release. He had multiple trigger points noted in L UT, pec, biceps, and SCM. He demos improved AAROM, though with increased pain. Continue to progress ROM, flexibility, and pain relief as tolerated. Pain returned to initial pain rating with IFC and ice.

| Procedure | Reference Range | Recorded Date 3/11/2020<br>Recorded Time 12:50 EDT<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| Teaching Method | | See Below T1 |
| PT Treatment Recommendations | | See Below T6 |
| Ed-Exercise Program | | See Below T33 R1 |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |

## IView

| Procedure | Reference Range | Recorded Date: 3/11/2020<br>Recorded Time: 12:50 EDT<br>Recorded By: Parnell PT Student,Ryan |
|---|---|---|
| Manual Therapy Activity #1 Type | | See Below [T50] |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T70] |
| Manual Therapy Activity #1 Comment | | See Below [T90] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below [T110] |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below [T129] |
| Manual Therapy Activity #4 Type | | See Below [T146] |
| Manual Therapy Activity #4 Performed | | Yes |
| Manual Therapy Activity #4 Region | | Left Shoulder |
| Manual Therapy Activity #4 Technique | | Trigger point release |
| Manual Therapy Activity #4 Rationale | | Decrease spasm |
| Manual Therapy Activity #4 Response | | Positive response to treatment |
| Manual Therapy Activity #4 Comment | | STM to left upper trapezius. |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| Activity #1 Type of Modality | | See Below [T252] |
| Modality Activity #1 Performed | | Yes |
| Modality Activity #1 Body Region | | Left Shoulder |
| Modality Activity #1 Settings | | IFC Current |
| Modality Activity #1 Minutes | | 15 |
| Modality Activity #1 Response | | See Below [T259] |
| Modality Activity #1 Comments | | See Below [T261] |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below [T454] |
| PT Therapeutic Exercise #2 | | Other: Pulleys |

## IView

| Procedure | Reference Range | Recorded Date: 3/11/2020<br>Recorded Time: 12:50 EDT<br>Recorded By: Parnell PT Student,Ryan |
|---|---|---|
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 3 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below T473 |
| PT Therapeutic Exercise #3 | | See Below T491 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below T509 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below T528 |
| PT Therapeutic Exercise #5 | | See Below T546 |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below T550 |
| PT Therapeutic Exercise #6 | | Other: 4 way isometrics |
| PT Therapeutic Exercise Performed #6 | | No |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Comment | | See Below T573 |
| PT Therapeutic Exercise #7 | | See Below T587 |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below T601 |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 3 x 30 sec |
| PT Therapeutic Exercise #8 Response | | Positive response to treatment |
| PT Therapeutic Exercise #8 Comment | | See Below T615 |
| PT Therapeutic Exercise #9 | | Other: Prone AROM Row |
| PT Therapeutic Exercise Performed #9 | | No |
| PT Therapeutic Exercise #9 Position | | Prone |
| PT Therapeutic Exercise #9 Repetition | | 2 x10 reps on Left UE |
| PT Therapeutic Exercise #9 Resistance | | AROM |
| PT Therapeutic Exercise #9 Comment | | See Below T623 |
| PT Therapeutic Exercise #10 | | See Below T628 |
| PT Therapeutic Exercise Performed #10 | | Yes |
| PT Therapeutic Exercise #10 Position | | Unsupported stand |
| PT Therapeutic Exercise #10 Repetition | | 2 x 10 reps |

## IView

| | | |
|---|---|---|
| | Recorded Date | 3/11/2020 |
| | Recorded Time | 12:50 EDT |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| PT Therapeutic Exercise #10 Resistance | | Orange Theraband |
| PT Therapeutic Exercise #10 Response | | See Below T629 |
| PT Therapeutic Exercise #10 Comment | | See Below T630 |
| Post Treatment Numeric Pain Rating Scale | | 5 = Moderate pain |
| Additional Information PT | | See Below T637 |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T1: 3/11/2020 12:50 EDT (Teaching Method)
Demonstration, Explanation, Printed materials

T6: 3/11/2020 12:50 EDT (PT Treatment Recommendations)
Continue with shoulder flexibility and progress strengthening exercises as tolerated. Still limited by pain.

T33: 3/11/2020 12:50 EDT (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T50: 3/11/2020 12:50 EDT (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T70: 3/11/2020 12:50 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T90: 3/11/2020 12:50 EDT (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T110: 3/11/2020 12:50 EDT (Manual Therapy Activity #2 Comment)
Supine inferior and posterior glenohumeral glides, supine manual shoulder abduction stretch. Seated shoulder flexion manual stretch with contract/relax. Sustained 10-20 sec each.

T129: 3/11/2020 12:50 EDT (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T146: 3/11/2020 12:50 EDT (Manual Therapy Activity #4 Type)
Myofascial/Soft tissue mobilization

T252: 3/11/2020 12:50 EDT (Activity #1 Type of Modality)
Electrical stimulation, unattended

T259: 3/11/2020 12:50 EDT (Modality Activity #1 Response)
Pain decreased, Positive response to treatment

T261: 3/11/2020 12:50 EDT (Modality Activity #1 Comments)
To reduce shoulder pain, performed with ice

T454: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T473: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T491: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #3)

## *IView*

Textual Results
T491: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression
T509: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM
T528: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.
T546: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #5)
Other: ROM and strength Assessment
T550: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.
T573: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and to begin strengthening left shoulder.
T587: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment
T601: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.
T615: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #8 Comment)
To decrease shoulder stiffnes and pain and improve ROM
T623: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #9 Comment)
Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position.
T628: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #10)
Other: Standing Row and Shoulder Ext Elbows Straight
T629: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #10 Response)
Increased activation of targeted muscle groups
T630: 3/11/2020 12:50 EDT (PT Therapeutic Exercise #10 Comment)
Performed to improve UE strength and scapular stability for improved shoulder mechanics and pain reduction.
T637: 3/11/2020 12:50 EDT (Additional Information PT)
Pt still reports moderate level of left shoulder pain. shoulder ROM is improving with pt still being most limited in shoulder flexion. Pt able to tolerated the addition of another shoulder strengthening exercise. Continue with current plan and progress as tolerated.

Result Comments
R1: Ed-Exercise Program
Added shoulder ext w/ elbows straight, cueing for form

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 3/9/2020 |
| | Recorded Time | 12:51 EDT |
| | Recorded By | Parnell PT Student,Ryan |
| Teaching Method | | See Below T2 |
| PT Treatment Recommendations | | See Below T7 |
| Ed-Exercise Program | | See Below T34 R2 |
| Primary Pain Location | | Shoulder |
| Manual Therapy Activity #1 Type | | See Below T51 |

## *IView*

| | | |
|---|---|---|
| | Recorded Date | 3/9/2020 |
| | Recorded Time | 12:51 EDT |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T71 |
| Manual Therapy Activity #1 Comment | | See Below T91 |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below T111 |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below T130 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T153 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T182 |
| PT Long Term Goal #2 | | See Below T204 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below T233 |
| Activity #1 Type of Modality | | See Below T253 |
| Modality Activity #1 Performed | | Yes |
| Modality Activity #1 Body Region | | Left Shoulder |
| Modality Activity #1 Settings | | IFC Current |
| Modality Activity #1 Minutes | | 15 |
| Modality Activity #1 Response | | Positive response to treatment |
| Modality Activity #1 Comments | | See Below T262 |
| Modality Activity #2 Minutes | | 15 |
| Other PT Short Term Goal #1 | | See Below T278 |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below T308 |
| Other PT Short Term Goal #2 | | See Below T338 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |

## *IView*

| Procedure | Reference Range | Recorded Date 3/9/2020<br>Recorded Time 12:51 EDT<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| Other PT Short Term Goal #2 Comment | | See Below T368 |
| Other PT Short Term Goal #3 | | See Below T392 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | See Below T422 |
| Other PT Short Term Goal #4 | | See Below T434 |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| Other PT Short Term Goal #4 Comment | | 3/2: QuickDASH = 52 |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below T455 |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 3 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below T474 |
| PT Therapeutic Exercise #3 | | See Below T492 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below T510 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below T529 |
| PT Therapeutic Exercise #5 | | See Below T547 |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below T551 |
| PT Therapeutic Exercise #6 | | Other: 4 way isometrics |
| PT Therapeutic Exercise Performed #6 | | No |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Comment | | See Below T574 |
| PT Therapeutic Exercise #7 | | See Below T588 |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below T602 |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | No |
| PT Therapeutic Exercise #8 Repetition | | 3 x 30 sec |

## IView

| Procedure | Reference Range | Recorded Date 3/9/2020<br>Recorded Time 12:51 EDT<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| PT Therapeutic Exercise #8 Comment | | See Below [T616] |
| PT Therapeutic Exercise #9 | | Other: Prone AROM Row |
| PT Therapeutic Exercise Performed #9 | | No |
| PT Therapeutic Exercise #9 Position | | Prone |
| PT Therapeutic Exercise #9 Repetition | | 2 x10 reps on Left UE |
| PT Therapeutic Exercise #9 Resistance | | AROM |
| PT Therapeutic Exercise #9 Comment | | See Below [T624] |
| PT Therapeutic Exercise #10 | | Other: Standing Row |
| PT Therapeutic Exercise Performed #10 | | Yes |
| PT Therapeutic Exercise #10 Position | | Unsupported stand |
| PT Therapeutic Exercise #10 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #10 Resistance | | Orange Theraband |
| PT Therapeutic Exercise #10 Response | | Positive response to treatment |
| PT Therapeutic Exercise #10 Comment | | See Below [T631] |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T638] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T2: 3/9/2020 12:51 EDT (Teaching Method)
Demonstration, Explanation, Printed materials

T7: 3/9/2020 12:51 EDT (PT Treatment Recommendations)
Continue with shoulder flexibility and progress strengthening exercises as tolerated. Still somewhat limited by pain.

T34: 3/9/2020 12:51 EDT (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T51: 3/9/2020 12:51 EDT (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T71: 3/9/2020 12:51 EDT (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T91: 3/9/2020 12:51 EDT (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T111: 3/9/2020 12:51 EDT (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, supine manual shoulder abduction stretch and sidelying shoulder flexion stretch. Seated shoulder flexion manual stretch with contract/relax. Sustained 10-20 sec each.

T130: 3/9/2020 12:51 EDT (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

*IView*

Textual Results

T153: 3/9/2020 12:51 EDT (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T182: 3/9/2020 12:51 EDT (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T204: 3/9/2020 12:51 EDT (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T233: 3/9/2020 12:51 EDT (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T253: 3/9/2020 12:51 EDT (Activity #1 Type of Modality)
Electrical stimulation, unattended

T262: 3/9/2020 12:51 EDT (Modality Activity #1 Comments)
To reduce shoulder pain, performed with ice

T278: 3/9/2020 12:51 EDT (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T308: 3/9/2020 12:51 EDT (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T338: 3/9/2020 12:51 EDT (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T368: 3/9/2020 12:51 EDT (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T392: 3/9/2020 12:51 EDT (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T422: 3/9/2020 12:51 EDT (Other PT Short Term Goal #3 Comment)
3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.

T434: 3/9/2020 12:51 EDT (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T455: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T474: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T492: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T510: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T529: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T547: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #5)
Other: ROM and strength Assessment

T551: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

*IView*

Textual Results

T574: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and to begin strengthening left shoulder.

T588: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T602: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T616: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #8 Comment)
To decrease shoulder stiffnes and pain and improve ROM

T624: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #9 Comment)
Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position.

T631: 3/9/2020 12:51 EDT (PT Therapeutic Exercise #10 Comment)
Performed to improve UE strength and scapular stability for improved shoulder mechanics and pain reduction.

T638: 3/9/2020 12:51 EDT (Additional Information PT)
Pt able to tolerate treatment session with addition of rows to begin progression of scapular/shoulder strengthening and stability exercises as tolerated. Pt still limited by pain and is most stiff in shoulder flexion. Pt recently saw doctor and doctor said to continue to work on shoulder ROM and progress to scapular stability/strengthening as tolerated. Continue with current plan and progress as tolerated.

Result Comments

R2: Ed-Exercise Program
Added rows, continue to progress strengthening exercises

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 3/4/2020 |
| | Recorded Time | 09:45 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below T8 |
| Ed-Exercise Program | | See Below T35 R3 |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below T52 |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T72 |
| Manual Therapy Activity #1 Comment | | See Below T92 |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |

## IView

| Procedure | Reference Range | Recorded Date 3/4/2020<br>Recorded Time 09:45 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| Manual Therapy Activity #2 Comment | | See Below T112 |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below T131 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T154 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T183 |
| PT Long Term Goal #2 | | See Below T205 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below T234 |
| Other PT Short Term Goal #1 | | See Below T279 |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below T309 |
| Other PT Short Term Goal #2 | | See Below T339 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T369 |
| Other PT Short Term Goal #3 | | See Below T393 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | See Below T423 |
| Other PT Short Term Goal #4 | | See Below T435 |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| Other PT Short Term Goal #4 Comment | | 3/2: QuickDASH = 52 |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below T456 |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 3 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below T475 |
| PT Therapeutic Exercise #3 | | See Below T493 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |

## *IView*

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 3/4/2020 |
| | Recorded Time | 09:45 EST |
| | Recorded By | Parnell PT Student,Ryan |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below [T511] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below [T530] |
| PT Therapeutic Exercise #5 | | See Below [T548] |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below [T552] |
| PT Therapeutic Exercise #6 | | Other: 4 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Response | | Positive response to treatment |
| PT Therapeutic Exercise #6 Comment | | See Below [T575] |
| PT Therapeutic Exercise #7 | | See Below [T589] |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below [T603] |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | No |
| PT Therapeutic Exercise #8 Repetition | | 3 x 30 sec |
| PT Therapeutic Exercise #8 Comment | | See Below [T617] |
| PT Therapeutic Exercise #9 | | Other: Prone AROM Row |
| PT Therapeutic Exercise Performed #9 | | No |
| PT Therapeutic Exercise #9 Position | | Prone |
| PT Therapeutic Exercise #9 Repetition | | 2 x10 reps on Left UE |
| PT Therapeutic Exercise #9 Resistance | | AROM |
| PT Therapeutic Exercise #9 Comment | | See Below [T625] |
| Post Treatment Numeric Pain Rating Scale | | 6 |
| Additional Information PT | | See Below [T639] |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T8: 3/4/2020 09:45 EST (PT Treatment Recommendations)
Pt continues to be limited by pain. Pt able to tolerate therapy with rest breaks as tolerate. Pt seeing doctor today for follow-up.

T35: 3/4/2020 09:45 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

## IView

Textual Results

T52: 3/4/2020 09:45 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T72: 3/4/2020 09:45 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T92: 3/4/2020 09:45 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T112: 3/4/2020 09:45 EST (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, supine manual shoulder abduction stretch and sidelying shoulder flexion stretch. Sustained 10-20 sec each.

T131: 3/4/2020 09:45 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T154: 3/4/2020 09:45 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T183: 3/4/2020 09:45 EST (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T205: 3/4/2020 09:45 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T234: 3/4/2020 09:45 EST (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T279: 3/4/2020 09:45 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T309: 3/4/2020 09:45 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T339: 3/4/2020 09:45 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T369: 3/4/2020 09:45 EST (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T393: 3/4/2020 09:45 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T423: 3/4/2020 09:45 EST (Other PT Short Term Goal #3 Comment)
3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.

T435: 3/4/2020 09:45 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T456: 3/4/2020 09:45 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T475: 3/4/2020 09:45 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T493: 3/4/2020 09:45 EST (PT Therapeutic Exercise #3)

*IView*

Textual Results

T493: 3/4/2020 09:45 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T511: 3/4/2020 09:45 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T530: 3/4/2020 09:45 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T548: 3/4/2020 09:45 EST (PT Therapeutic Exercise #5)
Other: ROM and strength Assessment

T552: 3/4/2020 09:45 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T575: 3/4/2020 09:45 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and to begin strengthening left shoulder.

T589: 3/4/2020 09:45 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T603: 3/4/2020 09:45 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T617: 3/4/2020 09:45 EST (PT Therapeutic Exercise #8 Comment)
To decrease shoulder stiffnes and pain and improve ROM

T625: 3/4/2020 09:45 EST (PT Therapeutic Exercise #9 Comment)
Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position.

T639: 3/4/2020 09:45 EST (Additional Information PT)
Session limited due to time as pt arrived 15 minutes late. Pt continues to reports left shoulder pain that interferes with his daily level of function. Continues to demonstrate impaired left shoulder ROM. Continuing to work on ROM and strength as tolerated. Continue with current plan and progress as tolerated.

Result Comments

R3: Ed-Exercise Program
Still requires some cueing for technique, progression to strengthening as tolerated

| Procedure | Reference Range | 3/2/2020 18:29 EST Parnell PT Student,Ryan | 3/2/2020 18:27 EST Parnell PT Student,Ryan |
|---|---|---|---|
| Prior Cognitive-Communication Skills | | - | Independent (I) |
| Prior Instrumental ADL Level | | - | Independent (I) |
| Prior ADL/Self Care Status | | - | Assist/needed help |
| Prior Indoor Mobility Status | | - | Independent (I) |
| Prior Outdoor Mobility Status | | - | Independent (I) |
| Prior Stairs Status | | - | Independent (I) |
| Prior Functional Status Comments | | - | See Below [T29] |
| PT Long Term Goal #1 | | See Below [T155] | See Below [T156] |
| PT Long Term Goal #1 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T184] | See Below [T185] |
| PT Long Term Goal #2 | | See Below [T206] | See Below [T207] |

## IView

| Procedure | Reference Range | Recorded Date 3/2/2020<br>Recorded Time 18:29 EST<br>Recorded By Parnell PT Student,Ryan | Recorded Date 3/2/2020<br>Recorded Time 18:27 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|---|
| PT Long Term Goal #2 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below T235 | See Below T236 |
| Other PT Short Term Goal #1 | | See Below T280 | See Below T281 |
| Other PT Short Term Goal #1 Status | | Goal met | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below T310 | See Below T311 |
| Other PT Short Term Goal #2 | | See Below T340 | See Below T341 |
| Other PT Short Term Goal #2 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T370 | See Below T371 |
| Other PT Short Term Goal #3 | | See Below T394 | See Below T395 |
| Other PT Short Term Goal #3 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | See Below T424 | See Below T425 |
| Other PT Short Term Goal #4 | | See Below T436 | See Below T437 |
| Other PT Short Term Goal #4 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #4 Comment | | 3/2: QuickDASH = 52 | 3/2: QuickDASH = 52 |
| Additional Information PT | | See Below T640 | See Below T641 |

Textual Results

T29: 3/2/2020 18:27 EST (Prior Functional Status Comments)
Difficulty with folding clothes and grasping objects due to long history of left shoulder issue.

T155: 3/2/2020 18:29 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T156: 3/2/2020 18:27 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T184: 3/2/2020 18:29 EST (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T185: 3/2/2020 18:27 EST (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T206: 3/2/2020 18:29 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T207: 3/2/2020 18:27 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T235: 3/2/2020 18:29 EST (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T236: 3/2/2020 18:27 EST (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T280: 3/2/2020 18:29 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

## IView

Textual Results

T281: 3/2/2020 18:27 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T310: 3/2/2020 18:29 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T311: 3/2/2020 18:27 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T340: 3/2/2020 18:29 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T341: 3/2/2020 18:27 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T370: 3/2/2020 18:29 EST (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T371: 3/2/2020 18:27 EST (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T394: 3/2/2020 18:29 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T395: 3/2/2020 18:27 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T424: 3/2/2020 18:29 EST (Other PT Short Term Goal #3 Comment)
3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.

T425: 3/2/2020 18:27 EST (Other PT Short Term Goal #3 Comment)
3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.

T436: 3/2/2020 18:29 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T437: 3/2/2020 18:27 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T640: 3/2/2020 18:29 EST (Additional Information PT)
Pt's left shoulder ROM is still progressing (see updated UE ROM section) however, ROM deficits still present especially in shoulder flexion. Strength was now able to be assessed due to pt now being able to achieve testing positions with weakness evident in left shoulder (see UE strength section). Pt continues to be limited by pain and states that in the past week pain in left shoulder has been 8/10 at its worst and 2/10 at its best. Updated QuickDASH score is 52 indicating the presence of continued significant functional limitation due to pain. Pt will continue to benefit from therapy for further left shoulder flexibility, strengthening as tolerated, and further pain reduction for improved daily function with UE tasks. Continue with current plan and progress as tolerated.

T641: 3/2/2020 18:27 EST (Additional Information PT)
Pt's left shoulder ROM is still progressing (see updated UE ROM section) however, ROM deficits still present especially in shoulder flexion. Strength was now able to be assessed due to pt now being able to achieve testing positions with weakness evident in left shoulder (see UE strength section). Pt continues to be limited by pain and

## *IView*

Textual Results

T641: 3/2/2020 18:27 EST (Additional Information PT)
states that in the past week pain in left shoulder has been 8/10 at its worst and 2/10 at its best. Updated QuickDASH score is 52 indicating the presence of continued significant functional limitation due to pain. Pt will continue to benefit from therapy for further left shoulder flexibility, strengthening as tolerated, and further pain reduction for improved daily function with UE tasks. Continue with current plan and progress as tolerated.

| Procedure | Reference Range | Recorded Date 3/2/2020<br>Recorded Time 12:50 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below T9 |
| Left Shoulder Abduction AROM | | 122 |
| Left Shoulder External Rotation AROM | | 50 |
| Left Shoulder Flexion AROM | | 119 |
| Ed-Exercise Program | | See Below T36 R4 |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below T53 |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T73 |
| Manual Therapy Activity #1 Comment | | See Below T93 |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below T113 |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below T132 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T157 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T186 |
| PT Long Term Goal #2 | | See Below T208 |

## IView

| Procedure | Reference Range | Recorded Date 3/2/2020<br>Recorded Time 12:50 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below T237 |
| Activity #1 Type of Modality | | See Below T254 |
| Modality Activity #1 Performed | | Yes |
| Modality Activity #1 Body Region | | Left Shoulder |
| Modality Activity #1 Settings | | IFC Current |
| Modality Activity #1 Minutes | | 15 |
| Modality Activity #1 Response | | Positive response to treatment |
| Modality Activity #1 Comments | | See Below T263 |
| Activity #2 Type of Modality | | Cold packs |
| Modality Activity #2 Performed | | No |
| Modality Activity #2 Body Region | | Left Shoulder |
| Modality Activity #2 Minutes | | 15 |
| Modality Activity #2 Comments | | See Below T268 |
| Other PT Short Term Goal #1 | | See Below T282 |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below T312 |
| Other PT Short Term Goal #2 | | See Below T342 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T372 |
| Other PT Short Term Goal #3 | | See Below T396 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | See Below T426 |
| Other PT Short Term Goal #4 | | See Below T438 |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| Other PT Short Term Goal #4 Comment | | 3/2: QuickDASH = 52 |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below T457 |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 3 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below T476 |
| PT Therapeutic Exercise #3 | | See Below T494 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |

## IView

| Procedure | Reference Range | Recorded Date 3/2/2020<br>Recorded Time 12:50 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below T512 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below T531 |
| PT Therapeutic Exercise #5 | | See Below T549 |
| PT Therapeutic Exercise Performed #5 | | Yes |
| PT Therapeutic Exercise #5 Response | | No response to treatment |
| PT Therapeutic Exercise #5 Comment | | See Below T553 |
| PT Therapeutic Exercise #6 | | Other: 4 way isometrics |
| PT Therapeutic Exercise Performed #6 | | No |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Comment | | See Below T576 |
| PT Therapeutic Exercise #7 | | See Below T590 |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below T604 |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | No |
| PT Therapeutic Exercise #8 Repetition | | 3 x 30 sec |
| PT Therapeutic Exercise #8 Comment | | See Below T618 |
| PT Therapeutic Exercise #9 | | Other: Prone AROM Row |
| PT Therapeutic Exercise Performed #9 | | Yes |
| PT Therapeutic Exercise #9 Position | | Prone |
| PT Therapeutic Exercise #9 Repetition | | 2 x10 reps on Left UE |
| PT Therapeutic Exercise #9 Resistance | | AROM |
| PT Therapeutic Exercise #9 Response | | Positive response to treatment |
| PT Therapeutic Exercise #9 Comment | | See Below T626 |
| Post Treatment Numeric Pain Rating Scale | | 5 = Moderate pain |
| Additional Information PT | | See Below T642 |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Document UE Range in Degrees | | Yes |
| Left Upper Extremity Active Range | | Impaired |
| Lt Shoulder Abduct Strength Rehab | | 3+ R14 |
| Lt Shoulder Flexion Strength Rehab | | 3+ R14 |
| Right Upper Extremity Active Range | | Within functional limits |
| Rt Shoulder Abduction Strength Rehab | | 5 |
| Rt Shoulder Flexion Strength Rehab | | 5 |

## *IView*

| | | |
|---|---|---|
| | Recorded Date | 3/2/2020 |
| | Recorded Time | 12:50 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T9: 3/2/2020 12:50 EST (PT Treatment Recommendations)
Pt has not met any new long-term or short-term goals since last re-aassessment. ROM still improving. Still limited by pain, ROM still restricted especially in flexion and strength deficits evident in left shoulder.

T36: 3/2/2020 12:50 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T53: 3/2/2020 12:50 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T73: 3/2/2020 12:50 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T93: 3/2/2020 12:50 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T113: 3/2/2020 12:50 EST (Manual Therapy Activity #2 Comment)
Supine inferior and posterior glenohumeral glides, supine manual shoulder abduction stretch and sidelying shoulder flexion stretch. Sustained 10-20 sec each.

T132: 3/2/2020 12:50 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T157: 3/2/2020 12:50 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T186: 3/2/2020 12:50 EST (PT Long Term Goal #1 Comment)
3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47

T208: 3/2/2020 12:50 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T237: 3/2/2020 12:50 EST (PT Long Term Goal #2 Comment)
3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T254: 3/2/2020 12:50 EST (Activity #1 Type of Modality)
Electrical stimulation, unattended

T263: 3/2/2020 12:50 EST (Modality Activity #1 Comments)
To reduce shoulder pain, performed with ice

T268: 3/2/2020 12:50 EST (Modality Activity #2 Comments)
To reduce shoulder pain, performed with electrical stimulation

T282: 3/2/2020 12:50 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T312: 3/2/2020 12:50 EST (Other PT Short Term Goal #1 Comment)

## IView

Textual Results

T312: 3/2/2020 12:50 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T342: 3/2/2020 12:50 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T372: 3/2/2020 12:50 EST (Other PT Short Term Goal #2 Comment)
3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T396: 3/2/2020 12:50 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T426: 3/2/2020 12:50 EST (Other PT Short Term Goal #3 Comment)
3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated.

T438: 3/2/2020 12:50 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T457: 3/2/2020 12:50 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T476: 3/2/2020 12:50 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T494: 3/2/2020 12:50 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T512: 3/2/2020 12:50 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T531: 3/2/2020 12:50 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T549: 3/2/2020 12:50 EST (PT Therapeutic Exercise #5)
Other: ROM and strength Assessment

T553: 3/2/2020 12:50 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T576: 3/2/2020 12:50 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.

T590: 3/2/2020 12:50 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T604: 3/2/2020 12:50 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T618: 3/2/2020 12:50 EST (PT Therapeutic Exercise #8 Comment)
To decrease shoulder stiffnes and pain and improve ROM

T626: 3/2/2020 12:50 EST (PT Therapeutic Exercise #9 Comment)
Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position.

T642: 3/2/2020 12:50 EST (Additional Information PT)
Pt's left shoulder ROM is still progressing (see updated UE ROM section) however, ROM deficits still present especially in shoulder flexion. Strength was now able to be assessed due to pt now being able to achieve testing positions with weakness evident in left shoulder (see UE strength section). Pt continues to be limited by pain and states that in the past week pain in left shoulder has been 8/10 at its worst and 2/10 at its best. Updated

## *IView*

Textual Results
T642: 3/2/2020 12:50 EST (Additional Information PT)
QuickDASH score is 52 indicating the presence of continued significant functional limitation due to pain. Pt will continue to benefit from therapy for further left shoulder flexibility, strengthening as tolerated, and further pain reduction for improved daily function with UE tasks. Continue with current plan and progress as tolerated.

Result Comments
R4: Ed-Exercise Program
Progression of HEP
R14: Lt Shoulder Abduct Strength Rehab, Lt Shoulder Flexion Strength Rehab
Within available ROM

| Procedure | Reference Range | Recorded Date 2/26/2020<br>Recorded Time 12:53 EST<br>Recorded By Hensley PT,Jennifer |
|---|---|---|
| PT Long Term Goal #1 | | See Below T158 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T187 |
| PT Long Term Goal #2 | | See Below T209 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below T238 |
| Other PT Short Term Goal #1 | | See Below T283 |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below T313 |
| Other PT Short Term Goal #2 | | See Below T343 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T373 |
| Other PT Short Term Goal #3 | | See Below T397 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | See Below T427 |
| Other PT Short Term Goal #4 | | See Below T439 |
| Other PT Short Term Goal #4 Status | | Progressing, continue |

Textual Results
T158: 2/26/2020 12:53 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.
T187: 2/26/2020 12:53 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47
T209: 2/26/2020 12:53 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.
T238: 2/26/2020 12:53 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10
T283: 2/26/2020 12:53 EST (Other PT Short Term Goal #1)

## *IView*

Textual Results

T283: 2/26/2020 12:53 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T313: 2/26/2020 12:53 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T343: 2/26/2020 12:53 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T373: 2/26/2020 12:53 EST (Other PT Short Term Goal #2 Comment)
2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T397: 2/26/2020 12:53 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T427: 2/26/2020 12:53 EST (Other PT Short Term Goal #3 Comment)
2/24: Pt report independence with current HEP, further progression needed as tolerated.

T439: 2/26/2020 12:53 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

| | Recorded Date | 2/26/2020 |
|---|---|---|
| | Recorded Time | 12:53 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below [T10] |
| Left Shoulder Abduction AROM | | 123 |
| Left Shoulder Flexion AROM | | 114 |
| Ed-Exercise Program | | See Below [T37 R5] |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below [T54] |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T74] |
| Manual Therapy Activity #1 Comment | | See Below [T94] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below [T114] |
| Manual Therapy Activity #3 Type | | Manual stretch |

## IView

| Procedure | Reference Range | Recorded Date 2/26/2020<br>Recorded Time 12:53 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below T133 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below T458 |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below T477 |
| PT Therapeutic Exercise #3 | | See Below T495 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below T513 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below T532 |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below T554 |
| PT Therapeutic Exercise #6 | | Other: 4 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Response | | See Below T569 |
| PT Therapeutic Exercise #6 Comment | | See Below T577 |
| PT Therapeutic Exercise #7 | | See Below T591 |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below T605 |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | No |
| PT Therapeutic Exercise #8 Repetition | | 3 x 30 sec |

## IView

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 2/26/2020 |
| | Recorded Time | 12:53 EST |
| | Recorded By | Parnell PT Student,Ryan |
| PT Therapeutic Exercise #8 Comment | | See Below [T619] |
| PT Therapeutic Exercise #9 | | Other: Prone AROM Row |
| PT Therapeutic Exercise Performed #9 | | Yes |
| PT Therapeutic Exercise #9 Position | | Prone |
| PT Therapeutic Exercise #9 Repetition | | 1 x10 rep on Left UE |
| PT Therapeutic Exercise #9 Resistance | | AROM |
| PT Therapeutic Exercise #9 Response | | Positive response to treatment |
| PT Therapeutic Exercise #9 Comment | | See Below [T627] |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T643] |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Document UE Range in Degrees | | Yes |
| Left Upper Extremity Active Range | | Impaired |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T10: 2/26/2020 12:53 EST (PT Treatment Recommendations)
Pain continues to be a limiting factor for pt. Pt's shoulder ROM has still been improving with shoulder flexion being most provocative of pt's pain. Continue with progression of shoulder ROM and gentle strengthening as tolerated.

T37: 2/26/2020 12:53 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T54: 2/26/2020 12:53 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T74: 2/26/2020 12:53 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T94: 2/26/2020 12:53 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T114: 2/26/2020 12:53 EST (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, supine manual shoulder flexion and abduction stretches. Sustained 10-20 sec each.

T133: 2/26/2020 12:53 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T458: 2/26/2020 12:53 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T477: 2/26/2020 12:53 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T495: 2/26/2020 12:53 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

*IView*

Textual Results
T513: 2/26/2020 12:53 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM
T532: 2/26/2020 12:53 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.
T554: 2/26/2020 12:53 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.
T569: 2/26/2020 12:53 EST (PT Therapeutic Exercise #6 Response)
Increased activation of targeted muscle groups
T577: 2/26/2020 12:53 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.
T591: 2/26/2020 12:53 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment
T605: 2/26/2020 12:53 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.
T619: 2/26/2020 12:53 EST (PT Therapeutic Exercise #8 Comment)
To decrease shoulder stiffnes and pain and improve ROM
T627: 2/26/2020 12:53 EST (PT Therapeutic Exercise #9 Comment)
Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position.
T643: 2/26/2020 12:53 EST (Additional Information PT)
Pt arrived 8 minutes late to therapy session kept treated 2 minutes over pt's scheduled time. Pt continues to be limited by pain and is still limited in shoulder ROM although this has been improving. Shoulder flexion is most limited and painful. Pt able to tolerate AROM prone row today which was added to pt's home program. Pt stayed after treatment for ice and electrical stimulation for pain reduction. Continue with progressing manual and AROM for shoulder ROM deficits and progression of AROM exercises.

Result Comments
R5: Ed-Exercise Program
Cueing for form during isometrics, added prone row to HEP

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 2/24/2020 |
| | Recorded Time | 12:52 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below T11 |
| Ed-Exercise Program | | See Below T38 R6 |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below T55 |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T75 |
| Manual Therapy Activity #1 Comment | | See Below T95 |

## IView

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 2/24/2020 |
| | Recorded Time | 12:52 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below [T115] |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below [T134] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T159] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T188] |
| PT Long Term Goal #2 | | See Below [T210] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T239] |
| Other PT Short Term Goal #1 | | See Below [T284] |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T314] |
| Other PT Short Term Goal #2 | | See Below [T344] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T374] |
| Other PT Short Term Goal #3 | | See Below [T398] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #3 Comment | | See Below [T428] |
| Other PT Short Term Goal #4 | | See Below [T440] |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below [T459] |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |

## IView

| Procedure | Reference Range | Recorded Date 2/24/2020<br>Recorded Time 12:52 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| PT Therapeutic Exercise #2 Response | | See Below T470 |
| PT Therapeutic Exercise #2 Comment | | See Below T478 |
| PT Therapeutic Exercise #3 | | See Below T496 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below T514 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below T533 |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below T555 |
| PT Therapeutic Exercise #6 | | Other: 4 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Response | | See Below T570 |
| PT Therapeutic Exercise #6 Comment | | See Below T578 |
| PT Therapeutic Exercise #7 | | See Below T592 |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below T606 |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 3 x 30 sec |
| PT Therapeutic Exercise #8 Response | | Positive response to treatment |
| PT Therapeutic Exercise #8 Comment | | See Below T620 |
| Post Treatment Numeric Pain Rating Scale | | 6 |
| Additional Information PT | | See Below T644 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T11: 2/24/2020 12:52 EST (PT Treatment Recommendations)
Pt's shoulder ROM continues to improve. Pain still a limiting factor. Continuing with shoulder ROM and gradual progrssion to gentle strengthening when tolerated/appropriate.

T38: 2/24/2020 12:52 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

## *IView*

Textual Results

T55: 2/24/2020 12:52 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T75: 2/24/2020 12:52 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T95: 2/24/2020 12:52 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T115: 2/24/2020 12:52 EST (Manual Therapy Activity #2 Comment)
Supine inferior and posterior glenohumeral glides, and manual sidelying shoulder flexion and external rotation stretches. Supine manual shoulder abduction stretch. Sustained 10-20 sec each.

T134: 2/24/2020 12:52 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T159: 2/24/2020 12:52 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T188: 2/24/2020 12:52 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T210: 2/24/2020 12:52 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T239: 2/24/2020 12:52 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T284: 2/24/2020 12:52 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T314: 2/24/2020 12:52 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T344: 2/24/2020 12:52 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T374: 2/24/2020 12:52 EST (Other PT Short Term Goal #2 Comment)
2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T398: 2/24/2020 12:52 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T428: 2/24/2020 12:52 EST (Other PT Short Term Goal #3 Comment)
2/24: Pt report independence with current HEP, further progression needed as tolerated.

T440: 2/24/2020 12:52 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T459: 2/24/2020 12:52 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T470: 2/24/2020 12:52 EST (PT Therapeutic Exercise #2 Response)
Positive response to treatment, Other: Improved ROM

T478: 2/24/2020 12:52 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

*IView*

Textual Results
T496: 2/24/2020 12:52 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression
T514: 2/24/2020 12:52 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM
T533: 2/24/2020 12:52 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.
T555: 2/24/2020 12:52 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.
T570: 2/24/2020 12:52 EST (PT Therapeutic Exercise #6 Response)
Increased activation of targeted muscle groups
T578: 2/24/2020 12:52 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.
T592: 2/24/2020 12:52 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment
T606: 2/24/2020 12:52 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.
T620: 2/24/2020 12:52 EST (PT Therapeutic Exercise #8 Comment)
To decrease shoulder stiffnes and pain and improve ROM
T644: 2/24/2020 12:52 EST (Additional Information PT)
Pt arrived 7 minutes late and kept 7 minutes over scheduled end time. Pt able to tolerate therapy session with increase in pain from 4/10 to 6/10. Pain continues to be a limiting factor. Shoulder ROM continues to improve. May try prone table exercises with shoulder in distracted position next visit. Otherwise, continue with current treatment plan and progress as tolerated.

Result Comments
R6: Ed-Exercise Program
Further progression as tolerated and cueing for proper technique

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 2/21/2020 |
| | Recorded Time | 12:50 EST |
| | Recorded By | Fifield PTA,Patrick |
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below T12 |
| Manual Therapy Activity #1 Type | | See Below T56 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T76 |
| Manual Therapy Activity #1 Comment | | See Below T96 |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |

## IView

| Procedure | Reference Range | Recorded Date 2/21/2020<br>Recorded Time 12:50 EST<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below [T116] |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | Yes |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below [T135] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T160] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T189] |
| PT Long Term Goal #2 | | See Below [T211] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T240] |
| Activity #1 Type of Modality | | See Below [T255] |
| Modality Activity #1 Performed | | Yes |
| Modality Activity #1 Body Region | | Left Shoulder |
| Modality Activity #1 Settings | | IFC Current |
| Modality Activity #1 Minutes | | 10 |
| Modality Activity #1 Comments | | See Below [T264] |
| Activity #2 Type of Modality | | Cold packs |
| Modality Activity #2 Performed | | Yes |
| Modality Activity #2 Body Region | | Left Shoulder |
| Modality Activity #2 Minutes | | 15 |
| Modality Activity #2 Comments | | See Below [T269] |
| Other PT Short Term Goal #1 | | See Below [T285] |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T315] |
| Other PT Short Term Goal #2 | | See Below [T345] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T375] |
| Other PT Short Term Goal #3 | | See Below [T399] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below [T441] |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |

## IView

| Procedure | Reference Range | Recorded Date 2/21/2020<br>Recorded Time 12:50 EST<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| PT Therapeutic Exercise #1 Comment | | See Below T460 |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Comment | | See Below T479 |
| PT Therapeutic Exercise #3 | | See Below T497 |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below T515 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below T534 |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise #5 Comment | | See Below T556 |
| PT Therapeutic Exercise #6 | | Other: 4 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Comment | | See Below T579 |
| PT Therapeutic Exercise #7 | | See Below T593 |
| PT Therapeutic Exercise #7 Comment | | See Below T607 |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise #8 Repetition | | 3 x 30 sec |
| PT Therapeutic Exercise #8 Comment | | See Below T621 |
| Post Treatment Numeric Pain Rating Scale | | 3 |
| Additional Information PT | | See Below T645 |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T12: 2/21/2020 12:50 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

T56: 2/21/2020 12:50 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T76: 2/21/2020 12:50 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T96: 2/21/2020 12:50 EST (Manual Therapy Activity #1 Comment)

## IView

Textual Results

T96: 2/21/2020 12:50 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T116: 2/21/2020 12:50 EST (Manual Therapy Activity #2 Comment)
Supine inferior and posterior glenohumeral glides, and manual shoulder flexion stretch. Sidelying manual shoulder abduction stretch. Sustained 10-20 sec each.

T135: 2/21/2020 12:50 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T160: 2/21/2020 12:50 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T189: 2/21/2020 12:50 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T211: 2/21/2020 12:50 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T240: 2/21/2020 12:50 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T255: 2/21/2020 12:50 EST (Activity #1 Type of Modality)
Electrical stimulation, unattended

T264: 2/21/2020 12:50 EST (Modality Activity #1 Comments)
To reduce shoulder pain, performed with ice

T269: 2/21/2020 12:50 EST (Modality Activity #2 Comments)
To reduce shoulder pain, performed with electrical stimulation

T285: 2/21/2020 12:50 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T315: 2/21/2020 12:50 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T345: 2/21/2020 12:50 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T375: 2/21/2020 12:50 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T399: 2/21/2020 12:50 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T441: 2/21/2020 12:50 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T460: 2/21/2020 12:50 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T479: 2/21/2020 12:50 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T497: 2/21/2020 12:50 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T515: 2/21/2020 12:50 EST (PT Therapeutic Exercise #3 Comment)

## IView

Textual Results

T515: 2/21/2020 12:50 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T534: 2/21/2020 12:50 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T556: 2/21/2020 12:50 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T579: 2/21/2020 12:50 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.

T593: 2/21/2020 12:50 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T607: 2/21/2020 12:50 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T621: 2/21/2020 12:50 EST (PT Therapeutic Exercise #8 Comment)
To decrease shoulder stiffnes and pain and improve ROM

T645: 2/21/2020 12:50 EST (Additional Information PT)
James continues to make progress with shoulder ROM and mobility. Left shoulder ROM at 130 flex, 120 deg. abd, 47 deg. ER. Has pain relief with estim and ice pack. Will progress ROM as tolerated.

| | Recorded Date | 2/19/2020 |
|---|---|---|
| | Recorded Time | 12:48 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below T13 |
| Ed-Exercise Program | | See Below T39 R7 |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below T57 |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T77 |
| Manual Therapy Activity #1 Comment | | See Below T97 |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below T117 |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | No |

## IView

| Procedure | Reference Range | Recorded Date: 2/19/2020<br>Recorded Time: 12:48 EST<br>Recorded By: Parnell PT Student,Ryan |
|---|---|---|
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below T136 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T161 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T190 |
| PT Long Term Goal #2 | | See Below T212 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below T241 |
| Other PT Short Term Goal #1 | | See Below T286 |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below T316 |
| Other PT Short Term Goal #2 | | See Below T346 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T376 |
| Other PT Short Term Goal #3 | | See Below T400 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below T442 |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Response | | Positive response to treatment |
| PT Therapeutic Exercise #1 Comment | | See Below T461 |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below T480 |
| PT Therapeutic Exercise #3 | | See Below T498 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below T516 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |

## IView

| Procedure | Reference Range | Recorded Date: 2/19/2020<br>Recorded Time: 12:48 EST<br>Recorded By: Parnell PT Student,Ryan |
|---|---|---|
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below [T535] |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below [T557] |
| PT Therapeutic Exercise #6 | | Other: 4 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Response | | See Below [T571] |
| PT Therapeutic Exercise #6 Comment | | See Below [T580] |
| PT Therapeutic Exercise #7 | | See Below [T594] |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below [T608] |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 3 x 30 sec |
| PT Therapeutic Exercise #8 Response | | Positive response to treatment |
| PT Therapeutic Exercise #8 Comment | | See Below [T622] |
| Post Treatment Numeric Pain Rating Scale | | 7 |
| Additional Information PT | | See Below [T646] |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T13: 2/19/2020 12:48 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

T39: 2/19/2020 12:48 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T57: 2/19/2020 12:48 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T77: 2/19/2020 12:48 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T97: 2/19/2020 12:48 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T117: 2/19/2020 12:48 EST (Manual Therapy Activity #2 Comment)
Supine inferior and posterior glenohumeral glides, and manual shoulder flexion stretch. Sidelying manual shoulder abduction stretch. Sustained 10-20 sec each.

## *IView*

Textual Results

T136: 2/19/2020 12:48 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T161: 2/19/2020 12:48 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T190: 2/19/2020 12:48 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T212: 2/19/2020 12:48 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T241: 2/19/2020 12:48 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T286: 2/19/2020 12:48 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T316: 2/19/2020 12:48 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T346: 2/19/2020 12:48 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T376: 2/19/2020 12:48 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T400: 2/19/2020 12:48 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T442: 2/19/2020 12:48 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T461: 2/19/2020 12:48 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T480: 2/19/2020 12:48 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T498: 2/19/2020 12:48 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T516: 2/19/2020 12:48 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T535: 2/19/2020 12:48 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T557: 2/19/2020 12:48 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T571: 2/19/2020 12:48 EST (PT Therapeutic Exercise #6 Response)
Increased activation of targeted muscle groups, Positive response to treatment

T580: 2/19/2020 12:48 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.

T594: 2/19/2020 12:48 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

## *IView*

Textual Results

T608: 2/19/2020 12:48 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T622: 2/19/2020 12:48 EST (PT Therapeutic Exercise #8 Comment)
To decrease shoulder stiffnes and pain and improve ROM

T646: 2/19/2020 12:48 EST (Additional Information PT)
Pt able to tolerate therapy although pain increased at the end of the session. Pain continues to be a limiting factor. ROM continues to improve although still limited. Pt stayed after therapy session for ice for left shoulder for pain reduction. WIll contiue with current plan and progress as tolerated.

Result Comments

R7: Ed-Exercise Program
Further progression and cueing for proper techn

| Procedure | Reference Range | Recorded Date 2/17/2020<br>Recorded Time 12:49 EST<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below [T14] |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below [T58] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T78] |
| Manual Therapy Activity #1 Comment | | See Below [T98] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below [T118] |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below [T137] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| Activity #1 Type of Modality | | See Below [T256] |
| Modality Activity #1 Performed | | Yes |
| Modality Activity #1 Body Region | | Left Shoulder |
| Modality Activity #1 Settings | | IFC Current |

## IView

| Procedure | Reference Range | Recorded Date 2/17/2020<br>Recorded Time 12:49 EST<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| Modality Activity #1 Minutes | | 10 |
| Modality Activity #1 Comments | | See Below [T265] |
| Activity #2 Type of Modality | | Cold packs |
| Modality Activity #2 Performed | | Yes |
| Modality Activity #2 Body Region | | Left Shoulder |
| Modality Activity #2 Minutes | | 15 |
| Modality Activity #2 Comments | | See Below [T270] |
| Other PT Short Term Goal #1 | | See Below [T287] |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T317] |
| Other PT Short Term Goal #2 | | See Below [T347] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T377] |
| Other PT Short Term Goal #3 | | See Below [T401] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below [T443] |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below [T462] |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Comment | | See Below [T481] |
| PT Therapeutic Exercise #3 | | See Below [T499] |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below [T517] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below [T536] |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below [T558] |

*IView*

| Procedure | Reference Range | Recorded Date 2/17/2020<br>Recorded Time 12:49 EST<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| PT Therapeutic Exercise #6 | | Other: 3 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Resistance | | purple ball |
| PT Therapeutic Exercise #6 Comment | | See Below [T581] |
| PT Therapeutic Exercise #7 | | See Below [T595] |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below [T609] |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 3x20 sec |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T647] |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T14: 2/17/2020 12:49 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

T58: 2/17/2020 12:49 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T78: 2/17/2020 12:49 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T98: 2/17/2020 12:49 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T118: 2/17/2020 12:49 EST (Manual Therapy Activity #2 Comment)
Supine inferior and posterior glenohumeral glides, sidelying manual glenohumeral flexion, abduction and external rotation stretch with manual scapular stabilization. Sustained 10-20 sec each.

T137: 2/17/2020 12:49 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T256: 2/17/2020 12:49 EST (Activity #1 Type of Modality)
Electrical stimulation, unattended

T265: 2/17/2020 12:49 EST (Modality Activity #1 Comments)
To reduce shoulder pain, performed with ice

T270: 2/17/2020 12:49 EST (Modality Activity #2 Comments)
To reduce shoulder pain, performed with electrical stimulation

T287: 2/17/2020 12:49 EST (Other PT Short Term Goal #1)

## *IView*

Textual Results

T287: 2/17/2020 12:49 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T317: 2/17/2020 12:49 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T347: 2/17/2020 12:49 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T377: 2/17/2020 12:49 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T401: 2/17/2020 12:49 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T443: 2/17/2020 12:49 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T462: 2/17/2020 12:49 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T481: 2/17/2020 12:49 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T499: 2/17/2020 12:49 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T517: 2/17/2020 12:49 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T536: 2/17/2020 12:49 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T558: 2/17/2020 12:49 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T581: 2/17/2020 12:49 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.

T595: 2/17/2020 12:49 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T609: 2/17/2020 12:49 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T647: 2/17/2020 12:49 EST (Additional Information PT)
James continues to have some pain with shoulder flexion and abduction above 150 deg. PROM. He's able to tolerate scaption much better. Applied estim with ice to help modulate pain symptoms after stretching.

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 2/14/2020 |
| | Recorded Time | 12:45 EST |
| | Recorded By | Arseneau DPT,Julie |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below [T15] |
| Ed-Exercise Program | | See Below [T40] |
| Primary Pain Location | | Shoulder |

## IView

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 2/14/2020 |
| | Recorded Time | 12:45 EST |
| | Recorded By | Arseneau DPT,Julie |
| Manual Therapy Activity #1 Type | | See Below [T59] |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T79] |
| Manual Therapy Activity #1 Comment | | See Below [T99] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | No |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below [T119] |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | Yes |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below [T138] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T162] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T191] |
| PT Long Term Goal #2 | | See Below [T213] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T242] |
| Other PT Short Term Goal #1 | | See Below [T288] |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T318] |
| Other PT Short Term Goal #2 | | See Below [T348] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T378] |
| Other PT Short Term Goal #3 | | See Below [T402] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below [T444] |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |

## IView

| Procedure | Reference Range | Recorded Date 2/14/2020<br>Recorded Time 12:45 EST<br>Recorded By Arseneau DPT,Julie |
|---|---|---|
| PT Therapeutic Exercise #1 Comment | | See Below T463 |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Comment | | See Below T482 |
| PT Therapeutic Exercise #3 | | See Below T500 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below T518 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below T537 |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below T559 |
| PT Therapeutic Exercise #6 | | Other: 3 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | 2 x 10 reps each with 5 sec hold |
| PT Therapeutic Exercise #6 Resistance | | purple ball |
| PT Therapeutic Exercise #6 Comment | | See Below T582 |
| PT Therapeutic Exercise #7 | | See Below T596 |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below T610 |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 3x20 sec |
| Post Treatment Numeric Pain Rating Scale | | 7 |
| Additional Information PT | | See Below T648 |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T15: 2/14/2020 12:45 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

T40: 2/14/2020 12:45 EST (Ed-Exercise Program)

## IView

Textual Results

T40: 2/14/2020 12:45 EST (Ed-Exercise Program)
Verbalizes understanding, Needs practice/supervision, Needs further teaching

T59: 2/14/2020 12:45 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T79: 2/14/2020 12:45 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T99: 2/14/2020 12:45 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T119: 2/14/2020 12:45 EST (Manual Therapy Activity #2 Comment)
Supine inferior and posterior glenohumeral glides, sidelying manual glenohumeral flexion, abduction and external rotation stretch with manual scapular stabilization. Sustained 10-20 sec each.

T138: 2/14/2020 12:45 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T162: 2/14/2020 12:45 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T191: 2/14/2020 12:45 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T213: 2/14/2020 12:45 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T242: 2/14/2020 12:45 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T288: 2/14/2020 12:45 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T318: 2/14/2020 12:45 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T348: 2/14/2020 12:45 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T378: 2/14/2020 12:45 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T402: 2/14/2020 12:45 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T444: 2/14/2020 12:45 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T463: 2/14/2020 12:45 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T482: 2/14/2020 12:45 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T500: 2/14/2020 12:45 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T518: 2/14/2020 12:45 EST (PT Therapeutic Exercise #3 Comment)

## *IView*

Textual Results

T518: 2/14/2020 12:45 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T537: 2/14/2020 12:45 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T559: 2/14/2020 12:45 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T582: 2/14/2020 12:45 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.

T596: 2/14/2020 12:45 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T610: 2/14/2020 12:45 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T648: 2/14/2020 12:45 EST (Additional Information PT)
Added shoulder posterior GH mobilization to further improve ER and flexion. Pt with severe limitations in posterior capsule mobility. Also added ER isometrics with ball today. ER progressing well; continues to be most limited in flexion and abduction ROM. Pt would continue to benefit from skilled PT services to progress ROM, scap stability and in the future focus on strengthening and functional use of LUE.

| | Recorded Date | 2/12/2020 |
|---|---|---|
| | Recorded Time | 12:49 EST |
| | Recorded By | Arseneau DPT,Julie |
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below T16 |
| Ed-Exercise Program | | See Below T41 |
| Primary Pain Location | | Shoulder |
| Manual Therapy Activity #1 Type | | See Below T60 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T80 |
| Manual Therapy Activity #1 Comment | | See Below T100 |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | No |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below T120 |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | Yes |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |

## *IView*

| Procedure | Reference Range | Recorded Date 2/12/2020<br>Recorded Time 12:49 EST<br>Recorded By Arseneau DPT,Julie |
|---|---|---|
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below [T139] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T163] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T192] |
| PT Long Term Goal #2 | | See Below [T214] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T243] |
| Activity #1 Type of Modality | | See Below [T257] |
| Modality Activity #1 Performed | | No |
| Modality Activity #1 Body Region | | Left Shoulder |
| Modality Activity #1 Settings | | IFC Current |
| Modality Activity #1 Minutes | | 10 |
| Modality Activity #1 Comments | | See Below [T266] |
| Activity #2 Type of Modality | | Cold packs |
| Modality Activity #2 Performed | | Yes |
| Modality Activity #2 Body Region | | Left Shoulder |
| Modality Activity #2 Minutes | | 15 |
| Modality Activity #2 Comments | | See Below [T271] |
| Other PT Short Term Goal #1 | | See Below [T289] |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T319] |
| Other PT Short Term Goal #2 | | See Below [T349] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T379] |
| Other PT Short Term Goal #3 | | See Below [T403] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below [T445] |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below [T464] |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Comment | | See Below [T483] |

## IView

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 2/12/2020 |
| | Recorded Time | 12:49 EST |
| | Recorded By | Arseneau DPT,Julie |
| PT Therapeutic Exercise #3 | | See Below T501 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below T519 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | No |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below T538 |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below T560 |
| PT Therapeutic Exercise #6 | | Other: 3 way isometrics |
| PT Therapeutic Exercise Performed #6 | | No |
| PT Therapeutic Exercise #6 Repetition | | See Below T565 |
| PT Therapeutic Exercise #6 Comment | | See Below T583 |
| PT Therapeutic Exercise #7 | | See Below T597 |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below T611 |
| PT Therapeutic Exercise #8 | | Other: Corner stretch |
| PT Therapeutic Exercise Performed #8 | | Yes |
| PT Therapeutic Exercise #8 Repetition | | 3x20 sec |
| Post Treatment Numeric Pain Rating Scale | | 6 |
| Additional Information PT | | See Below T649 |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T16: 2/12/2020 12:49 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

T41: 2/12/2020 12:49 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching, Needs practice/supervision

T60: 2/12/2020 12:49 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T80: 2/12/2020 12:49 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T100: 2/12/2020 12:49 EST (Manual Therapy Activity #1 Comment)

## IView

Textual Results

T100: 2/12/2020 12:49 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T120: 2/12/2020 12:49 EST (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, sidelying manual glenohumeral flexion, abduction and external rotation stretch with manual scapular stabilization. Sustained 10-20 sec each.

T139: 2/12/2020 12:49 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T163: 2/12/2020 12:49 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T192: 2/12/2020 12:49 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T214: 2/12/2020 12:49 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T243: 2/12/2020 12:49 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T257: 2/12/2020 12:49 EST (Activity #1 Type of Modality)
Electrical stimulation, unattended

T266: 2/12/2020 12:49 EST (Modality Activity #1 Comments)
To reduce shoulder pain, performed with ice

T271: 2/12/2020 12:49 EST (Modality Activity #2 Comments)
To reduce shoulder pain, performed with electrical stimulation

T289: 2/12/2020 12:49 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T319: 2/12/2020 12:49 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T349: 2/12/2020 12:49 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T379: 2/12/2020 12:49 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T403: 2/12/2020 12:49 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T445: 2/12/2020 12:49 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T464: 2/12/2020 12:49 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T483: 2/12/2020 12:49 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T501: 2/12/2020 12:49 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T519: 2/12/2020 12:49 EST (PT Therapeutic Exercise #3 Comment)

## IView

Textual Results

T519: 2/12/2020 12:49 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T538: 2/12/2020 12:49 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T560: 2/12/2020 12:49 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T565: 2/12/2020 12:49 EST (PT Therapeutic Exercise #6 Repetition)
2 x 10 reps each with 2-3 sec hold

T583: 2/12/2020 12:49 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, and extension isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.

T597: 2/12/2020 12:49 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T611: 2/12/2020 12:49 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T649: 2/12/2020 12:49 EST (Additional Information PT)
Mr. Zoll had fair tolerance to manual PT with improved tolerance in sidelying, especially to flexion. Continues to demo decreased glenohumeral slide on scapula. Added corner stretch today. Will continue to progress pt as tolerated to meet goals.

| | Recorded Date | 2/10/2020 |
|---|---|---|
| | Recorded Time | 15:47 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below T17 |
| Ed-Exercise Program | | See Below T42 R8 |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below T61 |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T81 |
| Manual Therapy Activity #1 Comment | | See Below T101 |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below T121 |
| Manual Therapy Activity #3 Type | | Manual stretch |

## *IView*

| Procedure | Reference Range | Recorded Date: 2/10/2020<br>Recorded Time: 15:47 EST<br>Recorded By: Parnell PT Student,Ryan |
|---|---|---|
| Manual Therapy Activity #3 Performed | | No |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below [T140] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T164] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T193] |
| PT Long Term Goal #2 | | See Below [T215] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T244] |
| Other PT Short Term Goal #1 | | See Below [T290] |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T320] |
| Other PT Short Term Goal #2 | | See Below [T350] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T380] |
| Other PT Short Term Goal #3 | | See Below [T404] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below [T446] |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Response | | See Below [T452] |
| PT Therapeutic Exercise #1 Comment | | See Below [T465] |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Response | | See Below [T471] |
| PT Therapeutic Exercise #2 Comment | | See Below [T484] |
| PT Therapeutic Exercise #3 | | See Below [T502] |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below [T520] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |

## IView

| Procedure | Reference Range | Recorded Date 2/10/2020<br>Recorded Time 15:47 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Response | | Positive response to treatment |
| PT Therapeutic Exercise #4 Comment | | See Below T539 |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below T561 |
| PT Therapeutic Exercise #6 | | Other: 3 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | See Below T566 |
| PT Therapeutic Exercise #6 Response | | See Below T572 |
| PT Therapeutic Exercise #6 Comment | | See Below T584 |
| PT Therapeutic Exercise #7 | | See Below T598 |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below T612 |
| Post Treatment Numeric Pain Rating Scale | | 5 = Moderate pain |
| Additional Information PT | | See Below T650 |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T17: 2/10/2020 15:47 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

T42: 2/10/2020 15:47 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T61: 2/10/2020 15:47 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T81: 2/10/2020 15:47 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T101: 2/10/2020 15:47 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T121: 2/10/2020 15:47 EST (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, sidelying manual glenohumeral flexion, abduction and external rotation stretch with manual scapular stabilization. Sustained 10-20 sec each.

T140: 2/10/2020 15:47 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. Pt not able to tolerated flexion stretch today due to pain.

Textual Results

T164: 2/10/2020 15:47 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T193: 2/10/2020 15:47 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T215: 2/10/2020 15:47 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T244: 2/10/2020 15:47 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T290: 2/10/2020 15:47 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T320: 2/10/2020 15:47 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T350: 2/10/2020 15:47 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T380: 2/10/2020 15:47 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T404: 2/10/2020 15:47 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T446: 2/10/2020 15:47 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T452: 2/10/2020 15:47 EST (PT Therapeutic Exercise #1 Response)
Increased activation of targeted muscle groups

T465: 2/10/2020 15:47 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T471: 2/10/2020 15:47 EST (PT Therapeutic Exercise #2 Response)
Positive response to treatment, Other: Improved Shoulder ROM

T484: 2/10/2020 15:47 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T502: 2/10/2020 15:47 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T520: 2/10/2020 15:47 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T539: 2/10/2020 15:47 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T561: 2/10/2020 15:47 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T566: 2/10/2020 15:47 EST (PT Therapeutic Exercise #6 Repetition)
2 x 10 reps each with 2-3 sec hold

T572: 2/10/2020 15:47 EST (PT Therapeutic Exercise #6 Response)
Increased activation of targeted muscle groups

T584: 2/10/2020 15:47 EST (PT Therapeutic Exercise #6 Comment)

## *IView*

Textual Results

T584: 2/10/2020 15:47 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, abduction, and extension isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today.

T598: 2/10/2020 15:47 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T612: 2/10/2020 15:47 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T650: 2/10/2020 15:47 EST (Additional Information PT)
Pt able to tolerate therapy without increase in shoulder pain. Reports that he has recently been put on lyrica and cymbalta by his doctor. Pt is unsure of dosages and was told to bring info regarding dosage to next appointment for update in his chart.

Result Comments

R8: Ed-Exercise Program
Continued progression and cueing for proper technique

| | Recorded Date | 2/7/2020 |
|---|---|---|
| | Recorded Time | 12:48 EST |
| | Recorded By | Fifield PTA,Patrick |
| Procedure | Reference Range | |
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below T18 |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below T62 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T82 |
| Manual Therapy Activity #1 Comment | | See Below T102 |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below T122 |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | Yes |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Comment | | See Below T141 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |

## *IView*

| Procedure | Reference Range | Recorded Date: 2/7/2020<br>Recorded Time: 12:48 EST<br>Recorded By: Fifield PTA,Patrick |
|---|---|---|
| PT Long Term Goal #1 | | See Below T165 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below T194 |
| PT Long Term Goal #2 | | See Below T216 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below T245 |
| Other PT Short Term Goal #1 | | See Below T291 |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below T321 |
| Other PT Short Term Goal #2 | | See Below T351 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T381 |
| Other PT Short Term Goal #3 | | See Below T405 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below T447 |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below T466 |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Comment | | See Below T485 |
| PT Therapeutic Exercise #3 | | See Below T503 |
| PT Therapeutic Exercise Performed #3 | | Yes |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below T521 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Comment | | See Below T540 |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below T562 |
| PT Therapeutic Exercise #6 | | Other: 3 way isometrics |

*IView*

| Procedure | Reference Range | Recorded Date 2/7/2020<br>Recorded Time 12:48 EST<br>Recorded By Fifield PTA,Patrick |
|---|---|---|
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | See Below [T567] |
| PT Therapeutic Exercise #6 Comment | | See Below [T585] |
| PT Therapeutic Exercise #7 | | See Below [T599] |
| PT Therapeutic Exercise Performed #7 | | No |
| PT Therapeutic Exercise #7 Comment | | See Below [T613] |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T651] |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T18: 2/7/2020 12:48 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

T62: 2/7/2020 12:48 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T82: 2/7/2020 12:48 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T102: 2/7/2020 12:48 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T122: 2/7/2020 12:48 EST (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, manual glenohumeral flexion stretch, and teres major stretch. Sustained 10-20 sec each.

T141: 2/7/2020 12:48 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. Pt not able to tolerated flexion stretch today due to pain.

T165: 2/7/2020 12:48 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T194: 2/7/2020 12:48 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T216: 2/7/2020 12:48 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T245: 2/7/2020 12:48 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T291: 2/7/2020 12:48 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

## *IView*

Textual Results

T321: 2/7/2020 12:48 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T351: 2/7/2020 12:48 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T381: 2/7/2020 12:48 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T405: 2/7/2020 12:48 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T447: 2/7/2020 12:48 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T466: 2/7/2020 12:48 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T485: 2/7/2020 12:48 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T503: 2/7/2020 12:48 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T521: 2/7/2020 12:48 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T540: 2/7/2020 12:48 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T562: 2/7/2020 12:48 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T567: 2/7/2020 12:48 EST (PT Therapeutic Exercise #6 Repetition)
1 x 10 reps each with 2-3 sec hold

T585: 2/7/2020 12:48 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, external rotation, and extension isometrics for shoulder pain reduction and gentle strengthening.

T599: 2/7/2020 12:48 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T613: 2/7/2020 12:48 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T651: 2/7/2020 12:48 EST (Additional Information PT)
James continues to have pain with most movments and most of the time. He had some relief after STM to left scapular area and superior shoulder region. Noted tightness in neck especially scalenes. Pt. is performing exercises at home per report.

| | | |
|---|---|---|
| | Recorded Date | 2/5/2020 |
| | Recorded Time | 12:47 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below [T19] |
| Ed-Exercise Program | | See Below [T43 R9] |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |

## IView

| Procedure | Reference Range | Recorded Date 2/5/2020<br>Recorded Time 12:47 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| Manual Therapy Activity #1 Type | | See Below [T63] |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T83] |
| Manual Therapy Activity #1 Comment | | See Below [T103] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | No |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below [T123] |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | Yes |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Response | | Positive response to treatment |
| Manual Therapy Activity #3 Comment | | See Below [T142] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T166] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T195] |
| PT Long Term Goal #2 | | See Below [T217] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T246] |
| Other PT Short Term Goal #1 | | See Below [T292] |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T322] |
| Other PT Short Term Goal #2 | | See Below [T352] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T382] |
| Other PT Short Term Goal #3 | | See Below [T406] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below [T448] |
| Other PT Short Term Goal #4 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |

## IView

| Procedure | Reference Range | Recorded Date 2/5/2020<br>Recorded Time 12:47 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below T467 |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below T486 |
| PT Therapeutic Exercise #3 | | See Below T504 |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below T522 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Response | | Positive response to treatment |
| PT Therapeutic Exercise #4 Comment | | See Below T541 |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | No |
| PT Therapeutic Exercise #5 Comment | | See Below T563 |
| PT Therapeutic Exercise #6 | | Other: 3 way isometrics |
| PT Therapeutic Exercise Performed #6 | | Yes |
| PT Therapeutic Exercise #6 Repetition | | See Below T568 |
| PT Therapeutic Exercise #6 Response | | Positive response to treatment |
| PT Therapeutic Exercise #6 Comment | | See Below T586 |
| PT Therapeutic Exercise #7 | | See Below T600 |
| PT Therapeutic Exercise Performed #7 | | Yes |
| PT Therapeutic Exercise #7 Response | | No response to treatment |
| PT Therapeutic Exercise #7 Comment | | See Below T614 |
| Post Treatment Numeric Pain Rating Scale | | 7 |
| Additional Information PT | | See Below T652 |
| Pre Treatment Numeric Pain Rating Scale: | | 7 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results
T19: 2/5/2020 12:47 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

## *IView*

Textual Results

T43: 2/5/2020 12:47 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T63: 2/5/2020 12:47 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T83: 2/5/2020 12:47 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T103: 2/5/2020 12:47 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T123: 2/5/2020 12:47 EST (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, manual glenohumeral flexion stretch, and teres major stretch. Sustained 10-20 sec each.

T142: 2/5/2020 12:47 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. Pt not able to tolerated flexion stretch today due to pain.

T166: 2/5/2020 12:47 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T195: 2/5/2020 12:47 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T217: 2/5/2020 12:47 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T246: 2/5/2020 12:47 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T292: 2/5/2020 12:47 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T322: 2/5/2020 12:47 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T352: 2/5/2020 12:47 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T382: 2/5/2020 12:47 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T406: 2/5/2020 12:47 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T448: 2/5/2020 12:47 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T467: 2/5/2020 12:47 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T486: 2/5/2020 12:47 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T504: 2/5/2020 12:47 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T522: 2/5/2020 12:47 EST (PT Therapeutic Exercise #3 Comment)

## *IView*

Textual Results

T522: 2/5/2020 12:47 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T541: 2/5/2020 12:47 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T563: 2/5/2020 12:47 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T568: 2/5/2020 12:47 EST (PT Therapeutic Exercise #6 Repetition)
1 x 10 reps each with 2-3 sec hold

T586: 2/5/2020 12:47 EST (PT Therapeutic Exercise #6 Comment)
Shoulder flexion, external rotation, and extension isometrics for shoulder pain reduction and gentle strengthening.

T600: 2/5/2020 12:47 EST (PT Therapeutic Exercise #7)
Other: Cervical Mechanical Derangment Assessment

T614: 2/5/2020 12:47 EST (PT Therapeutic Exercise #7 Comment)
See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement.

T652: 2/5/2020 12:47 EST (Additional Information PT)
Pt able to tolerate therapy without increase in baseline pain. However, pain seems to be a limiting factor for progression of therapy although shoulder ROM is improving. Pt's neck assessed today due to doctor's concerns of possible nerve involvement. Neck did not appear to contribute to shoulder pain. Will continue with current plan and progress as tolerated. Pt stayed after pt session for ice on left shoulder for pain.

Result Comments

R9: Ed-Exercise Program
Continued progression as tolerated and cueing for proper technique

| Procedure | Reference Range | 2/3/2020 17:06 EST Parnell PT Student,Ryan | 2/3/2020 17:02 EST Parnell PT Student,Ryan |
|---|---|---|---|
| Prior Cognitive-Communication Skills | | - | Independent (I) |
| Prior Instrumental ADL Level | | - | Independent (I) |
| Prior ADL/Self Care Status | | - | Assist/needed help |
| Prior Indoor Mobility Status | | - | Independent (I) |
| Prior Outdoor Mobility Status | | - | Independent (I) |
| Prior Stairs Status | | - | Independent (I) |
| Prior Functional Status Comments | | - | See Below [T30] |
| PT Long Term Goal #1 | | See Below [T167] | See Below [T168] |
| PT Long Term Goal #1 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T196] | See Below [T197] |
| PT Long Term Goal #2 | | See Below [T218] | See Below [T219] |
| PT Long Term Goal #2 Status | | Progressing, continue | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T247] | See Below [T248] |
| Other PT Short Term Goal #1 | | See Below [T293] | See Below [T294] |
| Other PT Short Term Goal #1 Status | | Goal met | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 | 2/3/2020 |

## *IView*

| Procedure | Reference Range | 2/3/2020 17:06 EST Parnell PT Student,Ryan | 2/3/2020 17:02 EST Parnell PT Student,Ryan |
|---|---|---|---|
| Other PT Short Term Goal #1 Comment | | See Below [T323] | See Below [T324] |
| Other PT Short Term Goal #2 | | See Below [T353] | See Below [T354] |
| Other PT Short Term Goal #2 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T383] | See Below [T384] |
| Other PT Short Term Goal #3 | | See Below [T407] | See Below [T408] |
| Other PT Short Term Goal #3 Status | | Progressing, continue | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below [T449] | See Below [T450] |
| Other PT Short Term Goal #4 Status | | Initial | Initial |
| Additional Information PT | | See Below [T653] | See Below [T654] |

Textual Results

T30: 2/3/2020 17:02 EST (Prior Functional Status Comments)
Difficulty with folding clothes and grasping objects due to long history of left shoulder issue.

T167: 2/3/2020 17:06 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T168: 2/3/2020 17:02 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T196: 2/3/2020 17:06 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T197: 2/3/2020 17:02 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T218: 2/3/2020 17:06 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T219: 2/3/2020 17:02 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T247: 2/3/2020 17:06 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T248: 2/3/2020 17:02 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T293: 2/3/2020 17:06 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T294: 2/3/2020 17:02 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T323: 2/3/2020 17:06 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T324: 2/3/2020 17:02 EST (Other PT Short Term Goal #1 Comment)

*IView*

Textual Results

T324: 2/3/2020 17:02 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T353: 2/3/2020 17:06 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T354: 2/3/2020 17:02 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T383: 2/3/2020 17:06 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T384: 2/3/2020 17:02 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T407: 2/3/2020 17:06 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T408: 2/3/2020 17:02 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T449: 2/3/2020 17:06 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T450: 2/3/2020 17:02 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T653: 2/3/2020 17:06 EST (Additional Information PT)
Pt re-assessed and is making progress with shoulder ROM and has met one of his short-term goals. He still complains of left shoulder pain of 7/10 at its worst. Will continue to benefit from shoulder ROM and progression to strengthening as tolerated/appropriate to reduce difficulty with ADLs.

T654: 2/3/2020 17:02 EST (Additional Information PT)
Pt re-assessed and is making progress with shoulder ROM and has met one of his short-term goals. He still complains of left shoulder pain of 7/10 at its worst. Will continue to benefit from shoulder ROM and progression to strengthening as tolerated/appropriate to reduce difficulty with ADLs.

| | Recorded Date | 2/3/2020 |
|---|---|---|
| | Recorded Time | 12:50 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below [T20] |
| Left Shoulder Abduction AROM | | 107 |
| Left Shoulder Abduction ROM Comment | | See Below [T27] |
| Left Shoulder External Rotation AROM | | 47 |
| Left Shoulder Flexion AROM | | 122 |
| Ed-Exercise Program | | See Below [T44 R8] |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below [T64] |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |

## *IView*

| Procedure | Reference Range | Recorded Date: 2/3/2020<br>Recorded Time: 12:50 EST<br>Recorded By: Parnell PT Student,Ryan |
|---|---|---|
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T84] |
| Manual Therapy Activity #1 Comment | | See Below [T104] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | No |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Comment | | See Below [T124] |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | Yes |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Response | | Positive response to treatment |
| Manual Therapy Activity #3 Comment | | See Below [T143] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T169] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #1 Comment | | See Below [T198] |
| PT Long Term Goal #2 | | See Below [T220] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | See Below [T249] |
| Other PT Short Term Goal #1 | | See Below [T295] |
| Other PT Short Term Goal #1 Status | | Goal met |
| Other PT Short Term Goal #1 Date Met | | 2/3/2020 |
| Other PT Short Term Goal #1 Comment | | See Below [T325] |
| Other PT Short Term Goal #2 | | See Below [T355] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below [T385] |
| Other PT Short Term Goal #3 | | See Below [T409] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| Other PT Short Term Goal #4 | | See Below [T451] |
| Other PT Short Term Goal #4 Status | | Initial |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Comment | | See Below [T468] |
| PT Therapeutic Exercise #2 | | Other: Pulleys |

## *IView*

| Procedure | Reference Range | Recorded Date 2/3/2020<br>Recorded Time 12:50 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below [T487] |
| PT Therapeutic Exercise #3 | | See Below [T505] |
| PT Therapeutic Exercise Performed #3 | | No |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Comment | | See Below [T523] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction x 2 |
| PT Therapeutic Exercise #4 Response | | Positive response to treatment |
| PT Therapeutic Exercise #4 Comment | | See Below [T542] |
| PT Therapeutic Exercise #5 | | Other: ROM Re-Assessment |
| PT Therapeutic Exercise Performed #5 | | Yes |
| PT Therapeutic Exercise #5 Response | | No response to treatment |
| PT Therapeutic Exercise #5 Comment | | See Below [T564] |
| Post Treatment Numeric Pain Rating Scale | | 6 |
| Additional Information PT | | See Below [T655] |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Document UE Range in Degrees | | Yes |
| Left Upper Extremity Active Range | | Impaired |
| Right Upper Extremity Active Range | | Within functional limits |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T20: 2/3/2020 12:50 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs

T27: 2/3/2020 12:50 EST (Left Shoulder Abduction ROM Comment)
Improved scapular mechanics noted

T44: 2/3/2020 12:50 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T64: 2/3/2020 12:50 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T84: 2/3/2020 12:50 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

## IView

Textual Results

T104: 2/3/2020 12:50 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T124: 2/3/2020 12:50 EST (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, manual glenohumeral flexion stretch, and teres major stretch. Sustained 10-20 sec each.

T143: 2/3/2020 12:50 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction, flexion, and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T169: 2/3/2020 12:50 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T198: 2/3/2020 12:50 EST (PT Long Term Goal #1 Comment)
2/3: Abd = 107, Flex = 122, Ext Rot = 47

T220: 2/3/2020 12:50 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T249: 2/3/2020 12:50 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T295: 2/3/2020 12:50 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T325: 2/3/2020 12:50 EST (Other PT Short Term Goal #1 Comment)
2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T355: 2/3/2020 12:50 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T385: 2/3/2020 12:50 EST (Other PT Short Term Goal #2 Comment)
2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T409: 2/3/2020 12:50 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T451: 2/3/2020 12:50 EST (Other PT Short Term Goal #4)
Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function.

T468: 2/3/2020 12:50 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T487: 2/3/2020 12:50 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T505: 2/3/2020 12:50 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T523: 2/3/2020 12:50 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T542: 2/3/2020 12:50 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T564: 2/3/2020 12:50 EST (PT Therapeutic Exercise #5 Comment)
Re-assessed shoulder ROM. Please see updated UE ROM section.

T655: 2/3/2020 12:50 EST (Additional Information PT)

## IView

Textual Results
T655: 2/3/2020 12:50 EST (Additional Information PT)
Pt re-assessed and is making progress with shoulder ROM and has met one of his short-term goals. He still complains of left shoulder pain of 7/10 at its worst. Will continue with current plan and progress as tolerated/appropriate. Patient stayed 10 minutes after treatment session for ice.

Result Comments
R8: Ed-Exercise Program
Continued progression and cueing for proper technique

| | Recorded Date | 1/31/2020 |
|---|---|---|
| | Recorded Time | 11:05 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below T21 |
| Ed-Exercise Program | | See Below T45 R10 |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below T65 |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T85 |
| Manual Therapy Activity #1 Comment | | See Below T105 |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade III joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below T125 |
| Manual Therapy Activity #3 Type | | Manual stretch |
| Manual Therapy Activity #3 Performed | | Yes |
| Manual Therapy Activity #3 Region | | Left Shoulder |
| Manual Therapy Activity #3 Technique | | Other: Manual Stretch |
| Manual Therapy Activity #3 Rationale | | Increase range of motion |
| Manual Therapy Activity #3 Response | | Positive response to treatment |
| Manual Therapy Activity #3 Comment | | See Below T144 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T170 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below T221 |
| PT Long Term Goal #2 Status | | Progressing, continue |

## IView

| Procedure | Reference Range | Recorded Date 1/31/2020 Recorded Time 11:05 EST Recorded By Parnell PT Student,Ryan |
|---|---|---|
| PT Long Term Goal #2 Comment | | See Below T250 |
| Other PT Short Term Goal #1 | | See Below T296 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T326 |
| Other PT Short Term Goal #2 | | See Below T356 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | See Below T386 |
| Other PT Short Term Goal #3 | | See Below T410 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | 2 x 10 reps with 3 sec hold each |
| PT Therapeutic Exercise #1 Response | | See Below T453 |
| PT Therapeutic Exercise #1 Comment | | See Below T469 |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Response | | See Below T472 |
| PT Therapeutic Exercise #2 Comment | | See Below T488 |
| PT Therapeutic Exercise #3 | | See Below T506 |
| PT Therapeutic Exercise Performed #3 | | Yes |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 2 x 10 reps |
| PT Therapeutic Exercise #3 Response | | Positive response to treatment |
| PT Therapeutic Exercise #3 Comment | | See Below T524 |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Response | | Positive response to treatment |
| PT Therapeutic Exercise #4 Comment | | See Below T543 |
| Post Treatment Numeric Pain Rating Scale | | 5 = Moderate pain |
| Additional Information PT | | See Below T656 |
| Pre Treatment Numeric Pain Rating Scale: | | 5 = Moderate pain |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results
T21: 1/31/2020 11:05 EST (PT Treatment Recommendations)

## IView

Textual Results

T21: 1/31/2020 11:05 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs

T45: 1/31/2020 11:05 EST (Ed-Exercise Program)
Needs further teaching, Verbalizes understanding

T65: 1/31/2020 11:05 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T85: 1/31/2020 11:05 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T105: 1/31/2020 11:05 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T125: 1/31/2020 11:05 EST (Manual Therapy Activity #2 Comment)
Supine inferior glenohumeral glides, manual glenohumeral flexion stretch, and teres major stretch. Sustained 10-20 sec each.

T144: 1/31/2020 11:05 EST (Manual Therapy Activity #3 Comment)
Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each.

T170: 1/31/2020 11:05 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T221: 1/31/2020 11:05 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T250: 1/31/2020 11:05 EST (PT Long Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10

T296: 1/31/2020 11:05 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T326: 1/31/2020 11:05 EST (Other PT Short Term Goal #1 Comment)
Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T356: 1/31/2020 11:05 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T386: 1/31/2020 11:05 EST (Other PT Short Term Goal #2 Comment)
1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10

T410: 1/31/2020 11:05 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T453: 1/31/2020 11:05 EST (PT Therapeutic Exercise #1 Response)
Increased activation of targeted muscle groups, Positive response to treatment

T469: 1/31/2020 11:05 EST (PT Therapeutic Exercise #1 Comment)
Verbal cues for technique and upper trapezius relaxtion.

T472: 1/31/2020 11:05 EST (PT Therapeutic Exercise #2 Response)
Positive response to treatment, Other: Improved ROM

T488: 1/31/2020 11:05 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

## *IView*

Textual Results
T506: 1/31/2020 11:05 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression
T524: 1/31/2020 11:05 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM
T543: 1/31/2020 11:05 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.
T656: 1/31/2020 11:05 EST (Additional Information PT)
Pt able to tolerate therapy without increase in pain. Improve left shoulder ROM noted today. WIll continue with current plan and progress as tolerated.

Result Comments
R10: Ed-Exercise Program
Cueing for technique and HEP progression

| | Recorded Date | 1/29/2020 |
|---|---|---|
| | Recorded Time | 15:03 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below [T22] |
| Ed-Body Mechanics | | Ed. Needed |
| Ed-Exercise Program | | See Below [T46 R11] |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| Manual Therapy Activity #1 Type | | See Below [T66] |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T86] |
| Manual Therapy Activity #1 Comment | | See Below [T106] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below [T126] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T171] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below [T222] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| PT Long Term Goal #2 Comment | | 1/29: pt reports pain of 6/10 |
| Other PT Short Term Goal #1 | | See Below [T297] |

## *IView*

| Procedure | Reference Range | Recorded Date 1/29/2020<br>Recorded Time 15:03 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T327] |
| Other PT Short Term Goal #2 | | See Below [T357] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #2 Comment | | 1/27: pt reports pain of 6/10 |
| Other PT Short Term Goal #3 | | See Below [T411] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | 10 x 5 sec |
| PT Therapeutic Exercise #1 Response | | Positive response to treatment |
| PT Therapeutic Exercise #1 Comment | | Tactile cues for technique |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below [T489] |
| PT Therapeutic Exercise #3 | | See Below [T507] |
| PT Therapeutic Exercise Performed #3 | | Yes |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 1 x 10 reps |
| PT Therapeutic Exercise #3 Response | | Positive response to treatment |
| PT Therapeutic Exercise #3 Comment | | See Below [T525] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | 1 minute each direction |
| PT Therapeutic Exercise #4 Response | | Positive response to treatment |
| PT Therapeutic Exercise #4 Comment | | See Below [T544] |
| Post Treatment Numeric Pain Rating Scale | | 6 |
| Additional Information PT | | See Below [T657] |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results
T22: 1/29/2020 15:03 EST (PT Treatment Recommendations)
Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs
T46: 1/29/2020 15:03 EST (Ed-Exercise Program)

*IView*

Textual Results

T46: 1/29/2020 15:03 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T66: 1/29/2020 15:03 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T86: 1/29/2020 15:03 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T106: 1/29/2020 15:03 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T126: 1/29/2020 15:03 EST (Manual Therapy Activity #2 Comment)
Inferior glenohumeral glides, manual glenohumeral flexion/abduction stretch, scapular retraction, downward rotation, depression, and elevation mobilizations.

T171: 1/29/2020 15:03 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T222: 1/29/2020 15:03 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T297: 1/29/2020 15:03 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T327: 1/29/2020 15:03 EST (Other PT Short Term Goal #1 Comment)
Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T357: 1/29/2020 15:03 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T411: 1/29/2020 15:03 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T489: 1/29/2020 15:03 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T507: 1/29/2020 15:03 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T525: 1/29/2020 15:03 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T544: 1/29/2020 15:03 EST (PT Therapeutic Exercise #4 Comment)
Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness.

T657: 1/29/2020 15:03 EST (Additional Information PT)
Pt able to tolerate therapy without increase of shoulder pain above baseline. Will continue to progress treatment as tolerated/appropriate.

Result Comments

R11: Ed-Exercise Program
Furthermore progression and cueing for technique

## *IView*

| Procedure | Reference Range | Recorded Date 1/27/2020<br>Recorded Time 14:56 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| Teaching Method | | See Below [T3] |
| PT Treatment Recommendations | | See Below [T23] |
| Ed-Exercise Program | | Needs further teaching [R12] |
| Manual Therapy Activity #1 Type | | See Below [T67] |
| Manual Therapy Activity #1 Performed | | No |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below [T87] |
| Manual Therapy Activity #1 Comment | | See Below [T107] |
| Manual Therapy Activity #2 Type | | Manual stretch, Mobilization |
| Manual Therapy Activity #2 Performed | | Yes |
| Manual Therapy Activity #2 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #2 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #2 Rationale | | Increase range of motion |
| Manual Therapy Activity #2 Response | | Positive response to treatment |
| Manual Therapy Activity #2 Comment | | See Below [T127] |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T172] |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below [T223] |
| PT Long Term Goal #2 Status | | Progressing, continue |
| Activity #1 Type of Modality | | See Below [T258] |
| Modality Activity #1 Performed | | Yes |
| Modality Activity #1 Body Region | | Left Shoulder |
| Modality Activity #1 Settings | | IFC Current |
| Modality Activity #1 Minutes | | 10 |
| Modality Activity #1 Response | | Pain decreased |
| Modality Activity #1 Comments | | See Below [T267] |
| Activity #2 Type of Modality | | Cold packs |
| Modality Activity #2 Performed | | Yes |
| Modality Activity #2 Body Region | | Left Shoulder |
| Modality Activity #2 Minutes | | 10 |
| Modality Activity #2 Response | | Pain decreased |
| Modality Activity #2 Comments | | See Below [T272] |
| Other PT Short Term Goal #1 | | See Below [T298] |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below [T328] |
| Other PT Short Term Goal #2 | | See Below [T358] |
| Other PT Short Term Goal #2 Status | | Progressing, continue |

## IView

| Procedure | Reference Range | Recorded Date 1/27/2020<br>Recorded Time 14:56 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| Other PT Short Term Goal #2 Comment | | 1/27: pt reports pain of 6/10 |
| Other PT Short Term Goal #3 | | See Below [T412] |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | No |
| PT Therapeutic Exercise #1 Repetition | | 10 x 5 sec |
| PT Therapeutic Exercise #1 Comment | | Tactile cues for technique |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 1 min x 2 sets each direction |
| PT Therapeutic Exercise #2 Response | | Positive response to treatment |
| PT Therapeutic Exercise #2 Comment | | See Below [T490] |
| PT Therapeutic Exercise #3 | | See Below [T508] |
| PT Therapeutic Exercise Performed #3 | | Yes |
| PT Therapeutic Exercise #3 Position | | Unsupported stand |
| PT Therapeutic Exercise #3 Repetition | | 1 x 10 reps |
| PT Therapeutic Exercise #3 Response | | Positive response to treatment |
| PT Therapeutic Exercise #3 Comment | | See Below [T526] |
| PT Therapeutic Exercise #4 | | Other: Shoulder Pendulums |
| PT Therapeutic Exercise Performed #4 | | Yes |
| PT Therapeutic Exercise #4 Position | | Supported stand |
| PT Therapeutic Exercise #4 Repetition | | ~1-2 minutes each way |
| PT Therapeutic Exercise #4 Response | | See Below [T527] |
| PT Therapeutic Exercise #4 Comment | | See Below [T545] |
| Post Treatment Numeric Pain Rating Scale | | 4 |
| Additional Information PT | | See Below [T658] |
| Pre Treatment Numeric Pain Rating Scale: | | 6 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results
T3: 1/27/2020 14:56 EST (Teaching Method)
Demonstration, Explanation, Printed materials
T23: 1/27/2020 14:56 EST (PT Treatment Recommendations)
Pt will benefit from shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs
T67: 1/27/2020 14:56 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization
T87: 1/27/2020 14:56 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation
T107: 1/27/2020 14:56 EST (Manual Therapy Activity #1 Comment)

## IView

Textual Results

T107: 1/27/2020 14:56 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T127: 1/27/2020 14:56 EST (Manual Therapy Activity #2 Comment)
Inferior glenohumeral glides, manual glenohumeral flexion/abduction stretch, scapular retraction, downward rotation, depression, and elevation mobilizations.

T172: 1/27/2020 14:56 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T223: 1/27/2020 14:56 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T258: 1/27/2020 14:56 EST (Activity #1 Type of Modality)
Electrical stimulation, unattended

T267: 1/27/2020 14:56 EST (Modality Activity #1 Comments)
To reduce shoulder pain, performed with ice

T272: 1/27/2020 14:56 EST (Modality Activity #2 Comments)
To reduce shoulder pain, performed with electrical stimulation

T298: 1/27/2020 14:56 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T328: 1/27/2020 14:56 EST (Other PT Short Term Goal #1 Comment)
Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T358: 1/27/2020 14:56 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T412: 1/27/2020 14:56 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T490: 1/27/2020 14:56 EST (PT Therapeutic Exercise #2 Comment)
Flexion and abduction to improve shoulder ROM

T508: 1/27/2020 14:56 EST (PT Therapeutic Exercise #3)
Other: Self Glenohumeral Depression

T526: 1/27/2020 14:56 EST (PT Therapeutic Exercise #3 Comment)
To decrease glenohumeral stiffness and improve shoulder ROM

T527: 1/27/2020 14:56 EST (PT Therapeutic Exercise #4 Response)
Demonstrates Understanding of Information Presented

T545: 1/27/2020 14:56 EST (PT Therapeutic Exercise #4 Comment)
Pt education regarding performance of shoulder flex/ext, side to side, and circular pendulums for performance as a component of HEP.

T658: 1/27/2020 14:56 EST (Additional Information PT)
Pt complained of shoulder pain of 6/10 at the onset of therapy today however, he was able to tolerate a full therapy session with modalities at the end. Modalities decreased pain from 6/10 to 4/10. Will continue with shoulder ROM and progress as tolerated in order to decrease pain and improve UE function.

Result Comments

R12: Ed-Exercise Program
Cueing for technique and updates to exercise program

## IView

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 1/24/2020 |
| | Recorded Time | 10:20 EST |
| | Recorded By | Fifield PTA,Patrick |
| Teaching Method | | Explanation |
| PT Treatment Recommendations | | See Below T24 |
| Ed-Exercise Program | | Ed. Needed, Teachback successful |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T173 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below T224 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #1 | | See Below T299 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T329 |
| Other PT Short Term Goal #2 | | See Below T359 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #3 | | See Below T413 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise #1 Repetition | | 10 x 5 sec |
| PT Therapeutic Exercise #1 Comment | | Tactile cues for technique |
| PT Therapeutic Exercise #2 | | Other: Pulleys |
| PT Therapeutic Exercise Performed #2 | | Yes |
| PT Therapeutic Exercise #2 Repetition | | 3 min |
| Post Treatment Numeric Pain Rating Scale | | 5 = Moderate pain |
| Additional Information PT | | See Below T659 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T24: 1/24/2020 10:20 EST (PT Treatment Recommendations)
Pt will benefit from shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs

T173: 1/24/2020 10:20 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T224: 1/24/2020 10:20 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T299: 1/24/2020 10:20 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

## *IView*

Textual Results

T329: 1/24/2020 10:20 EST (Other PT Short Term Goal #1 Comment)
Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T359: 1/24/2020 10:20 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T413: 1/24/2020 10:20 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T659: 1/24/2020 10:20 EST (Additional Information PT)
Continiued with manual stretchign to left scapula and shoulder to increase ROM after surgery. Had pain with ER, flexion past 120 deg. and abduction at 90 deg. AROM improved after stretching and added pulleys to further increase mobility. Instructed pt. to increase icing at home to decrease inflammation.

| Procedure | Reference Range | Recorded Date: 1/22/2020<br>Recorded Time: 10:21 EST<br>Recorded By: Arseneau DPT,Julie |
|---|---|---|
| Teaching Method | | Demonstration, Explanation |
| PT Treatment Recommendations | | See Below T25 |
| Ed-Exercise Program | | See Below T47 |
| Primary Pain Location | | Shoulder |
| Manual Therapy Activity #1 Type | | See Below T68 |
| Manual Therapy Activity #1 Performed | | Yes |
| Manual Therapy Activity #1 Region | | Left Shoulder, Left scapula |
| Manual Therapy Activity #1 Technique | | Grade II joint mobilization |
| Manual Therapy Activity #1 Rationale | | See Below T88 |
| Manual Therapy Activity #1 Response | | Positive response to treatment |
| Manual Therapy Activity #1 Comment | | See Below T108 |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below T174 |
| PT Long Term Goal #1 Status | | Progressing, continue |
| PT Long Term Goal #2 | | See Below T225 |
| PT Long Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #1 | | See Below T300 |
| Other PT Short Term Goal #1 Status | | Progressing, continue |
| Other PT Short Term Goal #1 Comment | | See Below T330 |
| Other PT Short Term Goal #2 | | See Below T360 |
| Other PT Short Term Goal #2 Status | | Progressing, continue |
| Other PT Short Term Goal #3 | | See Below T414 |
| Other PT Short Term Goal #3 Status | | Progressing, continue |
| PT Therapeutic Exercise #1 | | Other: Scap retractions |
| PT Therapeutic Exercise Performed #1 | | Yes |
| PT Therapeutic Exercise #1 Repetition | | 10 x 5 sec |
| PT Therapeutic Exercise #1 Comment | | Tactile cues for technique |

## IView

| Procedure | Reference Range | |
|---|---|---|
| | Recorded Date | 1/22/2020 |
| | Recorded Time | 10:21 EST |
| | Recorded By | Arseneau DPT,Julie |
| Post Treatment Numeric Pain Rating Scale | | 5 = Moderate pain |
| Additional Information PT | | See Below T660 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T25: 1/22/2020 10:21 EST (PT Treatment Recommendations)
Pt will benefit from shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs

T47: 1/22/2020 10:21 EST (Ed-Exercise Program)
Verbalizes understanding, Needs practice/supervision, Needs further teaching

T68: 1/22/2020 10:21 EST (Manual Therapy Activity #1 Type)
Manual stretch, Mobilization, Myofascial/Soft tissue mobilization

T88: 1/22/2020 10:21 EST (Manual Therapy Activity #1 Rationale)
Increase range of motion, Relaxation

T108: 1/22/2020 10:21 EST (Manual Therapy Activity #1 Comment)
Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR.

T174: 1/22/2020 10:21 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T225: 1/22/2020 10:21 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T300: 1/22/2020 10:21 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T330: 1/22/2020 10:21 EST (Other PT Short Term Goal #1 Comment)
Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42.

T360: 1/22/2020 10:21 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T414: 1/22/2020 10:21 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T660: 1/22/2020 10:21 EST (Additional Information PT)
James demonstrates the following L shoulder PROM after manual stretch, mobilization, and STM: Seated flexion=110 deg, abd=95 deg. Supine flexion=120 deg, abd=120 deg, ER=42 deg. Performed gentle grade II mobilizations and manual stretch until resistance. Pt instructed to continue with current HEP. Issued seated scap retractions for scap stab/motor control. Pt verbalizing and demonstrating understanding. Will continue to progress pt as tolerated to meet goals.

## IView

| | | |
|---|---|---|
| | Recorded Date | 1/20/2020 |
| | Recorded Time | 17:43 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Prior Cognitive-Communication Skills | | Independent (I) [O1] |
| Prior Instrumental ADL Level | | Independent (I) [O1] |
| Prior ADL/Self Care Status | | Assist/needed help [O1] |
| Prior Indoor Mobility Status | | Independent (I) [O1] |
| Prior Outdoor Mobility Status | | Independent (I) [O1] |
| Prior Stairs Status | | Independent (I) [O1] |
| Prior Functional Status Comments | | See Below [T31 O1] |
| PT Long Term Goal #1 | | See Below [T175 O1] |
| PT Long Term Goal #1 Status | | Initial [O1] |
| PT Long Term Goal #2 | | See Below [T226 O1] |
| PT Long Term Goal #2 Status | | Initial [O1] |
| Other PT Short Term Goal #1 | | See Below [T301 O1] |
| Other PT Short Term Goal #1 Status | | Initial [O1] |
| Other PT Short Term Goal #1 Comment | | See Below [T331 O1] |
| Other PT Short Term Goal #2 | | See Below [T361 O1] |
| Other PT Short Term Goal #2 Status | | Initial [O1] |
| Other PT Short Term Goal #3 | | See Below [T415 O1] |
| Other PT Short Term Goal #3 Status | | Initial [O1] |
| Additional Information PT | | See Below [T661 O1] |

Textual Results

T31: 1/20/2020 17:43 EST (Prior Functional Status Comments)
Difficulty with folding clothes and grasping objects due to long history of left shoulder issue.

T175: 1/20/2020 17:43 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T226: 1/20/2020 17:43 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T301: 1/20/2020 17:43 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T331: 1/20/2020 17:43 EST (Other PT Short Term Goal #1 Comment)
Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32

T361: 1/20/2020 17:43 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T415: 1/20/2020 17:43 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T661: 1/20/2020 17:43 EST (Additional Information PT)
Pt reports to outpatient physical therapy evaluation following a left shoulder capsular release and distal clavicular excision performed on December 20, 2019. He had two tears of his rotator cuff that occured in september of 2018 and a broken arm prior to the rotator cuff tears. Following injury he was in a sling for an extended period of time.

## *IView*

Textual Results

T661: 1/20/2020 17:43 EST (Additional Information PT)
He then developed frozen shoulder and thus, had the capsular release and distal clavicular excision. Evaluation revealed significantly impaired shoulder range of motion specifically of the glenohumeral joint (see UE ROM and Joint Mobility Section). Furthermore, weakness was evident via ROM assessment and manual muscle testing was not performed due to pain and will be assessed when tolerable and appropriate. Posture assessment revealed a forward head and shoulder depression on the left side. During shoulder ROM, the pt gets very little mobility from his glenohumeral joint and compensates throught excessive motion of his scapula during shoulder flexion and abduction. His goals for therapy are to decrease pain, improve shoulder mobility, and potentially return to work as he reports being out of work for the past 18 months. He will benefit from therapy in order to decrease glenhumeral tightness, increase strength, decrease pain, and improve his ability to perform ADLs. Given his impairments and absence of any commorbidities he is of low complexity.

| | Recorded Date | 1/20/2020 |
|---|---|---|
| | Recorded Time | 14:58 EST |
| | Recorded By | Parnell PT Student,Ryan |
| Procedure | Reference Range | |
| Teaching Method | | See Below [T4] |
| Living Situation | | Home independently |
| PT Treatment Recommendations | | See Below [T26] |
| Left Shoulder Abduction AROM | | 91 |
| Left Shoulder Abduction PROM | | 95 |
| Left Shoulder Abduction ROM Comment | | See Below [T28] |
| Left Shoulder Ext Rotation ROM Comment | | measured in sitting |
| Left Shoulder External Rotation AROM | | 32 |
| Left Shoulder Flexion AROM | | 110 |
| Left Shoulder Flexion ROM Comment | | measured in sitting |
| Affect/Behavior | | Appropriate, Calm, Cooperative |
| Prior Cognitive-Communication Skills | | Independent (I) |
| Prior Instrumental ADL Level | | Independent (I) |
| Prior ADL/Self Care Status | | Assist/needed help |
| Prior Indoor Mobility Status | | Independent (I) |
| Prior Outdoor Mobility Status | | Independent (I) |
| Prior Stairs Status | | Independent (I) |
| Prior Functional Status Comments | | See Below [T32] |
| Lives In | | Multilevel home |
| Ed-Exercise Program | | See Below [T48 R13] |
| Primary Pain Location | | Shoulder |
| Primary Pain Laterality | | Left |
| PT Plan/Goals Established w Pt/Caregiver | | Yes |
| PT Long Term Goal #1 | | See Below [T176] |
| PT Long Term Goal #1 Status | | Initial |
| PT Long Term Goal #2 | | See Below [T227] |
| PT Long Term Goal #2 Status | | Initial |

## *IView*

| Procedure | Reference Range | Recorded Date 1/20/2020<br>Recorded Time 14:58 EST<br>Recorded By Parnell PT Student,Ryan |
|---|---|---|
| Other PT Short Term Goal #1 | | See Below T302 |
| Other PT Short Term Goal #1 Status | | Initial |
| Other PT Short Term Goal #1 Comment | | See Below T332 |
| Other PT Short Term Goal #2 | | See Below T362 |
| Other PT Short Term Goal #2 Status | | Initial |
| Other PT Short Term Goal #3 | | See Below T416 |
| Other PT Short Term Goal #3 Status | | Initial |
| Post Treatment Numeric Pain Rating Scale | | 5 = Moderate pain |
| Additional Information PT | | See Below T662 |
| Pre Treatment Numeric Pain Rating Scale: | | 4 |
| Document UE Range in Degrees | | Yes |
| Left Upper Extremity Active Range | | Impaired |
| Lt Upper Extremity Strength | | See Below T663 |
| Right Upper Extremity Active Range | | Within functional limits |
| Current Hand Dominance PT | | Right |
| Previous Hand Dominance PT | | Right |

Textual Results

T4: 1/20/2020 14:58 EST (Teaching Method)
Demonstration, Explanation, Printed materials

T26: 1/20/2020 14:58 EST (PT Treatment Recommendations)
Pt will benefit from shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs

T28: 1/20/2020 14:58 EST (Left Shoulder Abduction ROM Comment)
measured in sitting, passive measured in supine

T32: 1/20/2020 14:58 EST (Prior Functional Status Comments)
Difficulty with folding clothes and grasping objects due to long history of left shoulder issue.

T48: 1/20/2020 14:58 EST (Ed-Exercise Program)
Verbalizes understanding, Needs further teaching

T176: 1/20/2020 14:58 EST (PT Long Term Goal #1)
Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty.

T227: 1/20/2020 14:58 EST (PT Long Term Goal #2)
Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life.

T302: 1/20/2020 14:58 EST (Other PT Short Term Goal #1)
Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's

T332: 1/20/2020 14:58 EST (Other PT Short Term Goal #1 Comment)
Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32

T362: 1/20/2020 14:58 EST (Other PT Short Term Goal #2)
Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function.

T416: 1/20/2020 14:58 EST (Other PT Short Term Goal #3)

## *IView*

Textual Results

T416: 1/20/2020 14:58 EST (Other PT Short Term Goal #3)
Pt will be independent with a HEP for carryover of therapy at home.

T662: 1/20/2020 14:58 EST (Additional Information PT)
Pt reports to outpatient physical therapy evaluation following a left shoulder capsular release and distal clavicular excision performed on December 20, 2019. He had two tears of his rotator cuff that occured in september of 2018 and a broken arm prior to the rotator cuff tears. Following injury he was in a sling for an extended period of time. He then developed frozen shoulder and thus, had the capsular release and distal clavicular excision. Evaluation revealed significantly impaired shoulder range of motion specifically of the glenohumeral joint (see UE ROM and Joint Mobility Section). Furthermore, weakness was evident via ROM assessment and manual muscle testing was not performed due to pain and will be assessed when tolerable and appropriate. Posture assessment revealed a forward head and shoulder depression on the left side. During shoulder ROM, the pt gets very little mobility from his glenohumeral joint and compensates throught excessive motion of his scapula during shoulder flexion and abduction. His goals for therapy are to decrease pain, improve shoulder mobility, and potentially return to work as he reports being out of work for the past 18 months. He will benefit from therapy in order to decrease glenhumeral tightness, increase strength, decrease pain, and improve his ability to perform ADLs. Given his impairments and absence of any commorbidities he is of low complexity.

T663: 1/20/2020 14:58 EST (Lt Upper Extremity Strength)
Other: Weakness evident via range of motion assessment. Manual muscle testing was not performed due to pain. Will perform when appropriate and tolerable.

Result Comments

R13: Ed-Exercise Program
Instruction for intitial components of HEP

Order Comments

O1: Cert Letter PT Create - Send
This order was added by Discern Expert

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | PT Certification Letter-Text |
| SERVICE DATE/TIME: | 3/2/2020 18:27 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (3/2/2020 18:28 EST) |
| SIGN INFORMATION: | Taylor M.D.,Robert Francis (9/22/2020 14:14 EDT); Hensley PT,Jennifer (3/2/2020 18:29 EST); Parnell PT Student,Ryan (3/2/2020 18:28 EST) |

**PT Updated Certification Letter Entered On: 03/02/2020 18:27 EST**
**Performed On: 03/02/2020 18:27 EST by Parnell PT Student, Ryan**

**Physician Certification**
*Number of Visits This Interval :* 18
*PT Certification Interval Start :* 03/02/2020 EST
*POC Valid Through - PT :* 04/06/2020 EDT
*Physician Signature Required :* Yes

Parnell PT Student, Ryan - 03/02/2020 18:28 EST

*Date of Birth :* EST
*PT Date of Injury or Surgery :* 12/20/2019 EST
*Date of Eval PT :* 01/20/2020 EST
*Dear Physician :* Thank you for your referral. Below is the patient information for the stated interval of treatment. Please review, modify (if necessary), sign, and return. Thank you.
*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint

Parnell PT Student, Ryan - 03/02/2020 18:27 EST

**Problem List**

(As Of: 03/02/2020 18:30:20 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 5 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week

Parnell PT Student, Ryan - 03/02/2020 18:28 EST

*OP PT Anticipated Treatment, Needs :* Dry Needling 20560, Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283

Hensley PT, Jennifer - 03/02/2020 18:29 EST

*PT Certification Letter Complete :* Yes

## DOC - Therapy

Parnell PT Student, Ryan - 03/02/2020 18:28 EST

**Outpatient Review**
*Rehab Potential Physical Therapy :* Good

Parnell PT Student, Ryan - 03/02/2020 18:28 EST

Prior Functional Level Grid
*ADL/Self Care :* Assist/needed help
*Indoor Mobility :* Independent (I)
*Outdoor Mobility :* Independent (I)
*Stairs :* Independent (I)
*Instrumental ADL :* Independent (I)
*Prior Cognitive-Communication Skills :* Independent (I)

Parnell PT Student, Ryan - 03/02/2020 18:28 EST

*Prior Functional Status Comments :* Difficulty with folding clothes and grasping objects due to long history of left shoulder issue.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

Parnell PT Student, Ryan - 03/02/2020 18:28 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 03/02/2020 18:28 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 03/02/2020 18:28 EST | Parnell PT Student, Ryan - 03/02/2020 18:28 EST |

## *DOC - Therapy*

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 03/02/2020 18:28 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated. | 3/2: QuickDASH = 52 |
| | Parnell PT Student, Ryan - 03/02/2020 18:28 EST | Parnell PT Student, Ryan - 03/02/2020 18:28 EST | Parnell PT Student, Ryan - 03/02/2020 18:28 EST | Parnell PT Student, Ryan - 03/02/2020 18:28 EST |

**Positioning Goals and Plan**

*Patient Stated Goals :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 03/02/2020 18:28 EST

**Recommendations/Summary of Progress**

*Necessity of the Services Provided :* -

*Functional Progression w/ Objective Improvements :* -
*Justification of Need :* -
*Additional Information :* Pt's left shoulder ROM is still progressing (see updated UE ROM section) however, ROM deficits still present especially in shoulder flexion. Strength was now able to be assessed due to pt now being able to achieve

testing positions with weakness evident in left shoulder (see UE strength section). Pt continues to be limited by pain and states that in the past week pain in left shoulder has been 8/10 at its worst and 2/10 at its best. Updated QuickDASH score is 52 indicating the presence of continued significant functional limitation due to pain. Pt will continue to benefit from therapy for further left shoulder flexibility, strengthening as tolerated, and further pain reduction for improved daily function with UE tasks. Continue with current plan and progress as tolerated.

Parnell PT Student, Ryan - 03/02/2020 18:28 EST

*DOC - Therapy*

| | |
|---|---|
| DOCUMENT NAME: | PT Certification Letter-Text |
| SERVICE DATE/TIME: | 2/3/2020 17:02 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (2/3/2020 17:02 EST) |
| SIGN INFORMATION: | Taylor M.D.,Robert Francis (2/3/2020 17:51 EST); Hensley PT,Jennifer (2/3/2020 17:35 EST); Parnell PT Student,Ryan (2/3/2020 17:02 EST) |

**PT Updated Certification Letter Entered On: 02/03/2020 17:06 EST**
**Performed On: 02/03/2020 17:02 EST by Parnell PT Student, Ryan**

**Physician Certification**
*Date of Birth :* EST
*PT Date of Injury or Surgery :* 12/20/2019 EST
*Date of Eval PT :* 01/20/2020 EST
*Number of Visits This Interval :* 7
*Dear Physician :* Thank you for your referral. Below is the patient information for the stated interval of treatment. Please review, modify (if necessary), sign, and return. Thank you.
*PT Certification Interval Start :* 02/03/2020 EST
*POC Valid Through - PT :* 03/09/2020 EDT
*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint
*Staff Physician Signature :* The physician's electronic signature noted above indicates approval of the documented Plan of Care for the stated interval.
*Physician Signature Required :* Yes
Parnell PT Student, Ryan - 02/03/2020 17:02 EST

**Problem List**
(As Of: 02/03/2020 17:06:50 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*PT Certification Letter Complete :* Yes
Parnell PT Student, Ryan - 02/03/2020 17:02 EST

## *DOC - Therapy*

**Outpatient Review**
*Rehab Potential Physical Therapy :* Good

Parnell PT Student, Ryan - 02/03/2020 17:02 EST

Prior Functional Level Grid
*ADL/Self Care :* Assist/needed help
*Indoor Mobility :* Independent (I)
*Outdoor Mobility :* Independent (I)
*Stairs :* Independent (I)
*Instrumental ADL :* Independent (I)
*Prior Cognitive-Communication Skills :* Independent (I)

Parnell PT Student, Ryan - 02/03/2020 17:02 EST

*Prior Functional Status Comments :* Difficulty with folding clothes and grasping objects due to long history of left shoulder issue.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

Parnell PT Student, Ryan - 02/03/2020 17:02 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 02/03/2020 17:02 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 02/03/2020 17:02 EST | Parnell PT Student, Ryan - 02/03/2020 17:02 EST |

*IP PT LTG Documentation :* Yes

*DOC - Therapy*

Parnell PT Student, Ryan - 02/03/2020 17:02 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Initial |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | | |
| | Parnell PT Student, Ryan - 02/03/2020 17:02 EST | Parnell PT Student, Ryan - 02/03/2020 17:02 EST | Parnell PT Student, Ryan - 02/03/2020 17:02 EST | Parnell PT Student, Ryan - 02/03/2020 17:02 EST |

**Positioning Goals and Plan**

*Patient Stated Goals :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Parnell PT Student, Ryan - 02/03/2020 17:02 EST

**Recommendations/Summary of Progress**

*Necessity of the Services Provided :* -

*Functional Progression w/ Objective Improvements :* -
*Justification of Need :* -
*Additional Information :* Pt re-assessed and is making progress with shoulder ROM and has met one of his short-term goals. He still complains of left shoulder pain of 7/10 at its worst. Will continue to benefit from shoulder ROM and progression to strengthening as tolerated/appropriate to reduce difficulty with ADLs.
Parnell PT Student, Ryan - 02/03/2020 17:02 EST

*DOC - Therapy*

## DOC - Therapy

DOCUMENT NAME: PT Certification Letter-Text
SERVICE DATE/TIME: 1/20/2020 17:43 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Parnell PT Student,Ryan (1/20/2020 17:43 EST)
SIGN INFORMATION: Taylor MD,PhD,Robert Francis (1/23/2020 08:36 EST); Hensley PT,Jennifer (1/20/2020 17:50 EST); Parnell PT Student,Ryan (1/20/2020 17:43 EST)

**PT Initial Certification Letter Entered On: 01/20/2020 17:44 EST**
**Performed On: 01/20/2020 17:43 EST by Parnell PT Student, Ryan**

**Physician Certification**
*Physician Signature Required :* Yes
Hensley PT, Jennifer - 01/20/2020 17:50 EST
*Date of Birth :* EST
*PT Date of Injury or Surgery :* 12/20/2019 EST
*Date of Eval PT :* 01/20/2020 EST
*Number of Visits This Interval :* 1
*Dear Physician :* Thank you for your referral. Below is the patient information for the stated interval of treatment. Please review, modify (if necessary), sign, and return. Thank you.
*PT Certification Interval Start :* 01/20/2020 EST
*POC Valid Through - PT :* 03/23/2020 EDT
*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint
Parnell PT Student, Ryan - 01/20/2020 17:43 EST

**Problem List**
(As Of: 01/20/2020 17:51:13 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*PT Certification Letter Complete :* Yes
Parnell PT Student, Ryan - 01/20/2020 17:43 EST

**Outpatient Review**

## *DOC - Therapy*

*Rehab Potential Physical Therapy :* Good

Parnell PT Student, Ryan - 01/20/2020 17:43 EST

Prior Functional Level Grid

*ADL/Self Care :* Assist/needed help
*Indoor Mobility :* Independent (I)
*Outdoor Mobility :* Independent (I)
*Stairs :* Independent (I)
*Instrumental ADL :* Independent (I)
*Prior Cognitive-Communication Skills :* Independent (I)

Parnell PT Student, Ryan - 01/20/2020 17:43 EST

*Prior Functional Status Comments :* Difficulty with folding clothes and grasping objects due to long history of left shoulder issue.

*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

Parnell PT Student, Ryan - 01/20/2020 17:43 EST

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 01/20/2020 17:43 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Initial | Initial |
| | Parnell PT Student, Ryan - 01/20/2020 17:43 EST | Parnell PT Student, Ryan - 01/20/2020 17:43 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 01/20/2020 17:43 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt will increase active shoulder | Pt will report a pain of 3/10 at its | Pt will be independent with |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | worst in order to improve quality of life and improve function. | a HEP for carryover of therapy at home. |
| *Status :* | Initial | Initial | Initial |
| *Comments :* | Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32 | | |
| | Parnell PT Student, Ryan - 01/20/2020 17:43 EST | Parnell PT Student, Ryan - 01/20/2020 17:43 EST | Parnell PT Student, Ryan - 01/20/2020 17:43 EST |

**Positioning Goals and Plan**

*Patient Stated Goals :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Parnell PT Student, Ryan - 01/20/2020 17:43 EST

**Recommendations/Summary of Progress**

*Additional Information :* Pt reports to outpatient physical therapy evaluation following a left shoulder capsular release and distal clavicular excision performed on December 20, 2019. He had two tears of his rotator cuff that occured in september of 2018 and a broken arm prior to the rotator cuff tears. Following injury he was in a sling for an extended period of time. He then developed frozen shoulder and thus, had the capsular release and distal clavicular excision. Evaluation revealed significantly impaired shoulder range of motion specifically of the glenohumeral joint (see UE ROM and Joint Mobility Section). Furthermore, weakness was evident via ROM assessment and manual muscle testing was not performed due to pain and will be assessed when tolerable and appropriate. Posture assessment revealed a forward head and shoulder depression on the left side. During shoulder ROM, the pt gets very little mobility from his glenohumeral joint and compensates throught excessive motion of his scapula during shoulder flexion and abduction. His goals for therapy are to decrease pain, improve shoulder mobility, and potentially return to work as he reports being out of work for the past 18 months. He will benefit from therapy in order to decrease glenhumeral tightness, increase strength, decrease pain, and improve his ability to perform ADLs. Given his impairments and absence of any commorbidities he is of low complexity.
Parnell PT Student, Ryan - 01/20/2020 17:43 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 3/16/2020 12:51 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (3/16/2020 14:02 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (3/16/2020 14:02 EDT)

**OP PT Daily Documentation Entered On: 03/16/2020 14:11 EDT**
**Performed On: 03/16/2020 12:51 EDT by Hensley PT, Jennifer**

**Review/Treatments Provided**
*Total Number of Visits PT :* 22
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 04/06/20
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Manual Therapy/*
*Massage :* Yes
*Modalities :* Yes

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**Subjective Report**
*Subjective Report :* James reports that he feels like he is seeing some progress, but that he feels like his muscles are just knotted up. Pt was asked COVID-19 screening questions and answered no to all questions.

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**Pain Assessment**
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Acceptable Level of Pain :* 0 = No pain
*Post Treatment Numeric Pain Rating Scale: :* 4
*Pain Interventions Implemented :* Yes

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**PT Pain Interventions**
PT Pain Intervention Grid

| | PT Pain Intervention #1 | PT Pain Intervention #2 | PT Pain Intervention #3 |
|---|---|---|---|

## DOC - Therapy

| | | | |
|---|---|---|---|
| *Activity :* | Cold pack, Electrical stimulation | Rest breaks | Other: manual therapy |
| *Activity Performed :* | Yes | No | Yes |
| *Response :* | Pain decreased | | Positive response to treatment |
| *Comments :* | Ice and electrical stimulation following treatment session for pain relief. | | see manual therapy section |
| | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT |

*OT Pain Intervention Grid Updated :* Yes

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |

## DOC - Therapy

| | | |
|---|---|---|
| | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT |

*IP PT LTG Documentation :* Yes

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated. | 3/2: QuickDASH = 52 |
| | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 | Activity 4 |
|---|---|---|---|---|

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch | Myofascial/Soft tissue mobilization |
| *Activity Performed :* | Yes | No | Yes | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion | Decrease spasm |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch | Trigger point release |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior and posterior glenohumeral glides, supine manual shoulder abduction stretch. Seated shoulder flexion manual stretch with contract/relax. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. | STM to left upper trapezius, pecs, biceps, and SCM |
| | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT | Hensley PT, Jennifer - 03/16/2020 14:02 EDT |

*PT Manual Therapy Grid Updated :* Yes

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**Modalities**

Modalities Grid

| | Activity 1 |
|---|---|
| *Modality :* | Electrical stimulation, unattended |
| *Activity Performed :* | Yes |
| *Body Region :* | Left Shoulder |
| *Settings :* | IFC Current |
| *Minutes :* | 15 minute |

## DOC - Therapy

| | |
|---|---|
| *Comments :* | To reduce shoulder pain, performed with ice |
| | Hensley PT, Jennifer - 03/16/2020 14:02 EDT |

*PT Modalities Grid Updated :* Yes

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**Education**

Physical Therapy Education Grid

*Physical Therapy Plan of Care :* Verbalizes understanding

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

*Teaching Method :* Explanation

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**Assessment**

*PT Treatment Recommendations :* Continue with shoulder flexibility and progress strengthening exercises as tolerated. Still limited by pain.

*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

*Rehabilitation Potential :* Good

Hensley PT, Jennifer - 03/16/2020 14:02 EDT
(As Of: 03/16/2020 14:11:11 EDT)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day

*OP PT Duration Rehab :* 5 weeks

*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week

*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283

*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**Recommendations/Summary of Progress**

*Additional Information :* Today's treatment session was focused on soft tissue mobilization, stretching, and trigger point release. He had multiple trigger points noted in L UT, pec, biceps, and SCM. He demos improved AAROM, though with increased pain. Continue to progress ROM, flexibility, and pain relief as tolerated. Pain returned to initial pain rating with IFC and ice.

## DOC - Therapy

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

**OP PT Time Spent With Patient**
*OP PT Elec.Stim (Unattended) Chronic Wound :* 1
*OP PT Elec.Stim Unatt Chronic Wound Min :* 15
*OP PT Manual Therapy Units :* 3
*OP PT Manual Therapy Minutes :* 40
*OP PT Total Treatment Timed Minutes :* 40 minute
*OP PT Total Units (Timed) :* 3 units
*OP PT Total Treatment Untimed Minutes :* 15 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 55
*OP PT Total (All Units) :* 4
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Hensley PT, Jennifer - 03/16/2020 14:02 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 3/11/2020 12:50 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Parnell PT Student,Ryan (3/11/2020 13:59 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (3/11/2020 14:17 EDT); Parnell PT Student,Ryan (3/11/2020 13:59 EDT)

**OP PT Daily Documentation Entered On: 03/11/2020 12:57 EDT**
**Performed On: 03/11/2020 12:50 EDT by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*PT Medication/Medical History Changes :* Pt no longer taking Hydrocodone, pt taking Lyrica, see updated medication list.
Hensley PT, Jennifer - 03/11/2020 14:17 EDT
*Manual Therapy/*
*Massage :* Yes
*Modalities :* Yes
Parnell PT Student, Ryan - 03/11/2020 13:43 EDT
*Total Number of Visits PT :* 21
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 03/11/2020 12:50 EDT
*Therapy Certification Date :* POC Valid Through - PT: 04/06/20
Hensley PT, Jennifer - 03/11/2020 14:17 EDT
*Documented Pain (new) :* Yes, able to self report pain
Parnell PT Student, Ryan - 03/11/2020 12:50 EDT
*PT Changes in Medication or Medical History :* Yes- Updated Paper Form
Parnell PT Student, Ryan - 03/11/2020 13:59 EDT
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
Parnell PT Student, Ryan - 03/11/2020 12:50 EDT

**Subjective Report**
*Subjective Report :* Pt reportsleft shoulder pain of 6/10 intensity at beginning of therapy. He reports that it has been a little more painful over the past day. Despite reporting pain today, he states that he tolerated the newly added standing rows to HEP from last visit without issues. Pt reports that he is no longer taking pain medication (hydrocodone) since last Thursday.
Parnell PT Student, Ryan - 03/11/2020 12:58 EDT

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 1/20/2020
FIN#: 175789 Discharge Date: 4/21/2020
DOB/Age/Gender: 52 years Male Attending Phys:

*DOC - Therapy*

**Pain Assessment**
*Acceptable Level of Pain :* 2
*Post Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
*Pain Interventions Implemented :* Yes

Parnell PT Student, Ryan - 03/11/2020 13:59 EDT

*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 6

Parnell PT Student, Ryan - 03/11/2020 12:50 EDT

**PT Pain Interventions**
PT Pain Intervention Grid

| | PT Pain Intervention #1 | PT Pain Intervention #2 |
|---|---|---|
| *Activity :* | Cold pack, Electrical stimulation | Rest breaks |
| *Activity Performed :* | Yes | No |
| *Response :* | Pain decreased | |
| *Comments :* | Ice and electrical stimulation following treatment session for pain relief. | |
| | Parnell PT Student, Ryan - 03/11/2020 13:59 EDT | Parnell PT Student, Ryan - 03/11/2020 13:59 EDT |

*OT Pain Intervention Grid Updated :* Yes

Parnell PT Student, Ryan - 03/11/2020 13:59 EDT

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Hensley PT, Jennifer - 03/11/2020 14:17 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |

## *DOC - Therapy*

| | | |
|---|---|---|
| | order to be able to complete ADLs without difficulty. | |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Hensley PT, Jennifer - 03/11/2020 14:17 EDT | Hensley PT, Jennifer - 03/11/2020 14:17 EDT |

*IP PT LTG Documentation :* Yes

Hensley PT, Jennifer - 03/11/2020 14:17 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression | 3/2: QuickDASH = 52 |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | | | needed as tolerated. | |
| | Hensley PT, Jennifer - 03/11/2020 14:17 EDT | Hensley PT, Jennifer - 03/11/2020 14:17 EDT | Hensley PT, Jennifer - 03/11/2020 14:17 EDT | Hensley PT, Jennifer - 03/11/2020 14:17 EDT |

**Therapeutic Exercise**

*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 03/11/2020 13:43 EDT
Parnell PT Student, Ryan - 03/11/2020 13:43 EDT

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | No | Yes | No | No |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 3 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Resist or Assist :* | | | | |
| *Response :* | | Positive response to treatment | | |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: ROM and strength Assessment | Other: 4 way isometrics | Other: Cervical Mechanical Derangment Assessment | Other: Corner stretch |
| *Exercise Performed :* | No | No | No | Yes |
| *Position :* | | | | |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Repetition/Time :* | | 2 x 10 reps each with 5 sec hold | | 3 x 30 sec |
| *Resist or Assist :* | | | | |
| *Response :* | | | | Positive response to treatment |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and to begin strengthening left shoulder. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | To decrease shoulder stiffnes and pain and improve ROM |
| | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT |

| | Exercise 9 | Exercise 10 |
|---|---|---|
| *Exercise :* | Other: Prone AROM Row | Other: Standing Row and Shoulder Ext Elbows Straight |
| *Exercise Performed :* | No | Yes |
| *Position :* | Prone | Unsupported stand |
| *Repetition/Time :* | 2 x10 reps on Left UE | 2 x 10 reps |
| *Resist or Assist :* | AROM | Orange Theraband |
| *Response :* | | Increased activation of targeted muscle groups |
| *Comment :* | Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position. | Performed to improve UE strength and scapular stability for improved shoulder mechanics and pain reduction. |

## DOC - Therapy

| | | |
|---|---|---|
| | Parnell PT Student, Ryan - 03/11/2020 12:50 EDT | Parnell PT Student, Ryan - 03/11/2020 13:08 EDT |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 | Activity 4 |
|---|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch | Myofascial/Soft tissue mobilization |
| *Activity Performed :* | No | Yes | No | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion | Decrease spasm |
| *Response :* | | Positive response to treatment | | Positive response to treatment |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch | Trigger point release |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior and posterior glenohumeral glides, supine manual shoulder abduction stretch. Seated shoulder flexion manual stretch with contract/relax. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. | STM to left upper trapezius. |
| | Parnell PT Student, Ryan - 03/11/2020 13:43 EDT | Parnell PT Student, Ryan - 03/11/2020 13:43 EDT | Parnell PT Student, Ryan - 03/11/2020 13:43 EDT | Parnell PT Student, Ryan - 03/11/2020 13:43 EDT |

*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 03/11/2020 13:43 EDT

**Modalities**

Modalities Grid

## DOC - Therapy

| | Activity 1 |
|---|---|
| *Modality :* | Electrical stimulation, unattended |
| *Activity Performed :* | Yes |
| *Body Region :* | Left Shoulder |
| *Settings :* | IFC Current |
| *Minutes :* | 15 minute |
| *Response :* | Pain decreased, Positive response to treatment |
| *Comments :* | To reduce shoulder pain, performed with ice |
| | Parnell PT Student, Ryan - 03/11/2020 13:59 EDT |

*PT Modalities Grid Updated :* Yes
Parnell PT Student, Ryan - 03/11/2020 13:43 EDT

**Education**
*Teaching Method :* Demonstration, Explanation, Printed materials
Parnell PT Student, Ryan - 03/11/2020 13:43 EDT
Parnell PT Student, Ryan - 03/11/2020 13:43 EDT

Physical Therapy Education Grid
*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Added shoulder ext w/ elbows straight, cueing for form [Parnell PT Student, Ryan - 03/11/2020 14:17 EDT] )
Parnell PT Student, Ryan - 03/11/2020 13:08 EDT

**Assessment**
*PT Treatment Recommendations :* Continue with shoulder flexibility and progress strengthening exercises as tolerated. Still limited by pain.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good
Parnell PT Student, Ryan - 03/11/2020 13:43 EDT
(As Of: 03/11/2020 13:50:50 EDT)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

## DOC - Therapy

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 5 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 03/11/2020 13:43 EDT

**Recommendations/Summary of Progress**
*Additional Information :* Pt still reports moderate level of left shoulder pain. shoulder ROM is improving with pt still being most limited in shoulder flexion. Pt able to tolerated the addition of another shoulder strengthening exercise. Continue with current plan and progress as tolerated.

Parnell PT Student, Ryan - 03/11/2020 13:59 EDT

**OP PT Time Spent With Patient**
*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 03/11/2020 14:17 EDT

*OP PT Elec.Stim (Unattended) Chronic Wound :* 1
*OP PT Elec.Stim Unatt Chronic Wound Min :* 15
*OP PT Total Treatment Untimed Minutes :* 15 minute
*OP PT Total Units (Untimed) :* 1 units
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 03/11/2020 13:59 EDT

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 25
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 15
*OP PT Total Treatment Timed Minutes :* 40 minute
*OP PT Total Units (Timed) :* 3 units

Parnell PT Student, Ryan - 03/11/2020 13:43 EDT

*PT Total Treatment Minutes :* 55
*OP PT Total (All Units) :* 4

Parnell PT Student, Ryan - 03/11/2020 13:59 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 3/9/2020 12:51 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Parnell PT Student,Ryan (3/9/2020 13:59 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (3/9/2020 14:25 EDT); Parnell PT Student,Ryan (3/9/2020 13:59 EDT)

**OP PT Daily Documentation Entered On: 03/09/2020 12:57 EDT**
**Performed On: 03/09/2020 12:51 EDT by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Modalities :* Yes
Parnell PT Student, Ryan - 03/09/2020 13:59 EDT

*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Manual Therapy/*
*Massage :* Yes
Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

*Total Number of Visits PT :* 20
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 03/09/2020 12:51 EDT

*Therapy Certification Date :* POC Valid Through - PT: 04/06/20
Hensley PT, Jennifer - 03/09/2020 14:25 EDT

*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
Parnell PT Student, Ryan - 03/09/2020 12:51 EDT

**Subjective Report**
*Subjective Report :* Pt reports pain in left shoulder of 4/10 intensity at beginning of therapy. Pt saw his surgeon last Wednesday and stated that doctor said that it is unlikely that pt will return to work by July. Doctor said progress with pt's shoulder is expected to be slow given pt's history of injury. Doctor said to continue with shoulder ROM and scapular stabilization.
Parnell PT Student, Ryan - 03/09/2020 12:59 EDT

**Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4
Parnell PT Student, Ryan - 03/09/2020 13:59 EDT

## *DOC - Therapy*

*Acceptable Level of Pain :* 2
*Pain Interventions Implemented :* Yes

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 4

Parnell PT Student, Ryan - 03/09/2020 12:51 EDT

**PT Pain Interventions**
*OT Pain Intervention Grid Updated :* Yes

Parnell PT Student, Ryan - 03/09/2020 13:59 EDT

<u>PT Pain Intervention Grid</u>

| | PT Pain Intervention #1 | PT Pain Intervention #2 |
|---|---|---|
| *Activity :* | Cold pack, Electrical stimulation | Rest breaks |
| *Activity Performed :* | Yes | |
| *Response :* | Positive response to treatment | |
| *Comments :* | Ice and electrical stimulation following treatment session for pain relief. | |
| | Parnell PT Student, Ryan - 03/09/2020 13:59 EDT | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT |

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

<u>Long Term Goals PT IP</u>

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |

## *DOC - Therapy*

| | | |
|---|---|---|
| | complete ADLs without difficulty. | |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression | 3/2: QuickDASH = 52 |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | | | needed as tolerated. | |
| | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT |

**Therapeutic Exercise**

*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

Therapeutic Exercise Grid

| | Exercise 10 | Exercise 1 | Exercise 2 | Exercise 3 |
|---|---|---|---|---|
| *Exercise :* | Other: Standing Row | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression |
| *Exercise Performed :* | Yes | No | Yes | No |
| *Position :* | Unsupported stand | | | Unsupported stand |
| *Repetition/Time :* | 2 x 10 reps | 2 x 10 reps with 3 sec hold each | 1 min x 3 sets each direction | 2 x 10 reps |
| *Resist or Assist :* | Orange Theraband | | | |
| *Response :* | Positive response to treatment | | Positive response to treatment | |
| *Comment :* | Performed to improve UE strength and scapular stability for improved shoulder mechanics and pain reduction. | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM |
| | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT | Parnell PT Student, Ryan - 03/09/2020 12:51 EDT | Parnell PT Student, Ryan - 03/09/2020 12:51 EDT | Parnell PT Student, Ryan - 03/09/2020 12:51 EDT |

| | Exercise 4 | Exercise 5 | Exercise 6 | Exercise 7 |
|---|---|---|---|---|
| *Exercise :* | Other: Shoulder Pendulums | Other: ROM and strength Assessment | Other: 4 way isometrics | Other: Cervical Mechanical Derangment Assessment |
| *Exercise Performed :* | No | No | No | No |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Position :* | Supported stand | | | |
| *Repetition/Time :* | 1 minute each direction | | 2 x 10 reps each with 5 sec hold | |
| *Resist or Assist :* | | | | |
| *Response :* | | | | |
| *Comment :* | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and to begin strengthening left shoulder. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. |
| | Parnell PT Student, Ryan - 03/09/2020 12:51 EDT | Parnell PT Student, Ryan - 03/09/2020 13:04 EDT | Parnell PT Student, Ryan - 03/09/2020 13:04 EDT | Parnell PT Student, Ryan - 03/09/2020 12:51 EDT |

| | Exercise 8 | Exercise 9 |
|---|---|---|
| *Exercise :* | Other: Corner stretch | Other: Prone AROM Row |
| *Exercise Performed :* | No | No |
| *Position :* | | Prone |
| *Repetition/Time :* | 3 x 30 sec | 2 x10 reps on Left UE |
| *Resist or Assist :* | | AROM |
| *Response :* | | |
| *Comment :* | To decrease shoulder stiffnes and pain and improve ROM | Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position. |
| | Parnell PT Student, Ryan - 03/09/2020 13:04 EDT | Parnell PT Student, Ryan - 03/09/2020 13:04 EDT |

**Manual Therapy**
Manual Therapy/Massage Grid

## *DOC - Therapy*

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | No | Yes | No |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | Positive response to treatment | |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior glenohumeral glides, supine manual shoulder abduction stretch and sidelying shoulder flexion stretch. Seated shoulder flexion manual stretch with contract/relax. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |
| | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT | Parnell PT Student, Ryan - 03/09/2020 13:37 EDT |

*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

**Modalities**

Modalities Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Modality :* | Electrical stimulation, unattended | ~~Cold packs [IN ERROR] { [Cold packs] - previously charted~~ |

## *DOC - Therapy*

| | | |
|---|---|---|
| | | ~~by Parnell PT Student, Ryan at 03/09/2020 13:59 EDT (Not Validated) };~~ |
| *Activity Performed :* | Yes | ~~No [IN ERROR] { [No] - previously charted by Parnell PT Student, Ryan at 03/09/2020 13:59 EDT (Not Validated) };~~ |
| *Body Region :* | Left Shoulder | ~~[IN ERROR] { [Left Shoulder] - previously charted by Parnell PT Student, Ryan at 03/09/2020 13:59 EDT (Not Validated) };~~ |
| *Settings :* | IFC Current | |
| *Minutes :* | 15 minute | 15 minute |
| *Response :* | Positive response to treatment | |
| *Comments :* | To reduce shoulder pain, performed with ice | ~~[IN ERROR] { [To reduce shoulder pain, performed with electrical stimulation] - previously charted by Parnell PT Student, Ryan at 03/09/2020 13:59 EDT (Not Validated) };~~ |
| | Parnell PT Student, Ryan - 03/09/2020 13:59 EDT | Hensley PT, Jennifer - 03/09/2020 14:25 EDT |

*PT Modalities Grid Updated :* Yes

Parnell PT Student, Ryan - 03/09/2020 13:59 EDT

**Education**

Physical Therapy Education Grid

## *DOC - Therapy*

*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Added rows, continue to progress strengthening exercises [Parnell PT Student, Ryan - 03/09/2020 14:25 EDT] )

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

*Teaching Method :* Demonstration, Explanation, Printed materials

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

**Assessment**

*PT Treatment Recommendations :* Continue with shoulder flexibility and progress strengthening exercises as tolerated. Still somewhat limited by pain.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT
(As Of: 03/09/2020 14:28:21 EDT)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 5 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

**Recommendations/Summary of Progress**

*Additional Information :* Pt able to tolerate treatment session with addition of rows to begin progression of scapular/shoulder strengthening and stability exercises as tolerated. Pt still limited by pain and is most stiff in shoulder flexion. Pt recently saw doctor and doctor said to continue to work on shoulder ROM and progress to scapular stability/strengthening as tolerated. Continue with current plan and progress as tolerated.

Parnell PT Student, Ryan - 03/09/2020 13:37 EDT

**OP PT Time Spent With Patient**

*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 03/09/2020 14:25 EDT

*OP PT Unattended E-Stim Units :* 1
*OP PT Unattended E-Stim Minutes :* 15
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 16
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 23
*OP PT Total Treatment Timed Minutes :* 39 minute

## *DOC - Therapy*

*OP PT Total Units (Timed) :* 3 units
*OP PT Total Treatment Untimed Minutes :* 15 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 54
*OP PT Total (All Units) :* 4
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 03/09/2020 13:59 EDT

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 3/4/2020 09:45 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Parnell PT Student,Ryan (3/4/2020 13:30 EST)
SIGN INFORMATION: Hensley PT,Jennifer (3/4/2020 14:17 EST); Parnell PT Student,Ryan (3/4/2020 13:30 EST)

**OP PT Daily Documentation Entered On: 03/04/2020 09:47 EST**
**Performed On: 03/04/2020 09:45 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Manual Therapy/ Massage :* Yes
Parnell PT Student, Ryan - 03/04/2020 13:30 EST
*Therapeutic Exercise :* Yes
Parnell PT Student, Ryan - 03/04/2020 09:48 EST
*Total Number of Visits PT :* 19
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 03/04/2020 09:45 EST
*Therapy Certification Date :* POC Valid Through - PT: 04/06/20
Hensley PT, Jennifer - 03/04/2020 14:17 EST
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
Parnell PT Student, Ryan - 03/04/2020 09:45 EST

**Subjective Report**
*Subjective Report :* Pt reports pain in left shoulder of 4/10 instensity at beginning of therapy. He also states that he is seeing his doctor today after his physical therapy appointment.
Parnell PT Student, Ryan - 03/04/2020 09:48 EST

**Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 6
*Pain Interventions Implemented :* Yes
Parnell PT Student, Ryan - 03/04/2020 13:30 EST
*Acceptable Level of Pain :* 2
Parnell PT Student, Ryan - 03/04/2020 09:48 EST

## *DOC - Therapy*

*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 4

Parnell PT Student, Ryan - 03/04/2020 09:45 EST

**PT Pain Interventions**

PT Pain Intervention Grid

| | PT Pain Intervention #1 | PT Pain Intervention #2 |
|---|---|---|
| *Activity :* | Cold pack, Electrical stimulation | Rest breaks |
| *Activity Performed :* | No | Yes |
| *Response :* | | Positive response to treatment |
| *Comments :* | Ice and electrical stimulation following treatment session for pain relief. | |
| | Parnell PT Student, Ryan - 03/04/2020 13:30 EST | Parnell PT Student, Ryan - 03/04/2020 13:30 EST |

*OT Pain Intervention Grid Updated :* Yes

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |

## DOC - Therapy

| | | |
|---|---|---|
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 03/04/2020 13:30 EST | Parnell PT Student, Ryan - 03/04/2020 13:30 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated. | 3/2: QuickDASH = 52 |
| | Parnell PT Student, Ryan - | Parnell PT Student, Ryan - | Parnell PT Student, Ryan - | Parnell PT Student, Ryan - |

## DOC - Therapy

| | 03/04/2020 13:30 EST | 03/04/2020 13:30 EST | 03/04/2020 13:30 EST | 03/04/2020 13:30 EST |
|---|---|---|---|---|

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | No | Yes | No | No |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 3 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Resist or Assist :* | | | | |
| *Response :* | | Positive response to treatment | | |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Parnell PT Student, Ryan - 03/04/2020 09:48 EST | Parnell PT Student, Ryan - 03/04/2020 09:58 EST | Parnell PT Student, Ryan - 03/04/2020 09:48 EST | Parnell PT Student, Ryan - 03/04/2020 09:48 EST |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: ROM and strength Assessment | Other: 4 way isometrics | Other: Cervical Mechanical Derangment Assessment | Other: Corner stretch |
| *Exercise Performed :* | No | Yes | No | No |
| *Position :* | | | | |
| *Repetition/Time :* | | 2 x 10 reps each with 5 sec hold | | 3 x 30 sec |
| *Resist or Assist :* | | | | |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Response :* | | Positive response to treatment | | |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and to begin strengthening left shoulder. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | To decrease shoulder stiffnes and pain and improve ROM |
| | Parnell PT Student, Ryan - 03/04/2020 09:48 EST | Parnell PT Student, Ryan - 03/04/2020 09:58 EST | Parnell PT Student, Ryan - 03/04/2020 09:48 EST | Parnell PT Student, Ryan - 03/04/2020 13:30 EST |

| | Exercise 9 |
|---|---|
| *Exercise :* | Other: Prone AROM Row |
| *Exercise Performed :* | No |
| *Position :* | Prone |
| *Repetition/Time :* | 2 x10 reps on Left UE |
| *Resist or Assist :* | AROM |
| *Response :* | |
| *Comment :* | Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position. |
| | Parnell PT Student, Ryan - 03/04/2020 13:30 EST |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft | Manual stretch, Mobilization | Manual stretch |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | tissue mobilization | | |
| *Activity Performed :* | No | Yes | No |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | Positive response to treatment | |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior glenohumeral glides, supine manual shoulder abduction stretch and sidelying shoulder flexion stretch. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |
| | Parnell PT Student, Ryan - 03/04/2020 13:30 EST | Parnell PT Student, Ryan - 03/04/2020 13:30 EST | Parnell PT Student, Ryan - 03/04/2020 13:30 EST |

*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Still requires some cueing for technique, progression to strengthening as tolerated [Parnell PT Student, Ryan - 03/04/2020 14:17 EST] )

Parnell PT Student, Ryan - 03/04/2020 09:58 EST

*Teaching Method :* Demonstration, Explanation

Parnell PT Student, Ryan - 03/04/2020 09:58 EST

**Assessment**

*PT Treatment Recommendations :* Pt continues to be limited by pain. Pt able to tolerate therapy with rest breaks as tolerate. Pt seeing doctor today for follow-up.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

## *DOC - Therapy*

(As Of: 03/04/2020 13:36:41 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 5 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 03/04/2020 09:58 EST

**Recommendations/Summary of Progress**

*Additional Information :* Session limited due to time as pt arrived 15 minutes late. Pt continues to reports left shoulder pain that interferes with his daily level of function. Continues to demonstrate impaired left shoulder ROM. Continuing to work on ROM and strength as tolerated. Continue with current plan and progress as tolerated.

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

**OP PT Time Spent With Patient**

*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 03/04/2020 14:17 EST

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 20
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 10
*OP PT Total Treatment Timed Minutes :* 30 minute
*OP PT Total Units (Timed) :* 2 units
*PT Total Treatment Minutes :* 30
*OP PT Total (All Units) :* 2
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No
*OP PT Cancellation - Other :* 1

Parnell PT Student, Ryan - 03/04/2020 13:30 EST

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 3/2/2020 12:50 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (3/2/2020 18:08 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (3/2/2020 18:19 EST); Parnell PT Student,Ryan (3/2/2020 18:08 EST) |

**OP PT Daily Documentation Entered On: 03/02/2020 12:57 EST**
**Performed On: 03/02/2020 12:50 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Modalities :* Yes
Parnell PT Student, Ryan - 03/02/2020 18:08 EST

*Manual Therapy/ Massage :* Yes
Parnell PT Student, Ryan - 03/02/2020 14:28 EST

*Total Number of Visits PT :* 18
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 03/02/2020 12:50 EST

*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Hensley PT, Jennifer - 03/02/2020 18:19 EST

*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
Parnell PT Student, Ryan - 03/02/2020 12:50 EST

**Subjective Report**
*Subjective Report :* Pt reports left shoulder pain of 4/10 intensity at beginning of therapy. Pt reports reports left shoulder pain has been 8/10 at its worst in the past week and 2/10 at its best. Pt also continue to report being compliant with his HEP at home. States that shoulder flexion is still his most painful motion.
Parnell PT Student, Ryan - 03/02/2020 12:50 EST

**Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
Parnell PT Student, Ryan - 03/02/2020 14:28 EST

*Acceptable Level of Pain :* 2

## DOC - Therapy

*Pain Interventions Implemented :* Yes

Parnell PT Student, Ryan - 03/02/2020 12:58 EST

*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left

Parnell PT Student, Ryan - 03/02/2020 12:50 EST

*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

Parnell PT Student, Ryan - 03/02/2020 14:28 EST

**PT Pain Interventions**
*OT Pain Intervention Grid Updated :* Yes

Parnell PT Student, Ryan - 03/02/2020 14:28 EST

PT Pain Intervention Grid

| | PT Pain Intervention #1 |
|---|---|
| *Activity :* | Cold pack, Electrical stimulation |
| *Activity Performed :* | Yes |
| *Response :* | Positive response to treatment |
| *Comments :* | Ice and electrical stimulation following treatment session for pain relief. |
| | Parnell PT Student, Ryan - 03/02/2020 14:28 EST |

**Long Term Goals**
*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 03/02/2020 14:28 EST

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 03/02/2020 12:50 EST
Parnell PT Student, Ryan - 03/02/2020 12:50 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and |

## *DOC - Therapy*

| | | |
|---|---|---|
| | external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 03/02/2020 14:28 EST | Parnell PT Student, Ryan - 03/02/2020 12:50 EST |

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated. | 3/2: QuickDASH = 52 |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| | Parnell PT Student, Ryan - 03/02/2020 12:50 EST | Parnell PT Student, Ryan - 03/02/2020 12:50 EST | Parnell PT Student, Ryan - 03/02/2020 12:50 EST | Parnell PT Student, Ryan - 03/02/2020 14:28 EST |

**Therapeutic Exercise**

*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 03/02/2020 14:28 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | No | Yes | No | No |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 3 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Resist or Assist :* | | | | |
| *Response :* | | Positive response to treatment | | |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Parnell PT Student, Ryan - 03/02/2020 12:50 EST | Parnell PT Student, Ryan - 03/02/2020 12:50 EST | Parnell PT Student, Ryan - 03/02/2020 12:50 EST | Parnell PT Student, Ryan - 03/02/2020 12:50 EST |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: ROM and strength Assessment | Other: 4 way isometrics | Other: Cervical Mechanical Derangment Assessment | Other: Corner stretch |
| *Exercise Performed :* | Yes | No | No | No |
| *Position :* | | | | |
| *Repetition/Time :* | | 2 x 10 reps each with 5 sec hold | | 3 x 30 sec |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Resist or Assist :* | | | | |
| *Response :* | No response to treatment | | | |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | To decrease shoulder stiffnes and pain and improve ROM |
| | Parnell PT Student, Ryan - 03/02/2020 14:28 EST | Parnell PT Student, Ryan - 03/02/2020 13:10 EST | Parnell PT Student, Ryan - 03/02/2020 12:50 EST | Parnell PT Student, Ryan - 03/02/2020 13:10 EST |

| | Exercise 9 |
|---|---|
| *Exercise :* | Other: Prone AROM Row |
| *Exercise Performed :* | Yes |
| *Position :* | Prone |
| *Repetition/Time :* | 2 x10 reps on Left UE |
| *Resist or Assist :* | AROM |
| *Response :* | Positive response to treatment |
| *Comment :* | Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position. |
| | Parnell PT Student, Ryan - 03/02/2020 13:10 EST |

**Manual Therapy**
*PT Manual Therapy Grid Updated :* Yes

## *DOC - Therapy*

Parnell PT Student, Ryan - 03/02/2020 18:08 EST

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | No | Yes | No |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | Positive response to treatment | |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior and posterior glenohumeral glides, supine manual shoulder abduction stretch and sidelying shoulder flexion stretch. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |
| | Parnell PT Student, Ryan - 03/02/2020 18:08 EST | Parnell PT Student, Ryan - 03/02/2020 18:08 EST | Parnell PT Student, Ryan - 03/02/2020 18:08 EST |

**Modalities**

Modalities Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Modality :* | Electrical stimulation, unattended | Cold packs |
| *Activity Performed :* | Yes | No |
| *Body Region :* | Left Shoulder | Left Shoulder |
| *Settings :* | IFC Current | |
| *Minutes :* | 15 minute | 15 minute |

## *DOC - Therapy*

| | | |
|---|---|---|
| *Response :* | Positive response to treatment | |
| *Comments :* | To reduce shoulder pain, performed with ice | To reduce shoulder pain, performed with electrical stimulation |
| | Parnell PT Student, Ryan - 03/02/2020 18:08 EST | Parnell PT Student, Ryan - 03/02/2020 18:08 EST |

*PT Modalities Grid Updated :* Yes
Parnell PT Student, Ryan - 03/02/2020 18:08 EST

**Education**
*Teaching Method :* Demonstration, Explanation
Parnell PT Student, Ryan - 03/02/2020 18:08 EST
Parnell PT Student, Ryan - 03/02/2020 18:08 EST

Physical Therapy Education Grid
*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Progression of HEP [Parnell PT Student, Ryan - 03/02/2020 18:19 EST] )
Parnell PT Student, Ryan - 03/02/2020 14:28 EST

**UE ROM/Strength**
Left Upper Extremity Strength Grid
*Shoulder Flexion :* 3+
(Comment: Within available ROM [Parnell PT Student, Ryan - 03/02/2020 18:19 EST] )
*Shoulder Abduction :* 3+
(Comment: Within available ROM [Parnell PT Student, Ryan - 03/02/2020 18:19 EST] )
Parnell PT Student, Ryan - 03/02/2020 13:12 EST

Right Upper Extremity Strength Grid
*Shoulder Flexion :* 5
*Shoulder Abduction :* 5
Parnell PT Student, Ryan - 03/02/2020 13:12 EST

Upper Extremity Overall ROM Grid
*Right Upper Extremity Active Range :* Within functional limits
Parnell PT Student, Ryan - 03/02/2020 13:12 EST

*Left Upper Extremity Active Range :* Impaired
Parnell PT Student, Ryan - 03/02/2020 12:58 EST

*Document UE Range in Degrees :* Yes
Parnell PT Student, Ryan - 03/02/2020 12:58 EST

**UE ROM Degrees**
Left Upper Extremity Detailed ROM Grid

| | Left Shoulder Flexion Range | Left Shoulder Abduction Range | Left Shoulder External Rotation Range |
|---|---|---|---|
| *Active :* | 119 degrees | 122 degrees | 50 degrees |

## *DOC - Therapy*

| | Parnell PT Student, Ryan - 03/02/2020 12:58 EST | Parnell PT Student, Ryan - 03/02/2020 12:58 EST | Parnell PT Student, Ryan - 03/02/2020 12:58 EST |
|---|---|---|---|

**Quick DASH**
*Open a tight or new jar :* Moderate Difficulty
*Do heavy household chores :* Moderate Difficulty
*Carry a shopping bag or briefcase :* Severe difficulty
*Wash your back :* Severe difficulty
*Use a knife to cut food :* Moderate Difficulty
*Rec activities where you take arm force/impact :* Severe difficulty
*During past week arm interfered :* Mild difficulty
*During past week limited in regular :* Moderate Difficulty
*Please rate severity of arm, shoulder :* Moderate Difficulty
*Please rate severity tingling :* Moderate Difficulty
*During past week, difficulty sleeping :* Mild difficulty
*QuickDASH Disability/Symptoms Score :* 52
*#Please rate severity of symptoms :* 1
*#During the past wk interfered w/social :* 1
*#Rec activities w/ force :* 1
*#Do heavy household chores (wash walls) :* 1
*#Carry a shopping bag :* 1
*#Activities Rated :* 11
*#Please rate severity of tingling :* 1
*#During past wk limited in work :* 1
*#Use a knife to cut food :* 1
*#Open a tight or new jar :* 1
*#Wash your back :* 1
*#During past week difficulty sleep :* 1

Parnell PT Student, Ryan - 03/02/2020 13:05 EST

**Assessment**
*PT Treatment Recommendations :* Pt has not met any new long-term or short-term goals since last re-aassessment. ROM still improving. Still limited by pain, ROM still restricted especially in flexion and strength deficits evident in left shoulder.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 03/02/2020 18:08 EST
(As Of: 03/02/2020 18:19:13 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

## *DOC - Therapy*

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 03/02/2020 18:08 EST

**Recommendations/Summary of Progress**
*Additional Information :* Pt's left shoulder ROM is still progressing (see updated UE ROM section) however, ROM deficits still present especially in shoulder flexion. Strength was now able to be assessed due to pt now being able to achieve testing positions with weakness evident in left shoulder (see UE strength section). Pt continues to be limited by pain and states that in the past week pain in left shoulder has been 8/10 at its worst and 2/10 at its best. Updated QuickDASH score is 52 indicating the presence of continued significant functional limitation due to pain. Pt will continue to benefit from therapy for further left shoulder flexibility, strengthening as tolerated, and further pain reduction for improved daily function with UE tasks. Continue with current plan and progress as tolerated.

Parnell PT Student, Ryan - 03/02/2020 18:08 EST

**OP PT Time Spent With Patient**
*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 03/02/2020 18:19 EST

*OP PT Unattended E-Stim Units :* 1
*OP PT Unattended E-Stim Minutes :* 15
*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 30
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 10
*OP PT Total Treatment Timed Minutes :* 40 minute
*OP PT Total Units (Timed) :* 3 units
*OP PT Total Treatment Untimed Minutes :* 15 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 55
*OP PT Total (All Units) :* 4
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 03/02/2020 18:08 EST

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 2/26/2020 12:53 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (2/26/2020 14:31 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (2/26/2020 14:34 EST); Parnell PT Student,Ryan (2/26/2020 14:31 EST) |

**OP PT Daily Documentation Entered On: 02/26/2020 13:01 EST**
**Performed On: 02/26/2020 12:53 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
Hensley PT, Jennifer - 02/26/2020 14:34 EST
*Manual Therapy/ Massage :* Yes
Parnell PT Student, Ryan - 02/26/2020 14:15 EST
*PT Changes in Medication or Medical History :* No Changes Reported
*Therapeutic Exercise :* Yes
Parnell PT Student, Ryan - 02/26/2020 13:01 EST
*Total Number of Visits PT :* 17
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 02/26/2020 12:53 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Hensley PT, Jennifer - 02/26/2020 14:34 EST
*Documented Pain (new) :* Yes, able to self report pain
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
Parnell PT Student, Ryan - 02/26/2020 12:53 EST

**Subjective Report**
*Subjective Report :* Pt reports pain in left shoulder of 5/10 intensity at beginning of therapy. Pt reports that his "scapula seems more irritated lately." Pt states he continues to be compliant with his HEP at home. He continues to state that shoulder flexion ROM is the most painful for him He reports seeing a pain management doctor yesterday and says appointment went well. Pt states that doctor said his history of thumb and 5th digit numbness/weakness could involve irritation at C6 nerve root.
Parnell PT Student, Ryan - 02/26/2020 13:05 EST

**Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4

## *DOC - Therapy*

*Pain Interventions Implemented :* Yes

Parnell PT Student, Ryan - 02/26/2020 14:19 EST

*Primary Pain Laterality :* Left
*Acceptable Level of Pain :* 2

Parnell PT Student, Ryan - 02/26/2020 13:05 EST

*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

Parnell PT Student, Ryan - 02/26/2020 12:53 EST

**PT Pain Interventions**

PT Pain Intervention Grid

| | PT Pain Intervention #1 |
|---|---|
| *Activity :* | Cold pack, Electrical stimulation |
| *Activity Performed :* | Yes |
| *Response :* | Pain decreased |
| *Comments :* | Ice and electrical stimulation following treatment session for pain relief. |
| | Parnell PT Student, Ryan - 02/26/2020 14:19 EST |

*OT Pain Intervention Grid Updated :* Yes

Parnell PT Student, Ryan - 02/26/2020 14:19 EST

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Hensley PT, Jennifer - 02/26/2020 14:34 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |

| | | |
|---|---|---|
| | complete ADLs without difficulty. | |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Hensley PT, Jennifer - 02/26/2020 14:34 EST | Hensley PT, Jennifer - 02/26/2020 14:34 EST |

*IP PT LTG Documentation :* Yes

Hensley PT, Jennifer - 02/26/2020 14:34 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 2/24: Pt report independence with current HEP, further progression needed as tolerated. | |
| | Hensley PT, Jennifer - | Hensley PT, Jennifer - | Hensley PT, Jennifer - | Hensley PT, Jennifer - |

## *DOC - Therapy*

| | 02/26/2020 14:34 EST | 02/26/2020 14:34 EST | 02/26/2020 14:34 EST | 02/26/2020 14:34 EST |
|---|---|---|---|---|

**Therapeutic Exercise**

*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 02/26/2020 14:19 EST

Therapeutic Exercise Grid

| | Exercise 9 | Exercise 1 | Exercise 2 | Exercise 3 |
|---|---|---|---|---|
| *Exercise :* | Other: Prone AROM Row | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression |
| *Exercise Performed :* | Yes | No | Yes | No |
| *Position :* | Prone | | | Unsupported stand |
| *Repetition/Time :* | 1 x10 rep on Left UE | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps |
| *Resist or Assist :* | AROM | | | |
| *Response :* | Positive response to treatment | | Positive response to treatment | |
| *Comment :* | Performed in order to improve shoulder strength as well as for shoulder relaxtion in distracted position. | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM |
| | Parnell PT Student, Ryan - 02/26/2020 14:19 EST | Parnell PT Student, Ryan - 02/26/2020 13:01 EST | Parnell PT Student, Ryan - 02/26/2020 13:05 EST | Parnell PT Student, Ryan - 02/26/2020 13:01 EST |

| | Exercise 4 | Exercise 5 | Exercise 6 | Exercise 7 |
|---|---|---|---|---|
| *Exercise :* | Other: Shoulder Pendulums | Other: ROM Re-Assessment | Other: 4 way isometrics | Other: Cervical Mechanical Derangment Assessment |
| *Exercise Performed :* | No | No | Yes | No |
| *Position :* | Supported stand | | | |
| *Repetition/Time :* | 1 minute each direction | | 2 x 10 reps each with 5 sec hold | |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Resist or Assist :* | | | | |
| *Response :* | | | Increased activation of targeted muscle groups | |
| *Comment :* | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. |
| | Parnell PT Student, Ryan - 02/26/2020 13:01 EST | Parnell PT Student, Ryan - 02/26/2020 13:01 EST | Parnell PT Student, Ryan - 02/26/2020 14:19 EST | Parnell PT Student, Ryan - 02/26/2020 13:01 EST |

| | Exercise 8 |
|---|---|
| *Exercise :* | Other: Corner stretch |
| *Exercise Performed :* | No |
| *Position :* | |
| *Repetition/Time :* | 3 x 30 sec |
| *Resist or Assist :* | |
| *Response :* | |
| *Comment :* | To decrease shoulder stiffnes and pain and improve ROM |
| | Parnell PT Student, Ryan - 02/26/2020 13:05 EST |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | No | Yes | No |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | Positive response to treatment | |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior glenohumeral glides, supine manual shoulder flexion and abduction stretches. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |
| | Parnell PT Student, Ryan - 02/26/2020 14:15 EST | Parnell PT Student, Ryan - 02/26/2020 14:15 EST | Parnell PT Student, Ryan - 02/26/2020 14:15 EST |

*PT Manual Therapy Grid Updated :* Yes
Parnell PT Student, Ryan - 02/26/2020 14:15 EST

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Cueing for form during isometrics, added prone row to HEP [Parnell PT Student, Ryan - 02/26/2020 14:34 EST] )

*Pain Control :* Verbalizes understanding, Needs further teaching
(Comment: Ice and electrical stimulation for pain reduction [Parnell PT Student, Ryan - 02/26/2020 14:34 EST] )
Parnell PT Student, Ryan - 02/26/2020 14:19 EST

*Teaching Method :* Demonstration, Explanation
Parnell PT Student, Ryan - 02/26/2020 14:19 EST

**UE ROM/Strength**

Upper Extremity Overall ROM Grid

## *DOC - Therapy*

*Left Upper Extremity Active Range :* Impaired

Parnell PT Student, Ryan - 02/26/2020 13:01 EST

*Document UE Range in Degrees :* Yes

Parnell PT Student, Ryan - 02/26/2020 13:01 EST

**UE ROM Degrees**

Left Upper Extremity Detailed ROM Grid

| | Left Shoulder Flexion Range | Left Shoulder Abduction Range |
|---|---|---|
| *Active :* | 114 degrees | 123 degrees |
| | Parnell PT Student, Ryan - 02/26/2020 13:01 EST | Parnell PT Student, Ryan - 02/26/2020 13:01 EST |

**Assessment**

*PT Treatment Recommendations :* Pain continues to be a limiting factor for pt. Pt's shoulder ROM has still been improving with shoulder flexion being most provocative of pt's pain. Continue with progression of shoulder ROM and gentle strengthening as tolerated.

*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 02/26/2020 13:05 EST
(As Of: 02/26/2020 13:16:40 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day

*OP PT Duration Rehab :* 9 weeks

*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week

*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283

*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 02/26/2020 13:05 EST

**Recommendations/Summary of Progress**

*Additional Information :* Pt arrived 8 minutes late to therapy session kept treated 2 minutes over pt's scheduled time. Pt continues to be limited by pain and is still limited in shoulder ROM although this has been improving. Shoulder flexion is most limited and painful. Pt able to tolerate AROM prone row today which was added to pt's home program. Pt stayed after treatment for ice and electrical stimulation for pain reduction. Continue with progressing manual and AROM for shoulder ROM deficits and progression of AROM exercises.

Parnell PT Student, Ryan - 02/26/2020 14:19 EST

## *DOC - Therapy*

**OP PT Time Spent With Patient**
*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student
~~*OP PT Hot, Cold Pack :* 0 [IN ERROR]~~
~~{ [0 ] - previously charted by Parnell PT Student, Ryan at 02/26/2020 14:19 EST (Not Validated) };~~
~~*OP PT Hot, Cold Pack Minutes :* 15 [IN ERROR]~~
Hensley PT, Jennifer - 02/26/2020 14:34 EST
~~{ [15 ] - previously charted by Parnell PT Student, Ryan at 02/26/2020 14:19 EST (Not Validated) };~~
*OP PT Unattended E-Stim Units :* 0
*OP PT Unattended E-Stim Minutes :* 15
*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 27
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 12
*OP PT Total Treatment Timed Minutes :* 39 minute
*OP PT Total Units (Timed) :* 3 units
Parnell PT Student, Ryan - 02/26/2020 14:19 EST
*OP PT Total Treatment Untimed Minutes :* 15 minute
Hensley PT, Jennifer - 02/26/2020 14:34 EST
*OP PT Total Units (Untimed) :* 0 units
Parnell PT Student, Ryan - 02/26/2020 14:19 EST
*PT Total Treatment Minutes :* 54
Hensley PT, Jennifer - 02/26/2020 14:34 EST
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No
Parnell PT Student, Ryan - 02/26/2020 14:19 EST

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 2/24/2020 12:52 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (2/24/2020 13:40 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (2/24/2020 14:55 EST); Parnell PT Student,Ryan (2/24/2020 13:40 EST) |

**OP PT Daily Documentation Entered On: 02/24/2020 13:09 EST**
**Performed On: 02/24/2020 12:52 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

*Total Number of Visits PT :* 16
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes

Parnell PT Student, Ryan - 02/24/2020 12:52 EST

*Therapy Certification Date :* POC Valid Through - PT: 03/09/20

Hensley PT, Jennifer - 02/24/2020 14:55 EST

*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes

Parnell PT Student, Ryan - 02/24/2020 12:52 EST

**Subjective Report**
*Subjective Report :* Pt reports pain in left shoulder of 4/10 intensity at the start of therapy. Pt reports he has been compliant with current HEP exercises. Pt also states that he continues to have pain/soreness with exercise.

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 6

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 4

Parnell PT Student, Ryan - 02/24/2020 12:52 EST

## *DOC - Therapy*

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 02/24/2020 13:40 EST | Parnell PT Student, Ryan - 02/24/2020 13:40 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 2/24: Pt report independence with current HEP, further progression needed as tolerated. | |
| | Parnell PT Student, Ryan - 02/24/2020 13:40 EST | Parnell PT Student, Ryan - 02/24/2020 13:40 EST | Parnell PT Student, Ryan - 02/24/2020 13:40 EST | Parnell PT Student, Ryan - 02/24/2020 13:40 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes
Parnell PT Student, Ryan - 02/24/2020 13:40 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | No | Yes | No | No |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Response :* | | Positive response to treatment, Other: Improved ROM | | |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Parnell PT Student, Ryan - | Parnell PT Student, Ryan - | Parnell PT Student, Ryan - | Parnell PT Student, Ryan - |

## *DOC - Therapy*

| | 02/24/2020 13:40 EST | 02/24/2020 13:40 EST | 02/24/2020 13:40 EST | 02/24/2020 13:40 EST |
|---|---|---|---|---|

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: ROM Re-Assessment | Other: 4 way isometrics | Other: Cervical Mechanical Derangment Assessment | Other: Corner stretch |
| *Exercise Performed :* | No | Yes | No | Yes |
| *Position :* | | | | |
| *Repetition/Time :* | | 2 x 10 reps each with 5 sec hold | | 3 x 30 sec |
| *Response :* | | Increased activation of targeted muscle groups | | Positive response to treatment |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | To decrease shoulder stiffnes and pain and improve ROM |
| | Parnell PT Student, Ryan - 02/24/2020 12:52 EST | Parnell PT Student, Ryan - 02/24/2020 12:52 EST | Parnell PT Student, Ryan - 02/24/2020 12:52 EST | Parnell PT Student, Ryan - 02/24/2020 12:52 EST |

**Manual Therapy**
*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | No | Yes | No |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | Positive response to treatment | |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior and posterior glenohumeral glides, and manual sidelying shoulder flexion and external rotation stretches. Supine manual shoulder abduction stretch. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |
| | Parnell PT Student, Ryan - 02/24/2020 13:40 EST | Parnell PT Student, Ryan - 02/24/2020 13:40 EST | Parnell PT Student, Ryan - 02/24/2020 13:40 EST |

**Education**
Physical Therapy Education Grid
*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Further progression as tolerated and cueing for proper technique [Parnell PT Student, Ryan - 02/24/2020 14:55 EST] )
*Pain Control :* Verbalizes understanding, Needs further teaching
(Comment: Further non-pharmacological pain management strategies as indicated [Parnell PT Student, Ryan - 02/24/2020 14:55 EST] )
Parnell PT Student, Ryan - 02/24/2020 13:40 EST
*Teaching Method :* Demonstration, Explanation
Parnell PT Student, Ryan - 02/24/2020 13:40 EST

**Assessment**
*PT Treatment Recommendations :* Pt's shoulder ROM continues to improve. Pain still a limiting factor. Continuing with shoulder ROM and gradual progrssion to gentle strengthening when tolerated/appropriate.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good
Parnell PT Student, Ryan - 02/24/2020 13:40 EST
(As Of: 02/24/2020 14:57:31 EST)

## DOC - Therapy

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

**Recommendations/Summary of Progress**
*Additional Information :* Pt arrived 7 minutes late and kept 7 minutes over scheduled end time. Pt able to tolerate therapy session with increase in pain from 4/10 to 6/10. Pain continues to be a limiting factor. Shoulder ROM continues to improve. May try prone table exercises with shoulder in distracted position next visit. Otherwise, continue with current treatment plan and progress as tolerated.

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

**OP PT Time Spent With Patient**
*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 02/24/2020 14:55 EST

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 29
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 16
*OP PT Total Treatment Timed Minutes :* 45 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 02/24/2020 13:40 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 2/21/2020 12:50 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (2/21/2020 15:16 EST)
SIGN INFORMATION: Fifield PTA,Patrick (2/21/2020 15:16 EST)

**OP PT Daily Documentation Entered On: 02/21/2020 13:42 EST**
**Performed On: 02/21/2020 12:50 EST by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Modalities :* Yes
Fifield PTA, Patrick - 02/21/2020 15:16 EST
*Total Number of Visits PT :* 15
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 02/21/2020 12:55 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Fifield PTA, Patrick - 02/21/2020 15:16 EST
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes
Fifield PTA, Patrick - 02/21/2020 12:55 EST

**Subjective Report**
*Subjective Report :* "My shoulder is feeling a little better. It's hurting more after I do the therapy."
Fifield PTA, Patrick - 02/21/2020 12:55 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 3
Fifield PTA, Patrick - 02/21/2020 15:16 EST
*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
Fifield PTA, Patrick - 02/21/2020 12:55 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Fifield PTA, Patrick - 02/21/2020 12:55 EST

## *DOC - Therapy*

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST |

*IP PT LTG Documentation :* Yes

Fifield PTA, Patrick - 02/21/2020 12:55 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt | | |

| | | | | |
|---|---|---|---|---|
| | Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | reports pain of 6/10 | | |
| | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST |

**Therapeutic Exercise**

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | | Yes | | |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: ROM Re-Assessment | Other: 4 way isometrics | Other: Cervical Mechanical Derangment Assessment | Other: Corner stretch |
| *Exercise Performed :* | | Yes | | |
| *Position :* | | | | |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Repetition/Time :* | | 2 x 10 reps each with 5 sec hold | | 3 x 30 sec |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | To decrease shoulder stiffnes and pain and improve ROM |
| | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 12:55 EST |

*Therapeutic Exercise Grid Updated :* Yes

Fifield PTA, Patrick - 02/21/2020 12:55 EST

**Manual Therapy**

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 02/21/2020 15:16 EST

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | Yes | Yes | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual | Supine inferior and posterior glenohumeral glides, and manual shoulder flexion stretch. Sidelying manual | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | stretch into flexion, abduction, ER, IR. | shoulder abduction stretch. Sustained 10-20 sec each. | Sustained for ~10-20sec each. |
| | Fifield PTA, Patrick - 02/21/2020 12:55 EST | Fifield PTA, Patrick - 02/21/2020 15:16 EST | Fifield PTA, Patrick - 02/21/2020 15:16 EST |

**Modalities**

Modalities Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Modality :* | Electrical stimulation, unattended | Cold packs |
| *Activity Performed :* | Yes | Yes |
| *Body Region :* | Left Shoulder | Left Shoulder |
| *Settings :* | IFC Current | |
| *Minutes :* | 10 minute | 15 minute |
| *Comments :* | To reduce shoulder pain, performed with ice | To reduce shoulder pain, performed with electrical stimulation |
| | Fifield PTA, Patrick - 02/21/2020 15:16 EST | Fifield PTA, Patrick - 02/21/2020 15:16 EST |

*PT Modalities Grid Updated :* Yes

Fifield PTA, Patrick - 02/21/2020 15:16 EST

**Education**

*Teaching Method :* Explanation

Fifield PTA, Patrick - 02/21/2020 15:16 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 02/21/2020 12:55 EST
(As Of: 02/21/2020 13:42:20 EST)

Diagnoses(Active)

## *DOC - Therapy*

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 02/21/2020 12:55 EST

**Recommendations/Summary of Progress**
*Additional Information :* James continues to make progress with shoulder ROM and mobility. Left shoulder ROM at 130 flex, 120 deg. abd, 47 deg. ER. Has pain relief with estim and ice pack. Will progress ROM as tolerated.

Fifield PTA, Patrick - 02/21/2020 15:16 EST

**OP PT Time Spent With Patient**
*OP PT Unattended E-Stim Assistant Units :* 1
*OP PT Unattended E-Stim Assistant Min :* 15
*OP PT Therapeutic Exercise Assist Units :* 1
*OP PT Therapeutic Exercise Assist Min :* 14
*OP PT Manual Therapy Assistant Units :* 2
*OP PT Manual Therapy Assistant Min :* 30
*OP PT Total Units Asst (Timed) :* 3
*OP PT Total Asst Treatment Timed Min :* 44
*OP PT Total Units Asst (Untimed) :* 1
*OP PT Total Asst Treatment Untimed Min :* 15
*PT Total Treatment Minutes :* 59
*OP PT Total (All Units) :* 4
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 02/21/2020 15:16 EST

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 2/19/2020 12:48 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (2/19/2020 15:07 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (2/19/2020 15:18 EST); Parnell PT Student,Ryan (2/19/2020 15:07 EST) |

**OP PT Daily Documentation Entered On: 02/19/2020 12:54 EST**
**Performed On: 02/19/2020 12:48 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

*Total Number of Visits PT :* 14
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes

Parnell PT Student, Ryan - 02/19/2020 12:48 EST

*Therapy Certification Date :* POC Valid Through - PT: 03/09/20

Hensley PT, Jennifer - 02/19/2020 15:18 EST

*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes

Parnell PT Student, Ryan - 02/19/2020 12:48 EST

**Subjective Report**
*Subjective Report :* Pt reports left shoulder pain of 5/10 intensity at beginning of therapy. He says that in the last week at its best it has been a 3/10 and an 8/10 at its worst. He also reports that he has been performing more activity lately to help care for his partner who recently underwent a surgical procedure.

Parnell PT Student, Ryan - 02/19/2020 12:48 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 7

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

## DOC - Therapy

Parnell PT Student, Ryan - 02/19/2020 12:48 EST

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 02/19/2020 15:07 EST | Parnell PT Student, Ryan - 02/19/2020 15:07 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | | |
| | Parnell PT Student, Ryan - 02/19/2020 15:07 EST | Parnell PT Student, Ryan - 02/19/2020 15:07 EST | Parnell PT Student, Ryan - 02/19/2020 15:07 EST | Parnell PT Student, Ryan - 02/19/2020 15:07 EST |

**Therapeutic Exercise**

*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

Therapeutic Exercise Grid

| | Exercise 6 | Exercise 1 | Exercise 2 | Exercise 3 |
|---|---|---|---|---|
| *Exercise :* | Other: 4 way isometrics | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression |
| *Exercise Performed :* | Yes | Yes | Yes | No |
| *Position :* | | | | Unsupported stand |
| *Repetition/Time :* | 2 x 10 reps each with 5 sec hold | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps |
| *Response :* | Increased activation of targeted muscle groups, Positive response to treatment | Positive response to treatment | Positive response to treatment | |
| *Comment :* | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | strengthening. Repetitions increased today. | | | |
| | Parnell PT Student, Ryan - 02/19/2020 13:03 EST | Parnell PT Student, Ryan - 02/19/2020 13:03 EST | Parnell PT Student, Ryan - 02/19/2020 13:03 EST | Parnell PT Student, Ryan - 02/19/2020 13:03 EST |

| | Exercise 4 | Exercise 5 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: Shoulder Pendulums | Other: ROM Re-Assessment | Other: Cervical Mechanical Derangment Assessment | Other: Corner stretch |
| *Exercise Performed :* | No | No | No | Yes |
| *Position :* | Supported stand | | | |
| *Repetition/Time :* | 1 minute each direction | | | 3 x 30 sec |
| *Response :* | | | | Positive response to treatment |
| *Comment :* | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. | Re-assessed shoulder ROM. Please see updated UE ROM section. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | To decrease shoulder stiffnes and pain and improve ROM |
| | Parnell PT Student, Ryan - 02/19/2020 15:07 EST | Parnell PT Student, Ryan - 02/19/2020 12:48 EST | Parnell PT Student, Ryan - 02/19/2020 12:48 EST | Parnell PT Student, Ryan - 02/19/2020 13:03 EST |

**Manual Therapy**
*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | No | Yes | No |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | Positive response to treatment | |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior and posterior glenohumeral glides, and manual shoulder flexion stretch. Sidelying manual shoulder abduction stretch. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |
| | Parnell PT Student, Ryan - 02/19/2020 15:07 EST | Parnell PT Student, Ryan - 02/19/2020 15:07 EST | Parnell PT Student, Ryan - 02/19/2020 15:07 EST |

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Further progression and cueing for proper techn [Parnell PT Student, Ryan - 02/19/2020 15:18 EST] )
*Pain Control :* Verbalizes understanding, Needs further teaching
(Comment: Non-pharmacological pain management strategies [Parnell PT Student, Ryan - 02/19/2020 15:18 EST] )
Parnell PT Student, Ryan - 02/19/2020 15:07 EST
*Teaching Method :* Demonstration, Explanation
Parnell PT Student, Ryan - 02/19/2020 15:07 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good
Parnell PT Student, Ryan - 02/19/2020 15:07 EST
(As Of: 02/19/2020 15:23:11 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical* |

## *DOC - Therapy*

*Service:* Non-Specified ; *Probability:* 0

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

**Recommendations/Summary of Progress**
*Additional Information :* Pt able to tolerate therapy although pain increased at the end of the session. Pain continues to be a limiting factor. ROM continues to improve although still limited. Pt stayed after therapy session for ice for left shoulder for pain reduction. WIll contiue with current plan and progress as tolerated.

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

**OP PT Time Spent With Patient**
*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 02/19/2020 15:18 EST

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 30
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 12
*OP PT Total Treatment Timed Minutes :* 42 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 42
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 02/19/2020 15:07 EST

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 2/17/2020 12:49 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Fifield PTA,Patrick (2/17/2020 18:18 EST) |
| SIGN INFORMATION: | Fifield PTA,Patrick (2/17/2020 18:18 EST) |

**OP PT Daily Documentation Entered On: 02/17/2020 13:36 EST**
**Performed On: 02/17/2020 12:49 EST by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Manual Therapy/*
*Massage :* Yes
*Modalities :* Yes
Fifield PTA, Patrick - 02/17/2020 18:18 EST

*Total Number of Visits PT :* 13
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 02/17/2020 12:52 EST

*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Fifield PTA, Patrick - 02/17/2020 18:18 EST

*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
Fifield PTA, Patrick - 02/17/2020 12:52 EST

**Subjective Report**
*Subjective Report :* "My shoulder is about the same. It might be a little better. It still hurts."
Fifield PTA, Patrick - 02/17/2020 18:18 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4
Fifield PTA, Patrick - 02/17/2020 18:18 EST

*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 6
Fifield PTA, Patrick - 02/17/2020 12:52 EST

**Short Term Goals**
Other PT Goals Grid

## *DOC - Therapy*

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | | |
| | Fifield PTA, Patrick - 02/17/2020 12:52 EST | Fifield PTA, Patrick - 02/17/2020 12:52 EST | Fifield PTA, Patrick - 02/17/2020 12:52 EST | Fifield PTA, Patrick - 02/17/2020 12:52 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Fifield PTA, Patrick - 02/17/2020 18:18 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | No | Yes | No | No |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps | 1 minute each direction |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Resist or Assist :* | | | | |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Fifield PTA, Patrick - 02/17/2020 18:18 EST | Fifield PTA, Patrick - 02/17/2020 12:52 EST | Fifield PTA, Patrick - 02/17/2020 18:18 EST | Fifield PTA, Patrick - 02/17/2020 18:18 EST |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: ROM Re-Assessment | Other: 3 way isometrics | Other: Cervical Mechanical Derangment Assessment | Other: Corner stretch |
| *Exercise Performed :* | No | Yes | No | Yes |
| *Position :* | | | | |
| *Repetition/Time :* | | 2 x 10 reps each with 5 sec hold | | 3x20 sec |
| *Resist or Assist :* | | purple ball | | |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | |
| | Fifield PTA, Patrick - 02/17/2020 18:18 EST | Fifield PTA, Patrick - 02/17/2020 18:18 EST | Fifield PTA, Patrick - 02/17/2020 18:18 EST | Fifield PTA, Patrick - 02/17/2020 18:18 EST |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, | Manual stretch, Mobilization | Manual stretch |

## DOC - Therapy

| | Myofascial/Soft tissue mobilization | | |
|---|---|---|---|
| *Activity Performed :* | Yes | Yes | |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior and posterior glenohumeral glides, sidelying manual glenohumeral flexion, abduction and external rotation stretch with manual scapular stabilization. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |
| | Fifield PTA, Patrick - 02/17/2020 18:18 EST | Fifield PTA, Patrick - 02/17/2020 18:18 EST | Fifield PTA, Patrick - 02/17/2020 18:18 EST |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 02/17/2020 18:18 EST

**Modalities**

Modalities Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Modality :* | Electrical stimulation, unattended | Cold packs |
| *Activity Performed :* | Yes | Yes |
| *Body Region :* | Left Shoulder | Left Shoulder |
| *Settings :* | IFC Current | |
| *Minutes :* | 10 minute | 15 minute |

## DOC - Therapy

| | | |
|---|---|---|
| *Comments :* | To reduce shoulder pain, performed with ice | To reduce shoulder pain, performed with electrical stimulation |
| | Fifield PTA, Patrick - 02/17/2020 18:18 EST | Fifield PTA, Patrick - 02/17/2020 18:18 EST |

*PT Modalities Grid Updated :* Yes

Fifield PTA, Patrick - 02/17/2020 18:18 EST

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 02/17/2020 18:18 EST

*Teaching Method :* Explanation

Fifield PTA, Patrick - 02/17/2020 18:18 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 02/17/2020 18:18 EST
(As Of: 02/17/2020 18:23:26 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 02/17/2020 18:18 EST

**Recommendations/Summary of Progress**

*Additional Information :* James continues to have some pain with shoulder flexion and abduction above 150 deg. PROM. He's able to tolerate scaption much better. Applied estim with ice to help modulate pain symptoms after stretching.

## *DOC - Therapy*

Fifield PTA, Patrick - 02/17/2020 18:18 EST

**OP PT Time Spent With Patient**
*OP PT Unattended E-Stim Assistant Units :* 1
*OP PT Unattended E-Stim Assistant Min :* 15
*OP PT Therapeutic Exercise Assist Units :* 1
*OP PT Therapeutic Exercise Assist Min :* 15
*OP PT Manual Therapy Assistant Units :* 2
*OP PT Manual Therapy Assistant Min :* 30
*OP PT Total Units Asst (Timed) :* 3
*OP PT Total Asst Treatment Timed Min :* 45
*OP PT Total Units Asst (Untimed) :* 1
*OP PT Total Asst Treatment Untimed Min :* 15
*PT Total Treatment Minutes :* 60
*OP PT Total (All Units) :* 4
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 02/17/2020 18:18 EST

## *DOC - Therapy*

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 2/14/2020 12:45 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Arseneau DPT,Julie (2/14/2020 14:07 EST) |
| SIGN INFORMATION: | Arseneau DPT,Julie (2/14/2020 14:07 EST) |

**OP PT Daily Documentation Entered On: 02/14/2020 13:27 EST**
**Performed On: 02/14/2020 12:45 EST by Arseneau DPT, Julie**

**Review/Treatments Provided**
*Total Number of Visits PT :* 12
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Arseneau DPT, Julie - 02/14/2020 12:51 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Arseneau DPT, Julie - 02/14/2020 14:07 EST
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes
Arseneau DPT, Julie - 02/14/2020 12:51 EST

**Subjective Report**
*Subjective Report :* Pt reports 6/10 left shoulder pain.
Arseneau DPT, Julie - 02/14/2020 14:07 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 7
Arseneau DPT, Julie - 02/14/2020 14:07 EST
*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 6
Arseneau DPT, Julie - 02/14/2020 12:51 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Arseneau DPT, Julie - 02/14/2020 12:51 EST

Long Term Goals PT IP

## *DOC - Therapy*

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST |

*IP PT LTG Documentation :* Yes

Arseneau DPT, Julie - 02/14/2020 12:51 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | | |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | | | |
| | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST |

**Therapeutic Exercise**

*Therapeutic Exercise Grid Updated :* Yes

Arseneau DPT, Julie - 02/14/2020 13:28 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | No | Yes | No | No |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Resist or Assist :* | | | | |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Arseneau DPT, Julie - 02/14/2020 13:28 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 13:28 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST |

| | Exercise 5 | Exercise 6 | Exercise 7 | Exercise 8 |
|---|---|---|---|---|
| *Exercise :* | Other: ROM Re-Assessment | Other: 3 way isometrics | Other: Cervical Mechanical Derangment Assessment | Other: Corner stretch |
| *Exercise Performed :* | No | Yes | No | Yes |
| *Position :* | | | | |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Repetition/Time :* | | 2 x 10 reps each with 5 sec hold | | 3x20 sec |
| *Resist or Assist :* | | purple ball | | |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, extension, and ER isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | |
| | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 13:28 EST |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | Yes | No | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior and posterior glenohumeral glides, sidelying manual glenohumeral flexion, abduction and external rotation stretch with manual | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | | scapular stabilization. Sustained 10-20 sec each. | |
| | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST | Arseneau DPT, Julie - 02/14/2020 12:51 EST |

*PT Manual Therapy Grid Updated :* Yes

Arseneau DPT, Julie - 02/14/2020 12:51 EST

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Needs practice/supervision, Needs further teaching

Arseneau DPT, Julie - 02/14/2020 12:51 EST

*Teaching Method :* Demonstration, Explanation

Arseneau DPT, Julie - 02/14/2020 12:51 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Arseneau DPT, Julie - 02/14/2020 12:51 EST
(As Of: 02/14/2020 13:27:19 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Arseneau DPT, Julie - 02/14/2020 12:51 EST

**Recommendations/Summary of Progress**

*Additional Information :* Added shoulder posterior GH mobilization to further improve ER and flexion. Pt with severe limitations in posterior capsule mobility. Also added ER isometrics with ball today. ER progressing well; continues to be most limited in flexion and abduction ROM. Pt would continue to benefit from skilled PT services to progress ROM, scap stability and in the future focus on strengthening and functional use of LUE.

Arseneau DPT, Julie - 02/14/2020 14:07 EST

**OP PT Time Spent With Patient**

## *DOC - Therapy*

*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 14
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 30
*OP PT Total Treatment Timed Minutes :* 44 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 44
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Arseneau DPT, Julie - 02/14/2020 13:28 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 2/12/2020 12:49 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Arseneau DPT,Julie (2/12/2020 13:54 EST)
SIGN INFORMATION: Arseneau DPT,Julie (2/12/2020 13:54 EST)

**OP PT Daily Documentation Entered On: 02/12/2020 12:54 EST**
**Performed On: 02/12/2020 12:49 EST by Arseneau DPT, Julie**

**Review/Treatments Provided**
*Modalities :* Yes
Arseneau DPT, Julie - 02/12/2020 13:54 EST
*Long Term Goals Reviewed :* Yes
Arseneau DPT, Julie - 02/12/2020 13:29 EST
*Total Number of Visits PT :* 11
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Arseneau DPT, Julie - 02/12/2020 12:49 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Arseneau DPT, Julie - 02/12/2020 13:54 EST
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes
Arseneau DPT, Julie - 02/12/2020 12:49 EST

**Subjective Report**
*Subjective Report :* Pt reports he's doing alright. He reports his HEP.
Arseneau DPT, Julie - 02/12/2020 12:49 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 6
Arseneau DPT, Julie - 02/12/2020 13:54 EST
*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 6
Arseneau DPT, Julie - 02/12/2020 12:49 EST

**Long Term Goals**

## *DOC - Therapy*

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Arseneau DPT, Julie - 02/12/2020 13:29 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Arseneau DPT, Julie - 02/12/2020 13:29 EST | Arseneau DPT, Julie - 02/12/2020 13:29 EST |

*IP PT LTG Documentation :* Yes
Arseneau DPT, Julie - 02/12/2020 13:29 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval | 2/3: Reports pain of 5/10. 1/31: reports pain of | | |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 5/10. 1/27: pt reports pain of 6/10 | | |
| | Arseneau DPT, Julie - 02/12/2020 12:49 EST | Arseneau DPT, Julie - 02/12/2020 12:49 EST | Arseneau DPT, Julie - 02/12/2020 12:49 EST | Arseneau DPT, Julie - 02/12/2020 12:49 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Arseneau DPT, Julie - 02/12/2020 13:54 EST

Therapeutic Exercise Grid

| | Exercise 8 | Exercise 1 | Exercise 2 | Exercise 3 |
|---|---|---|---|---|
| *Exercise :* | Other: Corner stretch | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression |
| *Exercise Performed :* | Yes | Yes | Yes | No |
| *Position :* | | | | Unsupported stand |
| *Repetition/Time :* | 3x20 sec | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps |
| *Comment :* | | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM |
| | Arseneau DPT, Julie - 02/12/2020 13:54 EST | Arseneau DPT, Julie - 02/12/2020 13:54 EST | Arseneau DPT, Julie - 02/12/2020 12:49 EST | Arseneau DPT, Julie - 02/12/2020 13:54 EST |

| | Exercise 4 | Exercise 5 | Exercise 6 | Exercise 7 |
|---|---|---|---|---|
| *Exercise :* | Other: Shoulder Pendulums | Other: ROM Re-Assessment | Other: 3 way isometrics | Other: Cervical Mechanical Derangment Assessment |
| *Exercise Performed :* | No | No | No | No |
| *Position :* | Supported stand | | | |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Repetition/Time :* | 1 minute each direction | | 2 x 10 reps each with 2-3 sec hold | |
| *Comment :* | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, and extension isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. |
| | Arseneau DPT, Julie - 02/12/2020 13:54 EST | Arseneau DPT, Julie - 02/12/2020 13:54 EST | Arseneau DPT, Julie - 02/12/2020 13:54 EST | Arseneau DPT, Julie - 02/12/2020 13:54 EST |

**Manual Therapy**
*PT Manual Therapy Grid Updated :* Yes
Arseneau DPT, Julie - 02/12/2020 13:54 EST

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | Yes | No | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior glenohumeral glides, sidelying manual glenohumeral flexion, abduction and external rotation stretch with manual scapular | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | | stabilization. Sustained 10-20 sec each. | |
| | Arseneau DPT, Julie - 02/12/2020 13:54 EST | Arseneau DPT, Julie - 02/12/2020 13:54 EST | Arseneau DPT, Julie - 02/12/2020 13:54 EST |

**Modalities**

Modalities Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Modality :* | Electrical stimulation, unattended | Cold packs |
| *Activity Performed :* | No | Yes |
| *Body Region :* | Left Shoulder | Left Shoulder |
| *Settings :* | IFC Current | |
| *Minutes :* | 10 minute | 15 minute |
| *Comments :* | To reduce shoulder pain, performed with ice | To reduce shoulder pain, performed with electrical stimulation |
| | Arseneau DPT, Julie - 02/12/2020 13:54 EST | Arseneau DPT, Julie - 02/12/2020 13:54 EST |

*PT Modalities Grid Updated :* Yes

Arseneau DPT, Julie - 02/12/2020 13:54 EST

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Needs further teaching, Needs practice/supervision

Arseneau DPT, Julie - 02/12/2020 13:54 EST

*Teaching Method :* Demonstration, Explanation

Arseneau DPT, Julie - 02/12/2020 13:54 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Arseneau DPT, Julie - 02/12/2020 12:49 EST
(As Of: 02/12/2020 12:54:43 EST)

Diagnoses(Active)

## *DOC - Therapy*

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Arseneau DPT, Julie - 02/12/2020 12:49 EST

**Recommendations/Summary of Progress**
*Additional Information :* Mr. Zoll had fair tolerance to manual PT with improved tolerance in sidelying, especially to flexion. Continues to demo decreased glenohumeral slide on scapula. Added corner stretch today. Will continue to progress pt as tolerated to meet goals.

Arseneau DPT, Julie - 02/12/2020 13:54 EST

**OP PT Time Spent With Patient**
*OP PT Hot, Cold Pack :* 0
*OP PT Hot, Cold Pack Minutes :* 15
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 12
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 28
*OP PT Total Treatment Timed Minutes :* 40 minute
*OP PT Total Units (Timed) :* 3 units
*OP PT Total Treatment Untimed Minutes :* 15 minute
*OP PT Total Units (Untimed) :* 0 units
*PT Total Treatment Minutes :* 55
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Arseneau DPT, Julie - 02/12/2020 13:54 EST

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 2/10/2020 15:47 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (2/10/2020 17:00 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (2/10/2020 17:25 EST); Parnell PT Student,Ryan (2/10/2020 17:00 EST) |

**OP PT Daily Documentation Entered On: 02/10/2020 16:06 EST**
**Performed On: 02/10/2020 15:47 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*PT Medication/Medical History Changes :* Pt initiated Lyrica and Celebrex. Unsure of dosage. Will update paper medical record next visit.
Hensley PT, Jennifer - 02/10/2020 17:25 EST
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
Parnell PT Student, Ryan - 02/10/2020 17:00 EST
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes
Parnell PT Student, Ryan - 02/10/2020 16:41 EST
*Total Number of Visits PT :* 10
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 02/10/2020 16:05 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Hensley PT, Jennifer - 02/10/2020 17:25 EST
*Documented Pain (new) :* Yes, able to self report pain
Parnell PT Student, Ryan - 02/10/2020 16:05 EST
*PT Changes in Medication or Medical History :* Yes- Updated Paper Form
Hensley PT, Jennifer - 02/10/2020 17:25 EST
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
Parnell PT Student, Ryan - 02/10/2020 16:05 EST

**Subjective Report**
*Subjective Report :* Pt reports pain of 5/10 intensity at the start of therapy. He reports that he is also now taking Lyrica and Cymbalta.
Parnell PT Student, Ryan - 02/10/2020 17:00 EST

**Rapid Pain Assessment**

## *DOC - Therapy*

*Post Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

Parnell PT Student, Ryan - 02/10/2020 16:41 EST

*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

Parnell PT Student, Ryan - 02/10/2020 16:05 EST

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 02/10/2020 17:00 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 02/10/2020 17:00 EST | Parnell PT Student, Ryan - 02/10/2020 17:00 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 02/10/2020 17:00 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | to lessen difficulty with ADL's | | | requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | | |
| | Parnell PT Student, Ryan - 02/10/2020 17:00 EST | Parnell PT Student, Ryan - 02/10/2020 17:00 EST | Parnell PT Student, Ryan - 02/10/2020 17:00 EST | Parnell PT Student, Ryan - 02/10/2020 17:00 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 02/10/2020 16:51 EST
Parnell PT Student, Ryan - 02/10/2020 16:51 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | Yes | Yes | No | Yes |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Response :* | Increased activation of targeted muscle groups | Positive response to treatment, Other: Improved Shoulder ROM | | Positive response to treatment |
| *Comment :* | Verbal cues for technique and | Flexion and abduction to | To decrease glenohumeral stiffness and | Side to side and forward/backward shoulder |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | upper trapezius relaxtion. | improve shoulder ROM | improve shoulder ROM | pendulums to reduce shoulder stiffness. |
| | Parnell PT Student, Ryan - 02/10/2020 16:46 EST | Parnell PT Student, Ryan - 02/10/2020 16:46 EST | Parnell PT Student, Ryan - 02/10/2020 16:46 EST | Parnell PT Student, Ryan - 02/10/2020 16:46 EST |

| | Exercise 5 | Exercise 6 | Exercise 7 |
|---|---|---|---|
| *Exercise :* | Other: ROM Re-Assessment | Other: 3 way isometrics | Other: Cervical Mechanical Derangment Assessment |
| *Exercise Performed :* | No | Yes | No |
| *Position :* | | | |
| *Repetition/Time :* | | 2 x 10 reps each with 2-3 sec hold | |
| *Response :* | | Increased activation of targeted muscle groups | |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, abduction, and extension isometrics for shoulder pain reduction and gentle strengthening. Repetitions increased today. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. |
| | Parnell PT Student, Ryan - 02/10/2020 16:46 EST | Parnell PT Student, Ryan - 02/10/2020 16:46 EST | Parnell PT Student, Ryan - 02/10/2020 16:46 EST |

**Manual Therapy**
*PT Manual Therapy Grid Updated :* Yes
Parnell PT Student, Ryan - 02/10/2020 16:51 EST

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft | Manual stretch, Mobilization | Manual stretch |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| | tissue mobilization | | |
| *Activity Performed :* | No | Yes | No |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | Positive response to treatment | |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior glenohumeral glides, sidelying manual glenohumeral flexion, abduction and external rotation stretch with manual scapular stabilization. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. Pt not able to tolerated flexion stretch today due to pain. |
| | Parnell PT Student, Ryan - 02/10/2020 16:51 EST | Parnell PT Student, Ryan - 02/10/2020 16:51 EST | Parnell PT Student, Ryan - 02/10/2020 16:51 EST |

**Education**
Physical Therapy Education Grid
*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Continued progression and cueing for proper technique [Parnell PT Student, Ryan - 02/10/2020 17:25 EST] )
*Pain Control :* Verbalizes understanding, Needs further teaching
(Comment: Non-pharmacological pain managment strategies. [Parnell PT Student, Ryan - 02/10/2020 17:25 EST] )
Parnell PT Student, Ryan - 02/10/2020 16:51 EST
*Teaching Method :* Demonstration, Explanation
Parnell PT Student, Ryan - 02/10/2020 16:51 EST
**Assessment**
*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and gentle strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

## *DOC - Therapy*

*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 02/10/2020 16:51 EST
(As Of: 02/10/2020 16:54:53 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 02/10/2020 16:51 EST

**Recommendations/Summary of Progress**
*Additional Information :* Pt able to tolerate therapy without increase in shoulder pain. Reports that he has recently been put on lyrica and cymbalta by his doctor. Pt is unsure of dosages and was told to bring info regarding dosage to next appointment for update in his chart.

Parnell PT Student, Ryan - 02/10/2020 16:51 EST

**OP PT Time Spent With Patient**
*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 02/10/2020 17:25 EST

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 30
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 14
*OP PT Total Treatment Timed Minutes :* 44 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 44
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 02/10/2020 17:00 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 2/7/2020 12:48 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (2/7/2020 15:23 EST)
SIGN INFORMATION: Fifield PTA,Patrick (2/7/2020 15:23 EST)

**OP PT Daily Documentation Entered On: 02/07/2020 13:41 EST**
**Performed On: 02/07/2020 12:48 EST by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 9
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 02/07/2020 12:57 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Fifield PTA, Patrick - 02/07/2020 15:23 EST
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/ Massage :* Yes
Fifield PTA, Patrick - 02/07/2020 12:57 EST

**Subjective Report**
*Subjective Report :* "My shoulder is ablout the same with pain. It doesn't feel like it's getting much better."
Fifield PTA, Patrick - 02/07/2020 15:23 EST

**Rapid Pain Assessment**
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Post Treatment Numeric Pain Rating Scale: :* 4
Fifield PTA, Patrick - 02/07/2020 15:23 EST
*Pre Treatment Numeric Pain Rating Scale: :* 6
Fifield PTA, Patrick - 02/07/2020 12:57 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Fifield PTA, Patrick - 02/07/2020 12:57 EST

## *DOC - Therapy*

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Fifield PTA, Patrick - 02/07/2020 12:57 EST | Fifield PTA, Patrick - 02/07/2020 12:57 EST |

*IP PT LTG Documentation :* Yes

Fifield PTA, Patrick - 02/07/2020 12:57 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt | | |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| | Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | reports pain of 6/10 | | |
| | Fifield PTA, Patrick - 02/07/2020 12:57 EST | Fifield PTA, Patrick - 02/07/2020 12:57 EST | Fifield PTA, Patrick - 02/07/2020 12:57 EST | Fifield PTA, Patrick - 02/07/2020 12:57 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Fifield PTA, Patrick - 02/07/2020 15:23 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | No | Yes | Yes | Yes |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Fifield PTA, Patrick - 02/07/2020 15:23 EST | Fifield PTA, Patrick - 02/07/2020 15:23 EST | Fifield PTA, Patrick - 02/07/2020 15:23 EST | Fifield PTA, Patrick - 02/07/2020 15:23 EST |

| | Exercise 5 | Exercise 6 | Exercise 7 |
|---|---|---|---|
| *Exercise :* | Other: ROM Re-Assessment | Other: 3 way isometrics | Other: Cervical Mechanical Derangment Assessment |

## DOC - Therapy

| | | | |
|---|---|---|---|
| *Exercise Performed :* | No | Yes | No |
| *Position :* | | | |
| *Repetition/Time :* | | 1 x 10 reps each with 2-3 sec hold | |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Shoulder flexion, external rotation, and extension isometrics for shoulder pain reduction and gentle strengthening. | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. |
| | Fifield PTA, Patrick - 02/07/2020 15:23 EST | Fifield PTA, Patrick - 02/07/2020 15:23 EST | Fifield PTA, Patrick - 02/07/2020 15:23 EST |

**Manual Therapy**
Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | Yes | Yes | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior glenohumeral glides, manual glenohumeral flexion stretch, and teres major stretch. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. Pt not able to tolerated flexion |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| | | | stretch today due to pain. |
| | Fifield PTA, Patrick - 02/07/2020 12:57 EST | Fifield PTA, Patrick - 02/07/2020 12:57 EST | Fifield PTA, Patrick - 02/07/2020 12:57 EST |

*PT Manual Therapy Grid Updated :* Yes

Fifield PTA, Patrick - 02/07/2020 12:57 EST

**Education**

Physical Therapy Education Grid

*Exercise Program :* Ed. Needed, Teachback successful

*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 02/07/2020 15:23 EST

*Teaching Method :* Explanation

Fifield PTA, Patrick - 02/07/2020 15:23 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.

*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 02/07/2020 15:23 EST
(As Of: 02/07/2020 15:27:06 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day

*OP PT Duration Rehab :* 9 weeks

*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week

*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283

*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 02/07/2020 15:23 EST

**Recommendations/Summary of Progress**

*Additional Information :* James continues to have pain with most movments and most of the time. He had some relief after STM to left scapular area and superior shoulder region. Noted tightness in neck especially scalenes. Pt. is performing exercises at home per report.

Fifield PTA, Patrick - 02/07/2020 15:23 EST

**OP PT Time Spent With Patient**

*OP PT Therapeutic Exercise Assist Units :* 1

## *DOC - Therapy*

*OP PT Therapeutic Exercise Assist Min :* 13
*OP PT Manual Therapy Assistant Units :* 2
*OP PT Manual Therapy Assistant Min :* 34
*OP PT Total Units Asst (Timed) :* 3
*OP PT Total Asst Treatment Timed Min :* 47
*PT Total Treatment Minutes :* 47
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 02/07/2020 15:23 EST

Cardinal Hill Rehabilitation Hospital
Patient: ZOLL, JAMES D
MRN: 537631 Admit Date: 1/20/2020
FIN#: 175789 Discharge Date: 4/21/2020
DOB/Age/Gender: 52 years Male Attending Phys:

## *DOC - Therapy*

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 2/5/2020 12:47 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (2/5/2020 14:03 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (2/5/2020 14:27 EST); Parnell PT Student,Ryan (2/5/2020 14:05 EST); Parnell PT Student, Ryan (2/5/2020 14:03 EST) |

**OP PT Daily Documentation Entered On: 02/05/2020 13:02 EST**
**Performed On: 02/05/2020 12:47 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
Parnell PT Student, Ryan - 02/05/2020 14:03 EST
*Manual Therapy/
Massage :* Yes
Parnell PT Student, Ryan - 02/05/2020 13:36 EST
*Total Number of Visits PT :* 8
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 02/05/2020 12:48 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/09/20
Hensley PT, Jennifer - 02/05/2020 14:27 EST
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
Parnell PT Student, Ryan - 02/05/2020 12:48 EST

**Subjective Report**
*Subjective Report :* Pt reports 7/10 pain intensity in left shoulder a start of therapy today. Pt reports that he had his follow-up with the doctor. Pt states that doctor said there could be some nerve involvement with his pain. Doctor referred pt to pain specialist and pt states doctor also said to continue with therapy for ROM and not to lift more than 2 pounds.
Parnell PT Student, Ryan - 02/05/2020 12:48 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 7
Parnell PT Student, Ryan - 02/05/2020 13:36 EST
*Primary Pain Location :* Shoulder

## *DOC - Therapy*

*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 7

Parnell PT Student, Ryan - 02/05/2020 12:48 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 02/05/2020 14:03 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 02/05/2020 14:03 EST

**Short Term Goals**
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | | |
| | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 02/05/2020 13:42 EST
Parnell PT Student, Ryan - 02/05/2020 13:42 EST

Therapeutic Exercise Grid

| | Exercise 7 | Exercise 6 | Exercise 1 | Exercise 2 |
|---|---|---|---|---|
| *Exercise :* | Other: Cervical Mechanical Derangment Assessment | Other: 3 way isometrics | Other: Scap retractions | Other: Pulleys |
| *Exercise Performed :* | Yes | Yes | No | Yes |
| *Position :* | | | | |
| *Repetition/Time :* | | 1 x 10 reps each with 2-3 sec hold | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction |
| *Response :* | No response to treatment | Positive response to treatment | | Positive response to treatment |
| *Comment :* | See Cervical mechanics section. Neck assessed due to doctor's report of possible nerve pain involvement. | Shoulder flexion, external rotation, and extension isometrics for shoulder pain reduction and | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | | gentle strengthening. | | |
| | Parnell PT Student, Ryan - 02/05/2020 14:00 EST | Parnell PT Student, Ryan - 02/05/2020 13:36 EST | Parnell PT Student, Ryan - 02/05/2020 12:48 EST | Parnell PT Student, Ryan - 02/05/2020 13:36 EST |

| | Exercise 3 | Exercise 4 | Exercise 5 |
|---|---|---|---|
| *Exercise :* | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums | Other: ROM Re-Assessment |
| *Exercise Performed :* | No | Yes | No |
| *Position :* | Unsupported stand | Supported stand | |
| *Repetition/Time :* | 2 x 10 reps | 1 minute each direction | |
| *Response :* | | Positive response to treatment | |
| *Comment :* | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. | Re-assessed shoulder ROM. Please see updated UE ROM section. |
| | Parnell PT Student, Ryan - 02/05/2020 13:36 EST | Parnell PT Student, Ryan - 02/05/2020 13:36 EST | Parnell PT Student, Ryan - 02/05/2020 12:48 EST |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | No | No | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Response :* | | | Positive response to treatment |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior glenohumeral glides, manual glenohumeral flexion stretch, and teres major stretch. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. Pt not able to tolerated flexion stretch today due to pain. |
| | Parnell PT Student, Ryan - 02/05/2020 13:36 EST | Parnell PT Student, Ryan - 02/05/2020 13:36 EST | Parnell PT Student, Ryan - 02/05/2020 13:36 EST |

*PT Manual Therapy Grid Updated :* Yes
Parnell PT Student, Ryan - 02/05/2020 13:36 EST

**Education**
*Teaching Method :* Demonstration, Explanation
Parnell PT Student, Ryan - 02/05/2020 13:44 EST

Physical Therapy Education Grid
*Pain Control :* Verbalizes understanding, Needs further teaching
(Comment: Exercise and modaility use [Parnell PT Student, Ryan - 02/05/2020 14:27 EST] )
Parnell PT Student, Ryan - 02/05/2020 13:44 EST
*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Continued progression as tolerated and cueing for proper technique [Parnell PT Student, Ryan - 02/05/2020 14:27 EST] )
Parnell PT Student, Ryan - 02/05/2020 13:42 EST

**Cervical/Thoracic Mechanical Diagnosis**
Cervical/Thoracic Neuro Baselines Grid

| | Pre Treatment | Post Treatment |
|---|---|---|
| *Motor Deficits :* | ~~L Shoulder ROM flex=127, abd: 134 deg [IN ERROR] { [L Shoulder ROM flex=127, abd: 134 deg] - previously charted by Parnell PT~~ | ~~L shoulder flex 135 deg, 138 deg. abd [IN ERROR] { [L shoulder flex 135 deg, 138 deg. abd] - previously charted by Parnell PT Student, Ryan~~ |

## DOC - Therapy

| | | |
|---|---|---|
| | ~~Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~at 02/05/2020 14:03 EST [IN ERROR] };~~ |
| | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST |

Cervical Spine Grid

| | Movement Loss Cervical Flexion | Movement Loss Cervical Extension | Movement Loss Cervical Sidebend Left | Movement Loss Cervical Sidebend Right |
|---|---|---|---|---|
| *With Pain :* | ~~[IN ERROR] { [] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~[IN ERROR] { [] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~[IN ERROR] { [] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~[IN ERROR] { [] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ |
| *Pre-ROM :* | ~~65 [IN ERROR] { [65] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~55 [IN ERROR] { [55] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~22 [IN ERROR] { [22] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~37 [IN ERROR] { [37] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ |
| | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST |

| | Movement Loss Cervical Rotation Left | Movement Loss Cervical Rotation Right |
|---|---|---|
| *With Pain :* | ~~[IN ERROR] { [] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~[IN ERROR] { [] - previously charted by Parnell PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ |
| *Pre-ROM :* | ~~87 [IN ERROR] { [87] - previously charted by Parnell~~ | ~~77 [IN ERROR] { [77] - previously charted by Parnell~~ |

## DOC - Therapy

| | | |
|---|---|---|
| | ~~PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ | ~~PT Student, Ryan at 02/05/2020 14:03 EST [IN ERROR] };~~ |
| | Parnell PT Student, Ryan - 02/05/2020 14:03 EST | Parnell PT Student, Ryan - 02/05/2020 14:03 EST |

Cervical/Thoracic Mechanical Dx Grid

| | Activity 1 | Activity 2 | Activity 3 | Activity 4 |
|---|---|---|---|---|
| *Spinal Motions :* | | Cervical retraction | Cervical retraction | Cervical retraction |
| *Spinal Movement :* | slouch overcorrect x10 reps | X 10 | supine x10 reps | pt overpressure |
| *Testing Position :* | Sitting | Sitting | Supine | Sitting |
| *Symptoms During Treatment :* | Decreases | Centralizing | Increases | No effect |
| *Symptoms Post Treatment :* | Better | No effect | No worse | |
| *Mechanical Response :* | L shldr flex: 120 deg, psot | No change- good technique | no changes in ROM | increased shoulder abd ROM (143 deg) |
| *Comment :* | not performed | Not Performed | not performed | Not Performed |
| | Parnell PT Student, Ryan - 02/05/2020 14:00 EST | Parnell PT Student, Ryan - 02/05/2020 14:00 EST | Parnell PT Student, Ryan - 02/05/2020 14:00 EST | Parnell PT Student, Ryan - 02/05/2020 14:00 EST |

| | Activity 5 |
|---|---|
| *Spinal Motions :* | Cervical retraction |
| *Spinal Movement :* | |
| *Testing Position :* | Sitting |
| *Symptoms During Treatment :* | No effect |
| *Symptoms Post Treatment :* | No effect |
| *Mechanical Response :* | No changes in shoulder symptoms |

## DOC - Therapy

| | |
|---|---|
| *Comment :* | Performed 1 set of 10 reps |
| | Parnell PT Student, Ryan - 02/05/2020 14:00 EST |

**Assessment**
*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs. Pt's ROM is improving but pain continues to be a limiting factor in therapy.
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 02/05/2020 13:44 EST
(As Of: 02/05/2020 13:51:22 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 02/05/2020 13:44 EST

**Recommendations/Summary of Progress**
*Additional Information :* Pt able to tolerate therapy without increase in baseline pain. However, pain seems to be a limiting factor for progression of therapy although shoulder ROM is improving. Pt's neck assessed today due to doctor's concerns of possible nerve involvement. Neck did not appear to contribute to shoulder pain. Will continue with current plan and progress as tolerated. Pt stayed after pt session for ice on left shoulder for pain.

Parnell PT Student, Ryan - 02/05/2020 14:05 EST

**OP PT Time Spent With Patient**
*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 02/05/2020 14:27 EST

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 32
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 11
*OP PT Total Treatment Timed Minutes :* 43 minute

## *DOC - Therapy*

*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 43
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 02/05/2020 14:03 EST

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 2/3/2020 12:50 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (2/3/2020 16:14 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (2/3/2020 16:52 EST); Parnell PT Student,Ryan (2/3/2020 16:14 EST) |

**OP PT Daily Documentation Entered On: 02/03/2020 12:54 EST**
**Performed On: 02/03/2020 12:50 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Manual Therapy/*
*Massage :* Yes
Parnell PT Student, Ryan - 02/03/2020 14:04 EST
*Therapeutic Exercise :* Yes
Parnell PT Student, Ryan - 02/03/2020 12:56 EST
*Total Number of Visits PT :* 7
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 02/03/2020 12:51 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/23/20
Hensley PT, Jennifer - 02/03/2020 16:52 EST
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
Parnell PT Student, Ryan - 02/03/2020 12:51 EST

**Subjective Report**
*Subjective Report :* Pt reports left shoulder pain of 5/10 intensity. Reports that he feels like he has been doing better with range of motion but still experiences stiffnes especially with shoulder flexion.
Parnell PT Student, Ryan - 02/03/2020 12:51 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 6
Parnell PT Student, Ryan - 02/03/2020 13:31 EST
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

## *DOC - Therapy*

Parnell PT Student, Ryan - 02/03/2020 12:51 EST

**Long Term Goals**

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 02/03/2020 14:04 EST

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 02/03/2020 12:51 EST

Parnell PT Student, Ryan - 02/03/2020 12:51 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 02/03/2020 14:04 EST | Parnell PT Student, Ryan - 02/03/2020 12:51 EST |

**Short Term Goals**

Other PT Goals Grid

| | Goal #4 | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|---|
| *Goal :* | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. |
| *Status :* | Initial | Goal met | Progressing, continue | Progressing, continue |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Date Met :* | | 02/03/2020 EST | | |
| *Comments :* | | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | |
| | Parnell PT Student, Ryan - 02/03/2020 16:14 EST | Parnell PT Student, Ryan - 02/03/2020 13:31 EST | Parnell PT Student, Ryan - 02/03/2020 13:31 EST | Parnell PT Student, Ryan - 02/03/2020 12:51 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 02/03/2020 14:04 EST

Therapeutic Exercise Grid

| | Exercise 5 | Exercise 1 | Exercise 2 | Exercise 3 |
|---|---|---|---|---|
| *Exercise :* | Other: ROM Re-Assessment | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression |
| *Exercise Performed :* | Yes | No | Yes | No |
| *Position :* | | | | Unsupported stand |
| *Repetition/Time :* | | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps |
| *Response :* | No response to treatment | | Positive response to treatment | |
| *Comment :* | Re-assessed shoulder ROM. Please see updated UE ROM section. | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM |
| | Parnell PT Student, Ryan - 02/03/2020 14:04 EST | Parnell PT Student, Ryan - 02/03/2020 14:04 EST | Parnell PT Student, Ryan - 02/03/2020 14:04 EST | Parnell PT Student, Ryan - 02/03/2020 14:04 EST |

## DOC - Therapy

| | Exercise 4 |
|---|---|
| *Exercise :* | Other: Shoulder Pendulums |
| *Exercise Performed :* | Yes |
| *Position :* | Supported stand |
| *Repetition/Time :* | 1 minute each direction x 2 |
| *Response :* | Positive response to treatment |
| *Comment :* | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Parnell PT Student, Ryan - 02/03/2020 14:04 EST |

**Manual Therapy**
Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | No | No | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | | Positive response to treatment |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and | Supine inferior glenohumeral glides, manual glenohumeral flexion stretch, | Sidelyng shoulder abduction, flexion, and external rotation stretch with manual |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | and teres major stretch. Sustained 10-20 sec each. | scapular stabilization. Sustained for ~10-20sec each. |
| | Parnell PT Student, Ryan - 02/03/2020 14:04 EST | Parnell PT Student, Ryan - 02/03/2020 14:04 EST | Parnell PT Student, Ryan - 02/03/2020 14:04 EST |

*PT Manual Therapy Grid Updated :* Yes
Parnell PT Student, Ryan - 02/03/2020 14:04 EST

**Education**
Physical Therapy Education Grid
*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Continued progression and cueing for proper technique [Parnell PT Student, Ryan - 02/03/2020 16:52 EST] )
*Pain Control :* Needs further teaching
*Other :* Verbalizes understanding
(Comment: Pt instruction to move shoulder more throughout the day and during gait [Parnell PT Student, Ryan - 02/03/2020 16:52 EST] )
Parnell PT Student, Ryan - 02/03/2020 14:04 EST
*Teaching Method :* Demonstration, Explanation
Parnell PT Student, Ryan - 02/03/2020 14:04 EST

**UE ROM/Strength**
Upper Extremity Overall ROM Grid
*Left Upper Extremity Active Range :* Impaired
*Right Upper Extremity Active Range :* Within functional limits
Parnell PT Student, Ryan - 02/03/2020 12:56 EST
*Document UE Range in Degrees :* Yes
Parnell PT Student, Ryan - 02/03/2020 12:56 EST

**UE ROM Degrees**
Left Upper Extremity Detailed ROM Grid

| | Left Shoulder External Rotation Range | Left Shoulder Flexion Range | Left Shoulder Abduction Range |
|---|---|---|---|
| *Active :* | 47 degrees | 122 degrees | 107 degrees |
| *Comment :* | | | Improved scapular mechanics noted |
| | Parnell PT Student, Ryan - 02/03/2020 13:05 EST | Parnell PT Student, Ryan - 02/03/2020 12:56 EST | Parnell PT Student, Ryan - 02/03/2020 12:56 EST |

**Quick DASH**
*Open a tight or new jar :* Moderate Difficulty

## DOC - Therapy

*Do heavy household chores :* Moderate Difficulty
*Carry a shopping bag or briefcase :* Severe difficulty
*Wash your back :* Severe difficulty
*Use a knife to cut food :* Mild difficulty
*Rec activities where you take arm force/impact :* Unable
*During past week arm interfered :* Mild difficulty
*During past week limited in regular :* Moderate Difficulty
*Please rate severity of arm, shoulder :* Moderate Difficulty
*Please rate severity tingling :* Moderate Difficulty
*During past week, difficulty sleeping :* Moderate Difficulty
*QuickDASH Disability/Symptoms Score :* 55
*#Please rate severity of symptoms :* 1
*#During the past wk interfered w/social :* 1
*#Rec activities w/ force :* 1
*#Do heavy household chores (wash walls) :* 1
*#Carry a shopping bag :* 1
*#Activities Rated :* 11
*#Please rate severity of tingling :* 1
*#During past wk limited in work :* 1
*#Use a knife to cut food :* 1
*#Open a tight or new jar :* 1
*#Wash your back :* 1
*#During past week difficulty sleep :* 1

Parnell PT Student, Ryan - 02/03/2020 13:05 EST

**Assessment**
*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 02/03/2020 14:04 EST
(As Of: 02/03/2020 14:09:16 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

*DOC - Therapy*

Parnell PT Student, Ryan - 02/03/2020 14:04 EST

**Recommendations/Summary of Progress**

*Additional Information :* Pt re-assessed and is making progress with shoulder ROM and has met one of his short-term goals. He still complains of left shoulder pain of 7/10 at its worst. Will continue with current plan and progress as tolerated/appropriate. Patient stayed 10 minutes after treatment session for ice.

Parnell PT Student, Ryan - 02/03/2020 16:14 EST

**OP PT Time Spent With Patient**

*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 02/03/2020 16:52 EST

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 30
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 14
*OP PT Total Treatment Timed Minutes :* 44 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 44
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 02/03/2020 14:29 EST

## DOC - Therapy

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 1/31/2020 11:05 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Parnell PT Student,Ryan (1/31/2020 11:45 EST)
SIGN INFORMATION: Hensley PT,Jennifer (1/31/2020 13:25 EST); Parnell PT Student,Ryan (1/31/2020 11:45 EST)

**OP PT Daily Documentation Entered On: 01/31/2020 11:14 EST**
**Performed On: 01/31/2020 11:05 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
Parnell PT Student, Ryan - 01/31/2020 11:45 EST
*Manual Therapy/ Massage :* Yes
Parnell PT Student, Ryan - 01/31/2020 11:39 EST
*Total Number of Visits PT :* 6
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 01/31/2020 11:05 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/23/20
Hensley PT, Jennifer - 01/31/2020 13:25 EST
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
Parnell PT Student, Ryan - 01/31/2020 11:05 EST

**Subjective Report**
*Subjective Report :* Pt reports pain of 5/10 intensity in left shoulder at the start of therapy. Pt also reports that he has not been sleeping as well lately.
Parnell PT Student, Ryan - 01/31/2020 11:05 EST

**Rapid Pain Assessment**
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Post Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
Parnell PT Student, Ryan - 01/31/2020 11:45 EST
*Pre Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

## *DOC - Therapy*

Parnell PT Student, Ryan - 01/31/2020 11:05 EST

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 01/31/2020 11:45 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 01/31/2020 11:45 EST | Parnell PT Student, Ryan - 01/31/2020 11:45 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 01/31/2020 11:45 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |

## *DOC - Therapy*

| | | | |
|---|---|---|---|
| *Comments :* | Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | |
| | Parnell PT Student, Ryan - 01/31/2020 11:45 EST | Parnell PT Student, Ryan - 01/31/2020 11:45 EST | Parnell PT Student, Ryan - 01/31/2020 11:45 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes
Parnell PT Student, Ryan - 01/31/2020 11:39 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | Yes | Yes | Yes | Yes |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 2 x 10 reps with 3 sec hold each | 1 min x 2 sets each direction | 2 x 10 reps | 1 minute each direction |
| *Response :* | Increased activation of targeted muscle groups, Positive response to treatment | Positive response to treatment, Other: Improved ROM | Positive response to treatment | Positive response to treatment |
| *Comment :* | Verbal cues for technique and upper trapezius relaxtion. | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Parnell PT Student, Ryan - 01/31/2020 11:39 EST | Parnell PT Student, Ryan - 01/31/2020 11:05 EST | Parnell PT Student, Ryan - 01/31/2020 11:39 EST | Parnell PT Student, Ryan - 01/31/2020 11:39 EST |

**Manual Therapy**
*PT Manual Therapy Grid Updated :* Yes
Parnell PT Student, Ryan - 01/31/2020 11:45 EST

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 | Activity 3 |
|---|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization | Manual stretch |
| *Activity Performed :* | No | Yes | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula | Left Shoulder |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion | Increase range of motion |
| *Response :* | | Positive response to treatment | Positive response to treatment |
| *Technique :* | Grade II joint mobilization | Grade III joint mobilization | Other: Manual Stretch |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Supine inferior glenohumeral glides, manual glenohumeral flexion stretch, and teres major stretch. Sustained 10-20 sec each. | Sidelyng shoulder abduction and external rotation stretch with manual scapular stabilization. Sustained for ~10-20sec each. |
| | Parnell PT Student, Ryan - 01/31/2020 11:39 EST | Parnell PT Student, Ryan - 01/31/2020 11:45 EST | Parnell PT Student, Ryan - 01/31/2020 11:45 EST |

**Education**
Physical Therapy Education Grid
*Exercise Program :* Needs further teaching, Verbalizes understanding
(Comment: Cueing for technique and HEP progression [Parnell PT Student, Ryan - 01/31/2020 13:25 EST] )
*Pain Control :* Needs further teaching
*Other :* Needs further teaching, Verbalizes understanding
(Comment: Education regarding moving left arm more especially when walking [Parnell PT Student, Ryan - 01/31/2020 13:25 EST] )

## *DOC - Therapy*

Parnell PT Student, Ryan - 01/31/2020 11:45 EST

*Teaching Method :* Demonstration, Explanation

Parnell PT Student, Ryan - 01/31/2020 11:45 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 01/31/2020 11:05 EST
(As Of: 01/31/2020 11:52:16 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 01/31/2020 11:05 EST

**Recommendations/Summary of Progress**

*Additional Information :* Pt able to tolerate therapy without increase in pain. Improve left shoulder ROM noted today. WIll continue with current plan and progress as tolerated.

Parnell PT Student, Ryan - 01/31/2020 11:45 EST

**OP PT Time Spent With Patient**

*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 01/31/2020 13:25 EST

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 25
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 17
*OP PT Total Treatment Timed Minutes :* 42 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 42
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 01/31/2020 11:45 EST

*DOC - Therapy*

## *DOC - Therapy*

| | |
|---|---|
| DOCUMENT NAME: | OP PT Daily Documentation - Text |
| SERVICE DATE/TIME: | 1/29/2020 15:03 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (1/29/2020 17:02 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (1/30/2020 10:20 EST); Parnell PT Student,Ryan (1/29/2020 17:02 EST) |

**OP PT Daily Documentation Entered On: 01/29/2020 15:04 EST**
**Performed On: 01/29/2020 15:03 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Manual Therapy/ Massage :* Yes
Parnell PT Student, Ryan - 01/29/2020 17:02 EST
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Therapeutic Exercise :* Yes
Parnell PT Student, Ryan - 01/29/2020 15:20 EST
*Total Number of Visits PT :* 5
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 01/29/2020 15:03 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/23/20
Hensley PT, Jennifer - 01/30/2020 10:20 EST
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
Parnell PT Student, Ryan - 01/29/2020 15:03 EST

**Subjective Report**
*Subjective Report :* Pt reports left shoulder pain of 6/10 intesnity at the beginning of therapy.
Parnell PT Student, Ryan - 01/29/2020 15:20 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 6
Parnell PT Student, Ryan - 01/29/2020 17:02 EST
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 6
Parnell PT Student, Ryan - 01/29/2020 15:20 EST

## *DOC - Therapy*

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Parnell PT Student, Ryan - 01/29/2020 17:02 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | | 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 01/29/2020 17:02 EST | Parnell PT Student, Ryan - 01/29/2020 17:02 EST |

*IP PT LTG Documentation :* Yes
Parnell PT Student, Ryan - 01/29/2020 17:02 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, | 1/27: pt reports pain of 6/10 | |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | | |
| | Parnell PT Student, Ryan - 01/29/2020 17:02 EST | Parnell PT Student, Ryan - 01/29/2020 17:02 EST | Parnell PT Student, Ryan - 01/29/2020 17:02 EST |

**Therapeutic Exercise**

*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 | Exercise 3 | Exercise 4 |
|---|---|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys | Other: Self Glenohumeral Depression | Other: Shoulder Pendulums |
| *Exercise Performed :* | Yes | Yes | Yes | Yes |
| *Position :* | | | Unsupported stand | Supported stand |
| *Repetition/Time :* | 10 x 5 sec | 1 min x 2 sets each direction | 1 x 10 reps | 1 minute each direction |
| *Response :* | Positive response to treatment | Positive response to treatment | Positive response to treatment | Positive response to treatment |
| *Comment :* | Tactile cues for technique | Flexion and abduction to improve shoulder ROM | To decrease glenohumeral stiffness and improve shoulder ROM | Side to side and forward/backward shoulder pendulums to reduce shoulder stiffness. |
| | Parnell PT Student, Ryan - 01/29/2020 17:02 EST | Parnell PT Student, Ryan - 01/29/2020 17:02 EST | Parnell PT Student, Ryan - 01/29/2020 17:02 EST | Parnell PT Student, Ryan - 01/29/2020 17:02 EST |

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft | Manual stretch, Mobilization |

## *DOC - Therapy*

| | | |
|---|---|---|
| | tissue mobilization | |
| *Activity Performed :* | No | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Response :* | | Positive response to treatment |
| *Technique :* | Grade II joint mobilization | Grade II joint mobilization |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Inferior glenohumeral glides, manual glenohumeral flexion/abduction stretch, scapular retraction, downward rotation, depression, and elevation mobilizations. |
| | Parnell PT Student, Ryan - 01/29/2020 17:02 EST | Parnell PT Student, Ryan - 01/29/2020 17:02 EST |

*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

**Education**

Physical Therapy Education Grid

*Body Mechanics :* Ed. Needed

*Exercise Program :* Verbalizes understanding, Needs further teaching

(Comment: Furthermore progression and cueing for technique [Parnell PT Student, Ryan - 01/30/2020 10:20 EST] )

*Pain Control :* Needs further teaching

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

*Teaching Method :* Demonstration, Explanation

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from continued shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs

## *DOC - Therapy*

*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 01/29/2020 17:02 EST
(As Of: 01/30/2020 10:21:31 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

**Recommendations/Summary of Progress**
*Additional Information :* Pt able to tolerate therapy without increase of shoulder pain above baseline. Will continue to progress treatment as tolerated/appropriate.

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

**OP PT Time Spent With Patient**
*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 01/30/2020 10:20 EST

*OP PT Therapeutic Exercise Units :* 2
*OP PT Therapeutic Exercise Minutes :* 30
*OP PT Manual Therapy Units :* 1
*OP PT Manual Therapy Minutes :* 12
*OP PT Total Treatment Timed Minutes :* 42 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 42
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 01/29/2020 17:02 EST

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 1/27/2020 14:56 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Parnell PT Student,Ryan (1/27/2020 17:12 EST)
SIGN INFORMATION: Hensley PT,Jennifer (1/27/2020 17:20 EST); Parnell PT Student,Ryan (1/27/2020 17:12 EST)

**OP PT Daily Documentation Entered On: 01/27/2020 15:05 EST**
**Performed On: 01/27/2020 14:56 EST by Parnell PT Student, Ryan**

**Review/Treatments Provided**
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Modalities :* Yes
Parnell PT Student, Ryan - 01/27/2020 16:11 EST
*Manual Therapy/ Massage :* Yes
Parnell PT Student, Ryan - 01/27/2020 15:45 EST
*Total Number of Visits PT :* 4
Parnell PT Student, Ryan - 01/27/2020 14:56 EST
*Total Number of Authorized Visits PT :* 22
*Authorization Valid Through (PT): :* 04/30/2020 EDT
Hensley PT, Jennifer - 01/27/2020 17:20 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Parnell PT Student, Ryan - 01/27/2020 14:56 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/23/20
Hensley PT, Jennifer - 01/27/2020 17:20 EST
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
Parnell PT Student, Ryan - 01/27/2020 14:56 EST

**Subjective Report**
*Subjective Report :* Pt reports that his shoulder is "flared up" today and reports a pain level of 6/10 intensity.
Parnell PT Student, Ryan - 01/27/2020 16:11 EST

**Rapid Pain Assessment**
*Post Treatment Numeric Pain Rating Scale: :* 4
Parnell PT Student, Ryan - 01/27/2020 16:11 EST
*Pre Treatment Numeric Pain Rating Scale: :* 6

## *DOC - Therapy*

Parnell PT Student, Ryan - 01/27/2020 14:56 EST

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Parnell PT Student, Ryan - 01/27/2020 16:11 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| | Parnell PT Student, Ryan - 01/27/2020 16:11 EST | Parnell PT Student, Ryan - 01/27/2020 16:11 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 01/27/2020 16:11 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation | 1/27: pt reports pain of 6/10 | |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | | |
| | Parnell PT Student, Ryan - 01/27/2020 16:11 EST | Parnell PT Student, Ryan - 01/27/2020 16:11 EST | Parnell PT Student, Ryan - 01/27/2020 16:11 EST |

**Therapeutic Exercise**

*Therapeutic Exercise Grid Updated :* Yes

Parnell PT Student, Ryan - 01/27/2020 15:45 EST
Parnell PT Student, Ryan - 01/27/2020 15:45 EST

Therapeutic Exercise Grid

| | Exercise 4 | Exercise 3 | Exercise 1 | Exercise 2 |
|---|---|---|---|---|
| *Exercise :* | Other: Shoulder Pendulums | Other: Self Glenohumeral Depression | Other: Scap retractions | Other: Pulleys |
| *Exercise Performed :* | Yes | Yes | No | Yes |
| *Position :* | Supported stand | Unsupported stand | | |
| *Repetition/Time :* | ~1-2 minutes each way | 1 x 10 reps | 10 x 5 sec | 1 min x 2 sets each direction |
| *Response :* | Demonstrates Understanding of Information Presented | Positive response to treatment | | Positive response to treatment |
| *Comment :* | Pt education regarding performance of shoulder flex/ext, side to side, and circular pendulums for performance as a component of HEP. | To decrease glenohumeral stiffness and improve shoulder ROM | Tactile cues for technique | Flexion and abduction to improve shoulder ROM |
| | Parnell PT Student, Ryan - 01/27/2020 17:12 EST | Parnell PT Student, Ryan - 01/27/2020 15:45 EST | Parnell PT Student, Ryan - 01/27/2020 15:45 EST | Parnell PT Student, Ryan - 01/27/2020 15:45 EST |

**Manual Therapy**

## *DOC - Therapy*

Manual Therapy/Massage Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization | Manual stretch, Mobilization |
| *Activity Performed :* | No | Yes |
| *Region :* | Left Shoulder, Left scapula | Left Shoulder, Left scapula |
| *Rationale :* | Increase range of motion, Relaxation | Increase range of motion |
| *Response :* | | Positive response to treatment |
| *Technique :* | Grade II joint mobilization | Grade II joint mobilization |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into flexion, abduction, ER, IR. | Inferior glenohumeral glides, manual glenohumeral flexion/abduction stretch, scapular retraction, downward rotation, depression, and elevation mobilizations. |
| | Parnell PT Student, Ryan - 01/27/2020 15:45 EST | Parnell PT Student, Ryan - 01/27/2020 15:45 EST |

*PT Manual Therapy Grid Updated :* Yes

Parnell PT Student, Ryan - 01/27/2020 15:45 EST

**Modalities**

Modalities Grid

| | Activity 1 | Activity 2 |
|---|---|---|
| *Modality :* | Electrical stimulation, unattended | Cold packs |
| *Activity Performed :* | Yes | Yes |

## *DOC - Therapy*

| | | |
|---|---|---|
| *Body Region :* | Left Shoulder | Left Shoulder |
| *Settings :* | IFC Current | |
| *Minutes :* | 10 minute | 10 minute |
| *Response :* | Pain decreased | Pain decreased |
| *Comments :* | To reduce shoulder pain, performed with ice | To reduce shoulder pain, performed with electrical stimulation |
| | Parnell PT Student, Ryan - 01/27/2020 16:11 EST | Parnell PT Student, Ryan - 01/27/2020 16:11 EST |

*PT Modalities Grid Updated :* Yes

Parnell PT Student, Ryan - 01/27/2020 16:11 EST

**Education**

Physical Therapy Education Grid

*Exercise Program :* Needs further teaching
(Comment: Cueing for technique and updates to exercise program [Parnell PT Student, Ryan - 01/27/2020 17:20 EST] )
*Pain Control :* Needs further teaching
(Comment: stretching and use of ice [Parnell PT Student, Ryan - 01/27/2020 17:20 EST] )
*Other :* Verbalizes understanding
(Comment: Education for performance of shoulder pendulums [Parnell PT Student, Ryan - 01/27/2020 17:20 EST] )

Parnell PT Student, Ryan - 01/27/2020 15:45 EST

*Teaching Method :* Demonstration, Explanation, Printed materials

Hensley PT, Jennifer - 01/27/2020 17:20 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 01/27/2020 14:56 EST
(As Of: 01/27/2020 15:05:44 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week

## *DOC - Therapy*

*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 01/27/2020 14:56 EST

**Recommendations/Summary of Progress**
*Additional Information :* Pt complained of shoulder pain of 6/10 at the onset of therapy today however, he was able to tolerate a full therapy session with modalities at the end. Modalities decreased pain from 6/10 to 4/10. Will continue with shoulder ROM and progress as tolerated in order to decrease pain and improve UE function.

Parnell PT Student, Ryan - 01/27/2020 17:12 EST

**OP PT Time Spent With Patient**
*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 01/27/2020 17:20 EST

*OP PT Elec.Stim (Unattended) Chronic Wound :* 1
*OP PT Elec.Stim Unatt Chronic Wound Min :* 10
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 15
*OP PT Manual Therapy Units :* 2
*OP PT Manual Therapy Minutes :* 34
*OP PT Total Treatment Timed Minutes :* 49 minute
*OP PT Total Units (Timed) :* 3 units
*OP PT Total Treatment Untimed Minutes :* 10 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 59
*OP PT Total (All Units) :* 4
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 01/27/2020 17:12 EST

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 1/24/2020 10:20 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Fifield PTA,Patrick (1/24/2020 12:49 EST)
SIGN INFORMATION: Fifield PTA,Patrick (1/24/2020 12:49 EST)

**OP PT Daily Documentation Entered On: 01/24/2020 11:09 EST**
**Performed On: 01/24/2020 10:20 EST by Fifield PTA, Patrick**

**Review/Treatments Provided**
*Total Number of Visits PT :* 3
*Total Number of Authorized Visits PT :* 1
*Authorization Valid Through (PT): :* 01/20/2020 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
Fifield PTA, Patrick - 01/24/2020 10:20 EST
*Therapy Certification Date :* POC Valid Through - PT: 03/23/20
Fifield PTA, Patrick - 01/24/2020 12:49 EST
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
Fifield PTA, Patrick - 01/24/2020 10:20 EST

**Subjective Report**
*Subjective Report :* "My shoulder is pretty sore. I'm stretching at home and iceing."
Fifield PTA, Patrick - 01/24/2020 12:49 EST

**Rapid Pain Assessment**
*Primary Pain Location :* Shoulder
*Primary Pain Laterality :* Left
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
Fifield PTA, Patrick - 01/24/2020 10:20 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Fifield PTA, Patrick - 01/24/2020 10:20 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|

## *DOC - Therapy*

| | | |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| | Fifield PTA, Patrick - 01/24/2020 10:20 EST | Fifield PTA, Patrick - 01/24/2020 10:20 EST |

*IP PT LTG Documentation :* Yes

Fifield PTA, Patrick - 01/24/2020 10:20 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | | |

## DOC - Therapy

| | | | |
|---|---|---|---|
| | Fifield PTA, Patrick - 01/24/2020 10:20 EST | Fifield PTA, Patrick - 01/24/2020 10:20 EST | Fifield PTA, Patrick - 01/24/2020 10:20 EST |

**Therapeutic Exercise**
*Therapeutic Exercise Grid Updated :* Yes

Fifield PTA, Patrick - 01/24/2020 12:49 EST
Fifield PTA, Patrick - 01/24/2020 12:49 EST

Therapeutic Exercise Grid

| | Exercise 1 | Exercise 2 |
|---|---|---|
| *Exercise :* | Other: Scap retractions | Other: Pulleys |
| *Exercise Performed :* | | Yes |
| *Repetition/Time :* | 10 x 5 sec | 3 min |
| *Comment :* | Tactile cues for technique | |
| | Fifield PTA, Patrick - 01/24/2020 10:20 EST | Fifield PTA, Patrick - 01/24/2020 10:20 EST |

**Education**
Physical Therapy Education Grid
*Exercise Program :* Ed. Needed, Teachback successful
*Pain Control :* Verbalizes understanding

Fifield PTA, Patrick - 01/24/2020 12:49 EST

*Teaching Method :* Explanation

Fifield PTA, Patrick - 01/24/2020 12:49 EST

**Assessment**
*PT Treatment Recommendations :* Pt will benefit from shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Fifield PTA, Patrick - 01/24/2020 12:49 EST
(As Of: 01/24/2020 12:54:18 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

## *DOC - Therapy*

**Plan**
*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Fifield PTA, Patrick - 01/24/2020 12:49 EST

**Recommendations/Summary of Progress**
*Additional Information :* Continiued with manual stretchign to left scapula and shoulder to increase ROM after surgery. Had pain with ER, flexion past 120 deg. and abduction at 90 deg. AROM improved after stretching and added pulleys to further increase mobility. Instructed pt. to increase icing at home to decrease inflammation.

Fifield PTA, Patrick - 01/24/2020 12:49 EST

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Assist Units :* 1
*OP PT Therapeutic Exercise Assist Min :* 10
*OP PT Manual Therapy Assistant Units :* 2
*OP PT Manual Therapy Assistant Min :* 35
*OP PT Total Units Asst (Timed) :* 3
*OP PT Total Asst Treatment Timed Min :* 45
*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 45
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Fifield PTA, Patrick - 01/24/2020 12:49 EST

## *DOC - Therapy*

DOCUMENT NAME: OP PT Daily Documentation - Text
SERVICE DATE/TIME: 1/22/2020 10:21 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Arseneau DPT,Julie (1/22/2020 10:23 EST)
SIGN INFORMATION: Arseneau DPT,Julie (1/22/2020 10:23 EST)

**OP PT Daily Documentation Entered On: 01/22/2020 10:44 EST**
**Performed On: 01/22/2020 10:21 EST by Arseneau DPT, Julie**

**Review/Treatments Provided**
*Total Number of Visits PT :* 2
*Total Number of Authorized Visits PT :* 1
*Authorization Valid Through (PT): :* 01/20/2020 EST
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
*Therapy Certification Date :* POC Valid Through - PT: 03/23/20
*Long Term Goals Reviewed :* Yes
*Short Term Goals Review :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*PT Changes in Medication or Medical History :* No Changes Reported
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Therapeutic Exercise :* Yes
*Manual Therapy/*
*Massage :* Yes

Arseneau DPT, Julie - 01/22/2020 10:23 EST

**Subjective Report**
*Subjective Report :* Pt reports he had a capsule release done on his left shoulder.

Arseneau DPT, Julie - 01/22/2020 10:23 EST

**Rapid Pain Assessment**
*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Post Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain

Arseneau DPT, Julie - 01/22/2020 10:23 EST

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

Arseneau DPT, Julie - 01/22/2020 10:23 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left | Pt will have decrease left |

## DOC - Therapy

| | | |
|---|---|---|
| | shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| | Arseneau DPT, Julie - 01/22/2020 10:23 EST | Arseneau DPT, Julie - 01/22/2020 10:23 EST |

*IP PT LTG Documentation :* Yes

Arseneau DPT, Julie - 01/22/2020 10:23 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |
| *Comments :* | Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | | |
| | Arseneau DPT, Julie - 01/22/2020 10:23 EST | Arseneau DPT, Julie - 01/22/2020 10:23 EST | Arseneau DPT, Julie - 01/22/2020 10:23 EST |

## *DOC - Therapy*

**Therapeutic Exercise**

Therapeutic Exercise Grid

| | Exercise 1 |
|---|---|
| *Exercise :* | Other: Scap retractions |
| *Exercise Performed :* | Yes |
| *Repetition/Time :* | 10 x 5 sec |
| *Comment :* | Tactile cues for technique |
| | Arseneau DPT, Julie - 01/22/2020 10:23 EST |

*Therapeutic Exercise Grid Updated :* Yes

Arseneau DPT, Julie - 01/22/2020 10:23 EST

**Manual Therapy**

Manual Therapy/Massage Grid

| | Activity 1 |
|---|---|
| *Type :* | Manual stretch, Mobilization, Myofascial/Soft tissue mobilization |
| *Activity Performed :* | Yes |
| *Region :* | Left Shoulder, Left scapula |
| *Rationale :* | Increase range of motion, Relaxation |
| *Response :* | Positive response to treatment |
| *Technique :* | Grade II joint mobilization |
| *Comments :* | Sidelying STM to L UT, LS, scalenes. Supine grade II shoulder inferior and posterior capsule mobs. Manual stretch into |

## DOC - Therapy

| | |
|---|---|
| | flexion, abduction, ER, IR. |
| | Arseneau DPT, Julie - 01/22/2020 10:23 EST |

*PT Manual Therapy Grid Updated :* Yes

Arseneau DPT, Julie - 01/22/2020 10:23 EST

**Education**

Physical Therapy Education Grid

*Exercise Program :* Verbalizes understanding, Needs practice/supervision, Needs further teaching
*Physical Therapy Plan of Care :* Verbalizes understanding

Arseneau DPT, Julie - 01/22/2020 10:23 EST

*Teaching Method :* Demonstration, Explanation

Arseneau DPT, Julie - 01/22/2020 10:23 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs
*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture
*Rehabilitation Potential :* Good

Arseneau DPT, Julie - 01/22/2020 10:23 EST
(As Of: 01/22/2020 10:44:26 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Arseneau DPT, Julie - 01/22/2020 10:23 EST

**Recommendations/Summary of Progress**

*Additional Information :* James demonstrates the following L shoulder PROM after manual stretch, mobilization, and STM: Seated flexion=110 deg, abd=95 deg. Supine flexion=120 deg, abd=120 deg, ER=42 deg. Performed gentle grade II mobilizations and manual stretch until resistance. Pt instructed to continue with current HEP. Issued seated scap retractions for scap stab/motor control. Pt verbalizing and demonstrating understanding. Will continue to progress pt as tolerated to meet goals.

Arseneau DPT, Julie - 01/22/2020 10:23 EST

*DOC - Therapy*

**OP PT Time Spent With Patient**
*OP PT Therapeutic Exercise Units :* 0
*OP PT Therapeutic Exercise Minutes :* 5
*OP PT Manual Therapy Units :* 3
*OP PT Manual Therapy Minutes :* 40
*OP PT Total Treatment Timed Minutes :* 45 minute
*OP PT Total Units (Timed) :* 3 units
*PT Total Treatment Minutes :* 45
*OP PT Total (All Units) :* 3
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Arseneau DPT, Julie - 01/22/2020 10:23 EST

## *DOC - Therapy*

| | |
|---|---|
| DOCUMENT NAME: | OP PT Evaluation - Text |
| SERVICE DATE/TIME: | 1/20/2020 14:58 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (1/20/2020 17:12 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (1/20/2020 17:31 EST); Parnell PT Student,Ryan (1/20/2020 17:25 EST); Parnell PT Student, Ryan (1/20/2020 17:12 EST) |

**OP PT Evaluation Entered On: 01/20/2020 15:15 EST**
**Performed On: 01/20/2020 14:58 EST by Parnell PT Student, Ryan**

**Subjective**
*Total Number of Authorized Visits PT :* 1
*Authorization Valid Through (PT): :* 01/20/2020 EST
Hensley PT, Jennifer - 01/20/2020 17:31 EST
*Evaluation Complete PT :* Yes
Parnell PT Student, Ryan - 01/20/2020 17:12 EST
*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint
Hensley PT, Jennifer - 01/20/2020 17:31 EST
*Overall PT Condition :* Stable (Uncomplicated)
Parnell PT Student, Ryan - 01/20/2020 16:49 EST
*Total Number of Visits PT :* 1
*Date of Eval PT :* 01/20/2020 EST
*Visit Count Update PT :* Yes
*Date of Birth :* EST
*PT Date of Injury or Surgery :* 12/20/2019 EST
*Does patient feel safe in their environment? :* Yes
*Documented Pain (new) :* Yes, able to self report pain
*Previous Hand Dominance PT :* Right
*Current Hand Dominance PT :* Right
*Affect/Behavior :* Appropriate, Calm, Cooperative
Parnell PT Student, Ryan - 01/20/2020 14:58 EST
*Subjective Report :* Pt reports to evaluation with history of frozen shoulder. He had two tears in his rotator cuff in september 2018 and a broken arm prior to prior to the tears. Following injury, he reports being in a sling for a while. He ended up with frozen shoulder. He had a capsular release on December 20, 2019. Reports difficulty with ADLs such as folding clothes, driving, and grasping objects. Currently he reports that he is not driving much lately. Previously worked at Toyota and has been off work for 18 months.
Parnell PT Student, Ryan - 01/20/2020 16:49 EST

**Allergies**
(As Of: 01/20/2020 17:33:20 EST)

Allergies (Active)

## *DOC - Therapy*

No Known Medication Allergies *Estimated Onset Date:* Unspecified ; *Created By:* Hensley PT, Jennifer; *Reaction Status:* Active ; *Category:* Drug ; *Substance:* No Known Medication Allergies ; *Type:* Allergy ; *Updated By:* Hensley PT, Jennifer; *Reviewed Date:* 07/25/2019 12:49 EDT

**Rapid Pain Assessment**
*Primary Pain Laterality :* Left
*Post Treatment Numeric Pain Rating Scale: :* 5 = Moderate pain
Parnell PT Student, Ryan - 01/20/2020 16:38 EST

*Primary Pain Location :* Shoulder
*Pre Treatment Numeric Pain Rating Scale: :* 4
*Worst Pain Level 1-10 Evaluation :* 7
*Best Pain Level 1-10 Evaluation :* 2
Parnell PT Student, Ryan - 01/20/2020 14:58 EST

**Home Environment**
*Living Situation :* Home independently
Parnell PT Student, Ryan - 01/20/2020 14:58 EST

*Lives With :* Other: With partner
Parnell PT Student, Ryan - 01/20/2020 16:38 EST

*Lives In :* Multilevel home
Parnell PT Student, Ryan - 01/20/2020 14:58 EST
Parnell PT Student, Ryan - 01/20/2020 14:58 EST

Rehabilitation Stairs Grid

| | Inside Stairs | Outside Stairs |
|---|---|---|
| *Number of Stairs :* | 14 | 1 |
| *Rail :* | Rail on left going up | None |
| Comment | (Comment: Rarely goes to the basement [Parnell PT Student, Ryan - 01/20/2020 17:31 EST] ) | |
| | Parnell PT Student, Ryan - 01/20/2020 14:58 EST | Parnell PT Student, Ryan - 01/20/2020 16:38 EST |

*Patient's Responsibilities Rehab :* Community mobility, Home management, Laundry, Leisure/Play/Hobbies, Personal ADL
*Home Equipment Rehab :* None
Parnell PT Student, Ryan - 01/20/2020 14:58 EST

Functional Abilities and Goals Grid

## *DOC - Therapy*

*ADL/Self Care :* Assist/needed help
*Indoor Mobility :* Independent (I)
*Outdoor Mobility :* Independent (I)
*Stairs :* Independent (I)
*Instrumental ADL :* Independent (I)
*Prior Cognitive-Communication Skills :* Independent (I)

Parnell PT Student, Ryan - 01/20/2020 14:58 EST

*Prior Functional Status Comments :* Difficulty with folding clothes and grasping objects due to long history of left shoulder issue.

Parnell PT Student, Ryan - 01/20/2020 16:38 EST

**Posture/Deviations**

Deviations Grid
*Depressed Scapula :* Left, Standing

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

Posture Grid
*Protruded Head :* Sitting, Standing

Parnell PT Student, Ryan - 01/20/2020 16:38 EST

**Gait Analysis**

*Gait Analysis Additional Detail :* Reduced left arm swing

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

**UE ROM/Strength**

*Lt Upper Extremity Strength :* Other: Weakness evident via range of motion assessment. Manual muscle testing was not performed due to pain. Will perform when appropriate and tolerable.

Parnell PT Student, Ryan - 01/20/2020 16:38 EST
Parnell PT Student, Ryan - 01/20/2020 16:38 EST

Upper Extremity Overall ROM Grid
*Left Upper Extremity Active Range :* Impaired
*Right Upper Extremity Active Range :* Within functional limits

Parnell PT Student, Ryan - 01/20/2020 14:58 EST

*Document UE Range in Degrees :* Yes

Parnell PT Student, Ryan - 01/20/2020 14:58 EST

**UE ROM Degrees**

Left Upper Extremity Detailed ROM Grid

| | Left Shoulder Flexion Range | Left Shoulder Abduction Range | Left Shoulder External Rotation Range |
|---|---|---|---|
| *Active :* | 110 degrees | 91 degrees | 32 degrees |
| *Passive :* | | 95 degrees | |
| *Comment :* | measured in sitting | measured in sitting, passive measured in supine | measured in sitting |
| | Parnell PT Student, Ryan - 01/20/2020 14:58 EST | Parnell PT Student, Ryan - 01/20/2020 15:23 EST | Parnell PT Student, Ryan - 01/20/2020 14:58 EST |

**Joint Mobility/Palpation PT**

PT Palpation of the UE

| | UE Palpation 1 |
|---|---|
| *Location :* | GH joint |
| *Findings :* | Tightness |
| *Side :* | Left |
| *Comments :* | Increased scapular motion with shoulder flexion and abduction to compensate for glenohumeral tightness. |
| | Parnell PT Student, Ryan - 01/20/2020 16:38 EST |

**Education**

*Teaching Method :* Demonstration, Explanation, Printed materials

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

Physical Therapy Education Grid

*Pain Control :* Ed. Needed

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

*Exercise Program :* Verbalizes understanding, Needs further teaching
(Comment: Instruction for intitial components of HEP [Parnell PT Student, Ryan - 01/20/2020 17:31 EST] )

Parnell PT Student, Ryan - 01/20/2020 16:38 EST

**Assessment**

*PT Treatment Recommendations :* Pt will benefit from shoulder ROM and strengthening to decrease pain and improve ability to perform ADLs

*OP Patient Impairments/Limitations-PT :* Pain limiting function, Range of motion deficits, Strength deficits, Other: impaired posture

*Rehabilitation Potential :* Good

Parnell PT Student, Ryan - 01/20/2020 16:49 EST
(As Of: 01/20/2020 17:15:02 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**Long Term Goals**

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

## DOC - Therapy

Parnell PT Student, Ryan - 01/20/2020 16:49 EST
Parnell PT Student, Ryan - 01/20/2020 16:49 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Initial | Initial |
| | Parnell PT Student, Ryan - 01/20/2020 17:25 EST | Parnell PT Student, Ryan - 01/20/2020 16:49 EST |

*IP PT LTG Documentation :* Yes

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. |
| *Status :* | Initial | Initial | Initial |
| *Comments :* | Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32 | | |
| | Parnell PT Student, Ryan - | Parnell PT Student, Ryan - | Parnell PT Student, Ryan - |

## *DOC - Therapy*

| | 01/20/2020 17:25 EST | 01/20/2020 16:49 EST | 01/20/2020 16:49 EST |
|---|---|---|---|

*STG Documentation :* Yes

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

**Plan**

*OP PT Frequency Rehab :* 1 hr/day
*OP PT Duration Rehab :* 9 weeks
*OP PT Frequency Rehab day(s)/week(s) :* 3 days/week
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Treatment Plan/Goals Established With Patient/Caregiver :* Yes

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

**Recommendations/Summary of Progress**

*Additional Information :* Pt reports to outpatient physical therapy evaluation following a left shoulder capsular release and distal clavicular excision performed on December 20, 2019. He had two tears of his rotator cuff that occured in september of 2018 and a broken arm prior to the rotator cuff tears. Following injury he was in a sling for an extended period of time. He then developed frozen shoulder and thus, had the capsular release and distal clavicular excision. Evaluation revealed significantly impaired shoulder range of motion specifically of the glenohumeral joint (see UE ROM and Joint Mobility Section). Furthermore, weakness was evident via ROM assessment and manual muscle testing was not performed due to pain and will be assessed when tolerable and appropriate. Posture assessment revealed a forward head and shoulder depression on the left side. During shoulder ROM, the pt gets very little mobility from his glenohumeral joint and compensates throught excessive motion of his scapula during shoulder flexion and abduction. His goals for therapy are to decrease pain, improve shoulder mobility, and potentially return to work as he reports being out of work for the past 18 months. He will benefit from therapy in order to decrease glenhumeral tightness, increase strength, decrease pain, and improve his ability to perform ADLs. Given his impairments and absence of any commorbidities he is of low complexity.

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

**OP PT Time Spent With Patient**

*Supervising Physical Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student

Hensley PT, Jennifer - 01/20/2020 17:31 EST

*OP PT Low Evaluation Units :* 1
*OP PT Low Evaluation Minutes :* 47
*OP PT Therapeutic Exercise Units :* 1
*OP PT Therapeutic Exercise Minutes :* 10
*OP PT Total Treatment Timed Minutes :* 10 minute
*OP PT Total Units (Timed) :* 1 units
*OP PT Total Treatment Untimed Minutes :* 47 minute
*OP PT Total Units (Untimed) :* 1 units
*PT Total Treatment Minutes :* 57
*OP PT Total (All Units) :* 2
*Correct Perf On/Start Time Documented :* Yes
*OP Concurrent Therapy :* No

Parnell PT Student, Ryan - 01/20/2020 16:49 EST

*DOC - Therapy*

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Progress Note/ DC Assessment- Text |
| SERVICE DATE/TIME: | 4/21/2020 14:47 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Hale PT,Angela (4/21/2020 14:47 EDT) |
| SIGN INFORMATION: | Hale PT,Angela (4/21/2020 14:47 EDT) |

**OP PT Communication Note Entered On: 04/21/2020 14:48 EDT**
**Performed On: 04/21/2020 14:47 EDT by Hale PT, Angela**

**OP General Information**
*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint
*Date of Birth :* EST
*Total Number of Visits PT :* 22
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST

Hale PT, Angela - 04/21/2020 14:47 EDT
(As Of: 04/21/2020 14:48:41 EDT)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**PT Pain Management**
*PT Pain Management :* Documented Below
*Worst Pain Level 1-10 Evaluation :* 7
*Worst Pain Level 1-10 Update/Discharge :* 8
*Best Pain Level 1-10 Evaluation :* 2
*Best Pain Level 1-10 Update/Discharge :* 2
*Pain Relief Techniques - Update/Discharge :* Cold, Exercise

Hale PT, Angela - 04/21/2020 14:47 EDT

**PT Treatments Provided**
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Patient / Caregiver Education -Instructions :* Home program, Body Mechanics/Transfers, Pain management
*PT Equipment Anticipated or Recommended :* None
*PT Equipment Issued Rehab :* None

Hale PT, Angela - 04/21/2020 14:47 EDT

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

## *DOC - Therapy*

Hale PT, Angela - 04/21/2020 14:47 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Hale PT, Angela - 04/21/2020 14:47 EDT | Hale PT, Angela - 04/21/2020 14:47 EDT |

*IP PT LTG Documentation :* Yes

Hale PT, Angela - 04/21/2020 14:47 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, | 3/2: reported 8/10 at its worst. 2/24: | 3/9: Theraband rows added. 3/2: | 3/2: QuickDASH = 52 |

| | | | | |
|---|---|---|---|---|
| | Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated. | |
| | Hale PT, Angela - 04/21/2020 14:47 EDT | Hale PT, Angela - 04/21/2020 14:47 EDT | Hale PT, Angela - 04/21/2020 14:47 EDT | Hale PT, Angela - 04/21/2020 14:47 EDT |

**PT Objective and Functional Status**
*Addendum Completed :* No
*PT Recommendations :* Requesting to continue with plan
*Additional Information :* Pt continues to be on hold d/t facility mandated closure for COVID-19 precautionary measures.

Hale PT, Angela - 04/21/2020 14:47 EDT

## DOC - Therapy

DOCUMENT NAME: OP PT Progress Note/ DC Assessment- Text
SERVICE DATE/TIME: 4/21/2020 13:10 EDT
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Hensley PT,Jennifer (8/24/2020 13:10 EDT)
SIGN INFORMATION: Hensley PT,Jennifer (8/24/2020 13:10 EDT)

**OP PT DC Assessment Entered On: 08/24/2020 13:11 EDT**
**Performed On: 04/21/2020 13:10 EDT by Hensley PT, Jennifer**

**OP General Information**
*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint
*Date of Birth :* EST
*Discharge Date :* 04/21/2020 EDT
*Total Number of Visits PT :* 22
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Reason for Discharge - PT :* Other: Pt did not return to PT after facility mandated closure due to Covid-19.
Hensley PT, Jennifer - 08/24/2020 13:10 EDT
(As Of: 08/24/2020 13:11:28 EDT)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**PT Pain Management**
*PT Pain Management :* N/A
Hensley PT, Jennifer - 08/24/2020 13:10 EDT

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Hensley PT, Jennifer - 08/24/2020 13:10 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |

## *DOC - Therapy*

| | | |
|---|---|---|
| | 50 degrees in order to be able to complete ADLs without difficulty. | |
| *Status :* | Not met | Not met |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Hensley PT, Jennifer - 08/24/2020 13:10 EDT | Hensley PT, Jennifer - 08/24/2020 13:10 EDT |

*IP PT LTG Documentation :* Yes

Hensley PT, Jennifer - 08/24/2020 13:10 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression | 3/2: QuickDASH = 52 |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | | | needed as tolerated. | |
| | Hensley PT, Jennifer - 08/24/2020 13:10 EDT | Hensley PT, Jennifer - 08/24/2020 13:10 EDT | Hensley PT, Jennifer - 08/24/2020 13:10 EDT | Hensley PT, Jennifer - 08/24/2020 13:10 EDT |

**PT Objective and Functional Status**
*Addendum Completed :* No
*PT Recommendations :* Follow up with physician
*Additional Information :* Pt did not return to PT after facility mandated closure due to Covid-19.

Hensley PT, Jennifer - 08/24/2020 13:10 EDT

**Recommendations/Summary of Progress**
*Necessity of the Services Provided :* -

*Functional Progression w/ Objective Improvements :* -
*Justification of Need :* -
*Additional Information :* Pt did not return to PT after facility mandated closure due to Covid-19.
Hensley PT, Jennifer - 08/24/2020 13:10 EDT

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Progress Note/ DC Assessment- Text |
| SERVICE DATE/TIME: | 3/18/2020 13:08 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Hensley PT,Jennifer (3/18/2020 13:08 EDT) |
| SIGN INFORMATION: | Hensley PT,Jennifer (3/18/2020 13:08 EDT) |

**OP PT Communication Note Entered On: 03/18/2020 13:09 EDT**
**Performed On: 03/18/2020 13:08 EDT by Hensley PT, Jennifer**

**OP General Information**
*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint
*Date of Birth :* EST
*Total Number of Visits PT :* 22
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST

Hensley PT, Jennifer - 03/18/2020 13:08 EDT
(As Of: 03/18/2020 13:09:17 EDT)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**PT Pain Management**
*PT Pain Management :* Documented Below
*Worst Pain Level 1-10 Evaluation :* 7
*Worst Pain Level 1-10 Update/Discharge :* 8
*Best Pain Level 1-10 Evaluation :* 2
*Best Pain Level 1-10 Update/Discharge :* 2
*Pain Relief Techniques - Update/Discharge :* Cold, Exercise

Hensley PT, Jennifer - 03/18/2020 13:08 EDT

**PT Treatments Provided**
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Patient / Caregiver Education -Instructions :* Home program, Body Mechanics/Transfers, Pain management
*PT Equipment Anticipated or Recommended :* None
*PT Equipment Issued Rehab :* None

Hensley PT, Jennifer - 03/18/2020 13:08 EDT

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.

## *DOC - Therapy*

Hensley PT, Jennifer - 03/18/2020 13:08 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Hensley PT, Jennifer - 03/18/2020 13:08 EDT | Hensley PT, Jennifer - 03/18/2020 13:08 EDT |

*IP PT LTG Documentation :* Yes

Hensley PT, Jennifer - 03/18/2020 13:08 EDT

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |

## *DOC - Therapy*

| | | | | |
|---|---|---|---|---|
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated. | 3/2: QuickDASH = 52 |
| | Hensley PT, Jennifer - 03/18/2020 13:08 EDT | Hensley PT, Jennifer - 03/18/2020 13:08 EDT | Hensley PT, Jennifer - 03/18/2020 13:08 EDT | Hensley PT, Jennifer - 03/18/2020 13:08 EDT |

**PT Objective and Functional Status**
*Addendum Completed :* No
*PT Recommendations :* Other: hold
*Additional Information :* Pt will be placed on hold d/t facility mandated closure for COVID-19 precautionary measures.

Hensley PT, Jennifer - 03/18/2020 13:08 EDT

## DOC - Therapy

| | |
|---|---|
| DOCUMENT NAME: | OP PT Progress Note/ DC Assessment- Text |
| SERVICE DATE/TIME: | 3/2/2020 18:29 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (3/2/2020 18:29 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (3/2/2020 18:31 EST); Parnell PT Student,Ryan (3/2/2020 18:29 EST) |

**OP PT Communication Note Entered On: 03/02/2020 18:30 EST**
**Performed On: 03/02/2020 18:29 EST by Parnell PT Student, Ryan**

**OP General Information**
*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint
*Date of Birth :* EST
*Total Number of Visits PT :* 18
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST

Parnell PT Student, Ryan - 03/02/2020 18:29 EST
(As Of: 03/02/2020 18:31:35 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**PT Pain Management**
*PT Pain Management :* Documented Below
*Worst Pain Level 1-10 Evaluation :* 7
*Worst Pain Level 1-10 Update/Discharge :* 8
*Best Pain Level 1-10 Evaluation :* 2
*Best Pain Level 1-10 Update/Discharge :* 2
*Pain Relief Techniques - Update/Discharge :* Cold, Exercise

Parnell PT Student, Ryan - 03/02/2020 18:29 EST

**PT Treatments Provided**
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Patient / Caregiver Education -Instructions :* Home program, Body Mechanics/Transfers, Pain management
*PT Equipment Anticipated or Recommended :* None
*PT Equipment Issued Rehab :* None

Parnell PT Student, Ryan - 03/02/2020 18:29 EST

**Long Term Goals**

## *DOC - Therapy*

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Parnell PT Student, Ryan - 03/02/2020 18:29 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 03/02/2020 18:29 EST | Parnell PT Student, Ryan - 03/02/2020 18:29 EST |

*IP PT LTG Documentation :* Yes
Parnell PT Student, Ryan - 03/02/2020 18:29 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met :* | 02/03/2020 EST | | | |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of 6/10 | 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, further progression needed as tolerated. | 3/2: QuickDASH = 52 |
| | Parnell PT Student, Ryan - 03/02/2020 18:29 EST | Parnell PT Student, Ryan - 03/02/2020 18:29 EST | Parnell PT Student, Ryan - 03/02/2020 18:29 EST | Parnell PT Student, Ryan - 03/02/2020 18:29 EST |

**PT Objective and Functional Status**
*Supervising Therapist :* Hensley PT, Jennifer
*Student Supervision :* I provided supervision of this student
Hensley PT, Jennifer - 03/02/2020 18:31 EST

*Addendum Completed :* No
*PT Recommendations :* Requesting to continue with plan
*Additional Information :* Pt's left shoulder ROM is still progressing (see updated UE ROM section) however, ROM deficits still present especially in shoulder flexion. Strength was now able to be assessed due to pt now being able to achieve testing positions with weakness evident in left shoulder (see UE strength section). Pt continues to be limited by pain and states that in the past week pain in left shoulder has been 8/10 at its worst and 2/10 at its best. Updated QuickDASH score is 52 indicating the presence of continued significant functional limitation due to pain. Pt will continue to benefit from therapy for further left shoulder flexibility, strengthening as tolerated, and further pain reduction for improved daily function with UE tasks. Continue with current plan and progress as tolerated.
Parnell PT Student, Ryan - 03/02/2020 18:29 EST

## *DOC - Therapy*

| | |
|---|---|
| DOCUMENT NAME: | OP PT Progress Note/ DC Assessment- Text |
| SERVICE DATE/TIME: | 2/3/2020 17:06 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Parnell PT Student,Ryan (2/3/2020 17:06 EST) |
| SIGN INFORMATION: | Hensley PT,Jennifer (2/3/2020 17:42 EST); Parnell PT Student,Ryan (2/3/2020 17:06 EST) |

**OP PT Communication Note Entered On: 02/03/2020 17:08 EST**
**Performed On: 02/03/2020 17:06 EST by Parnell PT Student, Ryan**

**OP General Information**
*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint
*Date of Birth :* EST
*Total Number of Visits PT :* 7
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST

Parnell PT Student, Ryan - 02/03/2020 17:06 EST
(As Of: 02/03/2020 17:43:05 EST)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**PT Pain Management**
*PT Pain Management :* Documented Below
*Worst Pain Level 1-10 Evaluation :* 7
*Worst Pain Level 1-10 Update/Discharge :* 7
*Best Pain Level 1-10 Evaluation :* 2
*Best Pain Level 1-10 Update/Discharge :* 2
*Pain Relief Techniques - Update/Discharge :* Cold, Exercise

Parnell PT Student, Ryan - 02/03/2020 17:06 EST

**PT Treatments Provided**
*OP PT Anticipated Treatment, Needs :* Hot/Cold - 97010, Joint protection, Manual therapy - 97140, Modalities, Neuromuscular reeducation - 97112, Pain management, Patient education, Posture Body Mechanics - 97530, Therapeutic exercises - 97110, Unattended E-stim - G0283
*Patient / Caregiver Education -Instructions :* Home program, Body Mechanics/Transfers, Pain management
*PT Equipment Anticipated or Recommended :* None
*PT Equipment Issued Rehab :* None

Parnell PT Student, Ryan - 02/03/2020 17:06 EST

**Long Term Goals**

## *DOC - Therapy*

*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Parnell PT Student, Ryan - 02/03/2020 17:06 EST

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | Pt will have decrease left shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status :* | Progressing, continue | Progressing, continue |
| *Comments :* | 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Parnell PT Student, Ryan - 02/03/2020 17:06 EST | Parnell PT Student, Ryan - 02/03/2020 17:06 EST |

*IP PT LTG Documentation :* Yes
Parnell PT Student, Ryan - 02/03/2020 17:06 EST

**Short Term Goals**

Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal :* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lessen difficulty with ADL's requiring UE function. |
| *Status :* | Goal met | Progressing, continue | Progressing, continue | Initial |
| *Date Met :* | 02/03/2020 EST | | | |
| *Comments :* | 2/3: Active ABD = 107, Flex = 122, | 2/3: Reports pain of 5/10. 1/31: | | |

## DOC - Therapy

| | | | | |
|---|---|---|---|---|
| | Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine flexion=120, abd=120, ER=42. | reports pain of 5/10. 1/27: pt reports pain of 6/10 | | |
| | Parnell PT Student, Ryan - 02/03/2020 17:06 EST | Parnell PT Student, Ryan - 02/03/2020 17:06 EST | Parnell PT Student, Ryan - 02/03/2020 17:06 EST | Parnell PT Student, Ryan - 02/03/2020 17:06 EST |

**PT Objective and Functional Status**
*Addendum Completed :* No
*PT Recommendations :* Requesting to continue with plan
*Additional Information :* Pt re-assessed and is making progress with shoulder ROM and has met one of his short-term goals. He still complains of left shoulder pain of 7/10 at its worst. Will continue to benefit from shoulder ROM and progression to strengthening as tolerated/appropriate to reduce difficulty with ADLs.
Parnell PT Student, Ryan - 02/03/2020 17:06 EST

*Therapy Documentation*

## Shoulder extension with resistance - Neutral



| REPS: 10 | SETS: 2 |
| --- | --- |

[illegible] SPT 03/11/2020 01:58 pm
[illegible] PT 3/11/2020 14:05

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
ACT: 175789 MRN: 537631
[ACT]

*** Home Exercise Instructions - Auth (Verified) ***

## Seated Shoulder Flexion AAROM with Pulley Behind



| REPS: 30 | DAILY: 2 |
| --- | --- |

## Seated Shoulder Scaption AAROM with Pulley at Side



| REPS: 30 | DAILY: 2 |
| --- | --- |

## Seated Shoulder Abduction AAROM with Pulley Behind



| REPS: 30 | DAILY: 2 |
| --- | --- |

## Scapular Retraction with Resistance



| REPS: 10 | SETS: 2 |
| --- | --- |
| DAILY: 1 | |

## Isometric Shoulder Flexion at Wall



| REPS: 10 | HOLD: 3 |
| --- | --- |
| DAILY: 1 | |

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: ADMIT: 01/20/20
ACT: 175789 MRN: 537631
[ACT]

[signature] SPT 03/09/2020
2:03pm
[signature] PT 3/9/2020
14:19

Patient: James Zoll

MEDBRIDGE Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider.

Login URL: encompasshealth.medbridgego.com • Access Code: HFE3XFHJ • Date printed: 03/09/2020 Page 11

## Isometric Shoulder Extension at Wall



| | |
|---|---|
| REPS: 10 | HOLD: 3 |
| DAILY: 1 | |

## Isometric Shoulder External Rotation at Wall



| | |
|---|---|
| REPS: 10 | HOLD: 3 |
| DAILY: 1 | |

## Standing Isometric Shoulder Internal Rotation at Doorway



| | |
|---|---|
| REPS: 10 | HOLD: 3 |
| DAILY: 1 | |

## Isometric Shoulder Abduction at Wall



| | |
|---|---|
| REPS: 10 | HOLD: 3 |
| DAILY: 1 | |

## Isometric Shoulder Adduction



| | |
|---|---|
| REPS: 10 | HOLD: 3 |
| DAILY: 1 | |

MEDBRIDGE Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider.

*** Home Exercise Instructions - Auth (Verified) ***

## Corner Pec Major Stretch



| SETS: 3 | HOLD: 30 |
|---|---|
| DAILY: 2 | |

Ryan S. Parnell SPT 03/09/2020 2:03pm
[signature] PT 3/9/2020 14:20

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
ACT: 175789 MRN: 537631
[ACT]

Patient: James Zoll

MEDBRIDGE Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider.

Login URL: encompasshealth.medbridgego.com • Access Code: HFE3XFHJ • Date printed: 03/09/2020 Page 13

*** Home Exercise Instructions - Auth (Verified) ***

## Circular Shoulder Pendulum with Table Support



| REPS: 10-20 | DAILY: 1 |
| --- | --- |
| WEEKLY: 7 | |

## Flexion-Extension Shoulder Pendulum with Table Support



| REPS: 10-20 | DAILY: 1 |
| --- | --- |
| WEEKLY: 7 | |

## Horizontal Shoulder Pendulum with Table Support



| REPS: 10-20 | DAILY: 1 |
| --- | --- |
| WEEKLY: 7 | |

[signature] SPT 01/27/2020 06:06pm
[signature] PT 1/27/2020 18:00

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: ADMIT: 01/20/20
ACT: 175789 MRN: 537631
(ACT)

James D. Zoll

SCANNED

MEDBRIDGE Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider.

*** Home Exercise Instructions - Auth (Verified) ***

## Sleeper Stretch




| | |
|---|---|
| REPS: 5 | SETS: 1-2 |
| HOLD: 10 | DAILY: 2 |

## Seated Isometric Shoulder Inferior Glide




| | |
|---|---|
| REPS: 10 | SETS: 1-2 |
| HOLD: 3 SEC | DAILY: 2 |
| WEEKLY: 7 | |

## Standing Shoulder External Rotation AAROM with Dowel




| | |
|---|---|
| REPS: 10 | SETS: 2 |
| HOLD: 3 | DAILY: 2 |

[illegible] SPT 1/20/2020 5:51pm
[illegible] PT 1/20/2020 17:51

**ZOLL, JAMES D**
DOB: (M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
**ACT: 175789 MRN: 537631**
[ACT]

## *Coding Summary*

*** Coding Worksheet - Auth (Verified) ***

```
DATE: 01/21/2020           Cardinal Hill Rehab Hospital          TIME: 04:22 PM
PAGE:  1 OF  1                   CODING WORKSHEET

    Patient Name: JAMES D ZOLL              MR#: 000537631   PAT#:  0000175789
    Birthdate/Age:            051Y          Adm/Disch:  1/20/20
                                            Length of Stay:    1
    Attending Phys: HACKETT, DANIEL         Disposition: 30
    Consultants:
                                            Med Svc[Pgm]: ORTHOPEDIC - OTHER
                                            Impairment/CMG:
                                            CMS13:

                                            Coded by: williakd    1/21/20

  Diagnoses  POA MOD HAC Description                                     Tier
  ---------  --- --- --- -----------                                     ----
  1. R53.1               Weakness
  2. M25.612             Stiffness of left shoulder, not elsewhere classified
  3. M25.512             Pain in left shoulder
  4. R29.3               Abnormal posture
  5. R26.89              Other abnormalities of gait and mobility

       Date    CPT  Modifiers         Description
  ----------- ----- ----------------- -----------
  1. 01/20/20 97110 GP                Therapeutic exercises
  2. 01/20/20 97161 GP                Pt eval low complex 20 min


*** END OF REPORT ***
```



**Lincoln/Zoll 1842**

## *Phone Messages*

DOCUMENT NAME: Phone Message/Call
SERVICE DATE/TIME: 1/20/2020 17:57 EST
RESULT STATUS: Modified
PERFORM INFORMATION: Redmon,Laura (1/21/2020 08:28 EST); Parnell PT Student, Ryan (1/20/2020 17:57 EST)
SIGN INFORMATION:

**Addendum by Redmon, Laura on January 21, 2020 08:28:37 EST**

---------------------
From: Redmon, Laura (0196 OP Therapy Financial Counselors)
To: Parnell PT Student, Ryan;
Cc: Hensley PT, Jennifer;
Sent: 01/21/2020 08:28:37 EST
Subject: RE: Visit Request

approved 21 PT visits from 1/21/20 thru 4/30/20

---------------------
From: Parnell PT Student, Ryan
To: 0196 OP Therapy Financial Counselors;
Cc: Hensley PT, Jennifer;
Sent: 01/20/2020 17:57:55 EST
Subject: Visit Request

Please request 21 visits. 3 times a week for 3 weeks and 2 times a week for 6 weeks.

*Miscellaneous*

*** Miscellaneous Note - Auth (Verified) ***

CARDINAL HILL® REHABILITATION HOSPITAL

Orthopedic Specialty Program

Physical Therapy Progress Note

ZOLL. JAMES D
DOB
ACT: 175789 MRN: 537631
[ACT]

Date: 03/04/2020

Patient Name: James D. Zoll

DOB:

Diagnosis: Left Shoulder Capsular Release & Distal Clavicular excision

| AROM: Initial Eval | AROM: Current | MMT: Initial Eval | MMT: Current |
|---|---|---|---|
| L Shoulder Flexion = 110<br>Abduction = 91<br>External Rot = 32 | Flexion = 119<br>Abduction = 122<br>External Rot: 50 | Not Tested due to pain & limitations | L Shoulder Flexion: 3+/5 w/in Available ROM<br>Abduction - 3+/5 w/in available ROM |

Assessment/Functional Gains: Pt continues to be limited by pain & reports pain of 8/10 intesity at its worst & 2/10 at its best. Left Shoulder ROM continues to improve (see above). Strength able to now be tested w/in pt's available ROM which revealed Left shoulder weakness. Pt's Quick Dash score of 52 still indicates significant functional impairment due to pain. Pt will continue to benefit from PT for continued ROM improvement, pain reduction, & strength.

Thank you for the opportunity to participate in the care of your patient. Please feel free to contact us with questions or concerns at 859-246-8925.

Sincerely, [signature] SPT 03/04/2020 9:02 am
[signature] PT
3/4/2020 9:02



Lincoln/Zoll 1845

*** Miscellaneous Note - Auth (Verified) ***

CARDINAL HILL® REHABILITATION HOSPITAL

Orthopedic Specialty Program

Physical Therapy Progress Note

ZOLL, JAMES D
DOB: (M) DR: HACKETT, DANIEL
AGE: 51Y ADMIT: 01/20/20
ACT: 175789 MRN: 537631
[ACT]

Date: 02/03/2020

Patient Name: James D. Zoll

DOB:

Diagnosis: Left Shoulder Capsular Release & Distal Clavicular Excision

| AROM: Initial Eval | AROM: Current | MMT: Initial Eval | MMT: Current |
|---|---|---|---|
| Shoulder Flex = 110 | Flex = 122 | Not assessed due to restrictions & pain | Not assessed due to pain |
| Abd = 91 | Abd = 107 | | |
| Ext. Rot. = 32 | Ext. Rot. = 47 | | |

Assessment/Functional Gains: Improved shoulder range of motion as well as improved shoulder/scapular mechanics in available range. Patient still reports shoulder pain of 7/10 at its worst. He will benefit from continued therapy for improving range of motion, decrease pain, and begin strengthening when appropriate.

Thank you for the opportunity to participate in the care of your patient. Please feel free to contact us with questions or concerns at 859-246-8925.

Sincerely, Ryan S. Pamell SPT 02/03/2020 1:40pm
[signature] PT 2/3/2020 13:40

Store #: 4607
Report Date: 06/03/2021

**Connexus Pharmacy System**
**Wal-Mart Neighborhood Market Pharmacy10-4607**
**HIPAA - Designated Record Set**

3735 PALOMAR CENTRE DRIVE
LEXINGTON KY-40513

From : 01/01/2019 To 06/03/2021

**Name** ZOLL,JAMES D
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Insurance Information**

| Card Status | Plan / Carrier | Card Id # | Group # | Dependent Code |
|---|---|---|---|---|
| Active | ESI/EXPRESS SCRIPTS-A4 C | 1438128398 | 8 | 01 |
| Active | PDM/GILEAD ADVANCING ACCESS | 38840588710 | 1 | 01 |
| Active | WMD/THERAPY FIRST - VOUCHER C | 59174228134 | 718 | |

**Prescription Information**

| Fill Date | Rx #<br>Fill Id | Drug Name<br>Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| 02/20/2019 | 6801058<br>1705575 | SERTRALINE 100MG TAB<br>Qty : 135 | TAKE 1 & 1/2 (ONE & ONE-HALF) TABLETS BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 11.65 |
| 03/14/2019 | 6821574<br>1710943 | TiZANidine 4MG TAB<br>Qty : 90 | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | ZIEGLER,JOHN P | ESI | $ 10.94 |
| 03/14/2019 | 6821578<br>1710945 | ATORVASTATIN 20MG TAB<br>Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 18.00 |
| 08/26/2019 | 6821578<br>1748189 | ATORVASTATIN 20MG TAB<br>Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 7.43 |
| 03/14/2019 | 4420145<br>1710946 | CLONAZEPAM 1MG TAB<br>Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZIEGLER,JOHN P | ESI | $ 3.00 |
| 01/17/2019 | 6823412<br>1696644 | DICLOFENAC 1% GEL<br>Qty : 100 | APPLY 2 GRAMS TO THE AFFECTED AREA(S) TOPICALLY FOUR TIMES A DAY | BEGLEY,BETHANY L | ESI | $ 32.11 |
| 02/19/2019 | 6826778<br>1705294 | DICLOFENAC 1% GEL<br>Qty : 100 | APPLY 2 GRAMS TO THE AFFECTED AREA(S) TOPICALLY FOUR TIMES DAILY | BEGLEY,BETHANY L | ESI | $ 32.11 |
| 02/19/2019 | 6826784<br>1705296 | MELOXICAM 7.5MG TAB<br>Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 30 DAYS | BEGLEY,BETHANY L | ESI | $ 5.00 |
| 03/14/2019 | 6828635<br>1710849 | METHYLPRED 4MG PAK<br>Qty : 21 | TAKE AS DIRECTED | BEGLEY,BETHANY L | ESI | $ 9.83 |
| 04/08/2019 | 6830461<br>1716525 | OMEPRAZOLE 20MG CAP<br>Qty : 90 | TAKE 1 CAPSULE BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 24.00 |
| 04/08/2019 | 2216282<br>1716527 | HYDROCOD/ACETAM 5-325MG TAB<br>Qty : 12 | TAKE 1 TABLET BY MOUTH EVERY 6 TO 8 HOURS AS NEEDED | ZIEGLER,JOHN P | ESI | $ 2.40 |
| 04/08/2019 | 6830458<br>1716528 | DESVENLAFAX SUCC ER 50MG TAB<br>Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 285.98 |
| 07/01/2019 | 6830458<br>1736079 | DESVENLAFAX SUCC ER 50MG TAB<br>Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 284.59 |
| 04/08/2019 | 6830457<br>1716529 | AMITRIPTYLIN 10MG TAB<br>Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 7.55 |
| 07/01/2019 | 6830457<br>1736078 | AMITRIPTYLIN 10MG TAB<br>Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 7.40 |
| 07/01/2019 | 6830459<br>1736080 | TiZANidine 4MG TAB<br>Qty : 90 | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | ZIEGLER,JOHN P | ESI | $ 10.61 |
| 10/11/2019 | 6830459<br>1759360 | TiZANidine 4MG TAB<br>Qty : 90 | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | ZIEGLER,JOHN P | ESI | $ 12.83 |
| 06/04/2019 | 4420606<br>1729711 | CLONAZEPAM 1MG TAB<br>Qty : 60 | | ZIEGLER,JOHN P | ESI | $ 7.00 |

Store #: 4607
Report Date: 06/03/2021

**Connexus Pharmacy System**
**Wal-Mart Neighborhood Market Pharmacy10-4607**
**HIPAA - Designated Record Set**

3735 PALOMAR CENTRE DRIVE
LEXINGTON KY-40513

From : 01/01/2019 To 06/03/2021

**Name** ZOLL,JAMES D
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| | | | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | | | |
| 07/04/2019 | 4420606 1736081 | CLONAZEPAM 1MG TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZIEGLER,JOHN P | ESI | $ 7.00 |
| 09/16/2019 | 4420606 1753199 | CLONAZEPAM 1MG TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZIEGLER,JOHN P | ESI | $ 6.00 |
| 04/18/2019 | 6831215 1718903 | DICLOFENAC 75MG DR TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED WITH FOOD FOR NECK PAIN | KNOX,CRAIG A | ESI | $ 9.94 |
| 07/01/2019 | 6831215 1736077 | DICLOFENAC 75MG DR TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED WITH FOOD FOR NECK PAIN | KNOX,CRAIG A | ESI | $ 13.94 |
| 09/16/2019 | 6831215 1753200 | DICLOFENAC 75MG DR TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED WITH FOOD FOR NECK PAIN | KNOX,CRAIG A | ESI | $ 10.94 |
| 11/12/2019 | 6831215 1766773 | DICLOFENAC 75MG DR TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED WITH FOOD FOR NECK PAIN | KNOX,CRAIG A | ESI | $ 9.66 |
| 12/11/2019 | 6831215 1773611 | DICLOFENAC 75MG DR TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED WITH FOOD FOR NECK PAIN | KNOX,CRAIG A | ESI | $ 9.94 |
| 04/18/2019 | 6831216 1718904 | TOPIRAMATE 25MG Qty : 120 | TAKE 1 TABLET BY MOUTH AT BEDTIME FOR 7 DAYS, THEN INCREASE BY 1 TABLET EACH WEEK UP TO 4 TABLETS AT BEDTIME AS TOLERATED, MAY LOWER DOSE IF ANY SIDE AFFECTES OCCUR | KNOX,CRAIG A | ESI | $ 12.00 |
| 07/01/2019 | 6831216 1736076 | TOPIRAMATE 25MG Qty : 120 | TAKE 1 TABLET BY MOUTH AT BEDTIME FOR 7 DAYS, THEN INCREASE BY 1 TABLET EACH WEEK UP TO 4 TABLETS AT BEDTIME AS TOLERATED, MAY LOWER DOSE IF ANY SIDE AFFECTES OCCUR | KNOX,CRAIG A | ESI | $ 10.00 |
| 09/16/2019 | 6831216 1753198 | TOPIRAMATE 25MG Qty : 120 | TAKE 1 TABLET BY MOUTH AT BEDTIME FOR 7 DAYS, THEN INCREASE BY 1 TABLET EACH WEEK UP TO 4 TABLETS AT BEDTIME AS TOLERATED, MAY LOWER DOSE IF ANY SIDE AFFECTES OCCUR | KNOX,CRAIG A | ESI | $ 6.01 |
| 11/12/2019 | 6831216 1766774 | TOPIRAMATE 25MG Qty : 120 | TAKE 1 TABLET BY MOUTH AT BEDTIME | KNOX,CRAIG A | ESI | $ 7.01 |

Store #: 4607
Report Date: 06/03/2021

**Connexus Pharmacy System**
**Wal-Mart Neighborhood Market Pharmacy10-4607**
**HIPAA - Designated Record Set**

3735 PALOMAR CENTRE DRIVE
LEXINGTON KY-40513

From : 01/01/2019 To 06/03/2021

**Name** ZOLL,JAMES D
**Address**

**DOB**
**SSN #**
**Phone** (859)333-8013

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| | | | FOR 7 DAYS, THEN INCREASE BY 1 TABLET EACH WEEK UP TO 4 TABLETS AT BEDTIME AS TOLERATED, MAY LOWER DOSE IF ANY SIDE AFFECTES OCCUR | | | |
| 01/01/2020 | 6831216 1778407 | TOPIRAMATE 25MG Qty : 120 | TAKE 1 TABLET BY MOUTH AT BEDTIME FOR 7 DAYS, THEN INCREASE BY 1 TABLET EACH WEEK UP TO 4 TABLETS AT BEDTIME AS TOLERATED, MAY LOWER DOSE IF ANY SIDE AFFECTES OCCUR | KNOX,CRAIG A | ESI | $ 7.21 |
| 03/30/2020 | 6831216 1800473 | TOPIRAMATE 25MG Qty : 120 | TAKE 1 TABLET BY MOUTH AT BEDTIME FOR 7 DAYS, THEN INCREASE BY 1 TABLET EACH WEEK UP TO 4 TABLETS AT BEDTIME AS TOLERATED, MAY LOWER DOSE IF ANY SIDE AFFECTES OCCUR | KNOX,CRAIG A | ESI | $ 7.21 |
| 04/18/2019 | 6831220 1718906 | SUMATRIPTAN 100MG TAB Qty : 9 | TAKE 1 TABLET BY MOUTH AT ONSET OF MIGRAINE, MAY REPEAT AT 2 HOURS IF NEEDED | KNOX,CRAIG A | ESI | $ 11.00 |
| 08/26/2019 | 6831220 1748190 | SUMATRIPTAN 100MG TAB Qty : 9 | TAKE 1 TABLET BY MOUTH AT ONSET OF MIGRAINE, MAY REPEAT AT 2 HOURS IF NEEDED | KNOX,CRAIG A | ESI | $ 7.00 |
| 11/12/2019 | 6831220 1766772 | SUMATRIPTAN 100MG TAB Qty : 9 | TAKE 1 TABLET BY MOUTH AT ONSET OF MIGRAINE, MAY REPEAT AT 2 HOURS IF NEEDED | KNOX,CRAIG A | ESI | $ 8.01 |
| 04/20/2019 | 6831217 1719421 | SUMATRIPTAN 6MG/0.5ML AUTO INJ Qty : 2 | INJECT 1 ML SHOT SUB-Q AS NEEDED FOR SEVERE MIGRAINE | KNOX,CRAIG A | ESI | $ 67.83 |
| 06/04/2019 | 2216551 1729740 | HYDROCOD/ACETAM 5-325MG TAB Qty : 12 | TAKE 1 TABLET BY MOUTH EVERY 6 TO 8 HOURS AS NEEDED | ZIEGLER,JOHN P | ESI | $ 4.00 |
| 08/09/2019 | 6838828 1744818 | DESVENLAFAX SUCC ER 50MG TAB Qty : 45 | TAKE 1 & 1/2 (ONE & ONE-HALF) TABLETS BY MOUTH ONCE DAILY | LAMB,STEPHEN B | ESI | $ 132.34 |
| 09/16/2019 | 6841225 1753197 | DESVENLAFAX SUCC ER 100MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | LAMB,STEPHEN B | ESI | $ 64.00 |
| 09/19/2019 | 2217011 1753885 | HYDROCOD/ACETAM 7.5-325MG TAB Qty : 12 | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN | ZIEGLER,JOHN P | ESI | $ 2.17 |
| 10/17/2019 | 4421377 1759915 | TESTOSTERONE PMP 1.62% 75G GEL Qty : 75 | APPLY 2 PUMPS TOPICALLY ONCE DAILY | AYOUB,WALAA AYOUB GABRA | ESI | $ 281.93 |
| 11/30/2019 | 4421377 1770875 | | APPLY 2 PUMPS TOPICALLY ONCE DAILY | AYOUB,WALAA AYOUB GABRA | ESI | $ 262.19 |

Store #: 4607
Report Date: 06/03/2021

**Connexus Pharmacy System**
**Wal-Mart Neighborhood Market Pharmacy10-4607**
**HIPAA - Designated Record Set**

3735 PALOMAR CENTRE DRIVE
LEXINGTON KY-40513

From : 01/01/2019 To 06/03/2021

**Name** ZOLL,JAMES D
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| | | TESTOSTERONE PMP 1.62% 75G GEL Qty : 75 | | | | |
| 10/15/2019 | 6844432 1760124 | SERTRALINE 100MG TAB Qty : 90 | TAKE 1/2 TO 1 (ONE-HALF TO ONE) TABLET BY MOUTH AT BEDTIME | LAMB,STEPHEN B | ESI | $ 10.67 |
| 01/19/2020 | 6844432 1783134 | SERTRALINE 100MG TAB Qty : 90 | TAKE 1/2 TO 1 (ONE-HALF TO ONE) TABLET BY MOUTH AT BEDTIME | LAMB,STEPHEN B | ESI | $ 11.85 |
| 10/15/2019 | 6844434 1760126 | AMITRIPTYLIN 25MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH AT BEDTIME | LAMB,STEPHEN B | ESI | $ 10.00 |
| 10/17/2019 | 6844620 1760624 | FLUZONE QUAD PF .5ML 19-20 INJ Qty : 1 | PHARMACIST ADMINISTERED IMMUNIZATION, ADMINISTERED AT TIME OF DISPENSING | TAYYAB,SYED MUHAMMAD | ESI | $ 31.81 |
| 01/08/2020 | 6846727 1780199 | TiZANidine 4MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | ZIEGLER,JOHN P | ESI | $ 14.02 |
| 03/30/2020 | 6846727 1800476 | TiZANidine 4MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | ZIEGLER,JOHN P | ESI | $ 14.02 |
| 11/12/2019 | 4421501 1766709 | CLONAZEPAM 1MG TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZIEGLER,JOHN P | ESI | $ 3.70 |
| 01/01/2020 | 4421501 1778408 | CLONAZEPAM 1MG TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZIEGLER,JOHN P | ESI | $ 3.80 |
| 11/30/2019 | 6846733 1770874 | ATORVASTATIN 20MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 8.66 |
| 02/25/2020 | 6846733 1792295 | ATORVASTATIN 20MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 8.92 |
| 12/03/2019 | 6848272 1771505 | SUMATRIPTAN 100MG TAB Qty : 27 | USE AS DIRECTED; TAKE 1 TABLET BY MOUTH AT ONSET OF MIGRAINE, MAY REPEAT AT 2 OR 3 HOURS IF NEEDED | KNOX,CRAIG A | ESI | $ 24.74 |
| 03/03/2020 | 6848272 1793901 | SUMATRIPTAN 100MG TAB Qty : 27 | USE AS DIRECTED; TAKE 1 TABLET BY MOUTH AT ONSET OF MIGRAINE, MAY REPEAT AT 2 OR 3 HOURS IF NEEDED | KNOX,CRAIG A | ESI | $ 24.74 |
| 12/05/2019 | 6848471 1772000 | CEPHALEXIN 500MG CAP Qty : 15 | TAKE 1 CAPSULE BY MOUTH THREE TIMES DAILY | ZIEGLER,JOHN P | ESI | $ 2.87 |
| 12/20/2019 | 2217475 1775785 | HYDROCOD/ACETAM 7.5-325MG TAB Qty : 27 | TAKE 1 TABLET BY MOUTH EVERY 4 HOURS AS NEEDED | HACKETT,DANIEL JOSEPH | ESI | $ 6.30 |
| 12/20/2019 | 6849760 1775777 | ONDANSETRON 4MG TAB Qty : 9 | TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED | HACKETT,DANIEL JOSEPH | ESI | $ 1.15 |
| 12/20/2019 | 8810946 1775788 | EQ STOOL SOFTENER 100MG CAP Qty : 20 | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | HACKETT,DANIEL JOSEPH | ESI | $ 0.39 |
| 12/24/2019 | | | | | ESI | $ 12.90 |

Store #: 4607
Report Date: 06/03/2021

**Connexus Pharmacy System**
**Wal-Mart Neighborhood Market Pharmacy10-4607**
**HIPAA - Designated Record Set**

3735 PALOMAR CENTRE DRIVE
LEXINGTON KY-40513

From : 01/01/2019 To 06/03/2021

**Name** ZOLL,JAMES D
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| | 6849761 1775779 | CELECOXIB 100MG CAP Qty : 60 | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | HACKETT,DANIEL JOSEPH | | |
| 12/27/2019 | 2217500 1777277 | HYDROCOD/ACETAM 7.5-325MG TAB Qty : 20 | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN | COY,SAMUEL C | ESI | $ 4.66 |
| 01/23/2020 | 2217536 1784257 | HYDROCOD/ACETAM 5-325MG TAB Qty : 19 | TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED FOR 30 DAYS | GISH,BRANDON ERIK | ESI | $ 4.31 |
| 01/13/2020 | 4421764 1781317 | TESTOSTERONE PMP 1.62% 75G GEL Qty : 75 | APPLY 2 PUMPS TRANSDERMALLY ONCE DAILY | AYOUB,WALAA AYOUB GABRA | ESI | $ 243.84 |
| 02/06/2020 | 4421899 1787795 | PREGABALIN 75MG CAP Qty : 60 | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | HACKETT,DANIEL JOSEPH | ESI | $ 66.16 |
| 03/04/2020 | 4421899 1793902 | PREGABALIN 75MG CAP Qty : 60 | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | HACKETT,DANIEL JOSEPH | ESI | $ 66.16 |
| 02/06/2020 | 6853620 1787796 | AMITRIPTYLIN 25MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH AT BEDTIME | HACKETT,DANIEL JOSEPH | ESI | $ 4.00 |
| 02/06/2020 | 6853621 1787797 | CELECOXIB 200MG CAP Qty : 60 | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | HACKETT,DANIEL JOSEPH | ESI | $ 28.43 |
| 03/05/2020 | 6853621 1794293 | CELECOXIB 200MG CAP Qty : 60 | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | HACKETT,DANIEL JOSEPH | ESI | $ 28.43 |
| 06/28/2020 | 6853621 1819315 | CELECOXIB 200MG CAP Qty : 60 | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | HACKETT,DANIEL JOSEPH | ESI | $ 28.43 |
| 03/03/2020 | 6855621 1793820 | SMZ/TMP DS 800-160 TAB Qty : 14 | TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | ZIEGLER,JOHN P | ESI | $ 2.29 |
| 03/03/2020 | 6855622 1793821 | AMITRIPTYLIN 50MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY AT BEDTIME (CHANGE IN DOSE) | ZIEGLER,JOHN P | ESI | $ 10.00 |
| 03/03/2020 | 4422014 1793822 | CLONAZEPAM 1MG TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZIEGLER,JOHN P | ESI | $ 3.80 |
| 05/09/2020 | 4422014 1808468 | CLONAZEPAM 1MG TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZIEGLER,JOHN P | ESI | $ 3.80 |
| 06/28/2020 | 4422014 1819310 | CLONAZEPAM 1MG TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZIEGLER,JOHN P | ESI | $ 3.80 |
| 03/30/2020 | 6856948 1800475 | AMITRIPTYLIN 25MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH AT BEDTIME TO PREVENT HEADACHE | LEUNG,PATRICK K | ESI | $ 10.00 |
| 06/28/2020 | 6856948 1819309 | AMITRIPTYLIN 25MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH AT BEDTIME TO PREVENT HEADACHE | LEUNG,PATRICK K | ESI | $ 10.00 |
| 09/29/2020 | 6856948 1840532 | AMITRIPTYLIN 25MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH AT BEDTIME TO PREVENT HEADACHE | LEUNG,PATRICK K | ESI | $ 10.00 |
| 01/05/2021 | 6856948 1862663 | AMITRIPTYLIN 25MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH AT BEDTIME TO PREVENT HEADACHE | LEUNG,PATRICK K | ESI | $ 10.00 |
| 03/30/2020 | 6856949 1800675 | AIMOVIG 70MG/ML INJ Qty : 1 | INJECT 1 ML SUB-Q ONCE EVERY MONTH | LEUNG,PATRICK K | ESI | $ 557.34 |
| 04/27/2020 | 6856949 1805957 | AIMOVIG 70MG/ML INJ Qty : 1 | INJECT 1 ML SUB-Q ONCE EVERY MONTH | LEUNG,PATRICK K | ESI | $ 557.34 |

Store #: 4607
Report Date: 06/03/2021

**Connexus Pharmacy System**
**Wal-Mart Neighborhood Market Pharmacy10-4607**
**HIPAA - Designated Record Set**

3735 PALOMAR CENTRE DRIVE
LEXINGTON KY-40513

From : 01/01/2019 To 06/03/2021

**Name** ZOLL,JAMES D
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| 05/25/2020 | 6856949 1811627 | AIMOVIG 70MG/ML INJ Qty : 1 | INJECT 1 ML SUB-Q ONCE EVERY MONTH | LEUNG,PATRICK K | ESI | $ 557.34 |
| 07/06/2020 | 6856949 1821022 | AIMOVIG 70MG/ML INJ Qty : 1 | INJECT 1 ML SUB-Q ONCE EVERY MONTH | LEUNG,PATRICK K | ESI | $ 557.34 |
| 08/03/2020 | 6856949 1827240 | AIMOVIG 70MG/ML INJ Qty : 1 | INJECT 1 ML SUB-Q ONCE EVERY MONTH | LEUNG,PATRICK K | ESI | $ 557.34 |
| 08/31/2020 | 6856949 1833559 | AIMOVIG 70MG/ML INJ Qty : 1 | INJECT 1 ML SUB-Q ONCE EVERY MONTH | LEUNG,PATRICK K | ESI | $ 557.34 |
| 09/30/2020 | 6856949 1840754 | AIMOVIG 70MG/ML INJ Qty : 1 | INJECT 1 ML SUB-Q ONCE EVERY MONTH | LEUNG,PATRICK K | ESI | $ 557.34 |
| 11/05/2020 | 6856949 1849047 | AIMOVIG 70MG/ML INJ Qty : 1 | INJECT 1 ML SUB-Q ONCE EVERY MONTH | LEUNG,PATRICK K | ESI | $ 557.34 |
| 12/01/2020 | 6856949 1854751 | AIMOVIG 70MG/ML INJ Qty : 1 | INJECT 1 ML SUB-Q ONCE EVERY MONTH | LEUNG,PATRICK K | ESI | $ 557.34 |
| 01/05/2021 | 6856949 1862670 | AIMOVIG 70MG/ML INJ Qty : 1 | INJECT 1 ML SUB-Q ONCE EVERY MONTH | LEUNG,PATRICK K | ESI | $ 557.34 |
| 02/13/2021 | 6856949 1871260 | AIMOVIG 70MG/ML INJ Qty : 1 | INJECT 1 ML SUB-Q ONCE EVERY MONTH | LEUNG,PATRICK K | ESI | $ 590.22 |
| 03/13/2021 | 6856949 1877303 | AIMOVIG 70MG/ML INJ Qty : 1 | INJECT 1 ML SUB-Q ONCE EVERY MONTH | LEUNG,PATRICK K | ESI | $ 590.22 |
| 04/16/2020 | 6858257 1802874 | DICLOFENAC 1% GEL Qty : 100 | APPLY 4 GRAMS TOPICALLY TO APPROPRIATE AREA FOUR TIMES A DAY | HACKETT,DANIEL JOSEPH | ESI | $ 26.61 |
| 06/11/2020 | 6858257 1815603 | DICLOFENAC 1% GEL Qty : 100 | APPLY 4 GRAMS TOPICALLY TO APPROPRIATE AREA FOUR TIMES A DAY | HACKETT,DANIEL JOSEPH | ESI | $ 26.61 |
| 04/23/2020 | 4422238 1805179 | PREGABALIN 75MG CAP Qty : 60 | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | HACKETT,DANIEL JOSEPH | ESI | $ 66.16 |
| 06/28/2020 | 4422238 1819308 | PREGABALIN 75MG CAP Qty : 60 | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | HACKETT,DANIEL JOSEPH | ESI | $ 66.16 |
| 06/28/2020 | 6858985 1819314 | TIZANidine 4MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | ZIEGLER,JOHN P | ESI | $ 14.02 |
| 05/25/2020 | 6858984 1811628 | ATORVASTATIN 20MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 8.92 |
| 04/27/2020 | 6858987 1805908 | CLOTRIM/BETA 1-0.05% CRE Qty : 45 | APPLY TOPICALLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN TWICE DAILY IN THE MORNING AND EVENING AS NEEDED | ZIEGLER,JOHN P | ESI | $ 16.62 |
| 05/13/2020 | 6860034 1809300 | DEXAMETH PHO 4MG/ML INJ Qty : 30 | USE AS DIRECTED | HACKETT,DANIEL JOSEPH | ESI | $ 31.37 |
| 03/15/2021 | 6861463 1877695 | AMITRIPTYLIN 25MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | KNOX,CRAIG A | ESI | $ 10.00 |
| 06/05/2020 | 6861465 1814268 | SUMATRIPTAN 100MG TAB Qty : 27 | TAKE 1 TABLET BY MOUTH AT ONSET OF MIGRAINE. MAY REPEAT AT 2 TO 3 HOURS IF NEEDED. | KNOX,CRAIG A | ESI | $ 24.74 |
| 10/02/2020 | 6861465 1841010 | SUMATRIPTAN 100MG TAB Qty : 27 | TAKE 1 TABLET BY MOUTH AT ONSET OF MIGRAINE. MAY REPEAT AT 2 TO 3 HOURS IF NEEDED. | KNOX,CRAIG A | ESI | $ 39.74 |

Store #: 4607
Report Date: 06/03/2021

**Connexus Pharmacy System**
**Wal-Mart Neighborhood Market Pharmacy10-4607**
**HIPAA - Designated Record Set**

3735 PALOMAR CENTRE DRIVE
LEXINGTON KY-40513

From : 01/01/2019 To 06/03/2021

**Name** ZOLL,JAMES D
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| 04/20/2021 | 6861465 1885507 | SUMATRIPTAN 100MG TAB Qty : 27 | TAKE 1 TABLET BY MOUTH AT ONSET OF MIGRAINE, MAY REPEAT AT 2 TO 3 HOURS IF NEEDED. | KNOX,CRAIG A | ESI | $ 49.25 |
| 06/06/2020 | 6861467 1814469 | SUMATRIPTAN 6MG/0.5ML AUTO INJ Qty : 2 | INJECT 1 ML AS NEEDED FOR SEVERE MIGRAINE | KNOX,CRAIG A | ESI | $ 88.48 |
| 06/08/2020 | 6861464 1814060 | TOPIRAMATE 25MG Qty : 180 | TAKE 2 TABLETS BY MOUTH ONCE DAILY | KNOX,CRAIG A | ESI | $ 10.82 |
| 09/12/2020 | 6861464 1836496 | TOPIRAMATE 25MG Qty : 6 | TAKE 2 TABLETS BY MOUTH ONCE DAILY | KNOX,CRAIG A | ESI | $ 0.44 |
| 09/16/2020 | 6861464 1837419 | TOPIRAMATE 25MG Qty : 180 | TAKE 2 TABLETS BY MOUTH ONCE DAILY | KNOX,CRAIG A | ESI | $ 13.10 |
| 01/05/2021 | 6861464 1862671 | TOPIRAMATE 25MG Qty : 180 | TAKE 2 TABLETS BY MOUTH ONCE DAILY | KNOX,CRAIG A | ESI | $ 10.13 |
| 04/08/2021 | 6861464 1883045 | TOPIRAMATE 25MG Qty : 174 | TAKE 2 TABLETS BY MOUTH ONCE DAILY | KNOX,CRAIG A | ESI | $ 19.52 |
| 06/28/2020 | 6861658 1819313 | VIIBRYD 20MG TAB Qty : 30 | TAKE 1/2 (ONE-HALF) TABLET BY MOUTH ONCE DAILY FOR 7 DAYS, THEN TAKE 1 TABLET ONCE DAILY | LAMB,STEPHEN B | ESI | $ 267.13 |
| 07/28/2020 | 6861658 1825943 | VIIBRYD 20MG TAB Qty : 30 | TAKE 1/2 (ONE-HALF) TABLET BY MOUTH ONCE DAILY FOR 7 DAYS, THEN TAKE 1 TABLET ONCE DAILY | LAMB,STEPHEN B | ESI | $ 267.13 |
| 07/06/2020 | 6863642 1821082 | NORTRIPTYLIN 10MG CAP Qty : 30 | TAKE 1 CAPSULE BY MOUTH ONCE DAILY IN THE MORNING | SWAYZE,CHRISTOPHER R | ESI | $ 3.84 |
| 07/28/2020 | 6865255 1826072 | DICLOFENAC 75MG DR TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY WITH FOOD | SWAYZE,CHRISTOPHER R | ESI | $ 9.94 |
| 09/01/2020 | 6865284 1833923 | VIIBRYD 20MG TAB Qty : 30 | TAKE 1 & 1/2 (ONE & ONE-HALF) TABLETS BY MOUTH ONCE DAILY | LAMB,STEPHEN B | ESI | $ 267.13 |
| 10/03/2020 | 6865284 1841358 | VIIBRYD 20MG TAB Qty : 30 | TAKE 1 & 1/2 (ONE & ONE-HALF) TABLETS BY MOUTH ONCE DAILY | LAMB,STEPHEN B | ESI | $ 264.13 |
| 11/06/2020 | 6865284 1849336 | VIIBRYD 20MG TAB Qty : 30 | TAKE 1 & 1/2 (ONE & ONE-HALF) TABLETS BY MOUTH ONCE DAILY | LAMB,STEPHEN B | ESI | $ 264.13 |
| 09/30/2020 | 6868516 1840753 | TiZANidine 4MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | ZIEGLER,JOHN P | ESI | $ 15.02 |
| 01/05/2021 | 6868516 1862664 | TiZANidine 4MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | ZIEGLER,JOHN P | ESI | $ 12.92 |
| 09/11/2020 | 6868517 1836193 | ATORVASTATIN 20MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 14.34 |
| 09/11/2020 | 4422830 1836196 | CLONAZEPAM 1MG TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZIEGLER,JOHN P | ESI | $ 6.11 |
| 12/04/2020 | 4422830 1855583 | CLONAZEPAM 1MG TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZIEGLER,JOHN P | ESI | $ 6.11 |

Store #: 4607
Report Date: 06/03/2021

**Connexus Pharmacy System**
**Wal-Mart Neighborhood Market Pharmacy10-4607**
**HIPAA - Designated Record Set**

3735 PALOMAR CENTRE DRIVE
LEXINGTON KY-40513

From : 01/01/2019 To 06/03/2021

**Name** ZOLL.JAMES D
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| 01/05/2021 | 4422830 1862668 | CLONAZEPAM 1MG TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZIEGLER,JOHN P | ESI | $ 5.25 |
| 09/21/2020 | 6869222 1838594 | DESCOVY 200MG/25MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 5,106.81 |
| 12/18/2020 | 6869222 1858801 | DESCOVY 200MG/25MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 5,106.81 |
| 10/01/2020 | 6870272 1840963 | SMZ/TMP DS 800-160 TAB Qty : 14 | TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | ZIEGLER,JOHN P | ESI | $ 3.17 |
| 10/01/2020 | 6870273 1840964 | MUPIROCIN 2% OIN Qty : 22 | APPLY A SMALL AMOUNT TOPICALLY TO THE AFFECTED AREA THREE TIMES DAILY | ZIEGLER,JOHN P | ESI | $ 12.12 |
| 10/01/2020 | 6870288 1840998 | GAVILYTE-G SOL Qty : 4000 | USE AS DIRECTED | CHEN,AN-YU | ESI | $ 16.26 |
| 12/08/2020 | 6875387 1856386 | PROAIR RESPI AER Qty : 1 | INHALE 2 PUFFS BY MOUTH EVERY 6 TO 8 HOURS | ZIEGLER,JOHN P | ESI | $ 57.77 |
| 12/09/2020 | 6875388 1856604 | VIIBRYD 20MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 792.38 |
| 03/15/2021 | 6875388 1877698 | VIIBRYD 20MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 834.99 |
| 12/08/2020 | 6875385 1856388 | OMEPRAZOLE 20MG CAP Qty : 90 | TAKE 1 CAPSULE BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 9.76 |
| 12/08/2020 | 6875386 1856389 | ATORVASTATIN 20MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 14.34 |
| 03/15/2021 | 6875386 1877518 | ATORVASTATIN 20MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 18.57 |
| 12/16/2020 | 6875962 1858358 | NEO/POLY/DEX 0.1% OP SUS Qty : 5 | INSTILL 1 DROP INTO LEFT EYE 4 TIMES DAILY | GOOD,DANIEL JOHN | ESI | $ 9.07 |
| 12/18/2020 | 6876105 1858754 | SMZ/TMP DS 800-160 TAB Qty : 14 | TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | ZIEGLER,JOHN P | ESI | $ 3.17 |
| 02/15/2021 | 6879843 1871626 | CLINDAMYCIN 10MG/ML LOT Qty : 60 | APPLY A SMALL AMOUNT TOPICALLY TO AFFECTED AREA EVERY MORNING | GROSSMAN,AUDRA ISAAC | ESI | $ 92.54 |
| 02/15/2021 | 6879845 1871627 | KETOCONAZOLE 2% SHA Qty : 120 | SHAMPOO LIBERALLY LEAVE IN FOR 10 MINUTES, THEN RINSE, THREE TIMES A WEEK AS DIRECTED | GROSSMAN,AUDRA ISAAC | ESI | $ 23.29 |
| 04/09/2021 | 6881753 1883243 | TIZANidine 4MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | ZIEGLER,JOHN P | ESI | $ 17.91 |
| 03/16/2021 | 4423604 1878014 | CLONAZEPAM 1MG TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | ZIEGLER,JOHN P | ESI | $ 8.25 |
| 03/16/2021 | 6881847 1878019 | NYSTATIN 100000U CRE Qty : 30 | APPLY CREAM TOPICALLY TO AFFECTED AREA(S) TWICE DAILY AS NEEDED | ZIEGLER,JOHN P | ESI | $ 14.74 |
| 04/09/2021 | 6883322 1883327 | AIMOVIG 140MG/ML INJ Qty : 1 | | KNOX,CRAIG A | ESI | $ 590.22 |

Store #: 4607
Report Date: 06/03/2021

**Connexus Pharmacy System**
**Wal-Mart Neighborhood Market Pharmacy10-4607**
**HIPAA - Designated Record Set**

3735 PALOMAR CENTRE DRIVE
LEXINGTON KY-40513

From : 01/01/2019 To 06/03/2021

**Name** ZOLL,JAMES D
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| | | | INJECT 1 ML SUBCUTANEOUSLY ONCE EVERY MONTH | | | |
| 05/11/2021 | 6883322 1890283 | AIMOVIG 140MG/ML INJ Qty : 1 | INJECT 1 ML SUBCUTANEOUSLY ONCE EVERY MONTH | KNOX,CRAIG A | ESI | $ 590.22 |
| 05/10/2021 | 6883425 1889969 | DESCOVY 200MG/25MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | ZIEGLER,JOHN P | ESI | $ 5,351.92 |
| 04/22/2021 | 6884251 1885990 | SERTRALINE 100MG TAB Qty : 90 | TAKE 1/2 (ONE-HALF) TABLET BY MOUTH ONCE DAILY FOR 14 DAYS, THEN TAKE 1 TABLET ONCE DAILY (STOP VIIBRYD) | ZIEGLER,JOHN P | ESI | $ 24.00 |

☑ I consent to and understand the physician taking photographs and/or videos pertinent to the operation/ procedure may be used for continuity of care and/or teaching/educational purposes. If photographs and/or videos are taken of the procedure/operation all information will remain confidential and no identity will be revealed.

☑ I hereby authorize and consent for the physician to arrange for additional services as he/she may deem necessary or advisable, including but not limited to transfer to a hospital if a higher level of care is warranted, the administration and maintenance of anesthesia and the performance of services involving laboratory, pathology, and or radiology services. Additional services provided will be billed by the ancillary providers (i.e. laboratory services) and my insurance carrier will be billed for ancillary services

☑ I herby authorize and consent for a pathologist to use his/her discretion in the disposal of any tissue, or other specimen as he/she deems appropriate.

☑ In the event of blood or fluid exposure to medical personnel involved in my care, I authorize and consent to the drawing of my blood for the purpose of conducting HIV or Hepatitis testing. In the event that such exposure does occur, I will be notified and the exposure will be recorded in my medical record. I understand that the test is not 100% reliable and may, in some cases, indicate a false positive or a false negative. A second test may be necessary to confirm results. If there is a positive test result, health care practitioners who were directly responsible for my care will be informed of this result so that proper treatment can occur. My identification and results of the test are confidential and protected against further disclosure to the extent provided by law.

☑ I authorize the administration of transfusion or transfusions of blood or blood products as may be deemed advisable in the judgment of the anesthesiologist, physician and or the physician's associates performing the operation/procedure. I understand that blood transfusions are not always successful in producing a desirable result and despite the exercise of due care the transfusion of blood or blood products may induce ill effects such as: the transmission of hepatitis, or certain other diseases; accidental immunization to the antibodies contained in the transfused product or allergic reactions. I understand that in case of an emergency it may be necessary to use existing stocks of blood which may not include the most compatible blood types.

☑ I acknowledge that I have been advised by Kentucky Surgery Center that I should not drive until the effects of the anesthesia medications have worn off. This means I understand that I should not drive for at least 24 hours after my procedure. I understand that I am required to have a competent companion accompany me after my procedure and that I will be released to that person's custody and must rely on him/her for my return home and supervision as instructed.

☑ I have received a copy of the patient's rights and responsibilities, advance directive information, the AIDS education sheet, and a copy of my right to privacy and confidentiality (HIPAA). I do ✓ or do not ______ have an advance directive/living will.

**AUTHORIZATION:** Having read and fully understood the above, and having received and fully understood information from my physician, I hereby authorize my physician and any of his/her associates or assistants to perform the above-named procedure(s) and to provide additional services as may be deemed medically reasonable and necessary, including, but not limited to:

1) Those resulting from conditions or discoveries, which in the opinion of the professional make a change or extension advisable.
2) Administration and maintenance of anesthesia considered necessary or advisable by the professional responsible for such services.
3) The implant of medical devices.
4) Services involving pathology and radiology.
5) Related follow-up care.

**I have read and I understand the meaning of the above paragraphs which is noted by the checkmark. I consent to and accept on behalf of myself/child/and/or ward all items listed. The signature noted authorizes all of the above items to occur.**

Date/Time 2/20/19 @ 0530 RN/Witness Signature M. [signature] RN

______________ Self/Parent/Responsible Party [signature] Zoll

2nd Witness Signature (use as needed) Please sign and indicate relationship if not patient.

2009

**Lincoln/Zoll 1856**

# ANESTHESIA SERVICES, PC

**PAYMENT AGREEMENT**

I have given my consent to have anesthesia today and I understand that I will be charged for this service. I have been told that the fee for anesthesia is usually based on the complexity of the case, the time required to finish the procedure and any additional procedures as may be required by your anesthesia provider to provide safe care for you.

I am responsible for the payment of the anesthesia fee; including co-payments and deductibles that are not covered by my heath care plan or insurance. If the anesthesia fee is not covered by insurance I will pay the full fee upon receipt of a bill unless I have already paid my surgeon for the anesthesia services or my surgeon has agreed to pay on my behalf. If my medical insurance does cover anesthesia for this procedure I expect the Anesthesia Group to submit a bill to my insurance carrier on my behalf and will sign an Assignment of Benefits in favor of Anesthesia Group

I will remain responsible for any portion of that fee which my insurance carrier does not pay directly to Anesthesia Group

**ASSIGNMENT OF BENEFITS**

I hereby assign, transfer and set over, any rights I may have to the Anesthesia group and its related providers for all monies and or benefits which I may be entitled to from government agencies, including medicare, Medicaid, medigap, insurance carriers, HMO's or others who are financially liable for my medical care to cover the costs of my treatment and care.

**RELEASE OF HEALTHCARE INFORMATION**

I authorize the anesthesia group to release my personal health information to: a) any health care provider for further diagnosis, treatment or for that providers payment of health care operations purposes; b)any person or entity that may be responsible for billing and/or collection of claims for medical services provided by the anesthesia group or staff; c) any person which is liable for any part of Anesthesia groups charges; d) any governmental agency responsible for oversight of the anesthesia group or any third party payor; or e) for the anesthesia groups normal health care operations. Moreover, in the event I need further treatment by another facility or provider, I hereby authorize the Anesthesia group to release my medical information to such a facility or provider for the purpose of continuity of care.

**PRIVACY NOTICE**

I acknowledge that I have been offered a copy of the Anesthesia Group's Privacy Notice

SIGNATURE

12/20/19
DATE

90165 DOB
JAMES ZOLL
12/20/19
DANIEL HACKETT Age 50

©2013 Somnia, Inc. All rights protected and reserve

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • (859) 225-3731 • Fax (859) 225-3830 • www.mehrfairbanks.com

M. Austin Mehr — amehr@austinmehr.com
Philip G. Fairbanks — pgf@austinmehr.com
Erik D. Peterson — edp@austinmehr.com
Bartley K. Hagerman — bkh@austinmehr.com
Elizabeth A. Thornsbury — elizabeth@austinmehr.com

June 25, 2021

*Sent via Overnight Mail and Facsimile: (603) 559-8641*

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

**RE: Long Term Disability (LTD) Benefits**
**Claimant: James D. Zoll**
**Claim No.: 8560503**
**Policyholder: Toyota Motor Engineering & Manufacturing North America, Inc.**

To Whom It May Concern:

Pursuant to Lincoln Life Assurance Company of Boston's (hereinafter "Lincoln Life") letter dated December 30, 2020, please accept this appeal on behalf of our client, Mr. James D. Zoll, regarding Lincoln Life's wrongful denial of his long-term disability ("LTD") claim. Lincoln Life terminated Mr. Zoll's benefits, despite the overwhelming evidence that he continues to be disabled under the terms of the policy. Below please find additional information in support of Mr. Zoll's administrative appeal with Lincoln Life:

- **Medical Records:**
  - Kentucky Bone & Joint (Bates 1001-1055)
  - Kentucky Surgery Center (Bates 2001-2046)
  - KORT Physical Therapy (Bates 3001-3174)
  - Pain Consultants of Central Kentucky (Bates 4001-4010)
  - Stephen Lamb MD (Bates 5001-5014)
  - Commonwealth Pain and Spine (Bates 6001-6075)
  - Lexington Clinic (Bates 7001-7214)
  - Commonwealth Hand Therapy (Bates 8001-8156)

- Cardinal Hill Rehabilitation Hospital (Bates 9001-9609)
- Walmart Pharmacy (Bates 10001-10009)

The above-referenced records have been enclosed on a disc and sent via overnight delivery. Please let our office know if Lincoln Life has any difficulty accessing the above referenced records and documents. The above records are bates numbered for reference. Mr. Zoll also incorporates by reference all documents contained within his LTD claim file.

**Disability**

Mr. Zoll became disabled and began receiving LTD benefits with Lincoln Life on approximately January 17, 2019. He thereafter received LTD benefits for approximately two years before Lincoln Life terminated benefits beyond January 16, 2021. On December 30, 2020, Lincoln Life denied Mr. Zoll's claim for benefits beyond January 16, 2021.

The December 30, 2020 denial letter sets forth the following standard of disability:

> ***"Disability"*** or ***"Disabled"*** means:
>
> 1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:
>
>     i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and
>
>     ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.
>
> 2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:
>
>     ***"Disability"*** or ***"Disabled"*** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.

(*See* Denial Letter) (emphasis in original). My Zoll is unable to confirm this standard of disability due to the policy and claim file not being provided to him upon request. However, it is evident through medical records and documentation that Mr. Zoll is unable to perform the duties of his own, or *any* occupation, due to his disabling conditions. Mr. Zoll's conditions have not improved since Lincoln Life's prior approval of benefits, and he remains disabled.

**Denial Letter**

As asserted in Lincoln Life's denial letter, the decision to terminate approved benefits was determined by Lincoln Life's "review of the information contained in [Mr. Zoll's] claim file..." (*See* Denial Letter). However, all information on file, coupled with the information provided herewith, demonstrates Mr. Zoll's ongoing long-term disability and why the decision to terminate his LTD benefits should be reversed.

Unfortunately, Mr. Zoll's ability to appeal Lincoln Life's termination of benefits has been hindered by Lincoln Life's failure to provide a copy of the claim file for Mr. Zoll's LTD claim. Mr. Zoll initially requested, through counsel, a copy of his claim file with Lincoln Life by letter dated April 29, 2021. However, after not receiving the claim file, Mr. Zoll sent a second letter (through counsel) on June 17, 2021 requesting the information again. To date, Mr. Zoll has still *not* received a copy of the claim file applicable to his LTD claim. Despite this, the claimant strongly disagrees with Lincoln Life's conclusions based on the prior documentation proffered and provides additional medical information in support of his appeal. Mr. Zoll does meet the definition of disability in the applicable policy. Mr. Zoll was forced to cease work due to his conditions. Mr. Zoll does not currently possess the ability to maintain employment on a reliable basis with his employer or any other employer. He does not have the functional capabilities to perform the material and substantial duties of any occupation. Mr. Zoll disagrees with the restrictions and resulting conclusion alleged to have been asserted in a December 17, 2020 medical *file review* as set forth in the December 30, 2020 denial letter. Mr. Zoll suffered a traumatic injury. He has had continued symptoms and flareups that have included, but are not limited to, chronic pain, persistent pain and limitations in some capacity throughout his body, radiculopathy, weakness, numbness, limited ranges of motion, and tingling. (*See* Medical Records). He is availed himself of *multiple* forms of treatment including physical therapy, pain management, medications, and injections. (*See* Medical Records). He would essentially be a one-armed worker in any occupation attempted. He would not be able to reliably obtain and maintain employment due to his conditions and limitations. (*See* Medical Records). Mr. Zoll's diagnoses and conditions have not resolved since his approval for LTD benefits. He remains limited and, as conceded by the Social Security Administration, he is disabled. The December 30, 2020 letter denying benefits plays lip service to Mr. Zoll's approval for benefits by the Social Security Administration. However, apart from generic template language, Lincoln Life does not provide any substantial analysis of the Social Security disability approval and why Lincoln Life's opinion differs.

Lincoln Life did not examine Mr. Zoll. Lincoln Life's *file reviewer* did not speak personally to Mr. Zoll. Mr. Zoll strongly disagrees with this approach to his claim given the nature of his chronic conditions and associated symptoms. Mr. Zoll remains willing to present to an independent medical evaluation for review of his claim whereas he is unable to perform his own occupation and *any occupation*, including sedentary occupations, due to his ongoing pain in *multiple* areas, restrictions, and limitations. Lincoln Life obtained a medical *file review* in this case when a physical examination was warranted. "The decision not to utilize a physical examination and instead rely on file reviews is 'just one more factor to consider in [the] overall assessment' of [the insurance company's] determination." *Withers v. United of Omaha Life Ins. Co.*, 2021 U.S. Dist. LEXIS 51639, at *35 (W.D. Ky. Mar. 18, 2021) (citing *Calvert v. Firstar Fin., Inc.*, 409 F.3d 286, 295 (6th Cir. 2005)). "However, as one court noted in upholding the reversal of the administrator's

denial of the employee's claims, '[t]he evidence presented in the administrative record did not support the denial of benefits when only [the plan administrator]'s physicians, who had not examined [the plaintiff], disagreed with the treating physicians.'" *Withers*, 2021 U.S. Dist. LEXIS, at *35-36 (citing *Hoover v. Provident Life & Accident Ins. Co.*, 290 F.3d 801, 809 (6th Cir. 2002)). The *file reviewer* did not speak with or examine Mr. Zoll in person. Mr. Zoll is a 52 year old man that worked for Toyota for a total of approximately 31 years. However, due to his conditions and limitations, he has been physically incapable of returning to employment in his own occupation or any other occupation. Lincoln Life's position that Mr. Zoll's conditions improved to such an extent that he can perform any occupation is unreasonable. Further, despite Lincoln Life's statement, it fails to provide any type of analysis regarding the duties required of any occupation it believes Mr. Zoll can perform. Instead, Lincoln Life simply summarily states Mr. Zoll can perform two other occupations. The duties he would be required to perform and how those duties compare to his restrictions and limitations are not provided or analyzed. Mr. Zoll cannot perform the occupations of Information Clerk or Gate Guard due to his conditions, symptoms, and *permanent* restrictions. (*See* Dictionary of Occupational Titles, *compared with* O*NET regarding the duties required of both occupations). Performing a desk job, even if classified by the Dictionary of Occupational Titles as "sedentary," would be detrimental to Mr. Zoll who suffers from conditions that include chronic neck pain, chronic back pain, limited range of motion in his shoulder/extremities, conditions related to his hands, numbness, tingling, and radiculopathy. (*See* Medical Records). Mr. Zoll has not ceased active medical treatment regarding his conditions since his injury. He has tackled his conditions head on with the hopes of improvement. He has been a self-advocate regarding pursuit of the best treatment, including productive physical therapy and pain management. (*See* Medical Records). Use of his extremities, such as arms, hands, neck, and back (while sitting predominantly all day due to the sedentary classification *and* having significant limitations in one entire extremity) is not conducive to an efficient working environment. Mr. Zoll *strongly* disagrees with Lincoln Life's assertions based on the opinions of one *file reviewer* it hired to review his medical records.

The medical documentation, coupled with the information provided herein, demonstrates Mr. Zoll's conditions and limitations. Mr. Zoll's conditions cumulatively render him unable to work. Lincoln Life has cherry picked the information from Mr. Zoll's medical records and his treatment in an effort to downplay the disabling deterioration in this claim. Credence must be given to Mr. Zoll's records and his doctors and it is their diagnoses that should control, not the opinions of lay persons and *file reviewers* who have never met nor examined Mr. Zoll. It is significant that Mr. Zoll has dedicated over three decades to his employment at Toyota. He does not take lightly his inability to work. His work ethic speaks for itself. However, despite his willingness to work, it does not negate his symptoms, ongoing pain, and objectively demonstrated limitations. Mr. Zoll was unwillingly forced to step away from his occupation. (*See* Medical Records). He has suffered chronic, persistent pain. Based on the information provided herewith, any decision to continue denying Mr. Zoll's LTD claim is unreasonable, arbitrary and capricious, and against the overwhelming medical evidence provided to Lincoln Life. Forcing Mr. Zoll into employment, given his current state, would be unsafe and inhumane.

Mr. Zoll reiterates the limitation Lincoln Life has placed on his ability to rebut all evidence contained in the claim file that was used as a basis to deny his claim due to the claim file not being produced. Nevertheless, the medical records, medical history, evaluations, and vocational history

continue to support Mr. Zoll's claim. Mr. Zoll continues to be disabled and respectfully requests reinstatement of his LTD benefits.

**Medical Records**

Mr. Zoll reiterates and incorporates all medical information presented to Lincoln Life throughout his claim. Mr. Zoll has continued medical treatment throughout his disability.

Mr. Zoll has had extensive treatment for various medical conditions including neck pain, lumbar radiculopathy, radiculopathy of the arm and hand, migraines, lower back pain, and chronic pain with Lexington Clinic. (Bates 7001-7214). He consistently presented to follow-up appointments and received treatment throughout 2019. (Bates 7067-7121). He participated in physical therapy. He had surgical intervention on his shoulder. (Bates 7067-7121). He has had consultations, testing, medications, pain management, and received referrals. (Bates 7001-7214). On April 17, 2019, Mr. Zoll presented to Kentucky Bone & Joint for evaluation of his left shoulder. (Bates 1003). He continued to suffer pain and limited range of motion. (Bates 1003-1004). Stiffness was observed. (Bates 1004). A cortisone injection was planned. (Bates 1004). An x-ray was also performed. (Bates 1004). Mr. Zoll had a follow-up appointment with Kentucky Bone & Joint on May 15, 2019. (Bates 1005). The previous injection did not provide any long-term relief of his symptoms and pain. (Bates 1005-1006). It was believed that pain management would be beneficial. (Bates 1006). An MRI of the lumbar spine on June 12, 2019 showed "broad-based disc protrusion at L4-L5 and L5-S1 with mild bilateral neural foraminal stenosis." (Bates 7193). An MRI of the cervical spine revealed "1. [t]here is a disc protrusion at C6-C7 with probable extension into the left neural foramen. There is moderate/severe left neural foraminal stenosis. 2. There is mild neural foraminal narrowing at C3-C4 and C5-C6…" (Bates 7194). An x-ray demonstrated "[d]egenerative changes of the thoracic spine." (Bates 7194). On June 23, 2019, Mr. Zoll was referred to physical therapy due to cervical radiculopathy and left shoulder rotator cuff syndrome. (Bates 9003). Mr. Zoll attended significant physical therapy treatment in 2019 and 2020 at Cardinal Hill Rehabilitation Center (*see generally* Bates 9001-9609), KORT Physical Therapy (*see generally* Bates 3001-3174), *and* Commonwealth Hand Therapy (*see generally* Bates 8001-8156). Prior to surgical intervention, Mr. Zoll "had limited progress with shoulder motion and strength" and had "reached maximum functional potential for" the left shoulder in physical therapy. (Bates 9037). He continued to suffer increased pain in his shoulder with exercises. (Bates 9346). Part of Mr. Zoll's goals included "potentially return[ing] to work" and improving his conditions. (Bates 9424). Despite continuing to have "significant functional limitation due to pain" (Bates 6362), Mr. Zoll's in-person physical therapy in 2020 was impacted by the global pandemic and mandated closures related to COVID-19. (Bates 9341). He presented to pain management on June 24, 2019 at Commonwealth Pain and Spine. (Bates 6001). Mr. Zoll described his neck pain, numbness, tingling, and pain in upper extremities. (Bates 6013). Physical examination showed limited range of motion, a positive empty can test, preserved strength but with mild pain and resisted internal/external rotation abduction, decreased light touch C6 dermatome/C7 dermatome/C8 dermatome, tenderness of the bilateral cervical paraspinal muscles and bilateral trapezius muscles, limited range of motion of the cervical spine and pain elicited with range of motion, and a positive Spurling's test. (Bates 6015). The treatment plan included an epidural steroid injection in the cervical region. (Bates 6016). He followed-up with Kentucky Bone & Joint on June 26, 2019. (Bates 1013). It was noted that physical therapy "was causing pain

and was not improving his condition." (Bates 1013). He was scheduled to receive an epidural injection by pain management the following month. (Bates 1014). "[H]is MRI report...demonstrates foraminal narrowing and root impingement at" the C6-C7 level. (Bates 1014). The possibly of AC joint symptoms was opined. (Bates 1014). He presented to Commonwealth Pain and Spine again on July 16, 2019. (Bates 6027). A Cervical Epidural Steroid Injection was performed. (Bates 6029). On July 25, 2019, Mr. Zoll described A/C joint arthritis, slipped disc at C6-C7, numbness in the left hand, and weakness in left arm. (Bates 9011). Mr. Zoll simply wanted to "[f]eel better again and do activities with both hands[.]" (Bates 9011). He also noted chronic migraines, tremors, wrist and shoulder injuries, anxiety, and depression. (Bates 9012). He presented to Dr. Hackett at Kentucky Bone & Joint again on August 19, 2019. (Bates 1015). He described some relief from the first epidural injection that lasted "for a little bit[,]" his continued physical therapy, his neck pain, and the continued pain at the top of his left shoulder. (Bates 1015). Physical examination continued to demonstrate objective findings. (Bates 1016). Restrictions continued to be opined of no pushing, pulling, or lifting greater than 5 pounds with the left upper extremity. (Bates 1016). He presented to Commonwealth Pain and Spine again on August 23, 2019. (Bates 6036). Another Cervical Epidural Steroid Injection in C7/T1 was summarized. (Bates 6038). His neck pain continued on October 18, 2019. (Bates 6043). Physical examination continued to show tenderness and limited range of motion upon examination of shoulders and musculoskeletal. (Bates 6047). The radiation he suffered into his fingertips was described. (Bates 6048). Repeat injection therapy was planned. (Bates 6048). A follow-up appointment with Dr. Hackett occurred on November 4, 2019. (Bates 1019). Mr. Zoll felt that his shoulder improvement had reached a plateau. (Bates 1019). Dr. Hackett opined that Mr. Zoll had "failed all conservative measures." (Bates 1020). His restrictions remained. (Bates 1020). On November 15, 2019, a repeat Cervical Epidural Steroid Injection in C7/T1 was performed. (Bates 6053). Assessment of Mr. Zoll was cervical radiculopathy. (Bates 6053). An MRI of the left shoulder was performed on November 19, 2019. (Bates 1021). Post-surgical changes were observed. (Bates 1021). "There is tendinopathy and partial tearing involving the supraspinatus, infraspinatus, and subscapularis." (Bates 1021). "There is very mild subluxation suspected involving the long head of the biceps tendon into the torn portion of the subscapularis." (Bates 1021). "There are mild-to-moderate arthritic changes of the acromioclavicular joint and at the glenohumeral joint. There is diffuse degenerative tearing of the labrum." (Bates 1021). A follow-up appointment with Dr. Hackett occurred on November 22, 2019. (Bates 1023). A left shoulder diagnostic arthroscopy with evaluation of Mr. Zoll's cuff and a possible repair with distal clavicle excision was discussed. (Bates 1024). Restrictions remained. (Bates 1024). Mr. Zoll's migraines continued on December 3, 2019. (Bates 7068). In December 2019, Mr. Zoll presented to his family medical provider after a "one-week flare of left lumbar radiculopathy." (Bates 7067). His pain occurred "[i]n the left lower back/gluteal in the left foot." (Bates 7067). He was referred to rheumatology for osteoarthritis evaluation. (Bates 7067). A left shoulder arthroscopic capsular release with manipulation under anesthesia and left arthroscopic distal clavicle excision was performed on December 20, 2019. (Bates 1026 and Bates 2001-2046). Postoperative diagnoses were left shoulder AC joint arthritis and left shoulder adhesive capsulitis. (Bates 1026). Mr. Zoll treated at Commonwealth Pain and Spine on January 3, 2020. (Bates 6055). "[E]xamination of the lumbar spine is consistent with lumbar spondylosis." (Bates 6061). He presented to Dr. Hackett for follow-up on January 6, 2020. (Bates 1029). He continued to suffer persistent pain. (Bates 1029). Physical therapy was recommended. (Bates 1030). Mr. Zoll had an endocrinology appointment at Lexington Clinic on January 9, 2020. (Bates 7061). His hyperlipidemia, depression,

and chronic pain were noted. (Bates 7063). A follow-up appointment at Commonwealth Pain and Spine occurred on January 16, 2020. (Bates 6070). A Lumbar Medial Branch Nerve Block was performed on the left L2-L5 under fluoroscopic needle guidance. (Bates 6073). Diagnosis included lumbosacral spondylosis without myelopathy. (Bates 6073). On January 20, 2020, Mr. Zoll presented to the rheumatology department "for initial evaluation and consultation at the request of Dr. Ziegler for multiple joint pain..." (Bates 7060). It was noted that Mr. Zoll had worked for Toyota for 31 years. (Bates 7060). In addition to "worsening joint pain and tenderness[,]" Mr. Zoll's symptoms included neck pain, migraines, drawing of his hands, difficulty with his hands, and lower back pain. (Bates 7060). It was assessed that "[w]ith reported recent major trauma as well as recurring injury based on his historical work report at Toyota for 31 years, this is likely all traumatic injury and degenerative changes in combination" and "[h]e will likely need to continue an aggressive physical therapy program to maintain or improve his overall strength and conditioning..." (Bates 7061). "[B]ased on his outcome he may or may not be able to return to his current position with the decreased range of motion of the left wrist, shoulder and elbow..." (Bates 7061). He presented to Dr. Hackett again on February 5, 2020. (Bates 1033). His pain continued despite physical therapy. (Bates 1033). Lyrica was prescribed "as he does seem to be having some [Complex Regional Pain Syndrome] symptoms." (Bates 1034). His celecoxib prescription was refilled. (Bates 1034). He was referred to a new pain management provider due to insurance reasons. (Bates 1034). Mr. Zoll presented to Pain Consultants of Central Kentucky, PLLC on February 25, 2020. (Bates 4001). His ongoing pain involving the shoulder and radicular pain down his arm, hand, and fingers were described. (Bates 4001). "His pain is worsened by physical therapy and by lifting." (Bates 4001). "It is improved by resting and ice." (Bates 4001). "His pain history is significant for cervical radiculopathy and lumbar radiculopathy..." (Bates 4002). "The upper extremities have decreased sensation in a left ulnar distribution, most profoundly distal to the wrist. This involves the last 2 ½ fingers. It continues with lesser intensity proximal to the wrist essentially ending near the elbow." (Bates 4002). "[O]n the left he has pain on range of motion, particularly abduction and external rotation, as well as flexion and extension of the left shoulder." (Bates 4002). "He does have some weakness in the wrist stabilizing muscles, and it appears almost more as breakaway than generalized weakness." (Bates 4002). "Finger spread is also somewhat reduced in force." (Bates 4002). 60 Flector pain patches were prescribed. (Bates 4003). On March 4, 2020, Mr. Zoll described his continued, sharp pain at the top of his shoulder and also in his scapula. (Bates 1035). It was noted that his amitriptyline dosage had been increased to 50 mg. (Bates 1036). Physical therapy was to be continued. (Bates 1036). On April 10, 2020, Mr. Zoll's pain had not been significantly relieved since his prior visit and physical therapy appointments had not occurred for three and a half weeks (during COVID pandemic). (Bates 1038-1039). Dr. Hackett offered to find other physical therapists that would be able to work with Mr. Zoll manually. (Bates 1039). Due to his asthma condition, at home physical therapy exercises were to continue. (Bates 1039). Diclofenac was prescribed. (Bates 1039). Mr. Zoll returned to pain management on May 4, 2020. (Bates 4004). His lower back pain had increased since the prior visit and the pain patches were not approved by insurance. (Bates 4004). His lower back pain "flared recently, and is worsened by prolonged sitting and prolonged walking. He has pain in both the anterior and posterior left thigh. Most of the pain is in the low back, left of midline, with a lesser amount in the anterior and posterior thigh." (Bates 4004). Although Mr. Zoll's Elavil had been increased, he suffered side effects. (Bates 4004). His "[g]ait is somewhat slowed..." (Bates 4004). TENS Unit was recommended. (Bates 4004). Additional physical therapy was recommended for the shoulder *and* back. (Bates 4004). On May 11, 2020, Mr. Zoll presented to KORT Beaumont Physical Therapy. (Bates 3001).

Physical examination demonstrated limitations. (Bates 3001-3002). Mr. Zoll thereafter continued physical therapy throughout 2020 despite continued pain in his back and shoulder. (Bates 3007-3174). Discomfort, soreness, weakness, exacerbation of pain, and fatigue were noted. (Bates 3042). Neck pain and headaches were also present. (Bates 3055). On May 26, 2020, it was noted that there had been some improvement in Mr. Zoll's pain, but he continued "to have dysfunction." (Bates 1041). Mr. Zoll presented to Lexington Clinic on June 4, 2020 due to a vascular headache. (Bates 7046). He also followed-up regarding migraines, essential tremor, and neck pain. (Bates 7048). His migraines and lower back pain had worsened. (Bates 7048). It was recommended that Mr. Zoll return to pain management. (Bates 7048). He presented to pain management on June 8, 2020. (Bates 4005). His lower back pain continued. (Bates 4005). His back pain was "roughly equal in intensity" as the shoulder pain. (Bates 4005). His "Gait [was] slow and deliberate" and he exhibited "depressive overtones." (Bates 4005). "Palpation of back and pelvis reveal[ed] tenderness over the left trochanteric bursal prominence and in the left paraspinous muscle groups." (Bates 4005). He expressed pain in range of motion of the right shoulder. (Bates 4005). It was recommended that he continue use of the TENS unit and Nortriptyline was prescribed. (Bates 4005). A physical therapy reevaluation occurred on July 14, 2020. (Bates 3058). Beck pain, neck pain, thigh pain, headaches, and shoulder pain were continuing. (Bates 3058). Mr. Zoll had a follow-up appointment with Dr. Hackett on July 27, 2020. (Bates 1043). He had only "minimal improvements" since his previous visit. (Bates 1043). He had concerns regarding his minimal improvement. (Bates 1044). On July 28, 2020, he had a follow-up appointment with pain management. (Bates 4007). He continued "to suffer with both shoulder and low back pain." (Bates 4007). He was given a letter to be excused from jury duty. (Bates 4007). "[H]e is simply uncomfortable enough that he will have difficulty sitting for that length of time." (Bates 4007). On September 8, 2020, he presented to pain management. (Bates 4008). His medications were continued. (Bates 4008). Mr. Zoll had a 6 month follow-up appointment at Lexington Clinic on September 11, 2020. (Bates 7043). He returned to Dr. Hackett on September 21, 2020. (Bates 1049). Difficulty laying on his arm and limited range of motion was noted. (Bates 1049). Dr. Hackett recommended that Mr. Zoll continue physical therapy. (Bates 1050). A physical therapy reevaluation occurred on September 23, 2020. (Bates 3100). On October 7, 2020, Mr. Zoll noted "tingling in the 4th and 5th digit of his [left] hand." (Bates 3109). "He also report[ed] that he experienced a muscle spasm (of the hypothenar muscles) that lasted several hours before relaxing." (Bates 3109). Mr. Zoll's symptoms were noted to be "consistent with ulnar nerve irritation." (Bates 3111). He "[c]onsulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist)." (Bates 3118). An appointment at Lexington Clinic occurred on October 14, 2020. (Bates 7034). Musculoskeletal examination revealed: "Full range of motion left hand tingling sensation ring and small finger[;] pressure on the ulnar nerve at the wrist reproduces tingling in the fingers[;] positive Tinel's left elbow[;] positive ulnar nerve subluxation, with soreness over the ulnar nerve." (Bates 7037). An EMG/NCV was recommended. (Bates 7037). A physical therapy reevaluation occurred on October 29, 2020. (Bates 3118). He presented to Lexington Clinic on November 23, 2020. (Bates 7028). Ulnar neuropathy of left arm and cervical radiculopathy were assessed. (Bates 7034). The office notes stated: "EMG: C7 radiculopathy, chronic. He knows about this. Ulnar nerve compression at the wrist and elbow[.]" (Bates 7031 and Bates 7191). Final assessment included Focal Dystonia and Cubital Tunnel Syndrome. (Bates 7031). A possible subcutaneous ulnar nerve transposition with ulnar nerve release at the wrist was recommended depending on symptom severity. (Bates 7031). Mr. Zoll explained at physical therapy on November 24, 2020 that "he did have an EMG/NCV" and it demonstrated "mild ulnar

nerve slowing" as well as carpal tunnel syndrome. (Bates 3133). On December 7, 2020, an electromyography (EMG) with Nerve Conduction Study (NCV) was noted. (Bates 7021). The impression was "Mild, chronic left L5 radiculopathy." (Bates 7189). Assessment included lumbar radiculopathy. (Bates 7021). Migraines were likewise noted. (Bates 7021). He described symptoms of "a feeling of numbness and tingling in the left foot" that had "been going on for several months..." (Bates 7023). The symptoms were "gradually getting worse." (Bates 7023). "His EMG of the left arm showed borderline findings for left C7 radiculopathy." (Bates 7027). Mr. Zoll's provider was "suspicious of lumbar radiculopathy[,]" and specifically left L5 radiculopathy, due to Mr. Zoll's symptoms in his left leg. (Bates 7027-7028). An EMG of the left leg was planned. (Bates 7028). Mr. Zoll had a telehealth appointment with Lexington Clinic on December 8, 2020. (Bates 7016). At his December 8, 2020 physical therapy appointment, Mr. Zoll reported "continued intermittent tingling in his" left hand and left lower extremity. (Bates 3136). A follow-up with Dr. Hackett occurred on December 16, 2020. (Bates 1051). Mr. Zoll's continued efforts with physical therapy were noted. (Bates 1051). Some pain continued and a cortisone injection was performed. (Bates 1052). He explained at physical therapy on December 21, 2020 that although he had received an injection in his shoulder that resulted in initial relief, he did not believe he had benefited overall from the injection. (Bates 3142). Mr. Zoll's physical therapy thereafter continued in 2021. (Bates 3145). He also presented to pain management on December 21, 2020. (Bates 4009). His medications were continued. (Bates 4009). A physical therapy reevaluation occurred on February 1, 2021. (Bates 3150). He felt his shoulder remained "about the same." (Bates 3150). On March 1, 2021, Mr. Zoll again suffered increased soreness in his neck. (Bates 3160). Progress was described as "slow but steady[.]" (Bates 3162). He described "a little" improvement to his left shoulder in an appointment with Dr. Hackett on March 8, 2021. (Bates 1053). Examination showed a positive Spurling's Sign to left. (Bates 1054). "[H]e does have some radicular type symptoms on" the left so physical therapy was continued with a focus on the cervical spine. (Bates 1054). A follow-up appointment with pain management occurred on March 18, 2021. (Bates 4018). His "[g]ait [was] slow and deliberate" and there was "limitation of range of motion on the left, mostly on external rotation..." (Bates 4010). "Palpation of upper back and neck reveal[ed] the tenderness...generally present in the midline at the cervicothoracic junction." (Bates 4010). "[H]e does have tenderness at the spinous process tips, roughly from C6 to T2." (Bates 4010). His musculoskeletal back pain was described as "long-term issue." (Bates 4010). Mr. Zoll presented to Lexington Clinic on April 8, 2021 due to back pain. (Bates 7006). It was noted that he returned "in follow-up regarding his migraines, essential tremor and neck pain." (Bates 7008). "He had essential tremor which had improved a little with Topamax." (Bates 7008). "He did have chronic neck pain" and "[h]is MRI scan did show a bulging disc extending to the left at C6-7 level." (Bates 7008). He continued "having a migraine about every week or 2" and was bothered by bright lights and suffered "visual disturbances with the migraine." (Bates 7008). "He uses Imitrex when necessary" to resolve the migraines; "[i]t makes him feel brain-dead and like he has poor attention or memory." (Bates 7008-7009). "His neck pain is getting worse." (Bates 7009). "He does have some pain in the left instep." (Bates 7009). "He has chronic lower back pain and chronic neck pain" although some of his recent lower back pain had improved. (Bates 7009). His left shoulder pain continued. (Bates 7009). It was noted that Mr. Zoll's tremor are in both hands, with the right hand being worse than the left hand. (Bates 7010). He also suffers poor balance which has "been gradually getting worse." (Bates 7010). It was noted that an "EMG of the left arm showed borderline findings for left C7 radiculopathy." (Bates 7011). A physical therapy reevaluation occurred on April 12, 2021. (Bates 3166). Signs/Symptoms were described as

"[s]ome decline in [left] shoulder AROM and a more recent increase in neck pain and headaches." (Bates 3168). Mr. Zoll presented to Lexington Clinic on April 22, 2021 due to depression and chest pain. (Bates 7001). Diagnoses included chest pain, mood disorder, and chondrocostal junction syndrome. (Bates 7005).

**Social Security Administration**

Mr. Zoll has applied and been approved for disability benefits through the Social Security Administration ("SSA"). Approval by the SSA provides additional proof that Mr. Zoll is disabled from his own occupation *and* "any occupation." Under the Social Security statute, "disability" is defined as a "physical or mental impairment or impairments...of such severity that he is not only unable to do his previous work, but cannot, considering his age, education, and work experience, engage in any other kind of substantial gainful work which exists in the national economy, regardless of whether such work exists in the immediate area in which he lives, or whether a specific job vacancy exists for him, or whether he would be hired if he applied for work." 42 U.S.C. § 423(d)(2)(A). Approval under the SSA's standard demonstrates that Mr. Zoll is unable, based on his age, education, and work experience, to "engage in any other kind of substantial gainful work."

Mr. Zoll's disability, medical records, vocational history, and educational history demonstrate his inability to perform or engage in his own occupation *or* "any occupation."

**Case Law**

It is important to note that when Lincoln Life is reviewing the policy, Kentucky case law is very clear that insurance contracts are to be liberally construed in favor of the insured to afford coverage. *See State Auto Mut. Ins. Co. v. Ellis*, 700 S.W.2d 801, 803 (Ky. Ct. App. 1985) (Doubts concerning the construction of insurance contracts are to be liberally construed in favor of the insured, and exclusions are to be strictly construed to make insurance effective). In *Wolford v. Wolford*, 662 S.W.2d 835, 838 (Ky. 1984), the Kentucky Supreme Court held, "[i]f the contract language is ambiguous, it must be liberally construed to resolve any doubts in favor of the insured." Courts will always attempt to effectuate insurance, not to defeat it. *See Assurant Assur. Co. of Canada v. Wiley*, 79 S.W.2d 937, 939 (Ky. 1935). This language can be similarly applied to the applicable policy related to Mr. Zoll's claim. Therefore, the definition of disability is to be read in favor of coverage for Mr. Zoll, the insured.

Further, Kentucky case law is clear that "total disability" does not mean utter helplessness, and "permanent disability" does not mean utter hopelessness, and an individual to be totally and permanently disabled does not have to be reduced to a state wherein he is entirely dependent on others and is absolutely without hope of improvement. *Aetna Life Ins. Co. of Hartford, Conn. v. Gullett*, 89 S.W.2d 1 (Ky. Ct. App. 1935). Further, the "any occupation" standard must yield a reasonably similar wage to that of Mr. Zoll. *Rudder v. Ohio State Life Ins. Co.*, 389 S.W.2d 448 (Ky. 1965). This language can be similarly applied to the applicable policy related to Mr. Zoll's claim. Therefore, the definition of disability is to be read in favor of coverage for Mr. Zoll, the insured.

The conflict of interest and risk of bias present with Lincoln Life cannot be ignored. The *review* was performed by Lincoln Life employees. The medical and vocational *file reviews* have been performed by individuals hired by Lincoln Life. Importantly, Lincoln Life is responsible for both paying LTD benefits and deciding whether a claimant qualifies for benefits. Therefore, Lincoln Life has an inherent conflict of interest in its claim handling. Lincoln Life has "a clear incentive to contract with individuals who were inclined to find in its favor that [the insured] was not entitled to...LTD benefits." *See Calvert v. Firstar Finance*, 409 F.3d 286, 292 (6th Cir. 2005) (citation omitted). This carries weight here and can be similarly applied to Lincoln Life's review of Mr. Zoll's claim and the *file reviews* obtained by Lincoln Life. The medical and objective evidence of record squarely calls into question Mr. Zoll's ability to perform activities of daily living and whether he has the functional capabilities required for gainful employment. His limitations continue on a daily basis. Thus, Mr. Zoll respectfully requests Lincoln Life approve his claim for benefits.

**Conclusion**

Given the language contained in the denial letter, the documentation presumed to be in Lincoln Life's file, the vocational history, and the medical evidence, it is clear that Mr. Zoll is disabled as required under the terms provided by Lincoln Life. Based upon the entirety of information provided to Lincoln Life, the only conclusion that can be reasonably drawn is that Mr. Zoll is entitled to receive continued LTD benefits as a result of being totally disabled. Based on the documentation supplied to Lincoln Life, Mr. Zoll strongly disagrees with any conclusion by Lincoln Life to continue to deny his LTD claim. A decision to continue to deny disability benefits by Lincoln Life is in contrast to the requirements for benefits to its insured.

Mr. Zoll has had longstanding medical treatment with multiple physicians and medical providers. He has permanent restrictions. He has documented, objective findings of his limitations. Mr. Zoll is eligible to receive LTD benefits as a result of his functional incapability to sustain employment due to his health conditions. The claimant respectfully requests that Lincoln Life reconsider its termination of his long-term disability claim, as he does meet the definition of disability based on the objective evidence of multiple medical professionals.

We look forward to a timely decision on Mr. Zoll's claim. Please do not hesitate to contact me if you need any additional information. Thank you.

Sincerely,

Elizabeth A. Thornsbury

Elizabeth A. Thornsbury

Enclosures

DVD RW Drive (D:) 85... Search DVD RW Drive (D:) 8560503

| Name | Date modified |
|---|---|
| 1001-1055 Kentucky Bone & Joint | 5/7/2021 11:06 AM |
| 2001-2046 Kentucky Surgery Center | 5/10/2021 7:31 PM |
| 3001-3174 KORT Physical Therapy | 5/10/2021 7:39 PM |
| 4001-4010 Pain Consultants of Central Kentucky | 5/12/2021 10:52 AM |
| 5001-5014 Stephen Lamb MD | 5/12/2021 11:03 AM |
| 6001-6075 Commonwealth Pain and Spine | 5/18/2021 12:32 PM |
| 7001-7214 Lexington Clinic | 6/24/2021 6:27 PM |
| 8001-8156 Commonwealth Hand Therapy | 6/3/2021 11:17 AM |
| 9001-9609 Cardinal Hill Rehabilitation Hospital | 6/23/2021 2:51 PM |
| 10001-10009 Walmart Pharmacy | 6/4/2021 9:36 AM |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Fax Cover Sheet

**To: Hackett, Daniel, MD**
**Organization: Kentucky Bone & Joint Surgeons**
**Fax: 8592786401**

**From: Lisa Podlecki**
**Sent on: April 11, 2019**

**Regarding: Note: 04/11/2019 for Zoll, James D.**

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Re: James Zoll

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Case Note:** 04/11/2019
**Physician Name:** Wilkes, Trevor W. MD

Dear Dr. Hackett,

Mr. Zoll will be seeing you next week to have you provide an opinion for his L GHJ. He had a RTCR (massive IS and SS tears) in the early fall by Dr. Wilkes. Mr. Zoll wants to have another surgeon assist in managing his case. I have referred him to you to take a look at him. He appears to have centralization of symptoms. His mobility continues to improve, but pain persists. His strength continues to improve as well. He needs reassurance from you that all is good, and that should help reduce centralization of pain.

Feel free to call me at the clinic at 446-8600 or my my cell at 333-0209 for further details about his case.

Thank you in advance,

Michael Glindmeyer, DPT

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Document created on April 11, 2019 at 1:11 pm*

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Encounter #1**

**History & Physical Report**
**4/17/2019: Office Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 4/17/2019 10:04 AM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 4/17/2019 8:41 PM)
The patient is a 50 year old male who presents at the office today with a left shoulder problem.It began suddenly on 7/2018. The patient complains of pain. The mechanism of injury was related to a fall (while hiking). The symptoms are mild in severity. The symptoms are made worse by moving, motion and lying down. The symptoms have been associated with stiffness. The patient states that the symptoms are improving since the onset. The patient works at Toyota. The primary care provider is John Ziegler, MD. No prior imaging or studies available. Past treatment includes nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion exercises and surgical repair (RTC repair with Dr. Wilkes 9/17/18). Note for "Left shoulder problem": 4/17/19: James states that his shoulder is slowly improving, but he is still experiencing pain and limited ROM. He also had surgery to repair a fracture of his left wrist due to the same injury. He has brought all records with him, excluding imaging.

Additional reasons for visit:

Transition into care

Allergies (Mackenzie Shoemaker; 4/17/2019 10:14 AM)
No Known Drug Allergies [04/17/2019]:

Past Surgical History (Mackenzie Shoemaker; 4/17/2019 10:24 AM)
Fracture L Wrist
Rotator Cuff Surgery left

Medication History (Mackenzie Shoemaker; 4/17/2019 10:22 AM)
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Ibuprofen (200MG Capsule, Oral) Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (Oral as needed) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Medications Reconciled

Social History (Mackenzie Shoemaker; 4/17/2019 10:04 AM)
Alcohol use 04/17/2019: occasional
Exercise 04/17/2019: daily
Exercise Tolerance 04/17/2019: 3-4 flights of stairs
Handed right handed
Marital status 04/17/2019: single
Tobacco use Never smoker. 04/17/2019: never smoker

Family History (Mackenzie Shoemaker; 4/17/2019 10:04 AM)
Blood clots Father.
Cerebrovascular Accident grandparent
Depression Mother. grandparent and sibling
Diabetes Mellitus grandparent
First Degree Relatives
Heart Disease Father.
Hypertension Father.
Myocardial Infarction grandparent
Osteoarthritis Father, Mother. grandparent

Other Problems (Mackenzie Shoemaker; 4/17/2019 10:43 AM)
Head/Neck/Disorder Bulging disc, bone spurs
Migraine Headache

Review of Systems (Daniel J. Hackett Jr, MD; 4/17/2019 8:42 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Vitals (Mackenzie Shoemaker; 4/17/2019 10:15 AM)
4/17/2019 10:14 AM
**Weight:** 210 lb **Height:** 72 in
**Body Surface Area:** 2.18 m² **Body Mass Index:** 28.48 kg/m²
**Pulse:** 75 (Regular)
**BP:** 123/84(Sitting, Left Arm, Standard)

Physical Exam (Daniel J. Hackett Jr, MD; 4/17/2019 8:43 PM)
**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well developed and Well nourished.
**Gait** - Normal.

**Integumentary**
**Global Assessment**
**Upon inspection and palpation of skin surfaces of the -** Right upper extremity: no lesions or rashes. No evidence of photo damage and Left upper extremity: no lesions or rashes. No evidence of photo damage.

**Musculoskeletal**
**Upper Extremity**

**Shoulder: Inspection and Palpation - Tenderness -** exquisitely tender (over AC joint) . **Crepitus -** none, (R) and none, (L). **Sensation is -** normal, (R) and normal, (L). **Examination reveals -** no ecchymosis, (R), no ecchymosis, (L).
**Strength and Tone: Right - Supraspinatus -** 5/5. **Infraspinatus -** 5/5. **Trapezius -** 5/5. **Left - Supraspinatus -** 5/5. **Infraspinatus -** 5/5. **Trapezius -** 5/5.
**ROJM:**
**Right: Internal Rotation - ROM -** T7. **External Rotation - AROM -** 80 °. **Elevation through flexion - AROM -** 180 °.
**Left: Internal Rotation - ROM -** T7. **External Rotation - AROM -** 60 °. **Elevation through flexion - AROM -** 150 °. **Instability - Right -** sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Left -** sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Shoulder - Impingement -** Hawkins-Kennedy impingement test negative, (R), Hawkins-Kennedy impingement test negative, (L), Neer impingement test negative, (R), Neer impingement test negative, (L). **Functional Testing - Right -** AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Left -** AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative.

Assessment & Plan (Daniel J. Hackett Jr, MD; 4/17/2019 8:49 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Impression: 50 yo M 7 months s/p L cuff repair with continued anterior shoulder pain that seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this point. GIven his findings, we discussed his options. We discussed the risks and benfits of performing a CSI. The risks include, but are not limited to - injection site pain, hematoma formation, damage to intra-articular structures, and infection. We will have him continue working with PT. We also discussed the fact that the judicious use of NSAIDs can often be helpful. He will f/u in 3-4 weeks.
Current Plans

- Shoulder AC joint Cortisone Injection (20605, J1030)
  Verbal consent was obtained from the patient or guardian. The superior aspect of the shoulder over the acromioclavicular joint was sterilely prepped with a betadine swab. After spraying with ethyl chloride, 1cc of depo-medrol 40mg/cc mixed with 1% lidocaine plain was injected into the acromioclavicular joint with a 25 gauge needle. The patient tolerated the injection well with no immediate adverse effects.
- METHYLPREDNISOLONE ACETATE, 40 MG (J1030)
- Discussed with patient natural history of the disease
- ASP / INJECT LARGE JOINT / BURSA (20610)
- Follow up in 1 month or sooner for any problems
- X-RAY EXAM OF SHOULDER, 2 VIEWS, AXILLARY (73030)

S/P rotator cuff repair (V45.89 | Z98.890)

Signed by Daniel J Hackett, Jr, MD (4/17/2019 8:51 PM)

## Procedures

**METHYLPREDNISOLONE ACETATE, 40 MG (J1030)** Performed: 04/17/2019 (Final, Reviewed)

**ASP / INJECT LARGE JOINT / BURSA (20610)** Performed: 04/17/2019 (Ordered)

**X-RAY EXAM OF SHOULDER, 2 VIEWS, AXILLARY (73030)** Performed: 04/17/2019 (Final, Reviewed)

- Findings: grashey/axillary/outlet of L shoulder demonstrates no significant GH joint changes. THere is a type III AC joint injury noted

**Encounter #2**

**History & Physical Report**
**5/15/2019: Office Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 5/15/2019 2:35 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 5/15/2019 9:40 PM)
The patient is a 50 year old male who presents for a Follow-up for Left shoulder problem.It began suddenly on 7/2018 and now occurs continuously. The patient complains of pain. The mechanism of injury was related to a fall (while hiking). The symptoms are mild in severity (to severe at times). The patient feels aching. The symptoms are made worse by motion, lifting and lying down. The symptoms have been associated with stiffness. The patient states that the symptoms are unchanged since the onset. The patient works at Toyota. The primary care provider is John Ziegler, MD. Prior diagnostic studies include an X-ray. Past treatment includes nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion exercises and surgical repair (RTC repair with Dr. Wilkes 9/17/18). Note for "Left shoulder problem": 4/17/19: James states that his shoulder is slowly improving, but he is still experiencing pain and limited ROM. He also had surgery to repair a fracture of his left wrist due to the same injury. He has brought all records with him, excluding imaging.
5-15-19: Patient states his left shoulder has not improved since his last office visit.

Allergies (Stephanie Wagers; 5/15/2019 2:37 PM)
No Known Drug Allergies [04/17/2019]:

Medication History (Stephanie Wagers; 5/15/2019 2:42 PM)
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Ibuprofen (200MG Capsule, Oral) Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
Diclofenac Sodium (Oral) Specific strength unknown - Active.
Medications Reconciled

Social History (Stephanie Wagers; 5/15/2019 2:37 PM)
Alcohol use 04/17/2019: occasional
Exercise 04/17/2019: daily
Exercise Tolerance 04/17/2019: 3-4 flights of stairs
Handed right handed
Marital status 04/17/2019: single
Tobacco use Never smoker. 04/17/2019: never smoker

Review of Systems (Daniel J. Hackett, Jr, MD; 05/15/2019 9:52 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Vitals (Stephanie Wagers; 5/15/2019 2:44 PM)
5/15/2019 2:43 PM
**Weight:** 210 lb **Height:** 72 in
**Body Surface Area:** 2.18 m² **Body Mass Index:** 28.48 kg/m²
**Pulse:** 78 (Regular)
**BP:** 139/88(Sitting, Left Wrist, Standard)

Physical Exam (Daniel J. Hackett, Jr, MD; 05/15/2019 9:52 PM)
**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well developed and Well nourished.
**Gait** - Normal.

**Integumentary**
**Global Assessment**
**Normal Exam** - Right upper extremity: no lesions or rashes. No evidence of photo damage and Left upper extremity: no lesions or rashes. No evidence of photo damage.

**Musculoskeletal**
**Upper Extremity**
Shoulder:
**Inspection and Palpation:**
**Strength and Tone:**
**ROJM:**
**Right:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM -** 180 °. **AROM -** 80 °. **ROM -** T7.
**Left:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM -** 150 °. **AROM -** 60 °. **ROM -** T7. **Right - Supraspinatus -** 5/5. **Infraspinatus -** 5/5. **Trapezius -** 5/5. **Left - Supraspinatus -** 5/5. **Infraspinatus -** 5/5. **Trapezius -** 5/5. **Functional Testing - Right -** AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Left -** AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Tenderness -** exquisitely tender (over AC joint) . **Crepitus -** none, (R) and none, (L). **Sensation -** normal, (R) and normal, (L). **Other characteristics -** no ecchymosis, (R), no ecchymosis, (L). **Instability - Right -** sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Left -** sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Shoulder - Impingement -** Hawkins-Kennedy impingement test negative, (R), Hawkins-Kennedy impingement test negative, (L), Neer impingement test negative, (R), Neer impingement test negative, (L).

Assessment & Plan (Daniel J. Hackett Jr, MD; 5/15/2019 9:51 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Impression: 50 yo M 7 months s/p L cuff repair with continued anterior shoulder pain that seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this point. GIven his findings, we discussed his options. We discussed the risks and benfits of performing a CSI. The risks include, but are not limited to - injection site pain, hematoma formation, damage to intra-articular structures, and infection. We will have him continue working with PT. We also discussed the fact that the judicious use of NSAIDs can often be helpful. He will f/u in 3-4 weeks.

5/15 - Patient returns with no significant long term improvement in his pain. He does state that he had a 50% reduction in his pain after his injection began working. He states that most of his pain is still located anteriorly and noted with overhead lifting. At this point, I believe he may have some issues related to his AC joint, as well as the possibility that he is having some pain that is more centrally mediated. In fact, he has asked for a pain mgmt referrla, which I do think would be helpful, as he may benefit from some non narcotic management of his chronic pain. I will have him hold off on PT for the next 2 weeks to see if it improves his pain and also start a topical NSAID for his L shoulder. He will f/u in 4 weeks for a repeat exam and discussion.
Current Plans
- Referral to Pain Management
- Follow up in 1 month or sooner for any problems

S/P rotator cuff repair (V45.89 | Z98.890)

Daniel Hackett, MD

Signed by Daniel J Hackett, Jr, MD (5/15/2019 9:52 PM)

**Commonwealth Hand & Physical Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Hackett, Daniel J. Jr MD / Begley, Beth PA
**Time In/Out:** 1:10 pm/2:10 pm

**Date of Recertification:** 06/03/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 59

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient is 29 weeks S/P Arthroscopic Rotator cuff repair on 7-26-18. Works at Toyota Motor Manufacturing Kentucky wants to return to work and use arm for IADL and self care. His job requires driving, moving damaged automotive parts.
**Current Complaints / Gains:** States that his shoulder feels a little bit better since taking about 2 weeks of rest from physical therapy. Reports not using the left arm as much in that time period, resulting in less soreness and pain. Carrying anything heavier than 2-3 lbs aggravates the shoulder (i.e. carrying groceries or grabbing items from the refrigerator). Returns to the surgeon on 6/26/2019.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient continues with trouble tolerating load, fatigue with overhead motions.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Pain medicine)

## Objective

**Inspection**

**Patient Consent**

| | | |
|---|---|---|
| Patient/Parent/Guardian Consent | Yes | |
| **Outcome Measurement Tools** | | **Previous Findings as of 04/22/2019* |
| **Upper Extremity** | | |
| Upper Extremity Quick DASH | 47.73/100 | *38.64* |
| **Range of Motion** | | **Previous Findings as of 04/22/2019* |
| Comments L GHJ APM: | | *L GHJ APM:* |
| Flx: 160 deg | | *Flx: 160 deg* |
| Neutral ER: 40 deg->AAPM->60 deg | | *Neutral ER: 60 deg* |
| IR reach HBB: L4->AAPM->L2 | | *IR reach HBB: L4* |
| L GHJ PPM: | | *L GHJ PPM* |

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Commonwealth Hand & Physical Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 06/03/2019

ER (30/60/90 deg aBd): 50deg/60deg/75 deg

*ER (30/60/90 deg aBd): 45 deg/65deg/75 deg*
*IR reach/HBB: L2*

**Strength**

**Previous Findings as of 04/22/2019*

**Comments** Neutral ER: 4
Neutral IR: 5
Scaption (90 deg full can): 4-

*Neutral ER: 4*
*Neutral IR: 5*
*Scaption (90 deg full can): 4-*

**Palpation**

**Comments** (+) L lower C/S quadrant soft tissue and joint hypomobility->Supraspinatus; 1st rib downgliding

## Assessment

**Assessment/Diagnosis:** Mr. Zoll has attended physical therapy for a total of 37 visits since January 1, 2019. He returns to physical therapy after taking 2 weeks off from physical therapy per, MD and PT instruction. Shoulder motion has not made improved significantly enough note a clinical or functional change. Still has considerable reproduction of symptoms along the lateral aspect of the superior shoulder with stretching overhead. Unable to load the GHJ overhead due to reproduction of pain at the aforementioned location.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Long Term Goals:**
1: (8 Weeks) | 70% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | ER is main limited factor, particularly at neutral ER
2: (12 Weeks) | 40% | Increase strength to 80% of opposite side in elevation, IR, and ER

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Commonwealth Hand & Physical Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note Addendum

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 06/03/2019

## Plan

**Frequency:** 1 time a week
**Duration:** 4 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Therapeutic Activity (ADL Specific), Neuromuscular Rehabilitation (Muscle Re-Education, Sequencing), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization), Massage, Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification, Home Safety, billing, precautions)

**Modalities**
To Improve (Pain Relief, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Biofeedback Training, Hot Packs

Original Note Completed On: June 3, 2019 4:12pm
Addendum Completed On: June 3, 2019 4:13pm

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

*Michael Glindmeyer*

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on June 3, 2019 at 4:13 pm*

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature________________
D. J. Hackett Jr, MD
Date: 6/4/19 Time: 0920

Physician Signature________________
B. Begley, PA
Date:____________ Time:____________

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Commonwealth Hand & Physical Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Fax Cover Sheet

**To: Hackett, Daniel, MD**
**Organization: Kentucky Bone & Joint Surgeons**
**Fax: 8592786401**

**From: Lisa Podlecki**
**Sent on: June 4, 2019**

**Regarding: ~Recertification Note: 06/03/2019 for Zoll, James D.**

Thank you for this referral --

**Please sign and fax back.**

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

# MR CERVICAL W/O CONTRAST

**(#25637797, Final, 06/12/2019 11:15am)**

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMES D ZOLL
Patient DOB:
Patient MRN: 6695100

Ordering Provider: JOHN P ZIEGLER

EXAM DATE: 06/12/2019

EXAM: MR CERVICAL W/O CONTRAST

HISTORY: 50-year-old male with neck pain, and left arm pain and numbness.

COMPARISON: MRI of the cervical spine dated 8/9/2018.

FINDINGS:
There is minimal posterior listhesis of C3 on C4. The cervical spine is otherwise normal in alignment. There is no fracture or pathologic intraosseous lesion. There is mild to moderate anterior marginal osteophytic spurring. No paraspinous soft tissue abnormality is identified. The visualized spinal cord and posterior fossa of the brain are normal in appearance.

There is moderate mucosal thickening in the maxillary sinuses.

The craniocervical junction is normal in appearance. There are minimal degenerative changes at C1-C2.

C2-C3: There is a mild disc bulge. There is no central canal stenosis. There is no neural foraminal stenosis.

C3-C4: There is a broad-based disc protrusion and mild endplate spurring. There is no central canal stenosis. There is mild bilateral neural foraminal narrowing.

C4-C5: There is a mild disc bulge and mild endplate spurring. There is no central canal stenosis. There is no neural foraminal narrowing.

C5-C6: There is a broad-based disc bulge/protrusion and mild endplate spurring. There is no central canal stenosis. There is mild left neural foraminal stenosis.

C6-C7: There is a broad-based disc protrusion with probable extension in the left neural foramen, and mild endplate spurring. There is no central canal stenosis. There is moderate/severe left neural foraminal stenosis.

C7-T1: This intervertebral disc is essentially normal in appearance.

There is a small disc protrusion at T2-3. There is no central canal stenosis or neural foraminal stenosis.

IMPRESSION:
1. There is a disc protrusion at C6-C7 with probable extension into the left neural foramen. There is moderate/severe left neural foraminal stenosis.
2. There is mild neural foraminal narrowing at C3-C4 and C5-C6.
3. This study is essentially unchanged from the prior MRI.

Interpreted By: Timothy Averion-Mahloch, MD
Electronically Signed By: Timothy Averion-Mahloch, MD on 6/12/2019 12:06 PM

## Imaging Results

## MR LUMBAR W/O CONTRAST

**(#25639168, Final, 06/12/2019 11:45am)**

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMES D ZOLL
Patient DOB:
Patient MRN: 6695100

Ordering Provider: JOHN P ZIEGLER

EXAM DATE: 06/12/2019

EXAM: MR LUMBAR W/O CONTRAST

HISTORY: 50-year-old male with low back pain.

COMPARISON: MRI dated 12/22/2016

FINDINGS:
The lumbar spine is normal in alignment. There is no subluxation. There is no evidence of fracture. There is mild anterior marginal osteophytic spurring. No pathologic lesion is identified in the lumbar spine. The conus medullaris is normal in appearance at the L1-L2 level.

T11-T12 and T12-L1: These intervertebral discs are normal in appearance.

L1-L2: There is minimal endplate spurring. There is no central canal stenosis. There is no neural foraminal stenosis.

L2-L3: There is a minimal disc bulge and mild endplate spurring. There is no central canal stenosis. There is no neural foraminal stenosis.

L3-L4: There is a mild disc bulge and mild endplate spurring. There is no central canal stenosis. There is minimal neural foraminal stenosis.

L4-L5: There is a broad-based disc protrusion and mild endplate spurring. There is no central canal stenosis. There is mild bilateral neural foraminal stenosis.

L5-S1: There is a broad-based disc protrusion and mild endplate spurring. There is no central canal stenosis. There is mild bilateral neural foraminal stenosis.

IMPRESSION:
1. There are broad-based disc protrusion at L4-L5 and L5-S1 with mild bilateral neural foraminal stenosis.

Interpreted By: Timothy Averion-Mahloch, MD
Electronically Signed By: Timothy Averion-Mahloch, MD on 6/12/2019 12:50 PM

**Encounter #3**

**History & Physical Report**
**6/26/2019: Office Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 6/26/2019 2:05 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 6/27/2019 5:26 PM)
The patient is a 50 year old male who presents for a Follow-up for Left shoulder problem.It began suddenly on 7/2018 and now occurs continuously. The patient complains of pain. The mechanism of injury was related to a fall (while hiking). The symptoms are mild in severity (to severe at times). The patient feels aching. The symptoms are made worse by motion, lifting and lying down. The symptoms have been associated with stiffness. The patient states that the symptoms are unchanged since the onset. The patient works at Toyota. The primary care provider is John Ziegler, MD. Prior diagnostic studies include an X-ray. Past treatment includes nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion exercises and surgical repair (RTC repair with Dr. Wilkes 9/17/18). Note for "Left shoulder problem": 4/17/19: James states that his shoulder is slowly improving, but he is still experiencing pain and limited ROM. He also had surgery to repair a fracture of his left wrist due to the same injury. He has brought all records with him, excluding imaging.
5-15-19: Patient states his left shoulder has not improved since his last office visit.
6-26-19: James has not been going to PT for the last week and a half. It was causing pain and was not improving his condition. He is going to pain managemente and will receive an epidural cervical injection in July. He also comes in with MRI reports of his neck and lumbar.

Allergies (Jen Shaffer; 6/26/2019 2:06 PM)
No Known Drug Allergies [04/17/2019]:

Medication History (Jen Shaffer; 6/26/2019 2:08 PM)
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Ibuprofen (200MG Capsule, Oral) Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
Diclofenac Sodium (Oral) Specific strength unknown - Active.
Medications Reconciled

Social History (Jen Shaffer; 6/26/2019 2:06 PM)
Alcohol use 04/17/2019: occasional
Exercise 04/17/2019: daily
Exercise Tolerance 04/17/2019: 3-4 flights of stairs
Handed right handed
Marital status 04/17/2019: single
Tobacco use Never smoker. 04/17/2019: never smoker

Review of Systems (Daniel J. Hackett, Jr, MD; 06/27/2019 5:28 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Vitals (Jen Shaffer; 6/26/2019 2:09 PM)
6/26/2019 2:08 PM
**Weight:** 210 lb **Height:** 72 in
**Body Surface Area:** 2.18 m² **Body Mass Index:** 28.48 kg/m²
**Pulse:** 86 (Regular)
**BP:** 136/81(Sitting, Right Arm, Standard)

Physical Exam (Daniel J. Hackett, Jr, MD; 06/27/2019 5:28 PM)
**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well developed and Well nourished.
**Gait** - Normal.

**Integumentary**
**Global Assessment**
**Normal Exam -** Right upper extremity: no lesions or rashes. No evidence of photo damage and Left upper extremity: no lesions or rashes. No evidence of photo damage.

**Musculoskeletal**
**Upper Extremity**
Shoulder:
**Inspection and Palpation:**
**Strength and Tone:**
**ROJM:**
**Right:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM -** 180 °. **AROM -** 80 °. **ROM -** T7.
**Left:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM -** 150 °. **AROM -** 60 °. **ROM -** T7. **Right - Supraspinatus -** 5/5. **Infraspinatus -** 5/5. **Trapezius -** 5/5. **Left - Supraspinatus -** 5/5. **Infraspinatus -** 5/5. **Trapezius -** 5/5. **Functional Testing - Right -** AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Left -** AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Tenderness -** exquisitely tender (over AC joint) . **Crepitus -** none, (R) and none, (L). **Sensation -** normal, (R) and normal, (L). **Other characteristics -** no ecchymosis, (R), no ecchymosis, (L). **Instability - Right -** sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Left -** sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Shoulder - Impingement -** Hawkins-Kennedy impingement test negative, (R), Hawkins-Kennedy impingement test negative, (L), Neer impingement test negative, (R), Neer impingement test negative, (L).

Assessment & Plan (Daniel J. Hackett Jr, MD; 6/27/2019 5:27 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Impression: 50 yo M 7 months s/p L cuff repair with continued anterior shoulder pain that seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this point. GIven his findings, we discussed his options. We discussed the risks and benfits of performing a CSI. The risks include, but are not limited to - injection site pain, hematoma formation, damage to intra-articular structures, and infection. We will have him continue working with PT. We also discussed the fact that the judicious use of NSAIDs can often be helpful. He will f/u in 3-4 weeks.

5/15 - Patient returns with no significant long term improvement in his pain. He does state that he had a 50% reduction in his pain after his injection began working. He states that most of his pain is still located anteriorly and noted with overhead lifting. At this point, I believe he may have some issues related to his AC joint, as well as the possibility that he is having some pain that is more centrally mediated. In fact, he has asked for a pain mgmt referrla, which I do think would be helpful, as he may benefit from some non narcotic management of his chronic pain. I will have him hold off on PT for the next 2 weeks to see if it improves his pain and also start a topical NSAID for his L shoulder. He will f/u in 4 weeks for a repeat exam and discussion.

6/26- Patient returns today with continued c/o L shoulder pain. He is actually scheduled to have C6/7 epidural injections, which does seem reasonable given his MRI report that demonstrates foraminal narrowing and root impingement at that level. I am hopeful that this will help him, although both his pain mgmt and myself think he may have AC joint symptoms. Given his findings, I would like him to first go with the injections and return in 7-8 week for a repeat exam.
Current Plans
- Follow up in 6 weeks or sooner for any problems

S/P rotator cuff repair (V45.89 | Z98.890)

Signed by Daniel J Hackett, Jr, MD (6/27/2019 5:28 PM)

**Encounter #4**

**History & Physical Report**
**8/19/2019: Office Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 8/19/2019 2:23 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 8/19/2019 4:39 PM)
The patient is a 50 year old male who presents for a follow-up for Left shoulder problem. It began suddenly on 7/2018 and now occurs continuously. The patient complains of pain. The mechanism of injury was related to a fall (while hiking). The symptoms are mild in severity (to severe at times). The patient feels aching. The symptoms are made worse by motion, lifting and lying down. The symptoms have been associated with stiffness. The patient states that the symptoms are unchanged since the onset. The patient works at Toyota. The primary care provider is John Ziegler, MD. Prior diagnostic studies include an X-ray. Past treatment includes nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion exercises and surgical repair (RTC repair with Dr. Wilkes 9/17/18). Note for "Left shoulder problem": 4/17/19: James states that his shoulder is slowly improving, but he is still experiencing pain and limited ROM. He also had surgery to repair a fracture of his left wrist due to the same injury. He has brought all records with him, excluding imaging.
5-15-19: Patient states his left shoulder has not improved since his last office visit.
6-26-19: James has not been going to PT for the last week and a half. It was causing pain and was not improving his condition. He is going to pain management and will receive an epidural cervical injection in July. He also comes in with MRI reports of his neck and lumbar.
8-19-19: James continues to go to PT and they have been working on his neck. He states he is getting his second injection on Friday. He states the first one gave him some relief for a little bit. He continues to have pain to the top of his L shoulder.

Allergies (Zach Williamson; 8/19/2019 2:24 PM)
No Known Drug Allergies [04/17/2019]:
Allergies Reconciled

Medication History (Zach Williamson; 8/19/2019 2:24 PM)
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Ibuprofen (200MG Capsule, Oral) Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
Diclofenac Sodium (Oral) Specific strength unknown - Active.
Medications Reconciled

Social History (Zach Williamson; 8/19/2019 2:24 PM)
Alcohol use 04/17/2019: occasional
Exercise 04/17/2019: daily
Exercise Tolerance 04/17/2019: 3-4 flights of stairs
Handed right handed
Marital status 04/17/2019: single
Tobacco use Never smoker. 04/17/2019: never smoker

Family History (Zach Williamson; 8/19/2019 2:24 PM)
Blood clots Father.
Cerebrovascular Accident grandparent
Depression Mother. grandparent and sibling
Diabetes Mellitus grandparent
First Degree Relatives
Heart Disease Father.
Hypertension Father.
Myocardial Infarction grandparent
Osteoarthritis Father, Mother. grandparent

Review of Systems (Daniel J. Hackett, Jr, MD; 08/19/2019 4:40 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Vitals (Zach Williamson; 8/19/2019 2:27 PM)
8/19/2019 2:24 PM
**Weight:** 210 lb **Height:** 72 in

**Body Surface Area:** 2.18 m²   **Body Mass Index:** 28.48 kg/m²
**Pulse:** 86 (Regular)
**BP:** 130/83(Sitting, Left Arm, Standard)

Physical Exam (Daniel J. Hackett, Jr, MD; 08/19/2019 4:40 PM)
General
**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well developed and Well nourished.
**Gait** - Normal.

**Integumentary**
**Global Assessment**
**Normal Exam -** Right upper extremity: no lesions or rashes. No evidence of photo damage and Left upper extremity: no lesions or rashes. No evidence of photo damage.

**Musculoskeletal**
**Upper Extremity**
Shoulder:
**Inspection and Palpation:**
**Strength and Tone:**
**ROJM:**
**Right:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM -** 180 °. **AROM -** 80 °. **ROM -** T7.
**Left:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM -** 150 °. **AROM -** 60 °. **ROM -** T7. **Right - Supraspinatus -** 5/5. **Infraspinatus -** 5/5. **Trapezius -** 5/5. **Left - Supraspinatus -** 5/5. **Infraspinatus -** 5/5. **Trapezius -** 5/5. **Functional Testing - Right -** AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Left -** AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Tenderness -** exquisitely tender (over AC joint) . **Crepitus -** none, (R) and none, (L). **Sensation -** normal, (R) and normal, (L). **Other characteristics -** no ecchymosis, (R), no ecchymosis, (L). **Instability - Right -** sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Left -** sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Shoulder - Impingement -** Hawkins-Kennedy impingement test negative, (R), Hawkins-Kennedy impingement test negative, (L), Neer impingement test negative, (R), Neer impingement test negative, (L).

Assessment & Plan (Daniel J. Hackett Jr, MD; 8/19/2019 4:40 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Impression: 50 yo M 7 months s/p L cuff repair with continued anterior shoulder pain that seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this point. GIven his findings, we discussed his options. We discussed the risks and benfits of performing a CSI. The risks include, but are not limited to - injection site pain, hematoma formation, damage to intra-articular structures, and infection. We will have him continue working with PT. We also discussed the fact that the judicious use of NSAIDs can often be helpful. He will f/u in 3-4 weeks.

5/15 - Patient returns with no significant long term improvement in his pain. He does state that he had a 50% reduction in his pain after his injection began working. He states that most of his pain is still located anteriorly and noted with overhead lifting. At this point, I believe he may have some issues related to his AC joint, as well as the possibility that he is having some pain that is more centrally mediated. In fact, he has asked for a pain mgmt referrla, which I do think would be helpful, as he may benefit from some non narcotic management of his chronic pain. I will have him hold off on PT for the next 2 weeks to see if it improves his pain and also start a topical NSAID for his L shoulder. He will f/u in 4 weeks for a repeat exam and discussion.

8/19 - Patient returns today with continued pain along AC joint. He states taht his epidural injection helped somewhat with pain. At this point, we will continue with his cervical spine PT first and he will f/u in 2-3 months for a repeat exam of his L shoulder. At that time, we may consider DCE if he has not improved. He will continue with no push/pull /lifting with LUE>5#.
Current Plans
- Follow up in 6 weeks or sooner for any problems

S/P rotator cuff repair (V45.89 | Z98.890)



Signed by Daniel J Hackett, Jr, MD (8/19/2019 4:40 PM)

**CARDINAL HILL® REHABILITATION HOSPITAL**

Orthopedic Specialty Program

Physical Therapy Progress Note

Dr. Hackett

Date: 8/19/19

Patient Name: James D. Zoll

DOB:

Diagnosis: Radiculopathy, c. region

| AROM: Initial Eval | AROM: Current | MMT: Initial Eval | MMT: Current |
|---|---|---|---|
| (L) shldr flex: 125° | flex: 130° | (L) shldr √: 2+/5 | 3+/5 |
| (L) shldr abd: 112° | abd: 140° | (L) shldr abd: 2+/5 | 3+/5 |
| | PROM flex: 160°<br>PROM abd: 135° | (L) Grip: 48 lbs. (average) | 45 lbs. |

Assessment/Functional Gains: Client has attended 8 skilled PT sessions c̄ focus on improving cervical AROM & (L) UE ROM & strength; improvements noted (see above). PT/PTA have seen improvements in (L) UE mobility p̄ supine cervical retractions, denoting a possible cervical component; although (L) UE strength & ROM ther-ex has been initiated, but ct's pain seems to be a limitation.

Thank you for the opportunity to participate in the care of your patient. Please feel free to contact us with questions or concerns at 859-246-8925.

Sincerely,

Ashton Tackett, PTA
8-19-19
1330 hrs.

CARDINAL HILL® REHABILITATION HOSPITAL

Orthopedic Specialty Program

Physical Therapy Progress Note

Date: 10/31/19

Patient Name: James D. Zoll

DOB: 12/22/19

Diagnosis: ______

| AROM: Initial Eval | AROM: Current | MMT: Initial Eval | MMT: Current |
|---|---|---|---|
| L Shldr Flex 125 | 138 | (L) Shldr Flex = 2+ | 4 in available range |
| ABD 112 | 133 | ABD = 2+ | 4 in available range |
| Neck Rot R 63 | 83 | Elbow Flex = 4+ | 5 |
| L 80 | 85 | Ext = 4- | 4+ |
| | | Wrist Flex = 4- | 4+ |
| | | Ext = 4 | 4+ |
| | | Grip = 40 | 50 psi |

Assessment/Functional Gains: Continues to have 2-6/10 pain in superior shoulder. He reports no >4/10 neck pain. Pt has met 2 of 3 STG's & 1 of 3 goals for shoulder POC. He ~~wo~~ is independent c̄ HEP + would benefit from further medical management of shoulder complaint.

Thank you for the opportunity to participate in the care of your patient. Please feel free to contact us with questions or concerns at 859-246-8925.

Sincerely,

[signature], PT
10/31/19 10:05

**Encounter #5**

**History & Physical Report**
**11/4/2019: Office Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 11/4/2019 1:15 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 11/4/2019 4:32 PM)
The patient is a 50 year old male who presents for a follow-up for Left shoulder problem. It began suddenly on 7/2018 and now occurs continuously. The patient complains of pain. The mechanism of injury was related to a fall (while hiking). The symptoms are mild in severity (to severe at times). The patient feels aching. The symptoms are made worse by motion, lifting and lying down. The symptoms have been associated with stiffness. The patient states that the symptoms are unchanged since the onset. The patient works at Toyota. The primary care provider is John Ziegler, MD. Prior diagnostic studies include an X-ray. Past treatment includes nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion exercises and surgical repair (RTC repair with Dr. Wilkes 9/17/18). Note for "Left shoulder problem": 4/17/19: James states that his shoulder is slowly improving, but he is still experiencing pain and limited ROM. He also had surgery to repair a fracture of his left wrist due to the same injury. He has brought all records with him, excluding imaging.
5-15-19: Patient states his left shoulder has not improved since his last office visit.
6-26-19: James has not been going to PT for the last week and a half. It was causing pain and was not improving his condition. He is going to pain management and will receive an epidural cervical injection in July. He also comes in with MRI reports of his neck and lumbar.
8-19-19: James continues to go to PT and they have been working on his neck. He states he is getting his second injection on Friday. He states the first one gave him some relief for a little bit. He continues to have pain to the top of his L shoulder.
11-4-19: James has been attending PT and he feels he is at a plateau with his shoulder and its improvement. He brings in a report from his therapist today.

Allergies (Jen Shaffer; 11/4/2019 1:17 PM)
No Known Drug Allergies [04/17/2019]:

Medication History (Jen Shaffer; 11/4/2019 1:17 PM)
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Ibuprofen (200MG Capsule, Oral) Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
Diclofenac Sodium (Oral) Specific strength unknown - Active.
Medications Reconciled

Social History (Jen Shaffer; 11/4/2019 1:16 PM)
Alcohol use 04/17/2019: occasional
Exercise 04/17/2019: daily
Exercise Tolerance 04/17/2019: 3-4 flights of stairs
Handed right handed
Marital status 04/17/2019: single
Tobacco use Never smoker. 04/17/2019: never smoker

Review of Systems (Daniel J. Hackett, Jr, MD; 11/04/2019 4:34 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Vitals (Jen Shaffer; 11/4/2019 1:18 PM)
11/4/2019 1:17 PM
**Weight:** 210 lb **Height:** 72 in
**Body Surface Area:** 2.18 m² **Body Mass Index:** 28.48 kg/m²
**Pulse:** 76 (Regular)
**BP:** 121/77(Sitting, Right Arm, Standard)

Physical Exam (Daniel J. Hackett, Jr, MD; 11/04/2019 4:34 PM)
**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well developed and Well nourished.
**Gait** - Normal.

**Integumentary**
**Global Assessment**
**Normal Exam -** Right upper extremity: no lesions or rashes. No evidence of photo damage and Left upper extremity: no lesions or rashes. No evidence of photo damage.

**Musculoskeletal**
**Upper Extremity**
Shoulder:
**Inspection and Palpation:**
**Strength and Tone:**
**ROJM:**
**Right:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM -** 180 °. **AROM -** 80 °. **ROM -** T7.
**Left:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM -** 150 °. **AROM -** 60 °. **ROM -** T7. **Right - Supraspinatus -** 5/5. **Infraspinatus -** 5/5. **Trapezius -** 5/5. **Left - Supraspinatus -** 5/5. **Infraspinatus -** 5/5. **Trapezius -** 5/5. **Functional Testing - Right -** AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Left -** AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Tenderness -** exquisitely tender (over AC joint) . **Crepitus -** none, (R) and none, (L). **Sensation -** normal, (R) and normal, (L). **Other characteristics -** no ecchymosis, (R), no ecchymosis, (L). **Instability - Right -** sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Left -** sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Shoulder - Impingement -** Hawkins-Kennedy impingement test negative, (R), Hawkins-Kennedy impingement test negative, (L), Neer impingement test negative, (R), Neer impingement test negative, (L).

Assessment & Plan (Daniel J. Hackett Jr, MD; 11/4/2019 4:34 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Impression: 50 yo M 7 months s/p L cuff repair with continued anterior shoulder pain that seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this point. GIven his findings, we discussed his options. We discussed the risks and benfits of performing a CSI. The risks include, but are not limited to - injection site pain, hematoma formation, damage to intra-articular structures, and infection. We will have him continue working with PT. We also discussed the fact that the judicious use of NSAIDs can often be helpful. He will f/u in 3-4 weeks.

11/4 - Patient returns today with continued pain along AC joint. At this point in time, he has failed all conservative measures. Given his recent cuff repair, I would like to order an MRI of his L shoulder for preoperative planning to ensure he has no signs of subsap pathology, as well. He will continue with no push/pull /lifting with LUE>5#.
Current Plans
- MRI OF UPPER EXTREMITY W/ JOINT W/O CONTRAST (73221)
- Instructed to make follow-up appointment for office visit following completion of diagnostic tests

S/P rotator cuff repair (V45.89 | Z98.890)

Medical Decision Making (Daniel J. Hackett Jr, MD; 11/4/2019 4:35 PM)
**Amount/complexity of data to be reviewed:**
- Order and/or review of radiology test(s)

Signed by Daniel J Hackett, Jr, MD (11/4/2019 4:35 PM)

## Procedures
**MRI OF UPPER EXTREMITY W/ JOINT W/O CONTRAST (73221)** Performed: 11/04/2019 (Ordered)

LEXINGTON DIAGNOSTIC CENTER & OPEN MRI

1725 Harrodsburg Road, Suite 100
Lexington, KY 40504
T: 859 278-7226 F: 859 276-1540
www.LexingtonDiagnostic.com

| | | | |
|---|---|---|---|
| Exam Date: | November 19, 2019 13:02 | Referred by: | HACKETT, JR, M.D., DANIEL |
| Patient Information: | ZOLL, JAMES D | | FAX (859) 278-6401 |
| Patient ID: | 557054 | | LEXINGTON, KY 40509 |
| Accession Number: | 1647A | | (859) 276-5008 |
| Date of Birth: | | | |



**EXAMINATION:** MRI of the left shoulder without contrast.

**SEDATION:** None.

**HISTORY:** Fell and injured left shoulder while hiking, landed on left side in July 2018. Pain in left superior shoulder. Limited range of motion. Weakness, popping, and stiffness. Intermittent swelling. Pain worsens when reaching up and back. Arthritis.

**COMPARISON:** Comparison is made to prior left shoulder MRI from 12/28/2018.

**PROCEDURE:** MRI of the left shoulder without contrast using the 3 tesla magnet. Axial, sagittal, and coronal T2 weighted with fat saturation, axial proton density with fat saturation, and coronal T1 weighted scans were performed.

**FINDINGS:** There are mild-to-moderate acromioclavicular joint arthritic changes. There are post-surgical changes from a prior rotator cuff repair. There is tendinopathy and fraying along the bursal and articular surfaces of the supraspinatus and infraspinatus. There may be a small pinhole-type perforation anteriorly in the supraspinatus. A large full-thickness re-tear is not evident. There is subacromial/subdeltoid bursitis. There are degenerative signal changes within the labrum. There are mild atherosclerotic-related changes at the glenohumeral articulation. The long head of the biceps tendon is not well visualized in the intra-articular portion. Correlation with surgical history is recommended. There are suspected intact fibers remaining. There is minimal subluxation of the long head of the biceps tendon into the torn portion to the cranial fibers of the subscapularis. There is very little muscular atrophy.

**IMPRESSION:**

1. Post-surgical changes from a rotator cuff repair. No large full-thickness re-tears are evident. There is tendinopathy and partial tearing involving the supraspinatus, infraspinatus, and subscapularis. The long head of the biceps tendon, particularly the intra-articular portion, is not well visualized. There is very mild subluxation suspected involving the long head of the biceps tendon into the torn portion of the subscapularis. There are suspected intact fibers. Due to the poor visualization of the intra-articular portion, tendinopathy and/or partial injury may be present. For further evaluation, arthrography may be beneficial.

2. There are mild-to-moderate arthritic changes of the acromioclavicular joint and at the glenohumeral joint. There is diffuse degenerative tearing of the labrum.

DICOM format images are available to non-affiliated external healthcare facilities or entities for follow-up and comparison on InteleConnect with an InteleConnect sign-on and password. For access, please contact our office. The patient was also given a CD containing the DICOM format images at no additional charge.

Electronically signed by: JASON S. HARRIS, M.D. (Nov 19, 2019 17:45:54)

**Reporting Radiologist:** **HARRIS, M.D., JASON S.**
**Jason S. Harris, M.D.**
**Medical Director**

LEXINGTON DIAGNOSTIC CENTER & OPEN MRI

1725 Harrodsburg Road, Suite 100
Lexington, KY 40504
T: 859 278-7226 F: 859 276-1540
www.LexingtonDiagnostic.com

| | | | |
|---|---|---|---|
| **Exam Date:** | November 19, 2019 13:02 | **Referred by:** | HACKETT, JR, M.D., DANIEL |
| **Patient Information:** | ZOLL, JAMES D | | FAX (859) 278-6401 |
| **Patient ID:** | 557054 | | LEXINGTON, KY 40509 |
| **Accession Number:** | 1647A | | (859) 276-5008 |
| **Date of Birth:** | | | |



| | |
|---|---|
| **Date Dictated:** | November 19, 2019 15:58 |
| **Date Transcribed:** | November 19, 2019 17:00 |
| **Transcriptionist:** | R, Jill |

**Encounter #6**

**History & Physical Report**
**11/22/2019: Office Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 11/22/2019 1:33 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 11/22/2019 4:00 PM)
The patient is a 50 year old male who presents for a Follow-up for Left shoulder problem.It began suddenly on 7/2018 and now occurs continuously. The patient complains of pain. The mechanism of injury was related to a fall (while hiking). The symptoms are mild in severity (to severe at times). The patient feels aching. The symptoms are made worse by motion, lifting and lying down. The symptoms have been associated with stiffness. The patient states that the symptoms are unchanged since the onset. The patient works at Toyota. The primary care provider is John Ziegler, MD. Prior diagnostic studies include an MRI and an X-ray. Past treatment includes nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion exercises and surgical repair (RTC repair with Dr. Wilkes 9/17/18). Note for "Left shoulder problem": 4/17/19: James states that his shoulder is slowly improving, but he is still experiencing pain and limited ROM. He also had surgery to repair a fracture of his left wrist due to the same injury. He has brought all records with him, excluding imaging.
5-15-19: Patient states his left shoulder has not improved since his last office visit.
6-26-19: James has not been going to PT for the last week and a half. It was causing pain and was not improving his condition. He is going to pain management and will receive an epidural cervical injection in July. He also comes in with MRI reports of his neck and lumbar.
8-19-19: James continues to go to PT and they have been working on his neck. He states he is getting his second injection on Friday. He states the first one gave him some relief for a little bit. He continues to have pain to the top of his L shoulder.
11-4-19: James has been attending PT and he feels he is at a plateau with his shoulder and its improvement. He brings in a report from his therapist today.
11-22-19: James returns to discuss his MRI Result (LDC Disc)

Allergies (Jen Shaffer; 11/22/2019 1:34 PM)
No Known Drug Allergies [04/17/2019]:

Medication History (Jen Shaffer; 11/22/2019 1:34 PM)
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Ibuprofen (200MG Capsule, Oral) Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
Diclofenac Sodium (Oral) Specific strength unknown - Active.
Medications Reconciled

Social History (Jen Shaffer; 11/22/2019 1:33 PM)
Alcohol use 04/17/2019: occasional
Exercise 04/17/2019: daily
Exercise Tolerance 04/17/2019: 3-4 flights of stairs
Handed right handed
Marital status 04/17/2019: single
Tobacco use Never smoker. 04/17/2019: never smoker

Review of Systems (Daniel J. Hackett Jr, MD; 11/22/2019 4:00 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Vitals (Jen Shaffer; 11/22/2019 1:35 PM)
11/22/2019 1:34 PM
**Weight:** 210 lb **Height:** 72 in
**Body Surface Area:** 2.18 m² **Body Mass Index:** 28.48 kg/m²
**Pulse:** 93 (Regular)
**BP:** 128/78(Sitting, Right Arm, Standard)

Physical Exam (Daniel J. Hackett, Jr, MD; 11/22/2019 4:2 PM)
**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well developed and Well nourished.
**Gait** - Normal.

**Integumentary**
**Global Assessment**
**Normal Exam** - Right upper extremity: no lesions or rashes. No evidence of photo damage and Left upper extremity: no lesions or rashes. No evidence of photo damage.

**Musculoskeletal**
**Upper Extremity**
Shoulder:
**Inspection and Palpation:**
**Strength and Tone:**
**ROJM:**
**Right:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM** - 180 °. **AROM** - 80 °. **ROM** - T7.
**Left:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM** - 150 °. **AROM** - 60 °. **ROM** - T7. **Right - Supraspinatus** - 5/5. **Infraspinatus** - 5/5. **Trapezius** - 5/5. **Left - Supraspinatus** - 5/5. **Infraspinatus** - 5/5. **Trapezius** - 5/5. **Functional Testing - Right** - AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Left** - AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Tenderness** - exquisitely tender (over AC joint) . **Crepitus** - none, (R) and none, (L). **Sensation** - normal, (R) and normal, (L). **Other characteristics** - no ecchymosis, (R), no ecchymosis, (L). **Instability - Right** - sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Left** - sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Shoulder - Impingement** - Hawkins-Kennedy impingement test negative, (R), Hawkins-Kennedy impingement test negative, (L), Neer impingement test negative, (R), Neer impingement test negative, (L).

Assessment & Plan (Daniel J. Hackett Jr, MD; 11/22/2019 4:02 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Story: MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy
Impression: 50 yo M 7 months s/p L cuff repair with continued anterior shoulder pain that seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this point. GIven his findings, we discussed his options. We discussed the risks and benfits of performing a CSI. The risks include, but are not limited to - injection site pain, hematoma formation, damage to intra-articular structures, and infection. We will have him continue working with PT. We also discussed the fact that the judicious use of NSAIDs can often be helpful. He will f/u in 3-4 weeks.

11/22 - Patient returns with the above MRI findings. Given the findings, we discussed the risks and benefits of perforing a L shoulder diagnostic arhtroscopy with evaluation of his cuff and possible repair with distal clavicle excision. The risks of the procedure include - bleeding, infection, nerve injury, failure of fixation, need for further procedures, loss of limb, or life. He understands and wishes to proceed with scheduling. He will continue with no push/pull /lifting with LUE>5#.
Current Plans

- Risk and benefits of surgical procedure discussed with patient and the procedure has been scheduled.

S/P rotator cuff repair (V45.89 | Z98.890)

Daniel Hackett, MD

Signed by Daniel J Hackett, Jr, MD (11/22/2019 4:02 PM)

Auth Prov: Hackett, Daniel J Jr.
216 FOUNTAIN CT
STE 250
LEXINGTON KY 40509

# BAPTIST HEALTH LEXINGTON XRAY AT ALYSHEBA

## Imaging Result

| Name: | DOB: | Sex: | Patient Class: |
|---|---|---|---|
| **Zoll, James D** | | Male | Outpatient |
| Procedures Performed: | Exam Date & Time: | MRN: | Diagnosis: |
| **XR Chest PA & Lateral** | 12/06/2019 12:02 PM | 8910780865 | Pre-op chest exam |
| Performing Department: | Accession Number: | Reason for Exam: | PCP: |
| **BAPTIST HEALTH LEXINGTON XRAY AT ALYSHEBA**<br>1775 ALYSHEBA WAY<br>LEXINGTON KY 40509-9023<br>859-260-4510 | 2004105383 | pre op | Ziegler, John P |

EXAMINATION: XR CHEST PA AND LATERAL-

INDICATION: Z01.811-Encounter for preprocedural respiratory examination.

COMPARISON: None.

FINDINGS: The cardiac silhouette is normal. There are chronic appearing pulmonary changes. There is no prior exam for comparison.

IMPRESSION:
No active disease.

D: 12/06/2019
E: 12/06/2019

This report was finalized on 12/6/2019 1:50 PM by Dr. Thomas Rice, MD.

Signed By: Rice, Nelson T., MD on 12/6/2019 1:50 PM

**KENTUCKY SURGERY CENTER**
**240 Fountain Court**
**Lexington, KY 40509**

PATIENT: James Zoll

DATE OF SURGERY: 12/20/2019

PHYSICIAN: Daniel J. Hackett, M.D.

DATE OF BIRTH:

PREOPERATIVE DIAGNOSIS: Left shoulder AC joint arthritis.

POSTOPERATIVE DIAGNOSES:
1. Left shoulder AC joint arthritis.
2. Left shoulder adhesive capsulitis.

PROCEDURE:
1. Left shoulder arthroscopic capsular release with manipulation under anesthesia.
2. Left arthroscopic distal clavicle excision.

ANTIBIOTICS: Ancef 2 grams IV.

COMPLICATIONS: None apparent.

ESTIMATED BLOOD LOSS: 5 cc.

INDICATIONS FOR THE PROCEDURE: The patient is a 50-year-old male who had a left shoulder injury after a fall from a bicycle approximately 15 months ago with resultant left distal radius fracture and left shoulder cuff tear. He underwent an arthroscopic biceps tenodesis with supraspinatus repair done by an outside physician. Unfortunately, postoperatively he developed significant pain about the anterior aspect of his shoulder with findings consistent with AC joint arthrosis. Despite six months of therapy as well as anti-inflammatories, and all conservative measures, he failed to improve. We discussed the risks and benefits of a performing left shoulder arthroscopic distal clavicle excision with evaluation of his rotator cuff possible any other indicated procedures. The risks including bleeding, infection, nerve injury, risk of continued pain, and the risk of loss of limb and life were discussed.

Continued...

PATIENT: James Zoll
DATE OF SURGERY: 12/20/2019
PHYSICIAN: Daniel J. Hackett, M.D.

The patient expressed his understanding and wished to proceed with the procedure.

OPERATIVE PROCEDURE: After informed consent had been obtained and the left upper extremity had been marked, the patient was then taken back to the operating suite where a timeout was performed with the entire surgical staff being present. The patient received a preoperative interscalene nerve block. The patient was placed on the T-Max table. He then underwent general anesthesia, intubated, and was placed in the beach chair position. We then performed an examination under anesthesia which demonstrated external rotation 20 degrees and forward elevation to 95 degrees. We then decided an arthroscopic capsular release would be warranted. We then prepped and draped the left upper extremity in the usual sterile fashion. We began the procedure by first making the small posterior portal through his old incisional scar 2.0 cm inferior and 1.0 cm medial to the posterolateral aspect of the acromion. The trocar for the arthroscope was induced in the glenohumeral joint. We then established our anterior portal with an outside-in technique. We then examined the underside of the cuff. It was noted that his supraspinatus did have adequate healing. The subscapularis was intact. The infraspinatus and teres minor were intact. He did have cartilage wear both in one area along the posterior aspect of his humeral head and one area along his anterior aspect of his humeral head with grade 2 and 3 changes on both sides. His glenoid appeared to be intact without any signs of cartilage loss. His labrum was intact including his superior labrum, which did demonstrate evidence of previous tenotomy. Using an arthroscopic shaver and wand, we then performed a 360-degree capsular release and rotator interval release with an arthroscopic wand.

The trocar for the arthroscope was then introduced to the subacromial space.

Continued...

PATIENT: James Zoll
DATE OF SURGERY: 12/20/2019
PHYSICIAN: Daniel J. Hackett, M.D.

We performed a subacromial bursectomy with an arthroscopic shaver and then utilizing an arthroscopic bur, we then performed a subacromial bursectomy with an arthroscopic shaver. The AC joint was then identified which was significantly narrowed to approximately 2 mm in-between the distal clavicle and acromion. We then used an arthroscopic bur to remove approximately 8 mm of distal clavicle taking care to avoid injury to the anterior, posterior, and superior ligaments of the AC joint. After removing the distal clavicle, we then irrigated the wound thoroughly.

We then removed all arthroscopic instruments and closed the incisions with 3-0 nylon sutures. A sterile dressing was then applied. The patient was then placed in a sling. He was then awakened from anesthesia, extubated, and transferred to his hospital gurney and to the postanesthesia care unit in stable condition.

POSTOPERATIVE PLAN:
1. Nonweightbearing as tolerated.
2. He will do range of motion as tolerated and begin physical therapy within the next few days to improve his motion.
3. Follow up in two weeks time for removal of his sutures.

Daniel J. Hackett, M.D.
DJH/gj
DD: 12/20/2019
DT: 12/23/2019
cc: Daniel J. Hackett, M.D.

**Encounter #7**

**History & Physical Report**
**1/6/2020: Office Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 1/6/2020 10:53 AM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 1/6/2020 12:00 PM)
The patient is a 51 year old male who presents for a follow-up for Post Operative. Patient is 2 weeks postop left shoulder arthroscopy (DOS 12-20-29). Post operative pain has been moderate. Pain medications include: Hydrocodone and anti inflammatories (Celebrex) . Note for "Post Operative": 1-6-2020: Patient still has the persistent pain, but is hopeful it will improve. He is taking Celebrex to help control pain, he takes the pain med only when needed.

Allergies (Jen Shaffer; 1/6/2020 10:54 AM)
No Known Drug Allergies [04/17/2019]:
Allergies Reconciled

Medication History (Jen Shaffer; 1/6/2020 10:56 AM)
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
HYDROcodone-Acetaminophen (7.5-325MG Tablet, Oral) Active.
Celecoxib (100MG Capsule, Oral) Active.
Medications Reconciled

Social History (Jen Shaffer; 1/6/2020 10:54 AM)
Alcohol use 04/17/2019: occasional
Exercise 04/17/2019: daily
Exercise Tolerance 04/17/2019: 3-4 flights of stairs
Handed right handed
Marital status 04/17/2019: single
Tobacco use Never smoker. 04/17/2019: never smoker

Review of Systems (Daniel J. Hackett Jr, MD; 1/6/2020 12:00 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Vitals (Jen Shaffer; 1/6/2020 10:57 AM)
1/6/2020 10:56 AM
**Weight:** 210 lb **Height:** 72 in
**Body Surface Area:** 2.18 m² **Body Mass Index:** 28.48 kg/m²
**Pulse:** 79 (Regular)
**BP:** 109/78(Sitting, Right Arm, Standard)

Physical Exam (Daniel J. Hackett Jr, MD; 1/6/2020 12:00 PM)
**General**
**Mental Status** - Alert.

**Integumentary**
**Problem #1**
**Incision -** Dry and Intact, no drainage present, no redness.

**Musculoskeletal**
**Upper Extremity**

**Shoulder: Inspection and Palpation - Tenderness -** mild. **Swelling -** none, (L). **Sensation is -** normal, (L).
**ROJM:**
**Left: External Rotation - PROM -** 30 °. **Elevation through flexion - PROM -** 100 °. **Left - Testing limited -** not able to perform evaluation.

Assessment & Plan (Daniel J. Hackett Jr, MD; 1/6/2020 12:01 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Story: MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy
Impression: 2 weeks s/p L shoulder ASC capsular release and DCE. Doing well.

1) PT for ROM/stretching
2) f/u in 1 month for a repeat exam

Current Plans
- Referral to Physical Therapy
- Follow up in 1 month or sooner for any problems

S/P rotator cuff repair (V45.89 | Z98.890)

Signed by Daniel J Hackett, Jr, MD (1/6/2020 12:01 PM)

**Kentucky Bone & Joint Surgeons**
A Division of Ortho Kentucky, PLLC
216 Fountain Court • Suite 250 • Lexington, KY 40509
(859) 276-5008 • Fax: (859) 278-6401

Kaveh R. Sajadi, M.D.
DEA# BS 8085816

Sam Coy, M.D.
DEA# FC 0930594

Daniel J. Hackett, Jr., M.D.
DEA# FH 6113992

Greg L. Cowen, PA-C
NPI 1225094709

Andrew W. Ryan, M.D.
DEA# BR 2399447

Name James Zoll DOB

Address Date 1/6/20

℞ Physical therapy:
S/p (R) shoulder capsular release
+ distal clavicle excision.
Please work in gentle
ROM exercises. When AAFE 150,
may progress to strengthening.

Refill 1 2 3 4 5

☐ Label

MD

TO ENSURE BRAND NAME DISPENSING, PRESCRIBER MUST WRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" ON THE PRESCRIPTION

CARDINAL HILL® REHABILITATION HOSPITAL

Orthopedic Specialty Program

Physical Therapy Progress Note

Date: 02/03/2020

Patient Name: James D. Zoll

DOB:

Diagnosis: Left Shoulder Capsular Release & Distal Clavicular Excision

| AROM: Initial Eval | AROM: Current | MMT: Initial Eval | MMT: Current |
| --- | --- | --- | --- |
| Shoulder Flex = 110<br>Abd = 91<br>Ext. Rot. = 32 | Flex = 122<br>Abd = 107<br>Ext. Rot. = 47 | Not assessed due to restrictions & pain | Not assessed due to pain |

Assessment/Functional Gains: Improved shoulder range of motion as well as improved shoulder/scapular mechanics in available range. Patient still reports shoulder pain of 7/10 at its worst. He will benefit from continued therapy for improving range of motion, decrease pain, and begin strengthening when appropriate.

Thank you for the opportunity to participate in the care of your patient. Please feel free to contact us with questions or concerns at 859-246-8925.

Sincerely, Ryan S. Powell SPT 02/03/2020 1:40pm
[signature] PT 2/3/2020 13:40

**Encounter #8**

**History & Physical Report**
**2/5/2020: Office Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 2/5/2020 10:50 AM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 2/5/2020 1:00 PM)
The patient is a 51 year old male who presents for a follow-up for Post Operative. Patient is 6 weeks postop left shoulder arthroscopy (DOS 12-20-29). Post operative pain has been moderate. Pain medications include: Hydrocodone and anti inflammatories (Celebrex) . Post operative treatment includes outpatient physical therapy. Note for "Post Operative": James continues to have an intense amount of pain to his L shoulder. He states he has been going to PT three times a week and has noticed some improvement but continues with pain.

Allergies (Zach Williamson; 2/5/2020 10:50 AM)
No Known Drug Allergies [04/17/2019]:
Allergies Reconciled

Medication History (Zach Williamson; 2/5/2020 10:50 AM)
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
HYDROcodone-Acetaminophen (7.5-325MG Tablet, Oral) Active.
Celecoxib (100MG Capsule, Oral) Active.
Medications Reconciled

Social History (Zach Williamson; 2/5/2020 10:50 AM)
Alcohol use 04/17/2019: occasional
Exercise 04/17/2019: daily
Exercise Tolerance 04/17/2019: 3-4 flights of stairs
Handed right handed
Marital status 04/17/2019: single
Tobacco use Never smoker. 04/17/2019: never smoker

Family History (Zach Williamson; 2/5/2020 10:50 AM)
Blood clots Father.
Cerebrovascular Accident grandparent
Depression Mother. grandparent and sibling
Diabetes Mellitus grandparent
First Degree Relatives
Heart Disease Father.
Hypertension Father.
Myocardial Infarction grandparent
Osteoarthritis Father, Mother. grandparent

Review of Systems (Daniel J. Hackett, Jr, MD; 02/05/2020 1:8 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Vitals (Zach Williamson; 2/5/2020 10:51 AM)
2/5/2020 10:50 AM
**Weight:** 210 lb **Height:** 72 in
**Body Surface Area:** 2.18 m² **Body Mass Index:** 28.48 kg/m²
**Pulse:** 82 (Regular)
**BP:** 115/71(Sitting, Left Arm, Standard)

Physical Exam (Daniel J. Hackett Jr, MD; 2/5/2020 1:00 PM)
**General**
**Mental Status** - Alert.

**Integumentary**
**Problem #1**
**Incision** - Dry and Intact, no drainage present, no redness.

**Musculoskeletal**
**Upper Extremity**

**Shoulder: Inspection and Palpation - Tenderness** - mild. **Swelling** - none, (L). **Sensation** - normal, (L).
**ROJM:**
**Left: External Rotation - PROM** - 30 °. **Elevation through flexion - PROM** - 130 °.

Assessment & Plan (Daniel J. Hackett Jr, MD; 2/5/2020 1:08 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Story: MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy
Impression: 6 weeks s/p L shoulder ASC capsular release and DCE. He continues to have significant pain despite regaining some motion over the past few weeks. At this point, we will start him on Lyrica 75 mg BID, as he does seem to be having some CRPS symptoms. Additionally, we will refill his celecoxib 200 mg BID. We will refer him to pain mgmt, as his insurance does not carry his provider any longer. He will continue wth PT, focusing on gentle ROM/stretching. F/u in 4 weeks for a repeat exam.
Current Plans
- Follow up in 1 month or sooner for any problems
- Referral to Pain Management

S/P rotator cuff repair (V45.89 | Z98.890)

Signed by Daniel J Hackett, Jr, MD (2/5/2020 1:08 PM)

**Encounter #9**

**History & Physical Report**
**3/4/2020: Office Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 3/4/2020 11:17 AM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 3/5/2020 6:34 AM)
The patient is a 51 year old male who presents for a follow-up for Post Operative. Patient is 10 weeks postop left shoulder arthroscopy (DOS 12-20-29). Post operative pain has been moderate. Pain medications include: Hydrocodone and anti inflammatories (Celebrex) . Post operative treatment includes outpatient physical therapy. Note for "Post Operative": James presents for review of his L shoulder. He states the shoulder has not gotten better. He has been going to PT three times a week but is not going twice a week. He describes having pain when trying to reach the arm upwards. He describes having a sharp painful pain to the top of the shoulder and then also pain to his scapula.

Allergies (Zach Williamson; 3/4/2020 11:17 AM)
No Known Drug Allergies [04/17/2019]:
Allergies Reconciled

Medication History (Zach Williamson; 3/4/2020 11:17 AM)
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
HYDROcodone-Acetaminophen (7.5-325MG Tablet, Oral) Active.
Celecoxib (100MG Capsule, Oral) Active.
Medications Reconciled

Social History (Zach Williamson; 3/4/2020 11:17 AM)
Alcohol use 04/17/2019: occasional
Exercise 04/17/2019: daily
Exercise Tolerance 04/17/2019: 3-4 flights of stairs
Handed right handed
Marital status 04/17/2019: single
Tobacco use Never smoker. 04/17/2019: never smoker

Family History (Zach Williamson; 3/4/2020 11:17 AM)
Blood clots Father.
Cerebrovascular Accident grandparent
Depression Mother. grandparent and sibling
Diabetes Mellitus grandparent
First Degree Relatives
Heart Disease Father.
Hypertension Father.
Myocardial Infarction grandparent
Osteoarthritis Father, Mother. grandparent

Review of Systems (Daniel J. Hackett Jr, MD; 3/5/2020 6:34 AM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Vitals (Zach Williamson; 3/4/2020 11:20 AM)
3/4/2020 11:17 AM
**Weight:** 210 lb **Height:** 72 in
**Body Surface Area:** 2.18 m² **Body Mass Index:** 28.48 kg/m²
**Pulse:** 83 (Regular)
**BP:** 133/79(Sitting, Left Arm, Standard)

Physical Exam (Daniel J. Hackett, Jr, MD; 03/05/2020 6:36 AM)
**General**
**Mental Status** - Alert.

**Integumentary**
**Problem #1**
**Incision** - Dry and Intact, no drainage present, no redness.

**Musculoskeletal**
**Upper Extremity**
Shoulder:
**Inspection and Palpation:**
**ROJM:**
**Left:**
**External Rotation: Elevation through flexion - PROM** - 130 °. **PROM** - 30 °. **Inspection and Palpation - Tenderness** - mild. **Swelling** - none, (L). **Sensation** - normal, (L).

Assessment & Plan (Daniel J. Hackett Jr, MD; 3/5/2020 6:36 AM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Story: MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy
Impression: 10 weeks s/p L shoulder ASC capsular release and DCE. He continues to have significant pain, but it has improved somewhat since last being seen. He will remain on Lyrica 75 mg BID and amitryptyline (he has been increased to 50 mg qhs), along with continuing PT. He will f/u in 6 weeks for a repeat exam.
Current Plans
- Referral to Pain Management

S/P rotator cuff repair (V45.89 | Z98.890)

Signed by Daniel J Hackett, Jr, MD (3/5/2020 6:36 AM)

CARDINAL HILL® REHABILITATION HOSPITAL

Orthopedic Specialty Program

Physical Therapy Progress Note

Date: 03/04/2020

Patient Name: James D. Zoll

DOB: _

Diagnosis: Left Shoulder Capsular Release & Distal Clavicular excision

| AROM: | | MMT: | |
|---|---|---|---|
| Initial Eval | Current | Initial Eval | Current |
| L Shoulder Flexion = 110<br>Abduction = 91<br>External Rot = 32 | Flexion = 119<br>Abduction = 122<br>External Rot: 50 | Not Tested due to pain & limitations | L Shoulder Flexion: 3+/5 w/in Available ROM<br>Abduction - 3+/5 w/in available ROM |

Assessment/Functional Gains: Pt continues to be limited by pain & reports pain of 8/10 intesity at its worst & 2/10 at its best. Left Shoulder ROM continues to improve (see above). Strength able to now be tested w/in pt's available ROM which revealed left shoulder weakness. Pt's Quick Dash score of 52 still indicates significant functional impairment due to pain. Pt will continue to benefit from PT for continued ROM improvement, pain reduction, & strength.

Thank you for the opportunity to participate in the care of your patient. Please feel free to contact us with questions or concerns at 859-246-8925.

Sincerely, [signature] SPT 03/04/2020 9:02 am
[signature] PT 3/4/2020 9:02

**Encounter #10**

**History & Physical Report**
**4/10/2020: Virtual Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 4/10/2020 1:58 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 4/10/2020 2:24 PM)
The patient is a 51 year old male presenting for a post-operative visit. Patient is 5 months postop left shoulder arthroscopy (DOS 12-20-29). Post operative pain has been moderate. Pain medications include: Hydrocodone and anti inflammatories (Celebrex) . Post operative treatment includes outpatient physical therapy. Note for "Post Operative": James presents for review of his L shoulder. He states the shoulder has not gotten better. He has been going to PT three times a week but is not going twice a week. He describes having pain when trying to reach the arm upwards. He describes having a sharp painful pain to the top of the shoulder and then also pain to his scapula.

4/10/20: Patient presents today with contniued c/o anterior shoulder pain that has not improved a great deal since last being seen, although he has been unable to participate in PT for the past 3.5 weeks. No other changes

Allergies (Daniel J. Hackett, Jr, MD; 4/10/2020 1:58 PM)
No Known Drug Allergies [04/17/2019]:
Allergies Reconciled

Past Surgical History (Daniel J. Hackett, Jr, MD; 4/10/2020 1:58 PM)
Fracture L Wrist
Rotator Cuff Surgery left

Medication History (Daniel J. Hackett, Jr, MD; 4/10/2020 1:58 PM)
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
HYDROcodone-Acetaminophen (7.5-325MG Tablet, Oral) Active.
Celecoxib (100MG Capsule, Oral) Active.

Review of Systems (Daniel J. Hackett, Jr, MD; 04/10/2020 1:59 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Physical Exam (Daniel J. Hackett Jr, MD; 4/10/2020 2:24 PM)
**General**
**Mental Status** - Alert.

**Integumentary**
**Problem #1**
**Incision -** Dry and Intact, no drainage present, no redness.

**Musculoskeletal**
**Upper Extremity**

**Shoulder:**
**ROJM:**
**Left: Elevation through flexion - AROM -** 120 °.

Assessment & Plan (Daniel J. Hackett Jr, MD; 4/10/2020 2:27 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Story: MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy
Impression: 5 months s/p L shoulder ASC capsular release and DCE. He continues to have significant pain, and he has not seen a great deal of improvement since last being seen. He has been unable to participate in PT 2/2 covid outbreak. At this point, we offered to try to find other Pt's to work with manual therapy and possibly iontophoresis. At this point, given his h/o asthma, we will continue with his HEP in hopes of avoiding PT offices. We will refill his diclofenac gel. He will f/u in 5-6 weeks. Should he wish to start PT elsewhere, he will call us to set up an appt for him.

Current Plans

- Started Diclofenac Sodium 1 % Transdermal Gel, 4 gram qid, 100 Gram, 30 days starting 04/10/2020, Ref. x5.
- Follow up in 6 weeks or sooner for any problems
- Telemedicine Visit: discussed with patient and provided information.

S/P rotator cuff repair (V45.89 | Z98.890)

Signed by Daniel J Hackett, Jr, MD (4/10/2020 2:27 PM)

FAXED TO KORT- Beaumont 296-4182
5-6-20 4:05pm

**Kentucky Bone & Joint Surgeons**
A Division of Ortho Kentucky, PLLC
216 Fountain Court • Suite 250 • Lexington, KY 40509
(859) 276-5008 • Fax: (859) 278-6401

Kaveh R. Sajadi, M.D. ~~DEA# BS 6085816~~
Daniel J. Hackett, Jr., M.D. DEA# FH 6113992
Andrew W. Ryan, M.D. DEA# BR 2399447
Sam Coy, M.D. ~~DEA# FC 0930594~~
Greg L. Cowen, PA-C NPI 1225094709

Name: James Zoll DOB: ______
Address: ______ Date: 5/6/20

℞
dexamethasone 120 mg/30 ml
use for iontophoresis (phonophoresis)
per PT.
Disp: 1 bottle

Refill ~~1 2 3 4 5~~ NR
☐ Label
[signature] MD

TO ENSURE BRAND NAME DISPENSING, PRESCRIBER MUST WRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" ON THE PRESCRIPTION

**Kentucky Bone & Joint Surgeons**
A Division of Ortho Kentucky, PLLC
216 Fountain Court • Suite 250 • Lexington, KY 40509
(859) 276-5008 • Fax: (859) 278-6401

Kaveh R. Sajadi, M.D. ~~DEA# BS 6085816~~
Daniel J. Hackett, Jr., M.D. DEA# FH 6113992
Andrew W. Ryan, M.D. DEA# BR 2399447
Sam Coy, M.D. ~~DEA# FC 0930594~~
Greg L. Cowen, PA-C NPI 1225094709

Name: James Zoll DOB: ______
Address: ______ Date: 5/6/20

℞
Physical therapy:
S/p (L) cubital tunnel repair, DQE. Please
work on progressive ROM/strength.
Please work with iontophoresis, as well

Refill ~~1 2 3 4 5~~ NR
☐ Label
[signature] MD

TO ENSURE BRAND NAME DISPENSING, PRESCRIBER MUST WRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" ON THE PRESCRIPTION

**Encounter #11**

**History & Physical Report**
**5/26/2020: Virtual Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 5/26/2020 5:22 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 5/26/2020 5:23 PM)
The patient is a 51 year old male presenting for a post-operative visit. Patient is 6 months postop left shoulder arthroscopy (DOS 12-20-29). Post operative pain has been moderate. Pain medications include: Hydrocodone and anti inflammatories (Celebrex) . Post operative treatment includes outpatient physical therapy. Note for "Post Operative": James presents for review of his L shoulder. He states the shoulder has not gotten better. He has been going to PT three times a week but is not going twice a week. He describes having pain when trying to reach the arm upwards. He describes having a sharp painful pain to the top of the shoulder and then also pain to his scapula.

4/10/20: Patient presents today with contniued c/o anterior shoulder pain that has not improved a great deal since last being seen, although he has been unable to participate in PT for the past 3.5 weeks. No other changes

5/22/20 - Patient returns today with some improvements in his pain, although he continues to have dysfunction. He is scheduled to see Dr. Swayze in the next few weeks and continues with PT.

Allergies (Daniel J. Hackett, Jr, MD; 5/26/2020 5:22 PM)
No Known Drug Allergies [04/17/2019]:
Allergies Reconciled

Past Surgical History (Daniel J. Hackett, Jr, MD; 5/26/2020 5:22 PM)
Fracture L Wrist
Rotator Cuff Surgery left

Medication History (Daniel J. Hackett, Jr, MD; 5/26/2020 5:22 PM)
Diclofenac Sodium (1% Gel, 4 gram Transdermal qid, Taken starting 04/10/2020) Active.
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
HYDROcodone-Acetaminophen (7.5-325MG Tablet, Oral) Active.
Celecoxib (100MG Capsule, Oral) Active.

Review of Systems (Daniel J. Hackett, Jr, MD; 05/26/2020 5:22 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Physical Exam (Daniel J. Hackett Jr, MD; 5/26/2020 5:23 PM)
**General**
**Mental Status** - Alert.

**Integumentary**
**Problem #1**
**Incision -** Dry and Intact, no drainage present, no redness.

**Musculoskeletal**
**Upper Extremity**

**Shoulder:**
**ROJM:**
**Left: Elevation through flexion - AROM -** 130 °.

Assessment & Plan (Daniel J. Hackett Jr, MD; 5/26/2020 5:25 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Story: MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy
Impression: 6 months s/p L shoulder ASC capsular release and DCE. He has been participating in PT for the past few weeks with some minimal improvements. At this point in time, we will continue with PT, focusing on gentle ROM/strengthening. He will f/u in 2 months for a repeat exam.

Please note, including the chart review and patient interview, this visit lasted 8 minutes
Current Plans
- Telemedicine Visit: discussed with patient and provided information.
- Follow up in 2 months or sooner for any problems

S/P rotator cuff repair (V45.89 | Z98.890)

Signed by Daniel J Hackett, Jr, MD (5/26/2020 5:25 PM)

**Encounter #12**

**History & Physical Report**
**7/27/2020: Virtual Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 7/27/2020 1:31 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 7/27/2020 1:32 PM)
The patient is a 51 year old male presenting for a post-operative visit. Patient is 6 months postop left shoulder arthroscopy (DOS 12-20-29). Post operative pain has been moderate. Pain medications include: Hydrocodone and anti inflammatories (Celebrex) . Post operative treatment includes outpatient physical therapy. Note for "Post Operative": James presents for review of his L shoulder. He states the shoulder has not gotten better. He has been going to PT three times a week but is not going twice a week. He describes having pain when trying to reach the arm upwards. He describes having a sharp painful pain to the top of the shoulder and then also pain to his scapula.

4/10/20: Patient presents today with contniued c/o anterior shoulder pain that has not improved a great deal since last being seen, although he has been unable to participate in PT for the past 3.5 weeks. No other changes

5/22/20 - Patient returns today with some improvements in his pain, although he continues to have dysfunction. He is scheduled to see Dr. Swayze in the next few weeks and continues with PT.

7/27/20: Patient returns today with minimal improvements. He is with PT at Kort. They are hoping to decrease him to 1/week.

Allergies (Daniel J. Hackett, Jr, MD; 7/27/2020 1:31 PM)
No Known Drug Allergies [04/17/2019]:
Allergies Reconciled

Past Surgical History (Daniel J. Hackett, Jr, MD; 7/27/2020 1:31 PM)
Fracture L Wrist
Rotator Cuff Surgery left

Medication History (Daniel J. Hackett, Jr, MD; 7/27/2020 1:31 PM)
Diclofenac Sodium (1% Gel, 4 gram gram Transdermal qid, Taken starting 04/10/2020) Active.
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
HYDROcodone-Acetaminophen (7.5-325MG Tablet, Oral) Active.
Celecoxib (100MG Capsule, Oral) Active.

Review of Systems (Daniel J. Hackett, Jr, MD; 07/27/2020 1:31 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Physical Exam (Daniel J. Hackett, Jr, MD; 07/27/2020 1:31 PM)
**General**
**Mental Status** - Alert.

**Integumentary**
**Problem #1**
**Incision -** Dry and Intact, no drainage present, no redness.

**Musculoskeletal**
**Upper Extremity**
Shoulder:
**ROJM:**
**Left: Elevation through flexion - AROM -** 130 °.

Assessment & Plan (Daniel J. Hackett Jr, MD; 7/27/2020 1:33 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Story: MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy
Impression: 8 months s/p L shoulder ASC capsular release and DCE. He has been participating in PT for the past few weeks with some minimal improvements. At this point in time, we will continue with PT, focusing on gentle ROM/strengthening. He will f/u in 4-6 months for a repeat exam. Should he not see much change over the next few weeks, he has expressed that he may want to consider PT elsewhere.

Please note, including the chart review and patient interview, this visit lasted 9 minutes
<u>Current Plans</u>

- Telemedicine Visit: discussed with patient and provided information.

S/P rotator cuff repair (V45.89 | Z98.890)

Signed by Daniel J Hackett, Jr, MD (7/27/2020 1:33 PM)

| | |
|---|---|
| Result Type: | OP PT Progress Note/ DC Assessment- Text |
| Result Date: | April 21, 2020 13:10 EDT |
| Result Status: | Auth (Verified) |
| Result Title/Subject: | OP PT DC Assessment |
| Performed By/Author: | Hensley PT, Jennifer on August 24, 2020 13:10 EDT |
| Verified By: | Hensley PT, Jennifer on August 24, 2020 13:10 EDT |
| Encounter info: | 175789, Cardinal Hill Rehab, Outpatient, 1/20/2020 - |

OP PT DC Assessment Entered On: 08/24/2020 13:11 EDT
Performed On: 04/21/2020 13:10 EDT by Hensley PT, Jennifer

**OP General Information**
*PT Ordering Physician's Name :* Daniel J Hackett, MD
KY Bone and Joint
*Date of Birth :* EST
*Discharge Date :* 04/21/2020 EDT
*Total Number of Visits PT :* 22
*Total Number of Cancels PT :* 1
*Total Number of No Shows PT :* 0
*Date of Eval PT :* 01/20/2020 EST
*Reason for Discharge - PT :* Other: Pt did not return to PT after facility mandated closure due to Covid-19.
Hensley PT, Jennifer - 08/24/2020 13:10 EDT
(As Of: 08/24/2020 13:11:28 EDT)

Diagnoses(Active)

| | |
|---|---|
| Left Shoulder Capsular Release and Distal Clavicular Excision | *Date:* 01/20/2020 ; *Diagnosis Type:* Working ; *Confirmation:* Confirmed ; *Clinical Dx:* Left Shoulder Capsular Release and Distal Clavicular Excision ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Probability:* 0 |

**PT Pain Management**
*PT Pain Management :* N/A
Hensley PT, Jennifer - 08/24/2020 13:10 EDT

**Long Term Goals**
*PT Patient,Caregiver Goal :* Pt's goals are to improve shoulder ROM, decrease pain, and potentially return to work.
Hensley PT, Jennifer - 08/24/2020 13:10 EDT

Long Term Goals PT IP

| | Long Term Goal 1 | Long Term Goal 2 |
|---|---|---|
| *Long Term Goal :* | Pt will demonstrate left | Pt will have decrease left |

| | | |
|---|---|---|
| | shoulder active abduction and flexion ROM of 160 degress and left shoulder external rotation of 50 degrees in order to be able to complete ADLs without difficulty. | shoulder pain to 0/10 in order to lessen difficulty with ADLs and improve quality of life. |
| *Status:* | Not met | Not met |
| *Comments:* | 3/2: Abd = 122, Flexion =119, Ext Rot = 50. 2/3: Abd = 107, Flex = 122, Ext Rot = 47 | 3/2: Pain 8/10 at worst, 2/10 at best. 1/31: reports pain of 5/10. 1/29: pt reports pain of 6/10 |
| | Hensley PT, Jennifer - 08/24/2020 13:10 EDT | Hensley PT, Jennifer - 08/24/2020 13:10 EDT |

*IP PT LTG Documentation:* Yes

Hensley PT, Jennifer - 08/24/2020 13:10 EDT

Short Term Goals
Other PT Goals Grid

| | Goal #1 | Goal #2 | Goal #3 | Goal #4 |
|---|---|---|---|---|
| *Goal:* | Pt will increase active shoulder abduction, flexion, and external rotation by 10 degrees in order to lessen difficulty with ADL's | Pt will report a pain of 3/10 at its worst in order to improve quality of life and improve function. | Pt will be independent with a HEP for carryover of therapy at home. | Pt will decrease quick dash score from 55 to 40 to lesser difficulty with ADL's requiring UE function. |
| *Status:* | Goal met | Progressing, continue | Progressing, continue | Progressing, continue |
| *Date Met:* | 02/03/2020 EST | | | |
| *Comments:* | 2/3: Active ABD = 107, Flex = 122, Ext Rot = 47. Eval Left Shoulder Active ROM: Abduction = 91, Flexion = 110, External Rotation = 32. 1/22 Seated flexion=110, abd=95. Supine | 3/2: reported 8/10 at its worst. 2/24: pain 4/10 pre-treatment, 6/10 post-treatment. 2/3: Reports pain of 5/10. 1/31: reports pain of 5/10. 1/27: pt reports pain of | 3/9: Theraband rows added. 3/2: independent with current HEP, further progression needed when tolerable. 2/24: Pt report independence with current HEP, | 3/2: QuickDASH = 52 |

| | | | | | |
|---|---|---|---|---|---|
| | flexion=120, abd=120, ER=42. | 6/10 | further progression needed as tolerated. | | |
| | Hensley PT, Jennifer - 08/24/2020 13:10 EDT | Hensley PT, Jennifer - 08/24/2020 13:10 EDT | Hensley PT, Jennifer - 08/24/2020 13:10 EDT | Hensley PT, Jennifer - 08/24/2020 13:10 EDT | |

PT Objective and Functional Status
*Addendum Completed :* No
*PT Recommendations :* Follow up with physician
*Additional Information :* Pt did not return to PT after facility mandated closure due to Covid-19.

Hensley PT, Jennifer - 08/24/2020 13:10 EDT

Recommendations/Summary of Progress
*Necessity of the Services Provided :* -

*Functional Progression w/ Objective Improvements :* -

*Justification of Need :* -

*Additional Information :* Pt did not return to PT after facility mandated closure due to Covid-19.

Hensley PT, Jennifer - 08/24/2020 13:10 EDT

**Completed Action List:**
* Perform by Hensley PT, Jennifer on August 24, 2020 13:10 EDT
* Sign by Hensley PT, Jennifer on August 24, 2020 13:10 EDT
* VERIFY by Hensley PT, Jennifer on August 24, 2020 13:10 EDT

**Kentucky Bone & Joint Surgeons**
A Division of Ortho Kentucky, PLLC
216 Fountain Court • Suite 250 • Lexington, KY 40509
(859) 276-5008 • Fax: (859) 278-6401

Kaveh R. Sajadi, M.D.
~~DEA# BS 8085816~~

Sam Coy, M.D.
DEA# FC 0930594

Daniel J. Hackett, Jr., M.D.
DEA# FH 6113992

Greg L. Cowen, PA-C
NPI 1225094709

Andrew W. Ryan, M.D.
DEA# BR 2399447

Name James Zoll DOB

Address Date 9/21/20

℞ PT:
phase continue (L) shoulder
ROM / strengthen 2x/week

Refill **1**2**3**4**5 NR

☐ Label

[signature] MD

TO ENSURE BRAND NAME DISPENSING, PRESCRIBER MUST WRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" ON THE PRESCRIPTION

**Encounter #13**

**History & Physical Report**
**9/21/2020: Office Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 9/21/2020 2:05 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 9/22/2020 8:54 PM)
The patient is a 51 year old male who presents for a follow-up for Post Operative. Patient is 9 months postop left shoulder arthroscopy (DOS 12-20-29). Post operative pain has been moderate. Pain medications include: Hydrocodone and anti inflammatories (diclofenac) . Post operative treatment includes outpatient physical therapy. Note for "Post Operative": James presents for review of his L shoulder. He states the shoulder has not gotten better. He has been going to PT three times a week but is not going twice a week. He describes having pain when trying to reach the arm upwards. He describes having a sharp painful pain to the top of the shoulder and then also pain to his scapula.

4/10/20: Patient presents today with contniued c/o anterior shoulder pain that has not improved a great deal since last being seen, although he has been unable to participate in PT for the past 3.5 weeks. No other changes

5/22/20 - Patient returns today with some improvements in his pain, although he continues to have dysfunction. He is scheduled to see Dr. Swayze in the next few weeks and continues with PT.

7/27/20: Patient returns today with minimal improvements. He is with PT at Kort. They are hoping to decrease him to 1/week.

9/21/2020: Pain has improved, but he still has trouble laying on arm and his ROM isn't what he wants it to be.

Allergies (Abby E. Ryan, Scribe; 9/21/2020 2:12 PM)
No Known Drug Allergies [04/17/2019]:
Allergies Reconciled [09/21/2020]:

Medication History (Abby E. Ryan, Scribe; 9/21/2020 2:12 PM)
Diclofenac (Oral) Specific strength unknown - Active.
Topamax (Oral) Specific strength unknown - Active.
Lyrica (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Medications Reconciled

Social History (Abby E. Ryan, Scribe; 9/21/2020 2:12 PM)
Alcohol use 04/17/2019: occasional
Exercise 04/17/2019: daily
Exercise Tolerance 04/17/2019: 3-4 flights of stairs
Handed right handed
Marital status 04/17/2019: single
Tobacco use Never smoker. 09/21/2020: never smoker
04/17/2019: never smoker

Review of Systems (Daniel J. Hackett Jr, MD; 9/22/2020 8:54 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Vitals (Abby E. Ryan Scribe; 9/21/2020 2:14 PM)
9/21/2020 2:14 PM
**Weight:** 200 lb **Height:** 72 in
**Body Surface Area:** 2.13 m² **Body Mass Index:** 27.12 kg/m²
**Temp.:** 97.9° F (Thermal Scan)
no BP taken due to COVID restrictions

Physical Exam (Daniel J. Hackett Jr, MD; 9/22/2020 8:55 PM)
**General**
**Mental Status** - Alert.

**Integumentary**
**Problem #1**
**Incision -** Dry and Intact, no drainage present, no redness.

**Musculoskeletal**
**Upper Extremity**

**Shoulder:**
**Inspection and Palpation:**
**Tenderness:** Note: at L AC joint.
**ROJM:**
**Left: Elevation through flexion - AROM -** 140 °.

Assessment & Plan (Daniel J. Hackett Jr, MD; 9/22/2020 8:55 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Story: MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy
Impression: 8 months s/p L shoulder ASC capsular release and DCE. He has been participating in PT for the past few weeks with some minimal improvements. At this point in time, we will continue with PT, focusing on gentle ROM/strengthening. He will f/u in 4-6 months for a repeat exam. Should he not see much change over the next few weeks, he has expressed that he may want to consider PT elsewhere.

9/22: Patient returns today. He has had some improvements in his pain and function since last being seen. At this point, I do think he should continue PT, but we will back off to every other week, focusing on continued ROM/strengthening. F/u in 3-4 months.

S/P rotator cuff repair (V45.89 | Z98.890)

Signed by Daniel J Hackett, Jr, MD (9/22/2020 8:56 PM)

**Encounter #14**

**History & Physical Report**
**12/16/2020: Office Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890), Bursitis of left shoulder (726.10 | M75.52) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 12/16/2020 1:09 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 12/16/2020 6:38 PM)
The patient is a 51 year old male who presents for a follow-up for Post Operative. Patient is 1 year postop left shoulder arthroscopy (DOS 12-20-29). Post operative pain has been moderate. Pain medications include: Hydrocodone and anti inflammatories (diclofenac) . Post operative treatment includes outpatient physical therapy. Note for "Post Operative": James presents for review of his L shoulder. He states the shoulder has not gotten better. He has been going to PT three times a week but is not going twice a week. He describes having pain when trying to reach the arm upwards. He describes having a sharp painful pain to the top of the shoulder and then also pain to his scapula.

4/10/20: Patient presents today with contniued c/o anterior shoulder pain that has not improved a great deal since last being seen, although he has been unable to participate in PT for the past 3.5 weeks. No other changes

5/22/20 - Patient returns today with some improvements in his pain, although he continues to have dysfunction. He is scheduled to see Dr. Swayze in the next few weeks and continues with PT.

7/27/20: Patient returns today with minimal improvements. He is with PT at Kort. They are hoping to decrease him to 1/week.

9/21/2020: Pain has improved, but he still has trouble laying on arm and his ROM isn't what he wants it to be.
12-16-220: He presents for review of his L shoulder. He states his shoulder is slowly getting better with the help of PT.

Allergies (Zach Williamson; 12/16/2020 1:10 PM)
No Known Drug Allergies [04/17/2019]:
Allergies Reconciled [09/21/2020]:

Medication History (Zach Williamson; 12/16/2020 1:10 PM)
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
Diclofenac (Oral) Specific strength unknown - Active.
Topamax (Oral) Specific strength unknown - Active.
Lyrica (Oral) Specific strength unknown - Active.
Medications Reconciled

Social History (Zach Williamson; 12/16/2020 1:10 PM)
Alcohol use 04/17/2019: occasional
Exercise 04/17/2019: daily
Exercise Tolerance 04/17/2019: 3-4 flights of stairs
Handed right handed
Marital status 04/17/2019: single
Tobacco use Never smoker. 09/21/2020: never smoker
04/17/2019: never smoker

Family History (Zach Williamson; 12/16/2020 1:10 PM)
Blood clots Father.
Cerebrovascular Accident grandparent
Depression Mother. grandparent and sibling
Diabetes Mellitus grandparent
First Degree Relatives
Heart Disease Father.
Hypertension Father.
Myocardial Infarction grandparent
Osteoarthritis Father, Mother. grandparent

Review of Systems (Daniel J. Hackett, Jr, MD; 12/16/2020 6:40 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Vitals (Zach Williamson; 12/16/2020 1:10 PM)
12/16/2020 1:10 PM
**Weight:** 200 lb **Height:** 72 in
**Body Surface Area:** 2.13 m² **Body Mass Index:** 27.12 kg/m²
**Temp.:** 98.3° F
BP not taken due to Covid-19 distance restrictions.

Physical Exam (Daniel J. Hackett Jr, MD; 12/16/2020 6:38 PM)
**General**
**Mental Status** - Alert.

**Integumentary**
**Problem #1**
**Incision -** Dry and Intact, no drainage present, no redness.

**Musculoskeletal**
**Upper Extremity**

**Shoulder: Inspection and Palpation - Tenderness -** over the supraspinatus, (L). Note: at L AC joint.
**ROJM:**
**Left: External Rotation - AROM -** 50 °. **Elevation through flexion - AROM -** 155 °.

Assessment & Plan (Daniel J. Hackett Jr, MD; 12/16/2020 6:40 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Story: MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy
Impression: 8 months s/p L shoulder ASC capsular release and DCE. He has been participating in PT for the past few weeks with some minimal improvements. At this point in time, we will continue with PT, focusing on gentle ROM/strengthening. He will f/u in 4-6 months for a repeat exam. Should he not see much change over the next few weeks, he has expressed that he may want to consider PT elsewhere.

9/22: Patient returns today. He has had some improvements in his pain and function since last being seen. At this point, I do think he should continue PT, but we will back off to every other week, focusing on continued ROM/strengthening. F/u in 3-4 months.

12/16 - Patient returns today with great improvements in his pain with some pain in SA space likely 2/2 bursitis. At this point, we discussed his options. We discussed the risks and benfits of performing a CSI. The risks include, but are not limited to - injection site pain, hematoma formation, damage to intra-articular structures, and infection. He will continue with PT and HEP. F/u in 2-3 months.

S/P rotator cuff repair (V45.89 | Z98.890)

Bursitis of left shoulder (726.10 | M75.52)
Current Plans
- Shoulder Subacromial Cortisone Injection (20610, J1040)

  Verbal consent was obtained from the patient or guardian. The posterior aspect of the shoulder was sterilely prepped with a betadine swab. After spraying with ethyl chloride, 2cc of depo-medrol 40mg/cc mixed with 1% lidocaine plain was injected into the subacromial space from the posterior approach with a 20 gauge needle. The patient tolerated the injection well with no immediate adverse effects.
- METHYLPREDNISOLONE ACETATE, 80 MG (J1040)
- ASP / INJECT LARGE JOINT / BURSA (20610)
- Follow up in 2 months or sooner for any problems

Daniel Hackett, MD

Signed by Daniel J Hackett, Jr, MD (12/16/2020 6:40 PM)

## Procedures

**METHYLPREDNISOLONE ACETATE, 80 MG (J1040)** Performed: 12/16/2020 (Final, Reviewed)
**ASP / INJECT LARGE JOINT / BURSA (20610)** Performed: 12/16/2020 (Ordered)

**Encounter #15**

**History & Physical Report**
**3/8/2021: Office Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890), Bursitis of left shoulder (726.10 | M75.52), Radicular pain in left arm (729.2 | M79.2) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 3/8/2021 1:24 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 3/8/2021 6:01 PM)
The patient is a 52 year old male who presents for a follow-up for Post Operative. Patient is 15 months postop left shoulder arthroscopy (DOS: 12/10/19). Patient's symptoms are much improved compared to preoperative. Post operative pain has been mild (to moderate at times). Pain medications include: anti inflammatories (diclofenac) . Post operative treatment includes outpatient physical therapy and home exercise program. Weight-bearing status: partial weight-bearing. Patient has been compliant with post operative instructions. Note for "Post Operative": James presents for review of his L shoulder. He states the shoulder has not gotten better. He has been going to PT three times a week but is not going twice a week. He describes having pain when trying to reach the arm upwards. He describes having a sharp painful pain to the top of the shoulder and then also pain to his scapula.
4/10/20: Patient presents today with continued c/o anterior shoulder pain that has not improved a great deal since last being seen, although he has been unable to participate in PT for the past 3.5 weeks. No other changes
5/22/20 - Patient returns today with some improvements in his pain, although he continues to have dysfunction. He is scheduled to see Dr. Swayze in the next few weeks and continues with PT.
7/27/20: Patient returns today with minimal improvements. He is with PT at Kort. They are hoping to decrease him to 1/week.
9/21/2020: Pain has improved, but he still has trouble laying on arm and his ROM isn't what he wants it to be.
12-16-220: He presents for review of his L shoulder. He states his shoulder is slowly getting better with the help of PT.
3/8/2021: Patient states his left shoulder has improved a little since his last office visit.

Allergies (Stephanie Wagers; 3/8/2021 1:31 PM)
No Known Drug Allergies [03/08/2021]:

Medication History (Stephanie Wagers; 3/8/2021 1:33 PM)
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (25MG Tablet ER 24HR, Oral) Active.
Amitriptyline HCl (25MG Tablet, Oral) Active.
Atorvastatin Calcium (20MG Tablet, Oral) Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
Diclofenac (75MG Tablet, Oral) Active.
Lyrica (50MG Capsule, Oral) Active.
Topiramate (25MG Tablet, Oral) Active.
tiZANidine HCl (4MG Tablet, Oral) Active.
Medications Reconciled

Social History (Stephanie Wagers; 3/8/2021 1:34 PM)
Alcohol use 3/8/2021: occasional
Exercise 3/8/2021: daily
Exercise Tolerance 3/8/2021: 3-4 flights of stairs
Handed right handed
Marital status 3/8/2021: single
Tobacco use 3/8/2021: never smoker

Review of Systems (Daniel J. Hackett, Jr, MD; 03/08/2021 1:38 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Vitals (Stephanie Wagers; 3/8/2021 1:35 PM)
3/8/2021 1:35 PM
**Weight:** 197 lb **Height:** 72 in
**Body Surface Area:** 2.12 m² **Body Mass Index:** 26.72 kg/m²
**Temp.:** 97.8° F (Thermal Scan)
No BP due to Covid-19 social distancing

Physical Exam (Daniel J. Hackett Jr, MD; 3/8/2021 6:01 PM)
**General**
**Mental Status** - Alert.

**Integumentary**
**Problem #1**
**Incision** - Dry and Intact, no drainage present, no redness.

**Musculoskeletal**
**Spine/Ribs/Pelvis**
**Cervical Spine - Functional Testing** - Spurling's Sign positive to left.
**Upper Extremity**

**Shoulder: Inspection and Palpation - Tenderness** - over the supraspinatus, (L). Note: at L AC joint.
**ROJM:**
**Left:**
**External Rotation: Elevation through flexion - AROM** - 155 °. **AROM** - 55 °.

Assessment & Plan (Daniel J. Hackett Jr, MD; 3/8/2021 6:03 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Story: MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy
Impression: Patient returns todya with improvemetns in his L shoulder pain and function. He continues to improve with each visit. he does have some radicular type symptoms on L, so we will continue with PT, now focusing on cervical spine. He will f/u in 3 months.

S/P rotator cuff repair (V45.89 | Z98.890)

Bursitis of left shoulder (726.10 | M75.52)

Radicular pain in left arm (729.2 | M79.2)
Current Plans
- Referral to Physical Therapy
- Follow up in 3 months or sooner for any problems

Signed by Daniel J Hackett, Jr, MD (3/8/2021 6:03 PM)

**Kentucky Bone & Joint Surgeons**
A Division of Ortho Kentucky, PLLC
216 Fountain Court • Suite 250 • Lexington, KY 40509
(859) 276-5008 • Fax: (859) 278-6401

Kaveh R. Sajadi, M.D.
~~DEA# BS 8085816~~
Daniel J. Hackett, Jr., M.D.
DEA# FH 6113992

Sam Coy, M.D.
DEA# FC 0930594
Greg L. Cowen, PA-C
NPI 1225094709

Andrew W. Ryan, M.D.
DEA# BR 2399447

Name James Zoll DOB

Address Date 3/8/21

℞ PT:
q2-3 weeks.
Please work on (L) shoulder ROM &
Cervical ROM/traction

Refill ~~1 2 3 4 5~~ NR

☐ Label

MD

TO ENSURE BRAND NAME DISPENSING, PRESCRIBER MUST WRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" ON THE PRESCRIPTION

**KENTUCKY SURGERY CENTER**
**240 Fountain Court**
**Lexington, KY 40509**

PATIENT: James Zoll

DATE OF SURGERY: 12/20/2019

PHYSICIAN: Daniel J. Hackett, M.D.

DATE OF BIRTH:

PREOPERATIVE DIAGNOSIS: Left shoulder AC joint arthritis.

POSTOPERATIVE DIAGNOSES:
1. Left shoulder AC joint arthritis.
2. Left shoulder adhesive capsulitis.

PROCEDURE:
1. Left shoulder arthroscopic capsular release with manipulation under anesthesia.
2. Left arthroscopic distal clavicle excision.

ANTIBIOTICS: Ancef 2 grams IV.

COMPLICATIONS: None apparent.

ESTIMATED BLOOD LOSS: 5 cc.

INDICATIONS FOR THE PROCEDURE: The patient is a 50-year-old male who had a left shoulder injury after a fall from a bicycle approximately 15 months ago with resultant left distal radius fracture and left shoulder cuff tear. He underwent an arthroscopic biceps tenodesis with supraspinatus repair done by an outside physician. Unfortunately, postoperatively he developed significant pain about the anterior aspect of his shoulder with findings consistent with AC joint arthrosis. Despite six months of therapy as well as anti-inflammatories, and all conservative measures, he failed to improve. We discussed the risks and benefits of a performing left shoulder arthroscopic distal clavicle excision with evaluation of his rotator cuff possible any other indicated procedures. The risks including bleeding, infection, nerve injury, risk of continued pain, and the risk of loss of limb and life were discussed.

Continued...

PATIENT: James Zoll
DATE OF SURGERY: 12/20/2019
PHYSICIAN: Daniel J. Hackett, M.D.

The patient expressed his understanding and wished to proceed with the procedure.

OPERATIVE PROCEDURE: After informed consent had been obtained and the left upper extremity had been marked, the patient was then taken back to the operating suite where a timeout was performed with the entire surgical staff being present. The patient received a preoperative interscalene nerve block. The patient was placed on the T-Max table. He then underwent general anesthesia, intubated, and was placed in the beach chair position. We then performed an examination under anesthesia which demonstrated external rotation 20 degrees and forward elevation to 95 degrees. We then decided an arthroscopic capsular release would be warranted. We then prepped and draped the left upper extremity in the usual sterile fashion. We began the procedure by first making the small posterior portal through his old incisional scar 2.0 cm inferior and 1.0 cm medial to the posterolateral aspect of the acromion. The trocar for the arthroscope was induced in the glenohumeral joint. We then established our anterior portal with an outside-in technique. We then examined the underside of the cuff. It was noted that his supraspinatus did have adequate healing. The subscapularis was intact. The infraspinatus and teres minor were intact. He did have cartilage wear both in one area along the posterior aspect of his humeral head and one area along his anterior aspect of his humeral head with grade 2 and 3 changes on both sides. His glenoid appeared to be intact without any signs of cartilage loss. His labrum was intact including his superior labrum, which did demonstrate evidence of previous tenotomy. Using an arthroscopic shaver and wand, we then performed a 360-degree capsular release and rotator interval release with an arthroscopic wand.

The trocar for the arthroscope was then introduced to the subacromial space.

Continued...

**KENTUCKY SURGERY CENTER**
**240 Fountain Court**
**Lexington, KY 40509**



PATIENT: James Zoll
DATE OF SURGERY: 12/20/2019
PHYSICIAN: Daniel J. Hackett, M.D.

We performed a subacromial bursectomy with an arthroscopic shaver and then utilizing an arthroscopic bur, we then performed a subacromial bursectomy with an arthroscopic shaver. The AC joint was then identified which was significantly narrowed to approximately 2 mm in-between the distal clavicle and acromion. We then used an arthroscopic bur to remove approximately 8 mm of distal clavicle taking care to avoid injury to the anterior, posterior, and superior ligaments of the AC joint. After removing the distal clavicle, we then irrigated the wound thoroughly.

We then removed all arthroscopic instruments and closed the incisions with 3-0 nylon sutures. A sterile dressing was then applied. The patient was then placed in a sling. He was then awakened from anesthesia, extubated, and transferred to his hospital gurney and to the postanesthesia care unit in stable condition.

POSTOPERATIVE PLAN:

1. Nonweightbearing as tolerated.
2. He will do range of motion as tolerated and begin physical therapy within the next few days to improve his motion.
3. Follow up in two weeks time for removal of his sutures.

Daniel J. Hackett, M.D.
DJH/gj
DD: 12/20/2019
DT: 12/23/2019
cc: Daniel J. Hackett, M.D.

Kentucky Surgery Center
Lexington

90165 DOB
JAMES ZOLL

12/20/19
DANIEL HACKETT Age 50

☑ NKA

# ALLERGIES

none

2004

Lincoln/Zoll 1928

**Patient Summary Information** **KENTUCKY SURGERY CENTER** **12/20/19**

| | | | | | | |
|---|---|---|---|---|---|---|
| **PATIENT:** | Name: | ZOLL, JAMES D | | | Account: | 90165 |
| | Sex: M | Gender Identity: | DOB: | | SSN: | |
| | Address1: | | Address2: | | Home Phone | |
| | City, State Zip: | | PaySrc: | AN | Work Phone: | |

| | | | | |
|---|---|---|---|---|
| **GUARANTOR:** | Name: ZOLL, JAMES D | DOB: | Patient's Relationship: | Self |
| | Home Phone: | | Work Phone: | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **PRIMARY INS:** | Name: | ANTHEM BCBS | | | Claim Office: | ANTHEM BCBS |
| | Phone: | (800)676-2583 | Copay: | .00 | Fax: | |
| | Insured ID: | TOAAN1314861 | Group Name: | | Group Number: | |
| | Insured Name: | ZOLL, JAMES D | | | Patient's Relationship: | Self |

| | | | | | | |
|---|---|---|---|---|---|---|
| **SECONDARY INS:** | Name: | | | | Claim Office: | |
| | Phone: | | Copay: | .00 | Fax: | |
| | Insured ID: | | Group Name: | | Group Number: | |
| | Insured Name: | | | | Patient's Relationship: | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TERTIARY INS:** | Name: | | | | Claim Office: | |
| | Phone: | | Copay: | .00 | Fax: | |
| | Insured ID: | | Group Name: | | Group Number: | |
| | Insured Name: | | | | Patient's Relationship: | |

| | | | | |
|---|---|---|---|---|
| **CASE:** | Description: | 209803 / 12/20/2019 SCOPE SHOU | Key Date: | 12/20/19 |
| | Case Provider: | HACKETT, DANIEL J | QuickCode: | HACKETT |
| | Referring Physician: | | QuickCode: | |
| | Primary Diagnosis ICD-10: | | | |
| | Primary Diagnosis ICD-9: | | | |
| | Emergency Contact: | | Phone: | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT:** | Classification: | | | | | | Date Last Seen: | | | | |
| | Account Created: | 02/07/08 | No Bill: | | | | Date Last Billed: | | | | |
| | Account Balance: | $.00 | Account Overdue: | .00 | .00 | .00 | .00 | .00 | .00 | | |
| | Patient Balance: | $.00 | Patient Overdue: | .00 | .00 | .00 | .00 | .00 | .00 | | |

2005

**Lincoln/Zoll 1929**

90165 DOB
JAMES ZOLL

12/20/19
DANIEL HACKETT Age 50

**PREOPERATIVE ORDERS (BLANK INDICATES NA)**

Allergies: See Allergy Sheet

Consent For (Risk Benefits & Alternatives Have Been Explained to Patient):

Lt Shoulder Scope c̄ DCE

| | |
|---|---|
| x | Admit to PreOp |
| | Oxygen |
| ✓ | IV |
| | Heplock |
| ✓ | LR 500 ML @ KVO |
| ✓ | LR 1000 ML @ KVO |
| ✓ | Antibiotic Ancef |
| Dose: 2gm | Time: 0609 |
| Route: IV | Nurse Initials: [illegible] |
| | Antibiotic |
| Dose: | Time: |
| Route: | Nurse Initials: |
| ✓ | Pepcid 20 MG PO MI @ 0840 |
| | Scopolamine 1.5 MG Transdermal Patch |
| | Toradol 30 MG IV |
| | Tylenol MG ☐ PO ☐ SUPP |
| | Versed MG ☐ IV ☐ PO |
| | Children's Tylenol MG ☐ PO |
| | Valium MG ☐ PO |
| | Nasal Spray 2 Puffs To Each Nares |
| | Heparin 5000 Units Subcutaneous |
| | Offirmev 1 Gram IV |
| | Urine/Blood HCG Result: |
| LMP: | |
| ✓ | HGB Result: 14.3 ✓ HCT Result: 42% |
| | Glucose Finger Stick Result: |
| | Other Lab Result: |
| | Physician Notified Positive Lab Values |
| | TEDS |
| | SCDS |
| | Block |
| | Left ☐ Right |
| | Interscalene ☐ Femoral |
| | Popliteal ☐ Adductor |
| | Axillary |
| ON Q Catheter | ☐ YES ☐ NO |
| ✓ | Clip Surgical Site |
| | Chlorhexidine Wipes |

MD Signature/Date/Time: [signature] 12/20/19 0600 ☐ VERBAL ORDER (s)

Anesthesia Signature/Date/Time: [signature] 12/20/19 550

PreOp Signature/Date/Time: M. Clsaac RN 12/20/19 @ 0530

2006

**Lincoln/Zoll 1930**

90165 DOB
JAMES ZOLL

12/20/19
DANIEL HACKETT Age 50

## PHYSICIAN NOTE (s) & ORDERS

**REPORT OF OPERATION (NOTE DICTATED)**

(If No Note Written In This Area , See Attached Sheet)

Name of Primary Surgeon & Assistant (Not OR Staff): Hackett

Preoperative Diagnosis: (L) shoulder AC joint arthritis

Postoperative Diagnosis: (L) shoulder AC arthrosis c̄ adhesive capsulitis

Procedure Performed: (L) Arthroscopic distal clavicle excision c̄ capsular release

Findings of the Procedure: AC joint arthrosis, adhesive capsulitis

Estimated Blood Loss: 5 cc

**POSTOPERATIVE ORDERS**

| | |
|---|---|
| x | Discharge Home |

(If No Orders Written In This Area , See Attached Sheet)

**DISCHARGE SUMMARY & REMARKS**

COMPLICATIONS YES ☐ NO ☑

MD SIGNATURE/DATE/TIME [signature] 12/20/19 , 0600 ☐ VERBAL ORDER(s)

PACU RN Signature/Date/Time: [signature] 12-20-19 ☑ NA

STEPDOWN RN Signature/Date/Time: [signature] RN 12-20-19 2027 ☐ NA

2007

Kentucky Surgery Center
Lexington

**KENTUCKY SURGERY CENTER**
**240 FOUNTAIN COURT**
**LEXINGTON KY 40509**
**859.278.1460**

90165 DOB
JAMES ZOLL
12/20/19
DANIEL HACKETT Age 50

**CONSENT FOR OPERATION/PROCEDURE**

**I ACKNOWLEDGE that I have authorized and directed my physician and/or his/her associates or assistants of his/her choice:** Dr Hackett

**PRINT PHYSICIAN NAME**

**OPERATION/PROCEDURE: The Operation/Procedure to be performed is** Left Shoulder Arthroscopy Debridement with Distal Clavicle Excision and Possible Interscalene Nerve Block

**on myself/child/ and/or ward** James Zoll

**Print Patient Name**

- [x] I agree to the procedure which may be performed including but not limited to laboratory, radiology, medical or surgical treatment or procedures, anesthesia, or outpatient services rendered to the patient under the general and special instructions of the patient's physicians.
- [x] I understand that my physician has determined that the procedure(s) to be performed may be beneficial to me. All surgical operations, diagnostic and therapeutic procedures involve risks of unsuccessful outcomes, complications, injury or even death from both known and unforeseen causes. No warranties or guarantee has been made as to result of care. As a patient I understand I have the right to receive as much information as I need in order to give informed consent or to refuse the recommended course of treatment. Except in emergencies, my physician should describe in language I can understand, the nature of the ailment and the nature of the proposed procedure, the material risks or dangers involved, the alternate courses of treatment or non-treatment, including the respective risk of unfortunate consequences associated with the procedure, and the relative probability of success of the procedure. If I have questions, I understand I am expected to consult with my physician(s) prior to giving my consent to any procedure. I understand I have the right to consent or refuse any proposed procedure prior to its performance.
- [x] I certify that I fully understand the necessity, nature and risks of the procedure(s) for which I have given consent to my physician, as well as the treatment alternatives; the explanations to any questions I may have had are understood by me; all my questions have been answered; and my consent was given freely, voluntarily and without reservation. I understand that I have the right to refuse medical and surgical procedures and treatment.
- [x] The necessity for the operation and/or procedure and the potential risk, benefits, and alternatives of the operation and/or procedure has been explained, and no guarantee or warranty has been made as to the cure or results of the operation and/or procedure.
- [x] My physician has also explained the possibility of other findings related to the nature of the primary diagnosis being identified during the procedure/operation and I hereby consent for myself/child/ and/or ward to receive treatment for the possible findings as discussed. I understand that if myself, child, and/or ward are in a life threatening situation and unable to make decisions the physician will implement any and all measures necessary. I understand that Kentucky Surgery Center does not recognize "DO NOT RESUSCITATE DIRECTIVES", and will implement any and all measures necessary to treat myself/child/and/or ward.
- [x] I understand and consent to having other necessary staff as directed by my physician participate in the operation/procedure either by performing tasks as the physician deems appropriate, observing, and/or assisting such as: associates, vendors, fellows, students, physician assistants, dental assistants, registered nurse first assistants, and other staff that may be deemed appropriate.

2008

90165 DOB
JAMES ZOLL

2/20/19
DANIEL HACKETT Age 50

| PREOPERATIVE NURSING HISTORY (Blank Fields Indicate NA) | NURSING ASSESSMENT (Blank Fields Indicate NA) |
|---|---|
| Allergies: See Allergy Sheet | HT: 6'0" WT: 209 T: 98.8 ✓ H/P |
| ✓ NPO Since Midnight 2/19/19 @ 2200 | BP: 117/78 P: 80 R: 16 O2Sat: 100% |
| Latex Allergy | Breast Feeding |
| | PreOp Aldrete Score: 10 |
| Smoker Amt/Day Ø | PreOp Pain Score: |
| Alcohol Amount: 4-8 drinks/wk | NURSING INTERVENTIONS (Blank Fields Indicate NA) |
| Recreational Drug Amount: Ø | IV Site ✓ Right Left |
| Jewelry Removed ✓ NA | AC Wrist ✓ Hand Forearm |
| Contacts Removed ✓ NA | Other: |
| ✓ Glasses Removed NA | IV Cath Size 22 G 20 G Other 18 |
| Dentures Removed ✓ NA | Attempts: x1 |
| Upper Lower Partial | By: BB RN |
| Dental Work: crowns - back | |
| Hearing Aids Removed ✓ NA R L | Surgical Site Clipped: |
| Assistive Living Devices: | By: |
| | BLOCK INTERVENTION (Blank Fields Indicate NA) |
| | Time out@ 0583 Present: Dr Mehta / Isaac RN |
| PAST MEDICAL HISTORY (Blank Fields Indicate NA) | |
| ✓ Reviewed & Noted | Oxygen: 2L |
| Anesthesia History Ø | PostOp Block Vitals - T: 98.8 P: 60 R: 16 |
| Malignant Hyperthermia Ø | BP: 129/91 O2Sat: 97% |
| Heart Disease | ✓ Stable |
| Cardiac Rhythm Device Brand if Applicable: | ✓ Distal Sensation & Pulse Present |
| | Other: |
| GERD Bowel Obstruction | |
| Hepatitis A B C HIV | |
| Liver Disease | |
| TB History Active | PREVIOUS SURGERIES/HOSPITALIZATIONS NA |
| MRSA History Active | Shoulder - Lt |
| Lung Disease | Lt - arm + wrist |
| Home Oxygen Amount if Applicable: | hernia |
| Sleep Apnea | testicular cyst x2 |
| CPAP/BIPAP | |
| Diabetes | |
| Kidney Disease | |
| Bleeding Disorder | |
| Endocrine/Thyroid Disease low test/high prolactin | Medications Noted on Reconciliation Form |
| Autoimmune Disorder | |
| Neurogenic Disease migraines | |
| Seizures Last Episode: | |
| Parkinsons Glaucoma | |
| Chronic Pain | |

Other:

Responsible Adult Name: Jeff | Spouse | Brother/Sister | ✓ Friend | Parent
Guardian | Son | Daughter | Other
Is This The Driver? ✓ Yes | No
May We Release Patient Health Information To This Person? ✓ Yes | No
Contact Number if Needed: (858) 913-7298

PreOp RN Signature/Date/Time: M. Isaac RN 2/20/19 @ 0550

2010

Lincoln/Zoll 1934



| KENTUCKY SURGERY CENTER<br>240 FOUNTAIN COURT LEXINGTON KY, 40509<br>859.278.1460 | 90165 DOB<br>2/20/19<br>HACKETT Age 50 |
|---|---|
| ALLERGIES: See Allergy Sheet | |

INFORMATION PROVIDED BY: pt

**MEDICATION RECONCILIATION FORM**

LIST OF CURRENT MEDICAITON INCLUDING OVER THE COUNTER & HERBAL MEDICATIONS

| MEDICATION | DOSE | ROUTE | HOW OFTEN | LAST DOSE |
|---|---|---|---|---|
| Amitriptyline | 25 mg | PO | QD QOD BID TID QID PRN | 12/19 |
| Zoloft | 100 mg | PO | QD QOD BID TID QID PRN | 12/19 |
| Tizanidine | | PO | QD QOD BID TID QID PRN | 12/18 |
| Atorvastatin | | PO | QD QOD BID TID QID PRN | 12/18 |
| Diclofenac | | PO | QD QOD BID TID QID PRN | 12/15 |
| Klonopin | 1 mg | PO | QD QOD BID TID QID PRN | 12/18 |
| Topamax | | PO | QD QOD BID TID QID PRN | 12/19 |
| | | | QD QOD BID TID QID PRN | |
| | | | QD QOD BID TID QID PRN | |
| | | | QD QOD BID TID QID PRN | |
| | | | QD QOD BID TID QID PRN | |
| | | | QD QOD BID TID QID PRN | |
| | | | QD QOD BID TID QID PRN | |
| | | | QD QOD BID TID QID PRN | |
| | | | QD QOD BID TID QID PRN | |
| | | | QD QOD BID TID QID PRN | |

INFORMATION OBTAINED/VERIFIED &/OR UPDATED RN SIGNATURE/DATE/TIME: [signature] RN 12/20/19 @ 0530

THE MEDICATIONS LISTED SHOULD BE CONTINUED AT HOME IN ADDITION TO ANY POSTOPERATIVE MEDICATIONS PRESCRIBED BY YOUR SURGEON UNLESS OTHERWISE STATED BY YOUR PHYSICIAN TO DISCONTINUE. IF YOU HAVE ANY QUESTIONS REGARDING THOSE MEDICATIONS, PLEASE CONTACT YOUR SURGEON &/OR PRESCRIBING PHYSICIAN. ANY PRESCRIPTIONS GIVEN TO YOU BY YOUR SURGEON'S OFFICE OR THE SURGEON TO PREFILL BEFORE COMING FOR THE PROCEDURE &/OR SURGERY SHOULD BE TAKEN AS DIRECTED. IF YOU HAVE QUESTIONS ABOUT THESE MEDICATIONS, PLEASE CALL YOUR SURGEON.

☐ NO PRESCRIPTIONS GIVEN

NEW DISCHARGE MEDCIATIONS &/OR CHANGES TO PREADMISSION MEDICATIONS

| MEDICATION | DOSE | ROUTE | FREQUENCY | LAST DOSE IF APPLICABLE |
|---|---|---|---|---|
| Norco | | | Take as prescribed | |
| Zofran | | | | |
| Colace | | | | |
| Celebrex | | | | |
| | | | | |
| | | | | |
| | | | | |

*** DO NOT TAKE TYLENOL (ACETAMINOPHEN) WHEN TAKING PRESCRIPTION MEDICATIONS THAT CONTAIN TYLENOL (LORTAB, NORCO, HYCET, PERCOCET, TYLENOL W/CODEINE, &/OR LORTAB ELIXIR)

THE MEDCIATIONS HAVE BEEN REVIEWED WITH ME & ARE CORRECT TO THE BEST OF MY KNOWLEDGE, I UNDERSTAND THAT I NEED TO KEEP THIS FORM WITH ME FOR ANY CASE WHERE I CANNOT SPEAK FOR MYSELF, SO ANY MEDICAL PROVIDER IS AWARE OF MY MEDICATION HISTORY. I ALSO UNDERSTAND I NEED TO TAKE THIS FORM TO ANY PHYSICIAN APPOINTMENT SO THEY ARE AWARE OF ALL MY MEDICATIONS, ANY NEW MEDICATIONS CAN BE ADDED & DISCONTINUED MEDICATIONS CAN BE REMOVED.

PATIENT/CAREGIVER SIGNATURE/DATE/TIME: [signature] 12-20-19

RN/WITNESS SIGNATURE/DATE/TIME: [signature] 12-20-19

PLEASE NOTE THERE MAY BE MORE THAN ONE PAGE 1 2 3 4 5 6 7 8

2PT 056

2012

**ASC & OBSF**
**Department of Anesthesiology**
**Pre & Post - Anesthesia Evaluation Form**

90165 DOB
JAMES ZOLL
2/20/19
DANIEL HACKETT Age 50

Age: 50 Gender: (M) F Height: 6 0 Weight: 208 BMI: ______
ASA: 1 (2) 3 4 5 6 E
Interpreter Service Used: ☐ Yes ☑ No NPO Since: 2200
Proposed Procedure(s): (L) Shoulder Scope ? D/F
PreOp Diagnosis: ______
Anesthetic Plan: ☐ MAC ☑ GA ☑ Regional ☐ Other: ______
Allergies: ☑ NKDA ☐ Latex ☐ Food ☐ Other: ______

BP: 117/78
HR: 117/78
O2 Sat: 100
Temp: 98

**PONV Risk Factor Screening:**
Patient ≥ 18 y/o: ☑ Yes ☐ No
Anesthesia Procedure: ☑ Yes ☐ No
**PONV Risk Factors:**
☐ Hx PONV
☐ Female ☑ Non-Smoker
☐ Hx Motion Sickness
☐ Intended use of opioids

## Pre - Anesthesia Evaluation

**Medical History:** ☑ Screened ☐ Not Screened, Reason: ______ ☐ Non Contributory
☐ GERD ☐ OSA ☐ Glaucoma ☐ Obesity ☐ Kidney disease ☐ Hepatitis/Cirrhosis
☐ CHF ☐ PVD ☐ CAD ☐ MI ☐ Stent: BMS/DES ☐ Hypercholesterolemia
☐ Asthma ☐ COPD ☐ HTN ☐ TIA/CVA ☐ Seizures ☐ DM
☑ Thyroid Bleeding Tendency: ☐ Yes ☐ No ☐ Other:

**Medications:** ☐ None Beta blocker use: ☐ Yes ☑ No
Current Medication list screened and documented: ☑ Yes ☐ No

**Social History:** Patient screened for: Alchohol ☑ Yes ☐ No (4-5/week) Recreational Drug Use ☐ Yes ☐ No
Current Smoker: ☐ Yes, yrs smoking: ____, Daily Tobacco use: ____ cigarettes/day ☐ No ☐ Quit: ____ yrs ago
Patient seen prior to day of surgery and advised to stop smoking? ☐ Yes ☐ No ☐ N/A Patient abstained from smoking day of surgery? ☐ Yes ☐ No

**Surgical History:**
☐ None ☐ Cataract ☐ Carpal Tunnel
☐ Chole ☐ T/A ☐ A/P ☐ CABG / Valve ☐ Joint Replacement
☐ D/C ☐ C-Section ☐ Tubal Ligation ☐ TAH ☑ Hernia
(L) Shoulder, Testicular Cyst x2, (L) Arm/ORIF

**Anesthesia History:** ☐ No Anesthesia Hx ☑ No Hx of Anesthesia Complications ☐ Malignant Hyperthermia ☐ Difficult Intubation
☐ Family Hx of Anesthesia Complications ☐ Slow to Awaken ☐ Other

**Labs / Studies:**
☐ Glucose: ______
☐ EKG
Pregnancy Test: ☐ Positive ☐ Negative

**Physical Exam:**
Heart ☑ RRR ☐ Other
Lungs ☑ Clear ☐ Other
Neuro ☑ Grossly Intact ☐ Other
Mental Status ☑ Awake / Alert ☐ Other
☑ Airway: TMJ ☐ Yes ☐ No ☑ Mallampati I II (III) IV Patient Snores ☑ Yes ☐ No
Dentition: ☑ Intact ☐ Chipped ☐ Other
☑ Edentulous ☐ ↑ ☐ Full ☐ Partial ☐ ↓ ☐ Full ☐ Partial
Neck Mobility: ☑ WNL ☐ Limited ☐ Other

SIGNATURE: [signature], TITLE: CRNA Date: 12/20/19 Time: 0600

Evaluation Immediately Before Surgery
SIGNATURE: ______, TITLE: ______ Date: ______ Time: ______

## Post - Op Evaluation

**Post - Anesthesia Evaluation:** Yes No, Reason if "No": ______
Pt baseline and participated in evaluation ☐ ☐
Vital signs stable or within pt's baseline ☐ ☐
Airway patent ☐ ☐
Post-Op hydration stable ☐ ☐
Mental status within baseline ☐ ☐
Pain control satisfactory ≤ 15min. PACU arrival ☐ <7 ☐ ≥7
PONV control satisfactory ☐ ☐
If ≥ 3 PONV Risk Factors; used ≥ 2 antiemetics ☐ ☐

**VITAL SIGNS:**
BP: ______
P: PACU
Temp: note
RR: ______
$SpO_2$: ______

| Anesthesia Complications: | Yes | No |
|---|---|---|
| Pt experienced Adverse Event | ☐ | ☑ |
| Pt experienced Cardiac Arrest | ☐ | ☑ |
| Pt experienced Periop Mortality | ☐ | ☑ |
| Pt reintubated in PACU | ☐ | ☑ |
| Pt experienced Corneal Injury | ☐ | ☑ |

Notes:

SIGNATURE / TITLE: [signature], CRNA Date: 12/20/19 Time: 0902

MACRA_072517
2013

Lincoln/Zoll 1936

**DATE:** 12/20/19 | **Room #** | **Pg** 1 **Of** 1 | **Height** 6'0 | **Weight** 208 | **PRE-OP ABX given IV:** [illegible] **Start:** 0608 ☐ No Order | **PROCEDURE(S):** (L) Shoulder Scope c̄ DCA [illegible] [illegible]

**NPO Since:** >MN | ASA 1 (2) 3 4 5 E | **ALLERGIES:** ☑ NKDA | **Surgeon(s):** | **DIAGNOSIS:** Impingement Syndrome [illegible]

| Time: | 06[illegible] | 0610 | 07[illegible] | 07[illegible] | Totals |
|---|---|---|---|---|---|
| % Inspired Oxygen | | | | | |
| O2/N2O/AIR | | | | | |
| ET% Sevo / Des / Iso | | | | | |
| Propofol Bolus (mg) | 200 | | | | |
| AGENTS Lidocaine (mg) | | | | | |
| Propofol (mcg/kg/min) | | | | | |
| Fentanyl (mcg) | | | | | |
| Midazolam (mg) | | | | | |
| Decadron | 4 | | | | |
| Zofran | | | | 4 | |
| FLUIDS IV Fluid LR (ml) | | | | | 1300 |
| Urine (ml) | | | | | |
| EBL (ml) | | | | | |
| MONITORS EKG | | | | | |
| O2 Saturation | | | | | |
| End Tidal CO2 | | | | | |
| Temp: ☑ °C ☐ °F | | | | | |
| VENT Tidal Volume | | | | | |
| RR/PIP | | | | | |

Position: ☐ Supine ☐ (L) Lateral ☐ (R) Lateral ☐ Prone ☐ Lithotomy ☑ Beach Chair ☐ Other

☑ Patient reevaluated prior to induction of anesthesia and remains a candidate for the planned anesthetic

☑ Pre-induction Vital Signs:

SpO2 97

B/P 126/80

P 97

R 14

Scale: 200, 180, 160, 140, 120, 100, 80, 60, 40

Symbols: V = SBP; A = DBP; X = Mean Art Pressure; • = Pulse; SV = Spontaneous Ventilation; AV = Assisted Ventilation; CV = Controlled Ventilation

**Anesthetic:** ☐ MAC ☑ GA ☑ Regional

**PRE-PROCEDURE:** ☑ Patient Identified/Chart Reviewed ☑ Consent Reviewed & Signed ☑ Equipment/Machine Checked ☑ Participated in Surgical Timeout ☑ Surgical Checklist Used ☐ Beta Blockers (Y/N)

IV Site: Gauge:

Pre-Op Meds: V-2mg F-100mcg

MONITORS: ☑ BP ☑ EKG ☑ ETCO2 ☑ SaO2 ☑ Temp: Skin ☑ O2 Sensor ☐ Nerve Stim ☑ Gas Analyzer ☑ Forced Air Warming Lower Body

Airway: ☑ Oral ☑ Nasal

☑ GENERAL ANESTHESIA ☑ Pre-Oxygenation

Induction: ☑ IV ☐ Inhalation

☐ Mask ☐ LMA (Size)

☑ Intubation: ☑ Easy ☐ Difficult

☑ Blade: CMAC Attempts x 1

☑ ETT (size) 8.0 Secured at 22 cm

☑ Atraumatic ☑ Cuffed ☐ Uncuffed

☑ ET CO2 ☑ Bilateral BS ☑ Airway Humidifier

☑ PP Checked and Padded ☑ Arms <90°

☑ Eye Care ☑ Taped

☐ REGIONAL: ☐ Spinal/Epidural ☑ Block (L) ISB

☑ Sterile Prep ☑ Nerve Stim ☑ US guided (block pic on file)

Pt Position: ☑ Block requested by surgeon for post op pain

Needle: Supine Type: [illegible] Size: 80

InterSpace: Attempts: x1

CSF: ☐ Yes ☐ No

Clear ☐ Yes ☐ No (553-602) [illegible]

Heme ☐ Yes ☐ No

Parasthesia: ☐ Yes ☐ No

☑ Local Anesthetic: Bupivacaine 0.5% 40 ml

☑ Patient Tolerated Procedure Well Epi 1:200K

**POST-OP / EXTUBATION:**

☐ Positive Head Lift ☐ Anti-Gravity maneuvers performed

☐ Alert / Responsive ☑ Spontaneous Ventilation

☑ Oxygen Therapy: ☑ NC ☐ Mask

☑ PACU Transfer Protocol used to transfer patient to PACU

PACU arrival initial pain score ☐ <7 ☐ >7

| TIME: 0758 | BP: 150/78 | HR: 79 |
|---|---|---|
| RR: 10 | SpO2: 97 | TEMP: 97.3 |

☐ MD/DO was present for all critical aspects of care including: ☐ Pre-Anesthesia Exam ☐ Induction/Emergence ☐ Monitoring ☐ Necessary post op care

x All Medication administered IV unless otherwise noted

| MD/DO/CRNA | Start Time | End Time |
|---|---|---|
| [illegible] | 0610 | 0751 |
| | | |
| | | |
| | | |
| | | |

NOTES: Beach chair. Head Midline in Neutral position (R) Arm [illegible] Positioned by Dr Hackett.

Procedure/Surgery Time

Facility Logo and/or Bar Code

# ASC/OBSF ANESTHESIA RECORD

Patient Sticker and/or Bar Code

90165 DOB
JAMES ZOLL
12/20/19
DANIEL HACKETT Age 50

v.031516

2014

**Lincoln/Zoll 1937**

# CONSENT FOR ANESTHESIA SERVICES

I have been scheduled for the following procedure(s): (L) Shoulder.

I understand that anesthesia services are needed so that my doctor can perform the procedure(s). It has been explained to me that **ALL** forms of anesthesia involve some risk and no guarantees or assurances can be made concerning the results of my procedure or treatment. **ALTHOUGH RARE, SEVERE UNEXPECTED COMPLICATIONS CAN OCCUR WITH EACH TYPE OF ANESTHESIA, INCLUDING THE POSSIBILITY OF INFECTION, BLEEDING, DRUG REACTION, BLOOD CLOTS, LOSS OF SENSATION, LOSS OF LIMB FUNCTION, PARALYSIS, STROKE, BRAIN DAMAGE, HEART ATTACK OR DEATH.** I understand that these risks apply to **ALL** forms of anesthesia and that additional or specific risks are identified below as they may apply to a specific type of anesthesia. I understand that these type(s) of anesthesia checked below is/are planned for my procedure and that the technique used is determined by many factors including my physical condition, the type of procedure my doctor is to do, his/her preference, as well as my own desire. It has been explained to me that sometimes an anesthesia technique that involves the use of local anesthetics, with or without sedation, may not succeed completely and therefore another technique may have to be used, including general anesthesia.

| | | |
|---|---|---|
| ☑ **General Anesthesia** | **Expected Result:** | Total unconscious state, possible placement of breathing tube in the windpipe. |
| | **Technique:** | Drug injected into the intravenous line, breathed by face mask, or by other routes. |
| | **Risks** (include but are not limited to): | Mouth or throat pain, nausea and vomiting, hoarseness, injury to mouth or teeth, particularly if teeth are weak, loose or decayed. Awareness under anesthesia. Injury to blood vessels, unpredictable stoppage of heart beat. Breathing difficulty. Hyperpyrexia. |
| ☐ **Spinal or Epidural Anesthesia** (with or without sedation) | **Expected Result:** | Temporary decreased or loss of feeling and/or movement to a part of body that can last for hours. |
| | **Technique:** | Drug injected through a needle/tube placed into the back. |
| | **Risks** (include but are not limited to): | Decreased blood pressure, headache, buzzing in ears, backache, difficulty urinating, convulsions. Small risk of decreased breathing or depressed heart function. Catheter breakage. Infection. Bleeding in the spinal canal, failed block. A rare chance of persistent pain, numbness or weakness. |
| ☐ **Peripheral Nerve Block** (with or without sedation) | **Expected Result:** | Temporary loss of feeling and/or movement of specific limb or area of the body. |
| | **Technique:** | Drug injected near nerves providing loss of sensation to the area of the procedure. |
| | **Risks** (include but are not limited to): | Rare drug reaction (seizures - usually temporary and treatable). Rare residual nerve damage which is usually temporary and rarely permanent. Infection, weakness, persistent numbness, residual pain, injury to blood vessels, failed block. |
| ☐ **Monitored Anesthesia Care** | **Expected Result:** | Reduced anxiety and pain, partial or total amnesia |
| | **Technique:** | Drug injected into the intravenous line, breathed by face mask, or by other routes producing a semiconscious state |
| | **Risks** (include but are not limited to): | Unconscious state, depressed breathing. Unpredictable stoppage of heartbeat which may result in death, coma or permanent brain damage. Injury to blood vessels. |

90165 DOB
JAMES ZOLL

12/20/19
DANIEL HACKETT Age 50

©2013 Somnia, Inc. All rights protected and reserved.

1. I understand that I am requesting anesthesia in connection with my procedure to relieve or reduce the pain, discomfort, and anxiety that I might otherwise experience during the planned procedure.
2. I request and authorize an anesthesia provider, as may be assigned, to administer anesthesia to me. I understand that anesthesia will be administered by a physician who specializes in giving anesthetics (Anesthesiologist) or a specially trained nurse (CRNA-Certified Registered Nurses Anesthetist) most often under the supervision of the Anesthesiologist.
3. The type of anesthesia I am expected to receive has been explained. I understand that it may be necessary to modify or change the proposed technique to other kinds of anesthetics. This would be at the discretion of the Anesthesiologist. All questions have been answered to my satisfaction with regard to administration of anesthesia.
4. I also understand that during the administration of anesthesia or surgery, there are always risks involved, such as severe loss of blood, infection, headache, scarring, damage to teeth, nerve damage, breathing problems, need for tracheotomy, resuscitation, irritation of blood vessels or nerves, nausea, vomiting, aspiration, muscle soreness, sore jaw, dry throat, severe allergic reactions, heart and blood pressure problems, cardiac arrest and even death.
5. I understand that should I be pregnant, there is a potential increased risk to myself as well as potential injury to my unborn child.
6. I understand that the practice of anesthesia is not an exact science and acknowledge that no guarantee or promises have been or can be made to me concerning the results of the procedures to be performed.
7. If I am an outpatient, I understand that I should not drive a motor vehicle, operate machinery, drink alcohol, take unprescribed drugs, enter into contractual relationships, or make significant decisions for at least 24 hours after anesthesia.
8. I understand it is important to my health and safety that I follow the advice and instruction given by the physician(s) and the nurses who assist them, before and after the procedure.
9. I will truthfully supply information to my physician(s) concerning current medical status, allergies to medications, foods or materials; when I have eaten or consumed alcohol.
10. After reading (or having read to me) the above consent for anesthesia, I request and give my consent to receive anesthesia.

| | | | |
|---|---|---|---|
| [signature] | 12/25/15 | 0[illegible] | [signature] |
| Signature of Patient | Date | Time | Witness Signature |

*Complete this section if Patient is unable to give consent because of physical/mental condition or is unemancipated minor.*

| | | | |
|---|---|---|---|
| Signature of Person Authorized to Consent | Date | Time | Relationship to Patient |
| | | | Witness Signature |

**CERTIFICATION OF ANESTHESIA PROVIDER**

I herby certify that I have discussed the nature, risks, alternatives and benefits of the anesthetic with the patient and/or guardian. In my opinion, he/she fully understands what has been explained and has voluntarily signed this Informed Consent Form.

| | | |
|---|---|---|
| [signature], CRNA | 12/20/15 | 0[illegible] |
| Anesthesiologist, CRNA or PA-C | Date | Time |

[Patient Label]

©2013 Somnia, Inc. All rights protected and reserved.

TO: [(8[illegible]899-8423, KSC Sx Scheduling] ID: [1505[illegible]5257]

90165 DOB
JAMES ZOLL

12/20/19
DANIEL HACKETT Age 50

**Kentucky Surgery Center:**
240 Fountain Court, Lexington, KY 40509
Phone: 859-278-8255
Fax: 859-899-8423

**Surgery Date:** 12/20/19 **Case Number:** #2

**Surgeon:** ☐ Kaveh Sajadi, MD ☐ Sam Coy, MD ☐ Andrew Ryan, MD ☒ Daniel Hackett, Jr, MD

☐ Right ☒ Left ☐ Bilateral ☐ N/A

**Procedure:** L Sh. ASC debridement c̄ DCE

| CPT Code | Diagnosis Code |
|---|---|
| [illegible] | [illegible] |
| 29824 | Z98.890 |
| | |
| | |

**Patient Name:** James D Zoll **DOB:** **SSN:**

**Address:**

**Sex:** M **Primary Phone:**
**Alternate Phone:**

**Primary Ins:** Anthem **ID:** TOAAN1314861 **Group:** 003320100

**Secondary Ins:** **ID:** **Group:**

**PROCEDURE INFORMATION**

**Anesthesia:** ☒ General (☒ w/ block) ☐ Spinal (w/block) ☐ Choice ☐ Local

**Part of Body:** L Shoulder

**DX:** L AC joint arthritis

**Special Instructions:** Post op sling
Ancef 2Gm IV

9d65 NDF

2018

**Lincoln/Zoll 1940**

TO: [( ) 514-5106, KSC Pre Op] ID: [15050.1159]

90165 DOB
JAMES ZOLL

12/20/19
DANIEL HACKETT Age 50

Kentucky Surgery Center
240 Fountain Court, Lexington, KY 40509
Phone: 859-276-1480 Pre-Op Fax: 859-514-5106

Date: 12/20/19

Patient Name: James Zoll Date of Surgery: 12/20/19

Present Illness: Pain in L AC Joint, S/P RTC Repair

| Height | Weight | BMI | BP | Pulse |
|---|---|---|---|---|
| 72 | 210 | 24.48 | 128/78 | 93 |

**Past History & System Review:**

| | Normal | N/A | Comments: |
|---|---|---|---|
| Cardiovascular | ☐ | ☐ | |
| Respiratory | ☐ | ☐ | |
| GU | ☐ | ☐ | |
| GI | ☐ | ☐ | See H&P |
| MS | ☐ | ☐ | |
| Neuro | ☐ | ☐ | |

Allergies: NKDA ☒:
Latex Allergy: Yes (No)
Medical Illness: None ☐
Current Meds: None ☐ See H&P
Past Surgeries: None ☐
Pertinent Surgical HX/Bleeding Complications: None ☐

**Physical Examination:**

| | Normal | N/A | Comments: |
|---|---|---|---|
| General | ☐ | ☐ | |
| HEENT | ☐ | ☐ | |
| CHEST | ☐ | ☐ | |
| CV | ☐ | ☐ | See H&P |
| ABD | ☐ | ☐ | |
| Pelvic (LMP) | ☐ | ☐ | |

ETOH- None ☐ ________ Smoking: None ☐ ________ Recreational Drugs None ☐ ________
Current Immunizations: ☐Yes ☐No
Diagnosis: See above
Plan of Treatment: L Sh. ASC debridement c̄ DCE
☐ xray ☐ Lab work ☐ECG

☐This patient is cleared for surgery in an ambulatory setting.
☐This H&P has been reviewed, the patient was examined and no change has occurred in the patient's condition since the H&P was completed.

Physician Signature: [signature] Date: 12/20/19

90165 DOB
JAMES ZOLL

2/20/19
DANIEL HACKETT Age 50

*James D. Zoll*
11/22/2019 01:33 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Marital status: Unknown / Language: English / Race: White / Ethnicity: Not Hispanic or Latino
Gender: Male

**History of Present Illness** *(Daniel J. Hackett, Jr, MD 11/22/2019 04:00 PM)*
The patient is a 50 year old male who presents for a Follow-up for Left shoulder problem. It began suddenly on 7/2018 and now occurs continuously. The patient complains of pain. The mechanism of injury was related to a fall (while hiking). The symptoms are mild in severity (to severe at times). The patient feels aching. The symptoms are made worse by motion, lifting and lying down. The symptoms have been associated with stiffness. The patient states that the symptoms are unchanged since the onset. The patient works at Toyota. The primary care provider is John Ziegler, MD. Prior diagnostic studies include an MRI and an X-ray. Past treatment includes nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion exercises and surgical repair (RTC repair with Dr. Wilkes 9/17/18). Note for "Left shoulder problem": 4/17/19: James states that his shoulder is slowly improving, but he is still experiencing pain and limited ROM. He also had surgery to repair a fracture of his left wrist due to the same injury. He has brought all records with him, excluding imaging.
5-15-19: Patient states his left shoulder has not improved since his last office visit.
6-26-19: James has not been going to PT for the last week and a half. It was causing pain and was not improving his condition. He is going to pain management and will receive an epidural cervical injection in July. He also comes in with MRI reports of his neck and lumbar.
8-19-19: James continues to go to PT and they have been working on his neck. He states he is getting his second injection on Friday. He states the first one gave him some relief for a little bit. He continues to have pain to the top of his L shoulder.
11-4-19: James has been attending PT and he feels he is at a plateau with his shoulder and its improvement. He brings in a report from his therapist today.
11-22-19: James returns to discuss his MRI Result (LDC Disc)

**Allergies** *(Jen Shaffer; 11/22/2019 01:34 PM)*
**No Known Drug Allergies** 04/17/2019

**Social History** *(Jen Shaffer; 11/22/2019 01:33 PM)*
**Alcohol use:** 04/17/2019: occasional
**Exercise:** 04/17/2019: daily
**Exercise Tolerance:** 04/17/2019: 3-4 flights of stairs
**Handed:** right handed
**Marital status:** 04/17/2019: single
**Tobacco use:** Never smoker; 04/17/2019: never smoker

**Medication History** *(Jen Shaffer; 11/22/2019 01:34 PM)*
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq ( Oral) Specific strength unknown - Active.
Amitriptyline HCl ( Oral) Specific strength unknown - Active.
Ibuprofen (200MG Capsule, Oral) Active.
Atorvastatin Calcium ( Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.
TIZANidine HCl ( Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
Diclofenac Sodium ( Oral) Specific strength unknown - Active.
Medications Reconciled.

90165 DOB
JAMES ZOLL

DANIEL HACKETT 12/20/19
Age 50

**Review of Systems** *(Daniel J. Hackett, Jr, MD; 11/22/2019 04:00 PM)*

**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

**Vitals** *(Dan Shaffer; 11/22/2019 01:35 PM)*
11/22/2019 01:34 PM
**Weight:** 210 lb **Height:** 72 in
**Body Surface Area:** 2.17 m² **Body Mass Index:** 28.48 kg/m²
**Pulse:** 93 (Regular)
**BP:** 128/78 Manual (Sitting, Right Arm, Standard)

**Physical Exam** *(Daniel J. Hackett, Jr, MD; 11/22/2019 04:02 PM)*
The physical exam findings are as follows:

**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well developed and Well nourished.
**Gait** - Normal.

**Integumentary**
**Global Assessment**
**Normal Exam** - Right upper extremity: no lesions or rashes. No evidence of photo damage and Left upper extremity: no lesions or rashes. No evidence of photo damage.

**Musculoskeletal**
**Upper Extremity**
Shoulder:
**Inspection and Palpation:**
**Strength and Tone:**
**ROM:**
**Right:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM - 180 °. AROM - 80 °. ROM - T7.**
**Left:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM - 150 °. AROM - 60 °. ROM - T7. Right - Supraspinatus - 5/5. Infraspinatus - 5/5. Trapezius - 5/5. Left - Supraspinatus - 5/5. Infraspinatus - 5/5. Trapezius - 5/5. Functional Testing - Right** - AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Left** - AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Tenderness - exquisitely tender** (over AC joint). **Crepitus** - none, (R) and none, (L). **Sensation** - normal, (R) and normal, (L). **Other characteristics** - no ecchymosis, (R), no ecchymosis, (L). **Instability - Right** - sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Left** - sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Shoulder - Impingement** - Hawkins-Kennedy impingement test negative, (R), Hawkins-Kennedy impingement test negative, (L), Neer impingement test negative, (R), Neer impingement test negative, (L).

**Assessment & Plan** *(Daniel J. Hackett, Jr, MD; 11/22/201904:02 PM)*

**Pain in left acromioclavicular joint (719.41 | M25.512)**
**Problem Story:** MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy
**Today's Impression:** 50 yo M 7 months s/p L cuff repair with continued anterior shoulder pain that seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this point. Given his findings, we discussed his options. We discussed the risks and benfits of performing a CSI. The risks include, but are not limited to - injection site pain, hematoma formation, damage to intra-articular structures, and infection. We will have him continue working with PT. We also discussed the fact that the judicious use of NSAIDs can often be helpful. He will f/u in 3-4 weeks.

11/22 - Patient returns with the above MRI findings. Given the findings, we discussed the risks and benefits of parforing a L shoulder diagnostic arthroscopy with evaluation of his cuff and possible repair with distal clavicle excision. The risks of the procedure include - bleeding, infection, nerve injury, failure of fixation, need for further procedures, loss of limb, or life. He understands and wishes to proceed with scheduling. He will continue with no push/pull /lifting with LUE>5#.
Current Plans:

- Risk and benefits of surgical procedure discussed with patient and the procedure has been scheduled.

**S/P rotator cuff repair (V45.89 | Z98.890)**
Current Plans:

Daniel J. Hackett Jr, MD

90165 DOB
JAMES ZOLL

12/20/19
DANIEL HACKETT Age 50

***James D. Zoll***
11/04/2019 01:15 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Marital status: unknown / Language: English / Race: White / Ethnicity: Not Hispanic or Latino
Gender: Male

**History of Present Illness** *(Daniel J. Hackett, Jr, MD 11/04/2019 04:32 PM)*
The patient is a 50 year old male who presents for a follow-up for Left shoulder problem. It began suddenly on 7/2018 and now occurs continuously. The patient complains of pain. The mechanism of injury was related to a fall (while hiking). The symptoms are mild in severity (to severe at times). The patient feels aching. The symptoms are made worse by motion, lifting and lying down. The symptoms have been associated with stiffness. The patient states that the symptoms are unchanged since the onset. The patient works at Toyota. The primary care provider is John Ziegler, MD. Prior diagnostic studies include an X-ray. Past treatment includes nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion exercises and surgical repair (RTC repair with Dr. Wilkes 9/17/18). Note for "Left shoulder problem": 4/17/19: James states that his shoulder is slowly improving, but he is still experiencing pain and limited ROM. He also had surgery to repair a fracture of his left wrist due to the same injury. He has brought all records with him, excluding imaging.
5-15-19: Patient states his left shoulder has not improved since his last office visit.
6-26-19: James has not been going to PT for the last week and a half. It was causing pain and was not improving his condition. He is going to pain management and will receive an epidural cervical injection in July. He also comes in with MRI reports of his neck and lumbar.
8-19-19: James continues to go to PT and they have been working on his neck. He states he is getting his second injection on Friday. He states the first one gave him some relief for a little bit. He continues to have pain to the top of his L shoulder.
11-4-19: James has been attending PT and he feels he is at a plateau with his shoulder and its improvement. He brings in a report from his therapist today.

**Allergies** *(Dso Shaffer; 11/04/2019 01:17 PM)*
**No Known Drug Allergies 04/17/2019**

**Social History** *(Dan Shaffer; 11/04/2019 01:16 PM)*
**Alcohol use;** 04/17/2019: occasional
**Exercise;** 04/17/2019: daily
**Exercise Tolerance;** 04/17/2019: 3-4 flights of stairs
**Handed;** right handed
**Marital status;** 04/17/2019: single
**Tobacco use;** Never smoker; 04/17/2019: never smoker

**Medication History** *(Dan Shaffer; 11/04/2019 01:17 PM)*
KlonoPIN (1MG Tablet Oral) Active - Hx Entry.
Pristiq ( Oral) Specific strength unknown - Active - Hx Entry.
Amitriptyline HCl ( Oral) Specific strength unknown - Active - Hx Entry.
Ibuprofen (200MG Capsule Oral) Active - Hx Entry.
Atorvastatin Calcium ( Oral) Specific strength unknown - Active - Hx Entry.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active - Hx Entry.
TIZANidine HCl ( Oral) Specific strength unknown - Active - Hx Entry.
Imitrex (6MG/0.5ML Solution as needed for migraines Subcutaneous) Active - Hx Entry.
Imitrex (25MG Tablet for migraines Oral as needed) Active - Hx Entry.
Diclofenac Sodium ( Oral) Specific strength unknown - Active - Hx Entry.
Medications Reconciled Specific strength unknown - Active - Hx Entry.

**Review of Systems** *(Daniel J. Hackett, Jr, MD; 11/04/2019 04:34 PM)*

**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

**Vitals** *(Dan Shaffer, 11/04/2019 01:18 PM)*
11/04/2019 01:17 PM
**Weight:** 210 lb **Height:** 72 in
**Body Surface Area:** 2.17 m² **Body Mass Index:** 28.48 kg/m²
**Pulse:** 76 (Regular)
**BP:** 121/77 Manual (Sitting, Right Arm, Standard)

**Physical Exam** *(Daniel J. Hackett, Jr, MD; 11/04/2019 04:34 PM)*
The physical exam findings are as follows:

General
**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well developed and Well nourished.
**Gait** - Normal.

**Integumentary**
Global Assessment
Normal Exam - Right upper extremity: no lesions or rashes. No evidence of photo-damage and Left upper extremity: no lesions or rashes. No evidence of photo-damage.

**Musculoskeletal**
**Upper Extremity**
Shoulder:
**Inspection and Palpation:**
**Strength and Tone:**
**ROM:**
**Right:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM - 180 °, AROM - 80 °, ROM - T7.**
**Left:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM - 150 °, AROM - 60 °, ROM - T7. Right - Supraspinatus - 5/5. Infraspinatus - 5/5. Trapezius - 5/5. Left - Supraspinatus - 5/5. Infraspinatus - 5/5. Trapezius - 5/5. Functional Testing - Right** - AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Left** - AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Tenderness** - exquisitely tender (over AC joint). **Crepitus** - none, (R) and none, (L). **Sensation** - normal, (R) and normal, (L). **Other characteristics** - no ecchymosis, (R), no ecchymosis, (L). **Instability - Right** - sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Left** - sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Shoulder - Impingement** - Hawkins-Kennedy impingement test negative, (R), Hawkins-Kennedy impingement test negative, (L), Neer impingement test negative, (R), Neer impingement test negative, (L).

90165 DOB
JAMES ZOLL

12/20/19
DANIEL HACKETT Age 50

**Assessment & Plan** *(Daniel J Hackett, Jr, MD; 11/04/2019 04:31 PM)*

**Pain in left acromioclavicular joint (719.41 | M25.512)**

**Today's Impression:** 50 yo M 7 months s/p L cuff repair with continued anterior shoulder pain that seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this point. Given his findings, we discussed his options. We discussed the risks and benfits of performing a CSI. The risks include, but are not limited to - injection site pain, hematoma formation, damage to intra-articular structures, and infection. We will have him continue working with PT. We also discussed the fact that the judicious use of NSAIDs can often be helpful. He will f/u in 3-4 weeks.

11/4 - Patient returns today with continued pain along AC joint. At this point in time, he has failed all conservative measures. Given his recent cuff repair, I would like to order an MRI of his L shoulder for preoperative planning to ensure he has no signs of subsap pathology, as well. He will continue with no push/pull /lifting with LUE>5#.

Current Plans:

- MRI OF UPPER EXTREMITY W/ JOINT W/O CONTRAST (73221) Routine ()
- Instructed to make follow-up appointment for office visit following completion of diagnostic tests

**S/P rotator cuff repair (V45.89 | Z98.890)**

Current Plans:

**Medical Decision Making** *(Daniel J Hackett, Jr, MD; 11/04/2019 04:35 PM)*

**Amount/complexity of data to be reviewed:**

- Order and/or review of radiology test(s)

Daniel J. Hackett Jr, MD

TO: [(85[illegible]14-5106, KSC Pre Op] ID: [15050.115911]

90165 DOB
JAMES ZOLL

12/20/19
DANIEL HACKETT Age 50

From: 8592781810 Page: 2/3 Date: 11/20/2019 10:48:47 AM

JAMES ZOLL MR# 659222 Page 2 of 3
DOB 12/22/1968 Sex M Print Date 11/20/2019 10:26:17 AM

LEXINGTON DIAGNOSTIC CENTER & OPEN MRI

1725 Harrodsburg Road, Suite 100
Lexington, KY 40504
T: 859 278-7220 F: 859 278-1540
www.LexingtonDiagnostic.com

| | | | |
|---|---|---|---|
| Exam Date: | November 18, 2019 1300 | Referred by: | HACKETT, JR, M.D., DANIEL |
| Patient Information: | ZOLL, JAMES D | | FAX (859) 278-8401 |
| Patient ID: | 657084 | | LEXINGTON, KY 40503 |
| Accession Number: | 1847A | | (859) 278-6003 |
| Date of Birth: | | | |

Page 1 of 2

EXAMINATION: MRI of the left shoulder without contrast.

SEDATION: None.

HISTORY: Fell and injured left shoulder while hiking, landed on left side in July 2018. Pain in left superior shoulder. Limited range of motion. Weakness, popping, and stiffness. Intermittent swelling. Pain worsens when reaching up and back. Arthritis.

COMPARISON: Comparison is made to prior left shoulder MRI from 12/28/2018.

PROCEDURE: MRI of the left shoulder without contrast using the 3 tesla magnet. Axial, sagittal, and coronal T2 weighted with fat saturation, axial proton density with fat saturation, and coronal T1 weighted scans were performed.

FINDINGS: There are mild-to-moderate acromioclavicular joint arthritic changes. There are post-surgical changes from a prior rotator cuff repair. There is tendinopathy and fraying along the bursal and articular surfaces of the supraspinatus and infraspinatus. There may be a small pinhole-type perforation anteriorly in the supraspinatus. A large full-thickness re-tear is not evident. There is subacromial/subdeltoid bursitis. There are degenerative signal changes within the labrum. There are mild atherosclerotic-related changes at the glenohumeral articulation. The long head of the biceps tendon is not well visualized in the intra-articular portion. Correlation with surgical history is recommended. There are suspected intact fibers remaining. There is minimal subluxation of the long head of the biceps tendon into the torn portion to the cranial fibers of the subscapularis. There is very little muscular atrophy.

IMPRESSION:

1. Post-surgical changes from a rotator cuff repair. No large full-thickness re-tears are evident. There is tendinopathy and partial tearing involving the supraspinatus, infraspinatus, and subscapularis. The long head of the biceps tendon, particularly the intra-articular portion, is not well visualized. There is very mild subluxation suspected involving the long head of the biceps tendon into the torn portion of the subscapularis. There are suspected intact fibers. Due to the poor visualization of the intra-articular portion, tendinopathy and/or partial injury may be present. For further evaluation, arthrography may be beneficial.

2. There are mild-to-moderate arthritic changes of the acromioclavicular joint and at the glenohumeral joint. There is diffuse degenerative tearing of the labrum.

DICOM format images are available to non-affiliated external healthcare facilities or entities for follow-up and comparison on IntelaConnect with an IntelaConnect sign-on and password. For access, please contact our office. The patient was also given a CD containing the DICOM format images at no additional charge.

Electronically signed by: JASON S. HARRIS, MD (Nov 19, 2019 17:45:54)

Reporting Radiologist: HARRIS, M.D., JASON S.
Jason S. Harris, M.D.
Medical Director

3T AND 1.5T HIGH FIELD MRI • 0.3T OPEN MRI • NUCLEAR MEDICINE • ULTRASOUND • CT • DEXA • X-RAY

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

TO: [(8   514-5106, KSC Pre Op] IN: [15050.11591

90165 DOB
JAMES ZOLL

12/20/19
DANIEL HACKETT Age 50

From: 8592781510 Page: 3/3 Date: 11/20/2019 10:48:47 AM

JAMES ZOLL MR# 959222 Page: 3 of 9
DOB Sex M Print Date 11/20/2019 10:25:17 AM

LEXINGTON DIAGNOSTIC CENTER & OPEN MRI

1725 Harrodsburg Road, Suite 100
Lexington, KY 40504
(T) 859 278-7229 (F) 859 276-1849
www.LexingtonDiagnostic.com

| | | | |
|---|---|---|---|
| Exam Date: | November 18, 2019 1300 | Referred by: | HACKETT, JR. M.D., DANIEL |
| Patient Information: | ZOLL, JAMES D | | FAX (859) 278-6401 |
| Patient ID: | 557054 | | LEXINGTON, KY 40509 |
| Accession Number: | 1847A | | (859) 278-5008 |
| Date of Birth: | | | |

Page 2 of 2

| | |
|---|---|
| Date Dictated: | November 18, 2019 15:58 |
| Date Transcribed: | November 18, 2019 17:00 |
| Transcriptionist: | R, Jill |

1.5T AND 1.5T HIGH FIELD MRI · 0.3T OPEN MRI · NUCLEAR MEDICINE · ULTRASOUND · CT · DEXA · X-RAY

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

TO: [(8[illegible]514-5106, KSC Pre Op] ID: [15050.115911]

90165 DOB
JAMES ZOLL

12/20/19
DANIEL HACKETT Age 50



# BAPTIST HEALTH

PATIENT: Zoll, James D
DOB: 50 yrs, Male
MRN: [illegible] CSN: 91072234095

PROVIDER:
Hackett, Daniel J Jr., MD
LOCATION:
BAPTIST HEALTH LEXINGTON DIAGNOSTIC CENTER AT ALYSHEBA STATION

CBC (Final result)

| | Value | Range |
|---|---|---|
| WBC | 6.29 | 3.40 - 10.80 10^3/mm3 |
| RBC | 4.73 | 4.14 - 5.80 10^6/mm3 |
| Hemoglobin | 14.5 | 13.0 - 17.7 g/dL |
| Hematocrit | 42.5 | 37.5 - 51.0 % |
| MCV | 89.9 | 79.0 - 97.0 fL |
| MCH | 30.2 | 26.6 - 33.0 pg |
| MCHC | 33.6 | 31.5 - 35.7 g/dL |
| RDW | 12.9 | 12.3 - 15.4 % |
| RDW-SD | 42.7 | 37.0 - 54.0 fL |
| MPV | 9.7 | 9.0 - 12.0 fL |
| Platelets | 229 | 140 - 450 10^3/mm3 |

Resulting Lab: BH LOU LAB

ID: 19V-340H0751 Collected: 12/6/2019 1145
Type: Blood Verified On: 12/7/2019 0428
Source: Received: 12/6/2019 1145

Basic Metabolic Panel (Final result)

| | Value | Range |
|---|---|---|
| Glucose | 96 | 65 - 99 mg/dL |
| BUN | 16 | 6 - 20 mg/dL |
| Creatinine | 0.84 | 0.76 - 1.27 mg/dL |
| Sodium | 145 | 136 - 145 mmol/L |
| Potassium | 4.4 | 3.5 - 5.2 mmol/L |
| Chloride | 107 | 98 - 107 mmol/L |
| CO2 | 25.8 | 22.0 - 29.0 mmol/L |
| Calcium | 10.2 | 8.6 - 10.5 mg/dL |
| eGFR Non African Amer | 97 | >60 mL/min/1.73 |
| BUN/Creatinine Ratio | 19.0 | 7.0 - 25.0 |
| Anion Gap | 12.2 | 5.0 - 15.0 mmol/L |

Resulting Lab: BH LOU LAB

Comments:
GFR Normal >60
Chronic Kidney Disease <60
Kidney Failure <15

TO: [(85[illegible]4-5106, KSC Pre Op] ID: [15050.115911]

90165 DOB
JAMES ZOLL

12/20/19
DANIEL HACKETT Age 50



PATIENT: Zoll, James D
MRN: [illegible] CSN: [illegible]

| | | Value | Range |
|---|---|---|---|

ID: 19V-340C1785 Collected: 12/6/2019 1145
Verified On: 12/7/2019 0504 Received: 12/6/2019 1145

Hemoglobin A1C (Final result)

| | Value | Range |
|---|---|---|
| Hemoglobin A1C | 5.60 | 4.80 - 5.60 % |

Resulting Lab: BH LOU LAB

Comments:
Hemoglobin A1C Ranges:

Increased Risk for Diabetes 5.7% to 6.4%
Diabetes >=6.5%
Diabetic Goal <7.0%.

ID: 19V-340C1788 Collected: 12/6/2019 1145
Verified On: 12/7/2019 0449 Received: 12/6/2019 1145

Resulting Labs

| | | |
|---|---|---|
| BH LOU LAB | BAPTIST HEALTH LOUISVILLE LABORATORY, 4000 Kresge Way, Louisville KY 40207 Director: Zaring, Robert A. MD | [illegible] |

****END OF REPORT****


Printed: 12/7/2019 6:03 AM

90165 DOB
JAMES ZOLL

12/20/19
DANIEL HACKETT Age 50



Zoll, James D DOB: 12/22/1968 Unofficial Copy of Medical Record 

Auth (Tom: Hackett, Daniel J Jr.
316 FOUNTAIN CT
STE 330
LEXINGTON KY 40509

# BAPTIST HEALTH LEXINGTON XRAY AT ALYSHEBA

## Imaging Result

| | | | |
|---|---|---|---|
| Name:<br>Zoll, James D | DOB:<br>68 | Sex:<br>Male | Patient Class:<br>Outpatient |
| Procedures Performed:<br>XR Chest PA & Lateral | Exam Date & Time:<br>12/08/2019 12:02 PM | MRN:<br>8910780865 | Diagnostic:<br>Pre-op chest exam |
| Performing Department:<br>BAPTIST HEALTH LEXINGTON XRAY AT ALYSHEBA<br>1775 ALYSHEBA WAY<br>LEXINGTON KY 40509-9029<br>859-260-4510 | Accession Number:<br>2004106683 | Reason for Exam<br>pre op | PCP:<br>Ziegler, John P |

EXAMINATION: XR CHEST PA AND LATERAL.

INDICATION: Z01.811-Encounter for preprocedural respiratory examination.

COMPARISON: None.

FINDINGS: The cardiac silhouette is normal. There are chronic appearing pulmonary changes. There is no prior exam for comparison.

IMPRESSION:
No active disease.

D: 12/08/2019
E: 12/08/2019

This report was finalized on 12/8/2019 1:50 PM by Dr. Thomas Rice, MD.

Signed By: Rice, Nelson T., MD on 12/8/2019 1:50 PM

TO: [(8[illegible]314-5106, KSC Pre Op] ID: [15050.115911

90165 · DOB
JAMES ZOLL

12/20/19
DANIEL HACKETT Age 50

Baptist Health ANS_1 12/08/2019 16:01:15 PAGE 2/008 Fax Server

Zoll, James D DOB: - Unofficial Copy of Medical Record Page 1 of 2
ECG 12 Lead Final result Order: 260526979

Narrative Performed by: BH ECG

Test Reason : pre op
Blood Pressure : **/** mmHG
Vent. Rate : 072 BPM Atrial Rate : 072 BPM
P-R Int : 168 ms QRS Dur : 082 ms
QT Int : 416 ms P-R-T Axes : 057 000 043 degrees
QTc Int : 455 ms

Normal sinus rhythm
Normal ECG
No previous ECGs available
Confirmed by SCULLY MD, KEVIN (61) on 12/6/2019 3:54:16 PM

Referred By: Confirmed By: KEVIN SCULLY MD

Specimen Collected: 12/06/19 11:51 AM Last Resulted: 12/06/19 3:54 PM

Scans on Order 260526979
Scan on 12/6/2019 1151: ECG 12-LEAD

Scan on 12/6/2019 1151: ECG 12-LEAD (below)



Zoll, James D (MR # 99107808[illegible]) Printed by interface, Ekg Results in [604669] at 12/6/19 3:54 PM Encounter Date: 12/06/2019

2031

**Lincoln/Zoll 1953**

90165
JAMES ZOLL
DANIEL HACKETT
DOB
12/20/19
Age 50

TO: [(8[illegible] [illegible]314-5106, KBC Pre Op] ID:[illegible][15050.115911

90165 DOB
JAMES ZOLL

12/20/19
DANIEL HACKETT Age 50

## *Kentucky Bone and Joint Surgeons*


216 Fountain Ct Ste 250
Lexington, KY 40509-2510
Phone: (859) 276-5008
Fax: (859) 278-6401


**James D. Zoll (16628)**

**Usual Caregiver:** Daniel J. Hackett
**Primary Care Provider:** John P. Ziegler

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SS # last 4):** | | **Marital Status:** | Unknown | **Referred by:** | John P. Ziegler | | |
| **Date of Birth:** | | **Race:** | White | **Privacy Level:** | Any Caregiver | | |
| **Gender:** | Male | **Ethnicity:** | Not Hispanic or Latino | | | | |
| | | **Language:** | English | | | | |

| | | | |
|---|---|---|---|
| **Home Address:** | **Work Address:** | **Employer:** | |
| | | **Occupation:** | |
| | **Email:** | **Status:** | Works Full Time |

**Email:**
**Preferred Notification Method:** Web Message

| | | | | | |
|---|---|---|---|---|---|
| **Relation to Guarantor:** Self | **Blood Type:** | Undefined | **Living Will:** | No |
| **Guarantor Name:** James D. Zoll | **Organ Donor:** | No | **Consent of Care:** | No |
| **Guarantor Information:** | **Emergency Information:** | | **Notes:** | |

| | | |
|---|---|---|
| **Preferred Name:** | **Release of Information:** | Undefined |
| **Former Name:** | **HCFA-1500 Signature:** | Undefined |
| **Nickname:** | | |

## Insurance

| Carrier | | Subscriber | Worker's Comp |
|---|---|---|---|
| Antham<br>Type of plan: BCBS | Group number: 003320100<br>Plan number: TOAAN1314861<br>Enrollment date: 12/17/2016 | James D. Zoll (DOB: )<br>Phone: (859) 333-8013 | No |

SAFE SURGERY CHECKLIST

Initial in Boxes Below

| | VERIFICATION PROCESS | OTHER | PRE-OP | OR |
|---|---|---|---|---|
| A | Patient identity verified with patient (or parent/guardian), ID bracelet, and demographic information | Admitting Initials/Time 5/[illegible] | [illegible] | [illegible] |
| B | Patient, procedure and surgical site verified verbally with patient/parent/designee | | MI | [illegible] |
| C | Procedure and surgical site verified with Physician's orders | | MI | [illegible] |
| D | Patient, procedure, and surgical site verified with surgical consent | | MI | [illegible] |
| E | Patient, procedure and surgical site verified with History & Physical within 30 days | | MI | [illegible] |
| F | Patient, procedure and surgical site (and, if applicable, include laterality) verified with surgery schedule | | MI | [illegible] |
| G | Direct observation of the marked surgical site(s) is verified as correct when laterality involved | ☐ N/A | MI | [illegible] |
| H | Site Marked Lt shoulder (Location marked) by whom pt/physician (Name) | ☐ N/A | MI | [illegible] |
| I | Procedure & surgical site verified with available imaging studies by physician | ☑ N/A | | [illegible] |
| J | Procedure site prepped / clipped in pre-op per physician's orders | ☑ N/A | | [illegible] |
| K | Prior to the administration of any anesthetics, the Anesthesia provider will confirm: ☑ Patient ☐ Patient Consent ☑ Procedural Site ☑ Allergies | Anes. Initials [illegible] | NA | [illegible] |
| L | Time-out verification: Immediately prior to incision, entire team will pause and confirm: ☑ Patient ☑ Patient Consent ☑ Procedural Site ☑ Allergies ☐ Implant(s) confirmed by physician (if applicable) ☑ Antibiotics (if applicable) | | | [illegible] |
| M | Prior to patient exiting procedural suite, the following elements will be reviewed: ☑ Post-op Diagnosis ☑ Procedure ☑ Count status (☐ N/A) ☐ Specimen(s) confirmed and labeled (☑ N/A) | | | [illegible] |
| | ☑ NPO since Midnight (☐ N/A) ☐ Dentures/partials removed (☑ (N/A) ☐ Jewelry removed (☑ (N/A) ☑ SCDS in place (☐ (N/A) | | MI | [illegible] |
| | ☑ Pre op Medications given and documented (☐ N/A) ☐ Blood Glucose Obtained (☑ (N/A) ☐ HCG Obtained (☑ (N/A) ☑ H&H Obtained (☐ (N/A) | | MI | [illegible] |

IF UNABLE TO COMPLETE A STEP IN THE VERIFICATION PROCESS, EXPLAIN WHY:

| | |
|---|---|
| Step ____ | Explanation: |
| Step ____ | Explanation: |

ACTIONS / INSTRUCTIONS:

| | |
|---|---|
| A & B | Provide an explanation why the procedure and surgical site could not be verbally verified with the patient/designee. |
| C | The order, consent, and H&P must agree. |
| D | When procedure and site cannot be verified by consent, notify the physician. Correct before proceeding. |
| E | If the procedure (and laterality, if applicable) does not match the surgery schedule, contact surgery control desk and notify surgeon if necessary. Verify you have the correct patient, correct procedure, and correct site with consent and H&P. |
| F | When the procedure and surgical site cannot be verified with the H&P, contact physician and/or office for office notes. Note: some physicians bring H&P with them. The H&P must be on the chart prior to the patient entering the procedural suite. |
| G & H | Person performing the procedure will mark the site of a procedure involving literalization, multiple structures (such as fingers or toes) or multiple levels (such as spine procedures.) |
| I | If an imaging study has been done but is not available for the verification process, the physician is to be notified. The decision to proceed will be made by the physician. |
| J | Prep Site as ordered by the physician. |
| K & L | Check each box in verification process before any incision is made, any procedural needle inserted, or any scope insertion. |
| M | For final review, elements will be checked off prior to exiting the OR/Procedural Suite |

Pre-Op Nurse M. [illegible] RN

Circulator [illegible] RN

GENERAL CLINICAL 110A.1 Safe Surgery Checklist. docx

90165 DOB
JAMES ZOLL

12/20/19
DANIEL HACKETT Age 50

LOT B

2034

Lincoln/Zoll 1956

Kentucky Surgery Center
LEXINGTON

240 Fountian Court
Lexington, KY 40509
Telephone: 859.278.1460
Fax 859.278.0115

# POST OPERATIVE ORDERS

- ☐ PHENERGAN 12.5 MG IV, MAY REPEAT X 1 > 12 YRS OLD
- ☐ MORPHINE SULFATE 1-2 MG IV, MAY REPEAT UP TO 10 MG DOSE > 20 KG
- ☐ MORPHINE SULFATE 0.1MG/KG IV, MAY REPEAT X 1 FOR < 20 KG
- ☑ DEMEROL 12.5 MG IV UP TO 50 MG FOR SHIVERING > 12 YEARS OLD
- ☐ FENTANYL 50-100 MICROGRAMS IV PRN PAIN > 12 YEARS OLD
- ☐ ZOFRAN 4MG IV FOR ADULTS ONLY-(ONE TIME DOSE)
- ☐ SCOPOLAMINE PATCH PRN NAUSEA VOMITING > 16 YEARS OLD
- ☐ ZOFRAN 0.1 MG/KG IV X1, NOT TO EXCEED 4MG
- ☐ TYLENOL 325 MG TABLETS X 2 BY MOUTH- (ONE TIME ONLY) > 12 YEARS OLD
- ☐ CHILDREN'S TYLENOL 10 MG/KG BY MOUTH FOR CHILDREN < 12 YEARS OLD, NOT TO EXCEED 650 MG (ONE TIME ONLY)
- ☑ OXYGEN 2-4 LITERS PER NASAL CANNULA, OR UP TO 10 LITERS BLOW BY PRN
- ☐ PHENERGAN 12.5MG-25MG PO X 1 > 16 YEARS OLD
- ☐ TORADOL 30-60MG IV/IM
- ☐ ALBUTEROL NEB PRN
- ☐ RACEMIC EPINEPHRINE NEB PRN
- ☐ CHILDREN'S IBUPROFEN 10MG/KG PO
- ☐ ZOFRAN 4MG ODT PO/SL X 1 PRN NAUSEA
- ☐ BENADRYL 12.5 MG IV/PO PRN NAUSEA/ITCHING

90165 DOB
JAMES ZOLL
12/20/19
DANIEL HACKETT Age 50

REGISTERED NURSE SIGNATURE/DATE Jackie Carroll 12-20-19 0805

ANESTHESIA SIGNATURE/DATE [signature] 12/20/19

LOT B

2035

90165 DOB
JAMES ZOLL
12/20/19
DANIEL HACKETT Age 50

**Kentucky Surgery Center**
Lexington

## POST ANESTHESIA RECORD

ADMIT TIME 0748 ALLERGIES NKDA

ANES. ☑ GEN. ☐ LOCAL ☐ MAC ☐ I.V. SED

PROCEDURE PERFORMED Left Shoulder arthroscopy Distal clavicle resection, Capsular release Manipulation under anesthesia

AIRWAY: ☑ ORAL ☐ E.T. ☑ NASAL

AIRWAY OUT 0803

O₂ Administration: LPM 4 L TIME On 0748 Off

IV Site Loc #20 Rt hand Temp 97² Time 0748

Dressing Location Left Shoulder

Wound drains Jackson-Pratt Hemovac Penrose NA

Packings Ø

Position Semi Fowler's Side Rails up x2

Skin Color Pink (Warm) Moist (Dry) Cool

Pre 17/78

| MEDICATION | DOSE | TIME | ROUTE |
|---|---|---|---|
| Demerol | 25mg | 0805 | IV |

| I.V. FLUIDS | AMOUNT REMAINING | AMOUNT INFUSED | TIME D/C'd |
|---|---|---|---|
| LR | | 1500 | |
| | TOTAL | 1900 | 0910 |

| TIME | B.P. | O₂ Sat. | P. | R. | PAIN |
|---|---|---|---|---|---|
| 0748 | 100/86 | 97 | 74 | 20 | Ø |
| 0753 | 95/65 | 98 | 72 | 20 | Ø |
| 0758 | 105/72 | 98 | 78 | 20 | Ø |
| 0803 | 130/89 | 98 | 94 | 20 | Ø |
| 0808 | 133/94 | 95 | 102 | 18 | Ø |
| 0820 | 138/85 | 100 | 94 | 16 | Ø |
| 0835 | 139/90 | 94 | 92 | 16 | Ø |
| 0850 | 130/100 | 94 | 97 | 16 | Ø |
| 0905 | 126/99 | 96 | 94 | 16 | Ø |

| POST ANESTHESIA RECOVERY SCOPE | | ON ADM. | 15 | 30 | 45 | DISCH |
|---|---|---|---|---|---|---|
| MOVES 4 EXTREMITIES 2 / MOVES 2 EXTREMITIES 1 / MOVES 0 EXTREMITIES 0 | ACTIVITY | 0 | 2 | 2 | 2 | 2 |
| DEEP BREATHE COUGH 2 / DYSPNEA OR LIMITED 1 / APNEA 0 | RESPIRATION | 2 | 2 | 2 | 2 | 2 |
| BP 20± PREOP 2 / BP 20-50± PREOP 1 / BP 50 PREOP 0 | CIRCULATION | 1 | 2 | 2 | 2 | 2 |
| FULLY AWAKE 2 / AROUSABLE 1 / NON-RESPONSIVE 0 | CONSCIOUSNESS | 0 | 1 | 1 | 2 | 2 |
| O₂ Sat 2± PREOP 2 / O₂ Sat 4- PREOP 1 / O₂ Sat 8± PREOP 0 | OXYGENATION | 2/98 | 2/94 | 2/98 | 2 | 2 |
| | TOTALS | 5 | 9 | 9 | 10 | 10 |

Pain Rating Scale 1 through 10 (10 is the most severe pain)

0 No Pain, 1, 2 Mild Pain, 3, 4, 5 Moderate Pain, 6, 7, 8, 9, 10 Severe Pain

### NURSES NOTES

DATE: 12-20-19 glucose N/A

| TIME | |
|---|---|
| 0748 | Pt arrived in PACU via stretcher anesthesia at bedside, Nasal and oral airway in place Vitals stable. Dressing c̄ small area of show thru. Ice pack applied to shoulder, Sling in place ——— |
| 0803 | Pt arousable, airway |

Pedal / (Digital Pulse) - (R/L) (Ice) - (Elevation) (Sling) - Immob.

| | ADM. | 15 MIN. | 30 MIN. | 60 MIN. | DISCH. |
|---|---|---|---|---|---|
| COLOR | | | | | |
| PINK | ☑ | ☑ | ☑ | ☑ | ☑ |
| WHITE | ☐ | ☐ | ☐ | ☐ | ☐ |
| ASHEN | ☐ | ☐ | ☐ | ☐ | ☐ |
| CAP. REFILL | | | | | |
| RAPID | ☑ | ☑ | ☑ | ☑ | ☑ |
| SLUGGISH | ☐ | ☐ | ☐ | ☐ | ☐ |
| ABSENT | ☐ | ☐ | ☐ | ☐ | ☐ |
| PULSE | | | | | |
| STRONG | ☑ | ☑ | ☑ | ☑ | ☑ |
| THREADY | ☐ | ☐ | ☐ | ☐ | ☐ |
| ABSENT | ☐ | ☐ | ☐ | ☐ | ☐ |
| SENSATION | | | | | |
| PRESENT | ☐ | ☐ | ☐ | ☐ | ☐ |
| PARTIAL | ☐ | ☐ | ☑ | ☑ | ☑ |
| ABSENT | ☐ | ☐ | ☐ | ☐ | ☐ |
| MOVEMENT | | | | | |
| FULL ROM | ☐ | ☐ | ☑ | ☐ | ☐ |
| PARTIAL ROM | ☐ | ☐ | ☐ | ☑ | ☑ |
| ABSENT ROM | ☐ | ☐ | ☐ | ☐ | ☐ |

Block Block

2036

Lincoln/Zoll 1958

| TIME | |
|---|---|
| cont | X2 removed. Pt with severe shivering. Medicated per order. [illegible] |
| 0820 | Pt alert, denies pain, vitals stable, Dressing dry and intact. Small amount of [illegible] on dressing. Marked area of drainage [illegible] |
| 0827 | Transported to step down. Report given to RW. Pt stable vitals WNL |
| 0830 | Report received. vitals stable. Pt. states no pain & tolerates po intake. states he is cold warm blankets applied. JBKW |
| 0845 | Pt. rests in bed. vitals stable JBKW |
| 0910 | Discharge instructions given to RAC, understanding verbalized IV removed @ 0910 JBKW |
| 0920 | Pt. dressing c̄ RAC assistance. JBKW |
| 0930 | Pt. Discharged home ~~via wheelchair~~ JBKW |



DISCHARGE: VOIDED: ☐ YES ☒ NO TOL. PO: ☒ YES ☐ NO ☐ N/A

PRESCRIPTIONS: ☒ YES ☐ NO TO WHOM RAC

DISCHARGE INSTRUCTIONS GIVEN: ☒ YES ☐ NO TO WHOM RAC

VERBALIZED UNDERSTANDING OF INSTRUCTIONS: ☒ YES ☐ NO

ACCOMPANIED BY: RAC MODE: ☒ WHEELCHAIR ☐ AMBULATORY ☐ CARRIED

PERSONAL EFFECTS RETURNED: ☒ YES ☐ NO

R.N. SIGNATURE [signature] / [signature] FN

Kentucky Surgery Center
Lexington

240 Fountain Court
Lexington, KY 40509
Phone: 859.278.1460

90165 DOB

DANIEL HACKETT Age 50 ?/20/19

# PREOPERATIVE ANTIBIOTIC FORM

Date 12/20/19

1. Did the patient receive a preop antibiotic? ☑ Yes ☐ No
2. What time was the antibiotic started? 0909
3. What was the OR time? 0919
4. Was the antibiotic given on time? ☒ Yes ☐ No

DATA ENTRY:
If the answer to question 1 is "No" enter "Does not apply to questions 10, 11 and 12" in AdvantX Quality Reporting.

[signature] 12/20/19
Physician Signature Date

N/A
RN Signature Date

Rev. 03/2019

2038

Lincoln/Zoll 1960

**CMS QUALITY REPORTING MEASURES**

**PLEASE READ THE FOLLOWING CAREFULLY**

**ANSWER THE QUESTIONS APPROPRIATELY BY MARKING AN X**

| ASC QUALITY MEASURES | G CODE | DID THE PATIENT EXPERIENCE THE FOLLOWING | | |
|---|---|---|---|---|
| | | YES | NO | DOES NOT APPLY |
| 1-PATIENT DOCUMENTS CONTAIN NO EVENTS OCCURRING PRIOR TO DISCHARGE<br>**** IF THE ANSWER TO THIS IS YES QUESTIONS 2,3,4,5,6,7,8, & 9 DO NOT APPLY | G8907 | | | |
| 2- PATIENT DOCUMENTED WITH BURN PRIOR TO DISCHARGE | G8908 | | | |
| 3- PATIENT DOCUMENTED WITH NO BURN PRIOR TO DISCHARGE | G8909 | | | |
| 4- PATIENT DOCUMENTED TO HAVE FALL | G8910 | | | |
| 5- PATIENT DOCUMENTED NO FALL | G8911 | | | |
| 6- PATIENT DOCUMENTS RECORD WRONG SITE, WRONG SIDE, WRONG PATIENT, WRONG PROCEDURE, WRONG IMPLANT. | G8912 | | | |
| 7- PATIENT DOCUMENTS NO WRONG SITE, WRONG SIDE, WRONG PATIENT, WRONG PROCEDURE, WRONG IMPLANT | G8913 | | | |
| 8- PATIENT TRANSFERRED TO HOSPITAL AT DC | G8914 | | | |
| 9- PATIENT NO TRANSFER TO HOSPITAL AT DC | G8915 | | | |
| 10- PATIENT WITH IV ANTIBIOTIC ORDERED & GIVEN ON TIME<br>*****IF THE ANSWER TO THIS IS DOES NOT APPLY, QUESTION 11 & 12 DOES NOT APPLY<br>*****IF THE ANSWER TO THIS IS YES, QUESTION 11 & 12 DOES NOT APPLY<br>*****IF THE ANSWER TO THIS IS NO, ANSWER QUESTIONS 11 & 12 | G8916 | X | | |
| 11- PATIENT WITH IV ANTIBIOTIC ORDERED & NOT GIVEN ON TIME | G8917 | | | X |
| 12- PATIENT WITHOUT ORDER FOR ANTIBIOTIC<br>******QUESTION DEFAULTS TO DOES NOT APPLY UNLESS ANTIBIOTIC GIVEN WITHOUT AN ORDER PREOPERATIVELY | G8918 | | | X |

90165 DOB
JAMES ZOLL
12/20/19
DANIEL HACKETT Age 50

90165 DOB
JAMES ZOLL

12/20/19
DANIEL HACKETT Age 50

Kentucky Surgery Center
Lexington

Dr. Kaveh Sajadi
Dr. Sam Coy
230 Fountain Court
Suite 180
Lexington, KY 40509
Phone: 859-276-5008

**Kentucky Bone & Joint Surgeons, Orthopedic & Sports Medicine**

Discharge Orders/Instructions

Date: 12/20/19

Name: James Zoll

Patient ID:

Procedure: (L) shoulder A&C capsular release + distal clavicle excision

☑ Discharge Home

☑ Diet as Tolerated

☑ Ice Pack for First 2 Hours, then 3-4 times a day for 30 minutes

☑ Leave Dressing Intact for 3 days, then remove and cover when showering

☑ Activity

- ⊘ Weight Bearing as Tolerated
- ○ Partial Weight Bearing
- ⊘ Elevate Extremity

☑ Pain Medications

- ⊘ Lortab 7.5 MG 1-2 Tablets every four hours as needed for Pain
- ⊘ Celecoxib 100 mg BID

☐ Follow-Up in Office Date 1/6/20 Time 10:40

- ○ 10 days
- ○ ___ days

Kentucky Surgery Center 240 Fountain Court, Lexington, KY 40509 859.278.1460

Patient Signature/Date (X) [signature] 12/20/19

Nurse Signature/Date [signature], RN 12.20.19

WITH AFTER HOURS EMERGENCIES OR QUESTIONS PLEASE CALL YOUR PHYSICIAN'S OFFICE.

2RT 058




90165 DOB

JAMES_ ZOLL

(L) I&B

12/20/19

DANIEL HACKETT Age 50 mehtz.

07859

KENTUCKY SURGERY CENTER
240 Fountain Court
Lexington, KY 40509
(859) 278-1460

Physician: Hackett
DEA #: [illegible]
Physician's Phone #: 226-5008

RX

Patient Name: James Zoll

Address:

Date: 12/20/19

Norco 7.5/325
take 1 q4h PRN
Disp #30

- 1-24
- 25-49
- 50-74
- 75-100
- 101-150
- 151 and over

Refill NR 1 2 3 4 5

Prescription is void if more than one (1) prescription is written per blank

07860

KENTUCKY SURGERY CENTER
240 Fountain Court
Lexington, KY 40509
(859) 278-1460

Physician: Hackett
DEA #:
Physician's Phone #: 226-5008

RX

Patient Name: James Zoll

Address:

Date: 12/20/19

Zofran 4 mg
take 1 q8h PRN
Disp #16

Colace 100 mg
take 1 BID
Disp #20

Celecoxib 100 mg
take 1 BID
Disp #60

- 1-24
- 25-49
- 50-74
- 75-100
- 101-150
- 151 and over

Refill NR 1 2 3 4 5

Prescription is void if more than one (1) prescription is written per blank

2042

SURGERY

**KENTUCKY SURGERY CENTER**
**SURGICAL RECORD**

PATIENT ID#: 90165 JAMES ZOLL DOB 12/20/19 DANIEL HACKETT Age 50

TIME IN: 0616 (AM) OR PM TIME OUT: 0748 (AM) OR PM

(PLEASE CIRCLE APPROPRIATE SELECTION- INDICATE IF NOT APPLICABLE)

OPERATING ROOM # &/OR PROCEDURE ROOM #: 2

ALLERGIES: NKA

POSITION: SUPINE PRONE JACKKNIFE LITHOTOMY OTHER: pt. in beachchair position → over

SAFETY STRAP APPLIED (YES) OR NO BOVIE PAD POSITION: Ø

BOVIE #: Ø SETTINGS: Ø

PREP: Chloraprep

SURGEON: Dr. Hackett ANESTHESIA PERSONNEL: M. Hall CRNA

VENDOR (s): S. Christian-Mitek, J. Kemp-Conmed SCRUB TECHNICIAN: D. Varney ST

CIRCULATING RN: C. Strangeen RN ASSISTANTS: Ø

PREOPERATIVE DIAGNOSIS: Left acromioclavicular joint arthritis

POSTOPERATIVE DIAGNOSIS
1. Same
2.
3.
4.

OPERATIVE PROCEDURE
1. Left Shoulder arthroscopy
2. Distal clavicle resection
3. capsular release
4. Manipulation under anesthesia

SPECIMENS: Ø

CULTURES: Ø

DENTAL EXTRACTIONS #: Ø

SPONGE COUNT: (1)(2) 3 RAYTEX 10 LAPS — COTTONOIDS — TONSIL — OTHER KB-1 N-1 Hypo-1

TOURNIQUET #: Ø UP TIME Ø AM OR PM RIGHT ARM PRESSURE

DOWN TIME Ø AM OR PM LEFT LEG

DRAINS: TYPE Ø LOCATION Ø

PACKING: TYPE Ø LOCATION Ø

IMPLANTS: Ø DRESSINGS: Bacitracin, Soft, Sling

NURSES NOTES: pt. blocked in pre-op. Lower body bair hugger at 43°C per anesthesia.

PT CONDITION STABLE ✓ UNSTABLE

CIDEX INSTRUMENT SOAKED Ø

TEAM TIME OUT VERIFIED CS

PATHOLOGY TIME OUT
Time Ø
Signed

REGISTERED NURSE SIGNATURE Courtney Strangeen RN

LOT B

2043

**Lincoln/Zoll 1965**

ADDITIONAL NOTES:

Pt. in beachchair position per Dr. Hackett. Head and neck positioned per anesthesia and MD. Padded face mask in use. Rib protecters x2 in use. Wedge under bilateral lower legs. Right arm on airplane armboard c̄ gel. - CStrongeRN

REGISTERED NURSE SIGNATURE

Courtney Strongerrn



Lincoln/Zoll 1966










Patient ID: 001
Patient Name: ZOLL,JAMES

Procedure Date: 12/20/2019
Procedure: LEFT SHOULDER ARTHROSCOPY







KORT The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **May 11, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | | | |
| Phy Phone: | Not Specified | Insured: | Not Specified |
| Phy Fax: | Not Specified | Employer: | Not Specified |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | Not Specified | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Initial Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.7 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.

**Mechanism of Injury:**

- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

**Rehabilitation Expectations/Goals:**

- Pain. Loss of Motion/Stiffness. Loss of Function.

**ADL / Functional Status:**

- Basic care: Independent Without Difficulty. Work status: Full time / Full duty.
- Independent With Increased Time. Independent With Difficulty.

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**Functional Comorbidity Index: Body Measurements:**

| | |
|---|---|
| • Height (in) | 72 Inches |
| • Weight (lbs) | 198 Pounds |
| • Body Mass Index - Calculated | 26.9 |

**Chief Complaint:**

- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 6/10.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 118 | 155 | |
| • Abduction | 105 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | 85 | |

| | | |
|---|---|---|
| • External Rotation - 90 deg | | 50 |
| • Internal Rotation - 90 deg | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 60 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Pt./Family Education:**

| | |
|---|---|
| • Written Home Exercise Program | Time Elapsed: 14 Minutes, Activity: Provided & Reviewed, Description: Diagnosis Specific, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 14 Minutes. |

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |

**Modalities:**

| | |
|---|---|
| • Iontophoresis | Time Elapsed: 8 Minutes, Location: L superior shoulder, Medication: Dexamethasone, Polarity: -, Pad Size: Medium, MA/Min: 40, Charge As: Iontophoresis, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes. |

***Spine***

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Evaluation, Moderate Complexity | 97162 | 1 | n/a |
| • Iontophoresis | 97033 | 1 | 8 |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 14 |

## Assessment

**Recommendations:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State. Return To Work.

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program. The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is fair.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Mechanism of Injury: Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.**

*STG Achieve by May 25, 2020.*

**Client Education:**

- Independent Home Exercise/Self Care Program.

***Problem #2***

**Chief Complaint: Pain: Severity at Worst: 7/10.**

*LTG Achieve by Jun 08, 2020.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #3***

**Range of Motion: Shoulder: Pre-Treatment.**

*LTG Achieve by Jun 08, 2020.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 130 |
| • Abduction | 130 |
| • External Rotation - 0 deg | 45 |

***Spine***

***Problem #4***

**Chief Complaint: Pain: Severity: Current: 6/10.**

*STG Achieve by May 25, 2020.*

**Symptomatic Improvements:**

- Decreasing Pain: to 4/10.

*LTG Achieve by Jun 08, 2020.*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

***Problem #5***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

*LTG Achieve by Jun 08, 2020.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Recumbent Stepper. Upper Body Ergometer.

T. B PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on May 11, 2020 17:20:56

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **May 11, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | | | |
| Phy Phone: | Not Specified | Insured: | Not Specified |
| Phy Fax: | Not Specified | Employer: | Not Specified |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | Not Specified | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## Subjective Examination

***Left Shoulder***

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**

- Basic care: Independent Without Difficulty. Work status: Full time / Full duty.
- Independent With Increased Time. Independent With Difficulty.

**Functional Comorbidity Index: Body Measurements:**

| | |
|---|---|
| • Height (in) | 72 Inches |
| • Weight (lbs) | 198 Pounds |
| • Body Mass Index - Calculated | 26.9 |

**Rehabilitation Expectations/Goals:**

- Pain. Loss of Motion/Stiffness. Loss of Function.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**Mechanism of Injury:**

- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

***Spine***

**Chief Complaint:**

- Pain: Severity: Current: 6/10.

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program. The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is fair.

**Recommendations:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State. Return To Work.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Mechanism of Injury: Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.**

*STG Achieve by May 25, 2020.*

**Client Education:**

- Independent Home Exercise/Self Care Program.

***Problem #2***

**Chief Complaint: Pain: Severity at Worst: 7/10.**

*LTG Achieve by Jun 08, 2020.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #3***

| Range of Motion: Shoulder: Pre-Treatment. | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Abduction | 105 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Flexion | 118 | 155 | |
| • Internal Rotation - 90 deg | | | 30 |

*LTG Achieve by Jun 08, 2020.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 130 |
| • Abduction | 130 |
| • External Rotation - 0 deg | 45 |

***Spine***

***Problem #4***

**Chief Complaint: Pain: Severity: Current: 6/10.**

*STG Achieve by May 25, 2020.*

**Symptomatic Improvements:**

- Decreasing Pain: to 4/10.

*LTG Achieve by Jun 08, 2020.*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

***Problem #5***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

| | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 60 Degrees |

*LTG Achieve by Jun 08, 2020.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.
- Recumbent Stepper. Upper Body Ergometer.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on May 11, 2020 17:20:56

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

| **Physician/NPP Signature** | **Date** | **Print Name and Credentials** |
|---|---|---|

**Patient: James Zoll** **DOB:**
**Facility Fax:** **(859) 296-4182**

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **May 18, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 2 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

98.4 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.

**Mechanism of Injury:**
- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

**Chief Complaint:**
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 6/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 118 | 155 | |
| • Abduction | 105 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 60 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**
- Left Leg, Eyes Open, Firm — Average
- Right Leg, Eyes Open, Firm — Average

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint — Time Elapsed: 10 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes.

**Modalities:**
- Iontophoresis — Time Elapsed: 8 Minutes, Location: L superior shoulder, Medication: Dexamethasone, Polarity: -, Pad Size: Medium, MA/Min: 40, Charge As: Iontophoresis, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes.

**Exercise Activities: Aerobic Conditioning:**
- Recumbent Stepper — Time Elapsed: 8 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes.

**Exercise Activities: Dynamic Training: C-K-C Activity:**
- Closed Kinetic Chain 1 — Time Elapsed: 3 Minutes, Description: hand on wall: walk around hand, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.
- Closed Kinetic Chain 2 — Time Elapsed: 2 Minutes, Description: forearm walk up wall, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes.

**Exercise Activities: Stabilization Training: Quadruped Position:**
- Stabilization Training 1 — Time Elapsed: 2 Minutes, Additional Detail: quadruped rocking, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes.

**Exercise Activities: Stabilization Training: Standing Position:**
- Stabilization Training 1 — Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes.

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**
- Stabilization Training 1 — Time Elapsed: 4 Minutes, Additional Detail: supine to side-lying roll: push with foot, reach with hand, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes.

**Exercise Activities: Stabilization Training: Seated Position:**
- Stabilization Training 1 — Time Elapsed: 2 Minutes, Additional Detail: seated side to side weight shift and reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes.
- Stabilization Training 2 — Time Elapsed: 3 Minutes, Additional Detail: seated pelvic tilts, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.

**Exercise Activities: Flexibility(U. Quarter):**
- Flexibility Activity 1 — Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.
- Flexibility Activity 2 — Time Elapsed: 2 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes.

### Documented Procedural Code Summary:

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Iontophoresis | 97033 | 1 | 8 |
| • Manual Therapy Techniques | 97140 | 1 | 10 |

| | | | |
|---|---|---|---|
| • Neuromuscular Reeducation | 97112 | 1 | 8 |
| • Therapeutic Activities | 97530 | 1 | 15 |
| • Therapeutic Procedure | 97110 | 1 | 8 |

## Assessment

The patient tolerated today's treatment intervention with moderate complaints of pain.

## Plan

***Left Shoulder***
**Recommendations:**
- Continue with current program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on May 18, 2020 14:33:52

KORT The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **May 21, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 3 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree.  Weakness: Moderate Degree.

**Mechanism of Injury:**
- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

**Chief Complaint:**
- Severity at Worst: 7/10.  Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 6/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 118 | 155 | |
| • Abduction | 105 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

| Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees): | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 60 Degrees |

| Range of Motion: Spine: Pre-Treatment: Active Thoracic (%): | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |

**Modalities:**

| | |
|---|---|
| • Iontophoresis | Time Elapsed: 8 Minutes, Location: L superior shoulder, Medication: Dexamethasone, Polarity: -, Pad Size: Medium, MA/Min: 40, Charge As: Iontophoresis, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3 | Time Elapsed: 3 Minutes, Description: partial hanging: various grip, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Closed Kinetic Chain 4 | Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Stabilization Training 3 | Time Elapsed: 3 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |

- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Iontophoresis | 97033 | 1 | 8 |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 9 |
| • Therapeutic Activities | 97530 | 1 | 11 |
| • Therapeutic Procedure | 97110 | 2 | 17 |

## Assessment

The patient tolerated today's treatment intervention with moderate complaints of pain.

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program.



Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on May 22, 2020 07:48:28

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **May 26, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 4 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.

**Mechanism of Injury:**
- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

**Chief Complaint:**
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Patient reports 5/10 pain currently.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 6/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 118 | 155 | |
| • Abduction | 105 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**
- Active Extension. 30 Degrees
- Active Flexion 60 Degrees

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |
| **Functional Tests: Balance: Balance:** | |
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

| | |
|---|---|
| **Manual Interventions: Joint Segments: Shoulder:** | |
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 10 Minutes. |
| **Modalities:** | |
| • Iontophoresis | Time Elapsed: 8 Minutes, Location: L superior shoulder, Medication: Dexamethasone, Polarity: -, Pad Size: Medium, MA/Min: 40, Charge As: Iontophoresis, Performed by: Janel Northington, PTA, 8 Minutes. |
| **Exercise Activities: Aerobic Conditioning:** | |
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |
| **Exercise Activities: Dynamic Training: C-K-C Activity:** | |
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3 | Time Elapsed: 3 Minutes, Description: partial hanging: various grip, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Closed Kinetic Chain 4 | Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |
| **Exercise Activities: Stabilization Training: Quadruped Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Standing Position:** | |
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| **Exercise Activities: Isotonics:** | |
| • Biceps Curls. | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |

***Spine***

| | |
|---|---|
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Seated Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Stabilization Training 3 | Time Elapsed: 3 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |
| **Exercise Activities: Flexibility(U. Quarter):** | |
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

| | |
|---|---|
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Iontophoresis | 97033 | 1 | 8 |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 9 |
| • Therapeutic Activities | 97530 | 1 | 11 |
| • Therapeutic Procedure | 97110 | 2 | 17 |

## Assessment

Patient tolerated treatment with mild complaints of (L) shoulder pain. He reported "clicking" in his shoulder while performing over/under reach.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on May 26, 2020 15:04:21

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on May 26, 2020 15:03:38

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **May 29, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 5 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.

**Mechanism of Injury:**
- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

**Chief Complaint:**
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 6/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Reports continued low back pain.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|
| • Flexion | 118 | 155 | |
| • Abduction | 105 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 60 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |

**Modalities:**

| | |
|---|---|
| • Iontophoresis | Time Elapsed: 8 Minutes, Location: L superior shoulder, Medication: Dexamethasone, Polarity: -, Pad Size: Medium, MA/Min: 40, Charge As: Iontophoresis, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3 | Time Elapsed: 3 Minutes, Description: partial hanging: various grip, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes. |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 3 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 3 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Activities |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Stabilization Training 3 | Time Elapsed: 3 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Iontophoresis | 97033 | 1 | 8 |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Therapeutic Activities | 97530 | 2 | 17 |
| • Therapeutic Procedure | 97110 | 2 | 19 |

## Assessment

The patient tolerated today's treatment intervention with moderate complaints of pain.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Mechanism of Injury: Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.**

*Goal Achieved May 29, 2020.*

**Client Education:**

- Independent Home Exercise/Self Care Program.

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on May 29, 2020 12:04:32

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jun 01, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 6 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.

**Mechanism of Injury:**
- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

**Chief Complaint:**
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Patient reports experiencing moderate soreness and pain in his (L) shoulder after last visit, possibly due to exercise progression.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 6/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Reports continued low back pain.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|
| • Flexion | 118 | 155 | |
| • Abduction | 105 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension. | 30 Degrees |

| | |
|---|---|
| • Active Flexion | 60 Degrees |
| **Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):** | |
| • Rotation Left | 25% |
| • Rotation Right | 50% |
| **Functional Tests: Balance: Balance:** | |
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

| | |
|---|---|
| **Manual Interventions: Joint Segments: Shoulder:** | |
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 10 Minutes. |
| **Modalities:** | |
| • Iontophoresis | Time Elapsed: 8 Minutes, Location: L superior shoulder, Medication: Dexamethasone, Polarity: -, Pad Size: Medium, MA/Min: 40, Charge As: Iontophoresis, Performed by: Janel Northington, PTA, 8 Minutes. |
| **Exercise Activities: Aerobic Conditioning:** | |
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |
| • Treadmill | Time Elapsed: 8 Minutes, Speed (mph): 3.0, Elevation: 0 %, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 8 Minutes. |
| **Exercise Activities: Dynamic Training: C-K-C Activity:** | |
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Quadruped Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Standing Position:** | |
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |
| **Exercise Activities: Isotonics:** | |
| • Biceps Curls. | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| **Exercise Activities: Range of Motion:** | |
| • T-Bar Press Up | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 2 Minutes. |
| **Exercise Activities: Machines/Weights:** | |

***Spine***

| | |
|---|---|
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Seated Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |

| | |
|---|---|
| • Stabilization Training 3 | Time Elapsed: 3 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Iontophoresis | 97033 | 1 | 8 |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Therapeutic Activities | 97530 | 1 | 8 |
| • Therapeutic Procedure | 97110 | 2 | 27 |

## Assessment

The patient tolerated today's treatment intervention with mild complaints of pain.
Withheld strengthening and focused more on cardiovascular exercises due to patient's symptom exacerbation after last visit.

## Plan

***Left Shoulder***

**Daily Plan:**

- Resume full program next visit if tolerable for patient.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 01, 2020 21:54:35

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 01, 2020 21:53:54

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jun 04, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 7 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.

**Mechanism of Injury:**
- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

**Chief Complaint:**
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 6/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Reports continued low back pain.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|
| • Flexion | 118 | 155 | |
| • Abduction | 105 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 60 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 10 Minutes. |

**Modalities:**

| | |
|---|---|
| • Iontophoresis | Time Elapsed: 8 Minutes, Location: L superior shoulder, Medication: Dexamethasone, Polarity: -, Pad Size: Medium, MA/Min: 40, Charge As: Iontophoresis, Performed by: Janel Northington, PTA, 8 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 2 Minutes. |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 3 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 3 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

| | |
|---|---|
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Stabilization Training 3 | Time Elapsed: 3 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Iontophoresis | 97033 | 1 | 8 |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Therapeutic Activities | 97530 | 1 | 14 |
| • Therapeutic Procedure | 97110 | 2 | 19 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.

Patient was able to resume strengthening exercises without complaints of pain. He reported some discomfort in his (L) shoulder while performing bent over rows.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 04, 2020 16:49:58

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 04, 2020 16:49:05

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jun 09, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 8 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.

**Mechanism of Injury:**
- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

**Chief Complaint:**
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 6/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports that his back has been bothering him more lately over the past few days. States that he saw his pain management doctor recently and they gave him a new medication to take. Patient also reports 4/10 in his (L) shoulder and low back currently.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 118 | 155 | |
| • Abduction | 105 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 60 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 12 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 12 Minutes. |

**Modalities:**

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3 | Time Elapsed: 4 Minutes, Description: partial hanging: various grip, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Closed Kinetic Chain 4 | Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up | Time Elapsed: 3 Minutes, Weight - Pounds: 2 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

| | |
|---|---|
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Stabilization Training 3 | Time Elapsed: 4 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Neuromuscular Reeducation | 97112 | 1 | 14 |
| • Therapeutic Activities | 97530 | 1 | 12 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

Patient tolerated treatment with intermittent complaints of soreness and discomfort in his (L) shoulder. His tolerance to strengthening exercises is continually improving. Withheld Ionto today due to patient report skin irritation.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 10, 2020 13:25:12

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 10, 2020 13:24:18

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jun 12, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 9 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree.  Weakness: Moderate Degree.

**Mechanism of Injury:**
- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

**Chief Complaint:**
- Severity at Worst: 7/10.  Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports increased soreness/ pain in his (L) shoulder after last visit. Also reports that he woke up with a moderate amount of back pain.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Initial May 11, 2020 | | | | Current Jun 12, 2020 | | | | Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L. Act. | L. Pas. | R. Act. | R. Pas. | L. Act. | L. Pas. | R. Act. | R. Pas. | L. Act. | Pas. | R. Act. | Pas. |
| • Flexion | 118 | | 155 | | 135 | | [a] 155 | | 17 | | | |
| • Abduction | 105 | | 157 | | 115 | | [a] 157 | | 10 | | | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | | 85 | | 42 | | [a] 85 | | 12 | | | |
| • External Rotation - 90 deg | | | | 50 | | | | [a] 50 | | | | |
| • Internal Rotation - 90 deg | | | | 30 | | | | [a] 30 | | | | |

a Measured On May 11, 2020

***Spine***

| Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees): | Initial May 11, 2020 | Current Jun 12, 2020 | Change |
|---|---|---|---|

| | | | |
|---|---|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 30 Degrees | 15 Degrees | -15 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 60 Degrees | 40 Degrees | -20 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 12 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 12 Minutes. |

**Modalities:**

| | |
|---|---|
| • Iontophoresis | Time Elapsed: 8 Minutes, Location: L superior shoulder, Medication: Dexamethasone, Polarity: -, Pad Size: Medium, MA/Min: 40, Charge As: Iontophoresis, Performed by: Janel Northington, PTA, 8 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up | Time Elapsed: 3 Minutes, Weight - Pounds: 2 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

| | |
|---|---|
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Stabilization Training 3 | Time Elapsed: 4 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Iontophoresis | 97033 | 1 | 8 |
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Neuromuscular Reeducation | 97112 | 1 | 11 |
| • Reevaluation | 97164 | 1 | n/a |
| • Therapeutic Activities | 97530 | 1 | 8 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

**Recommendations:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Mechanism of Injury: Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.**

*Goal Achieved May 29, 2020.*

**Client Education:**

- Independent Home Exercise/Self Care Program.

***Problem #2***

**Chief Complaint: Pain: Severity at Worst: 7/10.**

*LTG Achieve by Jul 10, 2020.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #3***

**Range of Motion: Shoulder: Pre-Treatment.**

*LTG Achieve by Jul 10, 2020. Progress: Some progress.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 130 |
| • Abduction | 130 |
| • External Rotation - 0 deg | 45 |

***Spine***

***Problem #4***

**Chief Complaint: Pain: Severity: Current: 7/10.**

*LTG Achieve by Jul 10, 2020.*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

*Goal Abandoned Jun 12, 2020. work toward remaining LTG*

**Symptomatic Improvements:**

- Decreasing Pain: to 4/10.

***Problem #5***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

*LTG Achieve by Jul 10, 2020.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Therapeutic Contents:**

- Recumbent Stepper. Recumbent Bicycle. Upper Body Ergometer.

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

T Barnett PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 12, 2020 16:56:38

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 12, 2020 13:11:41

KORT The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jun 12, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 9 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## Subjective Examination

***Left Shoulder***

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Mechanism of Injury: Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.**

*Goal Achieved May 29, 2020.*

**Client Education:**

- Independent Home Exercise/Self Care Program.

***Problem #2***

**Chief Complaint: Pain: Severity at Worst: 7/10.**

*LTG Achieve by Jul 10, 2020.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #3***

| **Range of Motion: Shoulder: Pre-Treatment.** | **Left AROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Flexion | 135 | 155 | |
| • Internal Rotation - 90 deg | | | 30 |

*LTG Achieve by Jul 10, 2020. Progress: Some progress.*

| **Range of Motion Improvements to: Shoulder:** | **Left AROM** |
|---|---|
| • Flexion | 130 |
| • Abduction | 130 |
| • External Rotation - 0 deg | 45 |

***Spine***

***Problem #4***

**Chief Complaint: Pain: Severity: Current: 7/10.**

*LTG Achieve by Jul 10, 2020.*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

*Goal Abandoned Jun 12, 2020. work toward remaining LTG*

**Symptomatic Improvements:**

- Decreasing Pain: to 4/10.

***Problem #5***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

- Active Extension.(Bilateral - Pain throughout Motion) 15 Degrees
- Active Flexion(Bilateral - Pain throughout Motion) 40 Degrees

*LTG Achieve by Jul 10, 2020.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Recumbent Stepper. Recumbent Bicycle. Upper Body Ergometer.
- Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 12, 2020 16:56:38

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 12, 2020 13:11:41

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

| | | |
|---|---|---|
| **Chris Swayze** | **Date** | **Print Name and Credentials** |

**Patient: James Zoll** **DOB:**
**Facility Fax:** **(859) 296-4182**

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jun 15, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 10 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports increased soreness/ pain in his (L) shoulder after last visit. Also reports that he woke up with a moderate amount of back pain.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 135 | 155 | |
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**
- Active Extension.(Bilateral - Pain throughout Motion) 15 Degrees
- Active Flexion(Bilateral - Pain throughout Motion) 40 Degrees

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**
- Rotation Left 25%
- Rotation Right 50%

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 12 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 12 Minutes. |

**Modalities:**

| | |
|---|---|
| • Iontophoresis(This visit) | Did Not Perform: This visit |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3 | Time Elapsed: 4 Minutes, Description: partial hanging: various grip, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Stabilization Training 3 | Time Elapsed: 4 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 1 — Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.
- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.

### Documented Procedural Code Summary:

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Neuromuscular Reeducation | 97112 | 1 | 11 |
| • Therapeutic Activities | 97530 | 1 | 12 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.

Patient was able to resume stretches on pull up bar with minimal complaints of pain. He did report some discomfort in his low back while performing standing rows possibly due to improper muscle activation.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 15, 2020 13:23:38

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 15, 2020 13:19:12

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jun 18, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 11 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports 4/10 (L) shoulder pain currently.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 135 | 155 | |
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**
- Active Extension.(Bilateral - Pain throughout Motion) 15 Degrees
- Active Flexion(Bilateral - Pain throughout Motion) 40 Degrees

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**
- Rotation Left 25%
- Rotation Right 50%

**Functional Tests: Balance: Balance:**
- Left Leg, Eyes Open, Firm Average

| | |
|---|---|
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 12 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 12 Minutes. |

**Modalities:**

| | |
|---|---|
| • Iontophoresis | Time Elapsed: 8 Minutes, Location: L superior shoulder, Medication: Dexamethasone, Polarity: -, Pad Size: Medium, MA/Min: 40, Charge As: Iontophoresis, Performed by: Janel Northington, PTA, 8 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

| | |
|---|---|
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

**Documented Procedural Code Summary:**

| **Description** | **Code** | **Units** | **Minutes** |
|---|---|---|---|
| • Iontophoresis | 97033 | 1 | 8 |
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Neuromuscular Reeducation | 97112 | 1 | 7 |
| • Therapeutic Activities | 97530 | 1 | 8 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

The patient tolerated today's treatment intervention with mild complaints of pain.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

, PTA

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 18, 2020 16:43:02

PTA

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 18, 2020 16:41:57

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jun 22, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 12 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports 4/10 (L) shoulder pain currently.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|
| • Flexion | 135 | 155 | |
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 15 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 40 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |

| | |
|---|---|
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 12 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 12 Minutes. |

**Modalities:**

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Stabilization Training 3(Extra time for Pt Edu/ Rest Break) | Time Elapsed: 8 Minutes, Weight - Pounds: 1 Pounds, Additional Detail: Standing Shoulder Flex/Scap to 90, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 8 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Neuromuscular Reeducation | 97112 | 1 | 15 |
| • Therapeutic Activities | 97530 | 1 | 8 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

Patient reported some discomfort and fatigue while performing standing shoulder flexion and scaption. Verbally cued patient to not go past 90 degrees in either direction which improved his symptoms some.

## Plan

***Left Shoulder***

**Daily Plan:**

• Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 23, 2020 15:17:11

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 23, 2020 15:16:09

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jun 25, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 13 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports 4-5/10 low back pain and 3-4 (L) shoulder pain. He reports that biceps curls and wall walks for HEP aggravate his shoulder the most.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 135 | 155 | |
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**
- Active Extension.(Bilateral - Pain throughout Motion) 15 Degrees
- Active Flexion(Bilateral - Pain throughout Motion) 40 Degrees

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**
- Rotation Left 25%
- Rotation Right 50%

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 12 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 12 Minutes. |

**Modalities:**

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Stabilization Training 3(Extra time for Pt Edu/ Rest Break) | Time Elapsed: 8 Minutes, Weight - Pounds: 1 Pounds, Additional Detail: Standing Shoulder Flex/Scap to 90, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 8 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Neuromuscular Reeducation | 97112 | 1 | 12 |
| • Therapeutic Activities | 97530 | 1 | 8 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

Patient had good tolerance to treatment. He reported mild soreness in his (L) shoulder at end of treatment session.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 25, 2020 15:31:18

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 25, 2020 15:30:26

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jun 30, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Katherine M. Filiatreau, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 14 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports 4-5/10 low back pain and 3-4 (L) shoulder pain. He reports that biceps curls and wall walks for HEP aggravate his shoulder the most.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 135 | 155 | |
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**
- Active Extension.(Bilateral - Pain throughout Motion) 15 Degrees
- Active Flexion(Bilateral - Pain throughout Motion) 40 Degrees

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**
- Rotation Left 25%
- Rotation Right 50%

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 12 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Katherine M Filiatreau, PT, 12 Minutes. |

**Modalities:**

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 8 Minutes, Charge As: Therapeutic Activities, Performed by: Katherine M Filiatreau, PT, 8 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(Extra time for Pt Edu/ Rest Break) | Time Elapsed: 8 Minutes, Weight - Pounds: 1 Pounds, Additional Detail: Standing Shoulder Flex/Scap to 90, Charge As: Neuromuscular Reeducation, Performed by: Katherine M Filiatreau, PT, 8 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Katherine M Filiatreau, PT, 3 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Katherine M Filiatreau, PT, 3 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 2 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Katherine M Filiatreau, PT, 2 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 2 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Katherine M Filiatreau, PT, 2 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Joint Protection Procedures | Time Elapsed: 8 Minutes, Additional Detail: for low back with lifting and shoulder with reaching, Charge As: Self Care / Home Mgt Training |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1(This visit) | Did Not Perform: This visit |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Katherine M Filiatreau, PT, 3 Minutes. |

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine — Time Elapsed: 12 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 24 |
| • Neuromuscular Reeducation | 97112 | 1 | 8 |
| • Self Care/Home Management Training | 97535 | 1 | 8 |
| • Therapeutic Activities | 97530 | 1 | 11 |
| • Therapeutic Procedure | 97110 | 1 | 10 |

## Assessment

The patient tolerated today's treatment intervention with moderate complaints of pain.

**Tolerance:**

- With Moderate: Fatigue/Weakness.

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program.

Katherine M. Filiatreau, PT, PT(KY Lic: 006117)
Signed on Jun 30, 2020 16:06:29

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jul 02, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Katherine M. Filiatreau, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 15 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports 4-5/10 low back pain and 3-4 (L) shoulder pain. He reports that biceps curls and wall walks for HEP aggravate his shoulder the most.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 135 | 155 | |
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**
- Active Extension.(Bilateral - Pain throughout Motion) 15 Degrees
- Active Flexion(Bilateral - Pain throughout Motion) 40 Degrees

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**
- Rotation Left 25%
- Rotation Right 50%

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Katherine M Filiatreau, PT, 8 Minutes. |

**Modalities:**

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Activities, Performed by: Katherine M Filiatreau, PT, 10 Minutes. |
| • Upper Body Ergometer | Time Elapsed: 10 Minutes, Direction: forward & backward, Speed (rpm) : Self-Paced, Charge As: Therapeutic Activities |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(Extra time for Pt Edu/ Rest Break) | Time Elapsed: 8 Minutes, Weight - Pounds: 1 Pounds, Additional Detail: Standing Shoulder Flex/Scap to 90, Charge As: Neuromuscular Reeducation, Performed by: Katherine M Filiatreau, PT, 8 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Katherine M Filiatreau, PT, 3 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Katherine M Filiatreau, PT, 3 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 2 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Katherine M Filiatreau, PT, 2 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 2 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Katherine M Filiatreau, PT, 2 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1 | Time Elapsed: 8 Minutes, Description: IR self-stretching technique to stretch shoulder and unload tension of thoracic spine, Charge As: Self Care / Home Mgt Training |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1(This visit) | Did Not Perform: This visit |

- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Katherine M Filiatreau, PT, 3 Minutes.

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine(This visit) — Did Not Perform: This visit

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 8 |
| • Neuromuscular Reeducation | 97112 | 1 | 8 |
| • Self Care/Home Management Training | 97535 | 1 | 8 |
| • Therapeutic Activities | 97530 | 2 | 23 |
| • Therapeutic Procedure | 97110 | 1 | 10 |

## Assessment

The patient tolerated today's treatment intervention with moderate complaints of pain.

**Tolerance:**

- With Moderate: Fatigue/Weakness.

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program.

Katherine M. Filiatreau, PT, PT(KY Lic: 006117)
Signed on Jul 02, 2020 16:01:22

| | | | | |
|---|---|---|---|---|
| KORT BEAUMONT PT<br>3070 Lakecrest Circle<br>Suite 700<br>Lexington, KY, USA, 40513<br>Phone: (859) 296-4080, Fax: (859) 296-4182 | **Patient:** | **James Zoll** | | |
| | **Acct #:** | **036-430214787** | **Visit Date:** | **Jul 06, 2020** |
| | DOB: | | FSC: | BCBS |
| | Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| | Prim Phy: | Chris Swayze | | |
| | Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| | Phy Fax: | (859) 263-0534 | Employer: | DND |
| | Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| | Inj. Date: | 10/3/2015 | Visits: | 16 |
| | Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 135 | 155 | |
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**
- Active Extension.(Bilateral - Pain throughout Motion) 15 Degrees
- Active Flexion(Bilateral - Pain throughout Motion) 40 Degrees

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**
- Rotation Left 25%
- Rotation Right 50%

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 8 Minutes. |

**Modalities:**

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 10 Minutes. |
| • Upper Body Ergometer | Time Elapsed: 10 Minutes, Direction: forward & backward, Speed (rpm) : Self-Paced, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(Extra time for Pt Edu/ Rest Break) | Time Elapsed: 8 Minutes, Weight - Pounds: 1 Pounds, Additional Detail: Standing Shoulder Flex/Scap to 90, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 8 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 2 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 2 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 2 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1(This visit) | Did Not Perform: This visit |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine(This visit) Did Not Perform: This visit

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 8 |
| • Neuromuscular Reeducation | 97112 | 1 | 8 |
| • Therapeutic Activities | 97530 | 2 | 23 |
| • Therapeutic Procedure | 97110 | 1 | 10 |

## Assessment

Patient had good tolerance to treatment, with minimal complaints of pain and mild fatigue in his (L) shoulder.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jul 06, 2020 16:19:08

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jul 06, 2020 16:18:24

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jul 09, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 17 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|
| • Flexion | 135 | 155 | |
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**
- Active Extension.(Bilateral - Pain throughout Motion) 15 Degrees
- Active Flexion(Bilateral - Pain throughout Motion) 40 Degrees

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**
- Rotation Left 25%
- Rotation Right 50%

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 10 Minutes. |

**Modalities:**

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Stabilization Training 3(Extra time for Pt Edu/ Rest Break) | Time Elapsed: 8 Minutes, Weight - Pounds: 1 Pounds, Additional Detail: Standing Shoulder Flex/Scap to 90, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 8 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |

| | |
|---|---|
| • Stabilization Training 3 | Time Elapsed: 4 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1(This visit) | Did Not Perform: This visit |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

**Manual Interventions: Joint Segments: Vertebral:**

| | |
|---|---|
| • Lumbosacral Spine(This visit) | Did Not Perform: This visit |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 11 |
| • Therapeutic Activities | 97530 | 2 | 24 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

## Assessment

Patient had good tolerance to treatment. He reported slight discomfort on the anterior and superior side of his (L) shoulder while performing standing flexion.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jul 09, 2020 12:49:46

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jul 09, 2020 12:48:53

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jul 14, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 18 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.1 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree.  Weakness: Moderate Degree.
- Severity at Worst: 4/10.  Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Reports current shoulder pain to be 4/10. Reports limitations in reaching and lifting with his LUE.  Perceived Improvement: 10%.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 4/10.  Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit.  Perceived Improvement: 20%.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Previous Jun 12, 2020 | | | | Current Jul 14, 2020 | | | | Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L. Act. | Pas. | R. Act. | R. Pas. | L. Act. | Pas. | R. Act. | R. Pas. | L. Act. | Pas. | R. Act. | Pas. |
| • Flexion | 135 | | 155 | | 130 | 144 | [a] 155 | | -5 | | | |
| • Abduction | 115 | | 157 | | 116 | | [a] 157 | | 1 | | | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | | 85 | | 54 | | [a] 85 | | 12 | | | |
| • External Rotation - 90 deg | | | | 50 | | 54 | | [a] 50 | | | | |
| • Internal Rotation - 90 deg | | | | 30 | | 56 | | [a] 30 | | | | |

a  Measured On May 11, 2020

***Spine***

| Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees): | Previous Jun 12, 2020 | Current Jul 14, 2020 | Change |
|---|---|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 15 Degrees | 30 Degrees | 15 Degrees |

| | | | |
|---|---|---|---|
| • Active Flexion(Bilateral - Pain throughout Motion) | 40 Degrees | 55 Degrees | 15 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**
- Rotation Left — 75%
- Rotation Right — 75%

**Functional Tests: Balance: Balance:**
- Left Leg, Eyes Open, Firm — Average
- Right Leg, Eyes Open, Firm — Average

**Functional Tests:**
- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint — Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes.

**Modalities:**
- Iontophoresis(This visit) — Did Not Perform: This visit

**Exercise Activities: Aerobic Conditioning:**
- Recumbent Stepper — Time Elapsed: 10 Minutes, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes.
- Treadmill(This visit) — Did Not Perform: This visit
- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: C-K-C Activity:**
- Closed Kinetic Chain 1(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 2(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 3(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 4(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Quadruped Position:**
- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Standing Position:**

**Exercise Activities: Isotonics:**
- Biceps Curls.(This visit) — Did Not Perform: This visit
- Isotonic Activity 1(This visit) — Did Not Perform: This visit

**Exercise Activities: Range of Motion:**
- T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**

**Pt./Family Education:**
- Written Home Exercise Program — Time Elapsed: 10 Minutes, Activity: Provided & Reviewed, Description: Diagnosis Specific, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes.
- Patient Education 1(This visit) — Did Not Perform: This visit

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**
- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Seated Position:**
- Stabilization Training 1(This visit) — Did Not Perform: This visit
- Stabilization Training 2(This visit) — Did Not Perform: This visit
- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**
- Flexibility Activity 1(This visit) — Did Not Perform: This visit
- Flexibility Activity 2(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine(This visit) — Did Not Perform: This visit

**Pt./Family Education:**

- Written Home Exercise Program — Time Elapsed: 5 Minutes, Activity: Provided & Reviewed, Description: Diagnosis Specific, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Reevaluation | 97164 | 1 | n/a |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 15 |

## Assessment

**Recommendations:**

- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Aug 11, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #2***

**Range of Motion: Shoulder: Pre-Treatment.**

*LTG Achieve by Aug 11, 2020. Progress: Some progress.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 130 |
| • Abduction | 130 |
| • External Rotation - 0 deg | 45 |

***Spine***

***Problem #3***

**Chief Complaint: Pain: Severity: Current: 4/10.**

*LTG Achieve by Aug 11, 2020. Progress: Some progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

***Problem #4***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

*LTG Achieve by Aug 11, 2020. Progress: Some progress.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Therapeutic Contents:**

- Client Education. Aerobic Conditioning: Recumbent Stepper. Home Exercise Program. Joint Mobilization Techniques. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jul 14, 2020 14:56:53

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax:
(859) 296-4182

The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jul 14, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 18 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## Subjective Examination

***Left Shoulder***

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations:**

- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Aug 11, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #2***

| Range of Motion: Shoulder: Pre-Treatment. | Left AROM | Left PROM | Right AROM | Right PROM |
|---|---|---|---|---|
| • Abduction | 116 | | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 54 | | 85 | |
| • External Rotation - 90 deg | | 54 | | 50 |
| • Flexion | 130 | 144 | 155 | |
| • Internal Rotation - 90 deg | | 56 | | 30 |

*LTG Achieve by Aug 11, 2020. Progress: Some progress.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 130 |
| • Abduction | 130 |
| • External Rotation - 0 deg | 45 |

***Spine***

***Problem #3***

**Chief Complaint: Pain: Severity: Current: 4/10.**

*LTG Achieve by Aug 11, 2020. Progress: Some progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

***Problem #4***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

- Active Extension.(Bilateral - Pain throughout Motion) 30 Degrees
- Active Flexion(Bilateral - Pain throughout Motion) 55 Degrees

*LTG Achieve by Aug 11, 2020. Progress: Some progress.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Aerobic Conditioning: Recumbent Stepper. Home Exercise Program. Joint Mobilization Techniques. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

T B PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jul 14, 2020 14:56:53

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

| **Chris Swayze** | **Date** | **Print Name and Credentials** |
|---|---|---|

**Patient: James Zoll** **DOB:**
**Facility Fax:** **(859) 296-4182**

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jul 16, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 19 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.1 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 10%.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 4/10. Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Flexion | 130 | 144 | 155 | |
| • Abduction | 116 | | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 54 | | 85 | |
| • External Rotation - 90 deg | | 54 | | 50 |
| • Internal Rotation - 90 deg | | 56 | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 30 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 55 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 10 Minutes. |

**Modalities:**

| | |
|---|---|
| • Iontophoresis(This visit) | Did Not Perform: This visit |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 10 Minutes. |
| • Treadmill(This visit) | Did Not Perform: This visit |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1 | Time Elapsed: 20 Minutes, Additional Detail: Supine/Seated PPT, Tbar Flex/ ER, and LTR, Description: Reviewed Current HEP, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 20 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 1 — Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.

**Exercise Activities: Stabilization Training: Supine Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine(This visit) — Did Not Perform: This visit

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Therapeutic Activities | 97530 | 1 | 13 |
| • Therapeutic Procedure | 97110 | 3 | 40 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.
Reviewed exercises for current HEP; with patient demonstration and understanding.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.



Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jul 16, 2020 18:46:38



Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jul 16, 2020 18:45:59

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jul 20, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 20 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.1 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 10%.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 4/10. Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Flexion | 130 | 144 | 155 | |
| • Abduction | 116 | | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 54 | | 85 | |
| • External Rotation - 90 deg | | 54 | | 50 |
| • Internal Rotation - 90 deg | | 56 | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 30 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 55 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 10 Minutes. |

**Modalities:**

| | |
|---|---|
| • Iontophoresis(This visit) | Did Not Perform: This visit |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |
| • Treadmill(This visit) | Did Not Perform: This visit |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1 | Time Elapsed: 12 Minutes, Description: Reviewed Current HEP, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 12 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |

- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 1 — Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.
- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.

**Exercise Activities: Stabilization Training: Supine Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine(This visit) — Did Not Perform: This visit

### Documented Procedural Code Summary:

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Therapeutic Activities | 97530 | 1 | 9 |
| • Therapeutic Procedure | 97110 | 3 | 42 |

## Assessment

**Tolerance:**

- Patient had good tolerance to treatment with minimal complaints of pain. He was able to progress in weight with standing rows, with complaints of mild fatigue.

Reviewed current HEP due to patient loosing his papers. He required verbal and tactile cueing with PPT.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jul 21, 2020 11:16:02

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jul 21, 2020 11:15:05

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

**Patient:** **James Zoll**
**Acct #:** **036-430214787**
DOB:
Clinician: Tim Barnett , MSPT, OCS
Prim Phy: Chris Swayze
Phy Phone: (859) 263-0533
Phy Fax: (859) 263-0534
Sec Phy: Not Specified
Inj. Date: 10/3/2015
Surg. Date: Not Specified

**Visit Date:** **Jul 23, 2020**
FSC: BCBS
Payor: ANTHEM KY
Insured: Not Specified
Employer: DND
Case Mgr: Not Specified
Visits: 21
Cxl/Ns: 0

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.1 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 10%.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 4/10. Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Left PROM | Right AROM | Right PROM |
|---|---|---|---|---|
| • Flexion | 130 | 144 | 155 | |
| • Abduction | 116 | | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 54 | | 85 | |
| • External Rotation - 90 deg | | 54 | | 50 |
| • Internal Rotation - 90 deg | | 56 | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**
- Active Extension.(Bilateral - Pain throughout Motion) 30 Degrees
- Active Flexion(Bilateral - Pain throughout Motion) 55 Degrees

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 10 Minutes. |

**Modalities:**

| | |
|---|---|
| • Iontophoresis(This visit) | Did Not Perform: This visit |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |
| • Treadmill(This visit) | Did Not Perform: This visit |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1 | Time Elapsed: 5 Minutes, Description: LTR, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 5 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Flexibility(U. Quarter):** | |
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Joint Segments: Vertebral:** | |
| • Lumbosacral Spine(This visit) | Did Not Perform: This visit |

### Documented Procedural Code Summary:

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 9 |
| • Therapeutic Activities | 97530 | 1 | 9 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

Patient reported increase in low back after being on recumbent stepper. He also reported muscle soreness after performing biceps curls. Patient requires intermittent verbal cueing for proper muscle activation with standing rows and extensions.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jul 23, 2020 16:23:44

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jul 23, 2020 16:23:02

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jul 29, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 22 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.1 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 10%. Physician Communication: Continue with one time per week frequency.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 5/10. Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Flexion | 130 | 144 | 155 | |
| • Abduction | 116 | | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 54 | | 85 | |
| • External Rotation - 90 deg | | 54 | | 50 |
| • Internal Rotation - 90 deg | | 56 | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**
- Active Extension.(Bilateral - Pain throughout Motion) 30 Degrees
- Active Flexion(Bilateral - Pain throughout Motion) 55 Degrees

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |

**Modalities:**

| | |
|---|---|
| • Iontophoresis(This visit) | Did Not Perform: This visit |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |
| • Treadmill(This visit) | Did Not Perform: This visit |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Repetitions: 10, Sets: 3, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Repetitions: 10, Sets: 3, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Manual Interventions: Joint Segments: Vertebral:**

| | |
|---|---|
| • Lumbosacral Spine(This visit) | Did Not Perform: This visit |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 4 |
| • Therapeutic Activities | 97530 | 1 | 9 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

The patient tolerated today's treatment intervention with mild complaints of pain.

Some fatigue in the LUE with biceps curl; unable to complete final set of 10 with the L. Lumbar pain has continued, while L shoulder and arm pain has improved.

## Plan

***Left Shoulder***

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 1 visit a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

T. Barnett PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jul 29, 2020 13:06:59

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax:
(859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Aug 05, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 23 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.1 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 10%. Physician Communication: Continue with one time per week frequency.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 5/10. Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Flexion | 130 | 144 | 155 | |
| • Abduction | 116 | | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 54 | | 85 | |
| • External Rotation - 90 deg | | 54 | | 50 |
| • Internal Rotation - 90 deg | | 56 | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 30 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 55 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |
| • Treadmill(This visit) | Did Not Perform: This visit |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Repetitions: 10, Sets: 3, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Repetitions: 10, Sets: 3, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

- Stabilization Training 2(This visit) — Did Not Perform: This visit
- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 1 — Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.
- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.

**Exercise Activities: Stabilization Training: Supine Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine(This visit) — Did Not Perform: This visit

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 4 |
| • Therapeutic Activities | 97530 | 1 | 9 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

The patient tolerated today's treatment intervention with mild complaints of pain. (R shoulder and arm fatigue.).

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Aug 05, 2020 13:53:06

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax:
(859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Aug 12, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 24 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.1 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 10%. Physician Communication: Continue with one time per week frequency.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 5/10. Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Flexion | 130 | 144 | 155 | |
| • Abduction | 116 | | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 54 | | 85 | |
| • External Rotation - 90 deg | | 54 | | 50 |
| • Internal Rotation - 90 deg | | 56 | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 30 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 55 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |
| • Treadmill(This visit) | Did Not Perform: This visit |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Repetitions: 10, Sets: 3, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Repetitions: 10, Sets: 3, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

| | |
|---|---|
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Flexibility(U. Quarter):** | |
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Joint Segments: Vertebral:** | |
| • Lumbosacral Spine | Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 18 |
| • Neuromuscular Reeducation | 97112 | 1 | 4 |
| • Therapeutic Activities | 97530 | 1 | 9 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.
Improvements in shoulder symptoms.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Aug 19, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Spine***

***Problem #2***

**Chief Complaint: Pain: Severity: Current: 5/10.**

*Goal Achieved Aug 12, 2020. continues to have some increase and decrease*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program.

T B PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Aug 12, 2020 11:36:10

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Aug 19, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 25 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.1 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 10%. Physician Communication: Continue with one time per week frequency.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 5/10. Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

## Objective Examination

***Left Shoulder***

**Range of Motion: Shoulder: Pre-Treatment:**

| | Previous Jul 14, 2020 | | | | Current Aug 19, 2020 | | | | Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L. Act. | Pas. | R. Act. | R. Pas. | L. Act. | Pas. | R. Act. | R. Pas. | L. Act. | Pas. | R. Act. | Pas. |
| • Flexion | 130 | 144 | 155 | | 137 | [b] 144 | 156 | | 7 | | 1 | |
| • Abduction | 116 | | 157 | | 131 | | 158 | | 15 | | 1 | |
| • External Rotation - 0 deg(reports pain in scapula) | 54 | | 85 | | 58 | | 84 | | 4 | | -1 | |
| • External Rotation - 90 deg | | 54 | | 50 | | [b] 54 | | [a] 50 | | | | |
| • Internal Rotation - 90 deg | | 56 | | 30 | | [b] 56 | | [a] 30 | | | | |

a Measured On May 11, 2020 b Measured On Jul 14, 2020

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To L3 | To T10 |

***Spine***

| Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees): | Previous Jul 14, 2020 | Current Aug 19, 2020 | Change |
|---|---|---|---|
| • Active Extension. | 30 Degrees | 30 Degrees | |
| • Active Flexion | 55 Degrees | 70 Degrees | 15 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |
| • Treadmill(This visit) | Did Not Perform: This visit |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit
- Stabilization Training 2(This visit) — Did Not Perform: This visit
- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 1 — Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.
- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.

**Exercise Activities: Stabilization Training: Supine Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine — Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 18 |
| • Neuromuscular Reeducation | 97112 | 1 | 4 |
| • Reevaluation | 97164 | 1 | n/a |
| • Therapeutic Activities | 97530 | 1 | 9 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

## Assessment

**Recommendations:**

- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Sep 02, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #2***

**Range of Motion: Shoulder: Pre-Treatment.**

*Goal Achieved Aug 19, 2020.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 130 |
| • Abduction | 130 |
| • External Rotation - 0 deg | 45 |

***Spine***

***Problem #3***

**Chief Complaint: Pain: Severity: Current: 5/10.**

*Goal Achieved Aug 12, 2020. continues to have some increase and decrease*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

***Problem #4***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

*LTG Achieve by Sep 02, 2020. Progress: Good progress.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Therapeutic Contents:**

- Aerobic Conditioning: Recumbent Stepper. Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 1 visit a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Aug 19, 2020 11:12:06

KORT — The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Aug 19, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 25 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## Subjective Examination

***Left Shoulder***

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations:**

- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Sep 02, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #2***

| Range of Motion: Shoulder: Pre-Treatment. | Left AROM | Left PROM | Right AROM | Right PROM |
|---|---|---|---|---|
| • Abduction | 131 | | 158 | |
| • External Rotation - 0 deg(reports pain in scapula) | 58 | | 84 | |
| • External Rotation - 90 deg | | 54 | | 50 |
| • Flexion | 137 | 144 | 156 | |
| • Internal Rotation - 90 deg | | 56 | | 30 |

*Goal Achieved Aug 19, 2020.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 130 |
| • Abduction | 130 |
| • External Rotation - 0 deg | 45 |

***Spine***

***Problem #3***

**Chief Complaint: Pain: Severity: Current: 5/10.**

*Goal Achieved Aug 12, 2020. continues to have some increase and decrease*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

***Problem #4***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

| | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 70 Degrees |

*LTG Achieve by Sep 02, 2020. Progress: Good progress.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 1 visit a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Aerobic Conditioning: Recumbent Stepper. Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

T Barnett PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Aug 19, 2020 11:12:06

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

| **Chris Swayze** | **Date** | **Print Name and Credentials** |
|---|---|---|

**Patient: James Zoll** **DOB:**
**Facility Fax:** **(859) 296-4182**

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Aug 26, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 26 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.1 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 10%. Physician Communication: Continue with one time per week frequency.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

**Chief Complaint:**
- Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

## Objective Examination

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**
- Active Extension. 30 Degrees
- Active Flexion 70 Degrees

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**
- Rotation Left 75%
- Rotation Right 75%

**Functional Tests: Balance: Balance:**
- Left Leg, Eyes Open, Firm Average
- Right Leg, Eyes Open, Firm Average

**Functional Tests:**
- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |
| **Exercise Activities: Aerobic Conditioning:** | |
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |
| • Treadmill(This visit) | Did Not Perform: This visit |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Dynamic Training: C-K-C Activity:** | |
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Quadruped Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Standing Position:** | |
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |
| **Exercise Activities: Isotonics:** | |
| **Exercise Activities: Range of Motion:** | |
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Machines/Weights:** | |
| • Pull Downs: Sym. Bilateral | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| **Pt./Family Education:** | |
| • Patient Education 1(This visit) | Did Not Perform: This visit |
| ***Spine*** | |
| **Exercise Activities: Stabilization Training: Seated Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Flexibility(U. Quarter):** | |
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Joint Segments: Vertebral:** | |

| | |
|---|---|
| • Lumbosacral Spine | Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 18 |
| • Therapeutic Activities | 97530 | 1 | 9 |
| • Therapeutic Procedure | 97110 | 2 | 24 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.

## Plan

***Left Shoulder***

**Recommendations:**

• Re-assess and progress HEP. Treatment frequency may be further reduced due to slow progress.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Aug 26, 2020 12:12:03

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Sep 02, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 27 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

98.0 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 10%. Physician Communication: Continue with one time per week frequency.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

**Chief Complaint:**
- Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM |
|---|---|---|
| • Flexion | 141 | 154 |
| • Abduction | 142 | 153 |
| • External Rotation - 0 deg | 51 | 77 |

| Functional Tests: Movement: Apley's Scratch Test: | Left | Right |
|---|---|---|
| • IR - Combined | To T12 | To T8 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 70 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

- Rotation Left 75%
- Rotation Right 75%

**Functional Tests: Balance: Balance:**

- Left Leg, Eyes Open, Firm Average
- Right Leg, Eyes Open, Firm Average

**Functional Tests:**

- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

- Glenohumeral Joint — Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes.

**Exercise Activities: Aerobic Conditioning:**

- Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes.
- Treadmill(This visit) — Did Not Perform: This visit
- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: C-K-C Activity:**

- Closed Kinetic Chain 1(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 2(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 3(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 4(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Quadruped Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Standing Position:**

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

- T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**

**Pt./Family Education:**

- Patient Education 1(This visit) — Did Not Perform: This visit
- Patient Education 2 — Time Elapsed: 40 Minutes, Additional Detail: review of HEP, Description: progression of HEP, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 40 Minutes.

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit
- Stabilization Training 2(This visit) — Did Not Perform: This visit
- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

**Exercise Activities: Stabilization Training: Supine Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine — Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 18 |
| • Therapeutic Activities | 97530 | 3 | 40 |

| | | | |
|---|---|---|---|
| • Therapeutic Procedure | 97110 | 1 | 10 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.

Demonstrates a good understanding of HEP progression. The patient continues to report non-painful, but annoying "popping" in his L shoulder with UE elevation.

## Problems & Goals

***Spine***

***Problem #1***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

*LTG Achieve by Sep 23, 2020. Progress: Good progress.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program. Decrease Frequency of Rehabilitation to: 1/Week.

T. B. Att PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Sep 02, 2020 12:00:57

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Sep 09, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 28 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

98.0 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 10%. Physician Communication: Continue with one time per week frequency.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

**Chief Complaint:**
- Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 141 | 154 |
| • Abduction | 142 | 153 |
| • External Rotation - 0 deg | 51 | 77 |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T12 | To T8 |

***Spine***

| **Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):** | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 70 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1 | Time Elapsed: 4 Minutes, Additional Detail: large red Swiss ball, Description: multi-direction ball on table, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |
| • Closed Kinetic Chain 2 | Time Elapsed: 3 Minutes, Description: forearm walk up wall, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Trunk Rotation-Lower Portion | Time Elapsed: 3 Minutes, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Manual Interventions: Joint Segments: Vertebral:**

| | |
|---|---|
| • Lumbosacral Spine | Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 18 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 10 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Sep 09, 2020 12:36:18

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax:
(859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Sep 16, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 29 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

98.0 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 10%. Physician Communication: Continue with one time per week frequency.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

**Chief Complaint:**
- Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM |
|---|---|---|
| • Flexion | 141 | 154 |
| • Abduction | 142 | 153 |
| • External Rotation - 0 deg | 51 | 77 |

| Functional Tests: Movement: Apley's Scratch Test: | Left | Right |
|---|---|---|
| • IR - Combined | To T12 | To T8 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**
- Active Extension. 30 Degrees
- Active Flexion 70 Degrees

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1 | Time Elapsed: 4 Minutes, Additional Detail: large red Swiss ball, Description: multi-direction ball on table, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |
| • Closed Kinetic Chain 2 | Time Elapsed: 3 Minutes, Description: forearm walk up wall, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 4 Minutes, Weight - Pounds: 4 Pounds, Repetitions: 10, Sets: 3, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Rope & Pulley Scap ABD | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes. |
| • Rope & Pulley Flexion | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise |
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

| | |
|---|---|
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Flexibility(U. Quarter):** | |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Trunk Rotation-Lower Portion | Time Elapsed: 2 Minutes, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes. |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Joint Segments: Vertebral:** | |
| • Lumbosacral Spine | Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Neuromuscular Reeducation | 97112 | 1 | 9 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 26 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.

## Plan

***Left Shoulder***

**Recommendations:**

• Continue with current program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Sep 16, 2020 11:58:34

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Sep 23, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 30 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

98.0 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 60%. (09/23/20). Physician Communication: Continue with one time per week frequency. 09/23/20: Reports that he consulted with Dr. Hackett. He recommended continued PT at a 1 time per week frequency, reducing to 1 time every other week. Reports L superior shoulder soreness with ER and elevation. Reports some neck stiffness as well.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

**Chief Complaint:**
- Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Previous Aug 19, 2020 | | | | Current Sep 23, 2020 | | | | Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L. Act. | L. Pas. | R. Act. | R. Pas. | L. Act. | L. Pas. | R. Act. | R. Pas. | L. Act. | Pas. | R. Act. | Pas. |
| • Flexion | 137 | 144 | 156 | | a 141 | | a 154 | | 4 | | -2 | |
| • Abduction | 131 | | 158 | | a 142 | | a 153 | | 11 | | -5 | |
| • External Rotation - 0 deg | 58 | | 84 | | a 51 | | a 77 | | -7 | | -7 | |

a Measured On Sep 02, 2020

| Functional Tests: Movement: Apley's Scratch Test: | Left | Right |
|---|---|---|
| • IR - Combined | To T12 | To T8 |

***Spine***

| Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees): | Previous Aug 19, 2020 | Current Sep 23, 2020 | Change |
|---|---|---|---|
| • Active Extension. | 30 Degrees | [a] 30 Degrees | |
| • Active Flexion | 70 Degrees | 80 Degrees | 10 Degrees |

a Measured On Aug 19, 2020

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**
- Rotation Left 75%
- Rotation Right 75%

**Functional Tests: Balance: Balance:**
- Left Leg, Eyes Open, Firm Average
- Right Leg, Eyes Open, Firm Average

**Functional Tests:**
- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**
- Active Rotation Left 70 Degrees
- Active Rotation Right 68 Degrees

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint — Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes.

**Exercise Activities: Aerobic Conditioning:**
- Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes.
- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: C-K-C Activity:**
- Closed Kinetic Chain 1 — Time Elapsed: 4 Minutes, Additional Detail: large red Swiss ball, Description: multi-direction ball on table, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes.
- Closed Kinetic Chain 2 — Time Elapsed: 3 Minutes, Description: forearm walk up wall, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.
- Closed Kinetic Chain 3(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 4(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Standing Position:**
- Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.
- Stabilization Training 2 — Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes.

**Exercise Activities: Isotonics:**
- Biceps Curls. — Time Elapsed: 4 Minutes, Weight - Pounds: 4 Pounds, Repetitions: 10, Sets: 3, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes.

**Exercise Activities: Range of Motion:**
- Rope & Pulley Scap ABD — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes.
- Rope & Pulley Flexion — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes.
- T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Trunk Rotation-Lower Portion | Time Elapsed: 2 Minutes, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes. |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Manual Interventions: Joint Segments: Vertebral:**

| | |
|---|---|
| • Lumbosacral Spine | Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Neuromuscular Reeducation | 97112 | 1 | 9 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 26 |

## Assessment

**Recommendations:**

• Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Oct 21, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

• Decreasing Pain: to 3/10.

***Problem #2***

**Range of Motion: Shoulder: Pre-Treatment.**

*LTG Achieve by Oct 21, 2020.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 150 |
| • Abduction | 150 |
| • External Rotation - 0 deg | 60 |

***Spine***

***Problem #3***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

*Goal Achieved Sep 23, 2020.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Therapeutic Contents:**

- Recumbent Stepper. Upper Body Ergometer.

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 1 visit a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified. Reducing treatment frequency in 3-4 weeks.

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Joint Mobilization Techniques. Manual Therapy Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Soft Tissue Mobilization Techniques. Self Care/Home Management. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

T. BJH PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Sep 23, 2020 12:04:49

KORT The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Sep 23, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 30 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## Subjective Examination

***Left Shoulder***

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Oct 21, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #2***

| Range of Motion: Shoulder: Pre-Treatment. | Left AROM | Right AROM |
|---|---|---|
| • Abduction | 142 | 153 |
| • External Rotation - 0 deg | 51 | 77 |
| • Flexion | 141 | 154 |

*LTG Achieve by Oct 21, 2020.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 150 |
| • Abduction | 150 |
| • External Rotation - 0 deg | 60 |

***Spine***

***Problem #3***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

| | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 80 Degrees |

*Goal Achieved Sep 23, 2020.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 1 visit a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified. Reducing treatment frequency in 3-4 weeks.

**Therapeutic Contents:**

- Recumbent Stepper. Upper Body Ergometer.
- Client Education. Home Exercise Program. Joint Mobilization Techniques. Manual Therapy Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Soft Tissue Mobilization Techniques. Self Care/Home Management. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

T. B. PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Sep 23, 2020 12:04:49

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

| **Chris Swayze** | **Date** | **Print Name and Credentials** |
|---|---|---|

**Patient: James Zoll** **DOB:**
**Facility Fax:** **(859) 296-4182**

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Sep 30, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 31 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

98.0 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 60%. (09/23/20). Physician Communication: Continue with one time per week frequency. 09/23/20: Reports that he consulted with Dr. Hackett. He recommended continued PT at a 1 time per week frequency, reducing to 1 time every other week. Reports L superior shoulder soreness with ER and elevation. Reports some neck stiffness as well. Overall Condition is: Improving.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

**Chief Complaint:**
- Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 141 | 154 |
| • Abduction | 142 | 153 |
| • External Rotation - 0 deg | 51 | 77 |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T12 | To T8 |

***Spine***

| **Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):** | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Rotation Left | 70 Degrees |
| • Active Rotation Right | 68 Degrees |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minutes. |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1 | Time Elapsed: 4 Minutes, Additional Detail: large red Swiss ball, Description: multi-direction ball on table, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes. |
| • Closed Kinetic Chain 2 | Time Elapsed: 3 Minutes, Description: forearm walk up wall, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minutes. |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 4 Minutes, Weight - Pounds: 4 Pounds, Repetitions: 10, Sets: 3, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Rope & Pulley Scap ABD | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes. |
| • Rope & Pulley Flexion | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes. |
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 30 Pounds, Additional Detail: 25 lbs. for the last set, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 30 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Flexibility(U. Quarter):** | |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes. |
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Trunk Rotation-Lower Portion | Time Elapsed: 2 Minutes, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 2 Minutes. |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Joint Segments: Vertebral:** | |
| • Lumbosacral Spine | Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Neuromuscular Reeducation | 97112 | 1 | 9 |
| • Therapeutic Activities | 97530 | 1 | 14 |
| • Therapeutic Procedure | 97110 | 2 | 22 |

## Assessment

The patient tolerated today's treatment intervention without complaints of pain or difficulty.

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program.

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Sep 30, 2020 13:57:54

Kaitlin O. Cordova, PT, PT(KY Lic: 007685)
Signed on Sep 30, 2020 11:54:58

| | | | | |
|---|---|---|---|---|
| KORT BEAUMONT PT<br>3070 Lakecrest Circle<br>Suite 700<br>Lexington, KY, USA, 40513<br>Phone: (859) 296-4080, Fax:<br>(859) 296-4182 | **Patient:** | **James Zoll** | | |
| | **Acct #:** | **036-430214787** | **Visit Date:** | **Oct 07, 2020** |
| | DOB: | | FSC: | BCBS |
| | Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY |
| | Prim Phy: | Chris Swayze | | |
| | Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| | Phy Fax: | (859) 263-0534 | Employer: | DND |
| | Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| | Inj. Date: | 10/3/2015 | Visits: | 32 |
| | Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

98.0 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 60%. (09/23/20). Physician Communication: Continue with one time per week frequency. 09/23/20: Reports that he consulted with Dr. Hackett. He recommended continued PT at a 1 time per week frequency, reducing to 1 time every other week. Reports L superior shoulder soreness with ER and elevation. Reports some neck stiffness as well.

  10/07/20: The patient reports experiencing tingling in the 4th and 5th digit of his L hand. He also reports that he experienced a muscle spasm (of the hypothenar muscles) that lasted several hours before relaxing.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

**Chief Complaint:**
- Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 141 | 154 |
| • Abduction | 142 | 153 |
| • External Rotation - 0 deg | 51 | 77 |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T12 | To T8 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Rotation Left | 70 Degrees |
| • Active Rotation Right | 68 Degrees |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minutes. |
| • Upper Body Ergometer | Time Elapsed: 4 Minutes, Direction: forward & backward, Speed (rpm): Self-Paced, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes. |

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Rope & Pulley Scap ABD | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes. |
| • Rope & Pulley Flexion | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes. |
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Sidelying Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

| | |
|---|---|
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Flexibility(U. Quarter):** | |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes. |
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Trunk Rotation-Lower Portion | Time Elapsed: 2 Minutes, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 2 Minutes. |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Joint Segments: Vertebral:** | |
| • Lumbosacral Spine | Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 14 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.

reported spasms and tingling in the L hypothenar area consistent with ulnar nerve irritation. Gripping activities for resistance training were not performed today.

## Plan

***Left Shoulder***

**Recommendations:**

- The patient plans to contact his hand physician. Resume PT activities as tolerated.

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Oct 07, 2020 20:47:44

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Oct 07, 2020 11:58:04

| | | | | | |
|---|---|---|---|---|---|
| KORT The Best In Rehab. | KORT BEAUMONT PT<br>3070 Lakecrest Circle<br>Suite 700<br>Lexington, KY, USA, 40513<br>Phone: (859) 296-4080, Fax: (859) 296-4182 | **Patient:**<br>**Acct #:**<br>DOB:<br>Clinician:<br>Prim Phy:<br>Phy Phone:<br>Phy Fax:<br>Sec Phy:<br>Inj. Date:<br>Surg. Date: | **James Zoll**<br>**036-430214787**<br><br>Tim Barnett, PT<br>Chris Swayze<br>(859) 263-0533<br>(859) 263-0534<br>Not Specified<br>10/3/2015<br>Not Specified | <br>**Visit Date:**<br>FSC:<br>Payor:<br><br>Insured:<br>Employer:<br>Case Mgr:<br>Visits:<br>Cxl/Ns: | <br>**Oct 14, 2020**<br>BCBS<br>ANTHEM KY<br><br>Not Specified<br>DND<br>Not Specified<br>33<br>0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

98.0 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 09/23/20: Reports that he consulted with Dr. Hackett. He recommended continued PT at a 1 time per week frequency, reducing to 1 time every other week. Reports L superior shoulder soreness with ER and elevation. Reports some neck stiffness as well.

  10/07/20: The patient reports experiencing tingling in the 4th and 5th digit of his L hand. He also reports that he experienced a muscle spasm (of the hypothenar muscles) that lasted several hours before relaxing.

  10/14/20: Reports some improvements in L hand symptoms. Will consult with a neurologist (Dr. Knox) in November.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 90%.

**Chief Complaint:**
- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 141 | 154 |
| • Abduction | 142 | 153 |
| • External Rotation - 0 deg | 51 | 77 |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T12 | To T8 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Rotation Left | 70 Degrees |
| • Active Rotation Right | 68 Degrees |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minutes. |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes. |

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Rope & Pulley Scap ABD | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes. |
| • Rope & Pulley Flexion | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes. |
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Sidelying Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes. |

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Trunk Rotation-Lower Portion(This visit) | Did Not Perform: This visit |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Manual Interventions: Joint Segments: Vertebral:**

| | |
|---|---|
| • Lumbosacral Spine | Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Neuromuscular Reeducation | 97112 | 1 | 8 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.
Significant improvements (subjective 90%) in lumbar symptoms. Improving L shoulder symptoms: ER and IR remain most limited.

## Plan

***Left Shoulder***

**Recommendations:**

- Focus HEP on restoration of L shoulder ER and IR (AAROM with a cane) and scapular retraction.

T Barnett PT

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Oct 14, 2020 12:26:45

| | | | | | |
|---|---|---|---|---|---|
| KORT BEAUMONT PT<br>3070 Lakecrest Circle<br>Suite 700<br>Lexington, KY, USA, 40513<br>Phone: (859) 296-4080, Fax: (859) 296-4182 | **Patient:** | **James Zoll** | | | |
| | **Acct #:** | **036-430214787** | | **Visit Date:** | **Oct 21, 2020** |
| | DOB: | | | FSC: | BCBS |
| | Clinician: | Tim Barnett, PT | | Payor: | ANTHEM KY |
| | Prim Phy: | Chris Swayze | | | |
| | Phy Phone: | (859) 263-0533 | | Insured: | Not Specified |
| | Phy Fax: | (859) 263-0534 | | Employer: | DND |
| | Sec Phy: | Not Specified | | Case Mgr: | Not Specified |
| | Inj. Date: | 10/3/2015 | | Visits: | 34 |
| | Surg. Date: | Not Specified | | Cxl/Ns: | 0 |

The Best In Rehab.

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

98.0 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 09/23/20: Reports that he consulted with Dr. Hackett. He recommended continued PT at a 1 time per week frequency, reducing to 1 time every other week. Reports L superior shoulder soreness with ER and elevation. Reports some neck stiffness as well.

  10/07/20: The patient reports experiencing tingling in the 4th and 5th digit of his L hand. He also reports that he experienced a muscle spasm (of the hypothenar muscles) that lasted several hours before relaxing.

  10/14/20: Reports some improvements in L hand symptoms. Will consult with a neurologist (Dr. Knox) in November.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 90%.

**Chief Complaint:**

- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM |
|---|---|---|
| • Flexion | 141 | 154 |
| • Abduction | 142 | 153 |
| • External Rotation - 0 deg | 51 | 77 |

| Functional Tests: Movement: Apley's Scratch Test: | Left | Right |
|---|---|---|
| • IR - Combined | To T12 | To T8 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Rotation Left | 70 Degrees |
| • Active Rotation Right | 68 Degrees |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minutes. |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes. |

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Rope & Pulley Scap ABD | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes. |
| • Rope & Pulley Flexion | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes. |
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Sidelying Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit
- Stabilization Training 2(This visit) — Did Not Perform: This visit
- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes.

**Exercise Activities: Stabilization Training: Supine Position:**

- Trunk Rotation-Lower Portion(This visit) — Did Not Perform: This visit
- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine — Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Neuromuscular Reeducation | 97112 | 1 | 8 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

The patient tolerated today's treatment intervention with mild complaints of pain.
Improved passive L shoulder ER and IR.

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program.

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Oct 21, 2020 12:03:55

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax:
(859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Oct 29, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 35 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

98.0 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 09/23/20: Reports that he consulted with Dr. Hackett. He recommended continued PT at a 1 time per week frequency, reducing to 1 time every other week. Reports L superior shoulder soreness with ER and elevation. Reports some neck stiffness as well.

  10/07/20: The patient reports experiencing tingling in the 4th and 5th digit of his L hand. He also reports that he experienced a muscle spasm (of the hypothenar muscles) that lasted several hours before relaxing.

  10/14/20: Reports some improvements in L hand symptoms. Will consult with a neurologist (Dr. Knox) in November.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 90%.

**Chief Complaint:**

- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Previous Sep 23, 2020 | | | | Current Oct 29, 2020 | | | | Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L. Act. | L. Pas. | R. Act. | R. Pas. | L. Act. | L. Pas. | R. Act. | R. Pas. | L. Act. | Pas. | R. Act. | Pas. |
| • Flexion | 141 | | 154 | | 138 | | 152 | | -3 | | -2 | |
| • Abduction | 142 | | 153 | | 145 | | 152 | | 3 | | -1 | |
| • External Rotation - 0 deg | 51 | | 77 | | 55 | | 78 | | 4 | | 1 | |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T11 | To T8 |

**Muscle Testing: Upper Extremity MMT:**

| | Current Oct 29, 2020 Left | Current Oct 29, 2020 Right |
|---|---|---|
| • Shoulder Abduction: | 4/5 | +4/5 |
| • Shoulder Flexion: | 4/5 | +4/5 |
| • Shoulder External Rotation: | -4/5 | +4/5 |
| • Shoulder Internal Rotation: | 4/5 | +4/5 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

- Rotation Left 75%
- Rotation Right 75%

**Functional Tests: Balance: Balance:**

- Left Leg, Eyes Open, Firm Average
- Right Leg, Eyes Open, Firm Average

**Functional Tests:**

- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

- Active Rotation Left 70 Degrees
- Active Rotation Right 68 Degrees

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

- Glenohumeral Joint — Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes.

**Exercise Activities: Aerobic Conditioning:**

- Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minutes.

**Exercise Activities: Dynamic Training: C-K-C Activity:**

- Closed Kinetic Chain 4 — Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minutes.

**Exercise Activities: Stabilization Training: Standing Position:**

- Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes.
- Stabilization Training 2 — Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes.

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

- Rope & Pulley Scap ABD — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes.
- Rope & Pulley Flexion — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes.
- T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**

- Pull Downs: Sym. Bilateral — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minutes.

| | |
|---|---|
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes. |

**Exercise Activities: Stabilization Training: Sidelying Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Weight - Pounds: 0 Pounds, Repetitions: 10, Sets: 3, Additional Detail: side-lying ER, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes. |

**Manual Interventions: Joint Segments: Vertebral:**

| | |
|---|---|
| • Lumbosacral Spine | Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Neuromuscular Reeducation | 97112 | 1 | 14 |
| • Reevaluation | 97164 | 1 | n/a |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

**Recommendations:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Oct 21, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #2***

**Range of Motion: Shoulder: Pre-Treatment.**

*LTG Achieve by Nov 26, 2020. Progress: Good progress.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 150 |
| • Abduction | 150 |
| • External Rotation - 0 deg | 60 |

***Problem #3***

**Muscle Testing: Upper Extremity MMT.**

*LTG Achieve by Nov 26, 2020.*

| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** |
|---|---|
| • Shoulder Abduction: | +4/5 |
| • Shoulder Flexion: | +4/5 |
| • Shoulder External Rotation: | +4/5 |
| • Shoulder Internal Rotation: | +4/5 |

## Plan

***Left Shoulder***

**Therapeutic Contents:**

- Aerobic Conditioning: Recumbent Stepper. Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 1 visit a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

T B PT

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Oct 29, 2020 13:08:16

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax:
(859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Oct 29, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 35 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## Subjective Examination

***Left Shoulder***

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Oct 21, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #2***

| **Range of Motion: Shoulder: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Abduction | 145 | 152 |
| • External Rotation - 0 deg | 55 | 78 |
| • Flexion | 138 | 152 |

*LTG Achieve by Nov 26, 2020. Progress: Good progress.*

| **Range of Motion Improvements to: Shoulder:** | **Left AROM** |
|---|---|
| • Flexion | 150 |
| • Abduction | 150 |
| • External Rotation - 0 deg | 60 |

***Problem #3***

| **Muscle Testing: Upper Extremity MMT.** | **Left** | **Right** |
|---|---|---|
| • Shoulder Abduction: | 4/5 | +4/5 |
| • Shoulder External Rotation: | -4/5 | +4/5 |
| • Shoulder Flexion: | 4/5 | +4/5 |
| • Shoulder Internal Rotation: | 4/5 | +4/5 |

*LTG Achieve by Nov 26, 2020.*

| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** |
|---|---|
| • Shoulder Abduction: | +4/5 |
| • Shoulder Flexion: | +4/5 |
| • Shoulder External Rotation: | +4/5 |

- Shoulder Internal Rotation: +4/5

## Plan

***Left Shoulder***

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 1 visit a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Aerobic Conditioning: Recumbent Stepper. Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

T Batt PT

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Oct 29, 2020 13:08:16

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

| **Chris Swayze** | **Date** | **Print Name and Credentials** |
|---|---|---|

**Patient: James Zoll** **DOB:**

**Facility Fax: (859) 296-4182**

| | | | | | |
|---|---|---|---|---|---|
| KORT BEAUMONT PT<br>3070 Lakecrest Circle<br>Suite 700<br>Lexington, KY, USA, 40513<br>Phone: (859) 296-4080, Fax: (859) 296-4182 | **Patient:** | **James Zoll** | | | |
| | **Acct #:** | **036-430214787** | **Visit Date:** | **Nov 04, 2020** | |
| | DOB: | | FSC: | BCBS | |
| | Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY | |
| | Prim Phy: | Chris Swayze | | | |
| | Phy Phone: | (859) 263-0533 | Insured: | Not Specified | |
| | Phy Fax: | (859) 263-0534 | Employer: | DND | |
| | Sec Phy: | Not Specified | Case Mgr: | Not Specified | |
| | Inj. Date: | 10/3/2015 | Visits: | 36 | |
| | Surg. Date: | Not Specified | Cxl/Ns: | 0 | |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

98.0 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 09/23/20: Reports that he consulted with Dr. Hackett. He recommended continued PT at a 1 time per week frequency, reducing to 1 time every other week. Reports L superior shoulder soreness with ER and elevation. Reports some neck stiffness as well.

  10/07/20: The patient reports experiencing tingling in the 4th and 5th digit of his L hand. He also reports that he experienced a muscle spasm (of the hypothenar muscles) that lasted several hours before relaxing.

  10/14/20: Reports some improvements in L hand symptoms. Will consult with a neurologist (Dr. Knox) in November.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 90%.

**Chief Complaint:**
- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 138 | 152 |
| • Abduction | 145 | 152 |
| • External Rotation - 0 deg | 55 | 78 |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T11 | To T8 |

| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Shoulder Abduction: | 4/5 | +4/5 |
| • Shoulder Flexion: | 4/5 | +4/5 |
| • Shoulder External Rotation: | -4/5 | +4/5 |
| • Shoulder Internal Rotation: | 4/5 | +4/5 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Rotation Left | 70 Degrees |
| • Active Rotation Right | 68 Degrees |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 8 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 4 | Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Rope & Pulley Scap ABD | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Rope & Pulley Flexion | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 2 Minutes. |
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Stabilization Training: Sidelying Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Weight - Pounds: 0 Pounds, Repetitions: 10, Sets: 3, Additional Detail: side-lying ER, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

**Manual Interventions: Joint Segments: Vertebral:**

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 8 |
| • Neuromuscular Reeducation | 97112 | 1 | 14 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Nov 04, 2020 15:45:02

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Nov 04, 2020 15:43:43

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Nov 11, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 37 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

98.0 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 09/23/20: Reports that he consulted with Dr. Hackett. He recommended continued PT at a 1 time per week frequency, reducing to 1 time every other week. Reports L superior shoulder soreness with ER and elevation. Reports some neck stiffness as well.

  10/07/20: The patient reports experiencing tingling in the 4th and 5th digit of his L hand. He also reports that he experienced a muscle spasm (of the hypothenar muscles) that lasted several hours before relaxing.

  10/14/20: Reports some improvements in L hand symptoms. Will consult with a neurologist (Dr. Knox) in November.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 90%.

**Chief Complaint:**

- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 138 | 152 |
| • Abduction | 145 | 152 |
| • External Rotation - 0 deg | 55 | 78 |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T11 | To T8 |

| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Shoulder Abduction: | 4/5 | +4/5 |
| • Shoulder Flexion: | 4/5 | +4/5 |
| • Shoulder External Rotation: | -4/5 | +4/5 |
| • Shoulder Internal Rotation: | 4/5 | +4/5 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

- Rotation Left 75%
- Rotation Right 75%

**Functional Tests: Balance: Balance:**

- Left Leg, Eyes Open, Firm Average
- Right Leg, Eyes Open, Firm Average

**Functional Tests:**

- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

- Active Rotation Left 70 Degrees
- Active Rotation Right 68 Degrees

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

- Glenohumeral Joint — Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes.

**Exercise Activities: Aerobic Conditioning:**

- Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minutes.

**Exercise Activities: Dynamic Training: C-K-C Activity:**

- Closed Kinetic Chain 4 — Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minutes.

**Exercise Activities: Stabilization Training: Standing Position:**

- Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes.
- Stabilization Training 2 — Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes.

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

- Rope & Pulley Scap ABD — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes.
- Rope & Pulley Flexion — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes.
- T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**

- Pull Downs: Sym. Bilateral — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minutes.
- Machines/Free Weights 1 — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes.

**Exercise Activities: Stabilization Training: Sidelying Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Weight - Pounds: 0 Pounds, Repetitions: 10, Sets: 3, Additional Detail: side-lying ER, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes. |

**Manual Interventions: Joint Segments: Vertebral:**

| | |
|---|---|
| • Lumbosacral Spine | Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Neuromuscular Reeducation | 97112 | 1 | 14 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

The patient tolerated today's treatment intervention with mild complaints of pain.

**Signs/Symptoms:**

- Intermittent L hand dystonia.

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program.  Re-measure L shoulder ROM.

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Nov 11, 2020 11:07:31

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Nov 11, 2020 10:58:28

| | | | | | |
|---|---|---|---|---|---|
| KORT BEAUMONT PT | **Patient:** | **James Zoll** | | | |
| 3070 Lakecrest Circle | **Acct #:** | **036-430214787** | | **Visit Date:** | **Nov 17, 2020** |
| Suite 700 | DOB: | | | FSC: | BCBS |
| Lexington, KY, USA, 40513 | Clinician: | Tim Barnett, PT | | Payor: | ANTHEM KY |
| Phone: (859) 296-4080, Fax: | Prim Phy: | Chris Swayze | | | |
| (859) 296-4182 | Phy Phone: | (859) 263-0533 | | Insured: | Not Specified |
| | Phy Fax: | (859) 263-0534 | | Employer: | DND |
| | Sec Phy: | Not Specified | | Case Mgr: | Not Specified |
| | Inj. Date: | 10/3/2015 | | Visits: | 38 |
| | Surg. Date: | Not Specified | | Cxl/Ns: | 0 |

KORT
The Best In Rehab.

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

98.0 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 09/23/20: Reports that he consulted with Dr. Hackett. He recommended continued PT at a 1 time per week frequency, reducing to 1 time every other week. Reports L superior shoulder soreness with ER and elevation. Reports some neck stiffness as well.

  10/07/20: The patient reports experiencing tingling in the 4th and 5th digit of his L hand. He also reports that he experienced a muscle spasm (of the hypothenar muscles) that lasted several hours before relaxing.

  10/14/20: Reports some improvements in L hand symptoms. Will consult with a neurologist (Dr. Knox) in November.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 90%.

**Chief Complaint:**
- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 138 | 152 |
| • Abduction | 145 | 152 |
| • External Rotation - 0 deg | 55 | 78 |
| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
| • IR - Combined | To T11 | To T8 |

| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Shoulder Abduction: | 4/5 | +4/5 |
| • Shoulder Flexion: | 4/5 | +4/5 |
| • Shoulder External Rotation: | -4/5 | +4/5 |
| • Shoulder Internal Rotation: | 4/5 | +4/5 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**
- Rotation Left 75%
- Rotation Right 75%

**Functional Tests: Balance: Balance:**
- Left Leg, Eyes Open, Firm Average
- Right Leg, Eyes Open, Firm Average

**Functional Tests:**
- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**
- Active Rotation Left 70 Degrees
- Active Rotation Right 68 Degrees

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint — Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes.

**Exercise Activities: Aerobic Conditioning:**
- Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minutes.

**Exercise Activities: Dynamic Training: C-K-C Activity:**
- Closed Kinetic Chain 4 — Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minutes.

**Exercise Activities: Stabilization Training: Standing Position:**
- Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes.
- Stabilization Training 2 — Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes.

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**
- Rope & Pulley Scap ABD — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes.
- Rope & Pulley Flexion — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes.
- T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**
- Pull Downs: Sym. Bilateral — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minutes.
- Machines/Free Weights 1 — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes.

**Exercise Activities: Stabilization Training: Sidelying Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Weight - Pounds: 0 Pounds, Repetitions: 10, Sets: 3, Additional Detail: side-lying ER, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minutes. |

**Modalities:**

| | |
|---|---|
| • Cryotherapy | Time Elapsed: 10 Minutes, Location: L shoulder, Clinical Use: Post Activity, Charge As: No Charge, Performed by: Tim Barnett, PT, 10 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes. |

**Manual Interventions: Joint Segments: Vertebral:**

| | |
|---|---|
| • Lumbosacral Spine | Time Elapsed: 6 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 6 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 14 |
| • Neuromuscular Reeducation | 97112 | 1 | 14 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

The patient tolerated today's treatment intervention with mild complaints of pain.

## Plan

***Left Shoulder***

**Recommendations:**

- Decrease Frequency of Rehabilitation to: one session every other week. Continue with HEP.

T. B PT

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Nov 17, 2020 11:43:42

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Nov 24, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 39 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

98.0 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 11/24/20: Reports that he consulted he did have an EMG/NCV yesterday: mild ulnar nerve slowing, carpal tunnel syndrome as well. Reports overall condition (L shoulder). Will follow up with Dr. Knox next month.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 90%.

**Chief Complaint:**
- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 138 | 152 |
| • Abduction | 145 | 152 |
| • External Rotation - 0 deg | 55 | 78 |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T11 | To T8 |

| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Shoulder Abduction: | 4/5 | +4/5 |
| • Shoulder Flexion: | 4/5 | +4/5 |
| • Shoulder External Rotation: | -4/5 | +4/5 |
| • Shoulder Internal Rotation: | 4/5 | +4/5 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Rotation Left | 70 Degrees |
| • Active Rotation Right | 68 Degrees |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 4 | Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minutes. |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes. |

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Rope & Pulley Scap ABD | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes. |
| • Rope & Pulley Flexion | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes. |
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes. |

**Exercise Activities: Stabilization Training: Sidelying Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Weight - Pounds: 0 Pounds, Repetitions: 10, Sets: 3, Additional Detail: side-lying ER, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minutes. |

**Modalities:**

| | |
|---|---|
| • Cryotherapy(This visit) | Did Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes.

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine — Time Elapsed: 6 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 6 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 14 |
| • Neuromuscular Reeducation | 97112 | 1 | 14 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.

## Plan

***Left Shoulder***

Reduce frequency as recommended by his physician at this stage to 1 session every 2 weeks.

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Nov 24, 2020 14:02:50

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Dec 08, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 40 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

98.0 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree. Pain: Severity: Current: 3/10.
- Pain: Severity at Worst: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 11/24/20: Reports that he consulted he did have an EMG/NCV yesterday: mild ulnar nerve slowing, carpal tunnel syndrome as well. Reports overall condition (L shoulder). Will follow up with Dr. Knox next month.

  12/08/20: Reports a decrease in L shoulder pain and lumbar pain. Does report some continued intermittent tingling in his L hand and LLE.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 90%.

**Chief Complaint:**
- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week.

## Objective Examination

***Left Shoulder***

**Range of Motion: Shoulder: Pre-Treatment:**

| | Previous Oct 29, 2020 | | | | Current Dec 08, 2020 | | | | Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L. Act. | L. Pas. | R. Act. | R. Pas. | L. Act. | L. Pas. | R. Act. | R. Pas. | L. Act. | Pas. | R. Act. | Pas. |
| • Flexion | 138 | | 152 | | 147 | | a 152 | | 9 | | | |
| • Abduction | 145 | | 152 | | 153 | | a 152 | | 8 | | | |
| • External Rotation - 0 deg | 55 | | 78 | | 61 | | a 78 | | 6 | | | |

a Measured On Oct 29, 2020

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T11 | To T8 |

| **Muscle Testing: Upper Extremity MMT:** | **Previous Oct 29, 2020** | | **Current Dec 08, 2020** | |
|---|---|---|---|---|
| | **Left** | **Right** | **Left** | **Right** |
| • Shoulder Abduction: | 4/5 | +4/5 | [a] 4/5 | [a] +4/5 |
| • Shoulder Flexion: | 4/5 | +4/5 | [a] 4/5 | [a] +4/5 |
| • Shoulder External Rotation: | -4/5 | +4/5 | [a] -4/5 | [a] +4/5 |
| • Shoulder Internal Rotation: | 4/5 | +4/5 | [a] 4/5 | [a] +4/5 |

a Measured On Oct 29, 2020

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

- Rotation Left 75%
- Rotation Right 75%

**Functional Tests: Balance: Balance:**

- Left Leg, Eyes Open, Firm Average
- Right Leg, Eyes Open, Firm Average

**Functional Tests:**

- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

- Active Rotation Left 70 Degrees
- Active Rotation Right 68 Degrees

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

- Glenohumeral Joint — Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes.

**Exercise Activities: Aerobic Conditioning:**

- Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minutes.

**Exercise Activities: Dynamic Training: C-K-C Activity:**

- Closed Kinetic Chain 4 — Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minutes.

**Exercise Activities: Stabilization Training: Standing Position:**

- Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes.
- Stabilization Training 2 — Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes.

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

- Rope & Pulley Scap ABD — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes.
- Rope & Pulley Flexion — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes.
- T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**

- Pull Downs: Sym. Bilateral — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minutes.
- Machines/Free Weights 1 — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes.

**Exercise Activities: Stabilization Training: Sidelying Position:**

- Stabilization Training 1 — Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes.
- Stabilization Training 2 — Time Elapsed: 3 Minutes, Weight - Pounds: 0 Pounds, Repetitions: 10, Sets: 3, Additional Detail: side-lying ER, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minutes.

**Modalities:**

- Cryotherapy(This visit) — Did Not Perform: This visit

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes.

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine — Time Elapsed: 6 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 6 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 14 |
| • Neuromuscular Reeducation | 97112 | 1 | 14 |
| • Reevaluation | 97164 | 1 | n/a |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

**Recommendations:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

James continues to demonstrate improvements in L shoulder AROM and strength. L shoulder ER and IR remains somewhat restricted, but overall activity tolerance has improved.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Range of Motion: Shoulder: Pre-Treatment.**

*Goal Achieved Dec 08, 2020.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 150 |
| • Abduction | 150 |
| • External Rotation - 0 deg | 60 |

***Problem #2***

**Muscle Testing: Upper Extremity MMT.**

*LTG Achieve by Nov 26, 2020.*

| Musculoskeletal Improvements In: Upper Extremity Strength to: | Left |
|---|---|
| • Shoulder Abduction: | +4/5 |
| • Shoulder Flexion: | +4/5 |
| • Shoulder External Rotation: | +4/5 |
| • Shoulder Internal Rotation: | +4/5 |

***Problem #3***

**Chief Complaint: Pain: Severity at Worst: 3/10.**

*Goal Achieved Dec 08, 2020. pain does continue to fluctuate some*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

## Plan

***Left Shoulder***

**Therapeutic Contents:**

- Upper Body Ergometer. Recumbent Stepper.

**Amount, Frequency and Duration:**

- 1 visit every 2 weeks. The patient is approaching a point where independent management with continuation of HEP will be appropriate.

**Refer Client to:**

- Physician for Re-Check.

**Therapeutic Contents:**

- Home Exercise Program. Joint Mobilization Techniques. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Dec 08, 2020 13:33:00

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Dec 08, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 40 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## Subjective Examination

***Left Shoulder***

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

James continues to demonstrate improvements in L shoulder AROM and strength. L shoulder ER and IR remains somewhat restricted, but overall activity tolerance has improved.

**Recommendations:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

## Problems & Goals

***Left Shoulder***

***Problem #1***

| **Range of Motion: Shoulder: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Abduction | 153 | 152 |
| • External Rotation - 0 deg | 61 | 78 |
| • Flexion | 147 | 152 |

*Goal Achieved Dec 08, 2020.*

| **Range of Motion Improvements to: Shoulder:** | **Left AROM** |
|---|---|
| • Flexion | 150 |
| • Abduction | 150 |
| • External Rotation - 0 deg | 60 |

***Problem #2***

| **Muscle Testing: Upper Extremity MMT.** | **Left** | **Right** |
|---|---|---|
| • Shoulder Abduction: | 4/5 | +4/5 |
| • Shoulder External Rotation: | -4/5 | +4/5 |
| • Shoulder Flexion: | 4/5 | +4/5 |
| • Shoulder Internal Rotation: | 4/5 | +4/5 |

*LTG Achieve by Nov 26, 2020.*

| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** |
|---|---|
| • Shoulder Abduction: | +4/5 |
| • Shoulder Flexion: | +4/5 |
| • Shoulder External Rotation: | +4/5 |
| • Shoulder Internal Rotation: | +4/5 |

***Problem #3***

**Chief Complaint: Pain: Severity at Worst: 3/10.**

*Goal Achieved Dec 08, 2020. pain does continue to fluctuate some*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

## Plan

***Left Shoulder***

**Amount, Frequency and Duration:**

- 1 visit every 2 weeks. The patient is approaching a point where independent management with continuation of HEP will be appropriate.

**Refer Client to:**

- Physician for Re-Check.

**Therapeutic Contents:**

- Upper Body Ergometer. Recumbent Stepper.
- Home Exercise Program. Joint Mobilization Techniques. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

T B PT

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Dec 08, 2020 13:33:00

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

| **Chris Swayze** | **Date** | **Print Name and Credentials** |
|---|---|---|

**Patient: James Zoll** **DOB:**
**Facility Fax:** **(859) 296-4182**

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Dec 21, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 41 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

98.0 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree. Pain: Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 11/24/20: Reports that he consulted he did have an EMG/NCV yesterday: mild ulnar nerve slowing, carpal tunnel syndrome as well. Reports overall condition (L shoulder). Will follow up with Dr. Knox next month.

  12/08/20: Reports a decrease in L shoulder pain and lumbar pain. Does report some continued intermittent tingling in his L hand and LLE.

  12/21/20: Reports that he did receive an injection into his R shoulder on Dec. 16, 2020. Initially felt some relief, but not sure overall if he has benefited from the injection.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 90%.

**Chief Complaint:**
- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week.

## Objective Examination

***Left Shoulder***

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T11 | To T8 |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Shoulder Abduction: | 4/5 | +4/5 |
| • Shoulder Flexion: | 4/5 | +4/5 |
| • Shoulder External Rotation: | -4/5 | +4/5 |

| | | |
|---|---|---|
| • Shoulder Internal Rotation: | 4/5 | +4/5 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Rotation Left | 70 Degrees |
| • Active Rotation Right | 68 Degrees |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minute s. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minute s. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 4 | Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minute s. |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minute s. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minute s. |

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Rope & Pulley Scap ABD | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minute s. |
| • Rope & Pulley Flexion | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minute s. |
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minute s. |

| | |
|---|---|
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minute s. |

**Exercise Activities: Stabilization Training: Sidelying Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minute s. |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Weight - Pounds: 0 Pounds, Repetitions: 10, Sets: 3, Additional Detail: side-lying ER, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minute s. |

**Modalities:**

| | |
|---|---|
| • Cryotherapy(This visit) | Did Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minute s. |

**Manual Interventions: Joint Segments: Vertebral:**

| | |
|---|---|
| • Lumbosacral Spine | Time Elapsed: 6 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 6 Minute s. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 14 |
| • Neuromuscular Reeducation | 97112 | 1 | 14 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

Improved PROM of the L shoulder. No pain.

## Plan

***Left Shoulder***

Continue visit every 2 weeks.

T B PT

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Dec 21, 2020 14:23:36

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jan 05, 2021** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 42 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

96.9 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree. Pain: Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 11/24/20: Reports that he consulted he did have an EMG/NCV yesterday: mild ulnar nerve slowing, carpal tunnel syndrome as well. Reports overall condition (L shoulder). Will follow up with Dr. Knox next month.

  12/08/20: Reports a decrease in L shoulder pain and lumbar pain. Does report some continued intermittent tingling in his L hand and LLE.

  12/21/20: Reports that he did receive an injection into his R shoulder on Dec. 16, 2020. Initially felt some relief, but not sure overall if he has benefited from the injection.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 90%.

**Chief Complaint:**
- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week.

## Objective Examination

***Left Shoulder***

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T11 | To T8 |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Shoulder Abduction: | +4/5 | +4/5 |
| • Shoulder Flexion: | 4/5 | +4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 |

| | | |
|---|---|---|
| • Shoulder Internal Rotation: | 5/5 | +4/5 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Rotation Left | 70 Degrees |
| • Active Rotation Right | 68 Degrees |

| Clearing Examination: Shoulder: Musculoskeletal: Range of Motion: | Left AROM | Right AROM |
|---|---|---|
| • Flexion | 154 | 161 |
| • Abduction | 155 | 162 |
| • External Rotation - 0 deg | 62 | 78 |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minute s. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minute s. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 4 | Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minute s. |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minute s. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minute s. |

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Rope & Pulley Scap ABD | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minute s. |
| • Rope & Pulley Flexion | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minute s. |
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

- Pull Downs: Sym. Bilateral — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minutes.
- Machines/Free Weights 1 — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes.

**Exercise Activities: Stabilization Training: Sidelying Position:**

- Stabilization Training 1 — Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes.
- Stabilization Training 2 — Time Elapsed: 3 Minutes, Weight - Pounds: 0 Pounds, Repetitions: 10, Sets: 3, Additional Detail: side-lying ER, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minutes.

***Spine***

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes.

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine — Time Elapsed: 6 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 6 Minutes.

### Documented Procedural Code Summary:

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 14 |
| • Neuromuscular Reeducation | 97112 | 1 | 14 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

Continued improvements in L shoulder AROM and in LUE strength. L shoulder ER remains most limited.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Muscle Testing: Upper Extremity MMT.**

*LTG Achieve by Feb 02, 2021. Progress: Good progress.*

| Musculoskeletal Improvements In: Upper Extremity Strength to: | Left |
|---|---|
| • Shoulder Abduction: | +4/5 |
| • Shoulder Flexion: | +4/5 |
| • Shoulder External Rotation: | +4/5 |
| • Shoulder Internal Rotation: | +4/5 |

***Spine***

***Problem #2***

**Clearing Examination: Shoulder: Musculoskeletal: Range of Motion.**

*LTG Achieve by Feb 02, 2021.*

| Range of Motion Improvements to: Shoulder/Elbow/Wrist: | Left AROM |
|---|---|
| • External Rotation - 0 deg | 70 |

## Plan

***Left Shoulder***

Continue at 1 visit every 2 weeks. Continue with HEP.

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Jan 05, 2021 11:38:09

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jan 19, 2021** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 42 |
| Surg. Date: | Not Specified | Cxl/Ns: | 1 |

# Cancel/No Show *Patient cancelled appointment*

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Cancel Reasoning:**

- Illness.

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Jan 19, 2021 10:31:03

| | | | | | |
|---|---|---|---|---|---|
| KORT The Best In Rehab. | KORT BEAUMONT PT<br>3070 Lakecrest Circle<br>Suite 700<br>Lexington, KY, USA, 40513<br>Phone: (859) 296-4080, Fax: (859) 296-4182 | **Patient:**<br>**Acct #:**<br>DOB:<br>Clinician:<br>Prim Phy:<br>Phy Phone:<br>Phy Fax:<br>Sec Phy:<br>Inj. Date:<br>Surg. Date: | **James Zoll**<br>**036-430214787**<br><br>Tim Barnett, PT<br>Chris Swayze<br>(859) 263-0533<br>(859) 263-0534<br>Not Specified<br>10/3/2015<br>Not Specified | **Visit Date:**<br>FSC:<br>Payor:<br><br>Insured:<br>Employer:<br>Case Mgr:<br>Visits:<br>Cxl/Ns: | **Feb 01, 2021**<br>BCBS<br>ANTHEM KY<br><br>Not Specified<br>DND<br>Not Specified<br>43<br>1 |

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

96.9 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree. Pain: Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 11/24/20: Reports that he consulted he did have an EMG/NCV yesterday: mild ulnar nerve slowing, carpal tunnel syndrome as well. Reports overall condition (L shoulder). Will follow up with Dr. Knox next month.

  12/08/20: Reports a decrease in L shoulder pain and lumbar pain. Does report some continued intermittent tingling in his L hand and LLE.

  12/21/20: Reports that he did receive an injection into his R shoulder on Dec. 16, 2020. Initially felt some relief, but not sure overall if he has benefited from the injection.
  02/01/21: Reports his shoulder is about the same.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 90%.

**Chief Complaint:**

- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week.

## Objective Examination

***Left Shoulder***

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T11 | To T8 |

| **Muscle Testing: Upper Extremity MMT:** | **Previous Dec 08, 2020 Left** | **Previous Dec 08, 2020 Right** | **Current Feb 01, 2021 Left** | **Current Feb 01, 2021 Right** | **Change Left** | **Change Right** |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| • Shoulder Abduction: | 4/5 | +4/5 | [b] +4/5 | [a] +4/5 | Inc'd |
| • Shoulder Flexion: | 4/5 | +4/5 | +4/5 | [a] +4/5 | Inc'd |
| • Shoulder External Rotation: | -4/5 | +4/5 | [b] 4/5 | [a] +4/5 | Inc'd |
| • Shoulder Internal Rotation: | 4/5 | +4/5 | [b] 5/5 | [a] +4/5 | Inc'd |

a Measured On Oct 29, 2020 b Measured On Jan 05, 2021

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

- Rotation Left 75%
- Rotation Right 75%

**Functional Tests: Balance: Balance:**

- Left Leg, Eyes Open, Firm Average
- Right Leg, Eyes Open, Firm Average

**Functional Tests:**

- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

- Active Rotation Left 70 Degrees
- Active Rotation Right 68 Degrees

**Clearing Examination: Shoulder: Musculoskeletal: Range of Motion:**

| | Current Feb 01, 2021 L. Act. | L. Pas. | R. Act. | R. Pas. |
|---|---|---|---|---|
| • Flexion | 142 | | [a] 161 | |
| • Abduction | 145 | | [a] 162 | |
| • External Rotation - 0 deg | [a] 62 | | [a] 78 | |

a Measured On Jan 05, 2021

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

- Glenohumeral Joint — Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minute s.

**Exercise Activities: Aerobic Conditioning:**

- Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minute s.

**Exercise Activities: Dynamic Training: C-K-C Activity:**

- Closed Kinetic Chain 4 — Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minute s.

**Exercise Activities: Stabilization Training: Standing Position:**

- Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minute s.
- Stabilization Training 2 — Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minute s.

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

- Rope & Pulley Scap ABD — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minute s.

| | |
|---|---|
| • Rope & Pulley Flexion | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minute s. |
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minute s. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minute s. |

**Exercise Activities: Stabilization Training: Sidelying Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minute s. |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Weight - Pounds: 0 Pounds, Repetitions: 10, Sets: 3, Additional Detail: side-lying ER, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minute s. |

***Spine***

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minute s. |

**Manual Interventions: Joint Segments: Vertebral:**

| | |
|---|---|
| • Lumbosacral Spine(This visit) | Did Not Perform: This visit |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 8 |
| • Neuromuscular Reeducation | 97112 | 1 | 14 |
| • Reevaluation | 97164 | 1 | n/a |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

**Recommendations:**

- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Muscle Testing: Upper Extremity MMT.**

*LTG Achieve by Mar 01, 2021. Progress: Good progress.*

| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** |
|---|---|
| • Shoulder Abduction: | +4/5 |
| • Shoulder Flexion: | +4/5 |
| • Shoulder External Rotation: | +4/5 |
| • Shoulder Internal Rotation: | +4/5 |

***Spine***

***Problem #2***

**Clearing Examination: Shoulder: Musculoskeletal: Range of Motion.**

*LTG Achieve by Feb 02, 2021.*

| Range of Motion Improvements to: Shoulder/Elbow/Wrist: | Left AROM |
|---|---|
| • External Rotation - 0 deg | 70 |

## Plan

***Left Shoulder***

**Therapeutic Contents:**

- Aerobic Conditioning: Recumbent Stepper. Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

Today's visit was designed to instruct the patient in the independent performance of a home program that addresses the problems outlined above. Additional visits, for assessment and progression will be required as needed.

**Amount, Frequency and Duration:**

- One visit every 2 weeks.

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Feb 01, 2021 17:09:41

| | | | |
|---|---|---|---|
| KORT BEAUMONT PT<br>3070 Lakecrest Circle<br>Suite 700<br>Lexington, KY, USA, 40513<br>Phone: (859) 296-4080, Fax:<br>(859) 296-4182 | **Patient:** **James Zoll**<br>**Acct #:** **036-430214787**<br>DOB:<br>Clinician: Tim Barnett, PT<br>Prim Phy: Chris Swayze<br>Phy Phone: (859) 263-0533<br>Phy Fax: (859) 263-0534<br>Sec Phy: Not Specified<br>Inj. Date: 10/3/2015<br>Surg. Date: Not Specified | **Visit Date:** **Feb 01, 2021**<br>FSC: BCBS<br>Payor: ANTHEM KY<br><br>Insured: Not Specified<br>Employer: DND<br>Case Mgr: Not Specified<br>Visits: 43<br>Cxl/Ns: 1 | |

KORT
The Best In Rehab.

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## Subjective Examination

***Left Shoulder***

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations:**

- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

***Left Shoulder***

***Problem #1***

| **Muscle Testing: Upper Extremity MMT.** | **Left** | **Right** |
|---|---|---|
| • Shoulder Abduction: | +4/5 | +4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 |
| • Shoulder Flexion: | +4/5 | +4/5 |
| • Shoulder Internal Rotation: | 5/5 | +4/5 |

*LTG Achieve by Mar 01, 2021. Progress: Good progress.*

| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** |
|---|---|
| • Shoulder Abduction: | +4/5 |
| • Shoulder Flexion: | +4/5 |
| • Shoulder External Rotation: | +4/5 |
| • Shoulder Internal Rotation: | +4/5 |

***Spine***

***Problem #2***

| **Clearing Examination: Shoulder: Musculoskeletal: Range of Motion.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Abduction | 145 | 162 |
| • External Rotation - 0 deg | 62 | 78 |
| • Flexion | 142 | 161 |

*LTG Achieve by Feb 02, 2021.*

| **Range of Motion Improvements to: Shoulder/Elbow/Wrist:** | **Left AROM** |
|---|---|
| • External Rotation - 0 deg | 70 |

## Plan

***Left Shoulder***

Today's visit was designed to instruct the patient in the independent performance of a home program that addresses the problems outlined above. Additional visits, for assessment and progression will be required as needed.

**Amount, Frequency and Duration:**

- One visit every 2 weeks.

**Therapeutic Contents:**

- Aerobic Conditioning: Recumbent Stepper. Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Feb 01, 2021 17:09:41

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

| **Chris Swayze** | **Date** | **Print Name and Credentials** |
|---|---|---|

**Patient: James Zoll** **DOB:**
**Facility Fax:** **(859) 296-4182**

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Feb 15, 2021** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 44 |
| Surg. Date: | Not Specified | Cxl/Ns: | 1 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

96.9 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree. Pain: Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 11/24/20: Reports that he consulted he did have an EMG/NCV yesterday: mild ulnar nerve slowing, carpal tunnel syndrome as well. Reports overall condition (L shoulder). Will follow up with Dr. Knox next month.

  12/08/20: Reports a decrease in L shoulder pain and lumbar pain. Does report some continued intermittent tingling in his L hand and LLE.

  12/21/20: Reports that he did receive an injection into his R shoulder on Dec. 16, 2020. Initially felt some relief, but not sure overall if he has benefited from the injection.
  02/01/21: Reports his shoulder is about the same.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 90%.

**Chief Complaint:**

- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week.

## Objective Examination

***Left Shoulder***

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T11 | To T8 |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Shoulder Abduction: | +4/5 | +4/5 |
| • Shoulder Flexion: | +4/5 | +4/5 |

| | | |
|---|---|---|
| • Shoulder External Rotation: | 4/5 | +4/5 |
| • Shoulder Internal Rotation: | 5/5 | +4/5 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Rotation Left | 70 Degrees |
| • Active Rotation Right | 68 Degrees |

| Clearing Examination: Shoulder: Musculoskeletal: Range of Motion: | Left AROM | Right AROM |
|---|---|---|
| • Flexion | 149 | 161 |
| • Abduction | 153 | 162 |
| • External Rotation - 0 deg | 71 | 78 |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minute s. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minute s. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 4 | Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minute s. |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minute s. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minute s. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls.(This visit) | Did Not Perform: This visit |
| • Isotonic Activity 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Rope & Pulley Scap ABD | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minute s. |
| • Rope & Pulley Flexion | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minute s. |

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Machines/Weights:** | |
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minute s. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minute s. |
| **Exercise Activities: Stabilization Training: Sidelying Position:** | |
| • Stabilization Training 1 | Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minute s. |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Weight - Pounds: 0 Pounds, Repetitions: 10, Sets: 3, Additional Detail: side-lying ER, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minute s. |
| ***Spine*** | |
| **Exercise Activities: Flexibility(U. Quarter):** | |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minute s. |
| **Manual Interventions: Joint Segments: Vertebral:** | |
| • Lumbosacral Spine(This visit) | Did Not Perform: This visit |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 8 |
| • Neuromuscular Reeducation | 97112 | 1 | 14 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.
Improved L shoulder AROM.

## Problems & Goals

***Spine***

***Problem #1***

**Clearing Examination: Shoulder: Musculoskeletal: Range of Motion.**

*Goal Achieved Feb 15, 2021.*

| **Range of Motion Improvements to: Shoulder/Elbow/Wrist:** | **Left AROM** |
|---|---|
| • External Rotation - 0 deg | 70 |

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with intermittent PT sessions. Plan to increase time between sessions to 3 or 4 weeks.



Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Feb 15, 2021 13:02:00

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Mar 01, 2021** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 45 |
| Surg. Date: | Not Specified | Cxl/Ns: | 1 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

96.9 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree. Pain: Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 11/24/20: Reports that he consulted he did have an EMG/NCV yesterday: mild ulnar nerve slowing, carpal tunnel syndrome as well. Reports overall condition (L shoulder). Will follow up with Dr. Knox next month.

  12/08/20: Reports a decrease in L shoulder pain and lumbar pain. Does report some continued intermittent tingling in his L hand and LLE.

  12/21/20: Reports that he did receive an injection into his R shoulder on Dec. 16, 2020. Initially felt some relief, but not sure overall if he has benefited from the injection.
  02/01/21: Reports his shoulder is about the same.
  03/01/21: Reports that his L shoulder seems to be doing pretty well. Notes some increased soreness in his neck.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- 03/01/21: Reports some increase in neck soreness and stiffness over the past week. Recalls no particular aggravating factor. Perceived Improvement: 90%.

**Chief Complaint:**
- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week. Pain: Severity: Current: 5/10.

## Objective Examination

***Left Shoulder***

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T11 | To T8 |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |

| | | |
|---|---|---|
| • Shoulder Abduction: | +4/5 | +4/5 |
| • Shoulder Flexion: | +4/5 | +4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 |
| • Shoulder Internal Rotation: | 5/5 | +4/5 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Rotation Left | 75 Degrees |
| • Active Rotation Right | 74 Degrees |

| **Clearing Examination: Shoulder: Musculoskeletal: Range of Motion:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 149 | 161 |
| • Abduction | 153 | 162 |
| • External Rotation - 0 deg | 71 | 78 |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

• Glenohumeral Joint — Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minute
s.

**Exercise Activities: Aerobic Conditioning:**

• Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minute
s.

**Exercise Activities: Dynamic Training: C-K-C Activity:**

• Closed Kinetic Chain 4 — Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minute
s.

**Exercise Activities: Stabilization Training: Standing Position:**

• Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minute
s.

• Stabilization Training 2 — Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minute
s.

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls.(This visit) | Did Not Perform: This visit |
| • Isotonic Activity 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Range of Motion:**

• Rope & Pulley Scap ABD — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minute
s.

| | |
|---|---|
| • Rope & Pulley Flexion | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minute s. |
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minute s. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minute s. |

**Exercise Activities: Stabilization Training: Sidelying Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minute s. |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Weight - Pounds: 0 Pounds, Repetitions: 10, Sets: 3, Additional Detail: side-lying ER, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minute s. |

***Spine***

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minute s. |

**Manual Interventions: Joint Segments: Vertebral:**

| | |
|---|---|
| • Lumbosacral Spine(This visit) | Did Not Perform: This visit |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 8 |
| • Neuromuscular Reeducation | 97112 | 1 | 14 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.

Some increase in cervical-thoracic mm. tension today. L shoulder has progressed, but ER continues to be limited.

**Evaluation Components:**

- James has demonstrated slow but steady progress in L shoulder ROM and LUE function. He has reported improvements in pain in his LUE, lumbar spine, and cervical spine.

## Problems & Goals

***Spine***

***Problem #1***

**Chief Complaint: Pain: Severity: Current: 5/10.**

*STG Achieve by Mar 15, 2021.*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

## Plan

***Left Shoulder***

**Refer Client to:**

- Physician for Re-Check.

Additional treatment sessions have not been scheduled at this time. The plan is to progress the patient to independent mgt.



Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Mar 01, 2021 13:56:16

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| DOB: | | **Note Date:** | **Mar 01, 2021** |
| Clinician: | Tim Barnett, PT | Visits: | 45 |
| Prim Phy: | Chris Swayze | Cxl/Ns: | 1 |
| Phy Fax: | (859) 263-0534 | Inj. Date: | 10/3/2015 |

# Progress Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree. Pain: Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 11/24/20: Reports that he consulted he did have an EMG/NCV yesterday: mild ulnar nerve slowing, carpal tunnel syndrome as well. Reports overall condition (L shoulder). Will follow up with Dr. Knox next month.

  12/08/20: Reports a decrease in L shoulder pain and lumbar pain. Does report some continued intermittent tingling in his L hand and LLE.

  12/21/20: Reports that he did receive an injection into his R shoulder on Dec. 16, 2020. Initially felt some relief, but not sure overall if he has benefited from the injection.
  02/01/21: Reports his shoulder is about the same.
  03/01/21: Reports that his L shoulder seems to be doing pretty well. Notes some increased soreness in his neck.

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- 03/01/21: Reports some increase in neck soreness and stiffness over the past week. Recalls no particular aggravating factor. Perceived Improvement: 90%.

**Chief Complaint:**
- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week. Pain: Severity: Current: 5/10.

## Objective Examination

| Functional Tests: Movement: Apley's Scratch Test: | Left | Right |
|---|---|---|
| • IR - Combined | To T11 | To T8 |

| Muscle Testing: Upper Extremity MMT: | Previous Feb 01, 2021 Left | Previous Feb 01, 2021 Right | Current Mar 01, 2021 Left | Current Mar 01, 2021 Right |
|---|---|---|---|---|
| • Shoulder Abduction: | +4/5 | +4/5 | [b] +4/5 | [a] +4/5 |
| • Shoulder Flexion: | +4/5 | +4/5 | [c] +4/5 | [a] +4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 | [b] 4/5 | [a] +4/5 |

| | | |
|---|---|---|
| • Shoulder Internal Rotation: | 5/5 | +4/5 | [b] 5/5 | [a] +4/5 |

a Measured On Oct 29, 2020 b Measured On Jan 05, 2021 c Measured On Feb 01, 2021

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Rotation Left | 75 Degrees |
| • Active Rotation Right | 74 Degrees |

| Clearing Examination: Shoulder: Musculoskeletal: Range of Motion: | Previous Feb 01, 2021 | | | | Current Mar 01, 2021 | | | | Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L. Act. | L. Pas. | R. Act. | R. Pas. | L. Act. | L. Pas. | R. Act. | R. Pas. | L. Act. | Pas. | R. Act. | Pas. |
| • Flexion | 142 | | 161 | | [b] 149 | | [a] 161 | | 7 | | | |
| • Abduction | 145 | | 162 | | [b] 153 | | [a] 162 | | 8 | | | |
| • External Rotation - 0 deg | 62 | | 78 | | [b] 71 | | [a] 78 | | 9 | | | |

a Measured On Jan 05, 2021 b Measured On Feb 15, 2021

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.
Some increase in cervical-thoracic mm. tension today. L shoulder has progressed, but ER continues to be limited.

**Evaluation Components:**

- James has demonstrated slow but steady progress in L shoulder ROM and LUE function. He has reported improvements in pain in his LUE, lumbar spine, and cervical spine.

## Plan

**Refer Client to:**

- Physician for Re-Check.

Additional treatment sessions have not been scheduled at this time. The plan is to progress the patient to independent mgt.

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Mar 01, 2021 13:57:48

**Please Sign and Return**

I have reviewed the above report and recommendations. Additional recommendations, guidelines or comments are listed below or attached.

**Comments/Revisions**

| **Chris Swayze** | **Date** | **Print Name and Credentials** |
|---|---|---|

**Patient: James Zoll**
**DOB:**
**Facility Fax:** **(859) 296-4182**

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

96.9 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree. Pain: Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 60%. (09/23/20). 11/24/20: Reports that he consulted he did have an EMG/NCV yesterday: mild ulnar nerve slowing, carpal tunnel syndrome as well. Reports overall condition (L shoulder). Will follow up with Dr. Knox next month.

  12/08/20: Reports a decrease in L shoulder pain and lumbar pain. Does report some continued intermittent tingling in his L hand and LLE.

  12/21/20: Reports that he did receive an injection into his R shoulder on Dec. 16, 2020. Initially felt some relief, but not sure overall if he has benefited from the injection.
  02/01/21: Reports his shoulder is about the same.
  03/01/21: Reports that his L shoulder seems to be doing pretty well. Notes some increased soreness in his neck.
- 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). New Order Received. (L shoulder ROM and cervical ROM and traction).

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- 04/12/21: Reports that he has been experiencing more neck pain and headaches over the past several weeks. Physician Communication: New Order Received. (cervical ROM and traction).

**Chief Complaint:**
- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week. Pain: Severity: Current: 5/10. (in his neck). Headache: approximately 2 days per week

## Objective Examination

***Left Shoulder***

| Functional Tests: Movement: Apley's Scratch Test: | Left | Right |
|---|---|---|
| • IR - Combined | To T11 | To T8 |

| Muscle Testing: Upper Extremity MMT: | Previous Feb 01, 2021 Left | Previous Feb 01, 2021 Right | Current Apr 12, 2021 Left | Current Apr 12, 2021 Right |
|---|---|---|---|---|
| • Shoulder Abduction: | +4/5 | +4/5 | [b] +4/5 | [a] +4/5 |
| • Shoulder Flexion: | +4/5 | +4/5 | [c] +4/5 | [a] +4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 | [b] 4/5 | [a] +4/5 |
| • Shoulder Internal Rotation: | 5/5 | +4/5 | [b] 5/5 | [a] +4/5 |

a Measured On Oct 29, 2020 b Measured On Jan 05, 2021 c Measured On Feb 01, 2021

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

- Rotation Left 75%
- Rotation Right 75%

**Functional Tests: Balance: Balance:**

- Left Leg, Eyes Open, Firm Average
- Right Leg, Eyes Open, Firm Average

**Functional Tests:**

- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

- Active Rotation Left 73 Degrees
- Active Rotation Right 75 Degrees

| Clearing Examination: Shoulder: Musculoskeletal: Range of Motion: | Previous Feb 01, 2021 L. Act. | L. Pas. | R. Act. | R. Pas. | Current Apr 12, 2021 L. Act. | L. Pas. | R. Act. | R. Pas. | Change L. Act. | Pas. | R. Act. | Pas. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| • Flexion | 142 | | 161 | | 139 | | 160 | | -3 | | -1 | |
| • Abduction | 145 | | 162 | | 145 | | 164 | | | | 2 | |
| • External Rotation - 0 deg | 62 | | 78 | | 58 | | 77 | | -4 | | -1 | |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

- Glenohumeral Joint(This visit) Did Not Perform: This visit

**Exercise Activities: Aerobic Conditioning:**

- Recumbent Stepper(This visit) Did Not Perform: This visit

**Exercise Activities: Dynamic Training: C-K-C Activity:**

- Closed Kinetic Chain 4(This visit) Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Standing Position:**

- Stabilization Training 1(This visit) Did Not Perform: This visit
- Stabilization Training 2(This visit) Did Not Perform: This visit

**Exercise Activities: Isotonics:**

- Biceps Curls.(This visit) Did Not Perform: This visit
- Isotonic Activity 1(This visit) Did Not Perform: This visit

**Exercise Activities: Range of Motion:**

- Rope & Pulley Scap ABD(This visit) Did Not Perform: This visit
- Rope & Pulley Flexion(This visit) Did Not Perform: This visit
- T-Bar Press Up(This visit) Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**

- Pull Downs: Sym. Bilateral(This visit) Did Not Perform: This visit
- Machines/Free Weights 1(This visit) Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Sidelying Position:**

- Stabilization Training 1(This visit) Did Not Perform: This visit
- Stabilization Training 2(This visit) Did Not Perform: This visit

**Pt./Family Education:**

- Written Home Exercise Program — Time Elapsed: 25 Minutes, Activity: Provided & Reviewed, Description: Diagnosis Specific, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 25 Minutes.

***Spine***

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 2(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine(This visit) — Did Not Perform: This visit

**Modalities:**

- Mechanical Traction- Variable — Time Elapsed: 15 Minutes, Traction Application: Intermittent, Traction Placement: Cervical, Clinical Use: Post Activity, Weight Min- Pounds: 0 Pounds, Weight Max- Pounds: 18 Pounds, Charge As: Traction, Mechanical, Performed by: Tim Barnett, PT, 15 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Reevaluation | 97164 | 1 | n/a |
| • Therapeutic Procedure | 97110 | 2 | 25 |
| • Traction, Mechanical | 97012 | 1 | n/a |

## Assessment

**Recommendations:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Signs/Symptoms:**

- Some decline in L shoulder AROM and a more recent increase in neck pain and headaches.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Muscle Testing: Upper Extremity MMT.**

*LTG Achieve by Mar 01, 2021. Progress: Good progress.*

| Musculoskeletal Improvements In: Upper Extremity Strength to: | Left |
|---|---|
| • Shoulder Abduction: | +4/5 |
| • Shoulder Flexion: | +4/5 |
| • Shoulder External Rotation: | +4/5 |
| • Shoulder Internal Rotation: | +4/5 |

***Spine***

***Problem #2***

**Clearing Examination: Shoulder: Musculoskeletal: Range of Motion.**

*LTG Achieve by May 10, 2021.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 150 |
| • Abduction | 150 |

*Goal Achieved Feb 15, 2021.*

| Range of Motion Improvements to: Shoulder/Elbow/Wrist: | Left AROM |
|---|---|
| • External Rotation - 0 deg | 70 |

***Problem #3***

**Chief Complaint: Pain: Severity: Current: 5/10. (in his neck).**

*LTG Achieve by May 10, 2021.*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

***Problem #4***

**Chief Complaint: Headache: approximately 2 days per week**

*LTG Achieve by May 10, 2021.*

**Symptomatic Improvements:**

- Decreasing Headache: to 0/10.

## Plan

***Left Shoulder***

**Therapeutic Contents:**

- Aerobic Conditioning: Recumbent Stepper. Client Education. Home Exercise Program. Joint Mobilization Techniques. Manual Therapy Techniques. Modalities: Mechanical Traction. Neural Mobilization Techniques. Neuromuscular Re-education. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

**Amount, Frequency and Duration:**

- 1 treatment session every 2 weeks.

TB PT

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Apr 12, 2021 15:59:17

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Apr 12, 2021** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 46 |
| Surg. Date: | Not Specified | Cxl/Ns: | 1 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## Subjective Examination

***Left Shoulder***

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

**Signs/Symptoms:**

- Some decline in L shoulder AROM and a more recent increase in neck pain and headaches.

## Problems & Goals

***Left Shoulder***

***Problem #1***

| Muscle Testing: Upper Extremity MMT. | Left | Right |
|---|---|---|
| • Shoulder Abduction: | +4/5 | +4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 |
| • Shoulder Flexion: | +4/5 | +4/5 |
| • Shoulder Internal Rotation: | 5/5 | +4/5 |

*LTG Achieve by Mar 01, 2021. Progress: Good progress.*

| Musculoskeletal Improvements In: Upper Extremity Strength to: | Left |
|---|---|
| • Shoulder Abduction: | +4/5 |
| • Shoulder Flexion: | +4/5 |
| • Shoulder External Rotation: | +4/5 |
| • Shoulder Internal Rotation: | +4/5 |

***Spine***

***Problem #2***

| Clearing Examination: Shoulder: Musculoskeletal: Range of Motion. | Left AROM | Right AROM |
|---|---|---|
| • Abduction | 145 | 164 |
| • External Rotation - 0 deg | 58 | 77 |
| • Flexion | 139 | 160 |

*LTG Achieve by May 10, 2021.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 150 |
| • Abduction | 150 |

*Goal Achieved Feb 15, 2021.*

| | |
|---|---|
| **Range of Motion Improvements to: Shoulder/Elbow/Wrist:** | **Left AROM** |
| • External Rotation - 0 deg | 70 |

***Problem #3***

**Chief Complaint: Pain: Severity: Current: 5/10. (in his neck).**

*LTG Achieve by May 10, 2021.*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

***Problem #4***

**Chief Complaint: Headache: approximately 2 days per week**

*LTG Achieve by May 10, 2021.*

**Symptomatic Improvements:**

- Decreasing Headache: to 0/10.

## Plan

***Left Shoulder***

**Amount, Frequency and Duration:**

- 1 treatment session every 2 weeks.

**Therapeutic Contents:**

- Aerobic Conditioning: Recumbent Stepper. Client Education. Home Exercise Program. Joint Mobilization Techniques. Manual Therapy Techniques. Modalities: Mechanical Traction. Neural Mobilization Techniques. Neuromuscular Re-education. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Apr 12, 2021 15:59:17

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Chris Swayze** **Date** **Print Name and Credentials**

**Patient: James Zoll** **DOB:**
**Facility Fax:** **(859) 296-4182**

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Apr 26, 2021** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 47 |
| Surg. Date: | Not Specified | Cxl/Ns: | 1 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

96.9 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree. Pain: Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 60%. (09/23/20). 11/24/20: Reports that he consulted he did have an EMG/NCV yesterday: mild ulnar nerve slowing, carpal tunnel syndrome as well. Reports overall condition (L shoulder). Will follow up with Dr. Knox next month.

  12/08/20: Reports a decrease in L shoulder pain and lumbar pain. Does report some continued intermittent tingling in his L hand and LLE.

  12/21/20: Reports that he did receive an injection into his R shoulder on Dec. 16, 2020. Initially felt some relief, but not sure overall if he has benefited from the injection.
  02/01/21: Reports his shoulder is about the same.
  03/01/21: Reports that his L shoulder seems to be doing pretty well. Notes some increased soreness in his neck.
- 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). New Order Received. (L shoulder ROM and cervical ROM and traction).

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- 04/12/21: Reports that he has been experiencing more neck pain and headaches over the past several weeks.
  04/26/21: Reports improvements in his neck symptoms and compliance with home program. Does note some increase in the frequency of numbness and tingling in his left foot (points to his metatarsal head area). Physician Communication: New Order Received. (cervical ROM and traction).

**Chief Complaint:**
- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week. Pain: Severity: Current: 5/10. (in his neck). Headache: approximately 2 days per week

## Objective Examination

***Left Shoulder***

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T11 | To T8 |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Shoulder Abduction: | +4/5 | +4/5 |
| • Shoulder Flexion: | +4/5 | +4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 |
| • Shoulder Internal Rotation: | 5/5 | +4/5 |

**Observations: Cardiovascular System: Pre-Treatment:**
- Temperature 97.8 Degrees

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**
- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Rotation Left | 73 Degrees |
| • Active Rotation Right | 75 Degrees |

| **Clearing Examination: Shoulder: Musculoskeletal: Range of Motion:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 139 | 160 |
| • Abduction | 145 | 164 |
| • External Rotation - 0 deg | 58 | 77 |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 10 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls.(This visit) | Did Not Perform: This visit |
| • Isotonic Activity 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Rope & Pulley Scap ABD(This visit) | Did Not Perform: This visit |
| • Rope & Pulley Flexion(This visit) | Did Not Perform: This visit |
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

| | |
|---|---|
| • ROM Activity 1 | Time Elapsed: 14 Minutes, Technique: Active Assistive, Description: AAROM with FMS bar: flexion, extension, ER, abduction, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 14 Minutes. |
| **Exercise Activities: Machines/Weights:** | |
| • Pull Downs: Sym. Bilateral(This visit) | Did Not Perform: This visit |
| • Machines/Free Weights 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Sidelying Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| ***Spine*** | |
| **Exercise Activities: Flexibility(U. Quarter):** | |
| • Flexibility Activity 2(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Joint Segments: Vertebral:** | |
| • Lumbosacral Spine(This visit) | Did Not Perform: This visit |
| **Modalities:** | |
| • Mechanical Traction- Variable | Time Elapsed: 15 Minutes, Traction Application: Intermittent, Traction Placement: Cervical, Clinical Use: Post Activity, Weight Min- Pounds: 0 Pounds, Weight Max- Pounds: 18 Pounds, Charge As: Traction, Mechanical, Performed by: Tim Barnett, PT, 15 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 24 |
| • Traction, Mechanical | 97012 | 1 | n/a |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program.

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Apr 26, 2021 15:01:20

**PAIN CONSULTANTS OF CENTRAL KENTUCKY, PLLC**
Chris Swayze, M.D.
2716 Old Rosebud Road, Ste. 210, Lexington, Kentucky 40509
Office (859) 263-0533 Fax (859) 263-0534

February 25, 2020

new patient consultation note

James Zoll, DOB

Mr. Zoll is a 51-year-old male referred by Dr. Daniel Hackett for assistance in managing pain in the left shoulder. The pain is entirely confined to the left with no involvement of the right. The most intense area of pain is on the anterior half of the shoulder, at and just dorsal to the clavicle. He also has symptoms that run down the arm, terminating in the fourth and fifth fingers of the left hand. He can't break down the percentage, but the shoulder symptoms are far worse than those in the hand. The shoulder pain is aching and throbbing. He has tingling and numbness in the two fingers of the hand, and weakness there as well. He doesn't really have burning or lancinating at any location. Current VAPS is five, with a seven day range of 3 to 9. His pain is worsened by physical therapy and by lifting. It is improved by resting and ice.

History present illness reveals that he had a remote left shoulder problem years ago, which was managed conservatively. He went on doing reasonably well in his occupation at Toyota motor manufacturing, but in July 2018 he fell on some rocks while hiking in California. He sustained a shoulder injury and fractures to his wrist. He had surgery by Dr. Wilkes, which increased his range of motion somewhat. He did not notice much improvement in the pain. From our discussion it appears this may have been a rotator cuff repair. In an effort to improve the situation he had a second operation, this time by Dr. Hackett, December 20, 2019. This was described as a left shoulder arthroscopy. He apparently had "left shoulder ASC capsular release and DCE." He did not see much benefit from the surgery. He has continued to have pain postoperatively, and Dr. Hackett made mention of a concern about CRPS in the office note. He was referred to me for assistance in management.

Previous interventions include hydrocodone which helps some. He takes Celebrex occasionally, but is unable to take anti-inflammatories in general because they give him night terrors. Apparently all of them seem to do that. Topical anti-inflammatories have not cause that problem as yet. Physical therapy has helped his motion a little, but not much on pain. Ice is somewhat helpful. He has had the two operations as described.

Past surgical history includes the left rotator cuff repair September 2018, fracture of left wrist repaired July 2018, frozen shoulder capsular release December 2019, operation on the testicle in 2006 and hernia repair. His only serious injury is that from July 2018 when he fell on the rocks.

His past medical history is negative for bleeding disorder or clot. He denies a history of disease of heart, lung, liver, thyroid, diabetes, kidney, bowel or bladder dysfunction. He denies disease of central nervous system, seizure or stroke. He has no history of substance abuse. He does have depression and anxiety, currently treated by Dr. Lamb.

James Zoll, continued.

The departmental multisystem review of systems was completed by the patient and reviewed verbally in detail. Pertinent positive answers were explored further, and the information gained there from integrated in the formation of the impression and plan.

His social history reveals a lifelong non-smoker and nonuser of illicit drugs. He drinks about four alcoholic beverages per week. His occupation has been working at Toyota, with heavy lifting involved over much of that time. He has been off since his injury in July 2018. His activities revolve around reading, his parents and family, and his partner. He is currently caring for his partner who has recently had a spinal fusion.

His family history is significant for Parkinson's disease in his mother and a maternal uncle. His brother has a tremor, but has no diagnosis of Parkinson's. There is some question as to whether his maternal grandfather may have had it. The patient has never had such a problem.

His pain history is significant for cervical radiculopathy and lumbar radiculopathy, treated previously by Dr. Gish. Cervical epidural steroid injections were done which were helpful, and he had one in the lumbar region. His insurance now has changed in Dr. Gish is not in network. He has migraines managed by Dr. Craig Knox. He has no history of shingles or trigeminal neuralgia. He has apparent nerve issues in the left hand and in the left foot.

He denies medication allergies, but is intolerant to oral anti-inflammatories because of night terrors.

His current medications include Elavil 25, Lyrica 75 b.i.d. (which helps his hand a little), clonazepam, tizanidine, Imitrex p.r.n., Celebrex and Pristiq. He denies consumption of antiplatelet, anticoagulant or herbal preparations.

Physical examination: In general, he is well-developed, well-nourished and in no acute distress. His cognition is intact his affect slightly down and his mood reflects a little depression. His speech is normal in content and cadence, and there is no dysarthria or thought abnormality. His gait is upright and well-balanced with symmetric stride length and equal weightbearing. The upper extremities have decreased sensation in a left ulnar distribution, most profoundly distal to the wrist. This involves the last 2 ½ fingers. It continues with lesser intensity proximal to the wrist essentially ending near the elbow. There is a small and difficult to define patch of reduced sensation over the left biceps, but it is not definitively dermatomal. Sensation in the right is normal to challenge with scratch. Motor function the right is intact to challenge, on the left he has pain on range of motion, particularly abduction and external rotation, as well as flexion and extension of the left shoulder. This does not appear on range of motion of elbow or wrist. He does have some weakness in the wrist stabilizing muscles, and it appears almost more as breakaway than generalized weakness. Finger spread is also somewhat reduced in force. Motor function on the right is intact. Color and temperature are normal and there is no evidence of allodynia. The surgical scars about the left shoulder appear well healed with no exudate or erythema. Deep tendon reflexes appear 2+ at both biceps, triceps and brachioradialis, and radial pulses are 2+ bilaterally. Motor function of the lower extremities is adequate for ambulation, with no asymmetry or ataxia.

Radiology: He had a cervical spine MRI from June 12, 2019, which revealed disc protrusion with extension into the left neural foramen at C6/7 with moderate to severe left neural foraminal stenosis. This is by report, there were no images available. The radiologist noted that the study was essentially

James Zoll, continued

unchanged from the previous MRI at 2018. Mild foraminal narrowing was noted at C3/4 and C5/6. Although not addressed today, there is also a lumbar spine MRI from the same date, but which appears generally benign by report.

Impression: This is not CRPS. He does not meet the criteria, although I can understand Dr. Hackett's concerned and desire to have this investigated further. He does have some symptoms of left cervical radiculopathy, along with an MRI abnormality which provides anatomic – clinical correlation, although the symptoms are not terribly bothersome for him at this moment. His primary pain is at the left shoulder, and it appears to be nociceptive. He has depression, managed by Dr. Lamb.

Plan: We discussed available treatment options. Clearly, specific intervention such a sympathetic nerve block for CRPS are not indicated. Suprascapular nerve block would likely give him little benefit since his pain is primarily anterior to the distribution of that sensation. He has used diclofenac gel and Pennsaid drops in the past, but has never tried Flector patch. I think the patch would give him better local absorption, and we decided to give that a try, so I wrote a prescription for 60 patches, apply one every 12 hours. If his insurance does not cover, we will have to fall back to the gel, which requires Q ID application. Consideration of iontophoresis with dexamethasone by the physical therapist is also an option. I would also mention that increasing his amitriptyline is a possibility, but I would address that with Dr. Lamb. The patient has given me his blessing to communicate with Dr. Lamb about that, and I will put that on the table in case it might help. He will return in about one month for follow-up, but will call if questions or problems should arise.

Chris Swayze M.D.

consultation 1410 – 1506, greater than 50% counseling and planning

**PAIN CONSULTANTS OF CENTRAL KENTUCKY, PLLC**
Chris Swayze, M.D.
2716 Old Rosebud Road, Ste. 210, Lexington, Kentucky 40509
Office (859) 263-0533 Fax (859) 263-0534

may fourth 2020

office visit note

James Zoll

the patient returns for the first time since his consultation February 25. He tried the Voltaren gel on his shoulder and thinks that it was of some benefit, but it was "not great." He has used it in the past with similar response. I tried the Flector patch, but his insurance would not approved. His current VAPS is six, but now his low back pain is equal in intensity with his shoulder. He had low back pain during the time leading up to his consultation, but we elected to start the shoulder. It has flared recently, and is worsened by prolonged sitting and prolonged walking. He has pain in both the anterior and posterior left thigh. Most of the pain is in the low back, left of midline, with a lesser amount in the anterior and posterior thigh. The shoulder pain continues in the same location, and high felt it was nociceptive. It is certainly not CRPS, and since it is generally anterior would not likely respond to suprascapular nerve block. Dr. Lamb was kind enough to increase his Elavil as I had suggested, but the patient felt hung over and did not see an improvement in his symptoms, so he went back to 25 mg at bedtime as before.

Physical examination: In general, he is well-developed, well-nourished and in no acute distress. Cognition is intact, affect is somewhat dulled, mood mildly depressed. Speech is normal in content and cadence, and there is no dysarthria or thought abnormality. Gait is somewhat slowed, but upright and well-balanced with symmetric stride length and equal weightbearing. Motor function of the upper extremities is grossly intact but was not challenged in detail due to the coronavirus emergency. There is no gross asymmetry or abnormality of color distally. Motor function the lower extremities is adequate for ambulation without gross asymmetry.

Impression: Left shoulder pain, likely nociceptive after injury. Two operations have not relieved his pain. Trial of increased Elavil gave side effects without relief. This is not CRPS. Low back pain, probably lumbar spondylosis without myelopathy, with projection of facet pain to the anterior and posterior thigh on the left.

Plan: He is pursuing disability, which is being handled elsewhere. We discussed the possibility of tens, which is a good option. I gave him a printout on some available tens units, and some general instructions. If he has difficulties getting relief he will bring his unit in for lead placement. We also agreed that as he has gotten some benefit from physical therapy in the past, we will order another course to the left shoulder, hopefully to include iontophoresis; we will also add the low back in hopes that his low back pain can be improved with therapy and we can avoid additional medication. We had a discussion about carrying on life in a new direction, and I encouraged him to catalog his physical "assets" so that he can determine what he is able to do rather than what he is not able to do. He will work on this for his return visit. I'll see him back in about a month to follow-up on his therapy but he should call sooner should problems occur. Chris Swayze M.D. 1022 – 1056, greater than 50% counseling and planning

**PAIN CONSULTANTS OF CENTRAL KENTUCKY, PLLC**
Chris Swayze, M.D.
2716 Old Rosebud Road, Ste. 210, Lexington, Kentucky 40509
Office (859) 263-0533 Fax (859) 263-0534

June 8, 2020

office visit note

James Zoll

Mr. Zoll returns in follow-up after his last visit of May four, 2020. He started physical therapy, and reports that they have mostly been working on his low back, and little has been done for his shoulder to date. He is "still in quite a bit of pain," with regard to his low back. At this point, he thinks low back and shoulder are roughly equal in intensity. He did obtain a home tens unit, and has been using it quite a bit. He finds that it is very helpful, and he has gotten good success with relief in the low back. He typically uses it in the evening, and takes a treatment before disconnecting. This gives him some relief residual, and he functions better for some time. He has seen Dr. Lamb, who has made a change in his medications. He has a new prescription from just a day or so ago, for Vyvanse, and the plan is to discontinue Zoloft because of side effects. He states that Dr. Lamb suggested he speak with me about the possibility of adding low dose nortriptyline during the daytime, to avoid some of the somnolence but perhaps get the same relief we had hoped for with the higher dose of amitriptyline in the evening. Dr. Lamb apparently left that in my arena, and I'm happy to help out. Mr. Zoll reports that he has been using Celebrex on a p.r.n. basis, and if he recalls correctly, perhaps Cymbalta in the same way. He also uses some Tylenol. These provide modest improvement.

Physical examination: In general, he is well-developed, well-nourished and in no acute distress. Cognition is intact, affect is somewhat dulled but mood is relatively normal. There are depressive overtones. Speech is normal in content and cadence, and there is no dysarthria or thought abnormality. Gait is slow and deliberate, but with symmetric stride length and generally equal weightbearing. Motor function of the upper extremities is grossly normal with no asymmetry or abnormality of color, however he reports pain on range of motion of the right shoulder. Motor function of the lower extremities is grossly normal with no asymmetry or gross ataxia. Palpation of back and pelvis reveals tenderness over the left trochanteric bursal prominence and in the left paraspinous muscle groups.

Impression: Low back pain, etiology almost certainly musculoskeletal. His MRI of the lumbar spine from June 12, 2019 was quite benign, with no evidence of neural compression, and only mild anterior spurring. There was no comment made on size or shape of the facet joints. He may have some lumbar spondylosis and facet arthropathy creating his current pain, as the magnitude of pain does not necessarily correlate with the degree of destruction on imaging. He has right shoulder pain, which is nociceptive and once again musculoskeletal. Two operations have not relieved the shoulder pain.

Plan: I have suggested he persist with the tens unit, as it may be a real game changer for him. I also gave him instructions on how to use it to stimulate the suprascapular nerve, in hopes of improving the discomfort in the interior of the shoulder joint. I cautioned him that this would likely affect only the posterior two thirds, but this would still be an improvement. I strongly concur with Dr. Lamb's recommendation of a nortriptyline trial. The patient would like to start low, and I agree.

James Zoll, continued.

I wrote the prescription for nortriptyline 10 mg, dispense 30, one per day in the morning. We can consider going up if this does not cause too much somnolence. As he will be making a change from Zoloft to Vyvanse, I gave him a long lecture on pharmacology. We will follow my own rule of not making two changes at once. The two of us agreed that he will make the Vyvanse change, and continue for one week before adding the nortriptyline. He will then add the nortriptyline, and continue for one week before starting a Celebrex pulse. He has enough Celebrex on hand to do this, so he will start at one to continue for a month. I'll bring him back in 6 to 7 weeks for follow-up, but he is to call sooner should problems occur. He had questions about another lumbar MRI, and that is not out of the question entirely, but I think the likelihood of it being appreciably different than his MRI a year ago is fairly low. The correlation with facet pain is also unpredictable, so the yield of such a test would be dubious at best. We can consider addressing the facet joints if the nortriptyline and Celebrex combination does not give the effect we desire. In fact, we would likely gain more information from medial branch blocks than from the MRI, since he does not really report radicular symptoms. In our pharmacology discussion, we further discussed the poor effect of once daily, long-term medications when used on an as – needed basis. If he does not get the desired effect from the Celebrex, and wishes to have something on hand for breakthrough pain, we might consider using diclofenac or a short acting preparation of a similar nature instead.

I will send a copy of my note to Dr. Lamb, so that he will be in the loop on our planning. His input is always appreciated.

Chris Swayze M.D.

visit 1449 – 1520, greater than 50% counseling and planning

Cc: Steven Lamb, M.D.

**PAIN CONSULTANTS OF CENTRAL KENTUCKY, PLLC**
Chris Swayze, M.D.
2716 Old Rosebud Road, Ste. 210, Lexington, Kentucky 40509
Office (859) 263-0533 Fax (859) 263-0534

July 28, 2020 office visit note

James Zoll

The patient returns for follow-up. He made a trial of nortriptyline 10 mg in the evening, with the blessing of Dr. Lamb. He believes it has made him a little drowsy, and he's not sure if it is helping yet. The drowsiness is not intolerable, and he has not given up on it. He also tried a pulse dose trial of Celebrex, and believes it helps a little bit. On pointed questioning, it appears that he has not absolutely taken every dose, but has missed a few here and there, using it almost PRN. He has side effects of night terrors from Celebrex and ibuprofen both, but these are manageable on the current regimen. He has used his tens unit, more on his low back than on his shoulder. He gets some benefit, but he who believes he may be "getting numb to it." He has had extensive physical therapy with limited benefit. They did perform iontophoresis to her shoulder, and he would get about one day of benefit each time he had it. The benefit did not extend beyond that. Overall, he continues to suffer with both shoulder and low back pain. He states that his disability application has been approved, and will be proceeding in that direction. He presents a letter he received asking him to serve on jury duty in the future.

Physical examination: In general, he is well-developed, well-nourished and in no acute distress. Cognition is intact, and affect is subdued, unchanged from previous visits and mood normal. Speech is normal in content and cadence, and there is no dysarthria or apparent thought abnormality. Gait is upright and well-balanced with symmetric stride length and equal weightbearing. Motor function of the upper extremities is grossly normal with no asymmetry or abnormality of color. Motor function the lower extremities is adequate for ambulation, and there is no asymmetry or gross gait disturbance. Palpation of the musculature in the low back reveals no distinct trigger points, just more of diffuse tenderness.

Impression: Musculoskeletal low back pain, with likely contribution from facets, with relatively benign MRI from 2019. Right shoulder pain after trauma, nociceptive and musculoskeletal. Depression, treated by Dr. Lamb.

Plan: He will discontinue the Celebrex entirely. We have decided that is reasonable to continue the nortriptyline, so I have issued another prescription for 30 of the 10 mg dose so that he will not run out before the next visit. He will continue the use of his tens, and hopefully bring it on his next visit so we can troubleshoot. He will attempt to obtain a disc for his lumbar MRI from last year so that we can examine that in regard to his back pain. In an effort to move in another direction, we agreed that he would try diclofenac 75 mg b.i.d., dispense 60, take with food. He will monitor for side effects, particularly the night terrors issue, and call me should problems occur. He will try to continue this until the next visit if it is tolerated. With regard to jury duty, he is simply uncomfortable enough that he will have difficulty sitting for that length of time. If it could be guaranteed that the cases would be short, he might tolerate it, but since that cannot be done he should probably defer if the court is willing. He may be able to tackle this down the line. I will issue a letter accordingly, and the patient will return in about six weeks for follow-up. Chris Swayze M.D. visit 1316 – 1344, greater than 50% counseling and planning

**PAIN CONSULTANTS OF CENTRAL KENTUCKY, PLLC**
Chris Swayze, M.D.
2716 Old Rosebud Road, Ste. 210, Lexington, Kentucky 40509
Office (859) 263-0533 Fax (859) 263-0534

September 8, 2020

office visit note

James Zoll

Mr. Zoll presents today in follow-up. He looks better. He reports that his back is "somewhat better," and he is not in constant pain. He still has a significant amount of pain, but he believes he is better. Previously his back was really worse than his shoulder, but they have swapped positions now that the back has improved somewhat. He is to see Dr. Hackett in a few weeks to follow-up on his shoulder pain. He continues to see Dr. Lamb and Dr. Knox. His primary physician is Dr. John Ziegler at Lexington clinic.

His current medications include Elavil 25 mg at bedtime; he discontinued the nortriptyline as he thought it was making him groggy. The Elavil seems better tolerated. We also made a trial of diclofenac 75 mg b.i.d.; he tolerated without the side effects he had experienced with other anti-inflammatories. He actually only takes about one per day rather than two. He gets some relief from the medication, and finds that the more rapid onset of diclofenac is better for him. The Celebrex simply was too slow and too mild to do the job. He has a tens unit, but he has not been using a great deal lately.

Physical examination: In general, he is well-developed, well-nourished and in no acute distress. His cognition is intact, his affect only mildly subdued, and his mood improved. Speech is normal in content and cadence, and there's no dysarthria or thought abnormality. Gait is upright and well-balanced with symmetric stride length and equal weightbearing. Motor function of the upper extremities is grossly normal with no abnormality of stride length or weightbearing. Motor function of the lower extremities is grossly normal with no asymmetry or ataxia.

Impression: Musculoskeletal low back pain, now improved with the combination of Elavil 25 mg at bedtime and diclofenac 75 mg b.i.d. p.r.n., typically only one per day. Left shoulder pain, likely mechanical but certainly not CRPS. Psychiatric/psychological disease followed by Dr. Lamb.

Plan: We both have some optimism that we are in the right track. He looks better and sounds better today, so when we discussed his options the two of us agreed that he would simply continue the regimen of Elavil 25 at bedtime, as long as Dr. Lamb is in agreement, and diclofenac 75 mg b.i.d. PRN. He has a refill available, but if he runs out before his next visit I'm happy to refill. We elected to make this a follow-up in three months, but he is to call sooner should problems occur. I encouraged him to follow through with his other physician visits. We are in agreement on the plan.

Chris Swayze M.D.

visit 1347 – 1428, greater than 50% counseling and planning. Extensive discussion of exploration of new activities to foster the use of his remaining skills, rather than focusing on the activities he is unable to do.

**PAIN CONSULTANTS OF CENTRAL KENTUCKY, PLLC**
Chris Swayze, M.D.
2716 Old Rosebud Road, Ste. 210, Lexington, Kentucky 40509
Office (859) 263-0533 Fax (859) 263-0534

December 21, 2020 office visit note

James Zoll

James returns for the first time since September 8. We continued his medications, Elavil 25 mg at bedtime with diclofenac 75 mg b.i.d. p.r.n. He sometimes takes it twice a day, but often only once. He reports that he is "walking pretty good." His pain which was originally continuous in his low back, is now intermittent. He is fairly pleased with the response he has had to the back pain, although he does continue to have right shoulder pain and some pain in the left arm as well. In fact, he had an EMG/NCV of the left arm by Dr. Knox, as there was a question of whether he had developed dystonia. There is apparently a difference of opinion, as his hand surgeon Dr. Umanski, diagnosed carpal tunnel but doubted radiculopathy. Dr. Knox on the other hand felt strongly that radiculopathy was likely, C7 or C8 from what the patient tells me. He is known to have left foraminal stenosis and disc protrusion at C6/7 from MRI last year. Apparently he also had EMG/NCV of the left leg due to numbness and tingling in the sole of the left foot. He believes it was showing radiculopathy, but he can't recall and does not have the report. He has continued at Kort Beaumont, for neck and spine pain with some benefit. Dr. Umanski suggested physical therapy for the left hand which seems to be developing some spasm in the fingers. I asked if his calcium had been checked, and he showed me his labs online revealing a normal calcium recently. He continues on Topamax and tizanidine which appear to help his migraines.

Physical examination: In general, he is well-developed, well-nourished and in no acute distress. Cognition is intact, and affect and mood fairly normal. He is brighter and happier than I have seen him in some time, still somewhat subdued but not grossly abnormal. Speech is normal in content and cadence, and there is no dysarthria or thought abnormality. Gait is generally upright and well-balanced with symmetric stride length and equal weightbearing. Motor function of the upper extremities is grossly normal without asymmetry or abnormality of color. He does have a little bit of clawing in the left hand, and as before has reduced sensation in the ulnar digits of the left hand, becoming less intense proximal to the wrist. Motor function the lower extremities is grossly normal for ambulation without asymmetry.

Impression: Musculoskeletal low back pain, improvement with a combination of Elavil 25 at bedtime and diclofenac 75 mg b.i.d. PRN. Possible cervical and/or lumbar radiculopathy, with EMG results unavailable. Dr. Gish has treated these with epidurals in the past, and the patient does not feel he is in need of one at this point. Psychiatric care by Dr. Lamb, although this has been supported by prescriptions from his primary physician as Dr. Lamb is out of the office during the coronavirus emergency.

Plan: We discussed the options, and ultimately agreed that we would continue his current prescriptions of Elavil and diclofenac. It is difficult to determine whether I or Dr. Lamb prescribed the Elavil, but since he is only intermittently seeing Dr. Lamb and seems stable, I have issued a refill for 25 mg, dispense 30 with two refills. If she ran short on diclofenac I will refill that as well. He will return in three months or call sooner should problems occur. We are in agreement. Chris Swayze M.D. visit 1436 – 1511, greater than 50% counseling and planning

**PAIN CONSULTANTS OF CENTRAL KENTUCKY, PLLC**
Chris Swayze, M.D.
2716 Old Rosebud Road, Ste. 210, Lexington, Kentucky 40509
Office (859) 263-0533 Fax (859) 263-0534

March 18, 2021

office visit note

James Zoll

Mr. Zoll presents in follow-up. Although things are not great, he has been getting along. He continues to have musculoskeletal back pain, but his pain is more intense in the cervical and thoracic spine at this time rather than the lumbar spine. He states it feels like it is from C6 to T2. He saw Dr. Hackett about his shoulder, in follow-up after his 2019 surgery. Dr. Hackett feels like he is recovering appropriately from his frozen shoulder, and will continue to follow along. The patient feels that his Elavil 25 mg at bedtime and diclofenac 75 b.i.d. have been helpful in his pain management. He has been unable to see Dr. Lamb recently, as the clinic has been close to in person visits because of coronavirus. His prescriptions have been coming from his primary physician.

Physical examination: In general, he is well-developed, well-nourished and in no acute distress. Cognition is generally intact, and affect and mood are grossly normal on today's visit. Comprehensive psychological evaluation was not conducted. Speech is normal in content and cadence, and there's no dysarthria or thought abnormality. Gait is slow and deliberate, but upright and well-balanced with symmetric stride length and equal weightbearing. Motor function of the upper extremities is grossly normal with no asymmetry or abnormality of color. He has some limitation of range of motion on the left, mostly on external rotation, but it is not bad given his history of shoulder injury and frozen shoulder. Motor function the lower extremities is grossly normal with no asymmetry or gross ataxia. Palpation of upper back and neck reveals the tenderness is generally present in the midline at the cervicothoracic junction. The paraspinous muscles are less involved, but he does have tenderness at the spinous process tips, roughly from C6 to T2.

Impression: Cervicothoracic interspinous bursitis. Cervical and thoracic spine pain, likely ligamentous or musculoskeletal. His musculoskeletal back pain has improved somewhat, but is still a long-term issue. Radiculopathy does not appear to be the current primary problem, but he does have a history of abnormal EMG/NCV. History of migraines, managed by Dr. Knox. History of frozen shoulder, managed by Dr. Hackett. Psychiatric disease currently managed by his primary, with input from Dr. Lamb.

Plan: His current medication regimen for me consists of diclofenac b.i.d. and Elavil, generally prescribed elsewhere, but I did refill it last time. Although his condition is not perfect, it seems to be a good balance. He is not really at a point where injection of the cervicothoracic bursa is indicated, but that remains a possibility if conservative measures fail. I have given him some guidance on how to position his computer monitor and reading materials. I think this will be helpful for his cervical and thoracic pain. I will see him back in six months, and I refilled his diclofenac for six months as well. He should call sooner should problems occur.

Chris Swayze M.D. visit 1311 – 1340, greater than 50% counseling and planning

| PATIENT | | FACILITY |
|---|---|---|
| **James Zoll** | | **Stephen Lamb MD LLC** |
| **DOB** | | T (859) 253-9024 |
| **AGE** | 52 yrs | F (859) 309-1802 |
| **SEX** | Male | 436 West Second Street |
| **PRN** | ZJ50965 | Lexington, KY 40507 |

## Patient identifying details and demographics

| | | | | | |
|---|---|---|---|---|---|
| **FIRST NAME** | James | **SEX** | Male | **RACE** | - |
| **MIDDLE NAME** | - | **DATE OF BIRTH** | | **ETHNICITY** | - |
| **LAST NAME** | Zoll | **DATE OF DEATH** | - | **PREF. LANGUAGE** | - |
| **SSN** | | **PRN** | ZJ50965 | **STATUS** | Active patient |

**CONTACT INFORMATION**

| | | | |
|---|---|---|---|
| **ADDRESS LINE 1** | | **CONTACT BY** | - |
| | | **EMAIL** | - |
| **ADDRESS LINE 2** | - | **HOME PHONE** | - |
| **CITY** | | **MOBILE PHONE** | |
| **STATE** | | **OFFICE PHONE** | - |
| **ZIP CODE** | | **OFFICE EXTENSION** | - |

**FAMILY INFORMATION**

| | | | |
|---|---|---|---|
| **NEXT OF KIN** | - | **PATIENT'S MOTHER'S MAIDEN NAME** | - |
| **RELATION TO PATIENT** | - | | |
| **PHONE** | - | | |
| **ADDRESS** | - | | |

## Diagnoses

| Current | ACUITY | START | STOP |
|---|---|---|---|
| (F32.1) Major depressive disorder, single episode, moderate | Chronic | 07/31/2019 | |
| (F40.10) Social phobia, unspecified | Chronic | 07/31/2019 | |

| Historical | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Medications

| Active | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Amitriptyline HCl 25 MG Oral Tablet | one at hs | - | - |

- EScript (verified): 02/10/20 Prescriber: Stephen Lamb MD SIG: one at hs Refills: 0 Quantity: 90
- EScript (verified): 10/15/19 Prescriber: Stephen Lamb MD SIG: one at hs Refills: 0 Quantity: 90

| Active | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Vilazodone HCl (Viibryd) 20 MG Oral Tablet | 1 1/2 a day | - | - |

- EScript (verified): 07/28/20 Prescriber: Stephen Lamb MD SIG: 1 1/2 a day Refills: 1 Quantity: 45
- EScript (verified): 06/08/20 Prescriber: Stephen Lamb MD SIG: 1/2 a day for 7 days; then one a day Refills: 2 Quantity: 30

Desvenlafaxine Succinate (Pristiq) 100 MG Oral Tablet Extended Release 24 Hour Sig: one a day

Desvenlafaxine Succinate (Pristiq) 50 MG Oral Tablet Extended Release 24 Hour Sig: 1 1/2 a day

PATIENT
**James Zoll**
**DOB**
**AGE** 52 yrs
**SEX** Male
**PRN** ZJ50965

FACILITY
**Stephen Lamb MD LLC**
**T** (859) 253-9024
**F** (859) 309-1802
436 West Second Street
Lexington, KY 40507

ENCOUNTER
**Office Visit**
**NOTE TYPE** SOAP Note
**SEEN BY** Stephen Lamb
Psychiatry
**DATE** 07/02/2019
**AGE AT DOS** 50 yrs
Not signed

**Chief complaint**

No chief complaint recorded

**Vitals for this encounter**

No vitals recorded

**SUBJECTIVE**

**OBJECTIVE**

**ASSESSMENT**

**PLAN**

practicefusion

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **James Zoll** | | **Stephen Lamb MD LLC** | **Office Visit** | |
| **DOB** | | T (859) 253-9024 | **NOTE TYPE** | SOAP Note |
| **AGE** | 52 yrs | F (859) 309-1802 | **SEEN BY** | Stephen Lamb |
| **SEX** | Male | 436 West Second Street | | Psychiatry |
| **PRN** | ZJ50965 | Lexington, KY 40507 | **DATE** | 07/31/2019 |
| | | | **AGE AT DOS** | 50 yrs |
| | | | Not signed | |

**Chief complaint**

new psych pt. may be evaluated for disability? Hes not sure. pd deposit in June L/M (Appt time: 2:00 PM) (Arrival time: 2:13 PM)

| **Vitals for this encounter** | |
|---|---|
| | **07/31/19 2:23 PM** |
| Height | 72 in |
| Weight | 208 lb |
| Pulse | 76 bpm |
| BMI | 28.21 |
| Blood pressure | 138/83 mmHg |

**SUBJECTIVE**

Identifying Information: this is a 50-year-old white male who is self-referred.

History of presenting illness: the patient had an accident last year when he fell hiking injuring his left shoulder and cervical spine. He is has chronic pain.. He takes diclofenac. He stopped Zoloft spring and started Pristiq. Zoloft helped to some extent with anxiety and depression. He has been off work for one year. He currently sleeps 9 to 11 hours. He says chronic pain puts him in a bad mood. He has diminished sex drive. His appetite is alright in the evening. His weight is steady. His concentration is "pretty good." He denies suicidal ideation but he has had spells when he felt that life is not with living in the past. He has had spells of diminished need for sleep after his injury that lasted for two months. He has not had racing thoughts. He is not had risk-taking. He denies trouble with his temper. His mood is worse in winter time.

Past psychiatric history: the patient saw Dr. Cox in the late 90s for social phobia and depression. Paxil helped a lot but caused weight gain. Celexa was adequate. Effexor has helped. Prozac made him irritable. Wellbutrin did not help. Klonopin helps and lasts longer than Xanax. He saw Judith Broaddus for five years for therapy.

Past medical history: the patient has the above-mentioned injuries with associated joint disease. He takes amitriptyline at bedtime. He also takes Zanaflex Klonopin Lipitor and sumatriptan for migraines. He has migraine headaches 1 to 3 times a week. He has never had a concussion or seizures. No medication allergies.

Substance use history: the patient does not smoke cigarettes. He drinks three or four caffeinated beverages a day. He drinks 6-7 alcoholic beverages a week. Used marijuana in college. He has not used other recreational drugs.

Family psychiatric history: patients mother's paranoid. Patient's brother has had anxiety and suicidal ideation. Patient sister takes Zoloft for OCD. Patient's brother had to trouble with alcohol and drugs. There is no family history of attention deficit hyperactivity disorder. Patient's mother and maternal grandmother and grandfather had psychiatric hospitalizations. Patient's brother had ECT. There is no family history of physical or sexual abuse or legal problems.

Social history: the patient lives with his partner and his daughter and her husband and child. He completed some college. He gets up around 10 in the morning. He visits his parents and goes to the doctor. He liked to travel. He talks with friends. He's afraid of running to his boss from Toyota.

Personal history: patient was born in Lexington. He was the fifth of five children. His father worked for the state and his mother was a homemaker. He says growing up his mother was depressed. They were "rough times." School went fairly well. He was shy when he was younger. He made fair grades. In middle school he was awkward and isolated. He went to Lafayette high school; he was bullied a little bit. He engaged in gymnastics. He went to BCTC and then went to UK for one year. After that and left went to Toyota for his working career. He met the mother of his child when he was 24. The attraction was that she was smart. He was elated when his daughter was born. He was married for a few years and then came out as gay in his 30s. His ex-wife died two years ago. He met his part in four years ago. The attraction was that he had a great sense of humor and enjoyed music. He also had another six year relationship. The attraction was he was outgoing but "wore me out."

Mel self-examination: a pleasant, kempt man who knows the date.

Mood: please see above.

Speech: monotone.

Affect: neutral.

Thought form: unremarkable.

Thought content: The pt said his father was verbally abusive. He denies symptoms of obsessive-compulsive disorder. He said he does not want to go out when he is depressed. He does have some excessive worry. He did have panic beginning in his 20s. He last had one two months ago. It is associated with chest pain, shortness of breath and fear of losing control. It's usually occurs when he is out. There is some interepisode worry. Panic attacks sometimes come out of the blue. There is no depersonalization or derealization. He did have out of body experiences child. There are no ideas of persecution or reference, thought removal or thought broadcasting.

Perceptions: there no ultra, visual or olfactory hallucinations.

Cognition: the patient can recall three out of three objects immediately and in one minute. He knows the current and past two presidents. He knows an apple and an orange are both fruit. He can abstractly interpret the proverb "the grass is always greener on the other side the fence." He could subtract serial sevens making no mistakes in five tries.

**OBJECTIVE**

**ASSESSMENT**

Axis I: major depression, moderate. Social anxiety disorder, moderate. Rule out generalized anxiety.

Axis II: no diagnosis.

Axis III: status post multiple orthopedic injuries with chronic pain.

Axis IV: some financial pressures.

Axis V: Global assessment functioning 70 now, 70 the past year.

**PLAN**

Plan: begin mood chart. I suggested that he check his serum testosterone through his primary care doctor. Increased Pristiq to 50 mg 1 1/2 a day number 45 with two refills. Return in four weeks.

Medications attached to this encounter:

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **James Zoll** | | **Stephen Lamb MD LLC** | **Office Visit** | |
| **DOB** | | T (859) 253-9024 | **NOTE TYPE** | SOAP Note |
| **AGE** | 52 yrs | F (859) 309-1802 | **SEEN BY** | Stephen Lamb |
| **SEX** | Male | 436 West Second Street | | Psychiatry |
| **PRN** | ZJ50965 | Lexington, KY 40507 | **DATE** | 09/04/2019 |
| | | | **AGE AT DOS** | 50 yrs |
| | | | Not signed | |

**Chief complaint**

I/m (Appt time: 2:30 PM) (Arrival time: 2:37 PM)

**Vitals for this encounter**

No vitals recorded

**SUBJECTIVE**

the patient was seen for over 15 minutes. He has completed the mood chart. He says that his mood is not much better. Social discomfort may be a little less. He has had some stress in that his partner was diagnosed as having renal carcinoma and had his kidney removed. They believe they got it all. His daughter is pregnant. There were some complications early on. He still has issues with chronic pain. His sleep is fair. He reports no side effects in medicine.

**OBJECTIVE**

**ASSESSMENT**

Assessment: minimal if any imprivement.

**PLAN**

Plan: increase Pristiq to 100 mg a day number 30 with two refills. Continue mood chart. Consider nortriptyline. Discussed exercise in hot water. He made in convincing a therapist. He is to return in five weeks.

Medications attached to this encounter:

- Amitriptyline HCl 25 MG Oral Tablet Sig: one at hs
- Sertraline HCl (Zoloft) 100 MG Oral Tablet Sig: 1 1/2 at hs

| PATIENT | | FACILITY | ENCOUNTER | |
| --- | --- | --- | --- | --- |
| **James Zoll** | | **Stephen Lamb MD LLC** | **Office Visit** | |
| **DOB** | | T (859) 253-9024 | **NOTE TYPE** | SOAP Note |
| **AGE** | 52 yrs | F (859) 309-1802 | **SEEN BY** | Stephen Lamb |
| **SEX** | Male | 436 West Second Street | | Psychiatry |
| **PRN** | ZJ50965 | Lexington, KY 40507 | **DATE** | 10/09/2019 |
| | | | **AGE AT DOS** | 50 yrs |
| | | | Not signed | |

## Chief complaint

No chief complaint recorded

## Vitals for this encounter

No vitals recorded

**SUBJECTIVE**

**OBJECTIVE**

**ASSESSMENT**

**PLAN**

PATIENT
**James Zoll**
**DOB**
**AGE** 52 yrs
**SEX** Male
**PRN** ZJ50965

FACILITY
**Stephen Lamb MD LLC**
T (859) 253-9024
F (859) 309-1802
436 West Second Street
Lexington, KY 40507

ENCOUNTER
**Office Visit**
**NOTE TYPE** SOAP Note
**SEEN BY** Stephen Lamb
Psychiatry
**DATE** 10/15/2019
**AGE AT DOS** 50 yrs
Not signed

## Chief complaint

confirmed (Appt time: 2:45 PM) (Arrival time: 2:53 PM)

## Vitals for this encounter

No vitals recorded

**SUBJECTIVE**

the patient was seen for 15 minutes. He does not believe the Pristiq is working as well as the Zoloft and he would like to go back to the Zoloft. He has had some stressors in his life. His partner is not pulling his weight financially. The patient is unable to do much outside of the home or he will lose his disability benefits. He may be having another surgery on his shoulder. His sleep is fair. He did not bring the mood chart with him.

**OBJECTIVE**

**ASSESSMENT**

Assessment: somewhat worse.

**PLAN**

Plan: taper off Pristiq. Zoloft 100 mg one half to One-A-Day number 90 with no refills. Amitriptyline 25 mg one HS number 90 with no refills. Return in three months. Continue mood chart.

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **James Zoll** | | **Stephen Lamb MD LLC** | **Office Visit** | |
| **DOB** | | T (859) 253-9024 | **NOTE TYPE** | SOAP Note |
| **AGE** | 52 yrs | F (859) 309-1802 | **SEEN BY** | Stephen Lamb |
| **SEX** | Male | 436 West Second Street | | Psychiatry |
| **PRN** | ZJ50965 | Lexington, KY 40507 | **DATE** | 12/10/2019 |
| | | | **AGE AT DOS** | 50 yrs |
| | | | Not signed | |

## Chief complaint

No chief complaint recorded

## Vitals for this encounter

No vitals recorded

**SUBJECTIVE**

**OBJECTIVE**

**ASSESSMENT**

**PLAN**

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **James Zoll** | | **Stephen Lamb MD LLC** | **Office Visit** | |
| **DOB** | | T (859) 253-9024 | **NOTE TYPE** | SOAP Note |
| **AGE** | 52 yrs | F (859) 309-1802 | **SEEN BY** | Stephen Lamb |
| **SEX** | Male | 436 West Second Street | | Psychiatry |
| **PRN** | ZJ50965 | Lexington, KY 40507 | **DATE** | 12/16/2019 |
| | | | **AGE AT DOS** | 50 yrs |
| | | | Not signed | |

## Chief complaint

confirmed (Appt time: 3:30 PM) (Arrival time: 3:38 PM)

## Vitals for this encounter

No vitals recorded

**SUBJECTIVE**

the patient was seen for 15 minutes. He does believe he feels better on the Zoloft and amitriptyline. He is going to have an operation this coming Friday. This has put a damper on Christmas. His mood is somewhat better. He still has trouble sleeping because of pain. His affect is somewhat blunted. He would like keep his medicines the same.

**OBJECTIVE**

**ASSESSMENT**

Assessment: better but not optimal.

**PLAN**

Plan: Zoloft 100 mg one half to one at HS number 60 number 90 with one refill. Amitriptyline 25 mg one HS number 90 with one refill. Return in one or two months.

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **James Zoll** | | **Stephen Lamb MD LLC** | **Office Visit** | |
| **DOB** | | T (859) 253-9024 | **NOTE TYPE** | SOAP Note |
| **AGE** | 52 yrs | F (859) 309-1802 | **SEEN BY** | Stephen Lamb Psychiatry |
| **SEX** | Male | 436 West Second Street | | |
| **PRN** | ZJ50965 | Lexington, KY 40507 | **DATE** | 02/10/2020 |
| | | | **AGE AT DOS** | 51 yrs |
| | | | Not signed | |

## Chief complaint

l/m (Appt time: 1:00 PM) (Arrival time: 1:09 PM)

## Vitals for this encounter

No vitals recorded

**SUBJECTIVE**

the patient was seen for over 15 minutes. His mood has been depressed. He is having some trouble with his partner not helping out with the expenses at home. His sleep is fair. He has had moderate amounts of anxiety. He says he will probably be let go from Toyota because his problems cannot restore him to full duty. He is been there for 31 years. He has been having some night terrors and finds this bothersome. He has been told by a neurologist that this might be early onset Parkinson's.

**OBJECTIVE**

**ASSESSMENT**

Assessment: not optimal.

**PLAN**

Plan: continue mood chart. Increase Zoloft to 100 mg one half a day number 135 with one refill. Discussed Prazosin and Seroquel. He is to return in two months.

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **James Zoll** | | **Stephen Lamb MD LLC** | **Office Visit** | |
| **DOB** | | T (859) 253-9024 | **NOTE TYPE** | SOAP Note |
| **AGE** | 52 yrs | F (859) 309-1802 | **SEEN BY** | Stephen Lamb |
| **SEX** | Male | 436 West Second Street | | Psychiatry |
| **PRN** | ZJ50965 | Lexington, KY 40507 | **DATE** | 04/07/2020 |
| | | | **AGE AT DOS** | 51 yrs |
| | | | Not signed | |

## Chief complaint

No chief complaint recorded

## Vitals for this encounter

No vitals recorded

**SUBJECTIVE**

**OBJECTIVE**

**ASSESSMENT**

**PLAN**

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **James Zoll** | | **Stephen Lamb MD LLC** | **Office Visit** | |
| **DOB** | | T (859) 253-9024 | **NOTE TYPE** | SOAP Note |
| **AGE** | 52 yrs | **F** (859) 309-1802 | **SEEN BY** | Stephen Lamb |
| **SEX** | Male | 436 West Second Street | | Psychiatry |
| **PRN** | ZJ50965 | Lexington, KY 40507 | **DATE** | 04/13/2020 |
| | | | **AGE AT DOS** | 51 yrs |
| | | | Not signed | |

## Chief complaint

confirmed (Appt time: 1:15 PM) (Arrival time: 1:00 PM)

## Vitals for this encounter

No vitals recorded

**SUBJECTIVE**

the patient had a phone session lasting approximately 15 minutes. His mood is significantly better. He's been partner has been helping out with the finances. He's going to have a hearing at Toyota and will likely be terminated after 31 years. He is sad about not having normal retirement party. His daughter just about to give birth.

**OBJECTIVE**

**ASSESSMENT**

Assessment: overall stable.

**PLAN**

Plan: continue Zoloft and amitriptyline. have another session in two months.

Medications attached to this encounter:

Vilazodone HCl (Viibryd) 20 MG Oral Tablet Sig: 1 1/2 a day

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **James Zoll** | | **Stephen Lamb MD LLC** | **Office Visit** | |
| DOB | | T (859) 253-9024 | NOTE TYPE | SOAP Note |
| AGE | 52 yrs | F (859) 309-1802 | SEEN BY | Stephen Lamb Psychiatry |
| SEX | Male | 436 West Second Street | | |
| PRN | ZJ50965 | Lexington, KY 40507 | DATE | 06/08/2020 |
| | | | AGE AT DOS | 51 yrs |
| | | | Not signed | |

## Chief complaint

I/m (Appt time: 1:00 PM) (Arrival time: 2:20 PM)

## Vitals for this encounter

No vitals recorded

### SUBJECTIVE

The patient had a telephone session lasting over 10 minutes. His mood is fair. He is still having significant trouble with pain. His sleep is not optional. He believes the sertraline is not doing as well as it could. It also causes sexual side effects. He does have an appointment with a pain doctor in the next few days. He recently became a grandfather. This has been good news. He and his partner getting along somewhat better.

### OBJECTIVE

### ASSESSMENT

Not optimal

### PLAN

Taper off sertraline. Begin Viibryd 20 mg 1/2 a day for seven days Then one a day number 30 with two refills. The risks and benefits have been discussed. Continue amitriptyline. I suggested he ask his doctor about nortriptyline. He is to return in four weeks.

PATIENT
**James Zoll**
**DOB**
**AGE** 52 yrs
**SEX** Male
**PRN** ZJ50965

FACILITY
**Stephen Lamb MD LLC**
T (859) 253-9024
F (859) 309-1802
436 West Second Street
Lexington, KY 40507

ENCOUNTER
**Office Visit**
**NOTE TYPE** SOAP Note
**SEEN BY** Stephen Lamb
Psychiatry
**DATE** 07/28/2020
**AGE AT DOS** 51 yrs
Not signed

### Chief complaint

confirmed (Appt time: 1:30 PM) (Arrival time: 2:02 PM)

### Vitals for this encounter

No vitals recorded

**SUBJECTIVE**

The patient a telephone session lasting approximately 15 minutes. He said he may feel a little better on the Viibryd. He is sleeping fairly well. He has had some contact with his coworkers who seem to look down and because he is on disability. He also has had significant conflict with his father recently. He reports no problems with sleeping. He says he does not want to take any more amitriptyline then he has because his primary care doctor is giving other medicines for pain. He is having some conflict with his partner. He does not get to see his daughter and grandchild very often because of coronavirus.

**OBJECTIVE**

**ASSESSMENT**

Better but not optimal.

**PLAN**

I recommended the book "Making Peace with your Parents." Increase Viibryd to 20 mg 1 1/2 a day number 45 with one refill. Return in four weeks.

PATIENT
**James Zoll**
**DOB**
**AGE** 52 yrs
**SEX** Male
**PRN** ZJ50965

FACILITY
**Stephen Lamb MD LLC**
T (859) 253-9024
F (859) 309-1802
436 West Second Street
Lexington, KY 40507

ENCOUNTER
**Office Visit**
**NOTE TYPE** SOAP Note
**SEEN BY** Stephen Lamb
Psychiatry
**DATE** 07/06/2020
**AGE AT DOS** 51 yrs
Not signed

### Chief complaint

No chief complaint recorded

### Vitals for this encounter

No vitals recorded

**SUBJECTIVE**

**OBJECTIVE**

**ASSESSMENT**

**PLAN**

**Commonwealth**
PAIN & SPINE

FAXED 5/16/19 9:00AM

***Please Fax Form To: (866) MYPAIN4***

Thank you in advance for giving us the opportunity to care for your patient. Please complete the following info and fax to our attention. Our dedicated scheduling staff will contact the patient within 48 hours and notify your office of the appointment date and time via return fax.

| | | | |
|---|---|---|---|
| **Jason C. Lewis, M.D.**<br>Board Certified Pain Medicine<br>Board Certified Anesthesiology | **S. Kyle Young, M.D.**<br>Board Certified Pain Medicine<br>Board Certified Anesthesiology | **James Jackson, M.D.**<br>Board Certified Pain Medicine<br>Board Certified Anesthesiology | **Jenna Dismore, M.D.**<br>Board Certified Pain Medicine<br>Board Certified Anesthesiology |
| **David Anderson, M.D.**<br>Board Certified Anesthesiology | **David Bosomworth, M.D.**<br>Board Certified Pain Medicine<br>Board Certified Anesthesiology | **Nicolaus Winters, M.D.**<br>Board Certified Pain Medicine<br>Board Certified Anesthesiology | **Brandon Gish, M.D.**<br><br>**Thomas Whealton, D.O.** |

## REFERRAL

Today's Date: 5/16/19
Patient Name: James Zoll
Referring Provider: Daniel J. Hackett MD
Patient Cell #:
Referring Provider Phone: 859-276-5008
Patient Home #:
Referring Provider Fax: 859-278-6401
Patient DOB:

**CPA PASSPORT I.D. # 50053274**

**WE ACCEPT ALL MAJOR MEDICAL INSURANCE; MEDICARE & MEDICAID**

## AUTHORIZATION

☑ Evaluate and Treat as Appropriate ☐ Medication Management ☐ Procedure (Detail Below)

☐ Special and/or Specific Requests: non narcotic management for chronic pain

## FOCUSED PAIN (CIRCLE ALL THAT APPLY)

| | | | | |
|---|---|---|---|---|
| HEADACHE | HEAD, NECK AND THROAT | | CERVICAL SPINE | THORACIC |
| LUMBAR-SACRAL | (SHOULDER) | HIP KNEE | MYOFASCIAL | PERIPHERAL NEUROPATHY |
| FIBROMYALGIA | SYMPATHETIC MEDIATED PAIN | | NEUROPATHIC | POST SURGICAL CHRONIC |
| CANCER | PHANTOM | SHINGLES/PHN | PELVIC PAIN | CHRONIC PANCREATITIS |

OTHER: acromioclavicular joint (left)

PREVIOUS NEURO OR ORTHO CONSULT? (Y) / N PROVIDER: not sure

PREVIOUS PAIN MANAGEMENT? Y / N PROVIDER: not sure

## THE FOLLOWING DOCUMENTATION MUST BE ATTACHED

1. OFFICE NOTES, HISTORY & PHYSICAL
2. PATIENT DEMOGRAPHICS (MUST INCL. SSN, ADDRESS)
3. IMAGING
4. **COPY OF INSURANCE CARD(S)**

**Our staff is unable to schedule without the above.**

**WORKER'S COMPENSATION CLAIMS**

Date of Injury: ____________ Claim #: ____________

Adjustor Name & Number: ____________

***Please attach approval for appointment.

**_Kentucky Bone and Joint Surgeons_**
216 Fountain Ct Ste 250
Lexington, KY 40509-2510
Phone: (859) 276-5008
Fax: (859) 278-6401

**James D. Zoll (16628)**

**Usual Caregiver:** Daniel J. Hackett
**Primary Care Provider:** John P. Ziegler

| | | | | | |
|---|---|---|---|---|---|
| **SS # last 4):** | | **Marital Status:** | Unknown | **Referred by:** | John T. Hobbs |
| **Date of Birth:** | | **Race:** | White | **Privacy Level:** | Any Caregiver |
| **Gender:** | Male | **Ethnicity:** | Not Hispanic or Latino | | |
| | | **Language:** | English | | |
| **Home Address:** | | **Work Address:** | | **Employer:** | |
| | | | | **Occupation:** | |
| | | **Email:** | | **Status:** | Works Full Time |

**Email:**
**Preferred Notification Method:** Web Message

| | | | | | |
|---|---|---|---|---|---|
| **Relation to Guarantor:** | Self | **Blood Type:** | Undefined | **Living Will:** | No |
| **Guarantor Name:** | James D. Zoll | **Organ Donor:** | No | **Consent of Care:** | No |
| **Guarantor Information:** | | **Emergency Information:** | | **Notes:** | |

Phone:
**Email:**

| | | | |
|---|---|---|---|
| **Preferred Name:** | | **Release of Information:** | Undefined |
| **Former Name:** | | **HCFA-1500 Signature:** | Undefined |
| **Nickname:** | | | |

## Insurance

| Carrier | | Subscriber | Worker's Comp |
|---|---|---|---|
| **Anthem**<br>Type of plan: BCBS | Group number: 003320100<br>Plan number: TOAAN1314861<br>Enrollment date: 12/17/2016 | James D. Zoll (DOB: )<br>Phone: ( | No |

**ZOLL, JAMES (id #133754, dob:**



Image





## Current Medications - James D. Zoll

**Imitrex (25MG Tablet, for migraines Oral as needed) Active.**
Recorded 05/15/2019 02:41 PM by Stephanie Wagers, Office Visit.

**Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.**
Recorded 05/15/2019 02:41 PM by Stephanie Wagers, Office Visit.

**Diclofenac Sodium ( Oral) Specific strength unknown - Active.**
Recorded 05/15/2019 02:41 PM by Stephanie Wagers, Office Visit.

**KlonoPIN (1MG Tablet, Oral) Active.**
Recorded 05/15/2019 02:37 PM by Stephanie Wagers, Office Visit.

**Pristiq ( Oral) Specific strength unknown - Active.**
Recorded 05/15/2019 02:37 PM by Stephanie Wagers, Office Visit.

**Amitriptyline HCl ( Oral) Specific strength unknown - Active.**
Recorded 05/15/2019 02:37 PM by Stephanie Wagers, Office Visit.

**Ibuprofen (200MG Capsule, Oral) Active.**
Recorded 05/15/2019 02:37 PM by Stephanie Wagers, Office Visit.

**Atorvastatin Calcium ( Oral) Specific strength unknown - Active.**
Recorded 05/15/2019 02:37 PM by Stephanie Wagers, Office Visit.

**TIZANidine HCl ( Oral) Specific strength unknown - Active.**
Recorded 05/15/2019 02:37 PM by Stephanie Wagers, Office Visit.

**Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.**
Recorded 05/15/2019 02:42 PM by Stephanie Wagers, Office Visit.

# Chart

**James D. Zoll**
**DOB:**

## Encounters

**Encounter 1** Date 05/16/2019
**Diagnosis** Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890)

**Encounter #1**

**History & Physical Report**
**5/15/2019: Office Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 5/15/2019 2:35 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 5/15/2019 9:40 PM)
The patient is a 50 year old male who presents for a Follow-up for Left shoulder problem. It began suddenly on 7/2018 and now occurs continuously. The patient complains of pain. The mechanism of injury was related to a fall (while hiking). The symptoms are mild in severity (to severe at times). The patient feels aching. The symptoms are made worse by motion, lifting and lying down. The symptoms have been associated with stiffness. The patient states that the symptoms are unchanged since the onset. The patient works at Toyota. The primary care provider is John Ziegler, MD. Prior diagnostic studies include an X-ray. Past treatment includes nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion exercises and surgical repair (RTC repair with Dr. Wilkes 9/17/18). Note for "Left shoulder problem": 4/17/19: James states that his shoulder is slowly improving, but he is still experiencing pain and limited ROM. He also had surgery to repair a fracture of his left wrist due to the same injury. He has brought all records with him, excluding imaging.
5-15-19: Patient states his left shoulder has not improved since his last office visit.

Allergies (Stephanie Wagers; 5/15/2019 2:37 PM)
No Known Drug Allergies [04/17/2019]:

Medication History (Stephanie Wagers; 5/15/2019 2:42 PM)
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Ibuprofen (200MG Capsule, Oral) Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
Diclofenac Sodium (Oral) Specific strength unknown - Active.
Medications Reconciled

Social History (Stephanie Wagers; 5/15/2019 2:37 PM)
Alcohol use 04/17/2019: occasional
Exercise 04/17/2019: daily
Exercise Tolerance 04/17/2019: 3-4 flights of stairs
Handed right handed
Marital status 04/17/2019: single
Tobacco use Never smoker. 04/17/2019: never smoker

Review of Systems (Daniel J. Hackett, Jr, MD; 05/15/2019 9:52 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Vitals (Stephanie Wagers; 5/15/2019 2:44 PM)
5/15/2019 2:43 PM
**Weight:** 210 lb **Height:** 72 in
**Body Surface Area:** 2.18 m² **Body Mass Index:** 28.48 kg/m²
**Pulse:** 78 (Regular)
**BP:** 139/88 (Sitting, Left Wrist, Standard)

Physical Exam (Daniel J. Hackett, Jr, MD; 05/15/2019 9:52 PM)
General
**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well developed and Well nourished.
**Gait** - Normal.

**Integumentary**
**Global Assessment**
**Normal Exam** - Right upper extremity: no lesions or rashes. No evidence of photo damage and Left upper extremity: no lesions or rashes. No evidence of photo damage.

**Musculoskeletal**
**Upper Extremity**
Shoulder:
**Inspection and Palpation:**
**Strength and Tone:**
**ROJM:**
**Right:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM - 180 °. AROM - 60 °. ROM - T7.**
**Left:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM - 150 °. AROM - 60 °. ROM - T7. Right - Supraspinatus - 5/5. Infraspinatus - 5/5. Trapezius - 5/5. Left - Supraspinatus - 5/5. Infraspinatus - 5/5. Trapezius - 5/5. Functional Testing - Right** - AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Left** - AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Tenderness** - exquisitely tender (over AC joint). **Crepitus** - none, (R) and none, (L). **Sensation** - normal, (R) and normal, (L). **Other characteristics** - no ecchymosis, (R), no ecchymosis, (L). **Instability - Right** - sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Left** - sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Shoulder - Impingement** - Hawkins-Kennedy impingement test negative, (R), Hawkins-Kennedy impingement test negative, (L). Neer impingement test negative, (R). Neer impingement test negative, (L).

Assessment & Plan (Daniel J. Hackett Jr, MD; 5/15/2019 9:51 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Impression: 50 yo M 7 months s/p L cuff repair with continued anterior shoulder pain that seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this point. Given his findings, we discussed his options. We discussed the risks and benfits of performing a CSI. The risks include, but are not limited to - injection site pain, hematoma formation, damage to intra-articular structures, and infection. We will have him continue working with PT. We also discussed the fact that the judicious use of NSAIDs can often be helpful. He will f/u in 3-4 weeks.

5/15 - Patient returns with no significant long term improvement in his pain. He does state that he had a 50% reduction in his pain after his injection began working. He states that most of his pain is still located anteriorly and noted with overhead lifting. At this point, I believe he may have some issues related to his AC joint, as well as the possibility that he is having some pain that is more centrally mediated. In fact, he has asked for a pain mgmt referrla, which I do think would be helpful, as he may benefit from some non narcotic management of his chronic pain. I will have him hold off on PT for the next 2 weeks to see if it improves his pain and also start a topical NSAID for his L shoulder. He will f/u in 4 weeks for a repeat exam and discussion.
Current Plans

- Referral to Pain Management
- Follow up in 1 month or sooner for any problems

S/P rotator cuff repair (V45.89 | Z98.890)

Signed by Daniel J Hackett, Jr, MD (5/15/2019 9:52 PM)

**ZOLL, JAMES (id #133754, dob:**

## MRI, LUMBAR SPINE, W/O CONTRAST (#2906663, 06/12/2019 12:00am)

**ZOLL, JAMES D (id #21795182, dob:**

**Imaging Results**

## MR LUMBAR W/O CONTRAST

**(#25639168, Final, 06/12/2019 11:45am)**

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMES D ZOLL
Patient DOB:
Patient MRN: 6695100

Ordering Provider: JOHN P ZIEGLER

EXAM DATE: 06/12/2019

EXAM: MR LUMBAR W/O CONTRAST

HISTORY: 50-year-old male with low back pain.

COMPARISON: MRI dated 12/22/2016

FINDINGS:
The lumbar spine is normal in alignment. There is no subluxation. There is no evidence of fracture. There is mild anterior marginal osteophytic spurring. No pathologic lesion is identified in the lumbar spine. The conus medullaris is normal in appearance at the L1-L2 level.

T11-T12 and T12-L1: These intervertebral discs are normal in appearance.

L1-L2: There is minimal endplate spurring. There is no central canal stenosis. There is no neural foraminal stenosis.

L2-L3: There is a minimal disc bulge and mild endplate spurring. There is no central canal stenosis. There is no neural foraminal stenosis.

L3-L4: There is a mild disc bulge and mild endplate spurring. There is no central canal stenosis. There is minimal neural foraminal stenosis.

L4-L5: There is a broad-based disc protrusion and mild endplate spurring. There is no central canal stenosis. There is mild bilateral neural foraminal stenosis.

L5-S1: There is a broad-based disc protrusion and mild endplate spurring. There is no central canal stenosis. There is mild bilateral neural foraminal stenosis.

IMPRESSION:
1. There are broad-based disc protrusion at L4-L5 and L5-S1 with mild bilateral neural foraminal stenosis.

Interpreted By: Timothy Averion-Mahloch, MD
Electronically Signed By: Timothy Averion-Mahloch, MD on 6/12/2019 12:50 PM

**ZOLL, JAMES (id #133754, dob:**

## MRI, CERVICAL SPINE, W/O CONTRAST (#2906468, 06/12/2019 12:00am)

**ZOLL, JAMES D (id #21795182, dob:**

## MR CERVICAL W/O CONTRAST

**(#25637797, Final, 06/12/2019 11:15am)**

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMES D ZOLL
Patient DOB:
Patient MRN: 6695100

Ordering Provider: JOHN P ZIEGLER

EXAM DATE: 06/12/2019

EXAM: MR CERVICAL W/O CONTRAST

HISTORY: 50-year-old male with neck pain, and left arm pain and numbness.

COMPARISON: MRI of the cervical spine dated 8/9/2018.

FINDINGS:
There is minimal posterior listhesis of C3 on C4. The cervical spine is otherwise normal in alignment. There is no fracture or pathologic intraosseous lesion. There is mild to moderate anterior marginal osteophytic spurring. No paraspinous soft tissue abnormality is identified. The visualized spinal cord and posterior fossa of the brain are normal in appearance.

There is moderate mucosal thickening in the maxillary sinuses.

The craniocervical junction is normal in appearance. There are minimal degenerative changes at C1-C2.

C2-C3: There is a mild disc bulge. There is no central canal stenosis. There is no neural foraminal stenosis.

C3-C4: There is a broad-based disc protrusion and mild endplate spurring. There is no central canal stenosis. There is mild bilateral neural foraminal narrowing.

C4-C5: There is a mild disc bulge and mild endplate spurring. There is no central canal stenosis. There is no neural foraminal narrowing.

C5-C6: There is a broad-based disc bulge/protrusion and mild endplate spurring. There is no central canal stenosis. There is mild left neural foraminal stenosis.

C6-C7: There is a broad-based disc protrusion with probable extension in the left neural foramen, and mild endplate spurring. There is no central canal stenosis. There is moderate/severe left neural foraminal stenosis.

C7-T1: This intervertebral disc is essentially normal in appearance.

There is a small disc protrusion at T2-3. There is no central canal stenosis or neural foraminal stenosis.

IMPRESSION:
1. There is a disc protrusion at C6-C7 with probable extension into the left neural foramen. There is moderate/severe left neural foraminal stenosis.
2. There is mild neural foraminal narrowing at C3-C4 and C5-C6.
3. This study is essentially unchanged from the prior MRI.

Interpreted By: Timothy Averion-Mahloch, MD
Electronically Signed By: Timothy Averion-Mahloch, MD on 6/12/2019 12:06 PM

**Encounter Date: 06/24/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 133754 | **Appt. Date/Time** | 06/24/2019 12:50PM |
| **DOB** | | **Service Dept.** | Lexington |
| **Provider** | BRANDON GISH, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Referring Provider Name : HACKETT, DANIEL<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

neck pain

Patient's Care Team

**Referring Provider (Primary Insurance):** HACKETT, DANIEL: 216 FOUNTAIN CT STE 250, LEXINGTON, KY 40509, Ph (859) 276-5008, Fax (859) 278-6401

Vitals

**Ht:** 6 ft 06/24/2019 01:26 pm
**Wt:** 215 lbs 06/24/2019 01:26 pm
**BMI:** 29.2 06/24/2019 01:26 pm
**BP:** 116/78 06/24/2019 01:27 pm
**HR:** 61 06/24/2019 01:27 pm
**O2Sat:** 98% 06/24/2019 01:27 pm
**Pain Scale:** 6 06/24/2019 01:26 pm

Allergies

Reviewed Allergies
NKDA

Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet** | 04/08/19 | filled |
| **atorvastatin 20 mg tablet** | 03/14/19 | filled |
| **clonazePAM 1 mg tablet** | 06/04/19 | filled |
| **diclofenac sodium 75 mg tablet,delayed release** | 04/18/19 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 06/04/19 | filled |
| **omeprazole 20 mg capsule,delayed release** | 04/08/19 | filled |
| **SUMAtriptan 100 mg tablet** | 04/18/19 | filled |
| **SUMAtriptan 6 mg/0.5 mL subcutaneous pen injector** | 04/20/19 | filled |
| **tiZANidine 4 mg tablet** | 03/14/19 | filled |
| **topiramate 25 mg tablet** | 04/18/19 | filled |

Vaccines

None recorded.

## Problems

Reviewed Problems
- Cervical radiculopathy - Onset: 06/24/2019
- Left rotator cuff syndrome - Onset: 06/24/2019
- Neck pain - Onset: 06/24/2019

## Family History

Reviewed Family History

| | |
|---|---|
| Paternal Grandfather | - Diabetes mellitus |
| Maternal Grandmother | - Mental disorder<br>- Rheumatoid arthritis |
| Mother | - Rheumatoid arthritis |
| Father | - Rheumatoid arthritis |
| Maternal Grandfather | - Mental disorder |
| Paternal Grandmother | - Rheumatoid arthritis<br>- Diabetes mellitus |

## Social History

Reviewed Social History
Smoking Status: Never smoker
Marital status: Domestic Partner
Alcohol intake: Occasional
Exercise level: Occasional

## Surgical History

Reviewed Surgical History
- Shoulder Surgery - left
- Hernia Repair

left wrist surgery

## Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Chronic Low Back Pain: **Y**
Depression: **Y**
Headaches: **Y**
High Cholesterol: **Y**

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 14 | Screening form completed by patient using Phreesia. |
| Opioid Risk | 4 | Screening form completed by patient using Phreesia. |

## ZOLL, JAMES (id #133754, dob:

HPI

**Neck pain**
Reported by patient.
Onset: 8 years
Location: bilateral paraspinal; midline spine; radiating to the left upper extremity to the hand
Duration: constant
Context: started without cause
Quality:**numbess**; stinging
Severity: current pain level: 6/10; worst pain level: 7/10; moderate
Alleviating Factors: medication
Aggravating Factors: cannot identify
Timing: constant; varies throughout the day
Associated Symptoms: no weakness; no dizziness; no popping/clicking; no bladder incontinence; no bowel incontinence; **numbness**; **tingling**; **pain in upper extremities**
Prior Imaging: MRI; Patient has brought a report with him today
Previous Cervical Surgery: none
Previous Injections: Patient had injection with Dr.Dubal with benefit.
Previous PT: completed PT; response to therapy: pain improved
Previous Chiropractic care: none
Medications History: NSAIDS: (**Diclofenac (effective)**); muscle relaxants: (**Tizanidine (effective)**); neuropathics: (**Gabapentin (unable to tolerate)**); opioid pain medications: (**Norco (effective)**)
Working: no; Patient has been off work from 11 months. He is still employed with Toyota.
Prior Pain Management: yes; Advanced Pain Medicine

**Pain Management Initial**
Reported by patient.
Hand Dominance: right

ROS

**Additionally reports:**

**Allergic/Immunologic**
**Confirms: None**
**Denies: Frequent Sneezing, Hives, Itching, Runny Nose, Sinus Pressure**
**Cardiovascular**
**Confirms: Arm Pain, Lightheaded upon standing**
**Denies: Chest Pain, Known Heart Murmur, Palpitations (skipping/irregular), Shortness of Breath (laying down), ShortnessofBreath (walking), Swollen Ankles / Legs**
**Constitutional**
**Confirms: None**
**Denies: Exercise Intolerance, Fatigue, Fever, Lethargy (Lack of Energy), Malaise, Sedation (Drowsiness), Weight Gain, Weight Loss**
**ENMT**
**Confirms: Dry Mouth**
**Denies: Bleeding Gums, Difficulty Breathing, Ear Pain, Frequent Nosebleeds, Mouth Breathing, Mouth Ulcers, Oral Abnormalities, Sinus Problems, Sinusitis, Snoring, Sore Throat**
**Endocrine**
**Confirms: None**
**Denies: Cold Intolerance, Fatigue, Hair Loss, Increased Hair Growth, Increased Thirst**
**Eyes**
**Confirms: Wear Glasses**
**Denies: Eye Disease or Injury, Irritation, Vision Change, Wear Contacts**
**Gastrointestinal**
**Confirms: Constipation**
**Denies: Abdominal Pain, Appetite Change, Black or Tarry Stools, Frequent Diarrhea, Heartburn, Indigestion, Nausea, Vomiting, Vomiting Blood**
**Genitourinary**
**Confirms: None**
**Denies: Blood in Urine, Frequent Urination, Incomplete Emptying, Trouble Urinating, Urinary Loss of Control**
**Hematologic/Lymphatic**
**Confirms: None**
**Denies: Anemia, Bruise Easily, Excessive Bleeding, Phlebitis (Vein Inflammation), Swollen Glands**
**Integumentary**
**Confirms: None**
**Denies: Abnormal Moles, Breast Lumps, Change in Hair or Nails, Change in Skin Color, Dry Skin, Growth Lesions, Itching, Jaundice, Lacerations, Non Healing Areas, Psoriasis, Rash**
**Musculoskeletal**
**Confirms: Back Pain, Muscle Weakness, Neck Pain**
**Denies: Arthralgias/Joint Pain, Bone Pain, Difficulty Walking, Fractures, Muscle Cramps / Aches, Osteoporosis (Fragile Bones), Swelling in Extremities**
**Neurologic**
**Confirms: Frequent Headaches, Migraines, Numbness, Restless Legs, Tremors / Shaking, Weakness**
**Denies: Dizziness, Gait Dysfunction, Loss of Consciousness, Paralysis, Seizures**
**Psychiatric**
**Confirms: Depression, Sleep Disturbances**
**Denies: Agitation, Alcohol Abuse, Delirium, Dementia, Feeling Unsafe in Relationship, Hallucinations, Memory Loss, Mood Swings, Restless Sleep, Suicidal Thoughts**
**Respiratory**
**Confirms: Cough**
**Denies: Shortness of Breath, Sleep Apnea, Wheezing**

**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old male.

**Constitutional:**General Appearance: healthy-appearing. Level of Distress: no acute distress.

**Psychiatric:**Insight: good judgement and insight. Mental Status: active and alert and normal mood. Orientation: to time, place, and person.

**Eyes:**Eyelids and Conjunctivae: conjunctivae normal. Sclerae: white and non-icteric.

**ENMT:**Hearing: normal hearing to conversation.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular:**Lower Extremity Edema none present.

**Musculoskeletal::**Motor Strength and Tone: normal and normal tone. Joints, Bones, and Muscles: **limited ROM; left shoulder: Empty can test positive, preserved strength but mild pain with resisted internal/external rotation and abduction.**. Extremities: no edema.

**Neurologic:**Gait: smooth, regular gait and ambulates without assistive device. Cranial Nerves II-XII: grossly intact. Sensation: grossly intact. Deep Tendon Reflexes Left: 2+ biceps (C6) and no Hoffman's reflex. Deep Tendon Reflexes Right: 2+ biceps (C6) and no Hoffman's reflex. Sensation Left: **decreased light touch C6 dermatome, C7 dermatome,** and **C8 dermatome** and C5 dermatome intact and T1-T12 dermatome intact. Sensation Right: C5 dermatome intact, C6 dermatome intact, C7 dermatome intact, C8 dermatome intact, and T1-T12 dermatome intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Cervical Spine:**Inspection: normal alignment and no muscle atrophy in the bilateral upper extremities. Soft Tissue Palpation: **tenderness of the bilateral cervical paraspinal muscles** and **the bilateral trapezius muscles**. Active Range of Motion: **extension: 10 degrees, left lateral roatation: 20 degrees, right lateral rotation: 10 degrees**, and **pain elicited with range of motion** and normal flexion: 80 degrees. Left Upper Extremity Strength deltoid (C5): 5/5, triceps (C7): 5/5, biceps (C5): 5/5, wrist extension (C6): 5/5, and grip strength (C8): 5/5. Right Upper Extremity Strength: deltoid (C5): 5/5, biceps (C5): 5/5, triceps (C7): 5/5, wrist extension (C6): 5/5, and grip strength (C8): 5/5. Special Tests: **Spurling's test: positive**.

## Assessment / Plan

This is a 50-year-old woman seen today for evaluation and treatment related to neck pain and left upper extremity pain. This pain began after a fall while hiking 7/2018. Also, this led to a rotator cuff repair 9/2018. He also had left wrist surgery at that time. He continues to have pain over the left side of the neck and into the left shoulder. This is the primary location of pain, however it can radiates into the fingertips associated with numbness and tingling in a C6/C7 distribution.

MRI of the cervical spine demonstrates moderate to severe left C6-7 neuroforaminal stenosis. There is also mild multilevel degeneration.

He's undergone intra-articular left shoulder joint injections (AC joint) with modest benefit. He previously treated with Dr. Duball in the past and underwent injections in the cervical spine.

Medication management currently consists of diclofenac and tizanidine. He was not able to tolerate gabapentin. He also takes Norco very sparingly and not every day. ORT score is 4 representing moderate risk due to depression and family history of alcohol abuse. He also takes Klonopin on a regular basis.

Presentation is consistent with recovering left rotator cuff repair and cervical radiculopathy. I recommend a C7-T1 ESI (leftward) for diagnostic and therapeutic purposes. If this is beneficial I would recommend cervical physical therapy to include traction.

1. **Cervical radiculopathy**
   M54.12: Radiculopathy, cervical region
   - EPIDURAL STEROID INJECTION, CERVICAL (PROC)

2. **Left rotator cuff syndrome**
   M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

3. **Neck pain** -
   ORT and PHQ-9 testing was completed electronically by the patient to evaluate the patient's psychosocial health to better determine baseline risk as we consider initiating opioid medications. The patient's ORT score of 4 indicates (moderate) risk potential for medication misuse. The patients PHQ-9 of 14 indicates (mod-severe) depression. The patients PSEQ score being 25 represents the patient has (less sustainable gains) if opioid medication is considered. Baseline results. Will be taken into consideration if treatment with opioid medication is initiated in the future.

   M54.2: Cervicalgia
   - OPIOID RISK TOOL (ORT)

### Return to Office

- Brandon Gish, MD for INJECTION at Lexington on 07/16/2019 at 02:40 PM

## Encounter Sign-Off

Encounter signed-off by Brandon Gish, MD, 06/24/2019.
Encounter performed and documented by Brandon Gish, MD
Encounter reviewed & signed by Brandon Gish, MD on 06/24/2019 at 1:58pm

**James Zoll**
DOB:
Age: 50
Gender: Male

# Full Clinical Report

Phreesia

Date of Visit: 06/24/2019 12:50 PM

## Visit Overview

| | | | |
|---|---|---|---|
| Patient Name | James Zoll | Street Address ≛ | |
| Patient Date of Birth | | City, State and ZIP Code ≛ | |
| Patient Gender | Male | Physician ≛ | Brandon Gish |

## Medical History

**Past and Current Medical Conditions ≛**

- ☐ AIDS/HIV
- ☐ Anemia
- ☒ Anxiety Disorder
- ☐ Autoimmune Disease
- ☐ Bipolar Disease
- ☐ Bleeding Disorder
- ☐ Cancer
- ☐ Cardiomyopathy
- ☒ Chronic Low Back Pain
- ☐ Coronary Artery Disease
- ☐ Dementia
- ☒ Depression
- ☐ Diabetes
- ☐ Fibromyalgia
- ☐ Gout
- ☐ Head Trauma/Injury
- ☐ Headaches
- ☐ Heart Attack (MI)
- ☐ Heart Disease
- ☐ Hepatitis
- ☐ Hernia
- ☐ Hypertension
- ☐ Inflammatory Bowel Disease
- ☐ Kidney Disease
- ☐ Liver Disease
- ☐ Osteoarthritis
- ☐ Osteoporosis
- ☐ Rheumatoid Arthritis
- ☐ Seizure Disorder
- ☐ Sleep Apnea
- ☐ Stroke
- ☐ Substance Abuse
- ☐ None

**Surgeries or Procedures ≛**

- ☐ Anterior Cervical Discectomy Fusion
- ☐ Breast Surgery
- ☐ Carotid Endarterectomy
- ☐ Carpal Tunnel Release
- ☐ Cervical Spine Surgery
- ☐ Cholecystectomy
- ☐ Colectomy
- ☐ Coronary Artery Bypass
- ☐ Foot/Ankle Surgery
- ☒ Hernia Repair
- ☐ Hip Surgery
- ☐ Joint Replacement
- ☐ Knee Surgery
- ☐ Lumbar Discectomy/Decompression
- ☐ Open Reduction Internal Fixation
- ☐ Orthopedic Surgery
- ☐ Posterior Cervical Decompression
- ☐ Posterior Spinal Fusion
- ☐ Posterior Thoracic Fusion
- ☐ Shoulder Surgery
- ☐ None

**Family Medical History Condition List ≛**

- ☐ Alcoholism
- ☐ Blood coagulation disorder
- ☐ Cerebrovascular accident
- ☒ Diabetes mellitus
- ☐ Disease of liver
- ☐ Fibromyalgia
- ☐ Heart disease
- ☐ Hypertensive disorder
- ☐ Illicit medication use
- ☐ Kidney disease
- ☐ Malignant neoplastic disease
- ☒ Mental disorder
- ☒ Rheumatoid arthritis
- ☐ Substance abuse
- ☐ None

**Family Medical History Member ≛**

| | Mother | Father | Brother | Sister | Maternal Grandmother | Maternal Grandfather | Pate[illegible] Granc[illegible] |
|---|---|---|---|---|---|---|---|
| Diabetes mellitus | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | [illegible] |
| Mental disorder | ☐ | ☐ | ☐ | ☐ | ☒ | ☒ | [illegible] |
| Rheumatoid arthritis | ☒ | ☒ | ☐ | ☐ | ☒ | ☐ | [illegible] |

## Social History

| | |
|---|---|
| Marital status ≛ | Domestic Partner |

## Blind / Deaf

| | | | |
|---|---|---|---|
| Deaf or serious difficulty hearing ≛ | No | Hard of hearing or deaf in one or both ears? ≛ | No |

## Elderly

| | | | |
|---|---|---|---|
| Difficulty dressing or bathing ≛ | No | Difficulty walking or climbing stairs ≛ | No |
| Difficulty doing errands alone ≛ | Yes | | |

## Health

James Zoll
DOB:
Age: 50
Gender: Male

**Full Clinical Report**

Phreesia

Date of Visit: 06/24/2019 12:50 PM

| | | | |
|---|---|---|---|
| Exercise level | Occasional | General stress level | Low |
| Difficulty concentrating or focusing | Yes | | |

**Substance Use**

| | | | |
|---|---|---|---|
| Alcohol intake | Occasional | Chewing tobacco | None |
| Caffeine intake | Moderate | Smoking Status | Never smoker |
| Illicit drugs | | | |

**Review of Systems**

Review of Systems - Constitutional Symptoms
- ☐ Exercise Intolerance
- ☐ Fatigue
- ☐ Fever
- ☐ Lethargy (Lack of Energy)
- ☐ Malaise
- ☐ Sedation (Drowsiness)
- ☐ Weight Gain
- ☐ Weight Loss
- ☑ None

Review of Systems - Eyes
- ☐ Eye Disease or Injury
- ☐ Irritation
- ☐ Vision Change
- ☐ Wear Contacts
- ☑ Wear Glasses
- ☐ None

Review of Systems - Ears, Nose, Mouth, Throat
- ☐ Bleeding Gums
- ☐ Difficulty Breathing
- ☑ Dry Mouth
- ☐ Ear Pain
- ☐ Frequent Nosebleeds
- ☐ Mouth Breathing
- ☐ Mouth Ulcers
- ☐ Oral Abnormalities
- ☐ Sinus Problems
- ☐ Sinusitis
- ☐ Snoring
- ☐ Sore Throat
- ☐ None

Review of Systems - Cardiovascular
- ☑ Arm Pain
- ☐ Chest Pain
- ☐ Known Heart Murmur
- ☑ Lightheaded upon standing
- ☐ Palpitations (skipping/irregular)
- ☐ Shortness of Breath (laying down)
- ☐ ShortnessofBreath (walking)
- ☐ Swollen Ankles / Legs
- ☐ None

Review of Systems - Respiratory
- ☑ Cough
- ☐ Shortness of Breath
- ☐ Sleep Apnea
- ☐ Wheezing
- ☐ None

Review of Systems - Gastrointestinal (Digestion)
- ☐ Abdominal Pain
- ☐ Appetite Change
- ☐ Black or Tarry Stools
- ☑ Constipation
- ☐ Frequent Diarrhea
- ☐ Heartburn
- ☐ Indigestion
- ☐ Nausea
- ☐ Vomiting
- ☐ Vomiting Blood
- ☐ None

Review of Systems - Genitourinary (Urinary System)
- ☐ Blood in Urine
- ☐ Frequent Urination
- ☐ Incomplete Emptying
- ☐ Trouble Urinating
- ☐ Urinary Loss of Control
- ☑ None

Review of Systems - Muscoloskeletal
- ☐ Arthralgias/Joint Pain
- ☑ Back Pain
- ☐ Bone Pain
- ☐ Difficulty Walking
- ☐ Fractures
- ☐ Muscle Cramps / Aches
- ☑ Muscle Weakness
- ☑ Neck Pain
- ☐ Osteoporosis (Fragile Bones)
- ☐ Swelling in Extremities
- ☐ None

**James Zoll**
DOB:
Age: 50
Gender: Male

**Full Clinical Report**

Phreesia

Date of Visit: 06/24/2019 12:50 PM

Review of Systems - Integumentary (Skin/Breasts)

- ☐ Abnormal Moles
- ☐ Breast Lumps
- ☐ Change in Hair or Nails
- ☐ Change in Skin Color
- ☐ Dry Skin
- ☐ Growth Lesions
- ☐ Itching
- ☐ Jaundice
- ☐ Lacerations
- ☐ Non Healing Areas
- ☐ Psoriasis
- ☐ Rash
- ☑ None

Review of Systems - Neurological (Nervous System)

- ☐ Dizziness
- ☑ Frequent Headaches
- ☐ Gait Dysfunction
- ☐ Loss of Consciousness
- ☑ Migraines
- ☑ Numbness
- ☐ Paralysis
- ☑ Restless Legs
- ☐ Seizures
- ☑ Tremors / Shaking
- ☑ Weakness
- ☐ None

Review of Systems - Psychiatric

- ☐ Agitation
- ☐ Alcohol Abuse
- ☐ Delirium
- ☐ Dementia
- ☑ Depression
- ☐ Feeling Unsafe in Relationship
- ☐ Hallucinations
- ☐ Memory Loss
- ☐ Mood Swings
- ☐ Restless Sleep
- ☑ Sleep Disturbances
- ☐ Suicidal Thoughts
- ☐ None

Review of Systems - Endocrine (Hormones)

- ☐ Cold Intolerance
- ☐ Fatigue
- ☐ Hair Loss
- ☐ Increased Hair Growth
- ☐ Increased Thirst
- ☑ None

Review of Systems - Hematologic/Lymphatic

- ☐ Anemia
- ☐ Bruise Easily
- ☐ Excessive Bleeding
- ☐ Phlebitis (Vein Inflammation)
- ☐ Swollen Glands
- ☑ None

Review of Systems - Allergy/Immunologic

- ☐ Frequent Sneezing
- ☐ Hives
- ☐ Itching
- ☐ Runny Nose
- ☐ Sinus Pressure
- ☑ None

**James Zoll**
Patient Gender: Male
DOB:
Age: 50

# Patient Health Questionnaire(PHQ-9)

Phreesia

Date of Visit: 06/24/2019 12:50 PM

**Patient Health Questionnaire (PHQ-9)**

| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
|---|---|
| 1. Little interest or pleasure in doing things | Nearly every day (3) |
| 2. Feeling down, depressed or hopeless | More than half the days (2) |
| 3. Trouble falling or staying asleep, or sleeping too much | More than half the days (2) |
| 4. Feeling tired or having little energy | Several days (1) |
| 5. Poor appetite or overeating | More than half the days (2) |
| 6. Feeling bad about yourself - or that you are a failure or have let yourself or your family down | More than half the days (2) |
| 7. Trouble concentrating on things, such as reading the newspaper or watching television | Several days (1) |
| 8. Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Several days (1) |
| 9. Thoughts that you would be better off dead, or of hurting yourself | Not at all (0) |
| How difficult have these problems made it for you to do your work, take care of things at home or get along with people? | Somewhat difficult |

*Copyright Pfizer.*

**Results**

Results: Moderate depression (14)

**Result Interpretation**

**SCORING**: Add up the responses for each item **Not at all** = 0; **Several days** = 1; **More than half the days** = 2; **Nearly every day** = 3

| Total Score | Depression Severity |
|---|---|
| 0-4 | None |
| 5-9 | Mild Depression |
| 10-14 | Moderate Depression |
| 15-19 | Moderately Severe Depression |
| 20-27 | Severe Depression |

This clinical assessment was brought to you by Phreesia

**James Zoll**
DOB:
Age: 50
Gender: Male

# Opioid Risk Tool

Phreesia
Date of Visit: 06/24/2019 12:50 PM

## Opioid Risk Tool

Family History of Substance Abuse *
- ☒ Alcohol
- ☐ Illegal drugs
- ☐ Prescription drugs
- ☐ None

Personal History of Substance Abuse *
- ☐ Alcohol
- ☐ Illegal drugs
- ☐ Prescription drugs
- ☒ None

Opioid Risk Tool *

| | Yes | No |
|---|---|---|
| I am between 16 and 45 years | ☐ | ☒ |
| I experienced preadolescent sexual abuse | ☐ | ☒ |
| Attention Deficit Disorder | ☐ | ☒ |
| Obsessive-compulsive disorder | ☐ | ☒ |
| Bipolar disorder | ☐ | ☒ |
| Schizophrenia | ☐ | ☒ |
| Depression | ☒ | ☐ |

## Results

Total Score Risk Category * 4

**Total Score Risk Category** **Low Risk 0 – 3 Moderate Risk 4 – 7 High Risk > 8**

**Webster LR, Webster R. Predicting aberrant behaviors in Opioid-treated patients: preliminary validation of the Opioid risk tool. Pain Med. 2005;6(6):432**

Provider: Brandon Gish

**James Zoll**
DOB:
Age: 50
Gender: Male

## Pain Self Efficacy Questionnaire (PSEQ)

Phreesia

Date of Visit: 06/24/2019 12:50 PM

Pain Self Efficacy Questionnaire (PSEQ)

| | 0 Not at all Confident | 1 | 2 | 3 | 4 | 5 | 6 Completely Confident |
|---|---|---|---|---|---|---|---|
| 1. I can enjoy things, despite the pain | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 2. I can do most of the household chores (e.g. tidying-up, washing dishes, etc.), despite the pain. | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. I can socialise with my friends or family members as often as I used to do, despite the pain. | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 4. I can cope with my pain in most situations. | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 5. I can do some form of work, despite the pain. ("work" includes housework, paid and unpaid work). | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 6. I can still do many of the things I enjoy doing, such as hobbies or leisure activity, despite pain. | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 7. I can cope with pain without medication. | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 8. I can still accomplish most of my goals in life, despite the pain. | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 9. I can live normal lifestyle, despite the pain. | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 10. I can gradually become more active, despite the pain. | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

### Results

Pain Self Efficacy Questionnaire (PSEQ) Score: 25

Results Interpretation: Scores can range from 0 – 60 and is done by simple addition. High PSEQ scores are strongly associated with clinically-significant functional levels and provide a useful gauge for evaluating outcomes in chronic pain patients. Scores around 40, as found in injured workers who returned to work (Cohen et al, 2000; Adams and Williams, 2003) are associated with return to work and maintenance of functional gains, whilst lower scores after treatment (e.g., 30) tend to predict less sustainable gains (Couglan et al, 1995).

*Source: Nicholas M.K. Self-efficacy and chronic pain. Paper presented At the annual conference at the British Psychological Society. St. Andrews, 1989.*

Provider: Brandon Gish



## Imaging Results

**Encounter Date: 07/16/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 133754 | **Appt. Date/Time** | 07/16/2019 02:40PM |
| **DOB** | | **Service Dept.** | Lexington |
| **Provider** | BRANDON GISH, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Referring Provider Name : HACKETT, DANIEL<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

None recorded.

Patient's Care Team

**Referring Provider (Primary Insurance):** HACKETT, DANIEL: 216 FOUNTAIN CT STE 250, LEXINGTON, KY 40509, Ph (859) 276-5008, Fax (859) 278-6401

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 06/24/2019)
NKDA

Medications

Medications not reviewed (last reviewed 06/24/2019)

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet** | 07/01/19 | filled |
| **atorvastatin 20 mg tablet** | 03/14/19 | filled |
| **clonazePAM 1 mg tablet** | 07/04/19 | filled |
| **desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr** | 07/01/19 | filled |
| **diclofenac sodium 75 mg tablet,delayed release** | 07/01/19 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 06/04/19 | filled |
| **omeprazole 20 mg capsule,delayed release** | 04/08/19 | filled |
| **SUMAtriptan 100 mg tablet** | 04/18/19 | filled |
| **SUMAtriptan 6 mg/0.5 mL subcutaneous pen injector** | 04/20/19 | filled |
| **tiZANidine 4 mg tablet** | 07/01/19 | filled |
| **topiramate 25 mg tablet** | 07/01/19 | filled |

Vaccines

None recorded.

## Problems

Reviewed Problems
- Cervical radiculopathy - Onset: 06/24/2019
- Left rotator cuff syndrome - Onset: 06/24/2019
- Neck pain - Onset: 06/24/2019

## Family History

Family History not reviewed (last reviewed 06/24/2019)

| | |
|---|---|
| Paternal Grandfather | - Diabetes mellitus |
| Maternal Grandmother | - Mental disorder<br>- Rheumatoid arthritis |
| Mother | - Rheumatoid arthritis |
| Father | - Rheumatoid arthritis |
| Maternal Grandfather | - Mental disorder |
| Paternal Grandmother | - Rheumatoid arthritis<br>- Diabetes mellitus |

## Social History

Social History not reviewed (last reviewed 06/24/2019)
Smoking Status: Never smoker
Marital status: Domestic Partner
Alcohol intake: Occasional
Exercise level: Occasional

## Surgical History

Surgical History not reviewed (last reviewed 06/24/2019)
- Shoulder Surgery - left
- Hernia Repair

left wrist surgery

## Past Medical History

Past Medical History not reviewed (last reviewed 06/24/2019)
Anxiety Disorder: **Y**
Chronic Low Back Pain: **Y**
Depression: **Y**
Headaches: **Y**
High Cholesterol: **Y**

## Procedure Documentation

**Cervical Epidural Steroid Injection: Interlaminar:**

**#1 Level: C7/T1**

Diagnosis: Cervical spondylosis
Anesthesia: Local Only
-NPO Status: no
-Driver Present: Yes

**Pre-Procedure Evaluation:**
The procedure was confirmed with the patient.
Blood Thinners/Anticoagulants: None
Antibiotics: None
Diabetes: No
Skin exam: No rashes or skin breakdown at the injection site.
Pre-Procedure Vitals: BP-143/76, Pulse-63, SpO2-98, Temp-Not taken
Improvement from last procedure:1st
Pre-Procedure Pain Score: 3/10

**Description of the Procedure**
Informed consent was obtained from the patient, which included a discussion of risks, benefits, and alternative treatment options. The patient was taken to the procedure suite and assisted into a prone position on the procedure table. A Time Out was taken to verify the patients identity, the procedure, and laterality. Blood pressure, heart rate, and pulse oximetry were monitored throughout the procedure.

The skin overlying the posterior cervical region was cleansed with isopropyl alcohol. AP fluoroscopic images were taken to identify the lower cervical interlaminar windows which were marked with a marking pen on the skin. The injection site was then cleansed with a chlorhexidine solution and allowed to dry. The skin and soft tissue at the injection site was infiltrated with 3 mL of 1% Lidocaine using a 27 gauge hypodermic needle.
Following this a 20 gauge x 3 1/2 inch Tuohy needle was advanced into the C7/T1 interlaminar space. At this point steep oblique views were obtained to evaluate the depth of the needle tip. The epidural space was then identified using a loss of resistance technique to saline. Aspirations were negative for blood or CSF, and no paresthesia were elicited. 1 mL of Omnipaque 240 was injected demonstrating the absence of intravascular uptake and appropriate spread in the posterior epidural space. AP fluoroscopic views were then obtained to again verify a characteristic epidurogram pattern.
Next, an epidural steroid injection was performed with 80mg DepoMedrol diluted in 1 mL of normal saline for a total volume of 2 mL. The needle was removed intact. The injection site was cleansed with alcohol and a Band-aid was placed over the site. The patient was taken to the recovery area in stable condition.

**Post-Procedure:**
The patient was monitored for adverse allergic, neurologic, and hemodynamic reactions.
Total Fluoroscopy time: 9seconds
Post-Procedure Vitals: BP-125/76, Pulse-60, SpO2-98
Complications: None
Post-Procedure Pain Score: 4/10
Discharge: Home with driver/caregiver Notes:

## Assessment / Plan

**Cervical radiculopathy**
M54.12: Radiculopathy, cervical region
- PHYSICAL THERAPY REFERRAL - Schedule Within: provider's discretion
  Evaluate & Treat: cervical radiculopathy, neck pain, and shoulder pain
- EPIDURAL STEROID INJECTION, CERVICAL (PROC) - Note to Provider: #2 C7/T1 ESI

### Return to Office

- Brandon Gish, MD for INJECTION at Lexington on 08/23/2019 at 03:20 PM

## Encounter Sign-Off

Encounter signed-off by Brandon Gish, MD, 07/16/2019.
Encounter performed and documented by Brandon Gish, MD
Encounter reviewed & signed by Brandon Gish, MD on 07/16/2019 at 3:36pm

**James Zoll**
DOB:
Age: 50
Gender: Male

**Full Clinical Report**

Phreesia
Date of Visit: 07/16/2019 2:40 PM

| Visit Overview | | | |
|---|---|---|---|
| Patient Name | James Zoll | Street Address | |
| Patient Date of Birth | | City, State and ZIP Code | |
| Patient Gender | Male | Physician | Brandon Gish |

# Facesheet

**Demographics**

| | |
|---|---|
| Patient Name | ZOLL, JAMES |
| Sex | M |
| DOB | |
| Address | |
| City/State/Zip | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| Insurance | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Referring Provider Name : HACKETT, DANIEL<br>Prescription: check now |
| Default Pharmacy | WALMART NEIGHBORHOOD MARKET 4607 (ERX)<br>3735 PALOMAR CENTRE DRIVE<br>LEXINGTON<br>KY 40513<br>Ph (859) 224-0495<br>Fax (859) 224-0529 |
| Preferred Lab | COMMONWEALTH PAIN ASSOCIATES PLLC<br>120 EXECUTIVE PARK ST<br>LOUISVILLE<br>Ph (502) 855-7200<br>Fax (502) 242-5525 |

**Height / Weight / BMI / BP**

| | |
|---|---|
| Height | 6 ft 0 in 01/03/2020 |
| Weight | 208 lbs 01/03/2020 |
| BMI | 28.2 01/03/2020 |
| Blood Pressure | 119 / 84 01/03/2020 |

**Problems**
- Neck pain - Onset: 06/24/2019
- Cervical radiculopathy - Onset: 06/24/2019
- Low back pain - Onset: 01/03/2020
- Left rotator cuff syndrome - Onset: 06/24/2019

**Surgical History**
- Wrist arthroscopy/surgery - 09/2018
- Shoulder Surgery - left x 2 (12/20/19 by Dr. Hackett most recent)
- Hernia Repair

left wrist surgery

**Medications**

| | | |
|---|---|---|
| **amitriptyline 25 mg tablet** | 10/15/19 | filled |
| **atorvastatin 20 mg tablet** | 11/30/19 | filled |
| **celecoxib 100 mg capsule** | 12/24/19 | filled |
| **clonazePAM 1 mg tablet** | 01/01/20 | filled |
| **desvenlafaxine succinate ER 100 mg tablet,extended release 24 hr** | 09/16/19 | filled |
| **diclofenac sodium 75 mg tablet,delayed release** | 12/11/19 | filled |

| | | |
|---|---|---|
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 01/23/20 | filled |
| **omeprazole 20 mg capsule,delayed release** | 04/08/19 | filled |
| **ondansetron HCL 4 mg tablet** | 12/20/19 | filled |
| **sertraline 100 mg tablet** | 01/19/20 | filled |
| **Stool Softener 100 mg capsule** | 12/20/19 | filled |
| **SUMAtriptan 100 mg tablet** | 12/03/19 | filled |
| **SUMAtriptan 6 mg/0.5 mL subcutaneous pen injector** | 04/20/19 | filled |
| **testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** | 01/13/20 | filled |
| **tiZANidine 4 mg tablet** | 01/08/20 | filled |
| **topiramate 25 mg tablet** | 01/01/20 | filled |

**Vaccines**

01/16/2020 #1 Left LMBB L2-L5,
11/15/2019 #3 CESI C7/T1;50% pain relief for 3 weeks
08/23/19 #2 C7/T1 ESI 40% pain relief, 3 weeks
07/16/2019 #1 CESI C7/T1 40% pain relief for 3 weeks

**Allergies / Adverse Reactions**

NKDA

**Past Medical History**

| | | | |
|---|---|---|---|
| AIDS/HIV | N | Headaches | Y |
| Acid Reflux (GERD) | N | Heart Attack (MI) | N |
| Anemia | N | Heart Disease | N |
| Anxiety Disorder | Y | Hepatitis | N |
| Asthma | N | Hernia | N |
| Atrial Fibrillation | N | High Cholesterol | Y |
| Autoimmune Disease | N | Hypertension | N |
| Bipolar Disease | N | Inflammatory Bowel Disease | N |
| Bleeding Disorder | N | Kidney Disease | N |
| CHF | N | Liver Disease | N |
| COPD | N | Neurosurgery | N |
| Cancer | N | Osteoarthritis | N |
| Cardiomyopathy | N | Osteoporosis | N |
| Chronic Low Back Pain | Y | Peptic Ulcer Disease | N |
| Coronary Artery Disease | N | Pulmonary Embolism | N |
| DVT | N | Rheumatoid Arthritis | N |
| Dementia | N | Seizure Disorder | N |

| | | | |
|---|---|---|---|
| Depression | Y | Skin Disorder | N |
| Diabetes | N | Sleep Apnea | N |
| Fibromyalgia | N | Stroke | N |
| Gout | N | Substance Abuse | N |
| Head Trauma/Injury | N | Thyroid Disease | N |

**Social History**
Tobacco Smoking Status: Never smoker
Most Recent Tobacco Use Screening: 06/24/2019
Education: 12
Disability: N
Marital status: Single
Alcohol intake: Occasional
Illicit drugs: None
Prescription drug abuse: N
History of sexual abuse: N
Exercise level: Occasional

**Family History**

| | |
|---|---|
| Paternal Grandfather | - Diabetes mellitus |
| Maternal Grandmother | - Mental disorder<br>- Rheumatoid arthritis |
| Mother | - Rheumatoid arthritis |
| Father | - Rheumatoid arthritis |
| Maternal Grandfather | - Mental disorder |
| Paternal Grandmother | - Rheumatoid arthritis<br>- Diabetes mellitus |

**Patient History - Other**
None recorded.

**Screening**

| | | |
|---|---|---|
| Opioid Risk | 4 | 01/03/2020 |
| PHQ-2/PHQ-9 | 14 | 06/24/2019 |

## Consult Orders

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:3377312-H-16521]

# Referral Order

08/23/2019

| To Provider | From Provider |
|---|---|
| **Phone:**<br>**Fax:** | **BRANDON GISH, MD**<br>**Lexington**<br>**101 Prosperous Pl Ste 300**<br>**LEXINGTON, KY 40509-1836**<br>**Phone: (859) 275-5229**<br>**Fax: (859) 977-2683** |

## Referral Order Information

| | |
|---|---|
| Diagnosis | **• Left rotator cuff syndrome**<br>**ICD-10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic** |
| Order Name | **Orders Included: 1** |

**ZOLL, JAMES (id #133754, dob:**

| | |
|---|---|
| | **Left rotator cuff syndrome**<br>**ICD-10: M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic**<br>**• PHYSICAL THERAPIST REFERRAL**<br>**Schedule Within: provider's discretion**<br><br>**Evaluate & Treat: Cervical radiculopathy and left shoulder rotator cuff syndrome - dry needle therapy if indicated** |
| **Notes** | |

## Patient Information

| | |
|---|---|
| **Patient Name** | **ZOLL, JAMES** |
| **Sex - DOB - Age** | **M 52yo** |
| **Address** | |
| **Phone** | **H:**<br>**W:**<br>**M:** |
| **Primary Insurance** | **BCBS-KY (PPO)**<br>**ID: TOAAN1314861**<br>**Group: 003320100TEAP064**<br>**Policy Holder: ZOLL, JAMES D** |
| **Secondary Insurance** | **None recorded.** |

Electronically Signed by: BRANDON GISH, MD



BRANDON GISH, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:3068106-H-16521]

# Referral Order

07/16/2019

| To Provider | From Provider |
|---|---|
| **Phone:**<br>**Fax:** | **BRANDON GISH, MD**<br>**Lexington**<br>**101 Prosperous Pl Ste 300**<br>**LEXINGTON, KY 40509-1836**<br>**Phone: (859) 275-5229**<br>**Fax: (859) 977-2683** |

## Referral Order Information

| | |
|---|---|
| **Diagnosis** | **Cervical radiculopathy**<br>**ICD-10: M54.12: Radiculopathy, cervical region** |
| **Order Name** | **Orders included: 1** |

| | |
|---|---|
| | **Cervical radiculopathy**<br>**ICD-10: M54.12: Radiculopathy, cervical region**<br>**• PHYSICAL THERAPIST REFERRAL**<br>**Schedule Within: provider's discretion**<br><br>**Evaluate & Treat: cervical radiculopathy, neck pain, and shoulder pain** |
| Notes | |

## Patient Information

| | |
|---|---|
| Patient Name | **ZOLL, JAMES** |
| Sex - DOB - Age | **M 52yo** |
| Address | |
| Phone | **H:**<br>**W:**<br>**M:** |
| Primary Insurance | **BCBS-KY (PPO)**<br>**ID: TOAAN1314861**<br>**Group: 003320100TEAP064**<br>**Policy Holder: ZOLL, JAMES D** |
| Secondary Insurance | **None recorded.** |

Electronically Signed by: BRANDON GISH, MD



BRANDON GISH, MD

## ZOLL, JAMES (id #133754, dob:

**Encounter Date: 08/23/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 133754 | **Appt. Date/Time** | 08/23/2019 03:20PM |
| **DOB** | | **Service Dept.** | Lexington |
| **Provider** | BRANDON GISH, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Referring Provider Name : HACKETT, DANIEL<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

None recorded.

Patient's Care Team

**Referring Provider (Primary Insurance):** HACKETT, DANIEL: 216 FOUNTAIN CT STE 250, LEXINGTON, KY 40509, Ph (859) 276-5008, Fax (859) 278-6401

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 06/24/2019)
NKDA

Medications

Medications not reviewed (last reviewed 06/24/2019)

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet** | 07/01/19 | filled |
| **atorvastatin 20 mg tablet** | 03/14/19 | filled |
| **clonazePAM 1 mg tablet** | 07/04/19 | filled |
| **desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr** | 08/09/19 | filled |
| **diclofenac sodium 75 mg tablet,delayed release** | 07/01/19 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 06/04/19 | filled |
| **omeprazole 20 mg capsule,delayed release** | 04/08/19 | filled |
| **SUMAtriptan 100 mg tablet** | 04/18/19 | filled |
| **SUMAtriptan 6 mg/0.5 mL subcutaneous pen injector** | 04/20/19 | filled |
| **tiZANidine 4 mg tablet** | 07/01/19 | filled |
| **topiramate 25 mg tablet** | 07/01/19 | filled |

Vaccines

Vaccines not reviewed (last reviewed 07/16/2019)
07/16/2019 #1 CESI C7/T1

**ZOLL, JAMES (id #133754, dob:**

## Problems

Reviewed Problems
- Cervical radiculopathy - Onset: 06/24/2019
- Left rotator cuff syndrome - Onset: 06/24/2019
- Neck pain - Onset: 06/24/2019

## Family History

Family History not reviewed (last reviewed 06/24/2019)

| | |
|---|---|
| Paternal Grandfather | - Diabetes mellitus |
| Maternal Grandmother | - Mental disorder<br>- Rheumatoid arthritis |
| Mother | - Rheumatoid arthritis |
| Father | - Rheumatoid arthritis |
| Maternal Grandfather | - Mental disorder |
| Paternal Grandmother | - Rheumatoid arthritis<br>- Diabetes mellitus |

## Social History

Social History not reviewed (last reviewed 06/24/2019)
Tobacco Smoking Status: Never smoker
Most Recent Tobacco Use Screening: 06/24/2019
Marital status: Domestic Partner
Alcohol intake: Occasional
Exercise level: Occasional

## Surgical History

Surgical History not reviewed (last reviewed 06/24/2019)
- Shoulder Surgery - left
- Hernia Repair

left wrist surgery

## Past Medical History

Past Medical History not reviewed (last reviewed 06/24/2019)
Anxiety Disorder: **Y**
Chronic Low Back Pain: **Y**
Depression: **Y**
Headaches: **Y**
High Cholesterol: **Y**

## Procedure Documentation

**Cervical Epidural Steroid Injection: Interlaminar:**

**Cervical Epidural Steroid Injection: C7/T1**

Diagnosis: Cervical radiculitis
Anesthesia: Local Only
-NPO Status: NO
-Driver Present: Yes

**Pre-Procedure Evaluation:**
The procedure was confirmed with the patient.
Blood Thinners/Anticoagulants: None
Antibiotics: None
Diabetes: No
Skin exam: No rashes or skin breakdown at the injection site.
Pre-Procedure Vitals: BP-116/86, Pulse-114, SpO2-97, Temp-
Improvement from last procedure:60%
Pre-Procedure Pain Score: 5/10

**Description of the Procedure**
Informed consent was obtained from the patient, which included a discussion of risks, benefits, and alternative treatment options. The patient was taken to the procedure suite and assisted into a prone position on the procedure table. A Time Out was taken to verify the patients identity, the procedure, and laterality. Blood pressure, heart rate, and pulse oximetry were monitored throughout the procedure.

The skin overlying the posterior cervical region was cleansed with isopropyl alcohol. AP fluoroscopic images were taken to identify the lower cervical interlaminar windows which were marked with a marking pen on the skin. The injection site was then cleansed with a chlorhexidine solution and allowed to dry. The skin and soft tissue at the injection site was infiltrated with 3 mL of 1% Lidocaine using a 27 gauge hypodermic needle.
Following this a 20 gauge x 3 1/2 inch Tuohy needle was advanced into the C7/T1 interlaminar space. At this point steep oblique views were obtained to evaluate the depth of the needle tip. The epidural space was then identified using a loss of resistance technique to saline. Aspirations were negative for blood or CSF, and no paresthesia were elicited. 1 mL of Omnipaque 240 was injected demonstrating the absence of intravascular uptake and appropriate spread in the posterior epidural space. AP fluoroscopic views were then obtained to again verify a characteristic epidurogram pattern.
Next, an epidural steroid injection was performed with 80mg depomedrol diluted in 1 mL of normal saline for a total volume of 3 mL. The needle was removed intact. The injection site was cleansed with alcohol and a Band-aid was placed over the site. The patient was taken to the recovery area in stable condition.

**Post-Procedure:**
The patient was monitored for adverse allergic, neurologic, and hemodynamic reactions.
Total Fluoroscopy time: 8 seconds
Post-Procedure Vitals: BP-129/75, Pulse-68, SpO2-97
Complications: None
Post-Procedure Pain Score: 6/10
Discharge: Home with driver/caregiver
Notes:

## Assessment / Plan

**Left rotator cuff syndrome**
M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
- PHYSICAL THERAPY REFERRAL - Schedule Within: provider's discretion

Evaluate & Treat: Cervical radiculopathy and left shoulder rotator cuff syndrome - dry needle therapy if indicated

**Cervical radiculopathy**
M54.12: Radiculopathy, cervical region

### Return to Office
- AMBER EASLEY, NP for FOLLOW UP 15 at Lexington on 10/04/2019 at 03:30 PM

## Encounter Sign-Off
Encounter signed-off by Brandon Gish, MD, 08/23/2019.
Encounter performed and documented by Brandon Gish, MD
Encounter reviewed & signed by Brandon Gish, MD on 08/23/2019 at 4:50pm

**James Zoll**
DOB:
Age: 50
Gender: Male

**Full Clinical Report**

Phreesia

Date of Visit: 08/23/2019 3:20 PM

| Visit Overview | | | |
|---|---|---|---|
| Patient Name | James Zoll | Street Address | |
| Patient Date of Birth | | City, State and ZIP Code | |
| Patient Gender | Male | Physician | Brandon Gish |

| Social History | | |
|---|---|---|
| Marital Status | Single | |

**James Zoll**
DOB:
Age: 50
Gender: Male

# Full Clinical Report

Phreesia
Date of Visit: 08/23/2019 3:20 PM

| Visit Overview | | | |
|---|---|---|---|
| Patient Name | James Zoll | Street Address * | |
| Patient Date of Birth | | City, State and ZIP Code * | |
| Patient Gender | Male | Physician * | Brandon Gish |

## ZOLL, JAMES (id #133754, dob:

**Encounter Date: 10/18/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 133754 | **Appt. Date/Time** | 10/18/2019 10:15AM |
| **DOB** | | **Service Dept.** | Lexington |
| **Provider** | AMBER EASLEY, NP | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Referring Provider Name : HACKETT, DANIEL<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

### Chief Complaint

neck pain

### Patient's Care Team

**Referring Provider (Primary Insurance):** HACKETT, DANIEL: 216 FOUNTAIN CT STE 250, LEXINGTON, KY 40509, Ph (859) 276-5008, Fax (859) 278-6401

### Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

### Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 10/18/2019 10:32 am | **Wt:** 208 lbs Stated 10/18/2019 10:32 am | **BMI:** 28.2 10/18/2019 10:32 am |
| **BP:** 104/79 sitting 10/18/2019 10:34 am | **HR:** 72 10/18/2019 10:33 am | **O2Sat:** 97% Oxygen 10/18/2019 10:33 am |

### Allergies

Reviewed Allergies
NKDA

**ZOLL, JAMES (id #133754, dob:**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 25 mg tablet** | 10/15/19 | filled |
| **atorvastatin 20 mg tablet** | 08/26/19 | filled |
| **clonazePAM 1 mg tablet** | 09/16/19 | filled |
| **desvenlafaxine succinate ER 100 mg tablet,extended release 24 hr** | 09/16/19 | filled |
| **desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr** | 08/09/19 | filled |
| **diclofenac sodium 75 mg tablet,delayed release** | 09/16/19 | filled |
| **Fluzone Quad 2019-2020 (PF) 60 mcg (15 mcg x 4)/0.5 mL IM syringe** | 10/17/19 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 06/04/19 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet** | 09/19/19 | filled |
| **omeprazole 20 mg capsule,delayed release** | 04/08/19 | filled |
| **sertraline 100 mg tablet** | 10/15/19 | filled |
| **SUMAtriptan 100 mg tablet** | 08/26/19 | filled |
| **SUMAtriptan 6 mg/0.5 mL subcutaneous pen injector** | 04/20/19 | filled |
| **testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** | 10/17/19 | filled |
| **tiZANidine 4 mg tablet** | 10/11/19 | filled |
| **topiramate 25 mg tablet** | 09/16/19 | filled |

## Vaccines

Reviewed Vaccines
08/23/19 #2 C7/T1 ESI 40% pain relief, 3 weeks
07/16/2019 #1 CESI C7/T1

## Problems

Reviewed Problems
- Neck pain - Onset: 06/24/2019
- Cervical radiculopathy - Onset: 06/24/2019
- Left rotator cuff syndrome - Onset: 06/24/2019

## Family History

Reviewed Family History

| | |
|---|---|
| Paternal Grandfather | - Diabetes mellitus |
| Maternal Grandmother | - Mental disorder<br>- Rheumatoid arthritis |
| Mother | - Rheumatoid arthritis |
| Father | - Rheumatoid arthritis |
| Maternal Grandfather | - Mental disorder |
| Paternal Grandmother | - Rheumatoid arthritis<br>- Diabetes mellitus |

**ZOLL, JAMES (id #133754, dob:**

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Most Recent Tobacco Use Screening: 06/24/2019
Marital status: Domestic Partner
Alcohol intake: Occasional
Exercise level: Occasional

## Surgical History

Reviewed Surgical History
- Shoulder Surgery - left
- Hernia Repair

left wrist surgery

## Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Chronic Low Back Pain: **Y**
Depression: **Y**
Headaches: **Y**
High Cholesterol: **Y**

## Screening

| Name | Score | Notes |
|---|---|---|
| Opioid Risk | 4 | Moderate Risk ACME 0 |

## HPI

**Neck pain**
Reported by patient.
Onset: 8 years
Location: bilateral paraspinal; midline spine; radiating to the left upper extremity to the hand
Duration: constant
Context: started without cause
Quality:**tightness**; **numbess**; **burning**; **aching**; stinging
Severity: current pain level: 6/10; worst pain level: 7/10; moderate
Alleviating Factors: medication; Physical Therapy is helping
Aggravating Factors: cold weather; turning head to the left; turning head to the right
Timing: constant; varies throughout the day
Associated Symptoms: no weakness; no dizziness; no popping/clicking; no bladder incontinence; no bowel incontinence; **numbness**; **tingling**; **pain in upper extremities**
Prior Imaging: MRI; Patient has brought a report with him today
Previous Cervical Surgery: none
Previous Injections: Patient had injection with Dr.Dubal with benefit.
Previous PT: completed PT; response to therapy: pain improved
Previous Chiropractic care: none
Medications History: NSAIDS: (**Diclofenac (effective)**); muscle relaxants: (**Tizanidine (effective)**); neuropathics: (**Gabapentin (unable to tolerate)**); opioid pain medications: (**Norco (effective)**)
Working: no; Patient has been off work from 11 months. He is still employed with Toyota.
Prior Pain Management: yes; Advanced Pain Medicine

**Pain Management Initial**
Reported by patient.
Hand Dominance: right
Previous Injections: 08/23/19 #2 C7/T1 ESI 40% pain relief, 3 weeks
07/16/2019 #1 CESI C7/T1
The patient has had no recent hospitalization, ER visits, specialist appointments (neurology, orthopedics, surgery), or updated imaging since their last visit.

ROS

**Additionally reports:**

**Allergic/Immunologic**
**Confirms: None**
**Denies: Frequent Sneezing, Hives, Itching, Runny Nose, Sinus Pressure**
**Cardiovascular**
**Confirms: Arm Pain, Lightheaded upon standing**
**Denies: Chest Pain, Known Heart Murmur, Palpitations (skipping/irregular), Shortness of Breath (laying down), ShortnessofBreath (walking), Swollen Ankles / Legs**
**Constitutional**
**Confirms: None**
**Denies: Exercise Intolerance, Fatigue, Fever, Lethargy (Lack of Energy), Malaise, Sedation (Drowsiness), Weight Gain, Weight Loss**
**ENMT**
**Confirms: Dry Mouth**
**Denies: Bleeding Gums, Difficulty Breathing, Ear Pain, Frequent Nosebleeds, Mouth Breathing, Mouth Ulcers, Oral Abnormalities, Sinus Problems, Sinusitis, Snoring, Sore Throat**
**Endocrine**
**Confirms: None**
**Denies: Cold Intolerance, Fatigue, Hair Loss, Increased Hair Growth, Increased Thirst**
**Eyes**
**Confirms: Wear Glasses**
**Denies: Eye Disease or Injury, Irritation, Vision Change, Wear Contacts**
**Gastrointestinal**
**Confirms: Constipation**
**Denies: Abdominal Pain, Appetite Change, Black or Tarry Stools, Frequent Diarrhea, Heartburn, Indigestion, Nausea, Vomiting, Vomiting Blood**
**Genitourinary**
**Confirms: None**
**Denies: Blood in Urine, Frequent Urination, Incomplete Emptying, Trouble Urinating, Urinary Loss of Control**
**Hematologic/Lymphatic**
**Confirms: None**
**Denies: Anemia, Bruise Easily, Excessive Bleeding, Phlebitis (Vein Inflammation), Swollen Glands**
**Integumentary**
**Confirms: None**
**Denies: Abnormal Moles, Breast Lumps, Change in Hair or Nails, Change in Skin Color, Dry Skin, Growth Lesions, Itching, Jaundice, Lacerations, Non Healing Areas, Psoriasis, Rash**
**Musculoskeletal**
**Confirms: Back Pain, Muscle Weakness, Neck Pain**
**Denies: Arthralgias/Joint Pain, Bone Pain, Difficulty Walking, Fractures, Muscle Cramps / Aches, Osteoporosis (Fragile Bones), Swelling in Extremities**
**Neurologic**
**Confirms: Frequent Headaches, Migraines, Numbness, Restless Legs, Tremors / Shaking, Weakness**
**Denies: Dizziness, Gait Dysfunction, Loss of Consciousness, Paralysis, Seizures**
**Psychiatric**
**Confirms: Depression, Sleep Disturbances**
**Denies: Agitation, Alcohol Abuse, Delirium, Dementia, Feeling Unsafe in Relationship, Hallucinations, Memory Loss, Mood Swings, Restless Sleep, Suicidal Thoughts**
**Respiratory**
**Confirms: Cough**
**Denies: Shortness of Breath, Sleep Apnea, Wheezing**

**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old male.

**Shoulders:**Inspection Left: no misalignment, atrophy, erythema, induration, swelling, warmth, or scapular winging and AC prominence normal. Bony Palpation Left: **tenderness of the acromioclavicular joint** and **the acromial**. Soft Tissue Palpation Left: **tenderness of the supraspinatus**, **the infraspinatus**, and **the subacromial bursa**. Active Range of Motion Left: **limited**. Passive Range of Motion Left: **limited**.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, well-developed, and good personal hygiene. Level of Distress: no acute distress.

**Psychiatric:**Insight: good judgement and insight. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Eyes:**Eyelids and Conjunctivae: conjunctivae normal. Sclerae: white and non-icteric.

**ENMT:**Hearing: normal hearing to conversation.

**Neck:**Neck: supple and trachea midline.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular:**Lower Extremity Edema none present.

**Musculoskeletal::**Motor Strength and Tone: normal and normal tone. Joints, Bones, and Muscles: no contractures or malalignment and **tenderness** and **limited ROM**; **left upper extremity**. Extremities: no edema.

**Neurologic:**Gait: smooth, regular gait and ambulates without assistive device. Cranial Nerves II-XII: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**ZOLL, JAMES (id #133754, dob:**

## Assessment / Plan

Mr Zoll is a 50-year-old male who presents today for a follow up visit. He has neck pain and left upper extremity pain. This pain began after a fall while hiking 7/2018. This led to a rotator cuff repair 9/2018. He also had left wrist surgery at that time. He states the pain has continued to be the same since having surgery. He notes the surgeon has discussed a clavicual scraping procedure but he is unsure if he will have it completed. He continues to have pain over the left side of the neck and into the left shoulder. He has a lot of tenderness of the AC joint. This is the primary location of pain, however it can radiates into the fingertips associated with numbness and tingling in a C6/C7 distribution. He states he has been going to Cardinal Hill for over a year for PT of his left shoulder. They have been doing dry needling. He has now been going for his neck. He states the CESI has really helped but he is worried that PT may have at times exacerbated his pain. He states as winter approaches he gets more migraines. He sees Dr Knox about his migraines.

MRI of the cervical spine demonstrates moderate to severe left C6-7 neuroforaminal stenosis. There is also mild multilevel degeneration.

08/23/19 #2 C7/T1 ESI 40-50% pain relief for 3 weeks then it started to slowly return

He's undergone intra-articular left shoulder joint injections (AC joint) with modest benefit.

He is not prescribed any medications from this clinic. He is prescribed Norco, diclofenac, and tizanidine, and Klonopin by his PCP.

The plan for today is to schedule repeat injection therapy. He will be scheduled for a repeat CESI C7/T1 under fluoro with Dr Gish. He does continue to see an orthopedic surgeon about his left shoulder. He will follow up as needed after the CESI.

**Cervical radiculopathy**
M54.12: Radiculopathy, cervical region
- EPIDURAL STEROID INJECTION, CERVICAL (PROC)
  Diabetes - First of Early Case?: N   Taking Anticoagulants: N
  Scheduling: CESI C7/T1 under fluoro with Dr Gish

**Left rotator cuff syndrome**
M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

### Return to Office

None recorded.

## Encounter Sign-Off

Encounter signed-off by AMBER EASLEY, NP, 10/18/2019.
Encounter performed and documented by AMBER EASLEY, NP
Encounter reviewed & signed by AMBER EASLEY, NP on 10/18/2019 at 11:37am

**James Zoll**
DOB:
Age: 50
Gender: Male

**Full Clinical Report**

Phreesia

Date of Visit: 10/18/2019 10:15 AM

| Visit Overview | | | |
|---|---|---|---|
| Patient Name | James Zoll | Street Address | |
| Patient Date of Birth | | City, State and ZIP Code | |
| Patient Gender | Male | | |

| Social History | | |
|---|---|---|
| Marital Status | Single | |

## ZOLL, JAMES (id #133754, dob:

**Encounter Date: 11/15/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 133754 | **Appt. Date/Time** | 11/15/2019 02:50PM |
| **DOB** | | **Service Dept.** | Lexington |
| **Provider** | BRANDON GISH, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Referring Provider Name : HACKETT, DANIEL<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

None recorded.

Patient's Care Team

**Referring Provider (Primary Insurance):** HACKETT, DANIEL: 216 FOUNTAIN CT STE 250, LEXINGTON, KY 40509, Ph (859) 276-5008, Fax (859) 278-6401

Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 10/18/2019)

NKDA

## Medications

Medications not reviewed (last reviewed 10/18/2019)

| | | |
|---|---|---|
| **amitriptyline 25 mg tablet** | 10/15/19 | filled |
| **atorvastatin 20 mg tablet** | 08/26/19 | filled |
| **clonazePAM 1 mg tablet** | 11/12/19 | filled |
| **desvenlafaxine succinate ER 100 mg tablet,extended release 24 hr** | 09/16/19 | filled |
| **desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr** | 08/09/19 | filled |
| **diclofenac sodium 75 mg tablet,delayed release** | 11/12/19 | filled |
| **Fluzone Quad 2019-2020 (PF) 60 mcg (15 mcg x 4)/0.5 mL IM syringe** | 10/17/19 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 06/04/19 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet** | 09/19/19 | filled |
| **omeprazole 20 mg capsule,delayed release** | 04/08/19 | filled |
| **sertraline 100 mg tablet** | 10/15/19 | filled |
| **SUMAtriptan 100 mg tablet** | 11/12/19 | filled |
| **SUMAtriptan 6 mg/0.5 mL subcutaneous pen injector** | 04/20/19 | filled |
| **testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** | 10/17/19 | filled |
| **tiZANidine 4 mg tablet** | 10/11/19 | filled |
| **topiramate 25 mg tablet** | 11/12/19 | filled |

## Vaccines

Vaccines not reviewed (last reviewed 10/18/2019)
08/23/19 #2 C7/T1 ESI 40% pain relief, 3 weeks
07/16/2019 #1 CESI C7/T1

## Problems

Reviewed Problems
- Cervical radiculopathy - Onset: 06/24/2019
- Left rotator cuff syndrome - Onset: 06/24/2019
- Neck pain - Onset: 06/24/2019

## Family History

Family History not reviewed (last reviewed 10/18/2019)

| | |
|---|---|
| Paternal Grandfather | - Diabetes mellitus |
| Maternal Grandmother | - Mental disorder<br>- Rheumatoid arthritis |
| Mother | - Rheumatoid arthritis |
| Father | - Rheumatoid arthritis |
| Maternal Grandfather | - Mental disorder |
| Paternal Grandmother | - Rheumatoid arthritis<br>- Diabetes mellitus |

## Social History

Social History not reviewed (last reviewed 10/18/2019)
Tobacco Smoking Status: Never smoker
Most Recent Tobacco Use Screening: 06/24/2019
Marital status: Domestic Partner
Alcohol intake: Occasional
Exercise level: Occasional

## Surgical History

Surgical History not reviewed (last reviewed 10/18/2019)
- Shoulder Surgery - left
- Hernia Repair

left wrist surgery

## Past Medical History

Past Medical History not reviewed (last reviewed 10/18/2019)
Anxiety Disorder: **Y**
Chronic Low Back Pain: **Y**
Depression: **Y**
Headaches: **Y**
High Cholesterol: **Y**

**ZOLL, JAMES (id #133754, dob:**

## Procedure Documentation

**Cervical Epidural Steroid Injection: Interlaminar:**

**Cervical Epidural Steroid Injection: C7/T1**

Diagnosis: Cervical radiculitis
Anesthesia: Local Only
-NPO Status: no
-Driver Present: Yes

**Pre-Procedure Evaluation:**
The procedure was confirmed with the patient.
Blood Thinners/Anticoagulants: None
Antibiotics: None
Diabetes: No
Skin exam: No rashes or skin breakdown at the injection site.
Pre-Procedure Vitals: BP-128/90, Pulse-79, SpO2-96, Temp-
Improvement from last procedure:50%
Pre-Procedure Pain Score: 4/10

**Description of the Procedure**
Informed consent was obtained from the patient, which included a discussion of risks, benefits, and alternative treatment options. The patient was taken to the procedure suite and assisted into a prone position on the procedure table. A Time Out was taken to verify the patients identity, the procedure, and laterality. Blood pressure, heart rate, and pulse oximetry were monitored throughout the procedure.

The skin overlying the posterior cervical region was cleansed with isopropyl alcohol. AP fluoroscopic images were taken to identify the lower cervical interlaminar windows which were marked with a marking pen on the skin. The injection site was then cleansed with a chlorhexidine solution and allowed to dry. The skin and soft tissue at the injection site was infiltrated with 3 mL of 1% Lidocaine using a 27 gauge hypodermic needle.
Following this a 20 gauge x 3 1/2 inch Tuohy needle was advanced into the C7/T1 interlaminar space. At this point steep oblique views were obtained to evaluate the depth of the needle tip. The epidural space was then identified using a loss of resistance technique to air. Aspirations were negative for blood or CSF, and no paresthesia were elicited. 1 mL of Omnipaque 240 was injected demonstrating the absence of intravascular uptake and appropriate spread in the posterior epidural space. AP fluoroscopic views were then obtained to again verify a characteristic epidurogram pattern.
Next, an epidural steroid injection was performed with 80mg DepoMedrol diluted in 1 mL of normal saline for a total volume of 2 mL. The needle was removed intact. The injection site was cleansed with alcohol and a Band-aid was placed over the site. The patient was taken to the recovery area in stable condition.

**Post-Procedure:**
The patient was monitored for adverse allergic, neurologic, and hemodynamic reactions.
Total Fluoroscopy time: seconds
Post-Procedure Vitals: BP-111/74, Pulse-64, SpO2-96
Complications: None
Post-Procedure Pain Score: 5/10
Discharge: Home with driver/caregiver
Notes:

## Assessment / Plan

**Cervical radiculopathy**
M54.12: Radiculopathy, cervical region
- EPIDURAL STEROID INJECTION, CERVICAL (PROC) - Note to Provider: C7/T1 ESI - ther - 3 months
Performing Provider: Gish

## Return to Office
None recorded.

## Encounter Sign-Off
Encounter signed-off by Brandon Gish, MD, 11/15/2019.
Encounter performed and documented by Brandon Gish, MD
Encounter reviewed & signed by Brandon Gish, MD on 11/15/2019 at 4:07pm

**James Zoll**
DOB:
Age: 50
Gender: Male

# Full Clinical Report

Phreesia

Date of Visit: 11/15/2019 2:50 PM

| Visit Overview | | | |
|---|---|---|---|
| Patient Name | James Zoll | Street Address | |
| Patient Date of Birth | | City, State and ZIP Code | |
| Patient Gender | Male | Physician * | Brandon Gish |

## ZOLL, JAMES (id #133754, dob:

**Encounter Date: 01/03/2020**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (51yo, M) ID# 133754 | **Appt. Date/Time** | 01/03/2020 08:50AM |
| **DOB** | | **Service Dept.** | Lexington |
| **Provider** | BRANDON GISH, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Referring Provider Name : HACKETT, DANIEL<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

### Chief Complaint

neck pain, low back pain

### Patient's Care Team

**Referring Provider (Primary Insurance):** HACKETT, DANIEL: 216 FOUNTAIN CT STE 250, LEXINGTON, KY 40509, Ph (859) 276-5008, Fax (859) 278-6401

### Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 01/03/2020 09:22 am | **Wt:** | 208 lbs Stated 01/03/2020 09:22 am | **BMI:** | 28.2 01/03/2020 09:22 am |
| **BP:** | 119/84 sitting R wrist 01/03/2020 09:22 am | **HR:** | 90 01/03/2020 09:22 am | **O2Sat:** | 97% Room Air at Rest 01/03/2020 09:23 am |
| **Pain Scale:** | 6 01/03/2020 09:23 am | | | | |

### Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 25 mg tablet** | 10/15/19 | filled |
| **atorvastatin 20 mg tablet** | 11/30/19 | filled |
| **celecoxib 100 mg capsule** | 12/24/19 | filled |
| **clonazePAM 1 mg tablet** | 01/01/20 | filled |
| **desvenlafaxine succinate ER 100 mg tablet,extended release 24 hr** | 09/16/19 | filled |
| **diclofenac sodium 75 mg tablet,delayed release** | 12/11/19 | filled |
| **Norco 5 mg-325 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 01/03/20 | prescribed |
| **omeprazole 20 mg capsule,delayed release** | 04/08/19 | filled |
| **ondansetron HCL 4 mg tablet** | 12/20/19 | filled |
| **sertraline 100 mg tablet** | 10/15/19 | filled |
| **Stool Softener 100 mg capsule** | 12/20/19 | filled |
| **SUMAtriptan 100 mg tablet** | 12/03/19 | filled |
| **SUMAtriptan 6 mg/0.5 mL subcutaneous pen injector** | 04/20/19 | filled |
| **testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** | 11/30/19 | filled |
| **tiZANidine 4 mg tablet** | 10/11/19 | filled |
| **topiramate 25 mg tablet** | 01/01/20 | filled |

## Vaccines

Reviewed Vaccines
11/15/2019 #3 CESI C7/T1;50% pain relief for 3 weeks
08/23/19 #2 C7/T1 ESI 40% pain relief, 3 weeks
07/16/2019 #1 CESI C7/T1 40% pain relief for 3 weeks

## Problems

Reviewed Problems
- Low back pain - Onset: 01/03/2020
- Left rotator cuff syndrome - Onset: 06/24/2019
- Cervical radiculopathy - Onset: 06/24/2019
- Neck pain - Onset: 06/24/2019

## Family History

Reviewed Family History

| | |
|---|---|
| Paternal Grandfather | - Diabetes mellitus |
| Maternal Grandmother | - Mental disorder |
| | - Rheumatoid arthritis |
| Mother | - Rheumatoid arthritis |
| Father | - Rheumatoid arthritis |
| Maternal Grandfather | - Mental disorder |
| Paternal Grandmother | - Rheumatoid arthritis |
| | - Diabetes mellitus |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Most Recent Tobacco Use Screening: 06/24/2019
Education: 12
Disability: N
Marital status: Single
Alcohol intake: Occasional
Illicit drugs: None
Prescription drug abuse: N
History of sexual abuse: N
Exercise level: Occasional

## Surgical History

Reviewed Surgical History
- Wrist arthroscopy/surgery
- Shoulder Surgery - left x 2 (12/20/19 by Dr. Hackett most recent)
- Hernia Repair

left wrist surgery

## Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Chronic Low Back Pain: **Y**
Depression: **Y**
Headaches: **Y**
High Cholesterol: **Y**

## Screening

| Name | Score | Notes |
|---|---|---|
| Opioid Risk | 4 | Moderate Risk |

## HPI

**Follow-up (meds & injections)**
Reported by patient.
Improvement:**Pain is getting worse.**
Current Analgesics: Opioids- hydrocodone (**Norco**); Other adjunct medications- muscle relaxants (**tizanidine-diclofenac-celebrex**); NO medications from CP&S Pharmacy verified
Pain Scores: Average pain- 7/10; Current pain- 6/10; Worst pain- 9/10
Activities of Daily Living (ADL): Living independently.; Able to bathe/groom without assistance.; Able to complete household chores.; Walking without assistance.; Working.; Exercising.
Adverse Reactions: No nausea.; No vomiting.; No constipation.; No itching.; No sedation.; No respiratory depression.; No sexual dysfunction.
Physical Therapy: Response to therapy- temporary pain improvement
Recent Injections: Epidural steroid injection-; 11/15/2019 #3 CESI C7/T1;50% pain relief for 3 weeks

**Low back pain**
Reported by patient.
Onset: date of onset: (**07/2018**)
Location: left paraspinal; radiating down the left lower extremity to the buttock (**hip**)
Context: fall
Quality: aching; burning; stabbing; dull; constant
Severity: moderate; current pain level: 6/10; worst pain level: 8/10
Alleviating Factors: heat; ice; opioids (**norco**); NSAIDs; muscle relaxants (**tizanidine**)
Aggravating Factors: sitting (**long periods of time**); lying down (**long periods of time**); walking; twisting (**turning in bed**)
Timing: varies throughout the day; intermittent episodes lasting:
Associated Symptoms: no swelling; no bowel incontinence; no urinary retention; no urinary incontinence; no perineal paresthesia/anesthesia; **weakness (left leg)**; **numbness (left foot (bottom))**; **tingling (left foot (bottom))**; **pain radiating down leg (left into buttock and hip)**; **popping/clicking (left side of back)**
Prior Imaging: MRI; 06/02/2019 MRI of Lumbar Spine
Previous Lumbar Surgery: none
Previous Injections: none
Previous PT: response to therapy: temporary pain improvement; 7/2019-Cardinal Valley -2 x week-temporary relief
Medications History: NSAIDs: (**celebrex
diclofenac**); muscle relaxants: (**Tizanidine**); neuropathics: (**gabapentin-can not take**); opioid pain medications: (**Norco**)
Work Related: no
Working: no
Prior Pain Management: no

**Neck pain**
Reported by patient.
Onset: 8 years
Location: bilateral paraspinal; midline spine; radiating to the left upper extremity to the hand
Duration: constant
Context: started without cause
Quality:**tightness**; **numbess**; **burning**; **aching**; stinging
Severity: current pain level: 6/10; worst pain level: 7/10; moderate
Alleviating Factors: medication; Physical Therapy is helping
Aggravating Factors: cold weather; turning head to the left; turning head to the right
Timing: constant; varies throughout the day
Associated Symptoms: no weakness; no dizziness; no popping/clicking; no bladder incontinence; no bowel incontinence; **numbness**; **tingling**; **pain in upper extremities**
Prior Imaging: MRI; 06/02/2019 MRI of Cervical Spine
Previous Cervical Surgery: none
Previous Injections: cervical ESI; 11/15/2019 #3 CESI C7/T1;50% pain relief for 3 weeks
08/23/19 #2 C7/T1 ESI 40% pain relief, 3 weeks
07/16/2019 #1 CESI C7/T1 40% pain relief for 3 weeks
Previous PT: completed PT; response to therapy: pain improved
Previous Chiropractic care: none
Medications History: NSAIDS: (**Diclofenac (effective)**); muscle relaxants: (**Tizanidine (effective)**); neuropathics: (**Gabapentin (unable to tolerate)**); opioid pain medications: (**Norco (effective)**)
Working: no; Patient has been off work from 11 months. He is still employed with Toyota.
Prior Pain Management: yes; Advanced Pain Medicine

**Pain Management Initial**
Reported by patient.
Hand Dominance: right
Patient is here to followup on injection done on 11/15/2019 #3 CESI C7/T1;50% pain relief for 3 weeks. Patient has new problem of low back pain that started in July of 2018 due to a fall.

ROS

**Additionally reports:**

**Allergic/Immunologic**
**Confirms: None**
**Denies: Frequent Sneezing, Hives, Itching, Runny Nose, Sinus Pressure**
**Cardiovascular**
**Confirms: Arm Pain, Lightheaded upon standing**
**Denies: Chest Pain, Known Heart Murmur, Palpitations (skipping/irregular), Shortness of Breath (laying down), ShortnessofBreath (walking), Swollen Ankles / Legs**
**Constitutional**
**Confirms: None**
**Denies: Exercise Intolerance, Fatigue, Fever, Lethargy (Lack of Energy), Malaise, Sedation (Drowsiness), Weight Gain, Weight Loss**
**ENMT**
**Confirms: Dry Mouth**
**Denies: Bleeding Gums, Difficulty Breathing, Ear Pain, Frequent Nosebleeds, Mouth Breathing, Mouth Ulcers, Oral Abnormalities, Sinus Problems, Sinusitis, Snoring, Sore Throat**
**Endocrine**
**Confirms: None**
**Denies: Cold Intolerance, Fatigue, Hair Loss, Increased Hair Growth, Increased Thirst**
**Eyes**
**Confirms: Wear Glasses**
**Denies: Eye Disease or Injury, Irritation, Vision Change, Wear Contacts**
**Gastrointestinal**
**Confirms: Constipation**
**Denies: Abdominal Pain, Appetite Change, Black or Tarry Stools, Frequent Diarrhea, Heartburn, Indigestion, Nausea, Vomiting, Vomiting Blood**
**Genitourinary**
**Confirms: None**
**Denies: Blood in Urine, Frequent Urination, Incomplete Emptying, Trouble Urinating, Urinary Loss of Control**
**Hematologic/Lymphatic**
**Confirms: None**
**Denies: Anemia, Bruise Easily, Excessive Bleeding, Phlebitis (Vein Inflammation), Swollen Glands**
**Integumentary**
**Confirms: None**
**Denies: Abnormal Moles, Breast Lumps, Change in Hair or Nails, Change in Skin Color, Dry Skin, Growth Lesions, Itching, Jaundice, Lacerations, Non Healing Areas, Psoriasis, Rash**
**Musculoskeletal**
**Confirms: Back Pain, Muscle Weakness, Neck Pain**
**Denies: Arthralgias/Joint Pain, Bone Pain, Difficulty Walking, Fractures, Muscle Cramps / Aches, Osteoporosis (Fragile Bones), Swelling in Extremities**
**Neurologic**
**Confirms: Frequent Headaches, Migraines, Numbness, Restless Legs, Tremors / Shaking, Weakness**
**Denies: Dizziness, Gait Dysfunction, Loss of Consciousness, Paralysis, Seizures**
**Psychiatric**
**Confirms: Depression, Sleep Disturbances**
**Denies: Agitation, Alcohol Abuse, Delirium, Dementia, Feeling Unsafe in Relationship, Hallucinations, Memory Loss, Mood Swings, Restless Sleep, Suicidal Thoughts**
**Respiratory**
**Confirms: Cough**
**Denies: Shortness of Breath, Sleep Apnea, Wheezing**

**ROS as noted in the HPI**

**ZOLL, JAMES (Id #133754, dob:**

Physical Exam

Patient is a 51-year-old male.

**Constitutional:**General Appearance: healthy-appearing, well-developed, good personal hygiene, and **overweight**. Level of Distress: **mild distress**.

**Psychiatric:**Insight: good judgement and insight. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Eyes:**Eyelids and Conjunctivae: eyelids normal, conjunctivae normal, and no discharge. Sclerae: white and non-icteric.

He's undergone intra-articular left shoulder joint injections (AC joint) with modest benefit.

He has been prescribed Norco, diclofenac, and tizanidine, and Klonopin by his PCP in the past. He is requesting we take over prescribing his Norco. This is been prescribed as needed with low frequency. Today's urine drug screen is positive for TCA only. Recently he was prescribed Norco as a postoperative prescription. This urine drug screen will be sent to the lab for confirmation testing.

I think his cervical radiculopathy has improved significantly. He only has lower neck pain which is fairly well controlled at the time. His examination of the lumbar spine is consistent with lumbar spondylosis. I've recommended left L2-5 MBB with progression to RFA if diagnostic. I agree to take over the Norco but I did advise him of the potential interactions of benzodiazepines and opioids. He states he's been on clonazepam for severe anxiety since his 20s and sees psychiatry regularly. I don't think it's likely that he would come off of this medication. I advised that we should work towards non-opioid options and reduce his reliance. He agrees with this plan. He will continue physical therapy and consider yoga for the low back as well.

**Lumbosacral spondylosis without myelopathy**

M47.817: Spondylosis without myelopathy or radiculopathy, lumbosacral region

- Norco 5 mg-325 mg tablet - Take 1 tablet(s) every day by oral route as needed for 30 days. Qty: 30 tablet(s) Refills: 0 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
- MEDIAL BRANCH BLOCK, LUMBAR (PROC) - Note to Provider: #1 LMBB Left L2-L5 Lex. Gish

**Cervical radiculopathy**

M54.12: Radiculopathy, cervical region

**Left rotator cuff syndrome**

M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Long-term drug therapy** -

The urine sample is being sent for quantitative LCMS analysis of illicit drugs (Cocaine, Methamphetamine, Heroin, Fentanyl, THC, Synthetic Cannabinoids, Kratom, MDMA, PCP, and Synthetic Stimulants, Opiates (Codeine, Hydrocodone, Hydromorphone, and Morphine), Oxycodone, Oxymorphone, Methadone, Synthetic Opioids (Tramadol, Tapentadol, and Buprenorphine), Benzodiazepines (Alprazolam, Clonazepam, Lorazepam, Diazepam, Nordazepam, Oxazepam, and Temazepam), Gabapentin, Pregabalin, Muscle Relaxants (Carisoprodol, Cyclobenzaprine, and Meprobamate), Ketamine, Nalaxone, and Amphetamine, as this patient is being prescribed opioid medications for the first time at this practice. The purpose of this analysis is to confirm the patients stated medication usage and to establish baseline medication and metabolite quantities, and to evaluate for use of medications that are not prescribed or reported by the patient.

Z79.899: Other long term (current) drug therapy

- DRUG SCREEN, URINE
- CONFIRM NEW PATIENT

DRUG SCREEN, URINE

- Results:
  - **TCA:: positive**
  - **THC:: negative**
  - **Buprenorphine:: negative**
  - **Barbiturates:: negative**
  - **Benzodiazepines:: negative**
  - **Methamphetamine:: negative**
  - **Amphetamines:: negative**
  - **Morphine/Opiates:: negative**
  - **Oxycodone:: negative**
  - **MDMA:: negative**
  - **Cocaine:: negative**
  - **Methadone:: negative**

### Return to Office

- to see Brandon Gish, MD at Lexington on or around 01/03/2020

### Encounter Sign-Off

Encounter signed-off by Brandon Gish, MD, 01/03/2020.
Encounter performed and documented by Brandon Gish, MD
Encounter reviewed & signed by Brandon Gish, MD on 01/03/2020 at 10:07am

**James Zoll**
DOB:
Age: 51
Gender: Male

# Full Clinical Report

Phreesia

Date of Visit: 01/03/2020 8:50 AM

## Visit Overview

| | | | |
|---|---|---|---|
| Patient Name | James Zoll | Street Address | |
| Patient Date of Birth | 8 | City, State and ZIP Code | |
| Patient Gender | Male | Physician | Brandon Gish |

## Medical History

**Past and Current Medical Conditions**

- ☐ AIDS/HIV
- ☐ Anemia
- ☑ Anxiety Disorder
- ☐ Autoimmune Disease
- ☐ Bipolar Disease
- ☐ Bleeding Disorder
- ☐ Cancer
- ☐ Cardiomyopathy
- ☑ Chronic Low Back Pain
- ☐ Coronary Artery Disease
- ☐ Dementia
- ☑ Depression
- ☐ Diabetes
- ☐ Fibromyalgia
- ☐ Gout
- ☐ Head Trauma/Injury
- ☑ Headaches
- ☐ Heart Attack (MI)
- ☐ Heart Disease
- ☐ Hepatitis
- ☐ Hernia
- ☐ Hypertension
- ☐ Inflammatory Bowel Disease
- ☐ Kidney Disease
- ☐ Liver Disease
- ☐ Osteoarthritis
- ☐ Osteoporosis
- ☐ Rheumatoid Arthritis
- ☐ Seizure Disorder
- ☐ Sleep Apnea
- ☐ Stroke
- ☐ Substance Abuse

**Surgeries or Procedures**

- ☐ Anterior Cervical Discectomy Fusion
- ☐ Breast Surgery
- ☐ Carotid Endarterectomy
- ☐ Carpal Tunnel Release
- ☐ Cholecystectomy
- ☐ Colectomy
- ☐ Coronary Artery Bypass
- ☐ Foot/Ankle Surgery
- ☑ Hernia Repair
- ☐ Hip Surgery
- ☐ Joint Replacement
- ☐ Knee Surgery
- ☐ Lumbar Discectomy/Decompression
- ☐ Cervical Spine Surgery
- ☐ Open Reduction Internal Fixation
- ☐ Orthopedic Surgery
- ☐ Posterior Cervical Decompression
- ☐ Posterior Spinal Fusion
- ☐ Posterior Thoracic Fusion
- ☑ Shoulder Surgery

**Family Medical History Condition List**

- ☐ Alcoholism
- ☐ Blood coagulation disorder
- ☐ Cerebrovascular accident
- ☑ Diabetes mellitus
- ☐ Disease of liver
- ☐ Fibromyalgia
- ☐ Heart disease
- ☐ Hypertensive disorder
- ☐ Illicit medication use
- ☐ Kidney disease
- ☐ Malignant neoplastic disease
- ☑ Mental disorder
- ☑ Rheumatoid arthritis
- ☐ Substance abuse

**Family Medical History Member**

| | Mother | Father | Brother | Sister | Son | Daughter | Maternal Grandmother | M Gra |
|---|---|---|---|---|---|---|---|---|
| Diabetes mellitus | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| Mental disorder | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | |
| Rheumatoid arthritis | ☒ | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | |

## Social History

| | |
|---|---|
| Marital status | Single |

## Blind / Deaf

| | | | |
|---|---|---|---|
| Deaf or serious difficulty hearing | No | Hard of hearing or deaf in one or both ears? | No |

## Elderly

| | | | |
|---|---|---|---|
| Difficulty dressing or bathing | No | Difficulty walking or climbing stairs | No |
| Difficulty doing errands alone | Yes | | |

## Health

**James Zoll**
DOB:
Age: 51
Gender: Male

## Full Clinical Report

Phreesia
Date of Visit: 01/03/2020 8:50 AM

| | | | |
|---|---|---|---|
| Exercise level | Occasional | General stress level | Low |
| Difficulty concentrating or focusing | Yes | | |

**Substance Use**

| | | | |
|---|---|---|---|
| Alcohol intake | Occasional | Chewing tobacco | none |
| Caffeine intake | Moderate | Smoking Status | Never smoker |
| Illicit drugs | | | |

## Lab Results

**ZOLL, JAMES (id #133754, dob:**

## CONFIRM NEW PATIENT 01/08/2020 (#4412945, Final, 01/03/2020 10:09am)

| | | | |
|---|---|---|---|
| Ordering Provider | BRANDON GISH | Performing Lab | COMMONWEALTH PAIN ASSOCIATES, PLLC<br>120 EXECUTIVE PARK ST<br>LOUISVILLE KY 40207 |
| Specimen/Accession ID | 2001060060 | Specimen Source | U |
| Specimen Coll. Date | 01/03/2020 10:09 | Result Status | Final |
| Specimen Rec. Date | 01/06/2020 11:07 | Report Status | |
| Specimen Reported Date | 01/08/2020 12:51 | | |

| | |
|---|---|
| NOTE FROM LAB | Prescribed Medications: Norco (Hydrocodone), Amitryptyline (Amitriptyline), Sertraline (Sertraline), Clonazepam (Clonazepam) |

ZOLL, JAMES (id #133754, dob:

**Commonwealth**
PAIN & SPINE

120 Executive Park Suite 165
Louisville, KY 40207
Phone: (502)855-7200
Fax: (502)855-7201
Director: Dustin Woods MD
CLIA #: 18D2059678

| | | |
|---|---|---|
| Client: COMMONWEALTH PAIN ASSOCIATES | Patient: ZOLL, JAMES | Lab Acc#: 2001060060 |
| Client #: 32 | | Collected: 01/03/20 10:09 |
| Chart #: 133754 | Gender: M | Accessioned: 01/06/20 11:07 |
| Provider: BRANDON GISH | Specimen Type: URINE | Reported: 0./08/20 12:51 TYLER |

Prescribed Medications: Amitryptyline (Amitriptyline), Clonazepam, Norco (Hydrocodone), Sertraline

**CONFIRMATION RESULTS SUMMARY**

[redacted]



**Lincoln/Zoll 2233**

**Client:** COMMONWEALTH PAIN ASSOCIATES **Patient:** ZOLL, JAMES **Lab Acc#:** 2001060060
**Client #:** 32 **DOB:** **Collected:** 01/03/20 10:09
**Chart #:** 133754 **Gender:** M **Accessioned:** 01/06/20 11:07
**Doctor:** BRANDON GISH **Specimen Type:** URINE **Reported:** 01/08/20 12:51 by: TYLER

| | | | | |
|---|---|---|---|---|
| Norbuprenorphine | Not Detected | 37.5 ng/mL | | |
| Alprazolam | Not Detected | 60 ng/mL | | |
| alpha-hydroxyalprazolam | Not Detected | 60 ng/mL | | |
| **7-AminoClonazepam** | **POSITIVE** | **60 ng/mL** | **145 ng/mL** | (Metabolite of Clonazepam) |
| Nordiazepam | Not Detected | 60 ng/mL | | |
| Oxazepam | Not Detected | 60 ng/mL | | |
| Temazepam | Not Detected | 60 ng/mL | | |
| Lorazepam | Not Detected | 60 ng/mL | | |
| Pentazocine | Not Detected | 22.5 ng/mL | | |

**ZOLL, JAMES (id #133754, dob:**

## DRUG SCREEN, URINE 01/03/2020 (#4370665, 01/03/2020 9:43am)

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| TCA: | positive | | | | | |
| THC: | negative | | | | | |
| Buprenorphine: | negative | | | | | |
| Barbiturates: | negative | | | | | |
| Benzodiazepines: | negative | | | | | |
| Methadone: | negative | | | | | |
| Amphetamines: | negative | | | | | |
| Morphine/Opiates: | negative | | | | | |
| Oxycodone: | negative | | | | | |
| MDMA: | negative | | | | | |
| Cocaine: | negative | | | | | |
| Methamphetamine: | negative | | | | | |

## OPIOID RISK TOOL (ORT) 06/24/2019 (#2906116, 06/25/2019 7:39am)

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 01/16/2020**

### Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (51yo, M) ID# 133754 | **Appt. Date/Time** | 01/16/2020 02:00PM |
| **DOB** | | **Service Dept.** | Lexington |
| **Provider** | BRANDON GISH, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Referring Provider Name : HACKETT, DANIEL<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

### Chief Complaint

None recorded.

### Patient's Care Team

**Referring Provider (Primary Insurance):** HACKETT, DANIEL: 216 FOUNTAIN CT STE 250, LEXINGTON, KY 40509, Ph (859) 276-5008, Fax (859) 278-6401

### Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

### Vitals

None recorded.

### Allergies

Allergies not reviewed (last reviewed 01/03/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 01/03/2020)

| | | |
|---|---|---|
| **amitriptyline 25 mg tablet** | 10/15/19 | filled |
| **atorvastatin 20 mg tablet** | 11/30/19 | filled |
| **celecoxib 100 mg capsule** | 12/24/19 | filled |
| **clonazePAM 1 mg tablet** | 01/01/20 | filled |
| **desvenlafaxine succinate ER 100 mg tablet,extended release 24 hr** | 09/16/19 | filled |
| **diclofenac sodium 75 mg tablet,delayed release** | 12/11/19 | filled |
| **Norco 5 mg-325 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 01/03/20 | prescribed |
| **omeprazole 20 mg capsule,delayed release** | 04/08/19 | filled |
| **ondansetron HCL 4 mg tablet** | 12/20/19 | filled |
| **sertraline 100 mg tablet** | 10/15/19 | filled |
| **Stool Softener 100 mg capsule** | 12/20/19 | filled |
| **SUMAtriptan 100 mg tablet** | 12/03/19 | filled |
| **SUMAtriptan 6 mg/0.5 mL subcutaneous pen injector** | 04/20/19 | filled |
| **testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** | 01/13/20 | filled |
| **tiZANidine 4 mg tablet** | 01/08/20 | filled |
| **topiramate 25 mg tablet** | 01/01/20 | filled |

## Vaccines

Reviewed Vaccines
11/15/2019 #3 CESI C7/T1;50% pain relief for 3 weeks
08/23/19 #2 C7/T1 ESI 40% pain relief, 3 weeks
07/16/2019 #1 CESI C7/T1 40% pain relief for 3 weeks

## Problems

Reviewed Problems
- Low back pain - Onset: 01/03/2020
- Left rotator cuff syndrome - Onset: 06/24/2019
- Cervical radiculopathy - Onset: 06/24/2019
- Neck pain - Onset: 06/24/2019

## Family History

Family History not reviewed (last reviewed 01/03/2020)

| | |
|---|---|
| Paternal Grandfather | - Diabetes mellitus |
| Maternal Grandmother | - Mental disorder |
| | - Rheumatoid arthritis |
| Mother | - Rheumatoid arthritis |
| Father | - Rheumatoid arthritis |
| Maternal Grandfather | - Mental disorder |
| Paternal Grandmother | - Rheumatoid arthritis |
| | - Diabetes mellitus |

## Social History

Social History not reviewed (last reviewed 01/03/2020)
Tobacco Smoking Status: Never smoker
Most Recent Tobacco Use Screening: 06/24/2019
Education: 12
Disability: N
Marital status: Single
Alcohol intake: Occasional
Illicit drugs: None
Prescription drug abuse: N
History of sexual abuse: N
Exercise level: Occasional

## Surgical History

Surgical History not reviewed (last reviewed 01/03/2020)
- Wrist arthroscopy/surgery
- Shoulder Surgery - left x 2 (12/20/19 by Dr. Hackett most recent)
- Hernia Repair

left wrist surgery

## Past Medical History

Past Medical History not reviewed (last reviewed 01/03/2020)
Anxiety Disorder: **Y**
Chronic Low Back Pain: **Y**
Depression: **Y**
Headaches: **Y**
High Cholesterol: **Y**

## Procedure Documentation

**Lumbar MBB (3 Level Unilateral):**

**#1 Lumbar Medial Branch Nerve Blocks: Left L2-L5 under Fluoroscopic Needle Guidance**

Diagnosis: Lumbar spondylosis

Anesthesia: Local Only
-NPO Status: no
-Driver Present: Yes

**Pre-Procedure Evaluation:**
The procedure was confirmed with the patient.
Blood Thinners/Anticoagulants: None
Antibiotics: None
Diabetes: No
Skin exam: No rashes or skin breakdown at the injection site.
Pre-Procedure Vitals: BP-130/83, Pulse-85, SpO2-99, Temp-Not taken
Improvement from last procedure:1st
Pre-Procedure Pain Score: 3/10

**Description of the Procedure**
The procedure, risks, benefits, and other treatment options were discussed with the patient. The patient was taken into the fluoroscopy suite and assisted onto the procedure table in a prone position. A time-out was performed confirming the correct patient, procedure, side, and levels prior to starting the procedure. Blood pressure, heart rate, and pulse oximetry were monitored throughout the procedure. The lumbosacral spine was cleansed with ethyl alcohol. AP fluoroscopic images were taken to identify the sacral ala and oblique images were taken to identify the pedicles of the lower lumbar vertebra. The injection sites were marked using a skin marker. The skin was then prepped using a chlorhexidine solution and allowed to dry. The skin and soft tissue at the injection sites were infiltrated with a total of 3 mL of 1% Lidocaine. A 25 gauge x 3.5 inch spinal needle was advanced under ipsilateral oblique views to make contact with the junction of the transverse process and superior articulating process of the following levels:
Left L3
Left L4
Left L5

Under AP views the spinal needle was advanced to make contact with the Left sacral ala.

Each level was then injected with 1 mL of 0.5% Bupivicaine and 10 mg of Methylprednisolone
The needles were then withdrawn intact. The injection sites were cleansed with alcohol and a Band-aid was placed over each injection site. The patient was taken to the recovery area in stable condition.

**Post-Procedure:**
The patient was monitored for adverse allergic, neurologic, and hemodynamic reactions.
Total Fluoroscopy time: 0.1seconds
Post-Procedure Vitals: BP-122/68, Pulse-75, SpO2-98
Complications: None
Post-Procedure Pain Score: 5/10
Discharge: Home with driver/caregiver
Notes:

## Assessment / Plan

**Lumbosacral spondylosis without myelopathy**
M47.817: Spondylosis without myelopathy or radiculopathy, lumbosacral region
- MEDIAL BRANCH BLOCK, LUMBAR (PROC)
Procedure Time: 1 month Location: L2-5
Side: LEFT

### Return to Office

- David Moore, PA for FOLLOW UP 15 at Lexington on 02/03/2020 at 03:00 PM

## Encounter Sign-Off

Encounter signed-off by Brandon Gish, MD, 01/16/2020.
Encounter performed and documented by Brandon Gish, MD
Encounter reviewed & signed by Brandon Gish, MD on 01/16/2020 at 4:20pm

**James Zoll**
DOB:
Age: 51
Gender: Male

**Full Clinical Report**

Phreesia
Date of Visit: 01/16/2020 2:00 PM

| Visit Overview | | | |
|---|---|---|---|
| Patient Name | James Zoll | Street Address | |
| Patient Date of Birth | | City, State and ZIP Code | |
| Patient Gender | Male | Physician * | Brandon Gish |

## Medical Records - CONFIDENTIAL

**FROM:** KY - Lexington Clinic
Aneshia V
630 SOUTH POINT DR, LEXINGTON, KY 40515-6350
Phone: (859) 272-1928
Fax: (859) 271-9601

**TO:**

**Name: ZOLL, JAMES D**

**DOB:**

**Date Range: 01/01/2019 to 05/14/2021**

**This document contains the following records of the patient:**
- **Encounters and Procedures**
- **Clinical Documents**
- **Imaging Results**
- **Lab Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21795182-A-13059]

## Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 04/22/2021**

### Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (52yo, M) ID# 21795182 | **Appt. Date/Time** | 04/22/2021 11:15AM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | JOHN P ZIEGLER, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 214021M1ER<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

### Chief Complaint

pt stated he wants to discuss another depression medication .he state his in more depression then before.

### Patient's Care Team

## ZOLL, JAMES D (id #21795182, dob:

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1376590968
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Primary Care Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Referring Provider:** STEPHEN C UMANSKY MD: 700 BOB-O-LINK DR, LEXINGTON, KY 40504, Ph (859) 258-4000, Fax (859) 258-8239 NPI: 1134142938

### Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON, KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 04/22/2021 11:23 am | **Wt:** | 207 lbs With clothes 04/22/2021 11:23 am | **BMI:** | 28.1 04/22/2021 11:23 am |
| **T:** | 97.3 F° temporal artery 04/22/2021 11:23 am | **BP:** | 118/76 R arm 04/22/2021 11:24 am | **Pulse:** | 77 bpm regular 04/22/2021 11:23 am |
| **RR:** | 16 04/22/2021 11:23 am | **O2Sat:** | 98% Room Air at Rest 04/22/2021 11:23 am | | |

### Allergies

Allergies not reviewed (last reviewed 04/08/2021)
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector**<br>Inject 1 mL every month by subcutaneous route. | 04/08/21 | prescribed |
| **Aimovig Autoinjector 70 mg/mL subcutaneous auto-injector**<br>Inject 1 mL every month by subcutaneous route as directed for 30 days. | 12/07/20 | prescribed |
| **amitriptyline 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 12/07/20 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 03/16/21 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 03/16/21 | prescribed |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream**<br>APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed | 04/27/20 | prescribed |
| **Descovy 200 mg-25 mg tablet**<br>Take 1 tablet by mouth once daily | 04/10/21 | renewed |
| **diclofenac sodium 75 mg tablet,delayed release**<br>Take 1 tablet(s) twice a day by oral route. | 04/18/19 | prescribed |
| **Imitrex 100 mg tablet**<br>As Directed | 06/04/20 | prescribed |
| **Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector**<br>Inject 1 mL as needed by subcutaneous route. | 06/04/20 | prescribed |
| **mupirocin 2 % topical ointment**<br>APPLY A SMALL AMOUNT TO THE AFFECTED AREA BY TOPICAL ROUTE 3 TIMES PER DAY | 10/01/20 | prescribed |
| **nystatin 100,000 unit/gram topical cream**<br>APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed | 03/16/21 | prescribed |
| **omeprazole 20 mg capsule,delayed release** | 12/08/20 | prescribed |

Take 1 capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** 12/08/20 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sertraline 100 mg tablet** 04/22/21 prescribed
0.5 tab daily x 2 weeks, then 1 daily

**sildenafil (pulmonary hypertension) 20 mg tablet** 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** 01/09/20 prescribed
Apply 2 pump(s) every day by transdermal route for 30 days.

**tiZANidine 4 mg tablet** 03/15/21 renewed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** 06/04/20 prescribed
Take 2 tablet(s) every day by oral route.

**Viibryd 20 mg tablet** 12/08/20 prescribed
Take 1 tablet(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 04/08/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 09/11/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042010 | UJ442AA | Sanofi Pasteur | 06/30/21 | 08/15/19 | 09/11/20 | Tkeyah Smith |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

## Family History

Family History not reviewed (last reviewed 04/08/2021)

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine<br>- Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Social History not reviewed (last reviewed 04/08/2021)
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: jclines1 answered No to the Tobacco cessation counseling provided question on 04/05/2019.)
Alcohol intake: Occasional
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Caffeine intake: Occasional
Illicit drugs: None
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

## ZOLL, JAMES D (id #21795182, dob:

### Surgical History

Surgical History not reviewed (last reviewed 04/08/2021)
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

lt shoulder and clavical scrape 12/2019

### Past Medical History

Past Medical History not reviewed (last reviewed 04/08/2021)
Anxiety Disorder: **Y**
Depression: **Y**
Headaches: **Y - migraines with and without aura**
High Cholesterol: **Y**

### HPI

James in with increased depression–remains on Viibryd 20 mg daily with seems to do well for his anxiety. Klonopin still helpful for anxiety/sleep–wants to continue. No consistent alcohol use. Less motivated–energy varies. No change in his appetite. Seeing therapist twice a week. Minimal crying. Going out with friends some. Biggest stresse is both parents health–they need to be in assisted living but they are not. He would like to go back to Zoloft–good results in past instead of increasing Viibryd.

Chest wall pain the last few weeks. On/off. Denies overuse/trauma. Positive family history of heart disease–both sides. No worsening with activity–no radiation. No shortness of air/palpitations. topical Voltaren helps some. Not worsening.

### ROS

**ROS as noted in the HPI**

### Physical Exam

Patient is a 52-year-old
male.

Gen.: NAD-breathing easy
HEENT: PERRLA
Neck: Supple without adenopathy. Carotids-no bruit.
Lungs: Clear throughout-good air movement without cough/pleuritic pain.
Heart: RRR without murmur-normal S1/S2.

chest wall: Mild tender to palpation under the left pec –rib region anterior lateral. Twisting–okay. No left breast masses
Abdomen: Soft, nontender, negative HSM.
Extremities: No peripheral edema.
Neuro: No focal deficits.
Affect: some depression. Minimal anxiety. Thoughts are focused–feels safe

EKG:normal sinus rhythm–rate~ 60 without acute ST changes

### Procedure Documentation

**EKG:**
12 lead electrocardiogram testing performed. See scanned copy for results.

Zoll, James
ID: 21765182
DOB:
52yr. Male

22-Apr-2021 10:49:26

Vent rate: 59 BPM
PR int: 165 ms
QRS dur: 89 ms
QT/QTc: 401/401 ms
P-R-T axes: 58 0 48

SINUS BRADYCARDIA
BORDERLINE ECG

UNCONFIRMED REPORT

4/22




7004

**ZOLL, JAMES D (id #21795182, dob:**




1141B0209068 [redacted] No Site Name . Site # 0 Cart # 0 Version 2.01.08 Sequence #03447 25mm/s 10mm/mV 0.05-40 Hz

## Assessment / Plan

1. Left chest pain–consistent with costochondritis

2. Mood disorder–needs improved depression

Plan: Switch Viibryd to sertraline 100 mg–half tab for a few weeks and increase as necessary. If not seeing improvement–call. OTC ibuprofen 400 twice a day X 10 days–call if costochondritis issues continue. Reviewed pros/cons of BZD including possible long-term addiction potential. Since maintains effectiveness, tolerating without side effects, he wants to continue.Kasper report reviewed. Continue other medications/ physical therapy/counseling. Three-month med check–sooner as needed

**. Chest pain**
R07.9: Chest pain,
unspecified

**. Costal chondritis**
M94.0: Chondrocostal junction syndrome
[Tietze]

**. Mood disorder**
F39: Unspecified mood [affective]
disorder

- sertraline 100 mg tablet - 0.5 tab daily x 2 weeks, then 1 daily Qty: 90 tablet(s) Refills: 1 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: D/C Viibryd

## Return to Office

- to see JOHN P ZIEGLER, MD at FAMILY MEDICINE ANDOVER on or around 06/08/2021
- JOHN P ZIEGLER, MD for RECHECK at FAMILY MEDICINE ANDOVER on 06/08/2021 at 02:00 PM
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY SB on 10/07/2021 at 03:15 PM
- to see CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY SB on or around 10/08/2021
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/13/2030

## Encounter Sign-Off

Encounter signed-off by JOHN P ZIEGLER, MD, 04/23/2021.
Encounter performed and documented by JOHN P ZIEGLER, MD
Encounter reviewed & signed by JOHN P ZIEGLER, MD on 04/23/2021 at 6:07am



**ZOLL, JAMES D (id #21795182, dob:**




**Encounter Date: 04/08/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (52yo, M) ID# 21795182 | **Appt. Date/Time** | 04/08/2021 01:00PM |
| **DOB** | | **Service Dept.** | NEUROLOGY SB |
| **Provider** | CRAIG A KNOX, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 214021M1ER<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

back pain

Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1376590968
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Primary Care Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Referring Provider:** STEPHEN C UMANSKY MD: 700 BOB-O-LINK DR, LEXINGTON, KY 40504, Ph (859) 258-4000, Fax (859) 258-8239 NPI: 1134142938

Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON, KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft Stated 04/08/2021 01:16 pm | **Wt:** | 197 lbs With clothes 04/08/2021 01:16 pm | **BMI:** | 26.7 04/08/2021 01:16 pm |
| **BP:** | 112/74 sitting R arm 04/08/2021 01:20 pm | **Pulse:** | 80 bpm regular 04/08/2021 01:20 pm | | |

Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| Medication | Date | Status |
|---|---|---|
| **Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector**<br>Inject 1 mL every month by subcutaneous route. | 04/08/21 | prescribed |
| **Aimovig Autoinjector 70 mg/mL subcutaneous auto-injector**<br>Inject 1 mL every month by subcutaneous route as directed for 30 days. | 12/07/20 | prescribed |
| **amitriptyline 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 12/07/20 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 03/16/21 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 03/16/21 | prescribed |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream**<br>APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed | 04/27/20 | prescribed |
| **Descovy 200 mg-25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 09/20/20 | prescribed |
| **diclofenac sodium 75 mg tablet,delayed release**<br>Take 1 tablet(s) twice a day by oral route. | 04/18/19 | prescribed |
| **Imitrex 100 mg tablet**<br>As Directed | 06/04/20 | prescribed |
| **Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector**<br>Inject 1 mL as needed by subcutaneous route. | 06/04/20 | prescribed |
| **mupirocin 2 % topical ointment**<br>APPLY A SMALL AMOUNT TO THE AFFECTED AREA BY TOPICAL ROUTE 3 TIMES PER DAY | 10/01/20 | prescribed |
| **nystatin 100,000 unit/gram topical cream**<br>APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed | 03/16/21 | prescribed |
| **omeprazole 20 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 12/08/20 | prescribed |
| **ProAir RespiClick 90 mcg/actuation breath activated**<br>Inhale 2 puff(s) every 6-8 hours by inhalation route. | 12/08/20 | prescribed |
| **sildenafil (pulmonary hypertension) 20 mg tablet**<br>Take 1-3 tablets daily as needed for erectile dysfunction | 06/04/19 | prescribed |
| **testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump**<br>Apply 2 pump(s) every day by transdermal route for 30 days. | 01/09/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 03/15/21 | renewed |
| **Topamax 25 mg tablet**<br>Take 2 tablet(s) every day by oral route. | 06/04/20 | prescribed |
| **Viibryd 20 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 12/08/20 | prescribed |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 09/11/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042010 | UJ442AA | Sanofi Pasteur | 06/30/21 | 08/15/19 | 09/11/20 | Tkeyah Smith |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine<br>- Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Reviewed Surgical History
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

lt shoulder and clavical scrape 12/2019

## Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**
Neurological Problems: **Y - tremors**

## HPI

Mr. Zoll returns in follow-up regarding his migraines, essential tremor and neck pain.

He came in by himself today.

I last saw him on 6/4/20, and on that visit his migraines are stable, one or 2 per week. With Imitrex they typically resolve within 1 hour. He was on Topamax 50 mg daily. He had essential tremor which had improved a little with Topamax. He did have chronic neck pain. Dr. Brooks has not recommended any surgery. His MRI scan did show a bulging disc extending to the left at C6-7 level. I offered a trial of diclofenac.

He was being seen at Dr. Swasey's pain clinic for his neck and lower back pain.

He returns in follow-up today.

Overall, he is doing okay.

His migraines have improved about 60% with aimovig.

His migraines are typically located at the bridge of the nose.

Bright lights bother and he has visual disturbances with the migraine.

Currently he is having a migraine about every week or 2.

He uses Imitrex when necessary and typically resolve within 30-60 minutes.

It makes him feel brain-dead and like he has poor attention or memory.

He remains on Topamax 25 mg daily. When he stopped the 25 mg dose, he had another headache, So he elected to stay on the 25 mg dose.

His neck pain is getting worse.

He denies having any recent lower back pain, nearly resolved.

He is using diclofenac and physical therapy.

He is not taking narcotics.

He's not getting any epidural injections, as he has in the past.

His insurance would not pay for Dr. Gish so he is seeing Dr. Swasey.

He does have some pain in the left instep.

He does have bulging disc in his lumbar spine.

He is now going to the pain clinic run by Dr. Swazey.

He has chronic lower back pain and chronic neck pain.

He's been having a lot of pain in his left shoulder as well, he went underwent surgery for frozen shoulder in 12/19 "and it still frozen."

He has some mild neck pain, especially on the left.

He is also taking amitriptyline 25 mg at night for migraine prophylaxis, prescribed by his psychiatrist.

His psychiatrist is Dr. Steven Lamb.

His blood pressure is low, so I don't think he is a candidate for beta blocker therapy.

Dr. Leung previously tried him on propranolol which apparently didn't help.

He also tried him on amitriptyline which didn't help.

He previously tried gabapentin which did not help with his migraines.

His tremors are stable and mild.

They are not worth taking any medication for at this time.

I told best medicine for his tremors is propranolol, blood pressure pill.

#1. Migraines.

His chief complaint is migraine headaches. He started having migraines in his late teens or early 20s. There is a positive family history of migraines in his grandmother. A few months ago, his migraines had been occurring about twice a week, but recently,, they have been just occurring about every week or 2. He has severe migraines 2 or 3 times a year. His migraines are located at the bridge of his nose, described as an intense pain, associated with nausea, light sensitivity, sound sensitivity. The smell of coffee bothers him. He typically does not have vomiting with migraines. He typically does not have an aura with his migraines, but sometimes he does.

He typically takes Imitrex 100 mg at the onset of his migraines and typically they resolve within about one hour.

He occasionally has used Imitrex shots, given him at the doctor's office and Imitrex shots tend to work better than the Imitrex pills. Imitrex pills causes some mild confusion.

He has seen a neurologist at UK about his migraines initially started on gabapentin which caused side effects and he stopped it after about a week.

His migraines initially improved with Topamax, but are much better on aimovig.

#2. Neck pain.

He has a long history of neck pain, present for years. He's never had a neck injury. His neck pain is typically midline, just sometimes extends to the left. Most the time his neck pain is moderate in degree. He typically uses tizanidine 4 mg at night which is somewhat helpful. He currently is getting physical therapy for the neck pain and it helps as well.

He had an MRI of the cervical spine In 8/18 which did show moderate degenerative disc disease, no central canal stenosis, no herniated discs.

He has no interest in cervical spine surgery for his neck pain.

I think he has seen Dr. William Brooks about his neck pain.

#3. Tremors.

I see his mother. She has familial tremor and Parkinson's disease, as well as schizoaffective disorder. When she tried Sinemet, she had "bad thoughts" and it was discontinued.

He has been having tremors for the last several years. He has tremors in both hands, right more than left. He is right-handed. Denies any resting tremors. The tremors mainly occur while eating and drinking. Denies having any tremors in his head or voice.

He says the tremors in general are not bad take any medication for.

#4. Poor balance.

He's been having trouble with balance for about 5 years. It is been gradually getting worse. He tends to have low blood pressure. He gets lightheaded when he stands up quickly. He doesn't think the lightheadedness causes poor balance.

He previously saw Dr. Leung for migraines in 7/16. He was having 2 or 3 migraines a week, using Zomig inhaler and Imitrex pills. He had a holocranial headaches often with a visual aura with a right visual field defect. He was tried on propranolol and amitriptyline but apparently they did not work.

Laboratory studies:

His MRI scan of brain 4/26/19 was normal. He did have a lot of abnormalities in the sinuses.

His MRI of the cervical spine on 6/12/19 showed a disc protrusion at C6-7 extending to the left. There were multiple broad-based disc protrusions and mild to moderate arthritic changes. No herniated discs. No central canal stenosis. The findings were similar to his prior MRI from 8/18.

MRI of the lumbar spine on 6/12/19 showed protruding disks at L4-5 and L5-S1, no disc herniations, no central canal stenosis, mild arthritic changes.

MRI of the cervical spine in 10/15 showed a broad-based disc protrusion at C5-6 and at C67, with a small herniated disc at T2-3. No significant spinal canal stenosis noted.

MRI of the cervical spine in 8/18 showed mild degenerative changes of the cervical spine, no central canal stenosis at any level, there was a broad-based disc protrusion at T2-3, findings were maximal at C3-4 and C5-6 with bulging disks and arthritic changes.

## Assessment / Plan

**. Migraine without aura -**

He has a long history of migraines, onset in his late teens or early 20s. Positive family history of migraines in his grandmother.

Recently his migraines had been improving. Before Topamax, he was having about 2 migraines per week, now he is having either one or 2 per week.

He has severe migraines 2 or 3 times year.

His migraines located the bridge of the nose, described as an intense pain with associated nausea, light sensitivity and sound symptoms. Typically he does not have an aura before the migraine.

With Imitrex, his migraines typically resolves within about 45–60 minutes.

Imitrex injections work better than the shots but the injections cause confusion.

He previously saw a neurologist at UK, was recommended he try gabapentin, he took it for 1 week it caused side effects and was discontinued.

He has been on propranolol and amitriptyline for migraine prophylaxis in the past but I think he had side effects with both.

His MRI scan of brain is normal

His MRI scan of brain is normal.

Topamax was helpful for his migraines but aimovig has been much better.

Recently he's been having a migraine every week or 2.

With Imitrex, they resolve within 30-60 minutes.

He needs a refill on aimovig.

I sent in a prescription today.

He's tried stopping the Topamax 25 mg but had a migraine, so he remains on it.

He uses Imitrex when necessary and typically the headache does resolve within 30-60 minutes.

He needs a refill on aimovig.

I refilled his aimovig.

I will see him back in 6 months.

G43.009: Migraine without aura, not intractable, without status migrainosus

- Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector - Inject 1 mL every month by subcutaneous route. Qty: 1 1 mL syringe(s) Refills: 11 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. Migraine with aura** -

He has infrequent migraine without aura.

G43.109: Migraine with aura, not intractable, without status migrainosus

**. Essential tremor** -

He has a very mild sustension tremor in the right hand, none on the left, no parkinsonian features.

I told him I think he has mild familial tremor.

The tremor is not bad enough to take any medication for at this time.

It has improved a little with Topamax.

His tremors remain fairly mild.

I told him that propranolol is probably the best medication for this.

G25.0: Essential tremor

**. Neck pain** -

He has chronic neck pain. He has mild to moderate degenerative changes of the cervical spine.

I think he hsd seen Dr. Brooks who did not recommend any surgery.

MRI of the cervical spine does show a bulging disc extending to the left at the C6-7 level. He does have rather diffuse numbness and tingling diffusely through the left arm.

His EMG of the left arm showed borderline findings for left C7 radiculopathy.

M54.2: Cervicalgia

**. Chronic low back pain** -

With underlying mild degenerative changes on the MRI lumbar spine 6/12/19

He does have 2 broad-based disc protrusions but no central canal stenosis or disc herniation.

Recently he's been having numbness in the Left foot for the last few months.

His MRI of the lumbar spine does show mild degenerative changes, maximum at L4-5 and L5-S1. His EMG showed a mild chronic left L5 radiculopathy.

M54.5: Low back pain

. **Poor balance** -

while he complains of poor balance, I think his balance is perfectly normal. His gait is normal. He can heel walk and toe walk without much difficulty. Tandem gait and Romberg sign essentially negative. No signs of neuropathy on exam.

I told him I suspect his poor balance is because he gets lightheaded from his low blood pressure.

R27.8: Other lack of coordination

. **Chronic anxiety** -

He has chronic anxiety, on Pristiq

F41.9: Anxiety disorder, unspecified

**)iscussion Notes**

He returns in follow-up today.

Overall, everything is fairly stable.

His migraines are improving with aimovig.

He needs a refill.

His lower back pain has essentially resolved.

He is still having a fair amount of neck pain.

I refilled his aimovig.

I will see him back in 6 months.

Return to Office

- to see JOHN P ZIEGLER, MD at FAMILY MEDICINE ANDOVER on or around 06/08/2021
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY SB on 10/07/2021 at 03:15 PM
- to see CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY SB on or around 10/08/2021
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/13/2030

Encounter Sign-Off

Encounter signed-off by CRAIG A KNOX, MD, 04/08/2021.
Encounter performed and documented by CRAIG A KNOX, MD
Encounter reviewed & signed by CRAIG A KNOX, MD on 04/08/2021 at 1:56pm

**Encounter Date: 03/16/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (52yo, M) ID# 21795182 | **Appt. Date/Time** | 03/16/2021 03:45PM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | JOHN P ZIEGLER, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 214021M1ER<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

3mo f/u
pt stated he wants to know if he needs blood work.he stated he wants to check his alc and rest of labs.

Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1376590968
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Primary Care Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Referring Provider:** STEPHEN C UMANSKY MD: 700 BOB-O-LINK DR, LEXINGTON, KY 40504, Ph (859) 258-4000, Fax (859) 258-8239 NPI: 1134142938

Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON, KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 03/16/2021 03:35 pm | **Wt:** 197 lbs Stated 03/16/2021 03:35 pm | **BMI:** 26.7 03/16/2021 03:35 pm |
| **T:** 97.6 F° temporal artery 03/16/2021 | **BP:** 120/75 sitting R arm 03/16/2021 03:36 pm | |

Allergies

Reviewed Allergies
NKDA

Medications

Reviewed Medications

**Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector** 06/04/20 entered
Inject by subcutaneous route.

**Aimovig Autoinjector 70 mg/mL subcutaneous auto-injector** 12/07/20 prescribed
Inject 1 mL every month by subcutaneous route as directed for 30 days.

**amitriptyline 25 mg tablet** 12/07/20 prescribed
Take 1 tablet(s) every day by oral route.

**atorvastatin 20 mg tablet** 03/16/21 prescribed
TAKE ONE TABLET BY MOUTH ONCE DAILY

**betamethasone dipropionate 0.05 % topical cream** 03/23/18 prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**clonazePAM 1 mg tablet** 03/16/21 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**clotrimazole-betamethasone 1 %-0.05 % topical cream** 04/27/20 prescribed
APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed

**Descovy 200 mg-25 mg tablet** 09/20/20 prescribed
Take 1 tablet(s) every day by oral route.

**diclofenac sodium 75 mg tablet,delayed release** 04/18/19 prescribed
Take 1 tablet(s) twice a day by oral route.

**Imitrex 100 mg tablet** 06/04/20 prescribed
As Directed

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** 06/04/20 prescribed
Inject 1 mL as needed by subcutaneous route.

**mupirocin 2 % topical ointment** 10/01/20 prescribed
APPLY A SMALL AMOUNT TO THE AFFECTED AREA BY TOPICAL ROUTE 3 TIMES PER DAY

**nystatin 100,000 unit/gram topical cream** 03/16/21 prescribed
APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed

**omeprazole 20 mg capsule,delayed release** 12/08/20 prescribed
Take 1 capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** 12/08/20 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (pulmonary hypertension) 20 mg tablet** 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** 01/09/20 prescribed
Apply 2 pump(s) every day by transdermal route for 30 days.

**tiZANidine 4 mg tablet** 03/15/21 renewed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** 06/04/20 prescribed
Take 2 tablet(s) every day by oral route.

**Viibryd 20 mg tablet** 12/08/20 prescribed
Take 1 tablet(s) every day by oral route.

Vaccines

Vaccines not reviewed (last reviewed 12/07/2020)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 09/11/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042010 | UJ442AA | Sanofi Pasteur | 06/30/21 | 08/15/19 | 09/11/20 | Tkeyah Smith |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine<br>- Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: jclines1 answered No to the Tobacco cessation counseling provided question on 04/05/2019.)
Alcohol intake: Occasional
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Caffeine intake: Occasional
Illicit drugs: None
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Reviewed Surgical History
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

lt shoulder and clavical scrape 12/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 11/23/2020)
Anxiety Disorder: **Y**
Depression: **Y**
Headaches: **Y - migraines with and without aura**
High Cholesterol: **Y**

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 1 (for the PHQ-2) | |

## HPI

Visit today is being conducted via telehealth using both audio/video. The patient confirms that he/she is physically located in Kentucky at the time of this visit. Patient has expressed an understanding of audio/video telehealth as a visit and has consented.

James in for med check. No side effects with Prep.Formally broke up with partner in December–some stressors but feels he is doing okay. Uses condoms.Typically takes 1 Klonopin in the morning–limited twice a day use. Feels balanced. Continues to feel Viibryd beneficial for motivation. No suicidal thoughts/ideations. No consistent alcohol use. Migraine frequency/intensity improve on Aimovig. Sleep generally pretty good. He's trying to walk more for exercise. Eats 2 meals a day–trying to lose weight. No myalgias

with statin. Has some inguinal fungal dermatitis–requests topical. Admits some sweating.

He denies chest pain, unexplained shortness of air, urinary/bowel changes, or edema. Continues to go to PT for his neck–helpful.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 52-year-old male.

Gen.: NAD–breathing easy. Weight down 10#-" trying"

Conjunctiva: Noninjected

Neck: I had him self palpate his neck–no nodes

Extremities: No pretibial edema

Mood: Seems balanced–good eye contact–appropriately

Visit 30 minutes with greater than 50% time spent counseling/coordination of care

Chart prep 5 min; time with pt;20 min; dictation/followup5 min

## Assessment / Plan

1. Hyperlipidemia

2. Mood disorder–stable

3.Prep

4. Migraine headaches

5. Tinea cruris

Plan: Continue current medications. Keep all specialist follow-up. Continue consistent healthy diet/regular exercise. We will call with fasting lab/recommendations. Reviewed pros/cons of BZD including possible long-term addiction potential.since maintains effectiveness, tolerating without side effects, he wants to continue. Kaspr report reviewed.clonazepam1 mg twice a day when necessary #60+2R. Nystatin topically the one area twice a day as needed–hygiene/keep dry reviewed.3 month med check–sooner as needed.

**. Hyperlipidemia**
E78.5: Hyperlipidemia, unspecified
- atorvastatin 20 mg tablet - TAKE ONE TABLET BY MOUTH ONCE DAILY Qty: 90 tablet(s) Refills: 1 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
- CMP
- LIPID PANEL

**. Mood disorder**
F39: Unspecified mood [affective] disorder
- clonazepam 1 mg tablet - TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED Qty: 60 tablet(s) Refills: 2 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. High risk sexual behavior**
Z72.51: High risk heterosexual behavior
- HIV I SCREEN

**. Tinea cruris**
B35.6: Tinea cruris
- nystatin 100,000 unit/gram topical cream - APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed Qty: 1 30 gm tube(s) Refills: 1 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. Hyperglycemia**
R73.9: Hyperglycemia, unspecified
- GLYCOHEMOGLOBIN A1C

## Return to Office

- LAB LCSB INSIDE for LAB ONLY at LAB SCHEDULES on 03/23/2021 at 10:15 AM
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY SB on 04/08/2021 at 01:00 PM
- to see JOHN P ZIEGLER, MD at FAMILY MEDICINE ANDOVER on or around 06/08/2021
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/13/2030

## Encounter Sign-Off

Encounter signed-off by JOHN P ZIEGLER, MD, 03/17/2021.
Encounter performed and documented by JOHN P ZIEGLER, MD
Encounter reviewed & signed by JOHN P ZIEGLER, MD on 03/17/2021 at 6:11am

**Encounter Date: 12/08/2020**

## ZOLL, JAMES D (id #21795182, dob:

### Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (51yo, M) ID# 21795182 | **Appt. Date/Time** | 12/08/2020 02:30PM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | JOHN P ZIEGLER, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TERP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

### Chief Complaint

None recorded.

### Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY 5TH FL, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316
**Primary Care Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Referring Provider:** STEPHEN C UMANSKY MD: 700 BOB-O-LINK DR, LEXINGTON, KY 40504, Ph (859) 258-4000, Fax (859) 258-8239 NPI: 1134142938

### Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON, KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 12/08/2020 02:26 pm | **Wt:** | 207 lbs 12/08/2020 02:27 pm | **BMI:** | 28.1 12/08/2020 02:27 pm |

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector**<br>Inject by subcutaneous route. | 06/04/20 | entered |
| **Aimovig Autoinjector 70 mg/mL subcutaneous auto-injector**<br>Inject 1 mL every month by subcutaneous route as directed for 30 days. | 12/07/20 | prescribed |
| **amitriptyline 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 12/07/20 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 12/08/20 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 09/11/20 | prescribed |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream**<br>APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed | 04/27/20 | prescribed |
| **Descovy 200 mg-25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 09/20/20 | prescribed |
| **diclofenac sodium 75 mg tablet,delayed release**<br>Take 1 tablet(s) twice a day by oral route. | 04/18/19 | prescribed |
| **Imitrex 100 mg tablet**<br>As Directed | 06/04/20 | prescribed |
| **Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector**<br>Inject 1 mL as needed by subcutaneous route. | 06/04/20 | prescribed |
| **mupirocin 2 % topical ointment** | 10/01/20 | prescribed |

## ZOLL, JAMES D (id #21795182, dob:

APPLY A SMALL AMOUNT TO THE AFFECTED AREA BY TOPICAL ROUTE 3 TIMES PER DAY

**omeprazole 20 mg capsule,delayed release** 12/08/20 prescribed
Take 1 capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** 12/08/20 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (pulmonary hypertension) 20 mg tablet** 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** 01/09/20 prescribed
Apply 2 pump(s) every day by transdermal route for 30 days.

**tiZANidine 4 mg tablet** 09/11/20 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** 06/04/20 prescribed
Take 2 tablet(s) every day by oral route.

**Viibryd 20 mg tablet** 12/08/20 prescribed
Take 1 tablet(s) every day by oral route.

### Vaccines

Vaccines not reviewed (last reviewed 12/07/2020)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 09/11/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042010 | UJ442AA | Sanofi Pasteur | 06/30/21 | 08/15/19 | 09/11/20 | Tkeyah Smith |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

### Problems

Problems not reviewed (last reviewed 12/07/2020)
- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

### Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine<br>- Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

### Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: jclines1 answered No to the Tobacco cessation counseling provided question on 04/05/2019.)
Alcohol intake: Occasional
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Caffeine intake: Occasional
Illicit drugs: None
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none

05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Reviewed Surgical History
- Other - Testicular surgery
- Hernia Repair - 2008
- Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
- Other - 08/01/2017 - Radial repair

lt shoulder and clavical scrape 12/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 11/23/2020)
Anxiety Disorder: **Y**
Depression: **Y**
Headaches: **Y - migraines with and without aura**
High Cholesterol: **Y**

## HPI

Visit today is being conducted via telehealth using both audio/video. The patient confirms that he/she is physically located in Kentucky at the time of this visit. Patient has expressed an understanding of audio/video telehealth as a visit and has consented.

JAmes in for med check/refill. Seeing psychiatrist–Dr. Lamb–feels mood doing pretty well with Viibryd 20 mg. Still some mild depression but manageable. Tolerating without side effects. Motivation is fair. Anxiety seems pretty well controlled. Less BZD use. No consistent alcohol. Sleep generally pretty good. Continues on Prep-non-relationship. Good with condoms. Nocturia 0. Migraines doing well on Aimovig-but having some breakthrough just before the next injection. 2 meals a day–weight stable. No breakthrough GERD. No myalgias with statin. Denies chest pain, unexplained shortness of air, bowel changes, or edema.walking some for exercise.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old male.

general: NAD–breathing easy–no cough

Nose: No discharge

Neck: I had him self palpate his neck–no nodes

Extremities: No pretibial edema

Mood: Seems improved. Good eye contact. Relaxed

Visit 20 minutes with greater than 50% time spent counseling/coordination of care

## Assessment / Plan

1. Hyperlipidemia

2. Mood disorder–stable

3. Migraine headaches

Plan: Continue current medications. Kasper report reviewed.reviewed pros/cons of BZD including possible long-term addiction potential. Since maintains effectiveness, tolerating without side effects, he wants to continue. Continue Viibryd20 mg daily. Keep all specialist follow-up. Consistent healthy diet–continue walking for exercise. 6 month med check–sooner as needed.

**. Hyperlipidemia**
E78.5: Hyperlipidemia, unspecified
- atorvastatin 20 mg tablet - TAKE ONE TABLET BY MOUTH ONCE DAILY Qty: 90 tablet(s) Refills: 1 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. Mood disorder**
F39: Unspecified mood [affective] disorder
- Viibryd 20 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 90 tablet(s) Refills: 1 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. Migraine**
G43.909: Migraine, unspecified, not intractable, without status migrainosus

**. Cough**
R05: Cough
- ProAir RespiClick 90 mcg/actuation breath activated - Inhale 2 puff(s) every 6-8 hours by inhalation route. Qty: 1 unit(s) Refills: 1 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. Anxiety disorder**
F41.9: Anxiety disorder, unspecified
- omeprazole 20 mg capsule,delayed release - Take 1 capsule(s) every day by oral route. Qty: 90 capsule(s) Refills: 1

Return to Office

- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 04/08/2021 at 01:00 PM
- to see JOHN P ZIEGLER, MD at FAMILY MEDICINE ANDOVER on or around 06/08/2021
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/13/2030

Encounter Sign-Off

Encounter signed-off by JOHN P ZIEGLER, MD, 12/09/2020.
Encounter performed and documented by JOHN P ZIEGLER, MD
Encounter reviewed & signed by JOHN P ZIEGLER, MD on 12/09/2020 at 5:53am

**Encounter Date: 12/07/2020**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (51yo, M) ID# 21795182 | **Appt. Date/Time** | 12/07/2020 03:30PM |
| **DOB** | | **Service Dept.** | NEUROLOGY CHI SJOP |
| **Provider** | CRAIG A KNOX, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TERP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

None recorded.

Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY 5TH FL, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316
**Primary Care Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Referring Provider:** STEPHEN C UMANSKY MD: 700 BOB-O-LINK DR, LEXINGTON, KY 40504, Ph (859) 258-4000, Fax (859) 258-8239 NPI: 1134142938

Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON, KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 12/07/2020)
NKDA

Medications

Reviewed Medications

| | | |
|---|---|---|
| **Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector**<br>Inject by subcutaneous route. | 06/04/20 | entered |
| **Aimovig Autoinjector 70 mg/mL subcutaneous auto-injector**<br>Inject 1 mL every month by subcutaneous route as directed for 30 days. | 12/07/20 | prescribed |
| **amitriptyline 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 12/07/20 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 09/11/20 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 09/11/20 | prescribed |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream**<br>APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed | 04/27/20 | prescribed |
| **Descovy 200 mg-25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 09/20/20 | prescribed |

## ZOLL, JAMES D (id #21795182, dob:

**diclofenac sodium 75 mg tablet,delayed release** 04/18/19 prescribed
Take 1 tablet(s) twice a day by oral route.

**Imitrex 100 mg tablet** 06/04/20 prescribed
As Directed

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** 06/04/20 prescribed
Inject 1 mL as needed by subcutaneous route.

**mupirocin 2 % topical ointment** 10/01/20 prescribed
APPLY A SMALL AMOUNT TO THE AFFECTED AREA BY TOPICAL ROUTE 3 TIMES PER DAY

**omeprazole 20 mg capsule,delayed release** 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (pulmonary hypertension) 20 mg tablet** 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** 01/09/20 prescribed
Apply 2 pump(s) every day by transdermal route for 30 days.

**tiZANidine 4 mg tablet** 09/11/20 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** 06/04/20 prescribed
Take 2 tablet(s) every day by oral route.

### Vaccines

Vaccines not reviewed (last reviewed 12/07/2020)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 09/11/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042010 | UJ442AA | Sanofi Pasteur | 06/30/21 | 08/15/19 | 09/11/20 | Tkeyah Smith |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

### Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

### Family History

Family History not reviewed (last reviewed 12/07/2020)

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine<br>- Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

### Social History

Social History not reviewed (last reviewed 12/07/2020)
Tobacco Smoking Status: Never smoker
Non-smoker

Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Surgical History not reviewed (last reviewed 12/07/2020)
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

lt shoulder and clavical scrape 12/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 11/23/2020)
Anxiety Disorder: **Y**
Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**
Neurological Problems: **Y - tremors**

## Physical Exam

Patient is a 51-year-old male.

## Procedure Documentation

**Electromyography (EMG) with Nerve Conduction Study (NCV):**
Electromyography (EMG) with Nerve Conduction Study (NCV) performed in the office. See scanned report for details.

Interpretation:

## Assessment / Plan

. **Lumbar radiculopathy**
M54.16: Radiculopathy, lumbar region

. **Skin sensation disturbance**
R20.9: Unspecified disturbances of skin sensation

## Return to Office

- JOHN P ZIEGLER, MD for RECHECK at FAMILY MEDICINE ANDOVER on 12/08/2020 at 02:30 PM
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 04/08/2021 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/13/2030

## Encounter Sign-Off

Encounter signed-off by Nicole Hall, 12/07/2020.
Encounter performed and documented by CRAIG A KNOX, MD
Encounter reviewed & signed by Nicole Hall on 12/07/2020 at 4:41pm

**Encounter Date: 12/07/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (51yo, M) ID# 21795182 | **Appt. Date/Time** | 12/07/2020 01:15PM |
| **DOB** | | **Service Dept.** | NEUROLOGY CHI SJOP |
| **Provider** | CRAIG A KNOX, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TERP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

migraines

## Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY 5TH FL, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316
**Primary Care Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Referring Provider:** STEPHEN C UMANSKY MD: 700 BOB-O-LINK DR, LEXINGTON, KY 40504, Ph (859) 258-4000, Fax (859) 258-8239 NPI: 1134142938

## Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON, KY 40513, Ph (859) 224-**

## Vitals

**Ht:** 6 ft Stated 12/07/2020 01:30 pm
**Wt:** 207 lbs With clothes 12/07/2020 01:33 pm
**BMI:** 28.1 12/07/2020 01:33 pm
**BP:** 122/80 sitting L arm 12/07/2020 01:34 pm
**Pulse:** 80 bpm regular 12/07/2020 01:35 pm

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector** — 06/04/20 entered
Inject by subcutaneous route.

**amitriptyline 25 mg tablet** — 12/07/20 prescribed
Take 1 tablet(s) every day by oral route.

**atorvastatin 20 mg tablet** — 09/11/20 prescribed
TAKE ONE TABLET BY MOUTH ONCE DAILY

**betamethasone dipropionate 0.05 % topical cream** — 03/23/18 prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**clonazePAM 1 mg tablet** — 09/11/20 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**clotrimazole-betamethasone 1 %-0.05 % topical cream** — 04/27/20 prescribed
APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed

**Descovy 200 mg-25 mg tablet** — 09/20/20 prescribed
Take 1 tablet(s) every day by oral route.

**diclofenac sodium 75 mg tablet,delayed release** — 04/18/19 prescribed
Take 1 tablet(s) twice a day by oral route.

**Imitrex 100 mg tablet** — 06/04/20 prescribed
As Directed

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** — 06/04/20 prescribed
Inject 1 mL as needed by subcutaneous route.

**mupirocin 2 % topical ointment** — 10/01/20 prescribed
APPLY A SMALL AMOUNT TO THE AFFECTED AREA BY TOPICAL ROUTE 3 TIMES PER DAY

**omeprazole 20 mg capsule,delayed release** — 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** — 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (pulmonary hypertension) 20 mg tablet** — 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** — 01/09/20 prescribed
Apply 2 pump(s) every day by transdermal route for 30 days.

**tiZANidine 4 mg tablet** — 09/11/20 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** — 06/04/20 prescribed
Take 2 tablet(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |

## ZOLL, JAMES D (id #21795182, dob:

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| influenza, injectable, quadrivalent, preservative free | 09/11/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042010 | UJ442AA | Sanofi Pasteur | 06/30/21 | 08/15/19 | 09/11/20 | Tkeyah Smith |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

### Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

### Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

### Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

### Surgical History

Reviewed Surgical History
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

lt shoulder and clavical scrape 12/2019

### Past Medical History

Past Medical History not reviewed (last reviewed 11/23/2020)
Anxiety Disorder: **Y**
Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**
Neurological Problems: **Y - tremors**

### HPI

Mr. Zoll returns in follow-up regarding his migraines, essential tremor and neck pain.

He came in by himself today.

I last saw him on 6/4/20, and on that visit his migraines are stable, one or 2 per week. With Imitrex they typically resolve within 1 hour. He was on Topamax 50 mg daily. He had essential tremor which had improved a little with Topamax. He did have chronic neck pain. Dr. Brooks has not recommended any surgery. His MRI scan did show a bulging disc extending to the left at C6-7 level. I offered a trial of diclofenac.

He was being seen at Dr. Swasey's pain clinic for his neck and lower back pain.

He returns in follow-up today.

He presents with a new complaint today, a feeling of numbness and tingling in the left foot.

This has been going on for several months, perhaps a year.

It is gradually getting worse.

He denies any numbness in the right foot.

He does have bulging disc in his lumbar spine.

His migraines are improving.

He is on aimovig.

In general his migraines have declined from 2 or 3 per week down to one per week.

He notices that his migraines get worse the last week before he gives himself and other aimovig injection.

He is also on Topamax 25 mg, 2 pills at night.

He would like to get off the Topamax.

That's fine with me.

He uses Imitrex when necessary migraine and the headache usually resolves within 30-60 minutes.

His migraines are typically located at the bridge of the nose.

Bright lights bother and he has visual disturbances with the migraine.

He typically takes Imitrex pills, 100 milligrams at onset of migraine and most the time the headache resolves within about one or 2 hours.

He rarely uses Imitrex shots but they tend to be helpful with a severe migraine.

He remains on Topamax 25 mg, 2 pills daily.

He is also on amitriptyline 25 mg 1 pill daily.

He has been on aimovig for the last 3 months.

He has really not noticed any change in his migraine pattern since he's been on aimovig.

He often has a migraine the day after an injection.

He is now going to the pain clinic run by Dr. Swazey.

He has chronic lower back pain and chronic neck pain.

He's been having a lot of pain in his left shoulder as well, he went underwent surgery for frozen shoulder in 12/19 "and it still frozen."

He is on his maximum tolerable doses of Topamax and amitriptyline.

He has some mild neck pain, especially on the left.

He is also taking amitriptyline 25 mg at night for migraine prophylaxis, prescribed by his psychiatrist.

His psychiatrist is Dr. Steven Lamb.

His blood pressure is low, so I don't think he is a candidate for beta blocker therapy.

Dr. Leung previously tried him on propranolol which apparently didn't help. He also tried him on amitriptyline which didn't help.

He previously tried gabapentin which did not help with his migraines.

With Topamax, his migraines have been improving. He had been having about 2 migraines per week, now having 1-2 per week. He thinks his migraines are milder.

When he has a migraine, he takes Imitrex and typically the headache goes away within about 45-60 minutes. He thinks that Imitrex makes him a little poorly coordinated.

His tremors are slightly better with Topamax.

He has tremors in both hands.

His brother and mother both had tremors.

Klonopin is helpful for them.

They tend to be worse with stress.

#1. Migraines.

His chief complaint is migraine headaches. He started having migraines in his late teens or early 20s. There is a positive family history of migraines in his grandmother. A few months ago, his migraines had been occurring about twice a week, but recently,, they have been just occurring about every week or 2. He has severe migraines 2 or 3 times a year. His migraines are located at the bridge of his nose, described as an intense pain, associated with nausea, light sensitivity, sound sensitivity. The smell of coffee bothers him. He typically does not have vomiting with migraines. He typically does not have an aura with his migraines, but sometimes he does.

He's never had a CAT scan or MRI scan of his head.

He typically takes Imitrex 100 mg at the onset of his migraines and typically they resolve within about one hour.

He occasionally has used Imitrex shots, given him at the doctor's office and Imitrex shots tend to work better than the Imitrex pills. Imitrex pills causes some mild confusion.

He has seen a neurologist at UK about his migraines initially started on gabapentin which caused side effects and he stopped it after about a week.

#2. Neck pain.

He has a long history of neck pain, present for years. He's never had a neck injury. His neck pain is typically midline, just sometimes extends to the left. Most the time his neck pain is moderate in degree. He typically uses tizanidine 4 mg at night which is somewhat helpful. He currently is getting physical therapy for the neck pain and it helps as well.

He had an MRI of the cervical spine In 8/18 which did show moderate degenerative disc disease, no central canal stenosis, no herniated discs.

He has no interest in cervical spine surgery for his neck pain.

I think he has seen Dr. William Brooks about his neck pain.

#3. Tremors.

I see his mother. She has familial tremor and Parkinson's disease, as well as schizoaffective disorder. When she tried Sinemet, she had "bad thoughts" and it was discontinued.

He has been having tremors for the last several years. He has tremors in both hands, right more than left. He is right-handed. Denies any resting tremors. The tremors mainly occur while eating and drinking. Denies having any tremors in his head or voice.

He says the tremors in general are not bad take any medication for.

#4. Poor balance.

He's been having trouble with balance for about 5 years. It is been gradually getting worse. He tends to have low blood pressure. He gets lightheaded when he stands up quickly. He doesn't think the lightheadedness causes poor balance.

He previously saw Dr. Leung for migraines in 7/16. He was having 2 or 3 migraines a week, using Zomig inhaler and Imitrex pills. He had a holocranial headaches often with a visual aura with a right visual field defect. He was tried on propranolol and amitriptyline but apparently they did not work.

Laboratory studies:

His MRI scan of brain 4/26/19 was normal. He did have a lot of abnormalities in the sinuses.

His MRI of the cervical spine on 6/12/19 showed a disc protrusion at C6-7 extending to the left. There were multiple broad-based disc protrusions and mild to moderate arthritic changes. No herniated discs. No central canal stenosis. The findings were similar to his prior MRI from 8/18.

MRI of the lumbar spine on 6/12/19 showed protruding disks at L4-5 and L5-S1, no disc herniations, no central canal stenosis, mild arthritic changes.

MRI of the cervical spine in 10/15 showed a broad-based disc protrusion at C5-6 and at C67, with a small herniated disc at T2-3. No significant spinal canal stenosis noted.

MRI of the cervical spine in 8/18 showed mild degenerative changes of the cervical spine, no central canal stenosis at any level, there was a broad-based disc protrusion at T2-3, findings were maximal at C3-4 and C5-6 with bulging disks and arthritic changes.

## Physical Exam

Patient is a 51-year-old male.

## Assessment / Plan

**. Migraine without aura -**

He has a long history of migraines, onset in his late teens or early 20s. Positive family history of migraines in his grandmother.

Recently his migraines had been improving. Before Topamax, he was having about 2 migraines per week, now he is having either one or 2 per week.

He has severe migraines 2 or 3 times year.

His migraines located the bridge of the nose, described as an intense pain with associated nausea, light sensitivity and sound symptoms. Typically he does not have an aura before the migraine.

With Imitrex, his migraines typically resolves within about 45–60 minutes.

Imitrex injections work better than the shots but the injections cause confusion.

He previously saw a neurologist at UK, was recommended he try gabapentin, he took it for 1 week it caused side effects and was discontinued.

He has been on propranolol and amitriptyline for migraine prophylaxis in the past but I think he had side effects with both.

His MRI scan of brain is normal.

He has been on aimovig which has been helpful for the migraines, declined from 2 or 3 per week down to about one per week.

He also remains on Topamax 25 mg, 2 pills at night.

He is going to try to taper off the Topamax.

He uses Imitrex when necessary and typically the headache does resolve within 30-60 minutes.

He needs a refill on aimovig.

He is on Topamax 50 mg daily.

The 75 mg dose causes excessive sleepiness.

He is not interested in trying any other triptan's.

His migraines have improved with Topamax, less frequent and milder.

His tremors have improved with Topamax.

He uses Imitrex and typically his headache goes away within about 45-60 minutes.

I refilled his amitriptyline and aimovig.

He is going to try to taper off the Topamax.

G43.009: Migraine without aura, not intractable, without status migrainosus

- amitriptyline 25 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 90 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. Migraine with aura -**

He has infrequent migraine without aura.

G43.109: Migraine with aura, not intractable, without status migrainosus

**. Essential tremor** -

He has a very mild sustension tremor in the right hand, none on the left, no parkinsonian features.

I told him I think he has mild familial tremor.

The tremor is not bad enough to take any medication for at this time.

It has improved a little with Topamax.

His tremors remain fairly mild.

I told him that propranolol is probably the best medication for this.

G25.0: Essential tremor

**. Neck pain** -

He has chronic neck pain. He has mild to moderate degenerative changes of the cervical spine.

I think he hsd seen Dr. Brooks who did not recommend any surgery.

MRI of the cervical spine does show a bulging disc extending to the left at the C6-7 level. He does have rather diffuse numbness and tingling diffusely through the left arm.

His EMG of the left arm showed borderline findings for left C7 radiculopathy.

M54.2:
Cervicalgia

**. Chronic low back pain** -

With underlying mild degenerative changes on the MRI lumbar spine 6/12/19

He does have 2 broad-based disc protrusions but no central canal stenosis or disc herniation.

Recently he's been having numbness in the Left foot for the last few months.

I'm suspicious of lumbar radiculopathy.

I will arrange EMG/NCV of the left leg.

M54.5: Low back pain

- NERVE CONDUCTION STUDY/EMG, LOWER EXTREMITY (PROC)
  Rule Out: Lumbar radiculopathy causing numbness in the left leg and foot

**. Poor balance** -

while he complains of poor balance, I think his balance is perfectly normal. His gait is normal. He can heel walk and toe walk without much difficulty. Tandem gait and Romberg sign essentially negative. No signs of neuropathy on exam.

I told him I suspect his poor balance is because he gets lightheaded from his low blood pressure.

R27.8: Other lack of coordination

**. Chronic anxiety** -

He has chronic anxiety, on Pristiq

F41.9: Anxiety disorder, unspecified

**Discussion Notes**

He returns in follow-up today.

He is on aimovig.

Aimovig has been helpful with his migraines and a frequent has declined from 2 or 3 per week down to one per week.

He is going to try to taper off Topamax 50 mg daily.

I refilled his amitriptyline and aimovig.

He has a new complaint of numbness and tingling in the left leg.

His prior MRI scan did show degenerative disc disease the lumbar spine.

I suspect he has a left L5 radiculopathy.

He also complains of poor balance.

I told him I checked his balance on his last visit and was perfect.

I will see him back in 4 months.

Today, we discussed his migraines, neck pain, lower back pain, prior EMG/NCV of the left arm and his new complaint of numbness in the left leg.

I spent about 25 minutes today with him discussing multiple issues.

I will arrange for EMG/NCV in the left leg.

I refilled his amitriptyline and aimovig.

## Return to Office

- JOHN P ZIEGLER, MD for RECHECK at FAMILY MEDICINE ANDOVER on 12/08/2020 at 02:30 PM
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 04/08/2021 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/13/2030

## Encounter Sign-Off

Encounter signed-off by CRAIG A KNOX, MD, 12/07/2020.
Encounter performed and documented by CRAIG A KNOX, MD
Encounter reviewed & signed by CRAIG A KNOX, MD on 12/07/2020 at 2:33pm

**Encounter Date: 11/23/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (51yo, M) ID# 21795182 | **Appt. Date/Time** | 11/23/2020 03:00PM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | STEPHEN C UMANSKY, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TERP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY 5TH FL, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316
**Primary Care Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Referring Provider:** STEPHEN C UMANSKY MD: 700 BOB-O-LINK DR, LEXINGTON, KY 40504, Ph (859) 258-4000, Fax (859) 258-8239 NPI: 1134142938

## Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON, KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

## Vitals

11/23/2020 03:04 pm

| | | |
|---|---|---|
| **Ht:** 6 ft | **Wt:** 209 lbs | **BMI:** 28.3 |
| **Pain Scale:** 2 | | |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector** 06/04/20 entered
Inject by subcutaneous route.

**amitriptyline 25 mg tablet** 06/04/20 prescribed

**ZOLL, JAMES D (id #21795182, dob:**

Take 1 tablet(s) every day by oral route.

**atorvastatin 20 mg tablet** — 09/11/20 prescribed
TAKE ONE TABLET BY MOUTH ONCE DAILY

**betamethasone dipropionate 0.05 % topical cream** — 03/23/18 prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**clonazePAM 1 mg tablet** — 09/11/20 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**clotrimazole-betamethasone 1 %-0.05 % topical cream** — 04/27/20 prescribed
APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed

**Descovy 200 mg-25 mg tablet** — 09/20/20 prescribed
Take 1 tablet(s) every day by oral route.

**diclofenac sodium 75 mg tablet,delayed release** — 04/18/19 prescribed
Take 1 tablet(s) twice a day by oral route.

**Imitrex 100 mg tablet** — 06/04/20 prescribed
As Directed

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** — 06/04/20 prescribed
Inject 1 mL as needed by subcutaneous route.

**mupirocin 2 % topical ointment** — 10/01/20 prescribed
APPLY A SMALL AMOUNT TO THE AFFECTED AREA BY TOPICAL ROUTE 3 TIMES PER DAY

**omeprazole 20 mg capsule,delayed release** — 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** — 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (pulmonary hypertension) 20 mg tablet** — 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** — 01/09/20 prescribed
Apply 2 pump(s) every day by transdermal route for 30 days.

**tiZANidine 4 mg tablet** — 09/11/20 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** — 06/04/20 prescribed
Take 2 tablet(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 09/11/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042010 | UJ442AA | Sanofi Pasteur | 06/30/21 | 08/15/19 | 09/11/20 | Tkeyah Smith |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active

- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine<br>- Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
**Orthopedic Surgery**
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
Tobacco cessation counseling provided date: (Notes: jclines1 answered No to the Tobacco cessation counseling provided question on 04/05/2019.)
Hand Dominance: Right
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Are you currently employed?: Y
Alcohol intake: Occasional
Caffeine intake: Occasional
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Reviewed Surgical History
Other - Testicular surgery
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

lt shoulder and clavical scrape 12/2019

## Past Medical History

Reviewed Past Medical History
Included as Review of Systems: Y
Anxiety/Depression: Y
High Cholesterol: **Y**
Migraines: **Y**
Neurological Problems: **Y - tremors**

## HPI

Primary Care Physician: John Ziegler

Hand dominance: Right
Location: Left Hand

Pain level: 2 /10
Date of injury:
Duration: ____ ____

Recent Surgery: No
Procedure:
Date of surgery:
Duration: ____ ____

In office procedure? No

Previous upper extremity surgery? Yes
Procedure:ORIF left distal radius fracture
Approximate date of surgery:07-26-2018
Surgeon (if known):Umansky

Currently employed?: Disabled
Employer:
Occupation:

Are they currently working? No

Is this injury associated with a Workers Compensation claim? No

Patient arrived in: ____

Grip Strength: right: left:

Patient arrives for EMG results. He states he is still having cramping/pain in the left hand, worse with use. He has been trying to restrict some activity and tasks to prevent pain. He has mild n/t but not much.

ROS

Patient reports no fever and no night sweats. He reports no chest pain, no palpitations, and no known heart murmur. He reports no excessive bleeding. He reports not currently pregnant and not currently nursing. He reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing. He reports no history of Accutane (isotretinoin) use in the last 6 months. He reports not currently smoking. He reports no abdominal pain, no vomiting, normal appetite, no diarrhea, not vomiting blood, no dyspepsia, and no GERD.

## Physical Exam

Patient is a 51-year-old male.

General: No acute distress
Mental Status: Appropriate
HEENT: NCAT
Pulmonary: Chest excursion symmetric with unlabored breathing
Cardiovascular: Brisk capillary refill
GI: No asymmetric abdominal distension
Skin: No visible lesions or rashes upon examined upper extremity(s) except as noted in musculoskeletal exam
Lymphatic: No lymphadenopathy within examined upper extremity(s)
Musculoskeletal: Compression test ulnar nerve at the wrist confirms numbness tingling ring and small finger

EMG: C7 radiculopathy, chronic. He knows about this.

Ulnar nerve compression at the wrist and elbow

## Assessment / Plan

. **Focal dystonia** -

Left hand chief complaint is an intrinsic/hypothenar spasm Which affects her use of his hand. He is also noticing some tingling in the ring and small finger.

G24.8: Other dystonia

. **Cubital tunnel syndrome** - Left -

Ulnar nerve compression left upper extremity possibly at the wrist or the elbow,

Recommend subcutaneous ulnar nerve transposition with ulnar nerve release at the wrist if his symptoms bother him enough. They do not right now so he will try therapy if he needs it but for now he is just going to live with it. He knows not to let it become constant.

G56.22: Lesion of ulnar nerve, left upper limb

- Cubital Tunnel Syndrome-LC - Handout: Cubital Tunnel Syndrome-LC

## Return to Office

- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 12/07/2020 at 01:15 PM
- JOHN P ZIEGLER, MD for RECHECK at FAMILY MEDICINE ANDOVER on 12/10/2020 at 11:15 AM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/13/2030

## Encounter Sign-Off

Encounter signed-off by STEPHEN C UMANSKY, MD, 11/23/2020.
Encounter performed and documented by STEPHEN C UMANSKY, MD
Encounter reviewed & signed by STEPHEN C UMANSKY, MD on 11/23/2020 at 3:33pm

**Encounter Date: 11/23/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (51yo, M) ID# 21795182 | **Appt. Date/Time** | 11/23/2020 01:30PM |
| **DOB** | | **Service Dept.** | NEUROLOGY CHI SJOP |
| **Provider** | CRAIG A KNOX, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TERP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY 5TH FL, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316
**Primary Care Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248

## ZOLL, JAMES D (id #21795182, dob:

**Referring Provider:** STEPHEN C UMANSKY MD: 700 BOB-O-LINK DR, LEXINGTON, KY 40504, Ph (859) 258-4000, Fax (859) 258-8239 NPI: 1134142938

### Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON, KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

### Vitals

None recorded.

### Allergies

Allergies not reviewed (last reviewed 10/14/2020)
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector**<br>Inject by subcutaneous route. | 06/04/20 | entered |
| **amitriptyline 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/04/20 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 09/11/20 | prescribed |
| **Bactrim DS 800 mg-160 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 7 days. | 10/01/20 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| **CeleBREX 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 01/09/20 | entered |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 09/11/20 | prescribed |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream**<br>APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed | 04/27/20 | prescribed |
| **Descovy 200 mg-25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 09/20/20 | prescribed |
| **diclofenac sodium 75 mg tablet,delayed release**<br>Take 1 tablet(s) twice a day by oral route. | 04/18/19 | prescribed |
| **Golytely 236 gram-22.74 gram-6.74 gram-5.86 gram oral solution**<br>as directed | 10/01/20 | prescribed |
| **Imitrex 100 mg tablet**<br>As Directed | 06/04/20 | prescribed |
| **Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector**<br>Inject 1 mL as needed by subcutaneous route. | 06/04/20 | prescribed |
| **mupirocin 2 % topical ointment**<br>APPLY A SMALL AMOUNT TO THE AFFECTED AREA BY TOPICAL ROUTE 3 TIMES PER DAY | 10/01/20 | prescribed |
| **omeprazole 20 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 04/08/19 | prescribed |
| **ProAir RespiClick 90 mcg/actuation breath activated**<br>Inhale 2 puff(s) every 6-8 hours by inhalation route. | 06/09/17 | prescribed |
| **sildenafil (pulmonary hypertension) 20 mg tablet**<br>Take 1-3 tablets daily as needed for erectile dysfunction | 06/04/19 | prescribed |
| **testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump**<br>Apply 2 pump(s) every day by transdermal route for 30 days. | 01/09/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 09/11/20 | prescribed |

## ZOLL, JAMES D (id #21795182, dob:

**Topamax 25 mg tablet** 06/04/20 prescribed
Take 2 tablet(s) every day by oral route.

**Zoloft 100 mg tablet** 01/20/20 entered
Take by oral route.

### Vaccines

Vaccines not reviewed (last reviewed 10/14/2020)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 09/11/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042010 | UJ442AA | Sanofi Pasteur | 06/30/21 | 08/15/19 | 09/11/20 | Tkeyah Smith |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

### Problems

Reviewed Problems
- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

### Family History

Family History not reviewed (last reviewed 10/14/2020)

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine<br>- Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

### Social History

Social History not reviewed (last reviewed 10/14/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

### Surgical History

Surgical History not reviewed (last reviewed 10/14/2020)
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

lt shoulder and clavical scrape 12/2019

### Past Medical History

Past Medical History not reviewed (last reviewed 10/14/2020)
Anxiety Disorder: **Y**
Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**
Neurological Problems: **Y - tremors**

### Physical Exam

Patient is a 51-year-old male.

### Procedure Documentation

**Electromyography (EMG) with Nerve Conduction Study (NCV):**

Electromyography (EMG) with Nerve Conduction Study (NCV) performed in the office. See scanned report for details.

Interpretation:

## Assessment / Plan

. **Ulnar neuropathy of left arm**
G56.22: Lesion of ulnar nerve, left upper limb

. **Cervical radiculopathy**
M54.12: Radiculopathy, cervical region

## Return to Office

- STEPHEN C UMANSKY, MD for RECHECK at ORTHOPEDICS PICADOME on 11/23/2020 at 03:00 PM
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 12/07/2020 at 01:15 PM
- JOHN P ZIEGLER, MD for RECHECK at FAMILY MEDICINE ANDOVER on 12/10/2020 at 11:15 AM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/13/2030

## Encounter Sign-Off

Encounter signed-off by Nicole Hall, 11/23/2020.
Encounter performed and documented by CRAIG A KNOX, MD
Encounter reviewed & signed by Nicole Hall on 11/23/2020 at 2:31pm

**Encounter Date: 10/14/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (51yo, M) ID# 21795182 | **Appt. Date/Time** | 10/14/2020 09:00AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | STEPHEN C UMANSKY, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TERP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY 5TH FL, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316
**Primary Care Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248

## Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON, KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

## Vitals

10/14/2020 09:05 am

**Ht:** 6 ft **Wt:** 209 lbs **BMI:** 28.3

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector**<br>Inject by subcutaneous route. | 06/04/20 | entered |
| **amitriptyline 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/04/20 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 09/11/20 | prescribed |
| **Bactrim DS 800 mg-160 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 7 days. | 10/01/20 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream** | 03/23/18 | prescribed |

**betamethasone dipropionate 0.05 % topical cream** [illegible] prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**CeleBREX 50 mg capsule** 01/09/20 entered
Take 1 capsule(s) twice a day by oral route.

**clonazePAM 1 mg tablet** 09/11/20 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**clotrimazole-betamethasone 1 %-0.05 % topical cream** 04/27/20 prescribed
APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed

**Descovy 200 mg-25 mg tablet** 09/20/20 prescribed
Take 1 tablet(s) every day by oral route.

**diclofenac sodium 75 mg tablet,delayed release** 04/18/19 prescribed
Take 1 tablet(s) twice a day by oral route.

**Golytely 236 gram-22.74 gram-6.74 gram-5.86 gram oral solution** 10/01/20 prescribed
as directed

**Imitrex 100 mg tablet** 06/04/20 prescribed
As Directed

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** 06/04/20 prescribed
Inject 1 mL as needed by subcutaneous route.

**mupirocin 2 % topical ointment** 10/01/20 prescribed
APPLY A SMALL AMOUNT TO THE AFFECTED AREA BY TOPICAL ROUTE 3 TIMES PER DAY

**omeprazole 20 mg capsule,delayed release** 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (pulmonary hypertension) 20 mg tablet** 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** 01/09/20 prescribed
Apply 2 pump(s) every day by transdermal route for 30 days.

**tiZANidine 4 mg tablet** 09/11/20 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** 06/04/20 prescribed
Take 2 tablet(s) every day by oral route.

**Zoloft 100 mg tablet** 01/20/20 entered
Take by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 09/11/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042010 | UJ442AA | Sanofi Pasteur | 06/30/21 | 08/15/19 | 09/11/20 | Tkeyah Smith |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

## ZOLL, JAMES D (id #21795182, dob:

- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

### Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

### Social History

Reviewed Social History
**Orthopedic Surgery**
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
Tobacco cessation counseling provided date: (Notes: jclines1 answered No to the Tobacco cessation counseling provided question on 04/05/2019.)
Hand Dominance: Right
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Are you currently employed?: Y
Alcohol intake: Occasional
Caffeine intake: Occasional
05/23/2016: Depression Screening*-Date:05/23/2016

### Surgical History

Reviewed Surgical History
Other - Testicular surgery
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

lt shoulder and clavical scrape 12/2019

### Past Medical History

Reviewed Past Medical History
Included as Review of Systems: **Y**
Anxiety/Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**
Neurological Problems: **Y** - **tremors**

### HPI

Primary Care Physician: John Ziegler

Hand dominance: Right
Location: Left ____

Pain level: 8 /10 when in cramping
Date of injury:
Duration: ____ ____

Recent Surgery: ____
Procedure:
Date of surgery:
Duration: ____ ____

In office procedure? No

Previous upper extremity surgery? Yes
Procedure:ORIF left distal radius fracture
Approximate date of surgery:07-26-2018
Surgeon (if known):Umansky

Currently employed?: Disabled
Employer:
Occupation:

Are they currently working? ____

Is this injury associated with a Workers Compensation claim? ____

Patient arrived in: ____

Grip Strength: right: left:

## ZOLL, JAMES D (id #21795182, dob:

Patient is attending therapy at KORT once a wk

new complaint left hand is cramping up

when he holds stuff, phone/cup feels heavy, he notes he has involuntary spasms that happen a few times a week

### ROS

Patient reports no fever and no night sweats. He reports no chest pain, no palpitations, and no known heart murmur. He reports no excessive bleeding. He reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing. He reports no history of Accutane (isotretinoin) use in the last 6 months. He reports not currently smoking. He reports no abdominal pain, no vomiting, normal appetite, no diarrhea, not vomiting blood, no dyspepsia, and no GERD.

### Physical Exam

Patient is a 51-year-old male.

General: No acute distress
Mental Status: Appropriate
HEENT: NCAT
Pulmonary: Chest excursion symmetric with unlabored breathing
Cardiovascular: Brisk capillary refill
GI: No asymmetric abdominal distension
Skin: No visible lesions or rashes upon examined upper extremity(s) except as noted in musculoskeletal exam
Lymphatic: No lymphadenopathy within examined upper extremity(s)
Musculoskeletal: Full range of motion left hand tingling sensation ring and small finger pressure on the ulnar nerve at the wrist reproduces tingling in the fingers positive Tinel's left elbow positive ulnar nerve subluxation, with soreness over the ulnar nerve.

### Assessment / Plan

. **Focal dystonia** -

Left hand chief complaint is an intrinsic/hypothenar spasm Which affects her use of his hand. He is also noticing some tingling in the ring and small finger.

G24.8: Other dystonia

. **Cubital tunnel syndrome** - Left -

Ulnar nerve compression left upper extremity possibly at the wrist or the elbow, recommended EMG/NCV and follow-up with the test to determine if this is part of the problem.

If he has treatable ulnar neuropathy then it may be some type of a trigger for his dystonia.

G56.22: Lesion of ulnar nerve, left upper limb

- Cubital Tunnel Syndrome-LC - Handout: Cubital Tunnel Syndrome-LC

### Return to Office

- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 12/07/2020 at 01:15 PM
- JOHN P ZIEGLER, MD for RECHECK at FAMILY MEDICINE ANDOVER on 12/10/2020 at 11:15 AM

### Encounter Sign-Off

Encounter signed-off by STEPHEN C UMANSKY, MD, 10/14/2020.
Encounter performed and documented by STEPHEN C UMANSKY, MD
Encounter reviewed & signed by STEPHEN C UMANSKY, MD on 10/14/2020 at 9:45am

**Encounter Date: 10/13/2020**

### Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (51yo, M) ID# 21795182 | **Appt. Date/Time** | 10/13/2020 10:30AM |
| **DOB** | | **Service Dept.** | SURGERY SCHEDULE |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TERP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

### Chief Complaint

None recorded.

### Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY 5TH FL, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316
**Primary Care Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248

### Patient's Pharmacies

## ZOLL, JAMES D (id #21795182, dob:

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON, KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

### Vitals

None recorded.

### Allergies

Allergies not reviewed (last reviewed 10/01/2020)
NKDA

### Medications

Medications not reviewed (last reviewed 10/01/2020)

| | | |
|---|---|---|
| **Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector**<br>Inject by subcutaneous route. | 06/04/20 | entered |
| **amitriptyline 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/04/20 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 09/11/20 | prescribed |
| **Bactrim DS 800 mg-160 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 7 days. | 10/01/20 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| **CeleBREX 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 01/09/20 | entered |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 09/11/20 | prescribed |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream**<br>APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed | 04/27/20 | prescribed |
| **Descovy 200 mg-25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 09/20/20 | prescribed |
| **diclofenac sodium 75 mg tablet,delayed release**<br>Take 1 tablet(s) twice a day by oral route. | 04/18/19 | prescribed |
| **Golytely 236 gram-22.74 gram-6.74 gram-5.86 gram oral solution**<br>as directed | 10/01/20 | prescribed |
| **Imitrex 100 mg tablet**<br>As Directed | 06/04/20 | prescribed |
| **Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector**<br>Inject 1 mL as needed by subcutaneous route. | 06/04/20 | prescribed |
| **mupirocin 2 % topical ointment**<br>APPLY A SMALL AMOUNT TO THE AFFECTED AREA BY TOPICAL ROUTE 3 TIMES PER DAY | 10/01/20 | prescribed |
| **omeprazole 20 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 04/08/19 | prescribed |
| **ProAir RespiClick 90 mcg/actuation breath activated**<br>Inhale 2 puff(s) every 6-8 hours by inhalation route. | 06/09/17 | prescribed |
| **sildenafil (pulmonary hypertension) 20 mg tablet**<br>Take 1-3 tablets daily as needed for erectile dysfunction | 06/04/19 | prescribed |
| **testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump**<br>Apply 2 pump(s) every day by transdermal route for 30 days. | 01/09/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 09/11/20 | prescribed |
| **Topamax 25 mg tablet**<br>Take 2 tablet(s) every day by oral route. | 06/04/20 | prescribed |

## ZOLL, JAMES D (id #21795182, dob:

**Zoloft 100 mg tablet** 01/20/20 entered
Take by oral route.

### Vaccines

Vaccines not reviewed (last reviewed 06/04/2020)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 09/11/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042010 | UJ442AA | Sanofi Pasteur | 06/30/21 | 08/15/19 | 09/11/20 | Tkeyah Smith |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

### Problems

Reviewed Problems
- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

### Family History

Family History not reviewed (last reviewed 10/01/2020)

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine<br>- Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

### Social History

Social History not reviewed (last reviewed 10/01/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

### Surgical History

Surgical History not reviewed (last reviewed 10/01/2020)
Other - Testicular surgery
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

lt shoulder and clavical scrape 12/2019

### Past Medical History

Past Medical History not reviewed (last reviewed 06/04/2020)
Anxiety Disorder: **Y**
Depression: **Y**
Headaches: **Y - migraines with and without aura**
High Cholesterol: **Y**

### Physical Exam

Patient is a 51-year-old male.

### Assessment / Plan

None recorded.
Return to Office
- STEPHEN C UMANSKY, MD for RECHECK at ORTHOPEDICS PICADOME on 11/23/2020 at 03:00 PM
- NEUROLOGY_TECH for DR KNOX EMG at NEUROLOGY CHI SJOP on 11/23/2020 at 01:30 PM
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 12/07/2020 at 01:15 PM
- JOHN P ZIEGLER, MD for RECHECK at FAMILY MEDICINE ANDOVER on 12/10/2020 at 11:15 AM

## Encounter Sign-Off

Encounter signed-off by Melissa Blackwell, 10/16/2020.
Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by Melissa Blackwell on 10/16/2020 at 12:13pm

**Encounter Date: 10/01/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (51yo, M) ID# 21795182 | **Appt. Date/Time** | 10/01/2020 11:30AM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | JOHN P ZIEGLER, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TERP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

pt stated he has a rash on the back of his neck .he stated he noticed about a week ago. he stated that he noticed over time where it has got worse. he stated his been doing supportive .he stated he been use some fungal cream .

## Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY 5TH FL, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316
**Primary Care Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248

## Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON, KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 10/01/2020 11:40 am | **Wt:** | 209 lbs With clothes 10/01/2020 11:41 am | **BMI:** | 28.3 10/01/2020 11:41 am |
| **T:** | 98.1 F° temporal artery 10/01/2020 11:41 am | **BP:** | 124/78 sitting R arm 10/01/2020 11:42 am | **Pulse:** | 72 bpm regular 10/01/2020 11:41 am |
| **RR:** | 16 10/01/2020 11:41 am | **O2Sat:** | 98% Room Air at Rest 10/01/2020 11:41 am | | |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector**<br>Inject by subcutaneous route. | 06/04/20 | entered |
| **amitriptyline 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/04/20 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 09/11/20 | prescribed |
| **Bactrim DS 800 mg-160 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 7 days. | 10/01/20 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| **CeleBREX 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 01/09/20 | entered |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 09/11/20 | prescribed |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream**<br>APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed | 04/27/20 | prescribed |

## ZOLL, JAMES D (id #21795182, dob:

**Descovy 200 mg-25 mg tablet** — 09/20/20 prescribed
Take 1 tablet(s) every day by oral route.

**diclofenac sodium 75 mg tablet,delayed release** — 04/18/19 prescribed
Take 1 tablet(s) twice a day by oral route.

**Golytely 236 gram-22.74 gram-6.74 gram-5.86 gram oral solution** — 10/01/20 prescribed
as directed

**Imitrex 100 mg tablet** — 06/04/20 prescribed
As Directed

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** — 06/04/20 prescribed
Inject 1 mL as needed by subcutaneous route.

**mupirocin 2 % topical ointment** — 10/01/20 prescribed
APPLY A SMALL AMOUNT TO THE AFFECTED AREA BY TOPICAL ROUTE 3 TIMES PER DAY

**omeprazole 20 mg capsule,delayed release** — 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** — 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (pulmonary hypertension) 20 mg tablet** — 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** — 01/09/20 prescribed
Apply 2 pump(s) every day by transdermal route for 30 days.

**tiZANidine 4 mg tablet** — 09/11/20 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** — 06/04/20 prescribed
Take 2 tablet(s) every day by oral route.

**Zoloft 100 mg tablet** — 01/20/20 entered
Take by oral route.

### Vaccines

Vaccines not reviewed (last reviewed 06/04/2020)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 09/11/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042010 | UJ442AA | Sanofi Pasteur | 06/30/21 | 08/15/19 | 09/11/20 | Tkeyah Smith |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

### Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

### Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder |

| | |
|---|---|
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: jclines1 answered No to the Tobacco cessation counseling provided question on 04/05/2019.)
Alcohol intake: Occasional
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Caffeine intake: Occasional
Illicit drugs: None
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Reviewed Surgical History
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

lt shoulder and clavical scrape 12/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/04/2020)
Anxiety Disorder: **Y**
Depression: **Y**
Headaches: **Y - migraines with and without aura**
High Cholesterol: **Y**

## HPI

patient in with three-week history of rash back of scalp. At times mild itchiness. Using some leftover Lotrisone cream–helps with the minimal itching but lesions persist. Denies any increased sweating in the area. Mask straps are near this-?trigger. Denies lesions elsewhere. No systemic fever/chills. Gives no history of MRSA. No hot tub exposure.tolerating Prep without side effects

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old male.

Gen.: NAD–breathing easy–no cough

Neck: Supple without adenopathy.

Lungs: CTA

Heart: RRR

Skin: Posterior scalp/occiput–several lesions consistent with folliculitis. A few pustular. No frank drainage. No carbuncle yet.

## Assessment / Plan

Folliculitis–posterior scalp

Plan: Bactrim DS twice a day #14. Bactroban topically 3 times a day as needed. Call if symptoms persist/worsen.

**. Folliculitis**
L73.9: Follicular disorder, unspecified
- Bactrim DS 800 mg-160 mg tablet - Take 1 tablet(s) twice a day by oral route for 7 days. Qty: 14 tablet(s) Refills: 0 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
- mupirocin 2 % topical ointment - APPLY A SMALL AMOUNT TO THE AFFECTED AREA BY TOPICAL ROUTE 3 TIMES PER DAY Qty: 1 15 gm tube(s) Refills: 0 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

## Return to Office

- COVID19_SIMPSON for COVID - PRESURG at COVID-19 TENT SIMPSON on 10/09/2020 at 10:50 AM
- AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on 10/13/2020 at 10:30 AM
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 12/07/2020 at 01:15 PM
- JOHN P ZIEGLER, MD for RECHECK at FAMILY MEDICINE ANDOVER on 12/10/2020 at 11:15 AM

## Encounter Sign-Off

Encounter signed-off by JOHN P ZIEGLER, MD, 10/02/2020.
Encounter performed and documented by JOHN P ZIEGLER, MD

Encounter reviewed & signed by JOHN P ZIEGLER, MD on 10/02/2020 at 5:47am

**Encounter Date: 09/11/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (51yo, M) ID# 21795182 | **Appt. Date/Time** | 09/11/2020 11:15AM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | JOHN P ZIEGLER, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TERP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

6mo f/u
not fasting
flu shot

## Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY FL 5, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316
**Primary Care Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248

## Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON, KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 09/11/2020 11:02 am | **Wt:** | 204 lbs With clothes 09/11/2020 11:04 am | **BMI:** | 27.7 09/11/2020 11:04 am |
| **T:** | 97.8 F° temporal artery 09/11/2020 11:04 am | **BP:** | 122/76 sitting R arm 09/11/2020 11:05 am | **Pulse:** | 97 bpm regular 09/11/2020 11:04 am |
| **RR:** | 16 09/11/2020 11:04 am | **O2Sat:** | 98% Room Air at Rest 09/11/2020 11:04 am | | |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector**<br>Inject by subcutaneous route. | 06/04/20 | entered |
| **amitriptyline 25 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 06/04/20 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 09/11/20 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| **CeleBREX 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 01/09/20 | entered |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 09/11/20 | prescribed |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream**<br>APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed | 04/27/20 | prescribed |
| **diclofenac sodium 75 mg tablet,delayed release**<br>Take 1 tablet(s) twice a day by oral route. | 04/18/19 | prescribed |
| **Imitrex 100 mg tablet**<br>As Directed | 06/04/20 | prescribed |

**ZOLL, JAMES D (id #21795182, dob:**

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** 06/04/20 prescribed
Inject 1 mL as needed by subcutaneous route.

**omeprazole 20 mg capsule,delayed release** 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (pulmonary hypertension) 20 mg tablet** 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** 01/09/20 prescribed
Apply 2 pump(s) every day by transdermal route for 30 days.

**tiZANidine 4 mg tablet** 09/11/20 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** 06/04/20 prescribed
Take 2 tablet(s) every day by oral route.

**Zoloft 100 mg tablet** 01/20/20 entered
Take by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 06/04/2020)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 09/11/20 | 0.5 mL | Intramuscular | Deltoid, Right | 49281042010 | UJ442AA | Sanofi Pasteur | 06/30/21 | 08/15/19 | 09/11/20 | Tkeyah Smith |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems
- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: jclines1 answered No to the Tobacco cessation counseling provided question on 04/05/2019.)
Alcohol intake: Occasional
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Caffeine intake: Occasional
Illicit drugs: None
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/10/2019

Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Reviewed Surgical History
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

lt shoulder and clavical scrape 12/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/04/2020)
Anxiety Disorder: **Y**
Depression: **Y**
Headaches: **Y - migraines with and without aura**
High Cholesterol: **Y**

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | Not scored | |

## HPI

**FLU Vaccine Screening Checklist**
Reported by patient.
general overall feeling Patient is not sick today; No allergy to a component of the vaccine; No serious reaction to influenza vaccine in the past.; No history of Guillain-Barre syndrome
James in for med check/refills. Migraine frequency/intensity has been stable–sees Dr. Knox. Agrees to updated colonoscopy. No family history of colon cancer. Overall mood has been improving–Dr. Lamb just added Pristiq. Sees be helping motivation some.Klonopin beneficial for anxiety–wants to continue. No consistent alcohol use. He's exercising by walking 2 miles 3–4X/week. Separated from partner of 5 years–still living in the same house. Wants to start Prep. Is good with condoms. No myalgias with statin.denies dizziness, chest pain, unexplained shortness of air, urinary/bowel changes, or edema.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old male.

Gen.: NAD;weight–stable
HEENT: PERRLA.
Neck: Supple without adenopathy. Carotids-no bruit. Thyroid-not well felt.
Lungs: Clear throughout-good air movement
Heart: RRR without murmur-normal S1/S2.
Abdomen: Soft, nontender, negative HSM.
Extremities: No peripheral edema.
Neuro: No focal deficits.
Affect: some mild depression. Good eye contact.

## Assessment / Plan

1. Hyperlipidemia

2. Migraine headaches

3. Mood disorder

4. High risk sexual activity–desires prep

Plan: Reviewed pros/cons of BZD including possible long-term addiction potential. Since maintains effectiveness, tolerating without side effects, he wants to continue.Kasper report reviewed. UDS updated–appropriate. Suspicion for abuse is very low. Klonopin 1 mg twice a day when necessary 60+2R. screening colonoscopy. We will call with fasting lab/recommendations and start Descovy. Stay consistent with healthy diet/regular exercise. Keep all specialist follow-up. Flu shot.3 month med check–sooner as needed.

**. Hyperlipidemia**
E78.5: Hyperlipidemia, unspecified
- atorvastatin 20 mg tablet - TAKE ONE TABLET BY MOUTH ONCE DAILY Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
- CMP
- LIPID PANEL

**. Mood disorder**
F39: Unspecified mood [affective] disorder
- clonazepam 1 mg tablet - TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED Qty: 60 tablet(s) Refills: 2 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
- DRUG SCREEN, URINE

**. Vascular headache**
G44.1: Vascular headache, not elsewhere classified

classified

- tizanidine 4 mg tablet - TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED  Qty: 90 tablet(s)  Refills: 1  Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

. **High risk sexual behavior**
  Z72.51: High risk heterosexual behavior
- HIV I SCREEN

. **Screening for malignant neoplasm of prostate**
  Z12.5: Encounter for screening for malignant neoplasm of prostate
- PROSTATE SPECIFIC ANTIGEN

. **Influenza vaccination**
  Z23: Encounter for immunization
- FLUZONE QUAD 2020-2021 (PF) 60 MCG (15 MCG X 4)/0.5 ML IM SUSPENSION -  INJECT 0.5 MILLILITER (60 MCG) BY INTRAMUSCULAR ROUTE ONCE  influenza, injectable, quadrivalent, preservative free  Site: Deltoid, Right  Qty: 0.5 mL Administered 09/11/2020  Perform Date: 09/11/2020

DRUG SCREEN, URINE
- Results:
  - **- Benzodiazepines (BZO300): POSITIVE**
  - **- Marijuana (THC50): Negative**
  - **- Cocaine (COC300): Negative**
  - **- Opiates (OPI2000): Negative**
  - **- Amphetamine (AMP1000): Negative**
  - **- Methamphetamine (MET1000): Negative**
  - **- Phencyclidine (PCP25): Negative**
  - **- Ectasy (MDMA500): Negative**
  - **- Barbituates (BAR300): Negative**
  - **- Methadone (MTD300): Negative**
  - **- Tricyclic Antidepressants (TCA1000): Negative**
  - **- Oxycodone (OXY100): Negative**
  - **- Internal QC: Okay**

Return to Office
- LAB LCSB BASEMENT for LAB ONLY at LAB SCHEDULES on 09/18/2020 at 10:30 AM
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 12/07/2020 at 01:15 PM
- JOHN P ZIEGLER, MD for RECHECK at FAMILY MEDICINE ANDOVER on 12/10/2020 at 11:15 AM

Encounter Sign-Off
Encounter signed-off by JOHN P ZIEGLER, MD, 09/12/2020.
Encounter performed and documented by JOHN P ZIEGLER, MD
Encounter reviewed & signed by JOHN P ZIEGLER, MD on 09/12/2020 at 5:49am

**Encounter Date: 06/04/2020**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (51yo, M) ID# 21795182 | **Appt. Date/Time** | 06/04/2020 01:45PM |
| **DOB** | | **Service Dept.** | NEUROLOGY CHI SJOP |
| **Provider** | CRAIG A KNOX, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

Followup: Vascular headache

Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316
**Primary Care Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248

Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft Stated 06/04/2020 01:54 pm | **Wt:** | 202 lbs With clothes 06/04/2020 01:55 pm | **BMI:** | 27.4 06/04/2020 01:55 pm |
| **BP:** | 126/84 sitting L arm 06/04/2020 01:56 pm | **Pulse:** | 76 bpm 06/04/2020 01:57 pm | | |

Allergies

## ZOLL, JAMES D (id #21795182, dob:

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

**Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector** 06/04/20 entered
Inject by subcutaneous route.

**amitriptyline 25 mg tablet** 06/04/20 prescribed
Take 1 tablet(s) every day by oral route.

**atorvastatin 20 mg tablet** 04/27/20 prescribed
TAKE ONE TABLET BY MOUTH ONCE DAILY

**betamethasone dipropionate 0.05 % topical cream** 03/23/18 prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**CeleBREX 50 mg capsule** 01/09/20 entered
Take 1 capsule(s) twice a day by oral route.

**clonazePAM 1 mg tablet** 03/03/20 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**clotrimazole-betamethasone 1 %-0.05 % topical cream** 04/27/20 prescribed
APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed

**diclofenac sodium 75 mg tablet,delayed release** 04/18/19 prescribed
Take 1 tablet(s) twice a day by oral route.

**Imitrex 100 mg tablet** 06/04/20 prescribed
As Directed

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** 06/04/20 prescribed
Inject 1 mL as needed by subcutaneous route.

**omeprazole 20 mg capsule,delayed release** 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (pulmonary hypertension) 20 mg tablet** 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** 01/09/20 prescribed
Apply 2 pump(s) every day by transdermal route for 30 days.

**tiZANidine 4 mg tablet** 04/27/20 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** 06/04/20 prescribed
Take 2 tablet(s) every day by oral route.

**Zoloft 100 mg tablet** 01/20/20 entered
Take by oral route.

### Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

### Problems

Reviewed Problems
- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active

**ZOLL, JAMES D (id #21795182, dob:**

- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Reviewed Surgical History
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

lt shoulder and clavical scrape 12/2019

## Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**
Neurological Problems: **Y - tremors**

## HPI

Mr. Zoll returns in follow-up regarding his migraines, essential tremor and neck pain.

He came in by himself today.

I last saw him on 12/3/19, and on that visit, his migraines are slightly worse, 1-2 times a week. They did resolve within 30 minutes of sumatriptan. He complained of worsening lower back pain. He was having some neck pain on the left. I recommend he get back to his pain clinic. I refilled his Topamax and sumatriptan.

He returns in follow-up today.

Recently he's been having migraines one or 2 times per week.

They're typically located at the bridge of the nose.

Bright lights bother and he has visual disturbances with the migraine.

He typically takes Imitrex pills, 1 or milligrams at onset of migraine and most the time the headache resolves within about one or 2 hours.

He rarely uses Imitrex shots but they tend to be helpful with a severe migraine.

He remains on Topamax 25 mg, 2 pills daily.

He is also on amitriptyline 25 mg 1 pill daily.

He has been on aimovig for the last 3 months.

He has really not noticed any change in his migraine pattern since he's been on aimovig.

He often has a migraine the day after an injection.

He is now going to the pain clinic run by Dr. Swazey

He is now going to the pain clinic run by Dr. Swazey.

He has chronic lower back pain and chronic neck pain.

He's been having a lot of pain in his left shoulder as well, he went underwent surgery for frozen shoulder in 12/19 "and it still frozen."

He is on his maximum tolerable doses of Topamax and amitriptyline.

He has some mild neck pain, especially on the left.

His migraines have been somewhat worse.

They are occurring one or 2 times a week.

They are at the bridge of his nose, midline, he often wakes up with them.

With Imitrex 100, they typically resolve within 30 minutes.

He remains on Topamax 25 mg, 2 pills at night.

He is also taking amitriptyline 25 mg at night for migraine prophylaxis, prescribed by his psychiatrist.

His psychiatrist is Dr. Steven Lamb.

His blood pressure is low, so I don't think he is a candidate for beta blocker therapy.

Dr. Leung previously tried him on propranolol which apparently didn't help. He also tried him on amitriptyline which didn't help.

He previously tried gabapentin which did not help with his migraines.

With Topamax, his migraines have been improving. He had been having about 2 migraines per week, now having 1-2 per week. He thinks his migraines are milder.

When he has a migraine, he takes Imitrex and typically the headache goes away within about 45-60 minutes. He thinks that Imitrex makes him a little poorly coordinated.

His tremors are slightly better with Topamax.

He has tremors in both hands.

His brother and mother both had tremors.

Klonopin is helpful for them.

They tend to be worse with stress.

#1. Migraines.

His chief complaint is migraine headaches. He started having migraines in his late teens or early 20s. There is a positive family history of migraines in his grandmother. A few months ago, his migraines had been occurring about twice a week, but recently,, they have been just occurring about every week or 2. He has severe migraines 2 or 3 times a year. His migraines are located at the bridge of his nose, described as an intense pain, associated with nausea, light sensitivity, sound sensitivity. The smell of coffee bothers him. He typically does not have vomiting with migraines. He typically does not have an aura with his migraines, but sometimes he does.

He's never had a CAT scan or MRI scan of his head.

He typically takes Imitrex 100 mg at the onset of his migraines and typically they resolve within about one hour.

He occasionally has used Imitrex shots, given him at the doctor's office and Imitrex shots tend to work better than the Imitrex pills. Imitrex pills causes some mild confusion.

He has seen a neurologist at UK about his migraines initially started on gabapentin which caused side effects and he stopped it after about a week.

#2. Neck pain.

He has a long history of neck pain, present for years. He's never had a neck injury. His neck pain is typically midline, just sometimes extends to the left. Most the time his neck pain is moderate in degree. He typically uses tizanidine 4 mg at night which is somewhat helpful. He currently is getting physical therapy for the neck pain and it helps as well.

He had an MRI of the cervical spine In 8/18 which did show moderate degenerative disc disease, no central canal stenosis, no herniated discs.

herniated discs.

He has no interest in cervical spine surgery for his neck pain.

I think he has seen Dr. William Brooks about his neck pain.

#3. Tremors.

I see his mother. She has familial tremor and Parkinson's disease, as well as schizoaffective disorder. When she tried Sinemet, she had "bad thoughts" and it was discontinued.

He has been having tremors for the last several years. He has tremors in both hands, right more than left. He is right-handed. Denies any resting tremors. The tremors mainly occur while eating and drinking. Denies having any tremors in his head or voice.

He says the tremors in general are not bad take any medication for.

#4. Poor balance.

He's been having trouble with balance for about 5 years. It is been gradually getting worse. He tends to have low blood pressure. He gets lightheaded when he stands up quickly. He doesn't think the lightheadedness causes poor balance.

He previously saw Dr. Leung for migraines in 7/16. He was having 2 or 3 migraines a week, using Zomig inhaler and Imitrex pills. He had a holocranial headaches often with a visual aura with a right visual field defect. He was tried on propranolol and amitriptyline but apparently they did not work.

Laboratory studies:

His MRI scan of brain 4/26/19 was normal. He did have a lot of abnormalities in the sinuses.

His MRI of the cervical spine on 6/12/19 showed a disc protrusion at C6-7 extending to the left. There were multiple broad-based disc protrusions and mild to moderate arthritic changes. No herniated discs. No central canal stenosis. The findings were similar to his prior MRI from 8/18.

MRI of the lumbar spine on 6/12/19 showed protruding disks at L4-5 and L5-S1, no disc herniations, no central canal stenosis, mild arthritic changes.

MRI of the cervical spine in 10/15 showed a broad-based disc protrusion at C5-6 and at C67, with a small herniated disc at T2-3. No significant spinal canal stenosis noted.

MRI of the cervical spine in 8/18 showed mild degenerative changes of the cervical spine, no central canal stenosis at any level, there was a broad-based disc protrusion at T2-3, findings were maximal at C3-4 and C5-6 with bulging disks and arthritic changes.

Assessment / Plan

**. Migraine without aura -**

He has a long history of migraines, onset in his late teens or early 20s. Positive family history of migraines in his grandmother.

Recently his migraines had been improving. Before Topamax, he was having about 2 migraines per week, now he is having either one or 2 per week.

He has severe migraines 2 or 3 times year.

His migraines located the bridge of the nose, described as an intense pain with associated nausea, light sensitivity and sound symptoms. Typically he does not have an aura before the migraine.

With Imitrex, his migraines typically resolves within about 45–60 minutes.

Imitrex injections work better than the shots but the injections cause confusion.

He previously saw a neurologist at UK, was recommended he try gabapentin, he took it for 1 week it caused side effects and was discontinued.

He has been on propranolol and amitriptyline for migraine prophylaxis in the past but I think he had side effects with both.

His MRI scan of brain is normal.

Recently his migraines have been stable at 1 or 2 per week.

Typically with the Imitrex pills they resolve within 1 hour.

He rarely uses Imitrex shots, Especially with a bad migraine.

He is on Topamax 50 mg daily.

The 75 mg dose causes excessive sleepiness.

He is not interested in trying any other triptan's.

His migraines have improved with Topamax, less frequent and milder.

His tremors have improved with Topamax.

He uses Imitrex and typically his headache goes away within about 45-60 minutes.

I refilled his Topamax, Imitrex pills, Imitrex shots.

He has been on aimovig for the last 3 months without a significant change in his headache pattern.

He wants to try it one more month. Then, he will decide whether he decides he wants to stay on it.

It often causes a migraine on the day after the injection.

G43.009: Migraine without aura, not intractable, without status migrainosus

- Topamax 25 mg tablet - Take 2 tablet(s) every day by oral route. Qty: 180 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
- Imitrex 100 mg tablet - As Directed Qty: 27 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: 1 pill at onset of migraine, may repeat at 2 or 3 hours if needed
- Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector - Inject 1 mL as needed by subcutaneous route. Qty: 4 1 mL syringe(s) Refills: 11 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: 1 shot as needed for severe migraine
- amitriptyline 25 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 90 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. Migraine with aura** -

He has infrequent migraine without aura.

G43.109: Migraine with aura, not intractable, without status migrainosus

**. Essential tremor** -

He has a very mild sustension tremor in the right hand, none on the left, no parkinsonian features.

I told him I think he has mild familial tremor.

The tremor is not bad enough to take any medication for at this time.

It has improved a little with Topamax.

I told him that propranolol is probably the best medication for this.

G25.0: Essential tremor

**. Neck pain** -

He has chronic neck pain. He has mild to moderate degenerative changes of the cervical spine.

I think he hsd seen Dr. Brooks who did not recommend any surgery.

I recommended a trial of diclofenac for the neck pain.

MRI of the cervical spine does show a bulging disc extending to the left at the C6-7 level. He does have rather diffuse numbness and tingling diffusely through the left arm.

M54.2:
Cervicalgia

**. Chronic low back pain** -

With underlying mild degenerative changes on the MRI lumbar spine 6/12/19

He does have 2 broad-based disc protrusions but no central canal stenosis or disc herniation.

M54.5: Low back

pain

**. Poor balance -**

while he complains of poor balance, I think his balance is perfectly normal. His gait is normal. He can heel walk and toe walk without much difficulty. Tandem gait and Romberg sign essentially negative. No signs of neuropathy on exam.

I told him I suspect his poor balance is because he gets lightheaded from his low blood pressure.

R27.8: Other lack of coordination

**. Chronic anxiety -**

He has chronic anxiety, on Pristiq

F41.9: Anxiety disorder, unspecified

**)iscussion Notes**

He returns in follow-up today.

Recently his migraines are occurring one or 2 times a month, sounds about the same.

Migraine triggers are his neck pain and weather changes.

With Imitrex, the migraines usually resolve within 1 hour.

I refilled his Imitrex pills, Imitrex shots and Topamax.

I will see him back in about 6 months.

He continues to have lower back pain and neck pain and is currently being seen at Dr. Swasey's pain clinic.

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 06/23/2020 at 01:30 PM
- WALAA A AYOUB, MD for RECHECK at ENDOCRINOLOGY SB on 07/09/2020 at 03:45 PM
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 12/07/2020 at 01:15 PM

## Encounter Sign-Off

Encounter signed-off by CRAIG A KNOX, MD, 06/04/2020.
Encounter performed and documented by CRAIG A KNOX, MD
Encounter reviewed & signed by CRAIG A KNOX, MD on 06/04/2020 at 2:46pm

**Encounter Date: 04/27/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (51yo, M) ID# 21795182 | **Appt. Date/Time** | 04/27/2020 10:45AM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | JOHN P ZIEGLER, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316

## Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

## Vitals

None recorded.

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 04/08/19 prescribed

[illegible]
Take 1 tablet(s) by oral route.
**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet

**amitriptyline 50 mg tablet** 03/03/20 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**atorvastatin 20 mg tablet** 04/27/20 prescribed
TAKE ONE TABLET BY MOUTH ONCE DAILY

**Bactrim DS 800 mg-160 mg tablet** 03/03/20 prescribed
Take 1 tablet(s) twice a day by oral route for 7 days.

**betamethasone dipropionate 0.05 % topical cream** 03/23/18 prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**CeleBREX 50 mg capsule** 01/09/20 entered
Take 1 capsule(s) twice a day by oral route.

**clonazePAM 1 mg tablet** 03/03/20 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**clotrimazole-betamethasone 1 %-0.05 % topical cream** 04/27/20 prescribed
APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed

**diclofenac sodium 75 mg tablet,delayed release** 04/18/19 prescribed
Take 1 tablet(s) twice a day by oral route.

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** 04/18/19 prescribed
Inject 1 mL as needed by subcutaneous route.

**Norco 7.5 mg-325 mg tablet** 09/19/19 prescribed
1 po every six hours as needed pain
**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet

**omeprazole 20 mg capsule,delayed release** 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (pulmonary hypertension) 20 mg tablet** 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**SUMAtriptan 100 mg tablet** 03/04/20 changed
TAKE AS DIRECTED

**testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** 01/09/20 prescribed
Apply 2 pump(s) every day by transdermal route for 30 days.

**tiZANidine 4 mg tablet** 04/27/20 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** 12/03/19 prescribed
Take 2 tablet(s) every day by oral route.

**Zoloft 100 mg tablet** 01/20/20 entered
Take by oral route.

Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

Problems

## ZOLL, JAMES D (id #21795182, dob:

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

### Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

### Social History

Social History not reviewed (last reviewed 03/03/2020)
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: jclines1 answered No to the Tobacco cessation counseling provided question on 04/05/2019.)
Alcohol intake: Occasional
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Caffeine intake: Occasional
Illicit drugs: None
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

### Surgical History

Surgical History not reviewed (last reviewed 03/03/2020)
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

lt shoulder and clavical scrape 12/2019

### Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Depression: **Y**
Headaches: **Y - migraines with and without aura**
High Cholesterol: **Y**

### HPI

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented.

patient in main concern is return of candidiasis in the inguinal region/GU Has done well with antifungal/steroid in past–requests again. These walk-in 2 miles several days a week–thus some increased sweating–probable trigger.

Has not been going to physical therapy -was shut down. Plans to restart at CHH outpatient soon. Shoulder overall has plateaued. Sleeps well at–some fogginess in the morning. Sleeping 8–10 hours most nights. No falls. No myalgias with statin. Diet is fair. Stressors manageable. Motivation okay. Frequency/intensity of migraines about the same–just started Aimovig thru Leung.

He denies chest pain, unexplained shortness of air, urinary/bowel changes, or consistent edema.

he has been self isolating. No fever or unexplained cough

### ROS

**ROS as noted in the HPI**

### Physical Exam

Patient is a 51-year-old male.

general: NAD–breathing easy–no cough

nose: No discharge

Neck: I have him self palpate his neck–no nodes

Skin: Not examined GU region

Mood: Less depressed. Balanced

Visit 20 minutes with greater than 50% time spent counseling/coordination of care

## Assessment / Plan

1. Candidiasis

2. Migraine headaches

3. Hyperlipidemia

Plan: Lotrisone cream topically twice a day as needed. Skin hygiene reviewed–if continues to recur–may warrant powder as prevention. Continue current medications/keep all specialist follow-up. Restart physical therapy as soon as allowed. Keep regular scheduled med check appointment–call sooner as needed.

**. Candidiasis of skin**

B37.2: Candidiasis of skin and nail

- clotrimazole-betamethasone 1 %-0.05 % topical cream - APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed Qty: 1 45 gm tube(s) Refills: 0 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. Vascular headache**

G44.1: Vascular headache, not elsewhere classified

- tizanidine 4 mg tablet - TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. Hyperlipidemia**

E78.5: Hyperlipidemia, unspecified

- atorvastatin 20 mg tablet - TAKE ONE TABLET BY MOUTH ONCE DAILY Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

## Return to Office

- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 06/04/2020 at 01:45 PM
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 06/23/2020 at 01:30 PM
- WALAA A AYOUB, MD for RECHECK at ENDOCRINOLOGY SB on 07/09/2020 at 03:45 PM

## Encounter Sign-Off

Encounter signed-off by JOHN P ZIEGLER, MD, 04/28/2020.
Encounter performed and documented by JOHN P ZIEGLER, MD
Encounter reviewed & signed by JOHN P ZIEGLER, MD on 04/28/2020 at 6:36am

**Encounter Date: 03/03/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (51yo, M) ID# 21795182 | **Appt. Date/Time** | 03/03/2020 01:30PM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | JOHN P ZIEGLER, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

3 mo f/u

pt stated his daughter having a baby he stated he needs tdap vaccine. he stated his been having lower back pain stress . he stated he might have a ear infection behind the ear.

## Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316

## Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

## Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 03/03/2020 01:39 pm | **Wt:** 203 lbs 6 oz With clothes 03/03/2020 01:50 pm | **BMI:** 27.6 03/03/2020 01:50 pm |

## ZOLL, JAMES D (id #21795182, dob:

| | | | | | |
|---|---|---|---|---|---|
| **T:** | 97.7 F° ear 03/03/2020 01:50 pm | **BP:** | 104/68 sitting L arm 03/03/2020 01:52 pm | **Pulse:** | 85 bpm regular 03/03/2020 01:50 pm |
| **RR:** | 16 03/03/2020 01:50 pm | **O2Sat:** | 98% Room Air at Rest 03/03/2020 01:50 pm | | |

### Allergies

Allergies not reviewed (last reviewed 01/20/2020)
NKDA

### Medications

Reviewed Medications

**amitriptyline 10 mg tablet** — 04/08/19 prescribed
Take 1 tablet(s) by oral route.
**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet

**amitriptyline 50 mg tablet** — 03/03/20 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**atorvastatin 20 mg tablet** — 11/12/19 prescribed
TAKE ONE TABLET BY MOUTH ONCE DAILY

**Bactrim DS 800 mg-160 mg tablet** — 03/03/20 prescribed
Take 1 tablet(s) twice a day by oral route for 7 days.

**betamethasone dipropionate 0.05 % topical cream** — 03/23/18 prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**CeleBREX 50 mg capsule** — 01/09/20 entered
Take 1 capsule(s) twice a day by oral route.

**clonazePAM 1 mg tablet** — 03/03/20 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**diclofenac sodium 75 mg tablet,delayed release** — 04/18/19 prescribed
Take 1 tablet(s) twice a day by oral route.

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** — 04/18/19 prescribed
Inject 1 mL as needed by subcutaneous route.

**Norco 7.5 mg-325 mg tablet** — 09/19/19 prescribed
1 po every six hours as needed pain
**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet

**omeprazole 20 mg capsule,delayed release** — 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** — 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (pulmonary hypertension) 20 mg tablet** — 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**SUMAtriptan 100 mg tablet** — 03/04/20 changed
TAKE AS DIRECTED

**testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** — 01/09/20 prescribed
Apply 2 pump(s) every day by transdermal route for 30 days.

**tiZANidine 4 mg tablet** — 11/12/19 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** — 12/03/19 prescribed
Take 2 tablet(s) every day by oral route.

**Zoloft 100 mg tablet** — 01/20/20 entered
Take by oral route.

### Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr | Exp | Date | VIS | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | Date | on VIS | Given | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 03/03/20 | 0.5 mL | Intramuscular | Deltoid, Right | 58160084243 | KZ2AP | GlaxoSmithKline | 02/01/22 | 02/24/15 | 03/03/20 | Tkeyah Smith |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: jclines1 answered No to the Tobacco cessation counseling provided question on 04/05/2019.)
Alcohol intake: Occasional
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Caffeine intake: Occasional
Illicit drugs: None
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Reviewed Surgical History
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

lt shoulder and clavical scrape 12/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 01/20/2020)
Anxiety Disorder: **Y**
Depression: **Y**
Headaches: **Y - migraines with and without aura**
High Cholesterol: **Y**

## HPI

patient in for med check/refills. Klonopin continues to be of benefit for his anxiety. Helps prevent panic attacks. Off Pristiq and now 1 Zoloft 150 through Dr. Lamb. He feels this is been beneficial. Motivation is fair–less depressed. No suicidal thoughts/ideations. Seeing Dr. Knox–neurologist–would like another opinion. Continues with migraine issues.would like to increase amitriptyline No myalgias with statin.sleep is fair. Soon have new grandchild–requests Tdap No formal exercise. Going to pain management. Small cyst inflamed behind right ear. Had some mild drainage–now improving. No fever/chills.nocturia one X. Diet is fair.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old
male

Gen.: NAD
HEENT: PERRLA.Nose-no discharge. Oropharynx-clear.
Neck: Supple without adenopathy.
Lungs: Clear throughout-good air movement
Heart: RRR
Abdomen: Soft, nontender, negative HSM.
Extremities: No peripheral edema.
Neuro: No focal changes/deficits
Skin: right post auricular small inflamed carbuncle noted–not fluctuant or needing drainage. Mild tenderness-no cellulitis
Affect:some mild depression/anxiety–but seems stable

## Assessment / Plan

1. Migraine headaches–needs improved
2. Mood disorder–stable
3. Carbuncle–right posterior radicular
4. Hyperlipidemia
5. Immunization update

Plan: Bactrim DS twice a day #14. Increase amitriptyline to 50 mg daily at bedtime. To Dr. Leung–second opinion for his migraines. Reviewed the pros/cons of BZD including possible long-term addiction potential. Since maintains effectiveness, tolerating without side effects, he wants to continue. Kasper report reviewed.Klonopin 1 mg twice a day when necessary 60+2R. Keep all specialist follow-up. Every 3 month med check–sooner as needed.

**. Migraine**
G43.909: Migraine, unspecified, not intractable, without status migrainosus

- amitriptyline 50 mg tablet - Take 1 tablet(s) every day by oral route at bedtime. Qty: 90 tablet(s) Refills: 1 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: change in dose
- NEUROLOGY REFERRAL - Schedule Within: provider's discretion
  Urgency: 6 weeks--Dr Leung Reason for Referral: migraines
  Appointment Date: 03/19/2020 Appointment Time: 7:45

**. Mood disorder**
F39: Unspecified mood [affective] disorder

- clonazepam 1 mg tablet - TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED Qty: 60 tablet(s) Refills: 2 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. Carbuncle**
L02.93: Carbuncle, unspecified

- Bactrim DS 800 mg-160 mg tablet - Take 1 tablet(s) twice a day by oral route for 7 days. Qty: 14 tablet(s) Refills: 0 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. Hyperlipidemia**
E78.5: Hyperlipidemia, unspecified

**. Immunization**
Z23: Encounter for immunization

- BOOSTRIX TDAP 2.5 LF UNIT-8 MCG-5 LF/0.5 ML INTRAMUSCULAR SYRINGE - INJECT 0.5 MILLILITER BY INTRAMUSCULAR ROUTE ONCE Tdap Site: Deltoid, Right Qty: 0.5 mL Administered 03/03/2020 Perform Date: 03/03/2020

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 04/14/2020 at 10:45 AM
- to see CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on or around 06/02/2020
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 06/04/2020 at 01:45 PM
- WALAA A AYOUB, MD for RECHECK at ENDOCRINOLOGY SB on 07/09/2020 at 03:45 PM

## Encounter Sign-Off

Encounter signed-off by JOHN P ZIEGLER, MD, 03/07/2020.
Encounter performed and documented by JOHN P ZIEGLER, MD
Encounter reviewed & signed by JOHN P ZIEGLER, MD on 03/07/2020 at 6:44am

**Encounter Date: 01/20/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (51yo, M) ID# 21795182 | **Appt. Date/Time** | 01/20/2020 09:00AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

new patient

Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316

Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 01/20/2020 09:15 am | **Wt:** | 206 lbs 01/20/2020 09:17 am | **BMI:** | 27.9 01/20/2020 09:17 am |
| **BP:** | 104/67 sitting R arm 01/20/2020 09:19 am | **BP Cuff Size:** | adult 01/20/2020 09:15 am | **Pulse:** | 62 bpm 01/20/2020 09:19 am |
| **RR:** | 18 01/20/2020 09:15 am | | | | |

Allergies

Reviewed Allergies
NKDA

Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) by oral route.<br>**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet | 04/08/19 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 11/12/19 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| **CeleBREX 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 01/09/20 | entered |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 11/12/19 | prescribed |
| **diclofenac sodium 75 mg tablet,delayed release**<br>Take 1 tablet(s) twice a day by oral route. | 04/18/19 | prescribed |
| **Imitrex 100 mg tablet**<br>As Directed | 12/03/19 | prescribed |
| **Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector**<br>Inject 1 mL as needed by subcutaneous route. | 04/18/19 | prescribed |
| **Keflex 500 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 12/05/19 | prescribed |
| **Norco 7.5 mg-325 mg tablet**<br>1 po every six hours as needed pain<br>**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet | 09/19/19 | prescribed |
| **omeprazole 20 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 04/08/19 | prescribed |
| **Pristiq 100 mg tablet,extended release**<br>Take 1 tablet(s) every day by oral route. | 10/09/19 | entered |
| **ProAir RespiClick 90 mcg/actuation breath activated**<br>Inhale 2 puff(s) every 6-8 hours by inhalation route. | 06/09/17 | prescribed |
| **sildenafil (pulmonary hypertension) 20 mg tablet**<br>Take 1-3 tablets daily as needed for erectile dysfunction | 06/04/19 | prescribed |

## ZOLL, JAMES D (id #21795182, dob:

**testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** 01/09/20 prescribed
Apply 2 pump(s) every day by transdermal route for 30 days.

**tiZANidine 4 mg tablet** 11/12/19 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** 12/03/19 prescribed
Take 2 tablet(s) every day by oral route.

**Zoloft 100 mg tablet** 01/20/20 entered
Take by oral route.

### Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

### Problems

Reviewed Problems
- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

### Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine<br>- Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

### Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

### Surgical History

Reviewed Surgical History
Other - Testicular surgery
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

lt shoulder and clavical scrape 12/2019

### Past Medical History

Reviewed Past Medical History

### HPI

51-year-old male, new patient here for initial evaluation and consultation at the request of Dr. Ziegler for multiple joint pain; he works at Toyota and has a disability hearing coming up; he has been at Toyota for 31 years; having issues with worsening joint pain and tenderness; had a left wrist and arm fx from a fall with pins and a plate; he reports low back pain; he has left adhesive capsulitis on the left and had surgical release; he has neck pain and has migraines; he has drawing of the hands and has a difficult time; he has never had a joint effusion; two left rotator cuff surgeries; with 3 surgeries in the last 18 months; still in PT; sees Dr. Hackett; has decreased rom; h/o hernia and testicular surgeries; without interval infection; no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

### ROS

**ROS as noted in the HPI**

Physical Exam

Patient is a 51-year-old male.

**Constitutional:**General Appearance: healthy-appearing and **overweight**. Level of Distress: NAD. Ambulation: ambulating normally.

**Mental Status:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected. Sclerae: non-icteric.

**ENMT:**Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Lungs:**Respiration: no dyspnea.

**Musculoskeletal System:**Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and**limited ROM (left shoulder, elbow and wrist--decreased range of motion, extension; secondary to traumatic injury and surgical intervention/repair)** and **tenderness (left arm, shoulder, elbow and wrist)**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:**Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, ulcer, induration, nodules, jaundice, or abnormal nevi and good turgor. Nails: normal.

Assessment / Plan

**. Multiple joint pain -**

With reported recent major trauma as well as recurring injury based on his historical work report at Toyota for 31 years, this is likely all traumatic injury and degenerative changes in combination and unlikely to be inflammatory in nature; however, with a decreased healing ability and reported worsening changes overall we will obtain an arthritis panel to include rheumatoid arthritis and gout, though they are likely negative

He will likely need to continue an aggressive physical therapy program to maintain or improve his overall strength and conditioning, based on his outcome he may or may not be able to return to his current position with the decreased range of motion of the left wrist, shoulder and elbow at this time

M25.50: Pain in unspecified joint

- ANTI-CCP
- URIC ACID
- RHEUMATOID FACTOR
- C-REACTIVE PROTEIN
- ESR, AUTOMATED

Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 04/14/2020 at 10:45 AM
- to see CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on or around 06/02/2020
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 06/04/2020 at 01:45 PM
- WALAA A AYOUB, MD for RECHECK at ENDOCRINOLOGY SB on 07/09/2020 at 03:45 PM

Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 01/27/2020.
Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 01/27/2020 at 5:29pm

**Encounter Date: 01/09/2020**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (51yo, M) ID# 21795182 | **Appt. Date/Time** | 01/09/2020 01:30PM |
| **DOB** | | **Service Dept.** | ENDOCRINOLOGY SB |
| **Provider** | WALAA A AYOUB, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

None recorded.

Patient's Care Team

**ZOLL, JAMES D (id #21795182, dob:**

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968

## Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

## Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 01/09/2020 01:49 pm | **Wt:** 203 lbs 01/09/2020 01:50 pm | **BMI:** 27.5 01/09/2020 01:50 pm |
| **BP:** 132/72 01/09/2020 01:52 pm | **Pulse:** 94 bpm 01/09/2020 01:52 pm | |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) by oral route.<br>**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet | 04/08/19 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 11/12/19 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| **CeleBREX 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 01/09/20 | entered |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 11/12/19 | prescribed |
| **diclofenac sodium 75 mg tablet,delayed release**<br>Take 1 tablet(s) twice a day by oral route. | 04/18/19 | prescribed |
| **Imitrex 100 mg tablet**<br>As Directed | 12/03/19 | prescribed |
| **Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector**<br>Inject 1 mL as needed by subcutaneous route. | 04/18/19 | prescribed |
| **Keflex 500 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 12/05/19 | prescribed |
| **Norco 7.5 mg-325 mg tablet**<br>1 po every six hours as needed pain<br>**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet | 09/19/19 | prescribed |
| **omeprazole 20 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 04/08/19 | prescribed |
| **Pristiq 100 mg tablet,extended release**<br>Take 1 tablet(s) every day by oral route. | 10/09/19 | entered |
| **ProAir RespiClick 90 mcg/actuation breath activated**<br>Inhale 2 puff(s) every 6-8 hours by inhalation route. | 06/09/17 | prescribed |
| **sildenafil (pulmonary hypertension) 20 mg tablet**<br>Take 1-3 tablets daily as needed for erectile dysfunction | 06/04/19 | prescribed |
| **testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump**<br>Apply 2 pump(s) every day by transdermal route for 30 days. | 01/09/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 11/12/19 | prescribed |

## ZOLL, JAMES D (id #21795182, dob:

**Topamax 25 mg tablet** 12/03/19 prescribed
Take 2 tablet(s) every day by oral route.

### Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

### Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

### Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

### Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

### Surgical History

Reviewed Surgical History
Other - Testicular surgery
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

lt shoulder and clavical scrape 12/2019

### Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**

### HPI

50-year-old Caucasian male patient with a past mental history as detailed in the problem is significant for hyperlipidemia on statin therapy, depression on therapy, chronic pain on therapy who is seen in the office today for 3 months follow-up visit hypogonadism on testosterone replacement therapy/hyperprolactinemia

Initially seen At the request of Dr. Ziegler for Hypogonadism evaluation and further management.

Reported few years duration of the following symptoms:

Low libido

Depression/mood swings

Erectile dysfunction for which he uses low-dose sildenafil

Fatigue and lack of energy

He denied any of the following symptoms:

Breast tenderness

Heat intolerance or flashes

Denies any history of head trauma

Intermittent headaches but denies any visual blurring

Currently on chronic. Therapy for neck pain, shoulder pain.

Recently had laboratory workup showing low total testosterone levels.

No history of cardiovascular disease

No history of blood clots

No family history of prostate cancer

Laboratory workup consistent with hypogonadotrophic hypogonadism.

Interval history:

Started taking testosterone 1.62% topical gel 2 applications daily

Reported significant improvement in his symptoms i.e. less fatigued, improved libido and erectile function

Upon further questioning she stated that he stopped applying topical testosterone about 2 weeks ago following his shoulder surgery and he noticed recurrence of his hypogonadal symptoms i.e. fatigue, lack of energy, low libido and erectile dysfunction

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old male.

Alert oriented time 3

Intact secondary sexual cataract

Bilateral clear conjunctiva with no puffiness of eyelids or exopthalmos

Skin is negative for any rash, bruising or dermopathy or irritation at testosterone application sites. Cardiac regular rate and rhythm with no murmur ups or gallops

## Assessment / Plan

**. Male hypogonadism -**

3 months follow-up visit hypogonadism

Laboratory hormonal workup on 8/20/2019 showed low testosterone 261 ng/dL [ Samples collected at 12 PM]. Normal range [264–9 116 ng/dL]

Normal hemoglobin/hematocrit

Baseline PSA of 1.2

Hypogonadotrophic hypogonadism secondary to chronic opioid therapy.

Significant improvement in his hypogonadal symptoms after topical testosterone.
Recurrence of symptoms while off therapy for the past 2-3 weeks following his shoulder surgery.

Recommendations: 1 restart testosterone topical gel 2 pumps to the skin of the upper arms daily
Recheck CBC and total testosterone after 1 month
Further adjustment as appropriate to keep levels within normal range

Patient verbalized understanding and agreed with the above mentioned plan of care.

E29.1: Testicular hypofunction

- testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump - Apply 2 pump(s) every day by transdermal route for 30 days.
  Qty: 2 75 gm bottle(s) Refills: 5 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
- TESTOSTERONE - To be performed on or around 02/07/2020
- CBC - To be performed on or around 02/07/2020

**. Hyperprolactinemia -**

Mild degree of hyperprolactinemia with a prolactin of 19 ng per mL on 10/10/2019

Likely insignificant and could be due to his current medications

Explained to patient that prolactin elevation low testosterone and he is currently on testosterone replacement therapy.

Repeat serum prolactin with his testosterone CBC after 1 month

## ZOLL, JAMES D (id #21795182, dob:

E22.1:
Hyperprolactinemia

- PROLACTIN - To be performed on or around 02/07/2020

Return to Office

- SUSANNA MOBERLY, APRN for NEW PATIENT at RHEUMATOLOGY SB on 01/20/2020 at 09:00 AM
- to see CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on or around 06/02/2020
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 06/04/2020 at 01:45 PM
- WALAA A AYOUB, MD for RECHECK at ENDOCRINOLOGY SB on 07/09/2020 at 03:45 PM

Encounter Sign-Off

Encounter signed-off by WALAA A AYOUB, MD, 01/09/2020.
Encounter performed and documented by WALAA A AYOUB, MD
Encounter reviewed & signed by WALAA A AYOUB, MD on 01/09/2020 at 2:18pm

**Encounter Date: 12/05/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 12/05/2019 08:00AM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | JOHN P ZIEGLER, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

back pain

Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968

Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 12/05/2019 08:20 am | **Wt:** | 210 lbs 2 oz With clothes 12/05/2019 08:32 am | **BMI:** | 28.5 12/05/2019 08:32 am |
| **T:** | 98.7 F° oral 12/05/2019 08:33 am | **BP:** | 110/68 sitting R arm 12/05/2019 08:34 am | **Pulse:** | 76 bpm regular 12/05/2019 08:33 am |
| **RR:** | 16 12/05/2019 08:33 am | **O2Sat:** | 98% Room Air at Rest 12/05/2019 08:33 am | | |

Allergies

Reviewed Allergies
NKDA

Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) by oral route.<br>**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet | 04/08/19 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 11/12/19 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 11/12/19 | prescribed |
| **diclofenac sodium 75 mg tablet,delayed release**<br>Take 1 tablet(s) twice a day by oral route. | 04/18/19 | prescribed |
| **Imitrex 100 mg tablet** | 12/03/19 | prescribed |

**ZOLL, JAMES D (id #21795182, dob:**

As Directed

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** 04/18/19 prescribed
Inject 1 mL as needed by subcutaneous route.

**Keflex 500 mg capsule** 12/05/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Norco 7.5 mg-325 mg tablet** 09/19/19 prescribed
1 po every six hours as needed pain
**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet

**omeprazole 20 mg capsule,delayed release** 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**Pristiq 100 mg tablet,extended release** 10/09/19 entered
Take 1 tablet(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (pulmonary hypertension) 20 mg tablet** 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** 10/16/19 auth requested
Apply by transdermal route.

**tiZANidine 4 mg tablet** 11/12/19 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** 12/03/19 prescribed
Take 2 tablet(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/19 | | | | | | | | | | walmart pharmacy |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: jclines1 answered No to the Tobacco cessation counseling provided question on 04/05/2019.)
Alcohol intake: Occasional
Marital status: Domestic Partner

Occupation: Toyota (TMMK)
Caffeine intake: Occasional
Illicit drugs: None
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Surgical History not reviewed (last reviewed 12/03/2019)
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

## Past Medical History

Past Medical History not reviewed (last reviewed 12/03/2019)
Anxiety Disorder: **Y**
Depression: **Y**
Headaches: **Y - migraines with and without aura**
High Cholesterol: **Y**

## HPI

patient with one-week flare of left lumbar radiculopathy. No bowel/bladder changes. In the left lower back/gluteal in the left foot. No limp but leans forward a bit. No extremity weakness. He wants to hold off on steroids–has upcoming shoulder surgery scheduled for 12/20. Follows up with pain management–Gish in January.concerned about ongoing arthritis issues. Would like to see rheumatology to see how much contributing to his back.no disturbance of sleep

Also complains of intermittent styes right lower lid-seems to have recurrences..? Skin oiler with testosterone replacement. No change in soaps/skin care products.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old male.

Gen.: NAD
HEENT: PERRLA right lower lid–resolving stye–exam most consistent with mild blepharitis now. Nose-no discharge. Oropharynx-clear.
Neck: Supple without adenopathy.
Lungs: Clear throughout-good air movement
Heart: RRR
Back:with flexion/extension and left right twisting some mild discomfort left mid to lower lumbar region without spasm
Extremities: No peripheral edema. negative SLR bilateral
Neuro: No focal deficits.DTRs 2+ bilateral knee/ankle

## Assessment / Plan

1. Left lumbar radiculopathy–mild flare

2. Probable OA/some DDD

3. Blepharitis–right eye

Plan: Keflex 500 3 times a day #15 to see if we can get rid of bacterial colonization with his eyelids. Continue current care/management for his lower back. If becomes more symptomatic–call but I agree hold off on steroid with upcoming surgery. To rheumatology for completeness. Keep me updated if changes.

**. Lumbar radiculopathy**
M54.16: Radiculopathy, lumbar region

**. Osteoarthritis**
M19.90: Unspecified osteoarthritis, unspecified site
- RHEUMATOLOGY REFERRAL - Schedule Within: provider's discretion
  Urgency: 4 weeks    Reason for Referral: various OA pain/concerns
  Appointment Date: 01/20/2020 Appointment Time: 9:00am

**. Blepharitis**
H01.9: Unspecified inflammation of eyelid
- Keflex 500 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 15 capsule(s) Refills: 0 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

## Return to Office

- WALAA A AYOUB, MD for RECHECK at ENDOCRINOLOGY SB on 01/09/2020 at 01:30 PM
- SUSANNA MOBERLY, APRN for NEW PATIENT at RHEUMATOLOGY SB on 01/20/2020 at 09:00 AM
- to see CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on or around 06/02/2020
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 06/04/2020 at 01:45 PM

Encounter Sign-Off
Encounter signed-off by JOHN P ZIEGLER, MD, 12/08/2019.
Encounter performed and documented by JOHN P ZIEGLER, MD
Encounter reviewed & signed by JOHN P ZIEGLER, MD on 12/08/2019 at 6:21am

**Encounter Date: 12/03/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 12/03/2019 11:00AM |
| **DOB** | | **Service Dept.** | NEUROLOGY CHI SJOP |
| **Provider** | CRAIG A KNOX, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Followup: Vascular headache

## Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968

## Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft Stated 12/03/2019 11:25 am | **Wt:** | 208 lbs With clothes 12/03/2019 11:26 am | **BMI:** | 28.2 12/03/2019 11:26 am |
| **BP:** | 112/76 sitting L arm 12/03/2019 11:29 am | **Pulse:** | 80 bpm 12/03/2019 11:30 am | | |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** — 04/08/19 prescribed
Take 1 tablet(s) by oral route.
**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet

**atorvastatin 20 mg tablet** — 11/12/19 prescribed
TAKE ONE TABLET BY MOUTH ONCE DAILY

**betamethasone dipropionate 0.05 % topical cream** — 03/23/18 prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**clonazePAM 1 mg tablet** — 11/12/19 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**diclofenac sodium 75 mg tablet,delayed release** — 04/18/19 prescribed
Take 1 tablet(s) twice a day by oral route.

**Imitrex 100 mg tablet** — 12/03/19 prescribed
As Directed

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** — 04/18/19 prescribed
Inject 1 mL as needed by subcutaneous route.

**Norco 7.5 mg-325 mg tablet** — 09/19/19 prescribed
1 po every six hours as needed pain
**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet

**omeprazole 20 mg capsule,delayed release** — 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**Pristiq 100 mg tablet,extended release** — 10/09/19 entered
Take 1 tablet(s) every day by oral route.

| | |
|---|---|
| **ProAir RespiClick 90 mcg/actuation breath activated**<br>Inhale 2 puff(s) every 6-8 hours by inhalation route. | 06/09/17 prescribed |
| **sildenafil (pulmonary hypertension) 20 mg tablet**<br>Take 1-3 tablets daily as needed for erectile dysfunction | 06/04/19 prescribed |
| **testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump**<br>Apply by transdermal route. | 10/16/19 auth requested |
| **tiZANidine 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 11/12/19 prescribed |
| **Topamax 25 mg tablet**<br>Take 2 tablet(s) every day by oral route. | 12/03/19 prescribed |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine<br>- Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Reviewed Surgical History
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

## Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**
Neurological Problems: **Y - tremors**

## HPI

Mr. Zoll returns in follow-up regarding his migraines, essential tremor and neck pain.

He came in by himself today.

I last saw him on 6/19/19, and on that visit he is taking Topamax 50 mg at night. He had tried taking 75 mg but it made him sleepy during the daytime so we lowered his dose to 50. His tremors had improved with Topamax. Klonopin was also helpful for the tremors. He was having migraines one or 2 times a week and with Imitrex, his headache typically resolved in 45-60 minutes. He wanted me to review his MRI scans and he asked which neurosurgeon I recommended, I recommended Dr. Owen.

He returns in follow-up today.

His chief complaint is severe lower back pain which radiates to his feet.

The pain is severe.

The pain has been worse during the last several days.

He typically is followed at the pain clinic run by Dr. Gish.

I told him he needs to contact Dr. Gish regarding his lower back pain.

I told him I don't treat much pain.

He has some mild neck pain, especially on the left.

His migraines have been somewhat worse.

They are occurring one or 2 times a week.

They are at the bridge of his nose, midline, he often wakes up with them.

With Imitrex 100, they typically resolve within 30 minutes.

He remains on Topamax 25 mg, 2 pills at night.

He tried increase the dose to 3 pills made him sleepy during the daytime.

He is also taking amitriptyline 25 mg at night for migraine prophylaxis, prescribed by his psychiatrist.

His psychiatrist is Dr. Steven Lamb.

His blood pressure is low, so I don't think he is a candidate for beta blocker therapy.

Dr. Leung previously tried him on propranolol which apparently didn't help. He also tried him on amitriptyline which didn't help.

He previously tried gabapentin which did not help with his migraines.

With Topamax, his migraines have been improving. He had been having about 2 migraines per week, now having 1-2 per week. He thinks his migraines are milder.

When he has a migraine, he takes Imitrex and typically the headache goes away within about 45-60 minutes. He thinks that Imitrex makes him a little poorly coordinated.

His tremors are slightly better with Topamax.

Klonopin is helpful for them.

They tend to be worse with stress.

#1. Migraines.

His chief complaint is migraine headaches. He started having migraines in his late teens or early 20s. There is a positive family history of migraines in his grandmother. A few months ago, his migraines had been occurring about twice a week, but recently,, they have been just occurring about every week or 2. He has severe migraines 2 or 3 times a year. His migraines are located at the bridge of his nose, described as an intense pain, associated with nausea, light sensitivity, sound sensitivity. The smell of coffee bothers him. He typically does not have vomiting with migraines. He typically does not have an aura with his migraines, but sometimes he does.

He's never had a CAT scan or MRI scan of his head.

He typically takes Imitrex 100 mg at the onset of his migraines and typically they resolve within about one hour.

He occasionally has used Imitrex shots, given him at the doctor's office and Imitrex shots tend to work better than the Imitrex pills. Imitrex pills, causes some mild confusion.

He has seen a neurologist at UK about his migraines initially started on gabapentin which caused side effects and he stopped it after about a week.

#2. Neck pain.

He has a long history of neck pain, present for years. He's never had a neck injury. His neck pain is typically midline, just sometimes extends to the left. Most the time his neck pain is moderate in degree. He typically uses tizanidine 4 mg at night which is somewhat helpful. He currently is getting physical therapy for the neck pain and it helps as well.

He had an MRI of the cervical spine In 8/18 which did show moderate degenerative disc disease, no central canal stenosis, no herniated discs.

He has no interest in cervical spine surgery for his neck pain.

I think he has seen Dr. William Brooks about his neck pain.

#3. Tremors.

I see his mother. She has familial tremor and Parkinson's disease, as well as schizoaffective disorder. When she tried Sinemet, she had "bad thoughts" and it was discontinued.

He has been having tremors for the last several years. He has tremors in both hands, right more than left. He is right-handed. Denies any resting tremors. The tremors mainly occur while eating and drinking. Denies having any tremors in his head or voice.

He says the tremors in general are not bad take any medication for.

#4. Poor balance.

He's been having trouble with balance for about 5 years. It is been gradually getting worse. He tends to have low blood pressure. He gets lightheaded when he stands up quickly. He doesn't think the lightheadedness causes poor balance.

He previously saw Dr. Leung for migraines in 7/16. He was having 2 or 3 migraines a week, using Zomig inhaler and Imitrex pills. He had a holocranial headaches often with a visual aura with a right visual field defect. He was tried on propranolol and amitriptyline but apparently they did not work.

Laboratory studies:

His MRI scan of brain 4/26/19 was normal. He did have a lot of abnormalities in the sinuses.

His MRI of the cervical spine on 6/12/19 showed a disc protrusion at C6-7 extending to the left. There were multiple broad-based disc protrusions and mild to moderate arthritic changes. No herniated discs. No central canal stenosis. The findings were similar to his prior MRI from 8/18.

MRI of the lumbar spine on 6/12/19 showed protruding disks at L4-5 and L5-S1, no disc herniations, no central canal stenosis, mild arthritic changes.

MRI of the cervical spine in 10/15 showed a broad-based disc protrusion at C5-6 and at C67, with a small herniated disc at T2-3. No significant spinal canal stenosis noted.

MRI of the cervical spine in 8/18 showed mild degenerative changes of the cervical spine, no central canal stenosis at any level, there was a broad-based disc protrusion at T2-3, findings were maximal at C3-4 and C5-6 with bulging disks and arthritic changes.

## Assessment / Plan

**. Migraine without aura -**

He has a long history of migraines, onset in his late teens or early 20s. Positive family history of migraines in his grandmother.

Recently his migraines had been improving. Before Topamax, he was having about 2 migraines per week, now he is having either one or 2 per week.

He has severe migraines 2 or 3 times year.

His migraines located the bridge of the nose, described as an intense pain with associated nausea, light sensitivity and sound symptoms. Typically he does not have an aura before the migraine.

With Imitrex, his migraines typically resolves within about 45–60 minutes.

Imitrex injections work better than the shots but the injections cause confusion.

He previously saw a neurologist at UK, was recommended he try gabapentin, he took it for 1 week it caused side effects and was discontinued.

He has been on propranolol and amitriptyline for migraine prophylaxis in the past but I think he had side effects with both.

He returns in follow-up today.

His MRI scan of brain is normal.

He is on Topamax 50 mg daily.

The 75 mg dose causes excessive sleepiness.

His migraines have improved with Topamax, less frequent and milder.

His tremors have improved with Topamax.

He uses Imitrex and typically his headache goes away within about 45-60 minutes.

He recently tried increasing his Topamax dose to 75 mg but again caused excessive sleepiness.

He is on amitriptyline 25 mg at night.

When he saw Dr. Leung, he previously tried propranolol which didn't help.

Currently his blood pressure is pretty low.

G43.009: Migraine without aura, not intractable, without status migrainosus

- Topamax 25 mg tablet - Take 2 tablet(s) every day by oral route. Qty: 180 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
- Imitrex 100 mg tablet - As Directed Qty: 27 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
  Note to Pharmacy: 1 pill at onset of migraine, may repeat at 2 or 3 hours if needed

**. Migraine with aura** -

He has infrequent migraine without aura.

G43.109: Migraine with aura, not intractable, without status migrainosus

- MIGRAINE AURA WITHOUT A HEADACHE: CARE INSTRUCTIONS

**. Essential tremor** -

He has a very mild sustension tremor in the right hand, none on the left, no parkinsonian features.

I told him I think he has mild familial tremor.

The tremor is not bad enough to take any medication for at this time.

It has improved a little with Topamax.

G25.0: Essential tremor

**. Neck pain** -

He has chronic neck pain. He has mild to moderate degenerative changes of the cervical spine.

I think he hsd seen Dr. Brooks who did not recommend any surgery.

I recommended a trial of diclofenac for the neck pain.

We reviewed his MRI of the cervical spine, which does show a bulging disc extending to the left at the C6-7 level. He does have rather diffuse numbness and tingling diffusely through the left arm.

I would recommend neurosurgical conscious to Dr. Robert Owen.

Currently, he sees the pain clinic run by Dr. Gish.

M54.2: Cervicalgia

- NECK PAIN: CARE INSTRUCTIONS

**. Chronic low back pain** -

With underlying mild degenerative changes on the MRI lumbar spine 6/12/19

He does have 2 broad-based disc protrusions but no central canal stenosis or disc herniation.

M54.5: Low back pain

**. Poor balance** -

while he complains of poor balance, I think his balance is perfectly normal. His gait is normal. He can heel walk and toe walk without much difficulty. Tandem gait and Romberg sign essentially negative. No signs of neuropathy on exam.

I told him I suspect his poor balance is because he gets lightheaded from his low blood pressure.

R27.8: Other lack of coordination

**. Chronic anxiety** -

He has chronic anxiety, on Pristiq

F41.9: Anxiety disorder, unspecified

**Discussion Notes**

He returns in follow-up today.

His migraines are slightly worse, one or 2 times a week.

They resolve within 30 minutes with somewhat triptan.

His chief complaint is worsening lower back pain.

I told him he needs to get back to the pain clinic.

He still has some neck pain especially on the left.

He said he is just tired of all the pain which he is experiencing.

I refilled his Topamax and sumatriptan.

I will see him back in 6 months.

Return to Office

- WALAA A AYOUB, MD for RECHECK at ENDOCRINOLOGY SB on 01/09/2020 at 01:30 PM
- to see CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on or around 06/02/2020
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 06/04/2020 at 01:45 PM

Encounter Sign-Off

Encounter signed-off by CRAIG A KNOX, MD, 12/03/2019.
Encounter performed and documented by CRAIG A KNOX, MD
Encounter reviewed & signed by CRAIG A KNOX, MD on 12/03/2019 at 12:08pm

**Encounter Date: 11/12/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 11/12/2019 01:00PM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | JOHN P ZIEGLER, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

3 mo f/u

Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968

Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 11/12/2019 01:11 pm | **Wt:** | 208 lbs 8 oz With clothes 11/12/2019 01:12 pm | **BMI:** | 28.3 11/12/2019 01:12 pm |
| **T:** | 98.3 F° ear 11/12/2019 01:12 pm | **BP:** | 112/72 sitting L arm 11/12/2019 01:14 pm | **Pulse:** | 72 bpm regular 11/12/2019 01:14 pm |
| **RR:** | 16 11/12/2019 01:12 pm | **O2Sat:** | 97% Room Air at Rest 11/12/2019 01:12 pm | | |

Allergies

Reviewed Allergies

NKDA

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** — 04/08/19 prescribed
Take 1 tablet(s) by oral route.
**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet

**atorvastatin 20 mg tablet** — 11/12/19 prescribed
TAKE ONE TABLET BY MOUTH ONCE DAILY

**betamethasone dipropionate 0.05 % topical cream** — 03/23/18 prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**clonazePAM 1 mg tablet** — 11/12/19 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**diclofenac sodium 75 mg tablet,delayed release** — 04/18/19 prescribed
Take 1 tablet(s) twice a day by oral route.

**Imitrex 100 mg tablet** — 04/18/19 prescribed
As Directed

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** — 04/18/19 prescribed
Inject 1 mL as needed by subcutaneous route.

**Norco 7.5 mg-325 mg tablet** — 09/19/19 prescribed
1 po every six hours as needed pain
**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet

**omeprazole 20 mg capsule,delayed release** — 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**Pristiq 100 mg tablet,extended release** — 10/09/19 entered
Take 1 tablet(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** — 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (pulmonary hypertension) 20 mg tablet** — 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump** — 10/16/19 auth requested
Apply by transdermal route.

**tiZANidine 4 mg tablet** — 11/12/19 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** — 04/18/19 prescribed
Take 4 tablet(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active

## ZOLL, JAMES D (id #21795182, dob:

- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

### Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

### Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: jclines1 answered No to the Tobacco cessation counseling provided question on 04/05/2019.)
Alcohol intake: Occasional
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Caffeine intake: Occasional
Illicit drugs: None
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

### Surgical History

Surgical History not reviewed (last reviewed 10/09/2019)
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

### Past Medical History

Past Medical History not reviewed (last reviewed 10/09/2019)
Anxiety Disorder: **Y**
Depression: **Y**
Headaches: **Y - migraines with and without aura**
High Cholesterol: **Y**

### HPI

patient in for med refills. No myalgias with statin–had recent labs in August–overall stable. Saw psychiatrist–off Pristiq and now on Zoloft 100 mg for the last 4 weeks–is beneficial. Also on Elavil 25 mg at night for migraines–? Helpful. Having left shoulder surgery before the end of the year–arthroscopically. Klonopin maintains benefit for anxiety–wants to continue. Currently on no opiates. Denies chest pain, unexplained shortness of air, urinary/bowel changes. His sleep is been fair.no consistent alcohol use.no breakthrough GERD.

### ROS

**ROS as noted in the HPI**

### Physical Exam

Patient is a 50-year-old
male.

Gen.: NAD
HEENT: PERRLA Nose-no discharge. Oropharynx-clear.
Neck: Supple without adenopathy.
Lungs: Clear throughout-good air movemen
Heart: RRR
Abdomen: Soft, nontender, negative HSM.
Extremities: No peripheral edema. left shoulder with decreased range of motion–especially overhead
Neuro: No focal deficits.
Affect: mild anxiety/depression

### Assessment / Plan

1. Migraine headaches

2. Mood disorder–stable/improved

3. Hyperlipidemia

Plan: Reviewed the pros/cons of BZD with him including possible long-term addiction potential. Since maintains effectiveness, tolerating without side effects, he wants to continue. kasper report reviewed. UDS sent for BZD confirmation–suspicion for abuse is low.Klonopin 1 mg twice a day when necessary 60+2R. Keep all specialist follow-up. Contact me if changing/worsening symptoms–otherwise three-month med check.

**. Migraine**
G43.909: Migraine, unspecified, not intractable, without status migrainosus

- clonazepam 1 mg tablet - TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED Qty: 60 tablet(s) Refills: 2 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
- DRUG SCREEN, URINE - Specimen source: Urine clean catch
- BENZODIAZEPINE, URINE

**. Hyperlipidemia**

E78.5: Hyperlipidemia, unspecified

- atorvastatin 20 mg tablet - TAKE ONE TABLET BY MOUTH ONCE DAILY Qty: 90 tablet(s) Refills: 1 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. Mood disorder**

F39: Unspecified mood [affective] disorder

**. Vascular headache**

G44.1: Vascular headache, not elsewhere classified

- tizanidine 4 mg tablet - TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED Qty: 90 tablet(s) Refills: 1 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

DRUG SCREEN, URINE

- Results:
  - **Marijuana (THC50): Negative**
  - **Cocaine (COC300): Negative**
  - **Opiates (OPI2000): Negative**
  - **Amphetamine (AMP1000): Negative**
  - **Methamphetamine (MET1000): Negative**
  - **Phencyclidine (PCP25): Negative**
  - **Ectasy (MDMA500): Negative**
  - **Barbituates (BAR300): Negative**
  - **Benzodiazepines (BZO300): POSITIVE**
  - **Methadone (MTD300): Negative**
  - **Tricyclic Antidepressants (TCA1000): POSITIVE**
  - **Oxycodone (OXY100): Negative**
  - **Internal QC: Okay**

Return to Office

- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 12/03/2019 at 11:00 AM
- WALAA A AYOUB, MD for RECHECK at ENDOCRINOLOGY SB on 01/09/2020 at 01:30 PM

Encounter Sign-Off

Encounter signed-off by JOHN P ZIEGLER, MD, 11/13/2019.
Encounter performed and documented by JOHN P ZIEGLER, MD
Encounter reviewed & signed by JOHN P ZIEGLER, MD on 11/13/2019 at 6:52am

**Encounter Date: 10/09/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 10/09/2019 01:30PM |
| **DOB** | | **Service Dept.** | ENDOCRINOLOGY SB |
| **Provider** | WALAA A AYOUB, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

None recorded.

Patient's Care Team

**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968

Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 10/09/2019 01:35 pm | **Wt:** 210 lbs 10/09/2019 01:36 pm | **BMI:** 28.5 10/09/2019 01:36 pm |
| **BP:** 116/62 10/09/2019 01:37 pm | **Pulse:** 76 bpm 10/09/2019 01:37 pm | |

Allergies

Reviewed Allergies
NKDA

## ZOLL, JAMES D (id #21795182, dob:

### Medications

Reviewed Medications

**amitriptyline 10 mg tablet** — 04/08/19 prescribed
Take 1 tablet(s) by oral route.
**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet

**atorvastatin 20 mg tablet** — 12/14/18 prescribed
TAKE ONE TABLET BY MOUTH ONCE DAILY

**betamethasone dipropionate 0.05 % topical cream** — 03/23/18 prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**clonazePAM 1 mg tablet** — 06/04/19 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**diclofenac sodium 75 mg tablet,delayed release** — 04/18/19 prescribed
Take 1 tablet(s) twice a day by oral route.

**Imitrex 100 mg tablet** — 04/18/19 prescribed
As Directed

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** — 04/18/19 prescribed
Inject 1 mL as needed by subcutaneous route.

**Norco 7.5 mg-325 mg tablet** — 09/19/19 prescribed
1 po every six hours as needed pain
**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet

**omeprazole 20 mg capsule,delayed release** — 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**Pristiq 100 mg tablet,extended release** — 10/09/19 entered
Take 1 tablet(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** — 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (antihypertensive) 20 mg tablet** — 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**tiZANidine 4 mg tablet** — 04/08/19 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** — 04/18/19 prescribed
Take 4 tablet(s) every day by oral route.

### Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

### Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

### Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Reviewed Surgical History
Other - Testicular surgery
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

## Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**

## HPI

50-year-old Caucasian male patient with a past mental history as detailed in the problem is significant for hyperlipidemia on statin therapy, depression on therapy, chronic pain on therapy who is seen in the office today at the request of Dr. Ziegler for Hypogonadism evaluation and further management.

Reported few years duration of the following symptoms:

Low libido

Depression/mood swings

Erectile dysfunction for which he uses low-dose sildenafil

Fatigue and lack of energy

He denied any of the following symptoms:

Breast tenderness

Heat intolerance or flashes

Denies any history of head trauma

Intermittent headaches but denies any visual blurring

Currently on chronic. Therapy for neck pain, shoulder pain.

Recently had laboratory workup showing low total testosterone levels.

No history of cardiovascular disease

No history of blood clots

No family history of prostate cancer

## ROS

Patient reports **diminished activity and fatigue**. He reports no eye symptoms. He reports no ENMT symptoms. He reports no cardiovascular symptoms. He reports no respiratory symptoms. He reports no gastrointestinal symptoms. He reports no genitourinary symptoms. He reports no musculoskeletal symptoms. He reports no skin symptoms. He reports no neurological symptoms. He reports no endocrine symptoms.

## Physical Exam

Patient is a 50-year-old male.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, well-developed, not anxious/nervous, and no sweating. Level of Distress: no acute distress. Ambulation: ambulating normally.

**Eyes:** Lids and Conjunctivae: no discharge, pallor, or periorbital edema and non-injected. Pupils: equal, round, reactive to light, normal accommodation. Extraocular Movements: intact. Sclerae: non-icteric.

**Neck:** Neck: supple, trachea midline, no masses, and full range of motion. Thyroid: no enlargement or nodules and non-tender. Neck vessels: no carotid bruits. Lymph Nodes: no anterior cervical LAD.

**Cardiovascular:** Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and regular rate and

rhythm.

**Lungs:**Auscultation: breath sounds normal, good air movement, clear to auscultation, and no wheezing.

**Abdomen:**Inspection: soft. Bowel Sounds: normal.

**Musculoskeletal::**Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles: normal movement of all extremities.

**Neurologic:**Gait and Station: normal gait and station. Cranial Nerves: grossly intact.

**Psychiatric:**Insight: good judgement and insight. Mental Status: normal mood and affect and active and alert.

Alert oriented time 3

Intact secondary sexual characteristics

Genitourinary examination: 20 mL testicular volume bilaterally with no masses felt clinically.

## Assessment / Plan

. **Male hypogonadism -**

50-year-old Caucasian male patient with a past medical history as detailed in the problem is significant for chronic pain syndrome, hyperlipidemia on therapy seen in the office today at the request of Dr. Ziegler for low testosterone/hypogonadism evaluation further management.

Reported to years duration of symptoms consistent with uncontrolled hypogonadism in the form of fatigue, lack of energy, low libido and erectile dysfunction.

On physical exam he doesn't have any obvious manifestations of hypogonadism such as gynecomastia or testicular atrophy.

Laboratory hormonal workup on 8/20/2019 showed low testosterone 261 ng/dL [ Samples collected at 12 PM]. Normal range [264–9 116 ng/dL]

Normal hemoglobin/hematocrit

Baseline PSA of 1.2

Most likely has hypogonadotrophic hypogonadism secondary to chronic opioid therapy.

In the office today we had a lengthy and detailed discussion about hypogonadism pathophysiology primary versus secondary, diagnostic laboratory workup and imaging studies suggested MRI is needed.

We also discussed currently available therapeutic options in the form of different testosterone preparation.

Benefits and side effects discussed with patient in detail.

He verbalized understanding and expressed his willingness to start testosterone replacement therapy if his testosterone levels are consistently low.

I recommended to proceed with fasting morning laboratory hormonal workup as detailed below.

Pituitary imaging to be ordered as needed

For consistently low-normal testosterone we will consider to start topical testosterone 1.62% 2 applications daily.

Controlled substance agreement signed in the office today

Kasper reviewed

3 months follow-up visit

E29.1: Testicular hypofunction

- HYPOGONADISM: CARE INSTRUCTIONS
- CBC - To be performed on or around 10/10/2019 Note to Lab: 7–9 AM fasting labs
- LUTENIZING HORMONE (LH) - To be performed on or around 10/10/2019
- ALBUMIN - To be performed on or around 10/10/2019
- SEX HORMONE BINDING GLOB - To be performed on or around 10/10/2019
- PROLACTIN - To be performed on or around 10/10/2019
- TESTOSTERONE, TOTAL/FREE, MALE OVER 20 - To be performed on or around 10/10/2019 Note to Lab: 7–9 AM morning total testosterone fasting

**. Impotence of organic origin-**

Currently using low dose sildenafil therapy with good response

We discussed erectile dysfunction causes i.e. hormonal, vascular or neurogenic

Continue current therapy along with testosterone replacement therapy as appropriate.

Patient verbalized understanding and agreed with the above mentioned plan of care.

I would like to thank Dr. Ziegler for the opportunity to participate in the care of this patient.

N52.9: Male erectile dysfunction, unspecified

- ERECTILE DYSFUNCTION: CARE INSTRUCTIONS

Return to Office

- JOHN P ZIEGLER, MD for RECHECK at FAMILY MEDICINE ANDOVER on 11/12/2019 at 01:00 PM
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 12/03/2019 at 11:00 AM
- WALAA A AYOUB, MD for RECHECK at ENDOCRINOLOGY SB on 01/09/2020 at 01:30 PM

Encounter Sign-Off

Encounter signed-off by WALAA A AYOUB, MD, 10/09/2019.
Encounter performed and documented by WALAA A AYOUB, MD
Encounter reviewed & signed by WALAA A AYOUB, MD on 10/09/2019 at 2:47pm

**Encounter Date: 09/19/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 09/19/2019 09:30AM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | JOHN P ZIEGLER, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>PCP : ZIEGLER, JOHN P<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

back pain

more on left lower center . feels like real throbbing and stabbing pain . did't hurt while doing anything it just came.

Patient's Care Team

**Primary Care Provider:** ZIEGLER, JOHN P: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438
**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968

Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 09/19/2019 09:37 am | **Wt:** | 205 lbs 8 oz With clothes 09/19/2019 09:41 am | **BMI:** | 27.9 09/19/2019 09:41 am |
| **T:** | 97.4 F° ear 09/19/2019 09:41 am | **BP:** | 102/68 sitting R arm 09/19/2019 09:42 am | **Pulse:** | 73 bpm regular 09/19/2019 09:42 am |
| **RR:** | 16 09/19/2019 09:42 am | **O2Sat:** | 98% Room Air at Rest 09/19/2019 09:42 am | | |

Allergies

Reviewed Allergies
NKDA

**ZOLL, JAMES D (id #21795182, dob:**

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 04/08/19 prescribed
Take 1 tablet(s) by oral route.
**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet

**atorvastatin 20 mg tablet** 12/14/18 prescribed
TAKE ONE TABLET BY MOUTH ONCE DAILY

**betamethasone dipropionate 0.05 % topical cream** 03/23/18 prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**clonazePAM 1 mg tablet** 06/04/19 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**diclofenac sodium 75 mg tablet,delayed release** 04/18/19 prescribed
Take 1 tablet(s) twice a day by oral route.

**Imitrex 100 mg tablet** 04/18/19 prescribed
As Directed

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** 04/18/19 prescribed
Inject 1 mL as needed by subcutaneous route.

**Norco 7.5 mg-325 mg tablet** 09/19/19 prescribed
1 po every six hours as needed pain
**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet

**omeprazole 20 mg capsule,delayed release** 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**Pristiq 50 mg tablet,extended release** 04/08/19 prescribed
Take 1 tablet(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (antihypertensive) 20 mg tablet** 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**tiZANidine 4 mg tablet** 04/08/19 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** 04/18/19 prescribed
Take 4 tablet(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 06/19/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems
- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

## Family History

Reviewed Family History
Father - Hypercholesterolemia

| | |
|---|---|
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: jclines1 answered No to the Tobacco cessation counseling provided question on 04/05/2019.)
Alcohol intake: Occasional
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Caffeine intake: Occasional
Illicit drugs: None
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 06/19/2019
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Surgical History not reviewed (last reviewed 06/19/2019)
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

## Past Medical History

Past Medical History not reviewed (last reviewed 06/19/2019)
Anxiety Disorder: **Y**
Depression: **Y**
Headaches: **Y - migraines with and without aura**
High Cholesterol: **Y**

## HPI

patient here for follow-up. Going to physical therapy at CHH for his neck. Mackenzie exercises–rough. But now starting to see a little improvement. Requests formal Rx to start therapy for his back–recent flare over the last few days. Denies known trigger. Left central back. Sitting beneficial. Some tightness–has tizanidine. No radiation. Requests pain med given flare–last flare 5 months ago. Remains off work. Still intermittent use of Klonopin for sleep–beneficial. He feels his mood has been stable.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old male.

Gen.: NAD
Neck: Supple without adenopathy.
Lungs: Clear throughout-good air movement
Heart: RRR
Abdomen: Soft, nontender, negative HSM.
Back: tender to palpation over left mid to lower lumbar region. Flexion–80°, extension–5°, left right twisting mildly limited. No frank spasm.
Extremities: No peripheral edema.
Neuro:reflexes 2+ bilateral knee, 1+ bilateral ankle
Affect: Appropriate

## Assessment / Plan

1. Low back pain–flare

2. Cervical radiculopathy

Plan: Continue physical therapy for his neck but Rx written to add therapy for his lumbar region. Continue ice/muscle relaxer as needed. Reviewed the pros/cons of opiate for pain control with him including possible long-term addiction potential. Kasper report reviewed. Norco 7.5 every 6 when necessary #12–sedation reviewed follow-up if not improving–otherwise keep regular scheduled med check appointment.

**. Low back pain**
M54.5: Low back pain

- Norco 7.5 mg-325 mg tablet - 1 po every six hours as needed pain Qty: 12 tablet(s) Refills: 0 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

## Return to Office

- WALAA A AYOUB, MD for NEW PATIENT at ENDOCRINOLOGY SB on 10/09/2019 at 01:30 PM
- JOHN P ZIEGLER, MD for RECHECK at FAMILY MEDICINE ANDOVER on 11/12/2019 at 01:00 PM
- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 12/03/2019 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by JOHN P ZIEGLER, MD, 09/20/2019.
Encounter performed and documented by JOHN P ZIEGLER, MD
Encounter reviewed & signed by JOHN P ZIEGLER, MD on 09/20/2019 at 6:25am

**Encounter Date: 06/19/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 06/19/2019 02:00PM |
| **DOB** | | **Service Dept.** | NEUROLOGY CHI SJOP |
| **Provider** | CRAIG A KNOX, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>PCP : ZIEGLER, JOHN P<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** ZIEGLER, JOHN P: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438
**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968

## Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 06/19/2019 02:05 pm | **Wt:** | 215 lbs 06/19/2019 02:05 pm | **BMI:** | 29.2 06/19/2019 02:05 pm |
| **BP:** | 100/64 sitting L arm 06/19/2019 02:08 pm | **Pulse:** | 76 bpm 06/19/2019 02:08 pm | | |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) by oral route.<br>**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet | 04/08/19 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 12/14/18 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 06/04/19 | prescribed |
| **diclofenac sodium 75 mg tablet,delayed release**<br>Take 1 tablet(s) twice a day by oral route. | 04/18/19 | prescribed |
| **Imitrex 100 mg tablet**<br>As Directed | 04/18/19 | prescribed |
| **Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector**<br>Inject 1 mL as needed by subcutaneous route. | 04/18/19 | prescribed |
| **Norco 5 mg-325 mg tablet**<br>Take 1 tablet(s) every 6-8 hours by oral route as needed. | 06/04/19 | prescribed |
| **omeprazole 20 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 04/08/19 | prescribed |

## ZOLL, JAMES D (id #21795182, dob:

**Pristiq 50 mg tablet,extended release** 04/08/19 prescribed
Take 1 tablet(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (antihypertensive) 20 mg tablet** 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**tiZANidine 4 mg tablet** 04/08/19 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** 04/18/19 prescribed
Take 4 tablet(s) every day by oral route.

### Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

### Problems

Reviewed Problems
- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

### Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine<br>- Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

### Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

### Surgical History

Reviewed Surgical History
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

### Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**
Neurological Problems: **Y - tremors**

### HPI

Mr. Zoll returns in follow-up regarding his migraines, essential tremor and neck pain.

He came in by himself today.

## ZOLL, JAMES D (id #21795182, dob:

I saw him in consultation on 4/18/19 Re: Migraines, neck pain, tremors and poor balance.

I recommended an MRI of the brain and a trial of Topamax for migraine prophylaxis.

We also discussed trying propranolol.

His MRI scan of brain 4/26/19 was normal. He did have a lot of abnormalities in the sinuses.

His MRI of the cervical spine on 6/12/19 showed a disc protrusion at C6-7 extending to the left. There were multiple broad-based disc protrusions and mild to moderate arthritic changes. No herniated discs. No central canal stenosis. The findings were similar to his prior MRI from 8/18.

MRI of the lumbar spine on 6/12/19 showed protruding disks at L4-5 and L5-S1, no disc herniations, no central canal stenosis, mild arthritic changes.

He returns in follow-up today.

He is taking Topamax 50 mg at night.

When he took 75 mg, he was excessively drowsy and sleepy during the daytime.

He lowered the dose to 50 mg and that has improved.

He feels like he is sleeping better recently.

He's having more REM sleep.

With Topamax, his migraines have been improving. He had been having about 2 migraines per week, now having 1-2 per week. He thinks his migraines are milder.

When he has a migraine, he takes Imitrex and typically the headache goes away within about 45-60 minutes. He thinks that Imitrex makes him a little poorly coordinated.

His tremors are slightly better with Topamax.

Klonopin is helpful for them.

They tend to be worse with stress.

He has tried gabapentin which made him irritable.

His main problem is neck pain. He wanted me to review his MRIs of the cervical and lumbar spine. He is going to the pain clinic. He wondered which neurosurgeon I would recommend. I recommended Dr. Robert Owen.

#1. Migraines.

His chief complaint is migraine headaches. He started having migraines in his late teens or early 20s. There is a positive family history of migraines in his grandmother. A few months ago, his migraines had been occurring about twice a week, but recently,, they have been just occurring about every week or 2. He has severe migraines 2 or 3 times a year. His migraines are located at the bridge of his nose, described as an intense pain, associated with nausea, light sensitivity, sound sensitivity. The smell of coffee bothers him. He typically does not have vomiting with migraines. He typically does not have an aura with his migraines, but sometimes he does.

He's never had a CAT scan or MRI scan of his head.

He typically takes Imitrex 100 mg at the onset of his migraines and typically they resolve within about one hour.

He occasionally has used Imitrex shots, given him at the doctor's office and Imitrex shots tend to work better than the Imitrex pills. Imitrex pills, causes some mild confusion.

He has seen a neurologist at UK about his migraines initially started on gabapentin which caused side effects and he stopped it after about a week.

#2. Neck pain.

He has a long history of neck pain, present for years. He's never had a neck injury. His neck pain is typically midline, just sometimes extends to the left. Most the time his neck pain is moderate in degree. He typically uses tizanidine 4 mg at night which is somewhat helpful. He currently is getting physical therapy for the neck pain and it helps as well.

He had an MRI of the cervical spine In 8/18 which did show moderate degenerative disc disease, no central canal stenosis, no herniated discs.

He has no interest in cervical spine surgery for his neck pain.

I think he has seen Dr. William Brooks about his neck pain.

#3. Tremors.

I see his mother. She has familial tremor and Parkinson's disease, as well as schizoaffective disorder. When she tried Sinemet, she had "bad thoughts" and it was discontinued.

He has been having tremors for the last several years. He has tremors in both hands, right more than left. He is right-handed. Denies any resting tremors. The tremors mainly occur while eating and drinking. Denies having any tremors in his head or voice.

He says the tremors in general are not bad take any medication for.

#4. Poor balance.

He's been having trouble with balance for about 5 years. It is been gradually getting worse. He tends to have low blood pressure. He gets lightheaded when he stands up quickly. He doesn't think the lightheadedness causes poor balance.

He previous he saw Dr. Leung for migraines in 7/16. He was having 2 or 3 migraines a week, using Zomig inhaler and Imitrex pills. He had a holoacranial headaches often with a visual aura with a right visual field defect. He was tried on propranolol and amitriptyline but apparently they did not work.

Laboratory studies:

MRI of the cervical spine in 10/15 showed a broad-based disc protrusion at C5-6 and at C67, with a small herniated disc at T2-3. No significant spinal canal stenosis noted.

A repeat MRI of the cervical spine in 8/18 showed mild degenerative changes of the cervical spine, no central canal stenosis at any level, there was a broad-based disc protrusion at T2-3, findings were maximal at C3-4 and C5-6 with bulging disks and arthritic changes.

## Assessment / Plan

. **Migraine without aura** -

He has a long history of migraines, onset in his late teens or early 20s. Positive family history of migraines in his grandmother.

Recently his migraines had been improving. Before Topamax, he was having about 2 migraines per week, now he is having either one or 2 per week.

He has severe migraines 2 or 3 times year.

His migraines located the bridge of the nose, described as an intense pain with associated nausea, light sensitivity and sound symptoms. Typically he does not have an aura before the migraine.

With Imitrex, his migraines typically resolves within about 45–60 minutes.

Imitrex injections work better than the shots but the injections cause confusion.

He previously saw a neurologist at UK, was recommended he try gabapentin, he took it for 1 week it caused side effects and was discontinued.

He has been on propranolol and amitriptyline for migraine prophylaxis in the past but I think he had side effects with both.

He returns in follow-up today.

His MRI scan of brain is normal.

He is on Topamax 50 mg daily.

The 75 mg dose causes excessive sleepiness.

His migraines have improved with Topamax, are less frequent and milder.

His tremors have improved with Topamax.

He uses Imitrex and typically his headache goes away within about 45-60 minutes.

We could consider another trial of propranolol later on.

G43.009: Migraine without aura, not intractable, without status migrainosus

. **Migraine with aura** -

He has infrequent migraine without aura.

G43.109: Migraine with aura, not intractable, without status migrainosus

- MIGRAINE AURA WITHOUT A HEADACHE: CARE INSTRUCTIONS

**. Essential tremor -**

He has a very mild sustension tremor in the right hand, none on the left, no parkinsonian features.

I told him I think he has mild familial tremor.

The tremor is not bad enough to take any medication for at this time.

G25.0: Essential tremor

**. Neck pain -**

He has chronic neck pain. He has mild to moderate degenerative changes of the cervical spine.

I think he hsd seen Dr. Brooks who did not recommend any surgery.

I recommended a trial of diclofenac for the neck pain.

We reviewed his MRI of the cervical spine, which does show a bulging disc extending to the left at the C6-7 level. He does have rather diffuse numbness and tingling diffusely through the left arm.

I would recommend neurosurgical conscious to Dr. Robert Owen.

Currently, he sees the pain clinic run by Dr. Gish.

M54.2: Cervicalgia

- NECK PAIN: CARE INSTRUCTIONS

**. Chronic low back pain -**

With underlying mild degenerative changes on the MRI lumbar spine 6/12/19

He does have 2 broad-based disc protrusions but no central canal stenosis or disc herniation.

M54.5: Low back pain

**. Poor balance -**

while he complains of poor balance, I think his balance is perfectly normal. His gait is normal. He can heel walk and toe walk without much difficulty. Tandem gait and Romberg sign essentially negative. No signs of neuropathy on exam.

I told him I suspect his poor balance is because he gets lightheaded from his low blood pressure.

R27.8: Other lack of coordination

**. Chronic anxiety -**

He has chronic anxiety, on Pristiq

F41.9: Anxiety disorder, unspecified

**)iscussion Notes**

He returns in follow-up today.

He is now on Topamax 50 mg at night.

His migraines are less frequent and little less severe but nothing dramatic.

He thinks the Topamax tends make him sleepy during the daytime.

I told him that's a somewhat uncommon side effect.

I did recommend he try taking Topamax 75 or 100 mg at night.

MRI scan of brain was normal.

He thinks his tremors are a little better.

He wanted me to review his MRI reports of the cervical and lumbar spine we discussed that today.

If he wants a surgical consultation, I would recommend Dr. Robert Owen.

He will talk to Dr. Gish about that.

I will see him back for follow-up visit in 3 months.

I told him I'm retiring at the end of this year and I can transfer his care to one my partners.

We spent 25 minutes today reviewing multiple issues, reviewing MRI reports, etc.

I will see him back in about 3 months.

Return to Office

- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 09/24/2019 at 02:00 PM

Encounter Sign-Off

Encounter signed-off by CRAIG A KNOX, MD, 07/24/2019.
Encounter performed and documented by CRAIG A KNOX, MD
Encounter reviewed & signed by CRAIG A KNOX, MD on 07/24/2019 at 12:44pm

**Encounter Date: 06/04/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 06/04/2019 02:45PM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | JOHN P ZIEGLER, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>PCP : ZIEGLER, JOHN P<br>Employer Name : TOYOTA<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

neck pain, back pain

left middle back pain. sharp.painful when sitting , walking and etc.been worse few last months.possible thinking the fall from last year is what causing the pain.

Patient's Care Team

**Primary Care Provider:** ZIEGLER, JOHN P: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438
**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968

Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 06/04/2019 03:10 pm | **Wt:** | 215 lbs With clothes 06/04/2019 03:12 pm | **BMI:** | 29.2 06/04/2019 03:12 pm |
| **T:** | 97.1 F° ear 06/04/2019 03:12 pm | **BP:** | 118/82 sitting L arm 06/04/2019 03:14 pm | **Pulse:** | 74 bpm regular 06/04/2019 03:12 pm |
| **RR:** | 16 06/04/2019 03:12 pm | **O2Sat:** | 97% Room Air at Rest 06/04/2019 03:13 pm | | |

Allergies

Reviewed Allergies
NKDA

Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) by oral route.<br>**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet | 04/08/19 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 12/14/18 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 06/04/19 | prescribed |
| **diclofenac 1 % topical gel** | 02/19/19 | prescribed |

APPLY 2 GRAM TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY

**diclofenac sodium 75 mg tablet,delayed release** 04/18/19 prescribed
Take 1 tablet(s) twice a day by oral route.

**Imitrex 100 mg tablet** 04/18/19 prescribed
As Directed

**Imitrex 6 mg/0.5 mL subcutaneous solution** 04/05/19 administered
Inject 0.5 mL every day by subcutaneous route as directed for 1 day.

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** 04/18/19 prescribed
Inject 1 mL as needed by subcutaneous route.

**Mobic 7.5 mg tablet** 02/19/19 prescribed
Take 1 tablet(s) every day by oral route for 30 days.

**Mucinex DM** 06/09/17 entered

**Norco 5 mg-325 mg tablet** 06/04/19 prescribed
Take 1 tablet(s) every 6-8 hours by oral route as needed.

**nystatin 100,000 unit/gram topical cream** 06/28/18 prescribed
APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed

**omeprazole 20 mg capsule,delayed release** 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**Pristiq 50 mg tablet,extended release** 04/08/19 prescribed
Take 1 tablet(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (antihypertensive) 20 mg tablet** 06/04/19 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**tiZANidine 4 mg tablet** 04/08/19 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** 04/18/19 prescribed
Take 4 tablet(s) every day by oral route.

**Zoloft 100 mg tablet** 12/14/18 entered
Take 1 tablet(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 04/18/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems
- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine |

| | |
|---|---|
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
**Family Medicine**
Non-smoker
Chewing tobacco: none
Tobacco cessation counseling provided?: N
Alcohol intake: Occasional
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Caffeine intake: Occasional
Illicit drugs: None
Smoking Status: Never smoker
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Reviewed Surgical History
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

## Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Depression: **Y**
Headaches: **Y - migraines with and without aura**
High Cholesterol: **Y**

## HPI

patient in for med refills. Last cervical MRI in August. Continues with cervicalgia–also? Worsening of lumbar issues. Going to advanced pain management–Dr. Gish–injections in neck helpful. He feels he probably warrants updated MRIs. No bowel/bladder changes. Feels Pristiq probably helping mood/motivation. Low libido–? Related to this versus other. Also some mild ED–sildenafil remains of benefit without side effects. Requests small amount of hydrocodone for the worsened flares. Still off of work because of his left shoulder through orthopedic. Klonopin maintains benefit helps prevent anxiety attacks. No alcohol. Denies suicidal thoughts/ideations. Migraine frequency/intensity improved with Topamax. denies unexplained cough, SOA,night sweats, or weight changes

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old
male.

Gen.: NAD
HEENT: PERRL
Neck: Supple without adenopathy.with flexion/extension to mild nonspecific discomfort left >right mid to lower cervical region.
Lungs: Clear throughout-good air movement without cough.
Heart: RRR
Abdomen: Soft, nontender, negative HSM.
Back: with flexion/extension some mild/moderate discomfort left mid to lower lumbar region without spasm. Mild discomfort to palpation over the involved region. T-spine shows some nonspecific discomfort between the shoulder blades-more muscular
Extremities: No peripheral edema.
Neuro: No focal deficits.
Affect: some depression/anxiety but improved today

## Assessment / Plan

1. Migraine headaches–some improved
2. Low libido/ED
3. Cervical radiculopathy
4. Lumbar radiculopathy
5. Mood disorder–some improvement
6. Thoracic pain-seems mm

Plan: Reviewed the pros/cons of controlled medications with him including possible long-term addiction potential. Since maintains effectiveness, tolerating without side effects, he wants to continue. Kasper report reviewed. Klonopin 1 mg twice a day when necessary 60+2R. Norco 5 mg every 6 when necessary #12. Keep follow-up with pain management. Update cervical/lumbar MRI. T spine x-ray.Rx for fasting CBC, CMP, lipids, PSA, total testosterone and we will call with results/recommendations. Three-month recheck–sooner as needed

**. Migraine**
G43.909: Migraine, unspecified, not intractable, without status migrainosus
- clonazepam 1 mg tablet - TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED Qty: 60 tablet(s) Refills: 2 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

. Lumbar radiculopathy
M54.16: Radiculopathy, lumbar region
- MR LUMBAR W/O CONTRAST
  Appointment Date: 06/12/2019

**. Cervical radiculopathy**
M54.12: Radiculopathy, cervical region
- MR CERVICAL W/O CONTRAST
  Appointment Date: 06/12/2019

**. Mood disorder**
F39: Unspecified mood [affective] disorder

**. Impotence of organic origin**
N52.9: Male erectile dysfunction, unspecified
- sildenafil (antihypertensive) 20 mg tablet - Take 1-3 tablets daily as needed for erectile dysfunction Qty: 20 tablet(s) Refills: 5
  Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. Pain of left shoulder joint**
M25.512: Pain in left shoulder
- Norco 5 mg-325 mg tablet - Take 1 tablet(s) every 6-8 hours by oral route as needed. Qty: 12 tablet(s) Refills: 0
  Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. Thoracic back pain**
M54.6: Pain in thoracic spine
- XR THORACIC AP/LAT
  Appointment Date: 06/04/2019

## Return to Office

- CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY CHI SJOP on 06/19/2019 at 02:00 PM

## Encounter Sign-Off

Encounter signed-off by JOHN P ZIEGLER, MD, 06/04/2019.
Encounter performed and documented by JOHN P ZIEGLER, MD
Encounter reviewed & signed by JOHN P ZIEGLER, MD on 06/04/2019 at 5:01pm

**Encounter Date: 04/18/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 04/18/2019 10:00AM |
| **DOB** | | **Service Dept.** | NEUROLOGY KOHOP |
| **Provider** | CRAIG A KNOX, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>PCP : ZIEGLER, JOHN P<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

headache/migraine, tremors

## Patient's Care Team

**Primary Care Provider:** ZIEGLER, JOHN P: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438
**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248
**Neurologist:** CRAIG KNOX MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1376590968

## Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**
KROGER MIDSOUTH 767 (ERX): 3199 BEAUMONT CENTER CIRCLE, LEXINGTON KY 40513, Ph (859) 219-1842, Fax (859) 219-1832

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft Stated 04/18/2019 10:05 am | **Wt:** | 212 lbs With clothes 04/18/2019 10:10 am | **BMI:** | 28.8 04/18/2019 10:10 am |
| **BP:** | 136/80 sitting L arm 04/18/2019 10:10 am | **Pulse:** | 76 bpm 04/18/2019 10:10 am | | |

## Allergies

Reviewed Allergies

Reviewed Allergies
NKDA

Medications

Reviewed Medications

**amitriptyline 10 mg tablet** — 04/08/19 prescribed
Take 1 tablet(s) by oral route.
**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet

**atorvastatin 20 mg tablet** — 12/14/18 prescribed
TAKE ONE TABLET BY MOUTH ONCE DAILY

**betamethasone dipropionate 0.05 % topical cream** — 03/23/18 prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**clonazePAM 1 mg tablet** — 04/08/19 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**diclofenac 1 % topical gel** — 02/19/19 prescribed
APPLY 2 GRAM TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY

**diclofenac sodium 75 mg tablet,delayed release** — 04/18/19 prescribed
Take 1 tablet(s) twice a day by oral route.

**Imitrex 100 mg tablet** — 04/18/19 prescribed
As Directed

**Imitrex 6 mg/0.5 mL subcutaneous solution** — 04/05/19 administered
Inject 0.5 mL every day by subcutaneous route as directed for 1 day.

**Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector** — 04/18/19 prescribed
Inject 1 mL as needed by subcutaneous route.

**Mobic 7.5 mg tablet** — 02/19/19 prescribed
Take 1 tablet(s) every day by oral route for 30 days.

**Mucinex DM** — 06/09/17 entered

**Norco 5 mg-325 mg tablet** — 04/08/19 prescribed
Take 1 tablet(s) every 6-8 hours by oral route as needed.

**nystatin 100,000 unit/gram topical cream** — 06/28/18 prescribed
APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed

**omeprazole 20 mg capsule,delayed release** — 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**Pristiq 50 mg tablet,extended release** — 04/08/19 prescribed
Take 1 tablet(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** — 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (antihypertensive) 20 mg tablet** — 01/29/18 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**tiZANidine 4 mg tablet** — 04/08/19 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Topamax 25 mg tablet** — 04/18/19 prescribed
Take 4 tablet(s) every day by oral route.

**Zoloft 100 mg tablet** — 12/14/18 entered
Take 1 tablet(s) every day by oral route.

Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems
- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| | - Parkinson's disease |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
Smoking Status: Never smoker
Non-smoker
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Reviewed Surgical History
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

## Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**
Neurological Problems: **Y - tremors**

## HPI

Mr. Zoll is a pleasant 50-year-old white male who is seen in consultation today regarding migraines, neck pain, tremors and poor balance. He was seen at the request of Dr. Ziegler and he came in by himself today.

#1. Migraines.

His chief complaint is migraine headaches. He started having migraines in his late teens or early 20s. There is a positive family history of migraines in his grandmother. A few months ago, his migraines had been occurring about twice a week, but recently,, they have been just occurring about every week or 2. He has severe migraines 2 or 3 times a year. His migraines are located at the bridge of his nose, described as an intense pain, associated with nausea, light sensitivity, sound sensitivity. The smell of coffee bothers him. He typically does not have vomiting with migraines. He typically does not have an aura with his migraines, but sometimes he does.

He's never had a CAT scan or MRI scan of his head.

He typically takes Imitrex 100 mg at the onset of his migraines and typically they resolve within about one hour.

He occasionally has used Imitrex shots, given him at the doctor's office and Imitrex shots tend to work better than the Imitrex pills. Imitrex pills, causes some mild confusion.

He has seen a neurologist at UK about his migraines initially started on gabapentin which caused side effects and he stopped it after about a week.

He's never been on propranolol her Topamax.

#2. Neck pain.

He has a long history of neck pain, present for years. He's never had a neck injury. His neck pain is typically midline, just sometimes extends to the left. Most the time his neck pain is moderate in degree. He typically uses tizanidine 4 mg at night which is somewhat helpful. He currently is getting physical therapy for the neck pain and it helps as well.

He had an MRI of the cervical spine In 8/18 which did show moderate degenerative disc disease, no central canal stenosis, no herniated discs.

He has no interest in cervical spine surgery for his neck pain.

I think he has seen Dr. William Brooks about his neck pain.

#3. Tremors.

I see his mother. She has familial tremor and Parkinson's disease, as well as schizoaffective disorder. When she tried Sinemet, she had "bad thoughts" and it was discontinued.

He has been having tremors for the last several years. He has tremors in both hands, right more than left. He is right-handed. Denies any resting tremors. The tremors mainly occur while eating and drinking. Denies having any tremors in his head or voice.

He says the tremors in general are not bad take any medication for.

#4. Poor balance.

He's been having trouble with balance for about 5 years. It is been gradually getting worse. He tends to have low blood pressure. He gets lightheaded when he stands up quickly. He doesn't think the lightheadedness causes poor balance.

He denies having any numbness and tingling in his feet or any weakness in his legs.

He previous he saw Dr. Leung for migraines in 7/16. He was having 2 or 3 migraines a week, using Zomig inhaler and Imitrex pills. He had a holoacranial headaches often with a visual aura with a right visual field defect. He was taking propranolol and was switched to amitriptyline but discontinued that. He recommended starting back on amitriptyline. He recommended Zanaflex for neck pain.

Allergies: None

Medications: Amitriptyline 10 mg at night, atorvastatin, clonazepam 1 mg twice a day for anxiety, Imitrex when necessary migraine, mobic 7.5 mg daily, Norco 5 every 5-8 hours when necessary pain, omeprazole, Pristiq, pro-air, Viagra, tizanidine 4 mg at night, Zoloft 100 mg daily

Past medical history: Dyslipidemia, anxiety, depression, migraines, Degenerative disc disease of the cervical spine, chronic neck pain, possible cervical radiculopathy, elevated blood pressure, chronic anxiety/depression

Past surgical history:Testicular surgery, hernia repair, shoulder surgery, radial repair.

Family history: Mother had Parkinson's disease and mental illness/suicide. Grandfather had a stroke. Grandmother has diabetes.

Social history: Nonsmoker. He drinks Alkol socially. He is single. He lives with his daughter and partner. He completed high school and some college. He works at Toyota.

Laboratory studies:

MRI of the cervical spine in 10/15 showed a broad-based disc protrusion at C5-6 and at C67, with a small herniated disc at T2-3. No significant spinal canal stenosis noted.

A repeat MRI of the cervical spine in 8/18 showed mild degenerative changes of the cervical spine, no central canal stenosis at any level, there was a broad-based disc protrusion at T2-3, findings were maximal at C3-4 and C5-6 with bulging disks and arthritic changes.

## ROS

**Additionally reports:**

**The patient completed a 14 system review of systems and symptoms on the intake sheet and this was reviewed. The patient endorsed Snoring, dry mouth, blurry vision, restless legs, neck pain, joint pain and stiffness, weakness, headaches, poor coordination, tremors, anxiety, depression, hallucinations during sleep and the remainder of the 14 system review was negative for all other systems and symptoms.**

## Physical Exam

Patient is a 50-year-old male.

The patient is well-nourished and well-developed, in no acute distress. Head is normocephalic and atraumatic. The patient is alert and fully oriented to time and place. He registers 3 objects on a single attempt and recalls 2/3 at 5 minutes. Short and long-term memory are normal. Attention span, concentration, language skills and fund of knowledge are normal. There is no dysarthria or aphasia. The patient names and follows commands well. Cranial nerves II through XII are intact. The hands are held outstretched without pronator drift. Finger-nose-finger maneuver shows no dysmetria. Rapid alternating movements are normal and symmetric in the upper and lower extremities bilaterally. Strength is normal to manual muscle testing in the upper and lower extremities bilaterally. There is no atrophy or abnormalities of muscle tone present. His deep tendon reflexes are somewhat hyperreflexic but symmetric. No long track signs.. Toes are downgoing to plantar stimulation.On sensory examination, he notices diminished light touch and increased pinprick diffusely to the left arm. Sensation is normal in the face and legs. Gait is normal including heel walk and toe walk. Fundi are benign. There are no carotid bruits.

He has a very mild sustension tremor bilaterally. Looks like essential tremor. No Parkinson's features.

## Assessment / Plan

**. Migraine without aura** -

He has a long history of migraines, onset in his late teens or early 20s. Positive family history of migraines in his grandmother. Recent his migraines have been improving. They've been occurring about every week or 2 recently, had been twice a week in the past. He has severe migraines 2 or 3 times year. His migraines located the bridge of the nose, described as an intense pain with associated nausea, light sensitivity and sound symptoms. Typically he does not have an aura before the migraine. With Imitrex, his migraines typically resolves within about one hour. Imitrex injections work better than the shots but the injections to cause confusion.

He previously saw a neurologist at UK, was recommended he try gabapentin, he took it for 1 week it caused side effects and was discontinued.

He has been on propranolol and amitriptyline for migraine prophylaxis in the past but I think he had side effects with both.

I recommended arranging an MRI scan of the brain.

I recommended a trial of Topamax for migraine prophylaxis.

I discussed the more common side effects with him.

I refilled his Imitrex pills and shots.

G43.009: Migraine without aura, not intractable, without status migrainosus

- MR BRAIN W/O CONTRAST
  Appointment Date: 04/26/2019
- Topamax 25 mg tablet - Take 4 tablet(s) every day by oral route. Qty: 120 tablet(s) Refills: 11 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: Topamax 25 mg one by mouth each bedtime for one week, then increase by one pill each week up to 4 by mouth each bedtime as tolerated; may lower dose if any side effects occur.
- Imitrex 100 mg tablet - As Directed Qty: 27 tablet(s) Refills: 3 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: 1 pill at onset of migraine, may repeat at 2 hours if needed
- Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector - Inject 1 mL as needed by subcutaneous route. Qty: 4 1 mL syringe(s) Refills: 11 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: one Imitrex shot as needed for severe migraine

**. Migraine with aura** -

He has infrequent migraine without aura.

G43.109: Migraine with aura, not intractable, without status migrainosus

- MIGRAINE AURA WITHOUT A HEADACHE: CARE INSTRUCTIONS

**. Neck pain** -

He has chronic neck pain. He has mild to moderate degenerative changes of the cervical spine.

I think he hsd seen Dr. Brooks who did not recommend any surgery.

I recommended a trial of diclofenac for the neck pain.

M54.2:
Cervicalgia

- NECK PAIN: CARE INSTRUCTIONS
- diclofenac sodium 75 mg tablet,delayed release - Take 1 tablet(s) twice a day by oral route. Qty: 60 tablet(s) Refills: 11 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607 Note to Pharmacy: 1 pill twice a day as needed for neck pain, take with food

**. Essential tremor** -

He has a very mild sustension tremor in the right hand, none on the left, no parkinsonian features.

I told him I think he has mild familial tremor.

The tremor is not bad enough to take any medication for at this time.

G25.0: Essential tremor

**. Chronic anxiety** -

He has chronic anxiety, on Pristiq

He has chronic anxiety, on Pristiq

F41.9: Anxiety disorder, unspecified

**. Poor balance -**

while he complains of poor balance, I think his balance is perfectly normal. His gait is normal. He can heel walk and toe walk without much difficulty. Tandem gait and Romberg sign essentially negative. No signs of neuropathy on exam. I told him I suspect his poor balance is because he gets lightheaded from his low blood pressure.

R27.8: Other lack of coordination

**Discussion Notes**

He is seen in consultation today regarding his migraines, neck pain, tremors and poor balance.

He is using Imitrex, which is controlling his migraines fairly well, they typically resolve within 1 hour. He's found Imitrex shots worked better than the pills. He's never given himself a shot but he thinks he probably could. I refilled his Imitrex pills and shots.

He has tried gabapentin for migraine prophylaxis but he had a lot of side effects with it, stopped it after a week.

I told him the Topamax and propranolol are probably the 2 best medicine for migraine prophylaxis.

I recommended a trial of Topamax, emailed a prescription to his pharmacy and discussed the more common side effects with him.

He also has very mild tremors, looks like essential tremor.

The tremors are not bad enough to take any medication for.

I told him sometimes Topamax can help with his tremor and propranolol is probably the best medication for them.

He does have some chronic neck pain, overall moderate in degree.

MRI scan does show moderate degenerative changes.

Recently he has been taking mobic and diclofenac gel.

I recommend he try Voltaren 75 mg twice a day and discontinue the diclofenac gel and mobic.

He is currently getting physical therapy for the neck pain which is somewhat helpful.

He also complains of poor balance.

His balance seems perfectly normal today.

I will arrange an MRI scan of the brain because of his headaches. We will start him on Topamax for migraine prophylaxis. I refilled his Imitrex pills and Imitrex shots. I emailed a prescription for diclofenac to his pharmacy.

I discussed my impression fully with him.

I will see him back in 6 or 8 weeks.

## Return to Office

- to see CRAIG A KNOX, MD for NEUROLOGY RECHECK at NEUROLOGY KOHOP on or around 05/08/2019
- BETHANY BEGLEY, PA-C for RECHECK at ORTHOPEDICS PICADOME on 06/05/2019 at 10:15 AM

## Encounter Sign-Off

Encounter signed-off by CRAIG A KNOX, MD, 05/08/2019.
Encounter performed and documented by CRAIG A KNOX, MD
Encounter reviewed & signed by CRAIG A KNOX, MD on 05/08/2019 at 9:08am

**Encounter Date: 04/15/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 04/15/2019 10:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | JOHN W LOCKHART II, PT | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>PCP : ZIEGLER, JOHN P<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder stiff

Followup: Muscle weakness
Followup: Muscular incoordination

## Physical Therapy Episodes

Episode: s/p Left Shoulder Labral Repair with SAD (9/21/18)

## Patient's Care Team

**Primary Care Provider:** ZIEGLER, JOHN P: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438
**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248

## Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**
KROGER MIDSOUTH 767 (ERX): 3199 BEAUMONT CENTER CIRCLE, LEXINGTON KY 40513, Ph (859) 219-1842, Fax (859) 219-1832

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 04/08/2019)
NKDA

## Medications

Medications not reviewed (last reviewed 04/08/2019)

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) by oral route.<br>**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet | 04/08/19 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 12/14/18 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 04/08/19 | prescribed |
| **diclofenac 1 % topical gel**<br>APPLY 2 GRAM TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY | 02/19/19 | prescribed |
| **Imitrex 100 mg tablet**<br>As Directed<br>**Internal Note:** Instructions: may repeat in 2 hrs--no more than 2 pills in 24hrs--do not take with maxalt--change in med;Frequency: as direct.;Alt Frequency: prn;Medication Description: sumatriptan; Dosage:1; Route:oral; refills:1; Quantity:27 tablet | 12/14/18 | prescribed |
| **Imitrex 6 mg/0.5 mL subcutaneous solution**<br>Inject 0.5 mL every day by subcutaneous route as directed for 1 day. | 04/05/19 | administered |
| **Mobic 7.5 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 02/19/19 | prescribed |
| **Mucinex DM** | 06/09/17 | entered |
| **Norco 5 mg-325 mg tablet**<br>Take 1 tablet(s) every 6-8 hours by oral route as needed. | 04/08/19 | prescribed |
| **Norco 7.5 mg-325 mg tablet**<br>1 po every six hours as needed<br>**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet | 06/29/18 | prescribed |
| **nystatin 100,000 unit/gram topical cream**<br>APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed | 06/28/18 | prescribed |
| **omeprazole 20 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 04/08/19 | prescribed |
| **Pristiq 50 mg tablet,extended release**<br>Take 1 tablet(s) every day by oral route. | 04/08/19 | prescribed |

## ZOLL, JAMES D (id #21795182, dob:

| | | |
|---|---|---|
| **ProAir RespiClick 90 mcg/actuation breath activated**<br>Inhale 2 puff(s) every 6-8 hours by inhalation route. | 06/09/17 | prescribed |
| **sildenafil (antihypertensive) 20 mg tablet**<br>Take 1-3 tablets daily as needed for erectile dysfunction | 01/29/18 | prescribed |
| **tiZANidine 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 04/08/19 | prescribed |
| **Zoloft 100 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 12/14/18 | entered |

### Vaccines

Vaccines not reviewed (last reviewed 04/05/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

### Problems

Reviewed Problems
- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

01/01/1900: Depression Screening* Date:05/23/2016

### Family History

Family History not reviewed (last reviewed 04/05/2019)

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

### Social History

Social History not reviewed (last reviewed 04/08/2019)
Smoking Status: Never smoker
Non-smoker
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

### Surgical History

Surgical History not reviewed (last reviewed 04/05/2019)
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

### Past Medical History

Past Medical History not reviewed (last reviewed 04/05/2019)
Anxiety Disorder: **Y**
Depression: **Y**
Headaches: **Y - migraines with and without aura**
High Cholesterol: **Y**

### HPI

Pt reports he was sore following the initial DN session. States he feels that this resulted in improved ROM. States he would like to continue with DN only at this facility.

### Physical Exam

Patient is a 50-year-old male.

MTrP noted over L UT, Lev, IS

SS

## Exercise Flowsheet

None recorded.

## Assessment / Plan

DN performed following W&IC. Identified MTrP in UT, Lev, IS and SS and needled per protocol. Pt tol well with isolated twitch responses. Pt verbalized inc soreness. Observed AROM within measures noted in IE. Will assess tol to rx next visit.

Continue with POT progressing as tol. Next appt 4/22/19

. **Shoulder stiff**
M25.612: Stiffness of left shoulder, not elsewhere classified

. **Muscle weakness**
M62.81: Muscle weakness (generalized)

. **Muscular incoordination**
R27.8: Other lack of coordination

## Return to Office

- CRAIG A KNOX, MD for NEUROLOGY CONSULT at NEUROLOGY KOHOP on 04/18/2019 at 10:00 AM
- JOHN W LOCKHART II, PT for RECHECK at PHYSICAL THERAPY PICADOME on 04/22/2019 at 10:30 AM
- BETHANY BEGLEY, PA-C for RECHECK at ORTHOPEDICS PICADOME on 06/05/2019 at 10:15 AM

## Encounter Sign-Off

Encounter signed-off by JOHN W LOCKHART II, PT, 04/16/2019.
Encounter performed and documented by JOHN W LOCKHART II, PT
Encounter reviewed & signed by JOHN W LOCKHART II, PT on 04/16/2019 at 8:20am

**Encounter Date: 04/08/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 04/08/2019 03:30PM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | JOHN P ZIEGLER, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>PCP : ZIEGLER, JOHN P<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** ZIEGLER, JOHN P: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438
**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248

## Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**
KROGER MIDSOUTH 767 (ERX): 3199 BEAUMONT CENTER CIRCLE, LEXINGTON KY 40513, Ph (859) 219-1842, Fax (859) 219-1832

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 04/08/2019 03:23 pm | **Wt:** | 214 lbs 2 oz 04/08/2019 03:23 pm | **BMI:** | 29 04/08/2019 03:23 pm |
| **T:** | 97.9 F° 04/08/2019 03:23 pm | **BP:** | 128/76 04/08/2019 03:26 pm | **Pulse:** | 72 bpm 04/08/2019 03:24 pm |
| **RR:** | 16 04/08/2019 03:24 pm | **O2Sat:** | 98% 04/08/2019 03:24 pm | | |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 04/08/19 prescribed
Take 1 tablet(s) by oral route.
**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet

**atorvastatin 20 mg tablet** 12/14/18 prescribed
TAKE ONE TABLET BY MOUTH ONCE DAILY

**betamethasone dipropionate 0.05 % topical cream** 03/23/18 prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**clonazePAM 1 mg tablet** 04/08/19 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**diclofenac 1 % topical gel** 02/19/19 prescribed
APPLY 2 GRAM TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY

**Imitrex 100 mg tablet** 12/14/18 prescribed
As Directed
**Internal Note:** Instructions: may repeat in 2 hrs--no more than 2 pills in 24hrs--do not take with maxalt--change in med;Frequency: as direct.;Alt Frequency: prn;Medication Description: sumatriptan; Dosage:1; Route:oral; refills:1; Quantity:27 tablet

**Imitrex 6 mg/0.5 mL subcutaneous solution** 04/05/19 administered
Inject 0.5 mL every day by subcutaneous route as directed for 1 day.

**Mobic 7.5 mg tablet** 02/19/19 prescribed
Take 1 tablet(s) every day by oral route for 30 days.

**Mucinex DM** 06/09/17 entered

**Norco 5 mg-325 mg tablet** 04/08/19 prescribed
Take 1 tablet(s) every 6-8 hours by oral route as needed.

**Norco 7.5 mg-325 mg tablet** 06/29/18 prescribed
1 po every six hours as needed
**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet

**nystatin 100,000 unit/gram topical cream** 06/28/18 prescribed
APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed

**omeprazole 20 mg capsule,delayed release** 04/08/19 prescribed
Take 1 capsule(s) every day by oral route.

**Pristiq 50 mg tablet,extended release** 04/08/19 prescribed
Take 1 tablet(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (antihypertensive) 20 mg tablet** 01/29/18 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**tiZANidine 4 mg tablet** 04/08/19 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Zoloft 100 mg tablet** 12/14/18 entered
Take 1 tablet(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 04/05/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019

## ZOLL, JAMES D (id #21795182, dob:

- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

01/01/1900: Depression Screening* Date:05/23/2016

### Family History

Family History not reviewed (last reviewed 04/05/2019)

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

### Social History

Reviewed Social History
**Family Medicine**
Non-smoker
Chewing tobacco: none
Tobacco cessation counseling provided?: N
Alcohol intake: Occasional
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Caffeine intake: Occasional
Illicit drugs: None
Smoking Status: Never smoker
05/23/2016: Depression Screening*-Date:05/23/2016

### Surgical History

Surgical History not reviewed (last reviewed 04/05/2019)
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

### Past Medical History

Past Medical History not reviewed (last reviewed 04/05/2019)
Anxiety Disorder: **Y**
Depression: **Y**
Headaches: **Y - migraines with and without aura**
High Cholesterol: **Y**

### HPI

patient recently over the last few weeks with more migraines than usual. Had a more severe one last week–warranted coming into walk-in for injection–now much improved but requests neurological referral given increased frequency. Remains on low-dose amitriptyline as prophylaxis. No breakthrough GERD on PPI. Requests small amount of Norco as needed for intermittent left shoulder/cervicalgia type pain. Continues with physical therapy/just started dry needling–has orthopedic follow-up. Doesn't feel like Zoloft working as well for his mood/depression. Less motivated. Some anxiety. Discouraged with his job–still out on disability. No suicidal thoughts/ideations. Relationship with partner okay.Klonopin remains helpful–once to continue -sleep usually okay

### ROS

**ROS as noted in the HPI**

### Physical Exam

Patient is a 50-year-old
male.

Gen.: NAD
HEENT: PERRLA. Fundi-not well visualized Nose-no discharge. Oropharynx-clear.
Neck: Supple without adenopathy.
Lungs: Clear throughout
Heart: RRR
Abdomen: Soft, nontender, negative HSM.
Extremities: No peripheral edema.improving range of motion of left shoulder but not to goal
Neuro: No focal deficits.
Affect: some depression. Minimal anxiety today.

### Assessment / Plan

1. Migraine headaches–recent increased frequency/intensity

2. Mood disorder–needs improved

3. Hyperlipidemia

Plan: Referral to neurologist. Reviewed the pros/cons of controlled medications with him including possible long-term addiction potential. Since maintains effectiveness, tolerating without side effects, he wants to continue. Kasper report reviewed. Norco 5 mg every 6 when necessary #12.Klonopin 1 mg twice a day when necessary #60+2R. Switch Zoloft of Pristiq 50 mg daily. Keep

orthopedic/physical therapy follow-ups.call if not seeing improvement in his mood in the next few weeks. Otherwise three-month recheck.

**. Migraine**
G43.909: Migraine, unspecified, not intractable, without status migrainosus
- clonazepam 1 mg tablet - TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED Qty: 60 tablet(s) Refills: 2 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
- amitriptyline 10 mg tablet - Take 1 tablet(s) by oral route. Qty: 90 tablet(s) Refills: 1 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607
- NEUROLOGY REFERRAL - Schedule Within: provider's discretion
  Urgency: 4 weeks Reason for Referral: migraine-Dr Knox-pt preference
  Appointment Date: 05/20/2019 Appointment Time: 10:00

**. Mood disorder**
F39: Unspecified mood [affective] disorder
- Pristiq 50 mg tablet,extended release - Take 1 tablet(s) every day by oral route. Qty: 90 tablet(s) Refills: 1 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. Hyperlipidemia**
E78.5: Hyperlipidemia, unspecified

**. Pain of left shoulder joint**
M25.512: Pain in left shoulder
- Norco 5 mg-325 mg tablet - Take 1 tablet(s) every 6-8 hours by oral route as needed. Qty: 12 tablet(s) Refills: 0 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. Vascular headache**
G44.1: Vascular headache, not elsewhere classified
- tizanidine 4 mg tablet - TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED Qty: 90 tablet(s) Refills: 1 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

**. Anxiety disorder**
F41.9: Anxiety disorder, unspecified
- omeprazole 20 mg capsule,delayed release - Take 1 capsule(s) every day by oral route. Qty: 90 capsule(s) Refills: 1 Pharmacy: WALMART NEIGHBORHOOD MARKET 4607

## Return to Office

- JOHN W LOCKHART II, PT for RECHECK at PHYSICAL THERAPY PICADOME on 04/15/2019 at 10:00 AM
- CRAIG A KNOX, MD for NEUROLOGY CONSULT at NEUROLOGY KOHOP on 05/20/2019 at 10:00 AM
- BETHANY BEGLEY, PA-C for RECHECK at ORTHOPEDICS PICADOME on 06/05/2019 at 10:15 AM

## Encounter Sign-Off

Encounter signed-off by JOHN P ZIEGLER, MD, 04/09/2019.
Encounter performed and documented by JOHN P ZIEGLER, MD
Encounter reviewed & signed by JOHN P ZIEGLER, MD on 04/09/2019 at 6:01am

**Encounter Date: 04/08/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 04/08/2019 10:30AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | JOHN W LOCKHART II, PT | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>PCP : ZIEGLER, JOHN P<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder stiff
Followup: Muscle weakness
Followup: History of operative procedure on shoulder
Followup: Muscular incoordination

## Physical Therapy Episodes

Episode: s/p Left Shoulder Labral Repair with SAD (9/21/18)

## Patient's Care Team

**Primary Care Provider:** ZIEGLER, JOHN P: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438
**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248

## Patient's Pharmacies

WALMART NEIGHBORHOOD MARKET 4607 (ERX): 2785 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**
KROGER MIDSOUTH 767 (ERX): 3199 BEAUMONT CENTER CIRCLE, LEXINGTON KY 40513, Ph (859) 219-1842, Fax (859) 219-1832

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 04/08/2019)
NKDA

## Medications

Medications not reviewed (last reviewed 04/08/2019)

| Medication | Date | Status |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) by oral route.<br>**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet | 04/08/19 | prescribed |
| **atorvastatin 20 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 12/14/18 | prescribed |
| **betamethasone dipropionate 0.05 % topical cream**<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/18 | prescribed |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 04/08/19 | prescribed |
| **diclofenac 1 % topical gel**<br>APPLY 2 GRAM TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY | 02/19/19 | prescribed |
| **Imitrex 100 mg tablet**<br>As Directed<br>**Internal Note:** Instructions: may repeat in 2 hrs--no more than 2 pills in 24hrs--do not take with maxalt--change in med;Frequency: as direct.;Alt Frequency: prn;Medication Description: sumatriptan; Dosage:1; Route:oral; refills:1; Quantity:27 tablet | 12/14/18 | prescribed |
| **Imitrex 6 mg/0.5 mL subcutaneous solution**<br>Inject 0.5 mL every day by subcutaneous route as directed for 1 day. | 04/05/19 | administered |
| **Mobic 7.5 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 02/19/19 | prescribed |
| **Mucinex DM** | 06/09/17 | entered |
| **Norco 5 mg-325 mg tablet**<br>Take 1 tablet(s) every 6-8 hours by oral route as needed. | 04/08/19 | prescribed |
| **Norco 7.5 mg-325 mg tablet**<br>1 po every six hours as needed<br>**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet | 06/29/18 | prescribed |
| **nystatin 100,000 unit/gram topical cream**<br>APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed | 06/28/18 | prescribed |
| **omeprazole 20 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 04/08/19 | prescribed |
| **Pristiq 50 mg tablet,extended release**<br>Take 1 tablet(s) every day by oral route. | 04/08/19 | prescribed |
| **ProAir RespiClick 90 mcg/actuation breath activated**<br>Inhale 2 puff(s) every 6-8 hours by inhalation route. | 06/09/17 | prescribed |
| **sildenafil (antihypertensive) 20 mg tablet**<br>Take 1-3 tablets daily as needed for erectile dysfunction | 01/29/18 | prescribed |
| **tiZANidine 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 04/08/19 | prescribed |
| **Zoloft 100 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 12/14/18 | entered |

## Vaccines

**ZOLL, JAMES D (id #21795182, dob:**

Vaccines not reviewed (last reviewed 04/05/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems
- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

01/01/1900: Depression Screening* Date:05/23/2016

## Family History

Family History not reviewed (last reviewed 04/05/2019)

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Social History not reviewed (last reviewed 04/08/2019)
Smoking Status: Never smoker
Non-smoker
Chewing tobacco: none
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Surgical History not reviewed (last reviewed 04/05/2019)
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

## Past Medical History

Past Medical History not reviewed (last reviewed 04/05/2019)
Anxiety Disorder: **Y**
Depression: **Y**
Headaches: **Y - migraines with and without aura**
High Cholesterol: **Y**

## HPI

Pt reports his shoulder is about the same. States he wishes to only complete DN at this facility due to dis-satisfaction with the HEP instruction and demonstration at the IE. Reports he has not been compliant with the HEP provided. States he wishes to continue with formal PT at Commonwealth PT. Reports pain remains marginal and states his ROM is limited.

## Physical Exam

Patient is a 50-year-old male.

MTrP noted over UT, Lev and IS mm belly

## Exercise Flowsheet

None recorded.

## Assessment / Plan

Pt tol todays rx well. Persistent MTrP identified with palpation exam at the onset of rx. Following thorough warning and informed concent, DN was performed to the Left Shoulder. Noted isolated twitch response at the superior angle of the scapula with DN of the UT and Lev. No other twitching noted with mid substance UT and IS mm belly although basilar mm tone was much improved. Overall, pt tol the DN well. Advised on likely inc in soreness and encouraged hydration and heat if necessary.

Pt's plan of treatment is on hold at this time. Per pt request, he is to only obtain DN at this facility. Pt was unhappy with the

discussion pertaining to OOP billing for rx. Discussed DN in isolation is a non-billable code based on current coding standards. Instructed and encouraged pt on contacting his ins provider to inquire about coverage and to obtain necessary information if he wishes to proceed with rx under ins coverage. ABN was obtained for todays appt and is included in the medical record. Chart is to be placed on hold as pt assesses efficacy. Pt also states he will be calling other clinics concerning DN intervention as he may d/c rx. Requested pt call with any questions or concerns.

. **Shoulder stiff**
M25.612: Stiffness of left shoulder, not elsewhere classified

. **Muscle weakness**
M62.81: Muscle weakness (generalized)

. **Muscular incoordination**
R27.8: Other lack of coordination

. **History of operative procedure on shoulder**
Z98.890: Other specified postprocedural states

Return to Office

- JOHN W LOCKHART II, PT for RECHECK at PHYSICAL THERAPY PICADOME on 04/15/2019 at 10:00 AM
- CRAIG A KNOX, MD for NEUROLOGY CONSULT at NEUROLOGY KOHOP on 05/20/2019 at 10:00 AM
- BETHANY BEGLEY, PA-C for RECHECK at ORTHOPEDICS PICADOME on 06/05/2019 at 10:15 AM

Encounter Sign-Off
Encounter signed-off by JOHN W LOCKHART II, PT, 04/09/2019.
Encounter performed and documented by JOHN W LOCKHART II, PT
Encounter reviewed & signed by JOHN W LOCKHART II, PT on 04/09/2019 at 7:51am

**Encounter Date: 04/05/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 04/05/2019 06:40PM |
| **DOB** | | **Service Dept.** | WALK-IN BEAUMONT |
| **Provider** | MARY OAKS, PA-C | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>PCP : ZIEGLER, JOHN P<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

pt complains of migraine all day and nausea

Patient's Care Team

**Primary Care Provider:** ZIEGLER, JOHN P: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438
**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248

Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**
KROGER MIDSOUTH 767 (ERX): 3199 BEAUMONT CENTER CIRCLE, LEXINGTON KY 40513, Ph (859) 219-1842, Fax (859) 219-1832

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 04/05/2019 06:47 pm | **Wt:** | 211 lbs Out of Range 04/05/2019 06:50 pm | **BMI:** | 28.6 04/05/2019 06:50 pm |
| **T:** | 98 F° temporal artery 04/05/2019 06:50 pm | **BP:** | 128/78 sitting L arm 04/05/2019 06:50 pm | **O2Sat:** | 98% Room Air at Rest 04/05/2019 06:50 pm |

Allergies

Reviewed Allergies
NKDA

Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 12/14/18 prescribed
Take 1 tablet(s) by oral route.
**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral: refills:0: Quantitv:90 tablet

## ZOLL, JAMES D (id #21795182, dob:

**atorvastatin 20 mg tablet** 12/14/18 prescribed
TAKE ONE TABLET BY MOUTH ONCE DAILY

**betamethasone dipropionate 0.05 % topical cream** 03/23/18 prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**clonazePAM 1 mg tablet** 12/14/18 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**diclofenac 1 % topical gel** 02/19/19 prescribed
APPLY 2 GRAM TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY

**Imitrex 100 mg tablet** 12/14/18 prescribed
As Directed
**Internal Note:** Instructions: may repeat in 2 hrs--no more than 2 pills in 24hrs--do not take with maxalt--change in med;Frequency: as direct.;Alt Frequency: prn;Medication Description: sumatriptan; Dosage:1; Route:oral; refills:1; Quantity:27 tablet

**Imitrex 6 mg/0.5 mL subcutaneous solution** 04/05/19 administered
Inject 0.5 mL every day by subcutaneous route as directed for 1 day.

**Mobic 7.5 mg tablet** 02/19/19 prescribed
Take 1 tablet(s) every day by oral route for 30 days.

**Mucinex DM** 06/09/17 entered

**Norco 5 mg-325 mg tablet** 12/14/18 prescribed
Take 1 tablet(s) every 6-8 hours by oral route as needed.

**Norco 7.5 mg-325 mg tablet** 06/29/18 prescribed
1 po every six hours as needed
**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet

**nystatin 100,000 unit/gram topical cream** 06/28/18 prescribed
APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed

**omeprazole 20 mg capsule,delayed release** 12/14/18 prescribed
Take 1 capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (antihypertensive) 20 mg tablet** 01/29/18 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**tiZANidine 4 mg tablet** 12/14/18 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Zoloft 100 mg tablet** 12/14/18 entered
Take 1 tablet(s) every day by oral route.

### Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

### Problems

Reviewed Problems
- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

01/01/1900: Depression Screening* Date:05/23/2016

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
**Family Medicine**
Non-smoker
Chewing tobacco: none
Tobacco cessation counseling provided?: N
Alcohol intake: Occasional
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Caffeine intake: Occasional
Illicit drugs: None
Smoking Status: Never smoker
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Reviewed Surgical History
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

## Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Depression: **Y**
Headaches: **Y - migraines with and without aura**
High Cholesterol: **Y**

## HPI

migraine for 3 days, started to go away but returned today.

Tried to take imitrex but vomited it up 2-3 hrs later

Says its one of the more severe migraines hes ha.

Vomited 6-7 times today

Pt with neck stiffness, says his neck is cracking more.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old male.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. EOM: EOMI. Sclerae: non-icteric. Vision: acuity grossly intact.

**ENMT:**Ears: EACs clear and TMs clear.

**Neck:**Neck: FROM; **tense musculature posterior neck extending into the upper trapezius** Lymph Nodes: no cervical LAD.

**Lungs:**Respiratory effort: no dyspnea. Auscultation: breath sounds normal and good air movement.

**Cardiovascular:**Heart Auscultation: normal S1 and S2 and RRR.

**Neurologic:**Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact. Coordination and Cerebellum: finger-to-nose intact.

## Procedure Documentation

Procedure Documentation

**Evening/Weekend/Holiday Services:**
Service(s) provided in the office during regularly scheduled evening, weekend, or holiday office hours.

## Assessment / Plan

A: Migraine

P: pt give injectable imitrex in office.

Pt tolerate it well.

He will return over the weekend if needed, if symptoms worsen, he will go to ER.

Pt agreeable to plan.

. **Migraine**
G43.909: Migraine, unspecified, not intractable, without status migrainosus

- Imitrex 6 mg/0.5 mL subcutaneous solution - Inject 0.5 mL every day by subcutaneous route as directed for 1 day. Quantity: 1 0.5 mL vial(s) Lot #: CSU170005 Route: Subcutaneous Site: Arm, Right Upper Manufacturer: AUROMEDICS PHAR Administered

## Return to Office

- JOHN W LOCKHART II, PT for RECHECK at PHYSICAL THERAPY PICADOME on 04/08/2019 at 10:30 AM
- JOHN W LOCKHART II, PT for RECHECK at PHYSICAL THERAPY PICADOME on 04/15/2019 at 10:00 AM
- BETHANY BEGLEY, PA-C for RECHECK at ORTHOPEDICS PICADOME on 06/05/2019 at 10:15 AM

## Encounter Sign-Off

Encounter signed-off by MARY OAKS, PA-C, 04/05/2019.
Encounter performed and documented by MARY OAKS, PA-C
Encounter reviewed & signed by MARY OAKS, PA-C on 04/05/2019 at 7:17pm
Encounter signed by LISA R HALL, MD on 04/07/2019 at 5:33pm

**Encounter Date: 04/03/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 04/03/2019 01:00PM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | JOHN W LOCKHART II, PT | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>PCP : ZIEGLER, JOHN P<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Shoulder

## Physical Therapy Episodes

Episode: s/p Left Shoulder Labral Repair with SAD (9/21/18)

## Patient's Care Team

**Primary Care Provider:** ZIEGLER, JOHN P: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438
**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248

## Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**
KROGER MIDSOUTH 767 (ERX): 3199 BEAUMONT CENTER CIRCLE, LEXINGTON KY 40513, Ph (859) 219-1842, Fax (859) 219-1832

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 04/02/2019)
NKDA

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 12/14/18 prescribed
Take 1 tablet(s) by oral route.

**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet

**atorvastatin 20 mg tablet** — 12/14/18 prescribed
TAKE ONE TABLET BY MOUTH ONCE DAILY

**betamethasone dipropionate 0.05 % topical cream** — 03/23/18 prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**clonazePAM 1 mg tablet** — 12/14/18 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**diclofenac 1 % topical gel** — 02/19/19 prescribed
APPLY 2 GRAM TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY

**Imitrex 100 mg tablet** — 12/14/18 prescribed
As Directed
**Internal Note:** Instructions: may repeat in 2 hrs--no more than 2 pills in 24hrs--do not take with maxalt--change in med;Frequency: as direct.;Alt Frequency: prn;Medication Description: sumatriptan; Dosage:1; Route:oral; refills:1; Quantity:27 tablet

**Mobic 7.5 mg tablet** — 02/19/19 prescribed
Take 1 tablet(s) every day by oral route for 30 days.

**Mucinex DM** — 06/09/17 entered

**Norco 5 mg-325 mg tablet** — 12/14/18 prescribed
Take 1 tablet(s) every 6-8 hours by oral route as needed.

**Norco 7.5 mg-325 mg tablet** — 06/29/18 prescribed
1 po every six hours as needed
**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet

**nystatin 100,000 unit/gram topical cream** — 06/28/18 prescribed
APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed

**omeprazole 20 mg capsule,delayed release** — 12/14/18 prescribed
Take 1 capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** — 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (antihypertensive) 20 mg tablet** — 01/29/18 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**tiZANidine 4 mg tablet** — 12/14/18 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Zoloft 100 mg tablet** — 12/14/18 entered
Take 1 tablet(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 04/02/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Shoulder stiff - Onset: 04/04/2019
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Muscle weakness - Onset: 04/04/2019
- Muscular incoordination - Onset: 04/04/2019
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- History of operative procedure on shoulder - Onset: 04/04/2019
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

**ZOLL, JAMES D (id #21795182, dob:**
01/01/1900: Depression Screening* Date:05/23/2016

## Family History

Family History not reviewed (last reviewed 04/02/2019)

| | |
|---|---|
| Father | - Hypercholesterolemia |
| | - Hypertensive disorder |
| Mother | - Hypercholesterolemia |
| | - Mental disorder |
| | - Migraine |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Social History not reviewed (last reviewed 04/02/2019)
Smoking Status: Never smoker
Non-smoker
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Surgical History not reviewed (last reviewed 04/02/2019)
Other - Testicular surgery
Hernia Repair - 2008
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

## Past Medical History

Past Medical History not reviewed (last reviewed 04/02/2019)
Anxiety Disorder: **Y**
Depression: **Y**
Headaches: **Y - migraines with and without aura**
High Cholesterol: **Y**

## HPI

**LexClin Evaluation Subjective**
Reported by patient.
Referring Provider: Bethany Begley, PA-C
Chief Complaint: Pain (**Left Shoulder**)
Mechanism: Post-Operative
Onset: Date:9/21/18
Chronicity: Chronic
Subjective Report: Pt reports he initially injured his shoulder in July 2018 when he fell while hiking. Reports he underwent Left shoulder rotator repair with sub-acromial decompression and BT. States he has completed physical therapy during this time but he continues to have inc pain in the sub-acromial/AC area. Reports he is seeking a second opinion and possible inclusion of DN for the sh pain.
Description of Pain/Symptoms: Sharp pain over the Left AC jt/lateral shoulder, mild radiating pain into the UT and cervical region; denies any N/T attributed to the shoulder surgery, states he has ha wrist sx which caused a mild numbness
Severity: current 1/10; best 1/10; worst 6/10
Frequency: Constant
Aggravating Factors: Pulleys, Reaching into OHP, FIR, FER
Alleviating Factors: Rest, activity modifications
Sleeping (ability to sleep without pain) Mild problem: pain disrupts sleep (1 to 2) times per night
Prior Studies: MRI; IMPRESSION:
1. There is prior repair of the supraspinatus tendon. There is increased signal in the supraspinatus tendon which could represent postsurgical change or a low-grade intrasubstance tear.
2. There is mild tendinosis of the infraspinatus and subscapularis tendons.
3. There are mild degenerative changes.

Interpreted By: Timothy Averion-Mahloch, MD
12/28/18
Prior Treatments: physical therapy; Commonwealth Hand; Pulleys F/A/FIR, Cane assisted ER at 90/90, Prone I &T, SLER 3#, OHP with tennis ball, Supine flex
Occupation and Limitations: Toyota: Receive and Inspection; Sorting and scrapping parts (up to 15/20#), placing items in overhead shelves
Recreational Activities and Limitations: Hiking, walking, Swimming; Holding on hiking and swimming due to restrictions associated with shoulder
ADL Limitations: Dec tol to dressing, reaching for wallet, carrying groceries, Placing dishes in cabinet
Patient Specific Functional Scale: 4- Pouring milk with L hand

## Physical Exam

Patient is a 50-year-old male.

**Posture:** Patient stands with **Left shoulder anterior tilting and downward sloping scapula, forward head posture with flattened thoracic kyphosis, Diffuse atrophy L Deltoid, Biceps, triceps and pectorals L UE**.

**Scapular Motion:** LEFT **Significant vertebral border winging throughout elevation and lowering into F/A with poor HH dep noted**.

**Cervical Screen:** Active Range of Motion: Forward Flexion: 3.5cm, Extension: 20cm, Left Rotation: 15cm, and Right Rotation: 13cm.

**Shoulder Range of Motion:** ACTIVE RIGHT Flexion: 165, Abduction: 165, Internal Rotation: T10, and External Rotation: 85. ACTIVE LEFT Flexion: 110. Abduction: 110. Internal Rotation: L4. and External Rotation: 45.

**Elbow Range of Motion:**ACTIVE RIGHT WNL. ACTIVE LEFT WNL. PASSIVE RIGHT WNL. PASSIVE LEFT WNL.

**Wrist Range of Motion:**ACTIVE RIGHT WNL. ACTIVE LEFT WNL. PASSIVE RIGHT WNL. PASSIVE LEFT WNL.

**Manual Muscle Testing:**RIGHT SHOULDER Flexion 5/5, Abduction 5/5, Internal Rotation 5/5, and External Rotation 5/5. LEFT SHOULDER **Flexion 4-/5, Abduction 3+/5, Internal Rotation 4-/5,** and **External Rotation 3+/5**. RIGHT ELBOW Flexion 5/5, Extension 5/5, Pronation 5/5, and Supination 5/5. LEFT ELBOW **Flexion 4/5, Extension 4+/5, Pronation 5/5**, and **Supination 4/5**. RIGHT WRIST Flexion 5/5, Extension 5/5, Hand Intrinsics 5/5, and Thumb Extensor 5/5. LEFT WRIST **Flexion 4/5** and **Extension 4-/5** and Hand Intrinsics 5/5 and Thumb Extensor 5/5.

**Scapular Manual Muscle Testing:**Left: **Not assessed due to pt intolerance of testing position**.

**Palpation Exam:**Shoulder: **Inc TTP noted over Lateral cuff insertion, IS and Tm, L UT and pecs L UE**.

**Shoulder Special Testing:**Left: Full Can test +:, Empty Can test +:, Belly Press test -:, Hawkin's Kennedy test +:, and Scapular Assist test +:.

## Exercise Flowsheet

None recorded.

## Procedure Documentation

**PT Evaluation - Low Complexity:**
Physical Therapy Evaluation of low complexity performed.
**PT Therapeutic Exercise:** 15 minutes

HEP developed, demonstrated and observed per handout in chart

## Assessment / Plan

Referring Provider: Bethany Begley, PA-C

Assessment: Pt is a 50yo M presenting 7mo s/p Left Shoulder Rotator Cuff Repair with Subacromial Decompression. Initial evaluation revealed inc post and inf capsular tightness, poor scapular stability and weakness resulting in poor HH dep and scapular dyskinesis with functional motion assessment. Pt displays excessive UT compensation with elevation which has resulted in MTrP and onset of cervicogenic HA. Provided pt with HEP addressing scapular stabilization, GH jt motion and functional motion retraining. Plan to incorporate DN into POT to address significant MTrP and mm tightness. Will begin at initial f/u appt.

Short Terms Goals

In 6 weeks, Pt will:

1) demonstrate independence and report compliance with HEP as instructed.

2) display Left shoulder ROM: Flexion 135, Abduction 135, Internal Rotation L1, External Rotation 60

3) display Left shoulder MMT: Flexion 4/5, Abd 4/5, Internal Rotation 4+/5, External Rotation 4+/5

4) report pain levels as 0/10 at baseline, 3/10 with reaching at shoulder height

5) Display neutral scapular posture and normalized scapular mechanics to 90deg elevation

Long Term Goals

In 12 weeks, Pt will:

1) Discharge independent with HEP and Self Management Skills

2) Return to work without modifications

3) Return to full ADL's without modifications

4) Return to recreational activities without modifications

5) Display Left shoulder ROM: Flexion 150, Abduction 150, Internal Rotation T10, External Rotation 70

6) Display Left shoulder MMT: Flexion 4+/5, Abd 4+/5, Internal Rotation 5/5, External Rotation 5/5

7) Display normal scapular mechanics throughout ROM with resisted elevation

Plan of Treatment

Rehab Potential: Good

Complicating Factors
Body Structure and Function:
Weakness (3+/5) of Left Shoulder, SIGNIFICANT Range of Motion Limitation of Left Shoulder, Muscular incoordination of medial scapular stabilizers, Poor GH jt mobility and restricted accessory motion following repair of Left Rotator cuff

Activity Limitations:
SIGNIFICANT impact on ADLs, SIGNIFICANT Functional Limitations as pt is unable to engage in any activity at or above shoulder

height with the L UE

Participation Restrictions: Pt has not been able to RTW for 7mo following his surgical repair, he continues to limit his community based interaction due to the inc in pain and disability

Personal: Pt's age related changes, poor understanding of surgical repair, lack of progress with formal PT and persistent inflammation of repair site noted on MRI will impact progress with skilled PT

Clinical presentation: Evolving due to poor progress with formal PT as well as limited objective limitations noted in the evaluation

The above factors could have an effect on the patient's rehabilitation outcome/course of treatment/timeline.

Treatment Plan:
Episode of care to include: Initial Evaluation, Manual Techniques, Therapeutic Exercise, Home Exercise Program, Modalities (as indicated), Mechanical Traction, Postural Correction/Body Mechanic Education

Goals, POT and Rehabilitation potential were discussed and agreed upon with the:
Patient

Frequency of Treatment: 1x/wk for 12 weeks
Frequency and duration of care to depend on pt's response to skilled PT intervention.

I certify the need for the above PT outpatient services for this patient who is under my care. The plan for these services has been reviewed.

Physician Signature: ________________________________________________ Date: __________

. **History of operative procedure on shoulder**
Z98.890: Other specified postprocedural states

. **Muscle weakness**
M62.81: Muscle weakness (generalized)

. **Muscular incoordination**
R27.8: Other lack of coordination

. **Shoulder stiff**
M25.612: Stiffness of left shoulder, not elsewhere classified

## Return to Office

- JOHN W LOCKHART II, PT for RECHECK at PHYSICAL THERAPY PICADOME on 04/08/2019 at 10:30 AM
- JOHN W LOCKHART II, PT for RECHECK at PHYSICAL THERAPY PICADOME on 04/15/2019 at 10:00 AM
- BETHANY BEGLEY, PA-C for RECHECK at ORTHOPEDICS PICADOME on 06/05/2019 at 10:15 AM

## Encounter Sign-Off

Encounter signed-off by JOHN W LOCKHART II, PT, 04/04/2019.
Encounter performed and documented by JOHN W LOCKHART II, PT
Encounter reviewed & signed by JOHN W LOCKHART II, PT on 04/04/2019 at 7:50am
Encounter signed by BETHANY BEGLEY, PA-C on 04/05/2019 at 2:34pm

**Encounter Date: 04/02/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 04/02/2019 10:00AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | BETHANY BEGLEY, PA-C | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>PCP : ZIEGLER, JOHN P<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** ZIEGLER, JOHN P: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438
**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248

## Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**

## ZOLL, JAMES D (id #21795182, dob:

0495, Fax (859) 224-0525
KROGER MIDSOUTH 767 (ERX): 3199 BEAUMONT CENTER CIRCLE, LEXINGTON KY 40513, Ph (859) 219-1842, Fax (859) 219-1832

### Vitals

04/02/2019 10:08 am

**Ht:** 6 ft **Wt:** 210 lbs **BMI:** 28.5

**Pain Scale:** 2

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 12/14/18 prescribed
Take 1 tablet(s) by oral route.
**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet

**atorvastatin 20 mg tablet** 12/14/18 prescribed
TAKE ONE TABLET BY MOUTH ONCE DAILY

**betamethasone dipropionate 0.05 % topical cream** 03/23/18 prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**clonazePAM 1 mg tablet** 12/14/18 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**diclofenac 1 % topical gel** 02/19/19 prescribed
APPLY 2 GRAM TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY

**Imitrex 100 mg tablet** 12/14/18 prescribed
As Directed
**Internal Note:** Instructions: may repeat in 2 hrs--no more than 2 pills in 24hrs--do not take with maxalt--change in med;Frequency: as direct.;Alt Frequency: prn;Medication Description: sumatriptan; Dosage:1; Route:oral; refills:1; Quantity:27 tablet

**Mobic 7.5 mg tablet** 02/19/19 prescribed
Take **1** tablet(s) every day by oral route for 30 days.

**Mucinex DM** 06/09/17 entered

**Norco 5 mg-325 mg tablet** 12/14/18 prescribed
Take **1** tablet(s) every 6-8 hours by oral route as needed.

**Norco 7.5 mg-325 mg tablet** 06/29/18 prescribed
1 po every six hours as needed
**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet

**nystatin 100,000 unit/gram topical cream** 06/28/18 prescribed
APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed

**omeprazole 20 mg capsule,delayed release** 12/14/18 prescribed
Take **1** capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (antihypertensive) 20 mg tablet** 01/29/18 prescribed
Take **1**-3 tablets daily as needed for erectile dysfunction

**tiZANidine 4 mg tablet** 12/14/18 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Zoloft 100 mg tablet** 12/14/18 entered
Take **1** tablet(s) every day by oral route.

### Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 06/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Termed |

## Problems

Reviewed Problems
- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

01/01/1900: Depression Screening* Date:05/23/2016

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
**Orthopedic Surgery**
Smoking Status: Never smoker
Non-smoker
Hand Dominance: Right
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Are you currently employed?: Y
Alcohol intake: Occasional
Caffeine intake: Occasional
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Reviewed Surgical History
Other - Testicular surgery
Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
Other - 08/01/2017 - Radial repair

## Past Medical History

Reviewed Past Medical History
Included as Review of Systems: **Y**
Anxiety/Depression: **Y**
High Cholesterol: **Y**
Migraines: **Y**

## HPI

Mr. Zoll returns today for post op recheck. He reports continued compliance with therapy but he continues to have pain. He states the medrol dose pack helped at first, but feels he's back where he started. He is frustrtaed with continued pain.

## ROS

Patient reports **night sweats** but reports no fever; **Pt notes he had lots of night sweats while taking the medrol dose pack.** He reports no chest pain, no palpitations, and no known heart murmur. He reports no excessive bleeding. He reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing. He reports no history of Accutane (isotretinoin) use in the last 6 months. He reports not currently smoking. He reports no abdominal pain, no vomiting, normal appetite, no diarrhea, not vomiting blood, no dyspepsia, and no GERD.
**Additionally reports:**

## Physical Exam

Patient is a 50-year-old male.

General: no acute distress, comfortable
Vitals reviewed in electronic chart
Psych: normal affect, normal mood, appropriate responses
Vascular: well perfused
Neurologic: Sensation to light touch intact distally
Dermatologic: no rash, no evidence of infection

Musculoskeletal Exam focused on LEFT shoulder:

mild pain at end motion

# Facsimile Cover Sheet

**To:**

**Company:**

**Phone:**

**Fax:** (603) 559-8641

**From:** Elizabeth Thornsbury

**Company:**

**Phone:** (859) 225-3731 * 106

**Fax:** 18592253731

**Date:** 06/25/2021

**Pages including this cover sheet:** 13

## Comments:

Long Term Disability (LTD) Benefits
Claimant: James D. Zoll
Claim No.: 8560503
Policyholder: Toyota Motor Engineering & Manufacturing North America, Inc.

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • (859) 225-3731 • Fax (859) 225-3830 • www.mehrfairbanks.com

M. Austin Mehr amehr@austinmehr.com
Philip G. Fairbanks pgf@austinmehr.com
Erik D. Peterson edp@austinmehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

June 25, 2021

*Sent via Overnight Mail and Facsimile: (603) 559-8641*

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

**RE: Long Term Disability (LTD) Benefits**
**Claimant: James D. Zoll**
**Claim No.: 8560503**
**Policyholder: Toyota Motor Engineering & Manufacturing North America, Inc.**

To Whom It May Concern:

Pursuant to Lincoln Life Assurance Company of Boston's (hereinafter "Lincoln Life") letter dated December 30, 2020, please accept this appeal on behalf of our client, Mr. James D. Zoll, regarding Lincoln Life's wrongful denial of his long-term disability ("LTD") claim. Lincoln Life terminated Mr. Zoll's benefits, despite the overwhelming evidence that he continues to be disabled under the terms of the policy. Below please find additional information in support of Mr. Zoll's administrative appeal with Lincoln Life:

- **Medical Records:**
  - Kentucky Bone & Joint (Bates 1001-1055)
  - Kentucky Surgery Center (Bates 2001-2046)
  - KORT Physical Therapy (Bates 3001-3174)
  - Pain Consultants of Central Kentucky (Bates 4001-4010)
  - Stephen Lamb MD (Bates 5001-5014)
  - Commonwealth Pain and Spine (Bates 6001-6075)
  - Lexington Clinic (Bates 7001-7214)
  - Commonwealth Hand Therapy (Bates 8001-8156)

- Cardinal Hill Rehabilitation Hospital (Bates 9001-9609)
- Walmart Pharmacy (Bates 10001-10009)

The above-referenced records have been enclosed on a disc and sent via overnight delivery. Please let our office know if Lincoln Life has any difficulty accessing the above referenced records and documents. The above records are bates numbered for reference. Mr. Zoll also incorporates by reference all documents contained within his LTD claim file.

**Disability**

Mr. Zoll became disabled and began receiving LTD benefits with Lincoln Life on approximately January 17, 2019. He thereafter received LTD benefits for approximately two years before Lincoln Life terminated benefits beyond January 16, 2021. On December 30, 2020, Lincoln Life denied Mr. Zoll's claim for benefits beyond January 16, 2021.

The December 30, 2020 denial letter sets forth the following standard of disability:

> ***"Disability"*** or ***"Disabled"*** means:
>
> 1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:
>
>     i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and
>
>     ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.
>
> 2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:
>
>     ***"Disability"*** or ***"Disabled"*** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.

(*See* Denial Letter) (emphasis in original). My Zoll is unable to confirm this standard of disability due to the policy and claim file not being provided to him upon request. However, it is evident through medical records and documentation that Mr. Zoll is unable to perform the duties of his own, or *any* occupation, due to his disabling conditions. Mr. Zoll's conditions have not improved since Lincoln Life's prior approval of benefits, and he remains disabled.

**Denial Letter**

As asserted in Lincoln Life's denial letter, the decision to terminate approved benefits was determined by Lincoln Life's "review of the information contained in [Mr. Zoll's] claim file..." (*See* Denial Letter). However, all information on file, coupled with the information provided herewith, demonstrates Mr. Zoll's ongoing long-term disability and why the decision to terminate his LTD benefits should be reversed.

Unfortunately, Mr. Zoll's ability to appeal Lincoln Life's termination of benefits has been hindered by Lincoln Life's failure to provide a copy of the claim file for Mr. Zoll's LTD claim. Mr. Zoll initially requested, through counsel, a copy of his claim file with Lincoln Life by letter dated April 29, 2021. However, after not receiving the claim file, Mr. Zoll sent a second letter (through counsel) on June 17, 2021 requesting the information again. To date, Mr. Zoll has still *not* received a copy of the claim file applicable to his LTD claim. Despite this, the claimant strongly disagrees with Lincoln Life's conclusions based on the prior documentation proffered and provides additional medical information in support of his appeal. Mr. Zoll does meet the definition of disability in the applicable policy. Mr. Zoll was forced to cease work due to his conditions. Mr. Zoll does not currently possess the ability to maintain employment on a reliable basis with his employer or any other employer. He does not have the functional capabilities to perform the material and substantial duties of any occupation. Mr. Zoll disagrees with the restrictions and resulting conclusion alleged to have been asserted in a December 17, 2020 medical *file review* as set forth in the December 30, 2020 denial letter. Mr. Zoll suffered a traumatic injury. He has had continued symptoms and flareups that have included, but are not limited to, chronic pain, persistent pain and limitations in some capacity throughout his body, radiculopathy, weakness, numbness, limited ranges of motion, and tingling. (*See* Medical Records). He is availed himself of *multiple* forms of treatment including physical therapy, pain management, medications, and injections. (*See* Medical Records). He would essentially be a one-armed worker in any occupation attempted. He would not be able to reliably obtain and maintain employment due to his conditions and limitations. (*See* Medical Records). Mr. Zoll's diagnoses and conditions have not resolved since his approval for LTD benefits. He remains limited and, as conceded by the Social Security Administration, he is disabled. The December 30, 2020 letter denying benefits plays lip service to Mr. Zoll's approval for benefits by the Social Security Administration. However, apart from generic template language, Lincoln Life does not provide any substantial analysis of the Social Security disability approval and why Lincoln Life's opinion differs.

Lincoln Life did not examine Mr. Zoll. Lincoln Life's *file reviewer* did not speak personally to Mr. Zoll. Mr. Zoll strongly disagrees with this approach to his claim given the nature of his chronic conditions and associated symptoms. Mr. Zoll remains willing to present to an independent medical evaluation for review of his claim whereas he is unable to perform his own occupation and *any occupation*, including sedentary occupations, due to his ongoing pain in *multiple* areas, restrictions, and limitations. Lincoln Life obtained a medical *file review* in this case when a physical examination was warranted. "The decision not to utilize a physical examination and instead rely on file reviews is 'just one more factor to consider in [the] overall assessment' of [the insurance company's] determination." *Withers v. United of Omaha Life Ins. Co.*, 2021 U.S. Dist. LEXIS 51639, at *35 (W.D. Ky. Mar. 18, 2021) (citing *Calvert v. Firstar Fin., Inc.*, 409 F.3d 286, 295 (6th Cir. 2005)). "However, as one court noted in upholding the reversal of the administrator's

denial of the employee's claims, '[t]he evidence presented in the administrative record did not support the denial of benefits when only [the plan administrator]'s physicians, who had not examined [the plaintiff], disagreed with the treating physicians.'" *Withers*, 2021 U.S. Dist. LEXIS, at *35-36 (citing *Hoover v. Provident Life & Accident Ins. Co.*, 290 F.3d 801, 809 (6th Cir. 2002)). The *file reviewer* did not speak with or examine Mr. Zoll in person. Mr. Zoll is a 52 year old man that worked for Toyota for a total of approximately 31 years. However, due to his conditions and limitations, he has been physically incapable of returning to employment in his own occupation or any other occupation. Lincoln Life's position that Mr. Zoll's conditions improved to such an extent that he can perform any occupation is unreasonable. Further, despite Lincoln Life's statement, it fails to provide any type of analysis regarding the duties required of any occupation it believes Mr. Zoll can perform. Instead, Lincoln Life simply summarily states Mr. Zoll can perform two other occupations. The duties he would be required to perform and how those duties compare to his restrictions and limitations are not provided or analyzed. Mr. Zoll cannot perform the occupations of Information Clerk or Gate Guard due to his conditions, symptoms, and *permanent* restrictions. (*See* Dictionary of Occupational Titles, *compared with* O*NET regarding the duties required of both occupations). Performing a desk job, even if classified by the Dictionary of Occupational Titles as "sedentary," would be detrimental to Mr. Zoll who suffers from conditions that include chronic neck pain, chronic back pain, limited range of motion in his shoulder/extremities, conditions related to his hands, numbness, tingling, and radiculopathy. (*See* Medical Records). Mr. Zoll has not ceased active medical treatment regarding his conditions since his injury. He has tackled his conditions head on with the hopes of improvement. He has been a self-advocate regarding pursuit of the best treatment, including productive physical therapy and pain management. (*See* Medical Records). Use of his extremities, such as arms, hands, neck, and back (while sitting predominantly all day due to the sedentary classification *and* having significant limitations in one entire extremity) is not conducive to an efficient working environment. Mr. Zoll *strongly* disagrees with Lincoln Life's assertions based on the opinions of one *file reviewer* it hired to review his medical records.

The medical documentation, coupled with the information provided herein, demonstrates Mr. Zoll's conditions and limitations. Mr. Zoll's conditions cumulatively render him unable to work. Lincoln Life has cherry picked the information from Mr. Zoll's medical records and his treatment in an effort to downplay the disabling deterioration in this claim. Credence must be given to Mr. Zoll's records and his doctors and it is their diagnoses that should control, not the opinions of lay persons and *file reviewers* who have never met nor examined Mr. Zoll. It is significant that Mr. Zoll has dedicated over three decades to his employment at Toyota. He does not take lightly his inability to work. His work ethic speaks for itself. However, despite his willingness to work, it does not negate his symptoms, ongoing pain, and objectively demonstrated limitations. Mr. Zoll was unwillingly forced to step away from his occupation. (*See* Medical Records). He has suffered chronic, persistent pain. Based on the information provided herewith, any decision to continue denying Mr. Zoll's LTD claim is unreasonable, arbitrary and capricious, and against the overwhelming medical evidence provided to Lincoln Life. Forcing Mr. Zoll into employment, given his current state, would be unsafe and inhumane.

Mr. Zoll reiterates the limitation Lincoln Life has placed on his ability to rebut all evidence contained in the claim file that was used as a basis to deny his claim due to the claim file not being produced. Nevertheless, the medical records, medical history, evaluations, and vocational history

continue to support Mr. Zoll's claim. Mr. Zoll continues to be disabled and respectfully requests reinstatement of his LTD benefits.

**Medical Records**

Mr. Zoll reiterates and incorporates all medical information presented to Lincoln Life throughout his claim. Mr. Zoll has continued medical treatment throughout his disability.

Mr. Zoll has had extensive treatment for various medical conditions including neck pain, lumbar radiculopathy, radiculopathy of the arm and hand, migraines, lower back pain, and chronic pain with Lexington Clinic. (Bates 7001-7214). He consistently presented to follow-up appointments and received treatment throughout 2019. (Bates 7067-7121). He participated in physical therapy. He had surgical intervention on his shoulder. (Bates 7067-7121). He has had consultations, testing, medications, pain management, and received referrals. (Bates 7001-7214). On April 17, 2019, Mr. Zoll presented to Kentucky Bone & Joint for evaluation of his left shoulder. (Bates 1003). He continued to suffer pain and limited range of motion. (Bates 1003-1004). Stiffness was observed. (Bates 1004). A cortisone injection was planned. (Bates 1004). An x-ray was also performed. (Bates 1004). Mr. Zoll had a follow-up appointment with Kentucky Bone & Joint on May 15, 2019. (Bates 1005). The previous injection did not provide any long-term relief of his symptoms and pain. (Bates 1005-1006). It was believed that pain management would be beneficial. (Bates 1006). An MRI of the lumbar spine on June 12, 2019 showed "broad-based disc protrusion at L4-L5 and L5-S1 with mild bilateral neural foraminal stenosis." (Bates 7193). An MRI of the cervical spine revealed "1. [t]here is a disc protrusion at C6-C7 with probable extension into the left neural foramen. There is moderate/severe left neural foraminal stenosis. 2. There is mild neural foraminal narrowing at C3-C4 and C5-C6..." (Bates 7194). An x-ray demonstrated "[d]egenerative changes of the thoracic spine." (Bates 7194). On June 23, 2019, Mr. Zoll was referred to physical therapy due to cervical radiculopathy and left shoulder rotator cuff syndrome. (Bates 9003). Mr. Zoll attended significant physical therapy treatment in 2019 and 2020 at Cardinal Hill Rehabilitation Center (*see generally* Bates 9001-9609), KORT Physical Therapy (*see generally* Bates 3001-3174), *and* Commonwealth Hand Therapy (*see generally* Bates 8001-8156). Prior to surgical intervention, Mr. Zoll "had limited progress with shoulder motion and strength" and had "reached maximum functional potential for" the left shoulder in physical therapy. (Bates 9037). He continued to suffer increased pain in his shoulder with exercises. (Bates 9346). Part of Mr. Zoll's goals included "potentially return[ing] to work" and improving his conditions. (Bates 9424). Despite continuing to have "significant functional limitation due to pain" (Bates 6362), Mr. Zoll's in-person physical therapy in 2020 was impacted by the global pandemic and mandated closures related to COVID-19. (Bates 9341). He presented to pain management on June 24, 2019 at Commonwealth Pain and Spine. (Bates 6001). Mr. Zoll described his neck pain, numbness, tingling, and pain in upper extremities. (Bates 6013). Physical examination showed limited range of motion, a positive empty can test, preserved strength but with mild pain and resisted internal/external rotation abduction, decreased light touch C6 dermatome/C7 dermatome/C8 dermatome, tenderness of the bilateral cervical paraspinal muscles and bilateral trapezius muscles, limited range of motion of the cervical spine and pain elicited with range of motion, and a positive Spurling's test. (Bates 6015). The treatment plan included an epidural steroid injection in the cervical region. (Bates 6016). He followed-up with Kentucky Bone & Joint on June 26, 2019. (Bates 1013). It was noted that physical therapy "was causing pain

and was not improving his condition." (Bates 1013). He was scheduled to receive an epidural injection by pain management the following month. (Bates 1014). "[H]is MRI report...demonstrates foraminal narrowing and root impingement at" the C6-C7 level. (Bates 1014). The possibly of AC joint symptoms was opined. (Bates 1014). He presented to Commonwealth Pain and Spine again on July 16, 2019. (Bates 6027). A Cervical Epidural Steroid Injection was performed. (Bates 6029). On July 25, 2019, Mr. Zoll described A/C joint arthritis, slipped disc at C6-C7, numbness in the left hand, and weakness in left arm. (Bates 9011). Mr. Zoll simply wanted to "[f]eel better again and do activities with both hands[.]" (Bates 9011). He also noted chronic migraines, tremors, wrist and shoulder injuries, anxiety, and depression. (Bates 9012). He presented to Dr. Hackett at Kentucky Bone & Joint again on August 19, 2019. (Bates 1015). He described some relief from the first epidural injection that lasted "for a little bit[,]" his continued physical therapy, his neck pain, and the continued pain at the top of his left shoulder. (Bates 1015). Physical examination continued to demonstrate objective findings. (Bates 1016). Restrictions continued to be opined of no pushing, pulling, or lifting greater than 5 pounds with the left upper extremity. (Bates 1016). He presented to Commonwealth Pain and Spine again on August 23, 2019. (Bates 6036). Another Cervical Epidural Steroid Injection in C7/T1 was summarized. (Bates 6038). His neck pain continued on October 18, 2019. (Bates 6043). Physical examination continued to show tenderness and limited range of motion upon examination of shoulders and musculoskeletal. (Bates 6047). The radiation he suffered into his fingertips was described. (Bates 6048). Repeat injection therapy was planned. (Bates 6048). A follow-up appointment with Dr. Hackett occurred on November 4, 2019. (Bates 1019). Mr. Zoll felt that his shoulder improvement had reached a plateau. (Bates 1019). Dr. Hackett opined that Mr. Zoll had "failed all conservative measures." (Bates 1020). His restrictions remained. (Bates 1020). On November 15, 2019, a repeat Cervical Epidural Steroid Injection in C7/T1 was performed. (Bates 6053). Assessment of Mr. Zoll was cervical radiculopathy. (Bates 6053). An MRI of the left shoulder was performed on November 19, 2019. (Bates 1021). Post-surgical changes were observed. (Bates 1021). "There is tendinopathy and partial tearing involving the supraspinatus, infraspinatus, and subscapularis." (Bates 1021). "There is very mild subluxation suspected involving the long head of the biceps tendon into the torn portion of the subscapularis." (Bates 1021). "There are mild-to-moderate arthritic changes of the acromioclavicular joint and at the glenohumeral joint. There is diffuse degenerative tearing of the labrum." (Bates 1021). A follow-up appointment with Dr. Hackett occurred on November 22, 2019. (Bates 1023). A left shoulder diagnostic arthroscopy with evaluation of Mr. Zoll's cuff and a possible repair with distal clavicle excision was discussed. (Bates 1024). Restrictions remained. (Bates 1024). Mr. Zoll's migraines continued on December 3, 2019. (Bates 7068). In December 2019, Mr. Zoll presented to his family medical provider after a "one-week flare of left lumbar radiculopathy." (Bates 7067). His pain occurred "[i]n the left lower back/gluteal in the left foot." (Bates 7067). He was referred to rheumatology for osteoarthritis evaluation. (Bates 7067). A left shoulder arthroscopic capsular release with manipulation under anesthesia and left arthroscopic distal clavicle excision was performed on December 20, 2019. (Bates 1026 and Bates 2001-2046). Postoperative diagnoses were left shoulder AC joint arthritis and left shoulder adhesive capsulitis. (Bates 1026). Mr. Zoll treated at Commonwealth Pain and Spine on January 3, 2020. (Bates 6055). "[E]xamination of the lumbar spine is consistent with lumbar spondylosis." (Bates 6061). He presented to Dr. Hackett for follow-up on January 6, 2020. (Bates 1029). He continued to suffer persistent pain. (Bates 1029). Physical therapy was recommended. (Bates 1030). Mr. Zoll had an endocrinology appointment at Lexington Clinic on January 9, 2020. (Bates 7061). His hyperlipidemia, depression,

and chronic pain were noted. (Bates 7063). A follow-up appointment at Commonwealth Pain and Spine occurred on January 16, 2020. (Bates 6070). A Lumbar Medial Branch Nerve Block was performed on the left L2-L5 under fluoroscopic needle guidance. (Bates 6073). Diagnosis included lumbosacral spondylosis without myelopathy. (Bates 6073). On January 20, 2020, Mr. Zoll presented to the rheumatology department "for initial evaluation and consultation at the request of Dr. Ziegler for multiple joint pain…" (Bates 7060). It was noted that Mr. Zoll had worked for Toyota for 31 years. (Bates 7060). In addition to "worsening joint pain and tenderness[,]" Mr. Zoll's symptoms included neck pain, migraines, drawing of his hands, difficulty with his hands, and lower back pain. (Bates 7060). It was assessed that "[w]ith reported recent major trauma as well as recurring injury based on his historical work report at Toyota for 31 years, this is likely all traumatic injury and degenerative changes in combination" and "[h]e will likely need to continue an aggressive physical therapy program to maintain or improve his overall strength and conditioning…" (Bates 7061). "[B]ased on his outcome he may or may not be able to return to his current position with the decreased range of motion of the left wrist, shoulder and elbow…" (Bates 7061). He presented to Dr. Hackett again on February 5, 2020. (Bates 1033). His pain continued despite physical therapy. (Bates 1033). Lyrica was prescribed "as he does seem to be having some [Complex Regional Pain Syndrome] symptoms." (Bates 1034). His celecoxib prescription was refilled. (Bates 1034). He was referred to a new pain management provider due to insurance reasons. (Bates 1034). Mr. Zoll presented to Pain Consultants of Central Kentucky, PLLC on February 25, 2020. (Bates 4001). His ongoing pain involving the shoulder and radicular pain down his arm, hand, and fingers were described. (Bates 4001). "His pain is worsened by physical therapy and by lifting." (Bates 4001). "It is improved by resting and ice." (Bates 4001). "His pain history is significant for cervical radiculopathy and lumbar radiculopathy…" (Bates 4002). "The upper extremities have decreased sensation in a left ulnar distribution, most profoundly distal to the wrist. This involves the last 2 ½ fingers. It continues with lesser intensity proximal to the wrist essentially ending near the elbow." (Bates 4002). "[O]n the left he has pain on range of motion, particularly abduction and external rotation, as well as flexion and extension of the left shoulder." (Bates 4002). "He does have some weakness in the wrist stabilizing muscles, and it appears almost more as breakaway than generalized weakness." (Bates 4002). "Finger spread is also somewhat reduced in force." (Bates 4002). 60 Flector pain patches were prescribed. (Bates 4003). On March 4, 2020, Mr. Zoll described his continued, sharp pain at the top of his shoulder and also in his scapula. (Bates 1035). It was noted that his amitriptyline dosage had been increased to 50 mg. (Bates 1036). Physical therapy was to be continued. (Bates 1036). On April 10, 2020, Mr. Zoll's pain had not been significantly relieved since his prior visit and physical therapy appointments had not occurred for three and a half weeks (during COVID pandemic). (Bates 1038-1039). Dr. Hackett offered to find other physical therapists that would be able to work with Mr. Zoll manually. (Bates 1039). Due to his asthma condition, at home physical therapy exercises were to continue. (Bates 1039). Diclofenac was prescribed. (Bates 1039). Mr. Zoll returned to pain management on May 4, 2020. (Bates 4004). His lower back pain had increased since the prior visit and the pain patches were not approved by insurance. (Bates 4004). His lower back pain "flared recently, and is worsened by prolonged sitting and prolonged walking. He has pain in both the anterior and posterior left thigh. Most of the pain is in the low back, left of midline, with a lesser amount in the anterior and posterior thigh." (Bates 4004). Although Mr. Zoll's Elavil had been increased, he suffered side effects. (Bates 4004). His "[g]ait is somewhat slowed…" (Bates 4004). TENS Unit was recommended. (Bates 4004). Additional physical therapy was recommended for the shoulder *and* back. (Bates 4004). On May 11, 2020, Mr. Zoll presented to KORT Beaumont Physical Therapy. (Bates 3001).

Physical examination demonstrated limitations. (Bates 3001-3002). Mr. Zoll thereafter continued physical therapy throughout 2020 despite continued pain in his back and shoulder. (Bates 3007-3174). Discomfort, soreness, weakness, exacerbation of pain, and fatigue were noted. (Bates 3042). Neck pain and headaches were also present. (Bates 3055). On May 26, 2020, it was noted that there had been some improvement in Mr. Zoll's pain, but he continued "to have dysfunction." (Bates 1041). Mr. Zoll presented to Lexington Clinic on June 4, 2020 due to a vascular headache. (Bates 7046). He also followed-up regarding migraines, essential tremor, and neck pain. (Bates 7048). His migraines and lower back pain had worsened. (Bates 7048). It was recommended that Mr. Zoll return to pain management. (Bates 7048). He presented to pain management on June 8, 2020. (Bates 4005). His lower back pain continued. (Bates 4005). His back pain was "roughly equal in intensity" as the shoulder pain. (Bates 4005). His "Gait [was] slow and deliberate" and he exhibited "depressive overtones." (Bates 4005). "Palpation of back and pelvis reveal[ed] tenderness over the left trochanteric bursal prominence and in the left paraspinous muscle groups." (Bates 4005). He expressed pain in range of motion of the right shoulder. (Bates 4005). It was recommended that he continue use of the TENS unit and Nortriptyline was prescribed. (Bates 4005). A physical therapy reevaluation occurred on July 14, 2020. (Bates 3058). Beck pain, neck pain, thigh pain, headaches, and shoulder pain were continuing. (Bates 3058). Mr. Zoll had a follow-up appointment with Dr. Hackett on July 27, 2020. (Bates 1043). He had only "minimal improvements" since his previous visit. (Bates 1043). He had concerns regarding his minimal improvement. (Bates 1044). On July 28, 2020, he had a follow-up appointment with pain management. (Bates 4007). He continued "to suffer with both shoulder and low back pain." (Bates 4007). He was given a letter to be excused from jury duty. (Bates 4007). "[H]e is simply uncomfortable enough that he will have difficulty sitting for that length of time." (Bates 4007). On September 8, 2020, he presented to pain management. (Bates 4008). His medications were continued. (Bates 4008). Mr. Zoll had a 6 month follow-up appointment at Lexington Clinic on September 11, 2020. (Bates 7043). He returned to Dr. Hackett on September 21, 2020. (Bates 1049). Difficulty laying on his arm and limited range of motion was noted. (Bates 1049). Dr. Hackett recommended that Mr. Zoll continue physical therapy. (Bates 1050). A physical therapy reevaluation occurred on September 23, 2020. (Bates 3100). On October 7, 2020, Mr. Zoll noted "tingling in the 4th and 5th digit of his [left] hand." (Bates 3109). "He also report[ed] that he experienced a muscle spasm (of the hypothenar muscles) that lasted several hours before relaxing." (Bates 3109). Mr. Zoll's symptoms were noted to be "consistent with ulnar nerve irritation." (Bates 3111). He "[c]onsulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist)." (Bates 3118). An appointment at Lexington Clinic occurred on October 14, 2020. (Bates 7034). Musculoskeletal examination revealed: "Full range of motion left hand tingling sensation ring and small finger[;] pressure on the ulnar nerve at the wrist reproduces tingling in the fingers[;] positive Tinel's left elbow[;] positive ulnar nerve subluxation, with soreness over the ulnar nerve." (Bates 7037). An EMG/NCV was recommended. (Bates 7037). A physical therapy reevaluation occurred on October 29, 2020. (Bates 3118). He presented to Lexington Clinic on November 23, 2020. (Bates 7028). Ulnar neuropathy of left arm and cervical radiculopathy were assessed. (Bates 7034). The office notes stated: "EMG: C7 radiculopathy, chronic. He knows about this. Ulnar nerve compression at the wrist and elbow[.]" (Bates 7031 and Bates 7191). Final assessment included Focal Dystonia and Cubital Tunnel Syndrome. (Bates 7031). A possible subcutaneous ulnar nerve transposition with ulnar nerve release at the wrist was recommended depending on symptom severity. (Bates 7031). Mr. Zoll explained at physical therapy on November 24, 2020 that "he did have an EMG/NCV" and it demonstrated "mild ulnar

nerve slowing" as well as carpal tunnel syndrome. (Bates 3133). On December 7, 2020, an electromyography (EMG) with Nerve Conduction Study (NCV) was noted. (Bates 7021). The impression was "Mild, chronic left L5 radiculopathy." (Bates 7189). Assessment included lumbar radiculopathy. (Bates 7021). Migraines were likewise noted. (Bates 7021). He described symptoms of "a feeling of numbness and tingling in the left foot" that had "been going on for several months…" (Bates 7023). The symptoms were "gradually getting worse." (Bates 7023). "His EMG of the left arm showed borderline findings for left C7 radiculopathy." (Bates 7027). Mr. Zoll's provider was "suspicious of lumbar radiculopathy[,]" and specifically left L5 radiculopathy, due to Mr. Zoll's symptoms in his left leg. (Bates 7027-7028). An EMG of the left leg was planned. (Bates 7028). Mr. Zoll had a telehealth appointment with Lexington Clinic on December 8, 2020. (Bates 7016). At his December 8, 2020 physical therapy appointment, Mr. Zoll reported "continued intermittent tingling in his" left hand and left lower extremity. (Bates 3136). A follow-up with Dr. Hackett occurred on December 16, 2020. (Bates 1051). Mr. Zoll's continued efforts with physical therapy were noted. (Bates 1051). Some pain continued and a cortisone injection was performed. (Bates 1052). He explained at physical therapy on December 21, 2020 that although he had received an injection in his shoulder that resulted in initial relief, he did not believe he had benefited overall from the injection. (Bates 3142). Mr. Zoll's physical therapy thereafter continued in 2021. (Bates 3145). He also presented to pain management on December 21, 2020. (Bates 4009). His medications were continued. (Bates 4009). A physical therapy reevaluation occurred on February 1, 2021. (Bates 3150). He felt his shoulder remained "about the same." (Bates 3150). On March 1, 2021, Mr. Zoll again suffered increased soreness in his neck. (Bates 3160). Progress was described as "slow but steady[.]" (Bates 3162). He described "a little" improvement to his left shoulder in an appointment with Dr. Hackett on March 8, 2021. (Bates 1053). Examination showed a positive Spurling's Sign to left. (Bates 1054). "[H]e does have some radicular type symptoms on" the left so physical therapy was continued with a focus on the cervical spine. (Bates 1054). A follow-up appointment with pain management occurred on March 18, 2021. (Bates 4018). His "[g]ait [was] slow and deliberate" and there was "limitation of range of motion on the left, mostly on external rotation…" (Bates 4010). "Palpation of upper back and neck reveal[ed] the tenderness…generally present in the midline at the cervicothoracic junction." (Bates 4010). "[H]e does have tenderness at the spinous process tips, roughly from C6 to T2." (Bates 4010). His musculoskeletal back pain was described as "long-term issue." (Bates 4010). Mr. Zoll presented to Lexington Clinic on April 8, 2021 due to back pain. (Bates 7006). It was noted that he returned "in follow-up regarding his migraines, essential tremor and neck pain." (Bates 7008). "He had essential tremor which had improved a little with Topamax." (Bates 7008). "He did have chronic neck pain" and "[h]is MRI scan did show a bulging disc extending to the left at C6-7 level." (Bates 7008). He continued "having a migraine about every week or 2" and was bothered by bright lights and suffered "visual disturbances with the migraine." (Bates 7008). "He uses Imitrex when necessary" to resolve the migraines; "[i]t makes him feel brain-dead and like he has poor attention or memory." (Bates 7008-7009). "His neck pain is getting worse." (Bates 7009). "He does have some pain in the left instep." (Bates 7009). "He has chronic lower back pain and chronic neck pain" although some of his recent lower back pain had improved. (Bates 7009). His left shoulder pain continued. (Bates 7009). It was noted that Mr. Zoll's tremor are in both hands, with the right hand being worse than the left hand. (Bates 7010). He also suffers poor balance which has "been gradually getting worse." (Bates 7010). It was noted that an "EMG of the left arm showed borderline findings for left C7 radiculopathy." (Bates 7011). A physical therapy reevaluation occurred on April 12, 2021. (Bates 3166). Signs/Symptoms were described as

"[s]ome decline in [left] shoulder AROM and a more recent increase in neck pain and headaches." (Bates 3168). Mr. Zoll presented to Lexington Clinic on April 22, 2021 due to depression and chest pain. (Bates 7001). Diagnoses included chest pain, mood disorder, and chondrocostal junction syndrome. (Bates 7005).

**Social Security Administration**

Mr. Zoll has applied and been approved for disability benefits through the Social Security Administration ("SSA"). Approval by the SSA provides additional proof that Mr. Zoll is disabled from his own occupation *and* "any occupation." Under the Social Security statute, "disability" is defined as a "physical or mental impairment or impairments...of such severity that he is not only unable to do his previous work, but cannot, considering his age, education, and work experience, engage in any other kind of substantial gainful work which exists in the national economy, regardless of whether such work exists in the immediate area in which he lives, or whether a specific job vacancy exists for him, or whether he would be hired if he applied for work." 42 U.S.C. § 423(d)(2)(A). Approval under the SSA's standard demonstrates that Mr. Zoll is unable, based on his age, education, and work experience, to "engage in any other kind of substantial gainful work."

Mr. Zoll's disability, medical records, vocational history, and educational history demonstrate his inability to perform or engage in his own occupation *or* "any occupation."

**Case Law**

It is important to note that when Lincoln Life is reviewing the policy, Kentucky case law is very clear that insurance contracts are to be liberally construed in favor of the insured to afford coverage. *See State Auto Mut. Ins. Co. v. Ellis*, 700 S.W.2d 801, 803 (Ky. Ct. App. 1985) (Doubts concerning the construction of insurance contracts are to be liberally construed in favor of the insured, and exclusions are to be strictly construed to make insurance effective). In *Wolford v. Wolford*, 662 S.W.2d 835, 838 (Ky. 1984), the Kentucky Supreme Court held, "[i]f the contract language is ambiguous, it must be liberally construed to resolve any doubts in favor of the insured." Courts will always attempt to effectuate insurance, not to defeat it. *See Assurant Assur. Co. of Canada v. Wiley*, 79 S.W.2d 937, 939 (Ky. 1935). This language can be similarly applied to the applicable policy related to Mr. Zoll's claim. Therefore, the definition of disability is to be read in favor of coverage for Mr. Zoll, the insured.

Further, Kentucky case law is clear that "total disability" does not mean utter helplessness, and "permanent disability" does not mean utter hopelessness, and an individual to be totally and permanently disabled does not have to be reduced to a state wherein he is entirely dependent on others and is absolutely without hope of improvement. *Aetna Life Ins. Co. of Hartford, Conn. v. Gullett*, 89 S.W.2d 1 (Ky. Ct. App. 1935). Further, the "any occupation" standard must yield a reasonably similar wage to that of Mr. Zoll. *Rudder v. Ohio State Life Ins. Co.*, 389 S.W.2d 448 (Ky. 1965). This language can be similarly applied to the applicable policy related to Mr. Zoll's claim. Therefore, the definition of disability is to be read in favor of coverage for Mr. Zoll, the insured.

The conflict of interest and risk of bias present with Lincoln Life cannot be ignored. The *review* was performed by Lincoln Life employees. The medical and vocational *file reviews* have been performed by individuals hired by Lincoln Life. Importantly, Lincoln Life is responsible for both paying LTD benefits and deciding whether a claimant qualifies for benefits. Therefore, Lincoln Life has an inherent conflict of interest in its claim handling. Lincoln Life has "a clear incentive to contract with individuals who were inclined to find in its favor that [the insured] was not entitled to…LTD benefits." *See Calvert v. Firstar Finance*, 409 F.3d 286, 292 (6th Cir. 2005) (citation omitted). This carries weight here and can be similarly applied to Lincoln Life's review of Mr. Zoll's claim and the *file reviews* obtained by Lincoln Life. The medical and objective evidence of record squarely calls into question Mr. Zoll's ability to perform activities of daily living and whether he has the functional capabilities required for gainful employment. His limitations continue on a daily basis. Thus, Mr. Zoll respectfully requests Lincoln Life approve his claim for benefits.

**Conclusion**

Given the language contained in the denial letter, the documentation presumed to be in Lincoln Life's file, the vocational history, and the medical evidence, it is clear that Mr. Zoll is disabled as required under the terms provided by Lincoln Life. Based upon the entirety of information provided to Lincoln Life, the only conclusion that can be reasonably drawn is that Mr. Zoll is entitled to receive continued LTD benefits as a result of being totally disabled. Based on the documentation supplied to Lincoln Life, Mr. Zoll strongly disagrees with any conclusion by Lincoln Life to continue to deny his LTD claim. A decision to continue to deny disability benefits by Lincoln Life is in contrast to the requirements for benefits to its insured.

Mr. Zoll has had longstanding medical treatment with multiple physicians and medical providers. He has permanent restrictions. He has documented, objective findings of his limitations. Mr. Zoll is eligible to receive LTD benefits as a result of his functional incapability to sustain employment due to his health conditions. The claimant respectfully requests that Lincoln Life reconsider its termination of his long-term disability claim, as he does meet the definition of disability based on the objective evidence of multiple medical professionals.

We look forward to a timely decision on Mr. Zoll's claim. Please do not hesitate to contact me if you need any additional information. Thank you.

Sincerely,

Elizabeth A. Thornsbury

Elizabeth A. Thornsbury

Enclosures

DVD RW Drive (D:) 85... Search DVD RW Drive (D:) 8560503

| Name | Date modified |
|---|---|
| 1001-1055 Kentucky Bone & Joint | 5/7/2021 11:06 AM |
| 2001-2046 Kentucky Surgery Center | 5/10/2021 7:31 PM |
| 3001-3174 KORT Physical Therapy | 5/10/2021 7:39 PM |
| 4001-4010 Pain Consultants of Central Kentucky | 5/12/2021 10:52 AM |
| 5001-5014 Stephen Lamb MD | 5/12/2021 11:03 AM |
| 6001-6075 Commonwealth Pain and Spine | 5/18/2021 12:32 PM |
| 7001-7214 Lexington Clinic | 6/24/2021 6:27 PM |
| 8001-8156 Commonwealth Hand Therapy | 6/3/2021 11:17 AM |
| 9001-9609 Cardinal Hill Rehabilitation Hospital | 6/23/2021 2:51 PM |
| 10001-10009 Walmart Pharmacy | 6/4/2021 9:36 AM |

## AUTHORIZATION TO DISCLOSE INFORMATION

TO: Lincoln Life Assurance Company of Boston ("Lincoln Life")

NAME: To Whom It May Concern

I, James D. Zoll, do hereby authorize Lincoln Life to supply and provide any and all information regarding my claim for long-term disability benefits to my attorneys listed below.

Further I, James D. Zoll, do hereby authorize Lincoln Life to discuss my claim for long-term disability benefits with my attorneys listed below.

A photocopy of this request shall have the same force and effect as the original.

Please send to my attorneys:

M. Austin Mehr
Philip G. Fairbanks
Erik D. Peterson
Bartley K. Hagerman
Elizabeth A. Thornsbury
MEHR, FAIRBANKS & PETERSON TRIAL LAWYERS, P.L.L.C.
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830

James D Zoll
SIGNATURE

April 14, 2021
DATE

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

| | |
|---|---|
| M. Austin Mehr | amehr@austinmehr.com |
| Philip G. Fairbanks | pgf@austinmehr.com |
| Erik D. Peterson | edp@austinmehr.com |
| Bartley K. Hagerman | bkh@austinmehr.com |
| Elizabeth A. Thornsbury | elizabeth@austinmehr.com |


June 17, 2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

*Sent via Mail and Facsimile: (603) 559-8641*

**RE: Long Term Disability (LTD) Benefits**
**Claimant: James D. Zoll**
**Claim #: 8560503**
**Policyholder: Toyota Motor Engineering & Manufacturing North America, Inc.**

To Whom It May Concern:

Our law office represents Mr. James Zoll regarding his claim for long-term disability ("LTD") with Lincoln Life Assurance Company of Boston ("Lincoln Life"). Please find enclosed an authorization allowing you to speak with and provide information about Mr. Zoll's claim to our office. Please direct all future phone calls and correspondence to my attention. **You do not have permission to contact Mr. Zoll directly regarding his claim**. Our office sent a request to Lincoln Life on April 29, 2021 requesting, among other documents, a copy of Mr. Zoll's LTD claim file. To date, we have not received the information.

Please consider this a second request that the following documentation be provided to our office *as soon as possible*:

- All documents, records, or other information relating or pertaining to any and all internal rules, guidelines, protocols, or other similar criterion relied upon by Lincoln Life in making its benefit determinations as to Mr. Zoll. This request is also intended to include any and all claims manuals, training manuals, and other policy guidelines that are used to instruct Lincoln Life's claims handlers.

- All documents, records, or other information that were submitted, considered, or generated by Lincoln Life as to Mr. Zoll's claim for LTD benefits, without regard as to whether said documents, records or other information is or was relied upon in making the benefit determinations.

- All documents, records, or other information demonstrating Lincoln Life's compliance with the administrative processes and safeguards required by federal law to be used in making benefit determinations and in handling benefit determinations.

- All documents, records, or other information that constitute a statement of policy, advice, or guidance concerning the payment, termination, or denial of benefits for persons with Mr. Zoll's diagnoses, without regard as to whether such statements were relied upon by Lincoln Life.

- All documents, records, or other information relating or pertaining to statements of policy, advice, or guidance concerning Lincoln Life's plan language as to the definition of "disability" and how Lincoln Life's claims adjusters are to evaluate, handle, and investigate claims of persons falling within these plan categories.

- All documents, records, or other information relating or pertaining to Lincoln Life's criteria or guidelines for the selection and use of persons or businesses who conduct vocation assessments, persons or businesses who conduct peer reviews, and persons or businesses who conduct independent medical examinations.

Pursuant to 29 U.S.C. §1024(b)(4):

> The administrator shall, upon written request of any participant or beneficiary, furnish a copy of the latest updated summary plan description, and the latest annual report, any terminal report, the bargaining agreement, trust agreement, contract, or other instruments under which the plan is established or operated.

Therefore, our law office requests such documentation, including, but not limited to the (1) summary plan description; (2) **the applicable LTD policy**; and (3) all plan documentation, be provided to our law office, **pursuant to ERISA subsection 502(c)**, which allows for a penalty of up to $110 per day, if the plan administrator does not provide such plan documentation within the period specified by statute.

Further, pursuant to 29 CFR § 2560.503-1(h)(2)(iii), the claimant shall be provided, upon request and free of charge, reasonable access to, and copies of all documents, records, and other information relevant to the claimant's claim for benefits. Relevant information includes documentation, records or other information:

(i) Relied upon in making the benefit determination;

(ii) Submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination;

(iii) Demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5) of this section in making the benefit determination; or

(iv) In the case of a group health plan or a plan providing disability benefits, constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

Thank you for your attention to this matter. I look forward to your response and the prompt tendering of the requested documentation. The requested information can be sent electronically to elizabeth@austinmehr.com. If you have any questions, please feel free to contact me at (859) 225-3731.

Sincerely,

*/s/ Elizabeth A. Thornsbury*

Elizabeth A. Thornsbury

Enclosure

# Facsimile Cover Sheet

**To:**
**Company:**
**Phone:**
**Fax:** (603) 559-8641

**From:** Elizabeth Thornsbury
**Company:**
**Phone:** (859) 225-3731 * 106
**Fax:** 18592253731

**Date:** 04/29/2021
**Pages including this cover sheet:** 5

**Comments:**

Long Term Disability (LTD) Benefits
Claimant: James D. Zoll
Claim #: 8560503
Policyholder: Toyota Motor Engineering & Manufacturing North America, Inc.

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr — amehr@austinmehr.com
Philip G. Fairbanks — pgf@austinmehr.com
Erik D. Peterson — edp@austinmehr.com
Bartley K. Hagerman — bkh@austinmehr.com
Elizabeth A. Thornsbury — elizabeth@austinmehr.com

April 29, 2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

*Sent via Facsimile: (603) 559-8641*

**RE: Long Term Disability (LTD) Benefits**
**Claimant: James D. Zoll**
**Claim #: 8560503**
**Policyholder: Toyota Motor Engineering & Manufacturing North America, Inc.**

To Whom It May Concern:

Our law office represents Mr. James Zoll regarding his claim for long-term disability ("LTD") with Lincoln Life Assurance Company of Boston ("Lincoln Life"). Please find enclosed an authorization allowing you to speak with and provide information about Mr. Zoll's claim to our office. Please direct all future phone calls and correspondence to my attention. **You do not have permission to contact Mr. Zoll directly regarding his claim**.

I am aware of Lincoln Life's December 30, 2020 letter denying my client's claim for LTD benefits. **Please do not consider this letter a request for an appeal at this time.**

Please provide the following documentation to our office within the next thirty (30) days:

- All documents, records, or other information relating or pertaining to any and all internal rules, guidelines, protocols, or other similar criterion relied upon by Lincoln Life in making its benefit determinations as to Mr. Zoll. This request is also intended to include any and all claims manuals, training manuals, and other policy guidelines that are used to instruct Lincoln Life's claims handlers.

- All documents, records, or other information that were submitted, considered, or generated by Lincoln Life as to Mr. Zoll's claim for LTD benefits, without regard as to whether said documents, records or other information is or was relied upon in making the benefit determinations.

- All documents, records, or other information demonstrating Lincoln Life's compliance with the administrative processes and safeguards required by federal law to be used in making benefit determinations and in handling benefit determinations.

- All documents, records, or other information that constitute a statement of policy, advice, or guidance concerning the payment, termination, or denial of benefits for persons with Mr. Zoll's diagnoses, without regard as to whether such statements were relied upon by Lincoln Life.

- All documents, records, or other information relating or pertaining to statements of policy, advice, or guidance concerning Lincoln Life's plan language as to the definition of "disability" and how Lincoln Life's claims adjusters are to evaluate, handle, and investigate claims of persons falling within these plan categories.

- All documents, records, or other information relating or pertaining to Lincoln Life's criteria or guidelines for the selection and use of persons or businesses who conduct vocation assessments, persons or businesses who conduct peer reviews, and persons or businesses who conduct independent medical examinations.

Pursuant to 29 U.S.C. §1024(b)(4):

> The administrator shall, upon written request of any participant or beneficiary, furnish a copy of the latest updated summary plan description, and the latest annual report, any terminal report, the bargaining agreement, trust agreement, contract, or other instruments under which the plan is established or operated.

Therefore, our law office requests such documentation, including, but not limited to the (1) summary plan description; (2) **the applicable LTD policy**; and (3) all plan documentation, be provided to our law office, **pursuant to ERISA subsection 502(c)**, which allows for a penalty of up to $110 per day, if the plan administrator does not provide such plan documentation within the period specified by statute.

Further, pursuant to 29 CFR § 2560.503-1(h)(2)(iii), the claimant shall be provided, upon request and free of charge, reasonable access to, and copies of all documents, records, and other information relevant to the claimant's claim for benefits. Relevant information includes documentation, records or other information:

(i) Relied upon in making the benefit determination;

(ii) Submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination;

(iii) Demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5) of this section in making the benefit determination; or

(iv) In the case of a group health plan or a plan providing disability benefits, constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

Thank you for your attention to this matter. I look forward to your response and the prompt tendering of the requested documentation. If you have any questions, please feel free to contact me at (859) 225-3731.

Sincerely,

*/s/ Elizabeth A. Thornsbury*

Elizabeth A. Thornsbury

Enclosure

# Facsimile Cover Sheet

**To:**

**Company:**

**Phone:**

**Fax:** (603) 559-8641

**From:** Elizabeth Thornsbury

**Company:**

**Phone:** (859) 225-3731 * 106

**Fax:** 18592253731

**Date:** 04/29/2021

**Pages including this cover sheet:** 5

## Comments:

```
Long Term Disability (LTD) Benefits
Claimant: James D. Zoll
Claim #: 8560503
Policyholder: Toyota Motor Engineering & Manufacturing North America,
Inc.
```

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr amehr@austinmehr.com
Philip G. Fairbanks pgf@austinmehr.com
Erik D. Peterson edp@austinmehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

April 29, 2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

*Sent via Facsimile: (603) 559-8641*

**RE: Long Term Disability (LTD) Benefits**
**Claimant: James D. Zoll**
**Claim #: 8560503**
**Policyholder: Toyota Motor Engineering & Manufacturing North America, Inc.**

To Whom It May Concern:

Our law office represents Mr. James Zoll regarding his claim for long-term disability ("LTD") with Lincoln Life Assurance Company of Boston ("Lincoln Life"). Please find enclosed an authorization allowing you to speak with and provide information about Mr. Zoll's claim to our office. Please direct all future phone calls and correspondence to my attention. **You do not have permission to contact Mr. Zoll directly regarding his claim**.

I am aware of Lincoln Life's December 30, 2020 letter denying my client's claim for LTD benefits. **Please do not consider this letter a request for an appeal at this time.**

Please provide the following documentation to our office within the next thirty (30) days:

- All documents, records, or other information relating or pertaining to any and all internal rules, guidelines, protocols, or other similar criterion relied upon by Lincoln Life in making its benefit determinations as to Mr. Zoll. This request is also intended to include any and all claims manuals, training manuals, and other policy guidelines that are used to instruct Lincoln Life's claims handlers.

- All documents, records, or other information that were submitted, considered, or generated by Lincoln Life as to Mr. Zoll's claim for LTD benefits, without regard as to whether said documents, records or other information is or was relied upon in making the benefit determinations.

- All documents, records, or other information demonstrating Lincoln Life's compliance with the administrative processes and safeguards required by federal law to be used in making benefit determinations and in handling benefit determinations.

- All documents, records, or other information that constitute a statement of policy, advice, or guidance concerning the payment, termination, or denial of benefits for persons with Mr. Zoll's diagnoses, without regard as to whether such statements were relied upon by Lincoln Life.

- All documents, records, or other information relating or pertaining to statements of policy, advice, or guidance concerning Lincoln Life's plan language as to the definition of "disability" and how Lincoln Life's claims adjusters are to evaluate, handle, and investigate claims of persons falling within these plan categories.

- All documents, records, or other information relating or pertaining to Lincoln Life's criteria or guidelines for the selection and use of persons or businesses who conduct vocation assessments, persons or businesses who conduct peer reviews, and persons or businesses who conduct independent medical examinations.

Pursuant to 29 U.S.C. §1024(b)(4):

> The administrator shall, upon written request of any participant or beneficiary, furnish a copy of the latest updated summary plan description, and the latest annual report, any terminal report, the bargaining agreement, trust agreement, contract, or other instruments under which the plan is established or operated.

Therefore, our law office requests such documentation, including, but not limited to the (1) summary plan description; (2) **the applicable LTD policy**; and (3) all plan documentation, be provided to our law office, **pursuant to ERISA subsection 502(c)**, which allows for a penalty of up to $110 per day, if the plan administrator does not provide such plan documentation within the period specified by statute.

Further, pursuant to 29 CFR § 2560.503-1(h)(2)(iii), the claimant shall be provided, upon request and free of charge, reasonable access to, and copies of all documents, records, and other information relevant to the claimant's claim for benefits. Relevant information includes documentation, records or other information:

(i) Relied upon in making the benefit determination;

(ii) Submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination;

(iii) Demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5) of this section in making the benefit determination; or

(iv) In the case of a group health plan or a plan providing disability benefits, constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

Thank you for your attention to this matter. I look forward to your response and the prompt tendering of the requested documentation. If you have any questions, please feel free to contact me at (859) 225-3731.

Sincerely,

*/s/ Elizabeth A. Thornsbury*

Elizabeth A. Thornsbury

Enclosure

# AUTHORIZATION TO DISCLOSE INFORMATION

TO: Lincoln Life Assurance Company of Boston ("Lincoln Life")

NAME: To Whom It May Concern

I, James D. Zoll, do hereby authorize Lincoln Life to supply and provide any and all information regarding my claim for long-term disability benefits to my attorneys listed below.

Further I, James D. Zoll, do hereby authorize Lincoln Life to discuss my claim for long-term disability benefits with my attorneys listed below.

A photocopy of this request shall have the same force and effect as the original.

Please send to my attorneys:

M. Austin Mehr
Philip G. Fairbanks
Erik D. Peterson
Bartley K. Hagerman
Elizabeth A. Thornsbury
MEHR, FAIRBANKS & PETERSON TRIAL LAWYERS, P.L.L.C.
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830

James D Zoll
SIGNATURE

April 14, 2021
DATE

**From:** LincolnAbsenceNotification@lfg.com
**To:**
donna.sutherland@toyota.com;judy.lykins@toyota.com;debbie.thompson@toyota.com;forrest.harmon@toyota.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Change in Long Term Disability Status for James D Zoll 202862 Claim 8560503

This is to notify you that there has been a change in the status of your Team Member's Long Term Disability claim.

**Long Term Disability Information:**

Last Day Worked: 7/13/2018

Date of Disability: 7/19/2018

Benefit Payments Period: 1/17/2019 thru 1/16/2021

Claim Status: Closed - Not Totally Disabled For Any Occupation

Claim closed effective: 1/17/2021

The Team Member has 180 days to appeal this determination. The appeal deadline is 6/28/2021.

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 41515 or contact the assigned Case Manager at Christine.Kelley@lfg.com. Please be sure to reference claim number 8560503.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. JAMES D ZOLL

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

December 30, 2020

Mr. James D Zoll

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503

Dear Mr. James D Zoll:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond January 16, 2021. Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that to receive benefits you must meet the following definition of disability:

*"**Disability**" or "**Disabled**" means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

   ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

   *"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

You have been receiving LTD benefits for your disability since January 17, 2019.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for rotator cuff tear and left wrist fracture and your claim file contains the following medical documentation:

- Commonwealth of Kentucky, extending from 9/16/2017 to 6/29/2018
- Jennifer Gingrich, PA / Physician Assistant, on 7/19/2018
- Stephen Umansky, MD / Orthopedic Surgery, extending from 7/24/2018 to 11/23/2020
- Commonwealth Hand Therapy, extending from 7/31/2018 to 3/29/2019
- Trevor Wilkes, MD / Orthopedic Surgery, extending from 8/21/2018 to 12/17/2018
- Bethany Begley, PA-C / Certified Physician Assistant, extending from 1/8/2019 to 4/2/2019
- New Lexington Clinic, extending from 2/19/2019 to 9/19/2019
- Daniel Hackett, Jr., MD / Orthopedic Surgery, extending from 4/17/2019 to 9/21/2020
- Craig Knox, MD / Neurology, extending from 5/8/2019 to 11/23/2020
- Timothy Averion-Mahloch, MD, on 6/12/2019
- Brandon Gish, MD / Pain Management, extending from 6/24/2019 to 8/23/2019
- Cardinal Hill Rehabilitation Hospital, 7/25/2019 to 4/21/2020
- Robert Taylor, PhD / Psychology, extending from 7/25/2019 to 2/3/2020
- Cardinal Hill Rehabilitation Hospital Physical Therapy, extending from 7/25/2019 to 4/21/2020
- Kentucky Surgery Center, on 12/20/2019
- Chris Swayze, MD / Pain Management, extending from 5/4/2020 to 9/8/2020
- Kort The Best In Rehab, extending from 5/11/2020 to 11/11/2020
- Stephen Lamb, MD / Psychiatry, extending from 6/8/2020 to 7/28/2020
- Connexus Pharmacy System, on 11/12/2020

**Physical Medicine & Rehabilitation Review**

To clarify the severity of your conditions and current impairments, we referred your file to Dr. John Z. Zheng, Board Certified in Physical Medicine & Rehabilitation, for an independent review of the medical records noted above. The results of the medical review dated December 17, 2020 are summarized as follows:

*The diagnoses include Pain in left acromioclavicular joint, S/p rotator cuff repair, Low back pain, Cubital tunnel syndrome, left, Other intervertebral disc displacement, lumbar region, Cervical spinal stenosis.*

*You have the following restrictions based on the medical records reviewed:*

- *Standing: up to 30 minutes at a time and for a total of 3 hours per day*
- *Walking: up to 30 minutes at a time and for a total of 3 hours per day*

- *Lifting: Occasionally up to 10 lbs. with right upper extremity; Occasionally up to 5 lbs. left upper extremity*
- *Carrying: Occasionally up to 10 lbs. right upper extremity; Occasionally up to 5 lbs. left upper extremity*
- *Pushing: Occasionally up to 10 lbs. right upper extremity; Occasionally up to 5 lbs. left upper extremity*
- *Pulling: Occasionally up to 10 lbs. right upper extremity; Occasionally up to 5 lbs. left upper extremity*
- *Climbing stairs: Occasionally*
- *Stooping: Occasionally*
- *Kneeling: Occasionally*
- *Crouching: Occasionally*
- *Crawling: Never*
- *Sitting: Constantly up to 1 hour at a time for a total of 8 hours per day*
- *Reaching: Occasionally overhead/below waist level, desk/waist level left upper extremity; Unrestricted all levels right upper extremity*
- *Using lower extremities for foot controls: Unrestricted*
- *Fine manipulation: Frequently left upper extremity; Unrestricted right upper extremity*
- *Simple and firm grasping: Frequently left upper extremity; Unrestricted right upper extremity*

*The recommended restrictions above are indicated from present and beyond with re-assessment on or around June 1, 2021.*

*You are able to sustain occupational functioning on a full-time basis with the listed restrictions above.*

The following attempts were made by Dr. Zheng to your treating providers:

Dr. Daniel Hackett's office on December 8, 2020; left a message at Kentucky Bone & Joint Specialists with front desk associate, Aiden.

Dr. Swayze's office on December 8, 2020; Left a message at Pain Consultants of Kentucky on the front office voicemail.

Dr. Hackett's office December 9, 2020; Unable to leave a message as the office was closed and not accepting messages.

Dr. Swayze's office on December 9, 2020; Left an additional message at Pain Consultants of Kentucky on the front office voicemail.

On December 10, 2020 Kathy from Dr. Swayze returned the call; She stated Dr. Swayze will not return to the office until next week

Dr. Hackett's office December 14, 2020; left a message at Kentucky Bone and Joint Surgeons with administrative specialist, Rachel.

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

**Skills & Abilities:**

Adjusting to performing repetitious, uncomplicated work; following simple directions or instructions; observing safety rules; uses hands, arms, and fingers to move or lift varying weights; loading, unloading, or tending assorted machines; and being exposed to heat, dust, noise, and hazards.

To clarify the extent of physical demand within the occupational alternatives found, as well as to clarify wages and qualifications, a transferrable skills analysis and wage data report were completed within the national labor markets. The vocational consultant noted the following alternative occupations were identified for which you were qualified for based on your training, education, experience and are within your identified restrictions:

Based on this information you have the ability to perform the following occupation(s):

| **Occupation** | **National Mean Monthly Wage** |
|---|---|
| Information Clerk | $2,504 |
| Gate Guard | $2,840 |

Based on our review of the information contained in your claim file we have determined that you can perform, with reasonable continuity, the material and substantial duties of the above occupation(s) based on your capacity and skill level.

Therefore, you do not meet Toyota Motor Engineering & Manufacturing North America, Inc.'s definition of disability beyond January 16, 2021 and we must deny your claim for further benefit consideration. Benefits will be paid through January 16, 2021, and your claim is closed as of January 17, 2021.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Lincoln Life Assurance Company of Boston, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Lincoln Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

In our review of your claim, Lincoln Life Assurance Company of Boston has fully considered the Social Security Administration's ruling to approve Social Security Disability benefits. It should be noted, however, that while we have fully considered the Social Security Administration's ruling, the decision by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of Toyota Motor Engineering & Manufacturing North America, Inc.'s Policy. Moreover, Lincoln Life Assurance Company of Boston has obtained and considered additional medical record reviews, vocational reviews and surveillance that were not considered by the Social Security Administration in its determination process.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

A copy of all office treatment notes, test results, therapy records, restrictions and limitations, hospital admission records, operative reports, prescription history and treatment plans from July 19, 2018 through the present from any and all other treating providers.

Typically you would have 180 days to appeal this decision. Due to the impact of COVID-19, please be aware the Department of Labor has published guidance providing an additional 60 days past the "outbreak period" to appeal a claim. The "outbreak period" started March 1, 2020 and will end when the end of the National Emergency is announced or such other date is declared by the Department of Labor. While Lincoln Financial Group will allow this additional time, which is as of yet undefined, for you to file an appeal, we encourage you to file any planned appeal as soon as possible.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłį́į’ dóó ná’ookąąh nííní’ąągo naaltsoos nííníłtsoozígíí hazho’ó bik’idi’deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Pacheco
Ltd Technical Specialist II
On Behalf Of: Christine Kelley
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

## Transferable Skills Analysis

**Date:** 12/27/2020
**Claimant:** James Zoll
**Claim #:** 8560503
**Policyholder:** Toyota Motor Engineering & Manufacturing

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Employee's transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
Job Description
DOT
Training, Education and Experience Form
Peer Review dated 12/18/2020

**Education & Training:**
Education:
Some College Courses Completed
Computer Literate

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 806.684-010 | Production Assembler | 2 | 25 | M |

**Restrictions and Limitations:**

Standing: up to 30 minutes at a time and for a total of 3 hours per day
Walking: up to 30 minutes at a time and for a total of 3 hours per day
Lifting: Occasionally up to 10 lbs. RUE; Occasionally up to 5 lbs. LUE
Carrying: Occasionally up to 10 lbs. RUE; Occasionally up to 5 lbs. LUE
Pushing: Occasionally up to 10 lbs. RUE; Occasionally up to 5 lbs. LUE
Pulling: Occasionally up to 10 lbs. RUE; Occasionally up to 5 lbs. LUE
Climbing stairs: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Sitting: Constantly up to 1 hour at a time for a total of 8 hours per day
Reaching: Occasionally overhead/below waist level, desk/waist level LUE; Unrestricted all levels RUE
Using lower extremities for foot controls: Unrestricted
Fine manipulation: Frequently LUE; Unrestricted RUE
Simple and firm grasping: Frequently LUE; Unrestricted RUE

**Skills & Abilities:**

Adjusting to performing repetitious, uncomplicated work; following simple directions or instructions; observing safety rules; uses hands, arms, and fingers to move or lift varying weights; loading, unloading, or tending assorted machines; and being exposed to heat, dust, noise, and hazards.

**Profile Adjustments:**

Physical and Strength: Profile adjustments were made to reflect Employee's physical abilities. Potential occupations identified will be screened to ensure they are within Employee's abilities.

Talking, Tasting and Vision were adjusted to constantly.

Situations including working under specific restrictions was adjusted to yes as Employee's work history would include these duties.

Speaking-Signaling, Serving was adjusted to yes as Employee's work history would include these duties.

GED was adjusted to Grades 13-14

**Examples of Occupations identified based on National Economy and claimants ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Wage |
|---|---|---|---|---|
| 739.687-182 | Table Worker | 2 | S | $3,2,61 |
| 739.687-066 | Compact Assembler | 2 | S | $2,514 |
| 237.367-022 | Information Clerk | 4 | S | $2,504 |
| 372.667-030 | Gate Guard | 3 | S | $2,473 |

**Wage Information is based on median 2019 Bureau of Labor Statistical Data*

**Summary:**

The Transferable Skills Analysis identified occupations that are within Employee's physical abilities and within their identified skill level. The following are examples of occupations Employee could perform: table worker, compact assembler. In additional to the identified occupations during the OASYS search, based on my vocational expertise and Labor Market Survey Research, Employee would have the ability to perform: Gate Guard (372.667-030) and Information Clerk (237.367-022). This would be based on their transferable communication and time management skills as well as and identified function.

The occupations exceed, meet or are within a reasonable range of their gainful amount of $2,970 in the national economy.

I have not met with the Employee for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Respectfully submitted,

*Electronically Signed*

Vanessa Scungio MA, CRC
Vocational Case Manager
Updated 12/27/20

Group Protection
Lincoln Financial Group

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 2 (Up to 1 month) | No Change |
| Minimum | | 2 (Up to 1 month) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 2 Grades 4-6 | 5 Grades 13-14 |
| Mathematics | | 1 Grades 1-3 | 5 Grades 13-14 |
| Language | | 2 Grades 4-6 | 5 Grades 13-14 |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | S Sedentary |
| | Minimum | M Medium | S Sedentary |
| Climbing | | Never | No Change |
| Balancing | | Never | No Change |
| Stooping | | Occasionally | No Change |
| Kneeling | | Never | No Change |
| Crouching | | Occasionally | No Change |
| Crawling | | Never | No Change |
| Reaching | | Frequently | No Change |
| Handling | | Frequently | No Change |
| Fingering | | Frequently | No Change |
| Feeling | | Occasionally | No Change |
| Talking | | Never | Constantly |
| Hearing | | Never | Constantly |
| Tasting/Smelling | | Never | Constantly |
| Near Acuity | | Frequently | Constantly |
| Far Acuity | | Never | Constantly |
| Depth Perception | | Frequently | Constantly |
| Accommodation | | Frequently | Constantly |
| Color Vision | | Occasionally | Constantly |
| Field of Vision | | Never | Constantly |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | No Change |
| Extreme Cold | | Never | No Change |
| Extreme Heat | | Never | No Change |
| Wet and/or Humid | | Never | No Change |
| Vibration | | Never | No Change |
| Atmospheric Conditions | | Never | No Change |
| Proximity to Moving Mechanical Parts | | Never | No Change |
| Exposure to Electrical Shock | | Never | No Change |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | No Change |
| Working with Explosives | | Never | No Change |
| Exposure to Toxic or Caustic Chemicals | | Never | No Change |
| Other Environmental Conditions | | Never | No Change |
| Noise Intensity Level | | Moderate | No Change |
| **DOT Aptitudes** | | | |
| General Learning Ability | | 4 (11-33 Percentile) | No Change |
| Verbal Aptitude | | 4 (11-33 Percentile) | No Change |
| Numerical Aptitude | | 4 (11-33 Percentile) | No Change |

| | | |
|---|---|---|
| Spatial Aptitude | 4 (11-33 Percentile) | No Change |
| Form Perception | 4 (11-33 Percentile) | No Change |
| Clerical Aptitude | 4 (11-33 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |

**or i a ion Te era en**

| | | |
|---|---|---|
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | Yes | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | Yes | No Change |
| Dealing with People | No | No Change |
| Making Judgments and Decisions | No | No Change |

**or nc ion a a**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | No Change |
| 2 Analyzing | No | No Change |
| 3 Compiling | No | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | No Change |
| 6 Comparing | Yes | No Change |

**or nc ion eo le**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | No | Yes |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | Yes | No Change |

**or nc ion T in**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | Yes |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | No | Yes |

**From:**Norman, Kyras <Kyras.Norman@genexservices.com>
**Sent:**Fri, 18 Dec 2020 14:37:04 +0000
**To:**VendorReferrals
**Subject:**J. Zoll Claim 8560503
**Attachments:**Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Morning,

Attached is the Invoice for the above referenced claimant.

If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,

**Kyras Norman**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 424-292-4317
**F**: 561-392-5881

**Access our portal at: View My Cases**

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please

notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 97760**

**Date** **12/17/2020**

***Bill To:***

**Christine Kelley**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 8560503
**Date of Loss:** 7/19/2018
**ECN #** 163758-1
**Account #**

**Claimant** James Zoll

| | | |
|---|---|---|
| 12/7/2020 | Peer Review - Long Term Disability: Service<br>Provider: John Z Zheng, DO<br>Specialty: PMR/Pain Management | $660.00 |

**SubTotal** $660.00

**Final Invoice Total** $660.00

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

# John Zheng, DO

## *Board-Certified in Physical Medicine & Rehabilitation*
## *Pain medicine*

CLAIMANT NAME: Zoll, James
EXAMINER: John Zheng, DO
ECN #: 163758-1
CLAIM #: 8560503
DATE OF LOSS: 7/19/2018
DATE OF SERVICE: 12/17/2020

**Peer Review**

This is a peer review regarding Zoll, James. I reviewed records from 9/16/2017 through 11/23/2020 including: Commonwealth of Kentucky, extending from 9/16/2017 to 6/29/2018; Jennifer Gingrich, PA / Physician Assistant, on 7/19/2018; Stephen Umansky, MD / Orthopedic Surgery, extending from 7/24/2018 to 11/23/2020; Commonwealth Hand Therapy, extending from 7/31/2018 to 3/29/2019; Trevor Wilkes, MD / Orthopedic Surgery, extending from 8/21/2018 to 12/17/2018; Bethany Begley, PA-C / Certified Physician Assistant, extending from 1/8/2019 to 4/2/2019; New Lexington Clinic, extending from 2/19/2019 to 9/19/2019; Daniel Hackett, Jr., MD / Orthopedic Surgery, extending from 4/17/2019 to 9/21/2020; Craig Knox, MD / Neurology, extending from 5/8/2019 to 11/23/2020; Timothy Averion-Mahloch, MD, on 6/12/2019; Brandon Gish, MD / Pain Management, extending from 6/24/2019 to 8/23/2019; Cardinal Hill Rehabilitation Hospital, 7/25/2019 to 4/21/2020; Robert Taylor, PhD / Psychology, extending from 7/25/2019 to 2/3/2020; Cardinal Hill Rehabilitation Hospital Physical Therapy, extending from 7/25/2019 to 4/21/2020; Kentucky Surgery Center, on 12/20/2019; Chris Swayze, MD / Pain Management, extending from 5/4/2020 to 9/8/2020; Kort The Best In Rehab, extending from 5/11/2020 to 11/11/2020; Stephen Lamb, MD / Psychiatry, extending from 6/8/2020 to 7/28/2020; Connexus Pharmacy System, on 11/12/2020.

The claimant is a 51-year-old male with a medical history significant for rotator-cuff tear/rupture of left shoulder.

9/17/18 Trevor Wilkes, MD, the claimant underwent left shoulder arthroscopy with double row arthroscopic supraspinatus repair, arthroscopic biceps tenodesis, limited debridement of the glenohumeral joint superior labrum, limited subacromial decompression.

10/23/18 Timothy Uhl, PT, the claimant is 5 weeks s/p arthroscopic rotator cuff repair. On July 19 fell while hiking and fractured wrist and tore rotator cuff. He had previous symptoms in the left shoulder that were exacerbated by the fall creating the complete rotator cuff tear of both the infraspinatus and supraspinatus. The claimant tolerated PROM well.

11/1/18 Timothy Uhl, PT, the claimant's PROM is improving but he still has guarding in abduction to 90 degrees; AAROM is improving with closed chasing exercise.

11/20/18 Timothy Uhl, PT, the claimant's AAROM has improved by 100 degrees in a month but the claimant has not started strengthening so is still limited with self-care and ADLs.

4/17/19 Daniel Hackett, Jr., MD, the claimant is seen for left shoulder problem which began suddenly in 7/2018. The symptoms have been associated with stiffness. He states his shoulder is slowly improving, but he is still experiencing pain and limited ROM. Left shoulder exam shows tenderness over AC joint; sensation is normal, strength is normal. His pain seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this point. The claimant underwent left shoulder AC joint cortisone injection.

5/8/19 Craig Knox, MD, the claimant is seen for migraines, neck pain, tremors, and poor balance. He is using Imitrex, which is controlling his migraines fairly well. He has some chronic neck pain, overall moderate in degree.

5/15/19 Daniel Hackett, Jr., MD, the claimant may return to work with the following restrictions: may not return to work, no push, pull, lifting over 5 lbs. with left UE until cleared.

6/12/19 MRI of the Cervical Spine, there is a disc protrusion at C6-7 with probable extension into the left neural foramen; there is moderate/severe left neural foraminal stenosis. There is mild neural foraminal narrowing at C3-4 and C5-6.

6/12/19 MRI of the Lumbar Spine, there are broad-based disc protrusions at L4-5 and L5-S1 with mild bilateral neural foraminal stenosis.

11/4/19 Daniel Hackett, Jr., MD, the claimant is seen for left shoulder pain. The symptoms are made worse by motion. He has been attending PT and he feels he is at a plateau with his shoulder and its improvement. At this point, he has failed all conservative measures. Dr. Hackett ordered an MRI of his left shoulder for pre-operative planning to ensure he has no signs of subscap pathology, as well. He will continue with no pushing, pulling, lifting over 5 lbs. with left UE.

12/20/19 Daniel Hackett, Jr., MD, the claimant underwent left shoulder ASC capsular release and distal clavicular excision.

1/6/20 Daniel Hackett, Jr., MD, the claimant is seen for post-operative visit. Post-operative pain has been moderate. On exam, he has mild tenderness, left shoulder external rotation PROM 30 degrees, elevation through flexion- PROM 100 degrees.

2/5/20 Daniel Hackett, Jr., MD, Work Status, the claimant may return to work with the following restrictions: no use of left UE over 2 lbs., no push, pull, or lift over 2 lbs.

5/4/20 Chris Swayze, MD, the claimant reports he has low back pain, and noted that his low back pain is equal in intensity with his shoulder. He has pain in both the anterior and posterior left thigh. Most of the pain is in the low back, left of midline, with a lesser amount in the anterior and posterior thigh. The shoulder pain continues. On exam, gait is somewhat slowed, but upright and well-balanced with symmetric stride length and equal weightbearing. Motor function of the upper extremities is grossly intact but was not challenged in detail due to the coronavirus emergency. Motor function in the lower extremities is adequate for ambulation without gross asymmetry.

5/11/20 Tim Barnett, MSPT, OCS, PT, the claimant reports a LUE injury sustained with fall in 2018, ORIF to left wrist in 7/2018, RTC repair in late 2018, most recent surgery to the left shoulder in 12/2019.

5/26/20 Daniel Hackett, Jr., MD, Work Status, the claimant may return to work with the following restrictions: no pushing, pulling, lifting over 5 lbs. with left UE.

6/8/20 Chris Swayze, MD, the claimant started physical therapy, and reports they have mostly been working on his low back, and little has been done for his shoulder. He is “still in quite a bit of pain”, with regard to his low back. On exam, gait is slow and deliberate, but with symmetric stride length and generally equal weightbearing. He reports pain on ROM of the right shoulder. Palpation of back and pelvis reveals tenderness over the left trochanteric bursal prominence and in the left paraspinous muscle groups.

7/27/20 Daniel Hackett, Jr., MD, the claimant is seen for left shoulder pain. He states the shoulder has not gotten better.

8/19/20 Tim Barnett, MSPT, OCS, PT, the claimant reports his left shoulder feels about the same. He reports that his back-pain limits walking activity and speed, 30-40 minutes tolerance. He also continues to have pain in the left gluteal area, hip and left thigh.

9/8/20 Chris Swayze, MD, the claimant reports that his back is somewhat better, and he is not in constant pain. He still has a significant amount of pain, but he believes he is better. On exam, gait is upright and well-balanced with symmetric stride length and equal weightbearing. Motor function in both upper and lower extremities are normal.

9/21/20 Daniel Hackett, Jr., MD, the claimant is seen for post-operative follow-up. Post-operative pain has been moderate. He states the shoulder has not gotten better. He has been going PT three times a week. He describes having pain when trying to reach the arm upwards. On exam, there is tenderness at left AC joint, left shoulder elevation through flexion, AROM- 140 degrees. MRI of the left shoulder demonstrates AC joint arthrosis with possible upper border SSc tear without retraction or atrophy.

9/23/20 Tim Barnett, MSPT, OCS, PT, the claimant presents with pain in left shoulder, sprain of ligaments of lumbar spine.

10/7/20 Tim Barnett, MSPT, OCS, PT, the claimant reports experiencing tingling in the 4th and 5th digits of his left hand, he also reports that he experienced a muscle spasm that lasted several hours before relaxing.

10/21/20 Tim Barnett, MSPT, OCS, PT, the claimant tolerated treatment intervention with mild complaints of pain.

10/29/20 Tim Barnett, MSPT, OCS, PT, the claimant reports he received 60% improvement from 9/23/20. On 10/14/20, he consulted with Dr. Jansky and was diagnosed with focal dystonia. He reports left superior shoulder soreness with ER and elevation. He reports some neck stiffness as well.

11/23/20 EMG/NCS, mild left ulnar neuropathy at the wrist and at the elbows; EMG suggestive of a very mild, chronic left C7 radiculopathy.

**DIAGNOSES:**

Unspecified rotator-cuff tear/rupture of unspecified shoulder, not tr

**CALL ATTEMPTS:**

Dr. Daniel Hackett's office Tue 12/8; 1:53 PM; left a message at Kentucky Bone & Joint Specialists with front desk associate, Aiden.

Dr. Swayze's office Tue 12/8; 1:58 PM; the number provided was incorrect, the correct number is 859-263-0533. Left a message at Pain Consultants of Kentucky on the front office voicemail.

Dr. Hackett's office Wed 12/9; 2:18 PM; Unable to leave a message as the office was closed and not accepting messages.

Dr. Swayze's office Wed 12/9; 2:20 PM; Left an additional message at Pain Consultants of Kentucky on the front office voicemail.

12/10/20, 11:47AM, return call - Kathy stated Dr. Swayze will not return to the office until next week,

Dr. Hackett's office Mon 12/14; 11:13 AM; left a message at Kentucky Bone and Joint Surgeons with administrative specialist, Rachel.

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Pain in left acromioclavicular joint- M25.512
S/p rotator cuff repair- Z98.890
Low back pain- M54.5
Cubital tunnel syndrome, left- G56.22
Other intervertebral disc displacement, lumbar region- M51.26
Cervical spinal stenosis- M48.02

2. **If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

Focal dystonia, unspecified- G24.9

3. **Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - now to - to the future, and comment on the expected duration.**

a. **If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

The medical records reflect that the claimant is a 51-year-old male with a medical history significant for rotator-cuff tear/rupture of left shoulder. On 9/17/18, the claimant underwent left shoulder arthroscopy with double row arthroscopic supraspinatus repair, arthroscopic biceps tenodesis, limited debridement of the glenohumeral joint superior labrum, limited subacromial decompression. On 10/23/18, PT. Timothy Uhl noted that the claimant is 5 weeks s/p arthroscopic rotator cuff repair. On July 19 fell while hiking and fractured wrist and tore rotator cuff. He had previous symptoms in the left shoulder that were exacerbated by the fall creating the complete rotator cuff tear of both the infraspinatus and supraspinatus. The claimant tolerated PROM well. On 11/1/18, PT. Timothy Uhl noted that the claimant's PROM is improving but he still has guarding in abduction to 90 degrees; AAROM is improving with closed chasing exercise; and on 11/20/18, PT. Timothy Uhl noted that the claimant's AAROM has improved by 100 degrees in a month, but the claimant has not started strengthening so is still limited with self-care and ADLs. On 4/17/19, the claimant was seen by Dr. Hackett, Jr. for left shoulder problem which began suddenly in 7/2018. The symptoms have been associated with stiffness. He states his shoulder is slowly improving, but he is still experiencing pain and limited ROM. Left shoulder exam shows tenderness over AC joint; sensation is normal, strength is normal. His pain seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this

point. The claimant underwent left shoulder AC joint cortisone injection. On 5/8/19, Dr. Knox saw the claimant for migraines, neck pain, tremors, and poor balance. He is using Imitrex, which is controlling his migraines fairly well. He has some chronic neck pain, overall moderate in degree. On 5/15/19, Dr. Hackett, Jr. indicated that the claimant may return to work with the following restrictions: may not return to work, no push, pull, lifting over 5 lbs. with left UE until cleared. An MRI study of the cervical spine dated 6/12/19 revealed a disc protrusion at C6-7 with probable extension into the left neural foramen; there is moderate/severe left neural foraminal stenosis. There is mild neural foraminal narrowing at C3-4 and C5-6. An MRI study of the lumbar spine dated 6/12/19 revealed broad-based disc protrusions at L4-5 and L5-S1 with mild bilateral neural foraminal stenosis. On 11/4/19, Dr. Hackett, Jr. saw the claimant for left shoulder pain. The symptoms are made worse by motion. He has been attending PT and he feels he is at a plateau with his shoulder and its improvement. At this point, he has failed all conservative measures. Dr. Hackett ordered an MRI of his left shoulder for pre-operative planning to ensure he has no signs of subscap pathology, as well. He will continue with no pushing, pulling, lifting over 5 lbs. with left UE. On 12/20/19, the claimant underwent left shoulder ASC capsular release and distal clavicular excision. On 1/6/20, Dr. Hackett, Jr. saw the claimant for post-operative visit. Post-operative pain has been moderate. On exam, he has mild tenderness, left shoulder external rotation PROM 30 degrees, elevation through flexion- PROM 100 degrees. On 2/5/20, Dr. Hackett, Jr. indicated that the claimant may return to work with the following restrictions: no use of left UE over 2 lbs., no push, pull, or lift over 2 lbs. On 5/4/20, Dr. Swayze noted that the claimant reports he has low back pain and noted that his low back pain is equal in intensity with his shoulder. He has pain in both the anterior and posterior left thigh. Most of the pain is in the low back, left of midline, with a lesser amount in the anterior and posterior thigh. The shoulder pain continues. On exam, gait is somewhat slowed, but upright and well-balanced with symmetric stride length and equal weightbearing. Motor function of the upper extremities is grossly intact but was not challenged in detail due to the coronavirus emergency. Motor function in the lower extremities is adequate for ambulation without gross asymmetry. On 5/11/20, PT. Tim Barnett noted that the claimant reports a LUE injury sustained with fall in 2018, ORIF to left wrist in 7/2018, RTC repair in late 2018, most recent surgery to the left shoulder in 12/2019. On 5/26/20, Dr. Hackett, Jr. indicated that the claimant may return to work with the following restrictions: no pushing, pulling, lifting over 5 lbs. with left UE. On 6/8/20, Dr. Swayze noted that the claimant started physical therapy, and reports they have mostly been working on his low back, and little has been done for his shoulder. He is “still in quite a bit of pain”, with regard to his low back. On exam, gait is slow and deliberate, but with symmetric stride length and generally equal weightbearing. He reports pain on ROM of the right shoulder. Palpation of back and pelvis reveals tenderness over the left trochanteric bursal prominence and in the left paraspinous muscle groups. On 8/19/20, PT. Tim Barnett noted that the claimant reports his left shoulder feels about the same. He reports that his back-pain limits walking activity and speed, 30-40 minutes tolerance. He also continues to have pain in the left gluteal area, hip and left thigh. On 9/8/20, Dr. Swayze noted that the claimant reports that his back is somewhat better, and he is not in constant pain. He still has a significant amount of pain, but he believes he is better. On

exam, gait is upright and well-balanced with symmetric stride length and equal weightbearing. Motor function in both upper and lower extremities are normal. On 9/21/20, the claimant was seen by Dr. Hackett for post-operative follow-up. Post-operative pain has been moderate. He states the shoulder has not gotten better. He has been going PT three times a week. He describes having pain when trying to reach the arm upwards. On exam, there is tenderness at left AC joint, left shoulder elevation through flexion, AROM- 140 degrees. MRI of the left shoulder demonstrates AC joint arthrosis with possible upper border SSc tear without retraction or atrophy. On 10/29/20, PT. Tim Barnett noted that the claimant reports he received 60% improvement with PT. On 10/14/20, he consulted with Dr. Jansky and was diagnosed with focal dystonia. He reports left superior shoulder soreness with ER and elevation. He reports some neck stiffness as well. An EMG/NCS dated 11/23/20 revealed mild left ulnar neuropathy at the wrist and at the elbows; EMG suggestive of a very mild, chronic left C7 radiculopathy. In conclusion, the claimant suffers from chronic left shoulder pain due to an injury in 7/2018, and also, he underwent arthroscopic rotator cuff repair on 9/17/18 and left shoulder ASC capsular release and distal clavicular excision on 12/20/19, he also suffers from chronic low back and neck pain associated with lumbar and cervical degenerative changes. He continues to suffer from residual symptoms including left UE pain, weakness despite surgeries and conservative treatments including physical therapy and pain medication, chronic pain in his left UE and his back limits his physical activity including limited ROM, and therefore, the claimant requires activity restrictions listed below.

Standing: up to 30 minutes at a time and for a total of 3 hours per day
Walking: up to 30 minutes at a time and for a total of 3 hours per day
Lifting: Occasionally up to 10 lbs. RUE; Occasionally up to 5 lbs. LUE
Carrying: Occasionally up to 10 lbs. RUE; Occasionally up to 5 lbs. LUE
Pushing: Occasionally up to 10 lbs. RUE; Occasionally up to 5 lbs. LUE
Pulling: Occasionally up to 10 lbs. RUE; Occasionally up to 5 lbs. LUE
Climbing stairs: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Sitting: Constantly up to1 hour at a time for a total of 8 hours per day
Reaching: Occasionally overhead/below waist level, desk/waist level LUE; Unrestricted all levels RUE
Using lower extremities for foot controls: Unrestricted
Fine manipulation: Frequently LUE; Unrestricted RUE
Simple and firm grasping: Frequently LUE; Unrestricted RUE

The recommended restrictions above are indicated from present and beyond with re-assessment on or around 6/1/21.

4. **Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

The treatment provided is consistent with the standard of care for the apparent level of severity of the conditions. The claimant is compliant with treatment that meets the standard of care.

5. **Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

None identified.

6. **Please comment if the claimant has any work capacity at all.**

Yes, the claimant is able to sustain occupational functioning on a full-time basis with the listed restrictions above.

Sincerely,

John Z. Zheng, DO
Physical Medicine & Rehabilitation
Pain Medicine
Medical License CA 14602

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: James Zoll
Claim Number: 8560503
Case Number: 163758-1

"I, John Z Zheng, DO, am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

12/17/2020

Signature of Physician Date

Medical/Professional License # CA 14602

**From:**Norman, Kyras <Kyras.Norman@genexservices.com>
**Sent:**Thu, 17 Dec 2020 21:05:15 +0000
**To:**VendorReferrals
**Subject:**J. Zoll Claim 8560503
**Attachments:**Peer Review_5569271BOCA.PDF

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Attached is the Peer Review, with Invoice to follow, for the above referenced claimant.

If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,

**Kyras Norman**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 424-292-4317
**F**: 561-392-5881

**Access our portal at: View My Cases**

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please

notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

Fax: (603) 559-8641

ATTN:

Christine Kelley
LTD Specialist #1
Liberty Life

From:

James Zoll
Claim # 8560503

---

confirmation email

zollfa

# Lexington Clinic Neurology

**1401 Harrodsburg Rd, Suite C-240**
**Lexington, KY 40504**
Ph: 859-258-4800    Fax: 859-258-4740

**Test Date:** 11/23/2020

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | James Zoll | **DOB:** | | **Physician:** | Craig Knox, MD |
| **Pt ID#:** | 21795182 | **Sex:** | Male | **Referring Phys:** | Stephen Umansky, MD |
| **Ht:** | 6' 0" | **Wt:** | 209 lbs. | **Technologist:** | Nicole Hall, R. NCS T. |

## HISTORY:

Patient is a 51 year old right handed male who was referred to rule out a left ulnar neuropathy. Patient presents with complaints of numbness and tingling in the left 4-5th digits with spasms/dystonia in the hypothenar area when using his hand. Symptoms have been present for 1-2 years after the accident and his surgery. Symptoms have been getting worse. Patient is not a diabetic. PMH includes left distal radius fracture and surgery 7/26/2018. He has some neck pain to his shoulder sometimes.

### Nerve Conduction Studies

**Anti Sensory Summary Table**

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left DorsCutan Anti Sensory (Dorsum 5th MC) 31.9 °C** | | | | | | | | | | | |
| Wrist | | 2.1 | | 11.4 | | Wrist | Dorsum 5th MC | 2.1 | 8.0 | 38 | |
| **Left Median Anti Sensory (2nd Digit) 32 °C** | | | | | | | | | | | |
| Wrist | | 3.0 | <3.5 | 33.2 | >20 | Wrist | 2nd Digit | 3.0 | 14.0 | ***47** | >49 |
| **Left Ulnar Anti Sensory (5th Digit) 32.2 °C** | | | | | | | | | | | |
| Wrist | | ***3.2** | <3.1 | ***14.9** | >17.0 | Wrist | 5th Digit | 3.2 | 14.0 | ***44** | >49 |

**Comparison Summary Table**

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Site1 | Site2 | Delta-P (ms) | Norm Delta (ms) |
|---|---|---|---|---|---|---|---|---|
| **Left Median/Ulnar Palm Comparison (Wrist - 8cm) 32.3 °C** | | | | | | | | |
| Median Palm | | 1.8 | <2.2 | 72.7 | Median Palm | Ulnar Palm | 0.2 | |
| Ulnar Palm | | 2.0 | <2.2 | 28.8 | | | | |

**Motor Summary Table**

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Median Motor (Abd Poll Brev) 31.2 °C** | | | | | | | | | | | |
| Wrist | | 3.3 | <4.4 | 8.5 | >4 | Elbow | Wrist | 4.6 | 24.4 | 53 | >49 |
| Elbow | | 7.9 | | 8.4 | | | | | | | |
| **Left Ulnar Motor (Abd Dig Min) 31.6 °C** | | | | | | | | | | | |
| Wrist | | 2.8 | <3.3 | 7.7 | >6.0 | B Elbow | Wrist | 4.2 | 23.0 | 55 | >49 |
| B Elbow | | 7.0 | | 7.2 | | A Elbow | B Elbow | 2.1 | 10.0 | *48 | >49 |
| A Elbow | | 9.1 | | 7.2 | | Axilla | A Elbow | 1.8 | 10.0 | 56 | |
| Axilla | | 10.9 | | 7.1 | | | | | | | |
| **Left Ulnar FDI Motor (FDI) 31.7 °C** | | | | | | | | | | | |
| Wrist | | ***3.5** | <3.3 | 12.1 | >7.0 | B Elbow | Wrist | 4.2 | 23.0 | 55 | >49 |
| B Elbow | | 7.7 | | 11.1 | | A Elbow | B Elbow | 2.0 | 10.0 | 50 | >49 |
| A Elbow | | 9.7 | | 10.5 | | Axilla | A Elbow | 1.7 | 10.0 | 59 | |
| Axilla | | 11.4 | | 10.2 | | | | | | | |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Fasc | Psw | CRD | Amp | Dur | Poly | Recrt | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| Left | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | Nml | Nml | ***1+** | ***1+** | Nml | ***1-** | |
| Left | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| Left | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| Left | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| Left | ExtDigitorum | Radial (Post Int) | C7-8 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |

## IMPRESSION:

1. Mild left ulnar neuropathy at the wrist and at the elbow.
2. EMG suggestive of a very mild, chronic left C7 radiculopathy.

______________________

**Craig Knox, MD**

**Patient:** Zoll, James **Test Date:** 11/23/2020 **Page 3**



NEW LEXINGTON CLINIC PSC • 700 BOB-O-LINK DR, LEXINGTON KY 40504-3756
ZOLL, JAMES D (id #21795182, dob:

**LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE**
**700 BOB-O-LINK DR**
**LEXINGTON, KY 40504-3756**
Phone: **(859) 258-4000**, Fax: **(859) 258-8239**

Date: **11/23/2020**

Dear **James Zoll**,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: STEPHEN C UMANSKY, MD

## Patient Care Summary for James D Zoll

### Most Recent Encounter

11/23/2020 Stephen C Umansky: 700 Bob-O-Link Dr, Lexington, KY 40504-3756, Ph. tel:+1-859-2584000

### Reason for Visit

None recorded.

### Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

1. Focal dystonia

2. Cubital tunnel syndrome

• Cubital Tunnel Syndrome-LC

Discussion Note: None recorded.

### Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | Neurology Recheck | 12/07/2020 1:15PM | Craig A Knox, MD |
| | Recheck | 12/10/2020 11:15AM | John P Ziegler, MD |
| | Return to Office | on or around 10/13/2030 | An-Yu Chen, MD |
| Lab | None recorded. | | |
| Referral | None recorded. | | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |

NEW LEXINGTON CLINIC PSC • 1401 HARRODSBURG RD, LEXINGTON KY 40504-3751
ZOLL, JAMES D (id #21795182, dob:

**LEXINGTON CLINIC NEUROLOGY**
**1401 HARRODSBURG RD SUITE C240**
**LEXINGTON, KY 40504-3751**
Phone: **(859) 258-4800**, Fax: **(859) 258-4740**

Date: **11/23/2020**

Dear **James Zoll**,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: CRAIG A KNOX, MD

## Patient Care Summary for James D Zoll

### Most Recent Encounter

11/23/2020 Craig A Knox: 1401 Harrodsburg Rd, Suite C240, Lexington, KY 40504-3751, Ph. tel:+1-859-2584800

### Reason for Visit

None recorded.

### Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

1. Ulnar neuropathy of left arm
2. Cervical radiculopathy

Discussion Note: None recorded.

Patient educational handouts: No information available.

### Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | Neurology Recheck | 12/07/2020 1:15PM | Craig A Knox, MD |
| | Recheck | 12/10/2020 11:15AM | John P Ziegler, MD |
| | Return to Office | on or around 10/13/2030 | An-Yu Chen, MD |
| Lab | None recorded. | | |
| Referral | None recorded. | | |
| Procedures | None recorded. | | |

Christine Kelley
Ltd Specialist II
Fax (603) 559-8641

From

James Zoll
Claim # 8560503
Phone #

c/o Christine Kelley
Lincoln Life Assurance Co of Boston
Group Benefits Disability Claims
P O Box 7209
London KY 40742-7209

| PATIENT | | FACILITY |
|---|---|---|
| **James Zoll** | | **Stephen Lamb MD LLC** |
| **DOB** | | T (859) 253-9024 |
| **AGE** | 51 yrs | F (859) 309-1802 |
| **SEX** | Male | 436 West Second Street |
| **PRN** | ZJ50965 | Lexington, KY 40507 |

## Patient identifying details and demographics

| | | | | | |
|---|---|---|---|---|---|
| **FIRST NAME** | James | **SEX** | Male | **RACE** | - |
| **MIDDLE NAME** | - | **DATE OF BIRTH** | | **ETHNICITY** | - |
| **LAST NAME** | Zoll | **DATE OF DEATH** | - | **PREF. LANGUAGE** | - |
| **SSN** | | **PRN** | ZJ50965 | **STATUS** | Active patient |

**CONTACT INFORMATION**

| | | | |
|---|---|---|---|
| **ADDRESS LINE 1** | | **CONTACT BY** | - |
| | | **EMAIL** | - |
| **ADDRESS LINE 2** | - | **HOME PHONE** | - |
| **CITY** | | **MOBILE PHONE** | |
| **STATE** | | **OFFICE PHONE** | - |
| **ZIP CODE** | | **OFFICE EXTENSION** | - |

**FAMILY INFORMATION**

| | | | |
|---|---|---|---|
| **NEXT OF KIN** | - | **PATIENT'S MOTHER'S MAIDEN NAME** | - |
| **RELATION TO PATIENT** | - | | |
| **PHONE** | - | | |
| **ADDRESS** | - | | |

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **James Zoll** | | **Stephen Lamb MD LLC** | **Office Visit** | |
| **DOB** | | T (859) 253-9024 | **NOTE TYPE** | KASPER |
| **AGE** | 51 yrs | F (859) 309-1802 | **SEEN BY** | Suzy Hamm |
| **SEX** | Male | 436 West Second Street | **DATE** | 07/27/2020 |
| **PRN** | ZJ50965 | Lexington, KY 40507 | **AGE AT DOS** | 51 yrs |
| | | | Not signed | |

## Chief complaint

No chief complaint recorded

## Vitals for this encounter

No vitals recorded

**KASPER**

Request#91261694

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **James Zoll** | | **Stephen Lamb MD LLC** | **Office Visit** | |
| **DOB** | | T (859) 253-9024 | **NOTE TYPE** | SOAP Note |
| **AGE** | 51 yrs | F (859) 309-1802 | **SEEN BY** | Stephen Lamb Psychiatry |
| **SEX** | Male | 436 West Second Street | | |
| **PRN** | ZJ50965 | Lexington, KY 40507 | **DATE** | 07/06/2020 |
| | | | **AGE AT DOS** | 51 yrs |
| | | | Not signed | |

## Chief complaint

No chief complaint recorded

## Vitals for this encounter

No vitals recorded

**SUBJECTIVE**

**OBJECTIVE**

**ASSESSMENT**

**PLAN**

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **James Zoll** | | **Stephen Lamb MD LLC** | **Office Visit** | |
| **DOB** | | T (859) 253-9024 | **NOTE TYPE** | SOAP Note |
| **AGE** | 51 yrs | F (859) 309-1802 | **SEEN BY** | Stephen Lamb |
| **SEX** | Male | 436 West Second Street | | Psychiatry |
| **PRN** | ZJ50965 | Lexington, KY 40507 | **DATE** | 06/08/2020 |
| | | | **AGE AT DOS** | 51 yrs |
| | | | Not signed | |

## Chief complaint

I/m (Appt time: 1:00 PM) (Arrival time: 2:20 PM)

## Vitals for this encounter

No vitals recorded

**SUBJECTIVE**

The patient had a telephone session lasting over 10 minutes. His mood is fair. He is still having significant trouble with pain. His sleep is not optional. He believes the sertraline is not doing as well as it could. It also causes sexual side effects. He does have an appointment with a pain doctor in the next few days. He recently became a grandfather. This has been good news. He and his partner getting along somewhat better.

**OBJECTIVE**

**ASSESSMENT**

Not optimal

**PLAN**

Taper off sertraline. Begin Vilbryd 20 mg 1/2 a day for seven days Then one a day number 30 with two refills. The risks and benefits have been discussed. Continue amitriptyline. I suggested he ask his doctor about nortriptyline. He is to return in four weeks.

practicefusion

**Ortho Kentucky; Kentucky Bone and Joint Surgeons**
Lexington, KY

# ZOLL, James

| | | | | |
|---|---|---|---|---|
| Born | | **Male** Sex | **Anthem** Insurer | **16628** MRN |
| Address | Home Phone | English (preferred) Language | | |
| | Mobile Phone | White Race | | |
| | | Not Hispanic or Latino Ethnicity | | |

Guarantor

James Zoll

| | | | |
|---|---|---|---|
| | Address | Home Phone | Home Email |

**Visit Summary**

## Reason for Visit

**Post Operative**

## History of Present Illness

Post Operative - Patient is 6 months postop left shoulder arthroscopy (DOS 12-20-29). Post operative pain has been moderate. Pain medications include: Hydrocodone and anti inflammatories (Celebrex) . Post operative treatment includes outpatient physical therapy. Note for "Post Operative": James presents for review of his L shoulder. He states the shoulder has not gotten better. He has been going to PT three times a week but is not going twice a week. He describes having pain when trying to reach the arm upwards. He describes having a sharp painful pain to the top of the shoulder and then also pain to his scapula. 4/10/20: Patient presents today with contnlued c/o anterior shoulder pain that has not improved a great deal since last being seen, although he has been unable to participate in PT for the past 3.5 weeks. No other changes 5/22/20 - Patient returns today with some improvements in his pain, although he continues to have dysfunction. He is scheduled to see Dr. Swayze in the next few weeks and continues with PT. 7/27/20: Patient returns today with minimal improvements. He is with PT at Kort. They are hoping to decrease him to 1/week.

## Medications

| | | |
|---|---|---|
| **Amitriptyline HCl** | | |
| **Atorvastatin Calcium** | | |
| **Celecoxib 100 MG Oral Capsule** (100 MG) | | |
| **Diclofenac Sodium 1 % Transdermal Gel** 4 gram gram qid (1 %) | | *Start* : 10-Apr-2020 |
| **Diclofenac Sodium 1 % Transdermal Gel** 4 gram gram gram qid for 0 days *Quantity:* 100 {Gram} *Refills:* 5 | *Ordered:* 10-Apr-2020 HACKETT Jr, MD, Daniel J | *Start* : 10-Apr-2020 |
| **Hydrocodone-Acetaminophen** PCP as needed | | *Comments:* Medication taken as needed. |
| **HYDROcodone-Acetaminophen 7.5-325 MG Oral Tablet** | | |

| | |
|---|---|
| (7.5-325 MG) | |
| **Imitrex 25 MG Oral Tablet**<br>for migraines as needed (25 MG) | *Comments:* Medication taken as needed. |
| **Imitrex 6 MG/0.5ML Subcutaneous Solution**<br>as needed for migraines (6 MG/0.5ML) | |
| **KlonoPIN 1 MG Oral Tablet**<br>(1 MG) | |
| **Pristiq** | |
| **TIZANidine HCl** | |

Problems

| | |
|---|---|
| **Pain in left acromioclavicular joint** | *Comments:* 8 months s/p L shoulder ASC capsular release and DCE. He has been participating in PT for the past few weeks with some minimal improvements. At this point in time, we will continue with PT, focusing on gentle ROM/strengthening. He will f/u in 4-6 months for a repeat exam. Should he not see much change over the next few weeks, he has expressed that he may want to consider PT elsewhere. Please note, including the chart review and patient interview, this visit lasted 9 minutes MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy |
| **S/P rotator cuff repair** | |

Allergies

**No Known Drug Allergies (Allergy)** *Onset:* 17-Apr-2019

Procedures

| | | |
|---|---|---|
| **Telemedicine Visit** | *Date:* 27-Jul-2020 | Completed 27-Jul-2020 |
| **Fracture** | | Completed<br>*Comments:* L Wrist |
| **Rotator Cuff Surgery** | | Completed<br>*Comments:* left |

Health Care Providers

**Ambulatory Health Care Facilities (Primary Care Provider)**

| | | |
|---|---|---|
| John Ziegler, MD | 3099 Hemsdale Pace<br>Lexington, KY 40509<br>Address | (859) 258-6401<br>Work Phone |

**Ambulatory Health Care Facilities**

| | | |
|---|---|---|
| Daniel Hackett, Jr, MD | 216 Fountain Court, Suite 250<br>Lexington, KY 40509-2510<br>Address | (859) 276-5008<br>Work Phone |

**Ambulatory Health Care Facilities (Consulting Provider)**

| | | |
|---|---|---|
| John Hobbs, MD | Central Internal Medicine 2101 Nicholasville Rd, Suite 304<br>Lexington, KY 40503<br>Address | (859) 277-5771<br>Work Phone |

**Pharmacy**

| | | |
|---|---|---|
| Wal-Mart Neighborhood Market 4607 | 3735 PALOMAR CENTRE DRIVE<br>LEXINGTON, KY 40513<br>Address | (859) 224-0495<br>Work Phone |

Document Details

**Ortho Kentucky; Kentucky Bone and Joint Surgeons**
216 Fountain Ct Ste 250
Lexington, KY 40509-2510
Address

(859) 276-5008
Work Phone

Professional EHR 203.0.0.1047
July 27, 2020 13:33 -0400
Published

**Powered by Allscripts™**

Style Sheet V2.2

**Ortho Kentucky; Kentucky Bone and Joint Surgeons**
**Lexington, KY**

# ZOLL, James

| | | | | |
|---|---|---|---|---|
| Born | | **Male** Sex | **Anthem** Insurer | **16628** MRN |
| Address | Home Phone | English (preferred) Language | | |
| | Mobile Phone | White Race | | |
| | | Not Hispanic or Latino Ethnicity | | |

Guarantor

James Zoll

Address

Home Phone

Home Email

**Visit Summary**

Reason for Visit

**Post Operative**

History of Present Illness

Post Operative - Patient is 9 months postop left shoulder arthroscopy (DOS 12-20-29). Post operative pain has been moderate. Pain medications include: Hydrocodone and anti inflammatories (diclofenac) . Post operative treatment includes outpatient physical therapy. Note for "Post Operative": James presents for review of his L shoulder. He states the shoulder has not gotten better. He has been going to PT three times a week but is not going twice a week. He describes having pain when trying to reach the arm upwards. He describes having a sharp painful pain to the top of the shoulder and then also pain to his scapula. 4/10/20: Patient presents today with contnlued c/o anterior shoulder pain that has not improved a great deal since last being seen, although he has been unable to participate in PT for the past 3.5 weeks. No other changes 5/22/20 - Patient returns today with some improvements in his pain, although he continues to have dysfunction. He is scheduled to see Dr. Swayze in the next few weeks and continues with PT. 7/27/20: Patient returns today with minimal improvements. He is with PT at Kort. They are hoping to decrease him to 1/week. 9/21/2020: Pain has improved, but he still has trouble laying on arm and his ROM isn't what he wants it to be.

Vitals

21-Sep-2020 14:14

*Comments:* no BP taken due to COVID restrictions

| | | |
|---|---|---|
| **Body temperature** | **97.9** f | *Comments:* Method: Thermal Scan |
| **Weight** | **200** lb | |
| **Body height** | **72** in | |
| **Body mass index (BMI) [Ratio]** | **27.12** kg/m2 | |
| **Body surface area Derived from formula** | **2.13** m2 | |

Medications

**Amitriptyline HCl**

| | |
|---|---|
| **Atorvastatin Calcium** | |
| **Diclofenac** | |
| **Imitrex 25 MG Oral Tablet**<br>for migraines as needed (25 MG) | *Comments:* Medication taken as needed. |
| **Imitrex 6 MG/0.5ML Subcutaneous Solution**<br>as needed for migraines (6 MG/0.5ML) | |
| **KlonoPIN 1 MG Oral Tablet**<br>(1 MG) | |
| **Lyrica** | |
| **Pristiq** | |
| **TIZANIdine HCl** | |
| **Topamax** | |

Problems

| | |
|---|---|
| **Pain in left acromioclavicular joint** | *Comments:* 8 months s/p L shoulder ASC capsular release and DCE. He has been participating in PT for the past few weeks with some minimal improvements. At this point in time, we will continue with PT, focusing on gentle ROM/strengthening. He will f/u in 4-6 months for a repeat exam. Should he not see much change over the next few weeks, he has expressed that he may want to consider PT elsewhere. 9/22: Patient returns today. He has had some improvements in his pain and function since last being seen. At this point, I do think he should continue PT, but we will back off to every other week, focusing on continued ROM/strengthening. F/u in 3-4 months. MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy |
| **S/P rotator cuff repair** | |

Allergies

**No Known Drug Allergies (Allergy)** *Onset:* 17-Apr-2019

Social History

| | |
|---|---|
| **Alcohol use** | *Comments:* 04/17/2019: occasional |
| **Exercise** | *Comments:* 04/17/2019: daily |
| **Exercise Tolerance** | *Comments:* 04/17/2019: 3-4 flights of stairs |
| **Handed** | *Comments:* right handed |
| **Marital status** | *Comments:* 04/17/2019: single |
| **Tobacco use: Never smoker.** | *Comments:* 09/21/2020: never smoker 04/17/2019: never smoker |

Health Care Providers

**Ambulatory Health Care Facilities (Primary Care Provider)**

| | | |
|---|---|---|
| John Ziegler, MD | 3099 Hemsdale Pace<br>Lexington, KY 40509<br>Address | (859) 258-<br>6401<br>Work Phone |

**Ambulatory Health Care Facilities**

| | | |
|---|---|---|
| Daniel Hackett, Jr, MD | 216 Fountain Court, Suite 250<br>Lexington, KY 40509-2510<br>Address | (859) 276-5008<br>Work Phone |
| **Ambulatory Health Care Facilities (Consulting Provider)** | | |
| John Hobbs, MD | Central Internal Medicine 2101 Nicholasville Rd, Suite 304<br>Lexington, KY 40503<br>Address | (859) 277-5771<br>Work Phone |
| **Ambulatory Health Care Facilities** | | |
| Abby Ryan, Scribe | Unknown<br>Address | |
| **Pharmacy** | | |
| Wal-Mart Neighborhood Market 4607 | 3735 PALOMAR CENTRE DRIVE<br>LEXINGTON, KY 40513<br>Address | (859) 224-0495<br>Work Phone |

Document Details

**Ortho Kentucky; Kentucky Bone and Joint Surgeons**

| | | |
|---|---|---|
| 216 Fountain Ct Ste 250<br>Lexington, KY 40509-2510<br>Address | (859) 276-5008<br>Work Phone | Professional EHR 204.1.0.1035<br>September 23, 2020 07:00 -0400<br>Published |

**Powered by Allscripts™** Style Sheet V2.2

NEW LEXINGTON CLINIC PSC • 1401 HARRODSBURG RD, LEXINGTON KY 40504-3751
ZOLL, JAMES D (id #21795182, dob:

**LEXINGTON CLINIC NEUROLOGY**
**1401 HARRODSBURG RD SUITE C240**
**LEXINGTON, KY 40504-3751**
Phone: **(859) 258-4800**, Fax: **(859) 258-4740**

Date: **06/04/2020**

Dear **James Zoll,**

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: CRAIG A KNOX, MD

## Patient Care Summary for James D Zoll

### Most Recent Encounter

06/04/2020 Craig A Knox: 1401 Harrodsburg Rd, Suite C240, Lexington, KY 40504-3751, Ph. tel:+1-859-2584800

### Reason for Visit

Vascular headache

### Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

1. Migraine without aura
- Topamax 25 mg tablet
- Imitrex 100 mg tablet
- Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector
- amitriptyline 25 mg tablet

2. Migraine with aura

3. Essential tremor

4. Neck pain

5. Chronic low back pain

6. Poor balance

7. Chronic anxiety

Discussion Note

He returns in follow-up today.
Recently his migraines are occurring one or 2 times a month, sounds about the same.
Migraine triggers are his neck pain and weather changes.
With Imitrex, the migraines usually resolve within 1 hour.

NEW LEXINGTON CLINIC PSC • 1401 HARRODSBURG RD, LEXINGTON KY 40504-3751
ZOLL, JAMES D (id #21795182, dob:

I refilled his Imitrex pills, Imitrex shots and Topamax.
I will see him back in about 6 months.
He continues to have lower back pain and neck pain and is currently being seen at Dr. Swasey's pain clinic.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | Recheck | 06/23/2020 1:30PM | Susanna Moberly, APRN |
| | Recheck | 07/09/2020 3:45PM | Walaa A Ayoub, MD |
| | Neurology Recheck | 12/07/2020 1:15PM | Craig A Knox, MD |
| Lab | None recorded. | | |
| Referral | None recorded. | | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector<br>Inject by subcutaneous route. | | |
| amitriptyline 25 mg tablet<br>Take 1 tablet every day by oral route. | 06/04/2020 | |
| atorvastatin 20 mg tablet<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 04/27/2020 | |
| betamethasone dipropionate 0.05 % topical cream<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/2018 | |
| Celebrex 50 mg capsule<br>Take 1 capsule twice a day by oral route. | | |
| clonazepam 1 mg tablet<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 03/03/2020 | |
| clotrimazole-betamethasone 1 %-0.05 % topical cream<br>APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed | 04/27/2020 | |
| diclofenac sodium 75 mg tablet,delayed release<br>Take 1 tablet twice a day by oral route. | 04/18/2019 | |
| Imitrex 100 mg tablet<br>As Directed | 06/04/2020 | |
| Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector<br>Inject 1 mL as needed by subcutaneous route. | 06/04/2020 | |

NEW LEXINGTON CLINIC PSC • 1401 HARRODSBURG RD, LEXINGTON KY 40504-3751
ZOLL, JAMES D (id #21795182, dob:

| Name | Prescribed Date | Start Date |
|---|---|---|
| omeprazole 20 mg capsule,delayed release<br>Take 1 capsule every day by oral route. | 04/08/2019 | |
| ProAir RespiClick 90 mcg/actuation breath activated<br>Inhale 2 puffs every 6-8 hours by inhalation route. | 06/09/2017 | |
| sildenafil (pulmonary hypertension) 20 mg tablet<br>Take 1-3 tablets daily as needed for erectile dysfunction | 06/04/2019 | |
| testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump<br>Apply 2 pumps every day by transdermal route for 30 days. | 01/09/2020 | |
| tizanidine 4 mg tablet<br>TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 04/27/2020 | |
| Topamax 25 mg tablet<br>Take 2 tablets every day by oral route. | 06/04/2020 | |
| Zoloft 100 mg tablet<br>Take by oral route. | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | Blood Pressure Cuff Size | Body Surface Area |
|---|---|---|---|---|---|---|
| 6 ft Stated | 202 lbs With clothes | 27.4 kg/m2 | 126/84 mm[Hg] | 76 bpm | adult | 2.16 |

## Results

**Lab Results**

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| NKDA | | | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Cervical Radiculopathy | Active | 10/05/2015 | |
| Displacement of Cervical Intervertebral Disc | Active | 10/13/2015 | |
| SNOMED CT Concept | Active | 10/20/2015 | |
| Hyperlipidemia | Active | 02/10/2016 | |
| Vascular Headache | Active | 02/10/2016 | |
| Mental Disorder | Active | 02/10/2016 | |
| Refractory Migraine with Aura | Active | 07/18/2016 | |

NEW LEXINGTON CLINIC PSC • 1401 HARRODSBURG RD, LEXINGTON KY 40504-3751
ZOLL, JAMES D (id #21795182, dob:

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Cervical Disc Disorder | Active | 07/18/2016 | |
| Inflammatory Dermatosis | Active | 08/29/2016 | |
| Elevated Blood-pressure Reading without Diagnosis of Hypertension | Active | 11/17/2016 | |
| Shoulder Stiff | Active | 04/04/2019 | |
| Muscle Weakness | Active | 04/04/2019 | |
| Muscular Incoordination | Active | 04/04/2019 | |
| History of Operative Procedure on Shoulder | Active | 04/04/2019 | |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| 07/26/2018 | Other<br>Notes: shoulder arthroscopy with rotator cuff repair | Information not available |
| 08/01/2017 | Other<br>Notes: Radial repair | Information not available |
| | Other<br>Notes: Testicular surgery | Information not available |
| | Hernia Repair<br>Notes: 2008 | Information not available |

Notes: lt shoulder and clavical scrape 12/2019

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

**Vaccine Type**

Influenza, injectable, quadrivalent
10/01/2018
10/01/2019

Influenza, injectable, quadrivalent, preservative free
12/06/2017

Tdap
03/03/2020 0.5 mL

## Tobacco Smoking Status

| Tobacco Smoking Status | Never Smoker |
|---|---|

## Past Encounters

08/04/2020
Migraine without Aura; Migraine with Aura; Essential Tremor; Neck Pain; Chronic Low Back Pain; Poor Balance; Chronic Anxiety
Craig A Knox, MD: 1401 Harrodsburg Rd, Suite C240, Lexington, KY 40504-3751, Ph. (859) 258-4800

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Not Hispanic or Latino |
| DOB: | | Race: | White |
| Preferred language: | English | Marital status: | Never Married |

NEW LEXINGTON CLINIC PSC • 1401 HARRODSBURG RD, LEXINGTON KY 40504-3751
ZOLL, JAMES D (id #21795182, dob:

| Contact: | Ph. tel:+ |
|---|---|

## Care Team Members

| Primary Care Provider | |
|---|---|
| John P Ziegler MD | 3099 Helmsdale Pl, Lexington, KY 40509, Ph. tel:+1-859-2586401 |
| **Referring Provider** | |
| John P Ziegler MD | 3099 Helmsdale Pl, Lexington, KY 40509, Ph. tel:+1-859-2586401 |

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.

**PAIN CONSULTANTS OF CENTRAL KENTUCKY, PLLC**
Chris Swayze, M.D.
2716 Old Rosebud Road, Ste. 210, Lexington, Kentucky 40509
Office (859) 263-0533 Fax (859) 263-0534

September 8, 2020

office visit note

James Zoll

Mr. Zoll presents today in follow-up. He looks better. He reports that his back is "somewhat better," and he is not in constant pain. He still has a significant amount of pain, but he believes he is better. Previously his back was really worse than his shoulder, but they have swapped positions now that the back has improved somewhat. He is to see Dr. Hackett in a few weeks to follow-up on his shoulder pain. He continues to see Dr. Lamb and Dr. Knox. His primary physician is Dr. John Ziegler at Lexington clinic.

His current medications include Elavil 25 mg at bedtime; he discontinued the nortriptyline as he thought it was making him groggy. The Elavil seems better tolerated. We also made a trial of diclofenac 75 mg b.i.d.; he tolerated without the side effects he had experienced with other anti-inflammatories. He actually only takes about one per day rather than two. He gets some relief from the medication, and finds that the more rapid onset of diclofenac is better for him. The Celebrex simply was too slow and too mild to do the job. He has a tens unit, but he has not been using a great deal lately.

Physical examination: In general, he is well-developed, well-nourished and in no acute distress. His cognition is intact, his affect only mildly subdued, and his mood improved. Speech is normal in content and cadence, and there's no dysarthria or thought abnormality. Gait is upright and well-balanced with symmetric stride length and equal weightbearing. Motor function of the upper extremities is grossly normal with no abnormality of stride length or weightbearing. Motor function of the lower extremities is grossly normal with no asymmetry or ataxia.

Impression: Musculoskeletal low back pain, now improved with the combination of Elavil 25 mg at bedtime and diclofenac 75 mg b.i.d. p.r.n., typically only one per day. Left shoulder pain, likely mechanical but certainly not CRPS. Psychiatric/psychological disease followed by Dr. Lamb.

Plan: We both have some optimism that we are in the right track. He looks better and sounds better today, so when we discussed his options the two of us agreed that he would simply continue the regimen of Elavil 25 at bedtime, as long as Dr. Lamb is in agreement, and diclofenac 75 mg b.i.d. PRN. He has a refill available, but if he runs out before his next visit I'm happy to refill. We elected to make this a follow-up in three months, but he is to call sooner should problems occur. I encouraged him to follow through with his other physician visits. We are in agreement on the plan.

Chris Swayze M.D.

visit 1347 – 1428, greater than 50% counseling and planning. Extensive discussion of exploration of new activities to foster the use of his remaining skills, rather than focusing on the activities he is unable to do.

**PAIN CONSULTANTS OF CENTRAL KENTUCKY, PLLC**
Chris Swayze, M.D.
2716 Old Rosebud Road, Ste. 210, Lexington, Kentucky 40509
Office (859) 263-0533 Fax (859) 263-0534

July 28, 2020 office visit note

James Zoll

The patient returns for follow-up. He made a trial of nortriptyline 10 mg in the evening, with the blessing of Dr. Lamb. He believes it has made him a little drowsy, and he's not sure if it is helping yet. The drowsiness is not intolerable, and he has not given up on it. He also tried a pulse dose trial of Celebrex, and believes it helps a little bit. On pointed questioning, it appears that he has not absolutely taken every dose, but has missed a few here and there, using it almost PRN. He has side effects of night terrors from Celebrex and ibuprofen both, but these are manageable on the current regimen. He has used his tens unit, more on his low back than on his shoulder. He gets some benefit, but he who believes he may be "getting numb to it." He has had extensive physical therapy with limited benefit. They did perform iontophoresis to her shoulder, and he would get about one day of benefit each time he had it. The benefit did not extend beyond that. Overall, he continues to suffer with both shoulder and low back pain. He states that his disability application has been approved, and will be proceeding in that direction. He presents a letter he received asking him to serve on jury duty in the future.

Physical examination: In general, he is well-developed, well-nourished and in no acute distress. Cognition is intact, and affect is subdued, unchanged from previous visits and mood normal. Speech is normal in content and cadence, and there is no dysarthria or apparent thought abnormality. Gait is upright and well-balanced with symmetric stride length and equal weightbearing. Motor function of the upper extremities is grossly normal with no asymmetry or abnormality of color. Motor function the lower extremities is adequate for ambulation, and there is no asymmetry or gross gait disturbance. Palpation of the musculature in the low back reveals no distinct trigger points, just more of diffuse tenderness.

Impression: Musculoskeletal low back pain, with likely contribution from facets, with relatively benign MRI from 2019. Right shoulder pain after trauma, nociceptive and musculoskeletal. Depression, treated by Dr. Lamb.

Plan: He will discontinue the Celebrex entirely. We have decided that is reasonable to continue the nortriptyline, so I have issued another prescription for 30 of the 10 mg dose so that he will not run out before the next visit. He will continue the use of his tens, and hopefully bring it on his next visit so we can troubleshoot. He will attempt to obtain a disc for his lumbar MRI from last year so that we can examine that in regard to his back pain. In an effort to move in another direction, we agreed that he would try diclofenac 75 mg b.i.d., dispense 60, take with food. He will monitor for side effects, particularly the night terrors issue, and call me should problems occur. He will try to continue this until the next visit if it is tolerated. With regard to jury duty, he is simply uncomfortable enough that he will have difficulty sitting for that length of time. If it could be guaranteed that the cases would be short, he might tolerate it, but since that cannot be done he should probably defer if the court is willing. He may be able to tackle this down the line. I will issue a letter accordingly, and the patient will return in about six weeks for follow-up. Chris Swayze M.D. visit 1316 – 1344, greater than 50% counseling and planning

**PAIN CONSULTANTS OF CENTRAL KENTUCKY, PLLC**
Chris Swayze, M.D.
2716 Old Rosebud Road, Ste. 210, Lexington, Kentucky 40509
Office (859) 263-0533 Fax (859) 263-0534

June 8, 2020

office visit note

James Zoll

Mr. Zoll returns in follow-up after his last visit of May four, 2020. He started physical therapy, and reports that they have mostly been working on his low back, and little has been done for his shoulder to date. He is "still in quite a bit of pain," with regard to his low back. At this point, he thinks low back and shoulder are roughly equal in intensity. He did obtain a home tens unit, and has been using it quite a bit. He finds that it is very helpful, and he has gotten good success with relief in the low back. He typically uses it in the evening, and takes a treatment before disconnecting. This gives him some relief residual, and he functions better for some time. He has seen Dr. Lamb, who has made a change in his medications. He has a new prescription from just a day or so ago, for Vyvanse, and the plan is to discontinue Zoloft because of side effects. He states that Dr. Lamb suggested he speak with me about the possibility of adding low dose nortriptyline during the daytime, to avoid some of the somnolence but perhaps get the same relief we had hoped for with the higher dose of amitriptyline in the evening. Dr. Lamb apparently left that in my arena, and I'm happy to help out. Mr. Zoll reports that he has been using Celebrex on a p.r.n. basis, and if he recalls correctly, perhaps Cymbalta in the same way. He also uses some Tylenol. These provide modest improvement.

Physical examination: In general, he is well-developed, well-nourished and in no acute distress. Cognition is intact, affect is somewhat dulled but mood is relatively normal. There are depressive overtones. Speech is normal in content and cadence, and there is no dysarthria or thought abnormality. Gait is slow and deliberate, but with symmetric stride length and generally equal weightbearing. Motor function of the upper extremities is grossly normal with no asymmetry or abnormality of color, however he reports pain on range of motion of the right shoulder. Motor function of the lower extremities is grossly normal with no asymmetry or gross ataxia. Palpation of back and pelvis reveals tenderness over the left trochanteric bursal prominence and in the left paraspinous muscle groups.

Impression: Low back pain, etiology almost certainly musculoskeletal. His MRI of the lumbar spine from June 12, 2019 was quite benign, with no evidence of neural compression, and only mild anterior spurring. There was no comment made on size or shape of the facet joints. He may have some lumbar spondylosis and facet arthropathy creating his current pain, as the magnitude of pain does not necessarily correlate with the degree of destruction on imaging. He has right shoulder pain, which is nociceptive and once again musculoskeletal. Two operations have not relieved the shoulder pain.

Plan: I have suggested he persist with the tens unit, as it may be a real game changer for him. I also gave him instructions on how to use it to stimulate the suprascapular nerve, in hopes of improving the discomfort in the interior of the shoulder joint. I cautioned him that this would likely affect only the posterior two thirds, but this would still be an improvement. I strongly concur with Dr. Lamb's recommendation of a nortriptyline trial. The patient would like to start low, and I agree.

James Zoll, continued.

I wrote the prescription for nortriptyline 10 mg, dispense 30, one per day in the morning. We can consider going up if this does not cause too much somnolence. As he will be making a change from Zoloft to Vyvanse, I gave him a long lecture on pharmacology. We will follow my own rule of not making two changes at once. The two of us agreed that he will make the Vyvanse change, and continue for one week before adding the nortriptyline. He will then add the nortriptyline, and continue for one week before starting a Celebrex pulse. He has enough Celebrex on hand to do this, so he will start at one to continue for a month. I'll bring him back in 6 to 7 weeks for follow-up, but he is to call sooner should problems occur. He had questions about another lumbar MRI, and that is not out of the question entirely, but I think the likelihood of it being appreciably different than his MRI a year ago is fairly low. The correlation with facet pain is also unpredictable, so the yield of such a test would be dubious at best. We can consider addressing the facet joints if the nortriptyline and Celebrex combination does not give the effect we desire. In fact, we would likely gain more information from medial branch blocks than from the MRI, since he does not really report radicular symptoms. In our pharmacology discussion, we further discussed the poor effect of once daily, long-term medications when used on an as – needed basis. If he does not get the desired effect from the Celebrex, and wishes to have something on hand for breakthrough pain, we might consider using diclofenac or a short acting preparation of a similar nature instead.

I will send a copy of my note to Dr. Lamb, so that he will be in the loop on our planning. His input is always appreciated.

Chris Swayze M.D.

visit 1449 – 1520, greater than 50% counseling and planning

Cc: Steven Lamb, M.D.

NEW LEXINGTON CLINIC PSC • 700 BOB-O-LINK DR, LEXINGTON KY 40504-3756
ZOLL, JAMES D (id #21795182, dob:

**LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE**
**700 BOB-O-LINK DR**
**LEXINGTON, KY 40504-3756**
Phone: **(859) 258-4000**, Fax: **(859) 258-8239**

Date: **10/14/2020**

Dear **James Zoll**,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: STEPHEN C UMANSKY, MD

## Patient Care Summary for James D Zoll

### Most Recent Encounter

10/14/2020 Stephen C Umansky: 700 Bob-O-Link Dr, Lexington, KY 40504-3756, Ph. tel:+1-859-2584000

### Reason for Visit

None recorded.

### Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

1. Focal dystonia

2. Cubital tunnel syndrome
• Cubital Tunnel Syndrome-LC

Discussion Note: None recorded.

### Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | Neurology Recheck | 12/07/2020 1:15PM | Craig A Knox, MD |
| | Recheck | 12/10/2020 11:15AM | John P Ziegler, MD |
| Lab | None recorded. | | |
| Referral | None recorded. | | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

NEW LEXINGTON CLINIC PSC • 700 BOB-O-LINK DR, LEXINGTON KY 40504-3756
ZOLL, JAMES D (id #21795182, dob:

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| Aimovig Autoinjector 140 mg/mL subcutaneous auto-injector<br>Inject by subcutaneous route. | | |
| amitriptyline 25 mg tablet<br>Take 1 tablet every day by oral route. | 06/04/2020 | |
| atorvastatin 20 mg tablet<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 09/11/2020 | |
| Bactrim DS 800 mg-160 mg tablet<br>Take 1 tablet twice a day by oral route for 7 days. | 10/01/2020 | |
| betamethasone dipropionate 0.05 % topical cream<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/2018 | |
| Celebrex 50 mg capsule<br>Take 1 capsule twice a day by oral route. | | |
| clonazepam 1 mg tablet<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 09/11/2020 | |
| clotrimazole-betamethasone 1 %-0.05 % topical cream<br>APPLY TO THE AFFECTED AND SURROUNDING AREAS OF SKIN BY TOPICAL ROUTE 2 TIMES PER DAY IN THE MORNING AND EVENING as needed | 04/27/2020 | |
| Descovy 200 mg-25 mg tablet<br>Take 1 tablet every day by oral route. | 09/20/2020 | |
| diclofenac sodium 75 mg tablet,delayed release<br>Take 1 tablet twice a day by oral route. | 04/18/2019 | |
| Golytely 236 gram-22.74 gram-6.74 gram-5.86 gram oral solution<br>as directed | 10/01/2020 | |
| Imitrex 100 mg tablet<br>As Directed | 06/04/2020 | |
| Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector<br>Inject 1 mL as needed by subcutaneous route. | 06/04/2020 | |
| mupirocin 2 % topical ointment<br>APPLY A SMALL AMOUNT TO THE AFFECTED AREA BY TOPICAL ROUTE 3 TIMES PER DAY | 10/01/2020 | |
| omeprazole 20 mg capsule,delayed release<br>Take 1 capsule every day by oral route. | 04/08/2019 | |
| ProAir RespiClick 90 mcg/actuation breath activated<br>Inhale 2 puffs every 6-8 hours by inhalation route. | 06/09/2017 | |
| sildenafil (pulmonary hypertension) 20 mg tablet<br>Take 1-3 tablets daily as needed for erectile dysfunction | 06/04/2019 | |
| testosterone 20.25 mg/1.25 gram (1.62 %) transdermal gel pump<br>Apply 2 pumps every day by transdermal route for 30 days. | 01/09/2020 | |
| tizanidine 4 mg tablet<br>TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 09/11/2020 | |

NEW LEXINGTON CLINIC PSC • 700 BOB-O-LINK DR, LEXINGTON KY 40504-3756
ZOLL, JAMES D (id #21795182, dob:

| Name | Prescribed Date | Start Date |
|---|---|---|
| Topamax 25 mg tablet<br>Take 2 tablets every day by oral route. | 06/04/2020 | |
| Zoloft 100 mg tablet<br>Take by oral route. | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Body Surface Area |
|---|---|---|---|
| 6 ft | 209 lbs | 28.3 kg/m2 | 2.19 |

## Results

**Lab Results**

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| NKDA | | | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Cervical Radiculopathy | Active | 10/05/2015 | |
| Displacement of Cervical Intervertebral Disc | Active | 10/13/2015 | |
| SNOMED CT Concept | Active | 10/20/2015 | |
| Hyperlipidemia | Active | 02/10/2016 | |
| Vascular Headache | Active | 02/10/2016 | |
| Mental Disorder | Active | 02/10/2016 | |
| Refractory Migraine with Aura | Active | 07/18/2016 | |
| Cervical Disc Disorder | Active | 07/18/2016 | |
| Inflammatory Dermatosis | Active | 08/29/2016 | |
| Elevated Blood-pressure Reading without Diagnosis of Hypertension | Active | 11/17/2016 | |
| Shoulder Stiff | Active | 04/04/2019 | |
| Muscle Weakness | Active | 04/04/2019 | |
| Muscular Incoordination | Active | 04/04/2019 | |
| History of Operative Procedure on Shoulder | Active | 04/04/2019 | |

NEW LEXINGTON CLINIC PSC • 700 BOB-O-LINK DR, LEXINGTON KY 40504-3756
ZOLL, JAMES D (id #21795182, dob:

## Procedures

| Date | Name | Performed by |
|---|---|---|
| 07/26/2018 | Other<br>Notes: shoulder arthroscopy with rotator cuff repair | Information not available |
| 08/01/2017 | Other<br>Notes: Radial repair | Information not available |
| | Other<br>Notes: Testicular surgery | Information not available |
| | Hernia Repair<br>Notes: 2008 | Information not available |

Notes: lt shoulder and clavical scrape 12/2019

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

**Vaccine Type**

influenza, injectable, quadrivalent
10/01/2018
10/01/2019

influenza, injectable, quadrivalent, preservative free
12/06/2017
09/11/2020 0.5 mL

Tdap
03/03/2020 0.5 mL

## Tobacco Smoking Status

| | |
|---|---|
| Tobacco Smoking Status | Never Smoker |

## Past Encounters

10/14/2020
Focal Dystonia; Cubital Tunnel Syndrome
Stephen C Umansky, MD: 700 Bob-O-Link Dr, Lexington, KY 40504-3756, Ph. (859) 258-4000

10/13/2020
An-Yu Chen, MD: 1221 South Broadway, Lexington, KY 40504-2701, Ph. (859) 258-4000

10/01/2020
Folliculitis
John P Ziegler, MD: 3099 Helmsdale Place, Lexington, KY 40509-2213, Ph. (859) 258-6401

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Not Hispanic or Latino |
| DOB: | | Race: | White |
| Preferred language: | English | Marital status: | Never Married |

Contact: , Ph. tel

## Care Team Members

Primary Care Provider

John P Ziegler MD 3099 Helmsdale Place, Lexington, KY 40509, Ph. tel:+1-859-2586401

Referring Provider

NEW LEXINGTON CLINIC PSC • 700 BOB-O-LINK DR, LEXINGTON KY 40504-3756
ZOLL, JAMES D (id #21795182, dob:
John P Ziegler MD 3099 Helmsdale Place, Lexington, KY 40509, Ph. tel:+1-859-2586401

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jun 01, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 6 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.8 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.

**Mechanism of Injury:**

- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

**Chief Complaint:**

- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Patient reports experiencing moderate soreness and pain in his (L) shoulder after last visit, possibly due to exercise progression.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 6/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**

- Reports continued low back pain.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|
| • Flexion | 118 | 155 | |
| • Abduction | 105 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension. | 30 Degrees |

| | |
|---|---|
| • Active Flexion | 60 Degrees |
| **Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):** | |
| • Rotation Left | 25% |
| • Rotation Right | 50% |
| **Functional Tests: Balance: Balance:** | |
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

| | |
|---|---|
| **Manual Interventions: Joint Segments: Shoulder:** | |
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 10 Minutes. |
| **Modalities:** | |
| • Iontophoresis | Time Elapsed: 8 Minutes, Location: L superior shoulder, Medication: Dexamethasone, Polarity: -, Pad Size: Medium, MA/Min: 40, Charge As: Iontophoresis, Performed by: Janel Northington, PTA, 8 Minutes. |
| **Exercise Activities: Aerobic Conditioning:** | |
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |
| • Treadmill | Time Elapsed: 8 Minutes, Speed (mph): 3.0, Elevation: 0 %, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 8 Minutes. |
| **Exercise Activities: Dynamic Training: C-K-C Activity:** | |
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Quadruped Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Standing Position:** | |
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |
| **Exercise Activities: Isotonics:** | |
| • Biceps Curls. | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| **Exercise Activities: Range of Motion:** | |
| • T-Bar Press Up | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 2 Minutes. |
| **Exercise Activities: Machines/Weights:** | |

***Spine***

| | |
|---|---|
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Seated Position:** | |
| • Stabilization Training 1(This visit) | Did'Not Perform: This visit |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |

• Stabilization Training 3 — Time Elapsed: 3 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes.

**Exercise Activities: Flexibility(U. Quarter):**

• Flexibility Activity 1 — Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.

• Flexibility Activity 2 — Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Iontophoresis | 97033 | 1 | 8 |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Therapeutic Activities | 97530 | 1 | 8 |
| • Therapeutic Procedure | 97110 | 2 | 27 |

## Assessment

The patient tolerated today's treatment intervention with mild complaints of pain.
Withheld strengthening and focused more on cardiovascular exercises due to patient's symptom exacerbation after last visit.

## Plan

***Left Shoulder***

**Daily Plan:**

• Resume full program next visit if tolerable for patient.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 01, 2020 21:54:35

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 01, 2020 21:53:54

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

Patient: James Zoll
Acct #: 036-430214787
DOB:
Clinician: Tim Barnett , MSPT, OCS
Prim Phy: Chris Swayze
Phy Phone: (859) 263-0533
Phy Fax: (859) 263-0534
Sec Phy: Not Specified
Inj. Date: 10/3/2015
Surg. Date: Not Specified

Visit Date: Jun 04, 2020
FSC: BCBS
Payor: ANTHEM KY
Insured: Not Specified
Employer: DND
Case Mgr: Not Specified
Visits: 7
Cxl/Ns: 0

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.8 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.

**Mechanism of Injury:**

- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

**Chief Complaint:**

- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 6/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**

- Reports continued low back pain.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 118 | 155 | |
| • Abduction | 105 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 60 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |
| **Functional Tests: Balance: Balance:** | |
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

| | |
|---|---|
| **Manual Interventions: Joint Segments: Shoulder:** | |
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 10 Minutes. |
| **Modalities:** | |
| • Iontophoresis | Time Elapsed: 8 Minutes, Location: L superior shoulder, Medication: Dexamethasone, Polarity: -, Pad Size: Medium, MA/Min: 40, Charge As: Iontophoresis, Performed by: Janel Northington, PTA, 8 Minutes. |
| **Exercise Activities: Aerobic Conditioning:** | |
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |
| **Exercise Activities: Dynamic Training: C-K-C Activity:** | |
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Quadruped Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Standing Position:** | |
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |
| **Exercise Activities: Isotonics:** | |
| • Biceps Curls. | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| **Exercise Activities: Range of Motion:** | |
| • T-Bar Press Up | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 2 Minutes. |
| **Exercise Activities: Machines/Weights:** | |
| • Pull Downs: Sym. Bilateral | Time Elapsed: 3 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 3 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

***Spine***

| | |
|---|---|
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Seated Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

| | |
|---|---|
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Stabilization Training 3 | Time Elapsed: 3 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Iontophoresis | 97033 | 1 | 8 |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Therapeutic Activities | 97530 | 1 | 14 |
| • Therapeutic Procedure | 97110 | 2 | 19 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.

Patient was able to resume strengthening exercises without complaints of pain. He reported some discomfort in his (L) shoulder while performing bent over rows.

## Plan

***Left Shoulder***

**Daily Plan:**

• Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 04, 2020 16:49:58

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 04, 2020 16:49:05

| | | | | | |
|---|---|---|---|---|---|
| KORT BEAUMONT PT | Patient: | James Zoll | | | |
| 3070 Lakecrest Circle | Acct #: | 036-430214787 | Visit Date: | Jun 09, 2020 |
| Suite 700 | DOB: | | FSC: | BCBS |
| Lexington, KY, USA, 40513 | Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Phone: (859) 296-4080, Fax: | Prim Phy: | Chris Swayze | | |
| (859) 296-4182 | Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| | Phy Fax: | (859) 263-0534 | Employer: | DND |
| | Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| | Inj. Date: | 10/3/2015 | Visits: | 8 |
| | Surg. Date: | Not Specified | Cxl/Ns: | 0 |

The Best In Rehab.

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.8 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.

**Mechanism of Injury:**

- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

**Chief Complaint:**

- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 6/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**

- Patient reports that his back has been bothering him more lately over the past few days. States that he saw his pain management doctor recently and they gave him a new medication to take. Patient also reports 4/10 in his (L) shoulder and low back currently.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 118 | 155 | |
| • Abduction | 105 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

- Active Extension. 30 Degrees
- Active Flexion 60 Degrees

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 12 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 12 Minutes. |

**Modalities:**

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3 | Time Elapsed: 4 Minutes, Description: partial hanging: various grip, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Closed Kinetic Chain 4 | Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up | Time Elapsed: 3 Minutes, Weight - Pounds: 2 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

- Stabilization Training 2 — Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes.
- Stabilization Training 3 — Time Elapsed: 4 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes.

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 1 — Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.
- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Neuromuscular Reeducation | 97112 | 1 | 14 |
| • Therapeutic Activities | 97530 | 1 | 12 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

Patient tolerated treatment with intermittent complaints of soreness and discomfort in his (L) shoulder. His tolerance to strengthening exercises is continually improving. Withheld Ionto today due to patient report skin irritation.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 10, 2020 13:25:12

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 10, 2020 13:24:18

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | **Visit Date:** | **Jun 12, 2020** |
| **Acct #:** | **036-430214787** | FSC: | BCBS |
| DOB: | | Payor: | ANTHEM KY |
| Clinician: | Tim Barnett , MSPT, OCS | | |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 9 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.

**Mechanism of Injury:**
- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

**Chief Complaint:**
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports increased soreness/ pain in his (L) shoulder after last visit. Also reports that he woke up with a moderate amount of back pain.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Initial May 11, 2020 | | | | Current Jun 12, 2020 | | | | Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L. Act. | L. Pas. | R. Act. | R. Pas. | L. Act. | L. Pas. | R. Act. | R. Pas. | L. Act. | Pas. | R. Act. | Pas. |
| • Flexion | 118 | | 155 | | 135 | | a 155 | | 17 | | | |
| • Abduction | 105 | | 157 | | 115 | | a 157 | | 10 | | | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | | 85 | | 42 | | a 85 | | 12 | | | |
| • External Rotation - 90 deg | | | | 50 | | | | a 50 | | | | |
| • Internal Rotation - 90 deg | | | | 30 | | | | a 30 | | | | |

a Measured On May 11, 2020

***Spine***

| Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees): | Initial May 11, 2020 | Current Jun 12, 2020 | Change |
|---|---|---|---|

| | | | |
|---|---|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 30 Degrees | 15 Degrees | -15 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 60 Degrees | 40 Degrees | -20 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 12 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 12 Minutes. |

**Modalities:**

| | |
|---|---|
| • Iontophoresis | Time Elapsed: 8 Minutes, Location: L superior shoulder, Medication: Dexamethasone, Polarity: -, Pad Size: Medium, MA/Min: 40, Charge As: Iontophoresis, Performed by: Janel Northington, PTA, 8 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up | Time Elapsed: 3 Minutes, Weight - Pounds: 2 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

| | |
|---|---|
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Stabilization Training 3 | Time Elapsed: 4 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Iontophoresis | 97033 | 1 | 8 |
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Neuromuscular Reeducation | 97112 | 1 | 11 |
| • Reevaluation | 97164 | 1 | n/a |
| • Therapeutic Activities | 97530 | 1 | 8 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

**Recommendations:**

• Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Mechanism of Injury: Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.**

*Goal Achieved May 29, 2020.*

**Client Education:**

• Independent Home Exercise/Self Care Program.

***Problem #2***

**Chief Complaint: Pain: Severity at Worst: 7/10.**

*LTG Achieve by Jul 10, 2020.*

**Symptomatic Improvements:**

• Decreasing Pain: to 3/10.

***Problem #3***

**Range of Motion: Shoulder: Pre-Treatment.**

*LTG Achieve by Jul 10, 2020. Progress: Some progress.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 130 |
| • Abduction | 130 |
| • External Rotation - 0 deg | 45 |

***Spine***

***Problem #4***

**Chief Complaint: Pain: Severity: Current: 7/10.**

*LTG Achieve by Jul 10, 2020.*

**Symptomatic Improvements:**

• Decreasing Pain: to 2/10.

*Goal Abandoned Jun 12, 2020. work toward remaining LTG*

**Symptomatic Improvements:**

- Decreasing Pain: to 4/10.

***Problem #5***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

*LTG Achieve by Jul 10, 2020.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Therapeutic Contents:**

- Recumbent Stepper. Recumbent Bicycle. Upper Body Ergometer.

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 12, 2020 16:56:38

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 12, 2020 13:11:41

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | **Visit Date:** | **Jun 12, 2020** |
| **Acct #:** | **036-430214787** | FSC: | BCBS |
| DOB: | | Payor: | ANTHEM KY |
| Clinician: | Tim Barnett , MSPT, OCS | Insured: | Not Specified |
| Prim Phy: | Chris Swayze | Employer: | DND |
| Phy Phone: | (859) 263-0533 | Case Mgr: | Not Specified |
| Phy Fax: | (859) 263-0534 | Visits: | 9 |
| Sec Phy: | Not Specified | Cxl/Ns: | 0 |
| Inj. Date: | 10/3/2015 | | |
| Surg. Date: | Not Specified | | |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## Subjective Examination

***Left Shoulder***

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Mechanism of Injury: Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.**

*Goal Achieved May 29, 2020.*

**Client Education:**

- Independent Home Exercise/Self Care Program.

***Problem #2***

**Chief Complaint: Pain: Severity at Worst: 7/10.**

*LTG Achieve by Jul 10, 2020.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #3***

| **Range of Motion: Shoulder: Pre-Treatment.** | **Left AROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Flexion | 135 | 155 | |
| • Internal Rotation - 90 deg | | | 30 |

*LTG Achieve by Jul 10, 2020. Progress: Some progress.*

| **Range of Motion Improvements to: Shoulder:** | **Left AROM** |
|---|---|
| • Flexion | 130 |
| • Abduction | 130 |
| • External Rotation - 0 deg | 45 |

***Spine***

***Problem #4***

**Chief Complaint: Pain: Severity: Current: 7/10.**

*LTG Achieve by Jul 10, 2020.*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

*Goal Abandoned Jun 12, 2020. work toward remaining LTG*

**Symptomatic Improvements:**

- Decreasing Pain: to 4/10.

***Problem #5***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

- Active Extension.(Bilateral - Pain throughout Motion) 15 Degrees
- Active Flexion(Bilateral - Pain throughout Motion) 40 Degrees

*LTG Achieve by Jul 10, 2020.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Recumbent Stepper. Recumbent Bicycle. Upper Body Ergometer.
- Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

Tim Barnett, MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 12, 2020 16:56:38

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 12, 2020 13:11:41

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

| **Chris Swayze** | **Date** | **Print Name and Credentials** |
|---|---|---|

**Patient: James Zoll** **DOB:**
**Facility Fax:** **(859) 296-4182**

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | **Visit Date:** | **Jun 15, 2020** |
| **Acct #:** | **036-430214787** | FSC: | BCBS |
| DOB: | | Payor: | ANTHEM KY |
| Clinician: | Tim Barnett , MSPT, OCS | | |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 10 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.8 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**

- Patient reports increased soreness/ pain in his (L) shoulder after last visit. Also reports that he woke up with a moderate amount of back pain.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|
| • Flexion | 135 | 155 | |
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

| **Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):** | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 15 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 40 Degrees |
| **Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):** | |
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 12 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 12 Minutes. |

**Modalities:**

| | |
|---|---|
| • Iontophoresis(This visit) | Did Not Perform: This visit |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3 | Time Elapsed: 4 Minutes, Description: partial hanging: various grip, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Stabilization Training 3 | Time Elapsed: 4 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 1: Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.
- Flexibility Activity 2: Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Neuromuscular Reeducation | 97112 | 1 | 11 |
| • Therapeutic Activities | 97530 | 1 | 12 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.

Patient was able to resume stretches on pull up bar with minimal complaints of pain. He did report some discomfort in his low back while performing standing rows possibly due to improper muscle activation.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 15, 2020 13:23:38

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 15, 2020 13:19:12

| | | | | | |
|---|---|---|---|---|---|
| KORT BEAUMONT PT | Patient: | James Zoll | | | |
| 3070 Lakecrest Circle | Acct #: | 036-430214787 | Visit Date: | Jun 18, 2020 |
| Suite 700 | DOB: | | FSC: | BCBS |
| Lexington, KY, USA, 40513 | Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Phone: (859) 296-4080, Fax: (859) 296-4182 | Prim Phy: | Chris Swayze | | |
| | Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| | Phy Fax: | (859) 263-0534 | Employer: | DND |
| | Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| | Inj. Date: | 10/3/2015 | Visits: | 11 |
| | Surg. Date: | Not Specified | Cx/Ns: | 0 |

KORT
The Best In Rehab.

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.8 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**

- Patient reports 4/10 (L) shoulder pain currently.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 135 | 155 | |
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 15 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 40 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |

| | |
|---|---|
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

| | |
|---|---|
| **Manual Interventions: Joint Segments: Shoulder:** | |
| • Glenohumeral Joint | Time Elapsed: 12 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 12 Minutes. |
| **Modalities:** | |
| • Iontophoresis | Time Elapsed: 8 Minutes, Location: L superior shoulder, Medication: Dexamethasone, Polarity: -, Pad Size: Medium, MA/Min: 40, Charge As: Iontophoresis, Performed by: Janel Northington, PTA, 8 Minutes. |
| **Exercise Activities: Aerobic Conditioning:** | |
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |
| **Exercise Activities: Dynamic Training: C-K-C Activity:** | |
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Quadruped Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Standing Position:** | |
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |
| **Exercise Activities: Isotonics:** | |
| • Biceps Curls. | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |
| **Exercise Activities: Range of Motion:** | |
| • T-Bar Press Up | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |
| **Exercise Activities: Machines/Weights:** | |
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |

***Spine***

| | |
|---|---|
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Seated Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |
| **Exercise Activities: Flexibility(U. Quarter):** | |
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Iontophoresis | 97033 | 1 | 8 |
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Neuromuscular Reeducation | 97112 | 1 | 7 |
| • Therapeutic Activities | 97530 | 1 | 8 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

The patient tolerated today's treatment intervention with mild complaints of pain.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 18, 2020 16:43:02

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 18, 2020 16:41:57

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | **Visit Date:** | **Jun 22, 2020** |
| **Acct #:** | **036-430214787** | FSC: | BCBS |
| DOB: | | Payor: | ANTHEM KY |
| Clinician: | Tim Barnett , MSPT, OCS | | |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 12 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.8 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**

- Patient reports 4/10 (L) shoulder pain currently.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|
| • Flexion | 135 | 155 | |
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

| **Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):** | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 15 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 40 Degrees |
| **Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):** | |
| • Rotation Left | 25% |
| • Rotation Right | 50% |
| **Functional Tests: Balance: Balance:** | |
| • Left Leg, Eyes Open, Firm | Average |

| | |
|---|---|
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 12 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 12 Minutes. |

**Modalities:**

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Stabilization Training 3(Extra time for Pt Edu/ Rest Break) | Time Elapsed: 8 Minutes, Weight - Pounds: 1 Pounds, Additional Detail: Standing Shoulder Flex/Scap to 90, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 8 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 1 — Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.
- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.

### Documented Procedural Code Summary:

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Neuromuscular Reeducation | 97112 | 1 | 15 |
| • Therapeutic Activities | 97530 | 1 | 8 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

Patient reported some discomfort and fatigue while performing standing shoulder flexion and scaption. Verbally cued patient to not go past 90 degrees in either direction which improved his symptoms some.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 23, 2020 15:17:11

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 23, 2020 15:16:09

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | **Visit Date:** | **Jun 25, 2020** |
| **Acct #:** | **036-430214787** | FSC: | BCBS |
| DOB: | | Payor: | ANTHEM KY |
| Clinician: | Tim Barnett , MSPT, OCS | | |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 13 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports 4-5/10 low back pain and 3-4 (L) shoulder pain. He reports that biceps curls and wall walks for HEP aggravate his shoulder the most.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 135 | 155 | |
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 15 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 40 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 12 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 12 Minutes. |

**Modalities:**

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Stabilization Training 3(Extra time for Pt Edu/ Rest Break) | Time Elapsed: 8 Minutes, Weight - Pounds: 1 Pounds, Additional Detail: Standing Shoulder Flex/Scap to 90, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 8 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

| | |
|---|---|
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Neuromuscular Reeducation | 97112 | 1 | 12 |
| • Therapeutic Activities | 97530 | 1 | 8 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

Patient had good tolerance to treatment. He reported mild soreness in his (L) shoulder at end of treatment session.

## Plan

***Left Shoulder***

**Daily Plan:**

• Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jun 25, 2020 15:31:18

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jun 25, 2020 15:30:26

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax:
(859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | **Visit Date:** | **Jun 30, 2020** |
| **Acct #:** | **036-430214787** | FSC: | BCBS |
| DOB: | | Payor: | ANTHEM KY |
| Clinician: | Katherine M. Fillatreau, PT | | |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 14 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.8 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**

- Patient reports 4-5/10 low back pain and 3-4 (L) shoulder pain. He reports that biceps curls and wall walks for HEP aggravate his shoulder the most.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|
| • Flexion | 135 | 155 | |
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

| **Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):** | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 15 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 40 Degrees |
| **Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):** | |
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 12 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Katherine M Filiatreau, PT, 12 Minutes. |

**Modalities:**

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 8 Minutes, Charge As: Therapeutic Activities, Performed by: Katherine M Filiatreau, PT, 8 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(Extra time for Pt Edu/ Rest Break) | Time Elapsed: 8 Minutes, Weight - Pounds: 1 Pounds, Additional Detail: Standing Shoulder Flex/Scap to 90, Charge As: Neuromuscular Reeducation, Performed by: Katherine M Filiatreau, PT, 8 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Katherine M Filiatreau, PT, 3 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Katherine M Filiatreau, PT, 3 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 2 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Katherine M Filiatreau, PT, 2 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 2 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Katherine M Filiatreau, PT, 2 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Joint Protection Procedures | Time Elapsed: 8 Minutes, Additional Detail: for low back with lifting and shoulder with reaching, Charge As: Self Care / Home Mgt Training |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1(This visit) | Did Not Perform: This visit |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Katherine M Filiatreau, PT, 3 Minutes. |

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine

Time Elapsed: 12 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 24 |
| • Neuromuscular Reeducation | 97112 | 1 | 8 |
| • Self Care/Home Management Training | 97535 | 1 | 8 |
| • Therapeutic Activities | 97530 | 1 | 11 |
| • Therapeutic Procedure | 97110 | 1 | 10 |

## Assessment

The patient tolerated today's treatment intervention with moderate complaints of pain.

**Tolerance:**

- With Moderate: Fatigue/Weakness.

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program.

Katherine M. Filiatreau, PT, PT(KY Lic: 006117)
Signed on Jun 30, 2020 16:06:29

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| Patient: | James Zoll | | |
| Acct #: | 036-430214787 | Visit Date: | Jul 02, 2020 |
| DOB: | | FSC: | BCBS |
| Clinician: | Katherine M. Filiatreau, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2016 | Visits: | 15 |
| Surg. Date: | Not Specified | Cd/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.8 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**

- Patient reports 4-5/10 low back pain and 3-4 (L) shoulder pain. He reports that biceps curls and wall walks for HEP aggravate his shoulder the most.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 135 | 155 | |
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 15 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 40 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

### *Left Shoulder*

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Katherine M Filiatreau, PT, 8 Minutes. |

**Modalities:**

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Activities, Performed by: Katherine M Filiatreau, PT, 10 Minutes. |
| • Upper Body Ergometer | Time Elapsed: 10 Minutes, Direction: forward & backward, Speed (rpm) : Self-Paced, Charge As: Therapeutic Activities |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(Extra time for Pt Edu/ Rest Break) | Time Elapsed: 8 Minutes, Weight - Pounds: 1 Pounds, Additional Detail: Standing Shoulder Flex/Scap to 90, Charge As: Neuromuscular Reeducation, Performed by: Katherine M Filiatreau, PT, 8 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Katherine M Filiatreau, PT, 3 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Katherine M Filiatreau, PT, 3 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 2 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Katherine M Filiatreau, PT, 2 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 2 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Katherine M Filiatreau, PT, 2 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1 | Time Elapsed: 8 Minutes, Description: IR self-stretching technique to stretch shoulder and unload tension of thoracic spine, Charge As: Self Care / Home Mgt Training |

### *Spine*

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1(This visit) | Did Not Perform: This visit |

- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Katherine M Filiatreau, PT, 3 Minutes.

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine(This visit) — Did Not Perform: This visit

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 8 |
| • Neuromuscular Reeducation | 97112 | 1 | 8 |
| • Self Care/Home Management Training | 97535 | 1 | 8 |
| • Therapeutic Activities | 97530 | 2 | 23 |
| • Therapeutic Procedure | 97110 | 1 | 10 |

## Assessment

The patient tolerated today's treatment intervention with moderate complaints of pain.

**Tolerance:**

- With Moderate: Fatigue/Weakness.

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program.

Katherine M. Filiatreau, PT, PT(KY Lic: 006117)
Signed on Jul 02, 2020 16:01:22

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax:
(859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jul 06, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 16 |
| Surg. Date: | Not Specified | Cx/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 135 | 155 | |
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 15 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 40 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 8 Minutes. |

**Modalities:**

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 10 Minutes. |
| • Upper Body Ergometer | Time Elapsed: 10 Minutes, Direction: forward & backward, Speed (rpm) : Self-Paced, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(Extra time for Pt Edu/ Rest Break) | Time Elapsed: 8 Minutes, Weight - Pounds: 1 Pounds, Additional Detail: Standing Shoulder Flex/Scap to 90, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 8 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 2 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 2 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 2 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 2 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did.Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1(This visit) | Did Not Perform: This visit |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine(This visit) Did Not Perform: This visit

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 8 |
| • Neuromuscular Reeducation | 97112 | 1 | 8 |
| • Therapeutic Activities | 97530 | 2 | 23 |
| • Therapeutic Procedure | 97110 | 1 | 10 |

## Assessment

Patient had good tolerance to treatment, with minimal complaints of pain and mild fatigue in his (L) shoulder.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jul 06, 2020 16:19:08

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jul 06, 2020 16:18:24

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | James Zoll | | |
| **Acct #:** | 036-430214787 | **Visit Date:** | Jul 09, 2020 |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 17 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 7/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 135 | 155 | |
| • Abduction | 115 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 15 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 40 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 10 Minutes. |

**Modalities:**

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes. |
| • Stabilization Training 3(Extra time for Pt Edu/ Rest Break) | Time Elapsed: 8 Minutes, Weight - Pounds: 1 Pounds, Additional Detail: Standing Shoulder Flex/Scap to 90, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 8 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball; Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |

- Stabilization Training 3 — Time Elapsed: 4 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes.

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 1(This visit) — Did Not Perform: This visit
- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine(This visit) — Did Not Perform: This visit

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 11 |
| • Therapeutic Activities | 97530 | 2 | 24 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

## Assessment

Patient had good tolerance to treatment. He reported slight discomfort on the anterior and superior side of his (L) shoulder while performing standing flexion.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jul 09, 2020 12:49:46

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jul 09, 2020 12:48:53

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jul 14, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 18 |
| Surg. Date: | Not Specified | Cx/Ns: | 0 |

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.1 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 4/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Reports current shoulder pain to be 4/10. Reports limitations in reaching and lifting with his LUE. Perceived Improvement: 10%.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 4/10. Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Previous Jun 12, 2020** | | | | **Current Jul 14, 2020** | | | | **Change** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L. Act. | Pas. | R. Act. | R. Pas. | L. Act. | Pas. | R. Act. | R. Pas. | L. Act. | Pas. | R. Act. | Pas. |
| • Flexion | 135 | | 155 | | 130 | 144 | ª 155 | | -5 | | | |
| • Abduction | 115 | | 157 | | 116 | | ª 157 | | 1 | | | |
| • External Rotation - 0 deg(reports pain in scapula) | 42 | | 85 | | 54 | | ª 85 | | 12 | | | |
| • External Rotation - 90 deg | | | | 50 | | 54 | | ª 50 | | | | |
| • Internal Rotation - 90 deg | | | | 30 | | 56 | | ª 30 | | | | |

a Measured On May 11, 2020

***Spine***

| **Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):** | **Previous Jun 12, 2020** | **Current Jul 14, 2020** | **Change** |
|---|---|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 15 Degrees | 30 Degrees | 15 Degrees |

| | | | |
|---|---|---|---|
| • Active Flexion(Bilateral - Pain throughout Motion) | 40 Degrees | 55 Degrees | 15 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |

**Modalities:**

| | |
|---|---|
| • Iontophoresis(This visit) | Did Not Perform: This visit |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |
| • Treadmill(This visit) | Did Not Perform: This visit |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls.(This visit) | Did Not Perform: This visit |
| • Isotonic Activity 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

**Pt./Family Education:**

| | |
|---|---|
| • Written Home Exercise Program | Time Elapsed: 10 Minutes, Activity: Provided & Reviewed, Description: Diagnosis Specific, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |
| • Patient Education 1(This visit) | Did Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1(This visit) | Did Not Perform: This visit |
| • Flexibility Activity 2(This visit) | Did Not Perform: This visit |

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine(This visit) — Did.Not Perform: This visit

**Pt./Family Education:**

- Written Home Exercise Program — Time Elapsed: 5 Minutes, Activity: Provided & Reviewed, Description: Diagnosis Specific, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Reevaluation | 97164 | 1 | n/a |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 15 |

## Assessment

**Recommendations:**

- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Aug 11, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #2***

**Range of Motion: Shoulder: Pre-Treatment.**

*LTG Achieve by Aug 11, 2020. Progress: Some progress.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 130 |
| • Abduction | 130 |
| • External Rotation - 0 deg | 45 |

***Spine***

***Problem #3***

**Chief Complaint: Pain: Severity: Current: 4/10.**

*LTG Achieve by Aug 11, 2020. Progress: Some progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

***Problem #4***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

*LTG Achieve by Aug 11, 2020. Progress: Some progress.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Therapeutic Contents:**

- Client Education. Aerobic Conditioning: Recumbent Stepper. Home Exercise Program. Joint Mobilization Techniques. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

T B MPT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jul 14, 2020 14:56:53

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Jul 14, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 18 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## Subjective Examination

***Left Shoulder***

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations:**

- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Aug 11, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #2***

| **Range of Motion: Shoulder: Pre-Treatment.** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Abduction | 116 | | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 54 | | 85 | |
| • External Rotation - 90 deg | | 54 | | 50 |
| • Flexion | 130 | 144 | 155 | |
| • Internal Rotation - 90 deg | | 56 | | 30 |

*LTG Achieve by Aug 11, 2020. Progress: Some progress.*

| **Range of Motion Improvements to: Shoulder:** | **Left AROM** |
|---|---|
| • Flexion | 130 |
| • Abduction | 130 |
| • External Rotation - 0 deg | 45 |

***Spine***

***Problem #3***

**Chief Complaint: Pain: Severity: Current: 4/10.**

*LTG Achieve by Aug 11, 2020. Progress: Some progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

***Problem #4***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

- Active Extension.(Bilateral - Pain throughout Motion) 30 Degrees
- Active Flexion(Bilateral - Pain throughout Motion) 55 Degrees

*LTG Achieve by Aug 11, 2020. Progress: Some progress.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Aerobic Conditioning: Recumbent Stepper. Home Exercise Program. Joint Mobilization Techniques. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

T B MPT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jul 14, 2020 14:56:53

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

| **Chris Swayze** | **Date** | **Print Name and Credentials** |
| --- | --- | --- |
| **Patient: James Zoll** | | **DOB:** |
| | | **Facility Fax:** **(859) 296-4182** |

| | | | | | |
|---|---|---|---|---|---|
| KORT BEAUMONT PT | **Patient:** | **James Zoll** | | | |
| 3070 Lakecrest Circle | **Acct #:** | **036-430214787** | **Visit Date:** | **Jul 16, 2020** | |
| Suite 700 | DOB: | | FSC: | BCBS | |
| Lexington, KY, USA, 40513 | Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY | |
| Phone: (859) 296-4080, Fax: | Prim Phy: | Chris Swayze | | | |
| (859) 296-4182 | Phy Phone: | (859) 263-0533 | Insured: | Not Specified | |
| | Phy Fax: | (859) 263-0534 | Employer: | DND | |
| | Sec Phy: | Not Specified | Case Mgr: | Not Specified | |
| | Inj. Date: | 10/3/2015 | Visits: | 19 | |
| | Surg. Date: | Not Specified | Cd/Ns: | 0 | |

KORT
The Best In Rehab.

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.1 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 4/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 10%.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 4/10. Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Flexion | 130 | 144 | 155 | |
| • Abduction | 116 | | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 54 | | 85 | |
| • External Rotation - 90 deg | | 54 | | 50 |
| • Internal Rotation - 90 deg | | 56 | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 30 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 55 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |
| **Functional Tests: Balance: Balance:** | |
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |
| **Functional Tests:** | |

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

| | |
|---|---|
| **Manual Interventions: Joint Segments: Shoulder:** | |
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 10 Minutes. |
| **Modalities:** | |
| • Iontophoresis(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Aerobic Conditioning:** | |
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 10 Minutes. |
| • Treadmill(This visit) | Did Not Perform: This visit |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Dynamic Training: C-K-C Activity:** | |
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Quadruped Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Standing Position:** | |
| **Exercise Activities: Isotonics:** | |
| • Biceps Curls. | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |
| **Exercise Activities: Range of Motion:** | |
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Machines/Weights:** | |
| • Pull Downs: Sym. Bilateral | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes. |
| **Pt./Family Education:** | |
| • Patient Education 1 | Time Elapsed: 20 Minutes, Additional Detail: Supine/Seated PPT, Tbar Flex/ ER, and LTR, Description: Reviewed Current HEP, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 20 Minutes. |

***Spine***

| | |
|---|---|
| **Exercise Activities: Stabilization Training: Seated Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did.Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Flexibility(U. Quarter):** | |

- Flexibility Activity 1 — Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.

**Exercise Activities: Stabilization Training: Supine Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine(This visit) — Did Not Perform: This visit

### Documented Procedural Code Summary:

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Therapeutic Activities | 97530 | 1 | 13 |
| • Therapeutic Procedure | 97110 | 3 | 40 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.
Reviewed exercises for current HEP; with patient demonstration and understanding.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jul 16, 2020 18:46:38

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jul 16, 2020 18:45:59

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| Patient: | James Zoll | Visit Date: | Jul 20, 2020 |
| Acct #: | 036-430214787 | FSC: | BCBS |
| DOB: | | Payor: | ANTHEM KY |
| Clinician: | Tim Barnett , MSPT, OCS | | |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 20 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.1 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 4/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 10%.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 4/10. Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Left PROM | Right AROM | Right PROM |
|---|---|---|---|---|
| • Flexion | 130 | 144 | 155 | |
| • Abduction | 116 | | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 54 | | 85 | |
| • External Rotation - 90 deg | | 54 | | 50 |
| • Internal Rotation - 90 deg | | 56 | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 30 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 55 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

• Glenohumeral Joint — Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 10 Minutes.

**Modalities:**

• Iontophoresis(This visit) — Did Not Perform: This visit

**Exercise Activities: Aerobic Conditioning:**

• Recumbent Stepper — Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes.

• Treadmill(This visit) — Did Not Perform: This visit

• Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: C-K-C Activity:**

• Closed Kinetic Chain 1(This visit) — Did Not Perform: This visit

• Closed Kinetic Chain 2(This visit) — Did Not Perform: This visit

• Closed Kinetic Chain 3(This visit) — Did Not Perform: This visit

• Closed Kinetic Chain 4(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Quadruped Position:**

• Stabilization Training 1(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Standing Position:**

• Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.

**Exercise Activities: Isotonics:**

• Biceps Curls. — Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes.

• Isotonic Activity 1 — Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes.

**Exercise Activities: Range of Motion:**

• T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**

• Pull Downs: Sym. Bilateral — Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes.

• Machines/Free Weights 1 — Time Elapsed: 5 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes.

**Pt./Family Education:**

• Patient Education 1 — Time Elapsed: 12 Minutes, Description: Reviewed Current HEP, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 12 Minutes.

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

• Stabilization Training 1(This visit) — Did Not Perform: This visit

• Stabilization Training 2(This visit) — Did Not Perform: This visit

| | |
|---|---|
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Flexibility(U. Quarter):** | |
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Joint Segments: Vertebral:** | |
| • Lumbosacral Spine(This visit) | Did Not Perform: This visit |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Therapeutic Activities | 97530 | 1 | 9 |
| • Therapeutic Procedure | 97110 | 3 | 42 |

## Assessment

**Tolerance:**

- Patient had good tolerance to treatment with minimal complaints of pain. He was able to progress in weight with standing rows, with complaints of mild fatigue.

Reviewed current HEP due to patient loosing his papers. He required verbal and tactile cueing with PPT.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jul 21, 2020 11:16:02

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jul 21, 2020 11:15:05

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| Patient: | James Zoll | | |
| Acct #: | 036-430214787 | Visit Date: | Jul 23, 2020 |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 21 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.1 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 4/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 10%.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 4/10. Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Left PROM | Right AROM | Right PROM |
|---|---|---|---|---|
| • Flexion | 130 | 144 | 155 | |
| • Abduction | 116 | | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 54 | | 85 | |
| • External Rotation - 90 deg | | 54 | | 50 |
| • Internal Rotation - 90 deg | | 56 | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 30 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 55 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

• Glenohumeral Joint — Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 10 Minutes.

**Modalities:**

• Iontophoresis(This visit) — Did Not Perform: This visit

**Exercise Activities: Aerobic Conditioning:**

• Recumbent Stepper — Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes.

• Treadmill(This visit) — Did Not Perform: This visit

• Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: C-K-C Activity:**

• Closed Kinetic Chain 1(This visit) — Did Not Perform: This visit

• Closed Kinetic Chain 2(This visit) — Did Not Perform: This visit

• Closed Kinetic Chain 3(This visit) — Did Not Perform: This visit

• Closed Kinetic Chain 4(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Quadruped Position:**

• Stabilization Training 1(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Standing Position:**

• Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.

• Stabilization Training 2 — Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes.

**Exercise Activities: Isotonics:**

• Biceps Curls. — Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes.

• Isotonic Activity 1 — Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes.

**Exercise Activities: Range of Motion:**

• T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**

• Pull Downs: Sym. Bilateral — Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes.

• Machines/Free Weights 1 — Time Elapsed: 5 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 5 Minutes.

**Pt./Family Education:**

• Patient Education 1 — Time Elapsed: 5 Minutes, Description: LTR, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 5 Minutes.

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Flexibility(U. Quarter):** | |
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Joint Segments: Vertebral:** | |
| • Lumbosacral Spine(This visit) | Did Not Perform: This visit |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 9 |
| • Therapeutic Activities | 97530 | 1 | 9 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

Patient reported increase in low back after being on recumbent stepper. He also reported muscle soreness after performing biceps curls. Patient requires intermittent verbal cueing for proper muscle activation with standing rows and extensions.

## Plan

***Left Shoulder***

**Daily Plan:**

• Continue w/ Current Rehabilitation Program.

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jul 23, 2020 16:23:44

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Jul 23, 2020 16:23:02

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

KORT
The Best In Rehab.

| | | | |
|---|---|---|---|
| Patient: | James Zoll | | |
| Acct #: | 036-430214787 | Visit Date: | Jul 29, 2020 |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 22 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.1 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 10%. Physician Communication: Continue with one time per week frequency.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 5/10. Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Left PROM | Right AROM | Right PROM |
|---|---|---|---|---|
| • Flexion | 130 | 144 | 155 | |
| • Abduction | 116 | | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 54 | | 85 | |
| • External Rotation - 90 deg | | 54 | | 50 |
| • Internal Rotation - 90 deg | | 56 | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 30 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 55 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |

**Modalities:**

| | |
|---|---|
| • Iontophoresis(This visit) | Did Not Perform: This visit |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |
| • Treadmill(This visit) | Did Not Perform: This visit |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Repetitions: 10, Sets: 3, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Repetitions: 10, Sets: 3, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit
- Stabilization Training 2(This visit) — Did Not Perform: This visit
- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 1 — Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.
- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.

**Exercise Activities: Stabilization Training: Supine Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine(This visit) — Did Not Perform: This visit

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 4 |
| • Therapeutic Activities | 97530 | 1 | 9 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

The patient tolerated today's treatment intervention with mild complaints of pain.

Some fatigue in the LUE with biceps curl; unable to complete final set of 10 with the L. Lumbar pain has continued, while L shoulder and arm pain has improved.

## Plan

***Left Shoulder***

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 1 visit a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

T BAtt PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Jul 29, 2020 13:06:59

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax:
(859) 296-4182

| | | | |
|---|---|---|---|
| Patient: | James Zoll | | |
| Acct #: | 036-430214787 | Visit Date: | Aug 05, 2020 |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 23 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.1 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 10%. Physician Communication: Continue with one time per week frequency.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 5/10. Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Left PROM | Right AROM | Right PROM |
|---|---|---|---|---|
| • Flexion | 130 | 144 | 155 | |
| • Abduction | 116 | | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 54 | | 85 | |
| • External Rotation - 90 deg | | 54 | | 50 |
| • Internal Rotation - 90 deg | | 56 | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 30 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 55 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |
| **Functional Tests: Balance: Balance:** | |
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |
| **Functional Tests:** | |
| • Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec | |

## Treatments

***Left Shoulder***

| | |
|---|---|
| **Manual Interventions: Joint Segments: Shoulder:** | |
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |
| **Exercise Activities: Aerobic Conditioning:** | |
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |
| • Treadmill(This visit) | Did Not Perform: This visit |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Dynamic Training: C-K-C Activity:** | |
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Quadruped Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Standing Position:** | |
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |
| **Exercise Activities: Isotonics:** | |
| • Biceps Curls. | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Repetitions: 10, Sets: 3, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Repetitions: 10, Sets: 3, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| **Exercise Activities: Range of Motion:** | |
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Machines/Weights:** | |
| • Pull Downs: Sym. Bilateral | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| **Pt./Family Education:** | |
| • Patient Education 1(This visit) | Did Not Perform: This visit |

***Spine***

| | |
|---|---|
| **Exercise Activities: Stabilization Training: Seated Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

| | |
|---|---|
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Manual Interventions: Joint Segments: Vertebral:**

| | |
|---|---|
| • Lumbosacral Spine(This visit) | Did·Not Perform: This visit |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 4 |
| • Therapeutic Activities | 97530 | 1 | 9 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

The patient tolerated today's treatment intervention with mild complaints of pain. (R shoulder and arm fatigue.).

## Plan

***Left Shoulder***

**Recommendations:**

• Continue with current program.

T Btt PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Aug 05, 2020 13:53:06

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax:
(859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | **Visit Date:** | **Aug 12, 2020** |
| **Acct #:** | **036-430214787** | FSC: | BCBS |
| DOB: | | Payor: | ANTHEM KY |
| Clinician: | Tim Barnett , MSPT, OCS | | |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 24 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.1 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 10%. Physician Communication: Continue with one time per week frequency.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 5/10. Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Flexion | 130 | 144 | 155 | |
| • Abduction | 116 | | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 54 | | 85 | |
| • External Rotation - 90 deg | | 54 | | 50 |
| • Internal Rotation - 90 deg | | 56 | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension.(Bilateral - Pain throughout Motion) | 30 Degrees |
| • Active Flexion(Bilateral - Pain throughout Motion) | 55 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |
| • Treadmill(This visit) | Did Not Perform: This visit |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Repetitions: 10, Sets: 3, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 3 Pounds, Repetitions: 10, Sets: 3, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

| | |
|---|---|
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Flexibility(U. Quarter):** | |
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Joint Segments: Vertebral:** | |
| • Lumbosacral Spine | Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 18 |
| • Neuromuscular Reeducation | 97112 | 1 | 4 |
| • Therapeutic Activities | 97530 | 1 | 9 |
| • Therapeutic Procedure | 97110 | 2 | 30 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.
Improvements in shoulder symptoms.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Aug 19, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Spine***

***Problem #2***

**Chief Complaint: Pain: Severity: Current: 5/10.**

*Goal Achieved Aug 12, 2020. continues to have some increase and decrease*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program.

T B MPT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Aug 12, 2020 11:36:10

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Aug 19, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 25 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.1 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 10%. Physician Communication: Continue with one time per week frequency.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 5/10. Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Previous Jul 14, 2020 | | | | Current Aug 19, 2020 | | | | Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L. Act. | Pas. | R. Act. | R. Pas. | L. Act. | Pas. | R. Act. | R. Pas. | L. Act. | Pas. | R. Act. | Pas. |
| Flexion | 130 | 144 | 155 | | 137 | b 144 | 156 | | 7 | | 1 | |
| Abduction | 116 | | 157 | | 131 | | 158 | | 15 | | 1 | |
| External Rotation - 0 deg(reports pain in scapula) | 54 | | 85 | | 58 | | 84 | | 4 | | -1 | |
| External Rotation - 90 deg | | 54 | | 50 | | b 54 | | a 50 | | | | |
| Internal Rotation - 90 deg | | 56 | | 30 | | b 56 | | a 30 | | | | |

a Measured On May 11, 2020 b Measured On Jul 14, 2020

| Functional Tests: Movement: Apley's Scratch Test: | Left | Right |
|---|---|---|
| IR - Combined | To L3 | To T10 |

***Spine***

| Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees): | Previous Jul 14, 2020 | Current Aug 19, 2020 | Change |
|---|---|---|---|
| • Active Extension. | 30 Degrees | 30 Degrees | |
| • Active Flexion | 55 Degrees | 70 Degrees | 15 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |
| • Treadmill(This visit) | Did Not Perform: This visit |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 5 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit
- Stabilization Training 2(This visit) — Did Not Perform: This visit
- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 1 — Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.
- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.

**Exercise Activities: Stabilization Training: Supine Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine — Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 18 |
| • Neuromuscular Reeducation | 97112 | 1 | 4 |
| • Reevaluation | 97164 | 1 | n/a |
| • Therapeutic Activities | 97530 | 1 | 9 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

## Assessment

**Recommendations:**

- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Sep 02, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #2***

**Range of Motion: Shoulder: Pre-Treatment.**

*Goal Achieved Aug 19, 2020.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 130 |
| • Abduction | 130 |
| • External Rotation - 0 deg | 45 |

***Spine***

***Problem #3***

**Chief Complaint: Pain: Severity: Current: 5/10.**

*Goal Achieved Aug 12, 2020. continues to have some increase and decrease*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

***Problem #4***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

*LTG Achieve by Sep 02, 2020. Progress: Good progress.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Therapeutic Contents:**

- Aerobic Conditioning: Recumbent Stepper. Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 1 visit a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

T Batt PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Aug 19, 2020 11:12:06

| | | | |
|---|---|---|---|
| Patient: | James Zoll | | |
| Acct #: | 036-430214787 | Visit Date: | Aug 19, 2020 |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 25 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## Subjective Examination

***Left Shoulder***

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations:**

- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Sep 02, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #2***

| Range of Motion: Shoulder: Pre-Treatment. | Left AROM | Left PROM | Right AROM | Right PROM |
|---|---|---|---|---|
| • Abduction | 131 | | 158 | |
| • External Rotation - 0 deg(reports pain in scapula) | 58 | | 84 | |
| • External Rotation - 90 deg | | 54 | | 50 |
| • Flexion | 137 | 144 | 156 | |
| • Internal Rotation - 90 deg | | 56 | | 30 |

*Goal Achieved Aug 19, 2020.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 130 |
| • Abduction | 130 |
| • External Rotation - 0 deg | 45 |

***Spine***

***Problem #3***

**Chief Complaint: Pain: Severity: Current: 5/10.**

*Goal Achieved Aug 12, 2020. continues to have some increase and decrease*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

***Problem #4***

| Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees). | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 70 Degrees |

*LTG Achieve by Sep 02, 2020. Progress: Good progress.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 1 visit a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Aerobic Conditioning: Recumbent Stepper. Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

T Bnt PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Aug 19, 2020 11:12:06

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

| **Chris Swayze** | **Date** | **Print Name and Credentials** |
|---|---|---|

**Patient: James Zoll** **DOB:**
**Facility Fax:** **(859) 296-4182**

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.1 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 10%. Physician Communication: Continue with one time per week frequency.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

**Chief Complaint:**

- Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

## Objective Examination

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 70 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

- Glenohumeral Joint — Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes.

**Exercise Activities: Aerobic Conditioning:**

- Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes.
- Treadmill(This visit) — Did Not Perform: This visit
- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: C-K-C Activity:**

- Closed Kinetic Chain 1(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 2(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 3(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 4(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Quadruped Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Standing Position:**

- Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.
- Stabilization Training 2 — Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes.

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

- T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**

- Pull Downs: Sym. Bilateral — Time Elapsed: 5 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes.
- Machines/Free Weights 1 — Time Elapsed: 5 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 5 Minutes.

**Pt./Family Education:**

- Patient Education 1(This visit) — Did Not Perform: This visit

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit
- Stabilization Training 2(This visit) — Did Not Perform: This visit
- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 1 — Time Elapsed: 3 Minutes, Technique: Active Assistive, Body Position: orange ball, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.
- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.

**Exercise Activities: Stabilization Training: Supine Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

| | |
|---|---|
| • Lumbosacral Spine | Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 18 |
| • Therapeutic Activities | 97530 | 1 | 9 |
| • Therapeutic Procedure | 97110 | 2 | 24 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.

## Plan

***Left Shoulder***

**Recommendations:**

• Re-assess and progress HEP. Treatment frequency may be further reduced due to slow progress.

T. Barnett PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Aug 26, 2020 12:12:03

| | | | |
|---|---|---|---|
| Patient: | James Zoll | Visit Date: | Sep 02, 2020 |
| Acct #: | 036-430214787 | FSC: | BCBS |
| DOB: | | Payor: | ANTHEM KY |
| Clinician: | Tim Barnett , MSPT, OCS | | |
| Prim Phy: | Chris Swayze | Insured: | Not Specified |
| Phy Phone: | (859) 263-0533 | Employer: | DND |
| Phy Fax: | (859) 263-0534 | Case Mgr: | Not Specified |
| Sec Phy: | Not Specified | Visits: | 27 |
| Inj. Date: | 10/3/2015 | Cxl/Ns: | 0 |
| Surg. Date: | Not Specified | | |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

98.0 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 10%. Physician Communication: Continue with one time per week frequency.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

**Chief Complaint:**
- Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM |
|---|---|---|
| • Flexion | 141 | 154 |
| • Abduction | 142 | 153 |
| • External Rotation - 0 deg | 51 | 77 |

| Functional Tests: Movement: Apley's Scratch Test: | Left | Right |
|---|---|---|
| • IR - Combined | To T12 | To T8 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 70 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

- Rotation Left 75%
- Rotation Right 75%

**Functional Tests: Balance: Balance:**

- Left Leg, Eyes Open, Firm Average
- Right Leg, Eyes Open, Firm Average

**Functional Tests:**

- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

- Glenohumeral Joint — Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes.

**Exercise Activities: Aerobic Conditioning:**

- Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes.
- Treadmill(This visit) — Did Not Perform: This visit
- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: C-K-C Activity:**

- Closed Kinetic Chain 1(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 2(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 3(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 4(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Quadruped Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Standing Position:**

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

- T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**

**Pt./Family Education:**

- Patient Education 1(This visit) — Did Not Perform: This visit
- Patient Education 2 — Time Elapsed: 40 Minutes, Additional Detail: review of HEP, Description: progression of HEP, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 40 Minutes.

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit
- Stabilization Training 2(This visit) — Did Not Perform: This visit
- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

**Exercise Activities: Stabilization Training: Supine Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine — Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 18 |
| • Therapeutic Activities | 97530 | 3 | 40 |

| | | | |
|---|---|---|---|
| • Therapeutic Procedure | 97110 | 1 | 10 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.
Demonstrates a good understanding of HEP progression. The patient continues to report non-painful, but annoying "popping" in his L shoulder with UE elevation.

## Problems & Goals

***Spine***

***Problem #1***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

*LTG Achieve by Sep 23, 2020. Progress: Good progress.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program. Decrease Frequency of Rehabilitation to: 1/Week.

T B PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Sep 02, 2020 12:00:57

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Sep 09, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 28 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

98.0 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 10%. Physician Communication: Continue with one time per week frequency.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

**Chief Complaint:**

- Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 141 | 154 |
| • Abduction | 142 | 153 |
| • External Rotation - 0 deg | 51 | 77 |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T12 | To T8 |

***Spine***

| **Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):** | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 70 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

• Glenohumeral Joint — Time Elapsed: 10 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes.

**Exercise Activities: Aerobic Conditioning:**

• Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes.

• Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: C-K-C Activity:**

• Closed Kinetic Chain 1 — Time Elapsed: 4 Minutes, Additional Detail: large red Swiss ball, Description: multi-direction ball on table, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes.

• Closed Kinetic Chain 2 — Time Elapsed: 3 Minutes, Description: forearm walk up wall, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.

• Closed Kinetic Chain 3(This visit) — Did Not Perform: This visit

• Closed Kinetic Chain 4(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Standing Position:**

• Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.

• Stabilization Training 2 — Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes.

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

• T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**

**Pt./Family Education:**

• Patient Education 1(This visit) — Did Not Perform: This visit

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

• Stabilization Training 1(This visit) — Did Not Perform: This visit

• Stabilization Training 2(This visit) — Did Not Perform: This visit

• Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

• Flexibility Activity 2 — Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.

**Exercise Activities: Stabilization Training: Supine Position:**

• Trunk Rotation-Lower Portion — Time Elapsed: 3 Minutes, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.

• Stabilization Training 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

• Lumbosacral Spine

Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 18 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 10 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.

## Plan

***Left Shoulder***

**Recommendations:**

• Continue with current program.

T B PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Sep 09, 2020 12:36:18

| | | | | |
|---|---|---|---|---|
| KORT BEAUMONT PT<br>3070 Lakecrest Circle<br>Suite 700<br>Lexington, KY, USA, 40513<br>Phone: (859) 296-4080, Fax: (859) 296-4182 | **Patient:**<br>**Acct #:**<br>DOB:<br>Clinician:<br>Prim Phy:<br>Phy Phone:<br>Phy Fax:<br>Sec Phy:<br>Inj. Date:<br>Surg. Date: | **James Zoll**<br>**036-430214787**<br><br>Tim Barnett , MSPT, OCS<br>Chris Swayze<br>(859) 263-0533<br>(859) 263-0534<br>Not Specified<br>10/3/2015<br>Not Specified | **Visit Date:**<br>FSC:<br>Payor:<br>Insured:<br>Employer:<br>Case Mgr:<br>Visits:<br>Cd/Ns: | **Sep 16, 2020**<br>BCBS<br>ANTHEM KY<br>Not Specified<br>DND<br>Not Specified<br>29<br>0 |

KORT
The Best In Rehab.

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

98.0 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 10%. Physician Communication: Continue with one time per week frequency.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

**Chief Complaint:**

- Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 141 | 154 |
| • Abduction | 142 | 153 |
| • External Rotation - 0 deg | 51 | 77 |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T12 | To T8 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

- Active Extension. 30 Degrees
- Active Flexion 70 Degrees

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

• Glenohumeral Joint — Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes.

**Exercise Activities: Aerobic Conditioning:**

• Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes.

• Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: C-K-C Activity:**

• Closed Kinetic Chain 1 — Time Elapsed: 4 Minutes, Additional Detail: large red Swiss ball, Description: multi-direction ball on table, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes.

• Closed Kinetic Chain 2 — Time Elapsed: 3 Minutes, Description: forearm walk up wall, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.

• Closed Kinetic Chain 3(This visit) — Did Not Perform: This visit

• Closed Kinetic Chain 4(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Standing Position:**

• Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.

• Stabilization Training 2 — Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes.

**Exercise Activities: Isotonics:**

• Biceps Curls. — Time Elapsed: 4 Minutes, Weight - Pounds: 4 Pounds, Repetitions: 10, Sets: 3, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes.

**Exercise Activities: Range of Motion:**

• Rope & Pulley Scap ABD — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes.

• Rope & Pulley Flexion — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise

• T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**

• Pull Downs: Sym. Bilateral — Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes.

• Machines/Free Weights 1 — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes.

**Pt./Family Education:**

• Patient Education 1(This visit) — Did Not Perform: This visit

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

• Stabilization Training 1(This visit) — Did Not Perform: This visit

| | |
|---|---|
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Flexibility(U. Quarter):** | |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Trunk Rotation-Lower Portion | Time Elapsed: 2 Minutes, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes. |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Joint Segments: Vertebral:** | |
| • Lumbosacral Spine | Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Neuromuscular Reeducation | 97112 | 1 | 9 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 26 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.

## Plan

***Left Shoulder***

**Recommendations:**

• Continue with current program.

T Barnett PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Sep 16, 2020 11:58:34

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax:
(859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Sep 23, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 30 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

98.0 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 60%. (09/23/20). Physician Communication: Continue with one time per week frequency. 09/23/20: Reports that he consulted with Dr. Hackett. He recommended continued PT at a 1 time per week frequency, reducing to 1 time every other week. Reports L superior shoulder soreness with ER and elevation. Reports some neck stiffness as well.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

**Chief Complaint:**

- Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

## Objective Examination

***Left Shoulder***

**Range of Motion: Shoulder: Pre-Treatment:**

| | Previous Aug 19, 2020 | | | | Current Sep 23, 2020 | | | | Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L. Act. | L. Pas. | R. Act. | R. Pas. | L. Act. | L. Pas. | R. Act. | R. Pas. | L. Act. | Pas. | R. Act. | Pas. |
| • Flexion | 137 | 144 | 156 | | a 141 | | a 154 | | 4 | | -2 | |
| • Abduction | 131 | | 158 | | a 142 | | a 153 | | 11 | | -5 | |
| • External Rotation - 0 deg | 58 | | 84 | | a 51 | | a 77 | | -7 | | -7 | |

a Measured On Sep 02, 2020

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T12 | To T8 |

***Spine***

| Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees): | Previous Aug 19, 2020 | Current Sep 23, 2020 | Change |
|---|---|---|---|
| • Active Extension. | 30 Degrees | a 30 Degrees | |
| • Active Flexion | 70 Degrees | 80 Degrees | 10 Degrees |

a Measured On Aug 19, 2020

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**
- Rotation Left 75%
- Rotation Right 75%

**Functional Tests: Balance: Balance:**
- Left Leg, Eyes Open, Firm Average
- Right Leg, Eyes Open, Firm Average

**Functional Tests:**
- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**
- Active Rotation Left 70 Degrees
- Active Rotation Right 68 Degrees

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint — Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes.

**Exercise Activities: Aerobic Conditioning:**
- Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes.
- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: C-K-C Activity:**
- Closed Kinetic Chain 1 — Time Elapsed: 4 Minutes, Additional Detail: large red Swiss ball, Description: multi-direction ball on table, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes.
- Closed Kinetic Chain 2 — Time Elapsed: 3 Minutes, Description: forearm walk up wall, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.
- Closed Kinetic Chain 3(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 4(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Standing Position:**
- Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.
- Stabilization Training 2 — Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes.

**Exercise Activities: Isotonics:**
- Biceps Curls. — Time Elapsed: 4 Minutes, Weight - Pounds: 4 Pounds, Repetitions: 10, Sets: 3, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes.

**Exercise Activities: Range of Motion:**
- Rope & Pulley Scap ABD — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes.
- Rope & Pulley Flexion — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes.
- T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**

- Pull Downs: Sym. Bilateral — Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes.
- Machines/Free Weights 1 — Time Elapsed: 4 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes.

**Pt./Family Education:**

- Patient Education 1(This visit) — Did Not Perform: This visit

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit
- Stabilization Training 2(This visit) — Did Not Perform: This visit
- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.

**Exercise Activities: Stabilization Training: Supine Position:**

- Trunk Rotation-Lower Portion — Time Elapsed: 2 Minutes, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes.
- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine — Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Neuromuscular Reeducation | 97112 | 1 | 9 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 26 |

## Assessment

**Recommendations:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Oct 21, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #2***

**Range of Motion: Shoulder: Pre-Treatment.**

*LTG Achieve by Oct 21, 2020.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 150 |
| • Abduction | 150 |
| • External Rotation - 0 deg | 60 |

***Spine***

***Problem #3***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

*Goal Achieved Sep 23, 2020.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Therapeutic Contents:**

- Recumbent Stepper. Upper Body Ergometer.

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 1 visit a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified. Reducing treatment frequency in 3-4 weeks.

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Joint Mobilization Techniques. Manual Therapy Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Soft Tissue Mobilization Techniques. Self Care/Home Management. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

T B PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Sep 23, 2020 12:04:49

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Sep 23, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 30 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## Subjective Examination

***Left Shoulder***

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Oct 21, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #2***

| Range of Motion: Shoulder: Pre-Treatment. | Left AROM | Right AROM |
|---|---|---|
| Abduction | 142 | 153 |
| External Rotation - 0 deg | 51 | 77 |
| Flexion | 141 | 154 |

*LTG Achieve by Oct 21, 2020.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| Flexion | 150 |
| Abduction | 150 |
| External Rotation - 0 deg | 60 |

***Spine***

***Problem #3***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

| | |
|---|---|
| Active Extension. | 30 Degrees |
| Active Flexion | 80 Degrees |

*Goal Achieved Sep 23, 2020.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 1 visit a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified. Reducing treatment frequency in 3-4 weeks.

**Therapeutic Contents:**

- Recumbent Stepper. Upper Body Ergometer.
- Client Education. Home Exercise Program. Joint Mobilization Techniques. Manual Therapy Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Soft Tissue Mobilization Techniques. Self Care/Home Management. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

T Barnett PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on Sep 23, 2020 12:04:49

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

| **Chris Swayze** | **Date** | **Print Name and Credentials** |
|---|---|---|

**Patient: James Zoll** **DOB:**
**Facility Fax:** **(859) 296-4182**

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

**Patient:** James Zoll
**Acct #:** 036-430214787
DOB:
Clinician: Tim Barnett, PT
Prim Phy: Chris Swayze
Phy Phone: (859) 263-0533
Phy Fax: (859) 263-0534
Sec Phy: Not Specified
Inj. Date: 10/3/2015
Surg. Date: Not Specified

**Visit Date:** Sep 30, 2020
FSC: BCBS
Payor: ANTHEM KY
Insured: Not Specified
Employer: DND
Case Mgr: Not Specified
Visits: 31
Cxl/Ns: 0

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

98.0 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 60%. (09/23/20). Physician Communication: Continue with one time per week frequency. 09/23/20: Reports that he consulted with Dr. Hackett. He recommended continued PT at a 1 time per week frequency, reducing to 1 time every other week. Reports L superior shoulder soreness with ER and elevation. Reports some neck stiffness as well. Overall Condition is: Improving.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

**Chief Complaint:**

- Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM |
|---|---|---|
| • Flexion | 141 | 154 |
| • Abduction | 142 | 153 |
| • External Rotation - 0 deg | 51 | 77 |

| Functional Tests: Movement: Apley's Scratch Test: | Left | Right |
|---|---|---|
| • IR - Combined | To T12 | To T8 |

***Spine***

| Range of Motion: Spine: Pre-Treatment: Active Thoracic (%): | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

- Left Leg, Eyes Open, Firm — Average
- Right Leg, Eyes Open, Firm — Average

**Functional Tests:**

- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

- Active Rotation Left — 70 Degrees
- Active Rotation Right — 68 Degrees

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

- Glenohumeral Joint — Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes.

**Exercise Activities: Aerobic Conditioning:**

- Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minutes.
- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: C-K-C Activity:**

- Closed Kinetic Chain 1 — Time Elapsed: 4 Minutes, Additional Detail: large red Swiss ball, Description: multi-direction ball on table, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes.
- Closed Kinetic Chain 2 — Time Elapsed: 3 Minutes, Description: forearm walk up wall, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minutes.
- Closed Kinetic Chain 3(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 4(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Standing Position:**

- Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes.
- Stabilization Training 2 — Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes.

**Exercise Activities: Isotonics:**

- Biceps Curls. — Time Elapsed: 4 Minutes, Weight - Pounds: 4 Pounds, Repetitions: 10, Sets: 3, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minutes.

**Exercise Activities: Range of Motion:**

- Rope & Pulley Scap ABD — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes.
- Rope & Pulley Flexion — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes.
- T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**

- Pull Downs: Sym. Bilateral — Time Elapsed: 4 Minutes, Weight - Pounds: 30 Pounds, Additional Detail: 25 lbs. for the last set, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minutes.
- Machines/Free Weights 1 — Time Elapsed: 4 Minutes, Weight - Pounds: 30 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes.

**Pt./Family Education:**

- Patient Education 1(This visit) — Did Not Perform: This visit

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2(This visit) | Did Not Perform: This visit |
| • Stabilization Training 3(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Flexibility(U. Quarter):** | |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes. |
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Trunk Rotation-Lower Portion | Time Elapsed: 2 Minutes, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 2 Minutes. |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Joint Segments: Vertebral:** | |
| • Lumbosacral Spine | Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Neuromuscular Reeducation | 97112 | 1 | 9 |
| • Therapeutic Activities | 97530 | 1 | 14 |
| • Therapeutic Procedure | 97110 | 2 | 22 |

## Assessment

The patient tolerated today's treatment intervention without complaints of pain or difficulty.

## Plan

***Left Shoulder***

**Recommendations:**

• Continue with current program.

T. Btt PT

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Sep 30, 2020 13:57:54

Kaitlin Cordova PT

Kaitlin O. Cordova, PT, PT(KY Lic: 007685)
Signed on Sep 30, 2020 11:54:58

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax:
(859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | **Visit Date:** | **Oct 07, 2020** |
| **Acct #:** | **036-430214787** | FSC: | BCBS |
| DOB: | | Payor: | ANTHEM KY |
| Clinician: | Tim Barnett, PT | | |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 32 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

98.0 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 60%. (09/23/20). Physician Communication: Continue with one time per week frequency. 09/23/20: Reports that he consulted with Dr. Hackett. He recommended continued PT at a 1 time per week frequency, reducing to 1 time every other week. Reports L superior shoulder soreness with ER and elevation. Reports some neck stiffness as well.

  10/07/20: The patient reports experiencing tingling in the 4th and 5th digit of his L hand. He also reports that he experienced a muscle spasm (of the hypothenar muscles) that lasted several hours before relaxing.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 20%.

**Chief Complaint:**

- Reports that his back pain limits walking activity and speed. 30-40 min. tolerance. Pain is increased upon waking and at the end of the day. Also, continues to report pain in the L gluteal area, hip, and L thigh.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 141 | 154 |
| • Abduction | 142 | 153 |
| • External Rotation - 0 deg | 51 | 77 |
| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
| • IR - Combined | To T12 | To T8 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Rotation Left | 70 Degrees |
| • Active Rotation Right | 68 Degrees |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minutes. |
| • Upper Body Ergometer | Time Elapsed: 4 Minutes, Direction: forward & backward, Speed (rpm): Self-Paced, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes. |

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Rope & Pulley Scap ABD | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes. |
| • Rope & Pulley Flexion | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes. |
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Sidelying Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

- Stabilization Training 2(This visit) — Did Not Perform: This visit
- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes.

**Exercise Activities: Stabilization Training: Supine Position:**

- Trunk Rotation-Lower Portion — Time Elapsed: 2 Minutes, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 2 Minutes.
- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine — Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 14 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.
reported spasms and tingling in the L hypothenar area consistent with ulnar nerve irritation. Gripping activities for resistance training were not performed today.

## Plan

***Left Shoulder***

**Recommendations:**

- The patient plans to contact his hand physician. Resume PT activities as tolerated.

T Barnett PT

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Oct 07, 2020 20:47:44

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Oct 07, 2020 11:58:04

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Oct 14, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 33 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

98.0 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 09/23/20: Reports that he consulted with Dr. Hackett. He recommended continued PT at a 1 time per week frequency, reducing to 1 time every other week. Reports L superior shoulder soreness with ER and elevation. Reports some neck stiffness as well.

  10/07/20: The patient reports experiencing tingling in the 4th and 5th digit of his L hand. He also reports that he experienced a muscle spasm (of the hypothenar muscles) that lasted several hours before relaxing.

  10/14/20: Reports some improvements in L hand symptoms. Will consult with a neurologist (Dr. Knox) in November.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 90%.

**Chief Complaint:**

- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 141 | 154 |
| • Abduction | 142 | 153 |
| • External Rotation - 0 deg | 51 | 77 |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T12 | To T8 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

- Rotation Left — 75%
- Rotation Right — 75%

**Functional Tests: Balance: Balance:**

- Left Leg, Eyes Open, Firm — Average
- Right Leg, Eyes Open, Firm — Average

**Functional Tests:**

- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

- Active Rotation Left — 70 Degrees
- Active Rotation Right — 68 Degrees

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

- Glenohumeral Joint — Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes.

**Exercise Activities: Aerobic Conditioning:**

- Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minutes.
- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Dynamic Training: C-K-C Activity:**

- Closed Kinetic Chain 1(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 2(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 3(This visit) — Did Not Perform: This visit
- Closed Kinetic Chain 4(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Standing Position:**

- Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes.
- Stabilization Training 2 — Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes.

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

- Rope & Pulley Scap ABD — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes.
- Rope & Pulley Flexion — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes.
- T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**

- Pull Downs: Sym. Bilateral — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minutes.
- Machines/Free Weights 1 — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes.

**Pt./Family Education:**

- Patient Education 1(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Sidelying Position:**

- Stabilization Training 1 — Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes.

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit
- Stabilization Training 2(This visit) — Did Not Perform: This visit
- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes.

**Exercise Activities: Stabilization Training: Supine Position:**

- Trunk Rotation-Lower Portion(This visit) — Did Not Perform: This visit
- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine — Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Neuromuscular Reeducation | 97112 | 1 | 8 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.
Significant improvements (subjective 90%) in lumbar symptoms. Improving L shoulder symptoms: ER and IR remain most limited.

## Plan

***Left Shoulder***

**Recommendations:**

- Focus HEP on restoration of L shoulder ER and IR (AAROM with a cane) and scapular retraction.

T B PT

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Oct 14, 2020 12:26:45

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

98.0 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 09/23/20: Reports that he consulted with Dr. Hackett. He recommended continued PT at a 1 time per week frequency, reducing to 1 time every other week. Reports L superior shoulder soreness with ER and elevation. Reports some neck stiffness as well.

  10/07/20: The patient reports experiencing tingling in the 4th and 5th digit of his L hand. He also reports that he experienced a muscle spasm (of the hypothenar muscles) that lasted several hours before relaxing.

  10/14/20: Reports some improvements in L hand symptoms. Will consult with a neurologist (Dr. Knox) in November.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 90%.

**Chief Complaint:**

- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM |
|---|---|---|
| Flexion | 141 | 154 |
| Abduction | 142 | 153 |
| External Rotation - 0 deg | 51 | 77 |

| Functional Tests: Movement: Apley's Scratch Test: | Left | Right |
|---|---|---|
| IR - Combined | To T12 | To T8 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 75% |
| • Rotation Right | 75% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

**Functional Tests:**

• Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

| | |
|---|---|
| • Active Rotation Left | 70 Degrees |
| • Active Rotation Right | 68 Degrees |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minutes. |
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes. |

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Rope & Pulley Scap ABD | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes. |
| • Rope & Pulley Flexion | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes. |
| • T-Bar Press Up(This visit) | Did Not Perform: This visit |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Pull Downs: Sym. Bilateral | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes. |

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Sidelying Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

- Stabilization Training 1(This visit) — Did Not Perform: This visit
- Stabilization Training 2(This visit) — Did Not Perform: This visit
- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes.

**Exercise Activities: Stabilization Training: Supine Position:**

- Trunk Rotation-Lower Portion(This visit) — Did Not Perform: This visit
- Stabilization Training 1(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine — Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Neuromuscular Reeducation | 97112 | 1 | 8 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

The patient tolerated today's treatment intervention with mild complaints of pain.
Improved passive L shoulder ER and IR.

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program.

T B PT

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Oct 21, 2020 12:03:55

| | | | |
|---|---|---|---|
| KORT BEAUMONT PT<br>3070 Lakecrest Circle<br>Suite 700<br>Lexington, KY, USA, 40513<br>Phone: (859) 296-4080, Fax: (859) 296-4182 | **Patient:** James Zoll<br>**Acct #:** 036-430214787<br>DOB:<br>Clinician: Tim Barnett, PT<br>Prim Phy: Chris Swayze<br>Phy Phone: (859) 263-0533<br>Phy Fax: (859) 263-0534<br>Sec Phy: Not Specified<br>Inj. Date: 10/3/2015<br>Surg. Date: Not Specified | **Visit Date:** Oct 29, 2020<br>FSC: BCBS<br>Payor: ANTHEM KY<br>Insured: Not Specified<br>Employer: DND<br>Case Mgr: Not Specified<br>Visits: 35<br>Cxl/Ns: 0 | |

KORT
The Best In Rehab.

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

98.0 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 09/23/20: Reports that he consulted with Dr. Hackett. He recommended continued PT at a 1 time per week frequency, reducing to 1 time every other week. Reports L superior shoulder soreness with ER and elevation. Reports some neck stiffness as well.

  10/07/20: The patient reports experiencing tingling in the 4th and 5th digit of his L hand. He also reports that he experienced a muscle spasm (of the hypothenar muscles) that lasted several hours before relaxing.

  10/14/20: Reports some improvements in L hand symptoms. Will consult with a neurologist (Dr. Knox) in November.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**
- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 90%.

**Chief Complaint:**
- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Previous Sep 23, 2020 | | | | Current Oct 29, 2020 | | | | Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L. Act. | L. Pas. | R. Act. | R. Pas. | L. Act. | L. Pas. | R. Act. | R. Pas. | L. Act. | Pas. | R. Act. | Pas. |
| • Flexion | 141 | | 154 | | 138 | | 152 | | -3 | | -2 | |
| • Abduction | 142 | | 153 | | 145 | | 152 | | 3 | | -1 | |
| • External Rotation - 0 deg | 51 | | 77 | | 55 | | 78 | | 4 | | 1 | |



Lincoln/Zoll 2537

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined | To T11 | To T8 |

**Muscle Testing: Upper Extremity MMT:**

| | Current Oct 29, 2020 Left | Current Oct 29, 2020 Right |
|---|---|---|
| • Shoulder Abduction: | 4/5 | +4/5 |
| • Shoulder Flexion: | 4/5 | +4/5 |
| • Shoulder External Rotation: | -4/5 | +4/5 |
| • Shoulder Internal Rotation: | 4/5 | +4/5 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**
- Rotation Left 75%
- Rotation Right 75%

**Functional Tests: Balance: Balance:**
- Left Leg, Eyes Open, Firm Average
- Right Leg, Eyes Open, Firm Average

**Functional Tests:**
- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**
- Active Rotation Left 70 Degrees
- Active Rotation Right 68 Degrees

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint — Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes.

**Exercise Activities: Aerobic Conditioning:**
- Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minutes.

**Exercise Activities: Dynamic Training: C-K-C Activity:**
- Closed Kinetic Chain 4 — Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minutes.

**Exercise Activities: Stabilization Training: Standing Position:**
- Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes.
- Stabilization Training 2 — Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes.

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**
- Rope & Pulley Scap ABD — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes.
- Rope & Pulley Flexion — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes.
- T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**
- Pull Downs: Sym. Bilateral — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minutes.

- Machines/Free Weights 1 — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes.

**Exercise Activities: Stabilization Training: Sidelying Position:**

- Stabilization Training 1 — Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes.
- Stabilization Training 2 — Time Elapsed: 3 Minutes, Weight - Pounds: 0 Pounds, Repetitions: 10, Sets: 3, Additional Detail: side-lying ER, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minutes.

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes.

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine — Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Neuromuscular Reeducation | 97112 | 1 | 14 |
| • Reevaluation | 97164 | 1 | n/a |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

**Recommendations:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Oct 21, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #2***

**Range of Motion: Shoulder: Pre-Treatment.**

*LTG Achieve by Nov 26, 2020. Progress: Good progress.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 150 |
| • Abduction | 150 |
| • External Rotation - 0 deg | 60 |

***Problem #3***

**Muscle Testing: Upper Extremity MMT.**

*LTG Achieve by Nov 26, 2020.*

| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** |
|---|---|
| • Shoulder Abduction: | +4/5 |
| • Shoulder Flexion: | +4/5 |
| • Shoulder External Rotation: | +4/5 |
| • Shoulder Internal Rotation: | +4/5 |

## Plan

***Left Shoulder***

**Therapeutic Contents:**

- Aerobic Conditioning: Recumbent Stepper. Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 1 visit a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

T Batt PT

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Oct 29, 2020 13:08:16

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **Oct 29, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett, PT | Payor: | ANTHEM KY |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 35 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## Subjective Examination

***Left Shoulder***

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Chief Complaint: Pain: Severity at Worst: 4/10.**

*LTG Achieve by Oct 21, 2020. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #2***

| **Range of Motion: Shoulder: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Abduction | 145 | 152 |
| • External Rotation - 0 deg | 55 | 78 |
| • Flexion | 138 | 152 |

*LTG Achieve by Nov 26, 2020. Progress: Good progress.*

| **Range of Motion Improvements to: Shoulder:** | **Left AROM** |
|---|---|
| • Flexion | 150 |
| • Abduction | 150 |
| • External Rotation - 0 deg | 60 |

***Problem #3***

| **Muscle Testing: Upper Extremity MMT.** | **Left** | **Right** |
|---|---|---|
| • Shoulder Abduction: | 4/5 | +4/5 |
| • Shoulder External Rotation: | -4/5 | +4/5 |
| • Shoulder Flexion: | 4/5 | +4/5 |
| • Shoulder Internal Rotation: | 4/5 | +4/5 |

*LTG Achieve by Nov 26, 2020.*

| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** |
|---|---|
| • Shoulder Abduction: | +4/5 |
| • Shoulder Flexion: | +4/5 |
| • Shoulder External Rotation: | +4/5 |

- Shoulder Internal Rotation: +4/5

## Plan

***Left Shoulder***

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 1 visit a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Aerobic Conditioning: Recumbent Stepper. Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

T B PT

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Oct 29, 2020 13:08:16

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

| **Chris Swayze** | **Date** | **Print Name and Credentials** |
|---|---|---|

**Patient: James Zoll** **DOB:**
**Facility Fax:** **(859) 296-4182**

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | **Visit Date:** | **Nov 04, 2020** |
| **Acct #:** | **036-430214787** | FSC: | BCBS |
| DOB: | | Payor: | ANTHEM KY |
| Clinician: | Tim Barnett, PT | Insured: | Not Specified |
| Prim Phy: | Chris Swayze | Employer: | DND |
| Phy Phone: | (859) 263-0533 | Case Mgr: | Not Specified |
| Phy Fax: | (859) 263-0534 | Visits: | 36 |
| Sec Phy: | Not Specified | Cxl/Ns: | 0 |
| Inj. Date: | 10/3/2015 | | |
| Surg. Date: | Not Specified | | |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

98.0 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 09/23/20: Reports that he consulted with Dr. Hackett. He recommended continued PT at a 1 time per week frequency, reducing to 1 time every other week. Reports L superior shoulder soreness with ER and elevation. Reports some neck stiffness as well.

  10/07/20: The patient reports experiencing tingling in the 4th and 5th digit of his L hand. He also reports that he experienced a muscle spasm (of the hypothenar muscles) that lasted several hours before relaxing.

  10/14/20: Reports some improvements in L hand symptoms. Will consult with a neurologist (Dr. Knox) in November.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 90%.

**Chief Complaint:**

- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 138 | 152 |
| • Abduction | 145 | 152 |
| • External Rotation - 0 deg | 55 | 78 |
| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
| • IR - Combined | To T11 | To T8 |

| Muscle Testing: Upper Extremity MMT: | Left | Right |
|---|---|---|
| • Shoulder Abduction: | 4/5 | +4/5 |
| • Shoulder Flexion: | 4/5 | +4/5 |
| • Shoulder External Rotation: | -4/5 | +4/5 |
| • Shoulder Internal Rotation: | 4/5 | +4/5 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

- Rotation Left 75%
- Rotation Right 75%

**Functional Tests: Balance: Balance:**

- Left Leg, Eyes Open, Firm Average
- Right Leg, Eyes Open, Firm Average

**Functional Tests:**

- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**

- Active Rotation Left 70 Degrees
- Active Rotation Right 68 Degrees

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

- Glenohumeral Joint — Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 8 Minutes.

**Exercise Activities: Aerobic Conditioning:**

- Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes.

**Exercise Activities: Dynamic Training: C-K-C Activity:**

- Closed Kinetic Chain 4 — Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes.

**Exercise Activities: Stabilization Training: Standing Position:**

- Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.
- Stabilization Training 2 — Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes.

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**

- Rope & Pulley Scap ABD — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 2 Minutes.
- Rope & Pulley Flexion — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 2 Minutes.
- T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**

- Pull Downs: Sym. Bilateral — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes.
- Machines/Free Weights 1 — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 4 Minutes.

**Exercise Activities: Stabilization Training: Sidelying Position:**

- Stabilization Training 1 — Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 4 Minutes.
- Stabilization Training 2 — Time Elapsed: 3 Minutes, Weight - Pounds: 0 Pounds, Repetitions: 10, Sets: 3, Additional Detail: side-lying ER, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes.

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.

**Manual Interventions: Joint Segments: Vertebral:**

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 8 |
| • Neuromuscular Reeducation | 97112 | 1 | 14 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

The patient tolerated today's treatment intervention with minimal complaints of pain.

## Plan

***Left Shoulder***

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Nov 04, 2020 15:45:02

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Nov 04, 2020 15:43:43

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | **Visit Date:** | **Nov 11, 2020** |
| **Acct #:** | **036-430214787** | FSC: | BCBS |
| DOB: | | Payor: | ANTHEM KY |
| Clinician: | Tim Barnett, PT | Insured: | Not Specified |
| Prim Phy: | Chris Swayze | Employer: | DND |
| Phy Phone: | (859) 263-0533 | Case Mgr: | Not Specified |
| Phy Fax: | (859) 263-0534 | Visits: | 37 |
| Sec Phy: | Not Specified | Cxl/Ns: | 0 |
| Inj. Date: | 10/3/2015 | | |
| Surg. Date: | Not Specified | | |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

98.0 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 4/10. Severity: Current: 3/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**

- Perceived Improvement: 60%. (09/23/20). Physician Communication: 10/14/20: Consulted with Dr. Jansky. Was diagnosed with focal dystonia and will consult with Dr. Knox (neurologist). 09/23/20: Reports that he consulted with Dr. Hackett. He recommended continued PT at a 1 time per week frequency, reducing to 1 time every other week. Reports L superior shoulder soreness with ER and elevation. Reports some neck stiffness as well.

  10/07/20: The patient reports experiencing tingling in the 4th and 5th digit of his L hand. He also reports that he experienced a muscle spasm (of the hypothenar muscles) that lasted several hours before relaxing.

  10/14/20: Reports some improvements in L hand symptoms. Will consult with a neurologist (Dr. Knox) in November.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

Reports compliance with HEP. Reports increased pain in lower back. Headaches have subsided as well the neck pain.

**Daily Comments:**

- Patient reports that his (L) shoulder feels about the same. States that he had some pain in his shoulder while performing the arm bike last visit. Perceived Improvement: 90%.

**Chief Complaint:**

- Reports continued improvements in lumbar symptoms. Notes that he has been walking a mile or more several days per week.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 138 | 152 |
| • Abduction | 145 | 152 |
| • External Rotation - 0 deg | 55 | 78 |
| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
| • IR - Combined | To T11 | To T8 |

| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Shoulder Abduction: | 4/5 | +4/5 |
| • Shoulder Flexion: | 4/5 | +4/5 |
| • Shoulder External Rotation: | -4/5 | +4/5 |
| • Shoulder Internal Rotation: | 4/5 | +4/5 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**
- Rotation Left — 75%
- Rotation Right — 75%

**Functional Tests: Balance: Balance:**
- Left Leg, Eyes Open, Firm — Average
- Right Leg, Eyes Open, Firm — Average

**Functional Tests:**
- Balance: Timed Up and Go (TUG): Time: 7.91 sec Movement: Five Times Sit to Stand (FTSTS): 17.18 sec

**Range of Motion: Spine: Pre-Treatment: Cervical (Degrees):**
- Active Rotation Left — 70 Degrees
- Active Rotation Right — 68 Degrees

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint — Time Elapsed: 8 Minutes, Grade: II/III, Additional Detail: with passive flexion ROM, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes.

**Exercise Activities: Aerobic Conditioning:**
- Recumbent Stepper — Time Elapsed: 10 Minutes, Level: 6, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 10 Minutes.

**Exercise Activities: Dynamic Training: C-K-C Activity:**
- Closed Kinetic Chain 4 — Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minutes.

**Exercise Activities: Stabilization Training: Standing Position:**
- Stabilization Training 1 — Time Elapsed: 3 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes.
- Stabilization Training 2 — Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes.

**Exercise Activities: Isotonics:**

**Exercise Activities: Range of Motion:**
- Rope & Pulley Scap ABD — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes.
- Rope & Pulley Flexion — Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 2 Minutes.
- T-Bar Press Up(This visit) — Did Not Perform: This visit

**Exercise Activities: Machines/Weights:**
- Pull Downs: Sym. Bilateral — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett, PT, 4 Minutes.
- Machines/Free Weights 1 — Time Elapsed: 4 Minutes, Weight - Pounds: 25 Pounds, Description: standing row, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 4 Minutes.

**Exercise Activities: Stabilization Training: Sidelying Position:**

- Stabilization Training 1 — Time Elapsed: 4 Minutes, Additional Detail: side-lying open book, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 4 Minutes.
- Stabilization Training 2 — Time Elapsed: 3 Minutes, Weight - Pounds: 0 Pounds, Repetitions: 10, Sets: 3, Additional Detail: side-lying ER, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett, PT, 3 Minutes.

***Spine***

**Exercise Activities: Stabilization Training: Seated Position:**

- Stabilization Training 3(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility(U. Quarter):**

- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Repetitions: 10, Sets: 3, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett, PT, 3 Minutes.

**Manual Interventions: Joint Segments: Vertebral:**

- Lumbosacral Spine — Time Elapsed: 8 Minutes, Body Position: Sidelying, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Rotation, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett, PT, 8 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 16 |
| • Neuromuscular Reeducation | 97112 | 1 | 14 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

## Assessment

The patient tolerated today's treatment intervention with mild complaints of pain.

**Signs/Symptoms:**

- Intermittent L hand dystonia.

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program. Re-measure L shoulder ROM.

T Barnett PT

Tim Barnett, PT, PT(KY Lic: 004291)
Signed on Nov 11, 2020 11:07:31

J. Northington PTA

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on Nov 11, 2020 10:58:28

Store #: 4607
Report Date: 11/12/2020

**Connexus Pharmacy System**
**Wal-Mart Neighborhood Market Pharmacy10-4607**
**Medical Expense Summary**

**Patient:** ZOLL, JAMES D

**Birthdate:**

Below is a list of your Pharmacy Orders for the date range of:06/01/2020 To 11/12/2020

**Wal-Mart Neighborhood Market Pharmacy,3735 PALOMAR CENTRE DRIVE, LEXINGTON KY-40513**
**NABP Number:1830442 ID: FW0642391 NPI Number :1437330040**

| Date Filled Date Written | Rx Fill ID | Drug Name NDC | Prescriber | Qty Refill # | Days Supply | Dispense As Written | Patient Paid TP Ref # |
|---|---|---|---|---|---|---|---|
| 06/05/2020 06/04/2020 | 6861465 1814268 | SUMATRIPTAN 100MG TAB 65862-0148-36 | KNOX,CRAIG A | 27 0 | 90 | 0 | $ 5.00 ESI WEMDMAX |
| 06/06/2020 06/04/2020 | 6861467 1814469 | SUMATRIPTAN 6MG/0.5ML INJ 55111-0693-12 | KNOX,CRAIG A | 2 0 | 10 | 0 | $ 5.00 ESI UQPFQ39 |
| 06/08/2020 06/04/2020 | 6861464 1814060 | TOPIRAMATE 25MG 69097-0816-03 | KNOX,CRAIG A | 180 0 | 90 | 0 | $ 5.00 ESI WEPKHWL |
| 06/11/2020 04/10/2020 | 6858257 1815603 | DICLOFENAC 1% GEL 65162-0833-66 | HACKETT,DANIEL JOSEPH | 100 1 | 12 | 0 | $ 5.00 ESI 2HLQTNE |
| 06/28/2020 03/19/2020 | 6856948 1819309 | AMITRIPTYLIN 25MG TAB 16729-0172-17 | LEUNG,PATRICK K | 90 1 | 90 | 0 | $ 5.00 ESI 7W9F9TM |
| 06/28/2020 02/05/2020 | 6853621 1819315 | CELECOXIB 200MG CAP 62332-0142-31 | HACKETT,DANIEL JOSEPH | 60 2 | 30 | 0 | $ 5.00 ESI SEEQT3X |
| 06/28/2020 03/03/2020 | 4422014 1819310 | CLONAZEPAM 1MG TAB 16729-0137-16 | ZIEGLER,JOHN P | 60 2 | 30 | 0 | $ 3.80 ESI YMFTKCP |
| 06/28/2020 04/23/2020 | 4422238 1819308 | PREGABALIN 75MG CAP 72205-0013-90 | HACKETT,DANIEL JOSEPH | 60 1 | 30 | 0 | $ 5.00 ESI 7W9F9TN |
| 06/28/2020 04/27/2020 | 6858985 1819314 | TIZANIdine 4MG TAB 55111-0180-10 | ZIEGLER,JOHN P | 90 0 | 90 | 0 | $ 5.00 ESI NF9WQDP |
| 06/28/2020 06/08/2020 | 6861658 1819313 | VIIBRYD 20MG TAB 00456-1120-30 | LAMB,STEPHEN B | 30 0 | 30 | 0 | $ 15.00 ESI WFR7EEN |
| 07/06/2020 03/19/2020 | 6856949 1821022 | AIMOVIG 70MG/ML INJ 55513-0841-01 | LEUNG,PATRICK K | 1 3 | 28 | 0 | $ 5.00 ESI U20188MDD12800 |
| 07/06/2020 07/06/2020 | 6863642 1821082 | NORTRIPTYLIN 10MG CAP 00093-0810-01 | SWAYZE,CHRISTOPHER R | 30 0 | 30 | 0 | $ 3.84 ESI DRNA791 |
| 07/28/2020 07/28/2020 | 6865255 1826072 | DICLOFENAC 75MG DR TAB 16571-0201-50 | SWAYZE,CHRISTOPHER R | 60 0 | 30 | 0 | $ 5.00 ESI 7333KNN |
| 07/28/2020 06/08/2020 | 6861658 1825943 | VIIBRYD 20MG TAB 00456-1120-30 | LAMB,STEPHEN B | 30 1 | 30 | 0 | $ 15.00 ESI 2L91NKD |
| 08/03/2020 03/19/2020 | 6856949 1827240 | AIMOVIG 70MG/ML INJ 55513-0841-01 | LEUNG,PATRICK K | 1 4 | 28 | 0 | $ 5.00 ESI U20216M5962200 |
| 08/31/2020 03/19/2020 | 6856949 1833559 | AIMOVIG 70MG/ML INJ 55513-0841-01 | LEUNG,PATRICK K | 1 5 | 28 | 0 | $ 5.00 ESI U20244M1A82900 |
| 09/01/2020 07/28/2020 | 6865284 1833923 | VIIBRYD 20MG TAB 00456-1120-30 | LAMB,STEPHEN B | 30 0 | 20 | 0 | $ 15.00 ESI 2PHDMH7 |
| 09/11/2020 09/11/2020 | 6868517 1836193 | ATORVASTATIN 20MG TAB 00093-5059-98 | ZIEGLER,JOHN P | 90 0 | 90 | 0 | $ 0.00 ESI 2QH1QMH |

****PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.**
**WAL*MART STORES, INC.**

Store #: 4607
Report Date: 11/12/2020

**Connexus Pharmacy System**
**Wal-Mart Neighborhood Market Pharmacy10-4607**
**Medical Expense Summary**

**Patient:** ZOLL, JAMES D

**Birthdate:**

Below is a list of your Pharmacy Orders for the date range of:06/01/2020 To 11/12/2020

**Wal-Mart Neighborhood Market Pharmacy,3735 PALOMAR CENTRE DRIVE, LEXINGTON KY-40513**
**NABP Number:1830442 ID: FW0642391 NPI Number :1437330040**

| Date Filled Date Written | Rx Fill ID | Drug Name NDC | Prescriber | Qty Refill # | Days Supply | Dispense As Written | Patient Paid TP Ref # |
|---|---|---|---|---|---|---|---|
| 09/11/2020 09/11/2020 | 4422830 1836196 | CLONAZEPAM 1MG TAB 16729-0137-16 | ZIEGLER,JOHN P | 60 0 | 30 | 0 | $ 5.00 ESI R9P1XEX |
| 09/12/2020 06/04/2020 | 6861464 1836496 | TOPIRAMATE 25MG 69097-0816-03 | KNOX,CRAIG A | 6 1 | 3 | 0 | $ 0.44 ESI WPCTCR3 |
| 09/16/2020 06/04/2020 | 6861464 1837419 | TOPIRAMATE 25MG 29300-0115-16 | KNOX,CRAIG A | 180 2 | 90 | 0 | $ 5.00 ESI 3EMD7XH |
| 09/21/2020 09/20/2020 | 6869222 1838594 | DESCOVY 200MG/25MG TAB 61958-2002-01 | ZIEGLER,JOHN P | 90 0 | 90 | 0 | $ 0.00 ESI UI21V002029094 |
| 09/29/2020 03/19/2020 | 6856948 1840532 | AMITRIPTYLIN 25MG TAB 16729-0172-17 | LEUNG,PATRICK K | 90 2 | 90 | 0 | $ 5.00 ESI WP3LQLM |
| 09/30/2020 03/19/2020 | 6856949 1840754 | AIMOVIG 70MG/ML INJ 55513-0841-01 | LEUNG,PATRICK K | 1 6 | 28 | 0 | $ 5.00 ESI U20274M5792400 |
| 09/30/2020 09/11/2020 | 6868516 1840753 | TIZANidine 4MG TAB 55111-0180-15 | ZIEGLER,JOHN P | 90 0 | 90 | 0 | $ 5.00 ESI OTFNQAW |
| 10/01/2020 10/01/2020 | 6870288 1840998 | GAVILYTE-G SOL 43386-0090-19 | CHEN,AN-YU | 4000 0 | 1 | 0 | $ 0.00 ESI NQCH3CW |
| 10/01/2020 10/01/2020 | 6870273 1840964 | MUPIROCIN 2% OIN 00093-1010-42 | ZIEGLER,JOHN P | 22 0 | 14 | 0 | $ 5.00 ESI 7CLHPNC |
| 10/01/2020 10/01/2020 | 6870272 1840963 | SMZ/TMP DS 800-160 TAB 65162-0272-50 | ZIEGLER,JOHN P | 14 0 | 7 | 0 | $ 3.17 ESI QARW9TC |
| 10/02/2020 06/04/2020 | 6861465 1841010 | SUMATRIPTAN 100MG TAB 55111-0293-09 | KNOX,CRAIG A | 27 1 | 90 | 0 | $ 0.47 ESI WQAR191 |
| 10/03/2020 07/28/2020 | 6865284 1841358 | VIIBRYD 20MG TAB 00456-1120-30 | LAMB,STEPHEN B | 30 1 | 20 | 0 | $ 0.00 ESI NQECDL3 |
| 11/05/2020 03/19/2020 | 6856949 1849047 | AIMOVIG 70MG/ML INJ 55513-0841-01 | LEUNG,PATRICK K | 1 7 | 28 | 0 | $ 0.00 ESI FRA399P |
| 11/06/2020 07/28/2020 | 6865284 1849336 | VIIBRYD 20MG TAB 00456-1120-30 | LAMB,STEPHEN B | 30 2 | 20 | 0 | $ 0.00 ESI 2W93P9D |

Report Date :11/12/2020
Attested To By :

Registered Pharmacist

**Total: $ 146.72**

**PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.
WAL*MART STORES, INC.**

PRIORITY MAIL

UNITED STATES POSTAL SERVICE — Retail

P

US POSTAGE PAID

$7.75

Origin: 40504
11/19/20
2046080204-27

PRIORITY MAIL 2-DAY®

1 Lb 8.10 Oz

1006

EXPECTED DELIVERY DAY: 11/23/20

B900

SHIP TO:
PO BOX 7209
London KY 40742-7209

USPS TRACKING® NUMBER

9505 5107 4043 0324 2729 64

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

ility and limitations of coverage.

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

FROM:

James Zoll

TO:

c/o Christine Kellen
Lincoln Life Assurance Co of Boston
Group Benefits Disability Claims
P O Box 7209
London KY 40742-7209

Lincoln/Zoll 2551

**Kentucky Bone & Joint Surgeons**
*a division of Ortho Kentucky, PLLC*
**Kaveh R. Sajadi, MD, Sam C. Coy, MD**
**Andrew W. Ryan, MD, & Daniel Hackett Jr, MD**
**Greg Cowen, PA-C**
216 Fountain Court, Suite 250
Lexington, KY 40509
**T:(859) 276-5008**
**F:(859) 278-6401**
www.kyboneandjoint.com

# Fax cover page

**Recipient Name:** Lincoln Financial
**Fax Number:** (603) 559-8641
**Sender:** Melody Blauser
**Fax Comments:**

This fax contains confidential information protected by law and is intended only for the use of the individual or entity named above. If you are not the intended recipient of this information, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the emails? content or attachments is strictly prohibited. If you have received this email in error, please notify us immediately by telephone at the number listed above to arrange for its return or destruction.

# Chart

## James D. Zoll

**DOB:**



PAGE 2/9 * RCVD AT 10/22/2020 11:57:26 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:6035598641 * CSID: * ANI:18598999414 * DURATION (mm-ss):02-23

# Encounters

**Encounter 2** Date 09/21/2020
**Diagnosis** Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890)

**Encounter 1** Date 07/27/2020
**Diagnosis** Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890)

**Encounter #2**

**History & Physical Report**
**9/21/2020: Office Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 9/21/2020 2:05 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 9/22/2020 8:54 PM)
The patient is a 51 year old male who presents for a follow-up for Post Operative. Patient is 9 months postop left shoulder arthroscopy (DOS 12-20-29). Post operative pain has been moderate. Pain medications include: Hydrocodone and anti inflammatories (diclofenac). Post operative treatment includes outpatient physical therapy. Note for "Post Operative": James presents for review of his L shoulder. He states the shoulder has not gotten better. He has been going to PT three times a week but is not going twice a week. He describes having pain when trying to reach the arm upwards. He describes having a sharp painful pain to the top of the shoulder and then also pain to his scapula.

4/10/20: Patient presents today with contniued c/o anterior shoulder pain that has not improved a great deal since last being seen, although he has been unable to participate in PT for the past 3.5 weeks. No other changes

5/22/20 - Patient returns today with some improvements in his pain, although he continues to have dysfunction. He is scheduled to see Dr. Swayze in the next few weeks and continues with PT.

7/27/20: Patient returns today with minimal improvements. He is with PT at Kort. They are hoping to decrease him to 1/week.

9/21/2020: Pain has improved, but he still has trouble laying on arm and his ROM isn't what he wants it to be.

Allergies (Abby E. Ryan, Scribe; 9/21/2020 2:12 PM)
No Known Drug Allergies [04/17/2019]:
Allergies Reconciled [09/21/2020]:

Medication History (Abby E. Ryan, Scribe; 9/21/2020 2:12 PM)
Diclofenac (Oral) Specific strength unknown - Active.
Topamax (Oral) Specific strength unknown - Active.
Lyrica (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Medications Reconciled

Social History (Abby E. Ryan, Scribe; 9/21/2020 2:12 PM)
Alcohol use 04/17/2019: occasional
Exercise 04/17/2019: daily
Exercise Tolerance 04/17/2019: 3-4 flights of stairs
Handed right handed
Marital status 04/17/2019: single
Tobacco use Never smoker. 09/21/2020: never smoker
04/17/2019: never smoker

Review of Systems (Daniel J. Hackett Jr, MD; 9/22/2020 8:54 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Vitals (Abby E. Ryan Scribe; 9/21/2020 2:14 PM)
9/21/2020 2:14 PM
**Weight:** 200 lb **Height:** 72 in
**Body Surface Area:** 2.13 m² **Body Mass Index:** 27.12 kg/m²
**Temp.:** 97.9° F (Thermal Scan)
no BP taken due to COVID restrictions

Physical Exam (Daniel J. Hackett Jr, MD; 9/22/2020 8:55 PM)
**General**
**Mental Status** - Alert.

**Integumentary**
**Problem #1**
**Incision** - Dry and Intact, no drainage present, no redness.

**Musculoskeletal**
**Upper Extremity**

**Shoulder:**
**Inspection and Palpation:**
**Tenderness:** Note: at L AC joint.
**ROJM:**
**Left: Elevation through flexion - AROM** - 140 °.

Assessment & Plan (Daniel J. Hackett Jr, MD; 9/22/2020 8:55 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Story: MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy
Impression: 8 months s/p L shoulder ASC capsular release and DCE. He has been participating in PT for the past few weeks with some minimal improvements. At this point in time, we will continue with PT, focusing on gentle ROM/strengthening. He will f/u in 4-6 months for a repeat exam. Should he not see much change over the next few weeks, he has expressed that he may want to consider PT elsewhere.

9/22: Patient returns today. He has had some improvements in his pain and function since last being seen. At this point, I do think he should continue PT, but we will back off to every other week, focusing on continued ROM/strengthening. F/u in 3-4 months.

S/P rotator cuff repair (V45.89 | Z98.890)

Signed by Daniel J Hackett, Jr, MD (9/22/2020 8:56 PM)

**Encounter #1**

**History & Physical Report**
**7/27/2020: Virtual Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 7/27/2020 1:31 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 7/27/2020 1:32 PM)
The patient is a 51 year old male presenting for a post-operative visit. Patient is 6 months postop left shoulder arthroscopy (DOS 12-20-29). Post operative pain has been moderate. Pain medications include: Hydrocodone and anti inflammatories (Celebrex) . Post operative treatment includes outpatient physical therapy. Note for "Post Operative": James presents for review of his L shoulder. He states the shoulder has not gotten better. He has been going to PT three times a week but is not going twice a week. He describes having pain when trying to reach the arm upwards. He describes having a sharp painful pain to the top of the shoulder and then also pain to his scapula.

4/10/20: Patient presents today with contniued c/o anterior shoulder pain that has not improved a great deal since last being seen, although he has been unable to participate in PT for the past 3.5 weeks. No other changes

5/22/20 - Patient returns today with some improvements in his pain, although he continues to have dysfunction. He is scheduled to see Dr. Swayze in the next few weeks and continues with PT.

7/27/20: Patient returns today with minimal improvements. He is with PT at Kort. They are hoping to decrease him to 1/week.

Allergies (Daniel J. Hackett, Jr, MD; 7/27/2020 1:31 PM)
No Known Drug Allergies [04/17/2019]:
Allergies Reconciled

Past Surgical History (Daniel J. Hackett, Jr, MD; 7/27/2020 1:31 PM)
Fracture L Wrist
Rotator Cuff Surgery left

Medication History (Daniel J. Hackett, Jr, MD; 7/27/2020 1:31 PM)
Diclofenac Sodium (1% Gel, 4 gram gram Transdermal qid, Taken starting 04/10/2020) Active.
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
HYDROcodone-Acetaminophen (7.5-325MG Tablet, Oral) Active.
Celecoxib (100MG Capsule, Oral) Active.

Review of Systems (Daniel J. Hackett, Jr, MD; 07/27/2020 1:31 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Physical Exam (Daniel J. Hackett, Jr, MD; 07/27/2020 1:31 PM)
**General**
**Mental Status** - Alert.

**Integumentary**
**Problem #1**
**Incision** - Dry and Intact, no drainage present, no redness.

**Musculoskeletal**
**Upper Extremity**
Shoulder:
**ROJM:**
**Left: Elevation through flexion - AROM -** 130 °.

Assessment & Plan (Daniel J. Hackett Jr, MD; 7/27/2020 1:33 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Story: MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy
Impression: 8 months s/p L shoulder ASC capsular release and DCE. He has been participating in PT for the past few weeks with some minimal improvements. At this point in time, we will continue with PT, focusing on gentle ROM/strengthening. He will f/u in 4-6 months for a repeat exam. Should he not see much change over the next few weeks, he has expressed that he may want to consider PT elsewhere.

Please note, including the chart review and patient interview, this visit lasted 9 minutes
Current Plans
- Telemedicine Visit: discussed with patient and provided information.

S/P rotator cuff repair (V45.89 | Z98.890)

Signed by Daniel J Hackett, Jr, MD (7/27/2020 1:33 PM)



PAGE 7/9 * RCVD AT 10/22/2020 11:57:26 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:6035598641 * CSID: * ANI:18598999414 * DURATION (mm-ss):02-23

## Scanned Documents

| # | Date | Title | Approved By | Comments |
|---|---|---|---|---|
| 1 | 09/21/2020 | Doc-Orders PT | Taul, Angela | No |

**Kentucky Bone & Joint Surgeons**
A Division of Ortho Kentucky, PLLC
216 Fountain Court • Suite 250 • Lexington, KY 40509
(859) 276-5008 • Fax: (859) 276-6401

Kaveh R. Sajadi, M.D.
DEA# BS 6066816

Sam Coy, M.D.
DEA# FC 0630694

Daniel J. Hackett, Jr., M.D.
DEA# FH 6113992

Greg L. Cowen, PA-C
NPI 1225094709

Andrew W. Ryan, M.D.
DEA# BR 2399447

Name: James Zoll DOB

Address Date: 9/21/20

℞ PT:
phase continue (L) shoulder
ROM / strengthening 2x/month

Refill 1 2 3 4 5 NR

☐ Label

MD

TO ENSURE BRAND NAME DISPENSING, PRESCRIBER MUST WRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" ON THE PRESCRIPTION



PAGE 9/9 * RCVD AT 10/22/2020 11:57:26 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:6035598641 * CSID: * ANI:18598999414 * DURATION (mm-ss):02-23

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

| | |
|---|---|
| Date: | October 12, 2020 |
| To: | DR DANIEL HACKETT<br>230 FOUNTAIN CT STE 180<br>LEXINGTON KY 40509 |
| Attn: | Medical Records |
| Fax: | (859) 278-6401 |
| From: | Christine Kelley<br>Ltd Specialist II<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-8641 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

October 12, 2020

Dr. Daniel Hackett
230 FOUNTAIN CT STE 180
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

Dear Dr. Daniel Hackett:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2020 through present

We ask that you provide this information by November 10, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist II
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: 8560503-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.07.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

00000215 LFPE9VD1 00001111 E

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) ________________ Relationship ________

Signature of claimant or legal representative James Zoll Date: 9/28/2020

Date of Birth: ________ Claim Number: 8560503

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

| | |
|---|---|
| Date: | October 12, 2020 |
| To: | DR. STEPHEN LAMB<br>436 WEST 2ND STREET<br>LEXINGTON KY 40507 |
| Attn: | Medical Records |
| Fax: | (859) 309-1802 |
| From: | Christine Kelley<br>Ltd Specialist II<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-8641 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

October 12, 2020

Dr. Stephen Lamb
436 WEST 2ND STREET
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

Dear Dr. Stephen Lamb:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2020 through present

We ask that you provide this information by November 10, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist II
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: 8560503-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.07.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

00000215 LFPE9VD1 00001111 E

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative James Zoll Date: 9/28/2020

Date of Birth: ____ Claim Number: 8560503

**A copy of this authorization will be considered as valid as the original**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

| | |
|---|---|
| Date: | October 12, 2020 |
| To: | DR. CHRISTOPHER SWAYZE<br>2716 OLD ROSEBUD RD #210<br>LEXINGTON KY 40509 |
| Attn: | Medical Records |
| Fax: | (859) 263-0534 |
| From: | Christine Kelley<br>Ltd Specialist II<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-8641 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

October 12, 2020

Dr. Christopher Swayze
2716 OLD ROSEBUD RD #210
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

Dear Dr. Christopher Swayze:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2020 through present

We ask that you provide this information by November 10, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist II
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: 8560503-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.07.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

0000021S LFPE9VD1 00001111 E

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative James Zoll Date: 9/28/2020

Date of Birth: ______ Claim Number: 8560503

**A copy of this authorization will be considered as valid as the original**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

| | |
|---|---|
| Date: | October 12, 2020 |
| To: | KORT PHYSICAL THERAPY<br>3070 LAKECREST CIRCLE<br>SUITE #700<br>LEXINGTON KY 40513 |
| Attn: | Medical Records |
| Fax: | (859) 296-4182 |
| From: | Christine Kelley<br>Ltd Specialist II<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-8641 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

October 12, 2020

Kort Physical Therapy
3070 LAKECREST CIRCLE
SUITE #700
LEXINGTON, KY 40513

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2020 through present

We ask that you provide this information by November 10, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist II
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: 8560503-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.07.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

00000215 LFPE9VD1 00001111 E

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative James Zoll Date: 9/28/2020

Date of Birth: ____________ Claim Number: 8560503

**A copy of this authorization will be considered as valid as the original**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. JAMES D ZOLL

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

October 13, 2020

Mr. James D Zoll

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503

Dear Mr. James D Zoll:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On 10/12/2020, we requested medical records from Dr. Hackett, Dr. Lamb, Dr. Swayze, and Kort Physical Therapy . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from June 1, 2020 through present from Dr. Hackett, Dr. Lamb, Dr. Swayze, and Kort Physical Therapy

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by November 25, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by December 24, 2020, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than November 10, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist II
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

00000215 LFPEBVD1 00001108

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

**Return To:** Christine Kelley

EMPLOYEE/CLAIMANT NAME: James D Zoll

CLAIM NO: 8560503

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2020 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Daniel Hackett
Specialty: KY Bone & Joint Surgeons
Address: 216 Fountain Ct. #250
Lexington KY 40509
Telephone No.: (859) 276-5008 Fax No.: ( )

Name: KORT Physical Therapy
Specialty: Physical Therapy
Address: 3070 Lakecrest Circle Suite 700
Lexington KY 40513
Telephone No.: (859) 296-4080 Fax No.: ( )

Name: Dr. Christopher R. Swayze, MD
Specialty: Pain Management
Address: 2716 Old Rosebud STE 210
Lexington KY 40509
Telephone No.: (859) 263-6533 Fax No.: ( )

Name: Dr. Stephen Lamb
Specialty: Psychiatrist
Address: 436 W. 2nd. St
Lexington KY 40507
Telephone No.: (859) 253-9024 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue Cross Blue Shield Anthem
Specialty: PPO
Address: 1792 Alysheba Way STE 200
Lexington KY 40509
Telephone No.: (800) 456-4573 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Walmart Neighborhood Market
Specialty: Pharmacy
Address: 3735 Palomar Centre Dr.
Lexington KY 40513
Telephone No. : (859) 224-0495 Fax No. : ( )

Name:
Specialty:
Address:

Telephone No. : ( ) Fax No. : ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: James Zoll DATE: 9/28/2020

00000215 LFPE9VD1 00001109

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

00000215 LFPE9VD1 00001110

**Return to:** Christine Kelley

**EMPLOYEE/CLAIMANT NAME:** James D Zoll **CLAIM #:** 8560503

**EMPLOYER:** Toyota Motor Engineering & Manufacturing North America, Inc. **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Zoll, James D | Social Security # | Email Address zoll |
| Street Address | City | State KY Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Single |
| Spouse's Full Name and Date of Birth | Number of Children 1 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Rebecca Young Relationship to you? Daughter Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? Yes, at TMMK

Do you hold a professional license? If yes, for what purpose? No

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. No

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☑ | ☐ | Social Security (for your spouse/dependents) | $ 2638.00/Mo | July 22 | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ■ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** James D Zoll

**DATE:** 9/28/2020 **EMPLOYEE'S SIGNATURE:** James D Zoll

DP 409

## ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

**Return To:** Christine Kelley



00000215 LFPEBVD1 00001105

EMPLOYEE/CLAIMANT NAME: James D Zoll

CLAIM NO: 8560503 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit 3 hours stand 3 hours walk 1 hour

How many hours a day do you:

sit 6 hours stand 6 hours walk 2 hours

Do you take a nap during the day?

Yes ✓ No ______

If Yes, for how long? 2 hours At what time of the day? 2 p.m. if needed

How many hours a day do you spend in bed? 10

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 2 hours

Do you hold a valid driver's license?

Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 2 hours

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

Some contact; see parents, some people

Do you have children?

Yes ✓ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 3

On the weekends? 1

How often do you run errands? pick up medicines or light item groceries, twice a week.

Please describe what errands you most commonly run: light groceries, physical therapy, doctor's appt.

**Lincoln Financial Group®**



00000215 LFPE8VD1 00001106

How often do you get outdoors? Several times a week

Are you left or right hand dominant? Left ______ Right ✓

Are you able to work in your garden? Yes ✓ No ✓ {only with a stool and a garden trowel to dig weeds with right hand}

Are you able to work on your house? (Depends on the duty) ✓ No ✓

Are you able to wash your car? Yes ______ No ✓

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ✓ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ✓ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
✓ Pay bills ✓ Read news/articles ______ Use search engines ✓ Send emails
______ Visit chat rooms ______ Photos Other: ______

What computer software applications do you utilize. Please check all that apply:
______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics
______ Photo software (Photoshop) ______ Programming Other: ______

Do you have a working home copy machine/fax machine? ______ Yes ✓ No

If yes, please explain purpose and usage: ______

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Me (small items) | Daughter, Roommate (Bulky, heavy items) |
| Carrying groceries into the house | Me (right handed) | " " (Bulky items) |
| Cooking meals | Me | Roomate does most of the cooking |
| Cleaning after meals | Me | Roommate and daughter assist |
| Cleaning bathrooms | Me Clean with right hand | |
| Vacuuming | Me (Right handed) | Roomate vacuums too |
| Doing the laundry | Me (light folding) | Roommate carries the laundry basket |
| Opening and responding to mail | Me | |
| Managing your finances | Me | |
| Balancing your checkbook | Me | |
| Bathing yourself | Me | |
| Styling your own hair | Have no hair | |
| Getting dressed | Me | |
| Going up and down stairs | Me | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ✓

If Yes, please provide reason and hospital contact Information: ______

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE


How often do you travel or take vacation? Since Covid, haven't travelled

Where do you go? How do you get there (transportation method)?

Are you able to pursue your hobbies? Yes ✓ No ✓

If Yes, please describe Enjoy reading. Unable to travel and bike

Do you participate in an exercise program? Yes ✓ No

If Yes, please describe Walk in neighborhood

Do you do any Volunteer work? Yes No ✓

If Yes:

how many hours per day?

how many hours per week?

for whom?

Are you working for wages? Yes No ✓

If Yes, please provide employer's name

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Still have complications from my left shoulder (frozen). It is in the thawing stage. Painful to reach high and painful for external rotation. Lower back and neck pain. Frequent migraines. Anxiety/depression. Use TENS unit to numb pain in lower back.

**Please describe your daily routine: (If more space is needed, please use the back of this form)**

Wake up at 9. Breakfast. Visit parents some days. Physical therapy and doctors appts during the week. Lunch. Read some and may take a nap. Take a walk if weather is favorable. Eat dinner. Load dishwasher, other household chores. Watch TV or Netflix. Take Shower. Head to Bed, relax and read, use TENS unit for back.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Rebecca Young

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: James Zoll Date: 9/28/2020

Signature: James Zoll



00000215 LFPEBVD1 00001107


Kentucky
DRIVER'S LICENSE
Z94-575-032
01-22-2022
DL
ZOLL
JAMES DOUGLAS
FAYETTE COUNTY

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

00000215 LFPE9VD1 00001111 E

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative James Zoll Date: 9/28/2020

Date of Birth: ____________ Claim Number: 8560503

**A copy of this authorization will be considered as valid as the original**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. JAMES D ZOLL

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

September 10, 2020

Mr. James D Zoll

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503

Dear Mr. James D Zoll:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on January 17, 2019, the change in definition will occur on January 17, 2021. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by October 8, 2020:

- X Activities Questionnaire Form
- X Claimant Information Form
- X Claimant Supplementary Statement
- X Authorization
- ___ Other

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than October 8, 2020 as required under the terms of the Policy.

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, your claim may be suspended.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist II
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement
Authorization

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

**Return To:** Christine Kelley



EMPLOYEE/CLAIMANT NAME: James D Zoll

CLAIM NO: 8560503 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car?________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends?________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

How often do you get outdoors? ________________________________________________

Are you left or right hand dominant? Left _________ Right _________

Are you able to work in your garden? Yes _________ No _________

Are you able to work on your house? Yes _________ No _________

Are you able to wash your car? Yes _________ No _________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________________

Do you have a working home copy machine/fax machine? _________ Yes _________ No

If yes, please explain purpose and usage: ______________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | ____________________ | ____________________ |
| Carrying groceries into the house | ____________________ | ____________________ |
| Cooking meals | ____________________ | ____________________ |
| Cleaning after meals | ____________________ | ____________________ |
| Cleaning bathrooms | ____________________ | ____________________ |
| Vacuuming | ____________________ | ____________________ |
| Doing the laundry | ____________________ | ____________________ |
| Opening and responding to mail | ____________________ | ____________________ |
| Managing your finances | ____________________ | ____________________ |
| Balancing your checkbook | ____________________ | ____________________ |
| Bathing yourself | ____________________ | ____________________ |
| Styling your own hair | ____________________ | ____________________ |
| Getting dressed | ____________________ | ____________________ |
| Going up and down stairs | ____________________ | ____________________ |

Have you been confined to a hospital within the last 12 months? Yes _________ No _________

If Yes, please provide reason and hospital contact Information: ________________________________
______________________________________________________________________________
______________________________________________________________________________

Lincoln Financial Group®



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

**Return To:** Christine Kelley

EMPLOYEE/CLAIMANT NAME: James D Zoll

CLAIM NO: 8560503

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc. DATE OF BIRTH: ____

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2020 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____
Specialty: ____
Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____
Specialty: ____
Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____
Specialty: ____
Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____
Specialty: ____
Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____
Specialty: ____
Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____
Specialty: ____
Address: ____

Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ______________________________ Name: ______________________________

Specialty: ______________________________ Specialty: ______________________________

Address: ______________________________ Address: ______________________________

______________________________ ______________________________

Telephone No. :(___)__________ Fax No. :(___)__________ Telephone No. :(___)__________ Fax No. :(___)__________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________ **DATE:** ______________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

**Return to:** Christine Kelley

**EMPLOYEE/CLAIMANT NAME:** James D Zoll **CLAIM #:** 8560503

**EMPLOYER:** Toyota Motor Engineering & Manufacturing North America, Inc. **DATE OF BIRTH:** ________

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | ________ | ________ | ________ | ________ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ________________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ________________________

DP 409

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 8560503

**A copy of this authorization will be considered as valid as the original**

**Claim Number (s): 8560503**

**New Monthly Benefit**

| | | | |
|---|---|---|---|
| Your Gross Benefit | | | $2,970.24 |
| Less: Other Income | | | $2,596.00 |
| | SS Primary | $2,596.00 | |
| | SS Dependent | $0.00 | |
| | Pension | $0.00 | |
| | State Disability | $0.00 | |
| | Workers Comp | $0.00 | |
| | Total Other Income | $2,596.00 | |
| Your Adjusted Gross | | | $374.24 |
| Less: Taxes and Deductions | | | $0.00 |
| **Your Net Benefit** | | | **$374.24** |

**Overpayment Calculation**

| | | | | |
|---|---|---|---|---|
| Originally Paid | *5/17/2019* | *through* | *6/16/2020* | $38,613.12 |
| Less: Should have Paid | *5/17/2019* | *through* | *6/16/2020* | $6,076.59 |
| Overpayment Due | | | | $32,536.53 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $4,500.00 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$28,036.53** |

**From:**Farrow, Jadene H
**Sent:**Tue, 23 Jun 2020 18:14:44 +0000
**To:**'eft@advocator.com'
**Subject:**James Zoll - 8560503

Hello,

Please see overpayment summary below.

| | | | | |
|---|---|---|---|---|
| **Claim Number (s): 8560503** | | | | |
| **New Monthly Benefit** | | | | |
| Your Gross Benefit | | | | $2,970.24 |
| Less: Other Income | | | | $2,596.00 |
| | | SS Primary | $2,596.00 | |
| | | SS Dependent | $0.00 | |
| | | Pension | $0.00 | |
| | | State Disability | $0.00 | |
| | | Workers Comp | $0.00 | |
| | | Total Other Income | $2,596.00 | |
| Your Adjusted Gross | | | | $374.24 |
| Less: Taxes and Deductions | | | | $0.00 |
| **Your Net Benefit** | | | | **$374.24** |
| **Overpayment Calculation** | | | | |
| Originally Paid | *5/17/2019* | *through* | *6/16/2020* | $38,613.12 |
| Less: Should have Paid | *5/17/2019* | *through* | *6/16/2020* | $6,076.59 |
| Overpayment Due | | | | $32,536.53 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $4,500.00 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$28,036.53** |

Thanks,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company**

**Jadene H. Farrow**
Recovery Specialist I
Financial Services

Lincoln Financial Group
100 Liberty Way
Dover, NH 03821-1525

(888) 437-7611 Office
Ext. 16178
(603) 334-7686 Fax

LincolnFinancial.com

**Follow us on:**

# Calculation Worksheet

**Claimant Name: James Zoll** — **Customer: TOYOTA MOTOR ENGINEERING & MANUFACTURING**

**Claim Number (s): 8560503**

| | |
|---|---|
| Overpayment Amount: | $ 28,036.53 |
| Underpayment Amount: | $0.00 |

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 5/17/2019 | From Date | 5/17/2019 |
| Thru Date | 6/16/2020 | Thru Date | 6/16/2020 |
| Total | $38,613.12 | Total | $6,076.59 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $4,500.00 |
| Excess Fees | $0.00 |
| Total: | $4,500.00 |

**ORIGINALLY PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 8560503 | 48103524 | 5/17/2019 | 6/16/2019 | 6/10/2019 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $2,970.24 |
| 8560503 | 48138581 | 6/17/2019 | 7/16/2019 | 7/10/2019 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $2,970.24 |
| 8560503 | 48173744 | 7/17/2019 | 8/16/2019 | 8/12/2019 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $2,970.24 |
| 8560503 | 48207358 | 8/17/2019 | 9/16/2019 | 9/10/2019 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $2,970.24 |
| 8560503 | 48243676 | 9/17/2019 | 10/16/2019 | 10/10/2019 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $2,970.24 |
| 8560503 | 100182931 | 10/17/2019 | 11/16/2019 | 11/11/2019 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $2,970.24 |
| 8560503 | 100378427 | 11/17/2019 | 12/16/2019 | 12/10/2019 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $2,970.24 |
| 8560503 | 100586147 | 12/17/2019 | 1/16/2020 | 1/10/2020 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $2,970.24 |
| 8560503 | 100778359 | 1/17/2020 | 2/16/2020 | 2/10/2020 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $2,970.24 |
| 8560503 | 100975928 | 2/17/2020 | 3/16/2020 | 3/10/2020 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $2,970.24 |
| 8560503 | 101189796 | 3/17/2020 | 4/16/2020 | 4/10/2020 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $2,970.24 |
| 8560503 | 101382138 | 4/17/2020 | 5/16/2020 | 5/11/2020 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $2,970.24 |
| 8560503 | 101572979 | 5/17/2020 | 6/16/2020 | 6/10/2020 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $2,970.24 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | Totals: | $38,613.12 | $0.00 | $38,613.12 |

**SHOULD HAVE PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | SS Dependent Disability | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8560503 | 48103524 | 5/17/2019 | 6/16/2019 | 6/10/2019 | $2,970.24 | $1,384.53 | | | $1,585.71 | $0.00 | $1,585.71 | $1,038.38 |
| 8560503 | 48138581 | 6/17/2019 | 7/16/2019 | 7/10/2019 | $2,970.24 | $2,596.00 | | | $374.24 | $0.00 | $374.24 | $2,249.85 |
| 8560503 | 48173744 | 7/17/2019 | 8/16/2019 | 8/12/2019 | $2,970.24 | $2,596.00 | | | $374.24 | $0.00 | $374.24 | $2,249.85 |
| 8560503 | 48207358 | 8/17/2019 | 9/16/2019 | 9/10/2019 | $2,970.24 | $2,596.00 | | | $374.24 | $0.00 | $374.24 | $2,249.85 |
| 8560503 | 48243676 | 9/17/2019 | 10/16/2019 | 10/10/2019 | $2,970.24 | $2,596.00 | | | $374.24 | $0.00 | $374.24 | $2,249.85 |
| 8560503 | 100182931 | 10/17/2019 | 11/16/2019 | 11/11/2019 | $2,970.24 | $2,596.00 | | | $374.24 | $0.00 | $374.24 | $2,249.85 |
| 8560503 | 100378427 | 11/17/2019 | 12/16/2019 | 12/10/2019 | $2,970.24 | $2,596.00 | | | $374.24 | $0.00 | $374.24 | $2,249.85 |
| 8560503 | 100586147 | 12/17/2019 | 1/16/2020 | 1/10/2020 | $2,970.24 | $2,596.00 | | | $374.24 | $0.00 | $374.24 | $2,249.85 |
| 8560503 | 100778359 | 1/17/2020 | 2/16/2020 | 2/10/2020 | $2,970.24 | $2,596.00 | | | $374.24 | $0.00 | $374.24 | $2,249.84 |
| 8560503 | 100975928 | 2/17/2020 | 3/16/2020 | 3/10/2020 | $2,970.24 | $2,596.00 | | | $374.24 | $0.00 | $374.24 | $2,249.84 |
| 8560503 | 101189796 | 3/17/2020 | 4/16/2020 | 4/10/2020 | $2,970.24 | $2,596.00 | | | $374.24 | $0.00 | $374.24 | $2,249.84 |
| 8560503 | 101382138 | 4/17/2020 | 5/16/2020 | 5/11/2020 | $2,970.24 | $2,596.00 | | | $374.24 | $0.00 | $374.24 | $2,249.84 |
| 8560503 | 101572979 | 5/17/2020 | 6/16/2020 | 6/10/2020 | $2,970.24 | $2,596.00 | | | $374.24 | $0.00 | $374.24 | $2,249.84 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Totals: | $38,613.12 | $32,536.53 | $0.00 | $0.00 | $6,076.59 | $0.00 | $6,076.59 | $28,036.53 |

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. JAMES D ZOLL

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7686

June 24, 2020

Mr. James D Zoll

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503

Dear Mr. James D Zoll:

Your disability claim file was referred to Financial Review Services for an overpayment calculation as you were awarded Social Security Disability with an effective date of June 1, 2019. This letter and the attached overpayment summary outline the impact of that award on your benefits from Lincoln Life Assurance Company of Boston.

Since Lincoln Life Assurance Company of Boston paid you disability benefits for the period May 17, 2019 through June 16, 2020 with no reduction for Social Security Benefits, you are now overpaid under the terms of your Policy. The overpayment calculation was prorated beginning June 1, 2019.

**Total Overpayment Amount: $28,036.53**

Lincoln Life Assurance Company of Boston will work with The Advocator Group regarding the collection of this overpayment. You will be contacted by a representative from The Advocator Group regarding repayment of this overpayment.

If payment is not received by July 14, 2020 under the terms of your Policy we are required to apply your disability benefit to the above overpayment until the balance is paid in full. Lincoln Life Assurance Company of Boston also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jadene Farrow
Recovery Specialist I
Phone No.: (888) 437-7611 Ext. 16178
Secure Fax No.: (603) 334-7686

Attachments: 8560503-RECOVERY/REPAYMENT-CORRESPONDENCE-06.23.2020

| Claim Number (s): 8560503 | | | |
|---|---|---|---|
| **New Monthly Benefit** | | | |
| Your Gross Benefit | | | $2,970.24 |
| Less: Other Income | | | $2,596.00 |
| | SS Primary | $2,596.00 | |
| | SS Dependent | $0.00 | |
| | Pension | $0.00 | |
| | State Disability | $0.00 | |
| | Workers Comp | $0.00 | |
| | Total Other Income | $2,596.00 | |
| Your Adjusted Gross | | | $374.24 |
| Less: Taxes and Deductions | | | $0.00 |
| **Your Net Benefit** | | | **$374.24** |

| Overpayment Calculation | | | | | |
|---|---|---|---|---|---|
| Originally Paid | *5/17/2019* | *through* | *6/16/2020* | $38,613.12 |
| Less: Should have Paid | *5/17/2019* | *through* | *6/16/2020* | $6,076.59 |
| Overpayment Due | | | | $32,536.53 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $4,500.00 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$28,036.53** |

Advocator Group

## Lincoln Life NOA Cover sheet

**Date:** 06/18/2020
**NOA**

Claimant # 8560503
Claimant Name: James Zoll
Referral Date: 04/04/2019
EFT: Y
Dependents: N
Dependent Name & DOB:

Award Level: Hearing
Date of Entitlement: 06/01/2019
Past Due Benefit Amount: $31,404.00
Past Due Benefits Time Period: 05/31/2020
Medicare Entitlement Date: 06/01/2021

**Payment History**

| Amount | Reason | Dates |
|---|---|---|
| $2,596.00 | Initial Benefit | 06/01/2019 to 11/30/2019 |
| $2,638.00 | COLA | 12/01/2019 |

**Fee's**

Atty Fee withheld: $4,500.00

Agreed Fee Amt: $4,500.00

Excess Fees in Escrow:$0.00

**Additional Comments:**Please credit $4,500.00 in attorney fees towards any overpayment calculation. Please be advised that this claim was awarded with an onset date of 12/21/2018; this was agreed to by the claimant at the hearing. Please also be advised that SSA has not released any of the past-due benefits (or attorney fees) as the claimant needs a representative payee; we are ensuring that this occurs. Please forward any overpayment information at your earliest convenience. Thank you!

20200615 00042473 033 04

M7

# Social Security Administration
# **Retirement, Survivors, and Disability Insurance**
## Notice of Award

Office of Central
Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: June 14, 2020
BNC#: 20M1856K30419-A

JAMES ZOLL

*1000042* *0402XXZO800344* CTR7PI 200609 000000100000

You are entitled to monthly disability benefits beginning June 2019.

### The Date You Became Disabled

We found that you became disabled under our rules on December 21, 2018.

The date we found you disabled is different from the date you gave us on the application.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is June 2019.

### What We Will Pay And When

- You will receive $2,638.00 for June 2020 around July 22, 2020.
- After that you will receive $2,638.00 on or about the fourth Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.
- The day of the month you receive your payments depends on your date of birth.

SEE NEXT PAGE

**Your Benefits**

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|
| June 2019 | $ 2,596.90 | Entitlement began |
| December 2019 | 2,638.40 | Cost-of-living adjustment |

**Information About Representative's Fees**

We have approved the fee agreement between you and your representative.

When a representative wants to charge for helping with a Social Security claim, we must approve the fee. We usually withhold 25 percent of past-due benefits in order to pay the approved representative's fee. We withheld $4,500.00 from your benefits in case we need to pay the representative.

We cannot tell you how much the representative can charge at this time. When processing your claim we found we needed more information. To decide how much your benefits will be for June 2019 through May 2020, we need more information about your ability to manage your own benefits.

When we get that information, we will decide the amount of your past-due benefits and send another letter telling you how much the representative can charge. You can help us finish the work on your claim by taking the information to any Social Security office.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

**Your Responsibilities**

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to

SEE NEXT PAGE

work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Other Information**

We are sending a copy of this notice to ELIZABETH ANN GORDON.

**Do You Disagree With The Decision?**

We previously informed you of your appeal rights concerning the administrative law judge's (ALJ) decision. We also informed you of what you must do to have that decision reviewed.

If you believe that we decided any other part of your case incorrectly, you may request reconsideration on that part of

SEE NEXT PAGE

*1000042* *0403XXZO800344* CTR7PI 200609 0000001000000

your case.

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We may also review the parts of the decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Review of Hearing Decision/Order" form, HA-520-U5. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

## Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

Please tell us if your mailing address or direct deposit information changes. We need this information to deposit your payments on time and send you important letters about your payments.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

SEE NEXT PAGE

## If You Have Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-530-7754. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
SUITE 110
2241 BUENA VISTA RD.
LEXINGTON,KY 40505-4826

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

*L000042* *0404XXZ0800344* CTR7PI 200609 0000000100000

Enclosure(s):
SSA Pub No 05-10153

SEE NEXT PAGE

## Payment Summary

### Why We Cannot Pay Past Benefits

Here is how we figured your past benefits:

| | |
|---|---|
| Benefits due for June 2019 through May 2020 including any cost of living increase, less monthly rounding of benefits: | $0.00 |
| Amount we must subtract because of | |
| This equals: | $00.00 |

### Your Regular Monthly Payment

Here is how we figured your regular monthly payment effective June 2020:

| | |
|---|---|
| You are entitled to a monthly benefit of: | $2,638.40 |
| Amount we subtracted because of | |
| • rounding (we must round down to a whole dollar): | 0.40 |
| This equals the amount of your regular monthly payment: | $2,638.00 |

20200610 00042405 013 07

**SOCIAL SECURITY ADMINISTRATION**

Office of Hearings Operations
Suite 210
2241 Buena Vista Road
Lexington, KY 40505-9901

Date: June 03, 2020

James Zoll

## Notice of Decision – Fully Favorable

I carefully reviewed the facts of your case and made the enclosed fully favorable decision. Please read this notice and my decision.

Another office will process my decision. That office may ask you for more information. If you do not hear anything within 60 days of the date of this notice, please contact your local office. The contact information for your local office is at the end of this notice.

**If You Disagree With My Decision**

If you disagree with my decision, you may file an appeal with the Appeals Council.

**How To File An Appeal**

To file an appeal you or your representative must ask in writing that the Appeals Council review my decision. You may use our Request for Review form (HA-520) or write a letter. The form is available at www.socialsecurity.gov. Please write the Social Security number associated with this case on any appeal you file. If you need help, you may file in person at any Social Security or hearing office.

Please send your request to:

**Appeals Council**
**5107 Leesburg Pike**
**Falls Church, VA 22041-3255**

**Time Limit To File An Appeal**

You must file your written appeal **within 60 days** of the date you get this notice. The Appeals Council assumes you got this notice 5 days after the date of the notice unless you show you did not get it within the 5-day period.

Form HA-L76 (03-2010)

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

The Appeals Council will dismiss a late request unless you show you had a good reason for not filing it on time.

**What Else You May Send Us**

You or your representative may send us a written statement about your case. You may also send us new evidence. You should send your written statement and any new evidence **with your appeal**. Sending your written statement and any new evidence with your appeal may help us review your case sooner.

**How An Appeal Works**

The Appeals Council will consider your entire case. It will consider all of my decision, even the parts with which you agree. Review can make any part of my decision more or less favorable or unfavorable to you. The rules the Appeals Council uses are in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J).

The Appeals Council may:

- Deny your appeal,
- Return your case to me or another administrative law judge for a new decision,
- Issue its own decision, or
- Dismiss your case.

The Appeals Council will send you a notice telling you what it decides to do. If the Appeals Council denies your appeal, my decision will become the final decision.

**The Appeals Council May Review My Decision On Its Own**

The Appeals Council may review my decision even if you do not appeal. They may decide to review my decision within 60 days after the date of the decision. The Appeals Council will mail you a notice of review if they decide to review my decision.

**When There Is No Appeals Council Review**

If you do not appeal and the Appeals Council does not review my decision on its own, my decision will become final. A final decision can be changed only under special circumstances. You will not have the right to Federal court review.

**If You Have Any Questions**

We invite you to visit our website located at www.socialsecurity.gov to find answers to general questions about social security. You may also call (800) 772-1213 with questions. If you are deaf or hard of hearing, please use our TTY number (800) 325-0778.

If you have any other questions, please call, write, or visit any Social Security office. Please have this notice and decision with you. The telephone number of the local office that serves your area is (866) 530-7754. Its address is:

Social Security
2241 Buena Vista Rd.
Suite 110
Lexington, KY 40505-4826

Christopher C. Sheppard
Administrative Law Judge

Enclosures:
Decision Rationale
Form HA-L15 (Fee Agreement Approval)

cc: Elizabeth Gordon
The Advocator Group
101 Edgewater Drive
Suite 260
Wakefield, MA 01880

*9703CIPA100735*NOTAFP.X3.CIPAFP.ODARS.R200603.PS1K 0000060000000000CP056020060347521901008

*9704CIPA10007AP*NOTAFP X3.CIPAFP.ODARS.R850603.P31K 000000000000000000CP05020062047521001083O

**SOCIAL SECURITY ADMINISTRATION**
**Office of Hearings Operations**

# DECISION

| IN THE CASE OF | CLAIM FOR |
|---|---|
| James Zoll (Claimant) | Period of Disability and Disability Insurance Benefits |
| (Wage Earner) | (Social Security Number) |

## JURISDICTION AND PROCEDURAL HISTORY

This case is before the undersigned on a request for hearing dated August 21, 2019 (20 CFR 404.929 *et seq.*).

On May 28, 2020, the undersigned held a telephone hearing (20 CFR 404.936(c) due to the extraordinary circumstance presented by the Coronavirus Disease 2019 (COVID-19) Pandemic. All participants attended the hearing by telephone (Exhibit 11B). The claimant appeared and testified. The claimant is represented by Elizabeth Gordon, a non-attorney representative, and was represented at the hearing by Barry Sullivan. Betty L. Hale, an impartial vocational expert, also appeared and testified.

The claimant has amended the alleged onset date of disability to December 21, 2018. After careful consideration, the undersigned accepts this amendment.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

After careful consideration of the entire record, the undersigned makes the following findings:

1. **The claimant's date last insured is December 31, 2023.**

2. **The claimant has not engaged in substantial gainful activity since December 21, 2018, the amended alleged onset date (20 CFR 404.1520(b) and 404.1571 *et seq.*).**

While there is income noted after this date, this income reflect payments for disability insurance. This is not actively earned income after onset and is not considered substantial gainful activity.

3. **The claimant has the following severe impairments: Degenerative disc disease (DDD) of the cervical and lumbar spine; Status post repair of left rotator cuff and capsular release; Status post open reduction and internal fixation (ORIF) left wrist; Migraines; Depression; and Anxiety (20 CFR 404.1520(c)).**

See Next Page

**4. The claimant does not have an impairment or combination of impairments that meets or medically equals the severity of one of the listed impairments in 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525 and 404.1526).**

**5. The claimant has the residual functional capacity to perform light work as defined in 20 CFR 404.1567(a) except that he is able to lift and carry ten pounds occasionally and less than ten pounds frequently; stand and/or walk for a total of six hours out of an eight-hour workday; sit six hours out of an eight-hour workday; can occasionally push and pull with his left extremity. He can frequently climb ramps and stairs; never climb ladders, ropes, or scaffolds; he can frequently balance; can occasionally stoop, kneel, crouch, and crawl. The claimant should avoid all exposure to work at unprotected heights and moving, mechanical parts. He can occasionally reach with his left extremity. He should also avoid concentrated exposure to vibrations and extreme cold. He can frequently handle, finger, and feel with the left extremity. Due to pain, depression, and migraines, he can sustain attention and concentration to complete simple and detailed task and should have no more than frequent contact with the public.**

In making this finding, the undersigned has considered all symptoms and the extent to which these symptoms can reasonably be accepted as consistent with the objective medical evidence and other evidence, based on the requirements of 20 CFR 404.1529 and SSR 16-3p. The undersigned also considered the medical opinion(s) and prior administrative medical finding(s) in accordance with the requirements of 20 CFR 404.1520c.

The claimant has the following degree of limitation in the four broad areas of mental functioning set out in the disability regulations for evaluating mental disorders and in the mental disorders listings in 20 CFR, Part 404, Subpart P, Appendix 1; a mild limitation in understanding, remembering, or applying information; a moderate limitation in interacting with others; a moderate limitation in concentrating, persisting, or maintaining pace; and a mild limitation in adapting or managing oneself.

The claimant suffered a fall while hiking in July 2018 (Exhibit 2F, page 4). This caused damage to his left shoulder and wrist. In July 2018, the claimant underwent ORIF on his left wrist (Exhibits 1F, page 100; 20F, page 2). X-rays support that this fixation was still stable (Exhibits 1F, pages 89, 92).

Left-sided imaging from August 2018 showed complete, full-thickness tear of the supraspinatus tendon (Exhibit 1F, page 79). The claimant then underwent left shoulder arthroscopy with rotator cuff repair in September 2018 (Exhibit 1F, page 58). Despite this surgery, treatments, and physical therapy, the record supports the claimant seeking treatment for ongoing weakness, stiffness, and pain in his left upper extremity (Exhibit 1F, pages 33, 37, 44, for example). He later underwent left shoulder arthroscopic capsular release with manipulation and distal clavicle excision in December 2019 (Exhibit 19F, page 4).

This fall exacerbated existing impairment of the claimant's spine, especially in his cervical spine. MRI scans of the cervical spine in August 2018 and June 2019 showed stable findings of disc protrusion at C6-C7 with probable extension into the left neural foramen; moderate/severe left

See Next Page

*0765CIPA100729*NOTAPP X1.CIPAFP.ODARS.R200609.PS1K 0000000000000000CP0560200034752100100830

neural foraminal stenosis; and mild neural foraminal narrowing at C3-C4 and C5-C6 (Exhibit 1F, page 6).

Physical examinations from June 2019 showed tenderness of the bilateral cervical paraspinal muscles and bilateral trapezius muscles with reduced active range of motion in extension and lateral rotation (Exhibits 2F, page 4; 3F, page 2). The claimant has attempted conservative treatment, such as nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion exercises, and injections (Exhibit 3F, pages 4-6, for example).

MRI scans of the lumbar spine in June 2019 showed broad-based disc protrusion at L4-L5 and L5-S1 with mild bilateral neural foraminal stenosis (Exhibit 1F, page 5). X-ray imaging of the thoracic spine in June 2019 show normal curvature, alignment, vertebral body heights, and disc spaces (Exhibit 1F, page 7). Mild degenerative changes were noted as well as tiny osteophytes. The claimant has attempted conservative treatment and pain management, but has still sought treatment for low back pain with radiating pain (Exhibit 9F, page 11, for example).

With respect to the claimant's mental health, the claimant has a history of social phobia and depression (Exhibit 4F). He has tried multiple medications with varying degrees of success, as well as therapy (Exhibit 4F, page 3). He reported to providers that his chronic pain does impact his mood (Exhibit 4F, page 3). He has reported social fear of running into others from his prior job (Exhibit 4F, page 3). His complaints are consistent with the evidence of record.

Turning to the opinion evidence, state agency medical consultants reviewed the claimant's medical evidence of record in June 2019 and July 2019 (Exhibits 1A; 3A). These consultants opined that the claimant would be able to perform a range of work at the light level of exertion with further reduction in postural and manipulative maneuvers, but with a full range of light level lifting and carrying. These are somewhat persuasive, but his considerable musculoskeletal treatment and recent history of multiple procedures on his left upper extremity are more consistent with limiting his lifting to ten pounds or less, as set out above.

In April 2020, Heather Gannon surgical coordinator for his most recent surgery set forward capacity restrictions, including lifting restrictions down to ten pounds (Exhibit 19F). This opinion is supported by an attached collection of the claimant's surgical records and the MRI that shows "fraying" in the left shoulder. These records also reveal that the claimant's recovery has been impacted by COVID. While it is signed by the "surgical coordinator" and not by the physician, it is somewhat persuasive in that it is a reasonable opinion and consistent with the idea that he has had multiple surgeries with a complicated recovery.

State agency psychological consultants reviewed the claimant's medical evidence of record in June 2019 and August 2019 (Exhibits 1A; 3A). These consultants opined that the claimant's mental health impairments would result in no more than mild limitations in the claimant's ability to perform basic work activity. This is not entirely persuasive. While it is persuasive that the claimant's mental health impairments are medically determinable, it is not consistent with the evidence of record, which supports a greater degree of severity.

See Next Page

Rebecca Young, the claimant's daughter, submitted a third-party statement on behalf of the claimant (Exhibit 5E). The undersigned has considered this nonemedical source statement (20 CFR 404.1520(c). While it is a nonmedical statement, it does shed light on the severity of the claimant's impairments and the degree to which they impact her day-to-day functionality.

In sum, the above residual functional capacity assessment is supported by the medical evidence, the medical opinions of the state agency medical and mental health consultants, and the evidence presented regarding the claimant's treatment history. After considering the entire record, the Administrative Law Judge finds that the claimant can perform a reduced range of exertional work activity as detailed above.

**6. The claimant is unable to perform any past relevant work (20 CFR 404.1565).**

The claimant has past relevant work as utility worker, line assembly; inspector, automotive; and inspector, automotive with forklift driver composite job.

The vocational expert testified that the claimant's assembly line work with delivery by forklift would be encompassed by "utility worker, line assembly," which corresponded with the single Dictionary of Occupational Titles (DOT) code of # 806.367-010, required a specific vocational preparation (SVP) level of 3, would generally be performed at the medium level of exertion, and was actually performed at the medium level of exertion. As this job entailed work at the medium level of exertion, and the claimant is limited to exertion involving lifting and carrying 10 pounds as detailed above, the demands of this work exceed the claimant's residual functional capacity.

Based on the vocational expert's testimony and classification of the automotive receiving inspector with forklift operation, the undersigned finds that this is a composite job. The vocational expert classified the first part of the claimant's job as inspector, automotive, which corresponded with DOT code # 806.687-018, required an SVP level of 4, would generally be performed at the light level of exertion, and with the whole of the job was actually performed at the medium level of exertion. The vocational expert classified the second part of the claimant's job as forklift driver, which corresponded with DOT code #921.683-050, required an SVP level of 3, would generally be performed at the medium level of exertion, and was actually performed at the medium level of exertion.

In order to be able to perform this job, the claimant would need to be able to perform both aspects of this job, which would entail work at an SVP level of 4 and an exertional level of medium. As the claimant is limited to exertion involving lifting and carrying 10 pounds as detailed above, he would be unable to perform this past composite job.

The vocational expert classified the claimant's automotive shipping inspector work as inspector, automotive, which corresponded with Dictionary of Occupational Titles (DOT) code # 806.687-018, required a specific vocational preparation (SVP) level of 4, would generally be performed at the light level of exertion, and was actually performed at the light level of exertion. As this job entailed work at the light level of exertion, and the claimant is limited to exertion involving lifting and carrying 10 pounds as detailed above, the demands of this work exceed the claimant's residual functional capacity.

See Next Page

•0706CIPA100726•NOTAFP X3.CIPAFP.ODARS.R20603.PSIK 0000000000000000CP0660200603475210010830

Given the reduction of lifting and carrying in addition to other limitations, the vocational expert testified that the residual functional capacity was much closer to the parameters of sedentary work, with only two light-level exceptions. Based on this testimony, the undersigned finds that the exertional level for this claimant is properly categorized as sedentary. However, whether the exertional level is deemed light or sedentary, the vocational expert testified that none of the above work is consistent with the claimant's residual functional capacity as generally or actually performed. After careful consideration, the undersigned accepts this testimony and finds that the demands of the claimant's past relevant work exceed the residual functional capacity.

**7. The claimant was an individual closely approaching advanced age on the established disability onset date (20 CFR 404.1563).**

**8. The claimant has at least a high school education and is able to communicate in English (20 CFR 404.1564).**

**9. The claimant's acquired job skills do not transfer to other occupations within the residual functional capacity defined above (20 CFR 404.1568).**

The vocational expert testified that there would be no transferrable skills (Hearing testimony).

**10. Considering the claimant's age, education, work experience, and residual functional capacity, there are no jobs that exist in significant numbers in the national economy that the claimant can perform (20 CFR 404.1560(c) and 404.1566).**

Even if the claimant had the residual functional capacity for the full range of sedentary work, a finding of "disabled" would be directed by Medical-Vocational Rule 201.14.

**11. The claimant has been under a disability as defined in the Social Security Act since December 21, 2018, the amended alleged onset date of disability (20 CFR 404.1520(g)).**

See Next Page

## DECISION

Based on the application for a period of disability and disability insurance benefits protectively filed on April 26, 2019, the claimant has been disabled under sections 216(i) and 223(d) of the Social Security Act since December 21, 2018.

Medical improvement is expected with appropriate treatment. Consequently, a continuing disability review is recommended in 18 months.

It is recommended that a determination be made concerning the appointment of a representative payee who can manage payments in the claimant's interest.

The workers' compensation offset provisions at 20 CFR 404.408 may be applicable.

/s/ *Christopher C Sheppard*
Christopher C. Sheppard
Administrative Law Judge

June 03, 2020
Date

# SOCIAL SECURITY ADMINISTRATION
**Office of Hearings Operations**

## ORDER OF ADMINISTRATIVE LAW JUDGE

| IN THE CASE OF | CLAIM FOR |
|---|---|
| James Zoll (Claimant) | Period of Disability and Disability Insurance Benefits |
| (Wage Earner) | (Social Security Number) |

I approve the fee agreement between the claimant and his representative subject to the condition that the claim results in past-due benefits. My determination is limited to whether the fee agreement meets the statutory conditions for approval and is not otherwise excepted. I neither approve nor disapprove any other aspect of the agreement.

### YOU MAY REQUEST A REVIEW OF THIS ORDER AS INDICATED BELOW

**Fee Agreement Approval:** You may ask us to review the approval of the fee agreement. If so, write us within 15 days from the day you get this order. Tell us that you disagree with the approval of the agreement and give your reasons. Your representative also has 15 days to write us if he or she does not agree with the approval of the fee agreement. Send your request to this address:

**Regional Chief Administrative Law Judge**
**SSA OHO**
**Suite 20T10**
**61 Forsyth Street SW**
**Atlanta, GA 30303-8819**

**Fee Agreement Amount:** You may also ask for a review of the amount of the fee due to the representative under this approved fee agreement. If so, please write directly to me as the deciding Administrative Law Judge within 15 days of the day you are notified of the amount of the fee due to the representative. Your representative also has 15 days to write me if he/she does not agree with the fee amount under the approved agreement.

Form HA-L15 (03-2007)

See Next Page

You should include the social security number(s) shown on this order on any papers that you send us.

/s/ *Christopher C Sheppard*

Christopher C Sheppard
Administrative Law Judge

June 03, 2020
Date

Claim # 8560503

Christine Kelley
LTD Specialist II

Requested information on CD disc From Cardinal Hill Rehab. Hospital for physical therapy. Also enclosed physical therapy notes from Kort Physical therapy.
Work note enclosed from Dr. Hackett.
No PIN required for CD disc

James Zoll

*Kentucky Bone and Joint Surgeons*
216 Fountain Ct Ste 250
Lexington, KY 40509-2510
Phone: (859) 276-5008
Fax: (859) 278-6401

05/26/2020

**To Whom It May Concern:**

James D. Zoll is a patient at Kentucky Bone and Joint Surgeons. James may return to work/school with the following restrictions: no pushing, pulling, lifting over five pounds with left upper extremity.

If you have further questions regarding this patient's health status, please contact us at (859) 276-5008.

Daniel J. Hackett Jr, MD

| | | | | | |
|---|---|---|---|---|---|
| KORT BEAUMONT PT | Patient: | James Zoll | | | |
| 3070 Lakecrest Circle | Acct #: | 036-430214787 | | Visit Date: | May 29, 2020 |
| Suite 700 | DOB: | | | FSC: | BCBS |
| Lexington, KY, USA, 40513 | Clinician: | Tim Barnett , MSPT, OCS | | Payor: | ANTHEM KY |
| Phone: (859) 296-4080, Fax: | Prim Phy: | Chris Swayze | | | |
| (859) 296-4182 | Phy Phone: | (859) 263-0533 | | Insured: | Not Specified |
| | Phy Fax: | (859) 263-0534 | | Employer: | DND |
| | Sec Phy: | Not Specified | | Case Mgr: | Not Specified |
| | Inj. Date: | 10/3/2015 | | Visits: | 5 |
| | Surg. Date: | Not Specified | | Cxl/Ns: | 0 |

KORT
The Best In Rehab.

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.8 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.

**Mechanism of Injury:**

- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

**Chief Complaint:**

- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 6/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

**Daily Comments:**

- Reports continued low back pain.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 118 | 155 | |
| • Abduction | 105 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 60 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |
| **Functional Tests: Balance: Balance:** | |
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

| | |
|---|---|
| **Manual Interventions: Joint Segments: Shoulder:** | |
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |
| **Modalities:** | |
| • Iontophoresis | Time Elapsed: 8 Minutes, Location: L superior shoulder, Medication: Dexamethasone, Polarity: -, Pad Size: Medium, MA/Min: 40, Charge As: Iontophoresis, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes. |
| **Exercise Activities: Aerobic Conditioning:** | |
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |
| **Exercise Activities: Dynamic Training: C-K-C Activity:** | |
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3 | Time Elapsed: 3 Minutes, Description: partial hanging: various grip, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Closed Kinetic Chain 4(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Quadruped Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Standing Position:** | |
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 4 Minutes, Additional Detail: standing: alternate UE/LE lift (hip flexion and hip extension), Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |
| **Exercise Activities: Isotonics:** | |
| • Biceps Curls. | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |
| **Exercise Activities: Range of Motion:** | |
| • T-Bar Press Up | Time Elapsed: 2 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes. |
| **Exercise Activities: Machines/Weights:** | |
| • Pull Downs: Sym. Bilateral | Time Elapsed: 3 Minutes, Weight - Pounds: 20 Pounds, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Machines/Free Weights 1 | Time Elapsed: 3 Minutes, Weight - Pounds: 20 Pounds, Description: standing row, Charge As: Therapeutic Activities |

***Spine***

| | |
|---|---|
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Seated Position:** | |

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Stabilization Training 3 | Time Elapsed: 3 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Iontophoresis | 97033 | 1 | 8 |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Therapeutic Activities | 97530 | 2 | 17 |
| • Therapeutic Procedure | 97110 | 2 | 19 |

## Assessment

The patient tolerated today's treatment intervention with moderate complaints of pain.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Mechanism of Injury: Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.**

*Goal Achieved May 29, 2020.*

**Client Education:**

- Independent Home Exercise/Self Care Program.

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program.

T. B ATT PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on May 29, 2020 12:04:32

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**
- 51

97.8 temperature

**Occupation:**
- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**
- Loss of Function: Marked Degree. Weakness: Moderate Degree.

**Mechanism of Injury:**
- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

**Chief Complaint:**
- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Daily Comments:**
- Patient reports 5/10 pain currently.

***Spine***

**Mechanism of Injury:**
- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**
- Pain: Severity: Current: 6/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

## Objective Examination

***Left Shoulder***

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Flexion | 118 | 155 | |
| • Abduction | 105 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 60 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |
| **Functional Tests: Balance: Balance:** | |
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

| | |
|---|---|
| **Manual Interventions: Joint Segments: Shoulder:** | |
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Janel Northington, PTA, 10 Minutes. |
| **Modalities:** | |
| • Iontophoresis | Time Elapsed: 8 Minutes, Location: L superior shoulder, Medication: Dexamethasone, Polarity: -, Pad Size: Medium, MA/Min: 40, Charge As: Iontophoresis, Performed by: Janel Northington, PTA, 8 Minutes. |
| **Exercise Activities: Aerobic Conditioning:** | |
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 10 Minutes. |
| **Exercise Activities: Dynamic Training: C-K-C Activity:** | |
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3 | Time Elapsed: 3 Minutes, Description: partial hanging: various grip, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Closed Kinetic Chain 4 | Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |
| **Exercise Activities: Stabilization Training: Quadruped Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Standing Position:** | |
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 2 Minutes. |
| **Exercise Activities: Isotonics:** | |
| • Biceps Curls. | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Janel Northington, PTA, 4 Minutes. |

***Spine***

| | |
|---|---|
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Seated Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |
| • Stabilization Training 3 | Time Elapsed: 3 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Janel Northington, PTA, 3 Minutes. |
| **Exercise Activities: Flexibility(U. Quarter):** | |
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes. |

• Flexibility Activity 2 — Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Janel Northington, PTA, 3 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Iontophoresis | 97033 | 1 | 8 |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 9 |
| • Therapeutic Activities | 97530 | 1 | 11 |
| • Therapeutic Procedure | 97110 | 2 | 17 |

## Assessment

Patient tolerated treatment with mild complaints of (L) shoulder pain. He reported "clicking" in his shoulder while performing over/under reach.

## Plan

***Left Shoulder***

**Daily Plan:**

• Continue w/ Current Rehabilitation Program.

Tim Barnett, MSPT, OCS, PT(KY Lic: 004291)
Signed on May 26, 2020 15:04:21

Janel Northington, PTA, PTA(KY Lic: A03691)
Signed on May 26, 2020 15:03:38

KORT
The Best In Rehab.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax: (859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | **Visit Date:** | **May 21, 2020** |
| **Acct #:** | **036-430214787** | FSC: | BCBS |
| DOB: | | Payor: | ANTHEM KY |
| Clinician: | Tim Barnett , MSPT, OCS | | |
| Prim Phy: | Chris Swayze | | |
| Phy Phone: | (859) 263-0533 | Insured: | Not Specified |
| Phy Fax: | (859) 263-0534 | Employer: | DND |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/3/2015 | Visits: | 3 |
| Surg. Date: | Not Specified | Cd/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

97.8 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.

**Mechanism of Injury:**

- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

**Chief Complaint:**

- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 6/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|
| • Flexion | 118 | 155 | |
| • Abduction | 105 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**

| | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 60 Degrees |

**Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):**

| | |
|---|---|
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |

**Modalities:**

| | |
|---|---|
| • Iontophoresis | Time Elapsed: 8 Minutes, Location: L superior shoulder, Medication: Dexamethasone, Polarity: -, Pad Size: Medium, MA/Min: 40, Charge As: Iontophoresis, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 10 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 2(This visit) | Did Not Perform: This visit |
| • Closed Kinetic Chain 3 | Time Elapsed: 3 Minutes, Description: partial hanging: various grip, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Closed Kinetic Chain 4 | Time Elapsed: 3 Minutes, Description: multi-direction press into ball in chair, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes. |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Biceps Curls. | Time Elapsed: 3 Minutes, Weight - Pounds: 3 Pounds, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Isotonic Activity 1 | Time Elapsed: 4 Minutes, Weight - Pounds: 3 Pounds, Description: bent over row, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated multi direction on ball, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Stabilization Training 3 | Time Elapsed: 3 Minutes, Additional Detail: seated on ball: alternate UE and LE lift, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |

- Flexibility Activity 2 — Time Elapsed: 3 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes.

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Iontophoresis | 97033 | 1 | 8 |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Neuromuscular Reeducation | 97112 | 1 | 9 |
| • Therapeutic Activities | 97530 | 1 | 11 |
| • Therapeutic Procedure | 97110 | 2 | 17 |

## Assessment

The patient tolerated today's treatment intervention with moderate complaints of pain.

## Plan

***Left Shoulder***

**Recommendations:**

- Continue with current program.

T Britt PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on May 22, 2020 07:48:28

| | | | | | |
|---|---|---|---|---|---|
| KORT BEAUMONT PT<br>3070 Lakecrest Circle<br>Suite 700<br>Lexington, KY, USA, 40513<br>Phone: (859) 296-4080, Fax: (859) 296-4182 | **Patient:**<br>**Acct #:**<br>DOB:<br>Clinician:<br>Prim Phy:<br>Phy Phone:<br>Phy Fax:<br>Sec Phy:<br>Inj. Date:<br>Surg. Date: | **James Zoll**<br>**036-430214787**<br><br>Tim Barnett , MSPT, OCS<br>Chris Swayze<br>(859) 263-0533<br>(859) 263-0534<br>Not Specified<br>10/3/2015<br>Not Specified | **Visit Date:**<br>FSC:<br>Payor:<br><br>Insured:<br>Employer:<br>Case Mgr:<br>Visits:<br>Cxl/Ns: | **May 18, 2020**<br>BCBS<br>ANTHEM KY<br><br>Not Specified<br>DND<br>Not Specified<br>2<br>0 |

KORT
The Best In Rehab.

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## General Information

**Chronological Age:**

- 51

98.4 temperature

**Occupation:**

- has been on disability for ~22 months.

## Subjective Examination

***Left Shoulder***

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.

**Mechanism of Injury:**

- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

**Chief Complaint:**

- Severity at Worst: 7/10. Severity: Current: 4/10.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

***Spine***

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

**Chief Complaint:**

- Pain: Severity: Current: 6/10.

Reports that he has been experiencing more neck pain and headaches over the past several days. Reports compliance with HEP.

## Objective Examination

***Left Shoulder***

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|
| • Flexion | 118 | 155 | |
| • Abduction | 105 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Internal Rotation - 90 deg | | | 30 |

***Spine***

| **Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):** | |
|---|---|
| • Active Extension. | 30 Degrees |
| • Active Flexion | 60 Degrees |
| **Range of Motion: Spine: Pre-Treatment: Active Thoracic (%):** | |
| • Rotation Left | 25% |
| • Rotation Right | 50% |

**Functional Tests: Balance: Balance:**

| | |
|---|---|
| • Left Leg, Eyes Open, Firm | Average |
| • Right Leg, Eyes Open, Firm | Average |

## Treatments

***Left Shoulder***

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 10 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Technique 2: MWM, Charge As: Manual Therapy Techniques, Performed by: Tim Barnett , MSPT, OCS, 10 Minutes. |

**Modalities:**

| | |
|---|---|
| • Iontophoresis | Time Elapsed: 8 Minutes, Location: L superior shoulder, Medication: Dexamethasone, Polarity: -, Pad Size: Medium, MA/Min: 40, Charge As: Iontophoresis, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Stepper | Time Elapsed: 8 Minutes, Charge As: Therapeutic Exercise, Performed by: Tim Barnett , MSPT, OCS, 8 Minutes. |

**Exercise Activities: Dynamic Training: C-K-C Activity:**

| | |
|---|---|
| • Closed Kinetic Chain 1 | Time Elapsed: 3 Minutes, Description: hand on wall: walk around hand, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Closed Kinetic Chain 2 | Time Elapsed: 2 Minutes, Description: forearm walk up wall, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes. |

**Exercise Activities: Stabilization Training: Quadruped Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: quadruped rocking, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes. |

**Exercise Activities: Stabilization Training: Standing Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: hands on table: under-over reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes. |

***Spine***

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 4 Minutes, Additional Detail: supine to side-lying roll: push with foot, reach with hand, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 4 Minutes. |

**Exercise Activities: Stabilization Training: Seated Position:**

| | |
|---|---|
| • Stabilization Training 1 | Time Elapsed: 2 Minutes, Additional Detail: seated side to side weight shift and reach, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes. |
| • Stabilization Training 2 | Time Elapsed: 3 Minutes, Additional Detail: seated pelvic tilts, Charge As: Neuromuscular Reeducation, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |

**Exercise Activities: Flexibility(U. Quarter):**

| | |
|---|---|
| • Flexibility Activity 1 | Time Elapsed: 3 Minutes, Technique: Active Assistive, Description: ball on table: multi-direction roll, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 3 Minutes. |
| • Flexibility Activity 2 | Time Elapsed: 2 Minutes, Technique: Active, Description: seated thoracic extension, Charge As: Therapeutic Activities, Performed by: Tim Barnett , MSPT, OCS, 2 Minutes. |

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Iontophoresis | 97033 | 1 | 8 |
| • Manual Therapy Techniques | 97140 | 1 | 10 |

| | | | |
|---|---|---|---|
| • Neuromuscular Reeducation | 97112 | 1 | 8 |
| • Therapeutic Activities | 97530 | 1 | 15 |
| • Therapeutic Procedure | 97110 | 1 | 8 |

## Assessment

The patient tolerated today's treatment intervention with moderate complaints of pain.

## Plan

***Left Shoulder***

**Recommendations:**

• Continue with current program.

T. Barnett PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on May 18, 2020 14:33:52

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. **Retail**

**P**

US POSTAGE PAID

**$7.75**

Origin: 40504
06/01/20
2046080204-67

PRIORITY MAIL 2-DAY ®

0 Lb 4.70 Oz
1006

EXPECTED DELIVERY DAY: 06/04/20

B900

SHIP
TO:
PO BOX 7209
LONDON KY 40742-7209

USPS TRACKING®NUMBER

9505 5107 4043 0153 2291 46

PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

FROM:
James Zoll

TO:
Lincoln Life
Group Benefits Disability Claims
P O Box 7209
London KY 40742-7209

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

* Domestic only. * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

This envelope is made from post-consumer waste. Please recycle - again.

KORT BEAUMONT PT
3070 Lakecrest Circle
Suite 700
Lexington, KY, USA, 40513
Phone: (859) 296-4080, Fax:
(859) 296-4182

| | | | |
|---|---|---|---|
| **Patient:** | **James Zoll** | | |
| **Acct #:** | **036-430214787** | **Visit Date:** | **May 11, 2020** |
| DOB: | | FSC: | BCBS |
| Clinician: | Tim Barnett , MSPT, OCS | Payor: | ANTHEM KY |
| Prim Phy: | | | |
| Phy Phone: | Not Specified | Insured: | Not Specified |
| Phy Fax: | Not Specified | Employer: | Not Specified |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | Not Specified | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Left Shoulder | M25.512 | Pain in left shoulder |
| Spine | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## Subjective Examination

***Left Shoulder***

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**

- Basic care: Independent Without Difficulty. Work status: Full time / Full duty.
- Independent With Increased Time. Independent With Difficulty.

**Functional Comorbidity Index: Body Measurements:**

| | |
|---|---|
| • Height (in) | 72 Inches |
| • Weight (lbs) | 198 Pounds |
| • Body Mass Index - Calculated | 26.9 |

**Rehabilitation Expectations/Goals:**

- Pain. Loss of Motion/Stiffness. Loss of Function.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint:**

- Loss of Function: Marked Degree. Weakness: Moderate Degree.
- Severity at Worst: 7/10. Severity: Current: 4/10.

**Mechanism of Injury:**

- Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.

***Spine***

**Chief Complaint:**

- Pain: Severity: Current: 6/10.

**Mechanism of Injury:**

- Reports central low back pain beginning about 2 months ago.

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program. The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is fair.

**Recommendations:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State. Return To Work.

## Problems & Goals

***Left Shoulder***

***Problem #1***

**Mechanism of Injury: Reports a LUE injury sustained with fall in 2018. ORIF to L wrist in July of 2018. RTC repair in late 2018. Most recent surgery to the R shoulder in December of 2019.**

*STG Achieve by May 25, 2020.*

**Client Education:**

- Independent Home Exercise/Self Care Program.

***Problem #2***

**Chief Complaint: Pain: Severity at Worst: 7/10.**

*LTG Achieve by Jun 08, 2020.*

**Symptomatic Improvements:**

- Decreasing Pain: to 3/10.

***Problem #3***

| Range of Motion: Shoulder: Pre-Treatment. | Left AROM | Right AROM | Right PROM |
|---|---|---|---|
| • Abduction | 105 | 157 | |
| • External Rotation - 0 deg(reports pain in scapula) | 30 | 85 | |
| • External Rotation - 90 deg | | | 50 |
| • Flexion | 118 | 155 | |
| • Internal Rotation - 90 deg | | | 30 |

*LTG Achieve by Jun 08, 2020.*

| Range of Motion Improvements to: Shoulder: | Left AROM |
|---|---|
| • Flexion | 130 |
| • Abduction | 130 |
| • External Rotation - 0 deg | 45 |

***Spine***

***Problem #4***

**Chief Complaint: Pain: Severity: Current: 6/10.**

*STG Achieve by May 25, 2020.*

**Symptomatic Improvements:**

- Decreasing Pain: to 4/10.

*LTG Achieve by Jun 08, 2020.*

**Symptomatic Improvements:**

- Decreasing Pain: to 2/10.

***Problem #5***

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

- Active Extension. 30 Degrees
- Active Flexion 60 Degrees

*LTG Achieve by Jun 08, 2020.*

**Range of Motion Improvements to: Spine: Lumbar (Degrees):**

- Active Flexion 75 Degrees

## Plan

***Left Shoulder***

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Manual Therapy Techniques. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.
- Recumbent Stepper. Upper Body Ergometer.

T B PT

Tim Barnett , MSPT, OCS, PT(KY Lic: 004291)
Signed on May 11, 2020 17:20:56

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

| **Physician/NPP Signature** | **Date** | **Print Name and Credentials** |
|---|---|---|

**Patient: James Zoll** **DOB:**
**Facility Fax: (859) 296-4182**

**PAIN CONSULTANTS OF CENTRAL KENTUCKY, PLLC**
Chris Swayze, M.D.
2716 Old Rosebud Road, Ste. 210, Lexington, Kentucky 40509
Office (859) 263-0533 Fax (859) 263-0534

may fourth 2020

office visit note

James Zoll

the patient returns for the first time since his consultation February 25. He tried the Voltaren gel on his shoulder and thinks that it was of some benefit, but it was "not great." He has used it in the past with similar response. I tried the Flector patch, but his insurance would not approved. His current VAPS is six, but now his low back pain is equal in intensity with his shoulder. He had low back pain during the time leading up to his consultation, but we elected to start the shoulder. It has flared recently, and is worsened by prolonged sitting and prolonged walking. He has pain in both the anterior and posterior left thigh. Most of the pain is in the low back, left of midline, with a lesser amount in the anterior and posterior thigh. The shoulder pain continues in the same location, and high felt it was nociceptive. It is certainly not CRPS, and since it is generally anterior would not likely respond to suprascapular nerve block. Dr. Lamb was kind enough to increase his Elavil as I had suggested, but the patient felt hung over and did not see an improvement in his symptoms, so he went back to 25 mg at bedtime as before.

Physical examination: In general, he is well-developed, well-nourished and in no acute distress. Cognition is intact, affect is somewhat dulled, mood mildly depressed. Speech is normal in content and cadence, and there is no dysarthria or thought abnormality. Gait is somewhat slowed, but upright and well-balanced with symmetric stride length and equal weightbearing. Motor function of the upper extremities is grossly intact but was not challenged in detail due to the coronavirus emergency. There is no gross asymmetry or abnormality of color distally. Motor function the lower extremities is adequate for ambulation without gross asymmetry.

Impression: Left shoulder pain, likely nociceptive after injury. Two operations have not relieved his pain. Trial of increased Elavil gave side effects without relief. This is not CRPS. Low back pain, probably lumbar spondylosis without myelopathy, with projection of facet pain to the anterior and posterior thigh on the left.

Plan: He is pursuing disability, which is being handled elsewhere. We discussed the possibility of tens, which is a good option. I gave him a printout on some available tens units, and some general instructions. If he has difficulties getting relief he will bring his unit in for lead placement. We also agreed that as he has gotten some benefit from physical therapy in the past, we will order another course to the left shoulder, hopefully to include iontophoresis; we will also add the low back in hopes that his low back pain can be improved with therapy and we can avoid additional medication. We had a discussion about carrying on life in a new direction, and I encouraged him to catalog his physical "assets" so that he can determine what he is able to do rather than what he is not able to do. He will work on this for his return visit. I'll see him back in about a month to follow-up on his therapy but he should call sooner should problems occur. Chris Swayze M.D. 1022 – 1056, greater than 50% counseling and planning

Social Security Administration
**Please read the instructions before completing this form.**

Form Approved
OMB No. 0960-0527

| Name (Claimant) (Print or Type) James Zoll | Social Security Number |
|---|---|
| Wage Earner (If Different) | Social Security Number - - |

**Part I** **APPOINTMENT OF REPRESENTATIVE**

I appoint this person, ______ **, The Advocator Group 101 Edgewater Drive, Suite 260, Wakefield, MA 01880** ______,
(Name and Address)

to act as my representative in connection with my claim(s) or asserted right(s) under:

☒ Title II (RSDI) ☐ Title XVI (SSI) ☐ Title XVIII (Medicare Coverage) ☐ Title VIII (SVB)

This person may, entirely in my place, make any request or give any notice; give or draw out evidence or information; get information; and receive any notice in connection with my pending claim(s) or asserted right(s).

☒ I authorize the Social Security Administration to release information about my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g. clerks), partners, and/or parties under contractual arrangements (e.g. copying services) for or with my representative.

☒ I appoint, or I now have, more than one representative. My main representative is **Elizabeth Gordon** ______.
(Name of Principal Representative)

| Signature (Claimant) X James Zoll | Address | |
|---|---|---|
| Telephone Number (with Area Code) ( ) - | Fax Number (with Area Code) ( ) - | Date X 5/14/2020 |

**Part II** **ACCEPTANCE OF APPOINTMENT**

I, ______, hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not disqualified from representing the claimant as a current or former officer or employee of the United States; and that I will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this form. If I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Part III satisfies this requirement.)

Check one: ☒ I am an attorney. ☐ I am a non-attorney eligible for direct payment under SSA law.
☐ I am a non-attorney not eligible for direct payment.

I am now or have previously been disbarred or suspended from a court or bar to which I was previously admitted to practice as an attorney. ☐ YES ☒ NO

I am now or have previously been disqualified from participating in or appearing before a Federal program or agency ☐ YES ☒ NO

**I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.**

| Signature (Representative) | Address **The Advocator Group 101 Edgewater Drive, Suite 260 Wakefield, MA 01880** | |
|---|---|---|
| Telephone Number (with Area Code) (781) 246 – 8975 | Fax Number (with Area Code) (877) 899 – 1329 | Date |

**Part III** **FEE ARRANGEMENT**

☒ **Charging a fee and requesting direct payment** of the fee from withheld past-due benefits. *(SSA must authorize the fee unless a regulatory exception applies.)*

☐ **Charging a fee but waiving direct payment** of the fee from withheld past-due benefits —I do not qualify for or do not request direct payment. *(SSA must authorize the fee unless a regulatory exception applies.)*

☐ **Waiving fees and expenses from the claimant and any auxiliary beneficiaries** —By checking this block I certify that my fee will be paid by a third-party, and that the claimant and any auxiliary beneficiaries are free of all liability, directly or indirectly, in whole or in part, to pay any fee or expenses to me or anyone as a result of their claim(s) or asserted right(s). *(SSA does not need to authorize the fee if a third-party entity or a government agency will pay from its funds the fee and any expenses for this appointment. Do not check this block if a third-party individual will pay the fee.)*

☐ **Waiving fees from any source** —I am waiving my right to charge and collect any fee, under sections 206 and 1631(d)(2) of the Social Security Act. I release my client and any auxiliary beneficiaries from any obligations, contractual or otherwise, which may be owed to me for services provided in connection with their claim(s) or asserted right(s).

| Signature (Representative) | Date |
|---|---|

**From:**James Zoll <
**Sent:**Wed, 20 May 2020 13:46:45 -0400
**To:**DisabilityDocuments
**Subject:**claim 8560503
**Attachments:**scan0001.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Christine:

Documents enclosed from new disability group (KORT), and pain management doctor.

Thanks,

James Zoll

**From:**[redacted]
**Sent:**Wed, 6 May 2020 15:16:57 -0400
**To:**DisabilityDocuments
**Subject:**FW: Health Record from FollowMyHealth® Claim 8560503
**Importance:**Normal

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent via the Samsung Galaxy S8, an AT&T 5G Evolution capable smartphone

-------- Original message --------
From: FollowMyHealth <noreply@followmyhealth.com>
Date: 5/5/20 8:29 PM (GMT-05:00)
To: [redacted]
Subject: Health Record from FollowMyHealth®

| | |
|---|---|
| Name: | James D Zoll |
| Date of Birth: | [redacted] |
| Gender Identity: | Male |

Documents

4/10/2020Daniel J Hackett - Clinical Summary Document

**Ortho Kentucky; Kentucky Bone and Joint Surgeons**

**Lexington, KY**

## **ZOLL**, James

| [redacted]<br>Born | **Male**<br>Sex | **Anthem**<br>Insurer | **16628**<br>MRN |
|---|---|---|---|

| [redacted]<br>Address | [redacted]<br>Home Phone | English (preferred)<br>Language<br>White<br>Race<br>Not Hispanic or Latino<br>Ethnicity |
|---|---|---|

Guarantor

| James Zoll | [redacted]<br>Address | [redacted]<br>Home Phone | [redacted]<br>Home Email |
|---|---|---|---|

**Visit Summary**

Reason for Visit

Post Operative

## History of Present Illness

Post Operative - Patient is 5 months postop left shoulder arthroscopy (DOS 12-20-29). Post operative pain has been moderate. Pain medications include: Hydrocodone and anti inflammatories (Celebrex) . Post operative treatment includes outpatient physical therapy. Note for "Post Operative": James presents for review of his L shoulder. He states the shoulder has not gotten better. He has been going to PT three times a week but is not going twice a week. He describes having pain when trying to reach the arm upwards. He describes having a sharp painful pain to the top of the shoulder and then also pain to his scapula. 4/10/20: Patient presents today with contniued c/o anterior shoulder pain that has not improved a great deal since last being seen, although he has been unable to participate in PT for the past 3.5 weeks. No other changes

## Medications

| | | | |
|---|---|---|---|
| **Amitriptyline HCl** | | | |
| **Atorvastatin Calcium** | | | |
| **Celecoxib 100 MG Oral Capsule**<br>(100 MG) | | | |
| **Diclofenac Sodium 1 % Transdermal Gel**<br>4 gram qid for 30 days<br>*Quantity:* 100 {Gram} | *Refills:* 5 | *Ordered:* 10-Apr-2020<br>HACKETT Jr, MD, Daniel J | *Start :* 10-Apr-2020 |
| **Hydrocodone-Acetaminophen**<br>PCP as needed | | | *Comments:* Medication taken as needed. |
| **HYDROcodone-Acetaminophen 7.5-325 MG Oral Tablet**<br>(7.5-325 MG) | | | |
| **Imitrex 25 MG Oral Tablet**<br>for migraines as needed (25 MG) | | | *Comments:* Medication taken as needed. |
| **Imitrex 6 MG/0.5ML Subcutaneous Solution**<br>as needed for migraines (6 MG/0.5ML) | | | |
| **KlonoPIN 1 MG Oral Tablet**<br>(1 MG) | | | |
| **Pristiq** | | | |
| **TiZANidine HCl** | | | |

## Problems

| | |
|---|---|
| **Pain in left acromioclavicular joint** | *Comments:* 5 months s/p L shoulder ASC capsular release and DCE. He continues to have significant pain, and he has not seen a great deal of improvement since last being seen. He has been unable to participate in PT 2/2 covid outbreak. At this point, we offered to try to find other Pt's to work with manual therapy and possibly iontophoresis. At this point, given his h/o asthma, we will continue with his HEP in hopes of avoiding PT offices. We will refill his diclofenac gel. He will f/u in 5-6 weeks. Should he wish to start PT elsewhere, he will call us to set up an appt for him. MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy |
| **S/P rotator cuff repair** | |

## Allergies

| | | |
|---|---|---|
| **No Known Drug Allergies (Allergy)** | | *Onset:* 17-Apr-2019 |

## Procedures

| | | |
|---|---|---|
| **Telemedicine Visit** | *Date:* 10-Apr-2020 | Completed 10-Apr-2020 |
| **Follow up in 6 weeks** | *Date:* 10-Apr-2020 | Completed 10-Apr-2020 |
| **Fracture** | | Completed<br>*Comments:* L Wrist |
| **Rotator Cuff Surgery** | | Completed<br>*Comments:* left |

## Health Care Providers

**Ambulatory Health Care Facilities (Primary Care Provider)**

| | | |
|---|---|---|
| John Ziegler, MD | 3099 Hemsdale Pace<br>Lexington, KY 40509<br>Address | (859) 258-6401<br>Work Phone |

**Ambulatory Health Care Facilities**

| | | |
|---|---|---|
| Daniel Hackett, Jr, MD | 216 Fountain Court, Suite 250<br>Lexington, KY 40509-2510<br>Address | (859) 276-5008<br>Work Phone |

**Ambulatory Health Care Facilities (Consulting Provider)**

| | | |
|---|---|---|
| John Hobbs, MD | Central Internal Medicine 2101 Nicholasville Rd, Suite 304<br>Lexington, KY 40503<br>Address | (859) 277-5771<br>Work Phone |

**Pharmacy**

| | | |
|---|---|---|
| Wal-Mart Neighborhood Market 4607 | 3735 PALOMAR CENTRE DRIVE<br>LEXINGTON, KY 40513<br>Address | (859) 224-0495<br>Work Phone |

## Document Details

**Ortho Kentucky; Kentucky Bone and Joint Surgeons**
216 Fountain Ct Ste 250
Lexington, KY 40509-2510
Address
(859) 276-5008
Work Phone
Professional EHR 203.0.0.1047
April 10, 2020 14:32 -0400
Published

**Powered by Allscripts™** Style Sheet V2.2

DISCLAIMER: This information is supplied from the patient's medical record via a patient portal. The medical provider is listed as the source. Items with a source of 'Patient-Entered' were added by the patient. This record may not be complete or up to date, and should not be used for providing medical advice. For an official copy of the individual's medical record, the patient (or custodian) must contact their medical provider.

Generated on 5/5/2020 8:29:32 PM by FollowMyHealth® (http://www.followmyhealth.com).

**From:**zoll <
**Sent:**Wed, 06 May 2020 14:29:20 -0400
**To:**DisabilityDocuments
**Subject:**Claim 8560503
**Importance:**Normal

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I recently saw my pain management doctor on May 4th, 2020 at 10 a.m., with Chris Swayze. The governor has just recently lifted restrictions with one on one visits with doctors. I got a physical therapy prescription (enclosed) for 1. Left shoulder pain with iontophoresis treatment and 2. Low back pain. My current physic therapy place, Cardinal Valley outpatient p.t., is still closed since mid March. I have been doing home exercises daily that cardinal valley has sent out. I had to find another physical therapy place to get treatment, due to several with closures. Due to covid19. I am going to Kort on Beaumont circle on May 11th at 4 p.m. to start physical therapy at new place.

**Pain Consultants of Central Kentucky, PLLC**

**Chris Swayze, M.D.**

P.O. Box 1723
Lexington, KY 40588-1723
DEA# BS1597686
Phone (859)-263-0533

2716 Old Rosebud Rd. Ste 210
Lexington, KY 40509
KY Lic. #29101
Fax (859)-263-0534

Name: James Zoll

Address: ______ Date: 5/4/2020

SECURITY FEATURES ON BACK

℞ Physical Therapy Eval & Treat

1. Left Shoulder Pain (NOT CRPS)
   - please include iontophoresis if possible
2. low back pain / facet arthritis

- ☐ 1 - 24
- ☐ 25 - 49
- ☐ 50 - 74
- ☐ 75 - 100
- ☐ 101 - 150
- ☐ 151 and over

RXS17010325991280

Refill NR 1 2 3 4 5 Void after: ______

Dispense as Written ______ May Substitute

Prescription is void if more than one (1) prescription is written per blank.

Sent via the Samsung Galaxy S8, an AT&T 5G Evolution capable smartphone

**From:** zoll <
**Sent:** Wed, 06 May 2020 14:48:05 -0400
**To:** DisabilityDocuments
**Subject:** Claim 8560503
**Importance:** Normal

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Enclosed are my home exercises that was given to me by cardinal hill hopital outpatient p.t. while physical therapy was shut down by state governor.

## Corner Pec Major Stretch

SETS: 3 HOLD: 30 DAILY: 2

1



2



### Setup

Begin in a standing upright position facing a corner. Place your forearms flat on the wall on each side of the corner with your elbows at shoulder height.

### Movement

Slowly lean forward, taking a small step if needed, until you feel a gentle stretch in the front of your shoulders. Hold this position.

### Tip

Make sure to keep your upper back and neck relaxed. Do not shrug your shoulders during the stretch.

MEDBRIDGE Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider.

## Isometric Shoulder Adduction

REPS: 10 HOLD: 3 DAILY: 1

1



### Setup

Begin in a standing upright position with your elbow bent at 90 degrees and a towel roll tucked in between your elbow and your body.

### Movement

Gently press your elbow into your side and hold.

### Tip

Make sure to keep your back straight during the exercise.

MEDBRIDGE Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider.

## Standing Isometric Shoulder Internal Rotation at Doorway

REPS: 10 HOLD: 3 DAILY: 1

1



### Setup

Begin in a standing upright position facing a doorframe with your involved arm bent and a towel between the inside of your hand and the doorframe.

### Movement

Gently press your hand inward into the towel. Hold, then relax and repeat.

### Tip

Make sure to maintain good posture and do not shrug your shoulder. There should be little to no movement during the exercise.

## Isometric Shoulder Abduction at Wall

REPS: 10 HOLD: 3 DAILY: 1

1



### Setup

Begin in a standing upright position with your elbow bent 90 degrees, with a towel between the side of your arm and a wall.

### Movement

Push your arm sideways into the wall, then relax and repeat.

### Tip

Make sure to keep your back straight during the exercise. There should be little to no movement.

MEDBRIDGE Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider.

## Isometric Shoulder Flexion at Wall

| REPS: 10 | HOLD: 3 | DAILY: 1 |
| --- | --- | --- |

1



### Setup

Begin in a standing upright position with your elbow bent 90 degrees, and a small towel between your fist and a wall.

### Movement

Push your arm directly into the wall, then relax and repeat.

### Tip

Make sure to keep your back straight during the exercise. There should be little to no movement.

## Isometric Shoulder Extension at Wall

| REPS: 10 | HOLD: 3 | DAILY: 1 |
| --- | --- | --- |

1



## Setup

Begin in a standing upright position with your elbow bent 90 degrees, and a towel between the back of your arm and a wall.

## Movement

Push your elbow directly backward into the wall, then relax and repeat.

## Tip

Make sure to keep your back straight during the exercise. There should be little to no movement.

---

# Isometric Shoulder External Rotation at Wall

| REPS: 10 | HOLD: 3 | DAILY: 1 |
| --- | --- | --- |

1



## Setup

Begin in a standing upright position with your elbow bent 90 degrees, and a towel between your wrist and a wall.

## Movement

Push your arm into the wall as if you were rotating your forearm outward, keeping your elbow tucked at your side, then relax and repeat.

## Tip

Make sure to keep your back straight during the exercise. There should be little to no movement.

MEDBRIDGE Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider.

## Scapular Retraction with Resistance

REPS: 10 SETS: 2 DAILY: 1







### Setup

Begin standing upright with your elbows bent and tucked at your sides, holding the ends of a resistance band that is anchored in front of you.

### Movement

Squeeze your shoulder blades together and downward, pulling against the resistance band. Hold this position, then relax and repeat.

### Tip

Make sure to keep your back straight and do not shrug your shoulders during the exercise.

MEDBRIDGE Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider.

Prepared By: Jennifer Hensley
2050 Versailles Road
Lexington, KY
Phone: 859 2545701

Encompass Health

# Seated Shoulder Flexion AAROM with Pulley Behind

REPS: 30 DAILY: 2

1



2



## Setup

Begin sitting upright with a pulley anchored at the top of a doorway behind you, holding a handle in each hand.

## Movement

Pull down with your uninvolved arm, allowing your involved arm to be lifted straight overhead. Hold, then slowly return to the starting position and repeat.

## Tip

Make sure to keep your arms and back straight. Do not shrug your shoulders during the exercise.

MEDBRIDGE Disclaimer: This program provides exercises related to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your health care provider.

## Seated Shoulder Scaption AAROM with Pulley at Side

REPS: 30 DAILY: 2

1

2



### Setup

Begin sitting upright with a pulley anchored at the top of a doorway to the side of your involved arm, holding a handle in each hand.

### Movement

Pull down with your uninvolved arm, allowing your involved arm to be lifted out to your side at roughly a 30 degree angle from your body. Hold, then slowly return to the starting position and repeat.

### Tip

Make sure to keep your involved arm and back straight. Do not shrug your shoulders during the exercise.



**Lincoln/Zoll 2661**



Sent via the Samsung Galaxy S8, an AT&T 5G Evolution capable smartphone

**From:**zoll <
**Sent:**Wed, 6 May 2020 14:57:45 -0400
**To:**DisabilityDocuments
**Subject:**FW: Outpatient Therapy Services claim 8560503
**Importance:**Normal

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Christine:

This letter was sent to me on March 19th by my physical therapist. Currently as of may 6th 2020, they are still closed for outpatient physical therapy. Call the number 859-246-8925 . It is a recorded line that says they are closed thru April 30th. They have not updated it. I have got a hold of the medical records department and they are going to release my records to me. I have an appointment with Kort physical therapy May 11th at 4 p.m. , since cardinal hill therapy is still shut down. Please respond back by phone or email to me. Claim # 8560503.

Thanks,

James Zoll

Sent via the Samsung Galaxy S8, an AT&T 5G Evolution capable smartphone

-------- Original message --------
From: zoll <
Date: 5/5/20 9:33 PM (GMT-05:00)
To:
Subject: FW: Outpatient Therapy Services

Sent via the Samsung Galaxy S8, an AT&T 5G Evolution capable smartphone

-------- Original message --------
From: "Hensley, Jennifer" <Jennifer.Hensley@encompasshealth.com>
Date: 3/19/20 9:31 PM (GMT-05:00)
To:
Subject: Outpatient Therapy Services

Mr. Zoll,

I want to apologize for suspending your physical therapy. We are temporarily closing the outpatient therapy clinic due to facility mandated closure for COVID-19 precautionary measures. Our anticipated return date is March 30, 2020. We will be contacting you when the clinic is ready to re-open. Please e-mail me if you have any other questions.


Jennifer Hensley. MSPT

**Outpatient Therapy Services**

**O** 859 246-8925| **F** 859 246-8926

**Cardinal Hill Rehabilitation Hospital**

2050 Versailles Rd.

Lexington, KY 40504

Jennifer.Hensley@encompasshealth.com


---


Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you.

**From:**zoll <
**Sent:**Wed, 06 May 2020 16:54:55 -0400
**To:**DisabilityDocuments
**Subject:**FW: Claim 8560503 Re: Outpatient Therapy Services
**Importance:**Normal

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent via the Samsung Galaxy S8, an AT&T 5G Evolution capable smartphone

-------- Original message --------
From: "Hensley, Jennifer" <Jennifer.Hensley@encompasshealth.com>
Date: 5/6/20 3:21 PM (GMT-05:00)
To: zoll <
Subject: Re: Outpatient Therapy Services

Hi James,

I'm sorry you are having so much difficulty with your LTD. I have been furloughed since March 20th and do not have access to medical records at this time. I have sent your email and information to our Director of Therapy Operations, Emily Brock. I believe that they have added an additional note in your medical record in April stating that services were still suspended, so it may be as simple as requesting your most recent medical record. Please let me know when this is addressed.

They are working on a plan to re-open outpatient services soon. The outpatient physicians' clinic is opening next week and the therapy office plans are being reviewed by our regional leadership. We do not have a specific re-opening date as of yet, but as soon as we do I'll let you know. As for iontophoresis w/ dexamethasone, that is something that we perform in the office and would be happy to initiate once the office has re-opened. The dexamethasone will need to come from your pharmacy, so having that already filled and ready to go will allow the treatment to begin immediately.

I'm sorry that I cannot directly facilitate your LTD problems, but hopefully it will get resolved quickly. I hope you and your family are well and I look forward to seeing you soon.


Jennifer Hensley. MSPT

**Outpatient Therapy Services**

**O** 859 246-8925| **F** 859 246-8926

**Cardinal Hill Rehabilitation Hospital**

2050 Versailles Rd.

Lexington, KY 40504

Jennifer.Hensley@encompasshealth.com


**From:** zoll <
**Sent:** Tuesday, May 5, 2020 9:09:58 PM
**To:** Hensley, Jennifer;
**Subject:** RE: Outpatient Therapy Services

****WARNING::This email originated outside Encompass Health::WARNING****
DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

---

Hello Jennifer:

Hope your doing well and that you are safe and free of any virus. Could you send me a new date and time that the outpatient physical therapy is closed . The email stated that cardinal hill was closed thru March 30th. I know they were closed at least thru April 30th.

Liberty mutual wants more information, attached is the letter. They are a hassle and they dont answer the phone. They are threatening to suspend my benefits, unless I get notes from 3/30/2020 & 4/28/2020 Uggh!! Lol

Also does cardinal valley p.t. do iontophoresis for shoulders with dexamethasone.

Your help would be appreciated,

James Zoll

Sent via the Samsung Galaxy S8, an AT&T 5G Evolution capable smartphone

-------- Original message --------
From: "Hensley, Jennifer" <Jennifer.Hensley@encompasshealth.com>
Date: 3/19/20 9:31 PM (GMT-05:00)
To:
Subject: Outpatient Therapy Services

Mr. Zoll,

I want to apologize for suspending your physical therapy. We are temporarily closing the outpatient therapy clinic due to facility mandated closure for COVID-19 precautionary measures. Our anticipated return date is March 30, 2020. We will be contacting you when the clinic is ready to re-open. Please e-mail me if you have any other questions.

Jennifer Hensley. MSPT

**Outpatient Therapy Services**

**O** 859 246-8925| **F** 859 246-8926

**Cardinal Hill Rehabilitation Hospital**

2050 Versailles Rd.

Lexington, KY 40504

Jennifer.Hensley@encompasshealth.com

---

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you.

**From:** zoll <
**Sent:** Wed, 0 6 aMy2y2 14:29:9- D2- 22
**To:** s ibauilitM ocnmeCtb
**Subject:** 8laim 5302329
**Importance:** Normal

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Letter from director of operations at cardinal hill hospital for outpatient physical therapy.  Found treatment at Kort physical therapy, starting May 11th, 2020.

Thanks,

James Zoll

6:57 ··· 5%

Mr. Zoll,

Here is the letter that was requested.

To Whom It May Concern:

Cardinal Hill Outpatient therapy services was closed on March 19, 2020 due to the COVID-19 pandemic. At this time, we remained closed with no set planned re-opening. Mr. Zoll has been a patient with Cardinal Hill Outpatient Therapy services since 1/20/2020. He was provided with a home exercise program in order to maintain function until he could resume therapy. Please let me know if you have any additional questions.

Thank you,

Emily Brock
**Interim Director of Quality and Risk Management**
**Director of Therapy Operations**
**O** (859) 254-5701 ext 5382 | **M** (859) 475-3945
**Cardinal Hill Rehabilitation Hospital**
2050 Versailles Road
Lexington, Kentucky 40504
**E** emily.brock@encompasshealth.com
**W** cardinalhillrehabilitation.com
Encryptme

Sent via the Samsung Galaxy S8, an AT&T 5G Evolution capable smartphone

**From:**zoll <
**Sent:**Mon, 4 May 2020 12:53:44 -0400
**To:**DisabilityDocuments;jwilliamson70@yahoo.com
**Subject:**Claim 8560503
**Importance:**Normal

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Documents enclosed

Kentucky Bone & Joint Surgeons
Orthopaedics & Sports Medicine

A Division of Ortho Kentucky, PLLC

Kaveh Robert Sajadi, MD
Sam Coy, MD
Andrew Ryan, MD
Daniel Hackett, Jr, MD
Greg Cowen, PA-C
216 Fountain Court, Suite 250
Lexington, KY 40509
Phone (859) 276-5008
Fax (859) 278-6401

## Medical Form Information

Today's Date 4/23/20

Patient Name: James Zoll DOB: 12/22/1968

Employee's name (if not patient): ____ Relation: ____

Contact Phone #: (859) 333-8013

☒ Paid for form

**We typically authorize patients to be off work for up to twelve weeks following a SURGERY, and then to return to work with restrictions afterwards (depending on their job duties and whether or not the employer can accommodate restrictions). If you plan to return to work sooner, that is also fine provided that your surgeon agrees.**

Procedure/Surgery (L) Shldr arthroscopic capsular release

Provider: Sajadi Coy Ryan Hackett Cowen

Date of procedure/surgery: 12/20/19

Date leave to begin: 12/20/19 Date planning to return to work: TBD

Any specific restrictions or notes?: He has not been able to attend PT due to COVID-19. F/U in 5-6 wks

How do you want the forms returned?: *(check all that apply)*

Fax to number listed on form (please make sure number is listed on form)

☐ Fax to another number ____ Attention to: ____

☒ Mail copy to patient (Envelope attached)

☐ Other ____

*****Forms require a $20 fee that must be paid BEFORE they are completed. Please allow 2 weeks for return of forms from the time of payment & receipt.*****

**Medical Source Statement Form**

Patient: James D. Zoll DOB: 12/22/1968

Please indicate when you first began treating this patient: 4/17/2019

Please indicate the medical condition(s) for which you are the treating physician: pain in left acromioclavicular joint, left arm.

Please indicate any **medical condition(s)/diagnoses** that would affect your patient's ability to perform **basic work related activities on a day-to-day basis in a regular 40 hour a week work setting:**

Pt is still recovering from left shoulder arthroscopic capsular release with manipulation under anesthesia left arthroscopic distal clavicle excision. Pt has not fully recovered because he has been unable to complete physical therapy rehab.

Please identify any **objective laboratory tests/clinical examination findings** to substantiate the diagnosed medical condition(s): MRI see clinical information

Please list your patient's primary symptoms, including pain, loss of sensation, fatigue, etc.

Left shoulder/arm pain.
Please see op notes.

To determine this individual's ability to do **work related activities on a day-to-day basis in a regular 40 hour a week work setting**, please indicate what the patient can still do despite his/her impairment(s). Please do not indicate what the patient states he/she can do, but what **YOU** think he/she can do, based on substantiated objective findings.

1. What is the patient's maximum capacity to **LIFT and/or CARRY?**

**Occasionally** (Up to 1/3 *cumulative not continuous* of an 8 hour workday.)

✓ less than 10 pounds ___ 10 pounds ___ 20 pounds ___ 50 pounds ___ 100 pounds

Frequently (1/3 to 2/3 cumulative not continuous of an 8 hour workday.)

✓ less than 10 pounds ___ 10 pounds ___ 20 pounds ___ 50 pounds ___ 100 pounds

2. Please indicate the total number of hours that your patient can **STAND and/or WALK** in an 8 hour workday

___ less than 1 ___ 1 ___ 2 ___ 3 ✓ 4 ___ 5 ___ 6 ___ 7 ___ 8 ___ Unlimited

3. Please indicate the total number of hours that your patient can **SIT** in an 8 hour workday.

___ less than 1 ___ 1 ___ 2 ___ 3 ___ 4 ✓ 5 ___ 6 ___ 7 ___ 8 ___ Unlimited

4. Would it be necessary or medically recommended for your patient **not to sit continuously** in a work setting?

YES ___ NO ✓

5. To what degree can your patient tolerate work stress:

Incapable of low stress ✓ — Capable of low stress ___

Capable of moderate stress ___ — Capable of high stress ___

6. Please indicate to what degree your patient's symptoms would affect his ability to concentrate on basic work activities?

No impairment ___ — 1/3 of 8 hour workday ✓

Minimal impairment ___ — 2/3 of 8 hour workday ___

7. On average, how often would your patient be likely to be absent from work as a result of impairments or treatment?

More than 3 times per month ✓ — About 2-3 times per month ___

About once per month ___ — Less than once per month ___

8. What is the prognosis and recommendation for treatment? MRI of left shoulder demonstrates AC joint arthrosis with possible upper border supras tear without retraction or atrophy. 10weeks L/shoulder ASC capsular release and DCE. He continues to have significant pain but it has improved. but unable to do physical therapy due to COVID-19.

Heather Gannon — 859-276-5008 — 4/28/2020

Signature — Telephone — Date

Heather Gannon surgical coordinator

Please Print Name/Title

KENTUCKY SURGERY CENTER
240 Fountain Court
Lexington, KY 40509

PATIENT: James Zoll

DATE OF SURGERY: 12/20/2019

PHYSICIAN: Daniel J. Hackett, M.D

DATE OF BIRTH:

PREOPERATIVE DIAGNOSIS: Left shoulder AC joint arthritis.

POSTOPERATIVE DIAGNOSES:
1. Left shoulder AC joint arthritis.
2. Left shoulder adhesive capsulitis.

PROCEDURE:
1. Left shoulder arthroscopic capsular release with manipulation under anesthesia.
2. Left arthroscopic distal clavicle excision.

ANTIBIOTICS: Ancef 2 grams IV.

COMPLICATIONS: None apparent.

ESTIMATED BLOOD LOSS: 5 cc.

INDICATIONS FOR THE PROCEDURE: The patient is a 50-year-old male who had a left shoulder injury after a fall from a bicycle approximately 15 months ago with resultant left distal radius fracture and left shoulder cuff tear. He underwent an arthroscopic biceps tenodesis with supraspinatus repair done by an outside physician. Unfortunately, postoperatively he developed significant pain about the anterior aspect of his shoulder with findings consistent with AC joint arthrosis. Despite six months of therapy as well as anti-inflammatories, and all conservative measures, he failed to improve. We discussed the risks and benefits of a performing left shoulder arthroscopic distal clavicle excision with evaluation of his rotator cuff possible any other indicated procedures. The risks including bleeding, infection, nerve injury, risk of continued pain, and the risk of loss of limb and life were discussed.

Continued...

KENTUCKY SURGERY CENTER
240 Fountain Court
Lexington, KY 40509



PATIENT: James Zoll
DATE OF SURGERY: 12/20/2019
PHYSICIAN: Daniel J. Hackett, M.D.

The patient expressed his understanding and wished to proceed with the procedure.

OPERATIVE PROCEDURE: After informed consent had been obtained and the left upper extremity had been marked, the patient was then taken back to the operating suite where a timeout was performed with the entire surgical staff being present. The patient received a preoperative interscalene nerve block. The patient was placed on the T-Max table. He then underwent general anesthesia, intubated, and was placed in the beach chair position. We then performed an examination under anesthesia which demonstrated external rotation 20 degrees and forward elevation to 95 degrees. We then decided an arthroscopic capsular release would be warranted. We then prepped and draped the left upper extremity in the usual sterile fashion. We began the procedure by first making the small posterior portal through his old incisional scar 2.0 cm inferior and 1.0 cm medial to the posterolateral aspect of the acromion. The trocar for the arthroscope was induced in the glenohumeral joint. We then established our anterior portal with an outside-in technique. We then examined the underside of the cuff. It was noted that his supraspinatus did have adequate healing. The subscapularis was intact. The infraspinatus and teres minor were intact. He did have cartilage wear both in one area along the posterior aspect of his humeral head and one area along his anterior aspect of his humeral head with grade 2 and 3 changes on both sides. His glenoid appeared to be intact without any signs of cartilage loss. His labrum was intact including his superior labrum, which did demonstrate evidence of previous tenotomy. Using an arthroscopic shaver and wand, we then performed a 360-degree capsular release and rotator interval release with an arthroscopic wand.

The trocar for the arthroscope was then introduced to the subacromial space.

Continued...

Sent via the Samsung Galaxy S8, an AT&T 5G Evolution capable smartphone

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

| | |
|---|---|
| Date: | April 28, 2020 |
| To: | CARDINAL HILL REHABILITATION HOSPITAL<br>2050 VERSAILLES RD<br>LEXINGTON KY 40504 |
| Attn: | Medical Records |
| Fax: | (859) 254-4612 |
| From: | Christine Kelley<br>Ltd Specialist II<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-8641 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

April 28, 2020

Cardinal Hill Rehabilitation Hospital
2050 VERSAILLES RD
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

To Whom It May Concern:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc. 's Group Disability Policy. We are writing in reference to James D Zoll's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by May 27, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist II
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: 8560503-REQUEST-PROVIDER-03.30.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

| | |
|---|---|
| Date: | March 30, 2020 |
| To: | CARDINAL HILL REHABILITATION HOSPITAL<br>2050 VERSAILLES RD<br>LEXINGTON KY 40504 |
| Attn: | Medical Records |
| Fax: | (859) 254-4612 |
| From: | Christine Kelley<br>Ltd Specialist II<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-8641 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

March 30, 2020

Cardinal Hill Rehabilitation Hospital
2050 VERSAILLES RD
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2020 through present

We ask that you provide this information by April 28, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist II
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: 6048215-EMPLOYEE/CLAIMANT-FORMS-11.29.2018

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) James Zoll Relationship Self

DocuSigned by:
James Zoll
EC44665A3CAE4E4...
Signature of claimant or legal representative

Date of Birth: ___ Claim Number: 6048215 Date: 11/29/2018

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. JAMES D ZOLL

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

April 29, 2020

Mr. James D Zoll

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503

Dear Mr. James D Zoll:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On 3/30/2020 and 4/28/2020, we requested medical records from Cardinal Hill Rehab. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Physical therapy notes from January 1, 2020 through present

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by June 11, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by July 10, 2020, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than May 27, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist II
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

| | |
|---|---|
| Date: | March 30, 2020 |
| To: | CARDINAL HILL REHABILITATION HOSPITAL<br>2050 VERSAILLES RD<br>LEXINGTON KY 40504 |
| Attn: | Medical Records |
| Fax: | (859) 254-4612 |
| From: | Christine Kelley<br>Ltd Specialist II<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-8641 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

March 30, 2020

Cardinal Hill Rehabilitation Hospital
2050 VERSAILLES RD
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2020 through present

We ask that you provide this information by April 28, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist II
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: 6048215-EMPLOYEE/CLAIMANT-FORMS-11.29.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) James Zoll Relationship Self

DocuSigned by:
Signature of claimant or legal representative [signature]
EC44665A3CAE4E4...

Date of Birth: __ ________ Claim Number: 6048215 Date: 11/29/2018

**A copy of this authorization will be considered as valid as the original.**

**SOCIAL SECURITY ADMINISTRATION**

Refer To:

James Zoll

Office of Hearings Operations
Suite 210
2241 Buena Vista Road
Lexington, KY 40505-9901
Tel: (866)783-7301 / Fax: (859)294-8804

January 30, 2020

Betty L Hale
Southeastern Rehabilitation & Training
4789 Pleasant Grove Rd
Lexington, KY 40515

Dear Betty L Hale:

The claimant named below has an application pending for disability benefits. A hearing for the claimant is scheduled, date and time shown below.

**Name of Claimant:** James Zoll **Birth date:** [redacted] **SSN:** [redacted]

**Date and Time:** Thursday, May 28, 2020 at 9:30 AM Eastern (ET)

You are requested to appear and give testimony as a vocational expert in the above hearing.

**Address:** 2241 Buena Vista Rd
Suite 210
Room: 3
Lexington, KY 40505

Your testimony will primarily cover the following period:

July 13, 2018 through the present.

Your presence throughout the hearing is desired since your testimony will be based, in part, on the testimony given by the claimant and any other witnesses, including a medical advisor if needed. Copies of the pertinent exhibits tentatively selected for inclusion in the record of this case are available to you either:

- on a compact disc (CD) that will be mailed under separate cover if not enclosed with this notice,

or

- electronically at https://secure.ssa.gov/ERECA/MEVE01View.

To access the exhibits electronically, you must have registered for an Extra Security online account with ***my* Social Security**. If you have not already done so, you may register for an Extra Security online account at www.ssa.gov/myaccount/.

Please bring this material to the hearing. For additional information concerning your testimony, please see the attachment to this form letter.

Form HA-L84 (12-201

See Next Page

**Kentucky Bone and Joint Surgeons**
216 Fountain Ct Ste 250
Lexington, KY 40509-2510
Phone: (859) 276-5008
Fax: (859) 278-6401

03/04/2020

**To Whom It May Concern:**

James D. Zoll is a patient at Kentucky Bone and Joint Surgeons. James may return to work/school with the following restrictions: no push, pull, lift, over two pounds with Left upper extremity.

If you have further questions regarding this patient's health status, please contact us at (859) 276-5008.

Daniel J. Hackett Jr, MD

James
has an appointment with
**Kentucky Bone & Joint Surgeons**
A Division of Ortho Kentucky, PLLC

Kaveh R. Sajadi, M.D. Daniel J. Hackett, Jr., M.D.
Sam Coy, M.D. Andrew W. Ryan, M.D. Greg L. Cowen, PA-C

Date: 4/10/2020 Time: 10:30 AM

216 Fountain Court
Suite 250
Lexington, KY 40509

Phone: 859-276-5008
Fax: 859-278-6401
www.kyboneandjoint.com

# CARDINAL HILL® REHABILITATION HOSPITAL

Orthopedic Specialty Program

Physical Therapy Progress Note

Seen & agree today. I think continuing c̄ scapular stabilization along c̄ ROM/anything of shoulder would be helpful. Thanks for your help. Please call c̄ questions.

Date: 03/04/2020

Patient Name: James D. Zoll

DOB: [redacted]

Diagnosis: Left Shoulder Capsular Release & Distal Clavicular excision

| AROM: | | MMT: | |
|---|---|---|---|
| Initial Eval | Current | Initial Eval | Current |
| L Shoulder Flexion = 110<br>Abduction = 91<br>External Rot = 32 | Flexion = 119<br>Abduction = 122<br>External Rot: 50 | Not Tested due to Pain & Limitations | L Shoulder Flexion = 3+/5 w/in Available ROM<br>Abduction = 3+/5 w/in available ROM |

Assessment/Functional Gains: Pt continues to be limited by pain & reports pain of 8/10 intensity at its worst & 2/10 at its best. Left Shoulder ROM continues to improve (see above). Strength able to now be tested w/in pt's available ROM which revealed Left shoulder weakness. Pt's Quick Dash score of 52 still indicates significant functional impairment due to pain. Pt will continue to benefit from PT for continued ROM improvement, pain reduction, & strength.

Thank you for the opportunity to participate in the care of your patient. Please feel free to contact us with questions or concerns at 859-246-8925.

Sincerely, SPT 03/04/2020 9:02 am

PT 3/4/2020 9:02

**From:**zoll <
**Sent:**Fri, 27 Mar 2020 17:35:15 -0400
**To:**DisabilityDocuments
**Subject:**Claim 8560503
**Attachments:**20200327_173011.jpg, 20200327_172957.jpg, 20200327_172944.jpg
**Importance:**Normal

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Attached is some documents from James Zoll

Thank you
James Zoll
8560503.

Sent via the Samsung Galaxy S8, an AT&T 5G Evolution capable smartphone

Fax: (603) 559-8641

ATTN:

Christine Kelley
LTD Specialist #1
Liberty Life

From:

James Zoll
Claim # 8560503

**_Kentucky Bone and Joint Surgeons_**
216 Fountain Ct Ste 250
Lexington, KY 40509-2510
Phone: (859) 276-5008
Fax: (859) 278-6401

02/05/2020

**To Whom It May Concern:**

James D. Zoll is a patient at Kentucky Bone and Joint Surgeons. James may return to work/school with the following restrictions: no use of left upper extermity over two pounds. No push, pull, or lifting over two pounds.

If you have further questions regarding this patient's health status, please contact us at (859) 276-5008.

Daniel J. Hackett Jr, MD

James

has an appointment with

# Kentucky Bone & Joint Surgeons

A Division of Ortho Kentucky, PLLC

Kaveh R. Sajadi, M.D. Daniel J. Hackett, Jr., M.D.

Sam Coy, M.D. Andrew W. Ryan, M.D. Greg L. Cowen, PA-C

Date: 3/4/2020 Time: 10:50 AM

216 Fountain Court
Suite 250
Lexington, KY 40509

Phone: 859-276-5008
Fax: 859-278-6401
www.kyboneandjoint.com

Post Operative

History of Present Illness

Post Operative - Patient is 6 weeks postop left shoulder arthroscopy (DOS 12-20-29). Post operative pain has been moderate. Pain medications include: Hydrocodone and anti inflammatories (Celebrex) . Post operative treatment includes outpatient physical therapy. Note for "Post Operative": James continues to have an intense amount of pain to his L shoulder. He states he has been going to PT three times a week and has noticed some improvement but continues with pain.

Vitals

Date

Test

Result

Details

5-Feb-2020 10:50
Pulse 82 /min
Comments: Pattern: Regular

BP Systolic 115 mm[Hg]
Comments: Patient Position: Sitting; Cuff Location: Left Arm; Cuff Size: Standard

BP Diastolic 71 mm[Hg]
Comments: Patient Position: Sitting; Cuff Location: Left Arm; Cuff Size: Standard

Weight 210 lb
Height 72 in
Body Mass Index Calculated 28.48 kg/m2
Body Surface Area Calculated 2.18 m2

Medications

Comments: Medication taken as needed.

Imitrex 6 MG/0.5ML Subcutaneous Solution

as needed for migraines (6 MG/0.5ML)

KlonoPIN 1 MG Oral Tablet

(1 MG)

Pristiq

TiZANidine HCl

Problems

Name

Dates

Details

Pain in left acromioclavicular joint

Comments: 6 weeks s/p L shoulder ASC capsular release and DCE. He continues to have significant pain despite regaining some motion over the past few weeks. At this point, we will start him on Lyrica 75 mg BID, as he does seem to be having some CRPS

symptoms. Additionally, we will refill his celecoxib 200 mg BID. We will refer him to pain mgmt, as his insurance does not carry his provider any longer. He will continue wth PT, focusing on gentle ROM/stretching. F/u in 4 weeks for a repeat exam. MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy

S/P rotator cuff repair

Allergies

Name

Dates

Details

No Known Drug Allergies (Allergy)
Onset: 17-Apr-2019

Procedures

Procedure

Dates

Details

Referral to Pain Management Date: 5-Feb-2020
Follow up in 1 month Date: 5-Feb-2020 Completed 5-Feb-2020

Family History

Fax : (603) 559 - 8641

ATTN :

Christine Kelley
LTD Specialist #1
Liberty Life

From :

James Zoll
Claim # 8560503

# Person Appointment Itinerary

## Cardinal Hill Rehabilitation Hospital

2050 Versailles Road
Lexington, KY 40504–1499
(859)367–7125

ZOLL, JAMES D

Medical Record Number: 537631
Gender: Male
DOB:

| Location | Date | Time | Appointment Type | Resource |
|---|---|---|---|---|
| **0196 OP Therapy Preparations** | 01/22/20 | 09:30 | OTS PT Additional Tx Ortho 45 | Arseneau, Julie PT |
| **0196 OP Therapy Preparations** | 01/24/20 | 10:15 | OTS PT Additional Tx Ortho 45 | Fifield, Patrick PTA |
| **0196 OP Therapy Preparations** | 01/27/20 | 15:00 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| **0196 OP Therapy Preparations** | 01/29/20 | 15:00 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| **0196 OP Therapy Preparations** | 01/31/20 | 11:00 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| **0196 OP Therapy Preparations** | 02/03/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| **0196 OP Therapy Preparations** | 02/05/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| **0196 OP Therapy Preparations** | 02/07/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |

# Person Appointment Itinerary

## Cardinal Hill Rehabilitation Hospital

2050 Versailles Road
Lexington, KY 40504–1499
(859)367–7125

ZOLL, JAMES D

Medical Record Number: 537631
Gender: Male
DOB:

| Location | Date | Time | Appointment Type | Resource |
|---|---|---|---|---|
| **0196 OP Therapy Preparations** | 02/10/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| **0196 OP Therapy Preparations** | 02/12/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Fifield, Patrick PTA |
| **0196 OP Therapy Preparations** | 02/14/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| **0196 OP Therapy Preparations** | 02/17/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| **0196 OP Therapy Preparations** | 02/19/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| **0196 OP Therapy Preparations** | 02/21/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Fifield, Patrick PTA |
| **0196 OP Therapy Preparations** | 02/24/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| **0196 OP Therapy Preparations** | 02/26/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |

# Person Appointment Itinerary

## Cardinal Hill Rehabilitation Hospital

2050 Versailles Road
Lexington, KY 40504-1499
(859)367-7125

ZOLL, JAMES D

Medical Record Number: 537631
Gender: Male
DOB:

| Location | Date | Time | Appointment Type | Resource |
|---|---|---|---|---|
| **0196 OP Therapy Preparations** | 03/02/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Fifield, Patrick PTA |
| **0196 OP Therapy Preparations** | 03/04/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| **0196 OP Therapy Preparations** | 03/09/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| **0196 OP Therapy Preparations** | 03/11/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Fifield, Patrick PTA |
| **0196 OP Therapy Preparations** | 03/16/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| **0196 OP Therapy Preparations** | 03/18/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| **0196 OP Therapy Preparations** | 03/23/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Fifield, Patrick PTA |
| **0196 OP Therapy Preparations** | 03/25/20 | 12:45 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |

If you require any scheduling changes, please notify the Scheduling Department at (859) 367-7125.
Thank you for choosing **Cardinal Hill Rehabilitation Hospital** for your healthcare needs.

*** End of Itinerary ***

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

| | |
|---|---|
| Date: | January 16, 2020 |
| To: | DR DANIEL HACKETT<br>230 FOUNTAIN CT STE 180<br>LEXINGTON KY 40509 |
| Attn: | Medical Records |
| Fax: | (859) 278-6401 |
| From: | Christine Kelley<br>Ltd Specialist II<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-8641 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

January 16, 2020

Dr. Daniel Hackett
230 FOUNTAIN CT STE 180
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

Dear Dr. Daniel Hackett:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2019 through present

We ask that you provide this information by January 30, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist II
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: 6048215-EMPLOYEE/CLAIMANT-FORMS-11.29.2018

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) James Zoll Relationship Self

Signature of claimant or legal representative DocuSigned by: James Zoll EC44665A3CAE4E4...

Date of Birth: ______ ________ Claim Number: 6048215 Date: 11/29/2018

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 308-4895
Secure Fax No.: (603) 559-8641

January 16, 2020

Dr. Daniel Hackett
230 FOUNTAIN CT STE 180
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

Dear Dr. Daniel Hackett:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2019 through present

We ask that you provide this information by January 30, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

# Chart

## James D. Zoll

**DOB:**



PAGE 2/5 * RCVD AT 1/16/2020 12:13:03 PM [Eastern Standard Time] * SVR:VA1PWFAX201/12 * DNIS:6035598641 * CSID: * ANI:18592780025 * DURATION (mm-ss):01-54

# Encounters

**Encounter 1** Date 01/06/2020
**Diagnosis** Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890)



PAGE 3/5 * RCVD AT 1/16/2020 12:13:03 PM [Eastern Standard Time] * SVR:VA1PWFAX201/12 * DNIS:6035598641 * CSID: * ANI:18592780025 * DURATION (mm-ss):01-54

**Encounter #1**

**History & Physical Report**
**1/6/2020: Office Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 1/6/2020 10:53 AM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 1/6/2020 12:00 PM)
The patient is a 51 year old male who presents for a follow-up for Post Operative. Patient is 2 weeks postop left shoulder arthroscopy (DOS 12-20-29). Post operative pain has been moderate. Pain medications include: Hydrocodone and anti inflammatories (Celebrex) . Note for "Post Operative": 1-6-2020: Patient still has the persistent pain, but is hopeful it will improve. He is taking Celebrex to help control pain, he takes the pain med only when needed.

Allergies (Jen Shaffer; 1/6/2020 10:54 AM)
No Known Drug Allergies [04/17/2019]:
Allergies Reconciled

Medication History (Jen Shaffer; 1/6/2020 10:56 AM)
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
HYDROcodone-Acetaminophen (7.5-325MG Tablet, Oral) Active.
Celecoxib (100MG Capsule, Oral) Active.
Medications Reconciled

Social History (Jen Shaffer; 1/6/2020 10:54 AM)
Alcohol use 04/17/2019: occasional
Exercise 04/17/2019: daily
Exercise Tolerance 04/17/2019: 3-4 flights of stairs
Handed right handed
Marital status 04/17/2019: single
Tobacco use Never smoker. 04/17/2019: never smoker

Review of Systems (Daniel J. Hackett Jr, MD; 1/6/2020 12:00 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Vitals (Jen Shaffer; 1/6/2020 10:57 AM)
1/6/2020 10:56 AM
**Weight:** 210 lb **Height:** 72 in
**Body Surface Area:** 2.18 m² **Body Mass Index:** 28.48 kg/m²
**Pulse:** 79 (Regular)
**BP:** 109/78 (Sitting, Right Arm, Standard)

Physical Exam (Daniel J. Hackett Jr, MD; 1/6/2020 12:00 PM)
**General**
**Mental Status** - Alert.

**Integumentary**
**Problem #1**
**Incision** - Dry and Intact, no drainage present, no redness.

**Musculoskeletal**
**Upper Extremity**

**Shoulder: Inspection and Palpation - Tenderness** - mild. **Swelling** - none, (L). **Sensation is** - normal, (L).
**ROJM:**
**Left: External Rotation - PROM** - 30 °. **Elevation through flexion - PROM** - 100 °. **Left - Testing limited** - not able to perform evaluation.

Assessment & Plan (Daniel J. Hackett Jr, MD; 1/6/2020 12:01 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Story: MRI of L shoulder demonstrates AC joitn arthrosis with possible upper border SSc tear without retraction or atrophy
Impression: 2 weeks s/p L shoulder ASC capsular release and DCE. Doing well.

1) PT for ROM/stretching
2) f/u in 1 month for a repeat exam
Current Plans

- Referral to Physical Therapy
- Follow up in 1 month or sooner for any problems

S/P rotator cuff repair (V45.89 | Z98.890)

Signed by Daniel J Hackett, Jr, MD (1/6/2020 12:01 PM)



PAGE 5/5 * RCVD AT 1/16/2020 12:13:03 PM [Eastern Standard Time] * SVR:VA1PWFAX201/12 * DNIS:6035598641 * CSID: * ANI:18592780025 * DURATION (mm-ss):01-54

ATTN:

Christine Kelley
LTD Specialist #1

Fax: (603) 559-8641

From

James Zoll
Claim # 8560503

Facility: KYSC

Surgeon: HACKETT



stryker










Patient ID: 001

Patient Name: ZOLL,JAMES

Procedure Date: 12/20/2019

Procedure: LEFT SHOULDER ARTHROSCOPY

Facility: KYSC

Surgeon: HACKETT



stryker







Patient ID: 001

Patient Name: ZOLL,JAMES

Procedure Date: 12/20/2019

Procedure: LEFT SHOULDER ARTHROSCOPY

**Kentucky Bone & Joint Surgeons**
A Division of Ortho Kentucky, PLLC
216 Fountain Court • Suite 250 • Lexington, KY 40509
(859) 276-5008 • Fax: (859) 278-6401

**Kaveh R. Sajadi, M.D.**
DEA# BS 8085816

**Sam Coy, M.D.**
DEA# FC 0930594

**Daniel J. Hackett, Jr., M.D.**
DEA# FH 6113992

**Greg L. Cowen, PA-C**
NPI 1225094709

**Andrew W. Ryan, M.D.**
DEA# BR 2399447

Name: James Zoll DOB: ______
Address: ______ Date: 1/6/20

℞ Physical therapy:
s/p (R) shoulder capsular release
+ distal clavicle excision.
Please work in gentle
ROM exercises. When AAFE 150,
may progress to strengthening.

Refill ~~1 2 3 4 5~~ (0)

☐ Label

[signature] MD

TO ENSURE BRAND NAME DISPENSING, PRESCRIBER MUST WRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" ON THE PRESCRIPTION

## Cardinal Hill Rehabilitation Hospital
**ORTHOPEDIC SPECIALTY PROGRAM**

**Appointment reminder**

Name: James Zoll
Date: 1/20/19
Time: 2:30 a.m. / (p.m.)
Therapist: Jennifer

**To confirm, reschedule or cancel appointment, call 859.246.8925.**

**Bring with you**

- Insurance card(s)
- List of all medications
- Photo ID

As a reminder, client financial responsibility is due at time of service.

CARDINAL HILL® REHABILITATION HOSPITAL

James

has an appointment with

# Kentucky Bone & Joint Surgeons

A Division of Ortho Kentucky, PLLC

Kaveh R. Sajadi, M.D. Daniel J. Hackett, Jr., M.D.

Sam Coy, M.D. Andrew W. Ryan, M.D. Greg L. Cowen, PA-C

Date: 2/5/20 Time: 10:30AM

216 Fountain Court
Suite 250
Lexington, KY 40509

Phone: 859-276-5008
Fax: 859-278-6401
www.kyboneandjoint.com

ATTN:

Christine Kelley
LTD Specialist #1

Fax: (603) 559-8641

From

James Zoll
Claim # 8560503

Dr. Kaveh Sajadi
Dr. Sam Coy
230 Fountain Court
Suite 180
Lexington, KY 40509
Phone: 859-276-5008

**Kentucky Surgery Center**
Lexington

**Kentucky Bone & Joint Surgeons, Orthopedic & Sports Medicine**

Discharge Orders/Instructions

Date: 12/20/19

Name: James Zoll

Patient ID:

Procedure: (L) shoulder A/C capsular release + distal clavicle excision

☐ Discharge Home

☐ Diet as Tolerated

☐ Ice Pack for First 2 Hours, then 3-4 times a day for 30 minutes

☐ Leave Dressing Intact for 3 days, then remove and cover when showering

☐ Activity

- ○ Weight Bearing as Tolerated
- ○ Partial Weight Bearing
- ○ Elevate Extremity

☐ Pain Medications

- ○ Lortab 7.5 MG 1-2 Tablets every four hours as needed for Pain
- ○ Celecoxib 100 mg BID

☐ Follow-Up in Office Date 1/6/20 Time 10:40

- ○ 10 days
- ○ ____ days

Kentucky Surgery Center 240 Fountain Court, Lexington, KY 40509 859.278.1460

Patient Signature/Date (X)

Nurse Signature/Date [signature] RN 12.20.19

WITH AFTER HOURS EMERGENCIES OR QUESTIONS PLEASE CALL YOUR PHYSICIAN'S OFFICE.

| | |
|---|---|
| **KENTUCKY SURGERY CENTER**<br>**240 FOUNTAIN COURT LEXINGTON KY, 40509**<br>**859.278.1460** | 90165 DOB<br>JAMES ZOLL<br><br>DANIEL HACKETT Age 50 |
| **ALLERGIES: See Allergy Sheet** | |

**INFORMATION PROVIDED BY:** [illegible]

**MEDICATION RECONCILIATION FORM**

**LIST OF CURRENT MEDICAITON INCLUDING OVER THE COUNTER & HERBAL MEDICATIONS**

| MEDICATION | DOSE | ROUTE | HOW OFTEN | LAST DOSE |
|---|---|---|---|---|
| Amitriptyline | [illegible] | PO | QD QOD BID TID QID PRN | [illegible] |
| [illegible] | [illegible] | PO | QD QOD BID TID QID PRN | [illegible] |
| Tizanidine | | PO | QD QOD BID TID QID PRN | [illegible] |
| [illegible] | | PO | QD QOD BID TID QID PRN | [illegible] |
| [illegible] | | PO | QD QOD BID TID QID PRN | [illegible] |
| [illegible] | 1 mg | PO | QD QOD BID TID QID PRN | [illegible] |
| [illegible] | | PO | QD QOD BID TID QID PRN | [illegible] |
| | | | QD QOD BID TID QID PRN | |
| | | | QD QOD BID TID QID PRN | |
| | | | QD QOD BID TID QID PRN | |
| | | | QD QOD BID TID QID PRN | |
| | | | QD QOD BID TID QID PRN | |
| | | | QD QOD BID TID QID PRN | |
| | | | QD QOD BID TID QID PRN | |
| | | | QD QOD BID TID QID PRN | |
| | | | QD QOD BID TID QID PRN | |

**INFORMATION OBTAINED/VERIFIED &/OR UPDATED RN SIGNATURE/DATE/TIME:** [illegible]

**THE MEDICATIONS LISTED SHOULD BE CONTINUED AT HOME IN ADDITION TO ANY POSTOPERATIVE MEDICATIONS PRESCRIBED BY YOUR SURGEON UNLESS OTHERWISE STATED BY YOUR PHYSICIAN TO DISCONTINUE. IF YOU HAVE ANY QUESTIONS REGARDING THOSE MEDICATIONS, PLEASE CONTACT YOUR SURGEON &/OR PRESCRIBING PHYSICIAN. ANY PRESCRIPTIONS GIVEN TO YOU BY YOUR SURGEON'S OFFICE OR THE SURGEON TO PREFILL BEFORE COMING FOR THE PROCEDURE &/OR SURGERY SHOULD BE TAKEN AS DIRECTED. IF YOU HAVE QUESTIONS ABOUT THESE MEDICATIONS, PLEASE CALL YOUR SURGEON.**

☐ **NO PRESCRIPTIONS GIVEN**

**NEW DISCHARGE MEDCIATIONS &/OR CHANGES TO PREADMISSION MEDICATIONS**

| MEDICATION | DOSE | ROUTE | FREQUENCY | LAST DOSE IF APPLICABLE |
|---|---|---|---|---|
| Norco | | | | |
| Zofran | | | Take as | |
| Colace | | | prescribed | |
| Celebrex | | | | |
| | | | | |
| | | | | |
| | | | | |

***** DO NOT TAKE TYLENOL (ACETAMINOPHEN) WHEN TAKING PRESCRIPTION MEDICATIONS THAT CONTAIN TYLENOL (LORTAB, NORCO, HYCET, PERCOCET, TYLENOL W/CODEINE, &/OR LORTAB ELIXIR)**

**THE MEDCIATIONS HAVE BEEN REVIEWED WITH ME & ARE CORRECT TO THE BEST OF MY KNOWLEDGE, I UNDERSTAND THAT I NEED TO KEEP THIS FORM WITH ME FOR ANY CASE WHERE I CANNOT SPEAK FOR MYSELF, SO ANY MEDICAL PROVIDER IS AWARE OF MY MEDICATION HISTORY. I ALSO UNDERSTAND I NEED TO TAKE THIS FORM TO ANY PHYSICIAN APPOINTMENT SO THEY ARE AWARE OF ALL MY MEDICATIONS, ANY NEW MEDICATIONS CAN BE ADDED & DISCONTINUED MEDICATIONS CAN BE REMOVED.**

**PATIENT/CAREGIVER SIGNATURE/DATE/TIME:** [illegible]

**RN/WITNESS SIGNATURE/DATE/TIME:** [illegible] RN 12-10-19

**PLEASE NOTE THERE MAY BE MORE THAN ONE PAGE**
**1 2 3 4 5 6 7 8**

2PT 056

ATTN:

Christine Kelley
LTD Specialist #1

Fax: (603) 559-8641

From

James Zoll
Claim # 8560503

Kentucky Bone & Joint Surgeons
Orthopaedics & Sports Medicine

A Division of Ortho Kentucky, PLLC

**Kaveh Robert Sajadi, MD**
**Sam Coy, MD**
**Andrew W. Ryan, MD**
**Daniel Hackett, Jr., MD**
216 Fountain Court, Suite 250
Lexington, KY 40509
Phone: 859-276-5008
Fax: 859-278-6401

(859) 278-1400
340 Fountain Ct

## ORTHOPAEDIC SURGERY INSTRUCTIONS

Surgery is scheduled for 12/30/19 at Kentucky Surgery Center.

**You** are required to call the office and speak with the surgery scheduler before 1:00 PM the **day before** to confirm your arrival time. If your surgery is on Monday, please call our office the Friday before your scheduled surgery. If we do not hear from you and are unable to reach you, we will assume that you have decided not to have surgery and your case will be cancelled.

Your Pre-Admission Testing date is 12/6/19 NOT fasting. This is a walk in clinic you will need to go to between the hours of 8:30 AM and 4:30 PM.

**NOTHING TO EAT OR DRINK, NOT EVEN GUM OR MINTS AFTER MIDNIGHT THE NIGHT BEFORE YOUR SURGERY.**

Someone will have to drive you home the day of surgery.

If you have **FMLA, disability or any other types of forms**, these must be dropped off at our office prior to your surgical date. These forms are $20 per form and the fee is payable at the time the forms are dropped off. They will be returned to you in **7 to 14 days following your surgery**. If you need these forms sooner, a fee of $35 per form can be paid.

Please take care of all dental issues prior to surgery date.

**If you are placed on antibiotics prior to the surgery date, please contact the surgery scheduler immediately.**

If you have any questions, please contact our office at 859-276-5008.

Kentucky Bone & Joint Surgeons
Orthopaedics & Sports Medicine
A Division of Ortho Kentucky, PLLC

**Kaveh Robert Sajadi, MD**
**Sam Coy, MD**
**Andrew Ryan, MD**
**Daniel Hackett, Jr, MD**
216 Fountain Court, Suite 250
Lexington, KY 40509
Phone: 859-276-5008
Fax: 859-278-6401

**Procedure/Operative Permit**

I hereby authorize Doctor: KAVEH R. SAJADI SAM C. COY ANDREW RYAN DANIEL HACKETT, JR
and whomsoever he/she may designate to perform upon(date) 12/2/19 the following procedure(s)
Left Shoulder ASC [illegible]
[illegible]

My doctor has explained to me that one of the doctors in his group, a physician assistant or a first assistant may be involved in this procedure(s). I consent to the participation of these individuals in my procedure(s).

I consent to the performance of various procedure(s) in addition to, or different from, those contemplated, which are related to the above procedure(s) and which the herein above-designated doctor and/or his/her assistants or associates may consider necessary or advisable during the course of the procedure(s).

I have talked to the above named doctor and he/she has explained to my satisfaction the nature and purpose of the operation, the risks and benefits of the procedure(s), possible alternative methods of treatments and the risks and benefits associated with those alternatives. I agree that the potential benefits of the procedure(s) outweigh the potential risks involved. No guarantee or assurance has been given to me by anyone as to the results that may be obtained by surgery or anesthesia. Risks can include severe blood loss, infection, cardiac arrest, nerve damage, artery damage, risk of re-operation, loss of fixation, risk of rejection of prosthesis, and in rare instances, death. I understand that if complications occur, additional medical treatment may be required.

I have been informed and understand that certain operations and procedures are recorded for the purposes of maintaining appropriate medical records or for educational purposes. The recording may be by videotape, pictures, slides, or any other method or recordation. I have also been informed and understand that the recordings are kept confidential in the same manner as other medical records. I hereby consent to the recording of the same operation and or procedure for educational purposes.

I have read, or had read to me, this operative permit form and I understand what I am signing. I have had an opportunity to ask questions, all of which have been answered to my satisfaction. I hereby consent to the above-described surgical procedure(s) and to the administration of the medications, including anesthesia, as my physician and/or anesthesiologists determine advisable. I further consent to any procedures, which may become necessary if complications occur.

Should there be a cut or stick to the M.D. or any other healthcare worker during surgery I consent to have my blood tested for HIV, Hepatitis, and other communicable diseases.

**Each of the above sections applies unless crossed out, dated and initialed by the appropriate and designated staff.**

X [signature] — Patient or Person Authorized to Sign for Patient
X 11/22/2019 — Date/Time

If Person Signing is other than Patient, Print Name and Relationship
X — Phone number (At time of Procedure)

Witness

Physician
Date/Time

**DO NOT SIGN THIS CONSENT IF YOU HAVE NOT READ IT OR DO NOT UNDERSTAND IT.**

[signature] — Surgery scheduler signature/title
11/22/19 — Date/Time

***Kentucky Bone and Joint Surgeons***
216 Fountain Ct Ste 250
Lexington, KY 40509-2510
Phone: (859) 276-5008
Fax: (859) 278-6401

11/22/2019

**To Whom It May Concern:**
James D. Zoll is a patient at Kentucky Bone and Joint Surgeons. James may return to work/school with the following restrictions: no push/pull/lifting over 5lbs with left upper extremity.

If you have further questions regarding this patient's health status, please contact us at (859) 276-5008.

Daniel J. Hackett Jr, MD

ATTN:

Christine Kelley
LTD Specialist #1

Fax: (603) 559-8641

From

James Zoll
Claim # 8560503

***Kentucky Bone and Joint Surgeons***
216 Fountain Ct Ste 250
Lexington, KY 40509-2510
Phone: (859) 276-5008
Fax: (859) 278-6401

11/04/2019

**To Whom It May Concern:**

James D. Zoll is a patient at Kentucky Bone and Joint Surgeons. James may return to work/school with the following restrictions: No pushing, pulling, lifting over 5 pounds with left upper extremity.

If you have further questions regarding this patient's health status, please contact us at (859) 276-5008.

Daniel J. Hackett Jr, MD

SCANNED

# CARDINAL HILL® REHABILITATION HOSPITAL

## Orthopedic Specialty Program

## Physical Therapy Progress Note

Date: 10/31/19

Patient Name: James D. Zoll

DOB: 12/22/19

Diagnosis: ______________________

| AROM: Initial Eval | AROM: Current | MMT: Initial Eval | MMT: Current |
|---|---|---|---|
| L Shldr Flex 125 | 138 | (L) Shldr Flex = 2+ | 4 in available range |
| ABD 112 | 133 | ABD = 2+ | 4 in available range |
| Neck Rot R 63 | 83 | Elbow Flex = 4+ | 5 |
| L 80 | 85 | Ext = 4- | 4+ |
| | | Wrist Flex 4- | 4+ |
| | | Ext = 4 | 4+ |
| | | Grip = 40 | 50 psi |

Assessment/Functional Gains: Continues to have 2-6/10 pain in superior shoulder. He reports no >4/10 neck pain. Pt has met 2 of 3 STG's + 1 of 3 goals for shoulder POC. He ~~wo~~ is independent c̄ HEP + would benefit from further medical management of shoulder complaint.

Thank you for the opportunity to participate in the care of your patient. Please feel free to contact us with questions or concerns at 859-246-8925.

Sincerely,

[signature], PT
10/31/19 10:05

FAXED

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

September 10, 2019

Dr. Daniel Hackett
230 FOUNTAIN CT STE 180
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

Dear Dr. Daniel Hackett:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through Present

We ask that you provide this information by October 9, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

# Chart

## James D. Zoll

**DOB:**

# Encounters

**Encounter 1** Date 11/04/2019
**Diagnosis** Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890)

**Encounter #1**

**History & Physical Report**
**11/4/2019: Office Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 11/4/2019 1:15 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 11/4/2019 4:32 PM)
The patient is a 50 year old male who presents for a follow-up for Left shoulder problem. It began suddenly on 7/2018 and now occurs continuously. The patient complains of pain. The mechanism of injury was related to a fall (while hiking). The symptoms are mild in severity (to severe at times). The patient feels aching. The symptoms are made worse by motion, lifting and lying down. The symptoms have been associated with stiffness. The patient states that the symptoms are unchanged since the onset. The patient works at Toyota. The primary care provider is John Ziegler, MD. Prior diagnostic studies include an X-ray. Past treatment includes nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion exercises and surgical repair (RTC repair with Dr. Wilkes 9/17/18). Note for "Left shoulder problem": 4/17/19: James states that his shoulder is slowly improving, but he is still experiencing pain and limited ROM. He also had surgery to repair a fracture of his left wrist due to the same injury. He has brought all records with him, excluding imaging.
5-15-19: Patient states his left shoulder has not improved since his last office visit.
6-26-19: James has not been going to PT for the last week and a half. It was causing pain and was not improving his condition. He is going to pain management and will receive an epidural cervical injection in July. He also comes in with MRI reports of his neck and lumbar.
8-19-19: James continues to go to PT and they have been working on his neck. He states he is getting his second injection on Friday. He states the first one gave him some relief for a little bit. He continues to have pain to the top of his L shoulder.
11-4-19: James has been attending PT and he feels he is at a plateau with his shoulder and its improvement. He brings in a report from his therapist today.

Allergies (Jen Shaffer; 11/4/2019 1:17 PM)
No Known Drug Allergies [04/17/2019]:

Medication History (Jen Shaffer; 11/4/2019 1:17 PM)
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Ibuprofen (200MG Capsule, Oral) Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
Diclofenac Sodium (Oral) Specific strength unknown - Active.
Medications Reconciled

Social History (Jen Shaffer; 11/4/2019 1:16 PM)
Alcohol use 04/17/2019: occasional
Exercise 04/17/2019: daily
Exercise Tolerance 04/17/2019: 3-4 flights of stairs
Handed right handed
Marital status 04/17/2019: single
Tobacco use Never smoker. 04/17/2019: never smoker

Review of Systems (Daniel J. Hackett, Jr, MD; 11/04/2019 4:34 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Vitals (Jen Shaffer; 11/4/2019 1:18 PM)
11/4/2019 1:17 PM
**Weight:** 210 lb **Height:** 72 in
**Body Surface Area:** 2.18 m² **Body Mass Index:** 28.48 kg/m²
**Pulse:** 76 (Regular)
**BP:** 121/77 (Sitting, Right Arm, Standard)

Physical Exam (Daniel J. Hackett, Jr, MD; 11/04/2019 4:34 PM)
**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well developed and Well nourished.
**Gait** - Normal.

**Integumentary**
**Global Assessment**
**Normal Exam** - Right upper extremity: no lesions or rashes. No evidence of photo damage and Left upper extremity: no lesions or rashes. No evidence of photo damage.

**Musculoskeletal**
**Upper Extremity**
Shoulder:
**Inspection and Palpation:**
**Strength and Tone:**
**ROJM:**
**Right:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM** - 180 °. **AROM** - 80 °. **ROM** - T7.
**Left:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM** - 150 °. **AROM** - 60 °. **ROM** - T7. **Right - Supraspinatus** - 5/5. **Infraspinatus** - 5/5. **Trapezius** - 5/5. **Left - Supraspinatus** - 5/5. **Infraspinatus** - 5/5. **Trapezius** - 5/5. **Functional Testing - Right** - AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Left** - AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Tenderness** - exquisitely tender (over AC joint). **Crepitus** - none, (R) and none, (L). **Sensation** - normal, (R) and normal, (L). **Other characteristics** - no ecchymosis, (R), no ecchymosis, (L). **Instability - Right** - sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Left** - sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Shoulder - Impingement** - Hawkins-Kennedy impingement test negative, (R), Hawkins-Kennedy impingement test negative, (L), Neer impingement test negative, (R), Neer impingement test negative, (L).

Assessment & Plan (Daniel J. Hackett Jr, MD; 11/4/2019 4:34 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Impression: 50 yo M 7 months s/p L cuff repair with continued anterior shoulder pain that seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this point. Given his findings, we discussed his options. We discussed the risks and benfits of performing a CSI. The risks include, but are not limited to - injection site pain, hematoma formation, damage to intra-articular structures, and infection. We will have him continue working with PT. We also discussed the fact that the judicious use of NSAIDs can often be helpful. He will f/u in 3-4 weeks.

11/4 - Patient returns today with continued pain along AC joint. At this point in time, he has failed all conservative measures. Given his recent cuff repair, I would like to order an MRI of his L shoulder for preoperative planning to ensure he has no signs of subsap pathology, as well. He will continue with no push/pull /lifting with LUE>5#.
Current Plans

- MRI OF UPPER EXTREMITY W/ JOINT W/O CONTRAST (73221)
- Instructed to make follow-up appointment for office visit following completion of diagnostic tests

S/P rotator cuff repair (V45.89 | Z98.890)

Medical Decision Making (Daniel J. Hackett Jr, MD; 11/4/2019 4:35 PM)
**Amount/complexity of data to be reviewed:**
- Order and/or review of radiology test(s)

Signed by Daniel J Hackett, Jr, MD (11/4/2019 4:35 PM)

## Procedures

**MRI OF UPPER EXTREMITY W/ JOINT W/O CONTRAST (73221)** Performed: 11/04/2019 (Ordered)



PAGE 5/6 * RCVD AT 11/4/2019 5:33:01 PM [Eastern Standard Time] * SVR:VA1PWFAX201/7 * DNIS:6035598641 * CSID: * ANI:18592780025 * DURATION (mm-ss):02-33

***Kentucky Bone and Joint Surgeons***
216 Fountain Ct Ste 250
Lexington, KY 40509-2510
Phone: (859) 276-5008
Fax: (859) 278-6401

11/04/2019

**To Whom It May Concern:**

James D. Zoll is a patient at Kentucky Bone and Joint Surgeons. James may return to work/school with the following restrictions: No pushing, pulling, lifting over 5 pounds with left upper extremity.

If you have further questions regarding this patient's health status, please contact us at (859) 276-5008.

Daniel J. Hackett Jr, MD

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

| | |
|---|---|
| Date: | November 1, 2019 |
| To: | DR DANIEL HACKETT<br>230 FOUNTAIN CT STE 180<br>LEXINGTON KY 40509 |
| Attn: | Medical Records |
| Fax: | (859) 278-6401 |
| From: | Christine Kelley<br>Ltd Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-8641 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

November 1, 2019

Dr. Daniel Hackett
230 FOUNTAIN CT STE 180
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

Dear Dr. Daniel Hackett:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc. 's Group Disability Policy. We are writing in reference to James D Zoll's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 15, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist I
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: 8560503-REQUEST-PROVIDER-09.10.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

| | |
|---|---|
| Date: | September 10, 2019 |
| To: | DR DANIEL HACKETT<br>230 FOUNTAIN CT STE 180<br>LEXINGTON KY 40509 |
| Attn: | Medical Records |
| Fax: | (859) 278-6401 |
| From: | Christine Kelley<br>Ltd Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-8641 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

September 10, 2019

Dr. Daniel Hackett
230 FOUNTAIN CT STE 180
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

Dear Dr. Daniel Hackett:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through Present

We ask that you provide this information by October 9, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist I
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: 6048215-EMPLOYEE/CLAIMANT-FORMS-11.29.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) James Zoll Relationship Self

Signature of claimant or legal representative DocuSigned by: James Zoll EC44665A3CAE4E4...

Date of Birth: __ ______ Claim Number: 6048215 Date: 11/29/2018

**A copy of this authorization will be considered as valid as the original.**

# Medical Records - CONFIDENTIAL

**FROM:** KY - Commonwealth Pain Associates PLLC
Heather B
1107 Crown Pointe Dr, ELIZABETHTOWN, KY 42701-7280
Phone: (270) 506-3300
Fax: (270) 506-2843

**TO:**

**Name: ZOLL, JAMES**

**DOB:**

**Date Range: to 09/11/2019**

**This document contains the following records of the patient:**
- **Encounters and Procedures**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:133754-A-16521]

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 08/23/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 133754 | **Appt. Date/Time** | 08/23/2019 03:20PM |
| **DOB** | | **Service Dept.** | Lexington |
| **Provider** | BRANDON GISH, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Referring Provider Name : HACKETT, DANIEL<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Referring Provider (Primary Insurance):** HACKETT, DANIEL: 216 FOUNTAIN CT STE 250, LEXINGTON, KY 40509, Ph (859) 276-5008, Fax (859) 278-6401

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/24/2019)
NKDA

## Medications

Medications not reviewed (last reviewed 06/24/2019)

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet** | 07/01/19 | filled |
| **atorvastatin 20 mg tablet** | 03/14/19 | filled |
| **clonazePAM 1 mg tablet** | 07/04/19 | filled |
| **desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr** | 08/09/19 | filled |
| **diclofenac sodium 75 mg tablet,delayed release** | 07/01/19 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 06/04/19 | filled |
| **omeprazole 20 mg capsule,delayed release** | 04/08/19 | filled |
| **SUMAtriptan 100 mg tablet** | 04/18/19 | filled |
| **SUMAtriptan 6 mg/0.5 mL subcutaneous pen injector** | 04/20/19 | filled |
| **tiZANidine 4 mg tablet** | 07/01/19 | filled |
| **topiramate 25 mg tablet** | 07/01/19 | filled |

## Vaccines

Vaccines not reviewed (last reviewed 07/16/2019)
07/16/2019 #1 CESI C7/T1

## Problems

Reviewed Problems
- Cervical radiculopathy - Onset: 06/24/2019
- Left rotator cuff syndrome - Onset: 06/24/2019
- Neck pain - Onset: 06/24/2019

## Family History

Family History not reviewed (last reviewed 06/24/2019)

| | |
|---|---|
| Paternal Grandfather | - Diabetes mellitus |
| Maternal Grandmother | - Mental disorder |
| | - Rheumatoid arthritis |
| Mother | - Rheumatoid arthritis |
| Father | - Rheumatoid arthritis |
| Maternal Grandfather | - Mental disorder |
| Paternal Grandmother | - Rheumatoid arthritis |
| | - Diabetes mellitus |

## Social History

Social History not reviewed (last reviewed 06/24/2019)
Tobacco Smoking Status: Never smoker
Most Recent Tobacco Use Screening: 06/24/2019
Marital status: Domestic Partner
Alcohol intake: Occasional
Exercise level: Occasional

## Surgical History

Surgical History not reviewed (last reviewed 06/24/2019)
- Shoulder Surgery - left
- Hernia Repair

left wrist surgery

## Past Medical History

Past Medical History not reviewed (last reviewed 06/24/2019)
Anxiety Disorder: **Y**
Chronic Low Back Pain: **Y**
Depression: **Y**
Headaches: **Y**
High Cholesterol: **Y**

## Procedure Documentation

**Cervical Epidural Steroid Injection: Interlaminar:**

**Cervical Epidural Steroid Injection: C7/T1**

Diagnosis: Cervical radiculitis
Anesthesia: Local Only
-NPO Status: NO
-Driver Present: Yes

**Pre-Procedure Evaluation:**
The procedure was confirmed with the patient.
Blood Thinners/Anticoagulants: None
Antibiotics: None
Diabetes: No
Skin exam: No rashes or skin breakdown at the injection site.
Pre-Procedure Vitals: BP-116/86, Pulse-114, SpO2-97, Temp-
Improvement from last procedure:60%
Pre-Procedure Pain Score: 5/10

**Description of the Procedure**
Informed consent was obtained from the patient, which included a discussion of risks, benefits, and alternative treatment options. The patient was taken to the procedure suite and assisted into a prone position on the procedure table. A Time Out was taken to verify the patients identity, the procedure, and laterality. Blood pressure, heart rate, and pulse oximetry were monitored throughout the procedure.

The skin overlying the posterior cervical region was cleansed with isopropyl alcohol. AP fluoroscopic images were taken to identify the lower cervical interlaminar windows which were marked with a marking pen on the skin. The injection site was then cleansed with a chlorhexidine solution and allowed to dry. The skin and soft tissue at the injection site was infiltrated with 3 mL of 1% Lidocaine using a 27 gauge hypodermic needle.
Following this a 20 gauge x 3 1/2 inch Tuohy needle was advanced into the C7/T1 interlaminar space. At this point steep oblique views were obtained to evaluate the depth of the needle tip. The epidural space was then identified using a loss of resistance technique to saline. Aspirations were negative for blood or CSF, and no paresthesia were elicited. 1 mL of Omnipaque 240 was injected demonstrating the absence of intravascular uptake and appropriate spread in the posterior epidural space. AP fluoroscopic views were

then obtained to again verify a characteristic epidurogram pattern.
Next, an epidural steroid injection was performed with 80mg depomedrol diluted in 1 mL of normal saline for a total volume of 3 mL. The needle was removed intact. The injection site was cleansed with alcohol and a Band-aid was placed over the site. The patient was taken to the recovery area in stable condition.

**Post-Procedure:**
The patient was monitored for adverse allergic, neurologic, and hemodynamic reactions.
Total Fluoroscopy time: 8 seconds
Post-Procedure Vitals: BP-129/75, Pulse-68, SpO2-97
Complications: None
Post-Procedure Pain Score: 6/10
Discharge: Home with driver/caregiver
Notes:

## Assessment / Plan

**1. Left rotator cuff syndrome**
M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic
- PHYSICAL THERAPY REFERRAL - Schedule Within: provider's discretion

Evaluate & Treat: Cervical radiculopathy and left shoulder rotator cuff syndrome - dry needle therapy if indicated

**2. Cervical radiculopathy**
M54.12: Radiculopathy, cervical region

### Return to Office
- AMBER EASLEY, NP for FOLLOW UP 15 at Lexington on 10/04/2019 at 03:30 PM

## Encounter Sign-Off
Encounter signed-off by Brandon Gish, MD, 08/23/2019.

Encounter performed and documented by Brandon Gish, MD
Encounter reviewed & signed by Brandon Gish, MD on 08/23/2019 at 4:50pm

**James Zoll**
DOB:
Age: 50
Gender: Male

# Full Clinical Report

Phreesia
Date of Visit: 08/23/2019 3:20 PM

| Visit Overview | | | |
|---|---|---|---|
| Patient Name | James Zoll | Street Address ≛ | |
| Patient Date of Birth | | City, State and ZIP Code ≛ | |
| Patient Gender | Male | Physician ≛ | Brandon Gish |

| Social History | | |
|---|---|---|
| Marital Status ≛ | Single | |

**James Zoll**
DOB:
Age: 50
Gender: Male

# Full Clinical Report

Phreesia

Date of Visit: 08/23/2019 3:20 PM

| Visit Overview | | | |
|---|---|---|---|
| Patient Name | James Zoll | Street Address ≛ | |
| Patient Date of Birth | | City, State and ZIP Code ≛ | |
| Patient Gender | Male | Physician ≛ | Brandon Gish |

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

| | |
|---|---|
| Date: | September 10, 2019 |
| To: | DR. BRANDON GISH<br>101 PROSPEROUS PLACE STE 300<br>LEXINGTON KY 40509 |
| Attn: | Medical Records |
| Fax: | (859) 977-2683 |
| From: | Christine Kelley<br>Ltd Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-8641 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

September 10, 2019

Dr. Brandon Gish
101 PROSPEROUS PLACE STE 300
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

Dear Dr. Brandon Gish:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2019 through present

We ask that you provide this information by October 9, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist I
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: 6048215-EMPLOYEE/CLAIMANT-FORMS-11.29.2018

DocuSign Envelope ID: 3F7FA782-328F-4399-8D97-E95F62A000DD

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) James Zoll Relationship Self

Signature of claimant or legal representative DocuSigned by: James Zoll EC44665A3CAE4E4...

Date of Birth: __ _______ Claim Number: 6048215 Date: 11/29/2018

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

| | |
|---|---|
| Date: | September 10, 2019 |
| To: | DR DANIEL HACKETT<br>230 FOUNTAIN CT STE 180<br>LEXINGTON KY 40509 |
| Attn: | Medical Records |
| Fax: | (859) 278-6401 |
| From: | Christine Kelley<br>Ltd Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-8641 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

September 10, 2019

Dr. Daniel Hackett
230 FOUNTAIN CT STE 180
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

Dear Dr. Daniel Hackett:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through Present

We ask that you provide this information by October 9, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist I
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: 6048215-EMPLOYEE/CLAIMANT-FORMS-11.29.2018

DocuSign Envelope ID: 3F7FA782-328F-4399-8D97-E95F62A000DD

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) James Zoll Relationship Self

Signature of claimant or legal representative DocuSigned by: James Zoll EC44665A3CAE4E4...

Date of Birth: __ ________ Claim Number: 6048215 Date: 11/29/2018

**A copy of this authorization will be considered as valid as the original.**

ATTN:

Christine Kelley
LTD Specialist #1

Fax: (603) 559-8641

From
James Zoll
Claim # 8560503

James

has an appointment with

# Kentucky Bone & Joint Surgeons

A Division of Ortho Kentucky, PLLC

Kaveh R. Sajadi, M.D. | Daniel J. Hackett, Jr., M.D.

Sam Coy, M.D. | Andrew W. Ryan, M.D. | Greg L. Cowen, PA-C

Date: 11/4/19 Time: 1:10pm

216 Fountain Court
Suite 250
Lexington, KY 40509

Phone: 859-276-5008
Fax: 859-278-6401
www.kyboneandjoint.com

# KY - Commonwealth Pain Associates PLLC

COMMONWEALTH PAIN ASSOCIATES PLLC
101 Prosperous Place Suite 300
LEXINGTON, KY 40509-1836.
Phone: (859) 275-5229 Fax:(859) 977-2683

JAMES ZOLL
DOB:
Patient ID: 133754

Upcoming Appointments

| Date | Time | Appointment | Dept./Address | Phone |
|---|---|---|---|---|
| 10/04/2019 | 03:30 PM | FOLLOW UP 15<br>AMBER EASLEY, NP | COMMONWEALTH PAIN ASSOCIATES PLLC<br>101 Prosperous Place<br>Suite 300<br>LEXINGTON, KY 40509-1836. | (859) 275-5229 |

# Person Appointment Itinerary

## Cardinal Hill Rehabilitation Hospital

2050 Versailles Road
Lexington, KY 40504–1499
~~(859)367–7125~~

246-8925

ZOLL, JAMES D

Medical Record Number: 537631
Gender: Male
DOB:

| Location | Date | Time | Appointment Type | Resource |
|---|---|---|---|---|
| **0196 OP Therapy Preparations** | ~~08/26/19~~ | ~~13:30~~ | ~~OTS PT Additional Tx Ortho 45~~ | Fifield, Patrick PTA |
| **0196 OP Therapy Preparations** | 08/29/19 | 12:45 | OTS PT Additional Tx Ortho 45 | Caudill, Stephanie P |
| **0196 OP Therapy Preparations** | 09/03/19 | 12:45 | OTS PT Additional Tx Ortho 45 | Fifield, Patrick PTA |
| **0196 OP Therapy Preparations** | 09/05/19 | 14:15 | OTS PT Additional Tx Ortho 45 | Fifield, Patrick PTA |
| **0196 OP Therapy Preparations** | 09/09/19 | 14:15 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| **0196 OP Therapy Preparations** | 09/12/19 | 13:30 | OTS PT Additional Tx Ortho 45 | Fifield, Patrick PTA |
| **0196 OP Therapy Preparations** | 09/16/19 | 13:30 | OTS PT Additional Tx Ortho 45 | Lawson–Lowe, Crystal |
| **0196 OP Therapy Preparations** | 09/19/19 | 13:30 | OTS PT Additional Tx Ortho 45 | Fifield, Patrick PTA |

If you require any scheduling changes, please notify the Scheduling Department at (859) 367–7125.
Thank you for choosing **Cardinal Hill Rehabilitation Hospital** for your healthcare needs.

*** End of Itinerary ***

# Facsimile Transmittal Sheet

**TO:**
Liberty Mutual

**FROM:**
Customer Resource Center

**FAX NUMBER:**

| | |
|---|---|
| MO | 603-334-0366 |
| NC | 603-334-0380 |
| AZ | 603-422-0119 |
| Wells Fargo | 866-214-7839 |

**DATE:**
8/22/2019

**PHONE NUMBER:**

**TOTAL NUMBER OF PAGES INCLUDING COVER:**

**RE:**
James Zoll
(8560503)

**DIRECT FAX NUMBER:**
877-899-1345

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at The Advocator Group at 1-877-261-1947 immediately, and destroy all copies of this facsimile transaction. Thank you.

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

Advocator Group
*When life changes.*℠

August 22, 2019

Christine Kelley
LTD Claims Examiner
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

**RE: James Zoll**
**LTD: 8560503**

Dear Christine Kelley:

Please be advised that we filed Mr. Zoll's *Request for Hearing* forms with the Social Security Administration (SSA) today. The Reconsideration claim was recently denied on 8/18/2019.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us toll-free at 877-261-1947 x 8993 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

# Medical Records - CONFIDENTIAL

**FROM:** KY - Commonwealth Pain Associates PLLC
Patti C
223 Executive Park, LOUISVILLE, KY 40207-4640
Phone: (502) 855-7200
Fax: (502)919-9780

**TO:**

**Attention: Christine Kelley**

**Name: ZOLL, JAMES**

**DOB:**

**Date Range: 04/01/2019 to 08/21/2019**

**This document contains the following records of the patient:**

- **Admin Documents**
- **Consult Orders**
- **Clinical Documents**
- **Encounters and Procedures**
- **Imaging Results**
- **Lab Results**
- **Procedure Orders**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:133754-A-16521]

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

| | |
|---|---|
| Date: | August 20, 2019 |
| To: | DR. BRANDON GISH<br>101 PROSPEROUS PLACE STE 300<br>LEXINGTON KY 40509 |
| Attn: | Medical Records |
| Fax: | (859) 977-2683 |
| From: | Christine Kelley<br>Ltd Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-8641 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

August 20, 2019

Dr. Brandon Gish
101 PROSPEROUS PLACE STE 300
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

Dear Dr. Brandon Gish:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2019 through present

We ask that you provide this information by September 18, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist I
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: 6048215-EMPLOYEE/CLAIMANT-FORMS-11.29.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) James Zoll Relationship Self

Signature of claimant or legal representative DocuSigned by: [signature]

Date of Birth: ____ ________ Claim Number: 6048215 Date: 11/29/2018

**A copy of this authorization will be considered as valid as the original.**



## Consult Orders

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is

prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:3068106-H-16521]

# Referral Order

07/16/2019

| To Provider | From Provider |
|---|---|
| Phone:<br>Fax: | **BRANDON GISH, MD**<br>**Lexington**<br>**101 Prosperous Place Suite 300**<br>**LEXINGTON, KY 40509-1836**<br>**Phone: (859) 275-5229**<br>**Fax: (859) 977-2683** |

## Referral Order Information

| | |
|---|---|
| Diagnosis | **Cervical radiculopathy**<br>**ICD-10: M54.12: Radiculopathy, cervical region** |
| Order Name | **Orders included: 1**<br><br>**Cervical radiculopathy**<br>**ICD-10: M54.12: Radiculopathy, cervical region**<br>• **PHYSICAL THERAPY REFERRAL**<br>**Schedule Within: provider's discretion**<br><br>**Evaluate & Treat: cervical radiculopathy, neck pain, and shoulder pain** |
| Notes | |

## Patient Information

| | |
|---|---|
| Patient Name | **ZOLL, JAMES** |
| Sex - DOB - Age | **M 50yo** |
| Address | |
| Phone | **H:**<br>**W:**<br>**M:** |
| Primary Insurance | **BCBS-KY (PPO)**<br>**ID: TOAAN1314861**<br>**Group: 003320100TEAP064**<br>**Policy Holder: ZOLL, JAMES D** |
| Secondary Insurance | **None recorded.** |

Electronically Signed by: BRANDON GISH, MD

BRANDON GISH, MD

**Clinical Documents**

**ZOLL, JAMES (id #133754, dob:**



#1 CESI C7/T1 9sec

ZOLL, JAMES 12/22/68 #133754

*4363591w16521 ClinDoc

**Commonwealth**
PAIN & SPINE

Patient is requesting a PT Order from Dr. Girk

Zoll Date: 7/16/19 Time: ______

*...ge Instructions and Information*

***...G EMERGENCY YOU SHOULD GO TO YOUR NEAREST EMERGENCY ROOM OR CALL 911.***

*...ou to read the following information and instructions that will be of*

... for 2-4 hours because of the use of local anesthetic on your skin. The use of ...nded 10-15 minutes each hour for the first 24 hours. You may use heat ...xercise caution when using heat or cold as excessive use of either may injure

2) Mild discomfort at the injection ... is normal and should subside within 48 hours. If you experience bleeding at the injection site, extreme discomfort unrelieved with the use of prescribed medications, changes in bowel or bladder function or weakness of the limbs post procedure, redness, swelling, pus that last longer than 48 hours, please call your doctor.

3) If you have a bandaid(s) at your injection site(s), please remove it later today. Observe the area for redness, drainage, and a temperature over 101. If any of these symptoms occur please call your doctor.

4) If a steroid medication is used in your injection, which is an anti-inflammatory intended to medicate painful nerve roots, discs, and joint spaces where the spinal nerves live. It can take 2 days for the medication to become active and up to 5 days for the medication to peak and becomes most effective.

5) Do not drive or operate any hazardous machinery for 12 hours, or drink alcohol for 12 hours. Do not make any important decisions today.

6) Light activity the day of your treatment is best, and unless instructed otherwise you may resume your normal activity tomorrow and return to work tomorrow, or as directed by your referring doctor.

7) Steroids can have some minor, short term side effects in patients who are sensitive. Fluid retention, weight gain, anxiety, mood changes, night sweats, restlessness, flushed cheeks; high blood sugar or menstrual period changes are temporary and will subside.

8) No resting water (bath, pool etc) for 24 hours

9) Our after-hours emergency # is 502-855-7200; Select Option #7. Please follow the prompts, leave a message, and the on-call physician will return your call.

(9) Please resume Blood Thinner Medication(s) on: Date: ______

Additional Instructions: ______

Follow-up appointment: ______

James Zoll
Patient's Signature

Instructions Reviewed by

**James Zoll**
DOB:
Age: 50
Gender: Male

**PATIENT REPORT**

Phreesia

Date of Visit: 07/16/2019 2:40 PM

**Procedure Consent**

| Procedure Type | #1 Interlaminar Cevical Epidural Steroid C7-T1 |
|---|---|

**Consent for Medical or Surgical Procedure**

## CONSENT FOR MEDICAL OR SURGICAL PROCEDURE

You have a pain problem which has not been relieved by routine treatments. A procedure **#1Interlaminar Cevical Epidural Steroid C7-T1** specifically and injection is now indicated for further evaluation and diagnosis of your pain. There is no guarantee that a procedure will cure your pain, and in rare cases, it could become worse. The degree and duration of pain relief varies from person to person.

Alternative to the procedure include medications, physical therapy, acupuncture, surgery, etc. benefits include likelihood of correct diagnosis and/or decrease or elimination of your pain.

**RISKS:** include but are not limited to: infection; bleeding; delayed wound healing; injury to nearby organs, vessels and nerves; urinary, heart, or breathing difficulties; inflammation of a vein (phlebitis); and blood clots in the pelvic or leg veins which may break loose and travel to the lungs (pulmonary embolism). The specific risks associated with this procedure include but are not limited: allergic reaction, lightheadedness, paralyses, pain at the injection site, infection, meningitis, permanent nerve damage, dual puncture, seizure, cardiovascular collapse, headache, fainting, and death.

Tell the physician if you are taking any blood thinner such as Coumadin, Lovenox, Plavix or Heparin, as these can cause excessive bleeding.

I agree to undergo the procedure, to be performed by **Brandon Gish.** I have read or had read to me the above information. I understand there are risks involved with this procedure, to include rare complications, even death, which may not have been specifically mentioned above. I understand a sedative may be administered for my comfort during the procedure and that sedatives carry the risk of damage to vital organs. The risks have been explained to my satisfaction and I accept them and consent to the procedure.

☑ I Accept
☐ I Decline

James Zoll

**CONSENT FOR ANESTHESIA SERVICES**

**CONSENT FOR ANESTHESIA SERVICES**

I acknowledge that the CRNA has explained to me that I will have a diagnostic or treatment procedure, which may or may not require anesthesia. My CRNA has explained the risks of the anesthesia. I also understand that anesthesia services are needed so that my physician can perform the procedure.

It has been explained to me all forms of anesthesia involve some risks and no guarantees or promises can or have been made concerning the results of my procedure or treatment. Although, rare, unexpected severe complications with anesthesia can occur and include the possibility of infection, bleeding, drug reaction, blood clots, loss of sensation, loss of limb function, paralysis, stroke, brain damage, heart attack, or death. I understand that these risks apply to all forms of anesthesia. It has been explained to me that at times an anesthesia technique which involves the use of local anesthetics. with or without sedation, may not succeed completely and therefore another technique may have to be employed.

Please see the front desk if you would like paper copy of this consent.

☑ I Accept
☐ I Decline

James Zoll

**James Zoll**
DOB:
Age: 50
Gender: Male

# Full Clinical Report

Phreesia

Date of Visit: 07/16/2019 2:40 PM

| Visit Overview | | | |
|---|---|---|---|
| Patient Name | James Zoll | Street Address | |
| Patient Date of Birth | | City, State and ZIP Code | |
| Patient Gender | Male | Physician * | Brandon Gish |

**James Zoll**
DOB:
Age: 50
Gender: Male

# Full Clinical Report

Phreesia
Date of Visit: 06/24/2019 12:50 PM

## Visit Overview

| | | | |
|---|---|---|---|
| Patient Name | James Zoll | Street Address | |
| Patient Date of Birth | | City, State and ZIP Code | |
| Patient Gender | Male | Physician | Brandon Gish |

## Medical History

**Past and Current Medical Conditions**

- ☐ AIDS/HIV
- ☐ Anemia
- ☒ Anxiety Disorder
- ☐ Autoimmune Disease
- ☐ Bipolar Disease
- ☐ Bleeding Disorder
- ☐ Cancer
- ☐ Cardiomyopathy
- ☒ Chronic Low Back Pain
- ☐ Coronary Artery Disease
- ☐ Dementia
- ☒ Depression
- ☐ Diabetes
- ☐ Fibromyalgia
- ☐ Gout
- ☐ Head Trauma/Injury
- ☐ Headaches
- ☐ Heart Attack (MI)
- ☐ Heart Disease
- ☐ Hepatitis
- ☐ Hernia
- ☐ Hypertension
- ☐ Inflammatory Bowel Disease
- ☐ Kidney Disease
- ☐ Liver Disease
- ☐ Osteoarthritis
- ☐ Osteoporosis
- ☐ Rheumatoid Arthritis
- ☐ Seizure Disorder
- ☐ Sleep Apnea
- ☐ Stroke
- ☐ Substance Abuse
- ☐ None

**Surgeries or Procedures**

- ☐ Anterior Cervical Discectomy Fusion
- ☐ Breast Surgery
- ☐ Carotid Endarterectomy
- ☐ Carpal Tunnel Release
- ☐ Cervical Spine Surgery
- ☐ Cholecystectomy
- ☐ Colectomy
- ☐ Coronary Artery Bypass
- ☐ Foot/Ankle Surgery
- ☒ Hernia Repair
- ☐ Hip Surgery
- ☐ Joint Replacement
- ☐ Knee Surgery
- ☐ Lumbar Discectomy/Decompression
- ☐ Open Reduction Internal Fixation
- ☐ Orthopedic Surgery
- ☐ Posterior Cervical Decompression
- ☐ Posterior Spinal Fusion
- ☐ Posterior Thoracic Fusion
- ☐ Shoulder Surgery
- ☐ None

**Family Medical History Condition List**

- ☐ Alcoholism
- ☐ Blood coagulation disorder
- ☐ Cerebrovascular accident
- ☒ Diabetes mellitus
- ☐ Disease of liver
- ☐ Fibromyalgia
- ☐ Heart disease
- ☐ Hypertensive disorder
- ☐ Illicit medication use
- ☐ Kidney disease
- ☐ Malignant neoplastic disease
- ☒ Mental disorder
- ☒ Rheumatoid arthritis
- ☐ Substance abuse
- ☐ None

**Family Medical History Member**

| | Mother | Father | Brother | Sister | Maternal Grandmother | Maternal Grandfather | Pate Granc |
|---|---|---|---|---|---|---|---|
| Diabetes mellitus | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| Mental disorder | ☐ | ☐ | ☐ | ☐ | ☒ | ☒ | ☐ |
| Rheumatoid arthritis | ☒ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |

## Social History

| | |
|---|---|
| Marital status | Domestic Partner |

## Blind / Deaf

| | | | |
|---|---|---|---|
| Deaf or serious difficulty hearing | No | Hard of hearing or deaf in one or both ears? | No |

## Elderly

| | | | |
|---|---|---|---|
| Difficulty dressing or bathing | No | Difficulty walking or climbing stairs | No |
| Difficulty doing errands alone | Yes | | |

## Health

**James Zoll**
DOB:
Age: 50
Gender: Male

**Full Clinical Report**

Phreesia

Date of Visit: 06/24/2019 12:50 PM

| | | | |
|---|---|---|---|
| Exercise level | Occasional | General stress level | Low |
| Difficulty concentrating or focusing | Yes | | |

**Substance Use**

| | | | |
|---|---|---|---|
| Alcohol intake | Occasional | Chewing tobacco | None |
| Caffeine intake | Moderate | Smoking Status | Never smoker |
| Illicit drugs | | | |

**Review of Systems**

Review of Systems - Constitutional Symptoms
- ☐ Exercise Intolerance
- ☐ Fatigue
- ☐ Fever
- ☐ Lethargy (Lack of Energy)
- ☐ Malaise
- ☐ Sedation (Drowsiness)
- ☐ Weight Gain
- ☐ Weight Loss
- ☑ None

Review of Systems - Eyes
- ☐ Eye Disease or Injury
- ☐ Irritation
- ☐ Vision Change
- ☐ Wear Contacts
- ☑ Wear Glasses
- ☐ None

Review of Systems - Ears, Nose, Mouth, Throat
- ☐ Bleeding Gums
- ☐ Difficulty Breathing
- ☑ Dry Mouth
- ☐ Ear Pain
- ☐ Frequent Nosebleeds
- ☐ Mouth Breathing
- ☐ Mouth Ulcers
- ☐ Oral Abnormalities
- ☐ Sinus Problems
- ☐ Sinusitis
- ☐ Snoring
- ☐ Sore Throat
- ☐ None

Review of Systems - Cardiovascular
- ☑ Arm Pain
- ☐ Chest Pain
- ☐ Known Heart Murmur
- ☑ Lightheaded upon standing
- ☐ Palpitations (skipping/irregular)
- ☐ Shortness of Breath (laying down)
- ☐ ShortnessofBreath (walking)
- ☐ Swollen Ankles / Legs
- ☐ None

Review of Systems - Respiratory
- ☑ Cough
- ☐ Shortness of Breath
- ☐ Sleep Apnea
- ☐ Wheezing
- ☐ None

Review of Systems - Gastrointestinal (Digestion)
- ☐ Abdominal Pain
- ☐ Appetite Change
- ☐ Black or Tarry Stools
- ☑ Constipation
- ☐ Frequent Diarrhea
- ☐ Heartburn
- ☐ Indigestion
- ☐ Nausea
- ☐ Vomiting
- ☐ Vomiting Blood
- ☐ None

Review of Systems - Genitourinary (Urinary System)
- ☐ Blood in Urine
- ☐ Frequent Urination
- ☐ Incomplete Emptying
- ☐ Trouble Urinating
- ☐ Urinary Loss of Control
- ☑ None

Review of Systems - Muscoloskeletal
- ☐ Arthralgias/Joint Pain
- ☑ Back Pain
- ☐ Bone Pain
- ☐ Difficulty Walking
- ☐ Fractures
- ☐ Muscle Cramps / Aches
- ☑ Muscle Weakness
- ☑ Neck Pain
- ☐ Osteoporosis (Fragile Bones)
- ☐ Swelling in Extremities
- ☐ None

**James Zoll**
DOB:
Age: 50
Gender: Male

**Full Clinical Report**

Phreesia

Date of Visit: 06/24/2019 12:50 PM

Review of Systems - Integumentary (Skin/Breasts)

- ☐ Abnormal Moles
- ☐ Breast Lumps
- ☐ Change in Hair or Nails
- ☐ Change in Skin Color
- ☐ Dry Skin
- ☐ Growth Lesions
- ☐ Itching
- ☐ Jaundice
- ☐ Lacerations
- ☐ Non Healing Areas
- ☐ Psoriasis
- ☐ Rash
- ☑ None

Review of Systems - Neurological (Nervous System)

- ☐ Dizziness
- ☑ Frequent Headaches
- ☐ Gait Dysfunction
- ☐ Loss of Consciousness
- ☑ Migraines
- ☑ Numbness
- ☐ Paralysis
- ☑ Restless Legs
- ☐ Seizures
- ☑ Tremors / Shaking
- ☑ Weakness
- ☐ None

Review of Systems - Psychiatric

- ☐ Agitation
- ☐ Alcohol Abuse
- ☐ Delirium
- ☐ Dementia
- ☑ Depression
- ☐ Feeling Unsafe in Relationship
- ☐ Hallucinations
- ☐ Memory Loss
- ☐ Mood Swings
- ☐ Restless Sleep
- ☑ Sleep Disturbances
- ☐ Suicidal Thoughts
- ☐ None

Review of Systems - Endocrine (Hormones)

- ☐ Cold Intolerance
- ☐ Fatigue
- ☐ Hair Loss
- ☐ Increased Hair Growth
- ☐ Increased Thirst
- ☑ None

Review of Systems - Hematologic/Lymphatic

- ☐ Anemia
- ☐ Bruise Easily
- ☐ Excessive Bleeding
- ☐ Phlebitis (Vein Inflammation)
- ☐ Swollen Glands
- ☑ None

Review of Systems - Allergy/Immunologic

- ☐ Frequent Sneezing
- ☐ Hives
- ☐ Itching
- ☐ Runny Nose
- ☐ Sinus Pressure
- ☑ None



## Encounters and Procedures

**ZOLL, JAMES (id #133754, dob:**

Clinical Encounter Summaries

**Encounter Date: 07/16/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 133754 | **Appt. Date/Time** | 07/16/2019 02:40PM |
| **DOB** | | **Service Dept.** | Lexington |
| **Provider** | BRANDON GISH, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Referring Provider Name : HACKETT, DANIEL<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Referring Provider (Primary Insurance):** HACKETT, DANIEL: 216 FOUNTAIN CT STE 250, LEXINGTON, KY 40509, Ph (859) 276-5008, Fax (859) 278-6401

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/24/2019)

NKDA

## Medications

Medications not reviewed (last reviewed 06/24/2019)

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet** | 07/01/19 | filled |
| **atorvastatin 20 mg tablet** | 03/14/19 | filled |
| **clonazePAM 1 mg tablet** | 07/04/19 | filled |
| **desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr** | 07/01/19 | filled |
| **diclofenac sodium 75 mg tablet,delayed release** | 07/01/19 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 06/04/19 | filled |
| **omeprazole 20 mg capsule,delayed release** | 04/08/19 | filled |
| **SUMAtriptan 100 mg tablet** | 04/18/19 | filled |
| **SUMAtriptan 6 mg/0.5 mL subcutaneous pen injector** | 04/20/19 | filled |
| **tiZANidine 4 mg tablet** | 07/01/19 | filled |
| **topiramate 25 mg tablet** | 07/01/19 | filled |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Cervical radiculopathy - Onset: 06/24/2019
- Left rotator cuff syndrome - Onset: 06/24/2019
- Neck pain - Onset: 06/24/2019

## Family History

Family History not reviewed (last reviewed 06/24/2019)

| | |
|---|---|
| Paternal Grandfather | - Diabetes mellitus |
| Maternal Grandmother | - Mental disorder |
| | - Rheumatoid arthritis |
| Mother | - Rheumatoid arthritis |
| Father | - Rheumatoid arthritis |
| Maternal Grandfather | - Mental disorder |
| Paternal Grandmother | - Rheumatoid arthritis |
| | - Diabetes mellitus |

## Social History

Social History not reviewed (last reviewed 06/24/2019)
Smoking Status: Never smoker
Marital status: Domestic Partner
Alcohol intake: Occasional
Exercise level: Occasional

## Surgical History

Surgical History not reviewed (last reviewed 06/24/2019)
- Shoulder Surgery - left
- Hernia Repair

left wrist surgery

## Past Medical History

Past Medical History not reviewed (last reviewed 06/24/2019)
Anxiety Disorder: **Y**
Chronic Low Back Pain: **Y**
Depression: **Y**
Headaches: **Y**
High Cholesterol: **Y**

## Procedure Documentation

**Cervical Epidural Steroid Injection: Interlaminar:**

**#1 Level: C7/T1**

Diagnosis: Cervical spondylosis
Anesthesia: Local Only
-NPO Status: no
-Driver Present: Yes

**Pre-Procedure Evaluation:**
The procedure was confirmed with the patient.
Blood Thinners/Anticoagulants: None
Antibiotics: None
Diabetes: No
Skin exam: No rashes or skin breakdown at the injection site.
Pre-Procedure Vitals: BP-143/76, Pulse-63, SpO2-98, Temp-Not taken
Improvement from last procedure:1st
Pre-Procedure Pain Score: 3/10

**Description of the Procedure**
Informed consent was obtained from the patient, which included a discussion of risks, benefits, and alternative treatment options. The patient was taken to the procedure suite and assisted into a prone position on the procedure table. A Time Out was taken to verify the patients identity, the procedure, and laterality. Blood pressure, heart rate, and pulse oximetry were monitored throughout the procedure.

The skin overlying the posterior cervical region was cleansed with isopropyl alcohol. AP fluoroscopic images were taken to identify the lower cervical interlaminar windows which were marked with a marking pen on the skin. The injection site was then cleansed with a chlorhexidine solution and allowed to dry. The skin and soft tissue at the injection site was infiltrated with 3 mL of 1% Lidocaine using a 27 gauge hypodermic needle.
Following this a 20 gauge x 3 1/2 inch Tuohy needle was advanced into the C7/T1 interlaminar space. At this point steep oblique views were obtained to evaluate the depth of the needle tip. The epidural space was then identified using a loss of resistance technique to saline. Aspirations were negative for blood or CSF, and no paresthesia were elicited. 1 mL of Omnipaque 240 was injected demonstrating the absence of intravascular uptake and appropriate spread in the posterior epidural space. AP fluoroscopic views were then obtained to again verify a characteristic epidurogram pattern.
Next, an epidural steroid injection was performed with 80mg DepoMedrol diluted in 1 mL of normal saline for a total volume of 2 mL. The needle was removed intact. The injection site was cleansed with alcohol and a Band-aid was placed over the site. The patient was taken to the recovery area in stable condition.

**Post-Procedure:**
The patient was monitored for adverse allergic, neurologic, and hemodynamic reactions.
Total Fluoroscopy time: 9seconds
Post-Procedure Vitals: BP-125/76, Pulse-60, SpO2-98
Complications: None
Post-Procedure Pain Score: 4/10
Discharge: Home with driver/caregiver Notes:

## Assessment / Plan

**1. Cervical radiculopathy**
M54.12: Radiculopathy, cervical region
- PHYSICAL THERAPY REFERRAL - Schedule Within: provider's discretion
  Evaluate & Treat: cervical radiculopathy, neck pain, and shoulder pain
- EPIDURAL STEROID INJECTION, CERVICAL (PROC) - Note to Provider: #2 C7/T1 ESI

## Return to Office
- Brandon Gish, MD for INJECTION at Lexington on 08/23/2019 at 03:20 PM

## Encounter Sign-Off
Encounter signed-off by Brandon Gish, MD, 07/16/2019.

Encounter performed and documented by Brandon Gish, MD
Encounter reviewed & signed by Brandon Gish, MD on 07/16/2019 at 3:36pm

**James Zoll**
DOB:
Age: 50
Gender: Male

# Full Clinical Report

Phreesia
Date of Visit: 07/16/2019 2:40 PM

**Visit Overview**

| | | | |
|---|---|---|---|
| Patient Name | James Zoll | Street Address | |
| Patient Date of Birth | | City, State and ZIP Code | |
| Patient Gender | Male | Physician * | Brandon Gish |

**ZOLL, JAMES (id #133754, dob:**

**Encounter Date: 06/24/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 133754 | **Appt. Date/Time** | 06/24/2019 12:50PM |
| **DOB** | | **Service Dept.** | Lexington |
| **Provider** | BRANDON GISH, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>Referring Provider Name : HACKETT, DANIEL<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

neck pain

Patient's Care Team

**Referring Provider (Primary Insurance):** HACKETT, DANIEL: 216 FOUNTAIN CT STE 250, LEXINGTON, KY 40509, Ph (859) 276-5008, Fax (859) 278-6401

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 06/24/2019 01:26 pm | **Wt:** | 215 lbs 06/24/2019 01:26 pm | **BMI:** | 29.2 06/24/2019 01:26 pm |
| **BP:** | 116/78 06/24/2019 01:27 pm | **HR:** | 61 06/24/2019 01:27 pm | **O2Sat:** | 98% 06/24/2019 01:27 pm |
| **Pain Scale:** | 6 06/24/2019 01:26 pm | | | | |

Allergies

Reviewed Allergies

NKDA

Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet** | 04/08/19 | filled |
| **atorvastatin 20 mg tablet** | 03/14/19 | filled |
| **clonazePAM 1 mg tablet** | 06/04/19 | filled |
| **diclofenac sodium 75 mg tablet,delayed release** | 04/18/19 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet** | 06/04/19 | filled |
| **omeprazole 20 mg capsule,delayed release** | 04/08/19 | filled |
| **SUMAtriptan 100 mg tablet** | 04/18/19 | filled |
| **SUMAtriptan 6 mg/0.5 mL subcutaneous pen injector** | 04/20/19 | filled |
| **tiZANidine 4 mg tablet** | 03/14/19 | filled |
| **topiramate 25 mg tablet** | 04/18/19 | filled |

Vaccines

None recorded.

Problems

Reviewed Problems

- Cervical radiculopathy - Onset: 06/24/2019
- Left rotator cuff syndrome - Onset: 06/24/2019

- Neck pain - Onset: 06/24/2019

## Family History

Reviewed Family History

| | |
|---|---|
| Paternal Grandfather | - Diabetes mellitus |
| Maternal Grandmother | - Mental disorder |
| | - Rheumatoid arthritis |
| Mother | - Rheumatoid arthritis |
| Father | - Rheumatoid arthritis |
| Maternal Grandfather | - Mental disorder |
| Paternal Grandmother | - Rheumatoid arthritis |
| | - Diabetes mellitus |

## Social History

Reviewed Social History
Smoking Status: Never smoker
Marital status: Domestic Partner
Alcohol intake: Occasional
Exercise level: Occasional

## Surgical History

Reviewed Surgical History
- Shoulder Surgery - left
- Hernia Repair

left wrist surgery

## Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Chronic Low Back Pain: **Y**
Depression: **Y**
Headaches: **Y**
High Cholesterol: **Y**

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 14 | Screening form completed by patient using Phreesia. |
| Opioid Risk | 4 | Screening form completed by patient using Phreesia. |

## HPI

**Neck pain**
Reported by patient.

Onset: 8 years
Location: bilateral paraspinal; midline spine; radiating to the left upper extremity to the hand
Duration: constant
Context: started without cause
Quality: **numbess**; stinging
Severity: current pain level: 6/10; worst pain level: 7/10; moderate
Alleviating Factors: medication
Aggravating Factors: cannot identify
Timing: constant; varies throughout the day
Associated Symptoms: no weakness; no dizziness; no popping/clicking; no bladder incontinence; no bowel incontinence; **numbness**; **tingling**; **pain in upper extremities**
Prior Imaging: MRI; Patient has brought a report with him today
Previous Cervical Surgery: none
Previous Injections: Patient had injection with Dr.Dubal with benefit.
Previous PT: completed PT; response to therapy: pain improved
Previous Chiropractic care: none
Medications History: NSAIDS: (**DIclofenac (effective)**); muscle relaxants: (**Tizanidine (effective)**); neuropathics: (**Gabapentin (unable to tolerate)**); opioid pain medications: (**Norco (effective)**)
Working: no; Patient has been off work from 11 months. He is still employed with Toyota.
Prior Pain Management: yes; Advanced Pain Medicine

**Pain Management Initial**
Reported by patient.

Hand Dominance: right

## ROS

**Additionally reports:**

**Allergic/Immunologic**
**Confirms: None**
**Denies: Frequent Sneezing, Hives, Itching, Runny Nose, Sinus Pressure**
**Cardiovascular**
**Confirms: Arm Pain, Lightheaded upon standing**
**Denies: Chest Pain, Known Heart Murmur, Palpitations (skipping/irregular), Shortness of Breath (laying down), ShortnessofBreath (walking), Swollen Ankles / Legs**
**Constitutional**
**Confirms: None**
**Denies: Exercise Intolerance, Fatigue, Fever, Lethargy (Lack of Energy), Malaise, Sedation (Drowsiness), Weight Gain, Weight Loss**
**ENMT**
**Confirms: Dry Mouth**
**Denies: Bleeding Gums, Difficulty Breathing, Ear Pain, Frequent Nosebleeds, Mouth Breathing, Mouth Ulcers, Oral Abnormalities, Sinus Problems, Sinusitis, Snoring, Sore Throat**
**Endocrine**
**Confirms: None**
**Denies: Cold Intolerance, Fatigue, Hair Loss, Increased Hair Growth, Increased Thirst**
**Eyes**
**Confirms: Wear Glasses**
**Denies: Eye Disease or Injury, Irritation, Vision Change, Wear Contacts**
**Gastrointestinal**
**Confirms: Constipation**
**Denies: Abdominal Pain, Appetite Change, Black or Tarry Stools, Frequent Diarrhea, Heartburn, Indigestion, Nausea, Vomiting, Vomiting Blood**
**Genitourinary**
**Confirms: None**
**Denies: Blood in Urine, Frequent Urination, Incomplete Emptying, Trouble Urinating, Urinary Loss of Control**
**Hematologic/Lymphatic**
**Confirms: None**
**Denies: Anemia, Bruise Easily, Excessive Bleeding, Phlebitis (Vein Inflammation), Swollen Glands**
**Integumentary**
**Confirms: None**
**Denies: Abnormal Moles, Breast Lumps, Change in Hair or Nails, Change in Skin Color, Dry Skin, Growth Lesions, Itching, Jaundice, Lacerations, Non Healing Areas, Psoriasis, Rash**
**Musculoskeletal**
**Confirms: Back Pain, Muscle Weakness, Neck Pain**
**Denies: Arthralgias/Joint Pain, Bone Pain, Difficulty Walking, Fractures, Muscle Cramps / Aches, Osteoporosis (Fragile Bones), Swelling in Extremities**
**Neurologic**
**Confirms: Frequent Headaches, Migraines, Numbness, Restless Legs, Tremors / Shaking, Weakness**
**Denies: Dizziness, Gait Dysfunction, Loss of Consciousness, Paralysis, Seizures**
**Psychiatric**
**Confirms: Depression, Sleep Disturbances**
**Denies: Agitation, Alcohol Abuse, Delirium, Dementia, Feeling Unsafe in Relationship, Hallucinations, Memory Loss, Mood Swings, Restless Sleep, Suicidal Thoughts**
**Respiratory**
**Confirms: Cough**
**Denies: Shortness of Breath, Sleep Apnea, Wheezing**

**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old male.

**Constitutional:** General Appearance: healthy-appearing. Level of Distress: no acute distress.

**Psychiatric:** Insight: good judgement and insight. Mental Status: active and alert and normal mood. Orientation: to time, place, and person.

**Eyes:** Eyelids and Conjunctivae: conjunctivae normal. Sclerae: white and non-icteric.

**ENMT:** Hearing: normal hearing to conversation.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Lower Extremity Edema none present.

**Musculoskeletal::** Motor Strength and Tone: normal and normal tone. Joints, Bones, and Muscles: **limited ROM; left shoulder: Empty can test positive, preserved strength but mild pain with resisted internal/external rotation and abduction.**. Extremities: no edema.

**Neurologic:** Gait: smooth, regular gait and ambulates without assistive device. Cranial Nerves II-XII: grossly intact. Sensation: grossly intact. Deep Tendon Reflexes Left: 2+ biceps (C6) and no Hoffman's reflex. Deep Tendon Reflexes Right: 2+ biceps (C6) and no Hoffman's reflex. Sensation Left: **decreased light touch C6 dermatome**, **C7 dermatome**, and **C8 dermatome** and C5 dermatome intact and T1-T12 dermatome intact. Sensation Right: C5 dermatome intact, C6 dermatome intact, C7 dermatome intact, C8 dermatome intact, and T1-T12 dermatome intact.

**Skin:** Inspection and palpation: no rash or lesions.

**Cervical Spine:** Inspection: normal alignment and no muscle atrophy in the bilateral upper extremities. Soft Tissue Palpation: **tenderness of the bilateral cervical paraspinal muscles** and **the bilateral trapezius muscles**. Active Range of Motion: **extension: 10 degrees**, **left lateral roatation: 20 degrees**, **right lateral rotation: 10 degrees**, and **pain elicited with range of motion** and normal flexion: 80 degrees. Left Upper Extremity Strength deltoid (C5): 5/5, triceps (C7): 5/5, biceps (C5): 5/5, wrist extension (C6): 5/5, and grip strength (C8): 5/5. Right Upper Extremity Strength: deltoid (C5): 5/5, biceps (C5): 5/5, triceps (C7): 5/5, wrist extension (C6): 5/5, and grip strength (C8): 5/5. Special Tests: **Spulrling's test: positive**.

## Assessment / Plan

This is a 50-year-old woman seen today for evaluation and treatment related to neck pain and left upper extremity pain. This pain began after a fall while hiking 7/2018. Also, this led to a rotator cuff repair 9/2018. He also had left wrist surgery at that time. He continues to have pain over the left side of the neck and into the left shoulder. This is the primary location of pain, however it can radiates into the fingertips associated with numbness and tingling in a C6/C7 distribution.

MRI of the cervical spine demonstrates moderate to severe left C6-7 neuroforaminal stenosis. There is also mild multilevel degeneration.

He's undergone intra-articular left shoulder joint injections (AC joint) with modest benefit. He previously treated with Dr. Duball in the past and underwent injections in the cervical spine.

Medication management currently consists of diclofenac and tizanidine. He was not able to tolerate gabapentin. He also takes Norco very sparingly and not every day. ORT score is 4 representing moderate risk due to depression and family history of alcohol abuse. He also takes Klonopin on a regular basis.

Presentation is consistent with recovering left rotator cuff repair and cervical radiculopathy. I recommend a C7-T1 ESI (leftward) for diagnostic and therapeutic purposes. If this is beneficial I would recommend cervical physical therapy to include traction.

**1. Cervical radiculopathy**
M54.12: Radiculopathy, cervical region
- EPIDURAL STEROID INJECTION, CERVICAL (PROC)

**2. Left rotator cuff syndrome**
M75.102: Unspecified rotator cuff tear or rupture of left shoulder, not specified as traumatic

**3. Neck pain** -

ORT and PHQ-9 testing was completed electronically by the patient to evaluate the patient's psychosocial health to better determine baseline risk as we consider initiating opioid medications. The patient's ORT score of 4 indicates (moderate) risk potential for medication misuse. The patients PHQ-9 of 14 indicates (mod-severe) depression. The patients PSEQ score being 25 represents the patient has (less sustainable gains) if opioid medication is considered. Baseline results. Will be taken into consideration if treatment with opioid medication is initiated in the future.

M54.2: Cervicalgia
- OPIOID RISK TOOL (ORT)

Return to Office

- Brandon Gish, MD for INJECTION at Lexington on 07/16/2019 at 02:40 PM

Encounter Sign-Off

Encounter signed-off by Brandon Gish, MD, 06/24/2019.

Encounter performed and documented by Brandon Gish, MD
Encounter reviewed & signed by Brandon Gish, MD on 06/24/2019 at 1:58pm

**James Zoll**
DOB:
Age: 50
Gender: Male

# Full Clinical Report

Phreesia

Date of Visit: 06/24/2019 12:50 PM

## Visit Overview

| | | | |
|---|---|---|---|
| Patient Name | James Zoll | Street Address | |
| Patient Date of Birth | | City, State and ZIP Code | |
| Patient Gender | Male | Physician | Brandon Gish |

## Medical History

**Past and Current Medical Conditions**

- ☐ AIDS/HIV
- ☐ Anemia
- ☒ Anxiety Disorder
- ☐ Autoimmune Disease
- ☐ Bipolar Disease
- ☐ Bleeding Disorder
- ☐ Cancer
- ☐ Cardiomyopathy
- ☒ Chronic Low Back Pain
- ☐ Coronary Artery Disease
- ☐ Dementia
- ☒ Depression
- ☐ Diabetes
- ☐ Fibromyalgia
- ☐ Gout
- ☐ Head Trauma/Injury
- ☐ Headaches
- ☐ Heart Attack (MI)
- ☐ Heart Disease
- ☐ Hepatitis
- ☐ Hernia
- ☐ Hypertension
- ☐ Inflammatory Bowel Disease
- ☐ Kidney Disease
- ☐ Liver Disease
- ☐ Osteoarthritis
- ☐ Osteoporosis
- ☐ Rheumatoid Arthritis
- ☐ Seizure Disorder
- ☐ Sleep Apnea
- ☐ Stroke
- ☐ Substance Abuse
- ☐ None

**Surgeries or Procedures**

- ☐ Anterior Cervical Discectomy Fusion
- ☐ Breast Surgery
- ☐ Carotid Endarterectomy
- ☐ Carpal Tunnel Release
- ☐ Cervical Spine Surgery
- ☐ Cholecystectomy
- ☐ Colectomy
- ☐ Coronary Artery Bypass
- ☐ Foot/Ankle Surgery
- ☒ Hernia Repair
- ☐ Hip Surgery
- ☐ Joint Replacement
- ☐ Knee Surgery
- ☐ Lumbar Discectomy/Decompression
- ☐ Open Reduction Internal Fixation
- ☐ Orthopedic Surgery
- ☐ Posterior Cervical Decompression
- ☐ Posterior Spinal Fusion
- ☐ Posterior Thoracic Fusion
- ☐ Shoulder Surgery
- ☐ None

**Family Medical History Condition List**

- ☐ Alcoholism
- ☐ Blood coagulation disorder
- ☐ Cerebrovascular accident
- ☒ Diabetes mellitus
- ☐ Disease of liver
- ☐ Fibromyalgia
- ☐ Heart disease
- ☐ Hypertensive disorder
- ☐ Illicit medication use
- ☐ Kidney disease
- ☐ Malignant neoplastic disease
- ☒ Mental disorder
- ☒ Rheumatoid arthritis
- ☐ Substance abuse
- ☐ None

**Family Medical History Member**

| | Mother | Father | Brother | Sister | Maternal Grandmother | Maternal Grandfather | Pate[rnal] Grand[mother] |
|---|---|---|---|---|---|---|---|
| Diabetes mellitus | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| Mental disorder | ☐ | ☐ | ☐ | ☐ | ☒ | ☒ | ☐ |
| Rheumatoid arthritis | ☒ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |

## Social History

| | |
|---|---|
| Marital status | Domestic Partner |

## Blind / Deaf

| | | | |
|---|---|---|---|
| Deaf or serious difficulty hearing | No | Hard of hearing or deaf in one or both ears? | No |

## Elderly

| | | | |
|---|---|---|---|
| Difficulty dressing or bathing | No | Difficulty walking or climbing stairs | No |
| Difficulty doing errands alone | Yes | | |

## Health

**James Zoll**
DOB:
Age: 50
Gender: Male

# Full Clinical Report

Phreesia

Date of Visit: 06/24/2019 12:50 PM

| | | | |
|---|---|---|---|
| Exercise level | Occasional | General stress level | Low |
| Difficulty concentrating or focusing | Yes | | |

**Substance Use**

| | | | |
|---|---|---|---|
| Alcohol intake | Occasional | Chewing tobacco | None |
| Caffeine intake | Moderate | Smoking Status | Never smoker |
| Illicit drugs | | | |

**Review of Systems**

Review of Systems - Constitutional Symptoms
- ☐ Exercise Intolerance
- ☐ Fatigue
- ☐ Fever
- ☐ Lethargy (Lack of Energy)
- ☐ Malaise
- ☐ Sedation (Drowsiness)
- ☐ Weight Gain
- ☐ Weight Loss
- ☑ None

Review of Systems - Eyes
- ☐ Eye Disease or Injury
- ☐ Irritation
- ☐ Vision Change
- ☐ Wear Contacts
- ☑ Wear Glasses
- ☐ None

Review of Systems - Ears, Nose, Mouth, Throat
- ☐ Bleeding Gums
- ☐ Difficulty Breathing
- ☑ Dry Mouth
- ☐ Ear Pain
- ☐ Frequent Nosebleeds
- ☐ Mouth Breathing
- ☐ Mouth Ulcers
- ☐ Oral Abnormalities
- ☐ Sinus Problems
- ☐ Sinusitis
- ☐ Snoring
- ☐ Sore Throat
- ☐ None

Review of Systems - Cardiovascular
- ☑ Arm Pain
- ☐ Chest Pain
- ☐ Known Heart Murmur
- ☑ Lightheaded upon standing
- ☐ Palpitations (skipping/irregular)
- ☐ Shortness of Breath (laying down)
- ☐ ShortnessofBreath (walking)
- ☐ Swollen Ankles / Legs
- ☐ None

Review of Systems - Respiratory
- ☑ Cough
- ☐ Shortness of Breath
- ☐ Sleep Apnea
- ☐ Wheezing
- ☐ None

Review of Systems - Gastrointestinal (Digestion)
- ☐ Abdominal Pain
- ☐ Appetite Change
- ☐ Black or Tarry Stools
- ☑ Constipation
- ☐ Frequent Diarrhea
- ☐ Heartburn
- ☐ Indigestion
- ☐ Nausea
- ☐ Vomiting
- ☐ Vomiting Blood
- ☐ None

Review of Systems - Genitourinary (Urinary System)
- ☐ Blood in Urine
- ☐ Frequent Urination
- ☐ Incomplete Emptying
- ☐ Trouble Urinating
- ☐ Urinary Loss of Control
- ☑ None

Review of Systems - Muscoloskeletal
- ☐ Arthralgias/Joint Pain
- ☑ Back Pain
- ☐ Bone Pain
- ☐ Difficulty Walking
- ☐ Fractures
- ☐ Muscle Cramps / Aches
- ☑ Muscle Weakness
- ☑ Neck Pain
- ☐ Osteoporosis (Fragile Bones)
- ☐ Swelling in Extremities
- ☐ None

**James Zoll**
DOB:
Age: 50
Gender: Male

# Full Clinical Report

Phreesia

Date of Visit: 06/24/2019 12:50 PM

Review of Systems - Integumentary (Skin/Breasts)

- ☐ Abnormal Moles
- ☐ Breast Lumps
- ☐ Change in Hair or Nails
- ☐ Change in Skin Color
- ☐ Dry Skin
- ☐ Growth Lesions
- ☐ Itching
- ☐ Jaundice
- ☐ Lacerations
- ☐ Non Healing Areas
- ☐ Psoriasis
- ☐ Rash
- ☑ None

Review of Systems - Neurological (Nervous System)

- ☐ Dizziness
- ☑ Frequent Headaches
- ☐ Gait Dysfunction
- ☐ Loss of Consciousness
- ☑ Migraines
- ☑ Numbness
- ☐ Paralysis
- ☑ Restless Legs
- ☐ Seizures
- ☑ Tremors / Shaking
- ☑ Weakness
- ☐ None

Review of Systems - Psychiatric

- ☐ Agitation
- ☐ Alcohol Abuse
- ☐ Delirium
- ☐ Dementia
- ☑ Depression
- ☐ Feeling Unsafe in Relationship
- ☐ Hallucinations
- ☐ Memory Loss
- ☐ Mood Swings
- ☐ Restless Sleep
- ☑ Sleep Disturbances
- ☐ Suicidal Thoughts
- ☐ None

Review of Systems - Endocrine (Hormones)

- ☐ Cold Intolerance
- ☐ Fatigue
- ☐ Hair Loss
- ☐ Increased Hair Growth
- ☐ Increased Thirst
- ☑ None

Review of Systems - Hematologic/Lymphatic

- ☐ Anemia
- ☐ Bruise Easily
- ☐ Excessive Bleeding
- ☐ Phlebitis (Vein Inflammation)
- ☐ Swollen Glands
- ☑ None

Review of Systems - Allergy/Immunologic

- ☐ Frequent Sneezing
- ☐ Hives
- ☐ Itching
- ☐ Runny Nose
- ☐ Sinus Pressure
- ☑ None

**James Zoll**
Patient Gender: Male
DOB:
Age: 50

# Patient Health Questionnaire(PHQ-9)

Phreesia

Date of Visit: 06/24/2019 12:50 PM

## Patient Health Questionnaire (PHQ-9)

**Over the last 2 weeks, how often have you been bothered by any of the following problems?**

| | |
|---|---|
| 1. Little interest or pleasure in doing things | Nearly every day (3) |
| 2. Feeling down, depressed or hopeless | More than half the days (2) |
| 3. Trouble falling or staying asleep, or sleeping too much | More than half the days (2) |
| 4. Feeling tired or having little energy | Several days (1) |
| 5. Poor appetite or overeating | More than half the days (2) |
| 6. Feeling bad about yourself - or that you are a failure or have let yourself or your family down | More than half the days (2) |
| 7. Trouble concentrating on things, such as reading the newspaper or watching television | Several days (1) |
| 8. Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Several days (1) |
| 9. Thoughts that you would be better off dead. or of hurting yourself | Not at all (0) |
| How difficult have these problems made it for you to do your work, take care of things at home or get along with people? | Somewhat difficult |

*Copyright Pfizer.*

## Results

| | |
|---|---|
| Results | Moderate depression. (14). |

**Result Interpretation**

**SCORING**: Add up the responses for each item **Not at all** = 0; **Several days** = 1; **More than half the days** = 2; **Nearly every day** = 3

| Total Score | Depression Severity |
|---|---|
| 0-4 | None |
| 5-9 | Mild Depression |
| 10-14 | Moderate Depression |
| 15-19 | Moderately Severe Depression |
| 20-27 | Severe Depression |

Commonwealth Pain Associates PLLC • 223 Executive Park, LOUISVILLE KY 40207-4640

**ZOLL, JAMES (id #133754, dob:**

**James Zoll**
DOB:
Age: 50
Gender: Male

# Opioid Risk Tool

Phreesia

Date of Visit: 06/24/2019 12:50 PM

## Opioid Risk Tool

Family History of Substance Abuse
- ☒ Alcohol
- ☐ Illegal drugs
- ☐ Prescription drugs
- ☐ None

Personal History of Substance Abuse
- ☐ Alcohol
- ☐ Illegal drugs
- ☐ Prescription drugs
- ☒ None

Opioid Risk Tool

| | Yes | No |
|---|---|---|
| I am between 16 and 45 years | ☐ | ☒ |
| I experienced preadolescent sexual abuse | ☐ | ☒ |
| Attention Deficit Disorder | ☐ | ☒ |
| Obsessive-compulsive disorder | ☐ | ☒ |
| Bipolar disorder | ☐ | ☒ |
| Schizophrenia | ☐ | ☒ |
| Depression | ☒ | ☐ |

## Results

Total Score Risk Category: 4

**Total Score Risk Category** **Low Risk 0 – 3 Moderate Risk 4 – 7 High Risk > 8**

**Webster** LR, **Webster** R. **Predicting aberrant behaviors in Opioid-treated patients: preliminary validation of the Opioid** risk **tool.** **Pain Med. 2005;6(6):432**

Provider: Brandon Gish

**James Zoll**
DOB:
Age: 50
Gender: Male

# Pain Self Efficacy Questionnaire (PSEQ)

Phreesia

Date of Visit: 06/24/2019 12:50 PM

Pain Self Efficacy Questionnaire (PSEQ) ±

| | 0 Not at all Confident | 1 | 2 | 3 | 4 | 5 | 6 Completely Confident |
|---|---|---|---|---|---|---|---|
| 1. I can enjoy things, despite the pain | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 2. I can do most of the household chores (e.g. tidying-up, washing dishes, etc.), despite the pain. | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 3. I can socialise with my friends or family members as often as I used to do, despite the pain. | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 4. I can cope with my pain in most situations. | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 5. I can do some form of work, despite the pain. ("work" includes housework, paid and unpaid work). | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 6. I can still do many of the things I enjoy doing, such as hobbies or leisure activity, despite pain. | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 7. I can cope with pain without medication. | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 8. I can still accomplish most of my goals in life, despite the pain. | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 9. I can live normal lifestyle, despite the pain. | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 10. I can gradually become more active, despite the pain. | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

## Results

Pain Self Efficacy Questionnaire (PSEQ) Score: ± 25

Results Interpretation: Scores can range from 0 – 60 and is done by simple addition. High PSEQ scores are strongly associated with clinically-significant functional levels and provide a useful gauge for evaluating outcomes in chronic pain patients. Scores around 40, as found in injured workers who returned to work (Cohen et al, 2000; Adams and Williams, 2003) are associated with return to work and maintenance of functional gains, whilst lower scores after treatment (e.g., 30) tend to predict less sustainable gains (Couglan et al, 1995).

*Source: Nicholas M.K. Self-efficacy and chronic pain. Paper presented At the annual conference at the British Psychological Society. St. Andrews, 1989.*

Provider: Brandon Gish



# Imaging Results

Commonwealth Pain Associates PLLC • 223 Executive Park, LOUISVILLE KY 40207-4640

**ZOLL, JAMES (id #133754, dob:**

## MRI, LUMBAR SPINE, W/O CONTRAST

(#2906663, 06/12/2019 12:00am)

**ZOLL, JAMES D (id #21795182, dob:**

## Imaging Results

### MR LUMBAR W/O CONTRAST

(#25639168, Final, 06/12/2019 11:45am)

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMES D ZOLL
Patient DOB:
Patient MRN: 6695100

Ordering Provider: JOHN P ZIEGLER

EXAM DATE: 06/12/2019

EXAM: MR LUMBAR W/O CONTRAST

HISTORY: 56-year-old male with low back pain.

COMPARISON: MRI dated 12/22/2016

FINDINGS:
The lumbar spine is normal in alignment. There is no subluxation. There is no evidence of fracture. There is mild anterior marginal osteophytic spurring. No pathologic lesion is identified in the lumbar spine. The conus medullaris is normal in appearance at the L1-L2 level.

T11-T12 and T12-L1: These intervertebral discs are normal in appearance.

L1-L2: There is minimal endplate spurring. There is no central canal stenosis. There is no neural foraminal stenosis.

L2-L3: There is a minimal disc bulge and mild endplate spurring. There is no central canal stenosis. There is no neural foraminal stenosis.

L3-L4: There is a mild disc bulge and mild endplate spurring. There is no central canal stenosis. There is minimal neural foraminal stenosis.

L4-L5: There is a broad-based disc protrusion and mild endplate spurring. There is no central canal stenosis. There is mild bilateral neural foraminal stenosis.

L5-S1: There is a broad-based disc protrusion and mild endplate spurring. There is no central canal stenosis. There is mild bilateral neural foraminal stenosis.

IMPRESSION:
1. There are broad-based disc protrusion at L4-L5 and L5-S1 with mild bilateral neural foraminal stenosis.

Interpreted By: Timothy Averion-Mahloch, MD
Electronically Signed By: Timothy Averion-Mahloch, MD on 6/12/2019 12:50 PM

**ZOLL, JAMES (id #133754, dob:**

## MRI, CERVICAL SPINE, W/O CONTRAST

(#2906468, 06/12/2019 12:00am)

**ZOLL, JAMES D (id #21795182, dob:**

## MR CERVICAL W/O CONTRAST

(#25637797, Final, 06/12/2019 11:15am)

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMES D ZOLL
Patient DOB:
Patient MRN: 6695100

Ordering Provider: JOHN P ZIEGLER

EXAM DATE: 06/12/2019

EXAM: MR CERVICAL W/O CONTRAST

HISTORY: 50-year-old male with neck pain, and left arm pain and numbness.

COMPARISON: MRI of the cervical spine dated 8/9/2018.

FINDINGS:
There is minimal posterior listhesis of C3 on C4. The cervical spine is otherwise normal in alignment. There is no fracture or pathologic intraosseous lesion. There is mild to moderate anterior marginal osteophytic spurring. No paraspinous soft tissue abnormality is identified. The visualized spinal cord and posterior fossa of the brain are normal in appearance.

There is moderate mucosal thickening in the maxillary sinuses.

The craniocervical junction is normal in appearance. There are minimal degenerative changes at C1-C2.

C2-C3: There is a mild disc bulge. There is no central canal stenosis. There is no neural foraminal stenosis.

C3-C4: There is a broad-based disc protrusion and mild endplate spurring. There is no central canal stenosis. There is mild bilateral neural foraminal narrowing.

C4-C5: There is a mild disc bulge and mild endplate spurring. There is no central canal stenosis. There is no neural foraminal narrowing.

C5-C6: There is a broad-based disc bulge/protrusion and mild endplate spurring. There is no central canal stenosis. There is mild left neural foraminal stenosis.

C6-C7: There is a broad-based disc protrusion with probable extension in the left neural foramen, and mild endplate spurring. There is no central canal stenosis. There is moderate/severe left neural foraminal stenosis.

C7-T1: This intervertebral disc is essentially normal in appearance.

There is a small disc protrusion at T2-3. There is no central canal stenosis or neural foraminal stenosis.

IMPRESSION:
1. There is a disc protrusion at C6-C7 with probable extension into the left neural foramen. There is moderate/severe left neural foraminal stenosis.
2. There is mild neural foraminal narrowing at C3-C4 and C5-C6.
3. This study is essentially unchanged from the prior MRI.

Interpreted By: Timothy Averion-Mahloch, MD
Electronically Signed By: Timothy Averion-Mahloch, MD on 6/12/2019 12:06 PM

**ZOLL, JAMES (id #133754, dob:**

## Lab Results

### OPIOID RISK TOOL (ORT) 06/24/2019 (#2906116, 06/25/2019 7:39am)

## Procedure Orders

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:3068234-H-16521]

# Pre-Op Orders

07/16/2019

| From Provider | Place of Surgery |
|---|---|
| **Lexington**<br>**101 Prosperous Place Suite 300**<br>**LEXINGTON, KY 40509-1836**<br>**Phone: (859) 275-5229**<br>**Fax: (859) 977-2683**<br><br>**Ordering Provider: BRANDON GISH, MD** | |

## Patient Information

| | | | |
|---|---|---|---|
| **Patient Name** | **ZOLL, JAMES** | **Sex** | **M** |
| **DOB** | [illegible] | **Age** | **50yo** |
| **Address** | | **Phone** | **H:**<br>**W:**<br>**M:** |
| **Primary Insurance** | **BCBS-KY (PPO)**<br>**ID: TOAAN1314861**<br>**Group: 003320100TEAP064**<br>**Policy Holder: ZOLL, JAMES D** | | |
| **Secondary Insurance** | **None recorded.** | | |

## Order Information

| | |
|---|---|
| **Diagnosis** | **Cervical radiculopathy**<br>**ICD-10: M54.12: Radiculopathy, cervical region** |
| **Order Name** | **Orders included: 1**<br><br>**Cervical radiculopathy**<br>**ICD-10: M54.12: Radiculopathy, cervical region**<br>• **EPIDURAL STEROID INJECTION, CERVICAL (PROC)**<br>**Note to Provider: #2 C7/T1 ESI** |
| **Notes** | |

Electronically Signed by: BRANDON GISH, MD

BRANDON GISH, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:2906216-H-16521]

# Pre-Op Orders

06/24/2019

| From Provider | Place of Surgery |
|---|---|
| **Lexington**<br>**101 Prosperous Place Suite 300**<br>**LEXINGTON, KY 40509-1836**<br>**Phone: (859) 275-5229**<br>**Fax: (859) 977-2683**<br><br>**Ordering Provider: BRANDON GISH, MD** | |

## Patient Information

| | | | |
|---|---|---|---|
| **Patient Name** | **ZOLL, JAMES** | **Sex** | **M** |
| **DOB** | | **Age** | **50yo** |
| **Address** | | | |
| **Primary Insurance** | **BCBS-KY (PPO)**<br>**ID: TOAAN1314861**<br>**Group: 003320100TEAP064**<br>**Policy Holder: ZOLL, JAMES D** | | |
| **Secondary Insurance** | **None recorded.** | | |

## Order Information

| | |
|---|---|
| **Diagnosis** | • **Cervical radiculopathy**<br>**ICD-10: M54.12: Radiculopathy, cervical region** |
| **Order Name** | **Orders included: 1**<br><br>**Cervical radiculopathy**<br>**ICD-10: M54.12: Radiculopathy, cervical region**<br>• **EPIDURAL STEROID INJECTION, CERVICAL (PROC)** |
| **Notes** | |

Electronically Signed by: BRANDON GISH, MD

BRANDON GISH, MD

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

| | |
|---|---|
| Date: | August 20, 2019 |
| To: | DR. BRANDON GISH<br>101 PROSPEROUS PLACE STE 300<br>LEXINGTON KY 40509 |
| Attn: | Medical Records |
| Fax: | (859) 977-2683 |
| From: | Christine Kelley<br>Ltd Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-8641 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

August 20, 2019

Dr. Brandon Gish
101 PROSPEROUS PLACE STE 300
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

Dear Dr. Brandon Gish:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2019 through present

We ask that you provide this information by September 18, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist I
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: 6048215-EMPLOYEE/CLAIMANT-FORMS-11.29.2018

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) James Zoll Relationship Self

Signature of claimant or legal representative DocuSigned by: James Zoll EC44665A3CAE4E4...

Date of Birth: ______ Claim Number: 6048215 Date: 11/29/2018

**A copy of this authorization will be considered as valid as the original.**

Fax: (603) 559-8641

ATTN:

Christine Kelley
LTD Specialist #1
Liberty Life

From:

James Zoll
Claim # 85 605 03

Appointment w/ dr Hackett on 8/19/19

Cervical Spine Injection on 8/23/19

Started w/ new physical therapy group
Cardinal Hill Rehabilitation Hospital

James
has an appointment with

**Kentucky Bone & Joint Surgeons**
A Division of Ortho Kentucky, PLLC

Kaveh R. Sajadi, M.D. Daniel J. Hackett, Jr., M.D.

Sam Coy, M.D. Andrew W. Ryan, M.D. Greg L. Cowen, PA-C

Date: 8/19/19 Time: 2:00pm

216 Fountain Court
Suite 250
Lexington, KY 40509

Phone: 859-276-5008
Fax: 859-278-6401
www.kyboneandjoint.com

101 Prosperous Place Suite 300
LEXINGTON, KY 40509-1836.
Phone: (859) 275-5229 Fax:(859) 977-2683

JAMES ZOLL
DOB:
Patient ID: 133754

Upcoming Appointments

| Date | Time | Appointment | Dept./Address | Phone |
|---|---|---|---|---|
| 08/23/2019 | 03:20 PM | INJECTION<br>BRANDON GISH, MD | COMMONWEALTH PAIN ASSOCIATES PLLC<br>101 Prosperous Place Suite 300<br>LEXINGTON, KY 40509-1836 | (859) 275-5229 |

# Person Appointment Itinerary

## Cardinal Hill Rehabilitation Hospital

2050 Versailles Road
Lexington, KY 40504-1499
~~(859)367-7125~~

246-8925

ZOLL, JAMES D

Medical Record Number: 537631
Gender: Male
DOB:

| Location | Date | Time | Appointment Type | Resource |
|---|---|---|---|---|
| 0196 OP Therapy Preparations | ~~07/25/19~~ | ~~12:15~~ | ~~OTS Admission/CM Adult~~ | Bowyer, Debbie |
| 0196 OP Therapy Preparations | ~~07/25/19~~ | ~~12:45~~ | ~~OTS PT Eval and Treat Ortho 45~~ | ~~Hensley, Jennifer PT~~ |
| 0196 OP Therapy Preparations | 07/29/19 | 15:00 3pm | OTS PT Additional Tx Ortho 45 | Tackett, Ashton PTA |
| 0196 OP Therapy Preparations | 08/01/19 | 09:30 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| 0196 OP Therapy Preparations | 08/05/19 | 12:45 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| 0196 OP Therapy Preparations | 08/08/19 | 13:30 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| 0196 OP Therapy Preparations | 08/12/19 | 12:45 | OTS PT Additional Tx Ortho 45 | Tackett, Ashton PTA |
| 0196 OP Therapy Preparations | 08/15/19 | 13:30 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |

# Person Appointment Itinerary

## Cardinal Hill Rehabilitation Hospital

2050 Versailles Road
Lexington, KY 40504-1499
(859)367-7125

ZOLL, JAMES D

Medical Record Number: 537631
Gender: Male
DOB:

| Location | Date | Time | Appointment Type | Resource |
|---|---|---|---|---|
| **0196 OP Therapy Preparations** | 08/19/19 | 12:45 | OTS PT Additional Tx Ortho 45 | Tackett, Ashton PTA |
| **0196 OP Therapy Preparations** | 08/22/19 | 13:30 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |
| **0196 OP Therapy Preparations** | 08/26/19 | 13:30 | OTS PT Additional Tx Ortho 45 | Hensley, Jennifer PT |

If you require any scheduling changes, please notify the Scheduling Department at (859) 367-7125.
Thank you for choosing **Cardinal Hill Rehabilitation Hospital** for your healthcare needs.

*** End of Itinerary ***

# Facsimile Transmittal Sheet

**TO:**
Liberty Mutual

**FROM:**
Customer Resource Center

**FAX NUMBER:**

| | |
|---|---|
| MO | 603-334-0366 |
| NC | 603-334-0380 |
| AZ | 603-422-0119 |
| Wells Fargo | 866-214-7839 |

**DATE:**
7/9/2019

**PHONE NUMBER:**

**TOTAL NUMBER OF PAGES INCLUDING COVER:**

**RE:**
James Zoll
(8560503)

**DIRECT FAX NUMBER:**
877-899-1345

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at The Advocator Group at 1-877-261-1947 immediately, and destroy all copies of this facsimile transaction. Thank you.

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

Advocator Group
*When life changes.*℠

July 9, 2019

Christine Kelley
LTD Claims Examiner
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

**RE: James Zoll**
**LTD: 8560503**

Dear Christine Kelley:

Please be advised that we filed Mr. Zoll's *Reconsideration application* with the Social Security Administration (SSA) today. The Initial claim was recently denied on 6/22/2019.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us toll-free at 877-261-1947 x 8993 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

July 3, 2019

Dr. Daniel Hackett
230 FOUNTAIN CT STE 180
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

Dear Dr. Daniel Hackett:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through present

We ask that you provide this information by July 24, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

# Chart

## James D. Zoll

DOB:

# Encounters

**Encounter 1** Date 06/26/2019
**Diagnosis** Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890)

**Encounter #1**

**History & Physical Report**
**6/26/2019: Office Visit - Pain in left acromioclavicular joint (719.41 | M25.512), S/P rotator cuff repair (V45.89 | Z98.890) (Daniel J. Hackett, Jr, MD)**
James D Zoll
Documented: 6/26/2019 2:05 PM
Location: Kentucky Bone and Joint Surgeons
Patient #: 16628
DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 6/27/2019 5:26 PM)
The patient is a 50 year old male who presents for a Follow-up for Left shoulder problem. It began suddenly on 7/2018 and now occurs continuously. The patient complains of pain. The mechanism of injury was related to a fall (while hiking). The symptoms are mild in severity (to severe at times). The patient feels aching. The symptoms are made worse by motion, lifting and lying down. The symptoms have been associated with stiffness. The patient states that the symptoms are unchanged since the onset. The patient works at Toyota. The primary care provider is John Ziegler, MD. Prior diagnostic studies include an X-ray. Past treatment includes nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion exercises and surgical repair (RTC repair with Dr. Wilkes 9/17/18). Note for "Left shoulder problem": 4/17/19: James states that his shoulder is slowly improving, but he is still experiencing pain and limited ROM. He also had surgery to repair a fracture of his left wrist due to the same injury. He has brought all records with him, excluding imaging.
5-15-19: Patient states his left shoulder has not improved since his last office visit.
6-26-19: James has not been going to PT for the last week and a half. It was causing pain and was not improving his condition. He is going to pain managemente and will receive an epidural cervical injection in July. He also comes in with MRI reports of his neck and lumbar.

Allergies (Jen Shaffer; 6/26/2019 2:06 PM)
No Known Drug Allergies [04/17/2019]:

Medication History (Jen Shaffer; 6/26/2019 2:08 PM)
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Ibuprofen (200MG Capsule, Oral) Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (PCP Oral as needed) Specific strength unknown - Active.
TIZANidine HCl (Oral) Specific strength unknown - Active.
Imitrex (6MG/0.5ML Solution, as needed for migraines Subcutaneous) Active.
Imitrex (25MG Tablet, for migraines Oral as needed) Active.
Diclofenac Sodium (Oral) Specific strength unknown - Active.
Medications Reconciled

Social History (Jen Shaffer; 6/26/2019 2:06 PM)
Alcohol use 04/17/2019: occasional
Exercise 04/17/2019: daily
Exercise Tolerance 04/17/2019: 3-4 flights of stairs
Handed right handed
Marital status 04/17/2019: single
Tobacco use Never smoker. 04/17/2019: never smoker

Review of Systems (Daniel J. Hackett, Jr, MD; 06/27/2019 5:28 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Vitals (Jen Shaffer; 6/26/2019 2:09 PM)
6/26/2019 2:08 PM
**Weight:** 210 lb **Height:** 72 in
**Body Surface Area:** 2.18 m² **Body Mass Index:** 28.48 kg/m²
**Pulse:** 86 (Regular)
**BP:** 136/81 (Sitting, Right Arm, Standard)

Physical Exam (Daniel J. Hackett, Jr, MD; 06/27/2019 5:28 PM)
<u>**General**</u>
**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well developed and Well nourished.
**Gait** - Normal.

<u>**Integumentary**</u>
**Global Assessment**
**Normal Exam** - Right upper extremity: no lesions or rashes. No evidence of photo damage and Left upper extremity: no lesions or rashes. No evidence of photo damage.

<u>**Musculoskeletal**</u>
**Upper Extremity**
Shoulder:
**Inspection and Palpation:**
**Strength and Tone:**
**ROJM:**
**Right:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM** - 180 °. **AROM** - 80 °. **ROM** - T7.
**Left:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM** - 150 °. **AROM** - 60 °. **ROM** - T7. **Right - Supraspinatus** - 5/5. **Infraspinatus** - 5/5. **Trapezius** - 5/5. **Left - Supraspinatus** - 5/5. **Infraspinatus** - 5/5. **Trapezius** - 5/5. **Functional Testing - Right** - AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Left** - AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Tenderness** - exquisitely tender (over AC joint). **Crepitus** - none, (R) and none, (L). **Sensation** - normal, (R) and normal, (L). **Other characteristics** - no ecchymosis, (R), no ecchymosis, (L). **Instability - Right** - sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Left** - sulcus sign negative, apprehension test negative

Physical Exam (Daniel J. Hackett, Jr, MD; 06/27/2019 5:28 PM)
<u>**General**</u>
**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well developed and Well nourished.
**Gait** - Normal.

<u>**Integumentary**</u>
**Global Assessment**
**Normal Exam** - Right upper extremity: no lesions or rashes. No evidence of photo damage and Left upper extremity: no lesions or rashes. No evidence of photo damage.

<u>**Musculoskeletal**</u>
**Upper Extremity**
Shoulder:
**Inspection and Palpation:**
**Strength and Tone:**
**ROJM:**
**Right:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM** - 180 °. **AROM** - 80 °. **ROM** - T7.
**Left:**
**Internal Rotation:**
**External Rotation: Elevation through flexion - AROM** - 150 °. **AROM** - 60 °. **ROM** - T7. **Right - Supraspinatus** - 5/5. **Infraspinatus** - 5/5. **Trapezius** - 5/5. **Left - Supraspinatus** - 5/5. **Infraspinatus** - 5/5. **Trapezius - 5/5. Functional Testing - Right** - AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Left** - AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Tenderness** - exquisitely tender (over AC joint). **Crepitus** - none, (R) and none, (L). **Sensation** - normal, (R) and normal, (L). **Other characteristics** - no ecchymosis, (R), no ecchymosis, (L). **Instability - Right** - sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Left** - sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Shoulder - Impingement** - Hawkins-Kennedy impingement test negative, (R), Hawkins-Kennedy impingement test negative, (L), Neer impingement test negative, (R), Neer impingement test negative, (L).

Assessment & Plan (Daniel J. Hackett Jr, MD; 6/27/2019 5:27 PM)
Pain in left acromioclavicular joint (715.41 | M25.512)
Impression: 50 yo M 7 months s/p L cuff repair with continued anterior shoulder pain that seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this point. Given his findings, we discussed his options. We discussed the risks and benfits of performing a CSI. The risks include, but are not limited to - Injection site pain, hematoma formation, damage to intra-articular structures, and infection. We will have him continue working with PT. We also discussed the fact that the judicious use of NSAIDs can often be helpful. He will f/u in 3-4 weeks.

5/15 - Patient returns with no significant long term improvement in his pain. He does state that he had a 50% reduction in his pain after his injection began working. He states that most of his pain is still located anteriorly and noted with overhead lifting. At this point, I believe he may have some issues related to his AC joint, as well as the possibility that he is having some pain that is more centrally mediated. In fact, he has asked for a pain mgmt referrla, which I do think would be helpful, as he may benefit from some non narcotic management of his chronic pain. I will have him hold off on PT for the next 2 weeks to see if it improves his pain and also start a topical NSAID for his L shoulder. He will f/u in 4 weeks for a repeat exam and discussion.

6/26- Patient returns today with continued c/o L shoulder pain. He is actually scheduled to have C6/7 epidural injections, which does seem reasonable given his MRI report that demonstrates foraminal narrowing and root impingement at that level. I am hopeful that this will help him, although both his pain mgmt and myself think he may have AC joint symptoms. Given his findings, I would like him to first go with the injections and return in 7-8 week for a repeat exam.
<u>Current Plans</u>

- Follow up in 6 weeks or sooner for any problems

S/P rotator cuff repair (V45.89 | Z98.890)

Signed by Daniel J Hackett, Jr, MD (6/27/2019 5:28 PM)

Fax: (603) 559-8641

ATTN:

Christine Kelley
LTD Specialist #1
Liberty Life

From:

James Zoll
Claim # 85 605 03

**_Kentucky Bone and Joint Surgeons_**
216 Fountain Ct Ste 250
Lexington, KY 40509-2510
Phone: (859) 276-5008
Fax: (859) 278-6401

06/26/2019

**To Whom It May Concern:**

James D. Zoll is a patient at Kentucky Bone and Joint Surgeons. James may return to work/school with the following restrictions: no pushing, pulling, or lifting over 5 lbs. with left upper extremity.

If you have further questions regarding this patient's health status, please contact us at (859) 276-5008.

Daniel J. Hackett Jr, MD

# KY - Commonwealth Pain Associates PLLC

COMMONWEALTH PAIN ASSOCIATES PLLC
101 Prosperous Place Suite 300
LEXINGTON, KY 40509-1836.
Phone: (859) 275-5229 Fax:(859) 977-2683

JAMES ZOLL
DOB:
Patient ID: 133754

Upcoming Appointments

| Date | Time | Appointment | Dept./Address | Phone |
|---|---|---|---|---|
| 07/16/2019 | 02:40 PM | INJECTION BRANDON GISH, MD | COMMONWEALTH PAIN ASSOCIATES PLLC 101 Prosperous Place Suite 300 LEXINGTON, KY 40509-1836. | (859) 275-5229 |

**ZOLL, JAMES D (id #21795182, dob:**

# MR CERVICAL W/O CONTRAST

**(#25637797, Final, 06/12/2019 11:15am)**

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMES D ZOLL
Patient DOB:
Patient MRN: 6695100

Ordering Provider: JOHN P ZIEGLER

EXAM DATE: 06/12/2019

EXAM: MR CERVICAL W/O CONTRAST

HISTORY: 50-year-old male with neck pain, and left arm pain and numbness.

COMPARISON: MRI of the cervical spine dated 8/9/2018.

FINDINGS:
There is minimal posterior listhesis of C3 on C4. The cervical spine is otherwise normal in alignment. There is no fracture or pathologic intraosseous lesion. There is mild to moderate anterior marginal osteophytic spurring. No paraspinous soft tissue abnormality is identified. The visualized spinal cord and posterior fossa of the brain are normal in appearance.

There is moderate mucosal thickening in the maxillary sinuses.

The craniocervical junction is normal in appearance. There are minimal degenerative changes at C1-C2.

C2-C3: There is a mild disc bulge. There is no central canal stenosis. There is no neural foraminal stenosis.

C3-C4: There is a broad-based disc protrusion and mild endplate spurring. There is no central canal stenosis. There is mild bilateral neural foraminal narrowing.

C4-C5: There is a mild disc bulge and mild endplate spurring. There is no central canal stenosis. There is no neural foraminal narrowing.

C5-C6: There is a broad-based disc bulge/protrusion and mild endplate spurring. There is no central canal stenosis. There is mild left neural foraminal stenosis.

C6-C7: There is a broad-based disc protrusion with probable extension in the left neural foramen, and mild endplate spurring. There is no central canal stenosis. There is moderate/severe left neural foraminal stenosis.

C7-T1: This intervertebral disc is essentially normal in appearance.

There is a small disc protrusion at T2-3. There is no central canal stenosis or neural foraminal stenosis.

IMPRESSION:
1. There is a disc protrusion at C6-C7 with probable extension into the left neural foramen. There is moderate/severe left neural foraminal stenosis.
2. There is mild neural foraminal narrowing at C3-C4 and C5-C6.
3. This study is essentially unchanged from the prior MRI.

Interpreted By: Timothy Averion-Mahloch, MD
Electronically Signed By: Timothy Averion-Mahloch, MD on 6/12/2019 12:06 PM

**ZOLL, JAMES D (id #21795182, dob:**

**Imaging Results**

## MR LUMBAR W/O CONTRAST

**(#25639168, Final, 06/12/2019 11:45am)**

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMES D ZOLL
Patient DOB:
Patient MRN: 6695100

Ordering Provider: JOHN P ZIEGLER

EXAM DATE: 06/12/2019

EXAM: MR LUMBAR W/O CONTRAST

HISTORY: 50-year-old male with low back pain.

COMPARISON: MRI dated 12/22/2016

FINDINGS:
The lumbar spine is normal in alignment. There is no subluxation. There is no evidence of fracture. There is mild anterior marginal osteophytic spurring. No pathologic lesion is identified in the lumbar spine. The conus medullaris is normal in appearance at the L1-L2 level.

T11-T12 and T12-L1: These intervertebral discs are normal in appearance.

L1-L2: There is minimal endplate spurring. There is no central canal stenosis. There is no neural foraminal stenosis.

L2-L3: There is a minimal disc bulge and mild endplate spurring. There is no central canal stenosis. There is no neural foraminal stenosis.

L3-L4: There is a mild disc bulge and mild endplate spurring. There is no central canal stenosis. There is minimal neural foraminal stenosis.

L4-L5: There is a broad-based disc protrusion and mild endplate spurring. There is no central canal stenosis. There is mild bilateral neural foraminal stenosis.

L5-S1: There is a broad-based disc protrusion and mild endplate spurring. There is no central canal stenosis. There is mild bilateral neural foraminal stenosis.

IMPRESSION:
1. There are broad-based disc protrusion at L4-L5 and L5-S1 with mild bilateral neural foraminal stenosis.

Interpreted By: Timothy Averion-Mahloch, MD
Electronically Signed By: Timothy Averion-Mahloch, MD on 6/12/2019 12:50 PM

Zoll, James

If signing on behalf of a Patient, please complete the following:

Relationship to Patient: [Place "x" in the appropriate box below]

[X] Patient

[ ] Parent/Guardian/Other Legal Representative

By clicking [I ACCEPT], I acknowledge and agree to the terms of this Request for Access.

5/16/2019Daniel J Hackett - Clinical Summary Document
Kentucky Bone and Joint Surgeons
Lexington, KY

Zoll, James

| | | | |
|---|---|---|---|
| December 22, 1968 | Male | Anthem | 16628 |
| Born | Sex | Insurer | MRN |

| | | |
|---|---|---|
| Address | Home Phone | English (preferred)<br>Language<br>White<br>Race<br>Not Hispanic or Latino<br>Ethnicity |

Guarantor

| | | | |
|---|---|---|---|
| James Zoll | Address | Home Phone | Home Email |

Visit Summary
Reason for Visit
Left Shoulder Problem---
History of Present Illness
Left Shoulder Problem--- - It began suddenly on 7/2018 and now occurs continuously. The patient complains of pain. The mechanism of injury was related to a fall (while hiking). The symptoms are mild in severity (to severe at times). The patient feels aching. The symptoms are made worse by motion, lifting and lying down. The symptoms have been associated with stiffness. The patient states that the symptoms are unchanged since the onset. The patient works at Toyota. The primary care provider is John Ziegler, MD. Prior diagnostic studies include an X-ray. Past treatment includes nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion

exercises and surgical repair (RTC repair with Dr. Wilkes 9/17/18). Note for "Left shoulder problem": 4/17/19: James states that his shoulder is slowly improving, but he is still experiencing pain and limited ROM. He also had surgery to repair a fracture of his left wrist due to the same injury. He has brought all records with him, excluding imaging. 5-15-19: Patient states his left shoulder has not improved since his last office visit.

Vitals

| Date | Test | Result | Details |
|---|---|---|---|
| 15-May-2019 14:43 | Pulse | 78 /min | Comments: Pattern: Regular |
| | BP Systolic | 139 mm [Hg] | Comments: Patient Position: Sitting; Cuff Location: Left Wrist; Cuff Size: Standard |
| | BP Diastolic | 88 mm [Hg] | Comments: Patient Position: Sitting; Cuff Location: Left Wrist; Cuff Size: Standard |
| | Weight | 210 lb | |
| | Height | 72 in | |
| | Body Mass Index Calculated | 28.48 kg/m2 | |
| | Body Surface Area Calculated | 2.18 m2 | |

Medications

| Name | Dates | Details |
|---|---|---|
| Amitriptyline HCl | | |
| Atorvastatin Calcium | | |
| Diclofenac Sodium | | |
| Hydrocodone-Acetaminophen PCP as needed | | Comments: Medication taken as needed. |
| Ibuprofen 200 MG Oral Capsule (200 MG) | | |
| Imitrex 25 MG Oral Tablet for migraines as needed (25 MG) | | Comments: Medication taken as needed. |
| Imitrex 6 MG/0.5ML Subcutaneous Solution as needed for migraines (6 MG/0.5ML) | | |
| KlonoPIN 1 MG Oral Tablet (1 MG) | | |
| Pristiq | | |
| TiZANidine HCl | | |

Problems

| Name | Dates | Details |
|---|---|---|
| Pain in left acromioclavicular joint | | Comments: 50 yo M 7 months s/p L cuff repair with continued anterior shoulder pain that seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this point. GIven his findings, we discussed his options. We discussed the risks and benfits of performing a CSI. The risks include, but are not limited to - injection site pain, hematoma formation, damage to intra-articular structures, and infection. We will have him continue working with PT. We also discussed the fact that the judicious use of NSAIDs can often be helpful. He will f/u in 3-4 weeks. 5/15 - Patient returns with no significant long term improvement in his pain. He does state that he had a 50% reduction in his pain after his injection began working. He states that most of his pain is still located anteriorly and noted with overhead lifting. At this point, I believe he may have some issues related to his AC joint, as well as the possibility that he is having some pain that is more centrally mediated. In fact, he has asked for a pain mgmt referrla, which I do think would be helpful, as he may benefit from some non narcotic management of his chronic pain. I will have him hold off on PT for the next 2 weeks to see if it improves his pain and also start a topical NSAID for his L shoulder. He will f/u in 4 weeks for a repeat exam and discussion. |
| S/P rotator cuff repair | | |

Allergies

| Name | Dates | Details |
|---|---|---|

| Name | Dates | Details |
|---|---|---|
| No Known Drug Allergies (Allergy) | Onset: 17-Apr-2019 | |

Procedures

| Procedure | Dates | Details |
|---|---|---|
| Follow up in 1 month | Date: 15-May-2019 | Completed 15-May-2019 |
| Referral to Pain Management | Date: 15-May-2019 | |

Social History

| Name | Dates | Details |
|---|---|---|
| Alcohol use | | Comments: 04/17/2019: occasional |
| Exercise | | Comments: 04/17/2019: daily |
| Exercise Tolerance | | Comments: 04/17/2019: 3-4 flights of stairs |
| Handed | | Comments: right handed |
| Marital status | | Comments: 04/17/2019: single |
| Tobacco use: Never smoker. | | Comments: 04/17/2019: never smoker |

Health Care Providers

| | | |
|---|---|---|
| Ambulatory Health Care Facilities (Primary Care Provider) | | |
| John Ziegler, MD | 3099 Hemsdale Pace<br>Lexington, KY 40509<br>Address | (859) 258-6401<br>Work Phone |
| Ambulatory Health Care Facilities | | |
| Daniel Hackett, Jr, MD | 216 Fountain Court, Suite 250<br>Lexington, KY 40509-2510<br>Address | (859) 276-5008<br>Work Phone |
| Ambulatory Health Care Facilities (Consulting Provider) | | |
| John Hobbs, MD | Central Internal Medicine 2101 Nicholasville Rd, Suite 304<br>Lexington, KY 40503<br>Address | (859) 277-5771<br>Work Phone |
| Ambulatory Health Care Facilities | | |
| Stephanie Wagers | Unknown<br>Address | |
| Pharmacy | | |
| Wal-Mart Neighborhood Market 4607 | 3735 PALOMAR CENTRE DRIVE<br>LEXINGTON, KY 40513<br>Address | (859) 224-0495<br>Work Phone |

Document Details
Kentucky Bone and Joint Surgeons
216 Fountain Ct Ste 250
Lexington, KY 40509-2510
Address
(859) 276-5008
Work Phone
Professional EHR 200.2.0.1022
May 16, 2019 07:00 -0400
Published

Powered by Allscripts™ Style Sheet V2.2

6/27/2019Daniel J Hackett - Clinical Summary Document
Kentucky Bone and Joint Surgeons
Lexington, KY

Zoll, James

| | | | |
|---|---|---|---|
| Born | Male<br>Sex | Anthem<br>Insurer | 16628<br>MRN |

| | | |
|---|---|---|
| Address | Home Phone | English (preferred)<br>Language<br>White |

Race
Not Hispanic or Latino
Ethnicity

Guarantor

| | | | |
|---|---|---|---|
| James Zoll | Address | Home Phone | Home Email |

Visit Summary
Reason for Visit
Left Shoulder Problem---
History of Present Illness
Left Shoulder Problem--- - It began suddenly on 7/2018 and now occurs continuously. The patient complains of pain. The mechanism of injury was related to a fall (while hiking). The symptoms are mild in severity (to severe at times). The patient feels aching. The symptoms are made worse by motion, lifting and lying down. The symptoms have been associated with stiffness. The patient states that the symptoms are unchanged since the onset. The patient works at Toyota. The primary care provider is John Ziegler, MD. Prior diagnostic studies include an X-ray. Past treatment includes nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion exercises and surgical repair (RTC repair with Dr. Wilkes 9/17/18). Note for "Left shoulder problem": 4/17/19: James states that his shoulder is slowly improving, but he is still experiencing pain and limited ROM. He also had surgery to repair a fracture of his left wrist due to the same injury. He has brought all records with him, excluding imaging. 5-15-19: Patient states his left shoulder has not improved since his last office visit. 6-26-19: James has not been going to PT for the last week and a half. It was causing pain and was not improving his condition. He is going to pain managemente and will receive an epidural cervical injection in July. He also comes in with MRI reports of his neck and lumbar.
Vitals

| Date | Test | Result | Details |
|---|---|---|---|
| 26-Jun-2019 14:08 | Pulse | 86 /min | Comments: Pattern: Regular |
| | BP Systolic | 136 mm [Hg] | Comments: Patient Position: Sitting; Cuff Location: Right Arm; Cuff Size: Standard |
| | BP Diastolic | 81 mm [Hg] | Comments: Patient Position: Sitting; Cuff Location: Right Arm; Cuff Size: Standard |
| | Weight | 210 lb | |
| | Height | 72 in | |
| | Body Mass Index Calculated | 28.48 kg/m2 | |
| | Body Surface Area Calculated | 2.18 m2 | |

Medications

| Name | Dates | Details |
|---|---|---|
| Amitriptyline HCl | | |
| Atorvastatin Calcium | | |
| Diclofenac Sodium | | |
| Hydrocodone-Acetaminophen PCP as needed | | Comments: Medication taken as needed. |
| Ibuprofen 200 MG Oral Capsule (200 MG) | | |
| Imitrex 25 MG Oral Tablet for migraines as needed (25 MG) | | Comments: Medication taken as needed. |
| Imitrex 6 MG/0.5ML Subcutaneous Solution as needed for migraines (6 MG/0.5ML) | | |
| KlonoPIN 1 MG Oral Tablet (1 MG) | | |
| Pristiq | | |
| TiZANidine HCl | | |

Problems

| Name | Dates | Details |
|---|---|---|

| Name | Dates | Details |
|---|---|---|
| Pain in left acromioclavicular joint | | Comments: 50 yo M 7 months s/p L cuff repair with continued anterior shoulder pain that seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this point. Given his findings, we discussed his options. We discussed the risks and benfits of performing a CSI. The risks include, but are not limited to - injection site pain, hematoma formation, damage to intra-articular structures, and infection. We will have him continue working with PT. We also discussed the fact that the judicious use of NSAIDs can often be helpful. He will f/u in 3-4 weeks. 5/15 - Patient returns with no significant long term improvement in his pain. He does state that he had a 50% reduction in his pain after his injection began working. He states that most of his pain is still located anteriorly and noted with overhead lifting. At this point, I believe he may have some issues related to his AC joint, as well as the possibility that he is having some pain that is more centrally mediated. In fact, he has asked for a pain mgmt referrla, which I do think would be helpful, as he may benefit from some non narcotic management of his chronic pain. I will have him hold off on PT for the next 2 weeks to see if it improves his pain and also start a topical NSAID for his L shoulder. He will f/u in 4 weeks for a repeat exam and discussion. 6/26- Patient returns today with continued c/o L shoulder pain. He is actually scheduled to have C6/7 epidural injections, which does seem reasonable given his MRI report that demonstrates foraminal narrowing and root impingement at that level. I am hopeful that this will help him, although both his pain mgmt and myself think he may have AC joint symptoms. Given his findings, I would like him to first go with the injections and return in 7-8 week for a repeat exam. |
| S/P rotator cuff repair | | |

Allergies

| Name | Dates | Details |
|---|---|---|
| No Known Drug Allergies (Allergy) | Onset: 17-Apr-2019 | |

Procedures

| Procedure | Dates | Details |
|---|---|---|
| Follow up in 6 weeks | Date: 27-Jun-2019 | Completed 27-Jun-2019 |

Social History

| Name | Dates | Details |
|---|---|---|
| Alcohol use | | Comments: 04/17/2019: occasional |
| Exercise | | Comments: 04/17/2019: daily |
| Exercise Tolerance | | Comments: 04/17/2019: 3-4 flights of stairs |
| Handed | | Comments: right handed |
| Marital status | | Comments: 04/17/2019: single |
| Tobacco use: Never smoker. | | Comments: 04/17/2019: never smoker |

Health Care Providers

Ambulatory Health Care Facilities (Primary Care Provider)

| | | |
|---|---|---|
| John Ziegler, MD | 3099 Hemsdale Pace<br>Lexington, KY 40509<br>Address | (859) 258-6401<br>Work Phone |

Ambulatory Health Care Facilities

| | | |
|---|---|---|
| Daniel Hackett, Jr. MD | 216 Fountain Court, Suite 250<br>Lexington, KY 40509-2510<br>Address | (859) 276-5008<br>Work Phone |

Ambulatory Health Care Facilities (Consulting Provider)

| | | |
|---|---|---|
| John Hobbs, MD | Central Internal Medicine 2101 Nicholasville Rd, Suite 304<br>Lexington, KY 40503<br>Address | (859) 277-5771<br>Work Phone |

Ambulatory Health Care Facilities

| | |
|---|---|
| Jen Shaffer | Unknown<br>Address |

Pharmacy

Wal-Mart Neighborhood Market 4607 3735 PALOMAR CENTRE DRIVE
LEXINGTON, KY 40513
Address
(859) 224-0495
Work Phone

Document Details
Kentucky Bone and Joint Surgeons
216 Fountain Ct Ste 250
Lexington, KY 40509-2510
Address
(859) 276-5008
Work Phone
Professional EHR 200.2.0.1022
June 27, 2019 17:29 -0400
Published
Powered by Allscripts™ Style Sheet V2.2

DISCLAIMER: This information is supplied from the patient's medical record via a patient portal. The medical provider is listed as the source. Items with a source of 'Patient-Entered' were added by the patient. This record may not be complete or up to date, and should not be used for providing medical advice. For an official copy of the individual's medical record, the patient (or custodian) must contact their medical provider.

Generated on 7/3/2019 7:04:07 PM by FollowMyHealth® (http://www.followmyhealth.com).

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

| | |
|---|---|
| Date: | July 3, 2019 |
| To: | DR DANIEL HACKETT<br>230 FOUNTAIN CT STE 180<br>LEXINGTON KY 40509 |
| Attn: | Medical Records |
| Fax: | (859) 278-6401 |
| From: | Christine Kelley<br>Ltd Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-8641 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

July 3, 2019

Dr. Daniel Hackett
230 FOUNTAIN CT STE 180
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

Dear Dr. Daniel Hackett:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through present

We ask that you provide this information by July 24, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist I
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: 6048215-EMPLOYEE/CLAIMANT-FORMS-11.29.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) James Zoll Relationship Self

DocuSigned by: [signature] EC44665A3CAE4E4...

Signature of claimant or legal representative

Date of Birth: __ _______ Claim Number: 6048215 Date: 11/29/2018

**A copy of this authorization will be considered as valid as the original.**

Fax: (603) 559-8641

ATTN:

Christine Kelley
LTD Specialist #1
Liberty Life

From:

James Zoll
Claim # 85 605 03

**Kentucky Bone & Joint Surgeons**
*a division of Ortho Kentucky, PLLC*
**Kaveh R. Sajadi, MD, Sam C. Coy, MD**
**Andrew W. Ryan, MD, & Daniel Hackett Jr, MD**
**Greg Cowen, PA-C**
216 Fountain Court, Suite 250
Lexington, KY 40509
**T:(859) 276-5008**
**F:(859) 278-6401**
www.kyboneandjoint.com

05/15/2019

**To Whom It May Concern:**

James D. Zoll was a patient in the Kentucky Bone and Joint Surgeons practice on 05/15/2019. James may return to work/school with the following restrictions: May not return to work. No push, pull, lifting over 5 pounds with left upper extremity until cleared.

If you have further questions regarding this patient's health status, please contact us at (859) 276-5008.

Daniel J. Hackett Jr, MD

# KY - Lexington Clinic

LEXINGTON CLINIC NEUROLOGY
1401 HARRODSBURG RD SUITE C240
LEXINGTON, KY 40504-3751.
Phone: (859) 258-4800 Fax:(859) 258-4740

JAMES ZOLL
DOB:
Patient ID: 21795182

Upcoming Appointments

| Date | Time | Appointment | Dept./Address | Phone |
|---|---|---|---|---|
| 06/19/2019 | 02:00 PM | NEUROLOGY RECHECK CRAIG A KNOX, MD | LEXINGTON CLINIC NEUROLOGY 1401 HARRODSBURG RD SUITE C240 LEXINGTON, KY 40504-3751. | (859) 258-4800 |
| Dr, Knox recheck for automatic scheduling | | | | |

Commonwealth Hand Therapy
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

May 13

Chad Kobes APN
Fri.
11:00

Upcoming appointments for Zoll, James D.

| Date | Case | Time | Therapist | Reminder |
|---|---|---|---|---|
| Monday, May 6th, 2019 | PT SHOULDER | 01:00 pm | MG | Sent |
| Wednesday, May 8th, 2019 | PT SHOULDER | 01:00 pm | LP | Scheduled |
| Monday, May 13th, 2019 | PT SHOULDER | [illegible]:00 pm | MG | Scheduled |
| Wednesday, May 15th, 2019 | PT SHOULDER | 01:00 pm | MG | Scheduled |

This Request for Access shall end upon the earliest of: a) the termination of the connection between my healthcare Practice and my FollowMyHealth Account; or b) upon my written request submitted to support@followmyhealth.com.

For Authorized Representatives of Patients younger than 18 years old: This Request for Access shall expire upon the earliest of: (1) the date the minor reaches the age of 18; or (2) the date FollowMyHealth receives written revocation from the minor, as an emancipated minor with legal authority to manage his/her own healthcare.

I understand that the information submitted to my FollowMyHealth account is subject to the privacy and security protections of applicable Federal and State laws. I further understand and acknowledge that the manner in which FollowMyHealth protects my personal information is detailed in the FollowMyHealth Privacy Policy and the FollowMyHealth Terms of Use. I understand that Ortho Kentucky is not responsible for the security of data stored in the FollowMyHealth database, and that the owners of FollowMyHealth are responsible for ensuring the security of the data stored in FollowMyHealth.

I have the right to receive a copy of this Request for Access and may do so by clicking [Print] above.

Signed on 05/15/2019

Please complete the following information:

Zoll, James

If signing on behalf of a Patient, please complete the following:

Relationship to Patient: [Place "x" in the appropriate box below]

[X] Patient

[ ] Parent/Guardian/Other Legal Representative

By clicking [I ACCEPT], I acknowledge and agree to the terms of this Request for Access.

5/16/2019Daniel J Hackett - Clinical Summary Document
Kentucky Bone and Joint Surgeons
Lexington, KY

Zoll, James

| | | | |
|---|---|---|---|
| Born | Male Sex | Anthem Insurer | 16628 MRN |
| Address | Home Phone | English (preferred) Language<br>White Race<br>Not Hispanic or Latino Ethnicity | |
| Guarantor | | | |
| James Zoll | Address | Home Phone | Home Email |

Visit Summary
Reason for Visit
Left Shoulder Problem---
History of Present Illness
Left Shoulder Problem--- - It began suddenly on 7/2018 and now occurs continuously. The patient complains of pain. The mechanism of injury was related to a fall (while hiking). The symptoms are mild in severity (to severe at times). The patient feels aching. The symptoms are made worse by motion, lifting and lying down. The symptoms have been associated with stiffness. The patient states that the symptoms are unchanged since the onset. The patient works at Toyota. The primary care provider is John Ziegler, MD. Prior diagnostic studies include an X-ray. Past treatment includes nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion

exercises and surgical repair (RTC repair with Dr. Wilkes 9/17/18). Note for "Left shoulder problem": 4/17/19: James states that his shoulder is slowly improving, but he is still experiencing pain and limited ROM. He also had surgery to repair a fracture of his left wrist due to the same injury. He has brought all records with him, excluding imaging. 5-15-19: Patient states his left shoulder has not improved since his last office visit.

Vitals

| Date | Test | Result | Details |
|---|---|---|---|
| 15-May-2019 14:43 | Pulse | 78 /min | Comments: Pattern: Regular |
| | BP Systolic | 139 mm [Hg] | Comments: Patient Position: Sitting; Cuff Location: Left Wrist; Cuff Size: Standard |
| | BP Diastolic | 88 mm [Hg] | Comments: Patient Position: Sitting; Cuff Location: Left Wrist; Cuff Size: Standard |
| | Weight | 210 lb | |
| | Height | 72 in | |
| | Body Mass Index Calculated | 28.48 kg/m2 | |
| | Body Surface Area Calculated | 2.18 m2 | |

Medications

| Name | Dates | Details |
|---|---|---|
| Amitriptyline HCl | | |
| Atorvastatin Calcium | | |
| Diclofenac Sodium | | |
| Hydrocodone-Acetaminophen PCP as needed | | Comments: Medication taken as needed. |
| Ibuprofen 200 MG Oral Capsule (200 MG) | | |
| Imitrex 25 MG Oral Tablet for migraines as needed (25 MG) | | Comments: Medication taken as needed. |
| Imitrex 6 MG/0.5ML Subcutaneous Solution as needed for migraines (6 MG/0.5ML) | | |
| KlonoPIN 1 MG Oral Tablet (1 MG) | | |
| Pristiq | | |
| TiZANidine HCl | | |

Problems

| Name | Dates | Details |
|---|---|---|
| Pain in left acromioclavicular joint | | Comments: 50 yo M 7 months s/p L cuff repair with continued anterior shoulder pain that seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this point. Given his findings, we discussed his options. We discussed the risks and benfits of performing a CSI. The risks include, but are not limited to - injection site pain, hematoma formation, damage to intra-articular structures, and infection. We will have him continue working with PT. We also discussed the fact that the judicious use of NSAIDs can often be helpful. He will f/u in 3-4 weeks. 5/15 - Patient returns with no significant long term improvement in his pain. He does state that he had a 50% reduction in his pain after his injection began working. He states that most of his pain is still located anteriorly and noted with overhead lifting. At this point, I believe he may have some issues related to his AC joint, as well as the possibility that he is having some pain that is more centrally mediated. In fact, he has asked for a pain mgmt referria, which I do think would be helpful, as he may benefit from some non narcotic management of his chronic pain. I will have him hold off on PT for the next 2 weeks to see if it improves his pain and also start a topical NSAID for his L shoulder. He will f/u in 4 weeks for a repeat exam and discussion. |
| S/P rotator cuff repair | | |

Allergies

| Name | Dates | Details |
|---|---|---|

| Name | Dates | Details |
|---|---|---|
| No Known Drug Allergies (Allergy) | Onset: 17-Apr-2019 | |

Procedures

| Procedure | Dates | Details |
|---|---|---|
| Follow up in 1 month | Date: 15-May-2019 | Completed 15-May-2019 |
| Referral to Pain Management | Date: 15-May-2019 | |

Social History

| Name | Dates | Details |
|---|---|---|
| Alcohol use | | Comments: 04/17/2019: occasional |
| Exercise | | Comments: 04/17/2019: daily |
| Exercise Tolerance | | Comments: 04/17/2019: 3-4 flights of stairs |
| Handed | | Comments: right handed |
| Marital status | | Comments: 04/17/2019: single |
| Tobacco use: Never smoker. | | Comments: 04/17/2019: never smoker |

Health Care Providers

| | | |
|---|---|---|
| Ambulatory Health Care Facilities (Primary Care Provider) | | |
| John Ziegler, MD | 3099 Hemsdale Pace<br>Lexington, KY 40509<br>Address | (859) 258-6401<br>Work Phone |
| Ambulatory Health Care Facilities | | |
| Daniel Hackett, Jr, MD | 216 Fountain Court, Suite 250<br>Lexington, KY 40509-2510<br>Address | (859) 276-5008<br>Work Phone |
| Ambulatory Health Care Facilities (Consulting Provider) | | |
| John Hobbs, MD | Central Internal Medicine 2101 Nicholasville Rd, Suite 304<br>Lexington, KY 40503<br>Address | (859) 277-5771<br>Work Phone |
| Ambulatory Health Care Facilities | | |
| Stephanie Wagers | Unknown<br>Address | |
| Pharmacy | | |
| Wal-Mart Neighborhood Market 4607 | 3735 PALOMAR CENTRE DRIVE<br>LEXINGTON, KY 40513<br>Address | (859) 224-0495<br>Work Phone |

Document Details
Kentucky Bone and Joint Surgeons
216 Fountain Ct Ste 250
Lexington, KY 40509-2510
Address
(859) 276-5008
Work Phone
Professional EHR 200.2.0.1022
May 16, 2019 07:00 -0400
Published
Powered by Allscripts™ Style Sheet V2.2

DISCLAIMER: This information is supplied from the patient's medical record via a patient portal. The medical provider is listed as the source. Items with a source of 'Patient-Entered' were added by the patient. This record may not be complete or up to date, and should not be used for providing medical advice. For an official copy of the individual's medical record, the patient (or custodian) must contact their medical provider.

Generated on 5/16/2019 2:49:26 PM by FollowMyHealth® (http://www.followmyhealth.com).

**FollowMyHealth** <noreply@followmyhealth.com> Thu, May 16, 2019 at 2:58 PM
To

Name: James D Zoll
Date of Birth:
Gender Identity: Male

## Documents

5/16/2019Daniel J Hackett - Clinical Summary Document
Kentucky Bone and Joint Surgeons
Lexington, KY

Zoll, James

| Born | Male<br>Sex | Anthem<br>Insurer | 16628<br>MRN |
|---|---|---|---|

| Address | Home Phone | English (preferred)<br>Language<br>White<br>Race<br>Not Hispanic or Latino<br>Ethnicity |
|---|---|---|

Guarantor

| James Zoll | Address | Home Phone | Home Email |
|---|---|---|---|

Visit Summary
Reason for Visit
Left Shoulder Problem---
History of Present Illness
Left Shoulder Problem--- - It began suddenly on 7/2018 and now occurs continuously. The patient complains of pain. The mechanism of injury was related to a fall (while hiking). The symptoms are mild in severity (to severe at times). The patient feels aching. The symptoms are made worse by motion, lifting and lying down. The symptoms have been associated with stiffness. The patient states that the symptoms are unchanged since the onset. The patient works at Toyota. The primary care provider is John Ziegler, MD. Prior diagnostic studies include an X-ray. Past treatment includes nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion exercises and surgical repair (RTC repair with Dr. Wilkes 9/17/18). Note for "Left shoulder problem": 4/17/19: James states that his shoulder is slowly improving, but he is still experiencing pain and limited ROM. He also had surgery to repair a fracture of his left wrist due to the same injury. He has brought all records with him, excluding imaging. 5-15-19: Patient states his left shoulder has not improved since his last office visit.
Vitals

| Date | Test | Result | Details |
|---|---|---|---|
| 15-May-2019 14:43 | Pulse | 78 /min | Comments: Pattern: Regular |
| | BP Systolic | 139 mm [Hg] | Comments: Patient Position: Sitting; Cuff Location: Left Wrist; Cuff Size: Standard |
| | BP Diastolic | 88 mm [Hg] | Comments: Patient Position: Sitting; Cuff Location: Left Wrist; Cuff Size: Standard |
| | Weight | 210 lb | |
| | Height | 72 in | |
| | Body Mass Index Calculated | 28.48 kg/m2 | |
| | Body Surface Area Calculated | 2.18 m2 | |

Medications

| Name | Dates | Details |
|---|---|---|
| Amitriptyline HCl | | |
| Atorvastatin Calcium | | |
| Diclofenac Sodium | | |
| Hydrocodone-Acetaminophen PCP as needed | | Comments: Medication taken as needed. |
| Ibuprofen 200 MG Oral Capsule (200 MG) | | |
| Imitrex 25 MG Oral Tablet for migraines as needed (25 MG) | | Comments: Medication taken as needed. |
| Imitrex 6 MG/0.5ML Subcutaneous Solution as needed for migraines (6 MG/0.5ML) | | |
| KlonoPIN 1 MG Oral Tablet (1 MG) | | |
| Pristiq | | |
| TiZANidine HCl | | |

Problems

| Name | Dates | Details |
|---|---|---|
| Pain in left acromioclavicular joint | | Comments: 50 yo M 7 months s/p L cuff repair with continued anterior shoulder pain that seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this point. GIven his findings, we discussed his options. We discussed the risks and benfits of performing a CSI. The risks include, but are not limited to - injection site pain, hematoma formation, damage to intra-articular structures, and infection. We will have him continue working with PT. We also discussed the fact that the judicious use of NSAIDs can often be helpful. He will f/u in 3-4 weeks. 5/15 - Patient returns with no significant long term improvement in his pain. He does state that he had a 50% reduction in his pain after his injection began working. He states that most of his pain is still located anteriorly and noted with overhead lifting. At this point, I believe he may have some issues related to his AC joint, as well as the possibility that he is having some pain that is more centrally mediated. In fact, he has asked for a pain mgmt referrla, which I do think would be helpful, as he may benefit from some non narcotic management of his chronic pain. I will have him hold off on PT for the next 2 weeks to see if it improves his pain and also start a topical NSAID for his L shoulder. He will f/u in 4 weeks for a repeat exam and discussion. |
| S/P rotator cuff repair | | |

Allergies

| Name | Dates | Details |
|---|---|---|
| No Known Drug Allergies (Allergy) | Onset: 17-Apr-2019 | |

Procedures

| Procedure | Dates | Details |
|---|---|---|
| Follow up in 1 month | Date: 15-May-2019 | Completed 15-May-2019 |
| Referral to Pain Management | Date: 15-May-2019 | |

Social History

| Name | Dates | Details |
|---|---|---|
| Alcohol use | | Comments: 04/17/2019: occasional |
| Exercise | | Comments: 04/17/2019: daily |
| Exercise Tolerance | | Comments: 04/17/2019: 3-4 flights of stairs |
| Handed | | Comments: right handed |
| Marital status | | Comments: 04/17/2019: single |
| Tobacco use: Never smoker. | | Comments: 04/17/2019: never smoker |

Health Care Providers

Ambulatory Health Care Facilities (Primary Care Provider)

John Ziegler, MD 3099 Hemsdale Pace (859) 258-6401

| | | |
|---|---|---|
| | Lexington, KY 40509<br>Address | Work Phone |
| Ambulatory Health Care Facilities | | |
| Daniel Hackett, Jr, MD | 216 Fountain Court, Suite 250<br>Lexington, KY 40509-2510<br>Address | (859) 276-5008<br>Work Phone |
| Ambulatory Health Care Facilities (Consulting Provider) | | |
| John Hobbs, MD | Central Internal Medicine 2101 Nicholasville Rd, Suite 304<br>Lexington, KY 40503<br>Address | (859) 277-5771<br>Work Phone |
| Ambulatory Health Care Facilities | | |
| Stephanie Wagers | Unknown<br>Address | |
| Pharmacy | | |
| Wal-Mart Neighborhood Market 4607 | 3735 PALOMAR CENTRE DRIVE<br>LEXINGTON, KY 40513<br>Address | (859) 224-0495<br>Work Phone |

Document Details
Kentucky Bone and Joint Surgeons
216 Fountain Ct Ste 250
Lexington, KY 40509-2510
Address
(859) 276-5008
Work Phone
Professional EHR 200.2.0.1022
May 16, 2019 07:00 -0400
Published

Powered by Allscripts™ Style Sheet V2.2

[Quoted text hidden]
Generated on 5/16/2019 2:58:36 PM by FollowMyHealth® (http://www.followmyhealth.com).

DOB:

DOB:
Unknown / Language: English / Race: White
Male

History of Present Illness (Daniel J. Hackett Jr, MD; 4/17/2019 8:41 PM)
The patient is a 50 year old male who presents at the office today with a left shoulder problem. It began suddenly on 7/2018. The patient complains of pain. The mechanism of injury was related to a fall (while hiking). The symptoms are mild in severity. The symptoms are made worse by moving, motion and lying down. The symptoms have been associated with stiffness. The patient states that the symptoms are improving since the onset. The patient works at Toyota. The primary care provider is John Ziegler, MD. No prior imaging or studies available. Past treatment includes nonsteroidal anti-inflammatory drugs (NSAIDS), physical therapy, range of motion exercises and surgical repair (RTC repair with Dr. Wilkes 9/17/18). Note for "Left shoulder problem": 4/17/19: James states that his shoulder is slowly improving, but he is still experiencing pain and limited ROM. He also had surgery to repair a fracture of his left wrist due to the same injury. He has brought all records with him, excluding imaging.

Additional reasons for visit:

Transition into care

Allergies (Mackenzie Shoemaker; 4/17/2019 10:14 AM)
No Known Drug Allergies [04/17/2019]:

Past Surgical History (Mackenzie Shoemaker; 4/17/2019 10:24 AM)
Fracture L Wrist
Rotator Cuff Surgery left

Medication History (Mackenzie Shoemaker; 4/17/2019 10:22 AM)
KlonoPIN (1MG Tablet, Oral) Active.
Pristiq (Oral) Specific strength unknown - Active.
Amitriptyline HCl (Oral) Specific strength unknown - Active.
Ibuprofen (200MG Capsule, Oral) Active.
Atorvastatin Calcium (Oral) Specific strength unknown - Active.
Hydrocodone-Acetaminophen (Oral as needed) Specific strength unknown - Active.
TiZANidine HCl (Oral) Specific strength unknown - Active.
Medications Reconciled

Social History (Mackenzie Shoemaker; 4/17/2019 10:04 AM)
Alcohol use 04/17/2019: occasional
Exercise 04/17/2019: daily
Exercise Tolerance 04/17/2019: 3-4 flights of stairs
Handed right handed
Marital status 04/17/2019: single
Tobacco use Never smoker, 04/17/2019: never smoker

Family History (Mackenzie Shoemaker; 4/17/2019 10:04 AM)
Blood clots Father.
Cerebrovascular Accident grandparent
Depression Mother. grandparent and sibling
Diabetes Mellitus grandparent
First Degree Relatives
Heart Disease Father.
Hypertension Father.
Myocardial Infarction grandparent
Osteoarthritis Father, Mother. grandparent

Other Problems (Mackenzie Shoemaker; 4/17/2019 10:43 AM)
Head/Neck/Disorder Bulging disc, bone spurs
Migraine Headache

Review of Systems (Daniel J. Hackett Jr, MD; 4/17/2019 8:42 PM)
**General** Not Present- Appetite Loss, Chills, Fatigue, Feeling sick, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin** Not Present- Change in Hair or Nails, Itching, Psoriasis, Rash, Skin Color Changes and Ulcer.
**HEENT** Not Present- Decreased Hearing, Nose Bleed, Ringing in the Ears, Sensitivity to Light and Visual Loss.
**Neck** Not Present- Neck Mass and Swollen Glands.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Dyspnea and Snoring.
**Cardiovascular** Not Present- Chest Pain, Leg Cramps, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Bloody Stool, Incontinence of Stool, Nausea, Reflux / Heartburn and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Frequency, Incontinence and Nocturia.
**Musculoskeletal** Present- Back Pain, Muscle Pain and Muscle Weakness. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological** Present- Headaches and Tremor. Not Present- Burning, Dizziness, Numbness and Tingling.
**Psychiatric** Present- Anxiety and Depression. Not Present- Memory Loss.
**Endocrine** Not Present- Cold Intolerance, Excessive Hunger, Excessive Thirst and Heat Intolerance.
**Hematology** Not Present- Abnormal Bleeding, Anemia, Blood Clots and Easy Bruising.

Physical Exam (Daniel J. Hackett Jr, MD; 4/17/2019 8:43 PM)

**General**

**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Orientation** - Oriented X3.
**Build & Nutrition** - Well developed and Well nourished.
**Gait** - Normal.

**Integumentary**

**Global Assessment**
**Upon inspection and palpation of skin surfaces of the** - Right upper extremity: no lesions or rashes. No evidence of photo damage and Left upper extremity: no lesions or rashes. No evidence of photo damage.

**Musculoskeletal**

**Upper Extremity**

**Shoulder: Inspection and Palpation - Tenderness** - exquisitely tender (over AC joint). **Crepitus** - none, (R) and none, (L). **Sensation is** - normal, (R) and normal, (L). **Examination reveals** - no ecchymosis, (R), no ecchymosis, (L).
**Strength and Tone: Right - Supraspinatus** - 5/5. **Infraspinatus** - 5/5. **Trapezius** - 5/5. **Left - Supraspinatus** - 5/5. **Infraspinatus** - 5/5. **Trapezius** - 5/5.
**ROJM:**
**Right: Internal Rotation - ROM** - T7. **External Rotation - AROM** - 80 °. **Elevation through flexion - AROM** - 180 °.
**Left: Internal Rotation - ROM** - T7. **External Rotation - AROM** - 60 °. **Elevation through flexion - AROM** - 150 °. **Instability - Right** - sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Left** - sulcus sign negative, apprehension test negative, Jobe relocation test negative, jerk test negative. **Shoulder - Impingement** - Hawkins-Kennedy impingement test negative, (R), Hawkins-Kennedy impingement test negative, (L), Neer impingement test negative, (R), Neer impingement test negative, (L). **Functional Testing - Right** - AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative. **Left** - AC crossover adduction test negative, abdominal compression test negative, lift-off sign negative, Speed's test negative, Obrien's test negative, Hornblower's sign negative.

Assessment & Plan (Daniel J. Hackett Jr, MD; 4/17/2019 8:49 PM)
Pain in left acromioclavicular joint (719.41 | M25.512)
Impression: 50 yo M 7 months s/p L cuff repair with continued anterior shoulder pain that seems to be related mainly to AC joint arthralgia. He does have the appearance of some continued stiffness with good cuff function at this point. Given his findings, we discussed his options. We discussed the risks and benfits of performing a CSI. The risks include, but are not limited to - injection site pain, hematoma formation, damage to intra-articular structures, and infection. We will have him continue working with PT. We also discussed the fact that the judicious use of NSAIDs can often be helpful. He will f/u in 3-4 weeks.
Current Plans

- Shoulder AC joint Cortisone Injection (20605, J1030)
  Verbal consent was obtained from the patient or guardian. The superior aspect of the shoulder over the acromioclavicular joint was sterilely prepped with a betadine swab. After spraying with ethyl chloride, 1cc of depo-medrol 40mg/cc mixed with 1% lidocaine plain was injected into the acromioclavicular joint with a 25 gauge needle. The patient tolerated the injection well with no immediate adverse effects.
- METHYLPREDNISOLONE ACETATE, 40 MG (J1030)
- Discussed with patient natural history of the disease
- ASP / INJECT LARGE JOINT / BURSA (20610)
- Follow up in 1 month or sooner for any problems
- X-RAY EXAM OF SHOULDER, 2 VIEWS, AXILLARY (73030)

S/P rotator cuff repair (V45.89 | Z98.890)

Signed by Daniel J Hackett, Jr, MD (4/17/2019 8:51 PM)

## Procedures

**METHYLPREDNISOLONE ACETATE, 40 MG (J1030)** Performed: 04/17/2019 (Final, Reviewed)

**ASP / INJECT LARGE JOINT / BURSA (20610)** Performed: 04/17/2019 (Ordered)

**X-RAY EXAM OF SHOULDER, 2 VIEWS, AXILLARY (73030)** Performed: 04/17/2019 (Final, Reviewed)

- Findings: grashey/axillary/outlet of L shoulder demonstrates no significant GH joint changes. THere is a type III AC joint injury noted

**ZOLL, JAMES D (id #21795182, dob:**

**Lexington Clinic**

LEXINGTON CLINIC NEUROLOGY
1401 HARRODSBURG RD SUITE C240
LEXINGTON, KY 40504-3751
Phone: (859) 258-4800, Fax: (859) 258-4740

Date: 05/08/2019

Dear James Zoll,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: CRAIG A KNOX, MD

Craig Knox

## Patient Care Summary for James D Zoll

### Most Recent Encounter

04/18/2019 Craig A Knox: 1401 Harrodsburg Rd, Suite C240, Lexington, KY 40504-3751, Ph. tel:+1-859-2584800

### Reason for Visit

headache/migraine; tremors

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

**1. Migraine without aura**
- MRI, brain, w/o contrast
- Topamax 25 mg tablet
- Imitrex 100 mg tablet
- Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector

**2. Migraine with aura**
- migraine aura without a headache: care instructions

**3. Neck pain**
- neck pain: care instructions
- diclofenac sodium 75 mg tablet,delayed release

**4. Essential tremor**

**5. Chronic anxiety**

**6. Poor balance**

**Discussion Note**

He is seen in consultation today regarding his migraines, neck pain, tremors and poor balance.
He is using Imitrex, which is controlling his migraines fairly well, they typically resolve within 1 hour. He's found Imitrex shots worked better than the pills. He's never given himself a shot but he thinks he probably could. I refilled his Imitrex pills and shots.
He has tried gabapentin for migraine prophylaxis but he had a lot of side effects with it, stopped it after a week.
I told him the Topamax and propranolol are probably the 2 best medicine for migraine prophylaxis.
I recommended a trial of Topamax, emailed a prescription to his pharmacy and discussed the more common side effects with him.

He also has very mild tremors, looks like essential tremor.
The tremors are not bad enough to take any medication for.
I told him sometimes Topamax can help with his tremor and propranolol is probably the best medication for them.

He does have some chronic neck pain, overall moderate in degree.
MRI scan does show moderate degenerative changes.
Recently he has been taking mobic and diclofenac gel.
I recommend he try Voltaren 75 mg twice a day and discontinue the diclofenac gel and mobic.
He is currently getting physical therapy for the neck pain which is somewhat helpful.

He also complains of poor balance.
His balance seems perfectly normal today.

I will arrange an MRI scan of the brain because of his headaches. We will start him on Topamax for migraine prophylaxis. I refilled his Imitrex pills and Imitrex shots. I emailed a prescription for diclofenac to his pharmacy.

I discussed my impression fully with him.

I will see him back in 6 or 8 weeks.

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| **Appointments** | Neurology Recheck | on or around 05/08/2019 | Craig A Knox, MD |
| | Recheck | 06/05/2019 10:15AM | Bethany Begley, PA-C |
| **Lab** | None recorded. | | |
| **Referral** | None recorded. | | |
| **Procedures** | None recorded. | | |
| **Surgeries** | None recorded. | | |
| **Imaging** | MRI, Brain, W/o Contrast | 04/18/2019 | Lexington Clinic Radiology Picadome |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| amitriptyline 10 mg tablet<br>Take 1 tablet by oral route. | 04/08/2019 | |
| atorvastatin 20 mg tablet<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 12/14/2018 | |
| betamethasone dipropionate 0.05 % topical cream<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/2018 | |
| clonazepam 1 mg tablet<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 04/08/2019 | |
| diclofenac 1 % topical gel<br>APPLY 2 GRAM TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY | 02/19/2019 | |
| diclofenac sodium 75 mg tablet,delayed release<br>Take 1 tablet twice a day by oral route. | 04/18/2019 | |
| Imitrex 100 mg tablet<br>As Directed | 04/18/2019 | |
| Imitrex 6 mg/0.5 mL subcutaneous solution<br>Inject 0.5 mL every day by subcutaneous route as directed for 1 day. | 04/05/2019 | |
| Imitrex STATdose Pen 6 mg/0.5 mL subcutaneous pen injector<br>Inject 1 mL as needed by subcutaneous route. | 04/18/2019 | |
| Mobic 7.5 mg tablet<br>Take 1 tablet every day by oral route for 30 days. | 02/19/2019 | |
| Mucinex DM | | |
| Norco 5 mg-325 mg tablet<br>Take 1 tablet every 6-8 hours by oral route as needed. | 04/08/2019 | |
| nystatin 100,000 unit/gram topical cream<br>APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed | 06/28/2018 | |
| omeprazole 20 mg capsule,delayed release<br>Take 1 capsule every day by oral route. | 04/08/2019 | |
| Pristiq 50 mg tablet,extended release<br>Take 1 tablet every day by oral route. | 04/08/2019 | |
| ProAir RespiClick 90 mcg/actuation breath activated<br>Inhale 2 puffs every 6-8 hours by inhalation route. | 06/09/2017 | |
| sildenafil (antihypertensive) 20 mg tablet<br>Take 1-3 tablets daily as needed for erectile dysfunction | 01/29/2018 | |
| tizanidine 4 mg tablet<br>TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED | 04/08/2019 | |
| Topamax 25 mg tablet<br>Take 4 tablets every day by oral route. | 04/18/2019 | |
| Zoloft 100 mg tablet<br>Take 1 tablet every day by oral route. | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | Blood Pressure Cuff Size | Body Surface Area |
|---|---|---|---|---|---|---|
| 6 ft Stated | 211 lbs 16 oz With clothes | 28.8 kg/m2 | 136/80 mm[Hg] | 76 bpm | adult | 2.21 |

## Lab Results

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| NKDA | | | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Cervical Radiculopathy | Active | 10/05/2015 | |
| Displacement of Cervical Intervertebral Disc | Active | 10/13/2015 | |
| SNOMED CT Concept | Active | 10/20/2015 | |
| Hyperlipidemia | Active | 02/10/2016 | |
| Vascular Headache | Active | 02/10/2016 | |
| Mental Disorder | Active | 02/10/2016 | |
| Refractory Migraine with Aura | Active | 07/18/2016 | |
| Cervical Disc Disorder | Active | 07/18/2016 | |
| Inflammatory Dermatosis | Active | 08/29/2016 | |
| Elevated Blood-pressure Reading without Diagnosis of Hypertension | Active | 11/17/2016 | |
| Shoulder Stiff | Active | 04/04/2019 | |
| Muscle Weakness | Active | 04/04/2019 | |
| Muscular Incoordination | Active | 04/04/2019 | |
| History of Operative Procedure on Shoulder | Active | 04/04/2019 | |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| 07/26/2018 | Other<br>**Notes:** shoulder arthroscopy with rotator cuff repair | Information not available |
| 08/01/2017 | Other<br>**Notes:** Radial repair | Information not available |
| | Other<br>**Notes:** Testicular surgery | Information not available |
| | Hernia Repair<br>**Notes:** 2008 | Information not available |
| 04/18/2019 | MRI, Brain, W/o Contrast | Lexington Clinic Radiology Picadome<br>700 Bob-O-Link Dr<br>Lexington, KY 40504<br>(859) 258-4444 (Work Place) |

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

**Vaccine Type**

**influenza, injectable, quadrivalent**
10/01/2018

**influenza, injectable, quadrivalent, preservative free**
12/06/2017

## Smoking Status

| | |
|---|---|
| **Smoking Status** | Never Smoker |

## Past Encounters

04/18/2019
Migraine without Aura; Migraine with Aura; Neck Pain; Essential Tremor; Chronic Anxiety; Poor Balance
Craig A Knox, MD: 1401 Harrodsburg Rd, Suite C240, Lexington, KY 40504-3751, Ph. (859) 258-4800

04/15/2019
Shoulder Stiff; Muscle Weakness; Muscular Incoordination
John W Lockhart, II, PT: 700 Bob-O-Link Dr, Lexington, KY 40504-3756, Ph. (859) 258-8519

04/08/2019
Migraine; Mood Disorder; Hyperlipidemia; Pain of Left Shoulder Joint; Vascular Headache; Anxiety Disorder
John P Ziegler, MD: 3099 Helmsdale Place, Lexington, KY 40509-2213, Ph. (859) 258-6401

04/08/2019
Shoulder Stiff; Muscle Weakness; Muscular Incoordination; History of Operative Procedure on Shoulder
John W Lockhart, II, PT: 700 Bob-O-Link Dr, Lexington, KY 40504-3756, Ph. (859) 258-8519

04/05/2019
Migraine
Mary Oaks, PA-C: 3085 Lakecrest Circle, Lexington, KY 40513-1707, Ph. (859) 258-8600

04/03/2019
History of Operative Procedure on Shoulder; Muscle Weakness; Muscular Incoordination; Shoulder Stiff
John W Lockhart, II, PT: 700 Bob-O-Link Dr, Lexington, KY 40504-3756, Ph. (859) 258-8519

04/02/2019
Postoperative Care; Myofascial Pain
Bethany Begley, PA-C: 700 Bob-O-Link Dr, Lexington, KY 40504-3756, Ph. (859) 258-4000

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Not Hispanic or Latino |
| DOB: | | Race: | White |
| Preferred language: | English | Marital status: | Never Married |

Contact , Ph. tel:

## Care Team Members

Primary Care Provider

| | |
|---|---|
| Dr. John P. Ziegler | 3099 Helmsdale Place, Lexington, KY 40509, Ph. tel:+1-859-2586401 |

Referring Provider

| | |
|---|---|
| John P Ziegler MD | 3099 Helmsdale Pl, Lexington, KY 40509, Ph. tel:+1-859-2586401 |

# Facsimile Transmittal Sheet

| | |
|---|---|
| **TO:**<br>Liberty Mutual | **FROM:**<br>Customer Resource Center |
| **FAX NUMBER:**<br>MO 603-334-0366<br>NC 603-334-0380<br>AZ 603-422-0119<br>Wells Fargo 866-214-7839 | **DATE:**<br>4/29/2019 |
| **PHONE NUMBER:** | **TOTAL NUMBER OF PAGES INCLUDING COVER:**<br>3 |
| **RE:**<br>James Zoll<br>(8560503) | **DIRECT FAX NUMBER:**<br>877-899-1345 |

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at The Advocator Group at 1-877-261-1947 immediately, and destroy all copies of this facsimile transaction. Thank you.

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

Advocator Group
*When life changes.*[SM]

April 29, 2019

Christine Kelley
LTD Claims Examiner
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

**RE: James Zoll**
**LTD: 8560503**

Dear Christine Kelley:

Please be advised that we filed Mr. Zoll's *Initial application* with the Social Security Administration (SSA) today.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us toll-free at 877-261-1947 x 8993 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

Advocator Group
*When life changes.*

**AUTHORIZATION FOR RELEASE OF LONG-TERM DISABILITY FILE**

I hereby authorize Lincoln Financial Group to release all information from my long-term disability file to The Advocator Group at 101 Edgewater Drive, Suite 260, Wakefield, MA 01880, (877) 261-1947; (877) 899-1329 (fax).

The information disclosed will be used solely for my claim for disability benefits under Title II of the Social Security Act.

This authorization shall include the release of my complete file.

A photocopy or fax of this release shall have the same authority and effect as the original.

X James D Zoll
James D Zoll

SSN:

X 4/12/2019
Date

MediCopy Lexington Clinic

# FAXED REQUESTS WILL NOT BE PROCESSED.

LEXINGTON CLINIC **ONLY** ACCEPTS MEDICAL RECORDS REQUESTS VIA MAIL OR WALK IN.

THIS INCLUDES BUT IS NOT LIMITED TO REQUESTS FOR BILLING, IMAGING, AND ALL PHI.

PLEASE MAIL YOUR REQUEST WITH THE ORIGINAL SIGNATURE TO:

**LEXINGTON CLINIC**

**RELEASE OF INFORMATION**

**1221 SOUTH BROADWAY**

**LEXINGTON, KY 40504**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

April 3, 2019

Wilkes Trevor
Lexington Clinic
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

Dear Wilkes Trevor:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2019 through present.

We ask that you provide this information by April 19, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist I
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: 6048215-EMPLOYEE/CLAIMANT-FORMS-11.29.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) James Zoll Relationship Self

Signature of claimant or legal representative [signature]

Date of Birth: ___ | ___ Claim Number: 6048215 Date: 11/29/2018

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

| | |
|---|---|
| Date: | April 3, 2019 |
| To: | WILKES TREVOR<br>LEXINGTON CLINIC<br>700 BOB-O-LINK DR<br>LEXINGTON KY 40504-3756 |
| Attn: | Medical Records |
| Fax: | (859) 258-8239 |
| From: | Christine Kelley<br>Ltd Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-8641 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Fax # 603-559-8641

Attn: Christine Kelley
LTD Specialist #1

From: James Zoll

Claim # 8560503

Follow-UP APPT. 6/5/19
~~4/2/2019~~

James Zoll
Phone #

# Lexington Clinic

**Lexington Clinic** **Work Status Report Form**

**Orthopedic Surgery Department**

**James Zoll D** Date: **04/02/2019**

MRN: **21795182**

***Please note that only items with a check mark are applicable***

Work Status:

☐ Return to Full Work Duty

On: [ ]

☐ Unable to Return to Work

☐ Until next Appointment

☐ Until [ ]

☑ Return to Modified Duty [ ]

On [04/2/19] with the Following Restrictions:

☑ No Lifting, Pushing or Pulling Over [5] pounds.

☐ Sit Down Work Only

☐ [No] use of [-] [-]

☐ No over shoulder height work with [-] arm

☐ No prolonged Standing and Walking

☐ No Squatting, Kneeling or Climbing

☐ Unable to perform usual work

Duties of: [ ]

☐ Can work only in [Splint]

Other: [with left arm until next appt 06/5/19]

Next Appointment: [ ]

Diagnosis: [ ]

**04/02/2019**

# KY - Lexington Clinic

LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756.
Phone: (859) 258-4000 Fax:(859) 258-8239

JAMES ZOLL
DOB:
Patient ID: 21795182

Upcoming Appointments

| Date | Time | Appointment | Dept./Address | Phone |
|---|---|---|---|---|
| 04/02/2019 | 10:00 AM | RECHECK<br>BETHANY BEGLEY, PA-C | LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE 700 BOB-O-LINK DR LEXINGTON, KY 40504-3756. | (859) 258-4000 |
| 06/05/2019 | 10:15 AM | RECHECK<br>BETHANY BEGLEY, PA-C | LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE 700 BOB-O-LINK DR LEXINGTON, KY 40504-3756. | (859) 258-4000 |

**ZOLL, JAMES D (id #21795182, dob:**

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 04/02/2019**

### Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL. JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 04/02/2019 10:00AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | BETHANY BEGLEY, PA-C | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>PCP : ZIEGLER, JOHN P<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

### Chief Complaint

None recorded.

### Patient's Care Team

**Primary Care Provider:** ZIEGLER, JOHN P: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438
**Neurosurgeon:** WILLIAM H BROOKS: 1401 HARRODSBURG RD STE B-485, LEXINGTON, KY 40504-3701, Ph (859) 277-6143, Fax (859) 277-8659 NPI: 1659376101
**Referring Provider:** JOHN P ZIEGLER MD: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1912959248

### Patient's Pharmacies

**WALMART NEIGHBORHOOD MARKET 4607 (ERX): 3735 PALOMAR CENTRE DRIVE, LEXINGTON KY 40513, Ph (859) 224-0495, Fax (859) 224-0529**
KROGER MIDSOUTH 767 (ERX): 3199 BEAUMONT CENTER CIRCLE, LEXINGTON KY 40513, Ph (859) 219-1842, Fax (859) 219-1832

### Vitals

04/02/2019 10:08 am

**Ht:** 6 ft **Wt:** 210 lbs **BMI:** 28.5

**Pain Scale:** 2

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 12/14/18 prescribed
Take 1 tablet(s) by oral route.
**Internal Note:** Duration: 45 days;Instructions: TAKE ONE TO TWO TABLETS BY MOUTH AT BEDTIME FOR MIGRAINE PREVENTION;Medication Description: amitriptyline; Route:oral; refills:0; Quantity:90 tablet

**atorvastatin 20 mg tablet** 12/14/18 prescribed
TAKE ONE TABLET BY MOUTH ONCE DAILY

**betamethasone dipropionate 0.05 % topical cream** 03/23/18 prescribed
APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed

**clonazePAM 1 mg tablet** 12/14/18 prescribed
TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED

**diclofenac 1 % topical gel** 02/19/19 prescribed
APPLY 2 GRAM TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY

**ZOLL, JAMES D (Id #21795182, dob:**

**Imitrex 100 mg tablet** 12/14/18 prescribed
As Directed
**Internal Note:** Instructions: may repeat in 2 hrs--no more than 2 pills in 24hrs--do not take with maxalt--change in med;Frequency: as direct.;Alt Frequency: prn;Medication Description: sumatriptan; Dosage:1; Route:oral; refills:1; Quantity:27 tablet

**Mobic 7.5 mg tablet** 02/19/19 prescribed
Take 1 tablet(s) every day by oral route for 30 days.

**Mucinex DM** 06/09/17 entered

**Norco 5 mg-325 mg tablet** 12/14/18 prescribed
Take 1 tablet(s) every 6-8 hours by oral route as needed.

**Norco 7.5 mg-325 mg tablet** 06/29/18 prescribed
1 po every six hours as needed
**Internal Note:** Frequency: q6h;Alt Frequency: prn pain;Medication Description: acetaminophen-hydrocodone; Dosage:1; Route:oral; refills:0; Quantity:25 tablet

**nystatin 100,000 unit/gram topical cream** 06/28/18 prescribed
APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed

**omeprazole 20 mg capsule,delayed release** 12/14/18 prescribed
Take 1 capsule(s) every day by oral route.

**ProAir RespiClick 90 mcg/actuation breath activated** 06/09/17 prescribed
Inhale 2 puff(s) every 6-8 hours by inhalation route.

**sildenafil (antihypertensive) 20 mg tablet** 01/29/18 prescribed
Take 1-3 tablets daily as needed for erectile dysfunction

**tiZANidine 4 mg tablet** 12/14/18 prescribed
TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED

**Zoloft 100 mg tablet** 12/14/18 entered
Take 1 tablet(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | CVS |
| influenza, injectable, quadrivalent, preservative free | 12/06/17 | | Intramuscular | Deltoid, Left | | UT5899MA | Sanofi Pasteur | 08/30/18 | 08/07/15 | 12/01/17 | Emily Sizemore, Tenned |

## Problems

Reviewed Problems

- Hyperlipidemia - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Refractory migraine with aura - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Displacement of cervical intervertebral disc - Onset: 10/13/2015 - From Automated Load;Provider: Phillips, Gabriel;Status: Active
- Cervical disc disorder - Onset: 07/18/2016 - From Automated Load;Provider: Leung, Patrick;Status: Active
- Cervical radiculopathy - Onset: 10/05/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Vascular headache - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Elevated blood-pressure reading without diagnosis of hypertension - Onset: 11/17/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- SNOMED CT Concept - Onset: 10/20/2015 - From Automated Load;Provider: Henderson, J.A.;Status: Active
- Mental disorder - Onset: 02/10/2016 - From Automated Load;Provider: Ziegler, John;Status: Active
- Inflammatory dermatosis - Onset: 08/29/2016 - From Automated Load;Provider: Ziegler, John;Status: Active

01/01/1900: Depression Screening* Date:05/23/2016

## Family History

Reviewed Family History

Father - Hypercholesterolemia

**ZOLL, JAMES D (id #21795182, dob:**

| | |
|---|---|
| Mother | - Hypertensive disorder<br>- Hypercholesterolemia<br>- Mental disorder<br>- Migraine |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

## Social History

Reviewed Social History
**Orthopedic Surgery**
Smoking Status: Never smoker
Non-smoker
Hand Dominance: Right
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Are you currently employed?: Y
Alcohol intake: Occasional
Caffeine intake: Occasional
05/23/2016: Depression Screening*-Date:05/23/2016

## Surgical History

Reviewed Surgical History
- Other - Testicular surgery
- Other - 07/26/2018 - shoulder arthroscopy with rotator cuff repair
- Other - 08/01/2017 - Radial repair

## Past Medical History

Reviewed Past Medical History
Included as Review of Systems: Y
Anxiety/Depression: Y
High Cholesterol: Y
Migraines: Y

## HPI

Mr. Zoll returns today for post op recheck. He reports continued compliance with therapy but he continues to have pain. He states the medrol dose pack helped at first, but feels he's back where he started. He is frustrtaed with continued pain.

## ROS

Patient reports **night sweats** but reports no fever; **Pt notes he had lots of night sweats while taking the medrol dose pack.** He reports no chest pain, no palpitations, and no known heart murmur. He reports no excessive bleeding. He reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing. He reports no history of Accutane (isotretinoin) use in the last 6 months. He reports not currently smoking. He reports no abdominal pain, no vomiting, normal appetite, no diarrhea, not vomiting blood, no dyspepsia, and no GERD.
**Additionally reports:**

## Physical Exam

Patient is a 50-year-old male.

General: no acute distress, comfortable
Vitals reviewed in electronic chart
Psych: normal affect, normal mood, appropriate responses
Vascular: well perfused
Neurologic: Sensation to light touch intact distally
Dermatologic: no rash, no evidence of infection

Musculoskeletal Exam focused on LEFT shoulder:

mild pain at end motion

AROM FE 140, AAROM 150 & AROM ER 45 = improved since last visit

4+/5 strength

no obvious deformity

**ZOLL, JAMES D (id #21795182, dob: )**

TTP upper trap and superior aspect of shoulder

## Assessment / Plan

**1. Postoperative care -**

Almost 7 months s/p left shoulder arthroscopy with Double row arthroscopic supraspinatus repair, Arthroscopic biceps tenodesis, Limited debridement of the glenohumeral joint superior labrum and limited SAD by Dr. Wilkes (9/17/18)

Postop MRI 12/28/18 shows prior repair of supraspinatus tendon with no obvious evidence of recurrent tear

Patient does state he has made some small improvements since last visit with PT/HEP. But he is continuing to struggle with myofascial pain.

Continue PT for AROM/AAROM and strengthening as tolerated. Will recommend initiation of dry needling to his therapy program in hopes of relieving myofascial symptoms.

2 month recheck. Continue current work restrictions.

RTO as scheduled or sooner if needed, advised to call office with any questions/concerns.

Z48.89: Encounter for other specified surgical aftercare

**2. Myofascial pain -**

Left shoulder/upper trap myofascial pain

Almost 7 months s/p left shoulder arthroscopy with Double row arthroscopic supraspinatus repair, Arthroscopic biceps tenodesis, Limited debridement of the glenohumeral joint superior labrum and limited SAD by Dr. Wilkes (9/17/18)

M79.10: Myalgia, unspecified site

- PHYSICAL THERAPY REFERRAL - Schedule Within: provider's discretion

Evaluate & Treat: 7 months out from cuff repair, continues to have significant myofascial pain left shoulder

Exercises: comprehensive cuff rehab program

Modalities: Yes. Dry Needling, etc

## Return to Office

- JOHN W LOCKHART II, PT for NEW PATIENT at PHYSICAL THERAPY PICADOME on 04/03/2019 at 01:00 PM
- BETHANY BEGLEY, PA-C for RECHECK at ORTHOPEDICS PICADOME on 06/05/2019 at 10:15 AM

## Encounter Sign-Off

Encounter signed-off by BETHANY BEGLEY, PA-C, 04/02/2019.

Encounter performed and documented by BETHANY BEGLEY, PA-C
Encounter reviewed & signed by BETHANY BEGLEY, PA-C on 04/02/2019 at 4:15pm
**Encounter Date: 02/19/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | ZOLL, JAMES (50yo, M) ID# 21795182 | **Appt. Date/Time** | 02/19/2019 11:15AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | BETHANY BEGLEY, PA-C | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1314861<br>Policy/Group # : 003320100TEAP064<br>PCP : ZIEGLER, JOHN P<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

# KY - Lexington Clinic

LEXINGTON CLINIC PHYSICAL THERAPY
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756.
Phone: (859) 258-8519 Fax:(859) 258-8592

JAMES ZOLL
DOB:
Patient ID: 21795182

Upcoming Appointments

| Date | Time | Appointment | Dept./Address | Phone |
|---|---|---|---|---|
| 04/03/2019 | 01:00 PM | NEW PATIENT JOHN W LOCKHART II, PT | LEXINGTON CLINIC PHYSICAL THERAPY 700 BOB-O-LINK DR LEXINGTON, KY 40504-3756. | (859) 258-8519 |

# KY - Lexington Clinic

LEXINGTON CLINIC PHYSICAL THERAPY
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756.
Phone: (859) 258-8519 Fax:(859) 258-8592

JAMES ZOLL
DOB:
Patient ID: 21795182

Upcoming Appointments

| Date | Time | Appointment | Dept./Address | Phone |
|---|---|---|---|---|
| 04/08/2019 | 10:30 AM | RECHECK JOHN W LOCKHART II, PT | LEXINGTON CLINIC PHYSICAL THERAPY 700 BOB-O-LINK DR LEXINGTON, KY 40504-3756. | (859) 258-8519 |
| 04/15/2019 | 10:00 AM | RECHECK JOHN W LOCKHART II, PT | LEXINGTON CLINIC PHYSICAL THERAPY 700 BOB-O-LINK DR LEXINGTON, KY 40504-3756. | (859) 258-8519 |

Dry Needling Only w/ John W Lockhart
on 4/8/19 (not pleased w/ therapy at new P.T. at Lex. Clinic Physical Therapy
will continue w/ Commonwealth therapy.

Commonwealth Hand Therapy
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

COMMONWEALTH HAND THERAPY

## Upcoming appointments for Zoll, James D.

| Date | Case | Time | Therapist | Reminder |
|---|---|---|---|---|
| Thursday, March 28th, 2019 | PT SHOULDER | 01:00 pm | MG | Sent |
| Monday, April 1st, 2019 | PT SHOULDER | 02:00 pm | MG | Scheduled |
| Thursday, April 4th, 2019 | PT SHOULDER | 11:00 am | MG | Scheduled |

Commonwealth Hand Therapy
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

Upcoming appointments for Zoll, James D.

| Date | Case | Time | Therapist | Reminder |
|---|---|---|---|---|
| Wednesday, April 10th, 2019 | PT SHOULDER | 10:00 am | MG | Scheduled |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 03/20/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-03-20

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| UBE | | 5 | | | | | Neuromusc Rehab | 1:1 w/Therapist *MG* |
| Seated AAPM scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Short lever APM scaption | | 5 | | | | | Neuromusc Rehab | 1:1 w/Therapist *MG* |
| PROM Shoulder External Rotation to gain shoulder mobility | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| Scaption to improve overhead functional reach | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Overhead press; to increase strength and endurance for overhead ADLs | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |

*Short lever APM scaption: Improve motor control->isometric hold at 90 deg scaption*

*PROM Shoulder External Rotation to gain shoulder mobility: 30/60/90 deg aBd*

*Manual therapy: improve L GHJ PAM/PPM; an dimprove L lower C/S quadrant PAM*

*Overhead press; to increase strength and endurance for overhead ADLs: 3# DB; short lever; lifting elbow to shoulder height in scaption plane*

Sum of minutes: 65

**Total Minutes by Procedure**
Manual Therapy: 25

**Total Minutes by Procedure**
Therapeutic Exercise: 30

**Total Minutes by Procedure**
Neuromusc Rehab: 10

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 3:10 pm/4:10 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 03/22/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 45
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient started steroids; continued complaints of superior shoulder pain, close of AC joint. Patient expresses he thinks he may have bursitis.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Pain with overhead reach, weakness
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 40 min.)<br>See Flowsheet | 3 |
| GP:97140 | Manual Therapy ( 15 min.)<br>see flowsheet | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>10 see flowsheet | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

Objective Findings

standing elevation to 135, 145 post exercise. PROM to 155

Pain with activation of anterior shoulder musculature; no discomfort resisting AB/AD, or EX pressure in overhead shoulder flexion.

## Assessment

**Assessment/Diagnosis:** Patient with fair tolerance to therapy today. Pain with activation of anterior shoulder in AC joint region, likely still muscular in nature. Therex focused on strengthening into elevation, manual therapy focused on decreasing muscular pain, increasing GHJ mobility. Progress is slow, but steady. Limitations include persistant pain response, limited strength and ROM. Barriers to progress include nature of injury, time since injury, pain.
**Patient Education:** Patient educated on probable causes of continued shoulder pain, progress.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | QuickDASH improve x 1 MCID. |
**Long Term Goals:**



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 03/22/2019

1: (8 Weeks) | 90% | Increase AROM shoulder to 160 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 50% | Increase strength to 80% of opposite side in elevation, IR, and ER |
3: (12 Weeks) | 30% | Have IR reach and ER reach WNL. |
4: (12 Weeks) | 25% | Have no shoulder pain lifting 5 lbs overhead. |

## Plan

**Instructions:** Progressing Patient Next Visit
measure strength

Lisa Podlecki

Lisa Podlecki
License #007569
*Electronically Signed by Lisa Podlecki on March 22, 2019 at 5:58 pm*



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 03/22/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-03-22

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Moist heat pack- to provide superficial heat to soft tissues to decrease pain and prepare tissue for activity | | 10 | | | | | | 1:1 w/Therapist *LP* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Manual therapy | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |
| Scaption to improve overhead functional reach | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Rotator cuff strengthening to increase shoulder strength and stability for ADLs | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Shoulder elevation to facilitate overhead motion | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Place-and-hold with pulley; AAROM Shoulder flexion and isometric contraction to stretch capsule and musculature to enhance overhead reach for ADL performance | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |

*AAROM Shoulder internal rotation to gain mobility of hand behind back: pulleys*

**Total Minutes by Procedure**
Manual Therapy: 15

*Manual therapy: to improve GHJ motion into flexion, soft tissue to pec, scalenes, biceps. c/s p-a glides, cervical traction*

**Total Minutes by Procedure**
Therapeutic Exercise: 40

*Scaption to improve overhead functional reach: laser, working to 120 elevation*
*Rotator cuff strengthening to increase shoulder strength and stability for ADLs: manual resistance*
*Shoulder elevation to facilitate overhead motion: elevation with ranger, semireclined*
Sum of minutes: 65

**Flowsheet Notes**

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

Commonwealth Hand Therapy
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 1:00 pm/2:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 03/25/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 46
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Finished his steroid dosage today. Had more 'clicking' in his shoulder when exercising yesterday, but did not hurt. Still feels localized pain to the outside tip of the shoulder. And, has localized soreness on the spine, just next to the inside shoulder blade region.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Pain with overhead reach, weakness
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 25 min.)<br>See Flowsheet | 2 |
| GP:97140 | Manual Therapy ( 25 min.)<br>see flowsheet<br><br>Gr II lateral GHJ distraction and inferior gliding at 90 deg aBd<br>Gr II PPM ER at 30/60/90 deg aBd<br>Gr II PPM scaption<br>Gr II transverse gliding <-> mid->upper T/S in prone<br>Gr II CPA gliding mid T/S in prone | 2 |
| GP:97530:59 | Therapeutic Activity/Kinetic ( 10 min.)<br>See Flowsheet | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

Objective Findings
Seated AAPM scaption->170 deg
PPM ER at 90 deg aBd->60 deg

## Assessment

**Assessment/Diagnosis:** Continues to show improvement in GHJ passive and active mobility since last visit. Has localized symptoms to the lateral shoulder. Added non-thrust manipulation to the mid T/S region to reduce mm guarding. See flowsheet for details of therapeutic procedures performed in today's visit.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | QuickDASH improve x 1 MCID. |
**Long Term Goals:**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 03/25/2019

1: (8 Weeks) | 90% | Increase AROM shoulder to 160 and ER to 80 in abduction to perform self-care and IADL | AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) | 50% | Increase strength to 80% of opposite side in elevation, IR, and ER |
3: (12 Weeks) | 30% | Have IR reach and ER reach WNL. |
4: (12 Weeks) | 25% | Have no shoulder pain lifting 5 lbs overhead. |

## Plan

**Instructions:** Progressing Patient Next Visit
Returns to PA-C next Tuesday (04/01/2019)

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on March 25, 2019 at 2:00 pm*



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 03/25/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-03-25

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| UBE | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Seated AAPM scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| PROM Shoulder External Rotation to gain shoulder mobility | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Manual therapy | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| Rotator cuff strengthening to increase shoulder strength and stability for ADLs | | 10 | | | | | Therapeutic Activity | 1:1 w/Therapist *MG* |
| HEP Education; Instruction/ education in dosage, rationale of home program (this time is included in total time of TE billed in daily note) | | | 5 | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |

*UBE: Lvl 3.5; scapular retraction with retroversion->improve posterior cuff mm endurance*

**Total Minutes by Procedure**
Therapeutic Activity: 10

*Seated AAPM scaption: improve overhead reach mobility*

**Total Minutes by Procedure**
Manual Therapy: 25

*PROM Shoulder External Rotation to gain shoulder mobility: Supine 90/90 ER*

**Total Minutes by Procedure**
Therapeutic Exercise: 20

*Manual therapy: See DL for procedure details*
*Rotator cuff strengthening to increase shoulder strength and stability for ADLs: Standing aBd->90 deg->1# DB; standing scaption->90 deg->2# CW; overhead press (full available range)->0# DB*
Sum of minutes: 55

**Flowsheet Notes**

| | |
|---|---|
| *12/17/2018: LP* | *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.* |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 1:00 pm/2:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 03/28/2019
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 47
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Continues to notice pain along the tip of his shoulder and along the back of his shoulder.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Carrying, Moving & Handling Objects:** Hand & Arm Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Pain with overhead reach, weakness
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 25 min.)<br>See Flowsheet | 2 |
| GP:97140 | Manual Therapy ( 25 min.)<br>see flowsheet<br><br>Gr II lateral GHJ distraction and inferior gliding at 90 deg aBd<br>Gr II PPM ER at 30/60/90 deg aBd<br>Gr II PPM scaption<br>Gr II AP<->PA; inf<->sup SCJ gliding<br>Gr II ACJ downgliding | 2 |
| GP:97530:59 | Therapeutic Activity/Kinetic ( 10 min.)<br>See Flowsheet | 1 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** See flowsheet for specifics of therapeutic procedures performed in today's visit. Localized tenderness noted over ACJ; Tmin and SCJ. Needs continued efforts on TNE and potential referral to a social worker for CBT.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) I QuickDASH improve x 1 MCID. I
**Long Term Goals:**
1: (8 Weeks) I 90% I Increase AROM shoulder to 160 and ER to 80 in abduction to perform self-care and IADL I AROM to 135 2-1-19
ER 90-90 to 50 2-18-19
2: (12 Weeks) I 50% I Increase strength to 80% of opposite side in elevation, IR, and ER I
3: (12 Weeks) I 30% I Have IR reach and ER reach WNL. I
4: (12 Weeks) I 25% I Have no shoulder pain lifting 5 lbs overhead. I

## Plan


Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 03/28/2019

**Instructions:** Progressing Patient Next Visit
Returns to PA-C next Tuesday (04/01/2019)

Michael Glindmeyer

Michael Glindmeyer, PT
License #005886
*Electronically Signed by Michael Glindmeyer, PT on March 29, 2019 at 10:31 am*



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

## FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 03/29/2019 **Start Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2019-03-28

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| GHJ ER PPM | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAPM GHJ Scaption | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| AAROM Shoulder internal rotation to gain mobility of hand behind back | | 5 | | | | | Therapeutic Activity | 1:1 w/Therapist *MG* |
| Manual therapy | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *MG* |
| Scaption to improve overhead functional reach | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Rotator cuff strengthening to increase shoulder strength and stability for ADLs | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *MG* |
| Overhead press; to increase strength and endurance for overhead ADLs | | 5 | | | | | Therapeutic Activity | 1:1 w/Therapist *MG* |

*GHJ ER PPM: 90/90 position in supine*

**Total Minutes by Procedure**
Manual Therapy: 25

*AAPM GHJ Scaption: Supine*

**Total Minutes by Procedure**
Therapeutic Activity: 10

*AAROM Shoulder internal rotation to gain mobility of hand behind back: Improve IR reach/HBB as it relates to improve mobility for participation in ADLs/IADLs*

**Total Minutes by Procedure**
Therapeutic Exercise: 25

*Manual therapy: Improve shoulder girdle joint PAM to reduce pain and improve general shoulder mobility*
*Scaption to improve overhead functional reach: 2# DB*
*Rotator cuff strengthening to increase shoulder strength and stability for ADLs: Same as previous visit*
*Overhead press; to increase strength and endurance for overhead ADLs: 3 points on contact on door with 1# DB*
Sum of minutes: 60

### Flowsheet Notes

*12/17/2018: LP* *HEP 12-17-18: IR and scap hula, wallslide flexion and scaption, stretch on doorframe, crossbody stretch, supine flexion, I's, ER, isometric triceps.*

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

| | |
|---|---|
| Date: | April 3, 2019 |
| To: | WILKES TREVOR<br>LEXINGTON CLINIC<br>700 BOB-O-LINK DR<br>LEXINGTON KY 40504-3756 |
| Attn: | Medical Records |
| Fax: | (859) 258-8239 |
| From: | Christine Kelley<br>Ltd Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-8641 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8560503<br>Claimant: James D Zoll<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

April 3, 2019

Wilkes Trevor
Lexington Clinic
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503
Claimant: James D Zoll
Claimant D.O.B.:

Dear Wilkes Trevor:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2019 through present.

We ask that you provide this information by April 19, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-8641 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Zoll allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Zoll's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist I
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: 6048215-EMPLOYEE/CLAIMANT-FORMS-11.29.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) James Zoll Relationship Self

DocuSigned by: James Zoll
EC44665A3CAE4E4...

Signature of claimant or legal representative

Date of Birth: __ _______ Claim Number: 6048215 Date: 11/29/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. JAMES D ZOLL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

April 4, 2019

Mr. James D Zoll

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503

Dear Mr. James D Zoll:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits. These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to help you apply for those benefits.

Since you have expressed interest in using the services of a Social Security claimant representative to help you through the process. Therefore, a representative from The Advocator Group will be calling you shortly. The Advocator Group is an attorney firm that specializes in preparing Social Security claims and representing claimants, with a 90% success rate in obtaining awards. Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum. Additionally, their fee will be deducted from any retroactive Social Security Disability benefits awarded to you. This fee will be credited towards any repayment due Liberty Life Assurance Company of Boston. If your overpayment owed to Liberty Life Assurance Company of Boston is less than the amount of the approved fee, no further credit is

allowed by Liberty Life Assurance Company of Boston, nor does Liberty Life Assurance Company of Boston assume responsibility for the fee as the agreement for services is between you and your representative. This will be explained to you in greater detail when you have accepted representation by The Advocator Group.

In addition to filing your application for benefits, should your claim be denied at any level, the representative will ensure timely filing of required or prudent appeals and continue representation at no additional cost or charge for expenses such as travel or photocopies of medical records.

If you have any other family member (dependents) that may be eligible for benefits, please make sure Social Security is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application within 45 days from the date of this letter, May 17, 2019.

Per the terms of the disability Policy, failure to provide proof of filing within the stated timeframe will result in a reduction to your benefit from Liberty Life Assurance Company of Boston equal to an estimated amount of Social Security benefits. Therefore, if you do not file within the 45-day time frame, your benefit will be reduced by an estimated amount as deemed eligible by the Social Security Administration. If proof of filing is subsequently received, this reduction will be refunded to you.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Liberty Life Assurance Company of Boston will be reduced by the amount you and any dependents receive from Social Security. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources. If you are entitled to retroactive benefits, you may receive a significant payment from Social Security. This money is essentially money that Liberty Life Assurance Company of Boston advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this letter or the Social Security process, please contact us at the number below.

Sincerely,

Christine Kelley
Ltd Specialist I
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Fax # 603-559-8641

Attn: Christine Kelley
LTD Specialist #1

From: James Zoll

Claim # 8560503

Follow-UP APPT.
4/2/2019

James Zoll
Phone #

NEW LEXINGTON CLINIC PSC • 700 BOB-O-LINK DR, LEXINGTON KY 40504-3756
ZOLL, JAMES D (id #21795182, dob:

LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756
Phone: (859) 258-4000, Fax: (859) 258-8239

Date: 02/20/2019

Dear James Zoll,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: BETHANY BEGLEY, PA-C, PASUP

## Patient Care Summary for James D Zoll

### Most Recent Encounter

02/19/2019 Bethany Begley: 700 Bob-O-Link Dr, Lexington, KY 40504-3756, Ph. tel:+1-859-2584000

### Reason for Visit

shoulder pain
lt shoulder

### Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

**1. Postoperative care**

- diclofenac 1 % topical gel
- physical therapy shoulder referral
- Mobic 7.5 mg tablet

Discussion Note: None recorded.

Patient educational handouts: No information available.

### Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| **Appointments** | Recheck | 04/02/2019 10:00AM | Bethany Begley, PA-C |
| **Lab** | None recorded. | | |
| **Referral** | Physical Therapy Shoulder Referral | 02/19/2019 | Commonwealth Hand Therapy |
| **Procedures** | None recorded. | | |
| **Surgeries** | None recorded. | | |
| **Imaging** | None recorded. | | |

### Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| amitriptyline 10 mg tablet<br>Take 1 tablet by oral route. | 12/14/2018 | |
| atorvastatin 20 mg tablet<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 12/14/2018 | |
| betamethasone dipropionate 0.05 % topical cream<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/2018 | |
| clonazepam 1 mg tablet<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 12/14/2018 | |
| | 02/19/2019 | |

Commonwealth Hand Therapy
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

Upcoming appointments for Zoll, James D.

| Date | Case | Time | Therapist | Reminder |
|---|---|---|---|---|
| Thursday, February 21st, 2019 | PT SHOULDER | 01:00 pm | MG | Sent |
| Monday, February 25th, 2019 | PT SHOULDER | 01:00 pm | MG | Scheduled |
| Thursday, February 28th, 2019 | PT SHOULDER | 02:00 pm | MG | Scheduled |

**Lexington Clinic**

**Lexington Clinic** **Work Status Report Form**

**Orthopedic Surgery Department**

**James Zoll D** Date: **02/19/2019**

MRN: **21795182**

***Please note that only items with a check mark are applicable***

Work Status:

- ☐ Return to Full Work Duty
  - On: [ ]
- ☑ Unable to Return to Work
  - ☑ Until next Appointment
  - ☐ Until [ ]
- ☑ Return to Modified Duty [ ]
  - On [02/19/19] with the Following Restrictions:
  - ☑ No Lifting, Pushing or Pulling Over [5] pounds.
  - ☐ Sit Down Work Only
  - ☐ [No] use of [-] [-]
  - ☐ No over shoulder height work with [-] arm
  - ☐ No prolonged Standing and Walking
  - ☐ No Squatting, Kneeling or Climbing
  - ☐ Unable to perform usual work
    - Duties of: [ ]
  - ☐ Can work only in [Splint]

Other: [ ]

Next Appointment: [ ]

Diagnosis: [ ]

**02/19/2019**

# KY - Lexington Clinic

LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756.
Phone: (859) 258-4000 Fax:(859) 258-8239

JAMES ZOLL
DOB:
Patient ID: 21795182

Upcoming Appointments

| Date | Time | Appointment | Dept./Address | Phone |
|---|---|---|---|---|
| 04/02/2019 | 10:00 AM | RECHECK<br>BETHANY BEGLEY, PA-C | LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE<br>700 BOB-O-LINK DR<br>LEXINGTON, KY 40504-3756. | (859) 258-4000 |

*ZOLL, JAMES D (id #21795182, dob:*

01/08/2019

| From Provider | To Provider |
|---|---|
| **BETHANY BEGLEY, PA-C**<br>**NEW LEXINGTON CLINIC, PSC**<br>**700 BOB-O-LINK DR**<br>**LEXINGTON, KY 40504-3756**<br>**Phone: (859) 258-4000**<br>**Fax: (859) 258-8239** | **LEXINGTON CLINIC FAMILY MEDICINE ANDOVER**<br>**3099 HELMSDALE PLACE**<br>**LEXINGTON, KY 40509-2213**<br>**Phone: (859) 258-6401**<br>**Fax: (859) 258-6438** |

## Order Information

***Order***

**Orders included: 1**

**Postoperative care**
**ICD-10: Z48.89: Encounter for other specified surgical aftercare**
- **WORK STATUS REPORT**

***Side: LEFT***
**Restrictions: No lifting/pushing/pulling > 5lbs, no repetitive motion LUE**
**Maximum Carrying Limit of (lbs./ft.): 5 lbs**
**Off Work: 01/08/2019**
**Until Next Visit: unable to return to work until medically cleared, follow up scheduled in 6 wks**

## Patient Information

| | |
|---|---|
| **Patient Name** | **ZOLL, JAMES D** |
| **DOB** | |
| **Primary Insurance** | **BCBS-KY (PPO)**<br>**ID: TOAAN1314861**<br>***Group:* 003320100TEAP064**<br>**Policy Holder: ZOLL, JAMES D**<br><br>**Eligibility: Member is eligible. (Verified 01/05/2019)** |
| **Secondary Insurance** | **None recorded.** |

Electronically Signed by: BETHANY BEGLEY, PA-C, PASUP

Bethany L Begley PAC

Commonwealth Hand Therapy
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Upcoming appointments for Zoll, James D.**

| Date | Case | Time | Therapist | Reminder |
|---|---|---|---|---|
| Monday, January 21st, 2019 | PT SHOULDER | 01:00 pm | LP | Scheduled |
| Thursday, January 24th, 2019 | PT SHOULDER | 02:00 pm | LP | Scheduled |

Fax: (603) 559-8641

ATTN:

Christine Kelley
LTD Specialist #1
Liberty Life

From:

James Zoll
Claim # 8560503

Follow-Up. appt. Feb. 19th, 2019

INSURANCE

Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

**Return To:** Christine Kelley

EMPLOYER/CLAIMANT NAME: James D Zoll

CLAIM NO: 8560503

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

DATE OF BIRTH:

**CHECK ONE:** ☑ New ☐ Change

**YOUR TELEPHONE NUMBER:**

**ADDRESS:** **CITY:** **STATE:** **ZIP:**

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

**REQUIRED FIELDS ARE BOLDED BELOW**

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☑ Checking ☐ Savings **BANK NAME:** University of KY FCU

**9 DIGIT ABA ROUTING NUMBER:** **BANK ADDRESS:** 940 Midnight Pass

**YOUR ACCOUNT NUMBER:** **CITY:** Lexington **STATE:** KY **ZIP:** 40513

**BANK PHONE:** (859) 264-4200

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ YES ☑ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ YES ☑ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: James Zoll Date: 1/12/18

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10


James Zoll 01/20
525
73-7612/2421
Date
Pay to the Order of
$
VOID
Dollars
University of Kentucky Federal Credit Union
For
MP
⑈0525

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

| YOUR SPOUSE: | YOUR DOMESTIC PARTNER: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| | |
| | |
| Telephone Number: | Telephone Number: |

**CHILDREN:** List ALL children. Use reverse side if necessary.

| | |
|---|---|
| Name: Rebecca E. Young | Date of Birth: |
| Address: | |
| | |
| | |
| Telephone Number: | |
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| Telephone Number: | |
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| Telephone Number: | |

**GUARDIANSHIP:** For all children under age 18 listed above:

| |
|---|
| Name: |
| Address: |
| |
| |
| Telephone Number: |

DO YOU HAVE A WILL? YES ✓ NO___ DO YOU HAVE A TRUST? YES ✓ NO___

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| Name of Executor or Administrator: Rebecca Young |
| Address: |
| |
| |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

DATE: 1/10/18 EMPLOYEE'S PRINTED NAME: James Zoll

EMPLOYEE'S SIGNATURE: James Zoll

*ZOLL, JAMES D (id #21795182, dob:*

01/08/2019

| From Provider | To Provider |
|---|---|
| BETHANY BEGLEY, PA-C<br>NEW LEXINGTON CLINIC, PSC<br>700 BOB-O-LINK DR<br>LEXINGTON, KY 40504-3756<br>Phone: (859) 258-4000<br>Fax: (859) 258-8239 | LEXINGTON CLINIC FAMILY MEDICINE ANDOVER<br>3099 HELMSDALE PLACE<br>LEXINGTON, KY 40509-2213<br>Phone: (859) 258-6401<br>Fax: (859) 258-6438 |

## Order Information

| Order |
|---|
| **Orders Included: 1**<br><br>**Postoperative care**<br>**ICD-10: Z48.89: Encounter for other specified surgical aftercare**<br>• **WORK STATUS REPORT**<br><br>***Side: LEFT***<br>**Restrictions: No lifting/pushing/pulling > 5lbs, no repetitive motion LUE**<br>**Maximum Carrying Limit of (lbs./ft.): 5 lbs**<br>**Off Work: 01/08/2019**<br>**Until Next Visit: unable to return to work until medically cleared, follow up scheduled in 6 wks** |

## Patient Information

| | |
|---|---|
| Patient Name | ZOLL, JAMES D |
| DOB | |
| Primary Insurance | BCBS-KY (PPO)<br>ID: TOAAN1314861<br>*Group: 003320100TEAP064*<br>Policy Holder: ZOLL, JAMES D<br><br>Eligibility: Member is eligible. (Verified 01/05/2019) |
| Secondary Insurance | None recorded. |

Electronically Signed by: BETHANY BEGLEY, PA-C, PASUP

Bethany L Begley PAC

Commonwealth Hand Therapy
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Upcoming appointments for Zoll, James D.**

| Date | Case | Time | Therapist | Reminder |
|---|---|---|---|---|
| Monday, January 21st, 2019 | PT SHOULDER | 01:00 pm | LP | Scheduled |
| Thursday, January 24th, 2019 | PT SHOULDER | 02:00 pm | LP | Scheduled |

**From:** TEMALeaves@lfg.com
**To:**
donna.sutherland@toyota.com;judy.lykins@toyota.com;beth.renfro@toyota.com
**Subject:** LIBERTY MUTUAL NOTIFICATION: Approval of Long Term Disability for James D Zoll 202862 Claim 8560503

This is to notify you that there has been an approval of your Team Member's Long Term Disability claim.

**Long Term Disability Information:**

Last Day Worked: 7/13/2018

Date of Disability: 7/19/2018

Benefit Begin Date: 1/17/2019

Claim Status: Approved

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. or contact the assigned Case Manager at Christine.Kelley@lfg.com. Please be sure to reference claim number 8560503.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

## Initial Payment Calculation Worksheet

**Claimant's Name** James Zoll **DOB** 

**Customer** TOYOTA MOTOR ENGINEERING & MAN

**LTD Claim #** 8560503 **Work State:** KY

**Associated Claims** 6048215 Type STD Type

**Benefit End date of associated claims** 1/16/2019

**Contractual EP** > the end of STD or 180 days

**LTD Benefit begin date** 1/17/2019 **DOD** 7/19/2018 **AGE** 49

**Max Benefit date** 12/21/2033 To age 65 (but not less than 5 yrs)

**Does policy include COLA provision** No

**Sources used to verify BME amount**

Eligibility effective 04/02/2018 - $59,404.80 annual / 12 = $4,950.40 monthly

**BME amount** $4,950.40 **Benefit percentage** 60.00

**Gross modal benefit** $2,970.24

**Benefit Begin date** 1/17/2019

**Approved thru date** 1/16/2021 24 months own occupation

**Offsets entered**

| Type | Amount |
|---|---|
| NA | |
| | |
| | |

**Deductions entered** **Effective:** **Through**

| Type | Amount | Type | Amount |
|---|---|---|---|
| NA | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** **State**

**Completed by:** **Kayla Goodrich** **Approved by:**

**Lincoln/Zoll 2901**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. JAMES D ZOLL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

December 21, 2018

Mr. James D Zoll

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8560503

Dear Mr. James D Zoll:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

***"Disability"*** *or* ***"Disabled"*** *means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

   ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

   ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is July 19, 2018 and your benefits begin on January 17, 2019. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office. Please be advised that LTD benefit payments are processed on a monthly basis and 30 days in arrears.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by January 18, 2019.

X Direct Deposit Application
X Survivor / Estate Information Form
X W-4S 2018
__ Other

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist I
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: Direct Deposit Application
Survivor / Estate Information Form
W-4S 2018

# DIRECT DEPOSIT APPLICATION

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

**Return To:** Christine Kelley

EMPLOYEE/CLAIMANT NAME: James D Zoll

CLAIM NO: 8560503

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**

**YOUR TELEPHONE NUMBER:** ( ) ____________

**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings**

**BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________

**BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________

**CITY:** ____________ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

**Lincoln/Zoll 2906**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:** **YOUR DOMESTIC PARTNER:**

| | |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES ____ NO ____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:________________________________________**

**EMPLOYEE'S SIGNATURE:_______________________________________**

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to www.irs.gov/FormW4S for the latest information.**

OMB No. 1545-0074

**2018**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . $

Employee's signature ▶ Date ▶

- - - - - - - - - - - - - - - - **Separate here and give the top part of this form to the payer. Keep the lower part for your records.** - - - - - - - - - - - - - - - - -

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | | |
|---|---|---|---|---|
| 1. | Enter amount of adjusted gross income that you expect in 2018 | 1 | | |
| 2. | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | | |
| 3. | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | | |
| 4. | Tax. Figure your tax on line 3 by using the **2018** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2017 Form 1040, 1040A, or 1040EZ instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | | |
| 5. | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . | 5 | | |
| 6. | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | | |
| 7. | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2018 or paid or to be paid with 2018 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | | |
| 8. | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | | |
| 9. | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | | |
| 10. | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under Amount to be withheld below. If it does, enter this amount on Form W-4S above | 10 | | |

## General Instructions

**Purpose of form**. Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note**: If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition**. Sick pay is a payment that you receive:

•Under a plan to which your employer is a party, and

•In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld**. Enter on this form the amount that you want withheld from each payment. The amount that you enter:

•Must be in whole dollars (for example, $35, not $34.50).

•Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form**. Form **W-4S** is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding**. Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

**Line 2—Deductions**

**Itemized deductions**. Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2018, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . | $24,000* |
| Head of household . . . . . . . . . . . . . . . | $18,000* |
| Single or Married filing separately . . . . . . . . . | $12,000* |

*If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see Limited standard deduction for dependents, later.

**Additional standard deduction for the elderly or blind.** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older and blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return ($2,600 on a separate return if your spouse is your dependent). If both spouses are 65 or older and blind, an additional $5,200 is allowed on a joint return ($5,200 on a separate return if your spouse is your dependent). An additional $1,600 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,200 if 65 or older and blind. See Pub. 505, Worksheet 2-4.

**Limited standard deduction for dependents.** If you are a dependent of another person, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

**Certain individuals not eligible for standard deduction.** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

**Line 5—Credits**

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See Pub. 505, Table 1-2, for credits.

**Line 7—Tax Withholding and Estimated Tax**

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2018 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

# 2018 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $9,525 | **$0 + 10%** | **$0** |
| 9,525 | 38,700 | **952.50 + 12%** | **9,525** |
| 38,700 | 82,500 | **4,453.50 + 22%** | **38,700** |
| 82,500 | 157,500 | **14,089.50 + 24%** | **82,500** |
| 157,500 | 200,000 | **32,089.50 + 32%** | **157,500** |
| 200,000 | 500,000 | **45,689.50 + 35%** | **200,000** |
| 500,000 | and greater | **150,689.50 + 37%** | **500,000** |

### Schedule Z—Head of household

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $13,600 | **$0 + 10%** | **$0** |
| 13,600 | 51,800 | **1,360 + 12%** | **13,600** |
| 51,800 | 82,500 | **5,944 + 22%** | **51,800** |
| 82,500 | 157,500 | **12,698 + 24%** | **82,500** |
| 157,500 | 200,000 | **30,698 + 32%** | **157,500** |
| 200,000 | 500,000 | **44,298 + 35%** | **200,000** |
| 500,000 | and greater | **149,298 + 37%** | **500,000** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $19,050 | **$0 + 10%** | **$0** |
| 19,050 | 77,400 | **1,905 + 12%** | **19,050** |
| 77,400 | 165,000 | **8,907 + 22%** | **77,400** |
| 165,000 | 315,000 | **28,179 + 24%** | **165,000** |
| 315,000 | 400,000 | **64,179 + 32%** | **315,000** |
| 400,000 | 600,000 | **91,379 + 35%** | **400,000** |
| 600,000 | and greater | **161,379 + 37%** | **600,000** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $9,525 | **$0 + 10%** | **$0** |
| 9,525 | 38,700 | **952.50 + 12%** | **9,525** |
| 38,700 | 82,500 | **4,453.50 + 22%** | **38,700** |
| 82,500 | 157,500 | **14,089.50 + 24%** | **82,500** |
| 157,500 | 200,000 | **32,089.50 + 32%** | **157,500** |
| 200,000 | 300,000 | **45,689.50 + 35%** | **200,000** |
| 300,000 | and greater | **80,689.50 + 37%** | **300,000** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

# Fax

**To: CHRISTINE KELLEY**
Fax Number: 6035598641
**From: JAMES ZOLL**

**Subject: LTD PAPERS**

**Note:** INCLUDES UPDATE OF MRI AND NEXT APPT

Fax (603) 559-8641
Cover Page

ATTN:

Christine Kelley

Enclosed documents
from

James D. Zoll

Claim # 8560503

James #

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

EMPLOYEE/CLAIMANT NAME: James D Zoll
CLAIM NO: 8560503
EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North Ame DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: Some College (junior) Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: N/A Certificate Program completed: ______

Associates Degree: N/A College: number of years: 3

Bachelor's Degree: BA /BS Major: N/A Graduate School: MA ☐ MS☐ CAGS☐ PHD Degree: ______

Professional Training, License, Certificates(s): N/A

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: N/A

Additional Skills, Hobbies & Volunteer Work N/A

Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: TMMK Department: Rec Inspection From: 1/13 To: Present
   Job Title(s): Team member
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): Sort / rework, write reports, scrap parts, Forklift duties.

2. Company: TMMK Department: Shipping/Func. Insp. From: 1/2009 To: 1/2013
   Job Title(s): Team member
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): Inspect vehicle functions. Diagnostics toe pit

A Liberty Mutual Company

Liberty Mutual. INSURANCE

# LIBERTY MUTUAL GROUP
# LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: James D Zoll Date of Birth: 1

Employer: Toyota Motor Engineering & Manufacturing North America, Policy/Plan Sponsor No. 06 - 066619

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

(Insured/Employee signature) James D Zoll

(Address) ______________________

(Date) 12/14/18

***Please retain a copy for your records or one can be provided upon request.***

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

Return to: Christine Kelley

EMPLOYEE/CLAIMANT NAME: James D Zoll

CLAIM NO: 8560503

EMPLOYER/SPONSOR: *Toyota Motor Engineering & Manufacturing North* Ame

DATE OF BIRTH: ____

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ✓ Married ____ Divorced ____

If married, please indicate your spouse's name and date of birth. Name: ____ DOB: ____

Do you have children or dependents*? Yes ✓ No ____ Rebecca Young (Not a dependent)

If yes, please provide additional details below, using additional space as needed.

* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ____ No: ✓

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: James Zoll

Date: 12/14/18

3. Company: TMMK Department: Assy. Receiving From: 1/1995 To: 1/2009
Job Title(s): team member
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): Deliver parts lineside, unload trucks w/forklift

4. Company: ____ Department: ____ From: ____ To: ____
Job Title(s): ____
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____

5. Company: ____ Department: ____ From: ____ To: ____
Job Title(s): ____
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____

**Computer Utilization:**

Computer Training/Courses, Certifications: ____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☑ 3+ hours

How much time is spent daily on your home computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☑ Yes ☐ No If yes, WPM (words per minute) 50 wpm
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____ Work: ____

SIGNATURE: James Zoll PHONE NO: ( ) ____



Lincoln/Zoll 2916

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is *not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim* payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative James Zoll

Date of Birth: ______ Claim Number: 8560503 Date: 12/14/18

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative James Zoll

Date of Birth: ____________ Claim Number: 8560503 Date: 12/14/18

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

Return To: Christine Kelley

EMPLOYEE/CLAIMANT NAME: James D Zoll
CLAIM NO: 8560503
EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North Ame DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2018 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Trevor Wilkes MD.
Specialty: Shoulder Surgeon (Orthopedic Surg)
Address: 700 Bob-O-Link Dr.
Lexington KY 40504
Telephone No.: (859)258-8576 Fax No.: ( )

Name: Dr. Stephen Umansky MD.
Specialty: Hand/Wrist Surgeon (Orthopedic Sur.)
Address: 700 Bob-O-Link Dr
Lexington KY 40504
Telephone No.: (859) 258-4000 Fax No.: ( )

Name: Commonwealth Hand Therapy
Specialty: Shoulder, Hand Wrist Physical/Occ. Therapy
Address: 330 Waller Ave. 275
Lexington KY 40504
Telephone No.: (859) 447-8600 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Anthem Blue Cross Blue Shield
Specialty: Insurance
Address:
Telephone No.: (800) 456-4673 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Walmart Palomar
Specialty: Prescriptions
Address: 3735 Palomar Centre Dr.
Lexington KY 40513
Telephone No.: (859) 224-0495 Fax No.: ( )

Name: Walgreens
Specialty: Prescriptions
Address: 2001 Harrodsburg Rd.
Lexington KY 40504
Telephone No.: (859)278-9811 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: James Zoll DATE: 12/14/18

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

**Return to:** Christine Kelley

**EMPLOYEE/CLAIMANT NAME:** James D Zoll **CLAIM #:** 8560503
**EMPLOYER:** Toyota Motor Engineering & Manufacturing North Ame **DATE OF BIRTH:**

Full Name (Last, First, Middle Int.): James D Zoll
Social Security #:
Email Address:
Street Address:
City:
State:
Zip Code:
Telephone Number (include area code):
Cell Phone Number (include area code): refer to telephone
Marital Status: Partnered
Spouse's Full Name and Date of Birth:
Number of Children:
Dates of Birth of Children:

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name: Rebecca Young Relationship to you? daughter Tel #:

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax Identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? No

Do you hold a professional license? If yes, for what purpose? No

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. No

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** James Zoll

**DATE:** 12/14/18 **EMPLOYEE'S SIGNATURE:** James Zoll

DP 407

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

**Return To:** Christine Kelley



EMPLOYEE/CLAIMANT NAME: James D Zoll
CLAIM NO: 8560503 DATE OF BIRTH:
EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit 8 hours stand 1 hour walk 1 hour

How many hours a day do you:
sit 8 hours stand 1 hour walk 1 hour

Do you take a nap during the day?
Yes at times No

If Yes, for how long? 1-4 hours At what time of the day? Varies

How many hours a day do you spend in bed? 9 hours

Do you require any assistive devices such as a: No
cane ___ walker ___ crutches ___ wheelchair ___ other ___

How long are you able to sit in a car? 2-4 hours

Do you hold a valid driver's license?
Yes ✓ No

If No, please explain:

If Yes, how long are you able to drive a car? 30 minutes
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
Drive to family, appointments, P.T.

Do you have children?
Yes ✓ No ___ If Yes, what are their dates of birth

Do you need help caring for your children?
Yes ___ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ___ No ✓ If Yes, please explain

How many times a day do you leave the house during the week? 3
On the weekends? 2

How often do you run errands? occasionally

Please describe what errands you most commonly run: physical therapy, visit parents. doctor's appointments, can pick 1 to 2 items with right hand in a bag.

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? 3-5 days a week

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ✓ No ~~able~~ — able to pull harvest with right hand Water plants w/right hand.

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
____ None ✓ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ✓ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
✓ Pay bills ✓ Read news/articles ____ Use search engines ✓ Send emails
____ Visit *chat rooms* ____ *Photos* *Other:* ____

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ____ Yes ✓ No

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Partner, Daughter | pushing cart |
| Carrying groceries into the house | Partner, Daughter | lifting heavy merchandise, able to carry a bag right handed |
| Cooking meals | Partner, Myself | lifting stockpots |
| Cleaning after meals | Myself, partner | use right hand to place dishes in washer |
| Cleaning bathrooms | Myself, partner | cleaning sink, shower |
| Vacuuming | Partner | |
| Doing the laundry | Partner, Myself | can hand light items |
| Opening and responding to mail | Myself | |
| Managing your finances | Myself | |
| Balancing your checkbook | Myself | |
| Bathing yourself | Myself | |
| Styling your own hair | Myself (Bald) | |
| Getting dressed | Myself | |
| Going up and down stairs | Myself | |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ____

Liberty Mutual.
INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? 2 to 3 times year.
Where do you go? How do you get there (transportation method)? Car, plane.

Are you able to pursue your hobbies? Yes ✓ No
If Yes, please describe occasionally can paint right hand only, and read

Do you participate in an exercise program? Yes ✓ No
If Yes, please describe physical therapy only (occasional walks outside)
Do you do any Volunteer work? Yes No ✓
If Yes:
how many hours per day?
how many hours per week?
for whom?
Are you working for wages? Yes No ✓
If Yes, please provide employer's name

**Describe in your own words, what prevents you from engaging in any gainful employment.**
massive rotator cuff tear, weak left hand & arm

**Please describe your daily routine: (If more space is needed, please use the back of this form)**
Wake up, coffee & breakfast, 1st P.T. @ home or sch. appt at Commonwealth Therapy, Lunch. Spend time reading, visiting parents nearby. More home physical therapy. Partner prepares dinner and serves. 3rd round of P.T. Watch T.V. & read.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
Partner

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: James Zoll Date: 12/14/18

Signature: James Zoll



# KY - Lexington Clinic

LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756.
Phone: (859) 258-4000 Fax:(859) 258-8239

JAMES ZOLL
DOB:
Patient ID: 21795182

Upcoming Appointments

| Date | Time | Appointment | Dept./Address | Phone |
|---|---|---|---|---|
| 01/08/2019 | 11:45 AM | RECHECK<br>BETHANY BEGLEY, PA-C | LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE 700 BOB-O-LINK DR LEXINGTON, KY 40504-3756. | (859) 258-4000 |

MRI L Shoulder 12-28-18 at 9:00
Lex Clinic
1221 S. Broadway

**ZOLL, JAMES D (id #21795182, dob:**

**Lexington Clinic**

LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756
Ph (859) 258-4000 Fax (859) 258-8239

Date: 12/19/2018

To Whom It May Concern;

Mr Zoll was seen in my office today (12/19/2019) and will need to remain off work until next office visit on 1/8/2019.

should you have any questions, please contact our office.

Sincerely,

Electronically Signed by: TREVOR WILKES, MD

**From:** TEMALeaves@LibertyMutual.com
**To:** donna.sutherland@toyota.com;judy.lykins@toyota.com;beth.renfro@toyota.com
**Subject:** LIBERTY MUTUAL NOTIFICATION: Acknowledgement of Long Term Disability claim for James D Zoll 202862 Claim 8560503

This e-mail is to inform you James D Zoll has a PENDED Long Term Disability claim. We are in the process of reviewing the details of this claim and you will be notified via email once a determination is made.

Last Day Worked: 7/13/2018

Date of Disability: 7/19/2018

Benefit Begin Date: 1/15/2019

Claim Status: Pended

Pended Reason: Initial Claim Contact

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. or contact the assigned Case Manager at Christine Kelley. Please be sure to reference claim number 8560503.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) James Zoll Relationship Self

Signature of claimant or legal representative DocuSigned by: James Zoll EC44665A3CAE4E4

Date of Birth: __ ________ Claim Number: 6048215 Date: 11/29/2018

**A copy of this authorization will be considered as valid as the original.**

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 29 Nov 2018 17:24:58 +0000
**To:** beth.renfro@toyota.com;donna.sutherland@toyota.com;GrpMktClmOpsReporting@LibertyMutual.com
**Subject:** JAMES D ZOLL, 202862, Claim# 6048215, A

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

Based on our recent investigation regarding JAMES D ZOLL's Short Term Disability (STD) claim, we have determined that the claim is closed due to MAXIMUM DURATION/SWITCHED TO LTD with a closure date of 1/17/2019.

JAMES D has been notified of this determination under separate cover, including an explanation of their right to appeal. In order to be considered, JAMES D must submit an appeal to Liberty no later than 12/17/2018.

If you have further questions please call Liberty Mutual at (800) 320-7585.

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 29 Nov 2018 17:24:58 +0000
**To:** beth.renfro@toyota.com;donna.sutherland@toyota.com;GrpMktClmOpsReporting@LibertyMutual.com
**Subject:** JAMES D ZOLL, 202862, Claim# 6048215, A

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

Based on our recent investigation regarding JAMES D ZOLL's Short Term Disability (STD) claim, we have determined that the claim is closed due to MAXIMUM DURATION/SWITCHED TO LTD with a closure date of 1/17/2019.

JAMES D has been notified of this determination under separate cover, including an explanation of their right to appeal. In order to be considered, JAMES D must submit an appeal to Liberty no later than 12/17/2018.

If you have further questions please call Liberty Mutual at (800) 320-7585.

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 29 Nov 2018 17:24:58 +0000
**To:** beth.renfro@toyota.com;donna.sutherland@toyota.com;GrpMktClmOpsReporting@LibertyMutual.com
**Subject:** JAMES D ZOLL, 202862, Claim# 6048215, A

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

Based on our recent investigation regarding JAMES D ZOLL's Short Term Disability (STD) claim, we have determined that the claim is closed due to MAXIMUM DURATION/SWITCHED TO LTD with a closure date of 1/17/2019.

JAMES D has been notified of this determination under separate cover, including an explanation of their right to appeal. In order to be considered, JAMES D must submit an appeal to Liberty no later than 12/17/2018.

If you have further questions please call Liberty Mutual at (800) 320-7585.

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

JAMES D ZOLL

0000

*400000200291З*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

November 29, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 1/16/2019. STD benefits are payable from 7/19/2018 through 1/16/2019.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 1/16/2019 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Christine Kelley
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 29 Nov 2018 16:38:36 +0000
**To:** beth.renfro@toyota.com;donna.sutherland@toyota.com
**Subject:** Claim #6048215, JAMES D ZOLL
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=6048215.11-29-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

November 29, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 1/16/2019. STD benefits are payable from 7/19/2018 through 1/16/2019.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 1/16/2019 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Christine Kelley
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 29 Nov 2018 16:38:36 +0000
**To:** beth.renfro@toyota.com;donna.sutherland@toyota.com
**Subject:** Claim #6048215, JAMES D ZOLL
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=6048215.11-29-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

November 29, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 1/16/2019. STD benefits are payable from 7/19/2018 through 1/16/2019.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***
Please note that extension of benefits beyond 1/16/2019 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Christine Kelley
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. JAMES D ZOLL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

November 29, 2018

Mr. James D Zoll

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Toyota
Claim #: 8560503 and 6048215

Dear Mr. James D Zoll:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since July 19, 2018. Should your disability continue through the maximum benefit date, STD benefits are payable through January 16, 2019.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of this benefit period, we will be reviewing your claim for consideration under Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

To assist us with our review, please complete the following forms and return them no later than December 18, 2018.

- X Family Information Questionnaire
- X SS Reimbursement Agreement
- X Training Education Experience
- X LTD Forms - Standard
- X Copy of your Driver's License

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation. In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than January 11, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Kelley
Ltd Specialist I
Phone No.: (855) 508-4895 Ext. 41515
Secure Fax No.: (603) 559-8641

Attachments: Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
LTD Forms - Standard

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

**Return to:** Christine Kelley

EMPLOYEE/CLAIMANT NAME: James D Zoll

CLAIM NO: 8560503

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North Ame

DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____

If married, please indicate your spouse's name and date of birth. Name: ______ DOB: ______

Do you have children or dependents*? Yes ____ No ____

If yes, please provide additional details below, using additional space as needed.

* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ______

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______

Date: ______

**Lincoln/Zoll 2945**

**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** James D Zoll **Date of Birth:** ____________

**Employer:** Toyota Motor Engineering & Manufacturing North America, **Policy/Plan Sponsor No.** 06 - 066619

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ______________________________

**(Address)** ______________________________

**(Date)** ______________________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

EMPLOYEE/CLAIMANT NAME: James D Zoll

CLAIM NO: 8560503

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North Ame DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ____________ Department: ____________ From: ______ To: ______
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

4. Company: ____________ Department: ____________ From: ______ To: ______
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

5. Company: ____________ Department: ____________ From: ______ To: ______
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________ Work: ____________

**SIGNATURE:** ____________ **PHONE NO: (      )** ____________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ________________________________________

Name of legal representative, if applicable (print) ____________________________________ Relationship ____________________

Signature of claimant or legal representative ___________________________________________

Date of Birth: ___________________ Claim Number: 8560503 Date: ______________________________

**A copy of this authorization will be considered as valid as the original.**

**Lincoln/Zoll 2949**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship __________

Signature of claimant or legal representative ______________________________

Date of Birth: __________ Claim Number: 8560503 Date: __________________

**A copy of this authorization will be considered as valid as the original**

**Lincoln/Zoll 2950**

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

**Return To:** Christine Kelley

EMPLOYEE/CLAIMANT NAME: James D Zoll
CLAIM NO: 8560503
EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North Ame DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2018 to present . *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

**Lincoln/Zoll 2951**

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

**Return to:** Christine Kelley

**EMPLOYEE/CLAIMANT NAME:** James D Zoll **CLAIM #:** 8560503
**EMPLOYER:** Toyota Motor Engineering & Manufacturing North Ame **DATE OF BIRTH:**_________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| | | |
|---|---|---|
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | ________ | ________ | ________ | ________ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-8641

**Return To:** Christine Kelley



EMPLOYEE/CLAIMANT NAME: James D Zoll

CLAIM NO: 8560503 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________

If Yes, how long are you able to drive a car?____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________

How many times a day do you leave the house during the week? ____________

On the weekends? ____________

How often do you run errands? ____________

Please describe what errands you most commonly run: ____________

Liberty Mutual INSURANCE

How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ____________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ____________________

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ____________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ____________________ Date: ____________________

Signature: ____________________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ________________________________________

Name of legal representative, if applicable (print) ____________________________________ Relationship _____________________

Signature of claimant or legal representative ___________________________________________

Date of Birth: ____________________ Claim Number: 6048215 Date: ______________________________

**A copy of this authorization will be considered as valid as the original.**

**n0322686**

---

| | |
|---|---|
| **From:** | Torres, Nick |
| **Sent:** | Wednesday, November 28, 2018 10:53:27 AM |
| **To:** | 'lynn.combs@toyoyta.com' |
| **Cc:** | 'carolyn.mckenzie@toyota.com' |
| **Subject:** | JAMES D ZOLL 6048215 id 202862 |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png |

Hi Lynn,

Can you please provide the job description for the referenced tm.

Thank you!


**Nick Torres**

Case Manager

Short Term Disability

Phoenix, AZ

Lincoln Financial Group

800.320.7585 ext. 41499

603.334.7094 Fax

LincolnFinancial.com


**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company**

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Fax Cover Sheet

**To: Torres, Nick**
**Organization: Liberty Mutual**
**Fax: 6033347094**

**From: Kyle Matthew Mullins, MS, OTR/L, CHT**
**Sent on: November 27, 2018**

**Regarding: Flowsheet: 11/13/2018, Script signed 7/26/18.pdf, Splint Form L3906.pdf, IE signed 8/6/18.pdf, Script signed 8/8/18.pdf, DME A6025.pdf, DASH 8/23/18.pdf, RE signed 08/27/2018.pdf, DME A9300a/ A9300c.pdf, Script signed 09/13/2018.pdf, Script signed 10/17/2018.pdf, Home Exercise Program.pdf, IE signed 10/24/2018.pdf, Home Exercise Program.pdf, DASH 11/13/18.pdf, DS signed 11/15/2018.pdf, Home Exercise Program.pdf, dash 11/20/2018.pdf, RE signed 11/21/18.pdf, Flowsheet: 07/31/2018, Flowsheet: 08/02/2018, Flowsheet: 08/06/2018, Flowsheet: 08/08/2018, Flowsheet: 08/10/2018, Flowsheet: 08/13/2018, Flowsheet: 08/14/2018, Flowsheet: 08/16/2018, Flowsheet: 08/20/2018, Flowsheet: 08/21/2018, Flowsheet: 08/23/2018, Flowsheet: 08/27/2018, Flowsheet: 08/29/2018, Flowsheet: 09/04/2018, Flowsheet: 09/06/2018, Flowsheet: 09/14/2018, Flowsheet: 10/30/2018, Flowsheet: 11/01/2018, Flowsheet: 11/06/2018, Flowsheet: 11/08/2018, Daily Note: 11/13/2018, Discharge Summary: 11/13/2018, Upper Extremity Quick DASH: 11/13/2018, Daily Note: 11/08/2018, Daily Note: 11/06/2018, Daily Note: 11/01/2018, Daily Note: 10/30/2018, Daily Note: 09/14/2018, Daily Note: 09/06/2018, Daily Note: 09/04/2018, Daily Note: 08/29/2018, Daily Note: 08/27/2018, Recertification Note: 08/23/2018, Daily Note: 08/23/2018, Upper Extremity Quick DASH: 08/23/2018, Plan of Care: 08/23/2018, Daily Note: 08/21/2018, Daily Note: 08/20/2018, Daily Note: 08/16/2018, Daily Note: 08/14/2018, Daily Note: 08/13/2018, Daily Note: 08/10/2018, Daily Note: 08/08/2018, Daily Note: 08/06/2018, Daily Note: 08/02/2018, Initial Examination: 07/31/2018, Daily Note: 07/31/2018, Upper Extremity Quick DASH: 07/31/2018, Plan of Care: 07/31/2018 for Zoll, James D.**

Powered by WebPT

# Commonwealth Hand Therapy

330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599


## Fax Cover Sheet

Patient requested these records be sent to you.

Thank you for this referral --


Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

## FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 11/13/2018 **Start Date:** 07/31/2018

**Physician:** S. Umansky, MD (1134142938)

**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-11-13

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Paraffin; to soften scar adhesion and increase tissue elasticity | | 10 | | | | | | 1:1 w/Therapist *KM* |
| PROM/ Joint mobilization – to improve roll and glide of joints and increase ROM | | 10 | | | | | Manual Therapy | 1:1 w/Therapist *KM* |
| Grip and Hold 10 #; to increase strength and endurance of the FDP needed for gripping and IADL tasks | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Fast grips 10#: to increase strength of the FDP, needed for gripping and IADL tasks | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Mac Blocker with putty to strengthen Extrinsic flexors and Balance intrinsic's | Y | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 45

**Total Minutes by Procedure**
Manual Therapy: 10
Therapeutic Exercise: 25

**Flowsheet Notes**

*08/27/2018: KM* *DOS: 7/26/18*

NEW LEXINGTON CLINIC PSC • 700 BOB O-LINK DR, LEXINGTON KY 40504-3756

ZOLL, JAMES D (Id #21795182, dob: [illegible])

LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE
700 BOB-O-LINK DR

Diagnosis: S/P ORIF left distal radius fracture
ICD-10:

| PHYSICAL/OCCUPATIONAL THERAPY ORDER | |
|---|---|
| ☐ EVALUATE AND TREAT | |
| ☑ AROM/AAROM | ☐ Moist Heat/Paraffin |
| [illegible] | [illegible] |
| ☐ Strengthening/Stabilization | ☐ Fluidotherapy |
| ☐ Nerve Glides/Neurotension | ☐ Iontophoreses |
| [illegible] | [illegible] |
| ☐ [illegible] | ☐ [illegible] |
| ☐ Consult w/Local Therapist | ☐ Cervical/Lumbar Traction |
| ☐ Functional Capacity Eval. | ☐ Whirlpool |
| **DME / OTC Braces** | **Custom Braces** |
| [illegible] | [illegible] |
| ☐ Dynamic Elbow Brace | ☐ Resting Hand |
| ☐ Home E-Stim Unit | ☑ Wrist Gauntlet |
| ☐ Home Cervical Tract. Unit | ☐ Hand Based Thumb Spica |
| ☐ Home TENS Unit | ☐ Forearm Based Thumb Spica |
| ☐ Neoprene CMC Brace | ☐ Elbow Long Arm/Hinge |
| ☐ Capener/Tube Splint | ☐ Dynamic Flex./Ext. |
| ☐ Elastomer/Silicone | ☐ Dorsal Block |

Special Instructions: Date of surgery 7/26/18; start therapy 3-5 days post-op.

Electronically Signed by: STEPHEN C UMANSKY, MD

# Custom Upper Extremity Orthotic Fabrication/Delivery Form

(circle appropriate items)

Patient's Name: James Zoll

HICN#:

| Orthotic Type | HCPCS L-Code | Additions | Thermoplastic Material | Strapping | Orthotic Purpose/Goal |
|---|---|---|---|---|---|
| **EWHO, Static** | | Dynamic Ext. | Orthoplast 1/8" | (circled) Velcro Loop x3 | ✓ Protective |
| Long Arm Brace | L3763 | -Elbow | | | |
| **EWHO, Dynamic** | | -Wrist | (circled) Orthoplast | 1 1/2" Loop | Minimize Scar/ Adhesions |
| Long Arm Brace, w/ attachments | L3764 | -Fingers | Perforated | | |
| **EO, Static** | | -Thumb | | (circled) 2" Velfoam x3 | Increase Function |
| Nonarticular Forearm Brace | L3702 | | Orthoplast II | | |
| Elbow Orthotic Excludes Wrist | L3702 | Dynamic Flexion | | 1" Alpha | Traction |
| Static Progressive Elbow | L3740 | -Elbow | Orthoplast II | Splintstrap | |
| **EO, Dynamic** | | -Wrist | Perforated | | ✓ Stabilizing |
| Hinged Elbow, Double Upright, | | -Fingers | | 2" Alpha | |
| Flex/Ext Assist | L3730 | -Thumb | Prism 1/8" | Splintstrap | Tone Reducing |
| **EO** | | | | | |
| Hinged, Double Upright, Free Motion | L3270 | | Orfit 1/8" | 1" Alphastrap | Extension Blocking |
| Hinged, Double Upright w/ Adjust. | | MCP Block | | | |
| Position Lock/Active Control | L3740 | | Orfit | 1.5" Alphastrap | Flexion Blocking |
| **WHO, Static** | | Check-Rein | Maxi-Perforated | | |
| (circled) Wrist Gauntlet | (circled) L3906 (L) | | | 2" Alphastrap | Corrective Extension |
| Leather Wrist Gauntlet | L3906 | | Orfit | | |
| Static Cock-Up | L3906 | Outrigger | Micro-Perforated | **Padding** | Corrective Flexion |
| **WHFO, Static** | | | 1/16" | | |
| FB Thumb Spica | L3808 | Crane | | LuxFoam | ✓ Limit Motion |
| FB Resting/Duput/Gutter | L3808 | | Neoprene | | |
| FB P1 Block | L3808 | | | Splint Pad | ✓ Rest |
| Dorsal Blocking Orthosis | L3808 | Side-Rigger | Aquaplast | (1/8 White) | |
| **WHOFO, Dynamic** | | | | | Balance Muscle Power |
| Dynamic Flex/Ext Tendon | L3806 | Elbow Hinge | EZ Form | Splint Cushion | |
| FB MP Flexion | L3806 | | | (1/8" Beige) | Prevent/Correct Deformity |
| FB Outrigger w/Crane | L3806 | | Northcoast | | |
| FB P1 Block | L3806 | | Preferred 1/8" | Splint Cushion | Exercise |
| FB Thumb Ext | L3806 | Wrist Hinge | | (1/4" Beige) | |
| Composite IP/Intrinsic Stretch | L3806 | | Northcoast | | Protective Extension |
| FB MP Ext. Outrigger | L3806 | Splint Tuner | Clinic Perforated | Firm Foam | |
| Dorsal Blocking w/Kleinert Traction | L3806 | | | (3/16" White) | Protective Flexion |
| **HFO, Static** | | | Other: | | |
| C-Bar/P1 Block (MAC) WC | L3913 | Rubberband | | Moleskin | Assistive Extension |
| HB Spica/CMC | L3913 | Posts | **Fasteners** | | |
| Opponens | L3913 | | | Contour Foam | Assistive Flexion |
| Anti-Claw Orthosis | L3913 | Line Guides | (circled) 1" Velcro Hook x3 | | |
| HB Resting/Duput/Gutter/P1 Block | L3913 | | | PPT | Normalize First Web Space |
| Galviston-Type Flexion Strap | L3913 | Adjustable | (circled) Rivets | | |
| **HFO, Dynamic** | | Tension | | Slofoam | |
| HB Dyn./P1 Block/Short Dorsal OR | L3921 | Connectors | (circled) -Small x3 | (Pink) | |
| HB Thumb Flexion or Extension | L3921 | | | | |
| Blocked IP/MP, Tendon Assist | L3921 | Wire for | -Medium | Slofoam | |
| Yoke | L3927 | Outriggers | | (Blue) | |
| **FO, Static** | | | -Large | | |
| Finger Splint/Gutter or Circular | L3933 | Finger Sling | | | |
| Figure 8 Finger Orthosis | L3933 | | | | |
| **FO, Dynamic** | | | D-Rings | | |
| Dynamic Flex/Ext Guttor | L3955 | | | | |

I acknowledge receipt of the above described items on this date:

FB- forearm based HB- hand based Dyn- dynamic Flex- flexion Ext- extension

Patient: X James Zoll Date: 7/31/18 Fabricator: Kyle Mullins

**White - Patient Chart/DME Binder** **Yellow - Patient**

Commonwealth Hand Therapy
330 Waller Ave Ste 275
Lexington, KY 40504 2930
Phone: (859)447 8600

# Occupational Therapy Initial Examination

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Umansky, Stephen MD

**Time In/Out:** 11:30 pm/12:45 pm
**Visit No.:** 1

**Date of Initial Examination:** 07/31/2018
**Injury/Onset/Change of Status Date:** 07/19/2018
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture
**Surgery:** (Date/Type) 07/26/2018 ORIF L DR FX
**Treatment Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient fell while vacationing in California.
**Primary Concern/Chief Complaint:** Edema, stiffness, shoulder pain.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Self Care:**
**Carrying, Moving & Handling Objects:**
**Pain Scale: Worst:** 6 **Best:** 3 **Current:** 4
**Home Health Care:** No
**Medical History:** Fracture Or Suspected Fracture (Due To Major Fall, Current FX), Depression, headaches
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Medical History Review:** The patient's occupational profile and medical and therapy history includes an expanded review of medical and/or therapy records and additional review of physical, cognitive, or psychosocial history related to current functional performance.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Not currently taking any medications
None listed on EDOC

## Objective

**Inspection**

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |
| **Post Operative/Wound Healing** | Incision Sites:Clean and healing well |

**Outcome Measurement Tools**

**Upper Extremity**

| | |
|---|---|
| Upper Extremity Quick DASH | 93.18/100 |

**Range of Motion**

**Comments**
Fist 75%
Hook 50%

VF 25
DF 25

Pro 80
Sup 15

330 Waller Ave Ste 275 Occupational Therapy Date of Birth:

Examination

Assessment/Diagnosis: Patient is 50 S/P ORIF L DR FX [illegible]

moderate modification of tasks or assistance with assessment is necessary to enable patient to complete evaluation component.
Patient Education: [illegible] educated on BS [illegible]

[illegible]

Contraindications to Therapy: None
**Patient Problems:**

[illegible]

- Joint stiffness
- Edema/flare

**Short Term Goals:**
[illegible] with current HEP
2: (4 Weeks) 10% I with self care

**Long Term Goals:**
[illegible] self home management
2: (8 Weeks) 0% ; I with work tasks

## Plan

**Frequency:** 2-3 times a week
**Duration:** 10 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Endurance, Stability), Therapeutic Activity, Neuromuscular Rehabilitation (Muscle Re-Education), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization), Patient Education (Home Exercise Program), Self Care

**Modalities**

PT

From HylaFAX Enterprise 8/Wed08 Aug/2018AM1:WAGE5 PM/OWO Page 4 of 1

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Occupational Therapy Initial Examination

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 07/31/2018

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Whirlpool, Paraffin Bath, Hot Packs

**Specialties**
Orthotic Fabrication

Stephen C Umansky

**Electronically signed by STEPHEN C UMANSKY, MD on 08/06/2018 at 07:45::39 AM**

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

Kyle Mullins

Kyle Matthew Mullins, MS, OTR/L
License #162387
*Electronically Signed by Kyle Matthew Mullins, MS, OTR/L on July 31, 2018 at 1:28 pm*

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature______________________________
S. Umansky, MD

Date:_______________

**PT**

Hand Therapy
... • Suite 275 • Lexington, KY 40504
www.commonwealthhandtherapy.com

Office : 859.447.8600
Fax : 859.447.8599
TF : 1.844.434.HAND (4263)

Name: James Zoll

## Occupational Therapy Referral

_____ Evaluate & Treat

Dx: S/P ORIF (L) DR

ICD10: ______

Frequency/Duration: _____ times a week for _____ weeks.

**Therapy Order:**

- ☑ AROM / AAROM
- ☑ PROM / Joint Mobilization
- ☐ Strengthening / Stabilization
- ☐ Nerve Glides / Neurotension
- ☐ Work Condition / Hardening
- ☐ Proximal Screening
- ☐ Desensitization
- ☐ Functional Capacity Eval.
- ☐ Moist Heat / Paraffin
- ☐ Ice / Cold Pack
- ☐ Fluidotherapy
- ☐ Iontophoresis
- ☐ Ultrasound
- ☐ TENS / E-Stim
- ☐ Cervical / Lumbar Traction
- ☐ Whirlpool

**DME / OTC Braces:**

- ☐ Dynamic Wrist Brace
- ☐ Dynamic Elbow Brace
- ☐ Home E-Stem Unit
- ☐ Home Cervical Traction Unit
- ☐ Home TENS Unit
- ☐ Neoprene CMC Brace
- ☐ Capsner / Tube Splint
- ☐ Elastomer / Silicone

**Custom Braces:**

- ☐ Brace of Choice
- ☐ Resting Hand
- ☐ Wrist Gauntlet
- ☐ Hand Based Thumb Spica
- ☐ Forearm Based Thumb Spica
- ☐ Elbow Long Arm / Hinge
- ☐ Dynamic Flex. / Ext.
- ☐ Dorsal Block

Special Instructions/Precautions: Wean from splint by 6 weeks post-op

Michelle Dentin PAC
Physician's Signature

Date 8/8/18

# Receipt/Proof of Delivery

Patient Name: [redacted] James Zoll Address: ______________________

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ~~Edema Glove~~ | ~~L3999a~~ | ~~$20.00~~ | ☐ | Theraputty | A9300a | $8.00 | ☐ |
| Elastomer | A6025 | $45.00 | ☒ | Big Gripper/Hand Exerciser | A9300c | $15.00 | ☐ |
| ~~Silicone/Silipos~~ | A6025a | $30.00 | ☐ | Vibrating Scar Massager | A9300f | $48.00 | ☐ |
| Electrodes | A4556 | $12.00 | ☐ | Coban | A9300h | $3.00 | ☐ |
| Tape | A4450 | $1.00 | ☐ | Mac Blocker | A9300i | $40.00 | ☐ |
| 4 inch Gauze Pad | A6219 | $1.00 | ☐ | Buddy Strap/Soft | A9300j | $15.00 | ☐ |
| 3 inch Roll Gauze | A6266 | $2.00 | ☐ | Elbow Pad | L3995 | $____ | |
| 2 inch Roll Gauze | A6266a | $2.00 | ☐ | Comfort Cool | L3924 | $____ | |
| 1 inch Roll Gauze | A6266b | $2.00 | ☐ | Tube Splint | L3925d | $____ | |
| 2 inch Digi Gauze | A6457 | $1.00 | ☐ | Knuckle Bender | L3930 | $____ | |
| Other ________ | ______ | | $______ | Buddy Strap/Yoke | L3927a | $____ | |

ABN Signed YES or NO Therapist's Initials ________

| **Account** | | **Payment Made By:** |
|---|---|---|
| Amount Due: | $45 | ☐ Cash |
| Amount Paid: | 45.00 | ☒ Check/Credit Card |
| Balance Due: | 0 | ☐ Billed to Insurance |

**Patient Agreement of Benefit/Proof of Delivery for Durable Medical Equipment**

By signing below, I acknowledge instruction on use and receipt/delivery of the above mentioned device/item. I understand this device has been fitted especially to me for medical purposes and once it has left the clinic it may not be returned.

I hereby request and authorize payment of any Medicare or other third party payer benefits be paid directly to Commonwealth Hand Therapy for services rendered to me or to another family member covered by my medical insurance plan. I understand that I am legally responsible for any cost not paid by my medical insurance plan including insurance plans not effective at time of service.

Additionally, I understand that my personal health information will only be released for the purposes of treatment, payment and health-care operations.

☐ I do not wish to have my medical insurance billed for/notified of the purchase of this medical item/equipment

| | | |
|---|---|---|
| X James Zoll | X James Zoll | 8-16-18 |
| Signature of Patient/Responsible | Party Printed Name | Date |
| Kyle Mullins | Kyle Mullins | HS |
| Signature of CHT Employee | Printed Name | H.R. Initials |

Commonwealth Hand Therapy | 330 Waller Avenue | Suite 275 | Lexington, KY 40504 | Ph. 859-447-8600

White - Patient Chart/DME Binder Yellow - Patient Pink - Therapist

Survey of Upper Extremity Disability (DASH) Date: 8/23/18 Date of Birth:__________

Name: James Zoll Therapist: KM

The Disability of the arm, shoulder and hand (DASH) is a questionnaire to ask you about your symptoms as well as your ability to perform certain activities. Please answer every question, based on your condition in the last week, by circling the appropriate number. If you did not have the opportunity to perform an activity in the past week, please make your best estimate on which response would be most accurate. It does not matter which hand you use to perform the activity; please answer based on your ability regardless of how you perform the task. Please rate your ability to do the following activities by circling the number:

| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | Unable |
|---|---|---|---|---|---|
| Open a tight jar | 1 | 2 | 3 | 4 | (5) |
| Do heavy household chores (e.g., wash walls, floors) | 1 | 2 | 3 | 4 | (5) |
| Carry a shopping bag or briefcase | 1 | 2 | (3) | 4 | 5 |
| Wash your back | 1 | 2 | (3) | 4 | 5 |
| Use a knife to cut food | 1 | (2) | 3 | 4 | 5 |
| Recreational activities which you take some force or impact through your arm, shoulder, or hand (golf, hammering; tennis, etc) | 1 | 2 | 3 | 4 | (5) |
| | Not at All | Slightly | Moderately | Quite a Bit | Extremely |
| During the past week, to what extent has your arm, shoulder, or hand problem interfered with your normal social activities with family, friends, neighbors, or groups? | 1 | (2) | 3 | 4 | 5 |
| | Not Limited at All | Slightly Limited | Moderately Limited | Very Limited | Unable |
| During the past week, were you limited in your work or other regular daily activities, as a result of your arm, shoulder, or hand problem? | 1 | 2 | (3) | 4 | 5 |
| Please rate the severity of the following symptoms in the last week | None | Mild | Moderate | Severe | Extreme |
| Arm, shoulder, or hand pain | 1 | 2 | (3) | 4 | 5 |
| Tingling (pins & needles) in your arm, shoulder, or hand. | 1 | 2 | 3 | (4) | 5 |
| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | So Much I can't Sleep |
| During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand? | 1 | (2) | 3 | 4 | 5 |
| *For office use only* *Percent Disability Score* (59) *Sum all columns for raw score ( )* | | | | | |

*If this is your first visit, ignore the question below.*
Overall, since you started your treatment, has there been any change in your symptoms in your arm, shoulder, or hand during your daily activities? Please indicate if there has been any change by choosing one of the following options.

| Worse | Same (0) | Better |
|---|---|---|
| __Almost the same, hardly any worse at all (-1) | | __Almost the same, hardly any better at all (1) |
| __A little worse (-2) | | __A little better (2) |
| __Somewhat worse (-3) | | __Somewhat better (3) |
| __Moderately worse (-4) | | __Moderately better (4) |
| __A good deal worse (-5) | | ✓ A good deal better (5) |
| __A great deal worse (-6) | | __A great deal better (6) |
| __A very great deal worse (-7) | | __A very great deal better (7) |

**Please rate your pain level with activity**

0 1 2 3 4 5 6 7 (8) 9 10

NO PAIN VERY SEVERE PAIN

***If this is your first visit, ignore the questions below****

**How satisfied are you with the level of care and service provided**

(Very Satisfied) Satisfied Unsatisfied Very Unsatisfied

**Please rate your progress with functional activities from start of therapy to this point in time.**

Excellent (Good) Fair Poor

**At this point in your treatment, have your therapy goals been met?**

(Completely Met) Mostly Met Partially Met Not Met

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447 8600
Fax: (859)447 8599

# Occupational Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Umansky, Stephen MD

**Time In/Out:** 1:00 pm/2:35 pm
**Date of Original Eval:** 07/31/2018
**Treatment Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Date of Recertification:** 08/23/2018
**Injury/Onset/Change of Status Date:** 07/19/2018
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture
**Surgery:** (Date/Type) 07/26/2018 ORIF L DR FX
**Visit No.:** 11

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient fell while vacationing in California.
**Current Complaints / Gains:** Edema, stiffness, shoulder pain.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Self Care:**
**Carrying, Moving & Handling Objects:**
**Home Health Care:** No
**Medical History:** Fracture Or Suspected Fracture (Due To Major Fall, Current FX), Depression, headaches
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Medical History Review:** The patient's occupational profile and medical and therapy history includes an expanded review of medical and/or therapy records and additional review of physical, cognitive, or psychosocial history related to current functional performance.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Not currently taking any medications
None listed on EDOC

## Objective

**Inspection**

**Patient Consent**

| | | |
|---|---|---|
| Patient/Parent/Guardian Consent | Yes | |

**Outcome Measurement Tools**

**Upper Extremity**

| | | |
|---|---|---|
| Upper Extremity Quick DASH | 59.09/100 | *93.18* |

**Range of Motion**

**Previous Findings as of 07/31/2018*

| | | |
|---|---|---|
| **Comments** | Fist 95% | *Fist 75%* |
| | Hook 95% | *Hook 50%* |
| | VF 50 | *VF 25* |
| | DF 55 | *DF 25* |
| | Pro 80 | *Pro 60* |
| | Sup 70 | *Sup 15* |

PT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Occupational Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 08/23/2018

## Assessment

**Assessment/Diagnosis:** Patient tolerated session well today. Patient continues to make good progress with AROM of digits and wrist. Rotation continues to improve. Scar continues to be more elastic after scar pad use for HEP. MLFs include: joint stiffness, scar adhesions, extrinsic tightness, and edema. Good functional outcomes anticipated with HEP, use of orthotic, and avoidance of risk factors. Pt to have surgery for torn RC on 9/17/18.

**Patient Clinical Presentation:** Patient may present with comorbidities that affect occupational performance. Minimal to moderate modification of tasks or assistance with assessment is necessary to enable patient to complete evaluation component.

**Patient Education:** Continue HEP, orthotic use, and avoidance of risk factors.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**

- Scar adhesion
- Intrinsic/extrinsic tightness
- Joint stiffness
- Edema/flare

**Short Term Goals:**

1: (1 Visit) | Goal Met | I with splint/HEP |
2: (4 Weeks) | 70% | I with self-care |

**Long Term Goals:**

1: (6 Weeks) | 90% | I with home management
2: (8 Weeks) | 0% | I with work tasks |

Electronically signed by STEPHEN C UMANSKY, MD on 08/27/2018 at 01:10::30 PM

## Plan

**Frequency:** 2-3 times a week
**Duration:** 6 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Endurance, Stability), Therapeutic Activity, Neuromuscular Rehabilitation (Muscle Re-Education), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization), Patient Education (Home Exercise Program), Self Care

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Whirlpool, Paraffin Bath, Hot Packs

**Specialties**

Orthotic Fabrication

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

Kyle Matthew Mullins, MS, OTR/L, CHT
License #162387
*Electronically Signed by Kyle Matthew Mullins, MS, OTR/L, CHT on August 23, 2018 at 3:22 pm*

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__ I have no revisions to the plan of care.
__ Revise the plan of care as follows________________

Physician Signature________________________
S. Umansky, MD

Date:____________

PT

# Receipt/Proof of Delivery

Patient Name: James Zoll Address:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Edema Glove | L3999a | $20.00 | ☐ | Theraputty | A9300a | $8.00 | ☒ |
| Elastomer | A6025 | $45.00 | ☐ | Big Gripper/Hand Exerciser | A9300c | $15.00 | ☒ |
| Silicone/Silipos | A6025a | $30.00 | ☐ | ~~Vibrating Scar Massager~~ | ~~A9300f~~ | ~~$48.00~~ | ☐ |
| Electrodes | A4556 | $12.00 | ☐ | Coban | A9300h | $3.00 | ☐ |
| Tape | A4450 | $1.00 | ☐ | Mac Blocker | A9300i | $40.00 | ☐ |
| 4 inch Gauze Pad | A6219 | $1.00 | ☐ | Buddy Strap/Soft | A9300j | $15.00 | ☐ |
| 3 inch Roll Gauze | A6266 | $2.00 | ☐ | Elbow Pad | L3995 | $ | |
| 2 inch Roll Gauze | A6266a | $2.00 | ☐ | Comfort Cool | L3924 | $ | |
| 1 inch Roll Gauze | A6266b | $2.00 | ☐ | Tube Splint | L3925d | $ | |
| 2 inch Digi Gauze | A6457 | $1.00 | ☐ | Knuckle Bender | L3930 | $ | |
| Other | | | $ | Buddy Strap/Yoke | L3927a | $ | |

ABN Signed YES or NO Therapist's Initials ______

| Account | Payment Made By: |
|---|---|
| Amount Due: $23 | ☐ Cash |
| Amount Paid: $23 | ☒ Check/Credit Card |
| Balance Due: 0 | ☐ Billed to Insurance |

**Patient Agreement of Benefit/Proof of Delivery for Durable Medical Equipment**

By signing below, I acknowledge instruction on use and receipt/delivery of the above mentioned device/item. I understand this device has been fitted especially to me for medical purposes and once it has left the clinic it may not be returned.

I hereby request and authorize payment of any Medicare or other third party payer benefits be paid directly to Commonwealth Hand Therapy for services rendered to me or to another family member covered by my medical insurance plan. I understand that I am legally responsible for any cost not paid by my medical insurance plan including insurance plans not effective at time of service.

Additionally, I understand that my personal health information will only be released for the purposes of treatment, payment and health-care operations.

☐ I do not wish to have my medical insurance billed for/notified of the purchase of this medical item/equipment

X James Zoll — Signature of Patient/Responsible | X James Zoll — Party Printed Name | 9-5-18 — Date

Kyle Mullins — Signature of CHT Employee | Kyle Mullins — Printed Name | — H.R. Initials

Commonwealth Hand Therapy | 330 Waller Avenue | Suite 275 | Lexington, KY 40504 | Ph. 859-447-8600

White Patient Chart/DME Binder Yellow Patient Pink Therapist

**Commonwealth Hand Therapy**
330 Waller Ave. • Suite 275 • Lexington, KY 40504
www.commonwealthhandtherapy.com

Office | 859.447.8600
Fax | 859.447.8599
TF | 1.844.434.HAND (4263)

## Occupational Therapy Referral

Name: James Zoll Dx: ______ ICD10: ______

_____ Evaluate & Treat DOB:

Frequency/Duration:_____ times a week for_____ weeks.

| Therapy Order: | | DME / OTC Braces: | Custom Braces: |
|---|---|---|---|
| ☐ AROM / AAROM | ☐ Moist Heat / Paraffin | ☐ Dynamic Wrist Brace | ☐ Brace of Choice |
| ☐ PROM / Joint Mobilization | ☐ Ice / Cold Pack | ☐ Dynamic Elbow Brace | ☐ Resting Hand |
| ☐ Strengthening / Stabilization | ☐ Fluidotherapy | ☐ Home E-Stim Unit | ☐ Wrist Gauntlet |
| ☐ Nerve Glides / Neurotension | ☐ Iontophoresis | ☐ Home Cervical Traction Unit | ☐ Hand Based Thumb Spica |
| ☐ Work Condition / Hardening | ☐ Ultrasound | ☐ Home TENS Unit | ☐ Forearm Based Thumb Spica |
| ☐ Proximal Screening | ☐ TENS / E-Stim | ☐ Neoprene CMC Brace | ☐ Elbow Long Arm / Hinge |
| ☐ Desensitization | ☐ Cervical / Lumbar Traction | ☐ Capener / Tube Splint | ☐ Dynamic Flex. / Ext. |
| ☐ Functional Capacity Eval. | ☐ Whirlpool | ☐ Elastomer / Silicone | ☐ Dorsal Block |

Special Instructions/Precautions: continue therapy

Physician's Signature: Umansky

Date: 09/13/2018

Lexington Clinic

**Physical Therapy Prescription**

Orthopedics - Sports Medicine
700 Bob-O-Link Drive
Phone: (859) 258-8575
Fax: (859) 258-8562

Name: [illegible handwriting] D Zoll

Clinic No: ______ Date: 12/17/15

Diagnosis: S/P [illegible handwriting]

Precautions/Special Instructions: ______

Date of next visit to Physician: ______

**Treatment Desired:**

X **Evaluate and Treat:** Progressing as Tolerated

X **Therapeutic Exercise**

- ___ Strengthening
- ___ Flexibility
- X Stabilization
- X ROM
- ___ Functional Activities
- X Postural Exercise
- ___ Scapular Stabilization
- ___ Core Stability
- X Closed Kinetic Chain
- ___ Joint Mobilization
- X Soft Tissue Mobilization
- ___ TKA ___ TSA ___ THA Program
- ___ Tens Instruction

___ **Gait Training/Weight Bearing Status**

___ NWB ___ PWB ___ WBAT

___ **Brace/Orthotic Fitting** ______

X **Modalities per Therapist Discretion**

- ___ Ultrasound
- ___ Phonophoresis
- ___ Iontophoresis
- ___ Whirlpool
- ___ Edema Management
- ___ Moist Heat
- ___ Traction
- ___ Soft Tissue Mobilization
- ___ Electrical Stimulation
- ___ Ice
- ___ Tens

X **Home Program for:** ______

[signature], MD

04012709 (01/11/2016)

Please Scan

JAMES ~~ZOLLER~~ ZOLL

HEP2GO HEP Builder

## Home Exercise Program

Created by Tim Uhl Oct 5th, 2018

View at "my-exercise-code.com" using code: 8BHQHZC



### Shoulder Flexion AAROM Tabletop Exercise

Sitting in a chair and facing the table, rest your affected forearm on table with palm up and towel underneath. Start to gently slide affected arm forward until stretch is felt in affected shoulder. Once you start to feel a stretch in the affected shoulder and have reached the end of your tolerated range of motion, hold for 5-10 seconds in this position, then slowly start to slide affected arm back to your starting position.

WALK AWAY

5 reps
5 x Day
Hold 5 sec



Please Scan J-Pull JAMES Zoll Jan 11, 2013

SHOULDER - 101 Scapular Retraction (Standing)

With arms at sides, pinch shoulder blades together.



Repeat 5 times per set.
Do 5 sets per session.
Do 5 sessions per day.

Copyright © 1999-2010, VHI

Please Scan

T-Hill

James Zoll

HEP2GO HEP Builder

Home Exercise Program

Created by Tim Uhl Oct 5th, 2018

View at "my-exercise-code.com" using code: 8BH3HZC



AAROM Supine Shoulder External Rotation with Cane/Wand/Dowel

While you're laying down, use a cane, wand or dowel, to help assist your arm into external rotation. Keep the elbow tucked in by your side and only rotate your forearm out to the side with the help of the cane/wand/dowel. Maintain the elbow near your side.




5 reps

Hold 5 sec

5x Day

Please Scan [illegible] Jame Zoll

**SPORTS MEDICINE CENTER**

Lexington Clinic

## GUIDELINES FOR UNCOMPLICATED ROTATOR CUFF REPAIR (Supraspinatus, Infraspinatus) REHABILITATION

Each case can be very different depending on the goals of the patient, the age of the patient, the size of the repair, type of repair, etc. We follow these basic guidelines. Any physician-indicated precautions override these guidelines.

**Week 1-4**

- Sling (duration varies – call 258-8506 for information)
  - No active upper extremity open chain rotation or abduction. Flexion, as tolerated, up to 90°
  - Sleep in sling for 3 weeks
    - Elbow should be above the trunk while sleeping with arm in plane of scapula
  - Exercises emphasize standing scapular motion, retraction, depression and scapular PNF with arm in a sling
  - Use complementary trunk movement to facilitate scapular motion (flex and rotate away from involved side for protraction, extend and square or rotate toward involved side for retraction)
  - Closed Kinetic Chain rotator cuff and scapular exercises such as weight-shifting, wobble boards, and gentle stabilization
  - Towel slides on a table as tolerated
  - Passive and Active-Assisted ROM up to 90° NO external rotation for 3 weeks
- After 3 weeks:
  - PROM, AAROM, progress to AROM up to 90° unless otherwise indicated by physician
  - Continue CKC rotator cuff stabilization and scapular exercises, increasing arm elevation as tolerated
  - Add tolerable arm motion to standing scapular motion exercises
  - Facilitate active arm elevation through axial loading of the glenohumeral joint (patient pushes on a table or wall as he/she elevates in the desired plane)
- At 4 weeks, initiation of gentle mobilizations and capsular stretching, if indicated
  - These can become more aggressive at 6-8 weeks

**Week 4-8**

- Exercises should progress toward functional activities as ROM and strength improve
- Open chain rotator cuff strengthening when there is good scapular control and begin at < 90° elevation
  - We prefer rotator cuff loading that is consistent with function, including scapular and trunk motion, rather than isolated exercise
  - These include punches at various (tolerable) heights and planes, and adding arm elevation, rotation and extension of the lever arm to the complementary scapular exercises

Commonwealth Hand Therapy
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447 8599

# Physical Therapy Initial Examination

**Patient Name:** Zoll, James D.
**Date of Birth:**

**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 7:00 pm/7:00 pm

**Visit No.:** 1

**Date of Initial Examination:** 10/23/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury, Fell on Left arm
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

## Subjective

**History of Present Condition/Mechanism of Injury:** Patient is 5 weeks S/P Arthroscopic Rotator cuff repair. Has been immobilized for 5 weeks in sling with small abduction pillow. On July 19 feel while hiking in California and fracture wrist and tore rotator cuff. He had previous symptoms in the left shoulder that were excerbated by the fall creating the complete rotator cuff tear of both the infraspinatus and supraspinatus
**Primary Concern/Chief Complaint:** Works at Toyota Motor Manufacturing Kentucky wants to return to work and use arm for IADL and self care. His job requires driving, moving damaged automotive parts. Has numbness in 2-4 fingers and limited wrist motion. Surgical pain following arthroscopic repair.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs: Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 7 **Best:** 4 **Current:** 4
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Pain medicine)
**Patient Goals:** Movement of arm similiar to right arm without pain

## Objective

**Inspection**

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

**Outcome Measurement Tools**

**Upper Extremity**

| | |
|---|---|
| Upper Extremity Quick DASH | 75/100 |

**Observation**

| Protracted Scapulas | Right | Left |
|---|---|---|
| Distance from thoracic spine to medial scapular border | 1cm | 2cm |

**Brace Immobilizer**

| | |
|---|---|
| Type | Sling |

PT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447 8599

# Physical Therapy Initial Examination

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 10/23/2018

Compliant with use No

**Muscle Atrophy**
Description Left upper extremit

**Edema**
Edema Description mild in hands

**Scapula Position** Anteriorly Tipped, Downwardly Rotated
Left scapula due to sling wear

**Range of Motion**

**Comments** PROM L Shoulder ER 10 deg. Elev 50 deg, IR 60 deg arm at side.
Left Wrist extension 20 degrees, Wrist flexion 60 deg
Right shoulder and wrist normal

**Strength**

**Comments** Not appropriate to test today

**Neuro-Vascular**

**Dermatomes Upper**

| | Right | Left |
|---|---|---|
| C4 | Normal | Diminished to light touch |
| C5 | Normal | Diminished to light touch |
| C6 | Normal | Diminished to light touch |
| C7 | Normal | Diminished to light touch |
| C8 | Normal | Grossly intact to light touch |
| T1 | Normal | Normal |

Median nerve most affected unable to tension nerve due to limitation of shoulder motion

**Palpation**

**Comments** Arthroscopic incisions all healed and not tender to touc

## Assessment

**Assessment/Diagnosis:** S/P Arthroscopic Rotator Cuff repair of Supraspinatus and infraspinatus. Patient tolerated PROM well for first day of motion at 5 weeks post operative.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:** HEP 5 reps 5 times as day
Hand squeezes
Elbow AROM
Scapular squeezes
Passive elevation (arm lift or forward bows)
Passive ER with opposite hand
**Patient Demonstrates Compliance with Prescribed HEP**
Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.
**Rehab Potential:** Good
**Contraindications to Therapy:** None

PT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Initial Examination

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 10/23/2018

**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery
- Decreased sensory function in left hand and forearm

**Short Term Goals:**
1: (4 Weeks) Increase PROM shoulder elevation to 140 and External Rotation 45

**Long Term Goals:**
1: (8 Weeks) Increase AROM shoulder to 140 and ER to 80 in abduction to perform self care and IADL
2: (12 Weeks) Increase strength to 80% of opposite side in elevation, IR, and ER

## Plan

**Frequency:** 1-2 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance), Neuromuscular Rehabilitation (Muscle Re-Education, Sequencing), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization), Massage, Patient Education (Home Exercise Program, Postural Training, Lifting Mechanics)

**Modalities**
To Improve (Pain Relief, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Biofeedback Training

Certification of Medical Necessity: it will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447 8600.

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Signed by Timothy Uhl, PhD, PT, ATC on October 23, 2018 at 4:49 pm*

Physician Signature________________
T. W. Wilkes, MD
Date
Electronically signed by TREVOR WILKES, MD on ~~10/24/2018 at~~ 08:31::12 PM
PT

Scan Into James Zoll Thanks



Table slides

Starting position: Sitting upright with a table in front of you.

Place a towel on the table in front of you and place your hands shoulder width apart on the towel.

Keeping your arms straight, lean forward and push the towel forward until stretch is felt in your shoulder.

Hold and return to position.

| | |
|---|---|
| Repeat | 10 Times |
| Hold | 3 Seconds |
| Complete | 1 Set |
| Perform | 4 Time(s) a Day |

HEP2GO FREE HEP Builder

week 2 rotator cuff post-op

Created by Tim Uhl Oct 30th, 2018

View at "my-exercise-code.com" using code: DTD5AS6

Please Scan Into James Zoller

Thanks T. Uhl

Total 4



BICEPS CURLS - BRACHIORADIALIS - HAMMER CURL

With your arm at your side, draw up your hand by bending at the elbow. Keep your palm pointed inward towards your body the entire time.

ONLY (R)

Repeat 10 Times
Hold 1 Second
Complete 2 Sets
Perform 1 Time(s) a Day

7#



Seated Tricep Extension

Start by holding both weights at chest height, elbows bent. Keep your hands and elbows close to the body.Keeping the shoulders still, press your wrists behind you to straight arm (or almost straight, don't force the joint). Hold for 1 second at the top of the movement, then bring your arms back to the starting position.

ONLY (R)

Repeat 10 Times
Hold 3 Seconds
Complete 2 Sets
Perform 1 Time(s)

5-7#



SHOULDER SCAPTION

Standing with the involved arm to the side, hold thumb up and elevate arm to shoulder height at a 45 degree angle (halfway between hip and navel). Pause, then slowly lower arm to starting position. Repeat.

ONLY (R)

Repeat 10 Times
Hold 3 Seconds
Complete 2 Sets
Perform 1 Time(s) a Day

2-3#

59447

Survey of Upper Extremity Disability (DASH) Date: 11/13/18 Date of Birth:

Name: James Therapist: GM

The Disability of the arm, shoulder and hand (DASH) is a questionnaire to ask you about your symptoms as well as your ability to perform certain activities. Please answer every question, based on your condition in the last week, by circling the appropriate number. If you did not have the opportunity to perform an activity in the past week, please make your best estimate on which response would be most accurate. It does not matter which hand you use to perform the activity; please answer based on your ability regardless of how you perform the task. Please rate your ability to do the following activities by circling the number:

| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | Unable |
|---|---|---|---|---|---|
| Open a tight jar | 1 | 2 | 3 | 4 | 5 |
| Do heavy household chores (e.g., wash walls, floors) | 1 | 2 | 3 | 4 | 5 |
| Carry a shopping bag or briefcase | 1 | 2 | 3 | 4 | 5 |
| Wash your back | 1 | 2 | 3 | 4 | 5 |
| Use a knife to cut food | 1 | 2 | 3 | 4 | 5 |
| Recreational activities which you take some force or impact through your arm, shoulder, or hand (golf, hammering; tennis, etc) | 1 | 2 | 3 | 4 | 5 |
| | Not at All | Slightly | Moderately | Quite a Bit | Extremely |
| During the past week, to what extent has your arm, shoulder, or hand problem interfered with your normal social activities with family, friends, neighbors, or groups? | 1 | 2 | 3 | 4 | 5 |
| | Not Limited at All | Slightly Limited | Moderately Limited | Very Limited | Unable |
| During the past week, were you limited in your work or other regular daily activities, as a result of your arm, shoulder, or hand problem? | 1 | 2 | 3 | 4 | 5 |
| Please rate the severity of the following symptoms in the last week | None | Mild | Moderate | Severe | Extreme |
| Arm, shoulder, or hand pain | 1 | 2 | 3 | 4 | 5 |
| Tingling (pins & needles) in your arm, shoulder, or hand. | 1 | 2 | 3 | 4 | 5 |
| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | So Much I can't Sleep |
| During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand? | 1 | 2 | 3 | 4 | 5 |
| *For office use only* *Percent Disability Score ( ) Sum all columns for raw score ( )* | | | | | |

*If this is your first visit, ignore the question below.*

Overall, since you started your treatment, has there been any change in your symptoms in your arm, shoulder, or hand during your daily activities? Please indicate if there has been any change by choosing one of the following options.

| Worse | Same (0) | Better |
|---|---|---|
| ___Almost the same, hardly any worse at all (-1) | | ___Almost the same, hardly any better at all (1) |
| ___A little worse (-2) | | ___A little better (2) |
| ___Somewhat worse (-3) | | ___Somewhat better (3) |
| ___Moderately worse (-4) | | X Moderately better (4) |
| ___A good deal worse (-5) | | ___A good deal better (5) |
| ___A great deal worse (-6) | | ___A great deal better (6) |
| ___A very great deal worse (-7) | | ___A very great deal better (7) |

**Please rate your pain level with activity**

0 1 2 3 4 5 6 7 8 9 10

NO PAIN VERY SEVERE PAIN

***If this is your first visit, ignore the questions below****

**How satisfied are you with the level of care and service provided**

Very Satisfied Satisfied Unsatisfied ~~Very Dissatisfied~~

**Please rate your progress with functional activities from start of therapy to this point in time.**

Excellent Good Fair Poor

**At this point in your treatment, have your therapy goals been met?**

Completely Met Mostly Met Partially Met Not Met

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447 8600
Fax: (859)447 8599

# Occupational Therapy Discharge Summary

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Umansky, Stephen MD

**Time In/Out:** 3:00 pm/3:45 pm
**Date of Original Eval:** 07/31/2018
**Treatment Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Date of Discharge Summary:** 11/13/2018
**Injury/Onset/Change of Status Date:** 07/19/2018
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture
**Surgery:** (Date/Type) 07/26/2018 ORIF L DR FX
**Visit No.:** 21

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient fell while vacationing in California.
**Current Complaints / Gains:** Pt reports no pain in the hand, but has a lot of pain in the shoulder.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Self Care:**
**Carrying, Moving & Handling Objects:**
**Pain Scale: Worst:** 6 **Best:** 3 **Current:** 4 **Previous Findings as of 07/31/2018 - Worst:6 Best:3 Current:4*
**Home Health Care:** No
**Medical History:** Fracture Or Suspected Fracture (Due To Major Fall, Current FX), Depression, headaches
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Not currently taking any medications
None listed on EDOC

## Objective

**Inspection**

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

**Outcome Measurement Tools**

**Upper Extremity**

| | | |
|---|---|---|
| Upper Extremity Quick DASH | 25/100 | *59.09* |

**Range of Motion** **Previous Findings as of 08/23/2018*

| | Current | Previous |
|---|---|---|
| **Comments** | Fist 95% | *Fist 85%* |
| | Hook 95% | *Hook 95%* |
| | VF 50 | *VF 50* |
| | DF 55 | *DF 55* |
| | Pro 80 | *Pro 80* |
| | Sup 70 | *Sup 70* |

## Assessment

**Assessment/Diagnosis:** Pt tolerated level 2 strengthening activities today. Pt demonstrated full ROM. Pt continues to report shoulder pain and limited ROM. MLFs include pain and RC surgery. Anticipate good functional outcome with skilled therapy and avoidance of risk factors. Pt discharged from OT, but will continue to see PT for shoulder.
**Patient Education:** Continue HEP, orthotic use, and avoidance of risk factors.

PT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504 2930
Phone: (859)447-8600
Fax: (859)447 8599

# Occupational Therapy Discharge Summary

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 11/13/2018

**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Scar adhesion
- Intrinsic/extrinsic tightness
- Joint stiffness
- Edema/flare

**Short Term Goals:**
1: (1 Visit) | Goal Met | I with splint/HEP |
2: (4 Weeks) | Goal Met | I with self-care |

**Long Term Goals:**
1: (6 Weeks) | 80% | I with home management |
2: (8 Weeks) | 80% | I with work tasks |

**Plan**
Electronically signed by STEPHEN C UMANSKY, MD on 11/15/2018 at 07:58::16 AM
**Reason:** All Goals Met
**Discharge:** Discharge

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447 8600.

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Kyle Matthew Mullins, MS, OTR/L, CHT
License #162387
*Electronically Signed by Kyle Matthew Mullins, MS, OTR/L, CHT on November 13, 2018 at 5:33 pm*

Physician Signature____________________
S. Umansky, MD

Date:______________

**PT**

| | Friday 11/16 | Sat. 11/17 | Sun 11/18 | Mon 11/19 | | | |
|---|---|---|---|---|---|---|---|
| Moist Heat 10 mins | III | III | III | III | | | |
| 2. Massage 5 mins w/ Ball | III | III | III | III | | | |
| Pull over Head 10 times | III | III | I Pain | III | | | |
| . Pull across Body 10 times | III | III | I Pain | III | | | |
| 5. ~~Stick~~ Green Stick 5 times Keep Shoulder Back | III | III | I Pain | III | | | |
| 6. Ironing Board 10 times | III | III | I Pain | III | | | |

James Zoll 11/20/2018 Please Scan

HEP2GO FREE HEP Builder

# Home Exercise Program

Created by Tim Uhl Nov 20th, 2018

View at "my-exercise-code.com" using code: J7PSBNG

for James Zoll

Please SCAN

Total 1



External Rotation Door Pivot Stretch

Standing in a door frame, place a small pillow or rolled up towel underneath the elbow of your affected shoulder. Place your wrist on the outside of the door frame, elbow should be bent at 90 degrees, then begin rotating inward toward unaffected shoulder/away from affected shoulder until you feel a stretch in the shoulder.

| | |
|---|---|
| Repeat | 5 Times |
| Hold | 10 Seconds |
| Complete | 1 Set |
| Perform | 3 Time(s) a Day |

Please Scan

Survey of Upper Extremity Disability (DASH) Date: 11/20/2018 Date of Birth: ____________

Name: James Zoll Therapist: ____

The Disability of the arm, shoulder and hand (DASH) is a questionnaire to ask you about your symptoms as well as your ability to perform certain activities. Please answer every question, based on your condition in the last week, by circling the appropriate number. If you did not have the opportunity to perform an activity in the past week, please make your best estimate on which response would be most accurate. It does not matter which hand you use to perform the activity; please answer based on your ability regardless of how you perform the task. Please rate your ability to do the following activities by circling the number:

| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | Unable |
|---|---|---|---|---|---|
| Open a tight jar | 1 | 2 | 3 | 4 | 5 |
| Do heavy household chores (e.g., wash walls, floors) | 1 | 2 | 3 | 4 | 5 |
| Carry a shopping bag or briefcase | 1 | 2 | 3 | 4 | 5 |
| Wash your back | 1 | 2 | 3 | 4 | 5 |
| Use a knife to cut food | 1 | 2 | 3 | 4 | 5 |
| Recreational activities which you take some force or impact through your arm, shoulder, or hand (golf, hammering, tennis, etc) | 1 | 2 | 3 | 4 | 5 |
| | Not at All | Slightly | Moderately | Quite a Bit | Extremely |
| During the past week, to what extent has your arm, shoulder, or hand problem interfered with your normal social activities with family, friends, neighbors, or groups? | 1 | 2 | 3 | 4 | 5 |
| | Not Limited at All | Slightly Limited | Moderately Limited | Very Limited | Unable |
| During the past week, were you limited in your work or other regular daily activities, as a result of your arm, shoulder, or hand problem? | 1 | 2 | 3 | 4 | 5 |
| Please rate the severity of the following symptoms in the last week | None | Mild | Moderate | Severe | Extreme |
| Arm, shoulder, or hand pain | 1 | 2 | 3 | 4 | 5 |
| Tingling (pins & needles) in your arm, shoulder, or hand. | 1 | 2 | 3 | 4 | 5 |
| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | So Much I can't Sleep |
| During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand? | 1 | 2 | 3 | 4 | 5 |
| *For office use only* *Percent Disability Score ( ) Sum all columns for raw score ( )* | | | | | |

*If this is your first visit, ignore the question below.*
Overall, since you started your treatment, has there been any change in your symptoms in your arm, shoulder, or hand during your daily activities? Please indicate if there has been any change by choosing one of the following options.

| Worse | Same (0) | Better |
|---|---|---|
| ___Almost the same, hardly any worse at all (-1) | | ✓ Almost the same, hardly any better at all (1) |
| ___A little worse (-2) | | ___A little better (2) |
| ___Somewhat worse (-3) | | ___Somewhat better (3) |
| ___Moderately worse (-4) | | ___Moderately better (4) |
| ___A good deal worse (-5) | | ___A good deal better (5) |
| ___A great deal worse (-6) | | ___A great deal better (6) |
| ___A very great deal worse (-7) | | ___A very great deal better (7) |

**Please rate your pain level with activity**
0 1 2 3 4 5 6 7 8 9 10
NO PAIN VERY SEVERE PAIN

***If this is your first visit, ignore the questions below***
**How satisfied are you with the level of care and service provided**
Very Satisfied Satisfied Unsatisfied Very Unsatisfied
**Please rate your progress with functional activities from start of therapy to this point in time.**
Excellent Good Fair Poor
**At this point in your treatment, have your therapy goals been met?**
Completely Met Mostly Met Partially Met Not Met

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 1:15 pm/2:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Recertification:** 11/20/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 9

## Subjective

**History of Present Condition/Mechanism of Injury:** Patient is 9weeks S/P Arthroscopic Rotator cuff repair. Has been immobilized for 5 weeks in sling with small abduction pillow. On July 19 feel while hiking in California and fracture wrist and tore rotator cuff. He had previous symptoms in the left shoulder that were excerbated by the fall creating the complete rotator cuff tear of both the infraspinatus and supraspinatus. He reports pain is still present 6/10 with activity but motion is improving
**Current Complaints / Gains:** Works at Toyota Motor Manufacturing Kentucky wants to return to work and use arm for IADL and self care. His job requires driving, moving damaged automotive parts. Has numbness in 2-4 fingers and limited wrist motion. Surgical pain following arthroscopic repair. Limited PROM and AROM unable to perform self care and ADL's
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK managing damaged parts
**Functional Deficits / Gains:** PROM has improved from 30-130 degrees over the last 4 weeks but still cannot do instrumented ADL vacumming and is restricted in self care but is now able to reach opposite arm pit.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Pain medicine)

## Objective

**Inspection**

**Patient Consent**

Patient/Parent/Guardian Consent Yes

**Outcome Measurement Tools**

**Upper Extremity**

| | | |
|---|---|---|
| Upper Extremity Quick DASH | 47.73/100 | *75* |

**Observation** **Previous Findings as of 10/23/2018*

| Protracted Scapulas | Right | Left |
|---|---|---|
| Distance from thoracic spine to medial scapular border | 1cm | 2cm |

**Muscle Atrophy**

Description Left upper extremit

PT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447 8599

# Physical Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 11/20/2018

**Scapula Position**

Anteriorly Tipped, Downwardly Rotated
Left scapula protracted due to scapular weakness and protected position

*Anteriorly Tipped, Downwardly Rotated*
*Left scapula protracted due to scapular weakness and protected position*

**Range of Motion**

**Previous Findings as of 10/23/2018*

**Comments** AROM L Shoulder ER 45 deg, Elev 100 deg

PROM & AAROM elevation 130 degrees
Wrist is doing well has been discharged from wrist rehabilitation

*PROM L Shoulder ER 10 deg, Elev 50 deg, IR 60 deg arm at side.*
*Left Wrist extension 20 degrees, Wrist flexion 60 deg*
*Right shoulder and wrist normal*

**Strength**

**Previous Findings as of 10/23/2018*

**Comments** Not appropriate to test today

*Not appropriate to test today*

**Neuro-Vascular**

**Dermatomes Upper**

| | Right | Left |
|---|---|---|
| C4 | Normal | Normal |
| C5 | Normal | Normal |
| C6 | Normal | Normal |
| C7 | Normal | Grossly intact to light touch |
| C8 | Normal | Grossly intact to light touch |
| T1 | Normal | Normal |

**Palpation**

**Comments** Localized trigger points in infraspinatus, teres major, pectoralis major and minor.

## Assessment

**Assessment/Diagnosis:** AAROM has improved by 100 degrees in a month but patient has not started strengthening so is still limited with Self care and IADL. Patient is apprehensive to motion but is gradually increasing motion.
Needs to progress to strengthening and continue to improve PROM and AAROM in all directions. Compliance with HEP is very good when not in pain.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:** Modified HEP for external rotation using the door for stretching. Compliance with HEP has been excellent encouraged patients to continue being compliant with HEP to focus on gaining motion.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) 50% | Increase PROM shoulder elevation to 140 and External Rotation 45 | 130 PROM and 40 ER
**Long Term Goals:**
1: (8 Weeks) 60% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 100 still limited in self care and IADL
2: (12 Weeks) | Increase strength to 80% of opposite side in elevation, IR, and ER

## Plan

PT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447 8599

# Physical Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 11/20/2018

**Frequency:** 1-2 times a week
**Duration:** 8 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance), Neuromuscular Rehabilitation (Muscle Re Education, Sequencing), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization), Massage, Patient Education (Home Exercise Program, Postural Training, Lifting Mechanics)

**Modalities**
To Improve (Pain Relief, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Biofeedback Training

**Electronically signed by TREVOR WILKES, MD on 11/21/2018 at 09:48::27 AM**

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447 8600.

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Signed by Timothy Uhl, PhD, PT, ATC on November 20, 2018 at 5:56 pm*

Please sign and return: Fax#: (859)447 8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows_________________

Physician Signature____________________________
T. W. Wilkes, MD

Date:_______________

PT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 07/31/2018
**Physician:** S. Umansky, MD (1134142938)
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-07-31

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Basic 5 Tendon gliding | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wrist Blocks | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 15

**Total Minutes by Procedure**
Therapeutic Exercise: 15



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/02/2018 **Start Date:** 07/31/2018
**Physician:** S. Umansky, MD (1134142938)
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-02

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Moist Heat Pack | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Basic 5 Tendon gliding | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wrist Blocks | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 70

**Total Minutes by Procedure**
Therapeutic Exercise: 60


Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/06/2018 **Start Date:** 07/31/2018

**Physician:** S. Umansky, MD (1134142938)

**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-06

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Moist Heat Pack | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Basic 5 Tendon gliding | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wrist Blocks | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 70

**Total Minutes by Procedure**
Therapeutic Exercise: 60



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/08/2018 **Start Date:** 07/31/2018
**Physician:** S. Umansky, MD (1134142938)
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-08

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Moist Heat Pack | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 20 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Basic 5 Tendon gliding | | | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wrist Blocks | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 70

**Total Minutes by Procedure**
Therapeutic Exercise: 60



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/10/2018 **Start Date:** 07/31/2018

**Physician:** S. Umansky, MD (1134142938)

**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-10

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Moist Heat Pack | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Volar Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Dorsal Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Vibes | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 85

**Total Minutes by Procedure**
Therapeutic Exercise: 75

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/13/2018  **Start Date:** 07/31/2018
**Physician:** S. Umansky, MD (1134142938)
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-13

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Moist Heat Pack | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 20 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Dorsal Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Volar Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Vibes | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Fluido with sign language | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 100

**Total Minutes by Procedure**
Therapeutic Exercise: 90

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/14/2018 **Start Date:** 07/31/2018
**Physician:** S. Umansky, MD (1134142938)
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-14

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Moist Heat Pack | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Dorsal Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Volar Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Vibes | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 85

**Total Minutes by Procedure**
Therapeutic Exercise: 75

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/16/2018 **Start Date:** 07/31/2018
**Physician:** S. Umansky, MD (1134142938)
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-16

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Paraffin | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Dorsal Compartment Stretch w/ KB | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Volar Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Vibes | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 85

**Total Minutes by Procedure**
Therapeutic Exercise: 75


Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/20/2018 **Start Date:** 07/31/2018

**Physician:** S. Umansky, MD (1134142938)

**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-20

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Paraffin | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Dorsal Compartment Stretch w/ KB | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Volar Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Vibes | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 85

**Total Minutes by Procedure**
Therapeutic Exercise: 75

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/21/2018 **Start Date:** 07/31/2018

**Physician:** S. Umansky, MD (1134142938)

**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-21

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Paraffin | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Dorsal Compartment Stretch w/ KB | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Volar Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Vibes | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Fluido with sign language | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 95

**Total Minutes by Procedure**
Therapeutic Exercise: 85



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/23/2018 **Start Date:** 07/31/2018

**Physician:** S. Umansky, MD (1134142938)

**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-23

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Paraffin | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Dorsal Compartment Stretch w/ KB | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Volar Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Vibes | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Fluido with sign language | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 95

**Total Minutes by Procedure**
Therapeutic Exercise: 85



Powered by WebPT

**Lincoln/Zoll 3003**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/27/2018 **Start Date:** 07/31/2018

**Physician:** S. Umansky, MD (1134142938)

**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-27

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Paraffin | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Dorsal Compartment Stretch w/ KB | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Volar Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Vibes | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Fluido with sign language | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 95

**Total Minutes by Procedure**
Therapeutic Exercise: 85

**Flowsheet Notes**

*08/27/2018: KM* *DOS: 7/26/18*



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/29/2018 **Start Date:** 07/31/2018

**Physician:** S. Umansky, MD (1134142938)

**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-29

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Paraffin; to soften scar adhesion and increase tissue elasticity | | 10 | | | | | | 1:1 w/Therapist *KM* |
| PROM/ Joint mobilization – to improve roll and glide of joints and increase ROM | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *KM* |
| Dorsal compartment stretch with Knuckle bender; to increase extrinsic extensor length for muscle balancing | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Volar compartment stretch; to increase extrinsic flexor length and improve functional grip needed for ADL task | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| MAC Blocker with Putty; to increase FDP strength for stronger functional grip | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor; to improve grasp reflex for ADL tasks | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| ITG; to improve FDS excursion and increase PIP AROM | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Vibration; to diminish scar adhesion and decrease sensitivity | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Fluido Therapy; to decrease pain/sensitivity and increase tissue elasticity | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 95

**Total Minutes by Procedure**
Manual Therapy: 15
Therapeutic Exercise: 70

**Flowsheet Notes**

*08/27/2018: KM* *DOS: 7/26/18*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 09/04/2018 **Start Date:** 07/31/2018

**Physician:** S. Umansky, MD (1134142938)

**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-09-04

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Paraffin; to soften scar adhesion and increase tissue elasticity | | 10 | | | | | | 1:1 w/Therapist *KM* |
| PROM/ Joint mobilization – to improve roll and glide of joints and increase ROM | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *KM* |
| Dorsal compartment stretch with Knuckle bender; to increase extrinsic extensor length for muscle balancing | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Volar compartment stretch; to increase extrinsic flexor length and improve functional grip needed for ADL task | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| MAC Blocker with Putty; to increase FDP strength for stronger functional grip | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor; to improve grasp reflex for ADL tasks | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| ITG; to improve FDS excursion and increase PIP AROM | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Vibration; to diminish scar adhesion and decrease sensitivity | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Fluido Therapy; to decrease pain/sensitivity and increase tissue elasticity | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 95

**Total Minutes by Procedure**
Manual Therapy: 15
Therapeutic Exercise: 70

**Flowsheet Notes**

*08/27/2018: KM* *DOS: 7/26/18*



**Lincoln/Zoll 3006**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 09/06/2018 **Start Date:** 07/31/2018

**Physician:** S. Umansky, MD (1134142938)

**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-09-06

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Paraffin; to soften scar adhesion and increase tissue elasticity | | 10 | | | | | | 1:1 w/Therapist *KM* |
| PROM/ Joint mobilization – to improve roll and glide of joints and increase ROM | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *KM* |
| Dorsal compartment stretch with Knuckle bender; to increase extrinsic extensor length for muscle balancing | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Volar compartment stretch; to increase extrinsic flexor length and improve functional grip needed for ADL task | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| MAC Blocker with Putty; to increase FDP strength for stronger functional grip | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Grip and Hold 10 #; to increase strength and endurance of the FDP needed for gripping and IADL tasks | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Fast grips 10#: to increase strength of the FDP, needed for gripping and IADL tasks | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Vibration; to diminish scar adhesion and decrease sensitivity | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Fluido Therapy; to decrease pain/sensitivity and increase tissue elasticity | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 95

**Total Minutes by Procedure**
Manual Therapy: 15
Therapeutic Exercise: 70

**Flowsheet Notes**

*08/27/2018: KM* *DOS: 7/26/18*



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 09/14/2018 **Start Date:** 07/31/2018
**Physician:** S. Umansky, MD (1134142938)
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-09-14

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Paraffin; to soften scar adhesion and increase tissue elasticity | | 10 | | | | | | 1:1 w/Therapist *KM* |
| PROM/ Joint mobilization – to improve roll and glide of joints and increase ROM | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *KM* |
| Dorsal compartment stretch with Knuckle bender; to increase extrinsic extensor length for muscle balancing | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Volar compartment stretch; to increase extrinsic flexor length and improve functional grip needed for ADL task | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| MAC Blocker with Putty; to increase FDP strength for stronger functional grip | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Grip and Hold 10 #; to increase strength and endurance of the FDP needed for gripping and IADL tasks | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Fast grips 10#: to increase strength of the FDP, needed for gripping and IADL tasks | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Vibration; to diminish scar adhesion and decrease sensitivity | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Hooks With web; to decrease intrinsic tightness and prevent FDP weakness and limitations in grip strength | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 95

**Total Minutes by Procedure**
Manual Therapy: 15
Therapeutic Exercise: 70

**Flowsheet Notes**

*08/27/2018: KM* *DOS: 7/26/18*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Fax Cover Sheet

**To: Torres, Nick**
**Organization: Liberty Mutual**
**Fax: 6033347094**

**From: Timothy Uhl, PhD, PT, ATC**
**Sent on: November 27, 2018**

**Regarding: Flowsheet: 11/27/2018, Script signed 7/26/18.pdf, Splint Form L3906.pdf, IE signed 8/6/18.pdf, Script signed 8/8/18.pdf, DME A6025.pdf, DASH 8/23/18.pdf, RE signed 08/27/2018.pdf, DME A9300a/ A9300c.pdf, Script signed 09/13/2018.pdf, Script signed 10/17/2018.pdf, Home Exercise Program.pdf, IE signed 10/24/2018.pdf, Home Exercise Program.pdf, DASH 11/13/18.pdf, DS signed 11/15/2018.pdf, Home Exercise Program.pdf, dash 11/20/2018.pdf, RE signed 11/21/18.pdf, Flowsheet: 10/23/2018, Flowsheet: 10/30/2018, Flowsheet: 11/01/2018, Flowsheet: 11/06/2018, Flowsheet: 11/08/2018, Flowsheet: 11/13/2018, Flowsheet: 11/15/2018, Flowsheet: 11/20/2018, Daily Note: 11/27/2018, Recertification Note: 11/20/2018, Daily Note: 11/20/2018, Upper Extremity Quick DASH: 11/20/2018, Plan of Care: 11/20/2018, Daily Note: 11/15/2018, Daily Note: 11/13/2018, Daily Note: 11/08/2018, Daily Note: 11/06/2018, Daily Note: 11/01/2018, Daily Note: 10/30/2018, Daily Note: 10/25/2018, Initial Examination: 10/23/2018, Daily Note: 10/23/2018, Upper Extremity Quick DASH: 10/23/2018, Plan of Care: 10/23/2018 for Zoll, James D.**

Patient requested these records be sent to you.

Thank you for this referral --

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 11/27/2018 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2018-11-27

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Dry cupping to decrease muscle guarding and pain to improve active motion for ADLs. | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| sidelying shoulder external rotation to increase functional strength for ADLs such as reaching and grooming | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Static shoulder stretch in internal rotation to increase ROM to facilitate self care | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Static Stretch in Abduction External Rotation to improve motion to increase self care | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| Shoulder moist heat to increase tissue extensibility to facilitate increased mobility | | 10 | | | | | | 1:1 w/Therapist *LP* |
| Soft Tissue Mobilization | | 30 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |
| PROM & joint mobilization to gain shoulder mobility | | 10 | | | | | Manual Therapy | 1:1 w/Therapist *LP* |
| Scapular Retractions | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |
| AAROM shoulder elevation to gain mobility | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *LP* |

Sum of minutes: 95

**Total Minutes by Procedure**
Therapeutic Exercise: 45
Manual Therapy: 40



**Lincoln/Zoll 3010**

NEW LEXINGTON CLINIC PSC • 700 BOB-O-LINK DR, LEXINGTON KY 40504-3756

ZOLL, JAMES D (Id #21795187), dob:

LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE
700 BOB-O-LINK DR

Diagnosis: S/P ORIF left distal radius fracture
ICD-10:

| PHYSICAL/OCCUPATIONAL THERAPY ORDER | |
|---|---|
| ☐ EVALUATE AND TREAT | |
| ☑ AROM/AAROM | ☐ Moist Heat/Paraffin |
| ☐ Strengthening/Stabilization | ☐ Fluidotherapy |
| ☐ Nerve Glides/Neurotension | ☐ Iontophoresis |
| ☐ Consult w/Local Therapist | ☐ Cervical/Lumbar Traction |
| ☐ Functional Capacity Eval. | ☐ Whirlpool |
| **DME / OTC Braces** | **Custom Braces** |
| ☐ Dynamic Elbow Brace | ☐ Resting Hand |
| ☐ Home E-Stim Unit | ☑ Wrist Gauntlet |
| ☐ Home Cervical Tract. Unit | ☐ Hand Based Thumb Spica |
| ☐ Home TENS Unit | ☐ Forearm Based Thumb Spica |
| ☐ Neoprene CMC Brace | ☐ Elbow Long Arm/Hinge |
| ☐ Capener/Tube Splint | ☐ Dynamic Flex./Ext. |
| ☐ Elastomer/Silicone | ☐ Dorsal Block |

Special Instructions: Date of surgery 7/26/18; start therapy 3-5 days post-op.

Electronically Signed by: STEPHEN C UMANSKY, MD

**Custom Upper Extremity Orthotic Fabrication/Delivery Form**
(circle appropriate items)

Patient's Name: James Zoll

HICN#:

| Orthotic Type | HCPCS L-Code |
|---|---|
| **EWHO, Static** | |
| Long Arm Brace | L3763 |
| **EWHO, Dynamic** | |
| Long Arm Brace, w/ attachments | L3764 |
| **EO, Static** | |
| Nonarticular Forearm Brace | L3702 |
| Elbow Orthotic Excludes Wrist | L3702 |
| Static Progressive Elbow | L3740 |
| **EO, Dynamic** | |
| Hinged Elbow, Double Upright, Flex/Ext Assist | L3730 |
| **EO** | |
| Hinged, Double Upright, Free Motion | L3270 |
| Hinged, Double Upright w/ Adjust. Position Lock/Active Control | L3740 (L) |
| **WHO, Static** | |
| Wrist Gauntlet | L3906 |
| Leather Wrist Gauntlet | L3906 |
| Static Cock-Up | L3906 |
| **WHFO, Static** | |
| FB Thumb Spica | L3808 |
| FB Resting/Duput/Gutter | L3808 |
| FB P1 Block | L3808 |
| Dorsal Blocking Orthosis | L3808 |
| **WHOFO, Dynamic** | |
| Dynamic Flex/Ext Tendon | L3806 |
| FB MP Flexion | L3806 |
| FB Outrigger w/Crane | L3806 |
| FB P1 Block | L3806 |
| FB Thumb Ext | L3806 |
| Composite IP/Intrinsic Stretch | L3806 |
| FB MP Ext. Outrigger | L3806 |
| Dorsal Blocking w/Kleinert Traction | L3806 |
| **HFO, Static** | |
| C-Bar/P1 Block (MAC) WC | L3913 |
| HB Spica/CMC | L3913 |
| Opponens | L3913 |
| Anti-Claw Orthosis | L3913 |
| HB Resting/Duput/Gutter/P1 Block | L3913 |
| Galviston-Type Flexion Strap | L3913 |
| **HFO, Dynamic** | |
| HB Dyn./P1 Block/Short Dorsal OR | L3921 |
| HB Thumb Flexion or Extension | L3921 |
| Blocked IP/MP, Tendon Assist | L3921 |
| Yoke | L3927 |
| **FO, Static** | |
| Finger Splint/Gutter or Circular | L3933 |
| Figure 8 Finger Orthosis | L3933 |
| **FO, Dynamic** | |
| Dynamic Flex/Ext Guttor | L3955 |

**Additions**
- Dynamic Ext.
  - -Elbow
  - -Wrist
  - -Fingers
  - -Thumb
- Dynamic Flexion
  - -Elbow
  - -Wrist
  - -Fingers
  - -Thumb
- MCP Block
- Check-Rein
- Outrigger
- Crane
- Side-Rigger
- Elbow Hinge
- Wrist Hinge
- Splint Tuner
- Rubberband Posts
- Line Guides
- Adjustable Tension Connectors
- Wire for Outriggers
- Finger Sling

**Thermoplastic Material**
- Orthoplast 1/8"
- Orthoplast Perforated
- Orthoplast II
- Orthoplast II Perforated
- Prism 1/8"
- Orfit 1/8"
- Orfit Maxi-Perforated
- Orfit Micro-Perforated 1/16"
- Neoprene
- Aquaplast
- EZ Form
- Northcoast Preferred 1/8"
- Northcoast Clinic Perforated
- Other:

**Fasteners**
- 1" Velcro Hook x3
- Rivets
  - -Small x3
  - -Medium
  - -Large
- D-Rings

**Strapping**
- 1" Velcro Loop x3
- 1 1/2" Loop
- 2" Velfoam x3
- 1" Alpha Splintstrap
- 2" Alpha Splintstrap
- 1" Alphastrap
- 1.5" Alphastrap
- 2" Alphastrap

**Padding**
- LuxFoam
- Splint Pad (1/8 White)
- Splint Cushion (1/8" Beige)
- Splint Cushion (1/4" Beige)
- Firm Foam (3/16" White)
- Moleskin
- Contour Foam
- PPT
- Slofoam (Pink)
- Slofoam (Blue)

**Orthotic Purpose/Goal**
- ✓ Protective
- ___ Minimize Scar/ Adhesions
- ___ Increase Function
- ___ Traction
- ✓ Stabilizing
- ___ Tone Reducing
- ___ Extension Blocking
- ___ Flexion Blocking
- ___ Corrective Extension
- ___ Corrective Flexion
- ✓ Limit Motion
- ✓ Rest
- ___ Balance Muscle Power
- ___ Prevent/Correct Deformity
- ___ Exercise
- ___ Protective Extension
- ___ Protective Flexion
- ___ Assistive Extension
- ___ Assistive Flexion
- ___ Normalize First Web Space

I acknowledge receipt of the above described items on this date:

Patient: X James Zoll Date: 7/31/18 Fabricator: Kyle Mullins

White - Patient Chart/DME Binder Yellow - Patient

Commonwealth Hand Therapy
330 Waller Ave Ste 275
Lexington, KY 40504 2930
Phone: (859)447 8600

# Occupational Therapy Initial Examination

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Umansky, Stephen MD

**Time In/Out:** 11:30 pm/12:45 pm
**Visit No.:** 1

**Date of Initial Examination:** 07/31/2018
**Injury/Onset/Change of Status Date:** 07/19/2018
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture
**Surgery:** (Date/Type) 07/26/2018 ORIF L DR FX
**Treatment Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient fell while vacationing in California.
**Primary Concern/Chief Complaint:** Edema, stiffness, shoulder pain.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
Self Care:
**Carrying, Moving & Handling Objects:**
**Pain Scale: Worst:** 6 **Best:** 3 **Current:** 4
**Home Health Care:** No
**Medical History:** Fracture Or Suspected Fracture (Due To Major Fall, Current FX), Depression, headaches
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Medical History Review:** The patient's occupational profile and medical and therapy history includes an expanded review of medical and/or therapy records and additional review of physical, cognitive, or psychosocial history related to current functional performance.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Not currently taking any medications
None listed on EDOC

## Objective

**Inspection**

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |
| **Post Operative/Wound Healing** | Incision Sites:Clean and healing well |

**Outcome Measurement Tools**

**Upper Extremity**

| | |
|---|---|
| Upper Extremity Quick DASH | 93.18/100 |

**Range of Motion**

**Comments**
Fist 75%
Hook 50%

VF 25
DF 25

Pro 80
Sup 15

PT

330 Waller Ave Ste 275

Occupational Therapy

Date of Birth:

Examination

Assessment

Assessment/Diagnosis: Patient is [illegible] S/P ORIF L [illegible]

moderate modification of tasks or assistance with assessment is necessary to enable patient to complete evaluation component.

Patient Education: [illegible]

Contraindications to Therapy: None

**Patient Problems:**

- Joint stiffness
- Edema/flare

**Short Term Goals:**

1: [illegible] HEP

2: (4 Weeks) 10% I with self care

**Long Term Goals:**

1: [illegible] management

2: (8 Weeks) 0% I with work tasks

## Plan

**Frequency:** 2-3 times a week

**Duration:** 10 weeks

**Plan:** Begin Plan as Outlined

**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Endurance, Stability), Therapeutic Activity, Neuromuscular Rehabilitation (Muscle Re-Education), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization), Patient Education (Home Exercise Program), Self Care

**Modalities**

PT

From HylaFAX Enterprise

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Occupational Therapy Initial Examination

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 07/31/2018

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Whirlpool, Paraffin Bath, Hot Packs

**Specialties**
Orthotic Fabrication

**Electronically signed by STEPHEN C UMANSKY, MD on 08/06/2018 at 07:45::39 AM**

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

Kyle Matthew Mullins, MS, OTR/L
License #162387
*Electronically Signed by Kyle Matthew Mullins, MS, OTR/L on July 31, 2018 at 1:28 pm*

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature_____________________________
S. Umansky, MD

Date:_______________

PT

Hand Therapy
... • Suite 275 • Lexington, KY 40504
www.commonwealthhandtherapy.com

Office : 859.447.8600
Fax : 859.447.8599
TF : 1.844.434.HAND (4263)

Name: James Zoll

Occupational Therapy Referral

_____ Evaluate & Treat

Dx: S/P ORIF (L) DR

ICD10: ________

Frequency/Duration: _____ times a week for _____ weeks.

**Therapy Order:**

- ☑ AROM / AAROM
- ☑ PROM / Joint Mobilization
- ☐ Strengthening / Stabilization
- ☐ Nerve Glides / Neurotension
- ☐ Work Condition / Hardening
- ☐ Proximal Screening
- ☐ Desensitization
- ☐ Functional Capacity Eval.

- ☐ Moist Heat / Paraffin
- ☐ Ice / Cold Pack
- ☐ Fluidotherapy
- ☐ Iontophoresis
- ☐ Ultrasound
- ☐ TENS / E-Stim
- ☐ Cervical / Lumbar Traction
- ☐ Whirlpool

**DME / OTC Braces:**

- ☐ Dynamic Wrist Brace
- ☐ Dynamic Elbow Brace
- ☐ Home E-Stim Unit
- ☐ Home Cervical Traction Unit
- ☐ Home TENS Unit
- ☐ Neoprene CMC Brace
- ☐ Capsner / Tube Splint
- ☐ Elastomer / Silicone

**Custom Braces:**

- ☐ Brace of Choice
- ☐ Resting Hand
- ☐ Wrist Gauntlet
- ☐ Hand Based Thumb Spica
- ☐ Forearm Based Thumb Spica
- ☐ Elbow Long Arm / Hinge
- ☐ Dynamic Flex. / Ext.
- ☐ Dorsal Block

Special Instructions/Precautions: Wean from splint by 6 weeks post-op

Michelle Dentra PAC
Physician's Signature

Date 8/8/18

# Receipt/Proof of Delivery

Patient Name: [redacted] James Zoll Address: ______________________

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ~~Edema Glove~~ | L3999a | $20.00 | ☐ | Theraputty | A9300a | $8.00 | ☐ |
| Elastomer | A6025 | $45.00 | ☒ | Big Gripper/Hand Exerciser | A9300c | $15.00 | ☐ |
| ~~Silicone/Silipos~~ | A6025a | $30.00 | ☐ | Vibrating Scar Massager | A9300f | $48.00 | ☐ |
| Electrodes | A4556 | $12.00 | ☐ | Coban | A9300h | $3.00 | ☐ |
| Tape | A4450 | $1.00 | ☐ | Mac Blocker | A9300i | $40.00 | ☐ |
| 4 inch Gauze Pad | A6219 | $1.00 | ☐ | Buddy Strap/Soft | A9300j | $15.00 | ☐ |
| 3 inch Roll Gauze | A6266 | $2.00 | ☐ | Elbow Pad | L3995 | $______ | |
| 2 inch Roll Gauze | A6266a | $2.00 | ☐ | Comfort Cool | L3924 | $______ | |
| 1 inch Roll Gauze | A6266b | $2.00 | ☐ | Tube Splint | L3925d | $______ | |
| 2 inch Digi Gauze | A6457 | $1.00 | ☐ | Knuckle Bender | L3930 | $______ | |
| Other ________ | ______ | | $______ | Buddy Strap/Yoke | L3927a | $______ | |

ABN Signed YES or NO Therapist's Initials ________

| Account | Payment Made By: |
|---|---|
| Amount Due: $45 | ☐ Cash |
| Amount Paid: 45.00 | ☒ Check/Credit Card |
| Balance Due: 0 | ☐ Billed to Insurance |

**Patient Agreement of Benefit/Proof of Delivery for Durable Medical Equipment**

By signing below, I acknowledge instruction on use and receipt/delivery of the above mentioned device/item. I understand this device has been fitted especially to me for medical purposes and once it has left the clinic it may not be returned.

I hereby request and authorize payment of any Medicare or other third party payer benefits be paid directly to Commonwealth Hand Therapy for services rendered to me or to another family member covered by my medical insurance plan. I understand that I am legally responsible for any cost not paid by my medical insurance plan including insurance plans not effective at time of service.

Additionally, I understand that my personal health information will only be released for the purposes of treatment, payment and health-care operations.

☐ I do not wish to have my medical insurance billed for/notified of the purchase of this medical item/equipment

X James Zoll — Signature of Patient/Responsible

X James Zoll — Party Printed Name

8-16-18 — Date

[signature] — Signature of CHT Employee

Kyle Mullins — Printed Name

[initials] — H.R. Initials

Survey of Upper Extremity Disability (DASH) Date: 8/23/18 Date of Birth:________

Name: James Zoll Therapist: KM

The Disability of the arm, shoulder and hand (DASH) is a questionnaire to ask you about your symptoms as well as your ability to perform certain activities. Please answer every question, based on your condition in the last week, by circling the appropriate number. If you did not have the opportunity to perform an activity in the past week, please make your best estimate on which response would be most accurate. It does not matter which hand you use to perform the activity; please answer based on your ability regardless of how you perform the task. Please rate your ability to do the following activities by circling the number:

| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | Unable |
|---|---|---|---|---|---|
| Open a tight jar | 1 | 2 | 3 | 4 | (5) |
| Do heavy household chores (e.g., wash walls, floors) | 1 | 2 | 3 | 4 | (5) |
| Carry a shopping bag or briefcase | 1 | 2 | (3) | 4 | 5 |
| Wash your back | 1 | 2 | (3) | 4 | 5 |
| Use a knife to cut food | 1 | (2) | 3 | 4 | 5 |
| Recreational activities which you take some force or impact through your arm, shoulder, or hand (golf, hammering; tennis, etc) | 1 | 2 | 3 | 4 | (5) |
| | Not at All | Slightly | Moderately | Quite a Bit | Extremely |
| During the past week, to what extent has your arm, shoulder, or hand problem interfered with your normal social activities with family, friends, neighbors, or groups? | 1 | (2) | 3 | 4 | 5 |
| | Not Limited at All | Slightly Limited | Moderately Limited | Very Limited | Unable |
| During the past week, were you limited in your work or other regular daily activities, as a result of your arm, shoulder, or hand problem? | 1 | 2 | (3) | 4 | 5 |
| Please rate the severity of the following symptoms in the last week | None | Mild | Moderate | Severe | Extreme |
| Arm, shoulder, or hand pain | 1 | 2 | (3) | 4 | 5 |
| Tingling (pins & needles) in your arm, shoulder, or hand. | 1 | 2 | 3 | (4) | 5 |
| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | So Much I can't Sleep |
| During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand? | 1 | (2) | 3 | 4 | 5 |
| *For office use only* *Percent Disability Score* (59) *Sum all columns for raw score ( )* | | | | | |

*If this is your first visit, ignore the question below.*
Overall, since you started your treatment, has there been any change in your symptoms in your arm, shoulder, or hand during your daily activities? Please indicate if there has been any change by choosing one of the following options.

| Worse | Same (0) | Better |
|---|---|---|
| __Almost the same, hardly any worse at all (-1) | | __Almost the same, hardly any better at all (1) |
| __A little worse (-2) | | __A little better (2) |
| __Somewhat worse (-3) | | __Somewhat better (3) |
| __Moderately worse (-4) | | __Moderately better (4) |
| __A good deal worse (-5) | | ✓ A good deal better (5) |
| __A great deal worse (-6) | | __A great deal better (6) |
| __A very great deal worse (-7) | | __A very great deal better (7) |

**Please rate your pain level with activity**
0 1 2 3 4 5 6 7 (8) 9 10
NO PAIN VERY SEVERE PAIN

***If this is your first visit, ignore the questions below****
**How satisfied are you with the level of care and service provided**
(Very Satisfied) Satisfied Unsatisfied Very Unsatisfied
**Please rate your progress with functional activities from start of therapy to this point in time.**
Excellent (Good) Fair Poor
**At this point in your treatment, have your therapy goals been met?**
(Completely Met) Mostly Met Partially Met Not Met

Commonwealth Hand Therapy
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447 8600
Fax: (859)447 8599

# Occupational Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Umansky, Stephen MD

**Time In/Out:** 1:00 pm/2:35 pm
**Date of Original Eval:** 07/31/2018
**Treatment Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Date of Recertification:** 08/23/2018
**Injury/Onset/Change of Status Date:** 07/19/2018
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture
**Surgery:** (Date/Type) 07/26/2018 ORIF L DR FX
**Visit No.:** 11

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient fell while vacationing in California.
**Current Complaints / Gains:** Edema, stiffness, shoulder pain.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Self Care:**
**Carrying, Moving & Handling Objects:**
**Home Health Care:** No
**Medical History:** Fracture Or Suspected Fracture (Due To Major Fall, Current FX), Depression, headaches
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Medical History Review:** The patient's occupational profile and medical and therapy history includes an expanded review of medical and/or therapy records and additional review of physical, cognitive, or psychosocial history related to current functional performance.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Not currently taking any medications
None listed on EDOC

## Objective

**Inspection**

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

**Outcome Measurement Tools**

**Upper Extremity**

| | | |
|---|---|---|
| Upper Extremity Quick DASH | 59.09/100 | *93.18* |

**Range of Motion** **Previous Findings as of 07/31/2018*

**Comments** Fist 95% — *Fist 75%*
Hook 95% — *Hook 50%*
VF 50 — *VF 25*
DF 55 — *DF 25*
Pro 80 — *Pro 60*
Sup 70 — *Sup 15*

PT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Occupational Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 08/23/2018

## Assessment

**Assessment/Diagnosis:** Patient tolerated session well today. Patient continues to make good progress with AROM of digits and wrist. Rotation continues to improve. Scar continues to be more elastic after scar pad use for HEP. MLFs include: joint stiffness, scar adhesions, extrinsic tightness, and edema. Good functional outcomes anticipated with HEP, use of orthotic, and avoidance of risk factors. Pt to have surgery for torn RC on 9/17/18.

**Patient Clinical Presentation:** Patient may present with comorbidities that affect occupational performance. Minimal to moderate modification of tasks or assistance with assessment is necessary to enable patient to complete evaluation component.

**Patient Education:** Continue HEP, orthotic use, and avoidance of risk factors.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**

- Scar adhesion
- Intrinsic/extrinsic tightness
- Joint stiffness
- Edema/flare

**Short Term Goals:**

1: (1 Visit) | Goal Met | I with splint/HEP |
2: (4 Weeks) | 70% | I with self-care |

Electronically signed by STEPHEN C UMANSKY, MD on 08/27/2018 at 01:10::30 PM

**Long Term Goals:**

1: (6 Weeks) | 30% | I with home management
2: (8 Weeks) | 0% | I with work tasks |

## Plan

**Frequency:** 2-3 times a week
**Duration:** 6 weeks
**Treatment to be provided:**

**Procedures**
Therapeutic Exercises (ROM, Endurance, Stability), Therapeutic Activity, Neuromuscular Rehabilitation (Muscle Re-Education), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization), Patient Education (Home Exercise Program), Self Care

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Whirlpool, Paraffin Bath, Hot Packs

**Specialties**
Orthotic Fabrication

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

Kyle Matthew Mullins, MS, OTR/L, CHT
License #162387
*Electronically Signed by Kyle Matthew Mullins, MS, OTR-L, CHT on August 23, 2018 at 3:22 pm*

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature________________________
S. Umansky, MD

Date:____________

PT

# Receipt/Proof of Delivery

Patient Name: James Zoll Address:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Edema Glove | L3999a | $20.00 | ☐ | Theraputty | A9300a | $8.00 | ☒ |
| Elastomer | A6025 | $45.00 | ☐ | Big Gripper/Hand Exerciser | A9300c | $15.00 | ☒ |
| Silicone/Silipos | A6025a | $30.00 | ☐ | ~~Vibrating Scar Massager~~ | ~~A9300f~~ | ~~$48.00~~ | ☐ |
| Electrodes | A4556 | $12.00 | ☐ | Coban | A9300h | $3.00 | ☐ |
| Tape | A4450 | $1.00 | ☐ | Mac Blocker | A9300i | $40.00 | ☐ |
| 4 inch Gauze Pad | A6219 | $1.00 | ☐ | Buddy Strap/Soft | A9300j | $15.00 | ☐ |
| 3 inch Roll Gauze | A6266 | $2.00 | ☐ | Elbow Pad | L3995 | $______ | |
| 2 inch Roll Gauze | A6266a | $2.00 | ☐ | Comfort Cool | L3924 | $______ | |
| 1 inch Roll Gauze | A6266b | $2.00 | ☐ | Tube Splint | L3925d | $______ | |
| 2 inch Digi Gauze | A6457 | $1.00 | ☐ | Knuckle Bender | L3930 | $______ | |
| Other ________ | ______ | $______ | | Buddy Strap/Yoke | L3927a | $______ | |

ABN Signed YES or NO Therapist's Initials ______

| Account | Payment Made By: |
|---|---|
| Amount Due: $23 | ☐ Cash |
| Amount Paid: $23 | ☒ Check/Credit Card |
| Balance Due: 0 | ☐ Billed to Insurance |

**Patient Agreement of Benefit/Proof of Delivery for Durable Medical Equipment**

By signing below, I acknowledge instruction on use and receipt/delivery of the above mentioned device/item. I understand this device has been fitted especially to me for medical purposes and once it has left the clinic it may not be returned.

I hereby request and authorize payment of any Medicare or other third party payer benefits be paid directly to Commonwealth Hand Therapy for services rendered to me or to another family member covered by my medical insurance plan. I understand that I am legally responsible for any cost not paid by my medical insurance plan including insurance plans not effective at time of service.

Additionally, I understand that my personal health information will only be released for the purposes of treatment, payment and health-care operations.

☐ I do not wish to have my medical insurance billed for/notified of the purchase of this medical item/equipment

X James Zoll (signature) — Signature of Patient/Responsible
X James Zoll — Party Printed Name
9-5-18 — Date

Kyle Mullins (signature) — Signature of CHT Employee
Kyle Mullins — Printed Name
TM — H.R. Initials

Commonwealth Hand Therapy | 330 Waller Avenue | Suite 275 | Lexington, KY 40504 | Ph. 859-447-8600

White Patient Chart/DME Binder Yellow Patient Pink Therapist

**Commonwealth Hand Therapy**
330 Waller Ave. • Suite 275 • Lexington, KY 40504
www.commonwealthhandtherapy.com

Office | 859.447.860(
Fax | 859.447.859
TF | 1.844.434.HAND (4263)

## Occupational Therapy Referral

Name: James Zoll Dx: ______ ICD10: ______

_____ Evaluate & Treat DOB: Frequency/Duration:_____ times a week for_____ weeks.

**Therapy Order:**

- ☐ AROM / AAROM
- ☐ PROM / Joint Mobilization
- ☐ Strengthening / Stabilization
- ☐ Nerve Glides / Neurotension
- ☐ Work Condition / Hardening
- ☐ Proximal Screening
- ☐ Desensitization
- ☐ Functional Capacity Eval
- ☐ Moist Heat / Paraffin
- ☐ Ice / Cold Pack
- ☐ Fluidotherapy
- ☐ Iontophoresis
- ☐ Ultrasound
- ☐ TENS / E-Stim
- ☐ Cervical / Lumbar Traction
- ☐ Whirlpool

**DME / OTC Braces:**

- ☐ Dynamic Wrist Brace
- ☐ Dynamic Elbow Brace
- ☐ Home E-Stim Unit
- ☐ Home Cervical Traction Unit
- ☐ Home TENS Unit
- ☐ Neoprene CMC Brace
- ☐ Capener / Tube Splint
- ☐ Elastomer / Silicone

**Custom Braces:**

- ☐ Brace of Choice
- ☐ Resting Hand
- ☐ Wrist Gauntlet
- ☐ Hand Based Thumb Spica
- ☐ Forearm Based Thumb Spica
- ☐ Elbow Long Arm / Hinge
- ☐ Dynamic Flex. / Ext.
- ☐ Dorsal Block

Special Instructions/Precautions: continue therapy

Physician's Signature: Umansky

Date: 09/13/2018

**Lexington Clinic**

**Physical Therapy Prescription**

Orthopedics - Sports Medicine
700 Bob-O-Link Drive
Phone: (859) 258-8575
Fax: (859) 258-8562

Name: [handwritten name] D Zoll

Clinic No:________ Date: 12/17/15

Diagnosis: S/P [illegible]

Precautions/Special Instructions:________

Date of next visit to Physician:________

**Treatment Desired:**

X **Evaluate and Treat:** Progressing as Tolerated

X **Therapeutic Exercise**

- ___ Strengthening
- ___ Flexibility
- X Stabilization
- X ROM
- ___ Functional Activities
- X Postural Exercise
- ___ Scapular Stabilization
- ___ Core Stability
- X Closed Kinetic Chain
- ___ Joint Mobilization
- X Soft Tissue Mobilization
- ___ TKA ___ TSA ___ THA Program
- ___ Tens Instruction

___ **Gait Training/Weight Bearing Status**

___ NWB ___ PWB ___ WBAT

___ **Brace/Orthotic Fitting** ________

X **Modalities per Therapist Discretion**

- ___ Ultrasound
- ___ Phonophoresis
- ___ Iontophoresis
- ___ Whirlpool
- ___ Edema Management
- ___ Moist Heat
- ___ Traction
- ___ Soft Tissue Mobilization
- ___ Electrical Stimulation
- ___ Ice
- ___ Tens

X **Home Program for:** ________

[signature], MD

04012709 (01/11/2016)

Please Scan 2PM

JAMES ~~ZOLLER~~ ZOLL

HEP2GO HEP Builder

## Home Exercise Program

Created by Tim Uhl Oct 5th, 2018

View at "my-exercise-code.com" using code: 8BH3HZC



### Shoulder Flexion AAROM Tabletop Exercise

Sitting in a chair and facing the table, rest your affected forearm on table with palm up and towel underneath. Start to gently slide affected arm forward until stretch is felt in affected shoulder. Once you start to feel a stretch in the affected shoulder and have reached the end of your tolerated range of motion, hold for 5-10 seconds in this position, then slowly start to slide affected arm back to your starting position.

WALK AWAY

5 reps
5 x Day
Hold 5 sec



Please Scan J-[illegible] JAMES Zoll Jan 11, 2013

SHOULDER - 101 Scapular Retraction (Standing)



With arms at sides, pinch shoulder blades together.

Repeat ~~10~~ 5 times per set.
Do ~~2~~ 5 sets per session.
Do ~~2~~ 5 sessions per day.

Copyright © 1999-2010, VHI

Please Scan

James Zoll

HEP2GO HEP Builder

# Home Exercise Program

Created by Tim Uhl Oct 5th, 2018

View at "my-exercise-code.com" using code: 8BH3HZC



## AAROM Supine Shoulder External Rotation with Cane/Wand/Dowel

While you're laying down, use a cane, wand or dowel, to help assist your arm into external rotation. Keep the elbow tucked in by your side and only rotate your forearm out to the side with the help of the cane/wand/dowel. Maintain the elbow near your side.




5 reps
Hold 5 sec
5x Day

Please Scan Jane Zoll

**SPORTS MEDICINE CENTER**

Lexington Clinic

## GUIDELINES FOR UNCOMPLICATED ROTATOR CUFF REPAIR (Supraspinatus, Infraspinatus) REHABILITATION

Each case can be very different depending on the goals of the patient, the age of the patient, the size of the repair, type of repair, etc. We follow these basic guidelines. Any physician-indicated precautions override these guidelines.

### Week 1-4

- Sling (duration varies – call 258-8506 for information)
  - No active upper extremity open chain rotation or abduction. Flexion, as tolerated, up to 90°
  - Sleep in sling for 3 weeks
    - Elbow should be above the trunk while sleeping with arm in plane of scapula
  - Exercises emphasize standing scapular motion, retraction, depression and scapular PNF with arm in a sling
  - Use complementary trunk movement to facilitate scapular motion (flex and rotate away from involved side for protraction, extend and square or rotate toward involved side for retraction)
  - Closed Kinetic Chain rotator cuff and scapular exercises such as weight-shifting, wobble boards, and gentle stabilization
  - Towel slides on a table as tolerated
  - Passive and Active-Assisted ROM up to 90° NO external rotation for 3 weeks
- After 3 weeks:
  - PROM, AAROM, progress to AROM up to 90° unless otherwise indicated by physician
  - Continue CKC rotator cuff stabilization and scapular exercises, increasing arm elevation as tolerated
  - Add tolerable arm motion to standing scapular motion exercises
  - Facilitate active arm elevation through axial loading of the glenohumeral joint (patient pushes on a table or wall as he/she elevates in the desired plane)
- At 4 weeks, initiation of gentle mobilizations and capsular stretching, if indicated
  - These can become more aggressive at 6-8 weeks

### Week 4-8

- Exercises should progress toward functional activities as ROM and strength improve
- Open chain rotator cuff strengthening when there is good scapular control and begin at < 90° elevation
  - We prefer rotator cuff loading that is consistent with function, including scapular and trunk motion, rather than isolated exercise
  - These include punches at various (tolerable) heights and planes, and adding arm elevation, rotation and extension of the lever arm to the complementary scapular exercises

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447 8599

# Physical Therapy Initial Examination

**Patient Name:** Zoll, James D.
**Date of Birth:**

**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 7:00 pm/7:00 pm

**Visit No.:** 1

**Date of Initial Examination:** 10/23/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury, Fell on Left arm
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

## Subjective

**History of Present Condition/Mechanism of Injury:** Patient is 5 weeks S/P Arthroscopic Rotator cuff repair. Has been immobilized for 5 weeks in sling with small abduction pillow. On July 19 feel while hiking in California and fracture wrist and tore rotator cuff. He had previous symptoms in the left shoulder that were excerbated by the fall creating the complete rotator cuff tear of both the infraspinatus and supraspinatus
**Primary Concern/Chief Complaint:** Works at Toyota Motor Manufacturing Kentucky wants to return to work and use arm for IADL and self care. His job requires driving, moving damaged automotive parts. Has numbness in 2-4 fingers and limited wrist motion. Surgical pain following arthroscopic repair.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 7 **Best:** 4 **Current:** 4
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Pain medicine)
**Patient Goals:** Movement of arm similiar to right arm without pain

## Objective

**Inspection**

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

**Outcome Measurement Tools**

**Upper Extremity**

| | |
|---|---|
| Upper Extremity Quick DASH | 75/100 |

**Observation**

| Protracted Scapulas | Right | Left |
|---|---|---|
| Distance from thoracic spine to medial scapular border | 1cm | 2cm |

**Brace Immobilizer**

| | |
|---|---|
| Type | Sling |

PT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447 8599

**Physical Therapy Initial Examination**

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 10/23/2018

Compliant with use No

**Muscle Atrophy**
Description Left upper extremit

**Edema**
Edema Description mild in hands

**Scapula Position** Anteriorly Tipped, Downwardly Rotated
Left scapula due to sling wear

**Range of Motion**

**Comments** PROM L Shoulder ER 10 deg. Elev 50 deg, IR 60 deg arm at side.
Left Wrist extension 20 degrees, Wrist flexion 60 deg
Right shoulder and wrist normal

**Strength**

**Comments** Not appropriate to test today

**Neuro-Vascular**

**Dermatomes Upper**

| | **Right** | **Left** |
|---|---|---|
| C4 | Normal | Diminished to light touch |
| C5 | Normal | Diminished to light touch |
| C6 | Normal | Diminished to light touch |
| C7 | Normal | Diminished to light touch |
| C8 | Normal | Grossly intact to light touch |
| T1 | Normal | Normal |

Median nerve most affected unable to tension nerve due to limitation of shoulder motion

**Palpation**

**Comments** Arthroscopic incisions all healed and not tender to touc

## Assessment

**Assessment/Diagnosis:** S/P Arthroscopic Rotator Cuff repair of Supraspinatus and infraspinatus. Patient tolerated PROM well for first day of motion at 5 weeks post operative.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:** HEP 5 reps 5 times as day
Hand squeezes
Elbow AROM
Scapular squeezes
Passive elevation (arm lift or forward bows)
Passive ER with opposite hand
**Patient Demonstrates Compliance with Prescribed HEP**
Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.
**Rehab Potential:** Good
**Contraindications to Therapy:** None

PT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Initial Examination

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 10/23/2018

**Patient Problems:**

- Post operative shoulder pain
- Limited shoulder motion following surgery
- Decreased sensory function in left hand and forearm

**Short Term Goals:**

1: (4 Weeks) | Increase PROM shoulder elevation to 140 and External Rotation 45

**Long Term Goals:**

1: (8 Weeks) | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self care and IADL
2: (12 Weeks) | Increase strength to 80% of opposite side in elevation, IR, and ER

## Plan

**Frequency:** 1-2 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance), Neuromuscular Rehabilitation (Muscle Re-Education, Sequencing), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization), Massage, Patient Education (Home Exercise Program, Postural Training, Lifting Mechanics)

**Modalities**
To Improve (Pain Relief, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Biofeedback Training

Certification of Medical Necessity: it will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447 8600.

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Signed by Timothy Uhl, PhD, PT, ATC on October 23, 2018 at 4:49 pm*

Physician Signature____________________
T. W. Wilkes, MD
Electronically signed by TREVOR WILKES, MD on ~~10/24/2018 at~~ 08:31::12 PM
Date

PT

Please Scan Into James Zoller Thanks LWW



Table slides

Starting position: Sitting upright with a table in front of you.

Place a towel on the table in front of you and place your hands shoulder width apart on the towel.

Keeping your arms straight, lean forward and push the towel forward until stretch is felt in your shoulder.

Hold and return to position.

| | |
|---|---|
| Repeat | 10 Times |
| Hold | 3 Seconds |
| Complete | 1 Set |
| Perform | 4 Time(s) a Day |

HEP2GO FREE HEP Builder

# week 2 rotator cuff post-op

Created by Tim Uhl Oct 30th, 2018

View at "my-exercise-code.com" using code: DTD5AS5

Please Scan Into James Zoller

Thanks L.Uhl

Total 4



## BICEPS CURLS - BRACHIORADIALIS - HAMMER CURL

With your arm at your side, draw up your hand by bending at the elbow. Keep your palm pointed inward towards your body the entire time.

ONLY (R)

Repeat 10 Times
Hold 1 Second
Complete 2 Sets
Perform 1 Time(s) a Day

7#



## Seated Tricep Extension

Start by holding both weights at chest height, elbows bent. Keep your hands and elbows close to the body.Keeping the shoulders still, press your wrists behind you to straight arm (or almost straight, don't force the joint). Hold for 1 second at the top of the movement, then bring your arms back to the starting position.

ONLY (R)

Repeat 10 Times
Hold 3 Seconds
Complete 2 Sets
Perform 1 Time(s)

5-7#



## SHOULDER SCAPTION

Standing with the involved arm to the side, hold thumb up and elevate arm to shoulder height at a 45 degree angle (halfway between hip and navel). Pause, then slowly lower arm to starting position. Repeat.

ONLY (R)

Repeat 10 Times
Hold 3 Seconds
Complete 2 Sets
Perform 1 Time(s) a Day

2-3#

59447

Survey of Upper Extremity Disability (DASH) Date: 11/13/18 Date of Birth:__________

Name: James Therapist: TM

The Disability of the arm, shoulder and hand (DASH) is a questionnaire to ask you about your symptoms as well as your ability to perform certain activities. Please answer every question, based on your condition in the last week, by circling the appropriate number. If you did not have the opportunity to perform an activity in the past week, please make your best estimate on which response would be most accurate. It does not matter which hand you use to perform the activity; please answer based on your ability regardless of how you perform the task. Please rate your ability to do the following activities by circling the number:

| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | Unable |
|---|---|---|---|---|---|
| Open a tight jar | 1 | 2 | (3) | 4 | 5 |
| Do heavy household chores (e.g., wash walls, floors) | 1 | 2 | 3 | (4) | 5 |
| Carry a shopping bag or briefcase | 1 | (2) | 3 | 4 | 5 |
| Wash your back | 1 | 2 | (3) | 4 | 5 |
| Use a knife to cut food | 1 | 2 | 3 | 4 | 5 |
| Recreational activities which you take some force or impact through your arm, shoulder, or hand (golf, hammering; tennis, etc) | 1 | (2) | 3 | 4 | 5 |
| | Not at All | Slightly | Moderately | Quite a Bit | Extremely |
| During the past week, to what extent has your arm, shoulder, or hand problem interfered with your normal social activities with family, friends, neighbors, or groups? | 1 | 2 | (3) | 4 | 5 |
| | Not Limited at All | Slightly Limited | Moderately Limited | Very Limited | Unable |
| During the past week, were you limited in your work or other regular daily activities, as a result of your arm, shoulder, or hand problem? | 1 | 2 | 3 | (4) | 5 |
| Please rate the severity of the following symptoms in the last week | None | Mild | Moderate | Severe | Extreme |
| Arm, shoulder, or hand pain | 1 | 2 | (3) | 4 | 5 |
| Tingling (pins & needles) in your arm, shoulder, or hand. | 1 | 2 | (3) | 4 | 5 |
| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | So Much I can't Sleep |
| During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand? | 1 | 2 | (3) | 4 | 5 |
| *For office use only* *Percent Disability Score ( ) Sum all columns for raw score ( )* | | | | | |

*If this is your first visit, ignore the question below.*
Overall, since you started your treatment, has there been any change in your symptoms in your arm, shoulder, or hand during your daily activities? Please indicate if there has been any change by choosing one of the following options.

| Worse | Same (0) | Better |
|---|---|---|
| ___Almost the same, hardly any worse at all (-1) | | ___Almost the same, hardly any better at all (1) |
| ___A little worse (-2) | | ___A little better (2) |
| ___Somewhat worse (-3) | | ___Somewhat better (3) |
| ___Moderately worse (-4) | | X Moderately better (4) |
| ___A good deal worse (-5) | | ___A good deal better (5) |
| ___A great deal worse (-6) | | ___A great deal better (6) |
| ___A very great deal worse (-7) | | ___A very great deal better (7) |

**Please rate your pain level with activity**
0 1 2 3 4 5 (6) 7 8 9 10
NO PAIN VERY SEVERE PAIN

***If this is your first visit, ignore the questions below****
**How satisfied are you with the level of care and service provided**
(Very Satisfied) Satisfied Unsatisfied ~~Very Dissatisfied~~
**Please rate your progress with functional activities from start of therapy to this point in time.**
Excellent (Good) Fair Poor
**At this point in your treatment, have your therapy goals been met?**
Completely Met (Mostly Met) Partially Met Not Met

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447 8600
Fax: (859)447 8599

# Occupational Therapy Discharge Summary

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Umansky, Stephen MD

**Date of Discharge Summary:** 11/13/2018
**Injury/Onset/Change of Status Date:** 07/19/2018
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Time In/Out:** 3:00 pm/3:45 pm
**Date of Original Eval:** 07/31/2018
**Treatment Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Surgery:** (Date/Type) 07/26/2018 ORIF L DR FX
**Visit No.:** 21

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient fell while vacationing in California.
**Current Complaints / Gains:** Pt reports no pain in the hand, but has a lot of pain in the shoulder.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Self Care:**
**Carrying, Moving & Handling Objects:**
**Pain Scale: Worst:** 6 **Best:** 3 **Current:** 4 **Previous Findings as of 07/31/2018 - Worst:6 Best:3 Current:4*
**Home Health Care:** No
**Medical History:** Fracture Or Suspected Fracture (Due To Major Fall, Current FX), Depression, headaches
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Not currently taking any medications
None listed on EDOC

## Objective

**Inspection**

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

**Outcome Measurement Tools**

**Upper Extremity**

| | | |
|---|---|---|
| Upper Extremity Quick DASH | 25/100 | *59.09* |

**Range of Motion** **Previous Findings as of 08/23/2018*

| | Current | Previous |
|---|---|---|
| **Comments** | Fist 95% | *Fist 85%* |
| | Hook 95% | *Hook 95%* |
| | VF 50 | *VF 50* |
| | DF 55 | *DF 55* |
| | Pro 80 | *Pro 80* |
| | Sup 70 | *Sup 70* |

## Assessment

**Assessment/Diagnosis:** Pt tolerated level 2 strengthening activities today. Pt demonstrated full ROM. Pt continues to report shoulder pain and limited ROM. MLFs include pain and RC surgery. Anticipate good functional outcome with skilled therapy and avoidance of risk factors. Pt discharged from OT, but will continue to see PT for shoulder.
**Patient Education:** Continue HEP, orthotic use, and avoidance of risk factors.

**PT**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504 2930
Phone: (859)447-8600
Fax: (859)447 8599

# Occupational Therapy Discharge Summary

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 11/13/2018

**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Scar adhesion
- Intrinsic/extrinsic tightness
- Joint stiffness
- Edema/flare

**Short Term Goals:**
1: (1 Visit) | Goal Met | I with splint/HEP |
2: (4 Weeks) | Goal Met | I with self-care |

**Long Term Goals:**
1: (6 Weeks) | 80% | I with home management |
2: (8 Weeks) | 80% | I with work tasks |

**Plan**
**Reason:** All Goals Met
**Discharge:** Discharge

Electronically signed by STEPHEN C UMANSKY, MD on 11/15/2018 at 07:58::16 AM

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447 8600.

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Kyle Matthew Mullins, MS, OTR/L, CHT
License #162387
*Electronically Signed by Kyle Matthew Mullins, MS, OTR/L, CHT on November 13, 2018 at 5:33 pm*

Physician Signature____________________
S. Umansky, MD

Date:____________

**PT**

| | 11/16 Friday | 11/17 Sat. | 11/18 Sun | 11/19 Mon | | | |
|---|---|---|---|---|---|---|---|
| Moist Heat 10 mins | III | III | III | III | | | |
| Massage 5 mins w/ Ball | III | III | III | III | | | |
| Pull over Head 10 times | III | III | I Pain | III | | | |
| Pull across Body 10 times | III | III | I Pain | III | | | |
| ~~Stick~~ Green Stick 5 times Keep Shoulder Back | III | III | I Pain | III | | | |
| Ironing Board 10 times | III | III | I Pain | III | | | |

James Zoll 11/20/2018 Please Scan

HEP2GO FREE HEP Builder

# Home Exercise Program

Created by Tim Uhl Nov 20th, 2018

View at "my-exercise-code.com" using code: J7PSBNG

for James Zoll

Please SCAN

Total 1



**External Rotation Door Pivot Stretch**

Standing in a door frame, place a small pillow or rolled up towel underneath the elbow of your affected shoulder. Place your wrist on the outside of the door frame, elbow should be bent at 90 degrees, then begin rotating inward toward unaffected shoulder/away from affected shoulder until you feel a stretch in the shoulder.

| | |
|---|---|
| Repeat | 5 Times |
| Hold | 10 Seconds |
| Complete | 1 Set |
| Perform | 3 Time(s) a Day |

Please Scan

Survey of Upper Extremity Disability (DASH) Date: 11/20/2018 Date of Birth:

Name: James Zoll Therapist:

The Disability of the arm, shoulder and hand (DASH) is a questionnaire to ask you about your symptoms as well as your ability to perform certain activities. Please answer every question, based on your condition in the last week, by circling the appropriate number. If you did not have the opportunity to perform an activity in the past week, please make your best estimate on which response would be most accurate. It does not matter which hand you use to perform the activity; please answer based on your ability regardless of how you perform the task. Please rate your ability to do the following activities by circling the number:

| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | Unable |
|---|---|---|---|---|---|
| Open a tight jar | 1 | 2 | 3 | 4 | 5 |
| Do heavy household chores (e.g., wash walls, floors) | 1 | 2 | 3 | 4 | 5 |
| Carry a shopping bag or briefcase | 1 | 2 | 3 | 4 | 5 |
| Wash your back | 1 | 2 | 3 | 4 | 5 |
| Use a knife to cut food | 1 | 2 | 3 | 4 | 5 |
| Recreational activities which you take some force or impact through your arm, shoulder, or hand (golf, hammering, tennis, etc) | 1 | 2 | 3 | 4 | 5 |
| | Not at All | Slightly | Moderately | Quite a Bit | Extremely |
| During the past week, to what extent has your arm, shoulder, or hand problem interfered with your normal social activities with family, friends, neighbors, or groups? | 1 | 2 | 3 | 4 | 5 |
| | Not Limited at All | Slightly Limited | Moderately Limited | Very Limited | Unable |
| During the past week, were you limited in your work or other regular daily activities, as a result of your arm, shoulder, or hand problem? | 1 | 2 | 3 | 4 | 5 |
| Please rate the severity of the following symptoms in the last week | None | Mild | Moderate | Severe | Extreme |
| Arm, shoulder, or hand pain | 1 | 2 | 3 | 4 | 5 |
| Tingling (pins & needles) in your arm, shoulder, or hand. | 1 | 2 | 3 | 4 | 5 |
| | No Difficulty | Mild Difficulty | Moderate Difficulty | Severe Difficulty | So Much I can't Sleep |
| During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand? | 1 | 2 | 3 | 4 | 5 |
| *For office use only* *Percent Disability Score ( ) Sum all columns for raw score ( )* | | | | | |

*If this is your first visit, ignore the question below.*
Overall, since you started your treatment, has there been any change in your symptoms in your arm, shoulder, or hand during your daily activities? Please indicate if there has been any change by choosing one of the following options.

| Worse | Same (0) | Better |
|---|---|---|
| ___Almost the same, hardly any worse at all (-1) | | ✓ Almost the same, hardly any better at all (1) |
| ___A little worse (-2) | | ___A little better (2) |
| ___Somewhat worse (-3) | | ___Somewhat better (3) |
| ___Moderately worse (-4) | | ___Moderately better (4) |
| ___A good deal worse (-5) | | ___A good deal better (5) |
| ___A great deal worse (-6) | | ___A great deal better (6) |
| ___A very great deal worse (-7) | | ___A very great deal better (7) |

**Please rate your pain level with activity**
0 1 2 3 4 5 6 7 8 9 10
NO PAIN VERY SEVERE PAIN

***If this is your first visit, ignore the questions below****
**How satisfied are you with the level of care and service provided**
Very Satisfied Satisfied Unsatisfied Very Unsatisfied
**Please rate your progress with functional activities from start of therapy to this point in time.**
Excellent Good Fair Poor
**At this point in your treatment, have your therapy goals been met?**
Completely Met Mostly Met Partially Met Not Met

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 1:15 pm/2:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Recertification:** 11/20/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 9

## Subjective

**History of Present Condition/Mechanism of Injury:** Patient is 9weeks S/P Arthroscopic Rotator cuff repair. Has been immobilized for 5 weeks in sling with small abduction pillow. On July 19 feel while hiking in California and fracture wrist and tore rotator cuff. He had previous symptoms in the left shoulder that were excerbated by the fall creating the complete rotator cuff tear of both the infraspinatus and supraspinatus. He reports pain is still present 6/10 with activity but motion is improving
**Current Complaints / Gains:** Works at Toyota Motor Manufacturing Kentucky wants to return to work and use arm for IADL and self care. His job requires driving, moving damaged automotive parts. Has numbness in 2-4 fingers and limited wrist motion. Surgical pain following arthroscopic repair. Limited PROM and AROM unable to perform self care and ADL's
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK managing damaged parts
**Functional Deficits / Gains:** PROM has improved from 30-130 degrees over the last 4 weeks but still cannot do instrumented ADL vacumming and is restricted in self care but is now able to reach opposite arm pit.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Pain medicine)

## Objective

**Inspection**

**Patient Consent**
Patient/Parent/Guardian Consent Yes

**Outcome Measurement Tools**

**Upper Extremity**

| | | |
|---|---|---|
| Upper Extremity Quick DASH | 47.73/100 | 75 |

**Observation** *Previous Findings as of 10/23/2018

| Protracted Scapulas | Right | Left |
|---|---|---|
| Distance from thoracic spine to medial scapular border | 1cm | 2cm |

**Muscle Atrophy**
Description Left upper extremit

PT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447 8599

# Physical Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 11/20/2018

**Scapula Position**

Anteriorly Tipped. Downwardly Rotated
Left scapula protracted due to scapular weakness and protected position

*Anteriorly Tipped, Downwardly Rotated*
*Left scapula protracted due to scapular weakness and protected position*

**Range of Motion**

**Previous Findings as of 10/23/2018*

**Comments** AROM L Shoulder ER 45 deg, Elev 100 deg

PROM & AAROM elevation 130 degrees
Wrist is doing well has been discharged from wrist rehabilitation

*PROM L Shoulder ER 10 deg, Elev 50 deg, IR 60 deg arm at side.*
*Left Wrist extension 20 degrees. Wrist flexion 60 deg*
*Right shoulder and wrist normal*

**Strength**

**Previous Findings as of 10/23/2018*

**Comments** Not appropriate to test today

*Not appropriate to test today*

**Neuro-Vascular**

**Dermatomes Upper**

| | Right | Left |
|---|---|---|
| C4 | Normal | Normal |
| C5 | Normal | Normal |
| C6 | Normal | Normal |
| C7 | Normal | Grossly intact to light touch |
| C8 | Normal | Grossly intact to light touch |
| T1 | Normal | Normal |

**Palpation**

**Comments** Localized trigger points in infraspinatus, teres major, pectoralis major and minor.

## Assessment

**Assessment/Diagnosis:** AAROM has improved by 100 degrees in a month but patient has not started strengthening so is still limited with Self care and IADL. Patient is apprehensive to motion but is gradually increasing motion.
Needs to progress to strengthening and continue to improve PROM and AAROM in all directions. Compliance with HEP is very good when not in pain.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:** Modified HEP for external rotation using the door for stretching. Compliance with HEP has been excellent encouraged patients to continue being compliant with HEP to focus on gaining motion.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) 50% | Increase PROM shoulder elevation to 140 and External Rotation 45 | 130 PROM and 40 ER
**Long Term Goals:**
1: (8 Weeks) 60% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 100 still limited in self care and IADL
2: (12 Weeks) | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

PT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447 8599

# Physical Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 11/20/2018

**Frequency:** 1-2 times a week
**Duration:** 8 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance), Neuromuscular Rehabilitation (Muscle Re Education, Sequencing), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization), Massage, Patient Education (Home Exercise Program, Postural Training, Lifting Mechanics)

**Modalities**
To Improve (Pain Relief, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Biofeedback Training

Electronically signed by TREVOR WILKES, MD
on 11/21/2018 at 09:48::27 AM

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447 8600.

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Signed by Timothy Uhl, PhD, PT, ATC on November 20, 2018 at 5:56 pm*

Please sign and return: Fax#: (859)447 8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature______________________________
T. W. Wilkes, MD

Date:________________

PT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 10/23/2018
**Physician:** T. W. Wilkes, MD (1972724755)
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2018-10-23

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Elbow and Hand AROM to reduce swelling and improve circulation | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| PROM Shoulder External Rotation to gain shoulder mobility | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| PROM shoulder elevation to gain mobility | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| Scapular Retractions | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |

Sum of minutes: 20

**Total Minutes by Procedure**
Therapeutic Exercise: 20

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 10/30/2018 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2018-10-30

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| tricep kickbacks | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| PROM Shoulder External Rotation to gain shoulder mobility | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| Bicep Curls; to strengthen biceps brachii through full range of motion, needed for activities involving elbow flexion with resistance | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| PROM shoulder elevation to gain mobility | | 20 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| Scapular Retractions | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |

*Scapular Retractions: Added yellow resistance*

**Total Minutes by Procedure**
Therapeutic Exercise: 55

Sum of minutes: 55

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

## FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 11/01/2018 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2018-11-01

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Shoulder elevation to facilitate overhead motion | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| tricep kickbacks | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| PROM Shoulder External Rotation to gain shoulder mobility | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| Bicep Curls; to strengthen biceps brachii through full range of motion, needed for activities involving elbow flexion with resistance | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| PROM shoulder elevation to gain mobility | | 20 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| Scapular Retractions | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |

Sum of minutes: 60

**Total Minutes by Procedure**
Therapeutic Exercise: 60



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 11/06/2018 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2018-11-06

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| shoulder isometrics | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| Shoulder elevation to facilitate overhead motion | | 20 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| PROM Shoulder External Rotation to gain shoulder mobility | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |

Sum of minutes: 45

**Total Minutes by Procedure**
Therapeutic Exercise: 45



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 11/08/2018 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2018-11-08

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Shoulder moist heat to increase tissue extensibility to facilitate increased mobility | | 10 | | | | | | 1:1 w/Therapist *TU* |
| Soft Tissue Mobilization | | 15 | | | | | Manual Therapy | 1:1 w/Therapist *TU* |
| Shoulder elevation to facilitate overhead motion | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| PROM shoulder elevation to gain mobility | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |

Sum of minutes: 50

**Total Minutes by Procedure**
Manual Therapy: 15
Therapeutic Exercise: 25

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 11/13/2018 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2018-11-13

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Shoulder moist heat to increase tissue extensibility to facilitate increased mobility | | 10 | | | | | | 1:1 w/Therapist *TU* |
| Soft Tissue Mobilization | | 10 | | | | | Manual Therapy | 1:1 w/Therapist *TU* |
| Shoulder elevation to facilitate overhead motion | | 25 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| PROM Shoulder External Rotation to gain shoulder mobility | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| PROM shoulder elevation to gain mobility | | | | | | | | 1:1 w/Therapist *TU* |

Sum of minutes: 55

**Total Minutes by Procedure**
Manual Therapy: 10
Therapeutic Exercise: 35

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 11/15/2018 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2018-11-15

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Shoulder moist heat to increase tissue extensibility to facilitate increased mobility | | 10 | | | | | | 1:1 w/Therapist *TU* |
| Soft Tissue Mobilization | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *TU* |
| PROM Shoulder External Rotation to gain shoulder mobility | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |
| PROM shoulder elevation to gain mobility | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |

Sum of minutes: 55

**Total Minutes by Procedure**
Manual Therapy: 25
Therapeutic Exercise: 20

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 11/20/2018 **Start Date:** 10/23/2018

**Physician:** T. W. Wilkes, MD (1972724755)

**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Location: gym**

2018-11-20

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Shoulder moist heat to increase tissue extensibility to facilitate increased mobility | | 10 | | | | | | 1:1 w/Therapist *TU* |
| Soft Tissue Mobilization | | 25 | | | | | Manual Therapy | 1:1 w/Therapist *TU* |
| Shoulder elevation to facilitate overhead motion | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *TU* |

Sum of minutes: 50

**Total Minutes by Procedure**
Manual Therapy: 25
Therapeutic Exercise: 15



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 3:00 pm/4:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 11/27/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 10
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Currently, patient reports having gone to see Dr. Wilkes today, recommended prolonged stretching.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Patient states he is progressing in ROM with overhead reach in supine, some pain and soreness in rhomboids. Requests a copy of notes for disability claims. Patient desires to increase strengthening when possible for return to work.
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 7 **Best:** 3 **Current:** 3 **Previous Findings as of 11/15/2018 - Worst:7 Best:3 Current:3*
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documents
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercise are restricted currently

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 45 min.)<br>See Flowsheet, 45 minutes | 3 |
| GP:97140 | Manual Therapy ( 40 min.)<br>See flowsheet, 40 minutes | 3 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>See flow sheet, 10 minutes | 1 |

CPT copyright 2017 American Medical Association. All rights reserved.

| | |
|---|---|
| Objective Findings | Patient with increased bands of muscle tightness that are tender to palpation: right rhomboids/mid trap, left scalenes, left infraspinatus, left clavicular portion of pectoralis.<br><br>AAROM right shoulder flexion to 130.<br><br>Patient demonstrates swelling in hand and fingers on the right, bursitis in left elbow. |
| Pre-Treatment | Anterior pain (pectoralis region) during scapular retraction+shoulder ER in standing. |
| Post-Treatment | After dry cupping pectoralis region, no pain anteriorly with scapular retraction+ shoulder ER in standing. |
| Direct Minutes | 85 |
| Treatment Minutes | 95 |
| Total Direct Treatment Time today | 85 minutes for activities performed in direct (one-on-one) patient contact. |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Daily Note / Billing Sheet**

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 11/27/2018

## Assessment

**Assessment/Diagnosis:** Patient is progressing in AROM with decreased pain. Patient is still limited by muscle guarding/pain reaction as well as healing timeline (which restricts resistive ROM). Patient is improving ability to relax during treatments and as he performs exercises, but remains anxious to move. Patient with decreased anterior shoulder pain after dry cupping today. James is still restricted in self care and IADLs and remains reasonable and appropriate for skilled physical therapy to return him to his previous level of function. Patient continues with decreased strength and functional range of motion. Barriers to progress include underlying disease process, nature of injury, fear of movement, and multiple affected areas.

**Patient Education:** Patient educated to coban wrap fingers for swelling. Educated on electrode placement should he decide to buy a TENS for swelling in his hand. Educated on performance of sidelying ER and scapular retractions with ER in standing. Educated on potential bruising from dry cupping, benefits of dry cupping.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**

- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**

1: (4 Weeks) | 60% | Increase PROM shoulder elevation to 140 and External Rotation 45 | 130 PROM and 40 ER

**Long Term Goals:**

1: (8 Weeks) | 60% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 100 still limited in self care and IADL

2: (12 Weeks) | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
progress to light resistive exercise after next physician visit

*Lisa Podlecki*

Lisa Podlecki
License #007569
*Initiated by Lisa Podlecki on November 27, 2018 at 5:51 pm*

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Co-Signed by Timothy Uhl, PhD, PT, ATC on November 27, 2018 at 5:56 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 1:15 pm/2:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Recertification:** 11/20/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 9

## Subjective

**History of Present Condition/Mechanism of Injury:** Patient is 9weeks S/P Arthroscopic Rotator cuff repair. Has been immobilized for 5 weeks in sling with small abduction pillow. On July 19 feel while hiking in California and fracture wrist and tore rotator cuff. He had previous symptoms in the left shoulder that were excerbated by the fall creating the complete rotator cuff tear of both the infraspinatus and supraspinatus. He reports pain is still present 6/10 with activity but motion is improving
**Current Complaints / Gains:** Works at Toyota Motor Manufacturing Kentucky wants to return to work and use arm for IADL and self care. His job requires driving, moving damaged automotive parts. Has numbness in 2-4 fingers and limited wrist motion. Surgical pain following arthroscopic repair. Limited PROM and AROM unable to perform self care and ADL's
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** PROM has improved from 30-130 degrees over the last 4 weeks but still cannot do instrumented ADL vacumming and is restricted in self care but is now able to reach opposite arm pit.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Pain medicine)

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

### Outcome Measurement Tools

**Upper Extremity**

| | | |
|---|---|---|
| Upper Extremity Quick DASH | 47.73/100 | *75* |

### Observation

**Previous Findings as of 10/23/2018*

| Protracted Scapulas | Right | Left |
|---|---|---|
| Distance from thoracic spine to medial scapular border | 1cm | 2cm |

**Muscle Atrophy**

| | |
|---|---|
| Description | Left upper extremit |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 11/20/2018

**Scapula Position** Anteriorly Tipped, Downwardly Rotated
Left scapula protracted due to scapular weakness and protected position

*Anteriorly Tipped, Downwardly Rotated*
*Left scapula protracted due to scapular weakness and protected position*

**Range of Motion** **Previous Findings as of 10/23/2018*

**Comments** AROM L Shoulder ER 45 deg. Elev 100 deg

PROM & AAROM elevation 130 degrees
Wrist is doing well has been discharged from wrist rehabilitation

*PROM L Shoulder ER 10 deg. Elev 50 deg, IR 60 deg arm at side.*

*Left Wrist extension 20 degrees, Wrist flexion 60 deg*
*Right shoulder and wrist normal*

**Strength** **Previous Findings as of 10/23/2018*

**Comments** Not appropriate to test today

*Not appropriate to test today*

**Neuro-Vascular**

**Dermatomes Upper**

| | Right | Left |
|---|---|---|
| C4 | Normal | Normal |
| C5 | Normal | Normal |
| C6 | Normal | Normal |
| C7 | Normal | Grossly intact to light touch |
| C8 | Normal | Grossly intact to light touch |
| T1 | Normal | Normal |

**Palpation**

**Comments** Localized trigger points in infraspinatus, teres major, pectoralis major and minor.

## Assessment

**Assessment/Diagnosis:** AAROM has improved by 100 degrees in a month but patient has not started strengthening so is still limited with Self-care and IADL. Patient is apprehensive to motion but is gradually increasing motion.
Needs to progress to strengthening and continue to improve PROM and AAROM in all directions. Compliance with HEP is very good when not in pain.

**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.

**Patient Education:** Modified HEP for external rotation using the door for stretching. Compliance with HEP has been excellent encouraged patients to continue being compliant with HEP to focus on gaining motion.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | 50% | Increase PROM shoulder elevation to 140 and External Rotation 45 | 130 PROM and 40 ER

**Long Term Goals:**
1: (8 Weeks) | 60% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 100 still limited in self care and IADL
2: (12 Weeks) | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Recertification Note

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 11/20/2018

**Frequency:** 1-2 times a week
**Duration:** 8 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance), Neuromuscular Rehabilitation (Muscle Re-Education, Sequencing), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization), Massage, Patient Education (Home Exercise Program, Postural Training, Lifting Mechanics)

**Modalities**

To Improve (Pain Relief, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Biofeedback Training

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Signed by Timothy Uhl, PhD, PT, ATC on November 20, 2018 at 5:58 pm*

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
______________________________________________

Physician Signature______________________________
T. W. Wilkes, MD

Date:______________

Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 1:15 pm/2:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 11/20/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 9
**Insurance Name:** BCBS of KY

## Subjective

**Current Complaints / Gains:** Works at Toyota Motor Manufacturing Kentucky wants to return to work and use arm for IADL and self care. His job requires driving, moving damaged automotive parts. Has numbness in 2-4 fingers and limited wrist motion. Surgical pain following arthroscopic repair. Limited PROM and AROM unable to perform self care and ADL's
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** PROM has improved from 30-130 degrees over the last 4 weeks but still cannot do instrumented ADL vacumming and is restricted in self care but is now able to reach opposite arm pit.
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Resistive exercise are restricted currently

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 15 min.)<br>See Flowsheet TU | 1 |
| GP:97140 | Manual Therapy ( 25 min.)<br>See flowsheet | 2 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>See flow sheet, 10 minutes | 1 |

CPT copyright 2017 American Medical Association. All rights reserved.

| | |
|---|---|
| Direct Minutes | 40 |
| Treatment Minutes | 50 |
| Total Direct Treatment Time today | 40 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** AAROM has improved by 100 degrees in a month but patient has not started strengthening so is still limited with Self-care and IADL. Patient is apprehensive to motion but is gradually increasing motion.
Needs to progress to strengthening and continue to improve PROM and AAROM in all directions. Compliance with HEP is very good when not in pain.
**Patient Education:** Modified HEP for external rotation using the door for stretching. Compliance with HEP has been excellent encouraged patients to continue being compliant with HEP to focus on gaining motion.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 11/20/2018

**Short Term Goals:**
1: (4 Weeks) | 50% | Increase PROM shoulder elevation to 140 and External Rotation 45 | 130 PROM and 40 ER
**Long Term Goals:**
1: (8 Weeks) | 60% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 100 still limited in self care and IADL
2: (12 Weeks) | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
progress to light resistive exercise after next physician visit

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Signed by Timothy Uhl, PhD, PT, ATC on November 20, 2018 at 5:58 pm*

# Patient Outcomes

Report Date: 11/20/2018

**James D Zoll** **48 OF 100**

| | | | |
|---|---|---|---|
| **Patient ID:** | 3202821 | **Questionnaire Type:** | Follow Up |
| **Case Key:** | 21413554 | **Area:** | Upper Extremity |
| **Visit Date:** | 11/20/2018 | **Clinician:** | Uhl, Timothy L |
| **Entry Date:** | 11/20/2018 | **Clinic:** | Commonwealth Hand Therapy |
| **ICD Code:** | M75122 - Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic | **Referral Source:** | Wilkes, Trevor W |
| **Gender:** | M | | Commercial |
| **Date of Birth:** | | **Litigation:** | No   **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Pain Level** | 6 | 6 | (0 to 10) |
| | **Satisfaction** | Very Satisfied | 1 | (1 to 4) |
| | **Functional Improvement** | Good | 2 | (1 to 4) |
| | **Goals Met** | Partially Met | 3 | (1 to 4) |
| | **Open a tight or new jar.** | Moderate Difficulty | 3 | (1 to 5) |
| | **Do heavy household chores (e.g., wash walls, floors).** | Severe Difficulty | 4 | (1 to 5) |
| | **Carry a shopping bag or briefcase.** | Moderate Difficulty | 3 | (1 to 5) |
| | **Wash your back.** | Moderate Difficulty | 3 | (1 to 5) |
| | **Use a knife to cut food.** | Mild Difficulty | 2 | (1 to 5) |
| | **Recreational activities in which you take some force or impact through your arm, shoulder or hand (e.g., golf, hammering, tennis, etc.).** | Severe Difficulty | 4 | (1 to 5) |
| | **During the past week, to what extent has your arm, shoulder or hand problem interfered with your normal social activities with family, friends, neighbours or groups?** | Moderately | 3 | (1 to 5) |
| | **During the past week, were you limited in your work or other regular daily activities as a result of your arm, shoulder or hand problem?** | Moderately Limited | 3 | (1 to 5) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Arm, shoulder or hand pain.** | Moderate | 3 | (1 to 5) |
| | **Tingling (pins and needles) in your arm, shoulder or hand.** | Mild | 2 | (1 to 5) |
| | **During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand?** | Mild Difficulty | 2 | (1 to 5) |

Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Plan of Care

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 1:15 pm/2:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Plan of Care:** 11/20/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 9

## Assessment

**Assessment/Diagnosis:** AAROM has improved by 100 degrees in a month but patient has not started strengthening so is still limited with Self-care and IADL. Patient is apprehensive to motion but is gradually increasing motion.
Needs to progress to strengthening and continue to improve PROM and AAROM in all directions. Compliance with HEP is very good when not in pain.
**Patient Education:** Modified HEP for external rotation using the door for stretching. Compliance with HEP has been excellent encouraged patients to continue being compliant with HEP to focus on gaining motion.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Short Term Goals:**
1: (4 Weeks) | 50% | Increase PROM shoulder elevation to 140 and External Rotation 45 | 130 PROM and 40 ER
**Long Term Goals:**
1: (8 Weeks) | 60% | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL | AROM to 100 still limited in self care and IADL
2: (12 Weeks) | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Frequency:** 1-2 times a week
**Duration:** 8 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance), Neuromuscular Rehabilitation (Muscle Re-Education, Sequencing), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization), Massage, Patient Education (Home Exercise Program, Postural Training, Lifting Mechanics)

**Modalities**
To Improve (Pain Relief, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Biofeedback Training
progress to light resistive exercise after next physician visit
Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Signed by Timothy Uhl, PhD, PT, ATC on November 20, 2018 at 5:58 pm*

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows__________________

Physician Signature____________________________
T. W. Wilkes, MD

Date:_______________

Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 1:45 pm/3:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 11/15/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 8
**Insurance Name:** BCBS of KY

## Subjective

**Current Complaints / Gains:** Decreased L elbow soreness, able to fold laundry but not as well as he would like. Soreness around clavicle and posterior shoulder. Reports doing exercises 3 x day to gain mobility
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Reports starting to actively use left arm with light ADL
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 7 **Best:** 3 **Current:** 3 **Previous Findings as of 10/23/2018 - Worst:7 Best:4 Current:4*
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** Fracture Or Suspected Fracture (Due To Major Fall, Current FX), See scanned documen ts Depression, headaches
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Gravity minimized elevation is only AROM exercise

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 20 min.)<br>See Flowsheet TU | 1 |
| GP:97140 | Manual Therapy ( 25 min.)<br>See flowsheet | 2 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>See flow sheet, 10 minutes | 1 |

CPT copyright 2017 American Medical Association. All rights reserved.

| | |
|---|---|
| Objective Findings | PROM elevation 130 at end of therapy after soft tissue massage<br>PROM ADB 95 degrees<br>Palpable trigger points in present in pectoralis and infrapinatus and trapezius |
| Direct Minutes | 45 |
| Treatment Minutes | 55 |
| Total Direct Treatment Time today | 45 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient is doing better with motion since stopping strengthening continue with passive stretching and joint mobilization during clinic with HEP to maintain and gain range of motion
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 11/15/2018

- Post operative shoulder pain
- Limited shoulder motion following surgery
- Decreased sensory function in left hand and forearm

**Short Term Goals:**
1: (4 Weeks) | Increase PROM shoulder elevation to 140 and External Rotation 45 |

**Long Term Goals:**
1: (8 Weeks) | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL |
2: (12 Weeks) | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
Discontinue Isometric strengthening for a week to see if can progress ROM without increasing soreness. Goal for next 2 weeks is to gain range of motion prior to returning physician. Re-eval next visit

T. L. Uhl

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Signed by Timothy Uhl, PhD, PT, ATC on November 15, 2018 at 4:32 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 1:00 pm/2:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 11/13/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 7
**Insurance Name:** BCBS of KY

## Subjective

**Current Complaints / Gains:** Patient reports R elbow is less sore today and feels like it is better. He is doing most ADL with R arm which may be contributing to elbow pain. Left shoulder is limiting some ADL such as washing dishes and folding laundry. Not able to lift cups to put away in cupboard.

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving

**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance

**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts

**Functional Deficits / Gains:** Reports starting to actively use left arm with light ADL

**Home Health Care:** No

**Medical History:** See scanned documen ts

**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Gravity minimized elevation is only AROM exercise

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 35 min.)<br>See Flowsheet TU | 2 |
| GP:97140 | Manual Therapy ( 10 min.)<br>See flowsheet | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>See flow sheet | 1 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Palpable trigger points giving him referred pain from his infrapinatus and Pectoralis minor and major.<br>External rotation 20 PROM slightly decreased<br>Elevation PROM 125 degrees<br>AROM to 100 with scapular substitution<br>Pain 2/10 at rest and 6/10 with activity |
| Direct Minutes | 45 |
| Treatment Minutes | 55 |
| Total Direct Treatment Time today | 45 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient is still appropriate for skilled therapy as has significant limitation with self care and ADL. Soft-tissue pain and trigger points seem to be restricting the motion will decrease isometric exercises and focus on more mobility exercises. Modified ER stretch to static hold on table top. Will see if this is more tolerated than ER stretch.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**

- Post operative shoulder pain

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Daily Note / Billing Sheet**

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 11/13/2018

- Limited shoulder motion following surgery
- Decreased sensory function in left hand and forearm

**Short Term Goals:**

1: (4 Weeks) | Increase PROM shoulder elevation to 140 and External Rotation 45 |

**Long Term Goals:**

1: (8 Weeks) | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL |
2: (12 Weeks) | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit

Discontinue Isometric strengthening for a week to see if can progress ROM without increasing soreness. Goal for next 2 weeks is to gain range of motion prior to returning physician.

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Signed by Timothy Uhl, PhD, PT, ATC on November 13, 2018 at 4:37 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD
**Time In/Out:** 1:00 pm/2:00 pm
**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 11/08/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 6
**Insurance Name:** BCBS of KY

## Subjective

**Current Complaints / Gains:** Patient reports R elbow is less sore today and feels like it is better. Left shoulder is a bit sore from doing exercises yesterday at home 4 times. Posterior and anterior shoulder is sore and cramping. Pain level at 6.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Functional Deficits / Gains:** Reports starting to actively use left arm with light ADL
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** Gravity minimized elevation is only AROM exercise

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 25 min.)<br>See Flowsheet TU | 2 |
| GP:97140 | Manual Therapy ( 15 min.)<br>See flowsheet | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>See flow sheet | 1 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Pain at 6 with stretching<br>PROM elevation 120 ER 40 after joint mobiilization<br>Has muscle guarding with elevation at 120 in teres major and pect major clavicular portion |
| Post-Treatment | Some muscular relief |
| Direct Minutes | 40 |
| Treatment Minutes | 50 |
| Total Direct Treatment Time today | 40 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Isometric exercise increased muscle guarding reduced frequency to every other day. Soft tissue mobilization relaxed the sore tissues but noted multiple trigger points in clavicular portion of pectoralis majory and the teres minor and major. Continue soft-tissue massage to reduce muscle guarding to re-establish normal shoulder mobility.
**Patient Education:** Reduce isometric strengthening to every other day but continue stretching 3-4 x a day.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Daily Note / Billing Sheet**

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 11/08/2018

- Limited shoulder motion following surgery
- Decreased sensory function in left hand and forearm

**Short Term Goals:**
1: (4 Weeks) | Increase PROM shoulder elevation to 140 and External Rotation 45 |

**Long Term Goals:**
1: (8 Weeks) | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL |
2: (12 Weeks) | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit

Reduced isometric exercise frequency to every other day but continue on the mobility stretching frequently through out the day. Explained to patient it is normal that some days will have increased soreness from exercises.

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Signed by Timothy Uhl, PhD, PT, ATC on November 8, 2018 at 2:24 pm*

Powered by WebPT™

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 1:00 pm/2:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 11/06/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 5
**Insurance Name:** BCBS of KY

## Subjective

**Current Complaints / Gains:** Patient reports R elbow is sore from lifting weights. Localizes pain over the lateral epicondyle over ECRB

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving

**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance

**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts

**Functional Deficits / Gains:** Reports starting to actively use left arm with light ADL

**Home Health Care:** No

**Medical History:** See scanned documen ts

**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| **Precautions** | Gravity minimized elevation is only AROM exercise | |
|---|---|---|
| **CPT® Code** | **Direct Timed Codes** | *Units* |
| GP:97110 | Therapeutic Exercise ( 45 min.)<br>See Flowsheet TU | 3 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | AROM 100 elevation, 40 Extension, ER 20<br>PROM 120 for elevation ER 30 degrees |
| Direct Minutes | 45 |
| Treatment Minutes | 45 |
| Total Direct Treatment Time today | 45 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient demonstrated limited range of motion IR and ER with arm abducted to 70 degrees. Limited AROM 15 degrees. Patient demonstracted 5 repetitions of Scapular Punches with good serratus recruitment. Patient is ready to introduce submaximal strengthening exercises. Patient demonstrated good understanding of HEP

**Patient Education:** Modified HEP see scanned document. Added submaximal isometric ADD, IR, ER and supine Serratus punches. Patient demonstrated good understanding of HEP. GAve patient HEP in written form

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery
- Decreased sensory function in left hand and forearm

**Short Term Goals:**
1: (4 Weeks) | Increase PROM shoulder elevation to 140 and External Rotation 45 |

**Long Term Goals:**
1: (8 Weeks) | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL |
2: (12 Weeks) | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 11/06/2018

**Instructions:** Progressing Patient Next Visit
Progress AROM and light isometric today without increase in pain. Restart Right Arm Strengthening in 1 week. Progress strengthening as patient tolerates.

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Signed by Timothy Uhl, PhD, PT, ATC on November 6, 2018 at 3:03 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 1:00 pm/2:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 11/01/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 4
**Insurance Name:** BCBS of KY

## Subjective

**Current Complaints / Gains:** Patient reports doing exercises for motion yesterday but not right arm strengthening. Pain 3/10 yesterday and 4/10 today he relates to wet /rain conditions and his arthritis.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** No lifting with left arm and no arm elevation without support for 4- 6 weeks

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 60 min.)<br>See Flowsheet TU | 4 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | 120 flexion PROM<br>30 ER PROM<br>AAROM Horizontal Abduction to 80 degrees<br>AAROM elevation 140 degrees |
| Direct Minutes | 60 |
| Treatment Minutes | 60 |
| Total Direct Treatment Time today | 60 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** PROM improving but still has guarding in abduction to 90 degrees. AAROM is improving with closed chaing exercise
**Patient Education:** Added cervical side bending exercise to stretch neck. Instructed patient in 2 more weeks will start more strengthening for the left shoulder as tissue will be more healed.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery
- Decreased sensory function in left hand and forearm

**Short Term Goals:**
1: (4 Weeks) | Increase PROM shoulder elevation to 140 and External Rotation 45 |
**Long Term Goals:**
1: (8 Weeks) | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL |
2: (12 Weeks) | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 11/01/2018

**Instructions:** Progressing Patient Next Visit
Continue PROM and progress to diagonal AAROM next visit for shoulder elevation

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Signed by Timothy Uhl, PhD, PT, ATC on November 1, 2018 at 2:21 pm*

Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 3

**Insurance Name:** BCBS of KY

**Date of Daily Note:** 10/30/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Date of Original Eval:** 10/23/2018

**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

## Subjective

**Current Complaints / Gains:** Patient reports doing exercises frequently over the weekend except yesterday as his had a family member in the hospital. No significant issues over the weekend with his shoulder.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** No lifting with left arm and no arm elevation without support for 4- 6 weeks

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 55 min.)<br>See Flowsheet | 4 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | PROM shoulder ER increased from 15 - 30 in supine<br>PROM Shoulder Elevation increased from 75- 110 in supine |
| Direct Minutes | 55 |
| Treatment Minutes | 55 |
| Total Direct Treatment Time today | 55 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Progressing with PROM well with HEP. Motion improved in 2 directions today. Patient ready to start aarom exercises with shoulder elrvation and external rotation.
**Patient Education:** Increased resistive exercise of contralateral arm to facilitate motor activation. Facilitated scapular retraction with yellow reistance today. Continue no resistance at home for scapular exercises. Can use light weight for elbow strengthening onf the right arm only
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery
- Decreased sensory function in left hand and forearm

**Short Term Goals:**
1: (4 Weeks) | Increase PROM shoulder elevation to 140 and External Rotation 45 |
**Long Term Goals:**
1: (8 Weeks) | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL |
2: (12 Weeks) | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 10/30/2018

Progress on PROM exercise and AAROM next visit

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Signed by Timothy Uhl, PhD, PT, ATC on October 30, 2018 at 4:41 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 1:00 pm/2:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 10/25/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 2
**Insurance Name:** BCBS of KY

## Subjective

**Current Complaints / Gains:** Patient reports no significant change in pain today. Woke up with a migraine took Imitrex which has relieved his symptoms. Reports pain on Wednesday as expected.
Did exercises yesterday but not today as of yet.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** No lifting with left arm and no arm elevation without support for 4- 6 weeks

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 50 min.)<br>See Flowsheet | 3 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>TU Moist Heat prior to stretching to increase tissue mobility | 1 |

CPT copyright 2017 American Medical Association. All rights reserved.

| | |
|---|---|
| Objective Findings | PROM Left Shoulder<br>ER 15<br>Elev 75 is 20 degree improvement from last visit |
| Post-Treatment | Provided HEP of 4 exercises to do 5 x day<br>ER, Elevation, scapular retraction, Scapular depression |
| Direct Minutes | 50 |
| Treatment Minutes | 60 |
| Total Direct Treatment Time today | 50 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient did better with perforoming HEP in supine with pillow under Left arm. Patient wase more comfortable and gained more elevation using this approach.
**Patient Education:** HEP 5 x day for elevation, ER using passive motion, Scapular retraction in 2 planes. Emphasized to patient to use mental imagery to gain motion.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery
- Decreased sensory function in left hand and forearm

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Daily Note / Billing Sheet**

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 10/25/2018

**Short Term Goals:**
1: (4 Weeks) | Increase PROM shoulder elevation to 140 and External Rotation 45 |
**Long Term Goals:**
1: (8 Weeks) | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL |
2: (12 Weeks) | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
Progress on PROM exercise and AAROM next visit

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Signed by Timothy Uhl, PhD, PT, ATC on October 25, 2018 at 3:02 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Initial Examination

**Patient Name:** Zoll, James D.
**Date of Birth:**

**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 7:00 pm/7:00 pm

**Visit No.:** 1

**Date of Initial Examination:** 10/23/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury, Fell on Left arm
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

## Subjective

**History of Present Condition/Mechanism of Injury:** Patient is 5 weeks S/P Arthroscopic Rotator cuff repair. Has been immobilized for 5 weeks in sling with small abduction pillow. On July 19 feel while hiking in California and fracture wrist and tore rotator cuff. He had previous symptoms in the left shoulder that were excerbated by the fall creating the complete rotator cuff tear of both the infraspinatus and supraspinatus
**Primary Concern/Chief Complaint:** Works at Toyota Motor Manufacturing Kentucky wants to return to work and use arm for IADL and self care. His job requires driving, moving damaged automotive parts. Has numbness in 2-4 fingers and limited wrist motion. Surgical pain following arthroscopic repair.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 7 **Best:** 4 **Current:** 4
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Pain medicine)
**Patient Goals:** Movement of arm similiar to right arm without pain

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

### Outcome Measurement Tools

**Upper Extremity**

| | |
|---|---|
| Upper Extremity Quick DASH | 75/100 |

### Observation

| Protracted Scapulas | Right | Left |
|---|---|---|
| Distance from thoracic spine to medial scapular border | 1cm | 2cm |

**Brace Immobilizer**

| | |
|---|---|
| Type | Sling |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Initial Examination

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 10/23/2018

Compliant with use No

**Muscle Atrophy**
Description Left upper extremit

**Edema**
Edema Description mild in hands

**Scapula Position** Anteriorly Tipped, Downwardly Rotated
Left scapula due to sling wear

**Range of Motion**

**Comments** PROM L Shoulder ER 10 deg. Elev 50 deg, IR 60 deg arm at side.
Left Wrist extension 20 degrees, Wrist flexion 60 deg
Right shoulder and wrist normal

**Strength**

**Comments** Not appropriate to test today

**Neuro-Vascular**

**Dermatomes Upper**

| | **Right** | **Left** |
|---|---|---|
| C4 | Normal | Diminished to light touch |
| C5 | Normal | Diminished to light touch |
| C6 | Normal | Diminished to light touch |
| C7 | Normal | Diminished to light touch |
| C8 | Normal | Grossly intact to light touch |
| T1 | Normal | Normal |

Median nerve most affected unable to tension nerve due to limitation of shoulder motion

**Palpation**

**Comments** Arthroscopic incisions all healed and not tender to touc

## Assessment

**Assessment/Diagnosis:** S/P Arthroscopic Rotator Cuff repair of Supraspinatus and Infraspinatus. Patient tolerated PROM well for first day of motion at 5 weeks post operative.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:** HEP 5 reps 5 times as day
Hand squeezes
Elbow AROM
Scapular squeezes
Passive elevation (arm lift or forward bows)
Passive ER with opposite hand
**Patient Demonstrates Compliance with Prescribed HEP**
Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.
**Rehab Potential:** Good
**Contraindications to Therapy:** None



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Physical Therapy Initial Examination

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 10/23/2018

**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery
- Decreased sensory function in left hand and forearm

**Short Term Goals:**
1: (4 Weeks) | Increase PROM shoulder elevation to 140 and External Rotation 45

**Long Term Goals:**
1: (8 Weeks) | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL
2: (12 Weeks) | Increase strength to 80% of opposite side in elevation, IR, and ER

## Plan

**Frequency:** 1-2 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance), Neuromuscular Rehabilitation (Muscle Re-Education, Sequencing), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization), Massage, Patient Education (Home Exercise Program, Postural Training, Lifting Mechanics)

**Modalities**

To Improve (Pain Relief, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Biofeedback Training

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Signed by Timothy Uhl, PhD, PT, ATC on October 23, 2018 at 4:49 pm*

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
____________________________________________

Physician Signature______________________________
T. W. Wilkes, MD

Date:_______________

Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**

**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 7:00 pm/7:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Daily Note:** 10/23/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury, Fell on Left arm
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 1
**Insurance Name:** BCBS of KY

## Subjective

**Current Complaints / Gains:** Works at Toyota Motor Manufacturing Kentucky wants to return to work and use arm for IADL and self care. His job requires driving, moving damaged automotive parts. Has numbness in 2-4 fingers and limited wrist motion. Surgical pain following arthroscopic repair.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Work/Vocation/Occupation: TMMK - managing damaged parts
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 7 **Best:** 4 **Current:** 4
**Pain Description:** Throbbing
**Home Health Care:** No
**Medical History:** See scanned documen ts
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions** No lifting with left arm and no arm elevation without support for 4- 6 weeks

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise ( 15 min.)<br>See Flowsheet | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97161 | PT Evaluation: Low Complexity ( 30 min.) | 1 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

| | |
|---|---|
| Direct Minutes | 15 |
| Treatment Minutes | 45 |
| Total Direct Treatment Time today | 15 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** S/P Arthroscopic Rotator Cuff repair of Supraspinatus and Infraspinatus. Patient tolerated PROM well for first day of motion at 5 weeks post operative.
**Patient Education:** HEP 5 reps 5 times as day
Hand squeezes
Elbow AROM
Scapular squeezes
Passive elevation (arm lift or forward bows)
Passive ER with opposite hand
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Daily Note / Billing Sheet**

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 10/23/2018

- Decreased sensory function in left hand and forearm

**Short Term Goals:**
1: (4 Weeks) | Increase PROM shoulder elevation to 140 and External Rotation 45 |

**Long Term Goals:**
1: (8 Weeks) | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL |
2: (12 Weeks) | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Instructions:** Progressing Patient Next Visit
Progress on PROM exercise and AAROM next visit

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Signed by Timothy Uhl, PhD, PT, ATC on October 23, 2018 at 4:50 pm*

# Patient Outcomes

Report Date: 10/23/2018

**James D Zoll** **75 OF 100**

| | | | |
|---|---|---|---|
| **Patient ID:** | 3202821 | **Questionnaire Type:** | Initial Eval |
| **Case Key:** | 21413554 | **Area:** | Upper Extremity |
| **Visit Date:** | 10/23/2018 | **Clinician:** | Uhl, Timothy L |
| **Entry Date:** | 10/23/2018 | **Clinic:** | Commonwealth Hand Therapy |
| **ICD Code:** | M75122 - Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic | **Referral Source:** | Wilkes, Trevor W |
| **Gender:** | M | | Commercial |
| **Date of Birth:** | | **Litigation:** | No **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Pain Level** | 7 | **7** | (0 to 10) |
| | **Open a tight or new jar.** | Unable | **5** | (1 to 5) |
| | **Do heavy household chores (e.g., wash walls, floors).** | Severe Difficulty | **4** | (1 to 5) |
| | **Carry a shopping bag or briefcase.** | Moderate Difficulty | **3** | (1 to 5) |
| | **Wash your back.** | Unable | **5** | (1 to 5) |
| | **Use a knife to cut food.** | Severe Difficulty | **4** | (1 to 5) |
| | **Recreational activities in which you take some force or impact through your arm, shoulder or hand (e.g., golf, hammering, tennis, etc.).** | Unable | **5** | (1 to 5) |
| | **During the past week, to what extent has your arm, shoulder or hand problem interfered with your normal social activities with family, friends, neighbours or groups?** | Moderately | **3** | (1 to 5) |
| | **During the past week, were you limited in your work or other regular daily activities as a result of your arm, shoulder or hand problem?** | Very Limited | **4** | (1 to 5) |
| | **Arm, shoulder or hand pain.** | Severe | **4** | (1 to 5) |
| | **Tingling (pins and needles) in your arm, shoulder or hand.** | Severe | **4** | (1 to 5) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand?** | Moderate Difficulty | 3 | (1 to 5) |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Plan of Care

**Patient Name:** Zoll, James D.
**Date of Birth:**

**Referring Physician(s):** Wilkes, Trevor W. MD

**Time In/Out:** 7:00 pm/7:00 pm

**Date of Original Eval:** 10/23/2018
**Treatment Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic

**Date of Plan of Care:** 10/23/2018
**Injury/Onset/Change of Status Date:** 07/19/2018 New Injury, Fell on Left arm
**Diagnosis:** ICD10: M75.122: Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic
**Surgery:** (Date/Type) 09/17/2018 Arthroscopic Rotator cuff repair of Infraspinatus and Supraspinatue
**Visit No.:** 1

## Assessment

**Assessment/Diagnosis:** S/P Arthroscopic Rotator Cuff repair of Supraspinatus and Infraspinatus. Patient tolerated PROM well for first day of motion at 5 weeks post operative.
**Patient Education:** HEP 5 reps 5 times as day
Hand squeezes
Elbow AROM
Scapular squeezes
Passive elevation (arm lift or forward bows)
Passive ER with opposite hand
**Patient Demonstrates Compliance with Prescribed HEP**
Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.
**Rehab Potential:** Good
**Contraindications to Therapy:** None
**Patient Problems:**
- Post operative shoulder pain
- Limited shoulder motion following surgery
- Decreased sensory function in left hand and forearm

**Short Term Goals:**
1: (4 Weeks) | Increase PROM shoulder elevation to 140 and External Rotation 45 |
**Long Term Goals:**
1: (8 Weeks) | Increase AROM shoulder to 140 and ER to 80 in abduction to perform self-care and IADL |
2: (12 Weeks) | Increase strength to 80% of opposite side in elevation, IR, and ER |

## Plan

**Frequency:** 1-2 times a week

Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 10/23/2018

# Plan of Care

**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance), Neuromuscular Rehabilitation (Muscle Re-Education, Sequencing), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization), Massage, Patient Education (Home Exercise Program, Postural Training, Lifting Mechanics)

**Modalities**

To Improve (Pain Relief, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Biofeedback Training
Progress on PROM exercise and AAROM next visit

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

Timothy Uhl, PhD, PT, ATC
License #001318
*Electronically Signed by Timothy Uhl, PhD, PT, ATC on October 23, 2018 at 4:49 pm*

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
______________________________________________

Physician Signature______________________________
T. W. Wilkes, MD

Date:______________

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 25 Oct 2018 16:07:33 +0000
**To:** donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6048215, JAMES D ZOLL
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=6048215.10-25-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

October 25, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 12/9/2018. STD benefits are payable from 7/19/2018 through 12/9/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 12/9/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 25 Oct 2018 16:07:33 +0000
**To:** donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6048215, JAMES D ZOLL
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=6048215.10-25-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

October 25, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 12/9/2018. STD benefits are payable from 7/19/2018 through 12/9/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 12/9/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

JAMES D ZOLL

0000

*40000002002913*

**Lincoln/Zoll 3090**

**Lincoln/Zoll 3090**

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

October 25, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 12/9/2018. STD benefits are payable from 7/19/2018 through 12/9/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***
Please note that extension of benefits beyond 12/9/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

JOHN ZIEGLER
1221 S BROADWAY
LEXINGTON KY 40504

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

October 17, 2018

John Ziegler
1221 S BROADWAY
LEXINGTON, KY 40504

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 6048215
Claimant: James D Zoll
Claimant D.O.B.:

Dear John Ziegler:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 20, 2018 through present

We ask that you provide this information by October 23, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7094 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nick Torres
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41499
Secure Fax No.: (603) 334-7094

**From:** Jeff Williamson
**To:** DisabilityDocuments; Zolltar7
**Subject:** Attn: Nick Torres - James Zoll Case #6048215
**Date:** Wednesday, October 17, 2018 4:33:13 PM

---



Attn: Nick Torres

Claim # 604 8215
James Zoll
10/17/18

Saw orthopedic surgeon, Dr. Wilkes, today.
Start physical therapy next week, Tuesday, Oct. 23rd, 2018

ZOLL, JAMES D (Id #21795182, dob: [redacted]

# Lexington Clinic

LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756
Ph (859) 258-4000 Fax (859) 258-8239

Date: 10/17/2018

To Whom It May Concern:

Mr Zoll was seen in my office today and needs to remain off work until after his next follow up appt in my office. Mr Zoll will be starting physical therapy next week.

Sincerely,

Trevor Wilkes

Electronically Signed by: TREVOR WILKES, MD

ZOLL, JAMES D (id #21795182, dob: )

Family History

Family History not reviewed (last reviewed 09/05/2018)

| | |
|---|---|
| Father | - Hypercholesterolemia<br>- Hypertensive disorder |
| Mother | - Hypercholesterolemia<br>- Mental disorder<br>- Migraine |
| Paternal Grandmother | - Diabetes mellitus |
| Paternal Grandfather | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

Social History

Social History not reviewed (last reviewed 09/05/2018)
**Orthopedic Surgery**
Smoking Status: Never smoker
Non-smoker
Hand Dominance: Right
Marital status: Domestic Partner
Occupation: Toyota (TMMK)
Are you currently employed?: Y
Alcohol intake: Occasional
Caffeine intake: Occasional
05/23/2016: Depression Screening*-Date 05/23/2016

Surgical History

Surgical History not reviewed (last reviewed 09/05/2018)
Other - Testicular surgery

?ast Medical History

?ast Medical History not reviewed (last reviewed 09/05/2018)
ncluded as Review of Systems: **Y**
nxiety/Depression: **Y**
ligh Cholesterol: **Y**
ligraines: **Y**

rocedure Documentation

**o Note:**

LEXINGTON CLINIC AMBULATORY SURGERY CENTER

**OPERATIVE NOTE**

**SURGERY DATE:September 17, 2018**

**PREOPERATIVE DIAGNOSIS:left shoulder full-thickness supraspinatus tear and severe bicipital tenosynovitis**

**POSTOPERATIVE DIAGNOSIS:** the same with some degenerative superior labral tearing, inflammatory bursal changes in the subacromial space

**PROCEDURE**: left shoulder arthroscopy with

Double row arthroscopic supraspinatus repair

Arthroscopic biceps tenodesis

Limited debridement of the glenohumeral joint superior labrum

Limited subacromial decompression

ZOLL, JAMES D (id #21795182, dob:

**ASSISTANT:Bethany Begley, PA-C physician assistant medically required for our manipulation, anchor insertion, suture passage and holding the camera during knot tying**

**ANESTHESIA**: Gen with endotracheal airway and regional block with catheter

**INDICATIONS**: 49-year-old gentleman with traumatic shoulder injury. Recalcitrant shoulder pain and weakness. Physical exam and MRI suggested a significant rotator cuff injury 49-year-old male. He was consulted regarding operative and nonoperative treatment Informed consent was discussed with the patient. This included the risks of anesthesia, bleeding, nerve damage, infection, the need for further surgeries, disability and death. Failure of the procedure and the need for appropriate rehabilitation were noted. Consent was confirmed.

**COMPLICATIONS**: None

**OPERATIVE NOTE**: identified marked. Consent confirmed. After the induction of anesthesia carefully padded and positioned in the modified beachchair 60" position. Cervical spine stabilized. Benign exam under anesthesia. Meticulous sterile prep and drape. Surgical timeout. Anatomic landmarks marked. We entered the glenohumeral space through the posterior portal. The superior labrum was degenerative torn. There was a severe synovitic changes in the interval as well as a partially torn and Tina synovitic long head biceps. There was fraying of the upper border subscapularis but a good insertion on the lesser tuberosity which was ensure even with posterior force on the humerus. There was a full-thickness tear of the supraspinatus with a traumatic V-shaped retracted edge. Infraspinatus benign Axillary recess benign. We created a rotator interval portal. We cut the long head biceps. We debrided the superior labrum and rotator interval. Created our anterolateral portal and debrided the undersurface of the tear with the camera in the joint. We moved the subacromial space. There was signs of extensive inflammatory bursal changes. Adhesions and hemorrhagic bursa. We utilized the cautery shaver to debride this. We removed soft tissues from the undersurface of the acromion for visualization. We performed a light decompression with smoothing of the bone. We did not violate the coracoacromial arch or the acromioclavicular joint. We decorticated the footprint. We inserted 2 medial row anchors. We passed all 4 fiber tapes independently. Holding crossed into a crossing double row suture bridge pattern. We utilized the anterior lateral anchor which was placed adjacent to the bicipital groove. We created a tenodesis top the groove with a locking grasping luggage tag stitch. This was tied with standard Revo knot. Was excellent stable repair to rotation and probing. Final images. Portals closed with nylon. Soft sterile dressing and sling. Anesthesia reversed and accompanied to the holding area in stable condition.

**CONDITION ON DISCHARGE**: The patient was discharged home in satisfactory condition.

## Assessment / Plan

None recorded.

### Return to Office

- BETHANY BEGLEY, PA-C for HOSPITAL FOLLOW-UP at ORTHOPEDICS EAST on 09/28/2018 at 10:15 AM
- STEPHEN C UMANSKY, MD for RECHECK at ORTHOPEDICS PICADOME on 10/23/2018 at 02:05 PM
- TREVOR WILKES, MD for HOSPITAL FOLLOW UP/RECHECK at ORTHOPEDICS PICADOME on 10/24/2018 at 10:45 AM

## Encounter Sign-Off

Encounter signed-off by TREVOR WILKES, MD, 09/17/2018.

Encounter performed and documented by TREVOR WILKES, MD
Encounter reviewed & signed by TREVOR WILKES, MD on 09/17/2018 at 10:11am

Nick Torres

Sent from Yahoo Mail for iPhone

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 17 Oct 2018 17:01:38 +0000
**To:** donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6048215, JAMES D ZOLL
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=6048215.10-17-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

October 17, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 10/23/2018. STD benefits are payable from 7/19/2018 through 10/23/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 10/23/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 17 Oct 2018 17:01:38 +0000
**To:** donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6048215, JAMES D ZOLL
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=6048215.10-17-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

October 17, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 10/23/2018. STD benefits are payable from 7/19/2018 through 10/23/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 10/23/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

JAMES D ZOLL

0000

*40000020002913*

**Lincoln/Zoll 3108**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

October 17, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 10/23/2018. STD benefits are payable from 7/19/2018 through 10/23/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***
Please note that extension of benefits beyond 10/23/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** Jeff Williamson
**To:** DisabilityDocuments; Zolltar7
**Subject:** James Zoll 6048215
**Date:** Tuesday, October 16, 2018 3:51:43 PM

---

NEW LEXINGTON CLINIC PSC • 100 N EAGLE CREEK DR, LEXINGTON KY 40509-1805

**ZOLL, JAMES D (id #21795182, dob:**

ORTHO WORK STATUS

Work Comp Ins Carrier:
Case Manager:
Case #:
Telephone:
Fax:
Address:

☐ REGULAR DUTY

☒ UNABLE TO RETURN
☐ For 3 days then modified duty
☐ For 1 week
☒ Until follow up appointment - after October 17, 2018

☐ MODIFIED DUTY AS DESCRIBED BELOW:
☐ No driving commercial vehicles
☐ No prolonged standing and walking
☐ No climbing
☐ No prolonged sitting
☐ No work near moving machinery
☐ Physical/Occupational Therapy
☐ Limited use of the ☐ LEFT ☐ RIGHT ☐ ARM ☐ LEG
☐ Keep stitches clean and dry
☐ Can only work in splint
☐ No repetitive gripping
☐ Sit down work only
☐ No overhead work with arm
☐ No pushing, pulling, lifting, gripping 5 lbs
☐ No shoulder movement at above shoulder height

☐ OTHER: If modified duty is not available, patient is to remain out of work until follow up appointment

MMI: ☐ Yes ☐ No Projected MMI Date:

F/U Appointment: [ ] days [ ] weeks [ ] Months ☐ PRN Other:

Electronically Signed by: TREVOR WILKES, MD

Sent from Yahoo Mail for iPhone

Lincoln/Zoll 3111

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 19 Sep 2018 16:08:59 +0000
**To:** donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6048215, JAMES D ZOLL
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=6048215.09-19-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 19, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 10/16/2018. STD benefits are payable from 7/19/2018 through 10/16/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 10/16/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 19 Sep 2018 16:08:59 +0000
**To:** donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6048215, JAMES D ZOLL
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=6048215.09-19-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 19, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 10/16/2018. STD benefits are payable from 7/19/2018 through 10/16/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 10/16/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Short Term Disability ("STD”) benefits under Toyota’s Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

«Sequence_Number»
Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

JAMES D ZOLL

0000

*4000002002913*

**Lincoln/Zoll 3118**

Lincoln/Zoll 3119

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 19, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 10/16/2018. STD benefits are payable from 7/19/2018 through 10/16/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***
Please note that extension of benefits beyond 10/16/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

MediCopy Services, Inc.
PO Box 331787
Nashville TN 37203

MediCopy

PHONE: 866-587-6274 TAX ID 75-3134811

LIBERTY MUTUAL (LONDON KY)
PO BOX 7209
LONDON KY 40742

| | |
|---|---|
| Invoice # | 12437101 |
| Invoice Date | August 10, 2018 |
| Balance Due (USD) | $41.56 |

PAST DUE!

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| LEXCL85 | HEALTH INFORMATION REQUESTED FROM THE LEXINGTON CLINIC<br><br>BASIC MEDICAL RECORDS FEE | 35.00 | 1 | 35.00 |
| LEXCLADD | MEDICAL RECORDS PER PAGE | 0.50 | 3 | 1.50 |
| FAX | FAXED RECORDS FROM SECURED DATA LINE (RECORDS ATTACHED) | 0.02 | 3 | 0.06 |
| 10 | IF YOU WISH TO MAKE A CREDIT CARD PAYMENT OVER THE PHONE, THERE WILL BE A $10 CONVENIENCE FEE | 0.00 | 1 | 0.00 |
| Late Fee | [09/11/18] A late payment fee has been applied to this invoice. | 5.00 | 1 | 5.00 |

| | |
|---|---|
| Total | 41.56 |
| Amount Paid | 0.00 |
| Balance Due (USD) | $41.56 |

**Terms**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE
ASSESSED TO YOUR INVOICE/ACCOUNT
IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.

**Notes**
JAMES ZOLL

LEXINGTON CLINIC

CLAIM # 6048215

PAST DUE!

# PAYMENT STUB

MediCopy Services, Inc.
PO Box 331787
Nashville TN 37203

**To Pay Your Invoice Online**
Go to https://medicopy.freshbooks.com/code and enter the code 3K5nmnrwZ5LuqGD4

| | |
|---|---|
| **Client** | LIBERTY MUTUAL (LONDON KY) |
| **Invoice #** | 12437101 |
| **Invoice Date** | August 10, 2018 |
| **Balance Due (USD)** | $41.56 |
| **Amount Enclosed** | |

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 1 7ep 208: 83+0h+; h #0000
**To:** donna.sut6erland@toyota.com4s6elly.s6rout@toyota.com
**Subject:** Claim 530J : 281, EAMS7 D ZOLL
**Attachments:** TSMA_03-033389_7TD_SXT_A7O.clm_num=30J : 281.09-01-8: .Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 5, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 9/24/2018. STD benefits are payable from 7/19/2018 through 9/24/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***
Please note that extension of benefits beyond 9/24/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 1 7ep 208: 83+0h+; h #0000
**To:** donna.sut6erland@toyota.com4s6elly.s6rout@toyota.com
**Subject:** Claim 530J : 281, EAMS7 D ZOLL
**Attachments:** TSMA_03-033389_7TD_SXT_A7O.clm_num=30J : 281.09-01-8: .Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 5, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 9/24/2018. STD benefits are payable from 7/19/2018 through 9/24/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***
Please note that extension of benefits beyond 9/24/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

JAMES D ZOLL

0000

*4000002002913*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 5, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 9/24/2018. STD benefits are payable from 7/19/2018 through 9/24/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***
Please note that extension of benefits beyond 9/24/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Short Term Disability ("STD”) benefits under Toyota’s Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** Jeff Williamson
**To:** DisabilityDocuments; Zolltar7
**Subject:** Claim 6048215 James Zoll - Attn: Nick Torres
**Date:** Wednesday, August 29, 2018 7:51:27 PM

---

Nick Torres, See attaches



Attn: Nick Torres

Claim# 604 8215
James Zoll

Surgery on left shoulder
9/17/18

Documents enclosed

Continuing physical therapy at Commonwealth Hand Therapy
wrist / From surgery 7/26/18

ZOLL, JAMES D (id #21795182, dob: [redacted]

# Lexington Clinic

LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756
Ph (859) 258-4000 Fax (859) 258-8239

Date: 08/21/2018

To Whom It May Concern;

Mr Zoll was seen in my office today. He will be having an upcoming outpatient procedure (Left Arthroscopic Rotator Cuff Repair) and will need to remain off work until after procedure. Procedure date is tentatively scheduled for 9/17/2018.

Sincerely,

Electronically Signed by: TREVOR WILKES, MD

ZOLL, JAMES D (id #21795182, dob: [redacted]

LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756
Phone: (859) 258-4000, Fax: (859) 258-8239

Date: 08/26/2018

Dear James Zoll,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: TREVOR WILKES, MD

## Patient Care Summary for James D Zoll

**Most Recent Encounter**
08/21/2018 Trevor Wilkes: 700 Bob-O-Link Dr. Lexington, KY 40504-3756, Ph. tel:+1-859-2584000

**Reason for Visit**
New Lt sho/LC MRI in sys/Consult req by: John Ziegler

**Assessment and Plan**

The following list includes any diagnoses that were discussed at your visit.
**1. Full thickness rotator cuff tear**
• rotator cuff injury: care instructions

Discussion Note: None recorded.

**Plan of Care**

| Reminders | | | Provider |
|---|---|---|---|
| **Appointments** | Recheck | 09/06/2018 1:40PM | Stephen C Umansky, MD |
| | Ambulatory Surgery Center Lc | 09/17/2018 7:00AM | Trevor Wilkes, MD |
| | Hospital Follow-up | 09/28/2018 10:15AM | Bethany Begley, PA-C |
| | Hospital Follow Up/recheck | 10/24/2018 10:45AM | Trevor Wilkes, MD |
| **Lab** | None recorded. | | |
| **Referral** | None recorded. | | |
| **Procedures** | None recorded. | | |
| **Surgeries** | None recorded. | | |
| **Imaging** | None recorded. | | |

**Current Medications**

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| amitriptyline 10 mg tablet<br>Take 1 tablet by oral route | 08/28/2016 | |
| atorvastatin 20 mg tablet<br>TAKE ONE TABLET BY MOUTH ONCE DAILY | 06/28/2018 | |
| betamethasone dipropionate 0.05 % topical cream<br>APPLY A THIN LAYER TO THE AFFECTED AREA(S) BY TOPICAL ROUTE ONCE DAILY as needed | 03/23/2018 | |
| clonazepam 1 mg tablet<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 06/28/2018 | |
| Imitrex 100 mg tablet<br>As Directed | 06/28/2018 | |

NEW LEXINGTON CLINIC PSC • 700 BOB-O-LINK DR, LEXINGTON KY 40504-3756
ZOLL, JAMES D (id #21795182, dob: 8)

| Name | Prescribed Date | Start Date |
|---|---|---|
| Mucinex DM | | |
| Norco 10 mg-325 mg tablet<br>TAKE 1/2-1 TABLET PO Q 6 HRS PRN SEVERE POST SURGICAL PAIN | 07/26/2018 | |
| Norco 7.5 mg-325 mg tablet<br>1 po every six hours as needed | 06/29/2018 | |
| nystatin 100,000 unit/gram topical cream<br>APPLY TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 2 TIMES PER DAY as needed | 06/28/2018 | |
| omeprazole 20 mg capsule,delayed release<br>Take 1 capsule every day by oral route | 03/23/2018 | |
| ProAir RespiClick 90 mcg/actuation breath activated<br>Inhale 2 puffs every 6-8 hours by inhalation route | 06/09/2017 | |
| sildenafil (antihypertensive) 20 mg tablet<br>Take 1-3 tablets daily as needed for erectile dysfunction | 01/29/2018 | |
| Viagra 100 mg tablet<br>As needed | | 01/23/2014 |
| Zanaflex 4 mg tablet<br>1 Bedtime prn | 06/28/2018 | |
| Zoloft 100 mg tablet<br>1.5 Daily | 06/28/2018 | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Body Surface Area |
|---|---|---|---|---|
| 6 ft | 207 lbs 16 oz | 28.2 kg/m2 | 119/83 mm[Hg] | 2.19 |

## Lab Results

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| NKDA | | | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Cervical Radiculopathy | Active | 10/05/2015 | History |
| Displacement of Cervical Intervertebral Disc | Active | 10/13/2015 | History |
| Clinical Finding | Active | 10/20/2015 | History |
| Hyperlipidemia | Active | 02/10/2016 | History |
| Vascular Headache | Active | 02/10/2016 | History |
| Mental Disorder | Active | 02/10/2016 | History |
| Refractory Migraine with Aura | Active | 07/18/2016 | History |
| Cervical Disc Disorder | Active | 07/18/2016 | History |
| Inflammatory Dermatosis | Active | 06/29/2016 | History |
| Elevated Blood-pressure Reading without Diagnosis of Hypertension | Active | 11/17/2016 | History |

**Notes:** 01/01/1900: Depression Screening" Date 05/23/2016

## Procedures

| Date | Name | Performed by |
|---|---|---|
| | Other<br>**Notes:** Testicular surgery | Information not available |
| | Hernia Repair<br>**Notes:** 2008 | Information not available |

Sent from Yahoo Mail for iPhone

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Fax Cover Sheet

**To: Torres, Nick**
**Organization: Liberty Mutual**
**Fax: 6033347094**

**From: Kyle Matthew Mullins, MS, OTR/L, CHT**
**Sent on: August 17, 2018**

**Regarding: Flowsheet: 08/16/2018, Script signed 7/26/18.pdf, Splint Form L3906.pdf, IE signed 8/6/18.pdf, Script signed 8/8/18.pdf, DME A6025.pdf, Flowsheet: 07/31/2018, Flowsheet: 08/02/2018, Flowsheet: 08/06/2018, Flowsheet: 08/08/2018, Flowsheet: 08/10/2018, Flowsheet: 08/13/2018, Flowsheet: 08/14/2018, Daily Note: 08/16/2018, Daily Note: 08/14/2018, Daily Note: 08/13/2018, Daily Note: 08/10/2018, Daily Note: 08/08/2018, Daily Note: 08/06/2018, Daily Note: 08/02/2018, Initial Examination: 07/31/2018, Daily Note: 07/31/2018, Upper Extremity Quick DASH: 07/31/2018, Plan of Care: 07/31/2018 for Zoll, James D.**

Patient requested that these records be sent to you.
Thanks

Thank you for this referral --

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/16/2018 **Start Date:** 07/31/2018
**Physician:** S. Umansky, MD (1134142938)
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-16

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Paraffin | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Dorsal Compartment Stretch w/ KB | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Volar Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Vibes | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 85

**Total Minutes by Procedure**
Therapeutic Exercise: 75



Powered by WebPT

NEW LEXINGTON CLINIC PSC • 700 BOB-O-LINK DR, LEXINGTON KY 40504-3756

ZOLL, JAMES D (Id #21795182), dob:

LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE
700 BOB-O-LINK DR

Diagnosis: S/P ORIF left distal radius fracture
ICD-10:

| PHYSICAL/OCCUPATIONAL THERAPY ORDER | |
|---|---|
| ☐ EVALUATE AND TREAT | |
| ☑ AROM/AAROM | ☐ Moist Heat/Paraffin |
| [illegible] | [illegible] |
| ☐ Strengthening/Stabilization | ☐ Fluidotherapy |
| ☐ Nerve Glides/Neurotension | ☐ Iontophoresis |
| [illegible] | [illegible] |
| ☐ Consult w/Local Therapist | ☐ Cervical/Lumbar Traction |
| ☐ Functional Capacity Eval. | ☐ Whirlpool |
| **DME / OTC Braces** | **Custom Braces** |
| [illegible] | [illegible] |
| ☐ Dynamic Elbow Brace | ☐ Resting Hand |
| ☐ Home E-Stim Unit | ☑ Wrist Gauntlet |
| ☐ Home Cervical Tract. Unit | ☐ Hand Based Thumb Spica |
| ☐ Home TENS Unit | ☐ Forearm Based Thumb Spica |
| ☐ Neoprene CMC Brace | ☐ Elbow Long Arm/Hinge |
| ☐ Capener/Tube Splint | ☐ Dynamic Flex/Ext. |
| ☐ Elastomer/Silicone | ☐ Dorsal Block |

Special Instructions: Date of surgery 7/26/18; start therapy 3-5 days post-op.

Electronically Signed by: STEPHEN C UMANSKY, MD

**Custom Upper Extremity Orthotic Fabrication/Delivery Form**
(circle appropriate items)

Patient's Name: James Zoll

HICN#:

| Orthotic Type | HCPCS L-Code | Additions | Thermoplastic Material | Strapping | Orthotic Purpose/Goal |
|---|---|---|---|---|---|
| **EWHO, Static** | | Dynamic Ext. | Orthoplast 1/8" | Velcro Loop x3 | ✓ Protective |
| Long Arm Brace | L3763 | -Elbow | | | |
| **EWHO, Dynamic** | | -Wrist | Orthoplast | 1 1/2" Loop | Minimize Scar/ Adhesions |
| Long Arm Brace, w/ attachments | L3764 | -Fingers | Perforated | | |
| **EO, Static** | | -Thumb | | 2" Velfoam x3 | Increase Function |
| Nonarticular Forearm Brace | L3702 | | Orthoplast II | | |
| Elbow Orthotic Excludes Wrist | L3702 | Dynamic Flexion | | 1" Alpha | Traction |
| Static Progressive Elbow | L3740 | -Elbow | Orthoplast II | Splintstrap | |
| **EO, Dynamic** | | -Wrist | Perforated | | ✓ Stabilizing |
| Hinged Elbow, Double Upright, | | -Fingers | | 2" Alpha | |
| Flex/Ext Assist | L3730 | -Thumb | Prism 1/8" | Splintstrap | Tone Reducing |
| **EO** | | | | | |
| Hinged, Double Upright, Free Motion | L3270 | | Orfit 1/8" | 1" Alphastrap | Extension Blocking |
| Hinged, Double Upright w/ Adjust. | | MCP Block | | | |
| Position Lock/Active Control | L3740 | | Orfit | 1.5" Alphastrap | Flexion Blocking |
| **WHO, Static** | | Check-Rein | Maxi-Perforated | | |
| Wrist Gauntlet | L3906 (L) | | | 2" Alphastrap | Corrective Extension |
| Leather Wrist Gauntlet | L3906 | | Orfit | | |
| Static Cock-Up | L3906 | Outrigger | Micro-Perforated | **Padding** | Corrective Flexion |
| **WHFO, Static** | | | 1/16" | | |
| FB Thumb Spica | L3808 | Crane | | LuxFoam | ✓ Limit Motion |
| FB Resting/Duput/Gutter | L3808 | | Neoprene | | |
| FB P1 Block | L3808 | | | Splint Pad | ✓ Rest |
| Dorsal Blocking Orthosis | L3808 | Side-Rigger | Aquaplast | (1/8 White) | |
| **WHOFO, Dynamic** | | | | | Balance Muscle Power |
| Dynamic Flex/Ext Tendon | L3806 | Elbow Hinge | EZ Form | Splint Cushion | |
| FB MP Flexion | L3806 | | | (1/8" Beige) | Prevent/Correct Deformity |
| FB Outrigger w/Crane | L3806 | | Northcoast | | |
| FB P1 Block | L3806 | | Preferred 1/8" | Splint Cushion | Exercise |
| FB Thumb Ext | L3806 | Wrist Hinge | | (1/4" Beige) | |
| Composite IP/Intrinsic Stretch | L3806 | | Northcoast | | Protective Extension |
| FB MP Ext. Outrigger | L3806 | Splint Tuner | Clinic Perforated | Firm Foam | |
| Dorsal Blocking w/Kleinert Traction | L3806 | | | (3/16" White) | Protective Flexion |
| **HFO, Static** | | | Other: | | |
| C-Bar/P1 Block (MAC) WC | L3913 | Rubberband | | Moleskin | Assistive Extension |
| HB Spica/CMC | L3913 | Posts | **Fasteners** | | |
| Opponens | L3913 | | | Contour Foam | Assistive Flexion |
| Anti-Claw Orthosis | L3913 | Line Guides | 1" Velcro Hook x3 | | |
| HB Resting/Duput/Gutter/P1 Block | L3913 | | | PPT | Normalize First Web Space |
| Galviston-Type Flexion Strap | L3913 | Adjustable | Rivets | | |
| **HFO, Dynamic** | | Tension | | Slofoam | |
| HB Dyn./P1 Block/Short Dorsal OR | L3921 | Connectors | -Small x3 | (Pink) | |
| HB Thumb Flexion or Extension | L3921 | | | | |
| Blocked IP/MP, Tendon Assist | L3921 | Wire for | -Medium | Slofoam | |
| Yoke | L3927 | Outriggers | | (Blue) | |
| **FO, Static** | | | -Large | | |
| Finger Splint/Gutter or Circular | L3933 | Finger Sling | | | |
| Figure 8 Finger Orthosis | L3933 | | | | |
| **FO, Dynamic** | | | D-Rings | | |
| Dynamic Flex/Ext Guttor | L3955 | | | | |

I acknowledge receipt of the above described items on this date:

FB- forearm based HB- hand based Dyn- dynamic Flex- flexion Ext- extension

Patient: X James Zoll Date: 7/31/18 Fabricator: Kyle Mullins

White - Patient Chart/DME Binder Yellow - Patient

Commonwealth Hand Therapy
330 Waller Ave Ste 275
Lexington, KY 40504 2930
Phone: (859)447 8600

# Occupational Therapy Initial

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Umansky, Stephen MD

**Time In/Out:** 11:30 pm/12:45 pm
**Visit No.:** 1

**Date of Initial Examination:** 07/31/2018
**Injury/Onset/Change of Status Date:** 07/19/2018
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture
**Surgery:** (Date/Type) 07/26/2018 ORIF L DR FX
**Treatment Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient fell while vacationing in California.
**Primary Concern/Chief Complaint:** Edema, stiffness, shoulder pain.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Self Care:**
**Carrying, Moving & Handling Objects:**
**Pain Scale: Worst:** 6 **Best:** 3 **Current:** 4
**Home Health Care:** No
**Medical History:** Fracture Or Suspected Fracture (Due To Major Fall, Current FX), Depression, headaches
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Medical History Review:** The patient's occupational profile and medical and therapy history includes an expanded review of medical and/or therapy records and additional review of physical, cognitive, or psychosocial history related to current functional performance.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Not currently taking any medications
None listed on EDOC

## Objective

**Inspection**

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |
| **Post Operative/Wound Healing** | Incision Sites:Clean and healing well |

**Outcome Measurement Tools**

**Upper Extremity**

| | |
|---|---|
| Upper Extremity Quick DASH | 93.18/100 |

**Range of Motion**

**Comments**

Fist 75%
Hook 50%

VF 25
DF 25

Pro 80
Sup 15

PT

Lincoln/Zoll 3144

330 Waller Ave Ste 275

Occupational Therapy

Date of Birth:

Examination

Assessment

Assessment/Diagnosis: Patient is 5D S/P ORIF L DR FX [illegible]

moderate modification of tasks or assistance with assessment is necessary to enable patient to complete evaluation component.
Patient Education: [illegible] educated on BS [illegible]

[illegible]

[illegible]

Contraindications to Therapy: None
**Patient Problems:**
[illegible]

- Joint stiffness
- Edema/flare

**Short Term Goals:**
[illegible] HEP
2: (4 Weeks) 10% I with self care

**Long Term Goals:**
[illegible] management
2: (8 Weeks) 0% I with work tasks

## Plan

**Frequency:** 2-3 times a week
**Duration:** 10 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Endurance, Stability), Therapeutic Activity, Neuromuscular Rehabilitation (Muscle Re-Education), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization), Patient Education (Home Exercise Program), Self Care

**Modalities**

[illegible] PT

From HylaFAX Enterprise

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Occupational Therapy Initial Examination

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 07/31/2018

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Whirlpool, Paraffin Bath, Hot Packs

**Specialties**
Orthotic Fabrication

**Electronically signed by STEPHEN C UMANSKY, MD on 08/06/2018 at 07:45::39 AM**

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

Kyle Matthew Mullins, MS, OTR/L
License #162387
*Electronically Signed by Kyle Matthew Mullins, MS, OTR/L on July 31, 2018 at 1:28 pm*

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Physician Signature______________________________
S. Umansky, MD

Date:______________

PT

Hand Therapy
• Suite 275 • Lexington, KY 40504
www.commonwealthhandtherapy.com

Office : 859.447.8600
Fax : 859.447.8599
TF : 1.844.434.HAND (4263)

Name: James Zoll

## Occupational Therapy Referral

_______ Evaluate & Treat

Dx: S/P ORIF (L) DR

ICD10: ______

Frequency/Duration: ______ times a week for ______ weeks.

**Therapy Order:**

- ☑ AROM / AAROM
- ☑ PROM / Joint Mobilization
- ☐ Strengthening / Stabilization
- ☐ Nerve Glides / Neurotension
- ☐ Work Condition / Hardening
- ☐ Proximal Screening
- ☐ Desensitization
- ☐ Functional Capacity Eval.
- ☐ Moist Heat / Paraffin
- ☐ Ice / Cold Pack
- ☐ Fluidotherapy
- ☐ Iontophoresis
- ☐ Ultrasound
- ☐ TENS / E-Stim
- ☐ Cervical / Lumbar Traction
- ☐ Whirlpool

**DME / OTC Braces:**

- ☐ Dynamic Wrist Brace
- ☐ Dynamic Elbow Brace
- ☐ Home E-Stim Unit
- ☐ Home Cervical Traction Unit
- ☐ Home TENS Unit
- ☐ Neoprene CMC Brace
- ☐ Capener / Tube Splint
- ☐ Elastomer / Silicone

**Custom Braces:**

- ☐ Brace of Choice
- ☐ Resting Hand
- ☐ Wrist Gauntlet
- ☐ Hand Based Thumb Spica
- ☐ Forearm Based Thumb Spica
- ☐ Elbow Long Arm / Hinge
- ☐ Dynamic Flex. / Ext.
- ☐ Dorsal Block

Special Instructions/Precautions: Wean from splint by 6 weeks post-op

Michelle Dentra PAC
Physician's Signature

Date 8/8/18

COMMONWEALTH HAND THERAPY

# Receipt/Proof of Delivery

Patient Name: [redacted] James Zoll Address: ______________________

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ~~Edema Glove~~ | ~~L3999a~~ | ~~$20.00~~ | ☐ | Theraputty | A9300a | $8.00 | ☐ |
| Elastomer | A6025 | $45.00 | ☒ | Big Gripper/Hand Exerciser | A9300c | $15.00 | ☐ |
| ~~Silicone/Silipos~~ | A6025a | $30.00 | ☐ | Vibrating Scar Massager | A9300f | $48.00 | ☐ |
| Electrodes | A4556 | $12.00 | ☐ | Coban | A9300h | $3.00 | ☐ |
| Tape | A4450 | $1.00 | ☐ | Mac Blocker | A9300i | $40.00 | ☐ |
| 4 inch Gauze Pad | A6219 | $1.00 | ☐ | Buddy Strap/Soft | A9300j | $15.00 | ☐ |
| 3 inch Roll Gauze | A6266 | $2.00 | ☐ | Elbow Pad | L3995 | $_____ | |
| 2 inch Roll Gauze | A6266a | $2.00 | ☐ | Comfort Cool | L3924 | $_____ | |
| 1 inch Roll Gauze | A6266b | $2.00 | ☐ | Tube Splint | L3925d | $_____ | |
| 2 inch Digi Gauze | A6457 | $1.00 | ☐ | Knuckle Bender | L3930 | $_____ | |
| Other _______ | _______ | | $_____ | Buddy Strap/Yoke | L3927a | $_____ | |

ABN Signed YES or NO Therapist's Initials _________

| Account | | Payment Made By: |
|---|---|---|
| Amount Due: | $45 | ☐ Cash |
| Amount Paid: | 45.00 | ☒ Check/Credit Card |
| Balance Due: | 0 | ☐ Billed to Insurance |

**Patient Agreement of Benefit/Proof of Delivery for Durable Medical Equipment**

By signing below, I acknowledge instruction on use and receipt/delivery of the above mentioned device/item. I understand this device has been fitted especially to me for medical purposes and once it has left the clinic it may not be returned.

I hereby request and authorize payment of any Medicare or other third party payer benefits be paid directly to Commonwealth Hand Therapy for services rendered to me or to another family member covered by my medical insurance plan. I understand that I am legally responsible for any cost not paid by my medical insurance plan including insurance plans not effective at time of service.

Additionally, I understand that my personal health information will only be released for the purposes of treatment, payment and health-care operations.

☐ I do not wish to have my medical insurance billed for/notified of the purchase of this medical item/equipment

X James Zoll | X James Zoll | 8-16-18
Signature of Patient/Responsible | Party Printed Name | Date

Kyle Mullins | Kyle Mullins | HS
Signature of CHT Employee | Printed Name | H.R. Initials

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 07/31/2018
**Physician:** S. Umansky, MD (1134142938)
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-07-31

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Basic 5 Tendon gliding | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wrist Blocks | | 5 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 15

**Total Minutes by Procedure**
Therapeutic Exercise: 15



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/02/2018 **Start Date:** 07/31/2018
**Physician:** S. Umansky, MD (1134142938)
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-02

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Moist Heat Pack | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Basic 5 Tendon gliding | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wrist Blocks | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 70

**Total Minutes by Procedure**
Therapeutic Exercise: 60



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/06/2018 **Start Date:** 07/31/2018

**Physician:** S. Umansky, MD (1134142938)

**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-06

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Moist Heat Pack | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Basic 5 Tendon gliding | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wrist Blocks | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 70

**Total Minutes by Procedure**
Therapeutic Exercise: 60

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/08/2018 **Start Date:** 07/31/2018

**Physician:** S. Umansky, MD (1134142938)

**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-08

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Moist Heat Pack | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 20 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Basic 5 Tendon gliding | | | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wrist Blocks | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 70

**Total Minutes by Procedure**
Therapeutic Exercise: 60



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/10/2018 **Start Date:** 07/31/2018

**Physician:** S. Umansky, MD (1134142938)

**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-10

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Moist Heat Pack | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Volar Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Dorsal Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Vibes | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 85

**Total Minutes by Procedure**
Therapeutic Exercise: 75

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/13/2018 **Start Date:** 07/31/2018
**Physician:** S. Umansky, MD (1134142938)
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-13

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Moist Heat Pack | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 20 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Dorsal Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Volar Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Vibes | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Fluido with sign language | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 100

**Total Minutes by Procedure**
Therapeutic Exercise: 90

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY, 40504-2930
P: (859)447-8600
F: (859)447-8599

# FLOWSHEET

**Patient:** Zoll, James D.

**Date:** 08/14/2018    **Start Date:** 07/31/2018
**Physician:** S. Umansky, MD (1134142938)
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Location: gym**

2018-08-14

| Exercise | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| Moist Heat Pack | | 10 | | | | | | 1:1 w/Therapist *KM* |
| Joint Mobilization/Prom | | 15 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Dorsal Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Volar Compartment Stretch | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Penny Trap | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Wristocisor | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Individual Tendon Glides | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |
| Vibes | | 10 | | | | | Therapeutic Exercise | 1:1 w/Therapist *KM* |

Sum of minutes: 85

**Total Minutes by Procedure**
Therapeutic Exercise: 75


Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Umansky, Stephen MD

**Time In/Out:** 1:30 pm/2:55 pm
**Date of Original Eval:** 07/31/2018
**Treatment Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Date of Daily Note:** 08/16/2018
**Injury/Onset/Change of Status Date:** 07/19/2018
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture
**Surgery:** (Date/Type) 07/26/2018 ORIF L DR FX
**Visit No.:** 8
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt is 3w s/p.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Self Care:**
**Carrying, Moving & Handling Objects:**
**Home Health Care:** No
**Medical History:** Fracture Or Suspected Fracture (Due To Major Fall, Current FX), Depression, headaches
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions**
No lift, carry, push, pull.
No L2.
No sweat or wet at incision site.
Wear splint at all times except HEP.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GO:97110 | Therapeutic Exercise ( 60 min.)<br>60 min<br>See Flowsheet<br>KM | 4 |
| GO:97140 | Manual Therapy ( 15 min.)<br>15 min<br><br>KM | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GO:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>10 min<br>KM | 1 |

| CPT® Code | Supplies | Units |
|---|---|---|
| GO:A6025 | Elastomer | 1 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | VF: 50<br>DF: 55<br>Pro: 80<br>Sup: 60<br><br>Fist: 100%<br>Hook: 100% |
| Direct Minutes | 75 |
| Treatment Minutes | 85 |
| Total Direct Treatment Time today | 75 minutes for activities performed in direct (one-on-one) patient contact. |

Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 08/16/2018

## Assessment

**Assessment/Diagnosis:** Pt tolerated level 1 exercises well today. Pt I with elastomer added to HEP. MLFs include scar adhesions, joint stiffness, intrinsic and extrinsic tightness. Good functional outcomes anticipated with HEP, use of orthotic and avoidance of risk factors. Continue scar management and focus on muscle balancing. Pt to see MD for RC tear next week.

**Patient Education:** Continue HEP, use of orthotic and avoidance of risk factors.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- Scar adhesion
- Intrinsic/extrinsic tightness
- Joint stiffness
- Edema/flare

**Short Term Goals:**
1: (1 Visit) | Goal Met | I with splint/HEP |
2: (4 Weeks) | 10% | I with self-care |

**Long Term Goals:**
1: (6 Weeks) | 0% | I with home management |
2: (8 Weeks) | 0% | I with work tasks |

## Plan

**Instructions:** Progressing Patient Next Visit
L1 L ORIF DR FX

Kyle Matthew Mullins, MS, OTR/L, CHT
License #162387
*Electronically Signed by Kyle Matthew Mullins, MS, OTR/L, CHT on August 16, 2018 at 5:48 pm*

Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Umansky, Stephen MD

**Time In/Out:** 1:30 pm/2:55 pm
**Date of Original Eval:** 07/31/2018
**Treatment Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Date of Daily Note:** 08/14/2018
**Injury/Onset/Change of Status Date:** 07/19/2018
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture
**Surgery:** (Date/Type) 07/26/2018 ORIF L DR FX
**Visit No.:** 7
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt is 2 w 5 d s/p. Pt reports Edema, stiffness, shoulder pain. Currently 4/10 pain and 8/10 at worst pain with activity.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Self Care:**
**Carrying, Moving & Handling Objects:**
**Home Health Care:** No
**Medical History:** Fracture Or Suspected Fracture (Due To Major Fall, Current FX), Depression, headaches
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions**
No lift, carry, push, pull.
No L2.
No sweat or wet at incision site.
Wear splint at all times except HEP.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GO:97110 | Therapeutic Exercise ( 60 min.)<br>60 min<br>See Flowsheet<br>KM | 4 |
| GO:97140 | Manual Therapy ( 15 min.)<br>15 min<br><br>KM | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GO:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>10 min<br>KM | 1 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Fist 90%<br>Hook 90%<br>VF 50<br>DF 50<br>VC 40<br>DC 35<br>Pro 80 Sup 60 |
| Direct Minutes | 75 |
| Treatment Minutes | 85 |
| Total Direct Treatment Time today | 75 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 08/14/2018

**Assessment/Diagnosis:** Pt tolerated level 1 ROM well today. MLFs include: intrinsic tightness, extrinsic tightness, joint stiffness, and scar adhesion. Improving edema, pronation and supination, and functional use. Continue scar management. Anticipate good outcome with continued therapy, HEP, and splint.

**Patient Education:** Continue HEP. Orthotic wear AAT except HEP.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- Scar adhesion
- Intrinsic/extrinsic tightness
- Joint stiffness
- Edema/flare

**Short Term Goals:**
1: (1 Visit) | Goal Met | I with splint/HEP |
2: (4 Weeks) | 10% | I with self-care |

**Long Term Goals:**
1: (6 Weeks) | 0% | I with home management |
2: (8 Weeks) | 0% | I with work tasks |

## Plan

**Instructions:** Progressing Patient Next Visit
L1 L ORIF DR FX

Kyle Matthew Mullins, MS, OTR/L
License #162387
*Electronically Signed by Kyle Matthew Mullins, MS, OTR/L on August 14, 2018 at 9:30 pm*



Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Umansky, Stephen MD

**Time In/Out:** 2:00 pm/3:40 pm
**Date of Original Eval:** 07/31/2018
**Treatment Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Date of Daily Note:** 08/13/2018
**Injury/Onset/Change of Status Date:** 07/19/2018
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture
**Surgery:** (Date/Type) 07/26/2018 ORIF L DR FX
**Visit No.:** 6
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt is 2 w 4 d s/p. Pt reports Edema, stiffness, shoulder pain.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Self Care:**
**Carrying, Moving & Handling Objects:**
**Home Health Care:** No
**Medical History:** Fracture Or Suspected Fracture (Due To Major Fall, Current FX), Depression, headaches
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions**
No lift, carry, push, pull.
No L2.
No sweat or wet at incision site.
Wear splint at all times except HEP.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GO:97110 | Therapeutic Exercise ( 75 min.)<br>75 min<br>See Flowsheet<br>KM | 5 |
| GO:97140 | Manual Therapy ( 15 min.)<br>15 min<br><br>KM | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GO:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>10 min<br>KM | 1 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | VF 45<br>DF 50<br>VC 40<br>DC 30<br><br>Pro 80<br>Sup 50<br><br>Fist 90%<br>Hook 80% |
| Direct Minutes | 90 |
| Treatment Minutes | 100 |
| Total Direct Treatment Time today | 90 minutes for activities performed in direct (one-on-one) patient contact. |

Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 08/13/2018

## Assessment

**Assessment/Diagnosis:** Patient is 2W 1D S/P ORIF L DR FX. Good progress of digits and wrist. MLFs are intrinsic tightness, extrinsic tightness, joint stiffness, and scar adhesion. Improving edema, rotation, and functional use. Begin scar management. Anticipate good outcome with continued therapy, HEP, and splint.

**Patient Education:** Patient educated on VC/DC stretch for HEP. Wear splint AAT except HEP

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**

- Scar adhesion
- Intrinsic/extrinsic tightness
- Joint stiffness
- Edema/flare

**Short Term Goals:**

1: (1 Visit) | Goal Met | I with splint/HEP |
2: (4 Weeks) | 10% | I with self-care |

**Long Term Goals:**

1: (6 Weeks) | 0% | I with home management |
2: (8 Weeks) | 0% | I with work tasks |

## Plan

**Instructions:** Progressing Patient Next Visit
L1 L ORIF DR FX

Kyle Matthew Mullins, MS, OTR/L
License #162387
*Electronically Signed by Kyle Matthew Mullins, MS, OTR/L on August 13, 2018 at 5:31 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Umansky, Stephen MD
**Time In/Out:** 1:30 pm/2:55 pm
**Date of Original Eval:** 07/31/2018
**Treatment Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Date of Daily Note:** 08/10/2018
**Injury/Onset/Change of Status Date:** 07/19/2018
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture
**Surgery:** (Date/Type) 07/26/2018 ORIF L DR FX
**Visit No.:** 5
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt is 1 w 6 d s/p. Pt reports Edema, stiffness, shoulder pain.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Self Care:**
**Carrying, Moving & Handling Objects:**
**Home Health Care:** No
**Medical History:** Fracture Or Suspected Fracture (Due To Major Fall, Current FX), Depression, headaches
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions**
No lift, carry, push, pull.
No L2.
No sweat or wet at incision site.
Wear splint at all times except HEP.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GO:97110 | Therapeutic Exercise ( 60 min.)<br>60 min<br>See Flowsheet<br>KM | 4 |
| GO:97140 | Manual Therapy ( 15 min.)<br>15 min<br><br>KM | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GO:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>10 min<br>KM | 1 |

CPT copyright 2017 American Medical Association. All rights reserved.

| | |
|---|---|
| Objective Findings | Hook and Fist 90%<br><br>DF 45<br>VF 35<br><br>Sup 40<br>Pro 80 |
| Direct Minutes | 75 |
| Treatment Minutes | 85 |
| Total Direct Treatment Time today | 75 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 08/10/2018

**Assessment/Diagnosis:** PAtient is 2W 1D S/P ORIF L DR FX. Good progress with AROM of digits and wrist. Incision is clean with no S/S of infection. Started light scar management. MLFs are intrinsic tightness, extrinsic tightness, scar adhesion, joint stiffness, and mild autonomic flare. Progress L1 activity as tolerated. Anticipate good outcome with continued therapy, splint, and HEP.

**Patient Education:** Patient edcuated on VC/DC stretch for HEP. Avoid risk factors. Wear splint AAT except HEP.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**

- Scar adhesion
- Intrinsic/extrinsic tightness
- Joint stiffness
- Edema/flare

**Short Term Goals:**

1: (1 Visit) | Goal Met | I with splint/HEP |
2: (4 Weeks) | 10% | I with self-care |

**Long Term Goals:**

1: (6 Weeks) | 0% | I with home management |
2: (8 Weeks) | 0% | I with work tasks |

## Plan

**Instructions:** Progressing Patient Next Visit
L1 L ORIF DR FX



Kyle Matthew Mullins, MS, OTR/L
License #162387
*Electronically Signed by Kyle Matthew Mullins, MS, OTR/L on August 10, 2018 at 3:17 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Umansky, Stephen MD

**Time In/Out:** 1:00 pm/2:10 pm
**Date of Original Eval:** 07/31/2018
**Treatment Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Date of Daily Note:** 08/08/2018
**Injury/Onset/Change of Status Date:** 07/19/2018
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture
**Surgery:** (Date/Type) 07/26/2018 ORIF L DR FX
**Visit No.:** 4
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt is 1 w 6 d s/p. Pt reports Edema, stiffness, shoulder pain.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Self Care:**
**Carrying, Moving & Handling Objects:**
**Home Health Care:** No
**Medical History:** Fracture Or Suspected Fracture (Due To Major Fall, Current FX), Depression, headaches
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions**
No lift, carry, push, pull.
No L2.
No sweat or wet at incision site.
Wear splint at all times except HEP.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GO:97110 | Therapeutic Exercise ( 40 min.)<br>40 min<br>See Flowsheet<br>KM | 3 |
| GO:97140 | Manual Therapy ( 20 min.)<br>20 min<br><br>KM | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GO:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>10 min<br>KM | 1 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | VF 45<br>DF 50<br>Pro 80<br>Sup 40<br>Fist 95%<br>Hook 90% |
| Direct Minutes | 60 |
| Treatment Minutes | 70 |
| Total Direct Treatment Time today | 60 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient is 1W 6D S/P ORIF L DR FX. Good progress with AROM of digits and wrist. Incision is clean with no S/S of infection. MLFs are: intrinsic tightness/ extrinsic tightness, scar adhesion, joint stiffness, and autonomic flare. Progress L1 activity as tolerated. Anticipate good outcome with continued therapy, splint, and HEP.

Powered by WebPT™

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 08/08/2018

**Patient Education:** Patient educated to continue HEP and avoid risk factors. Wear splint at all times. Avoid wet/sweat. Change bandage daily.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Scar adhesion
- Intrinsic/extrinsic tightness
- Joint stiffness
- Edema/flare

**Short Term Goals:**
1: (1 Visit) | Goal Met | I with splint/HEP |
2: (4 Weeks) | 10% | I with self-care |

**Long Term Goals:**
1: (6 Weeks) | 0% | I with home management |
2: (8 Weeks) | 0% | I with work tasks |

## Plan

**Instructions:** Progressing Patient Next Visit
L1 L ORIF DR FX



Kyle Matthew Mullins, MS, OTR/L
License #162387
*Electronically Signed by Kyle Matthew Mullins, MS, OTR/L on August 8, 2018 at 4:14 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Umansky, Stephen MD

**Time In/Out:** 1:30 pm/2:40 pm
**Date of Original Eval:** 07/31/2018
**Treatment Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Date of Daily Note:** 08/06/2018
**Injury/Onset/Change of Status Date:** 07/19/2018
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture
**Surgery:** (Date/Type) 07/26/2018 ORIF L DR FX
**Visit No.:** 3
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Edema, stiffness, shoulder pain.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Self Care:**
**Carrying, Moving & Handling Objects:**
**Home Health Care:** No
**Medical History:** Fracture Or Suspected Fracture (Due To Major Fall, Current FX), Depression, headaches
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions**
No lift, carry, push, pull.
No L2.
No sweat or wet at incision site.
Wear splint at all times except HEP.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GO:97110 | Therapeutic Exercise ( 50 min.)<br>See Flowsheet | 3 |
| GO:97140 | Manual Therapy ( 10 min.)<br>10 KM | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GO:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>10 KM | 1 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Fist 90%<br>Hook 85%<br><br>VF 45<br>DF 50<br><br>Pro 80<br>Sup 45 |
| Direct Minutes | 60 |
| Treatment Minutes | 70 |
| Total Direct Treatment Time today | 60 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient is 1W 4D S/P ORIF L DR FX. Good progress with AROM of digits and wrist. Incision is clean with no S/S of infection. MLFs are intrinsic/extrinsic tightness, scar adhesion, joint stiffness, and autonomic flare. Progress L1 activity as tolerated. Anticipate good outcome with continued therapy, splint, and HEP compliance.
**Patient Education:** Patient educated to continue HEP and avoid risk factors. Wear splint at all times. Avoid wet/sweat. Change bandage daily.
**Patient Demonstrates Compliance with Prescribed HEP**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Daily Note / Billing Sheet**

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 08/06/2018

**Rehab Potential:** Good
**Patient Problems:**
- Scar adhesion
- Intrinsic/extrinsic tightness
- Joint stiffness
- Edema/flare

**Short Term Goals:**
1: (1 Visit) | Goal Met | I with splint/HEP |
2: (4 Weeks) | 10% | I with self-care |

**Long Term Goals:**
1: (6 Weeks) | 0% | I with home management |
2: (8 Weeks) | 0% | I with work tasks |

## Plan

**Instructions:** Progressing Patient Next Visit
L1 L ORIF DR FX

Kyle Matthew Mullins, MS, OTR/L
License #162387
*Electronically Signed by Kyle Matthew Mullins, MS, OTR/L on August 6, 2018 at 3:35 pm*

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Umansky, Stephen MD
**Time In/Out:** 1:00 pm/2:10 pm
**Date of Original Eval:** 07/31/2018
**Treatment Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Date of Daily Note:** 08/02/2018
**Injury/Onset/Change of Status Date:** 07/19/2018
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture
**Surgery:** (Date/Type) 07/26/2018 ORIF L DR FX
**Visit No.:** 2
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Edema, stiffness, shoulder pain.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Self Care:**
**Carrying, Moving & Handling Objects:**
**Home Health Care:** No
**Medical History:** Fracture Or Suspected Fracture (Due To Major Fall, Current FX), Depression, headaches
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions**
No lift, carry, push, pull.
No L2.
No sweat or wet at incision site.
Wear splint at all times except HEP.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GO:97110 | Therapeutic Exercise ( 50 min.)<br>See Flowsheet | 3 |
| GO:97140 | Manual Therapy ( 10 min.)<br>10 KM | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GO:97010 | Hot/Cold Packs ( 10 min.)<br>Hot<br>10 KM | 1 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Fist 85%<br>Hook 85%<br><br>VF 45<br>DF 45<br><br>Pro 65<br>Sup 30 |
| Direct Minutes | 60 |
| Treatment Minutes | 70 |
| Total Direct Treatment Time today | 60 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient is 1W S/P ORIF L DR FX. Good progress with AROM. Incision is clean with no S/s of infection. MLFs are intrinsic/extrinsic tightness, edema, scar adhesion, joint stiffness, and autonomic flare. Progress L1 activity as tolerated. Anticipate good outcome with continued therapy, splint, and HEP compliance.
**Patient Education:** Patient educated to continue HEP and avoid risk factors. Wear splint AAT other than HEP. Avoid wet/sweat. Change bandage daily.
**Patient Demonstrates Compliance with Prescribed HEP**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 08/02/2018

**Rehab Potential:** Good
**Patient Problems:**
- Scar adhesion
- Intrinsic/extrinsic tightness
- Joint stiffness
- Edema/flare

**Short Term Goals:**
1: (1 Visit) | Goal Met | I with splint/HEP |
2: (4 Weeks) | 10% | I with self-care |

**Long Term Goals:**
1: (6 Weeks) | 0% | I with home management |
2: (8 Weeks) | 0% | I with work tasks |

## Plan

**Instructions:** Progressing Patient Next Visit
L1 L ORIF DR FX

Kyle Matthew Mullins, MS, OTR/L
License #162387
*Electronically Signed by Kyle Matthew Mullins, MS, OTR/L on August 2, 2018 at 2:59 pm*

Powered by WebPT

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Occupational Therapy Initial Examination

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Umansky, Stephen MD

**Time In/Out:** 11:30 pm/12:45 pm
**Visit No.:** 1

**Date of Initial Examination:** 07/31/2018
**Injury/Onset/Change of Status Date:** 07/19/2018
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture
**Surgery:** (Date/Type) 07/26/2018 ORIF L DR FX
**Treatment Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient fell while vacationing in California.
**Primary Concern/Chief Complaint:** Edema, stiffness, shoulder pain.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Self Care:**
**Carrying, Moving & Handling Objects:**
**Pain Scale: Worst:** 6 **Best:** 3 **Current:** 4
**Home Health Care:** No
**Medical History:** Fracture Or Suspected Fracture (Due To Major Fall, Current FX), Depression, headaches
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Medical History Review:** The patient's occupational profile and medical and therapy history includes an expanded review of medical and/or therapy records and additional review of physical, cognitive, or psychosocial history related to current functional performance.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Not currently taking any medications
None listed on EDOC

## Objective

### Inspection

**Patient Consent**

Patient/Parent/Guardian Consent: Yes

**Post Operative/Wound Healing**: Incision Sites:Clean and healing well

### Outcome Measurement Tools

**Upper Extremity**

Upper Extremity Quick DASH: 93.18/100

### Range of Motion

**Comments**

Fist 75%
Hook 50%

VF 25
DF 25

Pro 80
Sup 15

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Occupational Therapy Initial Examination

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 07/31/2018

## Assessment

**Assessment/Diagnosis:** Patient is 5D S/P ORIF L DR FX. Incision is clean with no S/S of infection. MLFs are intrinsic tightness, extrinsic tightness, edema, joint stiffness, muscle guarding, and mild autonomic flare. Started light tendon and joint glide HEP. Fabricated wrist gauntlet to protect fracture. Begin light L1 activity next visit. Anticipate good outcome with therapy, HEP, and splint/risk factor compliance.

**Patient Clinical Presentation:** Patient may present with comorbidities that affect occupational performance. Minimal to moderate modification of tasks or assistance with assessment is necessary to enable patient to complete evaluation component.

**Patient Education:** Patient educated on B5, individual tendon glide, and wrist block HEP. Instructed on splint wear and care (Wear splint AAT other than HEP). Change bandage 2X a day.

**Patient Demonstrates Compliance with Prescribed HEP**

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- Scar adhesion
- Intrinsic/extrinsic tightness
- Joint stiffness
- Edema/flare

**Short Term Goals:**

1: (1 Visit) | Goal Met | I with splint/HEP
2: (4 Weeks) | 10% | I with self-care

**Long Term Goals:**

1: (6 Weeks) | 0% | I with home management
2: (8 Weeks) | 0% | I with work tasks

## Plan

**Frequency:** 2-3 times a week

**Duration:** 10 weeks

**Plan:** Begin Plan as Outlined

**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Endurance, Stability), Therapeutic Activity, Neuromuscular Rehabilitation (Muscle Re-Education), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization), Patient Education (Home Exercise Program), Self Care

**Modalities**

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Occupational Therapy Initial Examination

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 07/31/2018

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Whirlpool, Paraffin Bath, Hot Packs

**Specialties**

Orthotic Fabrication

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

Kyle Matthew Mullins, MS, OTR/L
License #162387
*Electronically Signed by Kyle Matthew Mullins, MS, OTR/L on July 31, 2018 at 1:28 pm*

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
______________________________________________

Physician Signature_____________________________
S. Umansky, MD

Date:_______________

Powered by WebPT™

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Umansky, Stephen MD

**Time In/Out:** 11:30 pm/12:45 pm
**Date of Original Eval:** 07/31/2018
**Treatment Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Date of Daily Note:** 07/31/2018
**Injury/Onset/Change of Status Date:** 07/19/2018
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture
**Surgery:** (Date/Type) 07/26/2018 ORIF L DR FX
**Visit No.:** 1
**Insurance Name:** BCBS of KY

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Edema, stiffness, shoulder pain.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Carrying, Moving & Handling Objects:**
**Current Functional Limitations:**
**Self Care:**
**Carrying, Moving & Handling Objects:**
**Pain Scale: Worst:** 6 **Best:** 3 **Current:** 4
**Home Health Care:** No
**Medical History:** Fracture Or Suspected Fracture (Due To Major Fall, Current FX), Depression, headaches
**Complicating/Personal Factors:** No Known Complicating Factors Affecting the Plan of Care
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

**Precautions**
No lift, carry, push, pull.
No L2.
No sweat or wet at incision site.
Wear splint at all times except HEP.

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GO:97110 | Therapeutic Exercise ( 15 min.)<br>See Flowsheet | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GO:97166 | OT Evaluation: Moderate Complexity ( 60 min.) | 1 |

| CPT® Code | Splints/Orthotics | Units |
|---|---|---|
| GO:L3906 | L WRist Gauntlet to protect fracture | 1 |

*CPT copyright 2017 American Medical Association. All rights reserved.*

| | |
|---|---|
| Direct Minutes | 15 |
| Treatment Minutes | 75 |
| Total Direct Treatment Time today | 15 minutes for activities performed in direct (one-on-one) patient contact. |

## Assessment

**Assessment/Diagnosis:** Patient is 5D S/P ORIF L DR FX. Incision is clean with no S/S of infection. MLFs are intrinsic tightness, extrinsic tightness, edema, joint stiffness, muscle guarding, and mild autonomic flare. Started light tendon and joint glide HEP. Fabricated wrist gauntlet to protect fracture. Begin light L1 activity next visit. Anticipate good outcome with therapy, HEP, and splint/risk factor compliance.
**Patient Education:** Patient educated on B5, individual tendon glide, and wrist block HEP. Instructed on splint wear and care (Wear splint AAT other than HEP). Change bandage 2X a day.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Scar adhesion
- Intrinsic/extrinsic tightness
- Joint stiffness
- Edema/flare

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

## Daily Note / Billing Sheet

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 07/31/2018

**Short Term Goals:**
1: (1 Visit) | Goal Met | I with splint/HEP |
2: (4 Weeks) | 10% | I with self-care |
**Long Term Goals:**
1: (6 Weeks) | 0% | I with home management |
2: (8 Weeks) | 0% | I with work tasks |

### Plan

**Instructions:** Progressing Patient Next Visit
L1 L ORIF DR FX

Kyle Matthew Mullins, MS, OTR/L
License #162387
*Electronically Signed by Kyle Matthew Mullins, MS, OTR/L on July 31, 2018 at 1:28 pm*

# Patient Outcomes

Report Date: 7/31/2018

**James D Zoll** **93 OF 100**

| | | | |
|---|---|---|---|
| **Patient ID:** | 3202821 | **Questionnaire Type:** | Initial Eval |
| **Case Key:** | 20496303 | **Area:** | Upper Extremity |
| **Visit Date:** | 7/31/2018 | **Clinician:** | Mullins, Kyle Matthew |
| **Entry Date:** | 7/31/2018 | **Clinic:** | Commonwealth Hand Therapy |
| **ICD Code:** | S52532A - Colles' fracture of left radius, initial encounter for closed fracture | **Referral Source:** | Umansky, Stephen |
| **Gender:** | M | **Payer Class:** | Commercial |
| **Date of Birth:** | | **Litigation:** | No **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 1 | Pain Level | 6 | 6 | (0 to 10) |
| 1 | Open a tight or new jar. | Unable | 5 | (1 to 5) |
| 2 | Do heavy household chores (e.g., wash walls, floors). | Unable | 5 | (1 to 5) |
| 3 | Carry a shopping bag or briefcase. | Unable | 5 | (1 to 5) |
| 4 | Wash your back. | Unable | 5 | (1 to 5) |
| 5 | Use a knife to cut food. | Unable | 5 | (1 to 5) |
| 6 | Recreational activities in which you take some force or impact through your arm, shoulder or hand (e.g., golf, hammering, tennis, etc.). | Unable | 5 | (1 to 5) |
| 7 | During the past week, to what extent has your arm, shoulder or hand problem interfered with your normal social activities with family, friends, neighbours or groups? | Moderately | 3 | (1 to 5) |
| 8 | During the past week, were you limited in your work or other regular daily activities as a result of your arm, shoulder or hand problem? | Unable | 5 | (1 to 5) |
| 9 | Arm, shoulder or hand pain. | Extreme | 5 | (1 to 5) |
| 10 | Tingling (pins and needles) in your arm, shoulder or hand. | Extreme | 5 | (1 to 5) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| 11 | **During the past week, how much difficulty have you had sleeping because of the pain in your arm, shoulder or hand?** | Severe Difficulty | 4 | (1 to 5) |

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

# Plan of Care

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Referring Physician(s):** Umansky, Stephen MD

**Time In/Out:** 11:30 pm/12:45 pm
**Date of Original Eval:** 07/31/2018
**Treatment Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture

**Date of Plan of Care:** 07/31/2018
**Injury/Onset/Change of Status Date:** 07/19/2018
**Diagnosis:** ICD10: S52.532A: Colles' fracture of left radius, initial encounter for closed fracture
**Surgery:** (Date/Type) 07/26/2018 ORIF L DR FX
**Visit No.:** 1

## Assessment

**Assessment/Diagnosis:** Patient is 5D S/P ORIF L DR FX. Incision is clean with no S/S of infection. MLFs are intrinsic tightness, extrinsic tightness, edema, joint stiffness, muscle guarding, and mild autonomic flare. Started light tendon and joint glide HEP. Fabricated wrist gauntlet to protect fracture. Begin light L1 activity next visit. Anticipate good outcome with therapy, HEP, and splint/risk factor compliance.

**Patient Education:** Patient educated on B5, individual tendon glide, and wrist block HEP. Instructed on splint wear and care (Wear splint AAT other than HEP). Change bandage 2X a day.

**Patient Demonstrates Compliance with Prescribed HEP**

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**
- Scar adhesion
- Intrinsic/extrinsic tightness
- Joint stiffness
- Edema/flare

**Short Term Goals:**
1: (1 Visit) | Goal Met | I with splint/HEP |
2: (4 Weeks) | 10% | I with self-care |

**Long Term Goals:**
1: (6 Weeks) | 0% | I with home management |
2: (8 Weeks) | 0% | I with work tasks |

## Plan

**Frequency:** 2-3 times a week
**Duration:** 10 weeks
**Plan:** Begin Plan as Outlined

**Commonwealth Hand Therapy**
330 Waller Ave Ste 275
Lexington, KY 40504-2930
Phone: (859)447-8600
Fax: (859)447-8599

**Patient Name:** Zoll, James D.
**Date of Birth:**
**Document Date:** 07/31/2018

# Plan of Care

**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Endurance, Stability), Therapeutic Activity, Neuromuscular Rehabilitation (Muscle Re-Education), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization), Patient Education (Home Exercise Program), Self Care

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Whirlpool, Paraffin Bath, Hot Packs

**Specialties**

Orthotic Fabrication
L1 L ORIF DR FX

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (859)447-8600.

Kyle Matthew Mullins, MS, OTR/L
License #162387
*Electronically Signed by Kyle Matthew Mullins, MS, OTR/L on July 31, 2018 at 1:28 pm*

Please sign and return: Fax#: (859)447-8599

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows__________________
________________________________________

Physician Signature______________________________
S. Umansky, MD

Date:_______________

Powered by WebPT™

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 16 Aug 2018 14:02:29 +0000
**To:** donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6048215, JAMES D ZOLL
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=6048215.08-16-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 16, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 9/9/2018. STD benefits are payable from 7/19/2018 through 9/9/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 9/9/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 16 Aug 2018 14:02:29 +0000
**To:** donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6048215, JAMES D ZOLL
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=6048215.08-16-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 16, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 9/9/2018. STD benefits are payable from 7/19/2018 through 9/9/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***
Please note that extension of benefits beyond 9/9/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

«Sequence_Number»
Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

JAMES D ZOLL

0000

*40000020029 13*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 16, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 9/9/2018. STD benefits are payable from 7/19/2018 through 9/9/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***
Please note that extension of benefits beyond 9/9/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| **To:** | +1 (603) 334-7094 |
| **Company:** | |
| **Fax:** | +1 (603) 334-7094 |
| **Subject:** | |
| **Ref:** | |
| **From:** | Stephen Surrell |
| **Fax:** | +1 (888) 830-0548 |
| **Date:** | 08/13/2018 |
| **Time:** | 08:29:50 AM CST |
| **Pages:** | 8 |
| **Remarks:** | |

MediCopy Services, Inc.
8 City Blvd Suite 400
Nashville, TN 37209

This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission intended recipient), you are hereby notified that any disclosure, dissemination, distribution, or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify MediCopy Services, Inc. by telephone (number listed above) to arrange the return or destruction of this information and all copies.

MediCopy Services, Inc.
PO Box 331787
Nashville TN  37203

MediCopy

PHONE: 866-587-6274 TAX ID 75-3134811

LIBERTY MUTUAL (LONDON KY)
PO BOX 7209
LONDON KY  40742

| | |
|---|---|
| Invoice # | 12437101 |
| Invoice Date | August 10, 2018 |
| **Balance Due (USD)** | **$36.56** |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| LEXCL85 | HEALTH INFORMATION REQUESTED FROM THE LEXINGTON CLINIC<br><br>BASIC MEDICAL RECORDS FEE | 35.00 | 1 | 35.00 |
| LEXCLADD | MEDICAL RECORDS PER PAGE | 0.50 | 3 | 1.50 |
| FAX | FAXED RECORDS FROM SECURED DATA LINE (RECORDS ATTACHED) | 0.02 | 3 | 0.06 |
| 10 | IF YOU WISH TO MAKE A CREDIT CARD PAYMENT OVER THE PHONE, THERE WILL BE A $10 CONVENIENCE FEE | 0.00 | 1 | 0.00 |

| | |
|---|---|
| **Total** | **36.56** |
| Amount Paid | 0.00 |
| **Balance Due (USD)** | **$36.56** |

**Terms**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE
ASSESSED TO YOUR INVOICE/ACCOUNT
IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.

**Notes**
JAMES ZOLL

LEXINGTON CLINIC

CLAIM # 6048215



# PAYMENT STUB

**To Pay Your Invoice Online**
Go to https://medicopy.freshbooks.com/code and enter the code 3K5nmnrwZ5LuqGD4

MediCopy Services, Inc.
PO Box 331787
Nashville TN  37203

| | |
|---|---|
| **Client** | LIBERTY MUTUAL (LONDON KY) |
| **Invoice #** | 12437101 |
| **Invoice Date** | August 10, 2018 |
| **Balance Due (USD)** | $36.56 |
| **Amount Enclosed** | |

21795182

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

July 24, 2018

John Ziegler
1221 S BROADWAY
LEXINGTON, KY 40504

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 6048215
Claimant: James D Zoll
Claimant D.O.B.:

Dear John Ziegler:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 19, 2018 through present
- Completion of the Enclosed Forms:

__ Other

We ask that you provide this information by July 27, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7094 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

MediCopy Received 8/ 9 /18 SL
Date Range Requested ______
SSN / DOB Checked ______
Employee ______

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nick Torres
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41499
Secure Fax No.: (603) 334-7094

## Medical Records - CONFIDENTIAL

**TO:**

**Name: ZOLL, JAMES D**

**DOB:**

**Date Range: 07/19/2018 to 07/24/2018**

**This document contains the following records of the patient:**

- **Clinical Documents**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21795182-A-13059]

CABINET FOR HEALTH AND FAMILY SERVICES
Commonwealth of Kentucky
275 East Main Street
Frankfort, KY 40621-0001
**Drug Enforcement Branch - KASPER**
***Patient Controlled Substance Report***
Between 07/22/2017 and 07/22/2018

**Requestor Name :** UMANSKY STEPHEN
**Request # :** 48567137

**Patient Name:** ZOLL, JAMES

**Patients that matched the search criteria:**

| Pat ID | Patient Name | DOB | Address |
|---|---|---|---|
| 1 | ZOLL, JAMES | | |
| 2 | ZOLL, JAMES | | |

Active Cumulative Morphine Equivalent *
0




| Date Filled | Drug Name | Patient DOB | Qty | Days | Prescriber Name | Prescriber DEA City | Pharmacy Name | Pharmacy City | Rpt To | Daily MED* | Pat ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/16/2017 | Clonazepam 1MG | 8 | 60 | 30 | Ziegler, P, John | Lexington | Wal-mart Pharmacy 10-4607 | Lexington | KY | | 2 |
| 10/12/2017 | Hydrocodone/Acetaminophen 325MG/7.5MG | 8 | 50 | 13 | Ziegler, P, John | Lexington | Wal-mart Pharmacy 10-4607 | Lexington | KY | 29 | 2 |
| 10/17/2017 | Clonazepam 1MG | 8 | 60 | 30 | Ziegler, P, John | Lexington | Wal-mart Pharmacy 10-4607 | Lexington | KY | | 2 |
| 11/27/2017 | Clonazepam 1MG | | 60 | 30 | Ziegler, P, John | Lexington | Wal-mart Pharmacy 10-4607 | Lexington | KY | | 2 |
| 11/30/2017 | Hydrocodone/Acetaminophen 325MG/7.5MG | 8 | 50 | 13 | Ziegler, P, John | Lexington | Wal-mart Pharmacy 10-4607 | Lexington | KY | 29 | 2 |
| 01/22/2018 | Clonazepam 1MG | | 60 | 30 | Ziegler, P, John | Lexington | Wal-mart Pharmacy 10-4607 | Lexington | KY | | 2 |
| 03/23/2018 | Clonazepam 1MG | | 60 | 30 | Ziegler, P, John | Lexington | Wal-mart Pharmacy 10-4607 | Lexington | KY | | 2 |

*The information in this report is based upon Schedule II through V controlled substance records reported by dispensers. Data should appear on KASPER reports within two to three business days after dispensing.
*The records listed in the report are based on the patient identification information entered by the report requestor, and if not sufficiently unique may result in the report including records for multiple patients. Please verify the information in the report by contacting the prescribers and/or dispensers listed.
*If the controlled substance records on this report appear to be in error, the patient or provider should contact the dispenser to determine if the information was reported accurately. If the dispenser certifies the information was reported accurately, the dispenser can contact the Drug Enforcement and Professional Practices Branch at 502-564-7985 to investigate the error.
*The information in this report is intended for informational use only by the person authorized to request the report. Intentional disclosure of the report or data to someone not authorized to obtain the data is a Class B Misdemeanor.

07/24/2018

**Report Restrictions – A practitioner or pharmacist may share the report with the patient or person authorized to act on the patient's behalf and place the report in the patient's medical record, with the report then being deemed a medical record subject to the same disclosure terms and conditions as an ordinary medical record. (KRS 218A.202)**

**Drug Enforcement Branch - KASPER**
***Patient Controlled Substance Report***
Between **07/22/2017** and **07/22/2018**

**Requestor Name :** UMANSKY STEPHEN
**Request # :** 48567137

**Patient Name:** ZOLL, JAMES

| Date Filled | Drug Name | Patient DOB | Qty | Days | Prescriber Name | Prescriber DEA City | Pharmacy Name | Pharmacy City | Rpt To | Daily MED* | Pat ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/23/2018 | Hydrocodone/Acetaminophen 325MG/7.5MG | | 50 | 13 | Ziegler, P, John | Lexington | Wal-mart Pharmacy 10-4607 | Lexington | KY | 29 | 2 |
| 05/11/2018 | Clonazepam 1MG | | 60 | 30 | Ziegler, P, John | Lexington | Wal-mart Pharmacy 10-4607 | Lexington | KY | | 2 |
| **06/28/2018** | **Clonazepam 1MG** | | **60** | **30** | **Ziegler, P, John** | **Lexington** | **Wal-mart Pharmacy 10-4607** | **Lexington** | **KY** | | **2** |
| 06/29/2018 | Hydrocodone/Acetaminophen 325MG/7.5MG | | 50 | 12 | Napier, BA, Iii | Lexington | Kroger Pharmacy Ms-706 | Lexington | KY | 31 | 1 |

**ACME * –** The Active Cumulative Morphine Equivalent is calculated using a conversion formula from the U.S. Centers for Disease Control (CDC). The calculation is based on the daily Morphine Equivalent Dose (MED) prescribed to the patient as of the last day in the date range requested for your report query (the 'To Date'). The prescriptions used to calculate the ACME presented on this report are highlighted by bold text. The ACME is calculated based on prescription data reported to KASPER only and does not include prescription data from other states.

**Daily MED * –** The Morphine Equivalent Dose is a measure that equates different opioid potencies (based on route and dose) to a standard morphine equivalent. The Daily MED indicates the morphine equivalent value assigned to the daily dose for each individual prescription record.

**Prescriber Summary List:**

| Prescriber Name | Prescriber Address | Prescriber Degree |
|---|---|---|
| Napier, BA, Iii | NEW LEXINGTON CLINIC, PSCLEXINGTON CLINIC-ANDOVER3099 HELMSDALE PLACE, LEXINGTON, KY | MD |
| Ziegler, P, John | NEW LEXINGTON CLINIC, PSCLEXINGTON CLINIC ANDOVER3099 HELMSDALE PLACE, LEXINGTON, KY | MD |

*The information in this report is based upon Schedule II through V controlled substance records reported by dispensers. Data should appear on KASPER reports within two to three business days after dispensing.*
*The records listed in the report are based on the patient identification information entered by the report requestor, and if not sufficiently unique may result in the report including records for multiple patients. Please verify the information in the report by contacting the prescribers and/or dispensers listed.*
*If the controlled substance records on this report appear to be in error, the patient or provider should contact the dispenser to determine if the information was reported accurately. If the dispenser certifies the information was reported accurately, the dispenser can contact the Drug Enforcement and Professional Practices Branch at 502-564-7985 to investigate the error.*
*The information in this report is intended for informational use only by the person authorized to request the report. Intentional disclosure of the report or data to someone not authorized to obtain the data is a Class B Misdemeanor.*

**07/24/2018** Report Restrictions – A practitioner or pharmacist may share the report with the patient or person authorized to act on the patient's behalf and place the report in the patient's medical record, with the report then being deemed a medical record subject to the same disclosure terms and conditions as an ordinary medical record. (KRS 218A.202)

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tueḩ 2,5ul,0128,26:07:07,31111
**To:**
+eana.true@toyota.comd+onna.sut; erlan+@toyota.comds; elly.s; rout@toyota.com
**Subject:** Claim,#416802J ḩ5AMES,D,ZOLL
**Attachments:** TEMA_14-144427_STD_E9T_ASO.clm_numX416802J .1=- 2-28.Pub.CC.+oc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 31, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 8/12/2018. STD benefits are payable from 7/19/2018 through 8/12/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 8/12/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tueh, 2,5ul,0128,26:07:07,31111
**To:**
+eana.true@toyota.comd+onna.sut; erlan+@toyota.comds; elly.s; rout@toyota.com
**Subject:** Claim,#416802J ħ5AMES,D,ZOLL
**Attachments:** TEMA_14-144427_STD_E9T_ASO.clm_numX416802J .1=- 2-28.Pub.CC.+oc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 31, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 8/12/2018. STD benefits are payable from 7/19/2018 through 8/12/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***
Please note that extension of benefits beyond 8/12/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Short Term Disability ("STD”) benefits under Toyota’s Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tueh, 2,5ul,0128,26:07:07,31111
**To:**
+eana.true@toyota.comd+onna.sut; erlan+@toyota.comds; elly.s; rout@toyota.com
**Subject:** Claim,#416802J ђ5AMES,D,ZOLL
**Attachments:** TEMA_14-144427_STD_E9T_ASO.clm_numX416802J .1=- 2-28.Pub.CC.+oc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 31, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 8/12/2018. STD benefits are payable from 7/19/2018 through 8/12/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 8/12/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

JAMES D ZOLL

0000

*4000002002913*

**Lincoln/Zoll 3206**

Lincoln/Zoll 3207

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 31, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID - 202862

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 8/12/2018. STD benefits are payable from 7/19/2018 through 8/12/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 8/12/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) James Zoll

Name of legal representative, if applicable (print) Self Relationship Self

Signature of claimant or legal representative DocuSigned by: [signature] EC44665A3CAE4E4

Date of Birth: __ ________ Claim Number: 6048215 Date: 7/25/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ________________________________________

Name of legal representative, if applicable (print) ____________________________________ Relationship _____________________

Signature of claimant or legal representative ____________________________________________

Date of Birth: ____________________ Claim Number: 6048215 Date: ______________________________

**A copy of this authorization will be considered as valid as the original.**



**Lincoln/Zoll 3211**

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

JAMES D ZOLL

0000

*40000300291 3*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 25, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID – 202862

Your request for STD benefits has been approved for the period of 7/19/2018 through 7/30/2018. Benefits are payable from 7/19/2018 through 7/30/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan. The Plan states that to be eligible for benefits you must meet the definition of disability as defined in the STD Plan:

> *"Disability" or "Disabled" means you, as a result of Injury or Sickness, are unable to perform the Material and Substantial Duties of your Own Job.*

Based on a thorough review of the medical and vocational information contained in our claim file, we have determined that you are currently unable to perform the duties of your job. Your claim for benefits is approved provided you remain totally disabled from your occupation through 7/30/2018.

***Payment of Benefits:***
You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regularly scheduled Company payroll.

- STD benefits replace a percentage of your base pay. Additional information is available through the Toyota Benefits Center at www.mybenefits.toyota.com or your Team Member Benefits Manual.

***Benefit Overpayment:***
STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

***Benefits Available Through LifeMatters:***
No matter what the source of your disability, we know this can be a stressful time while you are balancing your health concerns and how they may be impacting your life. Toyota would like to remind you about the benefits available under the Employee Assistance Program, (EAP) LifeMatters.

> ***What Services LifeMatters can provide to You:***
> LifeMatters is a confidential, free service available to you and your eligible dependents 24-hours a day, 7-days a week. Whether your issue is emotional, financial or somewhere in between, LifeMatters representatives are there to provide assistance. If needed, you will be set up with one-on-one services with a representative in your area. As part of your benefit, you are covered for eight one-on-one visits per episode. If continued services are needed beyond the eight visits, you will be referred to another professional and your medical plan may pay part of the costs.
>
> ***Contact Information:***
> LifeMatters representatives can be reached via telephone at 800-634-6433. For quick access to educational articles, self-help tips and resources to meet your needs, visit LifeMatters on the internet at www.mylifematters.com using password tyta1.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 25 Jul 2018 13:43:21 +0000
**To:**
deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6048215, JAMES D ZOLL
**Attachments:** TEMA_06-066619_STD_AP_ASO.clm_num=6048215.07-25-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 25, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID – 202862

Your request for STD benefits has been approved for the period of 7/19/2018 through 7/30/2018. Benefits are payable from 7/19/2018 through 7/30/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan. The Plan states that to be eligible for benefits you must meet the definition of disability as defined in the STD Plan:

> *"Disability" or "Disabled" means you, as a result of Injury or Sickness, are unable to perform the Material and Substantial Duties of your Own Job.*

Based on a thorough review of the medical and vocational information contained in our claim file, we have determined that you are currently unable to perform the duties of your job. Your claim for benefits is approved provided you remain totally disabled from your occupation through 7/30/2018.

***Payment of Benefits:***
You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regularly scheduled Company payroll.

- STD benefits replace a percentage of your base pay. Additional information is available through the Toyota Benefits Center at www.mybenefits.toyota.com or your Team Member Benefits Manual.

***Benefit Overpayment:***
STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

***Benefits Available Through LifeMatters:***
No matter what the source of your disability, we know this can be a stressful time while you are balancing your health concerns and how they may be impacting your life. Toyota would like to remind you about the benefits available under the Employee Assistance Program, (EAP) LifeMatters.

> ***What Services LifeMatters can provide to You:***
> LifeMatters is a confidential, free service available to you and your eligible dependents 24-hours a day, 7-days a week. Whether your issue is emotional, financial or somewhere in between, LifeMatters representatives are there to provide assistance. If needed, you will be set up with one-on-one services with a representative in your area. As part of your benefit, you are covered for eight one-on-one visits per episode. If continued services are needed beyond the eight visits, you will be referred to another professional and your medical plan may pay part of the costs.
>
> ***Contact Information:***
> LifeMatters representatives can be reached via telephone at 800-634-6433. For quick access to educational articles, self-help tips and resources to meet your needs, visit LifeMatters on the internet at www.mylifematters.com using password tyta1.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 25 Jul 2018 13:43:21 +0000
**To:**
deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6048215, JAMES D ZOLL
**Attachments:** TEMA_06-066619_STD_AP_ASO.clm_num=6048215.07-25-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 25, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID – 202862

Your request for STD benefits has been approved for the period of 7/19/2018 through 7/30/2018. Benefits are payable from 7/19/2018 through 7/30/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan. The Plan states that to be eligible for benefits you must meet the definition of disability as defined in the STD Plan:

*"Disability" or "Disabled" means you, as a result of Injury or Sickness, are unable to perform the Material and Substantial Duties of your Own Job.*

Based on a thorough review of the medical and vocational information contained in our claim file, we have determined that you are currently unable to perform the duties of your job. Your claim for benefits is approved provided you remain totally disabled from your occupation through 7/30/2018.

***Payment of Benefits:***
You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regularly scheduled Company payroll.

- STD benefits replace a percentage of your base pay. Additional information is available through the Toyota Benefits Center at www.mybenefits.toyota.com or your Team Member Benefits Manual.

***Benefit Overpayment:***
STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

***Benefits Available Through LifeMatters:***
No matter what the source of your disability, we know this can be a stressful time while you are balancing your health concerns and how they may be impacting your life. Toyota would like to remind you about the benefits available under the Employee Assistance Program, (EAP) LifeMatters.

> ***What Services LifeMatters can provide to You:***
> LifeMatters is a confidential, free service available to you and your eligible dependents 24-hours a day, 7-days a week. Whether your issue is emotional, financial or somewhere in between, LifeMatters representatives are there to provide assistance. If needed, you will be set up with one-on-one services with a representative in your area. As part of your benefit, you are covered for eight one-on-one visits per episode. If continued services are needed beyond the eight visits, you will be referred to another professional and your medical plan may pay part of the costs.
>
> ***Contact Information:***
> LifeMatters representatives can be reached via telephone at 800-634-6433. For quick access to educational articles, self-help tips and resources to meet your needs, visit LifeMatters on the internet at www.mylifematters.com using password tyta1.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 25 Jul 2018 13:43:21 +0000
**To:** deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6048215, JAMES D ZOLL
**Attachments:** TEMA_06-066619_STD_AP_ASO.clm_num=6048215.07-25-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 25, 2018

JAMES D ZOLL

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6048215

MR. ZOLL

Team Member ID – 202862

Your request for STD benefits has been approved for the period of 7/19/2018 through 7/30/2018. Benefits are payable from 7/19/2018 through 7/30/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan. The Plan states that to be eligible for benefits you must meet the definition of disability as defined in the STD Plan:

> *"Disability" or "Disabled" means you, as a result of Injury or Sickness, are unable to perform the Material and Substantial Duties of your Own Job.*

Based on a thorough review of the medical and vocational information contained in our claim file, we have determined that you are currently unable to perform the duties of your job. Your claim for benefits is approved provided you remain totally disabled from your occupation through 7/30/2018.

***Payment of Benefits:***
You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regularly scheduled Company payroll.

- STD benefits replace a percentage of your base pay. Additional information is available through the Toyota Benefits Center at www.mybenefits.toyota.com or your Team Member Benefits Manual.

***Benefit Overpayment:***
STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

***Benefits Available Through LifeMatters:***
No matter what the source of your disability, we know this can be a stressful time while you are balancing your health concerns and how they may be impacting your life. Toyota would like to remind you about the benefits available under the Employee Assistance Program, (EAP) LifeMatters.

> ***What Services LifeMatters can provide to You:***
> LifeMatters is a confidential, free service available to you and your eligible dependents 24-hours a day, 7-days a week. Whether your issue is emotional, financial or somewhere in between, LifeMatters representatives are there to provide assistance. If needed, you will be set up with one-on-one services with a representative in your area. As part of your benefit, you are covered for eight one-on-one visits per episode. If continued services are needed beyond the eight visits, you will be referred to another professional and your medical plan may pay part of the costs.
>
> ***Contact Information:***
> LifeMatters representatives can be reached via telephone at 800-634-6433. For quick access to educational articles, self-help tips and resources to meet your needs, visit LifeMatters on the internet at www.mylifematters.com using password tyta1.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

Attn: Nick Torres
From: James D. Zoll
RE: Disability Claim # 6048215
FAX: 603-334-7094
PAGE 1 of 5

French Hospital Medical Center
A Dignity Health Member

1911 Johnson Avenue
San Luis Obispo, CA 93401
*direct* ER (805) 542-6621
*fax* ER FAX (805) 542-
dignityhealth.org

# Work or School Exceptions

ZOLL, JAMES DOUGLAS
DOB:
Age: 049Y Sex: M
M# 3000701295
DOS: 7/19/2018
LOC: EMG
A# 7800419765-9

__✓__ The above patient was seen and examined at French Hospital Medical Center. Please excuse the patient from work for the following days

or until cleared by their medical practitioner. ________

____ The above patient was seen and examined at French Hospital Medical Center. Please allow for the following limitations while at work. ________

____ The above patient was seen and examined at French Hospital Medical Center. Please excuse from school for the following days

or until released by their medical practitioner. ________

____ The above patient was seen and examined at French Hospital Medical Center. Please excuse from gym for the following days

or until released by their medical practitioner. ________

____ May return to work work/school when symptoms resolve.

____ Patient is cleared to return to work/school.

French Hospital Medical Center
1911 Johnson Avenue
San Luis Obispo, CA 93401
(805) 543-5353

## Emergency Department

## Patient Discharge Instructions

**If your symptoms continue or worsen, return to the emergency department or contact your physician.**

**If you have questions about your discharge instructions, call the phone number above.**

**Name:** ZOLL, JAMES DOUGLAS

**Current Date:** 07/19/18 21:56:55

**DOB:** 12:00 AM **MRN:** 3000701295(FHM) **FIN:** 78004197659

**Patient Address:**

**Patient Phone:**

**Reason for Visit:**
Wrist pain-swelling

**Providers:**

| Provider | Role |
|---|---|
| Gingrich, Jennifer L PA | ED Provider |

**Discharge Diagnosis:** Radial fracture

French Hospital Medical Center would like to thank you for allowing us to assist with your healthcare needs.

These instructions are intended to provide general information and guidelines to follow at home to properly care for your particular medical problem.

The following diagnostic tests and/or procedures were performed during your stay:

ZOLL, JAMES DOUGLAS has been given the following list of follow-up instructions, prescriptions, patient education materials and valuables/belongings:

## Follow-up Instructions:

| With: | Address: | When: |
|---|---|---|
| Return to ED if symptoms worsen | | Within As needed |

| With: | Address: | When: |
|---|---|---|
| Follow up with orthopedist within 5 days. | | Within 1 to 3 days |

All referrals for follow up medical care may require approval by your insurance carrier. Any provider contact information (above) is provided to assist you in getting the follow up we recommend. However, it's important that you first check with your insurance provider to assure that the provider is in your network and such a visit will be covered. Some plans may require a Primary Care doctor to provide a referral for specialist appointments.

**Immunizations**

No Immunizations Documented This Visit

**ZOLL, JAMES D (id #21795182, dob:**

**Lexington Clinic**

LEXINGTON CLINIC ORTHOPEDICS & SPORTS MEDICINE
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756
Ph (859) 258-4000 Fax (859) 258-8239

Date: 07/24/2018

Patient was seen in my office on 07/23/2018. He is scheduled for surgery on 07/26/2018. He is to remain off work until after surgery.

Sincerely,

Electronically Signed by: STEPHEN C UMANSKY, MD

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

JOHN ZIEGLER
1221 S BROADWAY
LEXINGTON KY 40504

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

July 24, 2018

John Ziegler
1221 S BROADWAY
LEXINGTON, KY 40504

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 6048215
Claimant: James D Zoll
Claimant D.O.B.:

Dear John Ziegler:

We are the Disability Claim Administrator for your patient, James D Zoll.

To evaluate Mr. Zoll's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 19, 2018 through present

- Completion of the Enclosed Forms:

__ Other

We ask that you provide this information by July 27, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7094 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nick Torres
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41499
Secure Fax No.: (603) 334-7094

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________________

Name of legal representative, if applicable (print) __________________________________ Relationship ___________________

Signature of claimant or legal representative ________________________________________

Date of Birth: ___________________ Claim Number: 6048215 Date: ____________________________

**A copy of this authorization will be considered as valid as the original.**



**Lincoln/Zoll 3238**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. JAMES D ZOLL

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

July 24, 2018

Mr. James D Zoll

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 6048215

Dear Mr. James D Zoll:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On July 23, 2018, we requested medical records from you and Lexington Clinic. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 19, 2018 through present from Lexington Clinic

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Toyota Motor Engineering & Manufacturing North America, Inc.'s STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than August 6, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nick Torres
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41499
Secure Fax No.: (603) 334-7094

**CLAIMANT: JAMES D ZOLL**

| clm_num | chk_num | ChkFromDate | ChkThruDate | ChkDate | ben_gross_amt | chk_total_ofst_amt | chk_adj_ben_gross_amt | chk_fed_tax_withd_amt | chk_fica_tax_withd_amt | chk_adj_amt | chk_total_dedn_amt | chk_state_tax_withd_amt | ben_net_amt | rcov_ben_net_amt | NetAfterOP | Total Of chk_ofst_dedn_amt | <> | SSDB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8560503 | 47973062 | 01/17/19 | 02/16/19 | 02/11/19 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,970.24 | | $2,970.24 | | | |
| 8560503 | 48005276 | 02/17/19 | 03/16/19 | 03/11/19 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,970.24 | | $2,970.24 | | | |
| 8560503 | 48036100 | 03/17/19 | 04/16/19 | 04/10/19 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,970.24 | | $2,970.24 | | | |
| 8560503 | 48069755 | 04/17/19 | 05/16/19 | 05/10/19 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,970.24 | | $2,970.24 | | | |
| 8560503 | 48103524 | 05/17/19 | 06/16/19 | 06/10/19 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,970.24 | $1,038.38 | $1,931.86 | | | |
| 8560503 | 48138581 | 06/17/19 | 07/16/19 | 07/10/19 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,970.24 | $2,249.85 | $720.39 | | | |
| 8560503 | 48173744 | 07/17/19 | 08/16/19 | 08/12/19 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,970.24 | $2,249.85 | $720.39 | | | |
| 8560503 | 48207358 | 08/17/19 | 09/16/19 | 09/10/19 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,970.24 | $2,249.85 | $720.39 | | | |
| 8560503 | 48243676 | 09/17/19 | 10/16/19 | 10/10/19 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,970.24 | $2,249.85 | $720.39 | | | |
| 8560503 | 100182931 | 10/17/19 | 11/16/19 | 11/11/19 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,970.24 | $2,249.85 | $720.39 | | | |
| 8560503 | 100378427 | 11/17/19 | 12/16/19 | 12/10/19 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,970.24 | $2,249.85 | $720.39 | | | |
| 8560503 | 100586147 | 12/17/19 | 01/16/20 | 01/10/20 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,970.24 | $2,249.85 | $720.39 | | | |
| 8560503 | 100778359 | 01/17/20 | 02/16/20 | 02/10/20 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,970.24 | $2,249.84 | $720.40 | | | |
| 8560503 | 100975928 | 02/17/20 | 03/16/20 | 03/10/20 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,970.24 | $2,249.84 | $720.40 | | | |
| 8560503 | 101189796 | 03/17/20 | 04/16/20 | 04/10/20 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,970.24 | $2,249.84 | $720.40 | | | |
| 8560503 | 101382138 | 04/17/20 | 05/16/20 | 05/11/20 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,970.24 | $2,249.84 | $720.40 | | | |
| 8560503 | 101572979 | 05/17/20 | 06/16/20 | 06/10/20 | $2,970.24 | $0.00 | $2,970.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,970.24 | $2,249.84 | $720.40 | | | |
| 8560503 | 101768094 | 06/17/20 | 07/16/20 | 07/10/20 | $2,970.24 | $2,596.00 | $374.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $374.24 | | $374.24 | $2,596.00 | | $2,596.00 |
| 8560503 | 101972170 | 07/17/20 | 08/16/20 | 08/10/20 | $2,970.24 | $2,596.00 | $374.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $374.24 | | $374.24 | $2,596.00 | | $2,596.00 |
| 8560503 | 102200976 | 08/17/20 | 09/16/20 | 09/10/20 | $2,970.24 | $2,596.00 | $374.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $374.24 | | $374.24 | $2,596.00 | | $2,596.00 |
| 8560503 | 102427878 | 09/17/20 | 10/16/20 | 10/12/20 | $2,970.24 | $2,596.00 | $374.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $374.24 | | $374.24 | $2,596.00 | | $2,596.00 |
| 8560503 | 102645029 | 10/17/20 | 11/16/20 | 11/10/20 | $2,970.24 | $2,596.00 | $374.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $374.24 | | $374.24 | $2,596.00 | | $2,596.00 |
| 8560503 | 102861725 | 11/17/20 | 12/16/20 | 12/10/20 | $2,970.24 | $2,596.00 | $374.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $374.24 | | $374.24 | $2,596.00 | | $2,596.00 |
| 8560503 | 103080084 | 12/17/20 | 01/16/21 | 01/11/21 | $2,970.24 | $2,596.00 | $374.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $374.24 | | $374.24 | $2,596.00 | | $2,596.00 |
| | | | | | **$71,285.76** | **$18,172.00** | **$53,113.76** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$53,113.76** | **$28,036.53** | **$25,077.23** | **$18,172.00** | | |