UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(AT LEXINGTON)
*FILED ELECTRONICALLY*

| | | |
|---|---|---|
| JAMES ZOLL,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, et al.,<br><br>Defendant. | ) | Case No. 5:21-cv-00289-REW-MAS |

**<u>JOINT NOTICE OF SETTLEMENT</u>**

Plaintiff James Zoll and Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company (collectively the "Parties"), by and through counsel, hereby jointly notify the Clerk and the Court pursuant to Local Rule 54.1 that the Parties have reached a settlement in principle in this matter. The Parties respectfully ask the Court to allow forty-five (45) days to finalize the settlement, and to stay any pending deadlines during such time. Once the settlement is finalized, the Parties propose that they shall submit a Fed. R. Civ. P. 41(a)(1)(A)(ii) compliant joint Stipulation of Dismissal.

**DATED: June 20, 2022.**

Respectfully submitted,

*/s/ Elizabeth A Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
PHILIP G. FAIRBANKS
Email: pgf@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

and

*/s/ Iwana Rademaekers* (with permission)
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted Pro Hac Vice)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY