UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| JAMES ZOLL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:21-CV-289-REW-MAS |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| LINCOLN LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

On June 20, 2022, the parties filed a notice of settlement in this matter. DE 13 (Notice). Accordingly, the Court **DIRECTS** the parties to tender a joint dismissal motion, or an agreed order, or (failing that) an explanatory status report **no later than August 4, 2022.**

This the 21st day of June, 2022.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**