UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(AT LEXINGTON)
*FILED ELECTRONICALLY*

| | | |
|---|---|---|
| JAMES ZOLL,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, et al.,<br><br>Defendant. | ) | Case No. 5:21-cv-00289-REW-MAS |

**JOINT STATUS REPORT**

Plaintiff James Zoll and Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company (collectively the "Parties"), by and through their undersigned counsel, and pursuant to ECF No. 14, hereby submit this Joint Status Report:

1. On June 20, 2022, a Joint Notice of Settlement was filed informing the Court that a settlement had been reached in this matter [ECF No. 13].

2. Since this Court's June 21, 2022 Order [ECF No. 14], the Parties have continued discussions related to the documentation required for final settlement of this matter. The Parties have made progress in their discussions, but are currently awaiting executed documentation in order to finalize the settlement.

3. The Parties expect to have the documentation finalized within thirty (30) days.

4. Accordingly, Plaintiff and Defendant jointly request that the Court allow the Parties **thirty (30) days**, or until **September 5, 2022**, to submit an Agreed Order of Dismissal.

5. The request contained within this Joint Status Report is not made for the purpose of undue delay and no prejudice will result to any party from the granting of this request.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court allow the Parties **thirty (30) days**, or until **September 5, 2022**, to submit an Agreed Order of Dismissal.

Respectfully submitted,

*/s/ Elizabeth A Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
PHILIP G. FAIRBANKS
Email: pgf@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

and

*/s/ Iwana Rademaekers* (with permission)
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted Pro Hac Vice)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY