UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| JAMES ZOLL,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, et al.,<br><br>Defendants. | ) | No. 5:21-CV-289-REW-MAS<br><br>ORDER |

*** *** *** ***

The parties jointly filed a "Joint Stipulation for Dismissal with Prejudice." *See* DE 17. The filing satisfies the Rule 41(a)(1)(A)(ii) requirements. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (permitting voluntary dismissal "without a court order" on filing of a "stipulation of dismissal signed by all parties who have appeared"). Accordingly, the Court **DIRECTS** the clerk to term DE 17 and **STRIKE** this matter from the Court's active docket, as dismissed with prejudice.

This the 25th day of August, 2022.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**